# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 2/26/2021 |
| Case: 08−01789−cgm | Form ID: 144 | Total: 582 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Securities Investor Protection Corporation |
| dft | Bernard L. Madoff Investment Securities, LLC. |
| cr | Lawrence Elins |
| unk | Lawrence Elins |
| unk | Patricia DeLuca |
| intp | HSBC Bank Bermuda Limited |
| unk | Kingate Euro Fund, Ltd. |
| unk | Kingate Global Fund, Ltd. |
| dft | Russell Oasis |
| dft | RAR Entrepreneurial Fund, LTD., |
| dft | Gerald J. Block |
| dft | Pamela Goldman |
| dft | A&G Goldman Partnership |
| dft | Russell Oasis |
| dft | Marsha Peshkin |
| dft | Adele Fox |
| dft | Susanne Stone Marshall |
| dft | L.H. Rich Companies |
| dft | HSBC Bank Bermuda Limited |
| dft | El Prela Trading Investments Limited |
| dft | Ashby Holdings Services Limited |
| dft | El Prela Group Holding Services |
| dft | El Prela Trust |
| dft | Port of Hercules Trustees Limited, Individually and as Trustee of El Prela Trust |
| dft | Alpine Trustees Limited, Individually and As Trustee of El Prela Trust |
| dft | Ashby Investment Services Limited |
| dft | The Ashby Trust |
| dft | First Peninsula Trustees Limited, Individually and as Trustee of The Ashby Trust |
| dft | Citi Hedge Fund Services Limited |
| dft | FIM Limited |
| dft | FIM Advisers LLP |
| dft | Kingate Euro Fund, Ltd. |
| dft | Kingate Management Limited |
| dft | Kingate Global Fund, Ltd. |
| dft | Carlo Grosso |
| dft | Federico Ceretti |
| dft | Milberg LLP and Seeger Weiss LLP Defendants |
| dft | Sidney Marks |
| dft | Sidney Marks Trust 2002 |
| dft | Susan Lazarus |
| dft | Robert A. Marks |
| dft | Lawrence D. Marks |
| dft | The Estate of Nancy Marks |
| dft | Nancy J. Marks Trust 2002 |
| dft | Susan Schemen Fradin |
| dft | Epic Ventures, LLC, and Eric P. Stein, individually, and as Managing Member of Epic Ventures, LLC |
| dft | Helene Cummings Karp Annuity, and Helene Cummings Karp |
| dft | Joel I. Gordon, and Joel I. Gordon Revocable Trust U/A/D 5/11/94 |
| dft | Bam L.P., Adam Mann, Meryl Mann, Michael Mann, and Betsy Mann Polatsch |
| dft | Norma Shapiro, The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, Trust Under Will of Philip L. Shapiro, and Martin Rosen , in his capacity as Trustee of the Trust Under W |
| dft | Sharon A. Raddock |
| dft | Stuart Zlotolow, in his capacity as executor of the Estate of Beatrice Bader and as former trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader |
| dft | James Doyle, in his capacity as trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader |
| dft | Trust Created Under the Last Will and Testament of Beatrice Bader |
| dft | Estate of Beatrice Bader |
| dft | Philip Cahners |
| dft | Nancy L. Cahners, individually and in her capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1 |
| dft | Robert M. Cahners, individually and in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1 |
| dft | Rachel Cahners Caveney |
| dft | ESTATE OF HELENE R. CAHNERS KAPLAN |
| dft | Helene R. Cahners Grantor Retained Annuity Trust #1 |
| dft | Arthur B. Page, in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1 |
| dft | Robert Fishbein, in his capacity as Trustee of the Norma Fishbein Revocable Trust dtd 3/21/90 |
| dft | Estate of Norma Fishbein |
| dft | Norma Fishbein Revocable Trust dtd 3/21/90 |

| | |
|---|---|
| dft | Robert Fishbein, in his capacity as the Personal Representative of the estate of Norma Fishbein |
| dft | Pati H. Gerber |
| dft | Kelman Partners Limited Partnership, et al. |
| dft | Estate of Helen Shurman, Estate of Jack Shurman, Paul S. Shurman, individually, in his capacity as Executor of the Estate of Jack Shurman and Helen Shurman and as beneficiary under the wills of Jack S |
| dft | Carla Goldworm, Luke Goldworm, Samuel Goldworm, S&L Partnership, a New York partnership, Trust for the benefit of Luke Goldworm, a New York trust, Trust for the benefit of Samuel Goldworm, a New York |
| dft | James P. Marden |
| dft | Merritt Kevin Auld |
| dft | Patrice M. Auld |
| dft | The Murray & Irene Pergament Foundation, Inc. |
| dft | The Horowitz & Libshutz Family Foundation, Inc. |
| dft | James P. Marden, as trustee of Bernard Marden Profit Sharing Plan |
| dft | Patrice M. Auld, as trustee of Bernard Marden Profit Sharing Plan |
| dft | Bernard Marden Profit Sharing Plan |
| dft | SG Hambros Bank & Trust (Bahamas) Limited, in its capacity as trustee of the Panagiotis Sakellariou Settlement, an Irrevocable Trust u/a/d 12/17/92 |
| dft | Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92 |
| dft | Amy A. Hobish, Mitchell K. Hobish, Richard S. Hobish, Toby T. Hobish, LI Ram L.P., a New York limited partnership, Marital Trust under Article XXII of the Herbert W. Hobish Living Trust, a New York tr |
| dft | Leslie Engelson, Alicia P. Felton, Miles J. Felton, in his capacity as Grantor of the Murray Family Trust, William D. Felton, in his capacity as Trustee of the Doris Felton Family Trust, Murray B. Fel |
| unk | Russell Oasis |
| dft | Estate of Sheldon Shaffer |
| unk | Estate of Sheldon Shaffer |
| dft | Nine Thirty Partners Holdings, LLC, a Delaware limited liability company |
| dft | Nine Thirty Capital Partners LLC |
| dft | Mercedes P. Rea |
| dft | Queensgate Foundation |
| dft | Elaine S. Stein Revocable Trust |
| dft | Elaine S. Stein |
| dft | Evelyn Fisher |
| dft | Trust u/t/a 8/20/90 |
| dft | Trust U/W/O David L. Fisher |
| dft | Linda Sohn |
| dft | Neal M. Goldman |
| dft | KENNETH CITRON, individually and as trustee for Trust f/b/o [A.J.C., [K.F.C.] AND [L.C.C.], as amended |
| dft | TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as amended |
| dft | Leslie Shapiro 1985 Trust, as amended |
| dft | LESLIE SHAPIRO CITRON |
| dft | TRUST F/B/O [W.P.S.] & [J.G.S.] |
| dft | David Shapiro 1989 Trust, as amended |
| dft | RACHEL SHAPIRO |
| dft | DAVID SHAPIRO, individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S.] |
| dft | LAD Trust |
| dft | S&R Investment Co. |
| dft | RENEE SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as a |
| dft | STANLEY SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as |
| dft | Peter G. Chernis Revocable Trust dtd 1/16/87, as amended |
| dft | Evelyn Chernis Revocable Trust Agreement for Samantha Eyges dtd October 6th 1986, et al. |
| dft | Banque J. Safra (Suisse) S.A. |
| dft | Ariel Fund Limited And Gabriel Capital, L.P. |
| dft | Patrice M. Auld & Certain Other Avoidance Defendants Represented by Pryor Cashman LLP |
| dft | J. Ezra Merkin |
| dft | Gabriel Capital Corporation |
| dft | Certain Transferee Defendants |
| dft | Fairfield Greenwich Limited |
| dft | Gerald Goldman |
| dft | Alan Goldman |
| dft | Sharon Popkin |
| dft | Lawrence Elins |
| dft | Elins Daughters Trust for the Benefit of Julie Lynn Eilns Dated December 12, 1989, a California Trust |
| dft | Elins Daughters Trust For The Benefit of Jamie Ann Elins Dated December 12, 1989, A California Trust |
| dft | Elins Family Trust, a California Trust |
| dft | Julie Elins Banks |
| dft | Jamie Elins Sabet |
| dft | Linda Elins |
| dft | Marion B. Roth |
| dft | Benjamin W. Roth |
| dft | Ascot Fund Ltd. |
| dft | Ascot Partners, L.P. |
| dft | Richard M. Glantz |
| unk | Richard M. Glantz |
| dft | Robert Fried & Certain Other Avoidance Defendants Represented by Pryor Cashman LLP |
| dft | The Wiener Family Limited Partnership, Wiener Family Holding Corp., Marvin M. Wiener and Sondra M. Wiener,Charles E. Wiener and Carolyn B. Wiener |

| | |
|---|---|
| dft | Stuart Perlen and Myra Perlen, in their capacities as trustees for the Trust F/B/O Melissa Perlen U/A Dated 9/12/1979 |
| dft | Trust F/B/O Melissa Perlen U/A Dated 9/12/1979 |
| dft | Myra Perlen in her capacity as Trustee for the Stuart Perlen Revocable Trust and individually |
| dft | Stuart Perlen in his capacity as Grantor and Trustee for the Stuart Perlen Revocable Trust and individually |
| dft | Stuart Perlen Revocable Trust dtd 1/4/08 |
| dft | Stuart Perlen, in his capacity as Trustee of the Myra Perlen Revocable Trust |
| dft | Myra Perlen, individually and in her capacity as Trustee of the Myra Perlen Revocable Trust |
| dft | Myra Perlen Revocable Trust |
| dft | Legacy Capital, Ltd. |
| dft | Estate of Muriel B. Cantor |
| dft | Atlas, in her capacity as Personal Representative of the Estate of Muriel B. Cantor, Nancy |
| dft | Public Institution for Social Security |
| dft | Grosvenor Aggressive Growth Fund Limited |
| dft | Grosvenor Balanced Growth Fund Limited |
| dft | Grosvenor Private Private Reserve Fund Limited |
| dft | Grosvenor Investment Management Ltd. |
| dft | Banque Syz SA |
| dft | Trincastar Corporation |
| dft | Bank Austria Worldwide Fund Management Ltd. |
| dft | M&B Capital Advisers Sociedad De Valores, S.A. |
| dft | Banca Carige S.p.A. |
| dft | ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.) |
| dft | Northern Trust Corporation |
| dft | Barfield Nominees Limited |
| dft | Fullerton Capital Pte. Ltd. |
| dft | UBS Deutschland AG |
| dft | Schroder & Co Bank AG |
| dft | ZCM Asset Holding Company (Bermuda) LLC |
| dft | Lloyds TSB Bank plc |
| dft | Unifortune Conservative Fund |
| dft | Unifortune Asset Management SGR SPA |
| dft | Six Sis AG |
| dft | Patrick Littaye |
| dft | Access Partners SA |
| dft | Access Management Luxembourg SA |
| dft | Access International Advisors Ltd. |
| dft | Zeus Partners Limited |
| dft | RBC Foreign Defendants |
| dft | Platinum All Weather Fund Limited |
| dft | LGT Bank (Switzerland) Ltd. |
| dft | LGT Bank Ltd. |
| dft | Atlantic Security Bank |
| dft | Odyssey Alternative Strategy Fund, Ltd. |
| unk | Leslie Shapiro 1985 Trust, as amended |
| unk | TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as amended |
| unk | TRUST F/B/O [W.P.S.] & [J.G.S.] |
| unk | David Shapiro 1989 Trust, as amended |
| unk | LAD Trust |
| unk | S&R Investment Co. |
| dft | Andrew H. Cohen |
| dft | Stanley Plesent |
| dft | Patricia DeLuca |
| dft | Toby T. Hobish and LI Ram L.P. |
| dft | The Estate of Leonard Miller |
| dft | BNP Paribas Arbitrage SNC |
| dft | BNP Paribas Appellees |
| dft | Credit Agricole Corporate and Investment Bank |
| dft | HSBC Defendants |
| dft | Somers Dublin Designated Activity Company (f/k/a Somers Dublin Limited) |
| dft | Credit Agricole S.A. |
| dft | Parson Finance Panama S.A. |
| dft | Certain Defendants Represented by Loeb & Loeb LLP |
| dft | The Transferee Defendants, which are listed in Exhibit 2 to the Consolidated Opposition |
| dft | Citicorp, North America, Inc. |
| dft | Transferee Defendants listed on Exhibit 1 of this letter |
| dft | BNP Paribas Bank & Trust (Cayman) Limited |
| dft | BNP Paribas Securities Services S.A. |
| dft | BNP Paribas S.A. |
| unk | Estate of Muriel B. Cantor |
| dft | Sage Associates, Sage Realty, Malcolm H Sage, Martin A. Sage, and Ann M Sage Passer |
| dft | Estate of Evelyn Berezin Wilenitz |
| dft | CORINA NOEL PIEDRAHITA |
| dft | Amit Vijayvergiya |
| dft | Andres Piedrahita |
| dft | Jeffrey Tucker |
| dft | Walter Noel |
| dft | SHARE MANAGEMENT LLC |
| dft | Fairfield International Managers, Inc. |

| | | |
|---|---|---|
| dft | Fairfield Greenwich Capital Partners | |
| dft | Fairfield Greenwich Advisors, LLC | |
| dft | Marvin L. Olshan | |
| 4949689 | Alan D. Garfield | |
| 4949762 | Alan Garfield | |
| 4894632 | Amy Beth Smith | |
| 4949685 | BK Interest, LLC | |
| 4949765 | BK Investment, LLC | |
| 4949688 | Barry E. Kaufman | |
| 4949759 | Barry Kaufman | |
| 4818782 | Carla Hirschhorn | |
| 4949760 | Erin Hellberg | |
| 4949687 | Erin M. Hellberg | |
| 5071931 | Iris Schaum | |
| 4949682 | James H Cohen | |
| 4949766 | James H. Cohen | |
| 4949681 | James H. Cohen Special Trust | |
| 4949757 | James H. Cohen Special Trust | |
| 4894629 | Judith S. Schustack | |
| 4694120 | June Pollack | |
| 4687542 | KML Asset Management LLC | |
| 4949686 | Marian Cohen 2001 Residence Trust | |
| 4949764 | Marian Cohen 2001 Residence Trust | |
| 4949690 | Marion Tallering−Garfield | |
| 4949763 | Marion Tallering−Garfield | |
| 4949683 | Morrie Abramson | |
| 4949758 | Morrie Abramson | |
| 7731713 | Odyssey Alternative Fund Limited | |
| 5356699 | Orthopaedic Specialty Group P.C. Plan Participants | |
| 4894630 | Robert J. Schustack | |
| 4949684 | Robyn Berniker | |
| 4949761 | Robyn Berniker | |
| 4694119 | Ruth E. Goldstein | |
| 4894631 | Shirley Schustack Conrad | |

TOTAL: 247

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alan Unger | aunger@sidley.com |
| aty | Alec P. Ostrow | aostrow@beckerglynn.com |
| aty | Alex Reisen | areisen@arkin−law.com |
| aty | Andreas A. Frischknecht | andreas.frischknecht@chaffetzlindsey.com |
| aty | Andrew B. Kratenstein | akratenstein@mwe.com |
| aty | Andrew J. Goodman | agoodman@gsblaw.com |
| aty | Anthony D. Boccanfuso | Anthony.Boccanfuso@apks.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Anthony L. Paccione | anthony.paccione@kattenlaw.com |
| aty | Barry R. Lax | blax@laxneville.com |
| aty | Barry R. Lax | blax@laxneville.com |
| aty | Bik Cheema | bcheema@bakerlaw.com |
| aty | Brendan M. Scott | bscott@klestadt.com |
| aty | Breon Peace | bpeace@cgsh.com |
| aty | Brian Neville | bneville@laxneville.com |
| aty | Brian Neville | bneville@laxneville.com |
| aty | Carmine Boccuzzi | cboccuzzi@cgsh.com |
| aty | Carole Neville | carole.neville@dentons.com |
| aty | Carole Neville | carole.neville@dentons.com |
| aty | Catherine Elizabeth Woltering | cwoltering@bakerlaw.com |
| aty | Catherine Elizabeth Woltering | cwoltering@bakerlaw.com |
| aty | Charles Collier Platt | Charles.Platt@wilmerhale.com |
| aty | Christopher H. LaRosa | clarosa@sipc.org |
| aty | Daniel B. Besikof | dbesikof@loeb.com |
| aty | David Greenwald | dgreenwald@cravath.com |
| aty | David J. Mark | dmark@kasowitz.com |
| aty | David J. Sheehan | bhaa@bakerlaw.com |
| aty | David J. Sheehan | dsheehan@bakerlaw.com |
| aty | David Noah Greenwald | dgreenwald@cravath.com |
| aty | Douglas A. Kellner | dak@khgflaw.com |
| aty | Douglas L Furth | dfurth@golenbock.com |
| aty | Elizabeth A. Scully | escully@bakerlaw.com |
| aty | Eric Fisher | efisher@binderschwartz.com |
| aty | Erin E Valentine | erin.valentine@chaffetzlindsey.com |
| aty | Esterina Giuliani | egiuliani@bakerlaw.com |
| aty | Eugene F. Getty | efg@khgflaw.com |
| aty | Franklin B. Velie | Velie@braunhagey.com |
| aty | Geraldine E. Ponto | gponto@bakerlaw.com |
| aty | Geraldine E. Ponto | gponto@bakerlaw.com |
| aty | Gregg Mashberg | gmashberg@proskauer.com |

| | | |
|---|---|---|
| aty | Gregory Goett | ggoett@lewismckenna.com |
| aty | Gregory F. Hauser | gregory.hauser@wg–law.com |
| aty | Gregory M Dexter | gdexter@chaitmanllp.com |
| aty | Gregory W. Fox | gfox@goodwinprocter.com |
| aty | Helen Davis Chaitman | hchaitman@chaitmanllp.com |
| aty | Howard L. Simon | hsimon@windelsmarx.com |
| aty | Howard L. Simon | hsimon@windelsmarx.com |
| aty | Irving H. Picard | ipicard@bakerlaw.com |
| aty | Irving H. Picard | ipicard@bakerlaw.com |
| aty | Jami Mills Vibbert | jami.vibbert@nortonrosefulbright.com |
| aty | Jennifer M. Walrath | jwalrath@bakerlaw.com |
| aty | Jessica Deborah Mikhailevich | jessica.mikhailevich@troutman.com |
| aty | Jessie Morgan Gabriel | jgabriel@bakerlaw.com |
| aty | John Moscow | john.moscow@lbkmlaw.com |
| aty | John F. Zulack | jzulack@abv.com |
| aty | John J. Burke | jburke@bakerlaw.com |
| aty | Jonathan L. Flaxer | jflaxer@golenbock.com |
| aty | Jonathan R. Barr | jbarr@bakerlaw.com |
| aty | Jordan Harap | jordanharap@quinnemanuel.com |
| aty | Jordan W. Siev | jsiev@reedsmith.com |
| aty | Jorian L. Rose | jrose@bakerlaw.com |
| aty | Joseph Thompson Baio | maosbny@willkie.com |
| aty | Josephine Wang | jwang@sipc.org |
| aty | Judith A. Archer | judith.archer@nortonrosefulbright.com |
| aty | Keith R. Murphy | kmurphy@bakerlaw.com |
| aty | Keith R. Murphy | kmurphy@bakerlaw.com |
| aty | Kenneth Caputo | kcaputo@sipc.org |
| aty | Kevin H. Bell | kbell@sipc.org |
| aty | Lalit K Jain | lkjesq@lkjesq.com |
| aty | Lauren Resnick | lresnick@bakerlaw.com |
| aty | Lawrence B. Friedman | lfriedman@cgsh.com |
| aty | Lindsay Weber | lindsayweber@quinnemanuel.com |
| aty | Margarita Y. Ginzburg | ginzburg.myg@gmail.com |
| aty | Mariel R. Bronen | mariel.bronen@dechert.com |
| aty | Marisa Glassman | glassmanm@sullcrom.com |
| aty | Marshall R. King | mking@gibsondunn.com |
| aty | Matthew A Kupillas | mkupillas@milberg.com |
| aty | Matthew J. Gold | mgold@kkwc.com |
| aty | Matthew J. Gold | mgold@kkwc.com |
| aty | Michael Ira Goldberg | michael.goldberg@akerman.com |
| aty | Michael S. Feldberg | mfeldberg@reichmanjorgensen.com |
| aty | Michele L. Pahmer | mpahmer@stroock.com |
| aty | Nathanael Kelley | nkelley@sipc.org |
| aty | Neil A. Steiner | neil.steiner@dechert.com |
| aty | Nicholas Cremona | ncremona@bakerlaw.com |
| aty | Nicholas F. Kajon | nfk@stevenslee.com |
| aty | Nicholas G. Hallenbeck, I | nhallenbeck@sipc.org |
| aty | Nowell Bamberger | nbamberger@cgsh.com |
| aty | Ona T. Wang | owang@bakerlaw.com |
| aty | Oren Warshavsky | owarshavsky@bakerlaw.com |
| aty | Peter E. Kazanoff | pkazanoff@stblaw.com |
| aty | Randy Lewis Martin | randall.martin@shearman.com |
| aty | Rex Lee | rexlee@quinnemanuel.com |
| aty | Richard Levy, Jr. | rlevy@pryorcashman.com |
| aty | Richard Levy, Jr. | rlevy@pryorcashman.com |
| aty | Richard A. Kirby | kirby@investlaw.net |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Richard C. Yeskoo | yeskoo@yeskoolaw.com |
| aty | Richard C. Yeskoo | yeskoo@yeskoolaw.com |
| aty | Richard E. Signorelli | rsignorelli@nyclitigator.com |
| aty | Richard M. Meth | msteen@foxrothschild.com |
| aty | Robert Miller | rmiller@laxneville.com |
| aty | Robert A. Rich | rrich2@huntonak.com |
| aty | Robert S Fischler | paul.lang@ropesgray.com |
| aty | Robert S Loigman | robertloigman@quinnemanuel.com |
| aty | Robinson B. Lacy | Lacyr@sullcrom.com |
| aty | Ronald L. Israel | risrael@wolffsamson.com |
| aty | Ronald L. Israel | risrael@wolffsamson.com |
| aty | Scott Walter Reynolds | sreynolds@sreynoldsllc.com |
| aty | Seanna Brown | sbrown@bakerlaw.com |
| aty | Seanna Brown | sbrown@bakerlaw.com |
| aty | Steven Froot | sfroot@bsfllp.com |
| aty | Terence William McCormick | mccormick@mintzandgold.com |
| aty | Thomas D. Goldberg | tdgoldberg@dbh.com |
| aty | Thomas D. Goldberg | tdgoldberg@dbh.com |
| aty | Thomas D. Goldberg | tgoldberg@daypitney.com |
| aty | Thomas J. Moloney | tmoloney@cgsh.com |
| aty | Thomas L. Long | tlong@bakerlaw.com |

| | | | |
|---|---|---|---|
| aty | Timothy P. Harkness | timothy.harkness@freshfields.com | |
| aty | Torello H. Calvani | tcalvani@bakerlaw.com | |
| aty | Xochitl S. Strohbehn | xochitl.strohbehn@venable.com | |

TOTAL: 121

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| tr | Irving H. Picard | Baker & Hostetler, LLP | 45 Rockefeller Plaza | New York, NY 10111 | |
| unk | Pati H. Gerber | c/o Schulte Roth & Zabel LLP | Attn: Marcy Harris, Esq. | 919 Third Avenue | New York, NY 10022 |
| dft | Edmond A. Gorek | c/o Day Pitney LLP | One Jefferson Road | Parsippany, NJ 07054–2891 | |
| dft | Marguerite M. Gorek | c/o Day Pitney LLP | One Jefferson road | Parsippany, NJ 07054–2891 | |
| dft | Carl Glick | Becker Glynn | 299 Park Avenue | 16th Floor | New York, NY 10171 |
| dft | Prospect Capital Partners | Becker Glynn LLP | 299 Park Avenue | 16th Floor | New York, NY 10171 |
| dft | The Sperry Fund | Becker Glynn LLP | 299 Park Avenue | 16th Floor | New York, NY 10171 |
| dft | Prospect Hill Foundation | Becker Glynn | 299 Park Avenue | 16th Floor | New York, NY 10171 |
| dft | Antaeus Enterprises, Inc. | Becker Glynn LLP | 299 Park Avenue | 16th Floor | New York, NY 10171 |
| dft | Lexington Capital Partners, L.P. | Becker Glynn LLP | 299 Park Avenue | 16th Floor | New York, NY 10171 |
| dft | C&P Associates, Ltd. | Arkin Solbakken LLP | 750 Lexington Avenue | New York, NY 10022 | |
| dft | C&P Associates, Inc. | Arkin Solbakken LLP | 750 Lexington Avenue | New York, NY 10022 | |
| dft | Pamela Christian | Arkin Solbakken LLP | 750 Lexington Avenue | New York, NY 10022 | |
| dft | Steven B. Mendelow | Arkin Solbakken LLP | 750 Lexington Avenue | News York, NY 10022 | |
| dft | Cara Mendelow | Arkin Solbakken | 750 Lexington Avenue | New York, NY 10022 | |
| dft | FGLS Equity LLC | Arkin Solbakken LLP | 750 Lexington Avenue | New York, NY 10022 | |
| dft | KBC Investments Limited | c/o Sidley Austin LLP | 787 Seventh Avenue | New York, NY 10019 | |
| cr | FGLS Equity LLC | c/o Arkin Solbakken LLP | 750 Lexington Avenue | 25th Floor | New York, NY 10022 |
| unk | Donald J. Weiss | c/o Chiesa Shahinian & Giantomasi PC | Attn.: Ronald Israel, Esq. | One Boland Drive | West Orange, NJ 07052 |
| dft | Donald J. Weiss | c/o Ronald L. Israel | Chiesa, Shahinian & Giantomasi | One Boland Drive | West Orange, NJ 07052 |
| aty | Brian K. Esser | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, NY 10111 | |
| aty | Helen Davis Chaitman | Chaitman LLP | 465 Park Avenue | New York, NY 10022 | |
| aty | Jascha D. Preuss | Wuersch & Gering LLP | 100 Wall Street, 10th Floor | New York,, NY 10005 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 | | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| 5019791 | ABG Partners d/b/a ABG Investments | c/o Barton Nachamie, Esq. | Todtman, Nachamie, Spizz & Johns, P.C. | 425 Park Avenue | New York, NY 10022 |
| 4840982 | Adam L. Rosen | SilvermanAcampora LLP | 100 Jericho Quadrangle, Suite 300 | Jericho, New York 11753 | |
| 4898890 | Ade O. Ogunjobi, et al. | 5820 Hickory Street...#7 | Callaway, Florida 32404 | | |
| 4799406 | Alan Nisselson | Chapter 7 Trustee of Bernard L. Madoff | c/o Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street | New York, NY 10019 |
| 4719311 | Alissa M. Nann, Esq. | Seanna Brown | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, NY 10111 |
| 5229877 | Alyssa Beth Certilman | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Avenue | East Meadow, New York 11554 | |
| 5155324 | Amy Luria | c/o Jaspan Schlesinger LLP | 300 Garden City Plaza | Garden City, New York 11530 | |
| 4854523 | Anchor Holdings, LLC | c/o Angelina E. Lim, Esq. | Johnson, Pope, Bokor, Ruppel & Burns, LLP | 911 Chestnut Street | Clearwater, FL 33756 |
| 4839241 | Angela Tiletnick | 217–14 43rd Avenue | Bayside, NY 11361 | | |
| 4857160 | Angelina E. Lim, Esq. | Johnson, Pope, Bokor, Ruppel & Burns, PA | PO Box 1368 | Clearwater, Florida 33757 | |
| 4857027 | BEATRICE WANG and The Beatrice Wang Partnership | 900 Palisade Avenue, Apt. 16L | Ft. Lee, NJ 07024 | | |
| 5445831 | Barry R. Lax, Esq. | Brian J. Neville, Esq. | Lax & Neville, LLP | 1412 Broadway, Suite 1407 | New York, NY 10018 |
| 4726885 | Barry R. Lax, Esq. | Lax & Neville, LLP | 1412 Broadway, Suite 1407 | New York, NY 10018 | |
| 5452507 | Bart M. Schwartz, as Receiver | c/o Casey D. Laffey, Esq. | Reed Smith LLP | 599 Lexington Avenue | New York, New York 10022 |
| 5229862 | Bernard Certilman | c/o Certilman Balin Adler & Hyman, LLP | 90 Merrick Avenue | East Meadow, New York 11554 | |
| 5356282 | Bernard J. Garbutt, III, Esq. | Memachem O. Zelmanovitz, Esq. | Morgan, Lewis & Bockius LLP | 101 Park Avenue | New York, NY 10178–0060 |
| 4843871 | Bernard Whitman | 5610 Country Club Way | Sarasota, FL 34243 | | |

| | | | | | |
|---|---|---|---|---|---|
| 5111698 | Brett S. Moore, Esq. | Porzio Bromberg & Newman, P.C. | 100 Southgate Parkway | Morristown, NJ 07962 | |
| 4840988 | Brian J. Neville, Esq. | Lax & Neville, LLP | 1412 Broadway, Suite 1407 | New York, NY 10018 | |
| 5541749 | Brian J. Zimmet, Esq. | Bruce W. Bieber, Esq. | Zimmet Bieber LLP | 437 Madison Avenue, 40th Fl. | New York, NY 10022 |
| 4840981 | Brian Maddox | Lax & Neville, LLP | 1412 Broadway, Suite 1407 | New York, NY 10018 | |
| 6558430 | Brian W. Song | BAKER & HOSTETLER LLP | 45 Rockefeller Plaza | New York, NY 10111 | |
| 5019792 | Bruce Graybow | c/o Barton Nachamie, Esq. | Todtman, Nachamie, Spizz & Johns, P.C. | 425 Park Avenue | New York, NY 10022 |
| 5241285 | C.V.I G.V.F. (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive | Minnetonka, MN 55343 | |
| 5249749 | C.V.I G.V.F. (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC | Attn: Teri Salberg | 12700 Whitewater Drive, MS144 | Minnetonka, MN 55343 |
| 4818795 | Carla Hirschhorn & Stanley Hirschhorn | 8 Woodcrest Terrace | Manalapan, NJ 07726 | | |
| 4818793 | Carla Hirschhorn & Stanley Hirschhorn | 8 Woodcrest errace | Manalapan, NJ 07726 | | |
| 4818791 | Carla Hirschhorn & Stanley Hirschorn | 8 Woodcrest Terrace | Manalapan, NJ 07726 | | |
| 5547447 | Charles A. Singer, Esq. | Singer & Robinson | 11 Middle Neck Road, Suite 310 | Great Neck, NY 11021 | |
| 5076150 | Charles Roe Mills, Esq. | Richard A. Kirby, Esq. | K & L Gates LLP | 1601 K Street NW | Washington, DC 20006 |
| 5076179 | Charles Roe Mills, Esq. | Richard A. Kirby, Esq. | K&L Gates LLP | 1601 K Street NW | Washington, DC 20006 |
| 4687838 | Chester B. Salomon, Esq. | Stevens & Lee, PC | 485 Madison Avenue, 20th Floor | New York, NY 10022 | |
| 5229850 | Clayre Hulsh Haft | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Avenue | East Meadow, New York 11554 | |
| 4740305 | DCFS USA LLC | 13650 Heritage Parkway | Fortworth, TX 76177 | | |
| 5585997 | Daniel M. Glosband | Goodwin Procter LLP | Exchange Place | 53 State Street | Boston, MA 02109 |
| 4843872 | David A. Wingate | 33 Applegreen Drive | Old Westbury, NY 11568 | | |
| 4840580 | David Abel | 30 Jericho Executive Plaza | Suite 300C | Jericho, NY 11753 | |
| 5111702 | David B. Bernfeld | Jeffrey L. Bernfeld | Bernfeld, Dematteo & Bernfeld LLP | 600 Third Avenue, 15th Floor | New York, NY 10016 |
| 5893655 | David S. Golub | Silver Golub & Teitell LLP | 184 Atlantic Street | PO Box 389 | Stamford, CT 06904 |
| 4698954 | David Sheehan, Esq. | Thomas M. Wearsch, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, NY 10111 |
| 4694584 | David Yeger, Esq. | Wachel & Masyr, LLP | 110 East 59th Street | New York, NY 10022 | |
| 5076153 | Demet Basar | Eric B. Levine | Wolf Haldenstein Adler | 270 Madison Avenue | New York, NY 10016 |
| 5111694 | Demet Basar | Eric B. Levine | Wolf Haldenstein Adler Freeman & | 270 Madison Avenue | New York, NY 10016 |
| 4726967 | Dennis C. Quinn | Barger & Wolen, LLP | 10 East 40th Street, 40th Floor | New York, NY 10016–0301 | |
| 4732069 | Dennis C. Quinn, Esq. | Barger & Wolen, LLP | 10 East 40th Street, 40th Floor | New York, NY 10016–0301 | |
| 5111704 | Dennis C. Quinn, Esq. | Barger & Wolen, LLP | 10 East 40th Street, 40th Floor | New York, NY 10016–0301 | |
| 4837496 | Donald A. BEnjamin | 152 Darters Lane | Manhasset, NY 11030 | | |
| 7774090 | Douglas A. Kellner | Kellner Herlihy Getty & Friedman LLP | 470 Park Avenue South, 7th Floor | New York NY 10016–6819 | |
| 5326810 | E/O Richard A. Luria, | David Richman and Jay Rose, Executors | Jaspan Schlesinger LLP | 300 Garden City | Garden City, New York 11530   516–746–8000 |
| 6843661 | Elizabeth A. Molino | Brown Rudnick LLP | Seven Times Square | New York, New York 10036 | |
| 4914346 | Eric B. Fisher | 380 Madison Avenue, 22nd Floor | New York, NY 10017 | | |
| 7007950 | Esterina Giuliani, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, New York 10111 | Email: egiuliani@bakerlaw.com |
| 5111706 | Frank F. McGinn, Esq. | Bartlett Hackett Feinberg PC | 155 Federal Street, 9th Floor | Boston, MA 02110 | |
| 4726884 | Frank F. McGinn, Esq. | Bartlett Hackett Feinberg, PC | 155 Federal Street, 9th Floor | Boxton, MA 02110 | |
| 4713804 | Franklin Sands | c/o Peter E. Shapiro, Esq. | Shutts & Bowen LLP | 200 E. Broward Blvd., Suite 2100 | Ft. Lauderdale, FL 33301 |
| 5111696 | Fred W. Reinke | Mayer Brown LLP | 1999 K. Street, KW | Washington, D.C. 20006–1101 | |
| 5241284 | Frederick N. Levinger 1983 Trust | 245 Waterman Street | Suite 503 | Providence, RI 2906 | |
| 5134873 | George Brunelle, Esq. | Brunelle & Hadjikow, PC | One Whitehall Street, 18th Floor | New York, NY 10004 | |
| 5581517 | Gertrude I. Gordon Revocable Living Trust | c/o Stewart G. Rosenblum, Trustee | 333 East 69th Street, 8E | New York, NY 10021 | |
| 5287162 | Glenn W. Dowd, Esq. | Howard Fetner, Esq. | Day Pitney LLP | One Audubon St. | New Haven, CT 06511 |
| 5019793 | Graybow Communications Group, Inc. | c/o Barton Nachamie, Esq. | Todtman, Nachamie, Spizz & Johns, P.C. | 425 Park Avenue | New York, NY 10022 |
| 4728090 | HOWARD D. WERTER | 271 VISTA DRIVE | JERICHO, NY 11753 | | |
| 5111683 | Howard Kleinhendler, Esq. | David Yeger, Esq. | Wachtel & Masyr, LLP | 110 East 59th Street | New York, NY 10022 |
| 4694582 | Howard Kleinhendler, Esq. | Wachtel & Masyr, LLP | 110 East 59th Street | New York, NY 10022 | |

| | | | | | |
|---|---|---|---|---|---|
| 4842551 | Howard L. Simon, Esq. | Regina Griffin, Esq. | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street | New York, NY 10019 |
| 5088741 | Hunter T. Carter, Esq. | Shawanna L. Johnson, Esq. | Arent Fox LLP | 1675 Broadway | New York, NY 10019 |
| 5275858 | Imtiaz A. Siddiqui | Cotchett, Pitre & McCarthy | One Liberty Plaza, 23rd Floor | New York, NY 10006 | |
| 5301992 | Imtiaz A. Siddiqui, Esq. | Cotchett, Pitre & McCarthy | One Liberty Plaza, 23rd Floor | New York, NY 10006 | |
| 5482162 | Iris Schaum | c/o Ernest E. Badway, Esq. | Fox Rothschild LLP | Suite 1500 | New York, New York 10017 |
| 4725472 | Iron Mountain Information Management, Inc. | c/o Frank F. McGinn, Esq. | Bartlett Hackett Feinberg P.C. | 155 Federal Street, 9th Floor | Boston, MA 02110 |
| 4700231 | J. Scott Douglass | 909 Fannin, Suite 1800 | Houston, Texas 77010 | | |
| 5282515 | Jaculin Aaron | Shearman & Sterling LLP | 599 Lexington Avenue | New York, NY 10022–6069 | |
| 5467124 | James H. Hulme | ARENT FOX LLP | 1050 Connecticut Avenue NW | Washington, DC 20036 | |
| 4689890 | Jasper Investors Group LLC | 28 Rolling Drive | Brookville, NY 11545 | | |
| 5249748 | Jay Lawrence Moss Trust | c/o Jay Lawrence Moss Trustee | 3 Windermere Court | Newport Beach, CA 92657 | |
| 4853539 | Jay M. Izes | 9 Rest Avenue | Ardsley, NY 10502 | | |
| 5111697 | Jeffrey G. Tougas | Mayer Brown LLP | 1675 Broadway | New York, NY 10019 | |
| 4859499 | Jeffrey Shankman | 300 East 56th Street, Apt. 20F | New York, NY 10022 | | |
| 5111691 | Jeremy A. Mellitz, Esq. | Withers Bergman, LLP | 430 Park Avenue, 10th Floor | New York, NY 10022 | |
| 6770782 | Jimmy Fokas, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, New York 10111 | |
| 6770784 | Jimmy Fokas, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, New York 10111 | |
| 4843866 | Joan Roman | 2444 N.W. 59th Street, #1301 | Boca Raton, FL 33496 | | |
| 4825932 | Joel Busel Rev Trust | 1400 South Ocean Boulevard, Apt. 1506 | Boca Raton, Florida 33434 | | |
| 4703107 | John Moscow, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, NY 10111 | |
| 4723336 | Jonathan R. Barr, Esq. | Baker & Hostetler LLP | 1050 Connecticut Avenue, NW | Washington, DC 20036–5304 | |
| 5111682 | Jonathan R. Barr, Esq. | Brian K. Esser, Esq. | Baker & Hostetler LLP | 1050 Connecticut Avenue, NW | Washington, D.C. 20036–5304 |
| 4840987 | Joseph E. Shickich, Jr. | Erin Joyce Letey | Riddell Williams P.S. | 1001 –4 th Avenue, Suite 4500 | Seattle, WA 98154 |
| 5697736 | Joseph T. Baio | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 | |
| 5467148 | Joshua Fowkes | ARENT FOX LLP | 1050 Connecticut Avenue NW | Washington, DC 20036 | |
| 5481495 | Judie B. Lifton | c/o Meyer, Suozzi, English & Klein, P.C. | 990 Stewart Avenue | Garden City, New York 11530 | Attn: Alan E. Marder, Esq. |
| 4843870 | Judith Whitman | 5610 Country Club Way | Sarasota, FL 34243 | | |
| 5389844 | KOALA/PENGUIN INVESTMENTS | 1 SMITH FARM ROAD | BEDFORD, NY 10506 | | |
| 7539336 | Kenneth J. Caputo, General Counsel | Securities Investor Protection Corp. | 1667 K Street, N.W. | Suite 1000 | Washington, DC 20006 |
| 4719312 | Kevin H. Bell, Esq. | 805 Fifteenth Street, N.W. | Suite 800 | Washington, DC 20005 | |
| 4687844 | Kevin R.J. Schroth, Esq. | Cole, Schotz, Meisel, Forman & Leonard, | 900 Third Avenue, 16th Floor | New York, NY 10022–4728 | |
| 5586932 | Kobre & Kim LLP | 800 Third Avenue | New York, NY 10022 | | |
| 4845684 | L & C Harwood, Trustees, CRT FBO Craig Harwood | 26 Journal Square, Suite 804 | Jersey City, NJ 07306 | | |
| 4845685 | L & C Harwood, Trustees, CRT FBO David Ehrlich | 26 Journal Square, Suite 804 | Jersey City, NJ 07306 | | |
| 4845688 | L & C Harwood, Trustees, CRT FBO Jonathan Ehrlich | 26 Journal Square, Suite 804 | Jersey City, NJ 07306 | | |
| 4845687 | L & C Harwood, Trustees, CRT FBO Laura Ehrlich | 26 Journal Square, Suite 804 | Jersey City, NJ 07306 | | |
| 4845686 | L & C Harwood, Trustees, CRT FBO Leslie Ehrlich | 26 Journal Square, Suite 804 | Jersey City, NJ 07306 | | |
| 7326413 | Lalit K. Jain | 6122 Both Street | Rego Park, New York 11374–1034 | | |
| 6558431 | Lan Hoang | BAKER & HOSTETLER LLP | 45 Rockefeller Plaza | New York, NY 10111 | |
| 5161620 | Land Rover | P O Box 553179 | Detroit MI 48255–3179 | | |
| 5111678 | Lauren J. Resnick, Esq. | Seanna Brown, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, NY 10111 |
| 4897354 | Lawrence Torn | 4500 King Palm Drive | Tamarac, FL 33319 | | |
| 4897360 | Lawrence Torn | 4500 King Palm Drive | Tamarac, FL 33319 | | |
| 5111679 | Marc D. Powers, Esq. | Ona T. Wang, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, New York 10111 |
| 4850695 | Marsh F. Peshkin | 1416 Harbour Point Drive | North Palm Beacah, FL 33410 | | |
| 5111703 | Marsha Torn, Esq. | 280 Madison Avenue, 5th Floor | New York,New York 10016 | | |
| 7185603 | Marshall J. Mattera, Esq. | Baker & Hostetler LLP | 45 Rockefeller Plaza | New York, New York 10111 | mmattera@bakerlaw.com |
| 5111693 | Martin L. Sidel | Cadwalader, Wickersham & Taft LLP | One World Financial Center | New York, NY 10281 | |
| 5076152 | Matthew Cole | Jacobs Law Group, PC | One Commerce Square | 2005 Market Street, Suite 1120 | Philadelphia, PA 19103 |
| 5111687 | Matthew Gluck, Esq. | Brad N. Friedman, Esq. | Milberg, LLP | One Pennsylvania Plaza, 49th Fl. | New York, NY 10119 |
| 4694580 | Matthew Gluck, Esq. | One Pennsylvania, 49th Floor | New York, NY 10119 | | |

| ID | Name | Address |
|---|---|---|
| 5455518 | Matthew Sakkas, Esq. | 150 Broadway  Suite 1307  New York, NY 10038 |
| 5980819 | Michael Most (IRA) customer claim no. 002158 | 8052 Cranes Pointe Way  West Palm Beach, FL 33412 |
| 5515518 | Michael S. Pollok, Esq. | Marvin and Marvin, PLLC  6369 Mill Street  P.O. Box 151  Rhinebeck, NY 12572 |
| 4892869 | Miriam Cantor Siegman | 572 Grand Street, Apt. G2005  New York, NY 10002 |
| 5229856 | Morton L. Certilman and Joyce Certilman | c/o Certilman Balin Adler & Hyman, LLP.  90 Merrick Avenue  East Meadow, New York 11554 |
| 5018606 | Ms. Carol Rosen | 198 NW 67th Street  Boca Raton, Florida 33487 |
| 4826044 | NTC & Co. | 1400 South Ocean Boulevard, Apt. 1506  Boca Raton, Florida 33434 |
| 4898919 | Nancy B. Colman | Baritz & Colman LLP  1075 Broken Sound Pkwy, NW  Suite 102  Boca Raton, FL 33487 |
| 5389845 | OCEANIC FAMILY PROTECTIVE SETTLEMENT | 1 SMITH FARM ROAD  BEDFORD, NY 10506 |
| 5389843 | OMER L. RAINS | 1 SMITH FARM ROAD  BEDFORD, NY 10506 |
| 5678823 | OSG Plan Participants | c/o Sandak Hennessey & Greco LLP  707 Summer Street  Stamford, CT 06901  Att. Marc J. Kurzman |
| 4840989 | Ona T. Wang | Thomas M. Wearsch  Baker & Hostetler LLP  45 Rockfeller Plaza  new York, NY 10111 |
| 4914349 | Oren Warshavsky, Esq. | Baker & Hostetler LLP  45 Rockefeller Plaza  New York, NY 10111 |
| 5695590 | Orthopaedic Specialty Group, P.C. Defined Contribu | C/O Peter N. Wang  Foley & Lardner LLP  90 Park Ave.  New York, New York 10016 |
| 5389865 | PANDA INVESTMENTS, LLC | 1 SMITH FARM ROAD  BEDFORD, NY 10506 |
| 6770783 | Patrick T. Campbell, Esq. | Baker & Hostetler LLP  45 Rockefeller Plaza  New York, New York 10111 |
| 6770786 | Patrick T. Campbell, Esq. | Baker & Hostetler LLP  45 Rockefeller Plaza  New York, New York 10111 |
| 5564767 | Paul Z. Lewis | Lewis McKenna  82 East Allendale Road  Saddle River, NJ 07458 |
| 4840581 | Realty Negotiators Inc Defined Benefit PensionPlan | 30 Jericho Executive Plaza  Suite 300C  Jericho, NY 11753 |
| 7007953 | Regina L. Griffin, Esq. | Baker & Hostetler LLP  45 Rockefeller Plaza  New York, New York 10111  Email: rgriffin@bakerlaw.com |
| 5076181 | Richard A. Cirillo | King & Spalding LLP  1185 Avenue of the Americas  New York, NY 10036 |
| 5111695 | Richard A. Cirillo, Esq. | King & Spalding LLP  1185 Avenue of the Americas  New York, NY 10036 |
| 6758142 | Richard A. Kirby | Baker & McKenzie LLP  815 Connecticut Avenue, NW  Washington, DC 20006 |
| 6758143 | Richard A. Kirby | Baker & McKenzie LLP  815 Connecticut Avenue, NW  Washington, DC 20006 |
| 6758144 | Richard A. Kirby | Baker & McKenzie LLP  815 Connecticut Avenue, NW  Washington, DC 20006 |
| 6758146 | Richard A. Kirby | Baker & McKenzie LLP  815 Connecticut Avenue, NW  Washington, DC 20006 |
| 6758147 | Richard A. Kirby | Baker & McKenzie LLP  815 Connecticut Avenue, NW  Washington, DC 20006 |
| 5438299 | Richard J. McCord, Esq. | Carol A. Glick, Esq.  Certilman Balin Adler & Hyman, LLP  90 Merrick Avenue  East Meadow, NY 11554 |
| 5538007 | Richard J. McCord, Esq. | Carol A. Glick, Esq.  Certilman Balin Adler & Hyman, LLP  90 Merrick Avenue  East Meadow, NY 11554 |
| 4843868 | Richard Shapiro | 5000 N. Parkway Calabasas, Suite 105  Calabasas, CA 91302 |
| 4850696 | Robert F. Ferber | 1807 Circle Road  Ruxton, MD 21204 |
| 5154062 | Robert Luria | c/o Jaspan Schlesinger LLP  300 Garden City Plaza  Garden City, New York 11530 |
| 4843867 | Robert Roman | 2444 N.W. 59th Street, #1301  Boca Raton, FL 33496 |
| 4840584 | Robert Yaffe | 30 Jericho Executive Plaza  Suite 300C  Jericho, NY 11753 |
| 4689572 | Ruskin Moscou Faltischeck, P.C. | 1425 RexCorp. Plaza  East Tower, 15th Floor  Uniondale, New York 11556  Attn: Mark S. Mulholland |
| 5443604 | Russell Bogart, Esq. | The Kagen Law Firm  400 Park Avenue, Suite 1420  New York, NY 10022 |
| 4708375 | SHUTTS & BOWEN LLP | PETER E. SHAPIRO, ESQ.  200 EAST BROWARD BLVD, SUITE 2100  FT. LAUDERDALE, FL 33301 |
| 4687864 | STEVENS & LEE, P.C. | 485 Madison Avenue, 20th Floor  New York, New York 10022  Attn: Chester B. Salomon, Esq. |
| 4689575 | STEVENS & LEE, P.C. | 485 Madison Avenue, 20th Floor  New York, New York 10022  Attn: Chester B. Salomon, Esq. |
| 4826042 | Sandra Busel Rev Trust | 1400 South Ocean Boulevard, Apt. 1506  Boca Raton, Florida 33434 |
| 5111688 | Sanford P. Dumain, Esq. | Milberg LLP  One Pennsylvania Plaza, 49th Fl.  New York, NY 10119 |
| 4908991 | Sanford P. Rosen, Esq. | Sanford P. Rosen & Asssociates, PC  747 Third Avenue  New York, NY 10017−2803 |
| 5111689 | Sean H. Lane, Esq. | Robert William Yalen, Esq.  Lev L. Dassin, Acting US Attorney  86 Chambers Street, 3rd. Floor  New York, NY 10007 |
| 4840990 | Shawn M. Christianson, Esq | Buchalter Nemer  55 Second Street, 17th Floor  San Francisco, CA 94105−3493 |
| 5395313 | Shelley Michelmore | 170 E. 87th Street  Apt E21B  New York, NY 10128 |
| 7804100 | Sidley Austin LLP | 787 Seventh Avenue  New York, NY 10019  Attn: A. Unger, J. Kuster & A. Propps |

| | | | | |
|---|---|---|---|---|
| 5887218 | Silver Golub & Teitell, LLP | The Heritage Building | 184 Atlantic Street | Stamford, CT 06904 |
| 5193449 | Skoloff & Wolfe, PC | 140 Broadway Center | New York, NY 10005 | |
| 4818783 | Stanley Hirschhorn | 8 Woodcrest Terrace | Manalapan, NUJ 07726 | |
| 5111690 | Stephen A. Weiss, Esq. | Seeger Weiss LLP | One William Street | New York, NY 10004 |
| 4847740 | Stephen Ehrlich and Leslie Ehrlich | 48 East 91st Street | New York, NY 10128 | |
| 5111699 | Stephen Fishbein | James L. Garrity Jr. | Shearman & Sterling LLP | 599 Lexington Avenue    New York, NY 10022–6069 |
| 5014423 | Sterling Equity Associates | c/o Davis Polk | 450 Lexington Avenue | New York, NY 10017 |
| 5111692 | Steven R. Schlesinger, Esq. | Hale Yazicioglu, Esq. | Jaspan Schlesinger LLP | 300 Garden City Plaza    Garden City, NY 11530 |
| 5493942 | Steven R. Schoenfeld, Esq. | Jessica D. Mikhailevich, Esq. | Dorsey & Whitney LLP | 250 Park Avenue    New York, NY 10177 |
| 4687186 | Stevens & Lee, P.C. | Attn: Chester B. Salomon, Esq. | 485 Madison Avenue, 20th Floor | New York, NY 10022 |
| 5111685 | Stuart I. Rich, Esq. | James M. Ringer, Esq. | Meister, Seelig & Fein LLP | 140 East 45th Street, 19th Fl.    New York, NY 10017 |
| 5054806 | Susan Saltz Charitable Lead Annuity Trust | Susan Saltz Descendants Trust | c/o Aitken Berlin, LLP    Attn: Bernard V. Kleinman    2 Gannett Drive, Suite 418 | White Plains, NY 10604 |
| 4810593 | Talon Air, Inc. | Attn: Adam Katz, President | 8300 Republic Airport | Farmingdale, NY 11735 |
| 4840585 | Triangle Properties #39 | 30 Jericho Executive Plaza | Suite 300C | Jericho, NY 11753 |
| 5463235 | Victor A. Machcinski, Jr. | Krebsbach & Snyder, PC | 55 Broadway, Suite 1600 | New York, NY 10006 |
| 5443583 | Victor A. Machcinski, Jr. | One Exchange Plaza | 55 Broadway, Suite 1600 | New York, NY 10006 |
| 4894323 | Victoria M. Brown, Esq. | 324 W. 83rd Street, 4S | New York, NY 10024 | |
| 5137769 | Weithorn/Casper Associates For Selected Holdings L | 8655 E Via de Ventura, Ste. 6–200 | Scottsdale, AZ 85258 | |
| 5765339 | William A. Habib | Habib Law Associates LLC | 2390 Thyme Court | Jamison, PA 18929 |
| 5733148 | William A. Habib, Esq. | Habib Law Associates, LLC | 2390 Thyme Court | Jamison, Pennsylvania 18929 |
| 4694581 | William B. Wachtel, Esq. | Wachtel & Masyr, LLP | 110 East 59th Street | New York, NY 10022 |
| 4703105 | William M. O'Connor, Esq. | MarkS. Lichtenstein, Esq. | Crowell & Moring LLP | 153 East 53rd Street    New York, NY 10022 |
| 4843869 | Winco Real Estate SVC DBPP | 5000 N. Parkway Calabasas, Suite 105 | Calabasas, CA 91302 | |
| 5536349 | dr.dushan kosovich | 845 united nations plaza | new york,n.y. 10016 | |
| 5456828 | dr.dushan kosovich | United Nations Plaza | New York,N.Y., 10017 | |

TOTAL: 214