# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Securities Investor Protection Corporation v.          CASE NO.: 08–01789–cgm
Bernard L. Madoff Investment Securities, LLC. et a

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER:  0

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Cecelia G. Morris on February 26, 2021 for administration.
Please style all future captions with the appropriate judicial suffix (cgm ).

Dated: February 26, 2021                               Vito Genna
                                                       Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Securities Investor Protection Corporati,

    Plaintiff                                                               Adv. Proc. No. 08-01789-cgm

Bernard L. Madoff Investment Securities,,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 1 of 9 |
| Date Rcvd: Feb 26, 2021 | Form ID: 144 | Total Noticed: 202 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brian K. Esser, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| aty | + | Helen Davis Chaitman, Chaitman LLP, 465 Park Avenue, New York, NY 10022-1919 |
| aty | + | Jascha D. Preuss, Wuersch & Gering LLP, 100 Wall Street, 10th Floor, New York,, NY 10005-3727 |
| tr | + | Irving H. Picard, Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| dft | + | Antaeus Enterprises, Inc., Becker Glynn LLP, 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| dft | + | C&P Associates, Ltd., Arkin Solbakken LLP, 750 Lexington Avenue, New York, NY 10022-1200 |
| dft | + | Cara Mendelow, Arkin Solbakken, 750 Lexington Avenue, New York, NY 10022-1200 |
| dft | + | Carl Glick, Becker Glynn, 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| unk | + | Donald J. Weiss, c/o Chiesa Shahinian & Giantomasi PC, Attn.: Ronald Israel, Esq., One Boland Drive, West Orange, NJ 07052-3686 |
| dft | + | Donald J. Weiss, c/o Ronald L. Israel, Chiesa, Shahinian & Giantomasi, One Boland Drive, West Orange, NJ 07052-3686 |
| dft | + | FGLS Equity LLC, Arkin Solbakken LLP, 750 Lexington Avenue, New York, NY 10022-1200 |
| cr | + | FGLS Equity LLC, c/o Arkin Solbakken LLP, 750 Lexington Avenue, 25th Floor, New York, NY 10022-9813 |
| dft | + | KBC Investments Limited, c/o Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019-6018 |
| dft | + | Lexington Capital Partners, L.P., Becker Glynn LLP, 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| dft | + | Pamela Christian, Arkin Solbakken LLP, 750 Lexington Avenue, New York, NY 10022-9813 |
| unk | + | Pati H. Gerber, c/o Schulte Roth & Zabel LLP, Attn: Marcy Harris, Esq., 919 Third Avenue, New York, NY 10022-3921 |
| dft | + | Prospect Capital Partners, Becker Glynn LLP, 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| dft | + | Prospect Hill Foundation, Becker Glynn, 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| dft | + | Steven B. Mendelow, Arkin Solbakken LLP, 750 Lexington Avenue, News York, NY 10022-9813 |
| dft | + | The Sperry Fund, Becker Glynn LLP, 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| 5019791 | + | ABG Partners d/b/a ABG Investments, c/o Barton Nachamie, Esq., Todtman, Nachamie, Spizz & Johns, P.C., 425 Park Avenue, New York, NY 10022-3506 |
| 4840982 | + | Adam L. Rosen, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753-2702 |
| 4898890 | + | Ade O. Ogunjobi, et al., 5820 Hickory Street...#7, Callaway, Florida 32404-7830 |
| 4719311 | + | Alissa M. Nann, Esq., Seanna Brown, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 5229877 | + | Alyssa Beth Certilman, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, New York 11554-1597 |
| 5155324 | + | Amy Luria, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, New York 11530-3333 |
| 4854523 | + | Anchor Holdings, LLC, c/o Angelina E. Lim, Esq., Johnson, Pope, Bokor, Ruppel, & Burns, LLP, 911 Chestnut Street Clearwater, FL 33756-5643 |
| 4839241 | + | Angela Tiletnick, 217-14 43rd Avenue, Bayside, NY 11361-3519 |
| 4857160 | + | Angelina E. Lim, Esq., Johnson, Pope, Bokor, Ruppel & Burns, PA, PO Box 1368, Clearwater, Florida 33757-1368 |
| 4857027 | + | BEATRICE WANG and The Beatrice Wang Partnership, 900 Palisade Avenue, Apt. 16L, Ft. Lee, NJ 07024-4152 |
| 5445831 | + | Barry R. Lax, Esq., Brian J. Neville, Esq., Lax & Neville, LLP, 1412 Broadway, Suite 1407, New York, NY 10018-9286 |
| 4726885 | + | Barry R. Lax, Esq., Lax & Neville, LLP, 1412 Broadway, Suite 1407, New York, NY 10018-9286 |
| 5452507 | + | Bart M. Schwartz, as Receiver, c/o Casey D. Laffey, Esq., Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022-7684 |
| 5229862 | + | Bernard Certilman, c/o Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554-1597 |
| 5356282 | | Bernard J. Garbutt, III, Esq., Memachem O. Zelmanovitz, Esq., Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| 4843871 | + | Bernard Whitman, 5610 Country Club Way, Sarasota, FL 34243-3761 |
| 5111698 | + | Brett S. Moore, Esq., Porzio Bromberg & Newman, P.C., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 4840988 | + | Brian J. Neville, Esq., Lax & Neville, LLP, 1412 Broadway, Suite 1407, New York, NY 10018-9286 |
| 4840981 | + | Brian Maddox, Lax & Neville, LLP, 1412 Broadway, Suite 1407, New York, NY 10018-9286 |

District/off: 0208-1                         User:                                                    Page 2 of 9
Date Rcvd: Feb 26, 2021                      Form ID: 144                                        Total Noticed: 202

| | | |
|---|---|---|
| 6558430 | + | Brian W. Song, BAKER & HOSTETLER LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 5019792 | + | Bruce Graybow, c/o Barton Nachamie, Esq., Todtman, Nachamie, Spizz & Johns, P.C., 425 Park Avenue, New York, NY 10022-3506 |
| 5241285 | + | C.V.I G.V.F. (Lux) Master S.a.r.l., c/o CarVal Investors, LLC, 12700 Whitewater Drive, Minnetonka, MN 55343-9438 |
| 5249749 | + | C.V.I G.V.F. (Lux) Master S.a.r.l., c/o CarVal Investors, LLC, Attn: Teri Salberg, 12700 Whitewater Drive, MS144, Minnetonka, MN 55343-9438 |
| 4818795 | + | Carla Hirschhorn & Stanley Hirschhorn, 8 Woodcrest Terrace, Manalapan, NJ 07726-4653 |
| 4818793 | | Carla Hirschhorn & Stanley Hirschhorn, 8 Woodcrest errace, Manalapan, NJ 07726 |
| 4818791 | + | Carla Hirschhorn & Stanley Hirschorn, 8 Woodcrest Terrace, Manalapan, NJ 07726-4653 |
| 5547447 | + | Charles A. Singer, Esq., Singer & Robinson, 11 Middle Neck Road, Suite 310, Great Neck, NY 11021-2301 |
| 5076150 | + | Charles Roe Mills, Esq., Richard A. Kirby, Esq., K & L Gates LLP, 1601 K Street NW, Washington, DC 20006-1682 |
| 4687838 | + | Chester B. Salomon, Esq., Stevens & Lee, PC, 485 Madison Avenue, 20th Floor, New York, NY 10022-5813 |
| 5229850 | + | Clayre Hulsh Haft, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, New York 11554-1597 |
| 5585997 | + | Daniel M. Glosband, Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109-2820 |
| 4843872 | + | David A. Wingate, 33 Applegreen Drive, Old Westbury, NY 11568-1202 |
| 4840580 | + | David Abel, 30 Jericho Executive Plaza, Suite 300C, Jericho, NY 11753-1031 |
| 5111702 | + | David B. Bernfeld, Jeffrey L. Bernfeld, Bernfeld, Dematteo & Bernfeld LLP, 600 Third Avenue, 15th Floor, New York, NY 10016-1928 |
| 5893655 | + | David S. Golub, Silver Golub & Teitell LLP, 184 Atlantic Street, PO Box 389, Stamford, CT 06904-0389 |
| 4698954 | + | David Sheehan, Esq., Thomas M. Wearsch, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 4694584 | + | David Yeger, Esq., Wachel & Masyr, LLP, 110 East 59th Street, New York, NY 10022-1304 |
| 5076153 | + | Demet Basar, Eric B. Levine, Wolf Haldenstein Adler, 270 Madison Avenue, New York, NY 10016-0601 |
| 5111694 | + | Demet Basar, Eric B. Levine, Wolf Haldenstein Adler Freeman &, 270 Madison Avenue, New York, NY 10016-0601 |
| 4726967 | | Dennis C. Quinn, Barger & Wolen, LLP, 10 East 40th Street, 40th Floor, New York, NY 10016-0301 |
| 4732069 | | Dennis C. Quinn, Esq., Barger & Wolen, LLP, 10 East 40th Street, 40th Floor, New York, NY 10016-0301 |
| 4837496 | + | Donald A. BEnjamin, 152 Darters Lane, Manhasset, NY 11030-4024 |
| 7774090 | + | Douglas A. Kellner, Kellner Herlihy Getty & Friedman LLP, 470 Park Avenue South, 7th Floor, New York NY 10016-6951 |
| 5326810 | + | E/O Richard A. Luria,, David Richman and Jay Rose, Executors, Jaspan Schlesinger LLP, 300 Garden City, Garden City, New York 11530 5 11530-3333 |
| 6843661 | + | Elizabeth A. Molino, Brown Rudnick LLP, Seven Times Square, New York, New York 10036-6548 |
| 4914346 | + | Eric B. Fisher, 380 Madison Avenue, 22nd Floor, New York, NY 10017-2517 |
| 7007950 | + | Esterina Giuliani, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Email: egiuliani@bakerlaw.com 10111-1099 |
| 5111706 | + | Frank F. McGinn, Esq., Bartlett Hackett Feinberg PC, 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| 4726884 | + | Frank F. McGinn, Esq., Bartlett Hackett Feinberg, PC, 155 Federal Street, 9th Floor, Boxton, MA 02110-1610 |
| 4713804 | + | Franklin Sands, c/o Peter E. Shapiro, Esq., Shutts & Bowen LLP, 200 E. Broward Blvd., Suite 2100, Ft. Lauderdale, FL 33301-1972 |
| 5111696 | + | Fred W. Reinke, Mayer Brown LLP, 1999 K. Street, KW, Washington, D.C. 20006-1120 |
| 5241284 | + | Frederick N. Levinger 1983 Trust, 245 Waterman Street, Suite 503, Providence, RI 02906-5215 |
| 5134873 | + | George Brunelle, Esq., Brunelle & Hadjikow, PC, One Whitehall Street, 18th Floor, New York, NY 10004-2109 |
| 5581517 | + | Gertrude I. Gordon Revocable Living Trust, c/o Stewart G. Rosenblum, Trustee, 333 East 69th Street, 8E, New York, NY 10021-5556 |
| 5287162 | + | Glenn W. Dowd, Esq., Howard Fetner, Esq., Day Pitney LLP, One Audubon St., New Haven, CT 06511-6432 |
| 5019793 | + | Graybow Communications Group, Inc., c/o Barton Nachamie, Esq., Todtman, Nachamie, Spizz & Johns, P.C., 425 Park Avenue, New York, NY 10022-3506 |
| 4728090 | + | HOWARD D. WERTER, 271 VISTA DRIVE, JERICHO, NY 11753-2808 |
| 5111683 | + | Howard Kleinhendler, Esq., David Yeger, Esq., Wachtel & Masyr, LLP, 110 East 59th Street, New York, NY 10022-1304 |
| 4694582 | + | Howard Kleinhendler, Esq., Wachtel & Masyr, LLP, 110 East 59th Street, New York, NY 10022-1304 |
| 4842551 | + | Howard L. Simon, Esq., Regina Griffin, Esq., Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| 5088741 | + | Hunter T. Carter, Esq., Shawanna L. Johnson, Esq., Arent Fox LLP, 1675 Broadway, New York, NY 10019-5820 |
| 5275858 | + | Imtiaz A. Siddiqui, Cotchett, Pitre & McCarthy, One Liberty Plaza, 23rd Floor, New York, NY 10006-1452 |
| 5301992 | + | Imtiaz A. Siddiqui, Esq., Cotchett, Pitre & McCarthy, One Liberty Plaza, 23rd Floor, New York, NY 10006-1452 |
| 5482162 | | Iris Schaum, c/o Ernest E. Badway, Esq., Fox Rothschild LLP, Suite 1500, New York, New York 10017 |
| 4725472 | + | Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Bartlett Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| 4853539 | ++ | JAY M IZES, 200 HIGH POINT DRIVE, APARTMENT 503, HARTSDALE NY 10530-1177 address filed with court:, Jay M. Izes, 9 Rest Avenue, Ardsley, NY 10502 |
| 5282515 | | Jaculin Aaron, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022-6069 |
| 5467124 | + | James H. Hulme, ARENT FOX LLP, 1050 Connecticut Avenue NW, Washington, DC 20036-5369 |
| 4689890 | + | Jasper Investors Group LLC, 28 Rolling Drive, Brookville, NY 11545-2613 |
| 5249748 | + | Jay Lawrence Moss Trust, c/o Jay Lawrence Moss Trustee, 3 Windermere Court, Newport Beach, CA 92657-1503 |
| 5111697 | + | Jeffrey G. Tougas, Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5889 |
| 4859499 | + | Jeffrey Shankman, 300 East 56th Street, Apt. 20F, New York, NY 10022-4140 |
| 5111691 | + | Jeremy A. Mellitz, Esq., Withers Bergman, LLP, 430 Park Avenue, 10th Floor, New York, NY 10022-3528 |
| 6770782 | + | Jimmy Fokas, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111-1099 |
| 4843866 | + | Joan Roman, 2444 N.W. 59th Street, #1301, Boca Raton, FL 33496-2830 |
| 4825932 | + | Joel Busel Rev Trust, 1400 South Ocean Boulevard, Apt. 1506, Boca Raton, Florida 33432-8522 |
| 4703107 | + | John Moscow, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |

| | | |
|---|---|---|
| 4723336 | + | Jonathan R. Barr, Esq., Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036-5318 |
| 5111682 | + | Jonathan R. Barr, Esq., Brian K. Esser, Esq., Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Washington, D.C. 20036-5318 |
| 4840987 | + | Joseph E. Shickich, Jr., Erin Joyce Letey, Riddell Williams P.S., 1001 -4 th Avenue, Suite 4500, Seattle, WA 98154-1065 |
| 5697736 | + | Joseph T. Baio, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 |
| 5467148 | + | Joshua Fowkes, ARENT FOX LLP, 1050 Connecticut Avenue NW, Washington, DC 20036-5369 |
| 5481495 | + | Judie B. Lifton, c/o Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Garden City, New York 11530-9882, Attn: Alan E. Marder, Esq. |
| 4843870 | + | Judith Whitman, 5610 Country Club Way, Sarasota, FL 34243-3761 |
| 5389844 | + | KOALA/PENGUIN INVESTMENTS, 1 SMITH FARM ROAD, BEDFORD, NY 10506-2043 |
| 7539336 | + | Kenneth J. Caputo, General Counsel, Securities Investor Protection Corp., 1667 K Street, N.W., Suite 1000, Washington, DC 20006-1620 |
| 4719312 | + | Kevin H. Bell, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005-2207 |
| 4687844 | | Kevin R.J. Schroth, Esq., Cole, Schotz, Meisel, Forman & Leonard,, 900 Third Avenue, 16th Floor, New York, NY 10022-4728 |
| 5586932 | + | Kobre & Kim LLP, 800 Third Avenue, New York, NY 10022-7775 |
| 4845684 | + | L & C Harwood, Trustees, CRT FBO Craig Harwood, 26 Journal Square, Suite 804, Jersey City, NJ 07306-4104 |
| 4845685 | + | L & C Harwood, Trustees, CRT FBO David Ehrlich, 26 Journal Square, Suite 804, Jersey City, NJ 07306-4104 |
| 4845688 | + | L & C Harwood, Trustees, CRT FBO Jonathan Ehrlich, 26 Journal Square, Suite 804, Jersey City, NJ 07306-4104 |
| 4845687 | + | L & C Harwood, Trustees, CRT FBO Laura Ehrlich, 26 Journal Square, Suite 804, Jersey City, NJ 07306-4104 |
| 4845686 | + | L & C Harwood, Trustees, CRT FBO Leslie Ehrlich, 26 Journal Square, Suite 804, Jersey City, NJ 07306-4104 |
| 7326413 | | Lalit K. Jain, 6122 Both Street, Rego Park, New York 11374-1034 |
| 6558431 | + | Lan Hoang, BAKER & HOSTETLER LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 5161620 | | Land Rover, P O Box 553179, Detroit MI 48255-3179 |
| 5111678 | + | Lauren J. Resnick, Esq., Seanna Brown, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 4897354 | + | Lawrence Torn, 4500 King Palm Drive, Tamarac, FL 33319-6120 |
| 5111679 | + | Marc D. Powers, Esq., Ona T. Wang, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111-1099 |
| 4850695 | + | Marsh F. Peshkin, 1416 Harbour Point Drive, North Palm Beacah, FL 33410-3419 |
| 5111703 | + | Marsha Torn, Esq., 280 Madison Avenue, 5th Floor, New York,New York 10016-0801 |
| 7185603 | + | Marshall J. Mattera, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, mmattera@bakerlaw.com 10111-1099 |
| 5111693 | + | Martin L. Sidel, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281-1003 |
| 5076152 | + | Matthew Cole, Jacobs Law Group, PC, One Commerce Square, 2005 Market Street, Suite 1120, Philadelphia, PA 19103-7035 |
| 5111687 | | Matthew Gluck, Esq., Brad N. Friedman, Esq., Milberg, LLP, One Pennsylvania Plaza, 49th Fl., New York, NY 10119 |
| 4694580 | | Matthew Gluck, Esq., One Pennsylvania, 49th Floor, New York, NY 10119 |
| 5455518 | + | Matthew Sakkas, Esq., 150 Broadway, Suite 1307, New York, NY 10038-4381 |
| 5980819 | + | Michael Most (IRA) customer claim no. 002158, 8052 Cranes Pointe Way, West Palm Beach, FL 33412-3157 |
| 5515518 | + | Michael S. Pollok, Esq., Marvin and Marvin, PLLC, 6369 Mill Street, P.O. Box 151, Rhinebeck, NY 12572-0151 |
| 4892869 | + | Miriam Cantor Siegman, 572 Grand Street, Apt. G2005, New York, NY 10002-3196 |
| 5229856 | + | Morton L. Certilman and Joyce Certilman, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, New York 11554-1597 |
| 5018606 | + | Ms. Carol Rosen, 198 NW 67th Street, Boca Raton, Florida 33487-8309 |
| 4826044 | + | NTC & Co., 1400 South Ocean Boulevard, Apt. 1506, Boca Raton, Florida 33432-8522 |
| 4898919 | + | Nancy B. Colman, Baritz & Colman LLP, 1075 Broken Sound Pkwy, NW, Suite 102, Boca Raton, FL 33487-3541 |
| 5389845 | + | OCEANIC FAMILY PROTECTIVE SETTLEMENT, 1 SMITH FARM ROAD, BEDFORD, NY 10506-2043 |
| 5389843 | + | OMER L. RAINS, 1 SMITH FARM ROAD, BEDFORD, NY 10506-2043 |
| 5678823 | + | OSG Plan Participants, c/o Sandak Hennessey & Greco LLP, 707 Summer Street, Stamford, CT 06901, Att. Marc J. Kurzman 06901-1028 |
| 4840989 | + | Ona T. Wang, Thomas M. Wearsch, Baker & Hostetler LLP, 45 Rockfeller Plaza, new York, NY 10111-1099 |
| 4914349 | + | Oren Warshavsky, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 5695590 | + | Orthopaedic Specialty Group, P.C. Defined Contribu, C/O Peter N. Wang, Foley & Lardner LLP, 90 Park Ave., New York, New York 10016-1301 |
| 5389865 | + | PANDA INVESTMENTS, LLC, 1 SMITH FARM ROAD, BEDFORD, NY 10506-2043 |
| 6770783 | + | Patrick T. Campbell, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 5564767 | + | Paul Z. Lewis, Lewis McKenna, 82 East Allendale Road, Saddle River, NJ 07458-3039 |
| 4840581 | + | Realty Negotiators Inc Defined Benefit PensionPlan, 30 Jericho Executive Plaza, Suite 300C, Jericho, NY 11753-1031 |
| 7007953 | + | Regina L. Griffin, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Email: rgriffin@bakerlaw.com 10111-1099 |
| 5076181 | + | Richard A. Cirillo, King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036-2686 |
| 5111695 | + | Richard A. Cirillo, Esq., King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036-2686 |
| 6758142 | + | Richard A. Kirby, Baker & McKenzie LLP, 815 Connecticut Avenue, NW, Washington, DC 20006-4004 |
| 4843868 | + | Richard Shapiro, 5000 N. Parkway Calabasas, Suite 105, Calabasas, CA 91302-3904 |
| 4850696 | + | Robert F. Ferber, 1807 Circle Road, Ruxton, MD 21204-6416 |
| 5154062 | + | Robert Luria, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, New York 11530-3333 |
| 4843867 | + | Robert Roman, 2444 N.W. 59th Street, #1301, Boca Raton, FL 33496-2830 |
| 4840584 | + | Robert Yaffe, 30 Jericho Executive Plaza, Suite 300C, Jericho, NY 11753-1031 |
| 4689572 | + | Ruskin Moscou Faltischeck, P.C., 1425 RexCorp. Plaza, East Tower, 15th Floor, Uniondale, New York 11556-1425, Attn: Mark S. Mulholland |

| | | |
|---|---|---|
| 5443604 | + | Russell Bogart, Esq., The Kagen Law Firm, 400 Park Avenue, Suite 1420, New York, NY 10022-4406 |
| 4708375 | + | SHUTTS & BOWEN LLP, PETER E. SHAPIRO, ESQ., 200 EAST BROWARD BLVD, SUITE 2100, FT. LAUDERDALE, FL 33301-1972 |
| 4687864 | + | STEVENS & LEE, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022-5813, Attn: Chester B. Salomon, Esq. |
| 4826042 | + | Sandra Busel Rev Trust, 1400 South Ocean Boulevard, Apt. 1506, Boca Raton, Florida 33432-8522 |
| 5111688 | | Sanford P. Dumain, Esq., Milberg LLP, One Pennsylvania Plaza, 49th Fl., New York, NY 10119 |
| 4908991 | + | Sanford P. Rosen, Esq., Sanford P. Rosen & Asssociates, PC, 747 Third Avenue, New York, NY 10017-2850 |
| 5111689 | + | Sean H. Lane, Esq., Robert William Yalen, Esq., Lev L. Dassin, Acting US Attorney, 86 Chambers Street, 3rd. Floor, New York, NY 10007-2632 |
| 4840990 | | Shawn M. Christianson, Esq, Buchalter Nemer, 55 Second Street, 17th Floor, San Francisco, CA 94105-3493 |
| 5395313 | + | Shelley Michelmore, 170 E. 87th Street, Apt E21B, New York, NY 10128-2288 |
| 7804100 | + | Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019-6088, Attn: A. Unger, J. Kuster & A. Propps |
| 5887218 | + | Silver Golub & Teitell, LLP, The Heritage Building, 184 Atlantic Street, Stamford, CT 06901-3518 |
| 5193449 | + | Skoloff & Wolfe, PC, 140 Broadway Center, New York, NY 10005-1108 |
| 4818783 | + | Stanley Hirschhorn, 8 Woodcrest Terrace, Manalapan, NUJ 07726-4653 |
| 5111690 | + | Stephen A. Weiss, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004-2595 |
| 4847740 | + | Stephen Ehrlich and Leslie Ehrlich, 48 East 91st Street, New York, NY 10128-1350 |
| 5111699 | | Stephen Fishbein, James L. Garrity Jr., Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022-6069 |
| 5014423 | + | Sterling Equity Associates, c/o Davis Polk, 450 Lexington Avenue, New York, NY 10017-3904 |
| 5111692 | + | Steven R. Schlesinger, Esq., Hale Yazicioglu, Esq., Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, NY 11530-3333 |
| 5493942 | + | Steven R. Schoenfeld, Esq., Jessica D. Mikhailevich, Esq., Dorsey & Whitney LLP, 250 Park Avenue, New York, NY 10177-0001 |
| 4687186 | + | Stevens & Lee, P.C., Attn: Chester B. Salomon, Esq., 485 Madison Avenue, 20th Floor, New York, NY 10022-5813 |
| 5111685 | + | Stuart I. Rich, Esq., James M. Ringer, Esq., Meister, Seelig & Fein LLP, 140 East 45th Street, 19th Fl., New York, NY 10017-3144 |
| 5054806 | | Susan Saltz Charitable Lead Annuity Trust, Susan Saltz Descendants Trust, c/o Aitken Berlin, LLP, Attn: Bernard V. Kleinman, 2 Gannett Drive, Suite 418 White Plains, NY 10604 |
| 4810593 | + | Talon Air, Inc., Attn: Adam Katz, President, 8300 Republic Airport, Farmingdale, NY 11735-3330 |
| 4840585 | + | Triangle Properties #39, 30 Jericho Executive Plaza, Suite 300C, Jericho, NY 11753-1031 |
| 5463235 | + | Victor A. Machcinski, Jr., Krebsbach & Snyder, PC, 55 Broadway, Suite 1600, New York, NY 10006-3743 |
| 5443583 | + | Victor A. Machcinski, Jr., One Exchange Plaza, 55 Broadway, Suite 1600, New York, NY 10006-3743 |
| 4894323 | + | Victoria M. Brown, Esq., 324 W. 83rd Street, 4S, New York, NY 10024-4825 |
| 5137769 | + | Weithorn/Casper Associates For Selected Holdings L, 8655 E Via de Ventura, Ste. 6-200, Scottsdale, AZ 85258-3300 |
| 5765339 | + | William A. Habib, Habib Law Associates LLC, 2390 Thyme Court, Jamison, PA 18929-1191 |
| 5733148 | + | William A. Habib, Esq., Habib Law Associates, LLC, 2390 Thyme Court, Jamison, Pennsylvania 18929-1191 |
| 4694581 | + | William B. Wachtel, Esq., Wachtel & Masyr, LLP, 110 East 59th Street, New York, NY 10022-1304 |
| 4703105 | + | William M. O'Connor, Esq., MarkS. Lichtenstein, Esq., Crowell & Moring LLP, 153 East 53rd Street, New York, NY 10022-4611 |
| 4843869 | + | Winco Real Estate SVC DBPP, 5000 N. Parkway Calabasas, Suite 105, Calabasas, CA 91302-3904 |
| 5456828 | | dr.dushan kosovich, United Nations Plaza, New York,N.Y., 10017 |
| 5536349 | + | dr.dushan kosovich, 845 united nations plaza, new york,n.y. 10017-3540 |

TOTAL: 193

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 26 2021 19:37:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 26 2021 19:36:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| dft | | Email/Text: dsanginari@daypitney.com | Feb 26 2021 19:36:00 | Edmond A. Gorek, c/o Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| dft | | Email/Text: dsanginari@daypitney.com | Feb 26 2021 19:36:00 | Marguerite M. Gorek, c/o Day Pitney LLP, One Jefferson road, Parsippany, NJ 07054-2891 |
| 4799406 | + | Email/Text: anisselson@windelsmarx.com | Feb 26 2021 19:36:00 | Alan Nisselson, Chapter 7 Trustee of Bernard L. Madoff, c/o Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| 5541749 | + | Email/Text: bzimmet@zblaw.com | Feb 26 2021 19:36:00 | Brian J. Zimmet, Esq., Bruce W. Bieber, Esq., Zimmet Bieber LLP, 437 Madison Avenue, 40th Fl., New York, NY 10022-7001 |
| 4740305 | + | Email/Text: M74banko@daimler.com | | |

| District/off: 0208-1 | User: | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 144 | Total Noticed: 202 |

|  |  | Feb 26 2021 19:37:00 | DCFS USA LLC, 13650 Heritage Parkway, Fortworth, TX 76177-5323 |
|---|---|---|---|
| 4700231 | + Email/Text: jsdlaw@msn.com | Feb 26 2021 19:36:00 | J. Scott Douglass, 909 Fannin, Suite 1800, Houston, Texas 77010-1016 |
| 5438299 | + Email/Text: trustee@certilmanbalin.com | Feb 26 2021 19:36:24 | Richard J. McCord, Esq., Carol A. Glick, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, NY 11554-1597 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft |  | A&G Goldman Partnership |
| dft |  | ABN AMRO BANK N.V. (presently known as THE ROYAL B |
| dft |  | Access International Advisors Ltd. |
| dft |  | Access Management Luxembourg SA |
| dft |  | Access Partners SA |
| dft |  | Adele Fox |
| dft |  | Alan Goldman |
| dft |  | Alpine Trustees Limited, Individually and As Trust |
| dft |  | Amit Vijayvergiya |
| dft |  | Amy A. Hobish, Mitchell K. Hobish, Richard S. Hobi |
| dft |  | Andres Piedrahita |
| dft |  | Andrew H. Cohen |
| dft |  | Ariel Fund Limited And Gabriel Capital, L.P. |
| dft |  | Arthur B. Page, in his capacity as Trustee of the |
| dft |  | Ascot Fund Ltd. |
| dft |  | Ascot Partners, L.P. |
| dft |  | Ashby Holdings Services Limited |
| dft |  | Ashby Investment Services Limited |
| dft |  | Atlantic Security Bank |
| dft |  | Atlas, in her capacity as Personal Representative |
| dft |  | BNP Paribas Appellees |
| dft |  | BNP Paribas Arbitrage SNC |
| dft |  | BNP Paribas Bank & Trust (Cayman) Limited |
| dft |  | BNP Paribas S.A. |
| dft |  | BNP Paribas Securities Services S.A. |
| dft |  | Bam L.P., Adam Mann, Meryl Mann, Michael Mann, and |
| dft |  | Banca Carige S.p.A. |
| dft |  | Bank Austria Worldwide Fund Management Ltd. |
| dft |  | Banque J. Safra (Suisse) S.A. |
| dft |  | Banque Syz SA |
| dft |  | Barfield Nominees Limited |
| dft |  | Benjamin W. Roth |
| dft |  | Bernard L. Madoff Investment Securities, LLC. |
| dft |  | Bernard Marden Profit Sharing Plan |
| dft |  | CORINA NOEL PIEDRAHITA |
| dft |  | Carla Goldworm, Luke Goldworm, Samuel Goldworm, S& |
| dft |  | Carlo Grosso |
| dft |  | Certain Defendants Represented by Loeb & Loeb LLP |
| dft |  | Certain Transferee Defendants |
| dft |  | Citi Hedge Fund Services Limited |
| dft |  | Citicorp, North America, Inc. |
| dft |  | Credit Agricole Corporate and Investment Bank |
| dft |  | Credit Agricole S.A. |
| dft |  | DAVID SHAPIRO, individually and as trustee for Tru |
| dft |  | David Shapiro 1989 Trust, as amended |
| unk |  | David Shapiro 1989 Trust, as amended |
| dft |  | ESTATE OF HELENE R. CAHNERS KAPLAN |

| | |
|---|---|
| dft | El Prela Group Holding Services |
| dft | El Prela Trading Investments Limited |
| dft | El Prela Trust |
| dft | Elaine S. Stein |
| dft | Elaine S. Stein Revocable Trust |
| dft | Elins Daughters Trust For The Benefit of Jamie Ann |
| dft | Elins Daughters Trust for the Benefit of Julie Lyn |
| dft | Elins Family Trust, a California Trust |
| dft | Epic Ventures, LLC, and Eric P. Stein, individuall |
| dft | Estate of Beatrice Bader |
| dft | Estate of Evelyn Berezin Wilenitz |
| dft | Estate of Helen Shurman, Estate of Jack Shurman, P |
| dft | Estate of Muriel B. Cantor |
| unk | Estate of Muriel B. Cantor |
| dft | Estate of Norma Fishbein |
| dft | Estate of Sheldon Shaffer |
| unk | Estate of Sheldon Shaffer |
| dft | Evelyn Chernis Revocable Trust Agreement for Saman |
| dft | Evelyn Fisher |
| dft | FIM Advisers LLP |
| dft | FIM Limited |
| dft | Fairfield Greenwich Advisors, LLC |
| dft | Fairfield Greenwich Capital Partners |
| dft | Fairfield Greenwich Limited |
| dft | Fairfield International Managers, Inc. |
| dft | Federico Ceretti |
| dft | First Peninsula Trustees Limited, Individually and |
| dft | Fullerton Capital Pte. Ltd. |
| dft | Gabriel Capital Corporation |
| dft | Gerald Goldman |
| dft | Gerald J. Block |
| dft | Grosvenor Aggressive Growth Fund Limited |
| dft | Grosvenor Balanced Growth Fund Limited |
| dft | Grosvenor Investment Management Ltd. |
| dft | Grosvenor Private Private Reserve Fund Limited |
| dft | HSBC Bank Bermuda Limited |
| intp | HSBC Bank Bermuda Limited |
| dft | HSBC Defendants |
| dft | Helene Cummings Karp Annuity, and Helene Cummings |
| dft | Helene R. Cahners Grantor Retained Annuity Trust # |
| dft | J. Ezra Merkin |
| dft | James Doyle, in his capacity as trustee of the Tru |
| dft | James P. Marden |
| dft | James P. Marden, as trustee of Bernard Marden Prof |
| dft | Jamie Elins Sabet |
| dft | Jeffrey Tucker |
| dft | Joel I. Gordon, and Joel I. Gordon Revocable Trus |
| dft | Julie Elins Banks |
| dft | KENNETH CITRON, individually and as trustee for Tr |
| dft | Kelman Partners Limited Partnership, et al. |
| dft | Kingate Euro Fund, Ltd. |
| unk | Kingate Euro Fund, Ltd. |
| unk | Kingate Global Fund, Ltd. |
| dft | Kingate Global Fund, Ltd. |
| dft | Kingate Management Limited |
| dft | L.H. Rich Companies |
| dft | LAD Trust |
| unk | LAD Trust |
| dft | LESLIE SHAPIRO CITRON |
| dft | LGT Bank (Switzerland) Ltd. |
| dft | LGT Bank Ltd. |
| dft | Lawrence D. Marks |
| dft | Lawrence Elins |

| | |
|---|---|
| cr | Lawrence Elins |
| unk | Lawrence Elins |
| dft | Legacy Capital, Ltd. |
| dft | Leslie Engelson, Alicia P. Felton, Miles J. Felton |
| dft | Leslie Shapiro 1985 Trust, as amended |
| unk | Leslie Shapiro 1985 Trust, as amended |
| dft | Linda Elins |
| dft | Linda Sohn |
| dft | Lloyds TSB Bank plc |
| dft | M&B Capital Advisers Sociedad De Valores, S.A. |
| dft | Marion B. Roth |
| dft | Marsha Peshkin |
| dft | Marvin L. Olshan |
| dft | Mercedes P. Rea |
| dft | Merritt Kevin Auld |
| dft | Milberg LLP and Seeger Weiss LLP Defendants |
| dft | Myra Perlen Revocable Trust |
| dft | Myra Perlen in her capacity as Trustee for the Stu |
| dft | Myra Perlen, individually and in her capacity as T |
| dft | Nancy J. Marks Trust 2002 |
| dft | Nancy L. Cahners, individually and in her capacity |
| dft | Neal M. Goldman |
| dft | Nine Thirty Capital Partners LLC |
| dft | Nine Thirty Partners Holdings, LLC, a Delaware li |
| dft | Norma Fishbein Revocable Trust dtd 3/21/90 |
| dft | Norma Shapiro, The Norma Shapiro Revocable Declara |
| dft | Northern Trust Corporation |
| dft | Odyssey Alternative Strategy Fund, Ltd. |
| dft | Pamela Goldman |
| dft | Panagiotis Sakellariou Settlement, an irrevocable |
| dft | Parson Finance Panama S.A. |
| dft | Pati H. Gerber |
| dft | Patrice M. Auld |
| dft | Patrice M. Auld & Certain Other Avoidance Defendan |
| dft | Patrice M. Auld, as trustee of Bernard Marden Prof |
| dft | Patricia DeLuca |
| unk | Patricia DeLuca |
| dft | Patrick Littaye |
| dft | Peter G. Chernis Revocable Trust dtd 1/16/87, as a |
| dft | Philip Cahners |
| dft | Platinum All Weather Fund Limited |
| dft | Port of Hercules Trustees Limited, Individually an |
| dft | Public Institution for Social Security |
| dft | Queensgate Foundation |
| dft | RACHEL SHAPIRO |
| dft | RAR Entrepreneurial Fund, LTD., |
| dft | RBC Foreign Defendants |
| dft | RENEE SHAPIRO, individually, as general partner of |
| dft | Rachel Cahners Caveney |
| dft | Richard M. Glantz |
| unk | Richard M. Glantz |
| dft | Robert A. Marks |
| dft | Robert Fishbein, in his capacity as Trustee of the |
| dft | Robert Fishbein, in his capacity as the Personal R |
| dft | Robert Fried & Certain Other Avoidance Defendants |
| dft | Robert M. Cahners, individually and in his capacit |
| dft | Russell Oasis |
| dft | Russell Oasis |
| unk | Russell Oasis |
| dft | S&R Investment Co. |
| unk | S&R Investment Co. |
| dft | SG Hambros Bank & Trust (Bahamas) Limited, in its |
| dft | SHARE MANAGEMENT LLC |

| | |
|---|---|
| dft | STANLEY SHAPIRO, individually, as general partner |
| dft | Sage Associates, Sage Realty, Malcolm H Sage, Mart |
| dft | Schroder & Co Bank AG |
| pla | Securities Investor Protection Corporation |
| dft | Sharon A. Raddock |
| dft | Sharon Popkin |
| dft | Sidney Marks |
| dft | Sidney Marks Trust 2002 |
| dft | Six Sis AG |
| dft | Somers Dublin Designated Activity Company (f/k/a S |
| dft | Stanley Plesent |
| dft | Stuart Perlen Revocable Trust dtd 1/4/08 |
| dft | Stuart Perlen and Myra Perlen, in their capacities |
| dft | Stuart Perlen in his capacity as Grantor and Trust |
| dft | Stuart Perlen, in his capacity as Trustee of the M |
| dft | Stuart Zlotolow, in his capacity as executor of th |
| dft | Susan Lazarus |
| dft | Susan Schemen Fradin |
| dft | Susanne Stone Marshall |
| dft | TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as am |
| unk | TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as am |
| dft | TRUST F/B/O [W.P.S.] & [J.G.S.] |
| unk | TRUST F/B/O [W.P.S.] & [J.G.S.] |
| dft | The Ashby Trust |
| dft | The Estate of Leonard Miller |
| dft | The Estate of Nancy Marks |
| dft | The Horowitz & Libshutz Family Foundation, Inc. |
| dft | The Murray & Irene Pergament Foundation, Inc. |
| dft | The Transferee Defendants, which are listed in Exh |
| dft | The Wiener Family Limited Partnership, Wiener Fami |
| dft | Toby T. Hobish and LI Ram L.P. |
| dft | Transferee Defendants listed on Exhibit 1 of this |
| dft | Trincastar Corporation |
| dft | Trust Created Under the Last Will and Testament of |
| dft | Trust F/B/O Melissa Perlen U/A Dated 9/12/1979 |
| dft | Trust U/W/O David L. Fisher |
| dft | Trust u/t/a 8/20/90 |
| dft | UBS Deutschland AG |
| dft | Unifortune Asset Management SGR SPA |
| dft | Unifortune Conservative Fund |
| dft | Walter Noel |
| dft | ZCM Asset Holding Company (Bermuda) LLC |
| dft | Zeus Partners Limited |
| 4949689 | Alan D. Garfield |
| 4949762 | Alan Garfield |
| 4894632 | Amy Beth Smith |
| 4949685 | BK Interest, LLC |
| 4949765 | BK Investment, LLC |
| 4949688 | Barry E. Kaufman |
| 4949759 | Barry Kaufman |
| 4818782 | Carla Hirschhorn |
| 4949760 | Erin Hellberg |
| 4949687 | Erin M. Hellberg |
| 5071931 | Iris Schaum |
| 4949682 | James H Cohen |
| 4949766 | James H. Cohen |
| 4949681 | James H. Cohen Special Trust |
| 4949757 | James H. Cohen Special Trust |
| 4894629 | Judith S. Schustack |
| 4694120 | June Pollack |
| 4687542 | KML Asset Management LLC |
| 4949686 | Marian Cohen 2001 Residence Trust |
| 4949764 | Marian Cohen 2001 Residence Trust |

| 4949690 | | Marion Tallering-Garfield |
|---------|---|---------------------------|
| 4949763 | | Marion Tallering-Garfield |
| 4949683 | | Morrie Abramson |
| 4949758 | | Morrie Abramson |
| 7731713 | | Odyssey Alternative Fund Limited |
| 5356699 | | Orthopaedic Specialty Group P.C. Plan Participants |
| 4894630 | | Robert J. Schustack |
| 4949684 | | Robyn Berniker |
| 4949761 | | Robyn Berniker |
| 4694119 | | Ruth E. Goldstein |
| 4894631 | | Shirley Schustack Conrad |
| dft | *+ | C&P Associates, Inc., Arkin Solbakken LLP, 750 Lexington Avenue, New York, NY 10022-1200 |
| 5076179 | *+ | Charles Roe Mills, Esq., Richard A. Kirby, Esq., K&L Gates LLP, 1601 K Street NW, Washington, DC 20006-1682 |
| 5111704 | * | Dennis C. Quinn, Esq., Barger & Wolen, LLP, 10 East 40th Street, 40th Floor, New York, NY 10016-0301 |
| 6770784 | *+ | Jimmy Fokas, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111-1099 |
| 4897360 | *+ | Lawrence Torn, 4500 King Palm Drive, Tamarac, FL 33319-6120 |
| 6770786 | *+ | Patrick T. Campbell, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111-1099 |
| 6758143 | *+ | Richard A. Kirby, Baker & McKenzie LLP, 815 Connecticut Avenue, NW, Washington, DC 20006-4004 |
| 6758144 | *+ | Richard A. Kirby, Baker & McKenzie LLP, 815 Connecticut Avenue, NW, Washington, DC 20006-4004 |
| 6758146 | *+ | Richard A. Kirby, Baker & McKenzie LLP, 815 Connecticut Avenue, NW, Washington, DC 20006-4004 |
| 6758147 | *+ | Richard A. Kirby, Baker & McKenzie LLP, 815 Connecticut Avenue, NW, Washington, DC 20006-4004 |
| 5538007 | *+ | Richard J. McCord, Esq., Carol A. Glick, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| 4689575 | *+ | STEVENS & LEE, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022-5813, Attn: Chester B. Salomon, Esq. |

TOTAL: 247 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                    Signature:        /s/Joseph Speetjens