**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                 Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                 Defendant. | |
| In re:<br>BERNARD L. MADOFF,<br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>                 Plaintiff,<br>v.<br>ESTATE OF JAMES M. GOODMAN; and AUDREY GOODMAN, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman,<br>                 Defendants. | Case No. |

## ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE

**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendants, the Estate of James M. Goodman, and Audrey M. Goodman, individually, and

in her capacity as Personal Representative of the Estate of James M. Goodman ("Defendants"), with respect to Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

2. The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

New York, New York
Dated:

                                                      Hon.
                                                      United States District Judge

{00046165 1 }