**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>                        Plaintiff,<br>v.<br>ESTATE OF JAMES M. GOODMAN; and AUDREY GOODMAN, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman,<br>                        Defendants. | Adv. Pro No. 10-05079 (SMB) |

**CERTIFICATE OF SERVICE**

      I, Helen Davis Chaitman, hereby certify that on March 1, 2021 I caused a true and correct copy of the following documents:

- Statement- Proposed Order, as resubmitted by clerk's request for ECF numbers 89-1 for case number 10-ap-05079 and 20296-1 for case number 08-bk-01789.

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

<u>By electronic mail upon:</u>

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   March 1, 2021                                          */s/ Helen Davis Chaitman*
         New York, New York