UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>      v.<br><br>RAFAEL MAYER, DAVID MAYER, MONTPELLIER INTERNATIONAL LTD., PRINCE ASSETS LTD. (f/k/a PRINCE ASSETS LDC), KHRONOS GROUP LTD. (f/k/a MONTPELLIER RESOURCES LTD.), PRINCE RESOURCES LDC, MONTPELLIER USA HOLDINGS LLC, PRINCE CAPITAL PARTNERS LLC, and KHRONOS LIQUID OPPORTUNITIES FUND LTD.,<br><br>                Defendants. | Adv. Pro. No. 20-01316 (CGM) |

**ORDER GRANTING MOTION FOR
ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Carlos J. Canino, to be admitted, *pro hac vice*, to represent David Mayer, a defendant in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Florida and

that the movant meets the other requirements for admission, *pro hac vice*, to practice in the United States Bankruptcy Court for the Southern District of New York, it is hereby

**ORDERED**, that Carlos J. Canino, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Defendant David Mayer, provided that the filing fee has been paid.



**Dated: March 2, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**