**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## ORDER GRANTING THE TRUSTEE'S APPLICATION TO RETAIN SOFFER AVOCATS AS SPECIAL COUNSEL

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Soffer Avocats ("Soffer Avocats") as special counsel, and upon the declaration of Mr. Ron Soffer submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED**.

2.      The Court finds that Soffer Avocats is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3.     The Trustee is authorized to retain Soffer Avocats as special counsel to the Trustee as provided in the Application.



**Dated: March 3, 2021**
**Poughkeepsie, New York**

/s/ **Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**