UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>Estate of Seymour Epstein,<br><br>Muriel Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created,<br><br>Herbert C.Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein,<br><br>Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, and<br><br>Shelburne Shirt Company, Inc. | Adv. Pro. No. 10-04438 (CGM) |

Defendants.

## ORDER DENYING MOTION TO REARGUE AND DENYING STAY PENDING APPEAL

Defendants having filed a motion to reargue and for a stay pending appeal of this Court's final judgement dated February 4, 2021; and the Court having heard oral argument on this motion on March 3, 2021; and after due deliberation, it is hereby

**ORDERED** that Defendants' motion [Dkt. No.160] is **DENIED** for the reasons set forth in the accompanying memorandum decision.

1. .

2

Dated: March 3, 2021
Poughkeepsie, New York



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge