IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Joanne & Glenn Goldstein | 007455, 008475 | 2524 | Pro Se Filing | Glenn Stuart Goldstein & Joanne T Goldstein J/T WROS | 1G0263 |
| Leonard Forrest Rev Trust | 000299 | 700, 721 | Phillips Nizer LLP | Leonard Forrest Rev Trust Dtd 1/29/99 Leonard Forrest | 1ZA013 |
| Marjorie Forrest Rev Trust; Dtd 1/29/99 Marjorie Forrest; Leonard Forrest Trustee | 000520 | 1064 | Phillips Nizer LLP | Marjorie Forrest Rev Trust Dtd 1/29/99 Marjorie Forrest | 1ZB113 |
| Marvin J Plateis or Reoberta Plateis J/T WROS | 000319 | 691 | Phillips Nizer LLP | Marvin J Plateis Or Roberta Plateis J/T WROS | 1ZA210 |
| Wilansky Family Fund: Steven David And Barry Wilansky | 000509 | 1874 | Phillips Nizer LLP | Wilansky Family Fund C/O Steven Wilansky | 1ZA330 |