IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| C & L Brodsky Family Trust Dated 5/17/05 | 004250, 100127 | 663 | Pro Se Filing | Lewis C Brodsky & Cathy Brodsky Tstees, C & L | 1ZA686 |
| John Cohlan IV | 001953, 009130 | 296 | Pro Se Filing | John Cohlan | 1C1323 |