IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| C & L Brodsky Family Trust Dated 5/17/05 | 004250, 100127 | 663 | Pro Se Filing | Lewis C Brodsky & Cathy Brodsky Tstees, C & L | 1ZA686 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Joanne & Glenn Goldstein | 007455, 008475 | 2524 | Pro Se Filing | Glenn Stuart Goldstein & Joanne T Goldstein J/T WROS | 1G0263 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| John Cohlan IV | 001953, 009130 | 296 | Pro Se Filing | John Cohlan | 1C1323 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Leonard Forrest Rev Trust | 000299 | 700, 721 | Phillips Nizer LLP | Leonard Forrest Rev Trust Dtd 1/29/99 Leonard Forrest | 1ZA013 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Marjorie Forrest Rev Trust; Dtd 1/29/99 Marjorie Forrest; Leonard Forrest Trustee | 000520 | 1064 | Phillips Nizer LLP | Marjorie Forrest Rev Trust Dtd 1/29/99 Marjorie Forrest | 1ZB113 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Marvin J Plateis or Reoberta Plateis J/T WROS | 000319 | 691 | Phillips Nizer LLP | Marvin J Plateis Or Roberta Plateis J/T WROS | 1ZA210 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Wilansky Family Fund: Steven David And Barry Wilansky | 000509 | 1874 | Phillips Nizer LLP | Wilansky Family Fund C/O Steven Wilansky | 1ZA330 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |