**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF CASE REASSIGNMENT AND
### OMNIBUS AVOIDANCE ACTION HEARNG DATES

**PLEASE TAKE NOTICE** that on February 26, 2021, the above-referenced case was reassigned to the Honorable Cecelia G. Morris, Chief Judge for the United States Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Order, please take notice that Avoidance Action Omnibus

Hearings (as defined in the Order) shall be held March 17, 2021, April 21, 2021, May 19, 2021, June 16, 2021, July 28, 2021, August 18, 2021, September 15, 2021, October 20, 2021, November 17, 2021 and December 15, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Cecelia G. Morris, Chief Judge for the United States Bankruptcy Court, Southern District of New York. Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing Dates in accordance with the Order.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in any hearing must refer to Chief Judge Morris's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than twenty-four hours before such hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge using Court Solutions.

Dated: March 3, 2021                                  Respectfully submitted,
       New York, New York

                                                           */s/ Nicholas J. Cremona*
                                           **Baker & Hostetler LLP**
                                           45 Rockefeller Plaza
                                           New York, New York 10111
                                           Tel: (212) 589-4200
                                           Fax: (212) 589-4201
                                           David J. Sheehan
                                           Email: dsheehan@bakerlaw.com
                                           Nicholas J. Cremona
                                           Email: ncremona@bakerlaw.com

                                           *Attorneys for Irving H. Picard, Trustee for the*
                                           *Substantively Consolidated SIPA Liquidation*
                                           *of Bernard L. Madoff Investment Securities LLC*
                                           *and the Chapter 7 estate of Bernard L. Madoff*