**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC,                  Case No. 08-01789

        Debtor.                                                (Substantively Consolidated)

In re:

BERNARD L. MADOFF,

        Debtor.

**TRANSFER OF ALLOWED CLAIM**

A CLAIM HAS BEEN SUBMITTED IN THIS CASE, DESIGNATED AS CLAIM NO. **7897**. Transferee hereby gives

evidence pursuant to certain Claims Trading Procedures approved by Order of the above-captioned Court dated November 10, 2010 [Dkt.

No. 3138], of the transfer of the allowed claim referenced in this evidence.

| **BMIS Funding IDC, L.L.C.** | **TRC MASTER FUND LLC** |
|---|---|
| Name of Transferor | Name of Transferee |

Name and Address where notices to transferor should be sent:

Name and Address where notices to transferee should be sent:

**BMIS Funding IDC, L.L.C.**
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Telephone:   +1 415-421-2132
E-Mail:      loanops2@farcap.com

**TRC Master Fund LLC**
100 Merrick Road, Suite 308E
Rockville Centre, New York 11570
Attention: Terrel Ross
Telephone: 516-653-2471
E-Mail: tross@trcmllc.com

**Claim No: 7897**
**Allowed Claim Amount: $35,000,000.00**

      I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and
belief.

By:_____        Date: _____3/4/2021_____
    Transferee/Transferee's Agent

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571.*

**Assignment**

**BMIS Funding IDC, L.L.C.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby

acknowledged, does hereby transfer and assign unto **TRC Master Fund LLC**, its successors and assigns ("Assignee"), all rights, title,

interests in and to Assignor's Allowed Claim in the amount of **$35,000,000.00**, as stated in the determination letter dated January 12, 2015 from Irving H.

Picard, the trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., substantively consolidated with the estate of Bernard L. Madoff in Case No. 08-01789,

identified by **Claim No. 7897** in proceedings pending before the United States Bankruptcy Court for the Southern District of New York, together with any

affirmative claims of the Assignor against third parties.

       Assignor hereby certifies by this Assignment that:

(i)        Assignee will be recognized as the valid owner of the Allowed Claim and will receive all distributions on account of such Claim;

and

(ii)       The Allowed Claim Amount constitutes the entire amount of the Claim, and has not been reduced by any prior payment from the

Trustee on account of the Allowed Claim; and

IN WITNESS WHEREOF, dated the ___ day of March 2021.

Assignee:                                                     Assignor:

**TRC MASTER FUND LLC**

By: Terrel Ross

Title: Director

Tel: 516-653-2471

**BMIS FUNDING IDC, L.L.C.**

By: Farallon Capital Management, L.L.C., Its
Manager

By:_____

Title:            Michael G Linn

Tel:           Managing Member