EXHIBIT B
SUMMARY OF THIRTY-FIFTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2020 THROUGH NOVEMBER 30, 2020

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,023.00 | 234.60 | 239,995.80 |
| | Sheehan, David J. | 1968 | 1,023.00 | 613.40 | 627,508.20 |
| | Matthias, Michael R. | 1973 | 765.00 | 51.00 | 39,015.00 |
| | Bash, Brian A. | 1975 | 824.00 | 63.10 | 51,994.40 |
| | Greene, Bruce R. | 1976 | 841.00 | 37.90 | 31,873.90 |
| | Long, Thomas L. | 1976 | 1,017.00 | 441.60 | 449,107.20 |
| | Ponto, Geraldine E. | 1982 | 1,023.00 | 538.30 | 550,680.90 |
| | Hutchins, Elaine A. | 1983 | 697.00 | 14.60 | 10,176.20 |
| | Montesano, Carmela T. | 1984 | 743.00 | 5.90 | 4,383.70 |
| | Smith, Elizabeth A. | 1985 | 930.00 | 19.40 | 18,042.00 |
| | Hunt, Dean D. | 1991 | 932.99 | 279.20 | 260,491.20 |
| | Goldberg, Steven H. | 1991 | 1,023.00 | 82.50 | 84,397.50 |
| | Douthett, Breaden M. | 1991 | 515.00 | 2.10 | 1,081.50 |
| | Griffin, Regina L. | 1993 | 1,023.00 | 486.30 | 497,484.90 |
| | Thomas, Erika K. | 1994 | 783.00 | 567.50 | 444,352.50 |
| | Cole, Tracy L. | 1996 | 928.00 | 533.30 | 494,902.40 |
| | Murphy, Keith R. | 1997 | 1,023.00 | 435.40 | 445,414.20 |
| | Hoang, Lan | 1997 | 1,000.30 | 888.20 | 888,470.40 |
| | Rollinson, James H. | 1998 | 892.00 | 23.30 | 20,783.60 |
| | Warshavsky, Oren J. | 1998 | 1,023.00 | 669.10 | 684,489.30 |
| | New, Jonathan B. | 1998 | 1,023.00 | 27.60 | 28,234.80 |
| | Fish, Eric R. | 1998 | 887.00 | 344.80 | 305,837.60 |
| | Clark, Eben P. | 1998 | 555.00 | 49.70 | 27,583.50 |
| | Rose, Jorian L. | 1998 | 1,005.00 | 232.60 | 233,763.00 |
| | Pergament, Benjamin D. | 1999 | 854.17 | 534.00 | 456,126.00 |
| | Bohorquez, Fernando A. | 2000 | 948.00 | 303.30 | 287,528.40 |
| | Cremona, Nicholas J. | 2000 | 1,005.00 | 804.60 | 808,623.00 |
| | Beckerlegge, Robertson D. | 2001 | 795.98 | 693.60 | 552,090.20 |
| | Bell, Stacey A. | 2001 | 868.09 | 606.30 | 526,323.40 |
| | Zeballos, Gonzalo S. | 2001 | 925.00 | 93.90 | 86,857.50 |
| | North, Geoffrey A. | 2002 | 892.00 | 726.70 | 648,216.40 |
| | Song, Brian W. | 2002 | 790.01 | 486.00 | 383,943.00 |
| | Shields, Nkosi D. | 2003 | 663.88 | 422.50 | 280,491.00 |
| | Malchow, Jessica P. | 2003 | 472.00 | 25.90 | 12,224.80 |
| | Sherer, James A. | 2003 | 728.00 | 13.30 | 9,682.40 |
| | Hochmuth, Farrell A. | 2003 | 636.73 | 212.60 | 135,368.00 |
| | Oliver, Jason S. | 2003 | 800.71 | 615.60 | 492,918.40 |
| | Proano, David F. | 2005 | 466.00 | 41.90 | 19,525.40 |
| | Allen, Brian F. | 2005 | 694.26 | 265.10 | 184,047.80 |
| | Feil, Matthew D. | 2006 | 694.11 | 460.90 | 319,916.30 |
| | Carlisle, Marie L. | 2006 | 604.78 | 507.90 | 307,166.60 |
| | Vanderwal, Amy E. | 2006 | 892.00 | 687.60 | 613,339.20 |
| | Longstaff, Carrie | 2006 | 712.39 | 450.50 | 320,930.40 |
| | Kosack, Melissa L. | 2006 | 743.00 | 779.60 | 579,242.80 |
| | Wasick, Joanna F. | 2007 | 839.79 | 583.20 | 489,765.00 |
| | Brown, Seanna R. | 2007 | 1,005.00 | 708.00 | 711,540.00 |
| | Calvani, Torello H. | 2007 | 790.12 | 376.20 | 297,243.60 |
| | Giuliani, Esterina | 2007 | 892.00 | 660.20 | 588,898.40 |
| | Patel, Tayan B. | 2007 | 610.00 | 14.30 | 8,723.00 |
| | Forman, Jonathan A. | 2007 | 704.00 | 239.10 | 168,326.40 |
| | Zunno-Freaney, Kathryn M. | 2008 | 892.00 | 195.30 | 174,207.60 |
| | Attard, Lauren T. | 2008 | 641.35 | 258.00 | 165,469.40 |
| | Usitalo, Michelle R. | 2008 | 658.17 | 496.10 | 326,520.00 |
| | McCurrach, Elizabeth G. | 2008 | 696.02 | 425.00 | 295,806.40 |
| | Markel, Tatiana | 2009 | 743.00 | 657.40 | 488,448.20 |
| | Campbell, Patrick T. | 2009 | 712.00 | 153.60 | 109,363.20 |
| | Shapiro, Peter B. | 2009 | 676.71 | 587.90 | 397,839.00 |
| | Molina, Marco | 2009 | 743.00 | 204.90 | 152,240.70 |
| | Iannuzzi, Michael M. | 2010 | 526.00 | 17.80 | 9,362.80 |
| | Bent, Camille C. | 2010 | 633.35 | 494.90 | 313,444.20 |
| | Shifrin, Maximillian S. | 2011 | 605.53 | 105.50 | 63,883.50 |
| | Wangsgard, Kendall E. | 2011 | 599.00 | 28.50 | 17,071.50 |
| | Crook, Darren A. | 2011 | 368.00 | 145.10 | 53,396.80 |
| | Krishna, Ganesh | 2011 | 621.10 | 603.70 | 374,961.00 |
| | Hough, Shawn P. | 2012 | 618.16 | 540.00 | 333,808.90 |
| Partners and of Counsel Total | | | 831.08 | 22,867.90 | 19,004,944.30 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 642.00 | 66.90 | 42,949.80 |
| | Bieler, Philip | 1994 | 545.60 | 535.50 | 292,166.70 |
| | Kates, Elyssa S. | 2000 | 725.00 | 10.60 | 7,685.00 |
| | Wlodek, Heather | 2003 | 720.05 | 420.30 | 302,635.00 |
| | Hiatt, Eric B. | 2005 | 620.00 | 229.60 | 142,352.00 |
| | Cowherd, Matthew K. | 2005 | 561.40 | 142.90 | 80,224.10 |
| | Mezibov, Jonathan G. | 2006 | 267.00 | 681.40 | 181,933.80 |
| | Goldmark, Jena B. | 2007 | 523.87 | 649.60 | 340,306.50 |
| | Sabella, Michael A. | 2008 | 578.00 | 561.40 | 324,489.20 |
| | Choi, David | 2008 | 620.00 | 377.50 | 234,050.00 |
| | Khan, Ferve E. | 2009 | 685.48 | 453.60 | 310,932.00 |
| | Nickodem, Robert G. | 2009 | 274.00 | 606.30 | 166,126.20 |
| | Perkins Austin, Francesca | 2009 | 604.00 | 87.30 | 52,729.20 |
| | Mattera, Marshall J. | 2009 | 620.00 | 777.70 | 482,174.00 |
| | McGourty, Cara | 2010 | 599.00 | 511.20 | 306,208.80 |
| | Rollins, Jennifer B. | 2010 | 267.00 | 520.30 | 138,920.10 |
| | Biondo, Lindsay J. | 2010 | 274.00 | 698.90 | 191,498.60 |
| | Maytal, Anat | 2010 | 646.81 | 628.60 | 406,582.40 |
| | Ubaid, Maryland H. | 2010 | 274.00 | 595.40 | 163,139.60 |
| | Boga-Lofaro, Csilla | 2010 | 504.00 | 3.80 | 1,915.20 |
| | Rouach, Sophie | 2010 | 487.00 | 178.60 | 86,978.20 |
| | Hansford, Melissa L. | 2010 | 274.00 | 507.40 | 139,027.60 |
| | Mahida, Michelle Marie Hoff | 2010 | 267.00 | 578.50 | 154,459.50 |
| | Bernard, Zachary E. | 2010 | 482.00 | 5.80 | 2,795.60 |
| | Chandler, Tara R. | 2010 | 274.00 | 728.90 | 199,718.60 |
| | White, Jason T. | 2011 | 274.00 | 700.10 | 191,827.40 |
| | Oliva, Frank M. | 2011 | 634.17 | 628.10 | 398,319.70 |
| | Durbin, Damon M. | 2011 | 310.00 | 77.40 | 23,994.00 |
| | Gottesman, Joel D. | 2011 | 274.00 | 458.10 | 125,519.40 |
| | Blanchard, Jason I. | 2011 | 623.98 | 581.70 | 362,969.90 |
| | Patrick, Stacey M. | 2011 | 274.00 | 709.30 | 194,348.20 |
| | Barhorst, Damon C. | 2011 | 267.00 | 10.50 | 2,803.50 |
| | Vonderhaar, Douglas A. | 2011 | 331.00 | 33.20 | 10,989.20 |
| | Rose, Nicholas M. | 2011 | 599.00 | 531.40 | 318,308.60 |
| | Feldstein, Robyn M. | 2011 | 578.00 | 160.30 | 92,653.40 |
| | Slavin, Jeffrey A. | 2011 | 502.00 | 29.30 | 14,708.60 |
| | Rice, David W. | 2012 | 578.00 | 338.30 | 195,537.40 |
| | Ackerman, Stephanie | 2012 | 565.85 | 811.10 | 458,961.30 |
| | Gallagher, Christopher B. | 2012 | 637.29 | 521.90 | 332,602.60 |
| | Tanney, Michelle N. | 2013 | 559.18 | 434.00 | 242,684.40 |
| | Friedman, Matthew B. | 2013 | 551.00 | 451.60 | 248,831.60 |
| | Charlemagne, Chardaie C. | 2013 | 599.66 | 92.40 | 55,408.40 |
| | Sterling, Nichole L. | 2013 | 494.00 | 26.40 | 13,041.60 |
| | Mosher, Sarah E. | 2013 | 267.00 | 581.90 | 155,367.30 |
| | Gillingham, Ross M. | 2013 | 267.00 | 746.90 | 199,422.30 |
| | Brumbach, Maxim G. | 2013 | 267.00 | 564.50 | 150,721.50 |
| | Goertemiller, Noah J. | 2014 | 267.00 | 613.10 | 163,697.70 |
| | Horning, Nathan T. | 2014 | 274.00 | 669.40 | 183,415.60 |
| | Kennedy, Joyce R. | 2015 | 274.00 | 608.30 | 166,674.20 |
| | Serrao, Andrew M. | 2015 | 518.75 | 213.70 | 110,856.50 |
| | Turner, Tara E. | 2015 | 512.60 | 806.20 | 413,255.80 |
| | Weinberg, Lauren R. | 2015 | 509.00 | 66.40 | 33,797.60 |
| | Nadworny, Bari R. | 2016 | 494.00 | 67.80 | 33,493.20 |
| | Cantu, Michael R. | 2016 | 274.00 | 731.10 | 200,321.40 |
| | Miguel, Nickoli X. | 2016 | 274.00 | 664.80 | 182,155.20 |
| | Molony, Matthew E. | 2016 | 267.00 | 711.10 | 189,863.70 |
| | Stewart, Matthew L. | 2016 | 267.00 | 689.90 | 184,203.30 |
| | Shalodi, Amani | 2016 | 274.00 | 717.40 | 196,567.60 |
| | Berry, Joshua L. | 2016 | 267.00 | 581.50 | 155,260.50 |
| | Martin, Lauren E. | 2016 | 267.00 | 628.90 | 167,916.30 |
| | Alonso, Carolina A. | 2016 | 446.00 | 5.90 | 2,631.40 |
| | Maw, Darley | 2017 | 542.32 | 416.40 | 225,823.70 |
| | Satter, Joshua A. | 2017 | 565.00 | 563.60 | 318,434.00 |
| | Dindiyal, Ariana G. | 2017 | 446.00 | 624.70 | 278,616.20 |
| | Stork, Victoria L. | 2017 | 515.33 | 505.50 | 260,499.30 |
| | Wafelbakker, Tess N. | 2018 | 349.00 | 7.50 | 2,617.50 |
| | Fischetti, Chloe S. | 2018 | 437.00 | 88.40 | 38,630.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Williams, Briana D. | 2018 | 395.00 | 422.80 | 167,006.00 |
|  | Yantis, Brittany A. | 2019 | 431.00 | 163.60 | 70,511.60 |
|  | Bordner, Alexa T. | 2019 | 441.00 | 119.80 | 52,831.80 |
|  | Gotsis, Christina O. | 2019 | 431.00 | 479.00 | 206,449.00 |
|  | Corrigan, Megan A. | 2019 | 431.00 | 313.90 | 135,290.90 |
|  | Silversmith, Jordan R. | 2019 | 431.00 | 215.40 | 92,837.40 |
|  | Sternbach, Lauren E. | 2020 | 441.00 | 479.80 | 211,591.80 |
|  | Waldrop, Patrick R. | 2020 | 441.00 | 9.40 | 4,145.40 |
|  | Van Duyn, Audrey J. | 2020 | 441.00 | 612.10 | 269,936.10 |
|  | Cardenas, Samantha A. | #N/A | 267.00 | 551.50 | 147,250.50 |
| Associates Total |  |  | 413.87 | 32,395.30 | 13,407,600.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Graham, Sonya M. | #N/A | 289.00 | 16.10 | 4,652.90 |
|  | Montani, Christine A. | #N/A | 377.00 | 466.60 | 175,908.20 |
|  | Bookout, Kimberly M. | #N/A | 252.00 | 8.50 | 2,142.00 |
|  | Iskhakova, Yuliya | #N/A | 390.00 | 845.90 | 329,901.00 |
|  | Marshall, Amanda S. | #N/A | 205.00 | 7.00 | 1,435.00 |
|  | Gibbons, Michael E. | #N/A | 413.00 | 9.60 | 3,964.80 |
|  | Landrio, Nikki M. | #N/A | 407.00 | 668.80 | 272,201.60 |
|  | Nunes, Silas T. | #N/A | 333.00 | 119.70 | 39,860.10 |
|  | von Collande, Constance M. | #N/A | 372.00 | 537.00 | 199,764.00 |
|  | Blaber, Theresa A. | #N/A | 367.00 | 24.20 | 8,881.40 |
|  | Stone, Adrian | #N/A | 330.00 | 359.40 | 118,602.00 |
|  | Bryan, Katrina E. | #N/A | 359.00 | 666.50 | 239,273.50 |
|  | McIntosh, Casey | #N/A | 218.00 | 108.10 | 23,565.80 |
|  | Monge, Tirsa | #N/A | 377.00 | 300.10 | 113,137.70 |
|  | Cabrera, Ramon C. | #N/A | 295.00 | 119.00 | 35,105.00 |
|  | Bekier, James M. | #N/A | 480.00 | 317.50 | 152,400.00 |
|  | Fishelman, Benjamin D. | #N/A | 459.00 | 320.80 | 147,247.20 |
|  | Godsen, Brian J. | #N/A | 185.00 | 6.00 | 1,110.00 |
|  | Szalay, Sarah M. | #N/A | 211.00 | 182.00 | 38,402.00 |
|  | Glanzman, Adam J. | #N/A | 378.00 | 113.70 | 42,978.60 |
|  | Villamayor, Fidentino L. | #N/A | 395.00 | 387.20 | 152,944.00 |
|  | Oliver-Weeks, Marcella J. | #N/A | 434.00 | 651.70 | 282,837.80 |
|  | LaFalce, Stephen P. | #N/A | 195.00 | 8.00 | 1,560.00 |
|  | Dangelmajer, Susan E. | #N/A | 365.00 | 271.50 | 99,097.50 |
|  | Kinne, Tanya M. | #N/A | 360.00 | 478.50 | 172,260.00 |
|  | Polanco Ortiz, Dorian A. | #N/A | 285.00 | 14.00 | 3,990.00 |
|  | Chan, Angeline | #N/A | 281.00 | 354.10 | 99,502.10 |
|  | Dyer, Ricky J. | #N/A | 240.00 | 26.30 | 6,312.00 |
|  | McKenna, Patrice M. | #N/A | 299.00 | 539.50 | 161,310.50 |
|  | Chamberlain, David R. | #N/A | 180.00 | 12.00 | 2,160.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff |  |  | 369.37 | 7,939.30 | 2,932,506.70 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 831.08 | 22,867.90 | 19,004,944.30 |
| Associates Total | 413.87 | 32,395.30 | 13,407,600.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 369.37 | 7,939.30 | 2,932,506.70 |
| Blended Attorney Rate | 586.51 | | |
| Total Fees Incurred | | 63,202.50 | 35,345,051.00 |
| **Less 10% Public Interest Discount** | | | (3,534,505.10) |
| **Grand Total** | | | $ 31,810,545.90 |