EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-FIFTH INTERIM PERIOD
OF AUGUST 1, 2020 THROUGH NOVEMBER 30, 2020

|  | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 9,912.70 | $ 6,444,446.30 |
| 02 | Bankruptcy Court Litigation and Related Matters | 570.60 | 352,819.40 |
| 03 | Feeder Funds | 45.10 | 29,773.90 |
| 05 | Internal Office Meetings with Staff | 295.50 | 158,748.00 |
| 07 | Billing | 865.30 | 376,850.50 |
| 08 | Case Administration | 1,872.40 | 860,806.80 |
| 11 | Press Inquires and Responses | 114.80 | 89,645.20 |
| 12 | Document Review | 16,959.60 | 5,002,098.60 |
| 13 | Discovery - Depositions and Document Productions | 1,094.30 | 444,204.20 |
| 14 | International | 324.50 | 187,329.30 |
| 20 | Governmental Agencies | 4.90 | 4,687.20 |
| 21 | Allocation | 30.20 | 27,307.20 |
| 000005 | Customer Claims | 863.90 | 589,703.00 |
| 000007 | Madoff Family | 236.30 | 188,680.70 |
| 000009 | Fairfield Greenwich | 3,165.00 | 2,312,965.30 |
| 000011 | Cohmad Securities Corporation | 34.60 | 23,607.60 |
| 000029 | Rye/Tremont | 837.90 | 519,148.60 |
| 000030 | HSBC | 3,983.90 | 2,875,757.40 |
| 000032 | LuxAlpha/UBS | 1,556.30 | 1,138,183.70 |
| 000033 | Nomura Bank International PLC | 102.70 | 66,880.00 |
| 000034 | Citibank | 422.00 | 356,370.70 |
| 000035 | Natixis | 49.90 | 41,640.10 |
| 000036 | Merrill Lynch | 156.90 | 101,652.30 |
| 000037 | ABN AMRO | 30.60 | 21,730.20 |
| 000039 | Fortis | 35.00 | 24,360.70 |
| 000053 | Magnify | 3,982.70 | 2,668,870.40 |
| 000059 | Stanley Shapiro | 13.90 | 9,331.00 |
| 000060 | Avellino & Bienes | 4,454.50 | 3,314,357.00 |
| 000062 | Subsequent Transfer | 6,308.10 | 4,096,108.20 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 109.60 | 91,779.40 |
| 000065 | Legacy Capital Ltd | 2,139.60 | 1,561,604.50 |
| 000071 | Square One | 2,290.60 | 1,142,087.60 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 338.60 | 221,516.00 |
| Grand Total |  | **63,202.50** | **35,345,051.00** |

**Less 10% Public Interest Discount**  (3,534,505.10)

**Grand Total**  $ 31,810,545.90

| Task/Matter Name | HOURS | AMOUNT |
|---|---|---|
| **Current Application** | | |
| Interim Compensation Requested | | $ 31,810,545.90 |
| Interim Compensation Paid | | *(28,629,491.30)* |
| Interim Compensation Deferred | | $ 3,181,054.60 |
| | | |
| **Prior Applications** | | |
| Interim Compensation Requested | | $ 1,250,562,343.08 |
| Interim Compensation Paid | | *$ (1,236,333,111.69)* |
| Interim Compensation Deferred | | $ 14,229,231.39 |