EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-FIFTH
INTERIM PERIOD OF AUGUST 1, 2020 THROUGH NOVEMBER 30, 2020

| | | |
|---|---|---:|
| E101 | Copying (E101) | 542.10 |
| E102 | Outside Printing (E102) | 16,262.25 |
| E105 | Telephone (E105) | 982.75 |
| E106 | Online Research (E106) | 42,181.84 |
| E107 | Delivery Services/ Messengers (E107) | 1,803.29 |
| E108 | Postage (E108) | 936.94 |
| E112 | Court Fees (E112) | 4,307.94 |
| E115 | Deposition Transcripts (E115) | 5,343.50 |
| E116 | Trial Transcripts (E116) | 3,741.61 |
| E119 | Experts (E119) | 13,763.82 |
| E123 | Other Professionals (E123) | 25,500.00 |
| E124 | Other (E124) | 132,723.71 |
| Grand Total | | **248,089.75** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded      $   19,074,330.26