AUSTRIAN EMBASSY WASHINGTON

Ref.no. Washington-ÖB/RECHT/0024/2021                              02/26/2021

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

The District Court Steyr has forwarded the enclosed documents in reference to the legal matter Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff v HSBC Bank PLC. The **hearing** of scheduled for June 14, 2021 at 830 am at the District Court Steyr has been **cancelled.** If you have any questions, kindly contact the undersigned at 202-895-6711 or at Washington-ka@bmeia.gv.at

Sincerely yours,

Julia Unterweger

Consular Attache

Encls.

MAR 0 5 2021

19 Hc 39/20d - 5

 **Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

www.justiz.gv.at

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
2020.0580.400, Tel.: +43 1 521 52-302844

WEGEN: 2020-0580.400
    Irving H. Picard, Trustee for the Liquidation (Treuhänder für die Liquidation von) of Bernhard Madoff Investment Securities LLC and Bernard Madoff gg. ALPHA PRIME FUND LIMITED u.a. wegen Schadenersatz
    Vernehmung von Wilhelm Holzer, Smaragdstraße 31, 4407 Dietach

16. Februar 2021

## ABBERAUMUNG DER TAGSATZUNG

Die für den 14. Juni 2021 anberaumte Tagsatzung findet nicht statt.

**Gründe für die Abberaumung:**

"Falsche Person wurde namhaft gemacht - Unzuständigkeit des Bezirksgerichtes Steyr"

> Bezirksgericht Steyr
> Gerichtsabteilung 4
>
> Mag. Birgit Löschl
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG

MAR 0 5 2021

19 Hc 29/20h - 15

 **Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
GZ 2020.436.678, Tel.: 01/521 52-302844

WEGEN: 2020-0.436.678
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff gegen HSBC Bank PLC ua. wegen Schadenersatzes
Vernehmung von Wilhelm Holzer

16. Februar 2021

## ABBERAUMUNG DER TAGSATZUNG

Die für den 14. Juni 2021 anberaumte Tagsatzung findet nicht statt.

**Gründe für die Abberaumung:**

"Falsche Person wurde namhaft gemacht - Unzuständigkeit des Bezirksgerichtes Steyr"

> Bezirksgericht Steyr
> Gerichtsabteilung 4
>
> Mag. Birgit Löschl
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG

MAR 0 5 2021