AUSTRIAN EMBASSY WASHINGTON

Ref.no. Washington-ÖB/RECHT/0012/2021          02/05/2021



Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

The District Court Steyr has forwarded the enclosed documents in reference to the legal matter Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff v HSBC Bank PLC. A hearing of witness Mr. Wilhelm Holzer is scheduled for June 14, 2021 at 830 am at the District Court Steyr. If you have any questions, kindly contact the undersigned at 202-895-6711 or at Washington-ka@bmeia.gv.at

Sincerely yours,

Julia Unterweger

Consular Attache

Encls.

19 Hc 29/20h - 10



**Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

www.justiz.gv.at

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

| BESTÄTIGUNG DES GERICHTES erford. Anwesenheit im Zeitraum |
|---|
| |
| Unterschrift des Entscheidungsorgans |

**Diese Ladung und ein Lichtbildausweis sind mitzubringen!**

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
GZ 2020.436.678, Tel.: 01/521 52-302844

WEGEN: 2020-0.436.678
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff gegen HSBC Bank PLC ua. wegen Schadenersatzes
Vernehmung von Wilhelm Holzer

26. Jänner 2021

## LADUNG
### zu einer Tagsatzung zur Beweisaufnahme

Vor diesem Gericht wird am unten angegebenen Ort eine Tagsatzung zur Beweisaufnahme stattfinden:

**Ort:** Saal D

**Datum:** 14. Juni 2021

**Beginn:** 8:30 Uhr (voraussichtliches Ende 12:00 Uhr)

Sie werden zu dieser Tagsatzung geladen.

| Bezirksgericht Steyr Gerichtsabteilung 4 |
|---|
| Mag. Birgit Löschl (RICHTERIN) |

492 019 HC*** 000029 2020h SO1 007 001 00002 B221 B1                    LD   Seite 1

**19 Hc 29/20h - 10**

Elektronische Ausfertigung
gemäß § 79 GOG

## WICHTIGE HINWEISE

| | |
|---|---|
| **Anschrift** | Die aktuellen Detaildaten des Gerichts/der Staatsanwaltschaft und einen Anfahrtsplan finden Sie im Internet unter www.justiz.gv.at. |
| **Waffenverbot** | Bitte beachten Sie das allgemeine Waffenverbot in allen Gebäuden der Justiz und bei auswärtigen Gerichtshandlungen. |
| **Sicherheits-kontrolle** | Bitte beachten Sie, dass es bei der Sicherheitskontrolle im Eingangsbereich des Amtsgebäudes zu Wartezeiten kommen kann. |
| **Vertretung** | Sie können sich im Verfahren durch jede eigenberechtigte, von Ihnen bevollmächtigte Person vertreten lassen. |
| **Vollmacht** | Ist der Vertreter kein Rechtsanwalt oder Notar, so hat er spätestens in der Tagsatzung eine von Ihnen eigenhändig unterfertigte Vollmacht für das Verfahren (Prozessvollmacht) vorzulegen.<br><br>ACHTUNG: Die auf Grund einer solchen Prozessvollmacht vom Bevollmächtigten vorgenommenen Verfahrenshandlungen haben dieselbe Wirkung, als wären sie von Ihnen selbst vorgenommen worden. |
| **Beweisaufnahme** | Die Tagsatzung ist zur Beweisaufnahme durch das Rechtshilfegericht bestimmt. Die Beweise werden aufgenommen, auch wenn keine der Parteien zur Tagsatzung kommt. |