
www.justiz.gv.at

**Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
2020.0580.400, Tel.: +43 1 521 52-302844

WEGEN: 2020-0580.400
Irving H. Picard, Trustee for the Liquidation (Treuhänder für die Liquidation von) of Bernhard Madoff Investment Securities LLC and Bernard Madoff gg. ALPHA PRIME FUND LIMITED u.a.
wegen Schadenersatz
Vernehmung von Wilhelm Holzer, Smaragdstraße 31, 4407 Dietach

16. Februar 2021

## ABBERAUMUNG DER TAGSATZUNG

Die für den 14. Juni 2021 anberaumte Tagsatzung findet nicht statt.

**Gründe für die Abberaumung:**

"Falsche Person wurde namhaft gemacht - Unzuständigkeit des Bezirksgerichtes Steyr"

> Bezirksgericht Steyr
> Gerichtsabteilung 4
>
> Mag. Birgit Löschl
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG



**Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
GZ 2020.436.678, Tel.: 01/521 52-302844

WEGEN: 2020-0.436.678
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff gegen HSBC Bank PLC ua. wegen Schadenersatzes
Vernehmung von Wilhelm Holzer

16. Februar 2021

## ABBERAUMUNG DER TAGSATZUNG

Die für den 14. Juni 2021 anberaumte Tagsatzung findet nicht statt.

**Gründe für die Abberaumung:**

"Falsche Person wurde namhaft gemacht - Unzuständigkeit des Bezirksgerichtes Steyr"

> Bezirksgericht Steyr
> Gerichtsabteilung 4
>
> Mag. Birgit Löschl
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA




BF00BBJ
ZZJ21
06243660OY

**WICHTIG:**
**Sämtliche Schreiben bitte keinesfalls an die Zentrale Zustellung Justiz, sondern ausschließlich an das jeweilige Gericht oder die Staatsanwaltschaft senden.**

| Nr. | Dienststelle<br>Geschäftsstück |
|---|---|
| 1 | Bezirksgericht Steyr<br>492 19 Hc 39/20d ON: 5 |
| 2 | Bezirksgericht Steyr<br>492 19 Hc 29/20h ON: 15 |

**DIE ÖSTERREICHISCHE JUSTIZ**

Retouren an: Zentrale Zustellung Justiz, Business Center 510, 1000 Wien, AUSTRIA
**Eingaben richten Sie bitte an den Absender auf dem Schriftstück!**

Österreichische Post AG

Bar freigemacht/Postage paid
1423 Wien
Österreich/Austria

RECEIVED MAR - 5 2021
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

PRIORITY
PRIORITAIRE

J1AV02

1000481400 C018