

**Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

19 Hc 39/20d - 2

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

BESTÄTIGUNG
DES GERICHTES
erford. Anwesenheit
im Zeitraum

_____

Unterschrift des
Entscheidungsorgans

**Diese Ladung und ein Lichtbildausweis sind mitzubringen!**

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
2020.0580.400, Tel.: +43 1 521 52-302844

WEGEN: 2020-0580.400
  Irving H. Picard, Trustee for the Liquidation (Treuhänder für die Liquidation von) of Bernhard Madoff Investment Securities LLC and Bernard Madoff gg. ALPHA PRIME FUND LIMITED u.a. wegen Schadenersatz
  Vernehmung von Wilhelm Holzer, Smaragdstraße 31, 4407 Dietach

26. Jänner 2021

## LADUNG
### zu einer Tagsatzung zur Beweisaufnahme

Vor diesem Gericht wird am unten angegebenen Ort eine Tagsatzung zur Beweisaufnahme stattfinden:

**Ort:** Saal D

**Datum:** 14. Juni 2021

**Beginn:** 12:30 Uhr (voraussichtliches Ende 16:00 Uhr)

Sie werden zu dieser Tagsatzung geladen.

Bezirksgericht Steyr
Gerichtsabteilung 4

Mag. Birgit Löschl
(RICHTERIN)

RECEIVED MAR - 5 2021

492 019 HC*** 000039 2020d SO1 006 001 00001 B7Z7 B1

Seite 1

Elektronische Ausfertigung
gemäß § 79 GOG

## WICHTIGE HINWEISE

| | |
|---|---|
| **Anschrift** | Die aktuellen Detaildaten des Gerichts/der Staatsanwaltschaft und einen Anfahrtsplan finden Sie im Internet unter www.justiz.gv.at. |
| **Waffenverbot** | Bitte beachten Sie das allgemeine Waffenverbot in allen Gebäuden der Justiz und bei auswärtigen Gerichtshandlungen. |
| **Sicherheits-kontrolle** | Bitte beachten Sie, dass es bei der Sicherheitskontrolle im Eingangsbereich des Amtsgebäudes zu Wartezeiten kommen kann. |
| **Vertretung** | Sie können sich im Verfahren durch jede eigenberechtigte, von Ihnen bevollmächtigte Person vertreten lassen. |
| **Vollmacht** | Ist der Vertreter kein Rechtsanwalt oder Notar, so hat er spätestens in der Tagsatzung eine von Ihnen eigenhändig unterfertigte Vollmacht für das Verfahren (Prozessvollmacht) vorzulegen.<br><br>ACHTUNG: Die auf Grund einer solchen Prozessvollmacht vom Bevollmächtigten vorgenommenen Verfahrenshandlungen haben dieselbe Wirkung, als wären sie von Ihnen selbst vorgenommen worden. |
| **Beweisaufnahme** | Die Tagsatzung ist zur Beweisaufnahme durch das Rechtshilfegericht bestimmt. Die Beweise werden aufgenommen, auch wenn keine der Parteien zur Tagsatzung kommt. |



**Bezirksgericht Steyr**
Spitalskystraße 1
4400 Steyr
Tel.: +43 57 60121 62432

www.justiz.gv.at

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA

| BESTÄTIGUNG DES GERICHTES |
|---|
| erford. Anwesenheit im Zeitraum |
| |
| Unterschrift des Entscheidungsorgans |

**Diese Ladung und ein Lichtbildausweis sind mitzubringen!**

Personenbezogene Ausdrücke in diesem Schreiben umfassen jedes Geschlecht gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Justiz
Museumstraße 7
1070 Wien
~~GZ 2020.436.678, Tel.: 01/521 52-302844~~

WEGEN: 2020-0.436.678
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff gegen HSBC Bank PLC ua. wegen Schadenersatzes
Vernehmung von Wilhelm Holzer

26. Jänner 2021

# LADUNG
## zu einer Tagsatzung zur Beweisaufnahme

Vor diesem Gericht wird am unten angegebenen Ort eine Tagsatzung zur Beweisaufnahme stattfinden:

**Ort:**      Saal D

**Datum:**   14. Juni 2021

**Beginn:**  8:30 Uhr (voraussichtliches Ende 12:00 Uhr)

Sie werden zu dieser Tagsatzung geladen.

> Bezirksgericht Steyr
> Gerichtsabteilung 4
>
> Mag. Birgit Löschl
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG

## WICHTIGE HINWEISE

| | |
|---|---|
| **Anschrift** | Die aktuellen Detaildaten des Gerichts/der Staatsanwaltschaft und einen Anfahrtsplan finden Sie im Internet unter www.justiz.gv.at. |
| **Waffenverbot** | Bitte beachten Sie das allgemeine Waffenverbot in allen Gebäuden der Justiz und bei auswärtigen Gerichtshandlungen. |
| **Sicherheits-kontrolle** | Bitte beachten Sie, dass es bei der Sicherheitskontrolle im Eingangsbereich des Amtsgebäudes zu Wartezeiten kommen kann. |
| **Vertretung** | Sie können sich im Verfahren durch jede eigenberechtigte, von Ihnen bevollmächtigte Person vertreten lassen. |
| **Vollmacht** | Ist der Vertreter kein Rechtsanwalt oder Notar, so hat er spätestens in der Tagsatzung eine von Ihnen eigenhändig unterfertigte Vollmacht für das Verfahren (Prozessvollmacht) vorzulegen.<br><br>ACHTUNG: Die auf Grund einer solchen Prozessvollmacht vom Bevollmächtigten vorgenommenen Verfahrenshandlungen haben dieselbe Wirkung, als wären sie von Ihnen selbst vorgenommen worden. |
| **Beweisaufnahme** | Die Tagsatzung ist zur Beweisaufnahme durch das Rechtshilfegericht bestimmt. Die Beweise werden aufgenommen, auch wenn keine der Parteien zur Tagsatzung kommt. |

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, New York
10004 New York
VEREINIGTE STAATEN VON AMERIKA




**WICHTIG:**
Sämtliche Schreiben bitte keinesfalls an die Zentrale Zustellung Justiz, sondern ausschließlich an das jeweilige Gericht oder die Staatsanwaltschaft senden.

| Nr. | Dienststelle<br>Geschäftsstück |
|---|---|
| 1 | Bezirksgericht Steyr<br>492 19 Hc 39/20d ON: 2 |
| 2 | Bezirksgericht Steyr<br>492 19 Hc 29/20h ON: 10 |