# Exhibit B

SUMMARY OF THIRTY-FOURTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2020 THROUGH NOVEMBER 30, 2020

| Name | Year Admitted | Aug-Nov 2020 Standard Hourly Rate | Aug-Nov 2020 Total Hours Billed | Aug-Nov 2020 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 675.00 | 411.80 | $ 277,965.00 |
| Kim M. Longo | 2002 | 565.00 | 639.70 | $ 361,430.50 |
| Antonio J. Casas | 1992 | 505.00 | 96.90 | $ 48,934.50 |
| **Total Partners** | | | **1,148.40** | **$688,330.00** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 450.00 | 644.00 | $ 289,800.00 |
| Alan D. Lawn | 2009 | 400.00 | 633.60 | $ 253,440.00 |
| **Total Special Counsel** | | | **1,277.60** | **$543,240.00** |
| **Associates** | | | | |
| Ben J. Kusmin | 2006 | 450.00 | 60.10 | $ 27,045.00 |
| Karen M. Cullen | 1981 | 440.00 | 94.40 | $ 41,536.00 |
| Carol LaFond | 2000 | 410.00 | 493.80 | $ 202,458.00 |
| Alex Jonatowski | 2007 | 375.00 | 602.00 | $ 225,750.00 |
| **Total Associates** | | | **1,250.30** | **$496,789.00** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 250.00 | 4.00 | $ 1,000.00 |
| Matthew Corwin | | 250.00 | 23.10 | $ 5,775.00 |
| Candi McBride | | 220.00 | 2.50 | $ 550.00 |
| Barbara Oxley | | 210.00 | 3.30 | $ 693.00 |
| Carilyn Priolo | | 160.00 | 87.60 | $ 14,016.00 |
| **Total Paraprofessionals** | | | **120.50** | **$ 22,034.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,148.40 | 688,330.00 |
| **Special Counsel** | 1,277.60 | 543,240.00 |
| **Associates** | 1,250.30 | 496,789.00 |
| **Paraprofessionals** | 120.50 | 22,034.00 |
| **Blended Attorney Rate** | 470.14 | |
| **Blended Rate All Professionals** | 461.02 | |
| **GRAND TOTAL** | **3,796.80** | **$ 1,750,393.00** |

{11886965:1}