## **Exhibit C**

SUMMARY OF THIRTY-FOURTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2020 THROUGH AND INCLUDING NOVEMBER 30, 2020

| **Code Description** | **Amount** |
|---|---:|
| Telephone - Reimbursements | $ 97.95 |
| Air Courier/Messenger | $ 133.06 |
| Online Research | $ 3,078.08 |
| Professional Services | $ 6,389.44 |
| **TOTAL** | **$ 9,698.53** |

{11886965:1}