**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX
LANE & MITTENDORF, LLP FOR THE THIRTY-FOURTH INTERIM PERIOD OF
AUGUST 1, 2020 THROUGH AND INCLUDING NOVEMBER 30, 2020

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 4.50 | $ 1,408.50 |
| | | 007 | Fee Application | 106.10 | 24,754.00 |
| | | 020 | Internal Office Meetings | 20.30 | 8,420.50 |
| | | 041 | Discovery, Document Review, Document Production | 10.40 | 4,651.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 37.50 | 17,726.00 |
| 12 | Credit Suisse | 010 | Litigation | 723.60 | 320,739.50 |
| 14 | Zephyros | 010 | Litigation | 237.90 | 110,431.00 |
| 15 | Mistral | 010 | Litigation | 90.50 | 37,106.50 |
| 16 | Societe Generale | 010 | Litigation | 383.40 | 168,658.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 1,077.40 | 495,670.00 |
| 18 | Clariden Leu | 010 | Litigation | 119.50 | 47,918.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 56.60 | 22,726.50 |
| 20 | Coordinated Cases | 010 | Litigation | 268.80 | 134,215.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 491.40 | 277,711.50 |
| 24 | Naidot | 010 | Litigation | 168.90 | 78,256.00 |
| | | | **TOTALS** | **3,796.80** | **$ 1,750,393.00** |