**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
Irving H. Picard  
David J. Sheehan  
Seanna R. Brown  
Heather R. Wlodek  

Hearing Date: April 21, 2021  
Hearing Time: 10:00 a.m. (EST)  
Objection Deadline: April 14, 2021  
Objection Time: 4:00 p.m. (EST)  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM AUGUST 1, 2020 THROUGH NOVEMBER 30, 2020**

**PLEASE TAKE NOTICE** that on **April 21, 2021 at 10:00 a.m.**, a telephonic hearing (the

"Hearing") will be held before the Honorable Cecelia G. Morris, Chief Judge for the United States

Bankruptcy Court, Southern District of New York, on the applications for interim compensation for

services rendered and reimbursement of actual and necessary expenses incurred by applicants from August 1, 2020 through November 30, 2020 (the "Applications") of the following parties:

**FEES REQUESTED**[1]

| **Applicants** | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee<br>Baker & Hostetler LLP, Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>90%:<br>Expenses: | $31,810,545.90<br>$28,629,491.30<br>$248,089.75 |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $41,155.20<br>$32,924.16<br>$2,675.09 |
| Soroker Agmon Nordman<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $930,341.19<br>$744,272.95<br>$19,674.49 |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $33,381.67<br>$26,705.34<br>$51.56 |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $46,305.27<br>$37,044.22<br>$102.23 |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $1,750,393.00<br>$1,400,314.40<br>$9,698.53 |
| UGGC & Associés<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $36,549.55<br>$29,239.64<br>$0 |
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $34,768.75<br>$27,815.00<br>$0 |
| Eugene F. Collins<br>Special Counsel to the Trustee<br>(August 1, 2020 through November 30, 2020) | Fees:<br>80%:<br>Expenses: | $16,048.68<br>$12,838.95<br>$5.47 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Fees:<br>80%: | $141,497.10<br>$113,197.68 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

2

| | | |
|---|---|---|
| Special Counsel to the Trustee (August 1, 2020 through November 30, 2020) | Expenses: | $291.40 |
| | | |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee (August 1, 2020 through November 30, 2020) | Fees: 80%: Expenses: | $10,327.50 $8,262.00 $0 |
| | | |
| SCA Ontier Special Counsel to the Trustee (August 1, 2020 through December 31, 2020) | Fees: 80%: Expenses: Holdback Release | $20,787.30 N/A $0 $19,827.21 |
| | | |
| Monfrini Bitton Klein Special Counsel to the Trustee (August 1, 2020 through November 30, 2020) | Fees: 80%: Expenses: | $11,963.43 $9,570.74 $0 |
| | | |

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Chief Judge Morris's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than twenty-four hours before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge using Court Solutions.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

3

**PLEASE TAKE FURTHER NOTICE** that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Cecelia G. Morris, Chief Judge for the United States Bankruptcy Court, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on April 14, 2021**.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
March 8, 2021

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*