**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SYLVAN ASSOCIATES LLC f/k/a Sylvan Associates Limited Partnership; DONALD R. SHAPIRO, in his capacity as a General Partner of Sylvan Associates Limited Partnership; THE ERIC NATHAN SHAPIRO 1989 TRUST, in its capacity, as a Limited Partner of Sylvan Associates Limited Partnership; THE EMILY LAUREN SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE JULIE BETH SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE LINDSAY ARIEL SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; ROBIN L. SHAPIRO, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 | Adv. Pro. No. 10-04961 (CGM) |

| | |
|---|---|
| Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust; ERIC N. SHAPIRO; EMILY L. SHAPIRO; JULIE B. SHAPIRO; and LINDSAY A. SHAPIRO,<br><br>                    Defendants. | |

## NOTICE OF MEDIATION REFERRAL AND MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (CGM), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in the above-captioned adversary proceeding on December 1, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A. Through this Notice of Mediation Referral and Mediator Selection, the Trustee and Defendants (the "Parties") hereby state that discovery has closed in the above-captioned adversary proceeding and agree to be referred to mandatory mediation at this time.

Further, pursuant to the Avoidance Procedures and the Order, the Parties hereby mutually

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

select the Honorable Allen Hurkin-Torres (Ret.) to act as Mediator in this matter.[2] The Parties further agree to contact the Honorable Allen Hurkin-Torres (Ret.) as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

---

[2] The Parties note that Honorable Allen Hurkin-Torres (Ret.) is not on the Register of Mediators for the United States Bankruptcy Court for the Southern District of New York, but both parties have consented to use Honorable Allen Hurkin-Torres (Ret.).

Dated: New York, New York
       March 11, 2021

                                                        BAKER & HOSTETLER LLP

Of Counsel:

                                                        By: */s/ Nicholas J. Cremona*

**BAKER HOSTETLER LLP**
                                                        David J. Sheehan

811 Main, Suite 1100                      Nicholas J. Cremona

Houston, Texas 77002                   45 Rockefeller Plaza

Telephone: (713) 751-1600             New York, NY 10111

Facsimile: (713) 751-1717             Telephone: (212) 589-4200

Dean D. Hunt                                Facsimile: (212) 589-4201

Email: dhunt@bakerlaw.com

                                                 *Attorneys for Irving H. Picard, Trustee*
                                                 *for the Substantively Consolidated SIPA*
                                               *Liquidation of Bernard L. Madoff Investment*
                                               *Securities LLC and the Chapter 7 Estate of*
                                               *Bernard L. Madoff*

                                               **CHAITMAN LLP**

                                               By: */s/ Helen Davis Chaitman*
                                               Helen Davis Chaitman
                                               465 Park Avenue
                                               New York, New York 10022
                                               Phone & Fax : (888) 759-1114
                                               hchaitman@chaitmanllp.com

                                               *Attorney for Defendants*