**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF SEYMOUR EPSTEIN, <br><br> MURIEL EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or trusts created by the Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, <br><br> HERBERT C. KANTOR, trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, <br><br> and <br><br> SHELBURNE SHIRT COMPANY, INC., <br><br> Defendants. | Adv. Pro. No. 10-04438 (CGM) |

## JOINT NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Estate of Seymour Epstein, Muriel Epstein, as executor of the Estate and trustee of the Trusts created by the Last Will and Testament of Seymour

{00046186 2 }

Epstein, and Jane Epstein, Randy Austin, and Susan Gross as successor co-trustees to Herbert C. Kantor, as trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, (collectively, the "Appellants"), hereby jointly appeal pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8003(a) and (b) and 8004 to the United States District Court for the Southern District of New York from the Judgment entered by the Bankruptcy Court for the Southern District of New York in the above-captioned adversary proceeding on February 4, 2021 (the "Judgment") [ECF. No. 158]. A copy of the Judgment is annexed hereto.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| Baker & Hostetler LLP | Securities Investor Protection Corp. |
| 45 Rockefeller Plaza | 805 Fifteenth Street, N.W. Suite 800 |
| New York, NY 10111 | Washington, DC 20005 |
| Telephone: (212) 589-4200 | Telephone: (202) 371-8300 |
| Facsimile: (212) 589-4201 | Facsimile: (202) 371-6728 |
| By: David J. Sheehan | By: Kevin H. Bell |
| Nicholas J. Cremona | |
| Seanna R. Brown | |
| Maximillian S. Shifrin | |

*Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

*Attorneys for the Securities Investor Protection Corporation*

Dated: March 15, 2021
New York, New York

CHAITMAN LLP

*/s/ Helen Davis Chaitman*
By: Helen Davis Chaitman
465 Park Avenue
New York, New York 1002
Telephone & Facsimile: 888-759-1114

*Attorneys for Appellants*

{00046186 2 }