# EXHIBIT A

## SIPC v. BLMIS

Case No. 08-01789 (CGM)

## ACTIVE GOOD FAITH CASES

| APN | DEFENDANT(S) |
|---|---|
| 10-04292 | Robert Roman |
| 10-04296 | Jeffrey Shankman |
| 10-04302 | Joan Roman |
| 10-04341 | Marden, et al. |
| 10-04343 | Patrice Auld, et al. |
| 10-04348 | Marden Family Limited Partnership, et al. |
| 10-04350 | South Ferry #2 LP, et al. |
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. |
| 10-04362 | Sage Associates, et al. |
| 10-04384 | Lanx BM Investments, LLC, et al. |
| 10-04387 | James Lowrey, individually and in his capacity as joint tenant, et al |
| 10-04394 | Frederic Z. Konigsberg, et al. |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 10-04400 | Sage Realty, et al. |
| 10-04438 | Estate of Seymour Epstein, et al. |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. |
| 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date |
| 10-04488 | South Ferry Building Company, a New York limited partnership |
| 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. |
| 10-04503 | Judd Robbins |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 10-04545 | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child |
| 10-04562 | Robert F. Ferber |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. |
| 10-04610 | The Whitman Partnership, et al. |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. |
| 10-04648 | Peter D. Kamenstein |
| 10-04655 | Jaffe Family Investment Partnership, et al. |
| 10-04667 | David Gross, et al. |
| 10-04669 | Zieses Investment Partnership, et al. |
| 10-04702 | S&L Partnership, a New York partnership, et al. |
| 10-04709 | Andrew M. Goodman |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. |

| APN | DEFENDANT(S) |
|---|---|
| 10-04752 | Kuntzman Family LLC, et al. |
| 10-04762 | James M. Goodman |
| 10-04826 | Boyer Palmer |
| 10-04878 | Lisa Beth Nissenbaum Trust, et al. |
| 10-04889 | Estate of Robert Shervyn Savin, et al. |
| 10-04912 | Harry Smith Revocable Living Trust, et al. |
| 10-04921 | Stanley T. Miller |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 10-04986 | Sharon Knee |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. |
| 10-05048 | Armand L. Greenhall, et al. |
| 10-05079 | Estate of James M. Goodman, et al. |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. |
| 10-05110 | United Congregations Mesora |
| 10-05118 | Charlotte M. Marden |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 10-05128 | JABA Associates LP, et al. |
| 10-05133 | Boyer H. Palmer, individually, etc, et al. |
| 10-05144 | Estate of Bernard J. Kessel, et al. |
| 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| 10-05168 | Bernard Marden Profit Sharing Plan,etc.,et al. |
| 10-05169 | Fairfield Pagma Associates,etc.,et al. |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al |
| 10-05286 | Legacy Capital Ltd., et al. |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. |
| 10-05377 | Richard G. Eaton |
| 10-05380 | Srione, LLC, an Idaho limited liability company, et al. |
| 10-05394 | Glantz |
| 10-05420 | Gunther K. Unflat, et al. |
| 10-05429 | Jean Kahn |
| **Total: 64** | |