**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 17, 2021 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A. Status Report on SIPA Liquidation Proceeding and all Related Adversary Proceedings Pending Before the Honorable Cecelia G. Morris (Filed: 3/16/2021) [ECF No. 20350]

Related Documents:

B. Notice of Hearing for Status Conference filed by Clerk of Court, United States Bankruptcy Court, SDNY, with hearing to be held on 3/17/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (CGM) (Ashmeade, Vanessa) (Entered: 03/04/2021) (Filed: 3/4/2021) [ECF No. 20318]

Status:     This matter is going forward

2. **08-01789; SIPC v. BLMIS**

   A. Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

   B. Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

Related Documents:

   C. Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

   D. Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020. Redacted Transcript Submission Due By 4/17/2020. Transcript access will be restricted through 6/15/2020 [ECF No. 19412]

   E. Transcript regarding Hearing Held on 05/14/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 [ECF No. 19666]

   F. Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic

        access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668]

G.     Transcript regarding Hearing Held on 7/29/20 at 10:00 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/29/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/7/2020. Statement of Redaction Request Due By 8/21/2020. Redacted Transcript Submission Due By 8/31/2020. Transcript access will be restricted through 10/29/2020 [ECF No. 19682]

H.     Transcript regarding Hearing Held on 10/28/20 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 1/27/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/5/2020. Statement of Redaction Request Due By 11/19/2020. Redacted Transcript Submission Due By 11/30/2020. Transcript access will be restricted through 1/27/2021. (Filed: 10/29/2020) [APN No. 10-04889, ECF No. 102]

I.     Transcript regarding Hearing Held on 12/16/20 at 9:59 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 3/29/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/5/2021. Statement of Redaction Request Due By 1/19/2021. Redacted Transcript Submission Due By 1/29/2021. Transcript access will be restricted through 3/29/2021. (Cales, Humberto) (Entered: 12/30/2020) (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 104]

J.     Transcript regarding Hearing Held on 1/20/21 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 4/22/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/29/2021. Statement of Redaction Request Due By 2/12/2021. Redacted Transcript Submission Due By 2/22/2021.

          Transcript access will be restricted through 4/22/2021. (Cales, Humberto) (Entered: 01/28/2021) (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 106]

Status:        This matter is going forward.

## CONTESTED MATTERS

2. **10-04486; Picard v. Norma Shapiro, et al.**

   A. Letter to Hon. Stuart M. Bernstein to request a pre-motion conference pursuant to Rule 7056-1(a) Filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Cremona, Nicholas) (Entered: 02/10/2021) (Filed: 2/10/2021) [ECF No. 103]

   B. Letter to the Honorable Stuart M. Bernstein In Response and Opposition to Trustee's Request for a Pre-motion Conference Filed by Carole Neville on behalf of Norma Shapiro, The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, Trust Under Will of Philip L. Shapiro. (Neville, Carole) (Entered: 02/17/2021) (Filed: 2/17/2021) [ECF No. 105]

   Related Documents:

   C. Notice of Hearing to consider the Letter to Hon. Stuart M. Bernstein to request a pre-motion conference pursuant to Rule 7056-1(a) Filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff and Letter to the Honorable Stuart M. Bernstein In Response and Opposition to Trustee's Request for a Pre-motion Conference Filed by Carole Neville on behalf of Norma Shapiro, The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, Trust Under Will of Philip L. Shapiro (related document(s)103, 105) filed by Clerk of the United States Bankruptcy Court, SDNY. with hearing to be held on 3/17/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (CGM) (Ashmeade, Vanessa) (Entered: 03/02/2021) (Filed: 3/2/2021) [ECF No. 108]

   Status:        This matter is going forward.

3. **10-04921; Picard v. Stanley T. Miller, et al.**

   A. Letter to Hon. Stuart M. Bernstein to request a pre-motion conference pursuant to Rule 7056-1(a) Filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Cremona, Nicholas) (Entered: 02/10/2021) (Filed: 2/10/2021) [ECF No. 85]

B.      Letter to the Honorable Stuart M. Bernstein In Response and Opposition to Trustee's Request for a Pre-motion Conference (related document(s)85) Filed by Carole Neville on behalf of Stanley T. Miller. (Neville, Carole) (Entered: 02/12/2021) (Filed: 2/12/2021) [ECF No. 87]

Related Documents:

C.      Notice of Hearing to consider the Letter to Hon. Stuart M. Bernstein to request a pre-motion conference pursuant to Rule 7056-1(a) Filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff and Letter to the Honorable Stuart M. Bernstein In Response and Opposition to Trustee's Request for a Pre-motion Conference Filed by Carole Neville on behalf of Stanley T. Miller (related document(s)85, 87) filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 3/17/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (CGM) (Ashmeade, Vanessa) (Entered: 03/02/2021) (Filed: 3/2/2021) [ECF No. 90]

Status:      This matter is going forward.

Dated: March 16, 2021
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*