IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Judith Kalman & Daniel Kalman TIC | 002462, 002503 | 506 | Pro Se Filing | Judith Kalman And Daniel Kalman TIC | 1ZG032 |
| Olga Krakauer & Peter Benzaia JT WROS | 000864, 001892, 008916 | 847 | Phillips Nizer LLP | Olga Krakauer & Peter Benzaia JT WROS | 1ZA451 |
| The Northeast Investment Club | 000361 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |