IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Adele Silverman Rev. Trust Adele Silverman, Trustee | 004989 | 4079 | Pro Se Filing | Adele Silverman Trustee Adele Silverman Rev Trust | 1ZB459 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Daren Weeks Fryburg | 003243 | 2493 | Pro Se Filing | Daren Weeks Fryburg | 1F0107 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Judith Kalman & Daniel Kalman TIC | 002462, 002503 | 506 | Pro Se Filing | Judith Kalman And Daniel Kalman TIC | 1ZG032 | **Customer Issue**: BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Olga Krakauer & Peter Benzaia JT WROS | 000864, 001892, 008916 | 847 | Phillips Nizer LLP | Olga Krakauer & Peter Benzaia JT WROS | 1ZA451 | **Customer Issue**: BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Philip E. Miller and Steven A. Miller | 000620 | 2370 | Becker & Poliakoff, LLP | Philip E Miller Steven A Miller TIC | 1M0187 | **Customer Issue**: BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| The Northeast Investment Club | 000361 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 | **Customer Issue**: BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Timothy Shawn Teufel And Valerie Anne Teufel, Co-Trustees U/T/D 5/24/95 | 001996 | 2038 | Becker & Poliakoff, LLP | Timothy Shawn Teufel And Valerie Anne Teufel | 1KW143 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| WDG Associates Inc. Retirement Trust | 002036 | 616 | Phillips Nizer LLP | Wdg Associates Inc Retirement Trust | 1ZA538 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |