**Baker & Hostetler LLP**                                   Hearing Date: April 21, 2021
45 Rockefeller Plaza                                        Hearing Time:  10:00 a.m. (EST)
New York, New York 10111                                   Objections Due: April 14, 2021
Telephone: (212) 589-4200                                  Objection Time:  4:00 p.m. (EST)
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-EIGHTH OMNIBUS
MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND
OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

   **PLEASE TAKE NOTICE** that on March 18, 2021, Irving H. Picard, trustee ("Trustee")

for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, ("SIPA") and

the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, filed the

motion (the "Motion") for entry of an order affirming the Trustee's claims determinations and overruling objections that appear to raise factual issues. The Motion will be heard telephonically before the Honorable Cecelia G. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on **April 21, 2021 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than 12:00 p.m. (Eastern Time) one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge.

PLEASE TAKE FURTHER NOTICE that if you object to the relief requested in the Motion you are required to serve a written objection ("Objection") so that it is received by **April 14, 2021** (the "Objection Deadline"). An Objection must be served on the Trustee and the Securities Investor Protection Corporation by mailing the Objection to the following addresses: (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006, Attn: Kevin H. Bell, Esq. and Nathanael

Kelley, Esq. Any Objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion. Upon receipt of an Objection, the Trustee shall file the Objection with the Clerk of the United States Bankruptcy Court and deliver a courtesy copy to Chambers.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely served with respect to the Motion, the Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed hereto, which order may be entered without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: New York, New York
      March 18, 2021

Respectfully submitted,

  */s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Jason I. Blanchard
Email: jblanchard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*