UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                         ) ss:
COUNTY OF DALLAS    )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 18, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S THIRTY-EIGHTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 20362)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-EIGHTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 20363)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-EIGHTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 20364)

Executed on March 18, 2021

Tassie Powers Barr

Sworn to and subscribed before me this 18th day of March, 2021



(SEAL)

Notary Public

2

# Exhibit A

Exhibit A
3/18/2021

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |