**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Judith Gattegno*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family L.L.C.; and IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C.,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 10-04752(CGM) |

{00046293 1 }

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Helen Davis Chaitman, Esq. an attorney and partner of the firm Chaitman LLP, hereby appears in the above-captioned adversary proceeding as counsel for Dismissed Defendants Judith Gattegno, Irrevocable Trust FBO Jennifer Gattegno, and Irrevocable Trust FBO Ethan Siegel.  Pursuant to 11 U.S.C. Section 1109(b) and Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010, Ms. Chaitman requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon her at the address set forth below:

> Helen Davis Chaitman
> CHAITMAN LLP
> 465 Park Avenue
> New York, NY 10022
> Phone & Fax: 888-759-1114
> Email: hchaitman@chaitmanllp.com

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

Dated:  March 19, 2021  
        New York, New York

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

*Defendant Judith Gattegno*

{00046293 1 }    2