# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04330 (CGM) |
| Plaintiff, | |
| v. | |
| SQUARE ONE FUND LTD., | |
| Defendant. | |

**REQUEST FOR INTERNATIONAL JUDICIAL**
**ASSISTANCE PURSUANT TO THE HAGUE CONVENTION ON**
**THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

The United States Bankruptcy Court for the Southern District of New York presents its compliments to the judicial authorities of Luxembourg and requests assistance in obtaining evidence to be used in civil proceedings before this Court.

This request is made pursuant to, and in conformity with, Chapter I of the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters* (the "Hague Convention"), to which both the United States and Luxembourg are party.

1

Specifically, this Court requests assistance in obtaining documentary evidence from A.R.T. –

ABSOLUTE RETURN TARGET FUND, as identified under Section II (the "ART Fund") for

use in this proceeding in this Court.  This Court has not yet determined the merits of the claims

and allegations set forth below that are asserted in this action by the plaintiff, Irving H. Picard.

In compliance with Luxembourg's reservations under the Hague Convention, the requested

documents are enumerated specifically in this Request and are directly relevant to the facts and

issues in this case.

## SECTION I

1.  **SENDER:**

    The Honorable Cecelia G. Morris
    Chief United States Bankruptcy Judge
    United States Bankruptcy Court for the Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

2.  **CENTRAL AUTHORITY OF REQUESTED STATE:**

    Parquet Général du Grand-Duché de Luxembourg
    Cour Supérieure de Justice
    Cité judiciaire
    Bâtiment CR
    Plateau du Saint Esprit
    L-2080 Luxembourg

3.  **PERSON TO WHOM THE EXECUTED REQUEST IS TO BE
    RETURNED:**

    *Plaintiff's Legal Counsel:*

    David Sheehan, Esq.
    Marco Molina, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111

*On behalf of:*

The Honorable Cecelia G. Morris
<u>Chief</u> United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

## SECTION II

4. **IN CONFORMITY WITH ARTICLE 3 OF THE HAGUE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING INFORMATION REGARDING THE INSTANT REQUEST:**

5. **a. REQUESTING JUDICIAL AUTHORITY (Article 3,a):**

The Honorable Cecelia G. Morris
Chief United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**b. TO THE COMPETENT AUTHORITY OF (Article 3,a):**

Luxembourg

**c. NAME OF THE CASE AND ANY IDENTIFYING NUMBER:**

*Picard v. Square One Fund Ltd.*, Adv. Pro. No. 10-04330 (CGM)

6. **NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES (Article 3,b):**

| Plaintiff: Irving H. Picard | Legal Representatives |
|---|---|
| Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | Marco Molina, Esq. Baker & Hostetler LLP 45 Rockefeller Plaza New York, New York 10111 United States of America Tel: +1.212.589.4200 Fax: +1.212.589.4201 Email: mmolina@bakerlaw.com Franz Schiltz Schiltz & Schiltz S.A. |

3

| | 24-26 Avenue de la Gare<br>L-1610 Luxembourg<br>Tel: +352 45 64 80<br>Fax: +352 45 64 44<br>Email: franz.schiltz@schiltz.lu |
|---|---|
| **Defendant: Square One Fund Ltd.**, a British Virgin Islands investment fund maintaining an address at Ansbacher (BVI) Limited, International Trust Building, Wickhams Cay 1, Road Town, Tortola, BVI. | <u>Legal Representatives</u><br><br>Richard Levin<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022<br>United States of America<br>Tel: + 1 212 891 1601 |
| **A.R.T. - ABSOLUTE RETURN TARGET FUND**, a public limited company (Société Anonyme) qualifying as an investment company with variable share capital (*Société d'investissement à capital variable*), organized under the laws of Luxembourg having its registered office at L-1855 Luxembourg, 15, avenue J.F. Kennedy, registered with the Luxembourg Trade and Companies Register under number B 79.444. | <u>Address</u><br><br>15, Avenue J.-F. Kennedy<br>L-1855 Luxembourg |

7.    **NATURE AND PURPOSE OF THE PROCEEDINGS AND SUMMARY OF THE FACTS (Article 3,c):**

<u>BACKGROUND</u>

This adversary proceeding arises from the infamous Ponzi scheme orchestrated by Bernard L. Madoff ("Madoff").  Madoff was the sole owner, founder, chairman, and chief executive officer of Bernard L. Madoff Investment Securities ("BLMIS").  Through BLMIS, Madoff purported to invest his clients' funds using a "split-strike conversion strategy" for producing consistently high returns on investments.  However, rather than engage in legitimate trading activity, Madoff used customer funds to support operations and fulfill other investors'

requests for distributions of profits to perpetuate his Ponzi scheme. Any payment of "profit" to a BLMIS customer, therefore, came from another BLMIS customer's investment. Madoff's scheme continued until December 2008, when requests for withdrawals overwhelmed the flow of new investments and caused the inevitable collapse of the Ponzi scheme.

On December 11, 2008, Madoff was arrested by United States Federal Bureau of Investigation agents for violations of criminal securities laws, including, *inter alia*, securities fraud, investment adviser fraud, mail fraud, and wire fraud. He later pled guilty to an eleven-count criminal indictment filed against him by the United States Attorney's Office for the Southern District of New York. Madoff is currently serving a sentence of 150 years in federal prison.

On December 15, 2008, Judge Louis L. Stanton of the United States District Court for the Southern District of New York appointed Irving H. Picard as Trustee (the "Trustee") for the liquidation of BLMIS pursuant to the United States Securities Investor Protection Act ("SIPA"). Under SIPA, the Trustee has the general powers of a bankruptcy trustee relating to the recovery and distribution of customer property. The Trustee is therefore responsible for recovering and distributing customer property, assessing claims against BLMIS, and liquidating any other assets of BLMIS for the benefit of the estate and its creditors.

As part of his statutory duty to recover customer property, the Trustee is empowered under the United States Bankruptcy Code to bring actions to avoid and recover transfers of funds BLMIS made before its collapse. *See* 11 U.S.C. §§ 544, 547, 548(a)(1), 550. The term "avoid" means to undo a transfer so that it may be recovered by the BLMIS estate for equitable distribution to BLMIS's customers. The Trustee has brought approximately one thousand avoidance actions in the BLMIS liquidation. The Trustee seeks to maximize the recovery of

fraudulently transferred funds and, consequently, the ultimate distribution to Madoff's defrauded customers.

## SUMMARY OF THE FACTS ALLEGED BY THE TRUSTEE

This action, titled *Picard v. Square One Fund Ltd. (In re BLMIS)*, was filed on November 29, 2010.  The operative pleading, the Amended Complaint, was filed on December 21, 2018 (the "Amended Complaint" or "Am. Compl.") (attached hereto as **Exhibit 1**).[1]  In the Amended Complaint, the Trustee alleges that defendant Square One Fund Ltd. ("Square One") received avoidable transfers totaling at least $6,410,000 from BLMIS.  (Am. Compl. ¶¶ 181–88.)  The Trustee asserts claims under United States federal law and the United States Bankruptcy Code to recover these transfers for their equitable distribution to Madoff's customers.  (*Id.* ¶¶ 193–96.)

Square One is a British Virgin Islands investment fund that invested exclusively with BLMIS for approximately ten years, from December 1998 until December 2008 (when Madoff was arrested and BLMIS collapsed).  (*Id.* ¶¶ 2–3.)  Specifically, the Trustee alleges that during this time, Square One invested with Madoff's investment advisory business, the unit of BLMIS through which the fraud was primarily conducted, and received $6,410,000 in fraudulent transfers from this business within the two years preceding BLMIS's collapse.  (*Id.* ¶¶ 3, 187.)  Further, the Trustee alleges that Square One received these transfers without "good faith," meaning that Square One either knew or consciously avoided knowing that BLMIS's investment advisory business was a fraud.  (*See, e.g.*, *id.* ¶¶ 5–16, 126–28, 149, 182.)

The Trustee alleges that Square One suspected to a high probability that BLMIS was a fraud and actively took steps to avoid confirming the truth of these suspicions.  Among other things, the Trustee alleges that in 1999, Square One received an analytical study from its service

---

[1] Am. Compl., *Picard v. Square One Fund Ltd. (In re BLMIS)*, Adv. Pro. No. 10-04330 (CGM) (Bankr. S.D.N.Y. Dec. 21, 2018), ECF No. 167.

provider, Partners Advisers S.A. ("Partners Advisers"), that tracked and analyzed BLMIS's

purported investment returns over a ten-year period. (*Id.* ¶ 100.) The Trustee alleges that this

study confirmed that BLMIS's returns were implausible and had little to no correlation with

BLMIS's purported investment strategy. (*Id.* ¶¶ 102–11, 116–19.) Further, the Trustee alleges

that in or around 2003, Partners Advisers alerted Square One's founder and director, Luc

Estenne, of several red flags of fraud concerning BLMIS's operations. (*Id.* ¶¶ 149–57.) Based

on this warning, among other indicia of fraud, the Trustee alleges that Mr. Estenne redeemed his

personal investments in Square One and advised certain others close to him to do the same. (*See

id.* ¶¶ 163–64.) As alleged in the Amended Complaint, Mr. Estenne nevertheless continued to

direct Square One to solicit investments from other investors while pocketing fees off the top of

those doomed investments. (*Id.* ¶ 167.) The Trustee further alleges that Mr. Estenne also took

steps to ensure that neither Square One nor BLMIS would be subjected to any diligence reviews

by Square One's investment manager or Partners Advisers. (*Id.* ¶¶ 169–71.)

The Trustee's allegations and claims are set forth in the Amended Complaint, attached to

this Request as **Exhibit 1**.

## PROCEDURAL HISTORY

The Trustee filed the Amended Complaint on December 21, 2018 asserting claims to

avoid and recover fraudulent transfers Square One received from BLMIS. In the Amended

Complaint, as discussed above, the Trustee alleged that Square One, through its agent, Mr.

Estenne, actually knew of, or was willfully blind to, BLMIS's fraud. (*See, e.g.*, *id.* ¶¶ 5–16, 126–

28, 149, 182.) Square One moved to dismiss the Amended Complaint on February 14, 2019.[2]

---

[2] Def.'s Mot. to Dismiss, *Picard v. Square One Fund Ltd. (In re BLMIS)*, Adv. Pro. No. 10-04330 (CGM) (Bankr.
S.D.N.Y. Feb. 14, 2019), ECF No. 170.

On June 13, 2019, the Bankruptcy Court entered an order granting in part and denying in part Square One's motion to dismiss the Amended Complaint.[3]  In particular, the Bankruptcy Court held that the Trustee's Amended Complaint plausibly alleged that Square One willfully blinded itself to BLMIS's fraud and denied Square One's motion to dismiss the Trustee's claims to avoid and recover the transfers Square One received in the two years preceding BLMIS's collapse.  However, the Bankruptcy Court held that the Amended Complaint failed to adequately allege that Square One actually knew BLMIS was not trading securities and accordingly dismissed the Trustee's claims to avoid and recover transfers that Square One received more than two years before BLMIS's collapse.[4]

On July 19, 2019, Square One filed its Answer to the Amended Complaint, denying that it had actual knowledge of BLMIS's fraud or that it willfully blinded itself to BLMIS's fraud.[5] (Answer ¶ 182.)  In particular, Square One denied specific allegations that Mr. Estenne suspected BLMIS was not trading securities and that a senior officer at Partners Advisers told Mr. Estenne that BLMIS's purported investment performance did not make sense.  *See*, *e.g.*, *id.* ¶¶ 6–10, 97, 126.

This adversary proceeding is in the discovery phase in which the parties are gathering evidence in the United States, Switzerland, Luxembourg, and elsewhere to support their claims and defenses.  This request for judicial assistance is in furtherance of that effort.

---

[3] Order, *Picard v. Square One Fund Ltd. (In re BLMIS)*, Adv. Pro. No. 10-04330 (CGM) (Bankr. S.D.N.Y. June 13, 2019), ECF No. 177.
[4] Tr., *Picard v. Square One Fund Ltd. (In re BLMIS)*, Adv. Pro. No. 10-04330 (CGM) (Bankr. S.D.N.Y. May 30, 2019), ECF No. 181, at 43:1-44:1.
[5] Answer, *Picard v. Square One Fund Ltd. (In re BLMIS)*, Adv. Pro. No. 10-04330 (CGM) (Bankr. S.D.N.Y. July 19, 2019), ECF No. 179 ("Answer").

## 8.   EVIDENCE TO BE OBTAINED

### a.   <u>The ART Fund Documents Specifically Reflect the ART Fund's Connection to Square One</u>

The ART Fund is a Luxembourg-based fund managed by Partners Advisers and directed by Mr. Estenne.  The ART Fund invested in Square One from approximately 2000 to 2003.  The Trustee alleges that the ART Fund was the vehicle through which Mr. Estenne and others close to him invested in Square One.  The Trustee further alleges that when Partners Advisers alerted Mr. Estenne to red flags of fraud concerning BLMIS, Mr. Estenne directed the ART Fund to redeem its investments from Square One and directed Partners Advisers to prohibit all future BLMIS-related investments from the ART Fund's portfolio.

The Trustee has obtained documents confirming that the ART Fund eliminated its exposure to Square One by January 2003.  (*See* **Exhibit 2** (SQO000001204); **Exhibit 3** (SQO000001176).)  The Trustee asserts that the ART Fund notified its investors that it redeemed from Square One due to concerns of fraud.  This assertion arises from the ART Fund's disclosure about "important conflicts of interests, as the manager is his own custodian and valuates to the portfolio himself," as well as the disclosure that the ART Fund's redemption from Square One was done "[t]o avoid any other blow ups[.]"  (*See* **Exhibit 2** (SQO000001204).)

The ART Fund's documentation showing knowledge of suspicious circumstances or concerns of fraud at BLMIS, and related communications and diligence documents, directly support the Trustee's allegations that Square One was willfully blind to fraud at BLMIS.

### b.   <u>Nature of the Evidence</u>

Through this Request, the Bankruptcy Court seeks evidence relating to the ART Fund's investment in Square One, which the Trustee believes is relevant to his case.  This evidence includes any documents tending to show the ART Fund's knowledge or inclination of suspicious

circumstances, or expressions of concern regarding Square One and/or BLMIS, as well as any information possessed by the ART Fund concerning Square One and/or BLMIS.  Further, the evidence sought reflects concerns about a conflict of interest and other suspicious circumstances suggesting fraud or other wrongdoing at BLMIS or with funds that invested with BLMIS. (*See* **Exhibit 2** (SQO000001204 at SQO000001208).)

The Trustee requests specific documents related to the ART Fund's decision to invest in Square One; the ART Fund's decision to redeem from Square One; the ART Fund's due diligence on Square One and BLMIS; Partners Advisers' due diligence on Square One and BLMIS; and transfers of funds between Square One and the ART Fund.

The documents requested by the Trustee are grouped into three categories.  The first category of documents consists of documents dated during the time the ART Fund was invested in Square One.  This includes audited annual reports and quarterly reviews of the ART Fund during the time period that the ART Fund was invested in Square One.  While Square One has produced some such documents, demonstrating their existence and relevance to the instant proceeding, it has not produced a complete set to the Trustee.  Moreover, these documents are relevant to the instant proceedings because they specifically discuss the ART Fund's investments in Square One during the relevant time period.

The second category of documents consist of communications and due diligence that the ART Fund completed on Square One and/or BLMIS, as part of the ordinary course of business.  This includes analyses completed on Square One and/or BLMIS in compliance with the ART Fund's internal policies outlined in the prospectus and marketing materials.

The third category of documents relates to the ART Fund's investment into, and redemption from, Square One and specific analyses and due diligence done on Square One

bearing on the decisions to invest and redeem.  In particular, the decisions to redeem were

discussed in the ART Fund Quarterly Reviews, some of which were produced to the Trustee.

Based on the foregoing and due to the connections between the ART Fund, Partners

Advisers, and Square One, the ART Fund's communications, reports, records, and analyses

regarding Square One and BLMIS are relevant to the Trustee's allegations of Square One's

knowledge and suspicions concerning BLMIS.

The documents and materials sought include: quarterly and annual reports for the ART

Fund classes of shares invested in Square One for the years 2000 to 2003, the time period during

which the Trustee asserts that the ART Fund was invested in Square One, and any

communications regarding these reports; documents concerning due diligence on Square One,

BLMIS, or any other BLMIS investors or funds substantially invested in Madoff; and documents

concerning the ART Fund's decisions to invest in and redeem from Square One.

Additionally, the Bankruptcy Court seeks documents and information relating to due

diligence procedures, inquiries, and/or reports taken by or on behalf of the ART Fund relating to

BLMIS, other BLMIS investors, or funds substantially invested in Madoff.  The Trustee asserts

that evidence of such due diligence would be probative of the ART Fund's awareness or

suspicions of fraud at BLMIS.

c.  **Relevance of the Evidence**

The documents and materials sought are directly relevant to the issues in dispute.  The

Trustee alleges that the ART Fund was a direct investor in Square One and redeemed its

investment from Square One in 2002 and 2003 due to concerns of fraud, which included that

there was a conflict of interest as the "manager is his own custodian."  (**Exhibit 1,** Am. Compl.

¶¶ 143, 150, 160–64; **Exhibit 2** (SQO000001204).)

The Trustee similarly alleges that Partners Advisers, which directed the ART Fund's investment in Square One, carried out routine due diligence on its investments. This due diligence included manager meetings reviewed by Partners Advisers analysts (*see* **Exhibit 4** (SQO000004281 at SQO000004281–SQO000004284)) and analysis of funds' and managers' qualitative data (*see id.* at SQO000004285–SQO000004300).

From the outset of this proceeding, the Trustee identified the ART Fund in his initial disclosures as an entity invested in, and having information related to, Square One and Square One's due diligence concerning BLMIS. The Trustee accordingly asserts that the ART Fund has information about: (i) the ART Fund's decision to invest in Square One; (ii) the ART Fund's decision to redeem from Square One; (iii) the ART Fund's due diligence on Square One and BLMIS; (iv) Partners Advisers' due diligence concerning Square One and BLMIS; and (v) transfers of funds between Square One and the ART Fund. The requested documents and information will support the Trustee's allegations that Partners Advisers and Mr. Estenne had suspicions and/or concerns that BLMIS's investment advisory business was not legitimate. Under United States law, such suspicions or concerns can be imputed to Square One because Partners Advisers and Mr. Estenne were Square One's agents at all relevant times. Accordingly, the requested materials are directly relevant to the central inquiry as to whether Square One knew or consciously avoided knowing about BLMIS's fraud such that it lacked "good faith" with respect to its receipt of the BLMIS transfers in question.

The documents and information sought through this request are essential for the Trustee to fulfill his statutory mandate to maximize recovery of customer property for the ultimate benefit of Madoff's defrauded victims.

## <u>SECTION II</u>

### 9.   DOCUMENTS TO BE INSPECTED AND COPIED

It is requested that a Luxembourg judicial authority compel **the ART Fund** to produce

the following documents:

**ART FUND QUARTERLY REVIEWS AND AUDITED ANNUAL REPORTS
RELATING TO THE PERIOD OF THE ART FUND'S INVESTMENT IN SQUARE ONE**

1.  The ART Fund Abbreviated Audited Annual Report as at December 31, 2000, similar to the December 31, 2002 version annexed hereto as **Exhibit 5** (SQO0000014484).

2.  The ART Fund Abbreviated Audited Annual Report as at December 31, 2001, similar to the December 31, 2002 version annexed hereto as **Exhibit 5** (SQO0000014484).

3.  The ART Fund Audited Annual Report as at December 31, 2000, similar to the December 31, 2002 version annexed hereto as **Exhibit 6** (SQO0000005219).

4.  The ART Fund Audited Annual Report as at December 31, 2001, similar to the December 31, 2002 version annexed hereto as **Exhibit 6** (SQO0000005219).

5.  The ART Fund Audited Annual Report as at December 31, 2003, similar to the December 31, 2002 version annexed hereto as **Exhibit 6** (SQO0000005219).

6.  The ART Fund 2002 Class A Quarterly Review for Quarter 1.

7.  The ART Fund 2002 Class A Quarterly Review for Quarter 2.

8.  The ART Fund 2002 Class A Quarterly Review for Quarter 3.

9.  The ART Fund 2002 Class A Quarterly Review for Quarter 4.

10. The ART Fund 2002 Class B Quarterly Review for Quarter 1.

11. The ART Fund 2002 Class B Quarterly Review for Quarter 2.

12. The ART Fund 2002 Class D Quarterly Review for Quarter 1.

13. The ART Fund 2002 Class D Quarterly Review for Quarter 2.

14. The ART Fund 2002 Class D Quarterly Review for Quarter 3.

15. The ART Fund 2002 Class D Quarterly Review for Quarter 4.

16. The ART Fund 2003 Class A Quarterly Review for Quarter 1.

17. The ART Fund 2003 Class A Quarterly Review for Quarter 2.

18. The ART Fund 2003 Class A Quarterly Review for Quarter 3.

19. The ART Fund 2003 Class A Quarterly Review for Quarter 4.

20. The ART Fund 2003 Class B Quarterly Review for Quarter 3.

21. The ART Fund 2003 Class C Quarterly Review for Quarter 3.

22. The ART Fund 2003 Class D Quarterly Review for Quarter 3.

23. December 31, 2000 Valuation of ART Class B Arbitrage, Banque Privée Edmond de Rothschild Luxembourg, similar to the December 31, 2002 version annexed hereto as **Exhibit 7** (SQO000001023).

24. December 31, 2001 Valuation of ART Class B Arbitrage, Banque Privée Edmond de Rothschild Luxembourg, similar to the December 31, 2002 version annexed hereto as **Exhibit 7** (SQO000001023).

25. December 31, 2003 Valuation of ART Class B Arbitrage, Banque Privée Edmond de Rothschild Luxembourg, similar to the December 31, 2002 version annexed hereto as **Exhibit 7** (SQO000001023).

26. The ART Fund 2001 Quarterly Reviews for Classes A, B, C, and D discussing the ART Fund investment in Square One.

27. Communications in or around February 2003 between or among the ART Fund's custodian, Banque Privée Edmond de Rothschild Luxembourg, and any of the ART Fund directors, including Luc Estenne, Jérôme Muller, Hugues Janssens van der Maelen and Andrea Manghi at Trendtrust regarding the ART Fund Audited Annual reports. The Trustee believes these communications exist based on the February 12, 2003 email attaching the first draft audited annual report, annexed hereto as **Exhibit 8** (SQO000001238).

28. Communications in or around April 2003 between or among the ART Fund's custodian, Banque Privée Edmond de Rothschild Luxembourg, and any of the ART Fund directors, including Luc Estenne, Jérôme Muller, Hugues Janssens van der Maelen and Andrea Manghi at Trendtrust regarding the ART Fund Audited Annual reports. The Trustee believes such communications exist based on the April 9, 2003 email attaching the "latest" draft audited annual report, annexed hereto as **Exhibit 9** (SQO000005218).

## DUE DILIGENCE AND ANALYSIS OF SQUARE ONE FUND AND/OR BLMIS, AS AN ART FUND INVESTMENT

29. The ART Fund's quantitative analysis on the statistical evaluation of the historical performance of Square One and/or BLMIS, as referenced in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

14

30. The qualitative analysis on the (i) characteristics and performance of Square One and/or BLMIS's investment strategy, (ii) background of Square One's and/or BLMIS's manager and the principals in the organization, and (iii) the structure of Square One and/or BLMIS, as referenced in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

31. The ART Fund's review on Square One's offshore administrator, as described in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

32. The ART Fund's review on Square One's custodian, as described in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

33. The ART Fund's review on BLMIS's custodian in relation to Square One, as described in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

34. The ART Fund's review on BLMIS's auditor in relation to Square One, as described in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

35. The ART Fund's review on BLMIS's legal advisor in relation to Square One, as described in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

36. The ART Fund's review on BLMIS's "corporate governance issues" in relation to Square One, as described in **Exhibit 10** at page 18 (SQO000014170 at SQO000014187).

37. Documents regarding the ART Fund's analysis of the conflict of interest identified in Square One regarding BLMIS as referenced in **Exhibit 10** at page 17 (SQO000014170 at SQO000014186) ("Should such conflicts of interest arise, a fair solution for all parties must be found and conflicts must be resolved on an arm's length basis.").

38. Documents from the ART Fund's April 25, 2003 shareholders meeting related to the ART Fund's investment in and redemption from Square One and/or BLMIS, as referenced in **Exhibit 10** (SQO000014170 at SQO000014206).

39. Documents from the ART Fund's April 26, 2002 shareholders meeting related to the ART Fund's investment in and redemption from Square One and/or BLMIS, as referenced in **Exhibit 10** (SQO000014170 at SQO000014206).

40. Documents from the ART Fund's April 27, 2001 shareholders meeting related to the ART Fund's investment in Square One and/or BLMIS, as referenced in **Exhibit 10** (SQO000014170 at SQO000014206).

41. Documents from the ART Fund's April 28, 2000 shareholders meeting related to the ART Fund's investment in Square One and/or BLMIS, as referenced in **Exhibit 10** (SQO000014170 at SQO000014206).

42. Documents from the ART Fund's meetings of the Board of Directors from January – December 2000 where investment in Square One and/or BLMIS was discussed.

43. Documents from the ART Fund's meetings of the Board of Directors from January – December 2001 where investment in Square One and/or BLMIS was discussed.

44. Documents from the ART Fund's meetings of the Board of Directors from January – December 2002 where investment in or redemption from Square One and/or BLMIS was discussed.

45. Documents from the ART Fund's meetings of the Board of Directors from January – December 2003 where redemption from Square One and/or BLMIS was discussed.

## DOCUMENTS RELATING TO THE ART FUND'S DECISIONS TO INVEST IN AND REDEEM FROM SQUARE ONE

46. The analysis the ART Fund relied upon in deciding to invest in Square One, similar to the due diligence analysis annexed hereto as **Exhibit 4** (SQO000004281) including the due diligence on investment process (at SQO000004281–SQO000004284) and quantitative data input (at SQO000004285).

47. The analysis the ART Fund relied upon in deciding to invest in Square One, similar to the Partners Advisers Summary Reports on the ART Fund annexed hereto **Exhibit 11** (SQO000004127 at SQO000004141–SQO000004145).

48. The subscription documents from the ART Fund's December 2000 investment in Square One through Banque Privée Edmond de Rothschild Luxembourg as described in **Exhibit 12** (SQO000031740).

49. The documents the ART Fund relied upon to make the statement in the Quarterly Reviews, annexed hereto as **Exhibit 2** (SQO000001204 at SQO000001208) and **Exhibit 3** (SQO000001176 at SQO000001183) that Square One employed an investment strategy described as the "[s]plit strike conversion" and that "[t]his manager [BLMIS] has achieved very stable and nice returns for more than 10 years."

50. The documents that the ART Fund relied upon to make the statement in the Quarterly Reviews annexed hereto as **Exhibit 2** (SQO000001204 at SQO000001208) and **Exhibit 3** (SQO000001176 at SQO000001183) to redeem from Square One due to the "important conflicts of interests, as the manager is his own custodian and valuates the portfolio himself.  To avoid any other blow ups, the position has been redeemed."

51. The documents that the ART Fund relied upon to make the statement in the ART Fund 2002 Class B Quarterly Review for Quarter 4 annexed hereto as **Exhibit 2** (SQO000001204 at SQO000001207) and the ART Fund 2002 Class C Quarterly Review for Quarter 4 annexed hereto as **Exhibit 3** (SQO000001176 at SQO000001181) explaining the ART Fund's redemption from Square One as "[l]imitation of systemic risk: Square One has been redeemed because there is no third party verification of assets."

52. The documents the ART Fund relied upon leading to the ART Fund's redemption from Square One on October 31, 2002, as seen in documents stating subscriptions and

redemptions such as the ART Fund performance chart annexed hereto as **Exhibit 13** (SQO000001705 at SQO000001709) and the chart of subscriptions and redemptions annexed hereto as **Exhibit 14** referencing the ART Fund on page 3 (SQO000001201 at SQO000001203).

53. Communications between the ART Fund's Board of Directors and the ART Fund's custodian, Banque Privée Edmond de Rothschild Luxembourg, requesting the October 31, 2002 redemption.

54. Communications between the ART Fund's custodian, Banque Privée Edmond de Rothschild Luxembourg, and Square One requesting the October 31, 2002 redemption.

55. The documents related to the ART Fund's October 31, 2002 redemption from Square One through Banque Privée Edmond de Rothschild Luxembourg.

56. The analysis the ART Fund relied upon leading to the ART Fund's redemption of its investment in Square One on January 23, 2003, as seen in documents stating subscriptions and redemptions such as the Transaction Activity Log annexed hereto as **Exhibit 15** (SQO000004992).

57. Communications between the ART Fund's Board of Directors and the ART Fund's custodian, Banque Privée Edmond de Rothschild Luxembourg, requesting the January 23, 2003 redemption.

58. Communications between the ART Fund's custodian, Banque Privée Edmond de Rothschild Luxembourg, and Square One requesting the January 23, 2003 redemption.

59. The documents related to the ART Fund's January 23, 2003 redemption from Square One through Banque Privée Edmond de Rothschild Luxembourg.

60. The chart of the ART Fund's subscription and redemption information for Square One, similar to the ART Fund's subscription and redemption annexed hereto as **Exhibit 16** (SQO000005701).

61. Communications to ART Fund investors attaching the December 2008 ART Fund Notice annexed hereto as **Exhibit 17** (SQO000006973) and stating the ART Fund had no exposure to Madoff, similar to the email annexed hereto as **Exhibit 18** (SQO000006971) attaching the notice.

### 10. FEES AND COSTS (Article 14, 26)

It is requested that once the Request is executed, the Luxembourg judicial authority submit a note of reimbursable fees and costs to this Court and to the Trustee's legal representative as follows:

> The Honorable Cecelia G. Morris
> Chief United States Bankruptcy Judge
> United States Bankruptcy Court for the Southern District of New York
> One Bowling Green
> New York, NY 10004-1408
>
> David Sheehan, Esq.
> Marco Molina, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Tel: +1.212.589.4200
> Fax: +1.212.589.4201
> Email: mmolina@bakerlaw.com

The Bankruptcy Court will guarantee that the Trustee will reimburse the Luxembourg judicial authority in full for all costs incurred in the taking of the evidence sought.

### SECTION IV

The Bankruptcy Court expresses its gratitude and states that the courts of the United States are authorized by statute, Title 28, Section 1782 of the United States Code, to extend similar assistance to the tribunals of Luxembourg and shall be ready and willing to provide reciprocal assistance in a similar case when required.

The Bankruptcy Court takes this opportunity to extend to the judicial authorities of

Luxembourg the assurances of the highest consideration.


Dated: _____, 2021       HON. CECELIA G. MORRIS
      New York, New York       CHIEF UNITED STATES BANKRUPTCY
                        JUDGE

**Official Seal of the United States Bankruptcy Court for the Southern District of New York:**

# Exhibit 1

**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marco Molina
Matthew D. Feil
Andrew M. Serrao
Victoria L. Stork

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>        v.<br><br>SQUARE ONE FUND LTD.,<br><br>        Defendant. | Adv. Pro. No. 10-04330 (SMB)<br><br><u>**AMENDED COMPLAINT**</u> |

# TABLE OF CONTENTS

I.    NATURE OF THE ACTION ........................................................................................1

II.   JURISDICTION AND VENUE ..................................................................................5

III.  BACKGROUND, THE TRUSTEE, AND STANDING .............................................6

IV.   BLMIS, THE PONZI SCHEME, AND MADOFF'S INVESTMENT STRATEGY .........9

      A.    BLMIS ............................................................................................................9

      B.    The Ponzi Scheme.........................................................................................10

            1.    Madoff's Investment Strategy..............................................................11

            2.    BLMIS's Fee Structure ........................................................................13

            3.    BLMIS's Market Execution.................................................................13

            4.    The Collapse of the Ponzi Scheme ......................................................15

V.    DEFENDANT SQUARE ONE ................................................................................15

VI.   ESTENNE'S KNOWLEDGE IS IMPUTED TO SQUARE ONE..................................16

VII.  ESTENNE WAS HIGHLY QUALIFIED TO UNCOVER BLMIS'S FRAUD ...............17

      A.    Estenne Is an Expert at Spotting Investment Fraud and Conducting
            Investment Due Diligence..............................................................................18

      B.    At Partners Advisers, Estenne Practiced What He Preached...............................20

VIII. ESTENNE UNCOVERED BLMIS'S FRAUD............................................................22

      A.    In October 1999, Estenne First Suspected BLMIS Was Not Trading
            Securities........................................................................................................22

            1.    The Estenne Study Showed Estenne that BLMIS's Purported
                  Performance Did Not Correlate to the Market as It Should Have .............23

            2.    The Estenne Study Showed Estenne that BLMIS Did Not Exit the
                  Market during Downturns.......................................................................25

            3.    The Estenne Study Showed Estenne that BLMIS Posted Implausibly
                  Consistent Returns over a Ten-Year Period............................................26

            4.    The Estenne Study Showed Estenne that the SSC Strategy's Purported
                  Performance Did Not Comport with Its Risk/Return Profile....................27

# TABLE OF CONTENTS
## (continued)

5.     The Estenne Study Showed Estenne that the SSC Strategy Did Not Comport with Madoff's Purported Performance and Abilities.................28

B.     Estenne Deliberately Avoided Confirming His Suspicions that BLMIS Was Not Trading Securities ...........................................................................29

1.     Estenne Abandoned His Principle that Investment Transparency Is "Critical"..................................................................................................29

2.     Estenne Abandoned His Principle that Ongoing Investment Due Diligence Is "Paramount" .........................................................................31

3.     Estenne Abandoned His Principle that the "Proper" Investment Fundamentals Require an Independent Custodian....................................32

C.     Estenne Acquired Actual Knowledge that BLMIS Was Not Trading Securities on Behalf of Square One in or around 2003 .........................33

1.     The Diligence Officer Confronts Estenne with Concerns about BLMIS .......................................................................................................33

2.     Estenne Blacklisted BLMIS from the ART Fund.....................................35

3.     Estenne Shielded His Money from Madoff...............................................35

D.     Estenne Covered for Madoff.............................................................................37

1.     Estenne Actively Hid Square One's Business Operations from His Diligence Officer ....................................................................................38

2.     Estenne Allowed Madoff to Have Unchecked Custody of Square One's Investment Funds .........................................................................38

E.     Estenne Resisted the Trustee's Efforts to Learn about Estenne's BLMIS-Related Diligence...............................................................................................39

IX.     THE TRANSFERS ...............................................................................................40

X.     THE COUNTS.......................................................................................................41

COUNT ONE:  FRAUDULENT TRANSFERS – BANKRUPTCY CODE §§ 105(a), 548(a)(1)(A), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)................41

COUNT TWO: FRAUDULENT TRANSFERS – BANKRUPTCY CODE §§ 105(a), 548(a)(1)(B), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)............................42

**TABLE OF CONTENTS**

**(continued)**

**Page**

COUNT THREE: FRAUDULENT TRANSFERS – DCL §§ 276, 276-a, 278
AND/OR 279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551,
AND SIPA § 78fff-(2)(c)(3) ..................................................................................43

COUNT FOUR: FRAUDULENT TRANSFERS – DCL §§ 273 AND 278 AND/OR
279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND
SIPA § 78fff-(2)(c)(3) .........................................................................................44

COUNT FIVE: FRAUDULENT TRANSFERS – DCL §§ 274, 278, AND/OR 279,
BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA §
78fff-(2)(c)(3) ......................................................................................................45

COUNT SIX: FRAUDULENT TRANSFERS – DCL §§ 275, 278 AND/OR 279,
BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA §
78fff-(2)(c)(3) ......................................................................................................46

COUNT SEVEN: UNDISCOVERED FRAUDULENT TRANSFERS – C.P.L.R.
203(g), 213(8), DCL §§ 276, 276-a, 278 AND/OR 279, BANKRUPTCY
CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3) .........47

XI.    PRAYERS FOR RELIEF ..............................................................................................48

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"),[1] under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"),[2] and the estate of Bernard L. Madoff ("Madoff"), individually, by and through his undersigned counsel, brings this Amended Complaint against Square One Fund Ltd. ("Square One"), and states as follows:

## I.    NATURE OF THE ACTION

1.    This adversary proceeding arises from the approximately $65 billion Ponzi scheme that Madoff perpetrated through BLMIS.

2.    The Trustee seeks to avoid and recover $25,852,737 in transfers of Customer Property[3] (the "Transfers") that Square One received from BLMIS between December 15, 1998 and December 11, 2008[4] (the "Relevant Period").

3.    Square One is a British Virgin Islands ("BVI") investment fund that invested exclusively with BLMIS during the Relevant Period through investment advisory account 1FR048 (the "Square One BLMIS IA Account"), as set forth in Exhibit A.

4.    Non-defendant Luc Estenne is a Belgian national and well-known investment management professional in the European investment community.  Estenne created Square One and served as its director and manager throughout the Relevant Period and continues to serve in this capacity to this day.

---

[1] Hereinafter, "BLMIS" includes the sole proprietorship that preceded Bernard L. Madoff Investment Securities LLC.

[2] Hereinafter, references to SIPA will omit title 15.

[3] SIPA § 78*lll*(4) defines "Customer Property" as "cash and securities . . . at any time received, acquired, or held by or for the account of a debtor from or for the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted."

[4] Hereinafter, December 11, 2008 is referred to as the "Filing Date."

1

5. Throughout the Relevant Period, Estenne: (i) ran a highly successful investment advisory firm, Partners Advisers S.A. ("Partners Advisers"), in Geneva, Switzerland that managed the Luxembourg-based Absolute Return Target Fund (the "ART Fund"); (ii) held himself out to investors as an expert in investment due diligence and investment fraud detection; (iii) authored a book chapter that teaches hedge fund investors how to conduct exhaustive due diligence and avoid investment advisers who employ risky strategies; (iv) spoke at numerous industry conferences as an expert on myriad investment due diligence matters, such as "How to spot fraud?" and "What is the psychology behind manager impropriety?"; and (v) contributed to many investment periodicals on the topics of investment due diligence and fraud detection.

6. Estenne's experience and teachings on appropriate due diligence standards as well as his savvy for spotting investment fraud helped him recognize that BLMIS's investment advisory business was a fraudulent operation. Estenne began suspecting BLMIS was not trading securities in October 1999, when, on Square One's behalf, he conducted a quantitative analysis that compared BLMIS's purported returns to the returns of the Standard & Poor's ("S&P") 500 Index over a ten-year period (the "Estenne Study"). The Estenne Study showed Estenne that it was virtually impossible for BLMIS to achieve its reported returns through the investment strategy BLMIS purported to employ.

7. Soon after conducting the Estenne Study, Estenne learned additional facts that further suggested to him, based on his sophistication, teachings, and principles, that BLMIS was not trading securities. For instance: (i) Madoff reprimanded Estenne for disclosing BLMIS's role in Square One's offering materials and demanded that Estenne immediately delete these disclosures, which ran afoul of Estenne's teaching that "you have to question what you are doing investing with" someone who is not transparent with investors; (ii) BLMIS demanded exclusive

custody of Square One's investment assets and control of Square One's operations, which ran afoul of Estenne's teaching that investment funds should have "independent" custodians to safeguard against fraud; and (iii) BLMIS refused to identify to Estenne the counterparties to the options trades it purported to make on Square One's behalf, which ran afoul of Estenne's teaching that investors must "monitor[] . . . counterparty risk" to safeguard against fraud.

8.      Rather than confront Madoff about these indicia of fraud, or select a different investment manager for Square One, Estenne abandoned his contemporaneous investment due diligence teachings and fraud-detection principles and looked the other way.  Estenne's motivations for looking the other way included that he: (i) was pocketing sizable management fees that Madoff inexplicably left on the proverbial table; (ii) was leveraging his connection to BLMIS to increase his profile in the European investment management industry; and (iii) intended to grow Square One into a multi-billion dollar BLMIS "feeder fund" similar to major BLMIS feeder funds such as Fairfield Sentry Ltd. and Kingate Euro Fund Ltd.

9.      In or around 2002, Estenne's suspicions that BLMIS was not trading securities came to a head when a senior officer who co-headed Partners Advisers' diligence operations (the "Diligence Officer") told Estenne that BLMIS's purported investment performance did not make sense.  Separately and independently from Square One, the Diligence Officer attended two marketing presentations by BLMIS feeder funds.  The Diligence Officer left those presentations unsure how the BLMIS feeder funds' impressive investment returns were possible, given that BLMIS purportedly employed an investment strategy that tracked the S&P 100 Index, which had underperformed significantly in the wake of the bursting of the "dotcom bubble" and the 9/11 attacks.  He was also concerned that the BLMIS feeder fund representatives with whom he spoke could not answer basic diligence questions concerning BLMIS.  The Diligence Officer's concerns

grew after he spoke to professionals he trusted in the investment community, who told him they had similar concerns about BLMIS and, as a result, categorically refused to invest in BLMIS feeder funds.

10.     The Diligence Officer reported these concerns in person to Estenne and recommended to Estenne that Partners Advisers "blacklist" all BLMIS feeder funds from the ART Fund's investment portfolio, through which Partners Advisers' investors and principals (including Estenne and the Diligence Officer) invested their own money.

11.     In 2003, soon after his conversation with the Diligence Officer, Estenne took deliberate measures to protect himself and his brand—Partners Advisers—from BLMIS's fraud. First, Estenne prohibited Partners Advisers from adding BLMIS feeder funds to the ART Fund's investment portfolio, going as far as to instruct Partners Advisers' employees not to take any calls or meetings with BLMIS or any BLMIS feeder fund.  Second, Estenne directed Partners Advisers to drop Square One from the ART Fund's investment portfolio, thereby protecting his own money, even though Square One was significantly outperforming the other investments in the portfolio.

12.     Estenne, however, did not close the Square One BLMIS IA Account.  He continued to invest Square One's investment assets (consisting of other people's money) exclusively with BLMIS for the remainder of the Relevant Period, pocketing hundreds of thousands of dollars in management fees generated by those doomed investments and increasing his profile and stature in the European investment management industry.

13.     Estenne's decisions to blacklist BLMIS from Partners Advisers' investments and eliminate his personal exposure to Square One, coupled with the numerous indicia of fraud at BLMIS that he saw, analyzed, and understood in the years prior, indicate that by 2003 Estenne

knew, or at least suspected to a high probability, that BLMIS was not trading securities on behalf of Square One.

14.     During the remainder of the Relevant Period, Estenne took deliberate measures to keep regulators, colleagues, and investors from uncovering BLMIS's fraud, including concealing Square One's investments with BLMIS from the Diligence Officer and refusing to hire an independent custodian that could verify whether BLMIS was trading securities for Square One, as BLMIS purported to do.

15.     After the Filing Date, Estenne submitted a customer claim on Square One's behalf. The Trustee, in an effort to determine the allowability of Square One's customer claim, requested that Estenne provide information and documents concerning Square One and its BLMIS-related diligence.  Instead of responding to the Trustee's request or submitting materials in support of Square One's customer claim, Estenne directed Square One to withdraw its customer claim.

16.     Estenne's actual knowledge of, or willful blindness to, BLMIS's fraud can be imputed to Square One because, at all relevant times, Estenne authorized all significant business decisions for Square One and directed and controlled its daily activities, including its dealings and investments with BLMIS.

## II.    JURISDICTION AND VENUE

17.     This is an adversary proceeding commenced in this Court, in which the main underlying SIPA proceeding, No. 08-01789 (SMB) (the "SIPA Proceeding"), is pending. The SIPA Proceeding was originally brought in the United States District Court for the Southern District of New York as *Securities Exchange Commission v. Bernard L. Madoff Investment Securities LLC et al.*, No. 08 CV 10791 (the "District Court Proceeding") and has been referred to this Court. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(b) and (e)(1), and SIPA § 78eee(b)(2)(A) and (b)(4).

18.     This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (H), and (O). The Trustee consents to the entry of final orders or judgment by this Court if it is determined that consent of the parties is required for this Court to enter final orders or judgment consistent with Article III of the U.S. Constitution.

19.     Venue in this judicial district is proper under 28 U.S.C. § 1409.

20.     This adversary proceeding is brought under SIPA §§ 78fff(b) and 78fff-2(c)(3), Bankruptcy Code[5] §§ 105(a), 544(b), 548(a), 550(a) and 551, the New York Fraudulent Conveyance Act (N.Y. Debt. & Cred. § 270 *et seq.* (McKinney 2001) ("DCL")), the New York Civil Practice Law and Rules (McKinney 2003) ("C.P.L.R."), and other applicable law.[6]

## III.     BACKGROUND, THE TRUSTEE, AND STANDING

21.     On the Filing Date, Madoff was arrested by federal agents for criminal violations of federal securities laws, including securities fraud, investment adviser fraud, and mail and wire fraud.  Contemporaneously, the Securities and Exchange Commission ("SEC") commenced the District Court Proceeding.

22.     On December 15, 2008, under SIPA § 78eee(a)(4)(A), the SEC consented to combining its action with an application by the Securities Investor Protection Corporation ("SIPC").  Thereafter, under SIPA § 78eee(a)(4)(B), SIPC filed an application in the District Court alleging, among other things, that BLMIS could not meet its obligations to securities customers as they came due and its customers needed the protections afforded by SIPA.

---

[5] "Bankruptcy Code" means 11 U.S.C. § 101 *et seq.*

[6] Until a final determination on appeal of the applicable measure and burden of proof concerning a defendant's knowledge in connection with the applicability of Bankruptcy Code § 546(e) to the Trustee's claims to avoid and recover transfers made within six years of the Filing Date, the Trustee asserts avoidance and recovery claims under Bankruptcy Code §§ 547, 548(a)(1)(B), 544(b)(1), 550 and 551, and applicable provisions of the DCL.

10-04368-smb Doc 167 Filed 12/20/18 Entered 12/20/16 18:24 Main Document
Pg 1 of 75

23.     Also on December 15, 2008, Judge Stanton granted SIPC's application and entered

an order pursuant to SIPA, which, in pertinent part:

> (a)     appointed the Trustee for the liquidation of the business of BLMIS pursuant
> to SIPA § 78eee(b)(3);
>
> (b)     appointed Baker & Hostetler LLP as counsel to the Trustee pursuant to
> SIPA § 78eee(b)(3); and
>
> (c)     removed the case to this Court pursuant to SIPA § 78eee(b)(4).

24.     By orders dated December 23, 2008 and February 4, 2009, respectively, this Court

approved the Trustee's bond and found that the Trustee was a disinterested person. Accordingly,

the Trustee is duly qualified to serve and act on behalf of the estate.

25.     On April 13, 2009, an involuntary bankruptcy petition was filed against Madoff,

and on June 9, 2009, this Court substantively consolidated the chapter 7 estate of Madoff into the

SIPA Proceeding.

26.     At a plea hearing on March 12, 2009, in the case captioned *United States v. Madoff*,

Case No. 09-CR-213(DC), Madoff pleaded guilty to an 11-count criminal information filed against

him by the United States Attorney for the Southern District of New York. At the plea hearing,

Madoff admitted he "operated a Ponzi scheme through the investment advisory side of [BLMIS]."

27.     At a plea hearing on August 11, 2009, in the case captioned *United States v.*

*DiPascali*, Case No. 09-CR-764 (RJS), Frank DiPascali, a former BLMIS employee, pleaded

guilty to a ten-count criminal information charging him with participating in and conspiring to

perpetuate the Ponzi scheme. DiPascali admitted that no purchases or sales of securities took place

in connection with BLMIS customer accounts and that the Ponzi scheme had been ongoing at

BLMIS since at least the 1980s.

28.     At a plea hearing on November 21, 2011, in the case captioned *United States v.
Kugel*, Case No. 10-CR-228 (LTS), David Kugel, a former BLMIS trader and manager, pleaded
guilty to a six-count criminal information charging him with securities fraud, falsifying the records
of BLMIS, conspiracy, and bank fraud.  Kugel admitted to helping create false, backdated trades
in BLMIS customer accounts beginning in the early 1970s.

29.     On March 24, 2014, Daniel Bonventre, Annette Bongiorno, JoAnn Crupi, George
Perez, and Jerome O'Hara were convicted of fraud and other crimes in connection with their
participation in the Ponzi scheme as employees of BLMIS.

30.     As the Trustee appointed under SIPA, the Trustee is charged with assessing claims,
recovering and distributing customer property to BLMIS's customers holding allowed customer
claims, and liquidating any remaining BLMIS assets for the benefit of the estate and its creditors.
The Trustee is using his authority under SIPA and the Bankruptcy Code to avoid and recover
payouts of fictitious profits and/or other transfers made by BLMIS and Madoff to customers and
others to the detriment of defrauded, innocent customers whose money was consumed by the Ponzi
scheme.  Absent this and other recovery actions, the Trustee will be unable to satisfy the claims
described in subparagraphs (A) through (D) of SIPA § 78fff-2(c)(1).

31.     Pursuant to SIPA § 78fff-1(a), the Trustee has the general powers of a bankruptcy
trustee in a case under the Bankruptcy Code in addition to the powers granted by SIPA pursuant
to SIPA § 78fff(b).  Chapters 1, 3, 5 and subchapters I and II of chapter 7 of the Bankruptcy Code
apply to this proceeding to the extent consistent with SIPA pursuant to SIPA § 78fff(b).

32.     The Trustee has standing to bring the avoidance and recovery claims under SIPA
§ 78fff-1(a) and applicable provisions of the Bankruptcy Code, including Bankruptcy
Code §§ 323(b), 544, and 704(a)(1), because the Trustee has the power and authority to avoid and

8

08-01789-cgm Doc 20372-1 Filed 03/19/21 Entered 03/19/21 18:21:33 Exhibit A
Pg 9 of 75

recover transfers under Bankruptcy Code §§ 544, 547, 548, 550(a), and 551, and SIPA §§ 78fff-1(a) and 78fff-2(c)(3).

## IV.   BLMIS, THE PONZI SCHEME, AND MADOFF'S INVESTMENT STRATEGY

### A.   <u>BLMIS</u>

33.   Madoff founded BLMIS in 1960 as a sole proprietorship.   In 2001, Madoff registered BLMIS as a New York limited liability company.   At all relevant times, Madoff controlled BLMIS first as its sole member, and thereafter as its chairman and chief executive.

34.   In compliance with SIPA § 78*o*(b)(1) and SEC Rule 15b1-3, and regardless of its business form, BLMIS operated as a single broker-dealer from 1960 through 2008.   Public records obtained from the Central Registration Depository of the Financial Industry Regulatory Authority Inc. reflect BLMIS's continual registration as a securities broker-dealer from January 19, 1960 through December 31, 2008.   At all times, BLMIS was assigned Central Registration Depository Number 2625.   SIPC's Membership Management System database also reflects BLMIS's registration with the SEC as a securities broker-dealer from January 19, 1960 through December 31, 2008.   On December 30, 1970, BLMIS became a member of SIPC and continued its membership without any change in status until the Filing Date.   SIPC membership is contingent on registration of the broker-dealer with the SEC.

35.   For most of its existence, BLMIS's principal place of business was 885 Third Avenue in New York City, where Madoff operated three principal business units: a proprietary trading desk, a broker dealer operation, and an investment advisory business.

36.   BLMIS's website publicly boasted about the sophistication and success of its proprietary trading desk and broker-dealer operations, which were well known in the financial industry.   BLMIS's website omitted the investment advisory business entirely.   BLMIS did not

register as an investment adviser with the SEC until 2006, following an investigation by the SEC, which forced Madoff to register.

37.    For more than twenty (20) years preceding that registration, the financial reports BLMIS filed with the SEC fraudulently omitted the existence of billions of dollars of customer funds BLMIS managed through its investment advisory business.

38.    In 2006, BLMIS filed its first Form ADV (Uniform Application for Investment Adviser Registration) with the SEC, reporting that BLMIS had twenty-three (23) customer accounts with total assets under management of $11.7 billion.  BLMIS filed its last Form ADV in January 2008, reporting that its investment advisory business still had only twenty-three (23) customer accounts with total assets under management of $17.1 billion.  In reality, Madoff grossly understated these numbers.  In 2008, BLMIS had over 4,900 active customer accounts with a purported value of approximately $68 billion in assets under management.  At all times, BLMIS's Form ADVs were publicly available.

**B.    The Ponzi Scheme**

39.    At all relevant times, Madoff operated the investment advisory business as a Ponzi scheme using money deposited by customers that BLMIS claimed to invest in securities.  The investment advisory business had no legitimate business operations and produced no profits or earnings.  Several family members and a few employees assisted Madoff, including Frank DiPascali, Irwin Lipkin, David Kugel, Annette Bongiorno, JoAnn (Jodi) Crupi, and others, who pleaded to, or were found guilty of, assisting Madoff in carrying out the fraud.

40.    BLMIS's proprietary trading desk was also engaged in pervasive fraudulent activity.  It was funded, in part, by money taken from the investment advisory business customer deposits, but fraudulently reported that funding as trading revenues and/or commissions on BLMIS's financial statements and other regulatory reports filed by BLMIS.  The proprietary

10

trading business was incurring significant net losses beginning in at least mid-2002 and thereafter, and thus required fraudulent infusions of cash from the investment advisory business to continue operating.

41.     To provide cover for BLMIS's fraudulent investment advisory business, BLMIS employed Friehling & Horowitz, CPA, P.C. ("Friehling & Horowitz") as its auditor, which accepted BLMIS's fraudulently reported trading revenues and/or commissions on its financial statements and other regulatory reports that BLMIS filed.  Friehling & Horowitz was a three-person accounting firm based out of a strip mall in Rockland County, New York.  Of the three employees at the firm, one was a licensed CPA, one employee was an administrative assistant, and one was a semi-retired accountant living in Florida.

42.     On or about November 3, 2009, David Friehling, the sole proprietor of Friehling & Horowitz, pleaded guilty to filing false audit reports for BLMIS and filing false tax returns for Madoff and others.  BLMIS's publicly available SEC Form X-17A-5 included copies of these fictitious annual audited financial statements prepared by Friehling & Horowitz.

## 1.     Madoff's Investment Strategy

43.     BLMIS purported to execute two primary investment strategies for investment advisory business customers:  the convertible arbitrage strategy and the split strike conversion strategy ("SSC Strategy").  For a limited group of investment advisory business customers, primarily consisting of Madoff's close friends and their families, Madoff also purportedly purchased securities that were held for a certain time and then purportedly sold for a profit.  At all relevant times, Madoff conducted no legitimate business operations using any of these strategies.

44.     The convertible arbitrage investment strategy was supposed to generate profits by taking advantage of the pricing mismatches that can occur between the equity and bond/preferred equity markets.  BLMIS told investors they would gain profits from a change in the expectations

for the stock or convertible security over time. In the 1970s this strategy represented a significant portion of the total investment advisory business accounts, but by the early 1990s the strategy was purportedly used in only a small percentage of investment advisory business accounts.

45. From 1992 forward, Madoff began telling investment advisory business customers that he employed the SSC Strategy for their accounts, even though in reality BLMIS never traded any securities for them. All funds received from investment advisory business customers were commingled in a single BLMIS account maintained at JPMorgan Chase Bank. These commingled funds were not used to trade securities, but rather to make distributions to, or payments for, other customers, to benefit Madoff and his family personally, and to prop up Madoff's proprietary trading business.

46. BLMIS reported falsified trades using backdated trade data on monthly account statements sent to investment advisory business customers that typically reflected substantial gains on the customers' principal investments.

47. The SSC Strategy purported to involve: (i) the purchase of a group or basket of equities intended to highly correlate to the S&P 100 Index, (ii) the purchase of out-of-the-money S&P 100 Index put options, and (iii) the sale of out-of-the-money S&P 100 Index call options.

48. The put options were to control the downside risk of price changes in the basket of securities. The exercise of put options could not turn losses into gains, but rather could only put a floor on losses. By definition, the exercise of a put option would entail a loss for BLMIS.

49. The sale of call options would partially offset the costs associated with acquiring puts, but would have the detrimental effect of putting a ceiling on gains. The call options would make it difficult, if not impossible, for BLMIS to outperform the market, because in a rising market, calls would be exercised by the counterparty.

50.     The simultaneous purchase of puts and calls to hedge a securities position is commonly referred to as a "collar."  The purpose of the collar is to limit exposure to volatility in the stock market and flatten out returns on investment.

51.     For the SSC Strategy to be deployed as Madoff claimed, the total value of each of the puts and calls purchased for the basket of securities had to equal the notional value of the basket of securities.  For example, to properly implement a collar to hedge the $11.7 billion of assets under management that Madoff publicly reported in 2006 would have required the purchase of call and put options with a notional value (for each) of $11.7 billion.   There are no records to substantiate Madoff's purchase of call and put options in any amount, much less in billions of dollars.

52.     Moreover, at all times that BLMIS reported its total assets under management, publicly available information about the volume of exchange-traded options showed that the volume of options contracts necessary to form the collar and implement the SSC Strategy exceeded the available options.

**2.      BLMIS's Fee Structure**

53.     BLMIS charged commissions on purportedly executed trades rather than management and performance fees based on the value of assets under management.  By using this commission-based structure, Madoff inexplicably walked away from hundreds of millions of dollars in fees.

**3.      BLMIS's Market Execution**

54.     Madoff also lied to customers when he told them that he carefully timed securities purchases and sales to maximize value.  Madoff explained that he achieved market execution by intermittently taking customer funds out of the market.  During those times, Madoff purported to invest BLMIS customer funds in U.S. Treasury Bills ("USTB") or mutual funds invested in USTB.

08-01789-smb    Doc 20372-1    Filed 03/19/21    Entered 03/19/21 18:21:33    Exhibit A
Pg 39 of 373

55.     BLMIS's customer statements, however, did not show an ability to time the market. Rather, the customer statements showed an uncanny ability to buy low and sell high—an ability so uncanny that any sophisticated or professional investor, including Square One, could see it was statistically impossible.   BLMIS's customer statements also showed, without fail, a total withdrawal from the market at every quarter- and year-end.

56.     As a registered broker-dealer, BLMIS was required, pursuant to section 240.17a-5 of the Securities Exchange Act of 1934, to file quarterly and annual reports with the SEC that showed, among other things, financial information on customer activity, cash on hand, and assets and liabilities at the time of reporting.   BLMIS's reported quarterly and year-end exits were undertaken to avoid these SEC requirements.   But these exits also meant that BLMIS was stuck with the then-prevailing market conditions.   It would be impossible to automatically sell all positions at fixed times, independent of market conditions, and win every time.   Yet this is precisely what BLMIS's customer statements reported.

57.     BLMIS's practice of exiting the market at fixed times, regardless of market conditions, was completely at odds with the SSC Strategy, which relied on holding long positions rather than on short-term speculative trading.

58.     There is no record of BLMIS clearing a single purchase or sale of securities in connection with the SSC Strategy at The Depository Trust & Clearing Corporation, the clearing house for such transactions, its predecessors, or any other trading platform on which BLMIS could have traded securities.   There are no other BLMIS records that demonstrate that BLMIS traded securities using the SSC Strategy.

59.     All exchange-listed options relating to the companies within the S&P 100 Index, including options based upon the S&P 100 Index itself, clear through the Options Clearing

Corporation.  The Options Clearing Corporation has no records showing that BLMIS's investment

advisory business cleared any trades in any exchange-listed options.

### 4.    The Collapse of the Ponzi Scheme

60.    The Ponzi scheme collapsed in December 2008, when BLMIS customers' requests

for redemptions overwhelmed the flow of new investments.

61.    At their plea hearings, Madoff and DiPascali admitted that BLMIS purchased none

of the securities listed on the investment advisory business customers' fraudulent statements, and

that the investment advisory business operated as a Ponzi scheme.

62.    At all relevant times, BLMIS was insolvent because (i) its assets were worth less

than the value of its liabilities; (ii) it could not meet its obligations as they came due; and (iii) at

the time of the transfers alleged herein, BLMIS was left with insufficient capital.

## V.    DEFENDANT SQUARE ONE

63.    Square One incorporated in the BVI on December 15, 1998.

64.    Square One opened the Square One BLMIS IA Account on December 29, 1998.

65.    Square One exclusively invested with BLMIS and received all the Transfers from

BLMIS through the Square One BLMIS IA Account.

66.    Square One initially operated under the name ISIS Worldwide Ltd., but changed its

name to Square One Fund Ltd. in April 1999.

67.    Square One maintains an address at Ansbacher (BVI) Limited, International Trust

Building, Wickhams Cay 1, Road Town, Tortola, BVI.

68.    Square One is subject to personal jurisdiction in this judicial district because it

purposely availed itself of the laws and protections of the United States and the State of New York

by, among other things, knowingly investing funds with BLMIS and receiving the Transfers from

BLMIS.  By deliberately investing with BLMIS and receiving the Transfers directly from BLMIS

15

in New York, Square One knowingly accepted the rights, benefits, and privileges of conducting business and transactions in the United States and New York. Square One regularly communicated with BLMIS employees in New York regarding the Square One BLMIS IA Account. Square One maintained minimum contacts and/or general business contacts with the United States and New York in connection with the Square One BLMIS IA Account.

69.     Square One executed BLMIS account opening agreements, including a "Customer Agreement," "Option Agreement," and "Trading Authorization Limited to Purchases and Sales of Securities and Options," and delivered these documents to BLMIS at its headquarters at 885 Third Avenue, New York, New York. By executing these documents, Square One agreed that: (i) its investments would be governed by New York law; (ii) any disputes would be arbitrated before the American Arbitration Association, the New York Stock Exchange, Inc., an arbitration facility provided by any other exchange of which BLMIS was a member, the National Association of Securities Dealers, Inc., or the Municipal Securities Rule Making Board; and (iii) where applicable, its transactions would be subject to the provisions of the Securities Exchange Act of 1934, as amended, and the Commodities Exchange Act, as amended, to the rules and regulations of the Securities and Exchange Commission and the Board of Governors of the Federal Reserve System, and the Commodities Futures Trading Commission.

70.     Square One remains a going concern.

## VI.   ESTENNE'S KNOWLEDGE IS IMPUTED TO SQUARE ONE

71.     Estenne founded Square One after he gained access to BLMIS's investment advisory business during an in-person meeting with DiPascali in New York in 1998.

72.     Estenne served as Square One's director throughout the Relevant Period.

73.     Estenne managed Square One throughout the Relevant Period. On information and belief, he founded Square One's investment manager, Square Asset Management Ltd. ("SAM"),

in 1999.  Estenne controlled SAM at all relevant times and was its sole representative.  Through

SAM, Estenne charged Square One's investors management fees of 1.25% on an annualized basis

for Square One's Class B shares and 2% on an annualized basis for Square One's Class C shares.

Estenne, through SAM, did not, however, charge Square One's investors performance fees.

74.    Estenne was responsible for conducting investment due diligence on Square One's

behalf throughout the Relevant Period.

75.    Estenne communicated with BLMIS on Square One's behalf throughout the

Relevant Period.

76.    Estenne drafted Square One's offering materials throughout the Relevant Period.

77.    Estenne marketed Square One to investors throughout the Relevant Period.

78.    Estenne hired Square One's service providers throughout the Relevant Period.  In

1999, he hired HSBC Bank of Bermuda Limited, f/k/a Bank of Bermuda Limited, to serve as

Square One's administrator, and HSBC Securities Services (Luxembourg) S.A., f/k/a Bank of

Bermuda (Luxembourg) S.A. (together with HSBC Bank of Bermuda Limited, "Bank of

Bermuda"),[7] to serve as Square One's custodian.  In 2006, Estenne hired Circle Partners

Investment Support Services, B.V. to serve as Square One's administrator after Bank of Bermuda

resigned from that role.

## VII.    ESTENNE WAS HIGHLY QUALIFIED TO UNCOVER BLMIS'S FRAUD

79.    Estenne is a sophisticated investment professional.  He received his MBA

(Commercial Engineer Degree) with distinction from the Catholic University of Louvain

(Belgium) in 1990.  From 1991 to 1993, Estenne worked for JP Morgan Bank's Global Technology

---

[7] The Trustee has named these parties as defendants in a separate adversary proceeding styled *Picard v. HSBC Bank Plc, et al.*, Adv. Pro. No. 09-01364 (SMB) (Bankr. S.D.N.Y. 2009).

and Operation group in Brussels. From 1994 to 1996, Estenne was an officer of Bank Brussels Lambert in New York and Brussels.

80.     Estenne is best known in the European investment management community as the founder and CEO of Partners Advisers, a Geneva-based investment advisory firm that provides global hedge fund investment advisory services and was named Switzerland's "Most Trusted Investment Management Company of the Year" in the 2014 International Hedge Fund Awards.

81.     Estenne's LinkedIn profile touts that certain of his "[s]pecialties" are "[h]edge fund research and management of portfolios of hedge funds" and "[g]eneral management of a hedge fund research and advisory company."

**A.      Estenne Is an Expert at Spotting Investment Fraud and Conducting Investment Due Diligence**

82.     Throughout the Relevant Period, Estenne held himself out to investors as an expert at spotting investment fraud and conducting investment due diligence. For example, in April 2004, Estenne spoke as a "due diligence specialist[]" at the EuroHedge summit in Paris on issues such as "How to spot fraud?[,]" "Why do funds fail?[,]" "What is the psychology behind manager impropriety?[,]" and "What are the structural issues?"

83.     Estenne also held himself out as an expert on issues concerning investment due diligence, fraud detection, and risk management at dozens of other industry conferences and to industry periodicals throughout the Relevant Period, including, but not limited to, the following:

> (a)     In March 1998, Estenne was part of a three-person panel of investment professionals who spoke at a conference about the importance of transparency when evaluating an investment adviser and an investment portfolio;
>
> (b)     In September 2000, in the article titled "Short-term investors: The tide begins to turn" MAR/Hedge cited Estenne as an authority on hedge fund investments and, specifically, how investors should conduct diligence on hedge funds and diversify their hedge fund investments; and

(c)     In April 2001, at the "International Private Banking & Family Office"
conference in Brussels, Estenne gave a presentation titled "Why do Family
Offices Invest in Hedge Funds?" that included topics such as "How to select
hedge funds" and "How to construct hedge funds."

84.     In 2000, Estenne authored a book chapter titled "Risk Management Issues for the

Family Office" in the book "Managing Hedge Fund Risk" in which he, among other things, teaches

investors how to avoid investing in a fraud.  He authored a second version of this book chapter in

2005 (together with the first version, the "Book Chapter").

85.     Estenne teaches in the Book Chapter that it is "paramount" that investors conduct

both pre-investment and ongoing due diligence on investment advisers "to identify which risks are

taken by hedge fund managers in order to generate their performance, and how these risks are

measured and managed."  The Book Chapter identifies thirty (30) risk factors that investors should

study as part of their diligence of investment advisers and strategies.  These risk factors include

"*Counterparty risk*," "*Correlation risk*," "*Assets under management risk*," "*Concentration risk*,"

"*Erratic markets risk*," and *"Transparency*."

86.     In the Book Chapter, Estenne also teaches investors to demand transparency from

their investment adviser.  He writes that the "best transparency level usually available takes the

form of monthly or quarterly portfolio snapshots," and encourages investors to conduct periodic

in-person diligence visits to obtain "a vote of confidence on the ethics" of the investment adviser.

87.     Estenne made similar recommendations during a March 1998 conference as part of

a panel that discussed, among other things, how to select fund managers.  The panel explained that

a fund manager's "transparency" is one of the "critical issues" in an investor's selection process

and warned that "[i]f a fund manager will not tell you what he is doing, you have to question what

you are doing investing with him[.]"

88.     In the Book Chapter, Estenne also teaches that the custodian of an investment fund should be independent from the investment adviser to maintain the security of the assets and ensure that they are valued accurately.  Estenne writes that independent custody "ensure[s] control of assets, independent [net asset value] calculation and accuracy of financial statements."

### B.      At Partners Advisers, Estenne Practiced What He Preached

89.     In or around 2000, Estenne doubled down on his investment diligence expertise and his ability to spot investment fraud by promising to personally invest in the same Luxembourg-based investment vehicle that Partners Advisers offered its customers: the ART Fund.  He later referred to this policy as his way of putting his "money where [his] mouth is."

90.     Estenne provided cutting-edge due diligence services to the ART Fund's investors by implementing "best practice procedures and controls" at Partners Advisers.  He hired qualified diligence personnel at Partners Advisers to monitor the ART Fund's investments and understand the relevant markets and securities underlying those investments.  These individuals reconciled the ART Fund's customer statements and trade confirmations with public investment records and reverse-engineered the underlying investment strategies.

91.     Estenne set up investment committees at Partners Advisers consisting of analysts for each of the funds in which the ART Fund invested.  These committees convened monthly to discuss the performance and investment strategies of the underlying fund investments.  They also graded each of the investments on a scale between one and five, and updated the score based on their ongoing diligence and oversight.

92.     Estenne required Partners Advisers' personnel to conduct at least four diligence visits each year with the investment advisers with whom the ART Fund invested.  Partners Advisers' website explains that "face-to-face meetings and on-the-ground work are of essence" when selecting an investment adviser and conducting ongoing diligence.  Many of these face-to-

face visits occurred in New York, where Estenne maintained an apartment to accommodate these visits.

93.     Partners Advisers describes thorough ongoing diligence procedures on its website, which states: "Once an investment is made, our team closely monitors performance and portfolio information and holds regular monitoring meetings with our fund managers to ensure a continued close and detailed dialogue."  The website also explains how Partners Advisers continues to analyze and monitor the risks associated with the investment, noting that: "At each step of the process, we identify, analyze, monitor and aggregate financial and operational risks at a fund and portfolio-level."

94.     Counterparty risk is one of the risks Estenne, at Partners Advisers, closely monitored during the Relevant Period.  Estenne said during a 2010 interview with Opalesque TV (an internet news outlet focused on investing and hedge funds) that: "So many of the aspects which were a surprise to people in terms of counterparty risk . . . were things we [at Partners Advisers] were already aware of and monitoring" before the 2008 financial crisis.

95.     Estenne, at Partners Advisers, also provided the ART Fund's investors with transparency into the underlying investments.  Partners Advisers' website states: "We believe that an open dialogue, relevant transparency and value-adding reporting are the necessary conditions to develop real partnerships with our co-investors."  To this end, Partners Advisers published annual audited financial reports that provided significant insight into the underlying investments' performance and how the relevant investment strategies worked.

96.     Estenne also directed Partners Advisers to hire financial institutions that were independent from underlying investment advisers to safeguard the ART Fund's assets and perform other custodial tasks.

## VIII.   ESTENNE UNCOVERED BLMIS'S FRAUD

97.   When it came to Square One, Estenne significantly deviated from his teachings and the investment principles he contemporaneously taught and practiced because he knew, or at the very least suspected to a high probability, that BLMIS was not trading securities on behalf of Square One.

### A.   In October 1999, Estenne First Suspected BLMIS Was Not Trading Securities

98.   Estenne memorialized his understanding of the SSC Strategy in an exhibit to Square One's June 1, 1999 offering memorandum (the "SSC Exhibit"), stating in relevant part that:

> [BLMIS] offers investors access through different funds to a non traditional investment strategy which is often described as a split-strike conversion.  This underlying strategy which invests exclusively in the United States in highly liquid securities with no leverage consists of either: (i) purchasing equity shares; (ii) selling related out-of-the-money call options which represent a number of underlying shares equal to the number of shares purchased; (iii) buying related out-of-the-money or at-the-money put options representing the same number of underlying shares when the manager believes the market is due to strengthen; or (iv) remaining in cash or USTB when he believes the market is due to weaken.

99.   The SSC Exhibit explains that the SSC Strategy's "attractive[ness]" is the "downside protection" provided by put options designed to liquidate securities positions in the event "the price [*sic*] of the stocks decline."  But the SSC Exhibit notes the SSC Strategy's drawback is that "the upside potential is limited" because to purchase the put options BLMIS must sell call options, which act as a ceiling that caps the potential gains from the stock basket.

100.   In or around October 1999, Estenne (through Partners Advisers and on Square One's behalf) conducted the Estenne Study, a sophisticated quantitative analysis comparing the performance of the SSC Strategy to the performance of the S&P 500 Index over 118 months from January 1990 to October 1999.

101.    The Estenne Study showed Estenne—a self-described expert at conducting due diligence and spotting investment fraud—that it was virtually impossible for BLMIS to achieve its purported performance through the SSC Strategy.

**1.      The Estenne Study Showed Estenne that BLMIS's Purported Performance Did Not Correlate to the Market as It Should Have**

102.    Based on the SSC Exhibit's description, Estenne knew the SSC Strategy involved the purchase of a basket of S&P 100 Index equities selected to create, as Estenne put it, "a high degree of correlation with the general market."

103.    The Estenne Study, however, revealed an unexpected and inexplicable lack of correlation between BLMIS's purported returns and the performance of the S&P 100 Index.

104.    The Estenne Study analyzed the degree to which BLMIS's purported returns correlated to the performance of the S&P 500 Index.  Because the S&P 100 Index is comprised of the larger companies included in the S&P 500 Index, Estenne understood the SSC Strategy should also have a "high degree of correlation" with the S&P 500 Index.

105.    In a section titled "Correlation Analysis," the Estenne Study shows that BLMIS's purported returns lacked the expected correlation to the S&P 500 Index.  Specifically, this section shows that in the months that the S&P 500 Index posted a negative return (38 of 118 months), the SSC Strategy posted a positive return 92% of the time (35 of those 38 months) with an average monthly return of 1.03%.

106.    This lack of correlation was particularly evident in August 1990, when the S&P 500 Index posted a loss of approximately 9.43% and the SSC Strategy posted a gain of 5.14%, and in August 1998, when the S&P 500 Index posted a loss of 14.58% and the SSC Strategy posted a gain of 0.28%.

107.    The Estenne Study also contains a "Linear Correlation Analysis" that further
demonstrates BLMIS's purported performance was not correlated to the S&P 500 Index.  This
section includes a scatterdiagram (pictured below) that plots the monthly returns of the S&P 500
Index against the SSC Strategy's purported monthly returns during the sample period.



108.    The scatterdiagram (with BLMIS's returns on the vertical axis and the S&P 500
Index's returns on the horizontal axis) illustrates BLMIS's purported ability to generate positive
returns independent of the S&P 500 Index's gyrations.  The varied performance of the S&P 500
Index is depicted in the scatterdiagram by the distribution of data points on both sides of the
vertical axis.  If there were a high degree of correlation between BLMIS's purported returns and
the S&P 500 Index—as the SSC Exhibit states there should be—the scatterdiagram would show a
similar distribution of data points above and below the horizontal axis.  Instead, nearly all of the
data points appear above the horizontal axis because BLMIS purported to generate positive returns
regardless of whether the S&P 500 Index was up or down.

109.    The scatterdiagram's R-Squared coefficient further illustrates this lack of
correlation.  The R-Squared coefficient here measures the percentage of the SSC Strategy's

24

movements that can be explained by movements in the S&P 500 Index.  This coefficient is obtained through a regression analysis that measures how close the data points pictured above are to the line representing the mean.

110.    As pictured above, the R-Squared coefficient for the scatterdiagram is 0.05.  This means that 5% of the changes in BLMIS's purported returns can be explained by contemporaneous changes in the S&P 500 Index's returns.

111.    As an expert in due diligence and fraud detection, Estenne understood that this lack of correlation between BLMIS's reported performance and the S&P 500 Index meant BLMIS's purported returns were not possible under the SSC Strategy.

### 2.    The Estenne Study Showed Estenne that BLMIS Did Not Exit the Market during Downturns

112.    In the SSC Exhibit, Estenne explains to Square One's investors that a key component of the SSC Strategy is that BLMIS will exit the market and either "remain[] in cash or USTB when [BLMIS] believes the market is due to weaken[.]"

113.    But the Estenne Study showed Estenne that BLMIS did not exit the market during downturns.  During the thirty-eight (38) months that the S&P 500 Index posted investment losses, BLMIS purported to earn 1.03% average monthly returns.  Estenne understood that because USTBs yield minimal investment returns and cash yields even less, BLMIS could not have averaged monthly returns of 1.03% by exiting the market and holding either cash or USTBs. Estenne understood that, to produce those investment returns, BLMIS would have had to remain in the market during these downturns, in contravention to the SSC Exhibit's description of the SSC Strategy.

114.    The Estenne Study's returns analysis for the months March 1994 and July 1996 highlights the dissonance between the SSC Strategy's expected performance and BLMIS's

purported returns.  During each of those months the S&P 500 Index lost 4.57% of its value, which signaled a significant market downturn that should have resulted in BLMIS exiting the market and holding cash and/or USTBs.  BLMIS, however, posted significant positive gains of 1.52% in March 1994 and 1.92% in July 1996, indicating that BLMIS did not leave the market to hold cash or USTBs during those months.

115.    Based on these inconsistencies between the SSC Strategy and its purported results, Estenne understood that BLMIS's purported returns were not possible under the SSC Strategy.

### 3.    The Estenne Study Showed Estenne that BLMIS Posted Implausibly Consistent Returns over a Ten-Year Period

116.    The Estenne Study showed Estenne that BLMIS posted implausibly consistent positive returns for nearly ten years.  Specifically, the Estenne Study showed Estenne that BLMIS posted positive monthly returns in 114 of the 118 months in the sample period (roughly 97% of the time) and only suffered negative returns in four months (roughly 3% of the time), never falling below returns of negative 0.55% in any one of the four down months.

117.    The regression analysis Estenne conducted to obtain the R-Squared coefficient also revealed that BLMIS's t-statistic ("t-stat") for the sample period was 13.15.  This t-stat measures the consistency of BLMIS's positive monthly returns during the sample period.  It is known in the investment management industry that a t-stat of 2.0 indicates that an investor can be approximately 95% confident that the investment manager's performance was not by chance.  A t-stat of 13.15 indicates that BLMIS was virtually certain to yield its average positive monthly returns from the sample period irrespective of what the market was doing.

118.    Estenne understood that BLMIS's purported returns were even better than the Estenne Study showed.  The Estenne Study analyzed the reported investment returns of Fairfield Sentry Ltd., and those reported returns already accounted for the deduction of the investment

fund's management and performance fees. Thus, while the Estenne Study revealed that BLMIS purported to generate implausibly consistent, positive returns over a ten-year period, it actually understated BLMIS's purported performance during the sample period.

119. As an expert in due diligence and fraud detection, Estenne understood that it was virtually impossible for Madoff, or any investment adviser, to generate positive returns with this level of consistency over the sample period of 118 months.

### 4. The Estenne Study Showed Estenne that the SSC Strategy's Purported Performance Did Not Comport with Its Risk/Return Profile

120. The Estenne Study also contained a "Risk/Return Profiles" graph (pictured below) that analyzed the correlation between investment performance and investment risk for the SSC Strategy and seven different indices during the sample period.



121. The "Risk/Return Profiles" graph, with risk depicted on the x-axis and returns depicted on the y-axis, shows that the SSC Strategy (illustrated by the red circle) had a lower risk

profile than all the selected indices during the sample period.  At the same time, it had a larger return profile than any of the selected indices.

122.    As an expert in due diligence and fraud detection, Estenne understood this result was highly improbable because risk and investment returns are typically directly proportional. Thus, because the SSC Strategy had a lower risk profile than any of the selected indices in the Risk/Return Profiles graph, Estenne expected the SSC Strategy to also have comparatively lower returns than the indices contained in the graph.  The fact that BLMIS purported to earn higher returns with less risk further showed Estenne that BLMIS's purported returns were not possible under the SSC Strategy.

### 5.    The Estenne Study Showed Estenne that the SSC Strategy Did Not Comport with Madoff's Purported Performance and Abilities

123.    As set forth in the SSC Exhibit, the SSC Strategy purported to use a collar to limit downside risk at the expense of capping potential gains.  Essentially, the collar acted as an insurance policy to limit losses in the event that the basket of S&P 100 Index securities BLMIS purportedly purchased suffered negative returns.

124.    But the Estenne Study showed Estenne that BLMIS suffered losses in only four (4) of the 118 months examined.  The SSC Strategy's collar, therefore, could only have limited losses in four (4) months, while potentially capping gains in the other 114 months.

125.    As an expert in due diligence and fraud detection, Estenne understood that it was nonsensical for Madoff to offer an investment strategy that featured (according to the SSC Exhibit) an "attractive level of downside protection" at the cost of "limit[ing]" investment gains, since Madoff purported to obtain positive returns approximately 97% of the time over a ten-year period.

**B.  Estenne Deliberately Avoided Confirming His Suspicions that BLMIS Was Not Trading Securities**

126.    Following his review of the Estenne Study, Estenne recognized additional evidence that caused him to suspect there was a high probability BLMIS was not trading securities on behalf of Square One.

127.    Rather than confirm his suspicions that BLMIS was a fraud, Estenne looked the other way.  He had much to lose by confronting his suspicions that Madoff was a fraud.  As a new and unproven investment manager, aspiring to make a name for himself in the competitive Geneva investment management industry, Estenne knew Square One's investment with BLMIS allowed him to provide European investors rare access to Bernard Madoff.  Square One's investment in BLMIS also provided Estenne (through SAM) with a consistent and significant revenue stream by way of management fees.  Further, Estenne desired to build Square One's BLMIS investment into a multi-billion-dollar operation like BLMIS feeder funds Fairfield Sentry Ltd and Kingate Euro Fund Ltd.  To compete with these larger, more established BLMIS feeder funds, Estenne did not charge performance fees and used this fact to market Square One to European investors seeking to invest with BLMIS.

128.    By ignoring his suspicions that BLMIS was a fraud, Estenne managed Square One inconsistently with, or totally contrary to, his investment principles and teachings.

**1.  Estenne Abandoned His Principle that Investment Transparency Is "Critical"**

129.    On December 13, 1999, DiPascali informed Estenne that Madoff demanded that Square One remove all references to BLMIS from Square One's offering memorandum.

130.    The offering memorandum defined Square One's "investment objective" as "provid[ing] investors with access to the trading strategy of Madoff Securities [BLMIS]."  The offering memorandum further explained to investors BLMIS's importance as Square One's

10-04368-smb   Doc 167   Filed 12/21/21   Entered 12/21/21 16:24   Main Document
Pg 30 of 53

"Investment Advisor." In that role, BLMIS would "manage all of the Fund's assets and [would] have complete and absolute authority to make trading decisions for the Fund."

131.   Estenne responded to DiPascali that even though he had previously "never been told" to do such a thing, he was "ready to correct what [BLMIS] want[ed]" and that he "regret[ted] any inconvenience [that Square One's disclosures about BLMIS] might have create[d]."

132.   Estenne knew that Madoff's requirement to hide BLMIS's identity and role in Square One was indicative of fraud but, on information and belief, acceded to Madoff's demands of secrecy.

133.   By acquiescing to Madoff's demand for secrecy, Estenne abandoned his investment principle that it is "critical" to select investment advisers who are transparent with their customers as well as his investment principle that "[i]f a fund manager will not tell you what he is doing, you have to question what you are doing investing with him."

134.   Estenne also acquiesced to BLMIS's purported practice of entering into thousands of trades on behalf of Square One in the over-the-counter options market without ever identifying to Square One the counterparties to those trades. BLMIS's refusal to identify these purported counterparties made it impossible for Square One to assess their creditworthiness. And Square One's Trading Authorization Agreement with BLMIS makes clear that if the purported counterparty were to default, Square One bore the risk (not BLMIS).

135.   By acquiescing to BLMIS's refusal to disclose to Square One the counterparties to the options trades BLMIS purportedly made on behalf of Square One, Estenne abandoned his investment principle that transparency on counterparties to investment deals is critical to avoiding myriad investment risks, such as fraud.

## 2. Estenne Abandoned His Principle that Ongoing Investment Due Diligence Is "Paramount"

136.    On June 1, 1999, Estenne (through SAM) entered into the Investment Management Delegation Agreement with BLMIS.  Per this Agreement, Estenne (through SAM) delegated all "duties, obligations, functions, powers and discretions" over the Square One BLMIS IA Account to BLMIS but pledged to "control" and "review" BLMIS in this regard.

137.    Square One's offering memorandum also provides that Estenne (through SAM) was "responsible for overseeing the activities" of BLMIS.

138.    On information and belief, neither Estenne nor SAM conducted meaningful due diligence on BLMIS or the Square One BLMIS IA Account any time after the Estenne Study.

139.    Estenne, on information and belief, never hired anyone to work for SAM in the Relevant Period.  Philippe Hostettler, a Swiss investment professional, is the only individual other than Estenne who appears to have acted for SAM.  In 1999, Estenne signed the Investment Management Delegation Agreement on behalf of SAM.  Hostettler later told the Trustee, however, that he only signed the Investment Management Delegation Agreement as a favor to Estenne and that he never worked for SAM in any capacity.

140.    BLMIS's records do not show that Estenne or SAM communicated with BLMIS (through telephone, facsimile, electronic mail, regular mail, etc.) concerning due diligence on the Square One BLMIS IA Account.

141.    BLMIS's records do not show that Estenne or SAM conducted any diligence visits to BLMIS, even though Estenne (on behalf of Partners Advisers) regularly visited New York to conduct diligence on other managers and used an apartment in Manhattan to accommodate these visits.

142.    BLMIS's records do not show that Estenne or SAM met with Madoff.

143.    Estenne also ensured that others could not conduct meaningful due diligence on the Square One BLMIS IA Account.  When Partners Advisers launched the ART Fund in 2000, Estenne directed Partners Advisers to add Square One to the ART Fund's investment portfolio.  But he exempted Square One from the typical pre-investment and ongoing diligence procedures at Partners Advisers.  For this reason, the Diligence Officer, whose tasks included vetting every investment in the ART Fund's portfolio, never vetted Square One and did not know that Square One invested in BLMIS until after the Filing Date.

144.    Estenne's disregard of ongoing investment due diligence on BLMIS and the Square One BLMIS IA Account runs contrary to his investment principles and practices, such as that: (i) "face-to-face meetings and on-the-ground work are of essence" when selecting an investment adviser and when conducting ongoing diligence; (ii) ongoing investment diligence is "paramount" and that at "each step of the process" an investor must "identify, analyze, monitor and aggregate financial and operational risks at a fund and portfolio-level[;]" and (iii) it is crucial to "monitor[] performance and portfolio information" by, among other things, reconciling customer statements and trade confirmations with public investment records and reverse-engineering the underlying investment strategies.

### 3.    Estenne Abandoned His Principle that the "Proper" Investment Fundamentals Require an Independent Custodian

145.    Estenne hired Bank of Bermuda as Square One's custodian in 1999.

146.    Also in 1999, Estenne directed Square One to make BLMIS the sub-custodian of the Square One BLMIS IA Account.  Under the sub-custody agreement, BLMIS had exclusive custody of Square One's assets.

147.    Estenne knew that giving BLMIS custody of Square One's investment assets increased the risk of fraud and misappropriation because BLMIS already acted as Square One's

32

investment adviser, broker, and *de facto* manager. He wrote in the Book Chapter that giving custody of the investment assets to a financial institution that is independent of the investment adviser is necessary to "ensure control of assets, independent [net asset value] calculation and accuracy of financial statements."

148.    Giving the investment adviser custody of the investment assets also runs contrary to industry practices. At all relevant times, it was common industry practice for an independent third-party custodian to hold the actual funds and/or securities and for an independent third-party broker to execute the transactions. This is why investment advisers typically hire reputable independent prime brokers to act as both the broker and custodian. This way, even though the investment adviser is deciding how best to invest client funds, the securities and cash are securely in the custody of an independent third party.

### C.    Estenne Acquired Actual Knowledge that BLMIS Was Not Trading Securities on Behalf of Square One in or around 2003

149.    In 2003, Estenne learned of more information that, combined with his pre-existing suspicions of fraud at BLMIS, gave him actual knowledge that BLMIS was not trading securities on behalf of Square One.

### 1.    The Diligence Officer Confronts Estenne with Concerns about BLMIS

150.    In 2002, Partners Advisers sought to add investments to the ART Fund's portfolio that could produce "attractive returns" in bear market conditions. For this purpose and around that time, the Diligence Officer attended separate presentations by Fairfield Greenwich Group and FIM Limited, each of which managed several large BLMIS feeder funds.

151.    Fairfield Greenwich Group and FIM Limited each pitched to the Diligence Officer their respective BLMIS feeder funds during their respective presentations. Among other things, they showed the Diligence Officer these feeder funds' consistently positive returns in recent years

and told the Diligence Officer that: (i) these feeder funds each invested all, or substantially all, of their assets with BLMIS; (ii) BLMIS employed a conservative investment strategy designed to track the S&P 100 Index; and (iii) BLMIS served as the broker, investment adviser, and custodian to each of their funds.

152.    The Diligence Officer asked Fairfield Greenwich Group and FIM Limited basic questions about the size and make-up of BLMIS's investment advisory business.  The presenters were unable to answer these questions due to BLMIS's utter lack of transparency with respect to its investment advisory business.

153.    The Diligence Officer also asked Fairfield Greenwich Group and FIM Limited how BLMIS's investment returns were possible when its strategy purportedly tracked the S&P 100 Index, which in recent years had suffered significant investment losses due to the bursting of the "dotcom bubble" and the 9/11 attacks.  Once again, the presenters were unable to answer the Diligence Officer's questions.

154.    The Diligence Officer left each presentation very concerned that neither he nor the presenters could ascertain how BLMIS's purported investment performance was possible.

155.    Following these presentations, the Diligence Officer talked to several investment professionals that he trusted about his BLMIS-related concerns, in hopes of attaining clarity as to how BLMIS's strategy worked and whether BLMIS feeder funds were safe investments.  These professionals told the Diligence Officer they had blacklisted BLMIS feeder funds because the professionals' exhaustive diligence could not explain how BLMIS's purported investment returns were possible and that they were concerned that BLMIS offered its investment advisory business's investors no transparency.

156.    The Diligence Officer came away from these conversations with the belief that no one could explain to him how BLMIS's investment returns were possible.

157.    After he conducted his BLMIS-related diligence, the Diligence Officer reported his concerns, and those of the professionals with whom he spoke, to Estenne.  The Diligence Officer then recommended to Estenne that Partners Advisers "blacklist" all BLMIS feeder funds and Madoff-related investments from its managed portfolio.

### 2.    Estenne Blacklisted BLMIS from the ART Fund

158.    Estenne immediately agreed with the Diligence Officer's recommendation to have Partners Advisers blacklist BLMIS feeder funds from its managed investments without questions or resistance and without seeking a second opinion.

159.    From that point through the Filing Date, at Estenne's instruction, it was Partners Advisers' official policy to not: (i) consider BLMIS feeder funds during internal meetings; (ii) attend presentations concerning BLMIS feeder funds; or (iii) accept or return calls from BLMIS feeder fund managers.

### 3.    Estenne Shielded His Money from Madoff

160.    After agreeing to have Partners Advisers blacklist BLMIS feeder funds from its managed investments, Estenne shielded his own money from BLMIS.

161.    From the ART Fund's inception in November 2000, Estenne personally invested in the ART Fund as part of Partners Advisers' "alignment of interests" program, in which Estenne and the rest of the Partners Advisers' management team invested their personal funds in the same investment portfolio as their ART Fund investors.  In the Relevant Period, Estenne publicly touted that this alignment of interests program meant that he "put [his] money where [his] mouth is."

162.     In its 2001 Abbreviated Audited Annual Report, the ART Fund disclosed that it held shares in Square One as of December 31, 2001.  The ART Fund made the same disclosure in another Abbreviated Audited Annual Report as of December 31, 2002.

163.     But in 2003, after Estenne's decision to have Partners Advisers blacklist BLMIS feeder funds from its managed investments, Estenne directed the ART Fund to redeem its investments in Square One.  This redemption is captured in the ART Fund's 2003 Abbreviated Annual Report, reported as of December 31, 2003, which indicates that the ART Fund no longer held shares in Square One.  The ART Fund's annual reports for the remainder of the Relevant Period similarly indicate that the ART Fund no longer held shares in Square One.

164.     On information and belief, Estenne eliminated his personal exposure to BLMIS when the ART Fund dropped Square One from its investment portfolio.  His attorneys represented to the Trustee in 2010 that Estenne did not have any personal exposure to Square One or BLMIS as of the Filing Date.

165.     Estenne's decision to drop Square One from the ART Fund's portfolio came at a time when Square One was significantly outperforming the S&P 100 Index, as indicated in the below chart:



166.     Estenne's decision to drop Square One from the ART Fund's portfolio also came
at a time when Square One was one of the portfolio's few bright spots.  The ART Fund's audited
annual reports described the fund's performance during the bear market between 2000 and 2002
as "disappointing," having posted investment returns of 7.0% in 2001, and 1.5% in 2002.  By
contrast, Square One posted returns of 13.8% in 2001, and 12.0% in 2002.  The chart below
contrasts these varying performances by comparing a $100 investment in Square One with a $100
investment in the ART Fund between December 2000 and December 2002:



167.     After Estenne liquidated his exposure to Square One and BLMIS, he continued to
invest Square One's assets (consisting of other people's money) exclusively with BLMIS, taking
management fees off the top of those investments and raising his profile in the investment
management industry.

**D.     Estenne Covered for Madoff**

168.     Estenne covered for Madoff by preventing others from conducting meaningful
diligence into the Square One BLMIS IA Account.

1. **Estenne Actively Hid Square One's Business Operations from His Diligence Officer**

169.    Between 2004 and the Filing Date, Estenne routinely had Partners Advisers personnel assist him with Square One's business activities.  Partners Advisers employee Timothée Henry handled back-office functions with respect to Square One and periodically corresponded with BLMIS in this capacity.  And Partners Advisers employee Sandra Demuth performed certain administrative functions with respect to Square One and periodically corresponded with BLMIS in this capacity.

170.    Estenne never asked the Diligence Officer to lend his extensive investment due diligence expertise to Square One's business activities during this period.

171.    The Diligence Officer believes Estenne kept him away from Square One's business activities because of the serious diligence-related concerns about BLMIS that the Diligence Officer had previously reported to Estenne.

2. **Estenne Allowed Madoff to Have Unchecked Custody of Square One's Investment Funds**

172.    In June 2006, Bank of Bermuda resigned as Square One's custodian.

173.    From that point through the Filing Date, Estenne never hired a replacement custodian for Square One.  As a result, no independent financial institution was responsible for: (i) overseeing BLMIS's custody of Square One's investment funds; (ii) verifying the existence or the value of the assets that BLMIS purported to trade on Square One's behalf; or (iii) verifying that BLMIS properly segregated Square One's assets from the other assets held at BLMIS or BLMIS's proprietary assets.

174.    As an expert in due diligence and fraud detection, Estenne understood this unchecked self-custody structure eliminated a critical control in both the brokerage and investment

management industries by excluding an independent custodian whose functions would include securing and confirming the actual existence of securities purchased.

175.    Estenne wrote in the Book Chapter that independent custody of an investment fund's assets was essential to "ensure control of assets, independent [net asset value] calculation and accuracy of financial statements" and warned that allowing investment advisers to "move assets and open accounts where and when they want" leaves investment funds vulnerable to risks such as fraud.

176.    Square One is the only known BLMIS feeder fund that invested with BLMIS without using an independent third-party custodian to at least provide the façade of oversight into BLMIS's custody of the investment assets.

**E.    Estenne Resisted the Trustee's Efforts to Learn about Estenne's BLMIS-Related Diligence**

177.    In March 2009, Square One filed a customer claim with this Court to recover approximately $25 million in purported investment losses.

178.    Between 2009 and 2010, the Trustee requested documents and information tied to the Square One BLMIS IA Account so that the Trustee could determine Square One's customer claim.  Neither Square One nor Estenne responded to these requests.

179.    In July 2010, the Trustee asked Square One and Estenne to submit records concerning BLMIS-related due diligence.  Neither Square One nor Estenne responded to these requests.

180.    In August 2010, Square One voluntarily withdrew its customer claim.

## IX.    THE TRANSFERS

181.    Prior to the Filing Date, BLMIS transferred $25,852,737 to Square One, as set forth in Exhibit B.

182.    Square One received all of the Transfers under circumstances in which it had actual knowledge of, or was willfully blind to, BLMIS's fraud.

183.    The Transfers were and continue to be Customer Property.

184.    The Transfers are avoidable and recoverable under Bankruptcy Code §§ 544, 548, 550(a), and 551, applicable provisions of SIPA, particularly § 78fff-2(c)(3), and applicable provisions of C.P.L.R. 203(g) and 213(8) (McKinney 2001) and DCL §§ 273 – 279 (McKinney 2001).

185.    During the six years prior to the Filing Date, of the total Transfers, BLMIS made transfers to Square One that amount to $24,271,620 (the "Six-Year Transfers"), as set forth in Exhibit B.

186.    The Six-Year Transfers are avoidable and recoverable under Bankruptcy Code §§ 544, 550(a), and 551, applicable provisions of SIPA, particularly 78fff-2(c)(3), and applicable provisions of DCL §§ 273–279.

187.    During the two years prior to the Filing Date, of the total Transfers, BLMIS made transfers to Square One in the amount of $6,410,000 (the "Two-Year Transfers"), as set forth in Exhibit B.

188.    The Two-Year Transfers are avoidable and recoverable under Bankruptcy Code §§ 548, 550(a), and 551, applicable provisions of SIPA, particularly § 78fff-2(c)(3) and applicable provisions of DCL §§ 273–279.

189.    To the extent that any of the recovery counts may be inconsistent with each other, they are to be treated as being pleaded in the alternative.

190.    The Trustee's investigation is ongoing and the Trustee reserves the right to: (i) supplement the information regarding the Transfers and any additional transfers; and (ii) seek recovery of such additional transfers.

## X.    THE COUNTS

### COUNT ONE:  FRAUDULENT TRANSFERS – BANKRUPTCY CODE §§ 105(a), 548(a)(1)(A), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

191.    The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint as if fully rewritten herein.

192.    Each of the Two-Year Transfers was made on or within two years before the Filing Date.

193.    Each of the Two-Year Transfers constitutes a transfer of an interest of BLMIS in property within the meaning of Bankruptcy Code §§ 101(54) and 548(a), and SIPA § 78fff-2(c)(3).

194.    BLMIS made each of the Two-Year Transfers with the actual intent to hinder, delay, or defraud some or all of BLMIS's then-existing or future creditors.  BLMIS made the Two-Year Transfers to or for the benefit of Square One, in furtherance of a fraudulent investment scheme.

195.    Each of the Two-Year Transfers constitutes a fraudulent transfer that the Trustee may avoid under Bankruptcy Code §§ 548(a)(1)(A), and recover from Square One, under Bankruptcy Code § 550(a) and SIPA § 78fff-(2)(c)(3).

196.    As a result of the foregoing, under Bankruptcy Code §§ 105(a), 548(a)(1)(A), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Two-Year Transfers; (b) directing that the Two-Year Transfers be set aside; (c) recovering the Two-Year Transfers, or the value thereof, from Square One for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee

all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Two-Year Transfers; (e) imposing a constructive trust the Two-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

## COUNT TWO: FRAUDULENT TRANSFERS – BANKRUPTCY CODE §§ 105(a), 548(a)(1)(B), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

197.    The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint as if fully rewritten herein.

198.    Each of the Two-Year Transfers was made on or within two years before the Filing Date.

199.    Each of the Two-Year Transfers constituted a transfer of an interest of BLMIS in property within the meaning of Bankruptcy Code §§ 101(54) and 548(a), and SIPA § 78fff-2(c)(3).

200.    BLMIS received less than a reasonably equivalent value in exchange for each of the Two-Year Transfers.

201.    At the time of each of the Two-Year Transfers, BLMIS was insolvent, or became insolvent as a result of the Two-Year Transfers.

202.    At the time of each of the Two-Year Transfers, BLMIS was engaged in a business or a transaction, or was about to engage in a business or transaction, for which any property remaining with BLMIS was an unreasonably small capital.

203.    At the time of each of the Two-Year Transfers, BLMIS intended to incur, or believed that it would incur, debts that would be beyond BLMIS's ability to pay as such debts matured.

204.    Each of the Two-Year Transfers constitutes a fraudulent transfer that the Trustee may avoid under Bankruptcy Code §§ 105(a) and 548(a)(1)(B) and recover from Square One, under Bankruptcy Code § 550(a) and SIPA § 78fff-(2)(c)(3).

205.    As a result of the foregoing, under Bankruptcy Code §§ 105(a), 548(a)(1)(B), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Two-Year Transfers; (b) directing that the Two-Year Transfers be set aside; (c) recovering the Two-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Two-Year Transfers; (e) imposing a constructive trust over the Two-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

## COUNT THREE: FRAUDULENT TRANSFERS – DCL §§ 276, 276-a, 278 AND/OR 279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

206.    The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint as if fully rewritten herein.

207.    At all times relevant to the Six-Year Transfers, there have been one or more creditors holding matured or unmatured unsecured claims against BLMIS that are allowable under Bankruptcy Code § 502 or that are not allowable only under Bankruptcy Code § 502(e).

208.    Each of the Six-Year Transfers constituted a conveyance by BLMIS as defined under DCL § 270.

209.    Each of the Six-Year Transfers was made by BLMIS with the actual intent to hinder, delay, or defraud some or all of BLMIS's then-existing or future creditors.  BLMIS made

the Six-Year Transfers to or for the benefit of Square One, in furtherance of a fraudulent investment scheme.

210. Each of the Six-Year Transfers was received by Square One, with actual intent to hinder, delay, or defraud creditors of BLMIS at the time of each of the Six-Year Transfers, and/or future creditors of BLMIS.

211. As a result of the foregoing, under DCL §§ 276, 276-a, 278 and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

### COUNT FOUR: FRAUDULENT TRANSFERS – DCL §§ 273 AND 278 AND/OR 279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

212. The Trustee incorporates by reference the allegations contained in the previous paragraphs of the Complaint as if fully rewritten herein.

213. At all times relevant to the Six-Year Transfers, there have been one or more creditors holding matured or unmatured unsecured claims against BLMIS that are allowable under Bankruptcy Code § 502 or that are not allowable only under Bankruptcy Code § 502(e).

214.    Each of the Six-Year Transfers constituted a conveyance by BLMIS as defined under DCL § 270.

215.    BLMIS did not receive fair consideration for the Six-Year Transfers.

216.    BLMIS was insolvent at the time it made each of the Six-Year Transfers or, in the alternative, BLMIS became insolvent as a result of each of the Six-Year Transfers.

217.    As a result of the foregoing, under DCL §§ 273, 278 and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

### COUNT FIVE: FRAUDULENT TRANSFERS – DCL §§ 274, 278, AND/OR 279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

218.    The Trustee incorporates by reference the allegations contained in the previous paragraphs of the Complaint as if fully rewritten herein.

219.    At all times relevant to the Six-Year Transfers, there have been one or more creditors holding matured or unmatured unsecured claims against BLMIS that are allowable under Bankruptcy Code § 502 or that are not allowable only under Bankruptcy Code § 502(e).

220.    Each of the Six-Year Transfers constituted a conveyance by BLMIS as defined under DCL § 270.

221. BLMIS did not receive fair consideration for the Six-Year Transfers.

222. At the time BLMIS made each of the Six-Year Transfers, BLMIS was engaged or was about to engage in a business or transaction for which the property remaining in its hands after each of the Six-Year Transfers was an unreasonably small capital.

223. As a result of the foregoing, under DCL §§ 274, 278 and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

## COUNT SIX: FRAUDULENT TRANSFERS – DCL §§ 275, 278 AND/OR 279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

224. The Trustee incorporates by reference the allegations contained in the previous paragraphs of the Complaint as if fully rewritten herein.

225. At all times relevant to the Six-Year Transfers, there have been one or more creditors holding matured or unmatured unsecured claims against BLMIS that are allowable under Bankruptcy Code § 502 or that are not allowable only under Bankruptcy Code § 502(e).

226. Each of the Six-Year Transfers constituted a conveyance by BLMIS as defined under DCL § 270.

227. BLMIS did not receive fair consideration for the Six-Year Transfers.

08-01789-cgm    Doc 20372-1    Filed 03/19/21    Entered 03/19/21 18:21:33    Exhibit A
Pg 73 of 375

228.    At the time BLMIS made each of the Six-Year Transfers, BLMIS had incurred, was intending to incur, or believed that it would incur debts beyond its ability to pay them as the debts matured.

229.    As a result of the foregoing, under DCL §§ 275, 278 and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

### COUNT SEVEN: UNDISCOVERED FRAUDULENT TRANSFERS – C.P.L.R. 203(g), 213(8), DCL §§ 276, 276-a, 278 AND/OR 279, BANKRUPTCY CODE §§ 105(a), 544(b), 550(a), AND 551, AND SIPA § 78fff-(2)(c)(3)

230.    The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint as if fully rewritten herein.

231.    At all relevant times, the fraudulent scheme perpetrated by BLMIS was not reasonably discoverable by at least one unsecured customer of BLMIS, who holds matured or unmatured unsecured claims against BLMIS that are allowable under Bankruptcy Code § 502 (except to the extent disallowed under Bankruptcy Code § 502(e)).

232.    At all times relevant to the Transfers, there have been one or more creditors holding matured or unmatured unsecured claims against BLMIS that are allowable under Bankruptcy Code § 502 or that are not allowable only under Bankruptcy Code § 502(e).

233.     Each of the Transfers constituted a conveyance by BLMIS as defined under DCL § 270.

234.     Each of the Transfers was made by BLMIS with the actual intent to hinder, delay, or defraud some or all of BLMIS's then-existing or future creditors.  BLMIS made the Transfers to or for the benefit of Square One, in furtherance of a fraudulent investment scheme.

235.     Each of the Transfers was received by Square One, with actual intent to hinder, delay, or defraud creditors of BLMIS existing at the time of each of the Transfers, and/or future creditors of BLMIS.

236.     As a result of the foregoing, under C.P.L.R. 203(g) and 213(8), DCL §§ 276, 276-a, 278 and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), the Trustee is entitled to a judgment: (a) avoiding and preserving the Transfers; (b) directing that the Transfers be set aside; (c) recovering the Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Transfers; (e) imposing a constructive trust over the Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

## XI.   PRAYERS FOR RELIEF

**WHEREFORE**, the Trustee respectfully requests that this Court enter judgment in favor of the Trustee and against Square One as follows:

(a)     On the First Count, under Bankruptcy Code §§ 105(a), 548(a)(1)(A), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment:  (a) avoiding and preserving the Two-Year Transfers; (b) directing that the Two-Year Transfers be set aside; (c) recovering the Two-Year Transfers, or

the value thereof, from Square One for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Two-Year Transfers; (e) imposing a constructive trust the Two-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

(b)      On the Second Count, under Bankruptcy Code §§ 105(a), 548(a)(1)(B), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment:  (a) avoiding and preserving the Two-Year Transfers; (b) directing that the Two-Year Transfers be set aside; (c) recovering the Two-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Two-Year Transfers; (e) imposing a constructive trust over the Two-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

(c)      On the Third Count, under DCL §§ 276, 276-a, 278, and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment:  (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other

49

compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

(d)    On the Fourth Count, under DCL §§ 273, 278, and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment:  (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

(e)    On Fifth Count, under DCL §§ 274, 278, and/or 279, Bankruptcy Code §§ 105(a) 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment:  (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring,

in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

(f)     On the Sixth Count, under DCL §§ 275, 278, and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment:  (a) avoiding and preserving the Six-Year Transfers; (b) directing that the Six-Year Transfers be set aside; (c) recovering the Six-Year Transfers, or the value thereof, from Square One, for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One, related to, arising from, or concerning the Six-Year Transfers; (e) imposing a constructive trust over the Six-Year Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, prejudgment interest, and any other relief the Court deems just and appropriate.

(g)     On the Seventh Count, pursuant to C.P.L.R. 203(g) and 213(8), DCL §§ 276, 276-a, 278, and/or 279, Bankruptcy Code §§ 105(a), 544(b), 550(a), and 551, and SIPA § 78fff-2(c)(3), judgment: (a) avoiding and preserving the Transfers; (b) directing that the Transfers be set aside; (c) recovering the Transfers, or the value thereof, from Square One for the benefit of the BLMIS estate; (d) directing Square One, to the extent allowable by law, to disgorge to the Trustee all profits, including any and all management fees, incentive fees, commissions, or other compensation and/or remuneration received by Square One related to or arising from, or concerning the Transfers; (e) imposing a constructive trust over the Transfers, or their proceeds, product or offspring, in favor of the Trustee; and (f) awarding attorneys' fees, costs, and prejudgment interest from Square One; and (g) awarding any other relief the Court deems just and appropriate.

08-01789-cgm   Doc 20372-1   Filed 03/19/21   Entered 03/19/21 18:21:33   Exhibit A
Pg 5 of 15

| | | |
|---|---|---|
| Date: | December 21, 2018 | By: */s/ Marco Molina* |
| | New York, New York | **Baker & Hostetler LLP** |
| | | 45 Rockefeller Plaza |
| | | New York, New York 10111 |
| | | Telephone: (212) 589-4200 |
| | | Facsimile: (212) 589-4201 |
| | | David J. Sheehan |
| | | Email:  dsheehan@bakerlaw.com |
| | | Marco Molina |
| | | Email:  mmolina@bakerlaw.com |
| | | Matthew D. Feil |
| | | Email:  mfeil@bakerlaw.com |
| | | Andrew M. Serrao |
| | | Email:  aserrao@bakerlaw.com |
| | | Victoria L. Stork |
| | | Email:  vstork@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

# Exhibit A

**Exhibit A**

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| SQUARE ONE FUND LTD | 1FR048 |

MADC1133_00000029

Exhibit B

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Plus Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/1999 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 2,000,000 | - | - | - | - |
| 3/4/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | (6) | - | - | 1,999,994 | - | - | - | (6) |
| 3/31/1999 | W/H TAX DIV PEP | (31) | - | (31) | - | - | 1,999,963 | - | - | - | (31) |
| 3/31/1999 | W/H TAX DIV MCD | (11) | - | (11) | - | - | 1,999,953 | - | - | - | (11) |
| 4/1/1999 | W/H TAX DIV ONE | (79) | - | (79) | - | - | 1,999,874 | - | - | - | (79) |
| 4/1/1999 | W/H TAX DIV KO | (63) | - | (63) | - | - | 1,999,810 | - | - | - | (63) |
| 4/14/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | (4) | - | - | 1,999,806 | - | - | - | (4) |
| 4/30/1999 | W/H TAX DIV WMT | (37) | - | (37) | - | - | 1,999,769 | - | - | - | (37) |
| 4/26/1999 | W/H TAX DIV GE | (184) | - | (184) | - | - | 1,999,586 | - | - | - | (184) |
| 5/5/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | (0) | - | - | 1,999,586 | - | - | - | (0) |
| 6/1/1999 | W/H TAX DIV WFC | (47) | - | (47) | - | - | 1,999,539 | - | - | - | (47) |
| 6/1/1999 | W/H TAX DIV INTC | (15) | - | (15) | - | - | 1,999,524 | - | - | - | (15) |
| 6/4/1999 | W/H TAX DIV BA | (20) | - | (20) | - | - | 1,999,504 | - | - | - | (20) |
| 6/8/1999 | W/H TAX DIV INJ | (53) | - | (53) | - | - | 1,999,451 | - | - | - | (53) |
| 6/10/1999 | W/H TAX DIV GM | (50) | - | (50) | - | - | 1,999,401 | - | - | - | (50) |
| 6/10/1999 | W/H TAX DIV IBM | (32) | - | (32) | - | - | 1,999,369 | - | - | - | (32) |
| 6/10/1999 | W/H TAX DIV MOB | (67) | - | (67) | - | - | 1,999,302 | - | - | - | (67) |
| 6/10/1999 | W/H TAX DIV XON | (144) | - | (144) | - | - | 1,999,158 | - | - | - | (144) |
| 6/14/1999 | W/H TAX DIV DD | (57) | - | (57) | - | - | 1,999,102 | - | - | - | (57) |
| 6/30/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (30) | - | (30) | - | - | 1,999,071 | - | - | - | (30) |
| 7/6/1999 | CHECK WIRE | 3,999,970 | 3,999,970 | - | - | - | 5,999,041 | - | - | - | - |
| 7/8/1999 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 4,999,041 | - | - | - | (1,000,000) |
| 7/12/1999 | W/H TAX DIV WMT | (34) | - | (34) | - | - | 4,999,008 | - | - | - | (34) |
| 7/1/1999 | W/H TAX DIV WMT | (25) | - | (25) | - | - | 4,998,983 | - | - | - | (25) |
| 7/21/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (19) | - | (19) | - | - | 4,998,964 | - | - | - | (19) |
| 7/26/1999 | W/H TAX DIV GE | (178) | - | (178) | - | - | 4,998,786 | - | - | - | (178) |
| 8/2/1999 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 6,998,786 | - | - | - | - |
| 8/2/1999 | W/H TAX DIV RMY | (64) | - | (64) | - | - | 6,998,722 | - | - | - | (64) |
| 8/2/1999 | W/H TAX DIV AIT | (52) | - | (52) | - | - | 6,998,670 | - | - | - | (52) |
| 8/2/1999 | W/H TAX DIV T | (106) | - | (106) | - | - | 6,998,564 | - | - | - | (106) |
| 8/2/1999 | W/H TAX DIV BEL | (92) | - | (92) | - | - | 6,998,472 | - | - | - | (92) |
| 8/3/1999 | CHECK WIRE | 984,000 | 984,000 | - | - | - | 7,982,472 | - | - | - | - |
| 8/10/1999 | W/H TAX DIV AXP | (15) | - | (15) | - | - | 7,982,457 | - | - | - | (15) |
| 8/24/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | (33) | - | - | 7,982,423 | - | - | - | (33) |
| 9/15/1999 | W/H TAX DIV MCD | (37) | - | (37) | - | - | 7,982,387 | - | - | - | (37) |
| 9/27/1999 | W/H TAX DIV KO | (43) | - | (43) | - | - | 7,982,344 | - | - | - | (43) |
| 9/24/1999 | W/H TAX DIV BAC | (434) | - | (434) | - | - | 7,981,910 | - | - | - | (434) |
| 9/30/1999 | W/H TAX DIV PEP | (111) | - | (111) | - | - | 7,981,799 | - | - | - | (111) |
| 9/30/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | (16) | - | - | 7,981,783 | - | - | - | (16) |
| 10/1/1999 | W/H TAX DIV ONE | (285) | - | (285) | - | - | 7,981,498 | - | - | - | (285) |
| 10/1/1999 | W/H TAX DIV MRK | (393) | - | (393) | - | - | 7,981,105 | - | - | - | (393) |
| 10/1/1999 | W/H TAX DIV KO | (223) | - | (223) | - | - | 7,980,882 | - | - | - | (223) |
| 10/12/1999 | W/H TAX DIV WMT | (125) | - | (125) | - | - | 7,980,757 | - | - | - | (125) |
| 10/13/1999 | W/H TAX DIV WMT | (91) | - | (91) | - | - | 7,980,666 | - | - | - | (91) |
| 10/25/1999 | W/H TAX DIV GE | (637) | - | (637) | - | - | 7,980,025 | - | - | - | (637) |
| 11/1/1999 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 9,980,025 | - | - | - | - |
| 11/1/1999 | W/H TAX DIV RMY | (238) | - | (238) | - | - | 9,979,787 | - | - | - | (238) |
| 11/1/1999 | W/H TAX DIV AIT | (193) | - | (193) | - | - | 9,979,594 | - | - | - | (193) |
| 11/1/1999 | W/H TAX DIV BEL | (330) | - | (330) | - | - | 9,979,264 | - | - | - | (330) |
| 11/1/1999 | W/H TAX DIV T | (385) | - | (385) | - | - | 9,978,879 | - | - | - | (385) |
| 11/2/1999 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 10,478,879 | - | - | - | - |
| 11/10/1999 | W/H TAX DIV AXP | (56) | - | (56) | - | - | 10,478,823 | - | - | - | (56) |
| 11/17/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (30) | - | (30) | - | - | 10,478,793 | - | - | - | (30) |
| 12/1/1999 | CHECK WIRE | 830,000 | 830,000 | - | - | - | 11,308,793 | - | - | - | - |
| 12/3/1999 | W/H TAX DIV BA | (25) | - | (25) | - | - | 11,308,768 | - | - | - | (25) |
| 12/7/1999 | W/H TAX DIV INJ | (71) | - | (71) | - | - | 11,308,698 | - | - | - | (71) |
| 12/10/1999 | W/H TAX DIV MOB | (86) | - | (86) | - | - | 11,308,611 | - | - | - | (86) |
| 12/10/1999 | W/H TAX DIV IBM | (42) | - | (42) | - | - | 11,308,569 | - | - | - | (42) |
| 12/10/1999 | W/H TAX DIV XON | (205) | - | (205) | - | - | 11,308,364 | - | - | - | (205) |
| 12/10/1999 | W/H TAX DIV GM | (63) | - | (63) | - | - | 11,308,301 | - | - | - | (63) |
| 12/13/1999 | W/H TAX DIV MMM | (155) | - | (155) | - | - | 11,308,146 | - | - | - | (155) |
| 12/14/1999 | W/H TAX DIV DD | (66) | - | (66) | - | - | 11,308,080 | - | - | - | (66) |
| 12/17/1999 | W/H TAX DIV DIS | (79) | - | (79) | - | - | 11,308,000 | - | - | - | (79) |

MADC1133_00000030

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Plus Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | | (11) | | | 11,307,990 | | | | (11) |
| 1/11/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | | (3) | | | 11,307,986 | | | | (3) |
| 2/1/2000 | WH TAX DIV HEL | (165) | | (165) | | | 11,307,821 | | | | (165) |
| 2/14/2000 | WH TAX DIV TXN | (24) | | (24) | | | 11,307,797 | | | | (24) |
| 2/15/2000 | WH TAX DIV PG | (305) | | (305) | | | 11,307,492 | | | | (305) |
| 2/24/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (50) | | (50) | | | 11,307,442 | | | | (50) |
| 2/25/2000 | WH TAX DIV C | (387) | | (387) | | | 11,307,055 | | | | (387) |
| 3/1/2000 | WH TAX DIV F | (438) | | (438) | | | 11,306,616 | | | | (438) |
| 3/1/2000 | WH TAX DIV INTC | (72) | | (72) | | | 11,306,544 | | | | (72) |
| 3/1/2000 | WH TAX DIV WFC | (256) | | (256) | | | 11,306,288 | | | | (256) |
| 3/1/2000 | WH TAX DIV LU | (43) | | (43) | | | 11,306,245 | | | | (43) |
| 3/3/2000 | WH TAX DIV BA | (93) | | (93) | | | 11,306,152 | | | | (93) |
| 3/7/2000 | WH TAX DIV JNJ | (280) | | (280) | | | 11,305,871 | | | | (280) |
| 3/10/2000 | WH TAX DIV XOM | (1,090) | | (1,090) | | | 11,304,781 | | | | (1,090) |
| 3/10/2000 | WH TAX DIV IBM | (151) | | (151) | | | 11,304,630 | | | | (151) |
| 3/10/2000 | WH TAX DIV GM | (229) | | (229) | | | 11,304,401 | | | | (229) |
| 3/10/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (12) | | (12) | | | 11,304,389 | | | | (12) |
| 3/14/2000 | WH TAX DIV DD | (263) | | (263) | | | 11,304,125 | | | | (263) |
| 3/23/2000 | WH TAX DIV HD | (15) | | (15) | | | 11,304,110 | | | | (15) |
| 3/31/2000 | WH TAX DIV PEP | (68) | | (68) | | | 11,304,042 | | | | (68) |
| 4/3/2000 | CHECK WIRE | 100,000 | 100,000 | | | | 11,404,042 | | | | |
| 4/3/2000 | WH TAX DIV KO | (304) | | (304) | | | 11,403,738 | | | | (304) |
| 4/10/2000 | WH TAX DIV WMT | (197) | | (197) | | | 11,403,541 | | | | (197) |
| 4/25/2000 | WH TAX DIV GE | (230) | | (230) | | | 11,403,311 | | | | (230) |
| 4/28/2000 | WH TAX DIV MWD | (22) | | (22) | | | 11,403,289 | | | | (22) |
| 4/28/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (50) | | (50) | | | 11,403,239 | | | | (50) |
| 5/3/2000 | CHECK WIRE | 1,950,000 | 1,950,000 | | | | 13,353,239 | | | | |
| 5/3/2000 | WH TAX DIV KO | (25) | | (25) | | | 13,353,214 | | | | (25) |
| 6/1/2000 | WH TAX DIV INTC | (33) | | (33) | | | 13,353,181 | | | | (33) |
| 6/1/2000 | WH TAX DIV WFC | (120) | | (120) | | | 13,353,061 | | | | (120) |
| 6/7/2000 | CHECK WIRE | 200,000 | 200,000 | | | | 13,553,061 | | | | |
| 6/12/2000 | WH TAX DIV XOM | (107) | | (107) | | | 13,552,955 | | | | (107) |
| 6/12/2000 | WH TAX DIV IBM | (77) | | (77) | | | 13,552,878 | | | | (77) |
| 6/12/2000 | WH TAX DIV DD | (307) | | (307) | | | 13,552,571 | | | | (307) |
| 6/12/2000 | WH TAX DIV XOM | (1,299) | | (1,299) | | | 13,551,272 | | | | (1,299) |
| 6/14/2000 | WH TAX DIV JNJ | (221) | | (221) | | | 13,551,051 | | | | (221) |
| 6/14/2000 | CHECK WIRE | 2,100,000 | 2,100,000 | | | | 15,651,051 | | | | |
| 6/21/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (36) | | (36) | | | 15,651,015 | | | | (36) |
| 7/5/2000 | CHECK WIRE | 260,195 | 260,195 | | | | 15,911,210 | | | | |
| 7/10/2000 | WH TAX DIV WMT | (39) | | (39) | | | 15,911,171 | | | | (39) |
| 7/18/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | | (3) | | | 15,911,169 | | | | (3) |
| 8/3/2000 | WH TAX DIV ARG | (12) | | (12) | | | 15,911,157 | | | | (12) |
| 8/8/2000 | CHECK WIRE | 873,000 | 873,000 | | | | 16,784,157 | | | | |
| 8/15/2000 | WH TAX DIV PG | (236) | | (236) | | | 16,783,921 | | | | (236) |
| 8/15/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | | (17) | | | 16,783,903 | | | | (17) |
| 8/21/2000 | WH TAX DIV C | (30) | | (30) | | | 16,783,873 | | | | (30) |
| 8/24/2000 | WH TAX DIV MER | (108) | | (108) | | | 16,783,764 | | | | (108) |
| 8/25/2000 | WH TAX DIV C | (556) | | (556) | | | 16,783,209 | | | | (556) |
| 9/1/2000 | WH TAX DIV INTC | (121) | | (121) | | | 16,783,088 | | | | (121) |
| 9/1/2000 | WH TAX DIV LU | (62) | | (62) | | | 16,783,026 | | | | (62) |
| 9/1/2000 | WH TAX DIV WFC | (320) | | (320) | | | 16,782,706 | | | | (320) |
| 9/11/2000 | WH TAX DIV XOM | (769) | | (769) | | | 16,781,937 | | | | (769) |
| 9/12/2000 | WH TAX DIV IBM | (212) | | (212) | | | 16,781,725 | | | | (212) |
| 9/15/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (21) | | (21) | | | 16,781,704 | | | | (21) |
| 10/2/2000 | WH TAX DIV KO | (232) | | (232) | | | 16,781,472 | | | | (232) |
| 10/5/2000 | WH TAX DIV AV | (4) | | (4) | | | 16,781,468 | | | | (4) |
| 10/10/2000 | WH TAX DIV WMT | (149) | | (149) | | | 16,781,320 | | | | (149) |
| 10/13/2000 | WH TAX DIV WWP | (155) | | (155) | | | 16,781,164 | | | | (155) |
| 10/18/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | | (10) | | | 16,781,154 | | | | (10) |
| 10/25/2000 | WH TAX DIV GE | (1,316) | | (1,316) | | | 16,779,838 | | | | (1,316) |
| 10/27/2000 | WH TAX DIV WWD | (222) | | (222) | | | 16,779,616 | | | | (222) |
| 11/1/2000 | CHECK WIRE | 180,000 | 180,000 | | | | 16,959,616 | | | | |
| 11/1/2000 | WH TAX DIV T | (815) | | (815) | | | 16,958,801 | | | | (815) |
| 11/1/2000 | WH TAX DIV BMY | (472) | | (472) | | | 16,958,329 | | | | (472) |

MADC1133_00000031

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2000 | W/H TAX DIV PHA | (149) | - | (149) | - | - | 16,958,180 | - | - | - | (149) |
| 11/7/2000 | W/H TAX DIV VZ | (1,021) | - | (1,021) | - | - | 16,957,159 | - | - | - | (1,021) |
| 11/16/2000 | W/H TAX DIV AXP | (104) | - | (104) | - | - | 16,957,055 | - | - | - | (104) |
| 12/1/2000 | W/H TAX DIV BA | (1) | - | (1) | - | - | 16,957,054 | - | - | - | (1) |
| 12/11/2000 | W/H TAX DIV XOM | (13) | - | (13) | - | - | 16,957,041 | - | - | - | (13) |
| 12/11/2000 | W/H TAX DIV IBM | (2) | - | (2) | - | - | 16,957,040 | - | - | - | (2) |
| 12/12/2000 | W/H TAX DIV INJ | (89) | - | (89) | - | - | 16,956,950 | - | - | - | (89) |
| 12/18/2000 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (116) | - | (116) | - | - | 16,956,835 | - | - | - | (116) |
| 1/8/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | (7) | - | - | 16,956,828 | - | - | - | (7) |
| 1/30/2001 | W/H TAX DIV MWD | (120) | - | (120) | - | - | 16,956,708 | - | - | - | (120) |
| 2/1/2001 | W/H TAX DIV PHA | (76) | - | (76) | - | - | 16,956,632 | - | - | - | (76) |
| 2/1/2001 | W/H TAX DIV VZ | (501) | - | (501) | - | - | 16,956,131 | - | - | - | (501) |
| 2/12/2001 | W/H TAX DIV TXN | (42) | - | (42) | - | - | 16,956,089 | - | - | - | (42) |
| 2/15/2001 | W/H TAX DIV PG | (314) | - | (314) | - | - | 16,955,774 | - | - | - | (314) |
| 2/22/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | (1) | - | - | 16,955,773 | - | - | - | (1) |
| 2/23/2001 | W/H TAX DIV G | (784) | - | (784) | - | - | 16,954,989 | - | - | - | (784) |
| 3/1/2001 | W/H TAX DIV LU | (43) | - | (43) | - | - | 16,954,946 | - | - | - | (43) |
| 3/1/2001 | W/H TAX DIV WFC | (450) | - | (450) | - | - | 16,954,497 | - | - | - | (450) |
| 3/1/2001 | W/H TAX DIV INTC | (156) | - | (156) | - | - | 16,954,341 | - | - | - | (156) |
| 3/8/2001 | W/H TAX DIV PFE | (807) | - | (807) | - | - | 16,953,533 | - | - | - | (807) |
| 3/9/2001 | W/H TAX DIV XOM | (1,680) | - | (1,680) | - | - | 16,951,854 | - | - | - | (1,680) |
| 3/12/2001 | W/H TAX DIV IBM | (266) | - | (266) | - | - | 16,951,588 | - | - | - | (266) |
| 3/13/2001 | W/H TAX DIV INJ | (215) | - | (215) | - | - | 16,951,373 | - | - | - | (215) |
| 3/19/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (19) | - | (19) | - | - | 16,951,354 | - | - | - | (19) |
| 3/22/2001 | W/H TAX DIV HD | (15) | - | (15) | - | - | 16,951,339 | - | - | - | (15) |
| 3/30/2001 | W/H TAX DIV PEP | (34) | - | (34) | - | - | 16,951,304 | - | - | - | (34) |
| 4/2/2001 | W/H TAX DIV KO | (72) | - | (72) | - | - | 16,951,232 | - | - | - | (72) |
| 4/2/2001 | W/H TAX DIV MRK | (123) | - | (123) | - | - | 16,951,110 | - | - | - | (123) |
| 4/9/2001 | W/H TAX DIV WMT | (197) | - | (197) | - | - | 16,950,912 | - | - | - | (197) |
| 4/11/2001 | W/H TAX DIV HWP | (103) | - | (103) | - | - | 16,950,809 | - | - | - | (103) |
| 4/24/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | (8) | - | - | 16,950,801 | - | - | - | (8) |
| 4/27/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (161) | - | (161) | - | - | 16,950,640 | - | - | - | (161) |
| 4/30/2001 | W/H TAX DIV JPM | (406) | - | (406) | - | - | 16,950,234 | - | - | - | (406) |
| 5/1/2001 | W/H TAX DIV PHA | (99) | - | (99) | - | - | 16,950,135 | - | - | - | (99) |
| 5/1/2001 | W/H TAX DIV VZ | (663) | - | (663) | - | - | 16,949,472 | - | - | - | (663) |
| 5/1/2001 | W/H TAX DIV BMY | (338) | - | (338) | - | - | 16,949,134 | - | - | - | (338) |
| 5/2/2001 | W/H TAX DIV TYC | (14) | - | (14) | - | - | 16,949,030 | - | - | - | (14) |
| 5/10/2001 | W/H TAX DIV AXP | (67) | - | (67) | - | - | 16,948,963 | - | - | - | (67) |
| 5/15/2001 | W/H TAX DIV GE | (288) | - | (288) | - | - | 16,948,675 | - | - | - | (288) |
| 5/31/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (81) | - | (81) | - | - | 16,948,594 | - | - | - | (81) |
| 7/2/2001 | W/H TAX DIV KO | (551) | - | (551) | - | - | 16,948,043 | - | - | - | (551) |
| 7/9/2001 | W/H TAX DIV WMT | (387) | - | (387) | - | - | 16,947,656 | - | - | - | (387) |
| 7/11/2001 | W/H TAX DIV HWP | (197) | - | (197) | - | - | 16,947,459 | - | - | - | (197) |
| 7/11/2001 | W/H TAX DIV XOM | (87) | - | (87) | - | - | 16,947,372 | - | - | - | (87) |
| 7/23/2001 | W/H TAX DIV MWD | (318) | - | (318) | - | - | 16,947,054 | - | - | - | (318) |
| 7/25/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | (9) | - | - | 16,947,045 | - | - | - | (9) |
| 7/25/2001 | W/H TAX DIV GE | (2,021) | - | (2,021) | - | - | 16,945,024 | - | - | - | (2,021) |
| 7/31/2001 | W/H TAX DIV JPM | (805) | - | (805) | - | - | 16,944,218 | - | - | - | (805) |
| 8/1/2001 | W/H TAX DIV PHA | (213) | - | (213) | - | - | 16,944,005 | - | - | - | (213) |
| 8/1/2001 | W/H TAX DIV BMY | (679) | - | (679) | - | - | 16,943,327 | - | - | - | (679) |
| 8/1/2001 | W/H TAX DIV VZ | (30) | - | (30) | - | - | 16,943,297 | - | - | - | (30) |
| 8/2/2001 | W/H TAX DIV TYC | (1,292) | - | (1,292) | - | - | 16,942,005 | - | - | - | (1,292) |
| 8/8/2001 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 16,902,005 | - | - | - | (40,000) |
| 8/10/2001 | W/H TAX DIV AXP | (134) | - | (134) | - | - | 16,901,871 | - | - | - | (134) |
| 8/15/2001 | W/H TAX DIV PG | (281) | - | (281) | - | - | 16,901,590 | - | - | - | (281) |
| 8/24/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | - | (10) | - | - | 16,901,580 | - | - | - | (10) |
| 9/1/2001 | W/H TAX DIV HD | (2,320) | - | (2,320) | - | - | 16,899,132 | - | - | - | (2,320) |
| 9/13/2001 | CHECK WIRE | (127) | - | (127) | - | - | 16,898,598 | - | - | - | (127) |
| 9/28/2001 | W/H TAX DIV BAC | (1,216) | - | (1,216) | - | - | 16,897,916 | - | - | - | (1,216) |
| 9/29/2001 | W/H TAX DIV PEP | (352) | - | (352) | - | - | 16,897,564 | - | - | - | (352) |
| 10/1/2001 | W/H TAX DIV KO | (606) | - | (606) | - | - | 16,896,958 | - | - | - | (606) |
| 10/1/2001 | W/H TAX DIV MRK | (1,102) | - | (1,102) | - | - | 16,895,856 | - | - | - | (1,102) |
| 10/9/2001 | W/H TAX DIV WMT | (428) | - | (428) | - | - | 16,895,428 | - | - | - | (428) |

MADC1133_00000032

10-04330-smb   Doc 167-2   Filed 12/21/18   Entered 12/21/18 12:56:24   Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Plus Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 10/10/2001 | W/H TAX DIV HWP | (214) | - | (214) | - | - | 16,895,213 | - | - | - | (214) |
| 10/15/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (97) | - | (97) | - | - | 16,895,116 | - | - | - | (97) |
| 10/16/2001 | CHECK WIRE | (3,000) | - | (3,000) | - | - | 16,892,116 | - | - | - | (3,000) |
| 10/25/2001 | W/H TAX DIV GE | (2,190) | - | (2,190) | - | - | 16,889,926 | - | - | - | (2,190) |
| 10/26/2001 | W/H TAX DIV MWD | (358) | - | (358) | - | - | 16,889,568 | - | - | - | (358) |
| 10/31/2001 | W/H TAX DIV JPM | (923) | - | (923) | - | - | 16,888,645 | - | - | - | (923) |
| 11/1/2001 | W/H TAX DIV TYC | (34) | - | (34) | - | - | 16,888,611 | - | - | - | (34) |
| 11/1/2001 | W/H TAX DIV PHA | (235) | - | (235) | - | - | 16,888,376 | - | - | - | (235) |
| 11/1/2001 | W/H TAX DIV BMY | (736) | - | (736) | - | - | 16,887,640 | - | - | - | (736) |
| 11/1/2001 | W/H TAX DIV T | (178) | - | (178) | - | - | 16,887,462 | - | - | - | (178) |
| 11/1/2001 | W/H TAX DIV VZ | (1,422) | - | (1,422) | - | - | 16,886,041 | - | - | - | (1,422) |
| 11/9/2001 | W/H TAX DIV AXP | (145) | - | (145) | - | - | 16,885,896 | - | - | - | (145) |
| 11/15/2001 | W/H TAX DIV PG | (660) | - | (660) | - | - | 16,885,235 | - | - | - | (660) |
| 11/19/2001 | W/H TAX DIV TXN | (52) | - | (52) | - | - | 16,885,184 | - | - | - | (52) |
| 11/19/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | (7) | - | - | 16,885,177 | - | - | - | (7) |
| 11/21/2001 | W/H TAX DIV C | (1,107) | - | (1,107) | - | - | 16,884,070 | - | - | - | (1,107) |
| 11/30/2001 | CHECK WIRE | (10,851) | - | (10,851) | - | - | 16,873,219 | - | - | - | (10,851) |
| 12/3/2001 | W/H TAX DIV WFC | (612) | - | (612) | - | - | 16,872,606 | - | - | - | (612) |
| 12/3/2001 | W/H TAX DIV INTC | (188) | - | (188) | - | - | 16,872,419 | - | - | - | (188) |
| 12/3/2001 | CHECK WIRE | (80,000) | - | (80,000) | - | - | 16,792,419 | - | - | - | (80,000) |
| 12/3/2001 | W/H TAX DIV MCD | (382) | - | (382) | - | - | 16,792,036 | - | - | - | (382) |
| 12/6/2001 | W/H TAX DIV PFE | (626) | - | (626) | - | - | 16,791,411 | - | - | - | (626) |
| 12/10/2001 | W/H TAX DIV XOM | (2,191) | - | (2,191) | - | - | 16,789,220 | - | - | - | (2,191) |
| 12/10/2001 | W/H TAX DIV IBM | (34) | - | (34) | - | - | 16,788,805 | - | - | - | (34) |
| 12/14/2001 | W/H TAX DIV INT | (483) | - | (483) | - | - | 16,788,402 | - | - | - | (483) |
| 12/31/2001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | (3) | - | - | 16,788,399 | - | - | - | (3) |
| 1/7/2002 | W/H TAX DIV WMT | (79) | - | (79) | - | - | 16,788,321 | - | - | - | (79) |
| 1/9/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | (4) | - | - | 16,788,317 | - | - | - | (4) |
| 1/10/2002 | CHECK WIRE | (80,000) | - | (80,000) | - | - | 16,708,317 | - | - | - | (80,000) |
| 1/25/2002 | W/H TAX DIV MWD | (225) | - | (225) | - | - | 16,708,092 | - | - | - | (225) |
| 2/1/2002 | W/H TAX DIV PHA | (152) | - | (152) | - | - | 16,707,939 | - | - | - | (152) |
| 2/1/2002 | W/H TAX DIV SBC | (758) | - | (758) | - | - | 16,707,181 | - | - | - | (758) |
| 2/1/2002 | W/H TAX DIV VZ | (916) | - | (916) | - | - | 16,706,265 | - | - | - | (916) |
| 2/11/2002 | W/H TAX DIV TXN | (49) | - | (49) | - | - | 16,706,216 | - | - | - | (49) |
| 2/15/2002 | W/H TAX DIV PG | (645) | - | (645) | - | - | 16,705,572 | - | - | - | (645) |
| 2/21/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | (15) | - | - | 16,705,556 | - | - | - | (15) |
| 2/22/2002 | W/H TAX DIV IBM | (1,076) | - | (1,076) | - | - | 16,704,480 | - | - | - | (1,076) |
| 3/1/2002 | W/H TAX DIV INTC | (182) | - | (182) | - | - | 16,704,299 | - | - | - | (182) |
| 3/1/2002 | W/H TAX DIV WFC | (588) | - | (588) | - | - | 16,703,710 | - | - | - | (588) |
| 3/6/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | (2) | - | - | 16,703,709 | - | - | - | (2) |
| 3/7/2002 | W/H TAX DIV PFE | (1,079) | - | (1,079) | - | - | 16,702,630 | - | - | - | (1,079) |
| 3/11/2002 | W/H TAX DIV IBM | (317) | - | (317) | - | - | 16,702,313 | - | - | - | (317) |
| 3/11/2002 | W/H TAX DIV BUD | (232) | - | (232) | - | - | 16,702,081 | - | - | - | (232) |
| 3/11/2002 | W/H TAX DIV XOM | (2,079) | - | (2,079) | - | - | 16,700,001 | - | - | - | (2,079) |
| 3/12/2002 | W/H TAX DIV INT | (452) | - | (452) | - | - | 16,699,549 | - | - | - | (452) |
| 3/14/2002 | W/H TAX DIV DD | (475) | - | (475) | - | - | 16,699,074 | - | - | - | (475) |
| 3/15/2002 | W/H TAX DIV AIG | (65) | - | (65) | - | - | 16,699,009 | - | - | - | (65) |
| 3/22/2002 | W/H TAX DIV BAC | (568) | - | (568) | - | - | 16,698,442 | - | - | - | (568) |
| 3/28/2002 | W/H TAX DIV HD | (161) | - | (161) | - | - | 16,698,281 | - | - | - | (161) |
| 4/1/2002 | W/H TAX DIV KO | (699) | - | (699) | - | - | 16,697,581 | - | - | - | (699) |
| 4/1/2002 | W/H TAX DIV PEP | (350) | - | (350) | - | - | 16,697,232 | - | - | - | (350) |
| 4/2/2002 | W/H TAX DIV MRK | (1,122) | - | (1,122) | - | - | 16,696,110 | - | - | - | (1,122) |
| 4/2/2002 | W/H TAX DIV ONE | (187) | - | (187) | - | - | 16,695,923 | - | - | - | (187) |
| 4/10/2002 | W/H TAX DIV MO | (1,749) | - | (1,749) | - | - | 16,694,175 | - | - | - | (1,749) |
| 4/18/2002 | W/H TAX DIV WMT | (468) | - | (468) | - | - | 16,693,707 | - | - | - | (468) |
| 4/23/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | (1) | - | - | 16,693,706 | - | - | - | (1) |
| 4/25/2002 | W/H TAX DIV GE | (1,080) | - | (1,080) | - | - | 16,692,626 | - | - | - | (1,080) |
| 4/26/2002 | W/H TAX DIV MDT | (97) | - | (97) | - | - | 16,692,529 | - | - | - | (97) |
| 4/26/2002 | W/H TAX DIV MWD | (353) | - | (353) | - | - | 16,692,176 | - | - | - | (353) |
| 4/30/2002 | W/H TAX DIV JPM | (943) | - | (943) | - | - | 16,691,233 | - | - | - | (943) |
| 5/1/2002 | W/H TAX DIV VZ | (1,473) | - | (1,473) | - | - | 16,689,760 | - | - | - | (1,473) |
| 5/1/2002 | W/H TAX DIV SBC | (1,275) | - | (1,275) | - | - | 16,688,486 | - | - | - | (1,275) |
| 5/1/2002 | W/H TAX DIV TYC | (35) | - | (35) | - | - | 16,688,450 | - | - | - | (35) |
| 5/1/2002 | W/H TAX DIV PHA | (244) | - | (244) | - | - | 16,688,206 | - | - | - | (244) |

MADC1133_00000033

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2002 | W/H TAX DIV BMY | (762) | | (762) | | | 16,687,444 | | | | (762) |
| 5/2/2002 | W/H TAX DIV T | (185) | | (185) | | | 16,687,258 | | | | (185) |
| 5/1/2002 | FIDELITY SPARTAN U S TREASURY MARKET W/H TAX DIV FDLXX | (45) | | (45) | | | 16,687,213 | | | | (5) |
| 5/15/2002 | W/H TAX DIV PG | (365) | | (365) | | | 16,686,888 | | | | (365) |
| 5/17/2002 | CHECK WIRE | (70,000) | | (70,000) | | | 16,616,888 | | | | (70,000) |
| 5/24/2002 | W/H TAX DIV C | (714) | | (714) | | | 16,616,174 | | | | (714) |
| 6/3/2002 | W/H TAX DIV WFC | (741) | | (741) | | | 16,615,434 | | | | (741) |
| 6/3/2002 | W/H TAX DIV INTC | (101) | | (101) | | | 16,615,332 | | | | (101) |
| 6/6/2002 | W/H TAX DIV PFE | (1,290) | | (1,290) | | | 16,614,042 | | | | (1,290) |
| 6/10/2002 | W/H TAX DIV XOM | (2,465) | | (2,465) | | | 16,611,577 | | | | (2,465) |
| 6/10/2002 | W/H TAX DIV IBM | (412) | | (412) | | | 16,611,165 | | | | (412) |
| 6/10/2002 | W/H TAX DIV BUD | (181) | | (181) | | | 16,610,984 | | | | (181) |
| 6/11/2002 | W/H TAX DIV JNJ | (354) | | (354) | | | 16,610,630 | | | | (354) |
| 6/12/2002 | W/H TAX DIV DD | (410) | | (410) | | | 16,610,220 | | | | (410) |
| 6/25/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | | (3) | | | 16,610,218 | | | | (3) |
| 7/10/2002 | W/H TAX DIV MO | (297) | | (297) | | | 16,609,921 | | | | (297) |
| 7/15/2002 | W/H TAX DIV USB | (96) | | (96) | | | 16,609,826 | | | | (96) |
| 7/19/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | | (2) | | | 16,609,824 | | | | (2) |
| 7/25/2002 | W/H TAX DIV GE | (456) | | (456) | | | 16,609,368 | | | | (456) |
| 7/26/2002 | W/H TAX DIV MDT | (19) | | (19) | | | 16,609,349 | | | | (19) |
| 7/26/2002 | W/H TAX DIV MWD | (64) | | (64) | | | 16,609,286 | | | | (64) |
| 7/26/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | | (1) | | | 16,609,285 | | | | (1) |
| 7/31/2002 | W/H TAX DIV JPM | (174) | | (174) | | | 16,609,111 | | | | (174) |
| 8/1/2002 | W/H TAX DIV BMY | (137) | | (137) | | | 16,608,974 | | | | (137) |
| 8/1/2002 | W/H TAX DIV T | (36) | | (36) | | | 16,608,938 | | | | (36) |
| 8/1/2002 | W/H TAX DIV VZ | (262) | | (262) | | | 16,608,676 | | | | (262) |
| 8/1/2002 | W/H TAX DIV SBC | (224) | | (224) | | | 16,608,451 | | | | (224) |
| 8/1/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (43) | | (43) | | | 16,608,408 | | | | (43) |
| 8/9/2002 | W/H TAX DIV AXP | (26) | | (26) | | | 16,608,383 | | | | (26) |
| 8/15/2002 | CHECK WIRE | 200,000 | 200,000 | - | | | 16,808,383 | | | | - |
| 8/16/2002 | CHECK WIRE | (200,000) | | (200,000) | | | 16,608,383 | | | | (200,000) |
| 8/19/2002 | W/H TAX DIV MON | (1) | | (1) | | | 16,608,382 | | | | (1) |
| 8/19/2002 | W/H TAX DIV TXN | (73) | | (73) | | | 16,608,308 | | | | (73) |
| 8/23/2002 | W/H TAX DIV C | (1,904) | | (1,904) | | | 16,606,404 | | | | (1,904) |
| 8/26/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | | (7) | | | 16,606,398 | | | | (7) |
| 9/3/2002 | CHECK WIRE | 700,000 | 700,000 | - | | | 17,306,398 | | | | - |
| 9/3/2002 | W/H TAX DIV WFC | (963) | | (963) | | | 17,305,435 | | | | (963) |
| 9/3/2002 | W/H TAX DIV INTC | (288) | | (288) | | | 17,305,167 | | | | (288) |
| 9/5/2002 | W/H TAX DIV PFE | (1,640) | | (1,640) | | | 17,303,528 | | | | (1,640) |
| 9/8/2002 | W/H TAX DIV G | (335) | | (335) | | | 17,303,192 | | | | (335) |
| 9/6/2002 | W/H TAX DIV HD | (282) | | (282) | | | 17,302,911 | | | | (282) |
| 9/9/2002 | W/H TAX DIV BUD | (335) | | (335) | | | 17,302,576 | | | | (335) |
| 9/10/2002 | W/H TAX DIV JNJ | (400) | | (400) | | | 17,302,175 | | | | (400) |
| 9/10/2002 | W/H TAX DIV XOM | (3,098) | | (3,098) [1] | | | 17,299,077 | | | | (3,098) |
| 9/10/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | | (2) [1] | | | 17,299,075 | | | | (2) |
| 9/10/2002 | W/H TAX DIV IBM | (506) | | (506) [1] | | | 17,298,569 | | | | (506) |
| 9/12/2002 | W/H TAX DIV DD | (684) | | (684) [1] | | | 17,297,885 | | | | (684) |
| 10/17/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | | (11) [1] | | | 17,297,874 | | | | (11) |
| 11/15/2002 | W/H TAX DIV CL | (117) | | (117) [1] | | | 17,297,757 | | | | (117) |
| 10/15/2002 | W/H TAX DIV PG | (406) | | (406) [1] | | | 17,297,351 | | | | (406) |
| 11/18/2002 | W/H TAX DIV TXN | (42) | | (42) [1] | | | 17,297,310 | | | | (42) |
| 11/22/2002 | W/H TAX DIV C | (1,035) | | (1,035) [1] | | | 17,296,275 | | | | (1,035) |
| 11/25/2002 | W/H TAX DIV GS | (65) | | (65) [1] | | | 17,296,210 | | | | (65) |
| 11/27/2002 | W/H TAX DIV MER | (162) | | (162) [1] | | | 17,296,048 | | | | (162) |
| 1/6/2003 | W/H TAX DIV HCA | (13) | | * [1] | | | 17,296,048 | | | | (13) |
| 1/6/2003 | W/H TAX DIV JNJ | (190) | | * [1] | | | 17,296,048 | | | | (190) |
| 1/6/2003 | W/H TAX DIV WFC | (555) | | * [1] | | | 17,296,048 | | | | (555) |
| 1/6/2003 | W/H TAX DIV DD | (288) | | * [1] | | | 17,296,048 | | | | (288) |
| 1/6/2003 | W/H TAX DIV INTC | (155) | | * [1] | | | 17,296,048 | | | | (155) |
| 1/6/2003 | W/H TAX DIV G | (199) | | * [1] | | | 17,296,048 | | | | (199) |
| 1/6/2003 | W/H TAX DIV UTX | (94) | | * [1] | | | 17,296,048 | | | | (94) |
| 1/6/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | | * [1] | | | 17,296,048 | | | | (33) |
| 1/6/2003 | W/H TAX DIV IBM | (293) | | * [1] | | | 17,296,048 | | | | (293) |

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 1/6/2003 | W/H TAX DIV BA | (118) | - | * [1] | - | - | 17,296,048 | - | - | - | - |
| 1/6/2003 | W/H TAX DIV PFE | (660) | - | * [1] | - | - | 17,296,048 | - | - | - | - |
| 1/6/2003 | W/H TAX DIV BUD | (197) | - | * [1] | - | - | 17,296,048 | - | - | - | - |
| 1/6/2003 | W/H TAX DIV XOM | (1,792) | - | * [1] | - | - | 17,296,048 | - | - | - | - |
| 1/10/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (252) | - | * [1] | - | - | 17,296,048 | - | - | - | - |
| 1/16/2003 | CHECK WIRE | 800,000 | 800,000 | - | - | - | 18,096,048 | - | - | - | - |
| 1/31/2003 | W/H TAX DIV MWD | (252) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/3/2003 | W/H TAX DIV VZ | (1,071) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/3/2003 | W/H TAX DIV PHA | (315) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/3/2003 | W/H TAX DIV SBC | (911) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/10/2003 | W/H TAX DIV TXN | (66) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/14/2003 | W/H TAX DIV PG | (957) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/14/2003 | W/H TAX DIV CL | (180) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/14/2003 | W/H TAX DIV PFE | (1,675) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/27/2003 | W/H TAX DIV SO | (100) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/28/2003 | W/H TAX DIV C | (1,877) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 2/28/2003 | W/H TAX DIV MER | (248) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/3/2003 | W/H TAX DIV WFC | (925) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/3/2003 | W/H TAX DIV INTC | (242) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/5/2003 | W/H 1/31/03G | (311) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/7/2003 | W/H TAX DIV MSFT | (1,217) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/7/2003 | W/H TAX DIV BA | (255) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/10/2003 | W/H TAX DIV BUD | (293) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/10/2003 | W/H TAX DIV UTX | (204) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/10/2003 | W/H TAX DIV XOM | (2,809) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/10/2003 | W/H TAX DIV IBM | (457) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/11/2003 | W/H TAX DIV JNJ | (1,101) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/12/2003 | W/H TAX DIV MMM | (344) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/14/2003 | W/H TAX DIV DD | (642) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 3/17/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (56) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 4/7/2003 | W/H TAX DIV WMT | (834) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 4/9/2003 | W/H TAX DIV UPQ | (526) | - | * [1] | - | - | 18,096,048 | - | - | - | - |
| 4/15/2003 | CHECK WIRE | (4,000,000) | - | (4,000,000) [1] | - | - | 14,096,048 | - | - | (4,000,000) | (4,000,000) |
| 4/15/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (24) | - | * [1] | - | - | 14,096,048 | - | - | - | - |
| 5/8/2003 | CHECK WIRE | (163,000) | - | (163,000) | - | - | 13,933,048 | - | - | (163,000) | (163,000) |
| 5/9/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (30) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 5/19/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 5/28/2003 | W/H TAX DIV MER | (175) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 5/30/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/2/2003 | W/H TAX DIV INTC | (95) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/2/2003 | W/H TAX DIV WFC | (654) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/5/2003 | W/H TAX DIV PFE | (1,567) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/9/2003 | W/H TAX DIV BUD | (213) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/10/2003 | W/H TAX DIV IBM | (349) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/10/2003 | W/H TAX DIV JNJ | (931) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/10/2003 | W/H TAX DIV UTX | (164) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/12/2003 | W/H TAX DIV DD | (467) | - | * [1] | - | - | 13,933,048 | - | - | - | - |
| 6/12/2003 | W/H TAX DIV XOM | (020) | - | * [98] | - | - | 13,933,048 | - | - | - | - |
| 6/13/2003 | CHECK WIRE | (1,150,348) | - | (1,150,348) | - | - | 12,782,700 | - | - | (1,150,348) | (1,150,348) |
| 6/20/2003 | W/H TAX DIV AIG | (196) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 6/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 6/26/2003 | W/H TAX DIV HD | (224) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 6/27/2003 | W/H TAX DIV BAC | (1,528) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 6/30/2003 | W/H TAX DIV PEP | (442) | - | * [1] | - | - | 12,782,700 | - | - | - | - |

MADC1133_00000035

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2003 | W/H TAX DIV KO | (879) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/1/2003 | W/H TAX DIV ONE | (396) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/1/2003 | W/H TAX DIV MRK | (1,280) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/1/2003 | W/H TAX DIV ALL | (223) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/3/2003 | W/H TAX DIV SLB | (156) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/7/2003 | W/H TAX DIV WMT | (296) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/8/2003 | W/H TAX DIV MO | (2,120) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/9/2003 | W/H TAX DIV HPQ | (392) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/10/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/21/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 7/31/2003 | W/H TAX DIV MWD | (358) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/1/2003 | W/H TAX DIV VZ | (1,497) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/1/2003 | W/H TAX DIV SBC | (1,785) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/15/2003 | W/H TAX DIV PG | (826) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/15/2003 | W/H TAX DIV CL | (187) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/18/2003 | W/H TAX DIV TXN | (52) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/22/2003 | W/H TAX DIV C | (2,555) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/27/2003 | W/H TAX DIV MER | (207) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 8/28/2003 | W/H TAX DIV GS | (162) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/2/2003 | W/H TAX DIV INTC | (185) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/2/2003 | W/H TAX DIV WFC | (1,050) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/4/2003 | W/H TAX DIV PFE | (1,030) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/5/2003 | W/H TAX DIV BA | (123) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/5/2003 | W/H TAX DIV G | (232) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/5/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/9/2003 | W/H TAX DIV JHD | (257) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/10/2003 | W/H TAX DIV XOM | (2,357) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/10/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/10/2003 | W/H TAX DIV IBM | (394) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/12/2003 | W/H TAX DIV DD | (309) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/19/2003 | W/H TAX DIV AIG | (81) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/23/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/26/2003 | W/H TAX DIV BAC | (583) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 9/30/2003 | W/H TAX DIV PEP | (316) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/1/2003 | W/H TAX DIV MRK | (397) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/1/2003 | W/H TAX DIV ONE | (337) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/1/2003 | W/H TAX DIV VIA.B | (92) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/1/2003 | W/H TAX DIV KO | (626) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/8/2003 | W/H TAX DIV HPQ | (282) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/9/2003 | W/H TAX DIV MO | (1,623) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/14/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | * [1] | - | - | 12,782,700 | - | - | - | - |
| 10/21/2003 | CHECK WIRE | (2,069,698) | - | (2,069,698) | - | - | 10,713,003 | - | - | (2,069,698) | (2,069,698) |
| 10/23/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 10/31/2003 | W/H TAX DIV MWD | (248) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/3/2003 | W/H TAX DIV VZ | (1,074) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/3/2003 | W/H TAX DIV SBC | (941) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/3/2003 | W/H TAX DIV SBC | (333) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/7/2003 | W/H TAX DIV MSFT | (2,692) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/14/2003 | W/H TAX DIV PG | (788) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/17/2003 | W/H TAX DIV TXN | (51) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/24/2003 | W/H TAX DIV GS | (151) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/25/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/26/2003 | W/H TAX DIV C | (2,441) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 11/26/2003 | W/H TAX DIV MER | (207) | - | * [1] | - | - | 10,713,003 | - | - | - | - |
| 12/1/2003 | W/H TAX DIV MCD | (677) | - | * [1] | - | - | 10,713,003 | - | - | - | - |

MADC1133_00000036

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2003 | W/H TAX DIV WFC | (1,034) | - | * [1] | - [1] | - | 10,713,003 | - | - | - | - |
| 12/1/2003 | W/H TAX DIV INTC | (180) | - | * [1] | - [1] | - | 10,713,003 | - | - | - | - |
| 12/3/2003 | CHECK WIRE | 600,000 | 600,000 | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/4/2003 | W/H TAX DIV PFE | (1,572) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/5/2003 | W/H TAX DIV G | (216) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/9/2003 | W/H TAX DIV JNJ | (958) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/9/2003 | W/H TAX DIV BUD | (240) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/10/2003 | W/H TAX DIV UTX | (212) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/10/2003 | W/H TAX DIV XOM | (2,248) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/10/2003 | W/H TAX DIV IBM | (368) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/12/2003 | W/H TAX DIV MMM | (191) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/15/2003 | W/H TAX DIV DD | (466) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/16/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/31/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 12/2/2004 | W/H TAX DIV ONE | (79) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/2/2004 | W/H TAX DIV PEP | (80) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/5/2004 | W/H TAX DIV WMT | (114) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/6/2004 | W/H TAX DIV DIS | (128) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/7/2004 | W/H TAX DIV HPQ | (72) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/8/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/9/2004 | W/H TAX DIV MO | (413) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/15/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 1/30/2004 | W/H TAX DIV WWD | (134) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 2/2/2004 | W/H TAX DIV VZ | (534) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 2/2/2004 | W/H TAX DIV SBC | (517) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 2/17/2004 | W/H TAX DIV PG | (817) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 2/26/2004 | W/H TAX DIV GS | (150) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 2/27/2004 | W/H TAX DIV MER | (211) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 2/27/2004 | W/H TAX DIV C | (2,777) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/1/2004 | W/H TAX DIV WFC | (1,023) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/1/2004 | W/H TAX DIV INTC | (348) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/5/2004 | W/H TAX DIV G | (214) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/5/2004 | W/H TAX DIV PFE | (1,736) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/5/2004 | W/H TAX DIV BA | (183) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/9/2004 | W/H TAX DIV BUD | (237) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/9/2004 | W/H TAX DIV JNJ | (957) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/10/2004 | W/H TAX DIV UTX | (132) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/10/2004 | W/H TAX DIV IBM | (364) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/10/2004 | W/H TAX DIV XOM | (2,224) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/12/2004 | W/H TAX DIV MMM | (244) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 3/15/2004 | W/H TAX DIV DD | (461) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 4/6/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (27) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 4/8/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 4/30/2004 | W/H TAX DIV 1PM | (221) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 4/30/2004 | W/H TAX DIV WWD | (288) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/3/2004 | W/H TAX DIV VZ | (1,109) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/3/2004 | W/H TAX DIV SBC | (1,091) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/14/2004 | W/H TAX DIV PG | (848) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/17/2004 | W/H TAX DIV TXN | (49) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/26/2004 | W/H TAX DIV MER | (213) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/27/2004 | W/H TAX DIV GS | (152) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 5/28/2004 | W/H TAX DIV C | (2,763) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/1/2004 | W/H TAX DIV WFC | (1,036) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/1/2004 | W/H TAX DIV INTC | (345) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/4/2004 | W/H TAX DIV PFE | (1,726) | - | * [1] | - [1] | - | 11,313,003 | - | - | - | - |

MADC1133_00000037

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B
Pg 10 of 20

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2004 | W/H TAX DIV G | (217) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/7/2004 | W/H TAX DIV WMT | (509) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/7/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (19) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/8/2004 | W/H TAX DIV JNJ | (1,132) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/9/2004 | W/H TAX DIV HD | (240) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/10/2004 | W/H TAX DIV XOM | (2,356) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/10/2004 | W/H TAX DIV IBM | (415) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/10/2004 | W/H TAX DIV UTX | (173) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/11/2004 | W/H TAX DIV BA | (148) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/14/2004 | W/H TAX DIV MMM | (267) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/14/2004 | W/H TAX DIV DD | (467) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/18/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | - [1] | - [1] | - | 11,313,003 | - | - | - | - |
| 6/23/2004 | CHECK WIRE | (1,128,863) | - | (1,128,863) [1] | - [1] | - | 10,184,140 | - | - | (1,128,863) | (1,128,863) |
| 6/24/2004 | W/H TAX DIV HD | (265) | - | - [1] | - [1] | - | 10,184,140 | - | - | - | - |
| 6/30/2004 | W/H TAX DIV PEP | (545) | - | - [1] | - [1] | - | 10,184,140 | - | - | - | - |
| 7/1/2004 | W/H TAX DIV KO | (842) | - | - [1] | - [1] | - | 10,184,140 | - | - | - | - |
| 7/7/2004 | W/H TAX DIV HPQ | (339) | - | - [1] | - [1] | - | 10,184,140 | - | - | - | - |
| 7/9/2004 | W/H TAX DIV MO | (1,922) | - | - [1] | - [1] | - | 10,184,140 | - | - | - | - |
| 7/26/2004 | W/H TAX DIV GE | (312) | - | - [1] | - [1] | - | 10,184,140 | - | - | - | - |
| 8/5/2004 | CHECK WIRE | (100,000) | - | (100,000) [1] | - [1] | - | 10,084,140 | - | - | (100,000) | (100,000) |
| 8/11/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 8/18/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 8/23/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/7/2004 | W/H TAX DIV WMT | (573) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/10/2004 | W/H TAX DIV UTX | (193) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/13/2004 | W/H TAX DIV MMM | (297) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/14/2004 | W/H TAX DIV MSFT | (1,207) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/16/2004 | W/H TAX DIV HD | (268) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/17/2004 | W/H TAX DIV AIG | (275) | - | - [1] | - [1] | - | 10,084,140 | - | - | - | - |
| 9/24/2004 | CHECK WIRE | (105,000) | - | (105,000) [1] | - [1] | - | 9,979,140 | - | - | (105,000) | (105,000) |
| 9/29/2004 | W/H TAX DIV DAC | (2,614) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 9/30/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (20) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 9/30/2004 | W/H TAX DIV PEP | (552) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 10/1/2004 | W/H TAX DIV MRK | (1,200) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 10/1/2004 | W/H TAX DIV VIA.B | (148) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 10/1/2004 | W/H TAX DIV KO | (853) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 10/6/2004 | W/H TAX DIV HPQ | (344) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 10/12/2004 | W/H TAX DIV MO | (2,121) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 11/3/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 11/4/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 11/17/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 11/24/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (107) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 12/1/2004 | W/H TAX DIV WFC | (555) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 12/1/2004 | W/H TAX DIV INTC | (176) | - | - [1] | - [1] | - | 9,979,140 | - | - | - | - |
| 12/2/2004 | CHECK WIRE | 1,980,000 | 1,980,000 | - | - | - | 11,959,140 | - | - | - | - |
| 12/3/2004 | W/H TAX DIV PFE | (1,421) | - | - [1] | - [1] | - | 11,959,140 | - | - | - | - |
| 12/3/2004 | W/H TAX DIV BA | (178) | - | - [1] | - [1] | - | 11,959,140 | - | - | - | - |
| 12/7/2004 | CHECK WIRE | (268,272) | - | (268,272) [1] | - [1] | - | 11,690,868 | - | - | (268,272) | (268,272) |
| 12/7/2004 | W/H TAX DIV JNJ | (359) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |
| 12/10/2004 | W/H TAX DIV IBM | (339) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |
| 12/10/2004 | W/H TAX DIV XOM | (1,951) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |
| 12/13/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (38) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |
| 12/14/2004 | W/H TAX DIV DD | (381) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |
| 12/16/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |
| 12/31/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | - [1] | - [1] | - | 11,690,868 | - | - | - | - |

MADC1133_00000038

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 1/3/2005 | W/H TAX DIV WMT | (206) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 2/14/2005 | W/H TAX DIV TXN | (63) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 2/24/2005 | W/H TAX DIV GS | (26) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 2/25/2005 | W/H TAX DIV C | (3,311) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 2/28/2005 | W/H TAX DIV MER | (211) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/1/2005 | W/H TAX DIV WFC | (1,204) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/1/2005 | W/H TAX DIV INTC | (737) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/4/2005 | W/H TAX DIV BA | (297) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/4/2005 | W/H TAX DIV G | (236) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/7/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (66) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/8/2005 | W/H TAX DIV PFE | (2,082) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/8/2005 | W/H TAX DIV JNJ | (1,232) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/9/2005 | W/H TAX DIV BUD | (291) | - | * [1] | - | - | 11,690,868 | - | - | - | - |
| 3/10/2005 | CHECK WIRE | 840,000 | 840,000 | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/10/2005 | W/H TAX DIV VBM | (423) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/10/2005 | W/H TAX DIV WSFT | (1,262) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/10/2005 | W/H TAX DIV XOM | (2,530) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/10/2005 | W/H TAX DIV UTX | (348) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/14/2005 | W/H TAX DIV MMM | (499) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/14/2005 | W/H TAX DIV DD | (508) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/18/2005 | W/H TAX DIV AIG | (479) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/24/2005 | W/H TAX DIV HD | (317) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/28/2005 | W/H TAX DIV BAC | (2,643) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 3/31/2005 | W/H TAX DIV PEP | (577) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/1/2005 | W/H TAX DIV KO | (778) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/1/2005 | W/H TAX DIV VIA.B | (176) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/1/2005 | W/H TAX DIV MRK | (1,204) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/7/2005 | W/H TAX DIV HPQ | (174) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/11/2005 | W/H TAX DIV MO | (1,729) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/13/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (75) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 4/25/2005 | W/H TAX DIV GE | (3,376) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 5/23/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (37) | - | * [1] | - | - | 12,530,868 | - | - | - | - |
| 6/2/2005 | CHECK WIRE | (11,730) | - | (11,730) | - | - | 12,519,138 | - | - | (11,730) | (11,730) |
| 6/6/2005 | W/H TAX DIV WMT | (226) | - | * [1] | - | - | 12,519,138 | - | - | - | - |
| 6/9/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (28) | - | * [1] | - | - | 12,519,138 | - | - | - | - |
| 6/10/2005 | W/H TAX DIV UTX | (108) | - | * [1] | - | - | 12,519,138 | - | - | - | - |
| 6/13/2005 | W/H TAX DIV MMM | (154) | - | * [1] | - | - | 12,519,138 | - | - | - | - |
| 6/16/2005 | CHECK WIRE | (11,024) | - | (11,024) | - | - | 12,508,114 | - | - | (11,024) | (11,024) |
| 6/17/2005 | W/H TAX DIV AIG | (375) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 6/20/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 6/23/2005 | W/H TAX DIV HD | (251) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 6/24/2005 | W/H TAX DIV BAC | (2,096) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 6/30/2005 | W/H TAX DIV PEP | (511) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/1/2005 | W/H TAX DIV ALL | (254) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/1/2005 | W/H TAX DIV KO | (725) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/1/2005 | W/H TAX DIV MRK | (944) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/1/2005 | W/H TAX DIV VIA.B | (138) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/6/2005 | W/H TAX DIV HPQ | (271) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/8/2005 | W/H TAX DIV SLB | (152) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/11/2005 | W/H TAX DIV MO | (1,738) | - | * [1] | - | - | 12,508,114 | - | - | - | - |
| 7/25/2005 | W/H TAX DIV GE | (2,680) | - | * [1] | - | - | 12,187,397 | - | - | - | - |
| 8/18/2005 | CHECK WIRE | (320,717) | - | (320,717) | - | - | 12,187,397 | - | - | (320,717) | (320,717) |
| 8/23/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (113) | - | * [1] | - | - | 12,187,397 | - | - | - | - |
| 9/8/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - | - | 12,187,397 | - | - | - | - |
| 9/9/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 12,187,397 | - | - | - | - |

MADC1133_00000039

Exhibit B

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B
Pg 12 of 20

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 9/15/2005 | CHECK WIRE | (20,000) | - | (20,000) | - | - | 12,167,397 | - | - | (20,000) | (20,000) |
| 9/30/2005 | W/H TAX DIV PEP | (353) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 9/30/2005 | W/H TAX DIV S | (59) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/3/2005 | W/H TAX DIV KO | (993) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/5/2005 | W/H TAX DIV HPQ | (360) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/11/2005 | W/H TAX DIV MO | (2,561) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/12/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/13/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (68) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/14/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/19/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/25/2005 | W/H TAX DIV GE | (2,664) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 10/31/2005 | W/H TAX DIV MWD | (314) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 11/15/2005 | W/H TAX DIV ABT | (480) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 11/15/2005 | W/H TAX DIV PG | (1,586) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 11/17/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (32) | - | * [1] | - | - | 12,167,397 | - | - | - | - |
| 11/21/2005 | CHECK WIRE | (3,398,446) | - | (3,398,446) | - | - | 8,768,951 | - | - | (3,398,446) | (3,398,446) |
| 11/21/2005 | W/H TAX DIV GS | (182) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 11/21/2005 | W/H TAX DIV TXN | (81) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 11/23/2005 | W/H TAX DIV C | (3,706) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 11/23/2005 | W/H TAX DIV MER | (290) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 11/25/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 11/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/1/2005 | W/H TAX DIV INTC | (794) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/1/2005 | W/H TAX DIV WFC | (1,435) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/2/2005 | W/H TAX DIV BA | (327) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/6/2005 | W/H TAX DIV PFE | (2,308) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/8/2005 | W/H TAX DIV MSFT | (1,204) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/9/2005 | W/H TAX DIV XOM | (3,000) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/12/2005 | W/H TAX DIV CVX | (1,679) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/12/2005 | W/H TAX DIV MMM | (467) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/12/2005 | W/H TAX DIV UTX | (373) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/12/2005 | W/H TAX DIV HDM | (523) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/13/2005 | W/H TAX DIV JNJ | (1,624) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/15/2005 | W/H TAX DIV TWX | (325) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/15/2005 | W/H TAX DIV KO | (799) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/15/2005 | W/H TAX DIV HD | (296) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/16/2005 | W/H TAX DIV AIG | (537) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/16/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 8,768,951 | - | - | - | - |
| 12/20/2005 | CHECK WIRE | (3,714,523) | - | (3,714,523) | - | - | 5,054,428 | - | - | (3,714,523) | (3,714,523) |
| 12/27/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 12/23/2005 | W/H TAX DIV MAC | (2,777) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 12/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 12/30/2005 | W/H TAX DIV S | (102) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/3/2006 | W/H TAX DIV VIA.B | (156) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/3/2006 | W/H TAX DIV MRK | (1,172) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/3/2006 | W/H TAX DIV PEP | (610) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/3/2006 | W/H TAX DIV WMT | (342) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/4/2006 | W/H TAX DIV HPQ | (320) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/6/2006 | W/H TAX DIV DIS | (767) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/31/2006 | W/H TAX DIV MS | (343) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 1/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (31) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/1/2006 | W/H TAX DIV T | (356) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/1/2006 | W/H TAX DIV VZ | (310) | - | * [1] | - | - | 5,054,428 | - | - | - | - |

MADC1133_00000040

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Pg 13 of 20

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 2/13/2006 | W/H TAX DIV TXN | (56) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/15/2006 | W/H TAX DIV ABT | (495) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/15/2006 | W/H TAX DIV PG | (1,097) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/23/2006 | W/H TAX DIV GS | (132) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/24/2006 | W/H TAX DIV C | (2,875) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (34) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 2/28/2006 | W/H TAX DIV MER | (265) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/1/2006 | W/H TAX DIV WFC | (911) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/1/2006 | W/H TAX DIV INTC | (697) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/3/2006 | W/H TAX DIV BA | (286) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/7/2006 | W/H TAX DIV UPS | (483) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/7/2006 | W/H TAX DIV PFE | (2,053) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/9/2006 | W/H TAX DIV MSFT | (960) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/10/2006 | W/H TAX DIV IBM | (364) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/10/2006 | W/H TAX DIV XOM | (2,299) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/10/2006 | W/H TAX DIV CVX | (1,174) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/10/2006 | W/H TAX DIV UTX | (256) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/13/2006 | W/H TAX DIV MMM | (390) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/14/2006 | W/H TAX DIV JNJ | (1,153) | - | * [1] | - | - | 5,054,428 | - | - | - | - |
| 3/15/2006 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 4,054,428 | - | - | - | (1,000,000) |
| 3/15/2006 | W/H TAX DIV TWX | (271) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/16/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/17/2006 | W/H TAX DIV AIG | (448) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/23/2006 | W/H TAX DIV HD | (365) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/24/2006 | W/H TAX DIV BAC | (2,700) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/31/2006 | W/H TAX DIV S | (87) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/31/2006 | W/H TAX DIV PEP | (502) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 3/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/3/2006 | W/H TAX DIV WMT | (499) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/3/2006 | W/H TAX DIV MRK | (977) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/3/2006 | W/H TAX DIV KO | (752) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/5/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/5/2006 | W/H TAX DIV HPQ | (269) | - | * [1] | - | - | 4,054,264 | - | - | - | - |
| 4/7/2006 | W/H TAX DIV SLB | (164) | - | (164) | - | - | 4,054,264 | - | - | - | - |
| 4/7/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 4,054,264 | - | - | - | - |
| 4/10/2006 | W/H TAX DIV MO | (1,972) | - | * [1] | - | - | 4,054,264 | - | - | - | - |
| 4/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | * [1] | - | - | 4,054,264 | - | - | - | - |
| 4/25/2006 | W/H TAX DIV GE | (3,067) | - | * [1] | - | - | 4,054,264 | - | - | - | - |
| 4/28/2006 | COL W/H TAX DIV SLB | 164 | - | 164 | - | - | 4,054,428 | - | - | - | - |
| 4/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (12) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/28/2006 | W/H TAX DIV MS | (329) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 4/28/2006 | W/H TAX DIV MDT | (130) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/1/2006 | W/H TAX DIV T | (1,450) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/1/2006 | W/H TAX DIV VZ | (1,341) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/1/2006 | W/H TAX DIV PM | (979) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/5/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/10/2006 | W/H TAX DIV AXP | (170) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/12/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/15/2006 | W/H TAX DIV PG | (1,163) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/15/2006 | W/H TAX DIV ABT | (509) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/22/2006 | W/H TAX DIV CAT | (194) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/22/2006 | W/H TAX DIV TXN | (55) | - | * [1] | - | - | 4,054,428 | - | - | - | - |

MADC1133_00000041

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 5/24/2006 | W/H TAX DIV MER | (257) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/25/2006 | W/H TAX DIV GS | (177) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/26/2006 | W/H TAX DIV C | (2,782) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/31/2006 | W/H TAX DIV UPS | (469) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 5/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (41) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/1/2006 | W/H TAX DIV INTC | (669) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/1/2006 | W/H TAX DIV WFC | (1,017) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/2/2006 | W/H TAX DIV BA | (278) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/5/2006 | W/H TAX DIV WMT | (483) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/6/2006 | W/H TAX DIV PFE | (2,025) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/6/2006 | W/H TAX DIV BMY | (625) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/8/2006 | W/H TAX DIV MSFT | (917) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/9/2006 | W/H TAX DIV XOM | (2,248) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/12/2006 | W/H TAX DIV IBM | (537) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/12/2006 | W/H TAX DIV MMM | (379) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/12/2006 | W/H TAX DIV UTX | (150) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/13/2006 | W/H TAX DIV JNJ | (1,273) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/15/2006 | W/H TAX DIV TWX | (257) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (24) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/22/2006 | W/H TAX DIV HD | (370) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/23/2006 | W/H TAX DIV BAC | (2,675) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/30/2006 | W/H TAX DIV S | (85) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/30/2006 | W/H TAX DIV PEP | (556) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 6/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (50) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 7/3/2006 | W/H TAX DIV KO | (596) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 7/3/2006 | W/H TAX DIV CVX | (1,338) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 7/3/2006 | W/H TAX DIV AIG | (448) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 7/3/2006 | W/H TAX DIV MRK | (938) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 7/5/2006 | W/H TAX DIV HPQ | (261) | - | * [1] | - | - | 4,054,428 | - | - | - | - |
| 7/7/2006 | W/H TAX DIV SLB | (180) | - | (180) | - | - | 4,054,248 | - | - | - | - |
| 7/10/2006 | W/H TAX DIV MO | (1,307) | - | * [1] | - | - | 4,054,248 | - | - | - | - |
| 7/14/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (25) | - | * [1] | - | - | 4,054,248 | - | - | - | - |
| 7/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 4,054,248 | - | - | - | - |
| 7/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | * [1] | - | - | 4,054,248 | - | - | - | - |
| 7/31/2006 | W/H TAX DIV VHS | (138) | - | * [1] | - | - | 4,054,248 | - | - | - | - |
| 8/7/2006 | CXL W/H TAX DIV SLB | 180 | - | 180 | - | - | 4,054,428 | - | - | - | - |
| 8/9/2006 | CHECK WIRE | (400,000) | - | (400,000) | - | - | 3,654,428 | - | - | (400,000) | (400,000) |
| 8/15/2006 | W/H TAX DIV PG | (864) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/15/2006 | W/H TAX DIV ABT | (214) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (30) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/21/2006 | W/H TAX DIV CAT | (89) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/21/2006 | W/H TAX DIV TXN | (59) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/23/2006 | W/H TAX DIV MER | (188) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/24/2006 | W/H TAX DIV GS | (132) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/25/2006 | W/H TAX DIV C | (2,050) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/1/2006 | W/H TAX DIV INTC | (493) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/1/2006 | W/H TAX DIV WFC | (801) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/1/2006 | W/H TAX DIV BA | (203) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/1/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/5/2006 | W/H TAX DIV PFE | (1,484) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/5/2006 | W/H TAX DIV WMT | (353) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/6/2006 | W/H TAX DIV UPS | (343) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/11/2006 | W/H TAX DIV CVX | (979) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/11/2006 | W/H TAX DIV IBM | (384) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/11/2006 | W/H TAX DIV UTX | (220) | - | * [1] | - | - | 3,654,428 | - | - | - | - |

MADC1133_00000042

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2006 | W/H TAX DIV XOM | (1,625) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/12/2006 | W/H TAX DIV JNJ | (932) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/12/2006 | W/H TAX DIV MMM | (277) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/14/2006 | W/H TAX DIV MSFT | (668) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/15/2006 | W/H TAX DIV TWX | (201) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/15/2006 | W/H TAX DIV AIG | (360) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/21/2006 | W/H TAX DIV HD | (260) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/22/2006 | W/H TAX DIV BAC | (2,151) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (24) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/29/2006 | W/H TAX DIV PEP | (416) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 9/29/2006 | W/H TAX DIV S | (63) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/2/2006 | W/H TAX DIV KO | (537) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/2/2006 | W/H TAX DIV MRK | (687) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/4/2006 | W/H TAX DIV HPQ | (187) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/10/2006 | W/H TAX DIV MO | (1,151) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (18) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/25/2006 | W/H TAX DIV GE | (2,194) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/26/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 10/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 11/20/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 11/20/2006 | W/H TAX DIV TXN | (67) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 11/22/2006 | W/H TAX DIV C | (2,555) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 11/22/2006 | W/H TAX DIV MER | (246) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 11/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/2/2007 | W/H TAX DIV PEP | (539) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/2/2007 | W/H TAX DIV MRK | (885) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/2/2007 | W/H TAX DIV WMT | (446) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV WB | (1,174) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV IBM | (481) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV BAC | (2,740) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV MCD | (1,279) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV PFE | (1,874) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV AIG | (462) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV INTC | (613) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV EXC | (276) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV KO | (287) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV UTX | (495) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV HD | (362) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV MMM | (181) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV JNJ | (800) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV S | (50) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (106) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV TGT | (106) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV KO | (6811) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV MSFT | (918) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV WFC | (1,000) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV MMM | (2,025) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV XOM | (1,238) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV CVX | (1,238) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 1/3/2007 | W/H TAX DIV HPQ | (257) | - | * [1] | - | - | 3,654,428 | - | - | - | - |

MADC1133_00000043

Exhibit B

BLMIS ACCOUNT NO. 1FR848 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2007 | W/H TAX DIV UPS | (449) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 1/10/2007 | W/H TAX DIV MO | (531) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 1/12/2007 | W/H TAX DIV DIS | (702) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 1/25/2007 | W/H TAX DIV GE | (1,806) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 1/29/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 1/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/6/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/13/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (13) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/16/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/22/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/23/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 2/28/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/1/2007 | W/H TAX DIV COP | (391) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/6/2007 | W/H TAX DIV UPS | (259) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/9/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/12/2007 | W/H TAX DIV VMM | (321) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/12/2007 | W/H TAX DIV UTX | (859) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/12/2007 | W/H TAX DIV VGT | (61) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/12/2007 | W/H TAX DIV CVX | (366) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/13/2007 | W/H TAX DIV JNJ | (973) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/15/2007 | W/H TAX DIV TWX | (193) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/15/2007 | W/H TAX DIV WB | (937) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/16/2007 | W/H TAX DIV AIG | (373) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/22/2007 | W/H TAX DIV HPQ | (414) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/23/2007 | W/H TAX DIV BAC | (2,203) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/28/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/30/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/30/2007 | W/H TAX DIV S | (74) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 3/30/2007 | W/H TAX DIV PEP | (506) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/2/2007 | W/H TAX DIV WMT | (562) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/2/2007 | W/H TAX DIV KO | (727) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/22/2007 | W/H TAX DIV MRK | (888) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/4/2007 | W/H TAX DIV HPQ | (210) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/10/2007 | W/H TAX DIV MO | (1,879) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/9/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (31) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/25/2007 | W/H TAX DIV GE | (2,555) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 4/30/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (10) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/4/2007 | W/H TAX DIV CVS | (67) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/15/2007 | W/H TAX DIV PG | (1,185) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/21/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/23/2007 | W/H TAX DIV MER | (314) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/24/2007 | W/H TAX DIV GS | (92) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/25/2007 | W/H TAX DIV C | (2,297) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 5/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/1/2007 | W/H TAX DIV BA | (290) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/1/2007 | W/H TAX DIV COP | (721) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/1/2007 | W/H TAX DIV INTC | (695) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/1/2007 | W/H TAX DIV WFC | (1,004) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/4/2007 | W/H TAX DIV WMT | (570) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/5/2007 | W/H TAX DIV PFE | (2,195) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/5/2007 | W/H TAX DIV UPS | (460) | - | * [1] | - [1] | - | 3,654,428 | - | - | - | - |
| 6/6/2007 | W/H TAX DIV TYC | (212) | - | (212) | - [1] | - | 3,654,216 | - | - | - | - |

MADC1133_00000044

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Cash Withdrawals | 6-Year Cash Withdrawals | Full History Cash Withdrawals |
| 6/11/2007 | W/H TAX DIV CVX | (1,329) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/11/2007 | W/H TAX DIV UTX | (290) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/11/2007 | W/H TAX DIV XOM | (2,114) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/11/2007 | W/H TAX DIV IBM | (637) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/22/2007 | W/H TAX DIV JNJ | (1,269) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/12/2007 | W/H TAX DIV MMM | (382) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/14/2007 | W/H TAX DIV MSFT | (923) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/15/2007 | W/H TAX DIV AIG | (460) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/15/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/15/2007 | W/H TAX DIV TWX | (226) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/15/2007 | W/H TAX DIV WB | (1,116) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/21/2007 | W/H TAX DIV HD | (493) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/22/2007 | W/H TAX DIV BAC | (2,677) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/29/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/29/2007 | W/H TAX DIV S | (77) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 6/29/2007 | W/H TAX DIV PEP | (659) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 7/23/2007 | W/H TAX DIV KO | (723) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 7/2/2007 | W/H TAX DIV MRK | (871) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 7/5/2007 | W/H TAX DIV HPQ | (231) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 7/10/2007 | W/H TAX DIV MO | (1,533) | - | * [1] | - | - | 3,654,216 | - | - | - | - |
| 7/17/2007 | CXL W/H TAX DIV TYC | 212 | - | 212 | - | - | 3,654,428 | - | - | - | - |
| 7/17/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (21) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 7/17/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 3,654,428 | - | - | - | - |
| 8/8/2007 | CHECK WIRE | (310,000) | - | (310,000) | - | - | 3,344,428 | - | (310,000) | (310,000) | (310,000) |
| 8/14/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 8/24/2007 | W/H TAX DIV C | (1,159) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/4/2007 | W/H TAX DIV INTC | (287) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/4/2007 | W/H TAX DIV WFC | (452) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/4/2007 | W/H TAX DIV WMT | (232) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/5/2007 | W/H TAX DIV PFE | (893) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/7/2007 | W/H TAX DIV BA | (113) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/10/2007 | W/H TAX DIV IBM | (243) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/10/2007 | W/H TAX DIV XOX | (540) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/10/2007 | W/H TAX DIV UTX | (143) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/10/2007 | W/H TAX DIV XOM | (865) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/13/2007 | W/H TAX DIV MSFT | (369) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/14/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/18/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 9/26/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (12) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 10/1/2007 | W/H TAX DIV KO | (270) | - | * [1] | - | - | 3,344,428 | - | - | - | - |
| 10/3/2007 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 8,344,428 | - | - | - | - |
| 10/10/2007 | W/H TAX DIV MO | (624) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 10/25/2007 | W/H TAX DIV GE | (1,648) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 10/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (56) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/7/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/13/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/15/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/21/2007 | W/H TAX DIV C | (909) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/21/2007 | W/H TAX DIV MO | (107) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/21/2007 | W/H TAX DIV MER | (5) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 11/26/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 12/3/2007 | W/H TAX DIV COP | (226) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 12/3/2007 | W/H TAX DIV MCD | (889) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 12/10/2007 | W/H TAX DIV UTX | (161) | - | * [1] | - | - | 8,344,428 | - | - | - | - |
| 12/10/2007 | W/H TAX DIV CVX | (608) | - | * [1] | - | - | 8,344,428 | - | - | - | - |

MADC1133_00000045

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B
Pg 18 of 20

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2007 | W/H TAX DIV EXC | (140) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 12/10/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (14) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 12/11/2007 | W/H TAX DIV JNJ | (1,154) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 12/12/2007 | W/H TAX DIV MMM | (344) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 12/13/2007 | W/H TAX DIV MSFT | (441) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 12/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 12/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 1/2/2008 | W/H TAX DIV WMT | (170) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 1/2/2008 | W/H TAX DIV HPQ | (67) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 1/3/2008 | W/H TAX DIV UPS | (211) | - | *[1] | - | - | 8,344,428 | - | - | - | - |
| 1/28/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 7,844,428 | - | (500,000) | (500,000) | (500,000) |
| 1/28/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | *[1] | - | - | 7,844,428 | * [1] | - | - | - |
| 2/11/2008 | CHECK WIRE | (200,000) | - | (200,000) | - | - | 7,644,428 | - | (200,000) | (200,000) | (200,000) |
| 2/11/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 2/20/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 2/22/2008 | W/H TAX DIV C | (1,006) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 2/28/2008 | W/H TAX DIV GS | (811) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/3/2008 | W/H TAX DIV WFC | (668) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/3/2008 | W/H TAX DIV COP | (465) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/3/2008 | W/H TAX DIV INTC | (467) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/4/2008 | W/H TAX DIV PFE | (1,341) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/4/2008 | W/H TAX DIV UPS | (288) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/5/2008 | W/H TAX DIV MER | (183) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/7/2008 | W/H TAX DIV BA | (186) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/10/2008 | W/H TAX DIV XOM | (1,222) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/10/2008 | W/H TAX DIV IBM | (349) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/10/2008 | W/H TAX DIV EXC | (204) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/10/2008 | W/H TAX DIV UTX | (205) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/10/2008 | W/H TAX DIV CVX | (776) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/11/2008 | W/H TAX DIV JNJ | (749) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/12/2008 | W/H TAX DIV MMM | (233) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/13/2008 | W/H TAX DIV MSFT | (557) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/17/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (26) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/7/2008 | W/H TAX DIV TWX | (142) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/17/2008 | W/H TAX DIV MCD | (284) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/17/2008 | W/H TAX DIV WB | (819) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/19/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/24/2008 | W/H TAX DIV AIG | (326) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/27/2008 | W/H TAX DIV HD | (236) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/28/2008 | W/H TAX DIV BAC | (1,788) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 3/31/2008 | W/H TAX DIV PEP | (371) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/1/2008 | W/H TAX DIV KO | (487) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/1/2008 | W/H TAX DIV MRK | (531) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/2/2008 | W/H TAX DIV HPQ | (130) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/4/2008 | W/H TAX DIV KFT | (267) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/4/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/7/2008 | W/H TAX DIV WMT | (346) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/23/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/25/2008 | W/H TAX DIV GE | (1,967) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/25/2008 | W/H TAX DIV MDT | (75) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/30/2008 | W/H TAX DIV MS | (149) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 4/30/2008 | W/H TAX DIV JPM | (685) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 5/1/2008 | W/H TAX DIV VZ | (668) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 5/1/2008 | W/H TAX DIV T | (1,303) | - | *[1] | - | - | 7,644,428 | - | - | - | - |
| 5/2/2008 | W/H TAX DIV CVS | (48) | - | *[1] | - | - | 7,644,428 | - | - | - | - |

MADC1133_00000046

Exhibit B

10-04330-smb    Doc 167-2    Filed 12/21/18    Entered 12/21/18 12:56:24    Exhibit B

Pg 19 of 20

Exhibit B

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/2008 | W/H TAX DIV BK | (144) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/9/2008 | W/H TAX DIV AXP | (108) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/15/2008 | W/H TAX DIV PG | (681) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/15/2008 | W/H TAX DIV ABT | (307) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/20/2008 | W/H TAX DIV CAT | (126) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/22/2008 | W/H TAX DIV KO | (866) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/29/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (55) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 5/29/2008 | W/H TAX DIV GS | (70) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/2/2008 | W/H TAX DIV WMT | (567) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/2/2008 | W/H TAX DIV WFC | (1,009) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/2/2008 | W/H TAX DIV COP | (249) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/2/2008 | W/H TAX DIV INTC | (442) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/3/2008 | W/H TAX DIV PFE | (2,174) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/3/2008 | W/H TAX DIV UPS | (454) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/6/2008 | W/H TAX DIV BA | (294) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/10/2008 | W/H TAX DIV UTX | (323) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/10/2008 | W/H TAX DIV EXC | (321) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/10/2008 | W/H TAX DIV XOM | (2,150) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/10/2008 | W/H TAX DIV IBM | (689) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/10/2008 | W/H TAX DIV CVX | (1,372) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/10/2008 | W/H TAX DIV JNJ | (445) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/12/2008 | W/H TAX DIV MMM | (367) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 6/12/2008 | W/H TAX DIV MSFT | (879) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 7/21/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (14) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 7/23/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 7,644,428 | - | - | - | - |
| 7/28/2008 | CHECK WIRE | (5,400,000) | - | (5,400,000) | - [1] | - | 2,244,428 | - | (5,400,000) | (5,400,000) | (5,400,000) |
| 7/28/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 8/1/2008 | W/H TAX DIV CVS | (70) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 8/8/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 8/13/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 8/20/2008 | W/H TAX DIV CAT | (186) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 8/22/2008 | W/H TAX DIV C | (1,195) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 8/28/2008 | W/H TAX DIV GS | (89) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV WFC | (667) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV BA | (203) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV HD | (86) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV QCOM | (58) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV EXC | (292) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV IBM | (475) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV COP | (506) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV INTC | (549) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV UPS | (413) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV JNJ | (1,380) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV PEP | (603) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV WMT | (495) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV BUD | (2) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV CVX | (187) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV XOM | (1,234) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV BAC | (1,927) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV PFE | (2,588) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV T | (1,499) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV TWX | (206) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV MSFT | (805) | - | * [1] | - [1] | - | 2,244,428 | - | - | - | - |

MADC1133_00000047

Exhibit B

10-04330-smb   Doc 167-2   Filed 12/21/18   Entered 12/21/18 12:56:24   Exhibit B
Pg 20 of 20

BLMIS ACCOUNT NO. 1FR048 - SQUARE ONE FUND LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Cash Withdrawals | Column 11 6-Year Cash Withdrawals | Column 12 Full History Cash Withdrawals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2008 | W/H TAX DIV UTX | (294) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV ARG | (537) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV MCD | (383) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 10/2/2008 | W/H TAX DIV MMM | (334) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | W/H TAX DIV MO | (149) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | W/H TAX DIV HPQ | (179) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | W/H TAX DIV PM | (332) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | W/H TAX DIV BAX | (127) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | W/H TAX DIV KO | (223) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 11/4/2008 | W/H TAX DIV MRK | (729) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 2,244,428 | - | - | - | - |
| | Total: | | $ 28,097,165 | $ (25,852,737) | $ - | $ - | $ 2,244,428 | $ - | $ (6,410,000) | $ (24,271,620) | $ (25,852,737) |

[1] Amounts withheld from account holders and paid by BLMIS to the IRS on behalf of account holders during the six-year period prior to the filing date have not been deducted from the balance of principal as those amounts have subsequently been refunded by the IRS.

MADC1133_00000048

# Exhibit 2



## CLASS B - QUARTERLY REVIEW: OCTOBER - DECEMBER 2002

### I. PERFORMANCE REVIEW

#### *Fund performance versus competition*

Class B returned 1.66% during the fourth quarter. The performance of the competition was as follows:

| | |
|---|---|
| UBP Selectinvest: | 2.95% |
| Focus Arbitrage: | 2.90% |
| Signet Market Neutral: | 2.44% |
| LCF Alpha Uncorrelated: | 1.62% |
| GAM Market Neutral | (0.42%) |

This quarter's performance was in line with competition, Class B underperforming three funds and outperforming two others. The three funds which outperformed this month are more volatile and have more downside risk that A.R.T. Class B. They have hefty allocations to credit strategies, which Class B tries to mitigate. While this worked well in the last quarter it might prove to be a bet on recovering economies and upward trending markets. A.R.T.'s investment advisor is not willing to make this bet in such an uncertain environment.

#### *Fund performance versus market indices*

A.R.T. Class B gained 1.66% during the third quarter. The performances for the relevant indices are the following:

| | |
|---|---|
| S&P 500 | 7.92% |
| MSCI World Free Index | 7.32% |
| DLJ High Yield Index: | 5.92% |
| JP Morgan Global Bond Index: | 4.51% |
| 12% Annual Return Index | 2.87% |
| JP Morgan European Bond Index: | 2.07% |
| US 7-10 year treasury index: | 0.19% |

Treasury markets continued to perform well during the last quarter, especially during December as a massive flight to quality occurred. However, unlike the second and third quarter, credit markets saw a sharp rebound, and credit spreads tightened dramatically. This helped the credit component of the Arbitrage portfolio in general and distressed securities managers in particular.

Sharp reversals in equity markets during the period made it hard for market neutral managers to extract performance but benefited convertible arbitrageurs and other volatility traders.

CONFIDENTIAL

SQO000001204



Fixed Income arbitrageurs generally had a good quarter, as they were positioned for further rate cuts and a bearish economic scenario, which proved to be a correct view. Macro managers had a good quarter as well extracting performance from a weakening dollar and from a drop in treasury yields.

The Arbitrage Fund holdings have been slightly changed to avoid going through another Bristol situation. In practice, this translates into two measures:

- Redemption of all funds where NAVs are calculated by the manager, instead of a third party administrator. This has been the case with Deephaven and Gracie (and Epsilon, redeemed for the end of Q1, 2003).

- Redemption of funds which have tail risk, i.e. a small probability of a large loss. This implied redemptions of Drake. At the same time, funds that benefit from unexpected events, systemic shocks or market crisis have been added to the portfolio.

Those two changes should provide better downside protection, and avoid major blow ups in the portfolio.

## II. PORTFOLIO REVIEW

### P&L Attribution

The fourth quarter proved to be positive for strategies implying some credit exposure, including convertible arbitrage, diversified arbitrage and distressed securities. High levels of volatility also helped convertible arbitrageurs that ended being the best performing strategy.

All strategies but two added to performance during the quarter. Equity market neutral quantitative had a difficult October as the market reverted sharply hurting their trend following like strategy.

Fixed Income Arbitrage was down as well, reflecting positive performances from all funds, with the exception of Bristol where the performance was revised from down 54% to down 61%. The Investment Manager also decided to take a monthly provision for future claims by Bristol Investors.

The five best individual funds quarterly performances were the following:

| Fund | Performance |
|---|---|
| Lydian Overseas | 10.87% |
| CCM Small Cap | 7.58% |
| Drake | 6.95% |
| Silverpoint | 6.60% |
| Arx Global High Yield | 6.19% |

The performances of the different strategies were as follows:

| Strategy | Performance |
|---|---|
| Convertible Arbitrage | 6.51% |
| Distressed Securities | 3.94% |
| Diversified Arbitrage | 3.70% |
| Equity MN Fundam. | 2.23% |
| Event Driven | 2.12% |
| Macro | 2.00% |
| Short Term Trading | 0.17% |
| Equity MN Quant | (1.66%) |
| Fixed Income Arb | (2.69%) |



*Quarterly Review October – December 2002*

P&L attribution by underlying funds:



### Strategy Breakdown

The strategy breakdown as at December 31st, 2002 was the following:



The five largest positions are the following:

| Fund | % of Fund |
|------|-----------|
| Tamarack | 8.31% |
| CSFB Conv & Quant | 7.83% |
| Victory Overseas | 6.11% |
| Numeric Small Cap | 5.10% |
| Gracie | 4.68% |

These are all core managers that are very well known by the Investment Manager.

CONFIDENTIAL

SQO000001206

### Liquidity breakdown

The liquidity breakdown of A.R.T. Class B is the following (as of December 31st, 2002):



$^1/_4$ of the funds can be liquidated monthly with 30 days notice and $^2/_3$ can be redeemed at least quarterly with 60 days notice, which is the redemption frequency of A.R.T. Class B.

## III. PORTFOLIO ACTIVITY

### Summary of activities

Redemptions for the quarter were made for the following reasons:

- Elimination of unwanted exposures (Lydian and Drake). Lydian is a convertible arbitrage fund with important credit exposure. Drake is highly levered and has tail risk.

- Limitation of systemic risk: Square One has been redeemed because there is no third party verification of assets. During the first quarter of 2003 this move will continue, with the redemption of Epsilon II.

- Funds which strategy has moved to be more Investing type. This is the case of Victory Overseas, which has included currency trading in its strategy. Victory has been partially transferred to Investing Pool.

Subscriptions over the quarter reflected the following rationale:

- Replacement of redeemed positions: Silverback replace Lydian in convertible arbitrage. The characteristics of Silverback is to be long extreme outcomes (while Lydian was short those outcomes).

- Top down asset allocation: Kingsford and Condor, two short sellers were added. This reflects the willingness of the Investment Advisor to protect the fund in a systemic crisis type of environment.

- Bottom up asset allocation: D.E. Shaw and CCM Small Cap were added as both funds reopened for limited capacity.

- Diversification and farm team positions: CQS Capital Structure Arbitrage, Eriswell and Astin are new funds, launched in the 4th quarter of 2002. These are farm team positions (all of them are less than 2% of the portfolio), meant at diversifying the portfolio and provide an early relationship with a potentially very successful manager.

CONFIDENTIAL                                                                    SQO000001207



Activity was particularly intense during the fourth quarter, reflecting the Investment Advisor's willingness to correct the imbalances of 2002 and enter 2003 with a well diversified and hedged portfolio. Most positions added would perform well in extreme environment, while still adding value in benign markets, hence improving the risk/return profile of the fund.

### Subscriptions

- **CQS Capital Structure Arbitrage Fund** (October 31, 2002): Credit Arbitrage. This fund trying to capture mispricings in the credit market and in capital structures. It has no credit exposure and is run by a team well known to the investment advisor (also running CSFB CQS, AB Alternative Strategies largest position).

- **CCM Small Cap Value Fund** (October 31, 2002): Small Cap US Equities Market Neutral. This is a relatively volatile and aggressive market neutral fund, implied in the US small cap sector. The manager is an outstanding stock picker and has improved his risk management lately, allowing the Investment Advisor to recommend an allocation in the Arbitrage Fund.

- **Eriswell Mult-Strategy Fund** (November 30, 2002): Multi-Strategy. Eriswell is a new fund, managed by the ex-Tokai Bank Europe proprietary desk. The managers have an outstanding reputation, and a first class track record. As such, a test position was initiated.

- **Astin V Fund** (November 30, 2002): Volatility Arbitrage. This is again a start up. The three managers are very experienced in volatility trading and have a different/original approach to volatility arbitrage. A test position was started.

- **Silverback Offshore** (December 31, 2002): Convertible Arbitrage. This fund is run by the ex-Argent portfolio manager. He has a wealth of experience in equity derivative trading and a very original approach to credit hedging. Moreover, he has built a strong team to support him.

- **D.E. Shaw Composite International** (December 31, 2002): Multi-Strategy. This fund uses a quantitative approach to trading different strategies, including long/short equity, equity derivatives and futures. It is a large organization, which has proven itself over several years and has uncorrelated returns to other strategies.

- **Condor Offshore Investors** (December 31, 2002): Short Seller. While being net short the market all the time, this fund is run with an absolute return focus and with an emphasis on protecting capital. The result the manager produces are nice, non-correlated and of low volatility.

- **Kingsford International** (December 31, 2002): Short Seller. This fund has been identified as one of the best short sellers, being able to make money in bull markets as in bear markets. The fund has been added in concordance with a top down view on the portfolio, to increase protection in case of a systemic/liquidity crisis.

### Redemptions

- **Square One Fund** (October 31, 2002, for value date December 31, 2002): Split Strike Conversion. This manager has achieved very stable and nice returns for more than 10 years. However, there are important conflicts of interests, as the manager is his own custodian and valuates the portfolio himself. To avoid any other blow ups, the position has been redeemed.

- **Numeric European** (November 15, 2002 for value date November 30, 2002): Equity Market Neutral Systematic. While the investment advisor still likes this fund and the manager, the position had become increasingly small in the portfolio and the fund was closed, preventing

**CONFIDENTIAL**                                                                                    **SQO000001208**

A. R. T.
ABSOLUTE RETURN TARGET FUND

any increase in allocation. As such, this fund was redeemed and the position in Numeric Small Cap (same strategy) was increased.

- **Lydian Overseas** (November 30, 2002 for value date December 31, 2002): Convertible Arbitrage. While this fund exhibited positive returns in 2002, it is very credit sensitive and therefore correlated to the performance of credit market. The Investment Advisor prefers taking explicit credit risk, instead of uncontrollable implicit credit risk.

- **Drake Offshore** (November 30, 2002 for value date December 31, 2002 and March 31, 2003): Fixed Income Arbitrage. This fund has achieved nice returns last year. However, the strategy is highly levered (10 times on average) and the fund has some tail risk, expressed through credit and Mortgage securities exposures. To avoid any further blow ups, like the Bristol case, the fund has been redeemed.

- **Victory Overseas** (December 31, 2002 for value date January 31, 2002): Fixed Income Arbitrage/Macro. While this fund still achieves attractive return with very low volatility, the manager had added currency trading to his range of strategies. Forex are directional in nature and therefore this fund doesn't belong in the Arbitrage Fund anymore. However, a position will be built in the Investing Fund.

**CONFIDENTIAL**

# Exhibit 3



# CLASS C  -  QUARTERLY REVIEW: OCTOBER - DECEMBER 2002

## I. PERFORMANCE REVIEW

### *Fund performance versus competition*

For the third quarter of 2002, Class C advanced by +2.15%. The performance of the competition was as follows:

| | |
|---|---|
| Alpha Strategic: | 1.38% |
| JPM Multi-Strategy: | 1.05% |
| GAM Diversity | 0.84% |
| Dinvest: | 0.24% |
| Leveraged Capital Holding: | (0.46%) |
| Haussmann Holdings: | (0.16%) |

A.R.T. Class C ended an awful year on a strong note, outperforming all competitors, by more than 75 basis points. While looking at the full year 2002, A.R.T. Class C performed in line with competition, even taking into account the 80 basis points that the Bristol Fund blow up cost the fund.

Performance of competition ranged from +3.42% for GAM Diversity to -6.28% for Hausmann Holdings. A.R.T. Class C outperformed three funds (Haussmann Holdings, Leveraged Capital Holdings and Dinvest) and underperformed the three others. Only GAM Diversity and JPM Multi-Strategy had positive years, mainly because they hold more than 30% of their assets in Macro and CTA funds.

### *Fund performance versus market indices*

The fourth quarter proved to be another volatile period, although mainly on the upside. Both equities and credit rallied sharply in October and November from an oversold situation, before giving back part of the gains in December. Quarterly performances for relevant indices were as follows:

| | |
|---|---|
| Nasdaq: | +13.95% |
| S&P 500: | +7.92% |
| MSCI World: | +7.32% |
| MSCI Europe: | +5.95% |
| DLJ High Yield Index: | +5.92% |
| JP Morgan Global Bond Index: | +4.51% |
| MSCI Pacific Ex-Japan: | +4.06% |
| JP Morgan European Bond Index: | +2.07% |
| US 7-10 year treasury index: | +0.19% |
| Topix: | (8.44%) |

CONFIDENTIAL

SQO000001176



Investing Strategies

The fourth quarter saw relative market performance be more in line with economic fundamentals, the most resilient economies having better stock market performance (especially North America and Asia), while weaker economies like Europe underperformed. Japan was down for the quarter, following its own deflation/recession logic.

The strong quarterly performance from US and European markets hides high intra-month volatility, as investors remained nervous about the prospects of an economic upturn and the increasing probability of a US armed involvement in Iraq.

The quarter started on a strong note, as markets rallied abruptly in October, mainly led by technicals, sentiment and short squeezes. This surprised most Long/short managers which posted disappointing returns for the month. The rally continued in November and was supported by a further 50 basis points rate cut by the Fed at the beginning of the month. This allowed the Investing Fund to post its strongest return since inception, as managers adapted their market exposures.

December was sharply down, as indicators of economic activity remained below expectation, and the US consumer gave clear signs of weakening. On the corporate front, companies haven't increased their capital expenditures in any significant way, and have continued to slash costs, creating increased unemployment. Adding to this, a warlike US president added to geopolitical fears. A.R.T. Class C managed to edge up on the month, as an increased allocation to Macro managers (most of them being bearish) paid off, and Long/short equity managers ended the month approximately flat.

In light of the market environment and the uncertainties surrounding the state of global economies and markets, A.R.T. Class C has been remodeled to take advantage of both a worst case (deflation, recession, bear market and lengthy war in Iraq) and a best case scenario (improving economies and a short war in Irak), while being able to take advantage of uncertainties and volatility in the market.
As such, the portfolio has a balanced allocation to positive and negative beta managers that should enable the fund to extract positive performance going forward. This has worked during the last two months of 2002 where A.R.T. Class C was up 1.91% and 0.81% respectively, in very different market conditions.

Arbitrage Strategies

Treasury markets continued to perform well during the last quarter, especially during December as a massive flight to quality occurred. However, unlike the second and third quarter, credit markets saw a sharp rebound, and credit spreads tightened dramatically. This helped the credit component of the Arbitrage portfolio in general and distressed securities managers in particular.

Sharp reversals in equity markets during the period made it hard for market neutral managers to extract performance but benefited convertible arbitrageurs and other volatility traders.

Fixed Income arbitrageurs generally had a good quarter, as they were positioned for further rate cuts and a bearish economic scenario, which proved to be a correct view. Macro managers had a good quarter as well extracting performance from a weakening dollar and from a drop in treasury yields.

The Arbitrage portfolio holdings have been slightly changed to avoid going through another Bristol situation. In practice, this translates into two measures:

- Redemption of all funds where NAVs are calculated by the manager, instead of a third party administrator. This has been the case with Deephaven and Gracie (and Epsilon, redeemed for the end of Q1, 2003).
- Redemption of funds which have tail risk, i.e. a small probability of a large loss. This implied redemptions of Drake. At the same time, funds that benefit from unexpected events, systemic shocks or market crisis have been added to the portfolio.

CONFIDENTIAL

SQO000001177



Those two changes should provide better downside protection, and avoid major blow ups in the portfolio.

## II. PORTFOLIO REVIEW

### *P&L Attribution*

The Investing and Arbitrage sub-portfolios of A.R.T. Class C performed as follows during the quarter:

|  | **Investing Sub-portfolio** | **Arbitrage Sub-portfolio** |
|---|---|---|
| October 2002 | (0.81%) | (0.22%) |
| November 2002 | 2.39% | 1.13% |
| December 2002 | 0.93% | 0.75% |
| **Total** | **2.51%** | **1.66%** |

During the fourth quarter, most of the performance came from credit strategies, which benefited from a spread widening. These include distressed securities, event driven and to some extent convertible arbitrage. Moreover, some arbitrage strategies were able to capitalize on high levels of volatility in the market (convertible arbitrage and diversified arbitrage).

Equity L/S short strategies lagged somewhat as managers had to cope with sharp reversals in market directions, which caused some of them to be squeezed. Overall, long/short strategies were flat over the quarter, with small cap equities being the best performer and Asian equities the worst.

The five best individual funds quarterly performances were the following:

| Fund | Performance |
|---|---|
| CCM Small Cap | 14.57% |
| Lydian Overseas | 10.87% |
| Epic Distressed | 10.20% |
| Stonehill | 10.03% |
| Drake | 6.95% |

The performances of the different strategies were as follows:

| Strategy | Performance |
|---|---|
| L/S Equity Small Cap | 8.69% |
| Distressed Securities | 6.99% |
| Convertible Arbitrage | 6.51% |
| Diversified Arbitrage | 3.70% |
| Short Term Trading | 3.57% |
| Event Driven | 3.05% |
| Equity MN Fund. | 2.23% |
| Macro | 2.09% |
| L/S Equity Sector | 2.01% |
| L/S Equity Europe | 0.91% |
| Equity MN Quant | (1.66%) |
| Fixed Income Arb | (2.69%) |
| L/S Equity US | (2.91%) |
| L/S Equity Asia & Jp | (3.69%) |

CONFIDENTIAL

SQO000001178

A.R.T.
ABSOLUTE RETURN TARGET FUND

*Quarterly Review October – December 2002*

P&L attribution by underlying funds:



## *Strategy Breakdown*

The strategy breakdown as at December 31st, 2002 was the following:



The five largest positions are the following:

| Fund | % of Fund |
| --- | --- |
| The Capital Fund | 5.68% |
| Silverpoint | 4.92% |
| Stonehill | 4.90% |
| Candlewood | 4.58% |
| CCM Small Cap | 4.47% |

These are all managers well known by the investment advisor.

CONFIDENTIAL

SQO000001179

A.R.T.
ABSOLUTE RETURN TARGET FUND

*Quarterly Review October – December 2002*

### Liquidity breakdown

The liquidity breakdown of Class C is the following (as of December 31st, 2002):



¼ of the fund can be liquidated monthly with 30 days notice and 79% can be redeemed at least quarterly with 60 days notice, which is the redemption frequency of Class C.

## III. PORTFOLIO ACTIVITY

### Investing Activity summary

During the fourth quarter, redemption were made following 2 different rationale:

- Partial redemptions were made in different funds (position decreased) where the fund had troubles achieving good returns in volatile markets or exhibit too much market beta. As such, position in Henderson Japan, Ursus, Candlewood and SuNOVA were reduced.

- Total redemption in funds where the manager left the company to start his own firm (Shaker Heights).

On the subscription front, the top down view led to following activity:

- Positions were added to two macro funds (GLG Global Macro and Razor Global Macro), in order to diversify the portfolio away from long/short equity funds.

- Short beta was increased with the addition of Condor Offshore, a short seller.

- Two investments in European long/short funds were made. European managers proved to be better at protecting capital and extracting alpha than their US counterpart in 2002. Moreover, this strategy was underweight in the Investing portfolio.

From a bottom up perspective, positions were added with Atlas Capital and D.E. Shaw Composite, two funds which the Investment Advisor knows well and which were closed up to now.

While activity was intense during the quarter, this reflects the willingness of the Investment Advisor to achieve the following goals:

CONFIDENTIAL
SQO000001180

- Diversify the portfolio (the number of position increased during the quarter)

- Limit long market exposure in the portfolio. This has mainly been done by adding funds which are holding a bearish stance for the time being (GLG Macro, Razor, Atlas and Jupiter are bearish), but which can quickly reposition themselves in a market rally.

### Arbitrage Activity summary

Redemptions for the quarter were made for the following reasons:

- Elimination of unwanted exposures (Lydian and Drake). Lydian is a convertible arbitrage fund with important credit exposure. Drake is highly levered and has tail risk.

- Limitation of systemic risk: Square One has been redeemed because there is no third party verification of assets. During the first quarter of 2003 this move will continue, with the redemption of Epsilon II.

- Funds which strategy has moved to be more Investing type. This is the case of Victory Overseas, which has included currency trading in its strategy. Victory has been partially transferred to Investing Pool.

Subscriptions over the quarter reflected the following rationale:

- Replacement of redeemed positions: Silverback replace Lydian in convertible arbitrage. The characteristics of Silverback is to be long extreme outcomes (while Lydian was short those outcomes).

- Top down asset allocation: Kingsford and Condor, two short sellers were added. This reflects the willingness of the Investment Advisor to protect the portfolio in a systemic crisis type of environment.

- Bottom up asset allocation: D.E. Shaw and CCM Small Cap were added as both funds reopened for limited capacity.

- Diversification and farm team positions: CQS Capital Structure Arbitrage, Eriswell and Astin are new funds, launched in the 4th quarter of 2002. These are farm team positions (all of them are less than 2% of the portfolio), meant at diversifying the portfolio and provide an early relationship with a potentially very successful manager.

Activity was particularly intense during the fourth quarter, reflecting the Investment Advisor's willingness to correct the imbalances of 2002 and enter 2003 with a well diversified and hedged portfolio. Most positions added would perform well in extreme environment, while still adding value in benign markets, hence improving the risk/return profile of the fund.

### Investing Subscriptions

The following subscriptions were made during the quarter for the investing part of the portfolio:

- **GLG Global Macro** (Octcber 30, 2002): Global macro tends to be a risky strategy, mainly because of directionality and concentration and it is therefore paramount to focus on the risk management capabilities of the team. In the case of GLG, the Investment Advisor feels that the managers are not only smart in the macroeconomic analyses, but outstanding in their risk management.

CONFIDENTIAL

SQO000001181

- **Razor Global Macro** (October 30, 2002): this fund is run by a seasoned manager, which was head of macro investing at Tiger during the 90's. Risk management is again outstanding.

- **Jupiter Hyde Park** (October 30, 2002): L/S European equity. This fund has a very opportunistic approach to investing in European equities and proved to be very nimble in the past, achieving good returns with minimal volatility. This fund is part of what the Investment Advisor calls the "pragmatic school" by opposition to dogmatic.

- **Atlas Capital** (October 30, 2002): L/S US Equities. This fund is run by a ex-short seller, who has proven over the years that he was able to add value on the short side. He now runs a tightly hedged portfolio mainly in US small cap stocks. The Investment Advisor has been knowing this manager for a long time and has recommended an investment as the fund reopened.

- **D. E. Shaw International** (December 31, 2002): Multi-Strategy. This fund uses a quantitative approach to trading different strategies, including long/short equity, equity derivatives and futures. It is a large organization, which has proven itself over several years and has uncorrelated returns to other strategies.

- **Condor Offshore** (December 31, 2002): Short Seller. While being net short the market all the time, this fund is run with an absolute return focus and with an emphasis on protecting capital. The result the manager produces are nice, non-correlated and of low volatility.

- **Polar Capital Market Neutral** (December 31, 2002): L/S UK Equities. While this fund has "market neutral" in his name, it is not run in a market neutral fashion, but rather with a low net exposure ranging from -30% to +30%. This is again a European manager with strong market orientated style and a nimble approach to investing. The result is high turnover and flexibility, allowing the manager to extract nice performance in the current market environment.

### Arbitrage Subscriptions

- **CQS Capital Structure Arbitrage Fund** (October 31, 2002): Credit Arbitrage. This fund trying to capture mispricings in the credit market and in capital structures. It has no credit exposure and is run by a team well known to the investment advisor (also running CSFB CQS, AB Alternative Strategies largest position).

- **CCM Small Cap Value Fund** (October 31, 2002): Small Cap US Equities Market Neutral. This is a relatively volatile and aggressive market neutral fund, implied in the US small cap sector. The manager is an outstanding stock picker and has improved his risk management lately, allowing the Investment Advisor to recommend an allocation in the Arbitrage Fund.

- **Eriswell Mult-Strategy Fund** (November 30, 2002): Multi-Strategy. Eriswell is a new fund, managed by the ex-Tokai Bank Europe proprietary desk. The managers have an outstanding reputation, and a first class track record. As such, a test position was initiated.

- **Astin V Fund** (November 30, 2002): Volatility Arbitrage. This is again a start up. The three managers are very experienced in volatility trading and have a different/original approach to volatility arbitrage. A test position was started.

- **Silverback Offshore** (December 31, 2002): Convertible Arbitrage. This fund is run by the ex-Argent portfolio manager. He has a wealth of experience in equity derivative trading and a very original approach to credit hedging. Moreover, he has built a strong team to support him.

- **D.E. Shaw Composite International** (December 31, 2002): Multi-Strategy. This fund uses a quantitative approach to trading different strategies, including long/short equity, equity

CONFIDENTIAL

SQO000001182

*Quarterly Review October – December 2002*

derivatives and futures. It is a large organization, which has proven itself over several years and has uncorrelated returns to other strategies.

- **Condor Offshore Investors** (December 31, 2002): Short Seller. While being net short the market all the time, this fund is run with an absolute return focus and with an emphasis on protecting capital. The result the manager produces are nice, non-correlated and of low volatility.

- **Kingsford International** (December 31, 2002): Short Seller. This fund has been identified as one of the best short sellers, being able to make money in bull markets as in bear markets. The fund has been added in concordance with a top down view on the portfolio, to increase protection in case of a systemic/liquidity crisis.


### Investing Redemptions

- **Shaker Heights Fund** (November 15, 2002, for value date November 30, 2002): L/S US Equities. The manager for this fund has left the firm, with 19 other employees to start his own hedge fund.


### Arbitrage Redemptions

- **Square One Fund** (October 31, 2002, for value date December 31, 2002): Split Strike Conversion. This manager has achieved very stable and nice returns for more than 10 years. However, there are important conflicts of interests, as the manager is his own custodian and valuates the portfolio himself. To avoid any other blow ups, the position has been redeemed.

- **Numeric European** (November 15, 2002 for value date November 30, 2002): Equity Market Neutral Systematic. While the investment advisor still likes this fund and the manager, the position had become increasingly small in the portfolio and the fund was closed, preventing any increase in allocation. As such, this fund was redeemed and the position in Numeric Small Cap (same strategy) was increased.

- **Lydian Overseas** (November 30, 2002 for value date December 31, 2002): Convertible Arbitrage. While this fund exhibited positive returns in 2002, it is very credit sensitive and therefore correlated to the performance of credit market. The Investment Advisor prefers taking explicit credit risk, instead of uncontrollable implicit credit risk.

- **Drake Offshore** (November 30, 2002 for value date December 31, 2002 and March 31, 2003): Fixed Income Arbitrage. This fund has achieved nice returns last year. However, the strategy is highly levered (10 times on average) and the fund has some tail risk, expressed through credit and Mortgage securities exposures. To avoid any further blow ups, like the Bristol case, the fund has been redeemed.

- **Victory Overseas** (December 31, 2002 for value date January 31, 2002): Fixed Income Arbitrage/Macro. While this fund still achieves attractive return with very low volatility, the manager had added currency trading to his range of strategies. Forex are directional in nature and therefore this fund doesn't belong in the Arbitrage Fund anymore. However, a position will be built in the Investing Fund.

CONFIDENTIAL

SQO000001183

# **Exhibit 4**

# I. EMPLOYEE WORKFLOW SPLIT

## A. ANALYST WORKFLOW SPLIT

### i. Responsibility split

Each analyst will be responsible for a set of strategies. The current split is as follows:

- Luc Estenne:
  - Directional Trading – CTA Trend Following
  - Directional Trading – CTA Mean Reversion
  - Directional Trading – CTA Discretionary
  - Directional Trading – Global Macro
  - Relative Value – Fixed Income Arbitrage

- Jerome Muller:
  - Relative Value – Convertible Arbitrage
  - Relative Value – Equities Quantitative
  - Relative Value – Capital Structure Arbitrage
  - Relative Value – Volatility Arbitrage
  - Specialist Credit – L/S High Yield
  - Specialist Credit – Distressed Securitiy
  - Specialist Credit – Credit trading
  - Multi-process – Quantitative Strategies
  - Multi-process – Relative Value
  - Multi-process – Event Driven

- Olivier Magnin:
  - Directional Trading – Short Term Trading
  - Relative Value – Merger Arbitrage
  - Security Selection – Long bias
  - Security Selection – Short bias
  - Security Selection – Variable bias
  - Security Selection – No bias

Each analyst will be responsible for the following, related to the managers/funds that fall in his strategy responsibility:

- Meet managers in Geneva
- Attend roadshows, breakout sessions, etc.
- Insure proper idea generation flow
- Keep track of recommendations regarding managers in his group
- Organize meetings, phone calls, follow ups for managers in his group
- Keep a short list of managers in his list where more work is to be done
- Keep an updated priority list for funds in his list
- Input and maintain all qualitative and quantitative data in Cogendi for managers in his group.

All the above points are discussed in more details below.

### ii. Manager meetings

Every analyst is responsible for taking appropriate meetings for managers falling in his group. As such, every analyst is responsible for:

- screening e-mails related to funds in his group
- answer phone calls from marketers, prime brokers or managers
- Propose meetings to other analysts.

Every analyst will make sure that he only takes meetings with managers where there is a true interest in the strategy, fund of background or a special reference from a peer or capital introduction person.

### iii. Idea generation

Every analyst will insure that he stays on top of the market. Recommended ways to achieve this are the following:

- Call prime brokers to ask for new lauches list (especially GS, MS, DB, CSFB)
- Talk as frequently as possible with fellow investors in our contact network
- Read all news paper and e-mail news alerts available

Every analyst will be responsible for his own idea generation, using any means he considers appropriate.

### iv. Potential manager tracking

Each analyst is responsible for keeping a list of all funds/managers recommended by third parties (including prime brokers, marketers and investors). These funds/managers, should be input in Cogendi and a clear follow up schedule should be put in place, on a common excel spreadsheet (to be constructed and linked to Cogendi for automatic update).

### v. Follow up procedure organization

Based on the common excel spreadsheet used to track managers, a follow up procedure, including next step action and deadline should be maintained. Next Actions and deadlines will be as follows:

| Step | Follow up status | Next Actions | Deadline |
|---|---|---|---|
| 1. | Peer recommendation | Visit | 3 months |
| 2. | First meeting done | Reject | N/A |
| | | Revisit | 3 months |
| | | Monitor | 6 months |
| 3. | Second meeting done | Reject | N/A |
| | | Due Diligence | 1 month |
| | | Monitor | 6 months |
| 4. | Due Diligence done | Reject | N/A |
| | | Invest | 1 month |
| 5. | Farm team position | Call | Every 4 months |
| | | Visit | Every 4 months |
| | | Increase | 3 months |
| | | Maintain | 3 months |
| | | Alarm list | 3 months |
| | | Reduce | 3 months |
| | | Redeem | 1 month |
| 6. | Intermediate position | Call | Every 3 months |
| | | Visit | Every 3 months |
| | | Increase | 3 months |
| | | Maintain | 3 months |
| | | Alarm list | 3 months |
| | | Reduce | 3 months |
| | | Redeem | 1 month |
| 7. | Core postion | Call | Every 2 months |
| | | Visit | Every 3 months |
| | | Increase | 3 months |
| | | Maintain | 3 months |
| | | Alarm list | 3 months |
| | | Reduce | 3 months |
| | | Redeem | 1 month |
| 8. | Redeemed position | Revisit | 12 months |

SQO000004282

This excel file will also include the following information:

- Date of last call
- Date of last visit
- Person met with
- Location
- Fiscal year end
- Audit status
- Liquidity
- Exit fees/lock up
- Amount invested

### vi. Manager short list

Each analyst will maintain a short list of managers that he is responsible for, including the work to be done on each of them and priorities in terms of workflow. Analysts will use the template to be found in Common\..., directly linked to Cogendi and discussed in more details below.

### vii. Priority List

Each analyst will keep a priority list for potential funds and active funds (for increase of decrease of allocation). This will be done using a template linked to Cogendi (to be found in Common\...)

### viii. Qualitative data Input

Each analyst will be in charge to input qualitative data related to his manager group in the Cogendi system, according to the procedure set out below. Information to be entered by each analyst include the following:

- Individual
- Management Company
- Investment Vehicle
- Third Parties
- Internal Information

Depending on the status of the fund, fields to be completed will vary as set out below.

### ix. Quantitative data Input

Each analyst will be in charge of entering past track record for the funds in his group. Additionally, each analyst will have responsibility for entering weekly and monthly NAVs in the system, as well as assets under management on a monthly/quarterly basis.

Olivier Magnin will be in charge of maintaining the portfolio, managing additions, redemptions, subscriptions for each sub-funds.

### x. electronic filing

Each analyst will be responsible for electronic filing of all information relating to his manager group. Filing/archiving should be done at least once a month by each analyst. Filing procedures are as follows:

- All files must be archived under: common\manager

- Folders should bear the management company name (not the fund name)

- If the management company runs more than 1 fund, sub-folders with fund name should be created in the management company folder

- For each fund, 4 sub-folder should be created, containing the following information:

| Sub-folder name | Files |
|---|---|
| NAV/Reports | Weekly and monthly performance and navs, both from the manager and the administrator, monthly and quarterly shareholder reports, asset allocation statistics, portfolios, etc. |
| Presentation | All marketing and powerpoint presentations, standard due diligence questionnaires, etc. |
| Documents | All legal documents, including offering documents, subscription agreements, administration agreement, investment management agreements, confirmation of manager investment in the fund, etc. |
| Research | All in house research documents, including due diligences, quantitative analysis, meeting reports and reference checks. |
| Correspondence | All documents related to correspondence, address changes… |

### xi. physical filing

Each analyst will be in charge of physical filing for all funds in his group. Physical filing should be limited to a minimum and be done at least once a month. Files to be archived physically should include:

- Files for active managers, or managers where there is a genuine interest in investing
- Only files that cannot be obtained electronically.

## B. SUPPORT WORKFLOW SPLIT

### i. Qualitative data input

Nathalie Mottier will be in charge of entering and maintaining qualitative data with regards to indices and multi-manager funds.

### ii. Quantitative data input

Quantitative data for indices and multi-manager funds will be entered by Nathalie Mottier, on a weekly and monthly basis.

### iii. electronic filing

Nathalie will be in charge of electronic filing for all documents not related to hedge fund and management companies. This will include:

- Square One related documents
- Fund of funds (including PASA fund of funds) related documents
- Legal and operational documents
- Any other documents.

### iv. physical filing

Nathalie will be in charge of physical filing for all non-investment related documents. All documents available in electronic format should not be filed physically.

SQO000004284

# II. INVESTMENT PROCESS

## A. QUALITATIVE DATA INPUT

### *i. Input of data*

<u>a. Creation of a new object</u>

*Investing Vehicle*

When creating a new investment vehicle object, the GID, must be written in large caps and must reflect the name of the fund. For instance, for D.E. Shaw Composite, the GID can be DESHAW. All investment vehicles must have a code name, which should be the investment strategy (as defined below), a short name and a denomination currency. An example snapshot is as follows:



*Company*

When creating a new company object, the GID must be written in small caps and must reflect the name of the company. For management company all GID must end by "_M". An example would be D.E. Shaw & Co. LP, the GID being DESHAW_M. Management company are not required to have a code name or a currency, but should have a short name. Below is an example:



                                                      SQO000004285

*Individual*

For new individual objects, the GID should always be the first letter of the first name and the entire last name.

Example: Eddie Fishman would be EFISHMAN. David E. Shaw would be DSHAW. Name should mention the full name and short name the first name of the contact. No code name or currency is required. An example is below:

b. Data to input before having met the manager

*Investment vehicle*

When funds have been referred to an analyst (by investors, third parties, etc.) an entry should be made in the system, with very basic information. Next to the creation of an investment vehicle object (as above), the following information should be entered:

| Sheet | Field Label | Data to input |
|---|---|---|
| Characterization | Style | Select from list |
| Characterization | Sub-style | Select from list |
| Follow Up | Tracking status | "To review" |
| Follow up | Analyst | Analyst name |

An example would be as follows:



CONFIDENTIAL

SQO000004287

*Company*

Company data to be entered in the system for a manager to be reviewed are the following:

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Addresses | City & Country |
| General | Contacts | Phone & E-mail |

*Individual*

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Name | First & Last Name |
| General | Contacts | Phone & E-mail |

c. Data to input after the first meeting

*Investment vehicle*

After a first meeting, data to input will vary on the conclusion (next action) of the responsible analyst (the different next action steps are mentioned on page 3, "follow up procedure organization"). Fields to input will be as follows:

1. Reject

| Sheet | Field Label | Data to input |
|---|---|---|
| Characterization | Style | Select from list |
| Characterization | Sub-style | Select from list |
| Comments | Punch line | Brief conclusion |
| Comments | Nex: Action | "None" |
| Comments | Meeting/calls | Date, place and people present |
| Comments | Strategy | Brief strategy description |
| Comments | Strategy/portfolio conclusion | Brief conclusion |
| Comments | Organisation/structure conclusion | Brief conclusion |
| Comments | Follow up status justification | Why rejected? |
| Documents | Documents | Attach all related folders |
| Follow Up | Tracking status | "rejected" |
| Follow up | Analyst | Analyst name |

All comments should be brief and explicit.

2. Monitor

| Sheet | Field Label | Data to input |
|---|---|---|
| Characterization | Style | Select from list |
| Characterization | Sub-style | Select from list |
| Comments | Punch line | Brief conclusion |
| Comments | Nex: Action | "Monitor" |
| Comments | Meeting/calls | Date, place and people present |
| Comments | Strategy | Brief strategy description |
| Comments | Strategy/portfolio conclusion | Brief conclusion |
| Comments | Organisation/structure conclusion | Brief conclusion |
| Comments | Follow up status justification | Which next steps? |
| Documents | Documents | Attach all related folders |
| Follow Up | Tracking status | "Reviewed Level I" |
| Follow up | Analyst | Analyst name |

3. Revisit

A fund should be classified as "revisit" after a first meeting only if there is a genuine interest in an investment. As such, the timing, the strategy and both bottom up and top down analysis should point towards a high preliminary interest in the fund. Fields to enter are the following:

| Sheet | Field Label | Data to enter |
|---|---|---|
| General | General | Registration |
| General | General | Inception date |
| General | General | Management Fee |
| General | General | Incentive Fee |
| General | Subscription | Frequency |
| General | Subscription | Min. Investment |
| General | Subscription | Entry Fees |
| General | Subscription | Lockup period |
| General | Redemption | Frequency |
| General | Redemption | Notice Period |
| General | Redemption | Exit Fee |
| General | Capacity | Long term / short term |
| Characterization | Style | Select from list |
| Characterization | Sub-style | Select from list |
| Comments | Punch line | Why is there any interest? |
| Comments | Next Action | "Revisit" |
| Comments | Meeting/calls | Date, place and people present |
| Comments | Manager Capital | % of liquid net worth invested |
| Comments | Investment Objectives | Return and risk target |
| Comments | Investment Strategy | Brief strategy description |
| Comments | Portfolio Construction | Brief description |
| Comments | Investment exposure | Max, min, historical & average |
| Comments | Leverage | Max, min, historical & average |
| Comments | Risk Tolerance | Max expected loss |
| Comments | Risk Management | Main rules |
| Comments | Strategy/portfolio conclusion | Brief conclusion |
| Comments | Organisation/structure conclusion | Brief conclusion |
| Comments | Follow up status justification | Which next steps? |
| Documents | Documents | Attach all related folders |
| Follow Up | Tracking status | "Reviewed Level II" |
| Follow up | Analyst | Analyst name |

*Company*

1. Reject

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Addresses | All details |
| General | Contacts | Phone, Fax & E-mail |

2. Monitor

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Addresses | All details |
| General | Contacts | Phone, Fax & E-mail |
| Comments | Team description | Brief team description |
| Comments | Company AUM | Total company assets |

3. Revisit

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Addresses | All details |
| General | Contacts | Phone, Fax & E-mail |
| Comments | Team description | Brief team description |
| Comments | Company AUM | Total company assets |
| Comments | Source | Who do we have the info from |
| Comments | Inception | Firm inception date |

SQO000004289

*Individual*

1. Reject

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Name | First & Last Name |
| General | Contacts | Phone & E-mail |

2. Monitor

The only individual for which anything is needed is the head portfolio manager:

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Name | First & Last Name |
| General | Contacts | Phone & E-mail |
| Comments | Background | Brief background info |

3. Revisit

An individual object should be created for each person met, not only the portfolio manager:

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Name | First & Last Name |
| General | Contacts | Phone & E-mail |
| Comments | Background | Background info |

### d. Data to input for a due diligence

*Investment vehicle*

| Sheet | Field Label | Data to input |
|---|---|---|
| General | General | Status |
| General | General | Currency |
| General | General | Open |
| General | General | Uses Eq Factors/publishes series |
| General | General | Registration |
| General | General | Registration Date |
| General | General | Inception date |
| General | General | Fiscal year end |
| General | General | Management Fee |
| General | General | Incentive Fee |
| General | Subscription | Frequency |
| General | Subscription | Min. Investment |
| General | Subscription | Entry Fees |
| General | Subscription | Lockup period |
| General | Redemption | Frequency |
| General | Redemption | Notice Period |
| General | Redemption | Exit Fee |
| General | Redemption | Penalties (input gate clause) |
| General | Redemption | Settlement |
| General | NAV | Frequency |
| General | NAV | Publisher |
| General | Capacity | Long term / short term |
| Characterization | Style | Select from list |
| Characterization | Sub-style | Select from list |
| Characterization | Other biases | Fill all list (see below for details) |
| Comments | Punch line | Why is there any interest? |
| Comments | Next Action | "Reject" or "Invest" |
| Comments | Meeting/calls | Date, place and people present |
| Comments | Source | Where we got the idea from |

| Comments | Manager Capital | % of liquid net worth invested |
|---|---|---|
| Comments | Client Base | Fund client base spilt by category |
| Comments | Cash holdings | Brokers holding cash/securities |
| Comments | Retrocessions | Any? / Who? / Why? / What? |
| Comments | Rebates | Any? / Who? / Why? / What ? |
| Comments | Special liquidity conditions | Any? / Who? / Why? / What ? |
| Comments | Side letters | Any? / Who? / Why? / What ? |
| Comments | Investment Objectives | Return and risk target |
| Comments | Investment Strategy | Thorough strategy description |
| Comments | Portfolio Construction | Thorough description |
| Comments | Risk Factors | All risk factors to the strategy |
| Comments | Hedging | What is hedged / Which instrument |
| Comments | Investment exposure | Max, min, historical & average |
| Comments | Leverage | Max, min, historical & average |
| Comments | Securities used | Exhaustive list + explanation |
| Comments | Sector exposure | Max, min, historical & average |
| Comments | Geographic exposure | Max, min, historical & average |
| Comments | Turnover | Historical / expected |
| Comments | Concentration | Max, min, historical & average |
| Comments | Liquidity rules | Days to liquidate, other rules |
| Comments | Risk Tolerance | Max expected loss / failure level |
| Comments | Risk Measurement | All instruments / systems |
| Comments | Risk Management | Main rules |
| Comments | Share Capital | According to OM |
| Comments | Set up costs | Amount & amortization period |
| Comments | Expenses | Admin, director, custodian, other |
| Comments | Gate | %, conditions, hard or exit fee, etc. |
| Comments | Payment in kind | Permitted? |
| Comments | Signatory power | Who can move cash & conditions |
| Comments | Transparency | What level, & conditions |
| Comments | NAV Calculation | Process & responsibility |
| Comments | Stop Loss | PASA's stop loss on investment |
| Comments | Portfolio Rationale | Why does the fund fit the portfolio |
| Comments | Strategy/portfolio conclusion | Brief conclusion |
| Comments | Organisation/structure conclusion | Brief conclusion |
| Comments | Follow up status justification | Why classified as such? |
| Documents | Documents | Attach all related folders |
| Follow Up | Tracking status | "Reviewed Level III" |
| Follow up | Analyst | Analyst name |

Due diligence information should be entered thoroughly and be as precise as possible, since this is the document that will be used to make an investment decision upon.

In the "Characterisation sheet", the information should be entered as follows:

| Category | Meaning (impact on the fund if:) |
|---|---|
| Equity Market Beta Risk | Equity Market Crashes |
| Equity Market Volatility Risk | Equity Markets are erratic with high volatility |
| Bond Market Volatility Risk | Bond Markets are erratic with high volatility |
| Derivative Market Volatility Risk | Derivative Markets are erratic with high volatility |
| Commodity Market Volatility Risk | Commodity Markets are erratic with high volatility |
| Credit Market Volatility Risk | Credit Markets are erratic with high volatility |
| Currency Market Volatility Risk | Currency Markets are erratic with high volatility |
| Equity Style exposure risk | Value style sharply underperforms Growth |
| Concentration risk | Largest position blows up |
| Momentum exposure risk | Sudden trend reversal occurs |
| Liquidity Risk | Liquidity dries out |
| Liquidity providing risk | A sudden flight to quality occurs |
| Credit risk | Credit Crunch occurs |
| Vega Risk | Volatility drops unexpectedly |
| Duration risk | Sharp bond sell off occurs |
| Yield Curve risk | Sudden change in yield curve shape occurs |

| | |
|---|---|
| Basis Risk | Decorrelation between instrument and related hedge occurs |
| Correlation Risk | Sudden increase in correlation occurs |
| Financing Risk | Financing conditions for the fund |
| Counterparty Risk | Number of counterparties (the more the better) / rating |
| Organisational Risk | Seniority of organization / rules / nbr of people |
| Compliance Risk | Compliance rules / dedicated officer |
| Regulation Risk | Level of regulation by government body |
| NAV calculation Risk | Dependent vs. independent NAV calculation |
| Pricing Risk | Liquidity of assets, pricing source availability, manager input |
| Investor Liquidity Risk | Redemption frequency, lock up, exit fees |
| Transparency Risk | Level of transparency |
| Prime Broker Risk | Number of prime brokers (the least the better) |
| Partnership Structure Risk | Number of partners / checks and balances |
| Leverage Risk | Level of leverage |
| Third Parties Risk | Third parties quality |

For each of these risk categories, the analyst will have to chose from a scale ranging from -10 to +10, as follows:

| | |
|---|---|
| -10 | very negative |
| -5 | modestly negative |
| 0 | neutral |
| +5 | modestly positive |
| +10 | very positive |

The documents to be requested for a due diligence, and linked to Cogendi using the document links are the following:

1. Offering Memorandum
2. Subscription agreement
3. Memorandum and articles of association
4. All prior year audits
5. Management agreement (and Investment advisor agreement if relevant)
6. Administration agreement
7. Prime Brokerage agreement
8. Confirmation by the administrator of the Manager's investment in the fund.

*Company*

The fields to enter for the management company are the following:

| Sheet | Field Label | Data to input |
|---|---|---|
| General | Addresses | All details for all different addresses |
| General | Contacts | Phone, Fax & E-mail |
| General | Authorizations | List of regulators |
| Comments | Team description | Thorough team description |
| Comments | Inception | Firm start date |
| Comments | Regulation | Which bodies |
| Comments | Ownership | Ownership structure |
| Comments | Sub-managers | Does the firm use sub-managers |
| Comments | Compliance rules | Main compliance rules |
| Comments | Soft Dollar policy | For which service |
| Comments | Manager Capital | % of LNW invested in firm's funds |
| Comments | Company AUM | Total company assets |
| Comments | Client Base | Firm client base |

Next to entering data for the management company, a "Company" object should be created for each service provider to the fund. These must include the administrator, the custodian, the prime broker (if different from the custodian), lawyers, auditors, seeding investor/firm, third party marketing firm, joint venture firm. The fields to enter for these companies are the following:

SQO000004292

| Sheet | Field Label | Data to input |
|-------|-------------|---------------|
| General | Addresses | All details for all different addresses |
| General | Contacts | General phone if available |

*Individual*

Data should be input in Cogendi for the following individuals working for the management company:

- Portfolio manager
- Analysts
- Traders
- Client service / marketing

Data to input for these persons are the following:

| Sheet | Field Label | Data to input |
|-------|-------------|---------------|
| General | Name | First & Last Name |
| General | Contacts | Phone & E-mail |
| Comments | Background | Background info |
| Comments | Reference Check | For portfolio managers only |

Next to that, "individual" objects should be created for the following persons:

- Directors of Funds
- Contact person with administrator
- Contact person with auditor
- Contact person with lawyer
- Contact person with custodian
- Contact person with seed investor/firm
- Third party marketer
- Contact person with any joint venture firm
- Reference person

Fields which should be filled are the following:

| Sheet | Field Label | Data to input |
|-------|-------------|---------------|
| General | Name | First & Last Name |
| General | Contacts | Phone & E-mail |

<u>e. Data to update on an ongoing basis</u>

As stated below in "Follow up status procedures", all funds will be reviewed on a regular basis. As such, some information will have to be input in the software, reflecting this update.

In the comment sheet, It is of **paramount** importance that no previous data is overwritten by new data. All new data should be added, with the cate of the call/meeting next to the previous data, as shown below:



*Investment vehicle*

Data to input for monitoring meetings is the following:

| Sheet | Field Label | Data to input |
|---|---|---|
| General | General | Open |
| Comments | Nex: Action | Chose in list on page 2 |
| Comments | Meeting/calls | Date, place and people present |
| Comments | Investment Strategy | Strategy review |
| Comments | Investment exposure | Current Investment exposure |
| Comments | Leverage | Current Leverage |
| Comments | Sector exposure | Current Sector exposure |
| Comments | Geographic exposure | Current geographical exposure |
| Comments | Asset Allocation | Other asset alloc statistics |
| Comments | Turnover | Turnover over the last year |
| Comments | Concentration | Current concentration |
| Comments | Risk Management | Changes to risk management |
| Comments | Portfolio | Largest positions, size, name |
| Comments | Outlook | Current manager's outlook |
| Comments | Performance Analysis | Where did performance come from |
| Comments | P&L Attribution | Long & short attribution |
| Comments | Stop Loss | Review of stop loss level |
| Comments | Portfolio Rationale | Portfolio rationale review |
| Comments | Strategy/portfolio conclusion | Brief conclusion |
| Comments | Organisation/structure conclusion | Brief conclusion |
| Comments | Follow up status justification | Why classified as such |
| Documents | Documents | Attach all related folders |
| Follow Up | Tracking status | Chose from list |

CONFIDENTIAL

SQO000004294

The list of data to input above is a minimum. Any other relevant data should be added if necessary.

*Company*

| Sheet | Field Label | Data to input |
|---|---|---|
| Comments | Team description | Update of the team |
| Comments | Regulation | Any changes |
| Comments | Ownership | Ownership structure changes |
| Comments | Manager Capital | % of LNW invested in firm's funds |
| Comments | Company AUM | Total company assets |
| Comments | Client Base | Firm client base update |

*Individual*

No particular data should be input there, except for new hires. A new "individual" object should be created for new employees, when relevant.

### ii. Linking data

Once different objects have been created for a single fund, these objects must be linked together, using Cogendi's Provider/Recipients structure. In broad terms, Providers will be Service providers, while recipients will be the beneficiaries of the services. As such, the structure is just two faces of the same coin. For example, if you define the relationship between a management company and an investment vehicle, the management company is a provider to the investment vehicle and the investment vehicle is a recipient of the management company.

<u>a. Investment Vehicle</u>

*Providers*

When opening the provider window for an investment vehicle, there are two sheets, "specific relationships" and "other relationships":

- Specific relationships: links to the management company and the staff should be initiated, as shown below.



- Other relationships: on this sheet, links to all other providers should be listed, with the role played by these providers. A non exhaustive list of providers to the investment vehicle is as follows (including role and category):

| Category | Role |
| --- | --- |
| Business | Administrator |
| Business | Custodian |
| Business | Prime Broker |
| Business | Lawyer |
| Business | Auditor |
| Business | Third Party Marketer |
| Business | Seed Investor |
| Board of Directors | Director |

*Recipients*

There are three cases where the fund will have recipients:

- Seed Investors: although they are providers to the fund (provide seed capital), they are also recipients (benefit from the fund's performance).
- Investors: when a specific investor is known, it shoud be added to the list of recipients
- Series: series of shares, or special classes of shares (see below quantitative data input for more details) should be added to recipients of the fund.

In summary, recipients will be as follows (including role and category):

| Category | Role |
| --- | --- |
| Business | Seed Investor |
| Customer | Investor |
| Serie | Class |
| Serie | Serie |

b. Company

*Providers*

Providers to the company will be as follows:

| Category | Role |
| --- | --- |
| Business | Consultant |
| Business | Strategic Partner |
| Employee | All relevant roles |

*Recipients*

The recipient of the different comparies will generally always be an investment vehicle. Relevant roles and categories are described above under "Investment Vehicle; Providers".

c. Individuals

*Providers*

Only reference persons will act as providers for individuals:

| Category | Role |
| --- | --- |
| Business | Reference |

SQO000004296

*Recipients*

Recipients for individual objects will be investment vehicles and companies, as stated above in "Company; providers" and "Investment Vehicle; providers".

# B. QUANTITATIVE DATA INPUT

*i. Track Record*

<u>a. Active Funds</u>

*Creation of Series/Classes*

For active funds were we hold several series/classes, a "serie" object should be created in Cogendi. This Object should include the name of the fund, the name of the serie/class and the denomination currency, as follows:



The GID should always start with the same GID as for the Investment Vehicle Object, followed by underscore, class and serie (in this order, as in the example above). Code name should be the same as for the fund.

*Track record Input*

The main rules in terms of track record input for active fund are the following:

1.  Always input NAVs instead of performances when possible
2.  Input both weekly and monthly NAVs/performances (when weekly numbers are available)

When a fund has different classes (which are of interest to an analyst) or different series of shares, or an onshore counterpart which started prior to the offshore, each of these track record must be separated. As stated above, a series object will be created for each serie/class/onshore fund where the information is relevant.

The **Investment Vehicle Object** should include the "benchmark" track record, i.e. the longest one (or serie 1, or Class A generally), for the offshore fund. Each other track record should be entered in a separate **Series Object**.

The process to update NAVs is as follows (open the CQuant Editor):

                                    SQO000004297



As series have relatively short lives, it is important that they are linked to the principal track record. Similarly, offshore funds might have shorter track records than onshore funds, and linking the two, allowing analysis to be done on the longest possible track record is important.

This can be done using the synthetic builder function. The synthetic builder is located in the CNavigator Editor, after selecting Quantitative Data. The process is the following:



Several different synthetic funds can be used to get the longest possible track record. In this case, weight should always be 100%, since a serie is replaced by the underlying fund. Moreover, the dates to use for the synthetic fund analysis should be input in the software. Generally these will be from the launch of the synthetic to the start of the relevant serie.

Similarly, Benchmarks should be chosen for each fund/serie, in "CNavigator Editor, Quantitative Data", on sheet 3. At least 1 benchmark should be chosen for each fund.

<u>b. Radar Screen, passive and competing funds</u>

The process for radar screen, competition and passive funds will be similar to the process used with PerTrac. No separate series will be used for offshore/onshore track records, nor for different share classes. Moreover, updates should be done on a monthly basis (weekly not necessary) using NAVs if possible or performances otherwise.

<u>d. Indices</u>

For indices, the NAV (actual price of index) should be entered in the database on a weekly basis, following the steps described on page 18.

### *iv. Assets under management*

<u>a. Active Funds</u>

For active Funds the level of assets under management (quantitative information to be found in CQuant Editor) should be updated after each call/visit, but no less than every quarter.

**SQO000004299**

b. Radar Screen & passive funds

For Radar Screen and passive funds the level of AUM should be updated after each contact with the manager.

## C. DATA MAINTENANCE

### i. Series consolidation

Since 12 Series can be issued every year for each fund (using this accounting method), it is important to collapse the series into each other at the end of every fiscal year. In practice, this just implies deleting the relevant serie object from the database once the serie transferred.

### ii Estimated/ final NAVs

While estimated weekly and month end NAVs should be input in the system as soon as they are received, each responsible analyst should also enter final NAVs when they become available.  They should then hit the confirmed button.

## D. FOLLOW UP STATUS PROCEDURES

### i. Status Definition

Status definition as used in Cogendi are the following:

| Status | Definition |
|---|---|
| To Review | Name given by a peer, no meeting done yet |
| Reviewed Level I | First meeting done, Fund not rejected |
| Reviewed Level II | First or Second meeting done, Fund on Radar Screen |
| Reviewed Level III | Due Diligence done, waiting for investment |
| Active Level I | Farm team position |
| Active Level II | Intermediate position |
| Active Level III | Core position |
| Active Alarm Level I | Fund is close or hit the stop loss level |
| Active Alarm Level II | Fund exceeded the stop loss, any other issue which warrants immediate action. |
| Redeemed | Fund redeemed |
| Rejected | Fund rejected |

### ii. Contact Frequency
### iii. Manager short list
### iv. Manager priority list

## E. USE OF EXCEL SHEETS LINKED TO COGENDI

# Exhibit 5

# A.R.T. - ABSOLUTE RETURN TARGET FUND

**Société d'Investissement à Capital Variable**

**ABBREVIATED AUDITED
ANNUAL REPORT AS AT
DECEMBER 31, 2002**

Subscriptions cannot be received on the basis of financial reports. Subscriptions are valid only if made
on the basis of the current prospectus, supplemented by the last annual report and
the most recent semi-annual report if published thereafter.

SQO000014484

A.R.T. - ABSOLUTE RETURN TARGET FUND

# TABLE OF CONTENTS

DIRECTORS AND ADMINISTRATION .................................................................................................. 5

INFORMATION TO THE SHAREHOLDERS ..................................................................................... 7

NET ASSET VALUE PER SHARE ....................................................................................................... 7

REPORT ON THE ACTIVITIES OF THE FUND* ........................................................................... 8

AUDITOR'S REPORT .......................................................................................................................... 17

COMBINED STATEMENT OF NET ASSETS ................................................................................. 18

COMBINED STATEMENT OF CHANGES IN NET ASSETS ...................................................... 19

CLASS A DIVERSIFIED ...................................................................................................................... 20
    STATEMENT OF NET ASSETS ...................................................................................................... 20
    STATEMENT OF CHANGES IN NET ASSETS ........................................................................... 21
    STATISTICAL INFORMATION ...................................................................................................... 22
    CHANGES IN THE NUMBER OF SHARES, OF NET ASSETS AND OF NET ASSET VALUE PER SHARE ........... 23

CLASS B ARBITRAGE .......................................................................................................................... 24
    STATEMENT OF NET ASSETS ...................................................................................................... 24
    STATEMENT OF CHANGES IN NET ASSETS ........................................................................... 25
    STATISTICAL INFORMATION ...................................................................................................... 26
    CHANGES IN THE NUMBER OF SHARES, OF NET ASSETS AND OF NET ASSET VALUE PER SHARE ........... 27

CLASS C DIVERSIFIED ...................................................................................................................... 28
    STATEMENT OF NET ASSETS ...................................................................................................... 28
    STATEMENT OF CHANGES IN NET ASSETS ........................................................................... 29
    STATISTICAL INFORMATION ...................................................................................................... 30
    CHANGES IN THE NUMBER OF SHARES, OF NET ASSETS AND OF NET ASSET VALUE PER SHARE ........... 31

NOTES TO THE FINANCIAL STATEMENTS ................................................................................ 32
    NOTE 1 - GENERAL ......................................................................................................................... 32
    NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES .................................... 33
    NOTE 3 - ISSUE, CONVERSION AND REPURCHASE OF THE FUND'S SHARES ............. 35
    NOTE 4 - INVESTMENT ADVISER'S, PRINCIPAL DISTRIBUTOR'S AND PERFORMANCE FEES ........ 35
    NOTE 5 - ANNUAL TAX ................................................................................................................. 36
    NOTE 6 - EQUALIZATION .............................................................................................................. 36
    NOTE 7 - BANK OVERDRAFT ...................................................................................................... 36
    NOTE 8 - SUNDRY CREDITORS .................................................................................................. 36
    NOTE 9 - CHANGES IN THE SECURITIES PORTFOLIO ......................................................... 36
    NOTE 10 - DIRECTORS' INTERESTS ........................................................................................... 37
    NOTE 11 - SUBSEQUENT EVENTS .............................................................................................. 37

SQO000014485

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## DIRECTORS AND ADMINISTRATION

**BOARD OF DIRECTORS**

| | |
|---|---|
| **CHAIRMAN** | Mr Luc Estenne<br>Director of Partners Advisers S.A.<br>Geneva, Switzerland |
| **DIRECTORS** | Mr Hugues Janssens van der Maelen<br>Director of Trendtrust S.A.<br>Geneva, Switzerland |
| | Mr Andrea Manghi<br>Director of Trendtrust S.A.<br>Geneva, Switzerland |
| | Mr Peter H. Fletcher (until June 24, 2002)<br>Geneva, Switzerland |
| | Mr Edward de Burlet<br>Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg |
| | Mr Geoffroy Linard de Guertechin<br>Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg |
| | Mr Benoît de Hults<br>Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg |
| | Mr Serge Muller<br>Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg |
| | Mr Guy Verhoustraeten<br>Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg |
| **INVESTMENT ADVISER**<br>**AND PRINCIPAL**<br>**DISTRIBUTOR** | TT PARTNERS LTD<br>The Huntlaw Building<br>75 Fort Street<br>P.O. Box 1350 George Town<br>Grand Cayman, Cayman Islands |
| **CUSTODIAN BANK,**<br>**REGISTRAR AND TRANSFER**<br>**AGENT, DOMICILIARY,**<br>**ADMINISTRATIVE, PAYING**<br>**AND LISTING AGENT** | Banque Privée Edmond de Rothschild Luxembourg<br>20, Boulevard Emmanuel Servais<br>L-2535 Luxembourg |
| **AUDITORS** | ERNST & YOUNG S.A.<br>6 rue Jean Monnet<br>L-2180 Luxembourg |

SQO000014486

A.R.T. - ABSOLUTE RETURN TARGET FUND

## DIRECTORS AND ADMINISTRATION (continued)

**REGISTERED OFFICE**

Banque Privée Edmond de Rothschild Luxembourg
20, Boulevard Emmanuel Servais
L-2535 Luxembourg

**CO-SPONSORS**

PARTNERS ADVISERS S.A.
12 rue François Bonivard
CH-1201 GENEVA

TRENDTRUST S.A.
3 rue du Mont-Blanc
CH-1201 GENEVA

SQO000014487

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## INFORMATION TO THE SHAREHOLDERS

Notices concerning the Fund are published in newspapers designated by the Board of Directors and, if prescribed by law, are published in the Mémorial, the official gazette of Luxembourg, and are lodged with the Registrar of the Luxembourg District Court.

The current Articles of Incorporation of the Fund are lodged with the Registrar of the Luxembourg District Court, from whom copies may be obtained.

The issue price and the redemption price of the Fund shares are made public at the Registered Office of the Fund, where annual and semi-annual reports may be obtained.

The shares of the Sub-Funds are listed on the Luxembourg Stock Exchange.

## NET ASSET VALUE PER SHARE

The Net Asset Value per share of ABSOLUTE RETURN TARGET FUND (the "Fund") is dated at the last calendar day of each month ("Valuation Date") (i.e. apart from the legal or bank holidays, for which the Valuation Date is the preceding business day) under the responsibility of the Fund's Board of Directors. However, considering the delay for the reception of the NAVs of the target funds, the NAV of the Fund is calculated within 21 calendar days of the following month.

The valuation per share as at December 31, 2002 was:

USD    105,726.75    For the A.R.T. - ABSOLUTE RETURN TARGET FUND - Class A Diversified
USD    108,921.84    For the A.R.T. - ABSOLUTE RETURN TARGET FUND - Class B Arbitrage
USD    100,558.38    For the A.R.T. - ABSOLUTE RETURN TARGET FUND - Class C Diversified

SQO000014488

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

# REPORT ON THE ACTIVITIES OF THE FUND*

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified**

**Hedge Fund Industry Review**

<u>Arbitrage sub-portfolio</u>

Year 2002 saw an acceleration of the downward trend in global equity and credit markets, amid weakening world economies and geopolitical tensions. This didn't leave hedge funds unaffected and many strategies/funds ended the year down.

While the past year was mediocre in terms of hedge fund returns, it was a vintage year in terms of asset gathering for many hedge fund players. As those vehicles became more familiar to many investors, especially institutional players like insurance companies and pension funds, the allocations increased dramatically. This had several implications for the Arbitrage sub-portfolio:

- Returns for Arbitrage strategies came down: next to low interest rates, which already put a drag on returns, large sums of money chasing scarce opportunities pushed many inefficiencies to close, lowering returns on some strategies.

- Mainstream strategies didn't work well anymore: many "classical" hedge fund strategies, including merger arbitrage, statistical arbitrage, convertible arbitrage had poor years. Not only did inefficiencies disappear, but the relative importance of hedge funds as market players caused higher trading in markets and price dislocations. Convertible Arbitrage funds were able to post decent returns, mainly because they shifted their asset allocation from volatility trading to credit trading. The risk/reward trade off of the strategy has changed accordingly, and most of them now face important credit risk.

There are four measures the Investment Advisor took to avoid being caught in this trap:

- Invest with smaller, more nimble managers in niche strategies, where inefficiencies remain.

- Invest in some funds which are long the tails, i.e. which would perform well in a crisis environment.

- Add pure protection to the portfolio, by holding a small allocation to short sellers, benefiting from market declines

- Increase overall portfolio diversification, and reduce individual position size.

<u>Investing sub-portfolio</u>

Investing strategies had a very hard time in 2002, showing that Hedge Funds are able to protect capital in bear markets, but have difficulty achieving attractive returns. Equity strategies in particular showed very correlated to the broader market and ended the year down (as measured by the different hedge fund indices). The reasons for this bad performance are the following:

- A vast majority of L/S equity funds use fundamental analysis to pick stocks. In a bear market as the one seen last year, this investment methodology doesn't work. Markets tended to react much more to technicals and sentiments than to fundamental values. Most L/S equity managers failed to take this into account.

- Institutional investors fled equity markets during 2002, sharply reducing liquidity. Hedge fund tend to add a lot of value by trading against institutional investors, which wasn't possible in 2002. Moreover the number of hedge funds and assets in the industry increased sharply. As such, hedge funds were more and more trading against each other. Over the long run, this is a zero sum game.

8

SQO000014489

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified (continued)**

The investment advisor has taken the following steps to avoid being hurt by badly performing L/S equity managers:

- Invest with managers taking a more flexible approach, being able to trade based on technicals and sentiment, next to fundamentals.

- Add managers with lower net exposure, or who are able to go net short on some occasions.

- Reduce the allocation of the portfolio to L/S equity managers as a group.

**Performance review**

Arbitrage sub-portfolio

The performance of the Arbitrage part of the portfolio has been disappointing in 2002. This counter-performance can be explained by exogenous factors and portfolio related factors:

*Exogenous Factors*

- A continuing bear market, coupled with sharp swings, reversals and high volatility made it difficult for Arbitrage strategies as a whole to make money. Arbitrage strategies are typically trying to capture inefficiencies, which is much easier to do in rational and benign markets.

- As stated above, institutional involvement and the amount of money flowing to hedge funds arbitraged away part of the opportunities.

As a result, the returns from Arbitrage strategies (as measured by various indices) in 2002 was around 2% to 3%.

*Sub-portfolio specific factors*

- The arbitrage sub-portfolio entered the summer with a heavy credit allocation. This was mainly due to the Investment Advisor's belief that with spreads at high levels and an stabilizing economy, this asset class should do well. Unfortunately, June and July proved that this tilt had been made too early, with credit market selling off very hard.

- A small allocation to Bristol, the fund run by Beacon Hill had a major impact in September, when the fund blew up, costing 2% of NAV. A serious due diligence had been made on the fund prior to investment. The advisor believes that such blow ups cannot be avoided all the time, but merely limited by sizing correctly positions and by limiting the number of funds with fat tails in the portfolio.

Portfolio adjustment and reshuffling after September helped turn the performance around and the sub-portfolio ended the year on a strong note. The Investment Advisor thinks that the arbitrage component in the portfolio is well positioned to take advantage of the volatile markets in 2003.

Investing sub-portfolio

The performance of the Investing sub-portfolio has been in line with its stated objectives, i.e. breaking even in a bear market. The factors which affected performance are the following:

*Exogenous Factors*

- As stated above, an accelerating bear market, with high levels of volatility and sharp market reversals made it difficult for fundamental L/S equity managers to make any money in 2002.

9

SQO000014490

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified (continued)**

*Sub-portfolio specific factors*

- A heavy allocation to L/S equity managers put a drag on performance in 2002. Macro and CTA strategies had an outstanding year, and those were underweighted in the portfolio.

- Among L/S equity managers in the Investing sub-portfolio, few were flexible enough to take advantage of falling markets. Most of them stuck to their investment style and remained net long throughout the year.

Portfolio adjustment and reshuffling after September helped turn the performance around and the investing sub-portfolio ended the year on a strong note as well.

**Asset Allocation Review**

Arbitrage sub-portfolio

Asset allocation has moved away from credit strategies towards fixed income relative value and macro during the course of the year. This reflected the change in the imbalances between a heavy distressed securities allocation and an almost inexistent macro/relative value weight. Accordingly, the sub-portfolio is much better structured now, with a good diversification among uncorrelated strategies.

At the sub-portfolio level, number of funds was increased and position size reduced, to limit individual position risk. Moreover, at the end of the year most funds in the sub-portfolio fall in the following two groups:

- Small, nimble and opportunistic funds, pursuing niche strategies and running a relatively small amount of assets

- Large, established and successful groups, which have proven in the past that they were able to achieve nice returns and limit risks.

While the latter group are usually closed to new investments, the Investment Advisor was able to get allocations to some of them, further improving arbitrage sub-portfolio structure.

Investing sub-portfolio

Equity strategies have been reduced in the investing sub-portfolio and macro/CTA strategies have been increased. This is a correction from imbalances in the portfolio during the first part of the year. At this point, the sub-portfolio is well structured between equities, fixed income and commodities, and has a market beta close to zero. Moreover, distribution tails are protected from any extreme environment (including a sharp sell off or a sharp bear market rally).

At the underlying sub-portfolio level, there has been more turnover than originally expected, which was due to redemptions of disappointing long/short equity managers, which were replaced by more nimble and opportunistic funds. The mortality rate in long/short equity funds has been very high and this type of turnover is expected to continue as long as the market behaves in such a hectic way.

SQO000014491

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified (continued)**

**Outlook**

The Investment Advisor believes that the fund is well positioned to benefit from the markets in 2003. The fund has been structured to benefit from both a growing or weakening economy as well as from a positive or negative geopolitical outcome.

The portfolio has also been changed to avoid strategies which opportunities have been arbitraged away, and which returns are likely going to be low in the next couple of years.

Finally, to respond to irrational and volatile markets, a range of funds performing particularly well in this type of environment have been added to the portfolio.

Should market remain choppy, A.R.T. Absolute Return Target Fund Class A should be able to achieve returns in the 5% to 7% range next year. However, should markets return to some kind of normalcy, the portfolio could return more than the above range.

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class B Arbitrage**

**Hedge Fund Industry Review**

Year 2002 saw an acceleration of the downward trend in global equity and credit markets, amid weakening world economies and geopolitical tensions. This didn't leave hedge funds unaffected and many strategies/funds ended the year down.

While the past year was mediocre in terms of hedge fund returns, it was a vintage year in terms of asset gathering for many hedge fund players. As those vehicles became more familiar to many investors, especially institutional players like insurance companies and pension funds, the allocations increased dramatically. This had several implications for A.R.T. Absolute Return Target Fund Class B:

- Returns for Arbitrage strategies came down: next to low interest rates, which already put a drag on returns, large sums of money chasing scarce opportunities pushed many inefficiencies to close, lowering returns on some strategies.

- Mainstream strategies didn't work well anymore: many "classical" hedge fund strategies, including merger arbitrage, statistical arbitrage, convertible arbitrage had poor years. Not only did inefficiencies disappear, but the relative importance of hedge funds as market players caused higher trading in markets and price dislocations. Convertible Arbitrage funds were able to post decent returns, mainly because they shifted their asset allocation from volatility trading to credit trading. The risk/reward trade off of the strategy has changed accordingly, and most of them now face important credit risk.

There are four measures the Investment Advisor took to avoid being caught in this trap:

- Invest with smaller, more nimble managers in niche strategies, where inefficiencies remain.

- Invest in some funds which are long the tails, i.e. which would perform well in a crisis environment.

- Add pure protection to the portfolio, by holding a small allocation to short sellers, benefiting from market declines

- Increase overall portfolio diversification, and reduce individual position size.

**Performance review**

The performance of A.R.T. Absolute Return Target Fund Class B has been disappointing in 2002. This counter-performance can be explained by exogenous factors and portfolio related factors:

SQO000014492

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class B Arbitrage (continued)**

*Exogenous Factors*

- A continuing bear market, coupled with sharp swings, reversals and high volatility made it difficult for Arbitrage strategies as a whole to make money. Arbitrage strategies are typically trying to capture inefficiencies, which is much easier to do in rational and benign markets.

- As stated above, institutional involvement and the amount of money flowing to hedge funds arbitraged away part of the opportunities.

As a result, the returns from Arbitrage strategies (as measured by several hedge fund indices) in 2002 was around 2% to 3%.

*Portfolio specific factors*

- The fund entered the summer with a heavy credit allocation. This was mainly due to the Investment Advisor's belief that with spreads at high levels and an stabilizing economy, this asset class should do well. Unfortunately, June and July proved that this tilt had been made too early, with credit market selling off very hard.

- A small allocation to Bristol, the fund run by Beacon Hill had a major impact in September, when the fund blew up, costing 2% of NAV. A serious due diligence had been made on the fund prior to investment. The advisor believes that such blow ups cannot be avoided all the time, but merely limited by sizing correctly positions and by limiting the number of funds with fat tails in the portfolio.

Portfolio adjustment and reshuffling after September helped turn the performance around and the fund ended the year on a strong note. The Investment Advisor thinks that the fund is well positioned to take advantage of the volatile markets in 2003.

**Asset Allocation Review**

Asset allocation has moved away from credit strategies towards fixed income relative value and macro during the course of the year. This reflected the change in the imbalances between a heavy distressed securities allocation and an almost inexistent macro/relative value weight. Accordingly, the portfolio is much better structured now, with a good diversification among uncorrelated strategies.

At the fund level, number of funds was increased and position size reduced, to limit individual position risk. Moreover, at the end of the year most funds in the portfolio fall in the following two groups:

- Small, nimble and opportunistic funds, pursuing niche strategies and running a relatively small amount of assets

- Large, established and successful groups, which have proven in the past that they were able to achieve nice returns and limit risks.

While the latter group are usually closed to new investments, the Investment Advisor was able to get allocations to some of them, further improving portfolio structure.

SQO000014493

A.R.T. - ABSOLUTE RETURN TARGET FUND

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class B Arbitrage (continued)**

**Outlook**

The Investment Advisor believes that the fund is well positioned to benefit from the markets in 2003. The fund has been structured to benefit from both a growing or weakening economy as well as from a positive or negative geopolitical outcome.

The portfolio has also been changed to avoid strategies which opportunities have been arbitraged away, and which returns are likely going to be low in the next couple of years.

Finally, to respond to irrational and volatile markets, a range of funds performing particularly well in this type of environment have been added to the portfolio.

Should market remain choppy, the A.R.T. Absolute Return Target Fund Class B should be able to achieve returns in the 5% to 7% range next year. However, should markets return to some kind of normalcy, the portfolio could return more than the above range.

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified**

**Hedge Fund Industry Review**

Arbitrage sub-portfolio

Year 2002 saw an acceleration of the downward trend in global equity and credit markets, amid weakening world economies and geopolitical tensions. This didn't leave hedge funds unaffected and many strategies/funds ended the year down.

While the past year was mediocre in terms of hedge fund returns, it was a vintage year in terms of asset gathering for many hedge fund players. As those vehicles became more familiar to many investors, especially institutional players like insurance companies and pension funds, the allocations increased dramatically. This had several implications for the Arbitrage sub-portfolio:

- Returns for Arbitrage strategies came down: next to low interest rates, which already put a drag on returns, large sums of money chasing scarce opportunities pushed many inefficiencies to close, lowering returns on some strategies.

- Mainstream strategies didn't work well anymore: many "classical" hedge fund strategies, including merger arbitrage, statistical arbitrage, convertible arbitrage had poor years. Not only did inefficiencies disappear, but the relative importance of hedge funds as market players caused higher trading in markets and price dislocations. Convertible Arbitrage funds were able to post decent returns, mainly because they shifted their asset allocation from volatility trading to credit trading. The risk/reward trade off of the strategy has changed accordingly, and most of them now face important credit risk.

There are four measures the Investment Advisor took to avoid being caught in this trap:

- Invest with smaller, more nimble managers in niche strategies, where inefficiencies remain.

- Invest in some funds which are long the tails, i.e. which would perform well in a crisis environment.

- Add pure protection to the portfolio, by holding a small allocation to short sellers, benefiting from market declines

- Increase overall portfolio diversification, and reduce individual position size.

SQO000014494

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified (continued)**

<u>Investing sub-portfolio</u>

Investing strategies had a very hard time in 2002, showing that Hedge Funds are able to protect capital in bear markets, but have difficulty achieving attractive returns. Equity strategies in particular showed very correlated to the broader market and ended the year down (as measured by the different hedge fund indices). The reasons for this bad performance are the following:

- A vast majority of L/S equity funds use fundamental analysis to pick stocks. In a bear market as the one seen last year, this investment methodology doesn't work. Markets tended to react much more to technicals and sentiments than to fundamental values. Most L/S equity managers failed to take this into account.

- Institutional investors fled equity markets during 2002, sharply reducing liquidity. Hedge fund tend to add a lot of value by trading against institutional investors, which wasn't possible in 2002. Moreover the number of hedge funds and assets in the industry increased sharply. As such, hedge funds were more and more trading against each other. Over the long run, this is a zero sum game.

The investment advisor has taken the following steps to avoid being hurt by badly performing L/S equity managers:

- Invest with managers taking a more flexible approach, being able to trade based on technicals and sentiment, next to fundamentals.

- Add managers with lower net exposure, or who are able to go net short on some occasions.

- Reduce the allocation of the portfolio to L/S equity managers as a group.

**Performance review**

<u>Arbitrage sub-portfolio</u>

The performance of the Arbitrage part of the portfolio has been disappointing in 2002. This counter-performance can be explained by exogenous factors and portfolio related factors:

*Exogenous Factors*

- A continuing bear market, coupled with sharp swings, reversals and high volatility made it difficult for Arbitrage strategies as a whole to make money. Arbitrage strategies are typically trying to capture inefficiencies, which is much easier to do in rational and benign markets.

- As stated above, institutional involvement and the amount of money flowing to hedge funds arbitraged away part of the opportunities.

As a result, the returns from Arbitrage strategies (as measured by various indices) in 2002 was around 2% to 3%.

SQO000014495

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified (continued)**

*Sub-portfolio specific factors*

- The arbitrage sub-portfolio entered the summer with a heavy credit allocation. This was mainly due to the Investment Advisor's belief that with spreads at high levels and an stabilizing economy, this asset class should do well. Unfortunately, June and July proved that this tilt had been made too early, with credit market selling off very hard.

- A small allocation to Bristol, the fund run by Beacon Hill had a major impact in September, when the fund blew up, costing 2% of NAV. A serious due diligence had been made on the fund prior to investment. The advisor believes that such blow ups cannot be avoided all the time, but merely limited by sizing correctly positions and by limiting the number of funds with fat tails in the portfolio.

Portfolio adjustment and reshuffling after September helped turn the performance around and the sub-portfolio ended the year on a strong note. The Investment Advisor thinks that the arbitrage component in the portfolio is well positioned to take advantage of the volatile markets in 2003.

Investing sub-portfolio

The performance of the Investing sub-portfolio has been in line with its stated objectives, i.e. breaking even in a bear market. The factors which affected performance are the following:

*Exogenous Factors*

- As stated above, an accelerating bear market, with high levels of volatility and sharp market reversals made it difficult for fundamental L/S equity managers to make any money in 2002.

*Sub-portfolio specific factors*

- A heavy allocation to L/S equity managers put a drag on performance in 2002. Macro and CTA strategies had an outstanding year, and those were underweighted in the portfolio.

- Among L/S equity managers in the Investing sub-portfolio, few were flexible enough to take advantage of falling markets. Most of them stuck to their investment style and remained net long throughout the year.

Portfolio adjustment and reshuffling after September helped turn the performance around and the investing sub-portfolio ended the year on a strong note as well.

**Asset Allocation Review**

Arbitrage sub-portfolio

Asset allocation has moved away from credit strategies towards fixed income relative value and macro during the course of the year. This reflected the change in the imbalances between a heavy distressed securities allocation and an almost inexistent macro/relative value weight. Accordingly, the sub-portfolio is much better structured now, with a good diversification among uncorrelated strategies.

At the sub-portfolio level, number of funds was increased and position size reduced, to limit individual position risk. Moreover, at the end of the year most funds in the sub-portfolio fall in the following two groups:

- Small, nimble and opportunistic funds, pursuing niche strategies and running a relatively small amount of assets

- Large, established and successful groups, which have proven in the past that they were able to achieve nice returns and limit risks.

SQO000014496

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

### A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified (continued)

While the latter group are usually closed to new investments, the Investment Advisor was able to get allocations to some of them, further improving arbitrage sub-portfolio structure.

<u>Investing sub-portfolio</u>

Equity strategies have been reduced in the investing sub-portfolio and macro/CTA strategies have been increased. This is a correction from imbalances in the portfolio during the first part of the year. At this point, the sub-portfolio is well structured between equities, fixed income and commodities, and has a market beta close to zero. Moreover, distribution tails are protected from any extreme environment (including a sharp sell off or a sharp bear market rally).

At the underlying sub-portfolio level, there has been more turnover than originally expected, which was due to redemptions of disappointing long/short equity managers, which were replaced by more nimble and opportunistic funds. The mortality rate in long/short equity funds has been very high and this type of turnover is expected to continue as long as the market behaves in such a hectic way.

**Outlook**

The Investment Advisor believes that the fund is well positioned to benefit from the markets in 2003. The fund has been structured to benefit from both a growing or weakening economy as well as from a positive or negative geopolitical outcome.

The portfolio has also been changed to avoid strategies which opportunities have been arbitraged away, and which returns are likely going to be low in the next couple of years.

Finally, to respond to irrational and volatile markets, a range of funds performing particularly well in this type of environment have been added to the portfolio.

Should market remain choppy, A.R.T. Absolute Return Target Fund Class C should be able to achieve returns in the 5% to 7% range next year. However, should markets return to some kind of normalcy, the portfolio could return more than the above range.

Since the close of the fiscal year, any significant development has been included in the documents presented to the Shareholders.

In reference to the foreseeable developments of the Company, we shall continue, as in the past, to ensure that the Company's business grows in a satisfactory manner while being aware of the opportunities which may arise.

April 11, 2003
A.R.T. - ABSOLUTE RETURN TARGET FUND
FUND OF FUNDS

\* Indications and comparisons are historical and are not necessarily an indication of future results.

SQO000014497

A.R.T. - ABSOLUTE RETURN TARGET FUND

# AUDITOR'S REPORT

To the shareholders of
A.R.T. - ABSOLUTE RETURN TARGET FUND
(Société d'Investissement à Capital Variable):

We have audited the financial statements, which consist of the statement of net assets, the statement of changes in net assets, the statement of investments in securities and other net assets and the notes to the financial statements of A.R.T. - ABSOLUTE RETURN TARGET FUND (Société d'Investissement à Capital Variable) and each of its Sub-Funds for the year ended December 31, 2002. These financial statements are the responsibility of the Board of Directors of the SICAV. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with International Standards on Auditing. Those Standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by the Board of Directors of the SICAV in preparing the financial statements, as well as evaluating the overall financial statements' presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the attached financial statements described above give, in conformity with the Luxembourg legal and regulatory requirements, a true and fair view of the financial position of A.R.T. - ABSOLUTE RETURN TARGET FUND (Société d'Investissement à Capital Variable) and each of its Sub-Funds at December 31, 2002 and the results of its operations and changes in its net assets for the year then ended.

As discussed in Note 2c, being a "fund of funds", the financial statements of A.R.T. - ABSOLUTE RETURN TARGET FUND include investments in funds and investments in partnerships valued at December 31, 2002 at USD 90,462,356.08 (100.00% of investments) whose values have been determined under the responsibility of the Board of Directors based on valuations communicated by these other funds and partnerships in the absence of readily ascertainable market values obtainable from independent sources. We have reviewed the procedures used by the Board of Directors in arriving at their estimate of value of such investments and have inspected the underlying documentation, and in the circumstances we believe the procedures are reasonable and the documentation appropriate.

Supplementary information included in the annual report (such as the report on the activities of the Fund, the statements of statistical information, the statements of geographical and economic classifications of the investment in securities and the statements of changes in the number of shares, of net assets and of net asset value per share) has been reviewed in the context of our mandate but has not been subject to specific audit procedures carried out in accordance with the standards described above. Consequently, we express no opinion on such information. We have no observations to make concerning such information in the context of the financial statements taken as a whole.

ERNST & YOUNG
Société Anonyme
Independent Auditors

Bernard LHOEST

Luxembourg
April 11, 2003

SQO000014498

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## COMBINED STATEMENT OF NET ASSETS
### December 31, 2002
### (in USD)

**ASSETS**

| | | |
|---|---|---:|
| Portfolio: | (note 2) | |
| - Cost | | 87,451,182.65 |
| - Net unrealised result | | 3,011,173.43 |
| | | **90,462,356.08** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 567,937.34 |
| - Equalization amounts receivable | (note 6) | 139,329.59 |
| - Formation/reorganisation expenses, net | (note 2) | 18,505.41 |
| | | **91,188,128.42** |

**LIABILITIES**

| | | |
|---|---|---:|
| Bank overdraft: | (note 7) | |
| - Cash at sight | | 17,599,383.67 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 322,448.41 |
| - Sundry creditors | (note 8) | 881,274.67 |
| | | **18,803,106.75** |
| | | |
| **NET ASSETS** | | **72,385,021.67** |

The notes are an integral part of these financial statements

SQO000014499

A.R.T. - ABSOLUTE RETURN TARGET FUND

## COMBINED STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 2002
(in USD)

**INCOME**

| | | |
|---|---|---|
| Commissions on redemption of shares | | 8.17 |
| | | **8.17** |

**EXPENSES**

| | | |
|---|---|---|
| Bank interest, net | | 139,663.98 |
| | | |
| Fees: | | |
| - Investment advisory fee | (note 4) | 795,448.39 |
| - Custodian fee and safekeeping charges | | 224,451.02 |
| | | |
| Other expenses: | | |
| - Annual tax | (note 5) | 25,618.10 |
| - Amortisation of formation/reorganisation expenses | (note 2) | 4,476.00 |
| - Audit and legal fees | | 25,239.00 |
| - Printing and publishing fees | | 1,833.84 |
| - Administration and other expenses | | 14,725.64 |
| | | **1,231,455.97** |

| | | |
|---|---|---|
| **NET RESULT ON INVESTMENTS** | | **(1,231,447.80)** |
| | | |
| Net realised result on: | | |
| - Sales of investments | (note 2) | 871,282.05 |
| | | |
| **NET REALISED RESULT** | | **(360,165.75)** |
| | | |
| Change in net unrealised appreciation/(depreciation) on: | | |
| - Investments | | 109,067.15 |
| | | |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | | **(251,098.60)** |

The notes are an integral part of these financial statements

SQO000014500

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS A DIVERSIFIED

---

## STATEMENT OF NET ASSETS
### December 31, 2002
### (in USD)

**ASSETS**

| | | |
|---|---|--:|
| Portfolio: | (note 2) | |
| - Cost | | 26,007,068.86 |
| - Net unrealised result | | 831,388.16 |
| | | **26,838,457.02** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 252,507.31 |
| - Equalization amounts receivable | (note 6) | 29,691.07 |
| - Formation/reorganisation expenses, net | (note 2) | 5,966.11 |
| | | **27,126,621.51** |

**LIABILITIES**

| | | |
|---|---|--:|
| Bankoverdraft: | | |
| - Cash at sight | (note 7) | 5,012,636.24 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 30,916.33 |
| - Sundry creditors | (note 8) | 134,298.30 |
| | | **5,177,850.87** |
| | | |
| **NET ASSETS** | | **21,948,770.64** |
| | | |
| **Net asset value per share** | | **105,726.75** |
| **Shares outstanding** | | **207.59903** |

---

The notes are an integral part of these financial statements

SQO000014501

A.R.T. - ABSOLUTE RETURN TARGET FUND                            CLASS A DIVERSIFIED

---

## STATEMENT OF CHANGES IN NET ASSETS
### Year ended December 31, 2002
### (in USD)

| | | |
|---|---|---:|
| **NET ASSETS AT THE BEGINNING OF THE YEAR** | | **21,412,487.89** |
| **INCOME** | | |
| Commissions on redemption of shares | | 3.10 |
| | | **3.10** |
| **EXPENSES** | | |
| Bank interest, net | | 50,080.88 |
| Fees: | | |
| - Custodian fee and safekeeping charges | | 72,035.89 |
| Other expenses: | | |
| - Annual tax | (note 5) | 2,160.94 |
| - Amortisation of formation/reorganisation expenses | (note 2) | 1,546.00 |
| - Audit and legal fees | | 7,393.59 |
| - Printing and publishing fees | | 638.71 |
| - Administration and other expenses | | 4,623.35 |
| | | **138,479.36** |
| **NET RESULT ON INVESTMENTS** | | **(138,476.26)** |
| Net realised result on: | | |
| - Sales of investments | (note 2) | 147,083.30 |
| **NET REALISED RESULT** | | **8,607.04** |
| Change in net unrealised appreciation/(depreciation) on: | | |
| - Investments | | (46,973.91) |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | | **(38,366.87)** |
| **MOVEMENTS IN CAPITAL** | | |
| Subscriptions of shares | | 1,149,999.20 |
| Redemptions of shares | | (575,349.58) |
| | | **574,649.62** |
| **NET ASSETS AT THE END OF THE YEAR** | | **21,948,770.64** |

The notes are an integral part of these financial statements

SQO000014502

A.R.T. - ABSOLUTE RETURN TARGET FUND                              CLASS A DIVERSIFIED

## STATISTICAL INFORMATION
Year ended December 31, 2002

**SHARES**

| | |
|---|---:|
| Shares outstanding at the beginning of the year | 202.23134 |
| Subscriptions of shares | 10.94969 |
| Redemptions of shares | (5.58200) |
| **Shares outstanding at the end of the year** | **207.59903** |

**NET ASSET VALUE PER SHARE**                                       USD

| | |
|---|---:|
| Highest | 107,375.43 |
| | (05.31.02) |
| Lowest | 102,642.93 |
| | (10.31.02) |
| At the end of the year | 105,726.75 |

SQO000014503

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS A DIVERSIFIED

## CHANGES IN THE NUMBER OF SHARES,
## OF NET ASSETS AND
## OF NET ASSET VALUE PER SHARE

| Date | Number of shares outstanding | Net assets (in USD) | Net asset value per share (in USD) |
|---|---|---|---|
| * 12.27.00 | 161.20000 | 16,120,000.00 | 100,000.00 |
| 12.31.01 | 202.23134 | 21,412,487.89 | 105,881.16 |
| 12.31.02 | 207.59903 | 21,948,770.64 | 105,726.75 |

* first valuation

23

SQO000014504

A.R.T. - ABSOLUTE RETURN TARGET FUND                                      CLASS B ARBITRAGE

---

## STATEMENT OF NET ASSETS
December 31, 2002
(in USD)

**ASSETS**

| | | |
|---|---|---:|
| Portfolio: | (note 2) | |
| - Cost | | 43,975,095.34 |
| - Net unrealised result | | 1,621,439.95 |
| | | **45,596,535.29** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 145,786.08 |
| - Equalization amounts receivable | (note 6) | 89,699.77 |
| - Formation/reorganisation expenses, net | (note 2) | 8,249.02 |
| | | **45,840,270.16** |

**LIABILITIES**

| | | |
|---|---|---:|
| Bank overdraft: | | |
| - Cash at sight | (note 7) | 9,219,817.81 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 204,951.60 |
| - Sundry creditors | (note 8) | 656,808.47 |
| | | **10,081,577.88** |

| | | |
|---|---|---:|
| **NET ASSETS** | | **35,758,692.28** |
| | | |
| **Net asset value per share** | | **108,921.84** |
| **Shares outstanding** | | **328.29682** |

The notes are an integral part of these financial statements

24

SQO000014505

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS B ARBITRAGE

---

## STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 2002
(in USD)

| | | |
|---|---|---:|
| **NET ASSETS AT THE BEGINNING OF THE YEAR** | | **19,390,958.09** |
| **INCOME** | | |
| Commissions on redemptions of shares | | 2.94 |
| | | **2.94** |
| **EXPENSES** | | |
| Bank interest, net | | 49,014.36 |
| Fees: | | |
| - Investment advisory fee | (note 4) | 522,418.00 |
| - Custodian fee and safekeeping charges | | 100,103.38 |
| Other expenses: | | |
| - Annual tax | (note 5) | 15,668.01 |
| - Amortisation of formation/reorganisation expenses | (note 2) | 1,720.00 |
| - Audit and legal fees | | 14,969.65 |
| - Printing and publishing fees | | 623.63 |
| - Administration and other expenses | | 6,083.89 |
| | | **710,600.92** |
| **NET RESULT ON INVESTMENTS** | | **(710,597.98)** |
| Net realised result on: | | |
| - Sales of investments | (note 2) | 775,736.97 |
| **NET REALISED RESULT** | | **65,138.99** |
| Change in net unrealised appreciation/(depreciation) on: | | |
| - Investments | | 48,142.37 |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | | **113,281.36** |
| **MOVEMENTS IN CAPITAL** | | |
| Subscriptions of shares | | 16,410,871.47 |
| Redemptions of shares | | (156,418.64) |
| | | **16,254,452.83** |
| **NET ASSETS AT THE END OF THE YEAR** | | **35,758,692.28** |

The notes are an integral part of these financial statements

SQO000014506

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS B ARBITRAGE

---

## STATISTICAL INFORMATION
### Year ended December 31, 2002

**SHARES**

| | |
|---|---|
| Shares outstanding at the beginning of the year | 179.14900 |
| Subscriptions of shares | 150.58353 |
| Redemptions of shares | (1.43571) |
| **Shares outstanding at the end of the year** | **328.29682** |

**NET ASSET VALUE PER SHARE**                                   USD

| | |
|---|---|
| Highest | 110,522.20 |
| | (05.31.02) |
| Lowest | 106,905.51 |
| | (10.31.02) |
| At the end of the year | 108,921.84 |

26

SQO000014507

A.R.T. - ABSOLUTE RETURN TARGET FUND                                      CLASS B ARBITRAGE

## CHANGES IN THE NUMBER OF SHARES,
## OF NET ASSETS AND
## OF NET ASSET VALUE PER SHARE

| Date | Number of shares outstanding | Net assets (in USD) | Net asset value Per share (in USD) |
|---|---|---|---|
| * 12.27.00 | 115.00000 | 11,500,000.00 | 100,000.00 |
| 12.31.01 | 179.14900 | 19,390,958.09 | 108,239.28 |
| 12.31.02 | 328.29682 | 35,758,692.28 | 108,921.84 |

* first valuation

27

SQO000014508

A.R.T. - ABSOLUTE RETURN TARGET FUND                                CLASS C DIVERSIFIED

---

## STATEMENT OF NET ASSETS
December 31, 2002
(in USD)

**ASSETS**

| | | |
|---|---|---|
| Portfolio: | (note 2) | |
| - Cost | | 17,469,018.45 |
| - Net unrealised result | | 558,345.32 |
| | | **18,027,363.77** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 169,643.95 |
| - Equalization amounts receivable | (note 6) | 19,938.75 |
| - Formation/reorganisation expenses, net | (note 2) | 4,290.28 |
| | | **18,221,236.75** |

**LIABILITIES**

| | | |
|---|---|---|
| Bank overdraft: | | |
| - Cash at sight | (note 7) | 3,366,929.62 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 86,580.48 |
| - Sundry creditors | (note 8) | 90,167.90 |
| | | **3,543,678.00** |

| | | |
|---|---|---|
| **NET ASSETS** | | **14,677,558.75** |
| | | |
| **Net asset value per share** | | **100,558.38** |
| **Shares outstanding** | | **145.96058** |

The notes are an integral part of these financial statements

SQO000014509

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS C DIVERSIFIED

---

## STATEMENT OF CHANGES IN NET ASSETS
### Year ended December 31, 2002
### (in USD)

| | | |
|---|---|---:|
| **NET ASSETS AT THE BEGINNING OF THE YEAR** | | **17,584,686.19** |
| **INCOME** | | |
| Commission on redemption of shares | | 2.13 |
| | | **2.13** |
| **EXPENSES** | | |
| Bank interest, net | | 40,568.74 |
| Fees: | | |
| - Investment advisory fee | (note 4) | 273,030.39 |
| - Custodian fee and safekeeping charges | | 52,311.75 |
| Other expenses: | | |
| - Annual tax | (note 5) | 7,789.15 |
| - Amortisation of formation/reorganisation expenses | (note 2) | 1,210.00 |
| - Audit and legal fees | | 2,875.76 |
| - Printing and publishing fees | | 571.50 |
| - Administration and other expenses | | 4,018.40 |
| | | **382,375.69** |
| **NET RESULT ON INVESTMENTS** | | **(382,373.56)** |
| Net realised result on: | | |
| - Sales of investments | (note 2) | (51,538.22) |
| **NET REALISED RESULT** | | **(433,911.78)** |
| Change in net unrealised appreciation/(depreciation) on: | | |
| - Investments | | 107,898.69 |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | | **(326,013.09)** |
| **MOVEMENTS IN CAPITAL** | | |
| Subscriptions of shares | | 348,741.93 |
| Redemptions of shares | | (2,929,856.28) |
| | | **(2,581,114.35)** |
| **NET ASSETS AT THE END OF THE YEAR** | | **14,677,558.75** |

The notes are an integral part of these financial statements

SQO000014510

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS C DIVERSIFIED

---

## STATISTICAL INFORMATION
Year ended December 31, 2002

**SHARES**

| | |
|---|---|
| Shares outstanding at the beginning of the year | 171.30406 |
| Subscriptions of shares | 3.42971 |
| Redemptions of shares | (28.77319) |
| **Shares outstanding at the end of the year** | **145.96058** |

**NET ASSET VALUE PER SHARE**                    USD

| | |
|---|---|
| Highest | 103,024.16 |
| | (05.31.02) |
| Lowest | 97,877.06 |
| | (10.31.02) |
| At the end of the year | 100,558.38 |

30

SQO000014511

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS C DIVERSIFIED

### CHANGES IN THE NUMBER OF SHARES,
### OF NET ASSETS AND
### OF NET ASSET VALUE PER SHARE

| Date | Number of shares outstanding | Net assets (in USD) | Net asset value per share (in USD) |
|---|---|---|---|
| * 12.27.00 | 40.00000 | 4,000,000.00 | 100,000.00 |
| 12.31.01 | 171.30406 | 17,584,686.19 | 102,651.89 |
| 12.31.02 | 145.96058 | 14,677,558.75 | 100,558.38 |

* first valuation

31

SQO000014512

A.R.T. - ABSOLUTE RETURN TARGET FUND

# NOTES TO THE FINANCIAL STATEMENTS
December 31, 2002

## NOTE 1 - GENERAL

ABSOLUTE RETURN TARGET FUND (The "Fund") is a Luxembourg incorporated investment company with variable capital (société d'investissement à capital variable) which was set up for an unlimited duration in Luxembourg in the form of a public limited company (société anonyme) on December 20, 2000, in accordance with the provisions of Part II of the law of March 30, 1988 on undertakings for collective investment and the law of August 10, 1915 on commercial companies.

The Articles of Incorporation were published in the Mémorial C, Recueil spécial des Sociétés et Associations (the «Mémorial») on January 29, 2001.

The Fund is registered at the Luxembourg Register of Commerce under the number B 79 444.

The Fund created under the co-sponsorship of Partners Advisers S.A. and Trendtrust S.A., invests mainly as a "Fund of Funds" in Hedge Funds.

The Fund's main objective is to achieve medium and long-term growth of its assets with a risk-adjusted performance better than the market and while protecting the invested capital. The Fund pursues its objective by investing most of its assets in securities of other open-ended undertakings for collective investment ("UCI"), namely, mutual funds ("fonds commun de placement") or investment companies, using non conventional or alternative asset management strategies.

The Fund's capital and the net assets of all the Sub-Funds are expressed in Dollars ("USD").

The Fund offers investors, within the same investment vehicle, a choice between several Sub-Funds (the "Sub-Funds"). The Board of Directors of the Fund may, at any time, decide the creation of further Sub-Funds.

To ensure effective management, the Board of Directors may decide to manage all or part of the assets of one or more Sub-Funds with other Sub-Funds in the Fund (technique of pooling) or to co-manage all or part of the assets, except for a cash reserve, if necessary, of one or more Sub-Funds in A.R.T. ABSOLUTE RETURN TARGET FUND with assets of other Luxembourg investment funds or of one or more sub-funds of other Luxembourg investment funds (hereinafter called "Party(ies) to co-managed assets") for which the Fund's Custodian was appointed the custodian bank. These assets will be managed in accordance with the respective investment policy of the Parties to co-managed assets, each of which pursuing identical or comparable objectives. Parties to co-managed assets will only participate in co-managed assets as stipulated in their respective Prospectus and in accordance with their respective investment restrictions.

Each Party to co-managed assets will participate in co-managed assets in proportion to the assets contributed thereto by it. Assets will be allocated to each Party to co-managed assets in proportion to its contribution to co-managed assets. The entitlements of each Party to co-managed assets apply to each line of investment in the aforesaid co-managed assets.

The aforementioned co-managed assets will be formed by the transfer of cash or, if necessary, other assets from each Party participating in the co-managed assets. Thereafter, the Board of Directors may regularly make subsequent transfers to co-managed assets. The assets can also be transferred back to a Party to co-managed assets for an amount not exceeding the participation of the said Party to co-managed assets.

Dividends, interest and other distributions deriving from income generated by co-managed assets will accrue to the Parties to co-managed assets in proportion to their respective investments. Such income may be kept by the Party to co-managed assets or reinvested in the co-managed assets.

All charges and expenses incurred in respect of co-managed assets will be applied to these assets. Such charges and expenses will be allocated to each Party to co-managed assets in proportion to its respective entitlement in the co-managed assets.

As at 31 December 2002, the Sub-Funds invest in two pools; Arbitrage and Investing as referenced in the statements of securities in each Sub-Fund.

SQO000014513

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## NOTE 1 - GENERAL (continued)

The Sub-Funds foreseen in the prospectus are the following:

- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS A Diversified
- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS B Arbitrage
- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS C Diversified
- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS D Investing

As at December 31, 2002, the following Sub-Funds are available to investors:

- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class A Diversified ("Class A Diversified") is a Sub-Fund reserved to clients under discretionary management mandate by Trendtrust S.A.. This Sub-Fund pursues an investment policy diversified among arbitrage and investing strategies
- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class B Arbitrage ("Class B Arbitrage") is a Sub-Fund opened to all investors. This Sub-Fund pursues an investment policy that primarily focuses on arbitrage strategies.
- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class C Diversified ("Class C Diversified") is a Sub-Fund opened to all investors. This Sub-Fund pursues an investment policy diversified among arbitrage and investing strategies.

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The Fund prepares its combined financial statements and those of each Sub-Fund in conformity with legal and regulatory requirements in Luxembourg. The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities during the reporting period. Actual results could differ from those estimates. The significant accounting policies used by the Fund are as follows:

a)  *Combined financial statements*

The combined statement of net assets and statement of changes in net assets are expressed in Dollars (USD).

Combined statements are obtained by the arithmetic sum of the financial statements of each individual Sub-Fund on a line by line basis.

b)  *Valuation of investments in securities*

Securities listed or traded on an official Stock Exchange or any other regulated market operating regularly, recognized and open to the public are valued on the basis of the last quotation known in Luxembourg on the Valuation Date and, if this security is traded on several markets, on the basis of the last price known on the market considered to be the main market for trading this security. If the last known price is not representative, the valuation is based on the probable realization value estimated by the Directors with prudence and in good faith.
Securities not listed or traded on a Stock Exchange or any other regulated market, operating regularly, recognized by and open to the public are assessed on the basis of the probable realization value estimated with prudence and in good faith, as determined by the Directors in accordance with recognized accounting and financial principles, using latest dealing prices, valuations from reliable sources, asset values and other relevant factors.

c)  *Valuation of investments in investment funds and partnerships*

Investments in investment funds and partnerships are valued at their latest official net assets values or at their latest unofficial net asset values (i.e. which are not generally used for the purposes of subscription and redemption of shares of the target funds) as provided by the relevant administrators if more recent than their official net asset values and for which the Administrative Agent has sufficient assurance that the valuation method used by the relevant administrator for said unofficial net asset values is coherent as compared to the official one. The Directors estimate that this valuation method most fairly presents the amount which would be realizable had the investment been sold as of the date of the computation of the net asset value. Because of the inherent uncertainty related to valuation and assessment of credit risks, the carrying value of these investments may differ from the values retained that would have been used had a ready market existed for these investments .

SQO000014514

A.R.T. - ABSOLUTE RETURN TARGET FUND

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

If events have occurred which may have resulted in a material change of the net asset value of such shares or units in other UCI or partnerships since the day on which the latest official net asset value was calculated, the value of such shares or units may be adjusted in order to reflect, in the reasonable opinion of the Directors, such change of value.

For the purpose of determining the value of the Fund's assets, the Administrative Agent relies upon information received from various professional pricing sources (including fund administrators and brokers). In the absence of manifest error and having due regards to the standard of care and due diligence in this respect the Administrative Agent is not responsible for the accuracy of the valuations provided by such pricing sources.

In circumstances where one or more pricing sources fails to provide valuations for an important part of the assets to the Administrative Agent, the latter is authorized not to calculate a net asset value and as a result may be unable to determine subscription and redemption prices. The Directors shall be informed immediately by the Administrative Agent should this situation arise. The Directors may then decide to suspend the net asset value calculation, in accordance with the procedures set out in the section entitled "Suspension of the Calculation of Net Asset Value, and of the Issue, Repurchase and Conversion of Shares" of the prospectus.

d)  *Valuation of swaps*

Swaps are valued at fair value based on the last available closing data used to compute the mark-to-market valuation of the swaps.

e)  *Net realised gain or loss on sales of investments*

Realised gains or losses on sales of investments are calculated on the basis of average cost of the investments sold.

f)  *Conversion of foreign currencies*

The accounting records and the financial statements of each Sub-Fund are expressed in Dollard (USD). Bank accounts, other net assets and market value of the investments in securities in currencies other than USD are converted into USD at the exchange rates prevailing on the date of the balance sheet. Income and expenses in currencies other than USD are converted into USD at the rate of exchange prevailing at payment date.

g)  *Cost of investments in securities*

Cost of investments in securities in currencies other than USD is converted into USD at the exchange rate applicable at purchase date.

h)  *Formation expenses*

Formation expenses are amortised on a straight line basis over a period of 5 years.

If a new Sub-Fund is created in the future, the upfront costs for the Sub-Fund will be borne by the Sub-Fund exclusively and will be amortized over a period of 5 years with effect from the launch date of the said Sub-Fund.

i)  *Income recognition*

Dividends are taken into account on the date upon which the relevant investments are first listed as ex-dividend. Interest income is accrued on a daily basis. Income is recorded net of withholding tax, if any.

SQO000014515

A.R.T. - ABSOLUTE RETURN TARGET FUND

## NOTE 3 - ISSUE, CONVERSION AND REPURCHASE OF THE FUND'S SHARES

Shares in the Sub-Funds of A.R.T. - ABSOLUTE RETURN TARGET FUND may be subscribed at any Valuation Date, ie the last calendar day of each month. However, considering the delay for the reception of the NAVs of the target funds, the NAV of the Fund is calculated within 21 calendar days of the following month.

During and after the initial offering period, the subscription price per share is equal to the Net Asset Value per Share on the relevant Valuation Day increased by a subscription fee in favour of the Principal Distributor up to a maximum of 4%.

Shares are redeemable on the first Valuation Date of each quarter and for the first time on March 31, 2001.

Shares in the Sub-Funds of A.R.T. - ABSOLUTE RETURN TARGET FUND are repurchased at a price corresponding to the Net Asset Value per Share. In addition, a redemption fee of up to 2% of the net asset value of the shares redeemed may be applied, or may be waived in whole or in part at the discretion of the Board of Directors. The redemption fee (if any) is paid for the redeemed Sub-Fund in order to compensate the fees required by underlying invested funds. The same percentage of redemption fee is applicable to all redemption requests received for a specific Redemption Date.

The Board of Directors may cause the Fund to redeem shares by payment of the redemption price of the price in cash.

Shares of one Sub-Fund may be converted into shares of another Sub-Fund if the applicants do comply with the eligibility criterias of the said target class.

Such conversion is accepted upon request at a price corresponding to the net asset value per share of the relevant Sub-Fund without conversion fee.

## NOTE 4 - INVESTMENT ADVISER'S, PRINCIPAL DISTRIBUTOR'S AND PERFORMANCE FEES

Under the terms of an agreement dated December 27, 2000, TT PARTNERS LTD was appointed Investment Adviser and Principal Distributor (i) to assist and advise the Fund in the daily management of its portfolio, (ii) to provide the Fund, on an ancillary basis with assistance in the selection of one or several selling agents or business intermediaries and to provide such intermediaries as well as investors with general information relative to economic and financial developments as well as trends that might affect shareholder investments in the Sub-Funds, as well as all other information or assistance required by shareholders in direct relation with their investments in the Sub-Funds.

The Investment Adviser and Principal Distributor is paid by the Fund, for each Sub-Fund, a fee of maximum of 1.75% p.a. as detailed below paid on a quarterly basis and calculated on the average net asset value of each Sub-Fund determined on each Valuation Date, in each quarter during the continuance of the Investment Advisory and Principal Distributor Agreement.

The Investment Adviser is also entitled to a performance fee payable annually and calculated on a "High Water Mark" basis (i.e. the High Water Mark being the highest NAV as at the end of a financial year for which a Performance Fee has been paid). The Performance Fee payable is 10% of the outperformance of the Net Asset Value of the Fund over an annual benchmark of 6%. For the year ended 31 December 2002, no performance fee was due.

Such Performance Fee is accrued on each valuation date and payable within ten days after the approval of the audited annual report by the General Meeting of Shareholders.

Performance fee on redeemed shares is paid systematically.

SQO000014516

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## NOTE 4 - INVESTMENT ADVISER'S, PRINCIPAL DISTRIBUTOR'S AND PERFORMANCE FEES (continued)

At the end of the year, in the case of a negative provision, said provision is reported on the following year.

| Name of the Sub-Fund | Advisory Fee applicable | Performance fee applicable |
|---|---|---|
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS A Diversified | none | none |
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS B Arbitrage | 1.75 % | none |
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS C Diversified | 1.75 % | Yes see text above |
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS D Investing | 1.75 % | Yes see text above |

These fees have been determined by the Board of Directors taking into consideration that, for the clients under discretionary management by Trendtrust S.A. a separate agreement already foresee fees to be paid by the investors in the Fund.

## NOTE 5 - ANNUAL TAX

Under the prevailing laws and regulations, the fund is subject in Luxembourg to a tax at the annual rate of 0.05%, payable quarterly and calculated on the basis of its net assets at the end of each quarter.

For the portion of the assets of the Fund invested in other UCIs which are established in Luxembourg, no such tax is payable.

For the Sub-Fund exclusively reserved to Institutional Investors, a tax of 0.01% per annum is applicable.

## NOTE 6 - EQUALIZATION

When investments are made during the course of a period in certain mutual funds, certain adjustments ("equalization amounts") to the amount paid for the purchase of the investments are necessary, so that the performance fee paid by those investments to their investment adviser is charged only to those investments which have appreciated in value since their acquisition. Equalization amounts outstanding are refunded to the Fund in the form of additional shares at the period end net asset value of those investments.

## NOTE 7 - BANK OVERDRAFT

The debit situation in certain account statements as at 31 December 2002 is not only related to leverage being used by the fund manager but is largely the technical consequence of a gap between the value date applied to the proceeds of redemptions in investments and the payments made by the fund manager as a result of having invested, before month-end, the proceeds of redemptions in third party funds.

## NOTE 8 - SUNDRY CREDITORS

This account shows a payable amount in relation with an outstanding redemption of one investment, paid but not yet settled for an amount of USD 781,275.71 and with an outstanding subscription in the Fund, paid, but not yet settled for an amount of USD 99,998.96.

## NOTE 9 - CHANGES IN THE SECURITIES PORTFOLIO

A copy of the changes in the securities portfolio for the year ended December 31, 2002 is available free of charge at the Registered Office of the Fund.

SQO000014517

A.R.T. - ABSOLUTE RETURN TARGET FUND

## NOTE 10 - DIRECTORS' INTERESTS

The following directors are also directors of the following Funds'shares held in the portfolio as at December 31, 2002:

| Directors | | Securities |
|---|---|---|
| Luc Estenne | Director of TT Partners Ltd and Partners Advisers S.A. | Square One Fund Ltd |

## NOTE 11 - SUBSEQUENT EVENTS

From January 30, 2003 the following Sub-fund is available to investors:

- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class D Investing ("Class D Investing") is a Sub-Fund opened to all investors. This Sub-Fund pursues an investment policy that primarily focuses on investing strategies.

SQO000014518

# **Exhibit 6**

# A.R.T. - ABSOLUTE RETURN TARGET FUND

**Société d'Investissement à Capital Variable**

**AUDITED**
**ANNUAL REPORT AS AT**
**DECEMBER 31, 2002**

Subscriptions cannot be received on the basis of financial reports. Subscriptions are valid only if made
on the basis of the current prospectus, supplemented by the last annual report and
the most recent semi-annual report if published thereafter.

**CONFIDENTIAL**

A.R.T. - ABSOLUTE RETURN TARGET FUND

# TABLE OF CONTENTS

DIRECTORS AND ADMINISTRATION ............................................................................................................ 5

INFORMATION TO THE SHAREHOLDERS ............................................................................................... 7

NET ASSET VALUE PER SHARE ................................................................................................................. 7

REPORT ON THE ACTIVITIES OF THE FUND ........................................................................................ 8

AUDITOR'S REPORT ...................................................................................................................................... 17

COMBINED STATEMENT OF NET ASSETS ........................................................................................... 18

COMBINED STATEMENT OF CHANGES IN NET ASSETS ................................................................ 19

CLASS A DIVERSIFIED ................................................................................................................................ 20
    STATEMENT OF NET ASSETS .............................................................................................................. 20
    STATEMENT OF CHANGES IN NET ASSETS .................................................................................... 21
    STATISTICAL INFORMATION ............................................................................................................... 22
    CHANGES IN THE NUMBER OF SHARES, OF NET ASSETS AND OF NET ASSET VALUE PER SHARE ............ 23
    STATEMENT OF INVESTMENTS IN SECURITIES AND OTHER NET ASSETS .......................... 24
    GEOGRAPHICAL CLASSIFICATION OF THE INVESTMENTS IN SECURITIES ........................ 28
    ECONOMIC CLASSIFICATION OF THE INVESTMENTS IN SECURITIES ................................. 29

CLASS B ARBITRAGE ................................................................................................................................... 30
    STATEMENT OF NET ASSETS .............................................................................................................. 30
    STATEMENT OF CHANGES IN NET ASSETS .................................................................................... 31
    STATISTICAL INFORMATION ............................................................................................................... 32
    CHANGES IN THE NUMBER OF SHARES, OF NET ASSETS AND OF NET ASSET VALUE PER SHARE ............ 33
    STATEMENT OF INVESTMENTS IN SECURITIES AND OTHER NET ASSETS .......................... 34
    GEOGRAPHICAL CLASSIFICATION OF THE INVESTMENTS IN SECURITIES ........................ 37
    ECONOMIC CLASSIFICATION OF THE INVESTMENTS IN SECURITIES ................................. 38

CLASS C DIVERSIFIED ................................................................................................................................ 39
    STATEMENT OF NET ASSETS .............................................................................................................. 39
    STATEMENT OF CHANGES IN NET ASSETS .................................................................................... 40
    STATISTICAL INFORMATION ............................................................................................................... 41
    CHANGES IN THE NUMBER OF SHARES, OF NET ASSETS AND OF NET ASSET VALUE PER SHARE ............ 42
    STATEMENT OF INVESTMENTS IN SECURITIES AND OTHER NET ASSETS .......................... 43
    GEOGRAPHICAL CLASSIFICATION OF THE INVESTMENTS IN SECURITIES ........................ 47
    ECONOMIC CLASSIFICATION OF THE INVESTMENTS IN SECURITIES ................................. 48

NOTES TO THE FINANCIAL STATEMENTS ........................................................................................... 49
    NOTE 1  - GENERAL ................................................................................................................................. 49
    NOTE 2  - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES ............................................. 50
    NOTE 3  - ISSUE, CONVERSION AND REPURCHASE OF THE FUND'S SHARES ...................... 52
    NOTE 4  - INVESTMENT ADVISER'S, PRINCIPAL DISTRIBUTOR'S AND PERFORMANCE FEES ...... 52
    NOTE 5  - ANNUAL TAX ......................................................................................................................... 53
    NOTE 6  - EQUALIZATION ..................................................................................................................... 53
    NOTE 7  - BANK OVERDRAFT .............................................................................................................. 53
    NOTE 8  - SUNDRY CREDITORS ........................................................................................................... 53
    NOTE 9  - CHANGES IN THE SECURITIES PORTFOLIO ................................................................. 53
    NOTE 10 - DIRECTORS' INTERESTS .................................................................................................... 54
    NOTE 11 - SUBSEQUENT EVENTS ....................................................................................................... 54

CONFIDENTIAL

SQO000005220

A.R.T. - ABSOLUTE RETURN TARGET FUND

# DIRECTORS AND ADMINISTRATION

**BOARD OF DIRECTORS**

**CHAIRMAN**
Mr Luc Estenne
Director of Partners Advisers S.A.
Geneva, Switzerland

**DIRECTORS**
Mr Hugues Janssens van der Maelen
Director of Trendtrust S.A.
Geneva, Switzerland

Mr Andrea Manghi
Director of Trendtrust S.A.
Geneva, Switzerland

Mr Peter H. Fletcher (until June 24, 2002)
Geneva, Switzerland

Mr Edward de Burlet
Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr Geoffroy Linard de Guertechin
Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr Benoît de Hults
Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr Serge Muller
Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr Guy Verhoustraeten
Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

**INVESTMENT ADVISER**
**AND PRINCIPAL**
**DISTRIBUTOR**
TT PARTNERS LTD
The Huntlaw Building
75 Fort Street
P.O. Box 1350 George Town
Grand Cayman, Cayman Islands

**CUSTODIAN BANK,**
**REGISTRAR AND TRANSFER**
**AGENT, DOMICILIARY,**
**ADMINISTRATIVE, PAYING**
**AND LISTING AGENT**
Banque Privée Edmond de Rothschild Luxembourg
20, Boulevard Emmanuel Servais
L-2535 Luxembourg

**AUDITORS**
ERNST & YOUNG S.A.
6 rue Jean Monnet
L-2180 Luxembourg

5

A.R.T. - ABSOLUTE RETURN TARGET FUND

# DIRECTORS AND ADMINISTRATION (continued)

**REGISTERED OFFICE**       Banque Privée Edmond de Rothschild Luxembourg
20, Boulevard Emmanuel Servais
L-2535 Luxembourg

**CO-SPONSORS**       PARTNERS ADVISERS S.A.
12 rue François Bonivard
CH-1201 GENEVA

TRENDTRUST S.A.
3 rue du Mont-Blanc
CH-1201 GENEVA

CONFIDENTIAL          SQO000005222

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## INFORMATION TO THE SHAREHOLDERS

Notices concerning the Fund are published in newspapers designated by the Board of Directors and, if prescribed by law, are published in the Mémorial, the official gazette of Luxembourg, and are lodged with the Registrar of the Luxembourg District Court.

The current Articles of Incorporation of the Fund are lodged with the Registrar of the Luxembourg District Court, from whom copies may be obtained.

The issue price and the redemption price of the Fund shares are made public at the Registered Office of the Fund, where annual and semi-annual reports may be obtained.

The shares of the Sub-Funds are listed on the Luxembourg Stock Exchange.

## NET ASSET VALUE PER SHARE

The Net Asset Value per share of ABSOLUTE RETURN TARGET FUND (the "Fund") is dated at the last calendar day of each month ("Valuation Date") (i.e. apart from the legal or bank holidays, for which the Valuation Date is the preceding business day) under the responsibility of the Fund's Board of Directors. However, considering the delay for the reception of the NAVs of the target funds, the NAV of the Fund is calculated within 21 calendar days of the following month.

The valuation per share as at December 31, 2002 was:

USD    105,726.75    For the A.R.T. - ABSOLUTE RETURN TARGET FUND - Class A Diversified
USD    108,921.84    For the A.R.T. - ABSOLUTE RETURN TARGET FUND - Class B Arbitrage
USD    100,558.38    For the A.R.T. - ABSOLUTE RETURN TARGET FUND - Class C Diversified

CONFIDENTIAL

SQO000005223

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

# REPORT ON THE ACTIVITIES OF THE FUND*

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified**

**Hedge Fund Industry Review**

<u>Arbitrage sub-portfolio</u>

Year 2002 saw an acceleration of the downward trend in global equity and credit markets, amid weakening world economies and geopolitical tensions. This didn't leave hedge funds unaffected and many strategies/funds ended the year down.

While the past year was mediocre in terms of hedge fund returns, it was a vintage year in terms of asset gathering for many hedge fund players. As those vehicles became more familiar to many investors, especially institutional players like insurance companies and pension funds, the allocations increased dramatically. This had several implications for the Arbitrage sub-portfolio:

- Returns for Arbitrage strategies came down: next to low interest rates, which already put a drag on returns, large sums of money chasing scarce opportunities pushed many inefficiencies to close, lowering returns on some strategies.

- Mainstream strategies didn't work well anymore: many "classical" hedge fund strategies, including merger arbitrage, statistical arbitrage, convertible arbitrage had poor years. Not only did inefficiencies disappear, but the relative importance of hedge funds as market players caused higher trading in markets and price dislocations. Convertible Arbitrage funds were able to post decent returns, mainly because they shifted their asset allocation from volatility trading to credit trading. The risk/reward trade off of the strategy has changed accordingly, and most of them now face important credit risk.

There are four measures the Investment Advisor took to avoid being caught in this trap:

- Invest with smaller, more nimble managers in niche strategies, where inefficiencies remain.

- Invest in some funds which are long the tails, i.e. which would perform well in a crisis environment.

- Add pure protection to the portfolio, by holding a small allocation to short sellers, benefiting from market declines

- Increase overall portfolio diversification, and reduce individual position size.

<u>Investing sub-portfolio</u>

Investing strategies had a very hard time in 2002, showing that Hedge Funds are able to protect capital in bear markets, but have difficulty achieving attractive returns. Equity strategies in particular showed very correlated to the broader market and ended the year down (as measured by the different hedge fund indices). The reasons for this bad performance are the following:

- A vast majority of L/S equity funds use fundamental analysis to pick stocks. In a bear market as the one seen last year, this investment methodology doesn't work. Markets tended to react much more to technicals and sentiments than to fundamental values. Most L/S equity managers failed to take this into account.

- Institutional investors fled equity markets during 2002, sharply reducing liquidity. Hedge fund tend to add a lot of value by trading against institutional investors, which wasn't possible in 2002. Moreover the number of hedge funds and assets in the industry increased sharply. As such, hedge funds were more and more trading against each other. Over the long run, this is a zero sum game.

8

SQO000005224

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified (continued)**

The investment advisor has taken the following steps to avoid being hurt by badly performing L/S equity managers:

ι    Invest with managers taking a more flexible approach, being able to trade based on technicals and sentiment, next to fundamentals.

ι    Add managers with lower net exposure, or who are able to go net short on some occasions.

ι    Reduce the allocation of the portfolio to L/S equity managers as a group.

**Performance review**

Arbitrage sub-portfolio

The performance of the Arbitrage part of the portfolio has been disappointing in 2002. This counter-performance can be explained by exogenous factors and portfolio related factors:

*Exogenous Factors*

ι    A continuing bear market, coupled with sharp swings, reversals and high volatility made it difficult for Arbitrage strategies as a whole to make money. Arbitrage strategies are typically trying to capture inefficiencies, which is much easier to do in rational and benign markets.

ι    As stated above, institutional involvement and the amount of money flowing to hedge funds arbitraged away part of the opportunities.

As a result, the returns from Arbitrage strategies (as measured by various indices) in 2002 was around 2% to 3%.

*Sub-portfolio specific factors*

ι    The arbitrage sub-portfolio entered the summer with a heavy credit allocation. This was mainly due to the Investment Advisor's belief that with spreads at high levels and an stabilizing economy, this asset class should do well. Unfortunately, June and July proved that this tilt had been made too early, with credit market selling off very hard.

ι    A small allocation to Bristol, the fund run by Beacon Hill had a major impact in September, when the fund blew up, costing 2% of NAV. A serious due diligence had been made on the fund prior to investment. The advisor believes that such blow ups cannot be avoided all the time, but merely limited by sizing correctly positions and by limiting the number of funds with fat tails in the portfolio.

Portfolio adjustment and reshuffling after September helped turn the performance around and the sub-portfolio ended the year on a strong note. The Investment Advisor thinks that the arbitrage component in the portfolio is well positioned to take advantage of the volatile markets in 2003.

Investing sub-portfolio

The performance of the Investing sub-portfolio has been in line with its stated objectives, i.e. breaking even in a bear market. The factors which affected performance are the following:

*Exogenous Factors*

ι    As stated above, an accelerating bear market, with high levels of volatility and sharp market reversals made it difficult for fundamental L/S equity managers to make any money in 2002.

9

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified (continued)**

*Sub-portfolio specific factors*

- A heavy allocation to L/S equity managers put a drag on performance in 2002. Macro and CTA strategies had an outstanding year, and those were underweighted in the portfolio.

- Among L/S equity managers in the Investing sub-portfolio, few were flexible enough to take advantage of falling markets. Most of them stuck to their investment style and remained net long throughout the year.

Portfolio adjustment and reshuffling after September helped turn the performance around and the investing sub-portfolio ended the year on a strong note as well.

**Asset Allocation Review**

Arbitrage sub-portfolio

Asset allocation has moved away from credit strategies towards fixed income relative value and macro during the course of the year. This reflected the change in the imbalances between a heavy distressed securities allocation and an almost inexistent macro/relative value weight. Accordingly, the sub-portfolio is much better structured now, with a good diversification among uncorrelated strategies.

At the sub-portfolio level, number of funds was increased and position size reduced, to limit individual position risk. Moreover, at the end of the year most funds in the sub-portfolio fall in the following two groups:

- Small, nimble and opportunistic funds, pursuing niche strategies and running a relatively small amount of assets

- Large, established and successful groups, which have proven in the past that they were able to achieve nice returns and limit risks.

While the latter group are usually closed to new investments, the Investment Advisor was able to get allocations to some of them, further improving arbitrage sub-portfolio structure.

Investing sub-portfolio

Equity strategies have been reduced in the investing sub-portfolio and macro/CTA strategies have been increased. This is a correction from imbalances in the portfolio during the first part of the year. At this point, the sub-portfolio is well structured between equities, fixed income and commodities, and has a market beta close to zero. Moreover, distribution tails are protected from any extreme environment (including a sharp sell off or a sharp bear market rally).

At the underlying sub-portfolio level, there has been more turnover than originally expected, which was due to redemptions of disappointing long/short equity managers, which were replaced by more nimble and opportunistic funds. The mortality rate in long/short equity funds has been very high and this type of turnover is expected to continue as long as the market behaves in such a hectic way.

CONFIDENTIAL                                                        SQO000005226

A.R.T. - ABSOLUTE RETURN TARGET FUND

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class A Diversified (continued)**

**Outlook**

The Investment Advisor believes that the fund is well positioned to benefit from the markets in 2003. The fund has been structured to benefit from both a growing or weakening economy as well as from a positive or negative geopolitical outcome.

The portfolio has also been changed to avoid strategies which opportunities have been arbitraged away, and which returns are likely going to be low in the next couple of years.

Finally, to respond to irrational and volatile markets, a range of funds performing particularly well in this type of environment have been added to the portfolio.

Should market remain choppy, A.R.T. Absolute Return Target Fund Class A should be able to achieve returns in the 5% to 7% range next year. However, should markets return to some kind of normalcy, the portfolio could return more than the above range.

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class B Arbitrage**

**Hedge Fund Industry Review**

Year 2002 saw an acceleration of the downward trend in global equity and credit markets, amid weakening world economies and geopolitical tensions. This didn't leave hedge funds unaffected and many strategies/funds ended the year down.

While the past year was mediocre in terms of hedge fund returns, it was a vintage year in terms of asset gathering for many hedge fund players. As those vehicles became more familiar to many investors, especially institutional players like insurance companies and pension funds, the allocations increased dramatically. This had several implications for A.R.T. Absolute Return Target Fund Class B:

ι   Returns for Arbitrage strategies came down: next to low interest rates, which already put a drag on returns, large sums of money chasing scarce opportunities pushed many inefficiencies to close, lowering returns on some strategies.

ι   Mainstream strategies didn't work well anymore: many "classical" hedge fund strategies, including merger arbitrage, statistical arbitrage, convertible arbitrage had poor years. Not only did inefficiencies disappear, but the relative importance of hedge funds as market players caused higher trading in markets and price dislocations. Convertible Arbitrage funds were able to post decent returns, mainly because they shifted their asset allocation from volatility trading to credit trading. The risk/reward trade off of the strategy has changed accordingly, and most of them now face important credit risk.

There are four measures the Investment Advisor took to avoid being caught in this trap:

ι   Invest with smaller, more nimble managers in niche strategies, where inefficiencies remain.

ι   Invest in some funds which are long the tails, i.e. which would perform well in a crisis environment.

ι   Add pure protection to the portfolio, by holding a small allocation to short sellers, benefiting from market declines

ι   Increase overall portfolio diversification, and reduce individual position size.

**Performance review**

The performance of A.R.T. Absolute Return Target Fund Class B has been disappointing in 2002. This counter-performance can be explained by exogenous factors and portfolio related factors:

CONFIDENTIAL

SQO000005227

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class B Arbitrage (continued)**

*Exogenous Factors*

- A continuing bear market, coupled with sharp swings, reversals and high volatility made it difficult for Arbitrage strategies as a whole to make money. Arbitrage strategies are typically trying to capture inefficiencies, which is much easier to do in rational and benign markets.

- As stated above, institutional involvement and the amount of money flowing to hedge funds arbitraged away part of the opportunities.

As a result, the returns from Arbitrage strategies (as measured by several hedge fund indices) in 2002 was around 2% to 3%.

*Portfolio specific factors*

- The fund entered the summer with a heavy credit allocation. This was mainly due to the Investment Advisor's belief that with spreads at high levels and a stabilizing economy, this asset class should do well. Unfortunately, June and July proved that this tilt had been made too early, with credit market selling off very hard.

- A small allocation to Bristol, the fund run by Beacon Hill had a major impact in September, when the fund blew up, costing 2% of NAV. A serious due diligence had been made on the fund prior to investment. The advisor believes that such blow ups cannot be avoided all the time, but merely limited by sizing correctly positions and by limiting the number of funds with fat tails in the portfolio.

Portfolio adjustment and reshuffling after September helped turn the performance around and the fund ended the year on a strong note. The Investment Advisor thinks that the fund is well positioned to take advantage of the volatile markets in 2003.

**Asset Allocation Review**

Asset allocation has moved away from credit strategies towards fixed income relative value and macro during the course of the year. This reflected the change in the imbalances between a heavy distressed securities allocation and an almost inexistent macro/relative value weight. Accordingly, the portfolio is much better structured now, with a good diversification among uncorrelated strategies.

At the fund level, number of funds was increased and position size reduced, to limit individual position risk. Moreover, at the end of the year most funds in the portfolio fall in the following two groups:

- Small, nimble and opportunistic funds, pursuing niche strategies and running a relatively small amount of assets

- Large, established and successful groups, which have proven in the past that they were able to achieve nice returns and limit risks.

While the latter group are usually closed to new investments, the Investment Advisor was able to get allocations to some of them, further improving portfolio structure.

CONFIDENTIAL
SQO000005228

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class B Arbitrage (continued)**

**Outlook**

The Investment Advisor believes that the fund is well positioned to benefit from the markets in 2003. The fund has been structured to benefit from both a growing or weakening economy as well as from a positive or negative geopolitical outcome.

The portfolio has also been changed to avoid strategies which opportunities have been arbitraged away, and which returns are likely going to be low in the next couple of years.

Finally, to respond to irrational and volatile markets, a range of funds performing particularly well in this type of environment have been added to the portfolio.

Should market remain choppy, the A.R.T. Absolute Return Target Fund Class B should be able to achieve returns in the 5% to 7% range next year. However, should markets return to some kind of normalcy, the portfolio could return more than the above range.

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified**

**Hedge Fund Industry Review**

Arbitrage sub-portfolio

Year 2002 saw an acceleration of the downward trend in global equity and credit markets, amid weakening world economies and geopolitical tensions. This didn't leave hedge funds unaffected and many strategies/funds ended the year down.

While the past year was mediocre in terms of hedge fund returns, it was a vintage year in terms of asset gathering for many hedge fund players. As those vehicles became more familiar to many investors, especially institutional players like insurance companies and pension funds, the allocations increased dramatically. This had several implications for the Arbitrage sub-portfolio:

ι   Returns for Arbitrage strategies came down: next to low interest rates, which already put a drag on returns, large sums of money chasing scarce opportunities pushed many inefficiencies to close, lowering returns on some strategies.

ι   Mainstream strategies didn't work well anymore: many "classical" hedge fund strategies, including merger arbitrage, statistical arbitrage, convertible arbitrage had poor years. Not only did inefficiencies disappear, but the relative importance of hedge funds as market players caused higher trading in markets and price dislocations. Convertible Arbitrage funds were able to post decent returns, mainly because they shifted their asset allocation from volatility trading to credit trading. The risk/reward trade off of the strategy has changed accordingly, and most of them now face important credit risk.

There are four measures the Investment Advisor took to avoid being caught in this trap:

ι   Invest with smaller, more nimble managers in niche strategies, where inefficiencies remain.

ι   Invest in some funds which are long the tails, i.e. which would perform well in a crisis environment.

ι   Add pure protection to the portfolio, by holding a small allocation to short sellers, benefiting from market declines

ι   Increase overall portfolio diversification, and reduce individual position size.

CONFIDENTIAL    SQO000005229

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified (continued)**

<u>Investing sub-portfolio</u>

Investing strategies had a very hard time in 2002, showing that Hedge Funds are able to protect capital in bear markets, but have difficulty achieving attractive returns. Equity strategies in particular showed very correlated to the broader market and ended the year down (as measured by the different hedge fund indices). The reasons for this bad performance are the following:

ι    A vast majority of L/S equity funds use fundamental analysis to pick stocks. In a bear market as the one seen last year, this investment methodology doesn't work. Markets tended to react much more to technicals and sentiments than to fundamental values. Most L/S equity managers failed to take this into account.

ι    Institutional investors fled equity markets during 2002, sharply reducing liquidity. Hedge fund tend to add a lot of value by trading against institutional investors, which wasn't possible in 2002. Moreover the number of hedge funds and assets in the industry increased sharply. As such, hedge funds were more and more trading against each other. Over the long run, this is a zero sum game.

The investment advisor has taken the following steps to avoid being hurt by badly performing L/S equity managers:

ι    Invest with managers taking a more flexible approach, being able to trade based on technicals and sentiment, next to fundamentals.

ι    Add managers with lower net exposure, or who are able to go net short on some occasions.

ι    Reduce the allocation of the portfolio to L/S equity managers as a group.

**Performance review**

<u>Arbitrage sub-portfolio</u>

The performance of the Arbitrage part of the portfolio has been disappointing in 2002. This counter-performance can be explained by exogenous factors and portfolio related factors:

*Exogenous Factors*

ι    A continuing bear market, coupled with sharp swings, reversals and high volatility made it difficult for Arbitrage strategies as a whole to make money. Arbitrage strategies are typically trying to capture inefficiencies, which is much easier to do in rational and benign markets.

ι    As stated above, institutional involvement and the amount of money flowing to hedge funds arbitraged away part of the opportunities.

As a result, the returns from Arbitrage strategies (as measured by various indices) in 2002 was around 2% to 3%.

CONFIDENTIAL                                                                                                                       SQO000005230

A.R.T. - ABSOLUTE RETURN TARGET FUND

# REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified (continued)**

*Sub-portfolio specific factors*

ι   The arbitrage sub-portfolio entered the summer with a heavy credit allocation. This was mainly due to the Investment Advisor's belief that with spreads at high levels and an stabilizing economy, this asset class should do well. Unfortunately, June and July proved that this tilt had been made too early, with credit market selling off very hard.

ι   A small allocation to Bristol, the fund run by Beacon Hill had a major impact in September, when the fund blew up, costing 2% of NAV. A serious due diligence had been made on the fund prior to investment. The advisor believes that such blow ups cannot be avoided all the time, but merely limited by sizing correctly positions and by limiting the number of funds with fat tails in the portfolio.

Portfolio adjustment and reshuffling after September helped turn the performance around and the sub-portfolio ended the year on a strong note. The Investment Advisor thinks that the arbitrage component in the portfolio is well positioned to take advantage of the volatile markets in 2003.

Investing sub-portfolio

The performance of the Investing sub-portfolio has been in line with its stated objectives, i.e. breaking even in a bear market. The factors which affected performance are the following:

*Exogenous Factors*

ι   As stated above, an accelerating bear market, with high levels of volatility and sharp market reversals made it difficult for fundamental L/S equity managers to make any money in 2002.

*Sub-portfolio specific factors*

ι   A heavy allocation to L/S equity managers put a drag on performance in 2002. Macro and CTA strategies had an outstanding year, and those were underweighted in the portfolio.

ι   Among L/S equity managers in the Investing sub-portfolio, few were flexible enough to take advantage of falling markets. Most of them stuck to their investment style and remained net long throughout the year.

Portfolio adjustment and reshuffling after September helped turn the performance around and the investing sub-portfolio ended the year on a strong note as well.

**Asset Allocation Review**

Arbitrage sub-portfolio

Asset allocation has moved away from credit strategies towards fixed income relative value and macro during the course of the year. This reflected the change in the imbalances between a heavy distressed securities allocation and an almost inexistent macro/relative value weight. Accordingly, the sub-portfolio is much better structured now, with a good diversification among uncorrelated strategies.

At the sub-portfolio level, number of funds was increased and position size reduced, to limit individual position risk. Moreover, at the end of the year most funds in the sub-portfolio fall in the following two groups:

ι   Small, nimble and opportunistic funds, pursuing niche strategies and running a relatively small amount of assets

ι   Large, established and successful groups, which have proven in the past that they were able to achieve nice returns and limit risks.

15

                                    SQO000005231

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## REPORT ON THE ACTIVITIES OF THE FUND* (continued)

**A.R.T. ABSOLUTE RETURN TARGET FUND - Class C Diversified (continued)**

While the latter group are usually closed to new investments, the Investment Advisor was able to get allocations to some of them, further improving arbitrage sub-portfolio structure.

<u>Investing sub-portfolio</u>

Equity strategies have been reduced in the investing sub-portfolio and macro/CTA strategies have been increased. This is a correction from imbalances in the portfolio during the first part of the year. At this point, the sub-portfolio is well structured between equities, fixed income and commodities, and has a market beta close to zero. Moreover, distribution tails are protected from any extreme environment (including a sharp sell off or a sharp bear market rally).

At the underlying sub-portfolio level, there has been more turnover than originally expected, which was due to redemptions of disappointing long/short equity managers, which were replaced by more nimble and opportunistic funds. The mortality rate in long/short equity funds has been very high and this type of turnover is expected to continue as long as the market behaves in such a hectic way.

**Outlook**

The Investment Advisor believes that the fund is well positioned to benefit from the markets in 2003. The fund has been structured to benefit from both a growing or weakening economy as well as from a positive or negative geopolitical outcome.

The portfolio has also been changed to avoid strategies which opportunities have been arbitraged away, and which returns are likely going to be low in the next couple of years.

Finally, to respond to irrational and volatile markets, a range of funds performing particularly well in this type of environment have been added to the portfolio.

Should market remain choppy, A.R.T. Absolute Return Target Fund Class C should be able to achieve returns in the 5% to 7% range next year. However, should markets return to some kind of normalcy, the portfolio could return more than the above range.

Since the close of the fiscal year, any significant development has been included in the documents presented to the Shareholders.

In reference to the foreseeable developments of the Company, we shall continue, as in the past, to ensure that the Company's business grows in a satisfactory manner while being aware of the opportunities which may arise.

March 7, 2003
A.R.T. - ABSOLUTE RETURN TARGET FUND
FUND OF FUNDS

*    Indications and comparisons are historical and are not necessarily an indication of future results.

CONFIDENTIAL                                                                      SQO000005232

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

# AUDITOR'S REPORT

To the shareholders of
A.R.T. - ABSOLUTE RETURN TARGET FUND
(Société d'Investissement à Capital Variable):

We have audited the financial statements, which consist of the statement of net assets, the statement of changes in net assets, the statement of investments in securities and other net assets and the notes to the financial statements of A.R.T. - ABSOLUTE RETURN TARGET FUND (Société d'Investissement à Capital Variable) and each of its Sub-Funds for the year ended December 31, 2002. These financial statements are the responsibility of the Board of Directors of the SICAV. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with International Standards on Auditing. Those Standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by the Board of Directors of the SICAV in preparing the financial statements, as well as evaluating the overall financial statements' presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the attached financial statements described above give, in conformity with the Luxembourg legal and regulatory requirements, a true and fair view of the financial position of A.R.T. - ABSOLUTE RETURN TARGET FUND (Société d'Investissement à Capital Variable) and each of its Sub-Funds at December 31, 2002 and the results of its operations and changes in its net assets for the year then ended.

As discussed in Note 2c, being a "fund of funds", the financial statements of A.R.T. - ABSOLUTE RETURN TARGET FUND include investments in funds and investments in partnerships valued at December 31, 2002 at USD 90,462,356.08 (100.00% of investments) whose values have been determined under the responsibility of the Board of Directors based on valuations communicated by these other funds and partnerships in the absence of readily ascertainable market values obtainable from independent sources. We have reviewed the procedures used by the Board of Directors in arriving at their estimate of value of such investments and have inspected the underlying documentation, and in the circumstances we believe the procedures are reasonable and the documentation appropriate.

Supplementary information included in the annual report (such as the report on the activities of the Fund, the statements of statistical information, the statements of geographical and economic classifications of the investment in securities and the statements of changes in the number of shares, of net assets and of net asset value per share) has been reviewed in the context of our mandate but has not been subject to specific audit procedures carried out in accordance with the standards described above. Consequently, we express no opinion on such information. We have no observations to make concerning such information in the context of the financial statements taken as a whole.

ERNST & YOUNG
Société Anonyme
Independent Auditors

Bernard LHOEST

Luxembourg
March 7, 2003

CONFIDENTIAL
SQO000005233

A.R.T. - ABSOLUTE RETURN TARGET FUND

## COMBINED STATEMENT OF NET ASSETS
December 31, 2002
(in USD)

**ASSETS**

| | | |
|---|---|---:|
| Portfolio: | (note 2) | |
| - Cost | | 87,451,182.65 |
| - Net unrealised result | | 3,011,173.43 |
| | | **90,462,356.08** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 567,937.34 |
| - Equalization amounts receivable | (note 6) | 139,329.59 |
| - Formation/reorganisation expenses, net | (note 2) | 18,505.41 |
| | | **91,188,128.42** |

**LIABILITIES**

| | | |
|---|---|---:|
| Bank overdraft: | (note 7) | |
| - Cash at sight | | 17,599,383.67 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 322,448.41 |
| - Sundry creditors | (note 8) | 881,274.67 |
| | | **18,803,106.75** |
| | | |
| **NET ASSETS** | | **72,385,021.67** |

The notes are an integral part of these financial statements

18

CONFIDENTIAL
SQO000005234

A.R.T. - ABSOLUTE RETURN TARGET FUND

## COMBINED STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 2002
(in USD)

**INCOME**

| | | |
|---|---|---:|
| Commissions on redemption of shares | | 8.17 |
| | | **8.17** |

**EXPENSES**

| | | |
|---|---|---:|
| Bank interest, net | | 139,663.98 |
| | | |
| Fees: | | |
| - Investment advisory fee | (note 4) | 795,448.39 |
| - Custodian fee and safekeeping charges | | 224,451.02 |
| | | |
| Other expenses: | | |
| - Annual tax | (note 5) | 25,618.10 |
| - Amortisation of formation/reorganisation expenses | (note 2) | 4,476.00 |
| - Audit and legal fees | | 25,239.00 |
| - Printing and publishing fees | | 1,833.84 |
| - Administration and other expenses | | 14,725.64 |
| | | **1,231,455.97** |

| | | |
|---|---|---:|
| **NET RESULT ON INVESTMENTS** | | **(1,231,447.80)** |
| | | |
| Net realised result on: | | |
| - Sales of investments | (note 2) | 871,282.05 |
| | | |
| **NET REALISED RESULT** | | **(360,165.75)** |
| | | |
| Change in net unrealised appreciation/(depreciation) on: | | |
| - Investments | | 109,067.15 |
| | | |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | | **(251,098.60)** |

The notes are an integral part of these financial statements

CONFIDENTIAL

SQO000005235

A.R.T. - ABSOLUTE RETURN TARGET FUND                                   CLASS A DIVERSIFIED

## STATEMENT OF NET ASSETS
December 31, 2002
(in USD)

**ASSETS**

| | | |
|---|---|---:|
| Portfolio: | (note 2) | |
| - Cost | | 26,007,068.86 |
| - Net unrealised result | | 831,388.16 |
| | | **26,838,457.02** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 252,507.31 |
| - Equalization amounts receivable | (note 6) | 29,691.07 |
| - Formation/reorganisation expenses, net | (note 2) | 5,966.11 |
| | | **27,126,621.51** |

**LIABILITIES**

| | | |
|---|---|---:|
| Bankoverdraft: | | |
| - Cash at sight | (note 7) | 5,012,636.24 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 30,916.33 |
| - Sundry creditors | (note 8) | 134,298.30 |
| | | **5,177,850.87** |

| | |
|---|---:|
| **NET ASSETS** | **21,948,770.64** |
| | |
| **Net asset value per share** | **105,726.75** |
| **Shares outstanding** | **207.59903** |

The notes are an integral part of these financial statements

20

CONFIDENTIAL                                                                          SQO000005236

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS A DIVERSIFIED

# STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 2002
(in USD)

| | |
|---|---:|
| **NET ASSETS AT THE BEGINNING OF THE YEAR** | **21,412,487.89** |
| **INCOME** | |
| Commissions on redemption of shares | 3.10 |
| | **3.10** |
| **EXPENSES** | |
| Bank interest, net | 50,080.88 |
| Fees: | |
| - Custodian fee and safekeeping charges | 72,035.89 |
| Other expenses: | |
| - Annual tax (note 5) | 2,160.94 |
| - Amortisation of formation/reorganisation expenses (note 2) | 1,546.00 |
| - Audit and legal fees | 7,393.59 |
| - Printing and publishing fees | 638.71 |
| - Administration and other expenses | 4,623.35 |
| | **138,479.36** |
| **NET RESULT ON INVESTMENTS** | **(138,476.26)** |
| Net realised result on: | |
| - Sales of investments (note 2) | 147,083.30 |
| **NET REALISED RESULT** | **8,607.04** |
| Change in net unrealised appreciation/(depreciation) on: | |
| - Investments | (46,973.91) |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | **(38,366.87)** |
| **MOVEMENTS IN CAPITAL** | |
| Subscriptions of shares | 1,149,999.20 |
| Redemptions of shares | (575,349.58) |
| | **574,649.62** |
| **NET ASSETS AT THE END OF THE YEAR** | **21,948,770.64** |

The notes are an integral part of these financial statements

21

CONFIDENTIAL                                                              SQO000005237

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS A DIVERSIFIED

---

## STATISTICAL INFORMATION
Year ended December 31, 2002

**SHARES**

| | |
|---|---:|
| Shares outstanding at the beginning of the year | 202.23134 |
| Subscriptions of shares | 10.94969 |
| Redemptions of shares | (5.58200) |
| **Shares outstanding at the end of the year** | **207.59903** |

**NET ASSET VALUE PER SHARE**                    USD

| | |
|---|---:|
| Highest | 107,375.43 |
| | (05.31.02) |
| Lowest | 102,642.93 |
| | (10.31.02) |
| At the end of the year | 105,726.75 |

22

CONFIDENTIAL                                                    SQO000005238

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS A DIVERSIFIED

## CHANGES IN THE NUMBER OF SHARES,
## OF NET ASSETS AND
## OF NET ASSET VALUE PER SHARE

| Date | Number of shares outstanding | Net assets (in USD) | Net asset value per share (in USD) |
|---|---|---|---|
| * 12.27.00 | 161.20000 | 16,120,000.00 | 100,000.00 |
| 12.31.01 | 202.23134 | 21,412,487.89 | 105,881.16 |
| 12.31.02 | 207.59903 | 21,948,770.64 | 105,726.75 |

* first valuation

23

CONFIDENTIAL                                                        SQO000005239

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS A DIVERSIFIED

# STATEMENT OF INVESTMENTS IN SECURITIES
# AND OTHER NET ASSETS
December 31, 2002
(in USD)

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **TRANSFERABLE SECURITIES ADMITTED TO AN OFFICIAL STOCK EXCHANGE OR DEALT IN ON ANOTHER REGULATED MARKET** | | | | |
| | **OPEN-ENDED INVESTMENT FUNDS** | | | | |
| | **JAPAN** | | | | |
| 4,918.32655 | HENDERSON JAPAN ABSOLUTE RETURN FUND * | USD | 125.080 | 615,184.28 | 2.80 |
| | | | | **615,184.28** | **2.80** |
| | **UNITED KINGDOM** | | | | |
| 2,825.30698 | ALPHAGEN AVIOR FUND LTD -A- * | USD | 111.406 | 314,755.01 | 1.44 |
| 1,616.03727 | HENDERSON UK EQUITY MARKET NEUTRAL FUND LTD -A- * | USD | 105.270 | 170,120.24 | 0.78 |
| | | | | **484,875.25** | **2.22** |
| | **WORLD** | | | | |
| 2,424.26548 | ALPHAGEN CEPHEUS FUND LTD -A- RED SHS * | USD | 111.780 | 270,984.39 | 1.23 |
| 163.61766 | BRISTOL FUND LTD - PTG SHS * | USD | 644.387 | 105,433.14 | 0.48 |
| 171.896 | CQS CAPITAL STRUCTURE ARBITRAGE FEEDER FUND -B- LTD - RED SHS * | USD | 997.700 | 171,500.60 | 0.78 |
| 399.34485 | CSFB CONVERTIBLE & QUANTITATIVE STRATEGIES FEEDER FUND LTD * | USD | 1,689.403 | 674,654.44 | 3.08 |
| 1,552.49151 | ERISWELL MULTI STRATEGY FD INC -A- * | USD | 99.670 | 154,737.14 | 0.70 |
| 3,316.12844 | GLG GLOBAL MACRO FUND -A- * | USD | 112.350 | 372,567.03 | 1.70 |
| 34.18839 | THE DRAKE ABSOLUTE RETURN FUND LTD CLASS -B- SERIES 1-B - IN REDEMPTION * | USD | 1,073.879 | 36,714.21 | 0.17 |
| 85.948 | THE DRAKE ABSOLUTE RETURN FUND LTD CLASS -B- SERIES 1-C * | USD | 1,079.123 | 92,748.46 | 0.42 |
| | | | | **1,879,339.41** | **8.56** |
| | **TOTAL OPEN-ENDED INVESTMENT FUNDS** | | | **2,979,398.94** | **13.58** |
| | **TOTAL TRANSFERABLE SECURITIES ADMITTED TO AN OFFICIAL STOCK EXCHANGE OR DEALT IN ON ANOTHER REGULATED MARKET** | | | **2,979,398.94** | **13.58** |
| | **OTHER TRANSFERABLE SECURITIES** | | | | |
| | **CLOSE-ENDED INVESTMENT FUNDS** | | | | |
| | **ASIA** | | | | |
| 12,961.05569 | ARTRADIS BARRACUDA FUND * | USD | 10.691 | 138,565.35 | 0.63 |
| | | | | **138,565.35** | **0.63** |

The notes are an integral part of these financial statements

24

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS A DIVERSIFIED

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **UNITED STATES OF AMERICA** | | | | |
| 2,406.52388 | GRACIE CAPITAL INTERNATIONAL LTD SERIES A - IN REDEMPTION * | USD | 167.390 | 402,828.03 | 1.84 |
| 1,475.74096 | JEMMCO INTERNATIONAL FD -A- RED SHS * | USD | 200.526 | 295,924.60 | 1.35 |
| 154.05481 | LONGACRE INTERNATIONAL LTD SERIES 05/99 * | USD | 1,480.080 | 228,013.44 | 1.04 |
| | | | | **926,766.07** | **4.23** |
| | **WORLD** | | | | |
| 0.3655 | AQR GLOBAL ASSET ALLOCATION OFFSHORE FUND CLASS -B- SERIES 12-2002 * | USD | 119,437.247 | 43,654.73 | 0.20 |
| 2.18819 | AQR GLOBAL ASSET ALLOCATION OFFSHORE FUND CLASS -B- SERIES 10-2002 * | USD | 119,447.801 | 261,375.22 | 1.19 |
| 223.4648 | ARX GLOBAL HIGH YIELD SECURITIES OVERSEAS FUND LTD -A6- * | USD | 1,143.418 | 255,513.58 | 1.16 |
| 51.5688 | ARX GLOBAL HIGH YIELD SECURITIES OVERSEAS FUND L'D -A12- * | USD | 1,018.000 | 52,497.03 | 0.24 |
| 1,718.96 | ASTIN VEGA FEEDER FUND LTD -A- * | USD | 98.790 | 169,816.05 | 0.77 |
| 65.79309 | ATLAS CAPITAL OFFSHORE FUND -D1102- * | USD | 10,005.330 | 658,281.57 | 3.00 |
| 103,137.6 | CONDOR OFFSHORE INVESTORS -B- FUND - IN SUBSCRIPTION * | USD | 1.000 | 103,137.60 | 0.47 |
| 209,341.65 | CONDOR OFFSHORE INVESTORS -B- FUND - IN SUBSCRIPTION * | USD | 1.000 | 209,341.65 | 0.95 |
| 292,223.2 | DE SHAW COMPOSITE INTL FD 1 ANNUAL UNIT - IN SUBSCRIPTION * | USD | 1.000 | 292,223.20 | 1.33 |
| 478,495.2 | DE SHAW COMPOSITE INTL FD 1 ANNUAL UNIT - IN SUBSCRIPTION * | USD | 1.000 | 478,495.20 | 2.18 |
| 897.1785 | EPIC DISTRESSED DEBT OPPORTUNITY FUND CLASS -B- * | USD | 970.847 | 871,023.05 | 3.97 |
| 63.74247 | JMG TRITON OFFSHORE FUND CLASS -D- SERIES 1 * | USD | 3,303.400 | 210,566.89 | 0.96 |
| 981.99388 | LAKESHORE INTERNATIONAL LTD * | USD | 294.050 | 288,755.30 | 1.32 |
| 41.06767 | LYDIAN OVERSEAS PARTNERS LTD CLASS -I- SERIES 1 - IN REDEMPTION * | USD | 1,162.820 | 47,754.31 | 0.22 |
| 156.80181 | LYDIAN OVERSEAS PARTNERS LTD CLASS - B-SERIES 1 - IN REDEMPTION * | USD | 1,509.650 | 236,715.85 | 1.08 |
| 175.26 | PIMCO GLOBAL RELATIVE VALUE OFFSHORE FUND II LTD CLASS -B- SERIES 5 * | USD | 963.960 | 168,943.63 | 0.77 |
| 3,588.714 | RAZOR MACRO FUND USD - CLASS A1 * | USD | 104.840 | 376,240.77 | 1.71 |
| 0.23361 | SILVER POINT CAPITAL OFFSHORE CLASS -D- SERIES 23-B FUND * | USD | 10,180.000 | 2,378.24 | 0.01 |
| 105.42666 | SILVER POINT CAPITAL OFFSHORE CLASS -D- SERIES 23-B FUND * | USD | 10,362.751 | 1,092,510.32 | 4.98 |
| 166,739.12 | SILVERBACK OFFSHORE FUND -B- IN SUBSCRIPTION * | USD | 1.000 | 166,739.12 | 0.76 |
| 45.66638 | STONEHILL OFFSHORE PARTNERS LIMITED - CLASS -A-* | USD | 24,534.582 | 1,120,405.68 | 5.10 |
| 657.9309 | THE ELKHORN FUND LTD -B1- * | USD | 966.069 | 635,606.64 | 2.90 |
| 7,775.547 | TIGER TECHNOLOGY LTD -B1- 01 JUL 02 * | USD | 111.970 | 870,627.99 | 3.97 |
| 4,705.88163 | TREMBLANT PARTNERS LTD -A1- * | USD | 114.220 | 537,506.03 | 2.45 |
| | | | | **9,150,109.65** | **41.69** |
| | **TOTAL CLOSE-ENDED INVESTMENT FUNDS** | | | **10,215,441.07** | **46.55** |
| | **OPEN-ENDED INVESTMENT FUNDS** | | | | |
| | **ASIA** | | | | |
| 44,858.925 | WHARTON ASIAN RENAISSANCE FUND COMPANY LTD * | USD | 6.780 | 304,143.51 | 1.39 |
| | | | | **304,143.51** | **1.39** |

The notes are an integral part of these financial statements

25

CONFIDENTIAL

SQO000005241

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS A DIVERSIFIED

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **EUROPE** | | | | |
| 1,954.38373 | HENDERSON EUROPEAN ABSOLUTE RETURN FUND LTD * | USD | 157.470 | 307,756.80 | 1.40 |
| | | | | **307,756.80** | **1.40** |
| | **NORTH AMERICA** | | | | |
| 310.60379 | SUNOVA OFFSHORE LTD B1 SERIES 5 * | USD | 1,040.153 | 323,075.46 | 1.47 |
| 287.5152 | SUNOVA OFFSHORE LTD B1 SERIES 5 - IN REDEMPTION * | USD | 1,040.153 | 299,059.80 | 1.36 |
| 163.73752 | SUNOVA OFFSHORE LTD CLASS -B1- SERIES 2-0401 * | USD | 1,174.969 | 192,386.48 | 0.88 |
| | | | | **814,521.74** | **3.71** |
| | **UNITED STATES OF AMERICA** | | | | |
| 7,719.37383 | CANDLEWOOD OFFSHORE FUND LTD -B- * | USD | 127.052 | 980,762.96 | 4.47 |
| 46,411.92 | CCM SMALL CAP VALUE FUND LTD - IN SUBSCRIPTION * | USD | 1.000 | 46,411.92 | 0.21 |
| 2,475.3024 | COGHILL CAPITAL MANAGEMENT SMALL CAP VALUE -B5- * | USD | 107.579 | 266,290.55 | 1.21 |
| 4,321.81867 | COGHILL CAPITAL MANAGEMENT SMALL CAP VALUE FUND -B1- * | USD | 160.198 | 692,348.00 | 3.15 |
| 16.17183 | SQUARE ONE FUND -B- * | USD | 15,282.330 | 247,143.36 | 1.13 |
| | | | | **2,232,956.79** | **10.17** |
| | **WORLD** | | | | |
| 1,766.40953 | ANOVA FUND LTD -B- * | USD | 94.457 | 166,850.45 | 0.76 |
| 1,049.73574 | ANOVA FUND LTD SERIES -A- IN REDEMPTION * | USD | 145.244 | 152,468.23 | 0.69 |
| 2,973.65123 | EPSILON GLOBAL ACTIVE VALUE FUND II LTD * | USD | 122.900 | 365,461.72 | 1.66 |
| 257.844 | FRAMEWORK ASSET INVESTORS FUND CLASS -B- SERIES 4 * | USD | 1,019.986 | 262,997.35 | 1.20 |
| 588.68271 | GLC GESTALT EUROPE FUND -A11- * | USD | 168.257 | 99,050.04 | 0.45 |
| 205.03352 | GLC GESTALT EUROPE FUND -A11- * | USD | 168.257 | 34,498.34 | 0.16 |
| 375.02 | GLC GESTALT EUROPE FUND -A12- * | USD | 168.286 | 63,110.68 | 0.29 |
| 556.25 | GLC GESTALT EUROPE FUND -A14- * | USD | 168.319 | 93,627.28 | 0.43 |
| 881.31 | GLC GESTALT EUROPE FUND -A16- * | USD | 168.319 | 148,340.91 | 0.68 |
| 2,132.892 | GLC GESTALT EUROPE FUND LTD -A1- * | USD | 168.319 | 359,005.24 | 1.64 |
| 507.4783 | GRT TOPAZ OFFSHORE PARTNERS LTD-B4- * | USD | 997.369 | 506,143.22 | 2.31 |
| 148,293.96676 | JUPITER HYDE PARK HEDGE FUND LTD * | USD | 2.370 | 351,456.70 | 1.60 |
| 310.69657 | KBC CONVERTIBLE OPPORTUNITIES -A-FUND - DISTRIBUTION * | USD | 1,265.700 | 393,248.65 | 1.79 |
| 62.74118 | KINGSFORD INTERNATIONAL FUND - RED SHS - SERIES 13/10-02* | USD | 931.520 | 58,444.66 | 0.27 |
| 230.2788 | KINGSFORD INTERNATIONAL FUND - RED SHS 13/10-02 * | USD | 931.520 | 214,509.31 | 0.98 |
| 1,718.96 | METAGE GLOBAL STRATEGIES FUND LTD - DISTRIBUTION * | USD | 106.720 | 183,447.41 | 0.84 |
| 5,981.19 | METAGE GLOBAL STRATEGIES FUND LTD - DISTRIBUTION * | USD | 106.720 | 638,312.59 | 2.91 |
| 60.22025 | MOORE GLOBAL FIXED INCOME FUND SERIES A * | USD | 4,774.400 | 287,515.59 | 1.31 |
| 2,939.89259 | PD STAR FUND * | USD | 100.830 | 296,429.37 | 1.35 |
| 388,777.35 | POLAR CAP MKT NEUT ABSOLUTE RETURN FUND A- IN SUBSCRIPTION * | USD | 1.000 | 388,777.35 | 1.77 |
| 6,196.13983 | TAMARACK INTERNATIONAL LTD - IN REDEMPTION * | USD | 115.623 | 716,416.26 | 3.26 |
| 274.63445 | THE CAPITAL FUND LTD * | USD | 1,492.289 | 409,833.97 | 1.86 |

The notes are an integral part of these financial statements

26

A.R.T. - ABSOLUTE RETURN TARGET FUND                           CLASS A DIVERSIFIED

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| 595.54827 | THE CAPITAL FUND LTD * | USD | 1,492.289 | 888,730.15 | 4.05 |
| 2,289.32727 | THE CARROUSEL FUND LTD - SERIES 06 * | USD | 122.282 | 279,943.28 | 1.28 |
| 898.2352 | URSUS OFFSHORE LTD CLASS -B- RED SHS * | USD | 1,051.499 | 944,493.51 | 4.30 |
| 250.1489 | VICTORY OVERSEAS FUND LTD -A- * | USD | 1,278.990 | 319,937.94 | 1.46 |
| 206.2752 | VICTORY OVERSEAS FUND LTD -A2- * | USD | 1,011.830 | 208,715.43 | 0.95 |
| 4,881.62698 | WF ASIA FUND LIMITED -S1- * | USD | 118.126 | 576,648.53 | 2.63 |
| | | | | 9,408,414.16 | 42.88 |
| | **TOTAL OPEN-ENDED INVESTMENT FUNDS** | | | **13,067,793.00** | **59.55** |
| | **PARTNERSHIP** | | | | |
| | **UNITED STATES OF AMERICA** | | | | |
| 429.74 | NUMERIC SM CAP AGGRES OFFSH MKT NEUT - FD-I * | USD | 1,027.425 | 441,525.71 | 2.01 |
| | | | | 441,525.71 | 2.01 |
| | **WORLD** | | | | |
| 118.70157 | NUMERIC EUROPEAN LONG SHORT LTD - IN REDEMPTION * | USD | 1,131.394 | 134,298.30 | 0.61 |
| | | | | 134,298.30 | 0.61 |
| | **TOTAL PARTNERSHIP** | | | **575,824.01** | **2.62** |
| | **TOTAL OTHER TRANSFERABLE SECURITIES** | | | **23,859,058.08** | **108.72** |
| | **TOTAL INVESTMENTS IN SECURITIES** | | | **26,838,457.02** | **122.30** |
| | Cash | | | (5,012,636.24) | (22.84) |
| | Other net assets/(liabilities) | | | 122,949.86 | 0.54 |
| | **TOTAL NET ASSETS** | | | **21,948,770.64** | **100.00** |

\* Pooling (note 1)

The notes are an integral part of these financial statements

CONFIDENTIAL                                                      SQO000005243

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS A DIVERSIFIED

## GEOGRAPHICAL CLASSIFICATION
## OF THE INVESTMENTS IN SECURITIES
December 31, 2002
(in %)

| COUNTRIES | % OF NET ASSETS |
|---|---|
| ASIA | 2.02 |
| EUROPE | 1.40 |
| JAPAN | 2.80 |
| NORTH AMERICA | 3.71 |
| UNITED KINGDOM | 2.22 |
| UNITED STATES OF AMERICA | 16.41 |
| WORLD | 93.74 |
| **TOTAL INVESTMENTS IN SECURITIES** | **122.30** |
| OTHER NET ASSETS/(LIABILITIES) | (22.30) |
| **TOTAL** | **100.00** |

CONFIDENTIAL                                                                    SQO000005244

A.R.T. - ABSOLUTE RETURN TARGET FUND                        CLASS A DIVERSIFIED

## ECONOMIC CLASSIFICATION
## OF THE INVESTMENTS IN SECURITIES
December 31, 2002
(in %)

| ECONOMIC SECTORS | % OF NET ASSETS |
|---|---|
| INVESTMENT FUNDS | 122.30 |
| **TOTAL INVESTMENTS IN SECURITIES** | **122.30** |
| OTHER NET ASSETS/(LIABILITIES) | (22.30) |
| **TOTAL** | **100.00** |

29

CONFIDENTIAL                                                    SQO000005245

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS B ARBITRAGE

## STATEMENT OF NET ASSETS
December 31, 2002
(in USD)

**ASSETS**

| | | |
|---|---|---:|
| Portfolio: | (note 2) | |
| - Cost | | 43,975,095.34 |
| - Net unrealised result | | 1,621,439.95 |
| | | **45,596,535.29** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 145,786.08 |
| - Equalization amounts receivable | (note 6) | 89,699.77 |
| - Formation/reorganisation expenses, net | (note 2) | 8,249.02 |
| | | **45,840,270.16** |

**LIABILITIES**

| | | |
|---|---|---:|
| Bank overdraft: | | |
| - Cash at sight | (note 7) | 9,219,817.81 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 204,951.60 |
| - Sundry creditors | (note 8) | 656,808.47 |
| | | **10,081,577.88** |

| | |
|---|---:|
| **NET ASSETS** | **35,758,692.28** |
| | |
| **Net asset value per share** | **108,921.84** |
| **Shares outstanding** | **328.29682** |

The notes are an integral part of these financial statements

30

CONFIDENTIAL

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS B ARBITRAGE

---

## STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 2002
(in USD)

| | | |
|---|---|---:|
| **NET ASSETS AT THE BEGINNING OF THE YEAR** | | **19,390,958.09** |
| **INCOME** | | |
| Commissions on redemptions of shares | | 2.94 |
| | | **2.94** |
| **EXPENSES** | | |
| Bank interest, net | | 49,014.36 |
| Fees: | | |
| - Investment advisory fee | (note 4) | 522,418.00 |
| - Custodian fee and safekeeping charges | | 100,103.38 |
| Other expenses: | | |
| - Annual tax | (note 5) | 15,668.01 |
| - Amortisation of formation/reorganisation expenses | (note 2) | 1,720.00 |
| - Audit and legal fees | | 14,969.65 |
| - Printing and publishing fees | | 623.63 |
| - Administration and other expenses | | 6,083.89 |
| | | **710,600.92** |
| **NET RESULT ON INVESTMENTS** | | **(710,597.98)** |
| Net realised result on: | | |
| - Sales of investments | (note 2) | 775,736.97 |
| **NET REALISED RESULT** | | **65,138.99** |
| Change in net unrealised appreciation/(depreciation) on: | | |
| - Investments | | 48,142.37 |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | | **113,281.36** |
| **MOVEMENTS IN CAPITAL** | | |
| Subscriptions of shares | | 16,410,871.47 |
| Redemptions of shares | | (156,418.64) |
| | | **16,254,452.83** |
| **NET ASSETS AT THE END OF THE YEAR** | | **35,758,692.28** |

The notes are an integral part of these financial statements

CONFIDENTIAL                                                          SQO000005247

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS B ARBITRAGE

## STATISTICAL INFORMATION
Year ended December 31, 2002

**SHARES**

| | |
|---|---|
| Shares outstanding at the beginning of the year | 179.14900 |
| Subscriptions of shares | 150.58353 |
| Redemptions of shares | (1.43571) |
| **Shares outstanding at the end of the year** | **328.29682** |

**NET ASSET VALUE PER SHARE**                                    USD

| | |
|---|---|
| Highest | 110,522.20 |
| | (05.31.02) |
| Lowest | 106,905.51 |
| | (10.31.02) |
| At the end of the year | 108,921.84 |

32

CONFIDENTIAL                                                            SQO000005248

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS B ARBITRAGE

## CHANGES IN THE NUMBER OF SHARES,
## OF NET ASSETS AND
## OF NET ASSET VALUE PER SHARE

| Date | Number of shares outstanding | Net assets (in USD) | Net asset value Per share (in USD) |
|---|---|---|---|
| * 12.27.00 | 115.00000 | 11,500,000.00 | 100,000.00 |
| 12.31.01 | 179.14900 | 19,390,958.09 | 108,239.28 |
| 12.31.02 | 328.29682 | 35,758,692.28 | 108,921.84 |

* first valuation

33

A.R.T. - ABSOLUTE RETURN TARGET FUND                                          CLASS B ARBITRAGE

## STATEMENT OF INVESTMENTS IN SECURITIES
## AND OTHER NET ASSETS
December 31, 2002
(in USD)

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---:|---|---|---:|---:|---:|
| | **TRANSFERABLE SECURITIES ADMITTED TO AN OFFICIAL STOCK EXCHANGE OR DEALT IN ON ANOTHER REGULATED MARKET** | | | | |
| | **OPEN-ENDED INVESTMENT FUNDS** | | | | |
| | **UNITED KINGDOM** | | | | |
| 11,713.90662 | ALPHAGEN AVIOR FUND LTD -A- * | USD | 111.406 | 1,304,994.79 | 3.64 |
| 6,700.19566 | HENDERSON UK EQUITY MARKET NEUTRAL FUND LTD -A-* | USD | 105.270 | 705,329.59 | 1.97 |
| | | | | **2,010,324.38** | **5.61** |
| | **WORLD** | | | | |
| 10,051.16241 | ALPHAGEN CEPHEUS FUND LTD -A- RED SHS * | USD | 111.780 | 1,123,518.93 | 3.14 |
| 678.36946 | BRISTOL FUND LTD - PTG SHS * | USD | 644.387 | 437,132.66 | 1.22 |
| 712.692 | CQS CAPITAL STRUCTURE ARBITRAGE FEEDER FUND LTD -B- RED SHS * | USD | 997.700 | 711,052.66 | 1.99 |
| 1,655.7098 | CSFB CONVERTIBLE & QUANTITATIVE STRATEGIES FEEDER FUND LTD * | USD | 1,689.403 | 2,797,161.20 | 7.83 |
| 6,436.73082 | ERISWELL MULTI STRATEGY FD INC -A- * | USD | 99.670 | 641,550.25 | 1.79 |
| 356.346 | THE DRAKE ABSOLUTE RETURN FUND LTD CLASS -B- SERIES 1-C - IN REDEMPTION * | USD | 1,079.123 | 384,541.15 | 1.08 |
| 141.74731 | THE DRAKE ABSOLUTE RETURN FUND LTD CLASS -B- SERIES 1-E * | USD | 1,073.879 | 152,219.51 | 0.43 |
| | | | | **6,247,176.36** | **17.48** |
| | **TOTAL OPEN-ENDED INVESTMENT FUNDS** | | | **8,257,500.74** | **23.09** |
| | **TOTAL TRANSFERABLE SECURITIES ADMITTED TO AN OFFICIAL STOCK EXCHANGE OR DEALT IN ON ANOTHER REGULATED MARKET** | | | **8,257,500.74** | **23.09** |
| | **OTHER TRANSFERABLE SECURITIES** | | | | |
| | **CLOSE-ENDED INVESTMENT FUNDS** | | | | |
| | **ASIA** | | | | |
| 53,737.38018 | ARTRADIS BARRACUDA FUND * | USD | 10.691 | 574,500.95 | 1.61 |
| | | | | **574,500.95** | **1.61** |
| | **UNITED STATES OF AMERICA** | | | | |
| 9,977.60461 | GRACIE CAPITAL INTERNATIONAL LTD SERIES -A- IN REDEMPTION * | USD | 167.390 | 1,670,151.23 | 4.67 |
| 6,118.5181 | JEMMCO INTERNATIONAL FD -A- RED SHS * | USD | 200.526 | 1,226,922.74 | 3.43 |
| 638.72126 | LONGACRE INTERNATIONAL LTD SERIES 05/99 * | USD | 1,480.080 | 945,358.57 | 2.64 |
| | | | | **3,842,432.54** | **10.74** |

The notes are an integral part of these financial statements

34

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS B ARBITRAGE

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **WORLD** | | | | |
| 1.5154 | AQR GLOBAL ASSET ALLOCATION OFFSHORE FUND CLASS -B- SERIES 12-02 * | USD | 119,437.247 | 180,995.36 | 0.51 |
| 9.0724 | AQR GLOBAL ASSET ALLOCATION OFFSHORE FUND CLASS -B- SERIES 10-02 * | USD | 119,447.801 | 1,083,678.68 | 3.03 |
| 926.4996 | ARX GLOBAL HIGH YIELD SECURITIES OVERSEAS FUND LTD -A6- * | USD | 1,143.418 | 1,059,375.94 | 2.96 |
| 213.8076 | ARX GLOBAL HIGH YIELD SECURITIES OVERSEAS FUND LTD -A12- * | USD | 1,018.000 | 217,656.13 | 0.61 |
| 7,126.92 | ASTIN VEGA FEEDER FUND LTD -A- * | USD | 98.790 | 704,068.42 | 1.97 |
| 427,615.2 | CONDOR OFFSHORE INVESTORS -B- FUND - IN SUBSCRIPTION * | USD | 1.000 | 427,615.20 | 1.20 |
| 1,211,576.4 | DE SHAW COMPOSITE INTL FUND 1 ANNUAL UNIT - IN SUBSCRIPTION * | USD | 1.000 | 1,211,576.40 | 3.39 |
| 264.28044 | JMG TRITON OFFSHORE FUND CLASS  D SERIES 1 * | USD | 3,303.400 | 873,024.03 | 2.44 |
| 4,071.41055 | LAKESHORE INTERNATIONAL LTD * | USD | 294.050 | 1,197,198.27 | 3.35 |
| 170.26924 | LYDIAN OVERSEAS PARTNERS LTD CLASS -I- SERIES 1 - IN REDEMPTION * | USD | 1,162.820 | 197,992.48 | 0.55 |
| 650.11051 | LYDIAN OVERSEAS PARTNERS LTD CLASS -B- SERIES 1 - IN REDEMPTION * | USD | 1,509.650 | 981,439.33 | 2.74 |
| 726.63938 | PIMCO GLOBAL RELATIVE VALUE OFFSHORE FUND II LTD - CLASS -B- SERIES 5 * | USD | 963.960 | 700,451.30 | 1.96 |
| 0.24944 | SILVER POINT CAPITAL OFFSHORE CLASS -D- SERIES 23-B FUND * | USD | 10,180.000 | 2,539.32 | 0.01 |
| 88.83705 | SILVER POINT CAPITAL OFFSHORE -B23- FUND * | USD | 10,362.751 | 920,596.34 | 2.57 |
| 691,311.24 | SILVERBACK OFFSHORE FUND -B- IN SUBSCRIPTION * | USD | 1.000 | 691,311.24 | 1.93 |
| | | | | **10,449,518.44** | **29.22** |
| | **TOTAL CLOSE-ENDED INVESTMENT FUNDS** | | | **14,866,451.93** | **41.57** |
| | **OPEN-ENDED INVESTMENT FUNDS** | | | | |
| | **UNITED STATES OF AMERICA** | | | | |
| 192,426.84 | CCM SMALL CAP VALUE FUND LTD - IN SUBSCRIPTION * | USD | 1.000 | 192,426.84 | 0.54 |
| 10,262.7648 | COGHILL CAPITAL MANAGEMENT SMALL CAP VALUE FUND -B5-* | USD | 107.579 | 1,104,057.97 | 3.09 |
| 67.04949 | SQUARE ONE FUND -B- * | USD | 15,282.330 | 1,024,672.48 | 2.87 |
| | | | | **2,321,157.29** | **6.50** |
| | **WORLD** | | | | |
| 7,323.64886 | ANOVA FUND LTD -B- * | USD | 94.457 | 691,772.82 | 1.93 |
| 4,352.2727 | ANOVA FUND LTD SERIES -A- IN REDEMPTION * | USD | 145.244 | 632,143.23 | 1.77 |
| 12,328.95154 | EPSILON GLOBAL ACTIVE VALUE FUND II LTD * | USD | 122.900 | 1,515,228.12 | 4.23 |
| 1,069.038 | FRAMEWORK ASSET INVESTORS FUND CLASS -B- SERIES 4 * | USD | 1,019.986 | 1,090,404.13 | 3.05 |
| 850.08234 | GLC GESTALT EUROPE FUND -A11- * | USD | 168.257 | 143,032.38 | 0.40 |
| 3,653.971 | GLC GESTALT EUROPE FUND -A16- * | USD | 168.319 | 615,031.06 | 1.72 |
| 1,288.16819 | KBC CONVERTIBLE OPPORTUNITIES-A-FUND - DISTRIBUTION * | USD | 1,265.700 | 1,630,434.48 | 4.56 |
| 260.12901 | KINGSFORD INTERNATIONAL FUND - REDSHS SERRIES 13/10-02 * | USD | 931.520 | 242,315.37 | 0.68 |
| 7,126.92 | METAGE GLOBAL STRATEGIES FUND LTD - DISTRIBUTION * | USD | 106.720 | 760,584.90 | 2.13 |
| 249.6771 | MOORE GLOBAL FIXED INCOME FUND SERIES A * | USD | 4,774.400 | 1,192,058.36 | 3.33 |

The notes are an integral part of these financial statements

CONFIDENTIAL                                                              SQO000005251

A.R.T. - ABSOLUTE RETURN TARGET FUND                                          CLASS B ARBITRAGE

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| 12,188.98596 | PD STAR FUND * | USD | 100.830 | 1,229,015.45 | 3.44 |
| 25,689.5989 | TAMARACK INTERNATIONAL LTD - IN REDEMPTION * | USD | 115.623 | 2,970,308.49 | 8.31 |
| 1,138.65232 | THE CAPITAL FUND LTD * | USD | 1,492.289 | 1,699,198.33 | 4.75 |
| 9,491.69983 | THE CARROUSEL FUND LTD - SERIES 06 * | USD | 122.282 | 1,160,663.08 | 3.25 |
| 1,037.13362 | VICTORY OVERSEAS FUND LTD -A- * | USD | 1,278.990 | 1,326,483.53 | 3.71 |
| 855.2304 | VICTORY OVERSEAS FUND LTD -A2- * | USD | 1,011.830 | 865,347.77 | 2.42 |
| | | | | 17,764,021.50 | 49.68 |
| | | | | | |
| | **TOTAL OPEN-ENDED INVESTMENT FUNDS** | | | **20,085,178.79** | **56.18** |
| | | | | | |
| | **PARTNERSHIP** | | | | |
| | | | | | |
| | **UNITED STATES OF AMERICA** | | | | |
| | | | | | |
| 1,781.73 | NUMERIC SM CAP AGGRES OFFSH MKT NEUT - FD - I * | USD | 1,027.425 | 1,830,594.32 | 5.12 |
| | | | | 1,830,594.32 | 5.12 |
| | | | | | |
| | **WORLD** | | | | |
| | | | | | |
| 492.14447 | NUMERIC EUROPEAN LONG SHORT LTD - IN REDEMPTION * | USD | 1,131.394 | 556,809.51 | 1.56 |
| | | | | 556,809.51 | 1.56 |
| | | | | | |
| | **TOTAL PARTNERSHIP** | | | **2,387,403.83** | **6.68** |
| | | | | | |
| | **TOTAL OTHER TRANSFERABLE SECURITIES** | | | **37,339,034.55** | **104.43** |
| | | | | | |
| | **TOTAL INVESTMENTS IN SECURITIES** | | | **45,596,535.29** | **127.52** |
| | | | | | |
| | Cash | | | (9,219,817.81) | (25.78) |
| | Other net assets/(liabilities) | | | (618,025.20) | (1.74) |
| | | | | | |
| | **TOTAL NET ASSETS** | | | **35,758,692.28** | **100.00** |

\* Pooling (note 1)

The notes are an integral part of these financial statements

36

A.R.T. - ABSOLUTE RETURN TARGET FUND                    CLASS B ARBITRAGE

## GEOGRAPHICAL CLASSIFICATION
## OF THE INVESTMENTS IN SECURITIES
December 31, 2002
(in %)

| COUNTRIES | % OF NET ASSETS |
|---|---|
| ASIA | 1.61 |
| UNITED KINGDOM | 5.61 |
| UNITED STATES OF AMERICA | 22.36 |
| WORLD | 97.94 |
| **TOTAL INVESTMENTS IN SECURITIES** | **127.52** |
| OTHER NET ASSETS/(LIABILITIES) | (27.52) |
| **TOTAL** | **100.00** |

37

CONFIDENTIAL                                                      SQO000005253

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS B ARBITRAGE

**ECONOMIC CLASSIFICATION**
**OF THE INVESTMENTS IN SECURITIES**
December 31, 2002
(in %)

| ECONOMIC SECTORS | % OF NET ASSETS |
|---|---|
| INVESTMENT FUNDS | 127.52 |
| **TOTAL INVESTMENTS IN SECURITIES** | **127.52** |
| OTHER NET ASSETS/(LIABILITIES) | (27.52) |
| **TOTAL** | **100.00** |

38

CONFIDENTIAL
SQO000005254

A.R.T. - ABSOLUTE RETURN TARGET FUND                              CLASS C DIVERSIFIED

## STATEMENT OF NET ASSETS
December 31, 2002
(in USD)

**ASSETS**

| | | |
|---|---|---:|
| Portfolio: | (note 2) | |
| - Cost | | 17,469,018.45 |
| - Net unrealised result | | 558,345.32 |
| | | **18,027,363.77** |
| | | |
| Other assets: | | |
| - Debtors for investments sold | | 169,643.95 |
| - Equalization amounts receivable | (note 6) | 19,938.75 |
| - Formation/reorganisation expenses, net | (note 2) | 4,290.28 |
| | | **18,221,236.75** |

**LIABILITIES**

| | | |
|---|---|---:|
| Bank overdraft: | | |
| - Cash at sight | (note 7) | 3,366,929.62 |
| | | |
| Other liabilities: | | |
| - Taxes and expenses payable | | 86,580.48 |
| - Sundry creditors | (note 8) | 90,167.90 |
| | | **3,543,678.00** |

| | | |
|---|---|---:|
| **NET ASSETS** | | **14,677,558.75** |
| | | |
| **Net asset value per share** | | **100,558.38** |
| **Shares outstanding** | | **145.96058** |

The notes are an integral part of these financial statements

CONFIDENTIAL                                                          SQO000005255

A.R.T. - ABSOLUTE RETURN TARGET FUND                          CLASS C DIVERSIFIED

## STATEMENT OF CHANGES IN NET ASSETS
### Year ended December 31, 2002
### (in USD)

| | |
|---|---:|
| **NET ASSETS AT THE BEGINNING OF THE YEAR** | 17,584,686.19 |
| **INCOME** | |
| Commission on redemption of shares | 2.13 |
| | **2.13** |
| **EXPENSES** | |
| Bank interest, net | 40,568.74 |
| Fees: | |
| - Investment advisory fee (note 4) | 273,030.39 |
| - Custodian fee and safekeeping charges | 52,311.75 |
| Other expenses: | |
| - Annual tax (note 5) | 7,789.15 |
| - Amortisation of formation/reorganisation expenses (note 2) | 1,210.00 |
| - Audit and legal fees | 2,875.76 |
| - Printing and publishing fees | 571.50 |
| - Administration and other expenses | 4,018.40 |
| | **382,375.69** |
| **NET RESULT ON INVESTMENTS** | **(382,373.56)** |
| Net realised result on: | |
| - Sales of investments (note 2) | (51,538.22) |
| **NET REALISED RESULT** | **(433,911.78)** |
| Change in net unrealised appreciation/(depreciation) on: | |
| - Investments | 107,898.69 |
| **NET INCREASE/(DECREASE) IN NET ASSETS AS A RESULT OF OPERATIONS** | **(326,013.09)** |
| **MOVEMENTS IN CAPITAL** | |
| Subscriptions of shares | 348,741.93 |
| Redemptions of shares | (2,929,856.28) |
| | **(2,581,114.35)** |
| **NET ASSETS AT THE END OF THE YEAR** | **14,677,558.75** |

The notes are an integral part of these financial statements

CONFIDENTIAL                                                          SQO000005256

A.R.T. - ABSOLUTE RETURN TARGET FUND                                         CLASS C DIVERSIFIED

## STATISTICAL INFORMATION
Year ended December 31, 2002

**SHARES**

| | |
|---|---|
| Shares outstanding at the beginning of the year | 171.30406 |
| Subscriptions of shares | 3.42971 |
| Redemptions of shares | (28.77319) |
| **Shares outstanding at the end of the year** | **145.96058** |

**NET ASSET VALUE PER SHARE**                                                      USD

| | |
|---|---|
| Highest | 103,024.16 |
| | (05.31.02) |
| Lowest | 97,877.06 |
| | (10.31.02) |
| At the end of the year | 100,558.38 |

41

CONFIDENTIAL                                                          SQO000005257

A.R.T. - ABSOLUTE RETURN TARGET FUND                                   CLASS C DIVERSIFIED

### CHANGES IN THE NUMBER OF SHARES,
### OF NET ASSETS AND
### OF NET ASSET VALUE PER SHARE

| Date | Number of shares outstanding | Net assets (in USD) | Net asset value per share (in USD) |
|---|---|---|---|
| * 12.27.00 | 40.00000 | 4,000,000.00 | 100,000.00 |
| 12.31.01 | 171.30406 | 17,584,686.19 | 102,651.89 |
| 12.31.02 | 145.96058 | 14,677,558.75 | 100,558.38 |

* first valuation

CONFIDENTIAL                                                            SQO000005258

A.R.T. - ABSOLUTE RETURN TARGET FUND                           CLASS C DIVERSIFIED

# STATEMENT OF INVESTMENTS IN SECURITIES
## AND OTHER NET ASSETS
December 31, 2002
(in USD)

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **TRANSFERABLE SECURITIES ADMITTED TO AN OFFICIAL STOCK EXCHANGE OR DEALT IN ON ANOTHER REGULATED MARKET** | | | | |
| | **OPEN-ENDED INVESTMENT FUNDS** | | | | |
| | **JAPAN** | | | | |
| 3,304.65522 | HENDERSON JAPAN ABSOLUTE RETURN FUND * | USD | 125.080 | 413,346.27 | 2.82 |
| | | | | **413,346.27** | **2.82** |
| | **UNITED KINGDOM** | | | | |
| 1,896.91153 | ALPHAGEN AVIOR FUND LTD -A- * | USD | 111.406 | 211,326.56 | 1.44 |
| 1,085.00766 | HENDERSON UK EQUITY MARKET NEUTRAL FUND LTD -A- * | USD | 105.270 | 114,218.75 | 0.78 |
| | | | | **325,545.31** | **2.22** |
| | **WORLD** | | | | |
| 1,627.6522 | ALPHAGEN CEPHEUS FUND LTD -A- RED SHS * | USD | 111.780 | 181,938.96 | 1.24 |
| 109.85292 | BRISTOL FUND LTD - PTG SHS * | USD | 644.387 | 70,787.82 | 0.48 |
| 115.411 | CQS CAPITAL STRUCTURE ARBITRAGE FEEDER FUND LTD -B- RED SHS * | USD | 997.700 | 115,145.53 | 0.78 |
| 268.1202 | CSFB CONVERTIBLE & QUANTITATIVE STRATEGIES FEEDER FUND LTD * | USD | 1,689.403 | 452,963.08 | 3.09 |
| 1,042.34303 | ERISWELL MULTI STRATEGY FD INC -A- * | USD | 99.670 | 103,890.53 | 0.71 |
| 2,228.12801 | GLG GLOBAL MACRO FUND -A- * | USD | 112.350 | 250,330.18 | 1.71 |
| 22.95409 | THE DRAKE ABSOLUTE RETURN FUND LTD CLASS -B- SERIES 1-E * | USD | 1,073.879 | 24,649.92 | 0.17 |
| 57.7055 | THE DRAKE ABSOLUTE RETURN FUND LTD CLASS -B- SERIES 1-C- IN REDEMPTION * | USD | 1,079.123 | 62,271.33 | 0.42 |
| | | | | **1,261,977.35** | **8.60** |
| | **TOTAL OPEN-ENDED INVESTMENT FUNDS** | | | **2,000,868.93** | **13.64** |
| | **TOTAL TRANSFERABLE SECURITIES ADMITTED TO AN OFFICIAL STOCK EXCHANGE OR DEALT IN ON ANOTHER REGULATED MARKET** | | | **2,000,868.93** | **13.64** |
| | **OTHER TRANSFERABLE SECURITIES** | | | | |
| | **CLOSE-ENDED INVESTMENT FUNDS** | | | | |
| | **ASIA** | | | | |
| 8,702.05472 | ARTRADIS BARRACUDA FUND * | USD | 10.691 | 93,032.79 | 0.63 |
| | | | | **93,032.79** | **0.63** |

The notes are an integral part of these financial statements

43

A.R.T. - ABSOLUTE RETURN TARGET FUND

CLASS C DIVERSIFIED

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **UNITED STATES OF AMERICA** | | | | |
| 1,615.74049 | GRACIE CAPITAL INTERNATIONAL LTD SERIES -A- IN REDEMPTION * | USD | 167.390 | 270,458.80 | 1.84 |
| 990.81269 | JEMMCO INTERNATIONAL FD -A- RED SHS * | USD | 200.526 | 198,683.81 | 1.35 |
| 103.43242 | LONGACRE INTERNATIONAL LTD SERIES 05/99 * | USD | 1,480.080 | 153,088.26 | 1.04 |
| | | | | 622,230.87 | 4.23 |
| | **WORLD** | | | | |
| 0.24539 | AQR GLOBAL ASSET ALLOCATION OFFSHORE FUND CLASS -B- SERIES 12-02 * | USD | 119,437.247 | 29,309.79 | 0.20 |
| 1.46915 | AQR GLOBAL ASSET ALLOCATION OFFSHORE FUND CLASS -B- SERIES 10-02 * | USD | 119,447.801 | 175,487.36 | 1.20 |
| 150.0343 | ARX GLOBAL HIGH YIELD SECURITIES OVERSEAS FUND LTD -A6- * | USD | 1,143.418 | 171,551.85 | 1.17 |
| 34.6233 | ARX GLOBAL HIGH YIELD SECURITIES OVERSEAS FUND LTD -A12- * | USD | 1,018.000 | 35,246.51 | 0.24 |
| 1,154.11 | ASTIN VEGA FEEDER FUND LTD -A- * | USD | 98.790 | 114,014.52 | 0.78 |
| 44.2068 | ATLAS CAPITAL OFFSHORE FUND -D1102- * | USD | 10,005.330 | 442,303.62 | 3.01 |
| 69,246.6 | CONDOR OFFSHORE INVESTORS -B- FUND - IN SUBSCRIPTION * | USD | 1.000 | 69,246.60 | 0.47 |
| 140,658 | CONDOR OFFSHORE INVESTORS -B- FUND – IN SUBSCRIPTION * | USD | 1.000 | 140,658.00 | 0.96 |
| 196,198.7 | DE SHAW COMPOSITE INTL FUND 1 ANNUAL UNIT - IN SUBSCRIPTION * | USD | 1.000 | 196,198.70 | 1.34 |
| 321,504 | DE SHAW COMPOSITE INTL FUND 1 ANNUAL UNIT - IN SUBSCRIPTION * | USD | 1.000 | 321,504.00 | 2.19 |
| 602.82 | EPIC DISTRESSED DEBT OPPORTUNITY FUND CLASS -B- * | USD | 970.847 | 585,245.98 | 3.99 |
| 42.7967 | JMG TRITON OFFSHORE FUND CLASS -D- SERIES 1 * | USD | 3,303.400 | 141,374.64 | 0.96 |
| 659.31084 | LAKESHORE INTERNATIONAL LTD * | USD | 294.050 | 193,870.35 | 1.32 |
| 27.57284 | LYDIAN OVERSEAS PARTNERS LTD CLASS -B- SERIES 1 - IN REDEMPTION  * | USD | 1,162.820 | 32,062.25 | 0.22 |
| 105.27676 | LYDIAN OVERSEAS PARTNERS LTD CLASS -B- SERIES 1 - IN REDEMPTION * | USD | 1,509.650 | 158,931.06 | 1.08 |
| 117.66590 | PIMCO GLOBAL RELATIVE VALUE OFFSHORE FUND II LTD CLASS -B- SERIES 5 * | USD | 963.960 | 113,428.78 | 0.77 |
| 2,411.28 | RAZOR MACRO FUND USD - CLASS A1 * | USD | 104.840 | 252,798.59 | 1.72 |
| 0.15693 | SILVER POINT CAPITAL OFFSHORE SERIES 23-B FUND * | USD | 10,180.000 | 1,597.64 | 0.01 |
| 70.826 | SILVER POINT CAPITAL OFFSHORE FUND -B23- * | USD | 10,362.751 | 733,952.29 | 5.00 |
| 111,948.67 | SILVERBACK OFFSHORE FUND -B- IN SUBSCRIPTION * | USD | 1.000 | 111,948.67 | 0.76 |
| 30.68353 | STONEHILL OFFSHORE PARTNERS LIMITED CLASS -A- * | USD | 24,534.582 | 752,807.78 | 5.13 |
| 442.068 | THE ELKHORN FUND LTD -B1- * | USD | 966.069 | 427,068.19 | 2.91 |
| 5,224.44 | TIGER TECHNOLOGY LTD -B1- 01 JUL 02 * | USD | 111.970 | 584,980.54 | 3.99 |
| 3,161.91211 | TREMBLANT PARTNERS LTD -A1- * | USD | 114.220 | 361,153.75 | 2.46 |
| | | | | 6,146,741.46 | 41.88 |
| | **TOTAL CLOSE-ENDED INVESTMENT FUNDS** | | | 6,862,005.12 | 46.74 |
| | **OPEN-ENDED INVESTMENT FUNDS** | | | | |
| | **ASIA** | | | | |
| 30,141 | WHARTON ASIAN RENAISSANCE FUND COMPANY LTD * | USD | 6.780 | 204,355.98 | 1.39 |
| | | | | 204,355.98 | 1.39 |

The notes are an integral part of these financial statements

CONFIDENTIAL

SQO000005260

A.R.T. - ABSOLUTE RETURN TARGET FUND                                    CLASS C DIVERSIFIED

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|---|---|---|---|---|---|
| | **EUROPE** | | | | |
| 1,313.16299 | HENDERSON EUROPEAN ABSOLUTE RETURN FUND LTD * | USD | 157.470 | 206,783.77 | 1.41 |
| | | | | **206,783.77** | **1.41** |
| | **NORTH AMERICA** | | | | |
| 208.69668 | SUNOVA OFFSHORE LTD B1 SERIES 5 * | USD | 1,040.153 | 217,076.48 | 1.48 |
| 193.18331 | SUNOVA OFFSHORE LTD B1 SERIES 5 - IN REDEMPTION * | USD | 1,040.153 | 200,940.20 | 1.37 |
| 110.01629 | SUNOVA OFFSHORE LTD CLASS -B1- SERIES 2-0401 * | USD | 1,174.969 | 129,265.71 | 0.88 |
| | | | | **547,282.39** | **3.73** |
| | **UNITED STATES OF AMERICA** | | | | |
| 5,186.69688 | CANDLEWOOD OFFSHORE FUND LTD -B- * | USD | 127.052 | 658,980.93 | 4.49 |
| 31,160.97 | CCM SMALL CAP VALUE FUND LTD - IN SUBSCRIPTION * | USD | 1.000 | 31,160.97 | 0.21 |
| 1,661.9184 | COGHILL CAPITAL MANAGEMENT SMALL CAP VALUE -B5- * | USD | 107.579 | 178,787.51 | 1.22 |
| 2,903.85774 | COGHILL CAPITAL MANAGEMENT SMALL CAP VALUE -B1- * | USD | 160.198 | 465,193.07 | 3.17 |
| 10.85777 | SQUARE ONE FUND -B- * | USD | 15,282.330 | 165,932.09 | 1.13 |
| | | | | **1,500,054.57** | **10.22** |
| | **WORLD** | | | | |
| 1,185.96762 | ANOVA FUND LTD -B- * | USD | 94.457 | 112,023.41 | 0.76 |
| 704.79273 | ANOVA FUND LTD SERIES -A- IN REDEMPTION * | USD | 145.244 | 102,367.19 | 0.70 |
| 1,996.50988 | EPSILON GLOBAL ACTIVE VALUE FUND II LTD * | USD | 122.900 | 245,371.05 | 1.67 |
| 173.1165 | FRAMEWORK ASSET INVESTORS FUND CLASS -B- SERIES 4 * | USD | 1,019.986 | 176,576.46 | 1.20 |
| 395.53969 | GLC GESTALT EUROPE FUND -A11- * | USD | 168.257 | 66,552.36 | 0.45 |
| 137.65954 | GLC GESTALT EUROPE FUND -A11- * | USD | 168.257 | 23,162.19 | 0.16 |
| 251.978 | GLC GESTALT EUROPE FUND -A12- * | USD | 168.286 | 42,404.47 | 0.29 |
| 373.748 | GLC GESTALT EUROPE FUND -A14- * | USD | 168.319 | 62,908.77 | 0.43 |
| 591.712 | GLC GESTALT EUROPE FUND -A16- * | USD | 168.319 | 99,596.10 | 0.68 |
| 1,433.104 | GLC GESTALT EUROPE FUND LTD -A1- * | USD | 168.319 | 241,217.92 | 1.64 |
| 340.97793 | GRT TOPAZ OFFSHORE PARTNERS LTD-B4- * | USD | 997.369 | 340,080.88 | 2.32 |
| 99,639.6693 | JUPITER HYDE PARK HEDGE FUND LTD * | USD | 2.370 | 236,146.01 | 1.61 |
| 208.60172 | KBC CONVERTIBLE OPPORTUNITIES-A-FUND - DISTRIBUTION * | USD | 1,265.700 | 264,027.20 | 1.80 |
| 42.12443 | KINGSFORD INTERNATIONAL FUND - RED SHS SERIES 13/10-02* | USD | 931.520 | 39,239.75 | 0.27 |
| 154.7258 | KINGSFORD INTERNATIONAL FUND - RED SHS SERIES 13/10-02 * | USD | 931.520 | 144,130.18 | 0.98 |
| 1,154.11 | METAGE GLOBAL STRATEGIES FUND LTD - DISTRIBUTION * | USD | 106.720 | 123,166.61 | 0.84 |
| 4,018.8 | METAGE GLOBAL STRATEGIES FUND LTD - DISTRIBUTION * | USD | 106.720 | 428,886.33 | 2.92 |
| 40.43184 | MOORE GLOBAL FIXED INCOME FUND SERIES A * | USD | 4,774.400 | 193,038.01 | 1.32 |
| 1,973.84432 | PD STAR FUND * | USD | 100.830 | 199,022.71 | 1.36 |
| 261,222 | POLAR CAP MKT NEUT ABSOLUTE RETURN FUND -A- IN SUBSCRIPTION * | USD | 1.000 | 261,222.00 | 1.78 |
| 4,160.0892 | TAMARACK INTERNATIONAL LTD - IN REDEMPTION * | USD | 115.623 | 481,001.99 | 3.28 |

The notes are an integral part of these financial statements

CONFIDENTIAL                                                                    SQO000005261

A.R.T. - ABSOLUTE RETURN TARGET FUND                          CLASS C DIVERSIFIED

| Number | Description | Ccy | Value per security | Market value (note 2) | % of net assets |
|--------|-------------|-----|-------------------|----------------------|-----------------|
| 584.5423 | THE CAPITAL FUND LTD * | USD | 1,492.289 | 872,306.08 | 5.95 |
| 1,537.05467 | THE CARROUSEL FUND LTD - SERIES 06 * | USD | 122.282 | 187,953.96 | 1.28 |
| 603.52999 | URSUS OFFSHORE LTD CLASS -B- RED SHS * | USD | 1,051.499 | 634,611.26 | 4.32 |
| 167.9500 | VICTORY OVERSEAS FUND LTD -A- * | USD | 1,278.990 | 214,806.38 | 1.46 |
| 138.4932 | VICTORY OVERSEAS FUND LTD -A2- * | USD | 1,011.830 | 140,131.57 | 0.95 |
| 3,279.99654 | WF ASIA FUND LIMITED -S1- * | USD | 118.126 | 387,453.85 | 2.64 |
| | | | | 6,319,404.69 | 43.06 |
| | **TOTAL OPEN-ENDED INVESTMENT FUNDS** | | | **8,777,881.40** | **59.81** |
| | **PARTNERSHIP** | | | | |
| | **UNITED STATES OF AMERICA** | | | | |
| 288.5275 | NUMERIC SM CAP AGGRES OFFSH MKT * | USD | 1,027.425 | 296,440.42 | 2.02 |
| | | | | 296,440.42 | 2.02 |
| | **WORLD** | | | | |
| 79.69625 | NUMERIC EUROPEAN LONG SHORT LTD NEUT -FD-I * | USD | 1,131.394 | 90,167.90 | 0.61 |
| | | | | 90,167.90 | 0.61 |
| | **TOTAL PARTNERSHIP** | | | **386,608.32** | **2.63** |
| | **TOTAL OTHER TRANSFERABLE SECURITIES** | | | **16,026,494.84** | **109.18** |
| | **TOTAL INVESTMENTS IN SECURITIES** | | | **18,027,363.77** | **122.82** |
| | Cash | | | (3,366,929.62) | (22.94) |
| | Other net assets/(liabilities) | | | 17,124.60 | 0.12 |
| | **TOTAL NET ASSETS** | | | **14,677,558.75** | **100.00** |

\* Pooling (note 1)

The notes are an integral part of these financial statements

46

CONFIDENTIAL                                                                    SQO000005262

A.R.T. - ABSOLUTE RETURN TARGET FUND   CLASS C DIVERSIFIED

## GEOGRAPHICAL CLASSIFICATION
## OF THE INVESTMENTS IN SECURITIES
December 31, 2002
(in %)

| COUNTRIES | % OF NET ASSETS |
|---|---|
| ASIA | 2.02 |
| EUROPE | 1.41 |
| JAPAN | 2.82 |
| NORTH AMERICA | 3.73 |
| UNITED KINGDOM | 2.22 |
| UNITED STATES OF AMERICA | 16.47 |
| WORLD | 94.15 |
| **TOTAL INVESTMENTS IN SECURITIES** | **122.82** |
| OTHER NET ASSETS/(LIABILITIES) | (22.82) |
| **TOTAL** | **100.00** |

CONFIDENTIAL

SQO000005263

A.R.T. - ABSOLUTE RETURN TARGET FUND                         CLASS C DIVERSIFIED

## ECONOMIC CLASSIFICATION
## OF THE INVESTMENTS IN SECURITIES
December 31, 2002
(in %)

| ECONOMIC SECTORS | % OF NET ASSETS |
|---|---|
| INVESTMENT FUNDS | 122.82 |
| **TOTAL INVESTMENTS IN SECURITIES** | **122.82** |
| OTHER NET ASSETS/(LIABILITIES) | (22.82) |
| **TOTAL** | **100.00** |

48

CONFIDENTIAL                                              SQO000005264

A.R.T. - ABSOLUTE RETURN TARGET FUND

# NOTES TO THE FINANCIAL STATEMENTS
December 31, 2002

## NOTE 1 - GENERAL

ABSOLUTE RETURN TARGET FUND (The "Fund") is a Luxembourg incorporated investment company with variable capital (société d'investissement à capital variable) which was set up for an unlimited duration in Luxembourg in the form of a public limited company (société anonyme) on December 20, 2000, in accordance with the provisions of Part II of the law of March 30, 1988 on undertakings for collective investment and the law of August 10, 1915 on commercial companies.

The Articles of Incorporation were published in the Mémorial C, Recueil spécial des Sociétés et Associations (the «Mémorial») on January 29, 2001.

The Fund is registered at the Luxembourg Register of Commerce under the number B 79 444.

The Fund created under the co-sponsorship of Partners Advisers S.A. and Trendtrust S.A., invests mainly as a "Fund of Funds" in Hedge Funds.

The Fund's main objective is to achieve medium and long-term growth of its assets with a risk-adjusted performance better than the market and while protecting the invested capital. The Fund pursues its objective by investing most of its assets in securities of other open-ended undertakings for collective investment ("UCI"), namely, mutual funds ("fonds commun de placement") or investment companies, using non conventional or alternative asset management strategies.

The Fund's capital and the net assets of all the Sub-Funds are expressed in Dollars ("USD").

The Fund offers investors, within the same investment vehicle, a choice between several Sub-Funds (the "Sub-Funds"). The Board of Directors of the Fund may, at any time, decide the creation of further Sub-Funds.

To ensure effective management, the Board of Directors may decide to manage all or part of the assets of one or more Sub-Funds with other Sub-Funds in the Fund (technique of pooling) or to co-manage all or part of the assets, except for a cash reserve, if necessary, of one or more Sub-Funds in A.R.T. ABSOLUTE RETURN TARGET FUND with assets of other Luxembourg investment funds or of one or more sub-funds of other Luxembourg investment funds (hereinafter called "Party(ies) to co-managed assets") for which the Fund's Custodian was appointed the custodian bank. These assets will be managed in accordance with the respective investment policy of the Parties to co-managed assets, each of which pursuing identical or comparable objectives. Parties to co-managed assets will only participate in co-managed assets as stipulated in their respective Prospectus and in accordance with their respective investment restrictions.

Each Party to co-managed assets will participate in co-managed assets in proportion to the assets contributed thereto by it. Assets will be allocated to each Party to co-managed assets in proportion to its contribution to co-managed assets. The entitlements of each Party to co-managed assets apply to each line of investment in the aforesaid co-managed assets.

The aforementioned co-managed assets will be formed by the transfer of cash or, if necessary, other assets from each Party participating in the co-managed assets. Thereafter, the Board of Directors may regularly make subsequent transfers to co-managed assets. The assets can also be transferred back to a Party to co-managed assets for an amount not exceeding the participation of the said Party to co-managed assets.

Dividends, interest and other distributions deriving from income generated by co-managed assets will accrue to the Parties to co-managed assets in proportion to their respective investments. Such income may be kept by the Party to co-managed assets or reinvested in the co-managed assets.

All charges and expenses incurred in respect of co-managed assets will be applied to these assets. Such charges and expenses will be allocated to each Party to co-managed assets in proportion to its respective entitlement in the co-managed assets.

As at 31 December 2002, the Sub-Funds invest in two pools; Arbitrage and Investing as referenced in the statements of securities in each Sub-Fund.

CONFIDENTIAL                                                                                                 SQO000005265

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## NOTE 1 - GENERAL (continued)

The Sub-Funds foreseen in the prospectus are the following:

- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS A Diversified
- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS B Arbitrage
- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS C Diversified
- A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS D Investing

As at December 31, 2002, the following Sub-Funds are available to investors:

- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class A Diversified ("Class A Diversified") is a Sub-Fund reserved to clients under discretionary management mandate by Trendtrust S.A.. This Sub-Fund pursues an investment policy diversified among arbitrage and investing strategies
- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class B Arbitrage ("Class B Arbitrage") is a Sub-Fund opened to all investors. This Sub-Fund pursues an investment policy that primarily focuses on arbitrage strategies.
- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class C Diversified ("Class C Diversified") is a Sub-Fund opened to all investors. This Sub-Fund pursues an investment policy diversified among arbitrage and investing strategies.

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The Fund prepares its combined financial statements and those of each Sub-Fund in conformity with legal and regulatory requirements in Luxembourg. The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities during the reporting period. Actual results could differ from those estimates. The significant accounting policies used by the Fund are as follows:

*a) Combined financial statements*

The combined statement of net assets and statement of changes in net assets are expressed in Dollars (USD).

Combined statements are obtained by the arithmetic sum of the financial statements of each individual Sub-Fund on a line by line basis.

*b) Valuation of investments in securities*

Securities listed or traded on an official Stock Exchange or any other regulated market operating regularly, recognized and open to the public are valued on the basis of the last quotation known in Luxembourg on the Valuation Date and, if this security is traded on several markets, on the basis of the last price known on the market considered to be the main market for trading this security. If the last known price is not representative, the valuation is based on the probable realization value estimated by the Directors with prudence and in good faith.
Securities not listed or traded on a Stock Exchange or any other regulated market, operating regularly, recognized by and open to the public are assessed on the basis of the probable realization value estimated with prudence and in good faith, as determined by the Directors in accordance with recognized accounting and financial principles, using latest dealing prices, valuations from reliable sources, asset values and other relevant factors.

*c) Valuation of investments in investment funds and partnerships*

Investments in investment funds and partnerships are valued at their latest official net assets values or at their latest unofficial net asset values (i.e. which are not generally used for the purposes of subscription and redemption of shares of the target funds) as provided by the relevant administrators if more recent than their official net asset values and for which the Administrative Agent has sufficient assurance that the valuation method used by the relevant administrator for said unofficial net asset values is coherent as compared to the official one. The Directors estimate that this valuation method most fairly presents the amount which would be realizable had the investment been sold as of the date of the computation of the net asset value. Because of the inherent uncertainty related to valuation and assessment of credit risks, the carrying value of these investments may differ from the values retained that would have been used had a ready market existed for these investments .

50

                                                                                  SQO000005266

A.R.T. - ABSOLUTE RETURN TARGET FUND

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

If events have occurred which may have resulted in a material change of the net asset value of such shares or units in other UCI or partnerships since the day on which the latest official net asset value was calculated, the value of such shares or units may be adjusted in order to reflect, in the reasonable opinion of the Directors, such change of value.

For the purpose of determining the value of the Fund's assets, the Administrative Agent relies upon information received from various professional pricing sources (including fund administrators and brokers). In the absence of manifest error and having due regards to the standard of care and due diligence in this respect the Administrative Agent is not responsible for the accuracy of the valuations provided by such pricing sources.

In circumstances where one or more pricing sources fails to provide valuations for an important part of the assets to the Administrative Agent, the latter is authorized not to calculate a net asset value and as a result may be unable to determine subscription and redemption prices. The Directors shall be informed immediately by the Administrative Agent should this situation arise. The Directors may then decide to suspend the net asset value calculation, in accordance with the procedures set out in the section entitled "Suspension of the Calculation of Net Asset Value, and of the Issue, Repurchase and Conversion of Shares" of the prospectus.

*d)  Valuation of swaps*

Swaps are valued at fair value based on the last available closing data used to compute the mark-to-market valuation of the swaps.

*e)  Net realised gain or loss on sales of investments*

Realised gains or losses on sales of investments are calculated on the basis of average cost of the investments sold.

*f)  Conversion of foreign currencies*

The accounting records and the financial statements of each Sub-Fund are expressed in Dollard (USD). Bank accounts, other net assets and market value of the investments in securities expressed in currencies other than USD are converted into USD at the exchange rates prevailing on the date of the balance sheet. Income and expenses in currencies other than USD are converted into USD at the rate of exchange prevailing at payment date.

*g)  Cost of investments in securities*

Cost of investments in securities in currencies other than USD is converted into USD at the exchange rate applicable at purchase date.

*h)  Formation expenses*

Formation expenses are amortised on a straight line basis over a period of 5 years.

If a new Sub-Fund is created in the future, the upfront costs for the Sub-Fund will be borne by the Sub-Fund exclusively and will be amortized over a period of 5 years with effect from the launch date of the said Sub-Fund.

*i)  Income recognition*

Dividends are taken into account on the date upon which the relevant investments are first listed as ex-dividend. Interest income is accrued on a daily basis. Income is recorded net of withholding tax, if any.

CONFIDENTIAL

SQO000005267

A.R.T. - ABSOLUTE RETURN TARGET FUND

---

## NOTE 3 - ISSUE, CONVERSION AND REPURCHASE OF THE FUND'S SHARES

Shares in the Sub-Funds of A.R.T. - ABSOLUTE RETURN TARGET FUND may be subscribed at any Valuation Date, ie the last calendar day of each month. However, considering the delay for the reception of the NAVs of the target funds, the NAV of the Fund is calculated within 21 calendar days of the following month.

During and after the initial offering period, the subscription price per share is equal to the Net Asset Value per Share on the relevant Valuation Day increased by a subscription fee in favour of the Principal Distributor up to a maximum of 4%.

Shares are redeemable on the first Valuation Date of each quarter and for the first time on March 31, 2001.

Shares in the Sub-Funds of A.R.T. - ABSOLUTE RETURN TARGET FUND are repurchased at a price corresponding to the Net Asset Value per Share. In addition, a redemption fee of up to 2% of the net asset value of the shares redeemed may be applied, or may be waived in whole or in part at the discretion of the Board of Directors. The redemption fee (if any) is paid for the redeemed Sub-Fund in order to compensate the fees required by underlying invested funds. The same percentage of redemption fee is applicable to all redemption requests received for a specific Redemption Date.

The Board of Directors may cause the Fund to redeem shares by payment of the redemption price of the price in cash.

Shares of one Sub-Fund may be converted into shares of another Sub-Fund if the applicants do comply with the eligibility criterias of the said target class.

Such conversion is accepted upon request at a price corresponding to the net asset value per share of the relevant Sub-Fund without conversion fee.

---

## NOTE 4 - INVESTMENT ADVISER'S, PRINCIPAL DISTRIBUTOR'S AND PERFORMANCE FEES

Under the terms of an agreement dated December 27, 2000, TT PARTNERS LTD was appointed Investment Adviser and Principal Distributor (i) to assist and advise the Fund in the daily management of its portfolio, (ii) to provide the Fund, on an ancillary basis with assistance in the selection of one or several selling agents or business intermediaries and to provide such intermediaries as well as investors with general information relative to economic and financial developments as well as trends that might affect shareholder investments in the Sub-Funds, as well as all other information or assistance required by shareholders in direct relation with their investments in the Sub-Funds.

The Investment Adviser and Principal Distributor is paid by the Fund, for each Sub-Fund, a fee of maximum of 1.75% p.a. as detailed below paid on a quarterly basis and calculated on the average net asset value of each Sub-Fund determined on each Valuation Date, in each quarter during the continuance of the Investment Advisory and Principal Distributor Agreement.

The Investment Adviser is also entitled to a performance fee payable annually and calculated on a "High Water Mark" basis (i.e. the High Water Mark being the highest NAV as at the end of a financial year for which a Performance Fee has been paid). The Performance Fee payable is 10% of the outperformance of the Net Asset Value of the Fund over an annual benchmark of 6%. For the year ended 31 December 2002, no performance fee was due.

Such Performance Fee is accrued on each valuation date and payable within ten days after the approval of the audited annual report by the General Meeting of Shareholders.

Performance fee on redeemed shares is paid systematically.

CONFIDENTIAL                                                                                    SQO000005268

A.R.T. - ABSOLUTE RETURN TARGET FUND

## NOTE 4 - INVESTMENT ADVISER'S, PRINCIPAL DISTRIBUTOR'S AND PERFORMANCE FEES (continued)

At the end of the year, in the case of a negative provision, said provision is reported on the following year.

| Name of the Sub-Fund | Advisory Fee applicable | Performance fee applicable |
|---|---|---|
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS A Diversified | none | none |
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS B Arbitrage | 1.75 % | none |
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS C Diversified | 1.75 % | Yes see text above |
| A.R.T. - ABSOLUTE RETURN TARGET FUND - CLASS D Investing | 1.75 % | Yes see text above |

These fees have been determined by the Board of Directors taking into consideration that, for the clients under discretionary management by Trendtrust S.A, a separate agreement already foresee fees to be paid by the investors in the Fund.

## NOTE 5 - ANNUAL TAX

Under the prevailing laws and regulations, the fund is subject in Luxembourg to a tax at the annual rate of 0.05%, payable quarterly and calculated on the basis of its net assets at the end of each quarter.

For the portion of the assets of the Fund invested in other UCIs which are established in Luxembourg, no such tax is payable.

For the Sub-Fund exclusively reserved to Institutional Investors, a tax of 0.01% per annum is applicable.

## NOTE 6 - EQUALIZATION

When investments are made during the course of a period in certain mutual funds, certain adjustments ("equalization amounts") to the amount paid for the purchase of the investments are necessary, so that the performance fee paid by those investments to their investment adviser is charged only to those investments which have appreciated in value since their acquisition. Equalization amounts outstanding are refunded to the Fund in the form of additional shares at the period end net asset value of those investments.

## NOTE 7 - BANK OVERDRAFT

The debit situation in certain account statements as at 31 December 2002 is not only related to leverage being used by the fund manager but is largely the technical consequence of a gap between the value date applied to the proceeds of redemptions in investments and the payments made by the fund manager as a result of having invested, before month-end, the proceeds of redemptions in third party funds.

## NOTE 8 - SUNDRY CREDITORS

This account shows a payable amount in relation with an outstanding redemption of one investment, paid but not yet settled for an amount of USD 781,275.71 and with an outstanding subscription in the Fund, paid, but not yet settled for an amount of USD 99,998.96.

## NOTE 9 - CHANGES IN THE SECURITIES PORTFOLIO

A copy of the changes in the securities portfolio for the year ended December 31, 2002 is available free of charge at the Registered Office of the Fund.

CONFIDENTIAL                                                                                    SQO000005269

A.R.T. - ABSOLUTE RETURN TARGET FUND

## NOTE 10 - DIRECTORS' INTERESTS

The following directors are also directors of the following Funds'shares held in the portfolio as at December 31, 2002:

| Directors | | Securities |
|---|---|---|
| Luc Estenne | Director of TT Partners Ltd and Partners Advisers S.A. | Square One Fund Ltd |

## NOTE 11 - SUBSEQUENT EVENTS

From January 30, 2003 the following Sub-fund is available to investors:

- A.R.T. - ABSOLUTE RETURN TARGET FUND - Class D Investing ("Class D Investing") is a Sub-Fund opened to all investors. This Sub-Fund pursues an investment policy that primarily focuses on investing strategies.

CONFIDENTIAL

SQO000005270

# Exhibit 7

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

Pg:302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03    PAGE : 1

ART ABS.R.T.FD/CL.B ARBIT

**V A L U A T I O N   O F   A C C O U N T**
AS AT : 31.12.02
NUMBER : 9302

IN US dollars

**F I N A N C I A L   S T R U C T U R E**

| | EVALUATION | % | CURRENCY MIX IN %<br>USD |
|---|---|---|---|
| YOUR ASSETS | | | |
| Shares | 2.387.404,81 | 5,21 | 5,21 |
| Diversified funds | 43.303.407,60 | 94,47 | 94,47 |
| Sight account | 145.786,08 | 0,32 | 0,32 |
| | 45.836.597,49 | 100,00 | 100,00 |
| YOUR LIABILITIES | | | |
| Diversified funds | 4.576.235- | | |
| Sight account | 5.430.382,62- | | |
| | 5.434.959,97- | | |
| NET TOTAL: | 40.401.638,52 | | |

| NET TOTAL BY CURRENCY | | % | | EXCHANGE RATE |
|---|---|---|---|---|
| USD | 2.705.036,99 | 6,60 | | 1,00000000 |
| WOR | 35.104.016,32 | 86,80 | | 1,04655056 |
| ASI | 581.084,17 | 1,40 | | 1,04655056 |
| GBP | 2.011.501,04 | 4,90 | | 1,60290266 |
| | 40.401.638,52 | | | |

20, Bd. Emmanuel Servais 1-2535 Luxembourg    Boîte Postale 474 L-2014 Luxembourg    Phone: +352 47 93 96-1    S.W.I.F.T. PRIBLULL    RC. Lux B. 864)

CONFIDENTIAL

SQO0000001023

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02
NUMBER : Red.9302

IN US dollars

C A S H  /  S I G H T

No.9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03    PAGE   K
                                     2

| ACCOUNT | SUB ACCOUNT | CUR. | A M O U N T | EXCHANGE | EVALUATION USD |
|---------|-------------|------|-------------|----------|----------------|
| P O O L : | Redacted 8 1 4 8 | | | | |
| -+ Current accounts | | | | | |
| 002.000.180 | | USD | 5,430,271.69- | 1.00000 | 5,430,271.69- |
| | | | | | 5,430,271.69- |

20, Bd. Emmanuel Servais 1-2535 Luxembourg  Boîte Postale 474 L-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.t.t. PRIBLULL  RC. LUX B. 864)

CONFIDENTIAL

SQO000001024

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02
NUMBER : Redacted9302

No.402
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

IN US dollars

ESTABLISHED ON : 21.01.03    PAGE  3

C A S H  /  S I G H T

| ACCOUNT | SUB ACCOUNT | CUR | A M O U N T | EXCHANGE | EVALUATION USD | % |
|---------|-------------|-----|-------------|----------|----------------|---|

P O O L :    Redacted 8 1 4 8

--> Securities sold receivable

405.000,84\\ USD  ii  145.786,08  1,00000  145.786,08  0,32
145.786,08

20, Bd. Emmanuel Servais 1-2535 Luxembourg   Boîte Postale 474 1-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.t. PRIBLULL  No. (0) B. 864)

CONFIDENTIAL

SQO000001025

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02
NUMBER : Redacted 302

IN US dollars

CASH / SIGHT

N° 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03    PAGE    4

| ACCOUNT | SUB ACCOUNT | CUR. | AMOUNT | EXCHANGE | EVALUATION USD % |
|---|---|---|---|---|---|

POOL PROPRE : Redacted 9 3 0 2

-+ Current accounts

| 002.0001.840 | | USD | 110,93- | 1,0000 | 110,93- |
| | | | | | 110,93- |

T O T A L : ASSETS            145.796,08    0,32

CONFIDENTIAL
SQO0000001026

20, Bd. Emmanuel Servais 1-2535 Luxembourg  Boîte Postale 474  I-2014 Luxembourg  Phone : +352 47 93 46-1  S.w.i.t. PRIBLULL  RC (Dr.B. 864)

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Reg9302

IN US dollars

Reg9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03   PAGE   5

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR AV.COST P. DIFFERENCE | AMOUNT ACCR. INTEREST UNREAL. P/L | EVALUATION USD ACCR. INTEREST UNREAL. P/L | YIELD TO MA. Y.AV.COST P. DIFFERENCE |
|---|---|---|---|---|---|
| | SECURITIES POSITIONS 3 | | | | |
| | POOL EROPRE : Redacted 8 1 4 8 | | | | |
| | Partnership | | | | |
| 492,144471 | NUMERIC EUROPEAN LONG SHORT LTD PARTNERSHIP SECURITY NBR     1013278.210 | 1131,3944 USD 1014,0277 117,3666 | 556.809,50 57.761,34 | 556.809,50 57.761,35 | 1,21 |
| | UNREAL. P/L FORW.FOR.EX. UNREAL. P/L ON SECURITIES | | 0,00 57.761,35- | | |
| 1781,730000 | NUMERIC SM CAP AGGRES OFFSH MKT NEUT FD I - PARTNERSHIP SECURITY NBR     1015111.210 | 1027,4252 USD 1014,6729 12,7522 | 1.830.594,31 22.721,06 | 1.830.594,31 22.721,06 | 3,99 |
| | UNREAL. P/L FORW.FOR.EX. UNREAL. P/L ON SECURITIES | | 0,00 22.721,06 | | |
| | | | | 2.387.403,81 0,00 80.482,41 | 5,20 + |
| | Hedge fund capitalisation | | | | |
| 4071,410554 | LAKESHORE INTERNATIONAL LTD | 294,0500 USD 271,2333 | 1.197.198,27 | 1.197.198,27 | 2,61 |


CONFIDENTIAL

SQO0000001027

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT :   31.12.02   AT EXCHANGE PRICES
NUMBER :   9302

Pag302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

PAGE  6

IN US dollars

| NOMINAL/QUANTITY DESCRIPTION | P R I C E  CUR AV.COST P. DIFFERENCE | A M O U N T ACCR. INTEREST UNREAL. P/L | ESTABLISHED ON : 21.01.03 EVALUATION USD % ACCR. INTEREST UNREAL. P/L | YIELD TO MA. Y.AV.COST P. DIFFERENCE |
|---|---|---|---|---|

S E C U R I T I E S   P O S I T I O N S

P O O L E R O P R E :  Redacted  8 1 4 8

---

| | | | | |
|---|---|---|---|---|
| SECURITY NBR 0379789.000 | 22,8166 | 93.896,04 | 93.896,04 | |
| UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| UNREAL. P/L ON SECURITIES | | 92.896,04 | | |
| 1489,262583 LAKESHORE INTERNATIONAL LTD | 1,0000 USD | 1.489,26 | 1.489,26 | |
| EQUALISATION COTE A 1 USD | 0,0000 | | | |
| SECURITY NBR 0379789.279 | 1,0000 | 1.489,26 | 1.489,26 | |
| UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| UNREAL. P/L ON SECURITIES | | 1.489,26 | | |
| 249,677103 MOORE GLOBAL FIXED INCOME FUND | 4774,4000 USD | 1.192.058,36 | 1.192.058,36 | 2,60 |
| SERIE A | 4210,7665 | | | |
| SECURITY NBR 0402857.000 | 563,6334 | 140.726,36 | 140.726,36 | |
| UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| UNREAL. P/L ON SECURITIES | | 140.726,36 | | |
| 676,369465 5RISTOL FUND LTD - PTG 3H2 | 644,2873 USD | 437.132,66 | 437.132,66 | 0,95 |
| | 1761,1504 | | | |
| SECURITY NBR 0666876.000 | 1116,7631- | 757.576,03- | 757.576,03- | |
| UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |

20, Bd. Emmanuel Servais  I-2535  Luxembourg   Boîte Postale 474  I-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.t.t  PRIBLULI  RC. Lux.B. 6641

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02   AT EXCHANGE PRICES
NUMBER : Redacted9302

Pg.302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

K
7

IN US dollars

ESTABLISHED ON : 21.01.03   PAGE   8

| NOMINAL/QUANTITY | DESCRIPTION | P R I C E   CUR | A M O U N T | EVALUATION USD | YIELD TO MA. |
| --- | --- | --- | --- | --- | --- |
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

S E C U R I T I E S   P O S I T I O N S

P O O L   P R O P R E :   Redacted 8 1 4 8

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 67,049493 | SQUARE ONE FUND -B- | 15282,3300 USD | 757,578,03- | 1,024,672,47 | 2,23 |
| | UNREAL. P/L ON SECURITIES | 12657,0199 | 1,024,672,47 | 176,025,71 | |
| | SECURITY NBR   1012248.000 | 2625,3101 | 176,025,70 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 176,025,71 | | |
| 850,082340 | GLG GESTALT EUROPE FUND -A11- | 168,2571 USD | 143,032,38 | 143,032,38 | 0,31 |
| | | 167,7598 | | 422,73 | |
| | SECURITY NBR   1013092.000 | 0,4972 | 422,72 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 422,73 | | |
| 170,269245 | LYDIAN OVERSEAS PARTNERS LTD | 1162,8200 USD | 197,992,48 | 197,992,48 | 0,43 |
| | CLASS I SERIES 1 | 1046,8919 | | 19,728,99 | |
| | SECURITY NBR   1014158.000 | 115,9281 | 19,728,99 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 19,736,99 | | |
| 4352,272708 | ANOVA FUND LTD SERIES -A- | 145,2444 USD | 632,143,23 | 632,143,23 | 1,38 |
| | | 149,3724 | | | |

CONFIDENTIAL

SQO000001029

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Redacted 9302

Pg 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

PAGE 8
ESTABLISHED ON : 21.01.03

IN US dollars

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR AV.COST F. DIFFERENCE | AMOUNT ACCR. INTEREST UNREAL. P/L | EVALUATION USD ACCR. INTEREST UNREAL. P/L | YIELD TO MA. Y.AV.COST F. DIFFERENCE |
|---|---|---|---|---|---|

SECURITIES POSITIONS

POOL PROPRE :  Redacted  8 1 4 8

| | | | | | |
|---|---|---|---|---|---|
| | SECURITY NBR   1014221.000 | 4,1283- | 17.966,41- | 17.966,41- | |
| | UNREAL. P/L FORW.FCR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | 17.966,41- | | |
| 1037,133629 | VICTORY OVERSEAS FUND LTD -A- | 1278.9900 USD | 1.326,463,54 | 1.326,463,54 | 2,89 |
| | | 1184,5717 | | | |
| | SECURITY NBR   1014458.000 | 94,4182 | 97.924,36 | 97.924,36 | |
| | UNREAL. P/L FORW.FCR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | 97.924,36 | | |
| 193426,840 | CDM SMALL CAP VALUE FUND LTD | 1,0000 USD | 192.426,84 | 192.426,84 | 0,42 |
| | EN COURS D'ACQUISITION | 1,0004 | | | |
| | SECURITY NBR   1014686.009 | 0,0004- | 90,98- | 90,98- | |
| | UNREAL. P/L FORW.FCR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | 90,98- | | |
| 9491,699633 | THE CARROUSEL FUND LTD - SERIES 06 | 122.2819 USD | 1.160.663,06 | 1.160.663,06 | 2,53 |
| | | 119,7979 | | | |
| | SECURITY NBR   1014900.000 | 2,4840 | 23.577,91 | 23.577,92 | |
| | UNREAL. P/L FORW.FCR.EX. | | 0,00 | | |

20, Bd. Emmanuel Servais  L-2535  Luxembourg   Boîte Postale 474  L-2014  Luxembourg  Phone: +352 47 93 46-1  S.w.i.t.  PRIBLUUL  RC. Lux.b. 8641

CONFIDENTIAL

SQO0000001030

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : No 9302

IN US dollars

Page 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03  PAGE
%

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | YIELD TO MA. |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

SECURITIES  POSITIONS

P O O L  P R O P R E :  Redacted  8 1 4 8

| | | | | | |
|---|---|---|---|---|---|
| 926.49960 | ARX GLOBAL HIGH YIELD SECURITIES | 1143,4176 USD | 1.059.375,94 | 1.059.375,94 | 2,31 |
| | OVERSEAS FUND LTD -A6- | 1000,0000 | | | |
| | UNREAL. P/L ON SECURITIES | 143,4176 | 23.577,82 | | |
| | SECURITY NBR   1014949.000 | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | 132.876,35 | |
| | UNREAL. P/L ON SECURITIES | | 132.876,34 | | |
| 53737.380183 | ARTRADIS BARRACUDA FUND | 10,6909 USD | 574.300,95 | 574.300,95 | 1,25 |
| | NON US FEEDER | 10,6316 | | | |
| | UNREAL. P/L ON SECURITIES | 0,0792 | 4.259,71 | | |
| | SECURITY NBR   1015005.000 | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | 4.259,72 | |
| | UNREAL. P/L ON SECURITIES | | 4.259,72 | | |
| 6583.228653 | ARTRADIS BARRACUDA FD-NON US FEEDER | 1,0000 USD | 6.583,22 | 6.583,22 | 0,01 |
| | EQUALISATION COTE A 1 USD | 0,0000 | | | |
| | UNREAL. P/L ON SECURITIES | 1,0000 | 6.583,22 | | |
| | SECURITY NBR   1015005.279 | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | 6.583,23 | |
| | UNREAL. P/L ON SECURITIES | | 6.583,22 | | |
| 52686.076811 | KBC CONVERTIBLE OPPORTUNITIES FUND | 1,0000 USD | 52.686,07 | 52.686,07 | 0,11 |
| | EQUALISATION COTE A 1 USD | 0,1375 | | | |
| | | | 52.686,07 | | |

20, Bd. Emmanuel Servais 1-2535 Luxembourg  Boîte Postale 474  I-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.t. PRIBLUUL  RC. Lux.B. 6643

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT :  31.12.02  AT EXCHANGE PRICES
NUMBER :  Reg9302

IN US dollars

Pg9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03    PAGE   R
                              S              10

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | YIELD TO MA. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | Y.AV.COST P. |
| | | | | | DIFFERENCE |

SECURITIES POSITIONS

POOL E R O P R E :  Redacted 8 1 4 8

| | SECURITY NBR  1015026.279 | 0,8624 | 45.438,85 | 45.438,86 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 45.438,86 | | |
| 88,83705 | SILVER POINT CAPITAL OFFSHORE -B23- | 10362.7513 USD | 920.596,33 | 920.596,33 | 2,01 |
| | FUND | 10001,2681 | | | |
| | SECURITY NBR  1015104.000 | 361,4831 | 32.112,09 | 32.112,09 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 32.112,09 | | |
| 726,69382 | PIMCO GLOBAL RELATIVE VALUE OFFSH | 963,9030 USD | 700.451,29 | 700.451,29 | 1,53 |
| | FUND II LTD - CLASS B SERIES 5 | 980,9262 | | | |
| | SECURITY NBR  1015107.000 | 16,9862- | 12.326,34- | 12.328,23- | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 12.328,23- | | |
| 655,23040 | VICTORY OVERSEAS FUND LTD -A2- | 1011,6300 USD | 865.347,77 | 865.347,77 | 1,89 |
| | | 1005,1029 | | | |
| | SECURITY NBR  1015269.000 | 11,7271 | 10.029,41 | 10.029,42 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |

20, Bd. Emmanuel Servais  L-2535  Luxembourg  Boîte Postale 474  L-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.t. PRIBLUUL  RC. Lux.B. 6641



# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02  AT EXCHANGE PRICES
NUMBER : 9302

IN US dollars

```
                                                                        9302
                                                      ART ABSOLUTE RETURN TARGET FUND
                                                      CLASS B ARBITRAGE
                                                      HOLD MAIL

                                                            ESTABLISHED ON : 21.01.03  PAGE   11
                                                                           %    YIELD TO MA.
NOMINAL/QUANTITY DESCRIPTION            P R I C E  CUR  A M O U N T   EVALUATION USD       Y.AV.COST P.
                                        AV.COST P.  ACCR. INTEREST    ACCR. INTEREST     DIFFERENCE
SECURITIES  POSITIONS                   DIFFERENCE               UNREAL. P/L     UNREAL. P/L
```

POOL PROPRE :  Redacted 8 1 4 6

```
                          UNREAL. P/L ON SECURITIES        10,029,42
1211516,400 DE SHAW COMPOSITE INTL FD 1   1,0000 USD  1,211,576,40   1,211,576,40    2,64
            ANNUAL UNIT-EN COURS D'ACQUISITION  1,0000
            SECURITY NBR   1015376.009    0,6000                90,93-            90,98-

                          UNREAL. P/L FORW.FOR.EX.             0,00
                          UNREAL. P/L ON SECURITIES           90,98-
260,129016 KINGSFORD INTERNATIONAL FUND - RED   931,3200 USD  242,315,38   242,315,38    0,53
            SHS - SERIES 13/10-02         931,6085
            SECURITY NBR   1015380.000    0,2885-                75,05-            75,05-

                          UNREAL. P/L FORW.FOR.EX.             0,00
                          UNREAL. P/L ON SECURITIES           75,05-
141,747311 THE DRAKE ABSOLUTE RETURN FUND LTD   1073,8793 USD  152,219,51   152,219,51    0,33
            CLASS B SERIES 1-B           1000,5111
            SECURITY NBR   1015414.000    73,3681               10,399,74         10,399,74

                          UNREAL. P/L FORW.FOR.EX.             0,00
                          UNREAL. P/L ON SECURITIES        10,399,74
1069,038000 FRAMEWORK ASSET INVESTORS FUND   1019,9863 USD  1,090,404,13   1,090,404,13    2,38
            CLASS B SERIES 4            1000,0822
```

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

Pag302

ART ABS.R.T.FD/CL.B ARBIT

ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Reg.9302

ESTABLISHED ON : 21.01.03  PAGE  12
8

IN US dollars

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | YIELD TO MA. |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

SECURITIES POSITIONS

POOL PROPRE : Redacted 8 1 4 8

| | | | | | |
|---|---|---|---|---|---|
| | SECURITY NBR  1015434.000 | 19,9041 | 21.278,25 | 21.278,26 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 21.278,26 | | |
| 9,072403 | AQR GLOBAL ASSET ALLOCATION OFFSH | 119447,8005 USD | 1.083.678,58 | 1.083.678,58 | 2,36 |
| | FUND (USD) CLASS B SERIES 10-2002 | 117843,7270 | | | |
| | SECURITY NBR  1015495.000 | 1604,0735 | 14.552,70 | 14.552,70 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 14.552,70 | | |
| 10262,764800 | COGHILL CAPITAL MANAGEMENT SMALL | 107,5790 USD | 1.104.057,97 | 1.104.057,97 | 2,41 |
| | CAP VALUE FUND -B5- | 100,0080 | | | |
| | SECURITY NBR  1015537.000 | 7,5710 | 77.692,65 | 77.692,65 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 77.692,65 | | |
| 0,24944 | SILVER POINT CAPITAL OFFSHORE | 10180,0000 USD | 2.539,31 | 2.539,31 | |
| | CLASS D SERIES 21-B FUND | 10287,7341 | | | |
| | SECURITY NBR  1015566.000 | 107,7341- | 26,90- | 26,89- | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |

CONFIDENTIAL

20, Bd. Emmanuel Servais  L-2535  Luxembourg  Boîte Postale 474  L-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.t.s  PRIBLUL  RC. Lux.B. 6441

SQO0000001034



# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02  AT EXCHANGE PRICES
NUMBER : Redacted9302

Reg 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

IN US dollars

ESTABLISHED ON : 21.01.03  PAGE 13

| NOMINAL/QUANTITY | DESCRIPTION | P R I C E   CUR   AV.COST P.   DIFFERENCE | A M O U N T   ACCR. INTEREST   UNREAL. P/L | EVALUATION USD   ACCR. INTEREST   UNREAL. P/L | % YIELD TO MA.   Y.AV.COST P.   DIFFERENCE |
|---|---|---|---|---|---|
| S E C U R I T I E S   P O S I T I O N S | | | | | |

P O O L   P R O P R E :   Redacted 8 1 4 8

| | | | | | |
|---|---|---|---|---|---|
| 3631,971 | GLC GESTALT EUROPE FUND -B16--  UNREAL. P/L ON SECURITIES | 168,3185 USD  167,7636  0,5548 | 26,89--  615,031,06 | 615,031,06  2,027,40 | 1,34 |
| | SECURITY NBR    1015623,000  UNREAL. P/L FORW.FOR.EX.  UNREAL. P/L ON SECURITIES | | 0,00  2,027,40 | 2,027,40 | |
| 427615,200 | CONDOR OFFSHORE INVESTORS -B- FUND  EN COURS D'ACQUISITION | 1,0000 USD  1,0002  0,0002-- | 427,615,20  90,98-- | 427,615,20  90,98-- | 0,93 |
| | SECURITY NBR    1015650,009  UNREAL. P/L FORW.FOR.EX.  UNREAL. P/L ON SECURITIES | | 0,00  90,98-- | | |
| 691311,240 | SILVERBACK OFFSHORE FUND -B--  EN COURS D'ACQUISITION | 1,0000 USD  1,0001  0,0001-- | 691,311,24  90,98-- | 691,311,24  90,98-- | 1,51 |
| | SECURITY NBR    1015652,009  UNREAL. P/L FORW.FOR.EX.  UNREAL. P/L ON SECURITIES | | 0,00  90,99-- | | |
| 1,515401 | AQR GLOBAL ASSET ALLOCATION OFFSH  FUND (USD) CLASS B SERIES 12-2002 | 119437,2473 USD  117683,(1190 | 180,995,32 | 180,995,32 | 0,39 |

20, Bd. Emmanuel Servais 1-2535  Luxembourg    Boîte Postale 474  I-2014  Luxembourg   Phone: +352 47 93 46-1   S.w.i.t.  PRIBLUIL   RC. Lux.B. 6641

CONFIDENTIAL

SQO000001035

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

**VALUATION OF ACCOUNT**
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Reg9302

IN US dollars

Reg302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03    PAGE    14
%    YIELD TO MA.
Y.AV.COST P.
DIFFERENCE

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | |

**SECURITIES POSITIONS**

POOL PROPRE : Redacted 8 1 4 6

| | SECURITY NBR | 1015889.000 | 1804,1283 | 2.733,94 | 2.733,94 | |
|---|---|---|---|---|---|---|
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | | 2.733,94 | 2.733,94 | |
| 3080,707312 | JEMMCO INTERNATIONAL FD -A- RED SHS | 200,5261 USD | 617.762,31 | 617.762,31 | 2,35 |
| | | 189,1475 | | | |
| | SECURITY NBR | 9002763.000 | 11,3785 | 35.054,95 | 35.054,95 | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | | 35.054,95 | 35.054,95 | |
| 097,525534 | JEMMCO INTERNATIONAL FD -A- RED SHS | 200,5261 USD | 179.977,32 | 179.977,32 | 0,39 |
| | | 196,3154 | | | |
| | SECURITY NBR | 9002763.000 | 4,2106 | 3.779,19 | 3.779,19 | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | | 3.779,19 | 3.779,19 | |
| 1777,239826 | JEMMCO INTERNATIONAL FD -A- RED SHS | 200,5261 USD | 356.363,02 | 356.363,02 | 0,78 |
| | | 195,2372 | | | |
| | SECURITY NBR | 9002763.000 | 5,2889 | 9.399,55 | 9.399,55 | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |

20, Sd. Emmanuel Servais I-2535 Luxembourg    Boîte Postale 474  I-2014 Luxembourg  Phone: +352 47 93 46-1  S.w.i.s.t  PHSBLUll  RC. Lux b. 6641

CONFIDENTIAL

SQO0000001036

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Reg9302

IN US dollars

Pg9302

ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03   PAGE    15
                              %    YIELD TO MA.
                                   Y.AV.COST P.
                                   DIFFERENCE

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | YIELD TO MA. |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

SECURITIES POSITIONS

POOL PROPRE : Redacted 8 1 4 8

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | UNREAL. P/L ON SECURITIES | | 9.399,55 | | |
| 364,043447 | JEMACO INTERNATIONAL FD -A- RED SHS | 200,5261 USD | 72.800,05 | 72.800,09 | 0,16 |
| | SECURITY NBR  9002763.000 | 194,5184 | | | |
| | | 6,0076 | 2.181,04 | 2.181,05 | |
| | UNREAL. P/L FORM.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 2.181,05 | | |
| 4424,206636 | JEMACO INTERNATIONAL FD -A- RED SHS | 1,0000 USD | 4.424,20- | 4.424,20- | |
| | EQUALISATION COTE A 1 USD | 0,0000 | | | |
| | SECURITY NBR  9002763.279 | 1,0000 | 4.424,20- | 4.424,21- | |
| | UNREAL. P/L FORM.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 4.424,21- | | |
| 126,410160 | JEMACO INTERNATIONAL FD -A- RED SHS | 1,0000 USD | 126,41- | 126,41- | |
| | EQUALISATION COTE A 1 USD | 0,0000 | | | |
| | SECURITY NBR  9002763.279 | 1,0000 | 126,41- | 126,41- | |
| | UNREAL. P/L FORM.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 126,41- | | |
| 660,110515 | LYDIAN OVERSEAS PARTNERS LTD | 1509,6500 USD | 981.439,33 | 981.439,33 | 2,14 |
| | CLASS B SERIES 1 | 1283,5254 | | | |



CONFIDENTIAL                                                                                      SQO0000001037

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

Pg 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Red 9302

ESTABLISHED ON : 21.01.03   PAGE   16

IN US dollars

| NOMINAL/QUANTITY | DESCRIPTION | P R I C E  CUR AV.COST P. DIFFERENCE | A M O U N T ACCR. INTEREST UNREAL. P/L | EVALUATION USD ACCR. INTEREST UNREAL. P/L | % | YIELD TO MA. Y.AV.COST P. DIFFERENCE |
|---|---|---|---|---|---|---|
| | SECURITIES POSITIONS | | | | | |
| | | | | | | |
| **POOL PROPRE :** Redacted 8 1 4 6 | | | | | | |
| | SECURITY NBR  90/2886.000 | 226,1245 | 147.005,95 | 147.005,96 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |
| | UNREAL. P/L ON SECURITIES | | 147.005,96 | | | |
| 10051,162411 | ALPHAGEN CEPHEUS FUND LTD -A- RED SHS | 111,7800 USD | 1.123.518,93 | 1.123.518,93 | 2,45 | |
| | | 105,1542 | | | | |
| | SECURITY NBR  9002915.000 | 6,6257 | 66.596,66 | 66.596,66 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |
| | UNREAL. P/L ON SECURITIES | | 66.596,66 | | | |
| 1523,036060 | CSFB CONVERTIBLE & QUANTITATIVE STRATEGIES FEEDER FD LTD | 1689,4030 USD | 2.573.021,78 | 2.573.021,78 | 5,61 | |
| | | 1471,8416 | | | | |
| | SECURITY NBR  9002926.000 | 217,5614 | 331.353,89 | 331.353,89 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |
| | UNREAL. P/L ON SECURITIES | | 331.353,89 | | | |
| 133,673744 | CSFB CONVERTIBLE & QUANTITATIVE STRATEGIES FEEDER FD LTD | 1689,4030 USD | 224.139,42 | 224.139,42 | 0,49 | |
| | | 1613,6410 | | | | |
| | SECURITY NBR  9002926.000 | 75,5619 | 10.025,09 | 10.025,09 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |



CONFIDENTIAL

SQO0000001038

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : 9302

Reg 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

IN US dollars

ESTABLISHED ON : 21.01.03   PAGE   17

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR AV.COST F. DIFFERENCE | AMOUNT ACCR. INTEREST UNREAL. P/L | EVALUATION USD ACCR. INTEREST UNREAL. P/L | YIELD TO MA. Y.AV.COST P. DIFFERENCE % |
|---|---|---|---|---|---|
| | SECURITIES POSITIONS | | | | |
| | POOL EROPRE : Redacted 8 1 4 8 | | | | |
| 264,2804 | JMG TRITON OFFSHORE FUND CLASS D SERIES 1 HOT ISSUE SECURITY NBR  9003471.000 | 3303,4900 USD 2832,5691 470,8308 | 10,025,09 873,024,02 124,431,38 | 873,024,02 124,431,39 | 3,90 |
| | UNREAL. P/L FORW.FOR.EX. UNREAL. P/L ON SECURITIES | | 0,00 124,431,39 | | |
| 15137,597750 | TANABACK INTERNATIONAL LTD SECURITY NBR  9004099.000 | 115,6230 USD 102,2799 13,3430 | 1,819,828,26 209,987,15 | 1,819,828,26 209,987,15 | 3,97 |
| | UNREAL. P/L FORW.FOR.EX. UNREAL. P/L ON SECURITIES | | 0,00 209,987,15 | | |
| 9953,001154 | TANABACK INTERNATIONAL LTD SECURITY NBR  9004099.000 | 115,6230 USD 114,5311 1,0918 | 1,150,680,22 10,865,84 | 1,150,680,22 10,865,85 | 2,51 |
| | UNREAL. P/L FORW.FOR.EX. UNREAL. P/L ON SECURITIES | | 0,00 10,865,85 | | |
| 11065,924060 | TANABACK INTL FUND LTD EQUALISATION | 1,0000 USD 0,0541 | 11,085,92 | 11,085,92 | 0,00 |

20, Bd. Emmanuel Servais  L-2535 Luxembourg   Boîte Postale 474  L-2014 Luxembourg  Phone: (352 47 93 46-1  S.w.i.t.s.  PRIBLUUL  RC. Lux.B. 6643

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

Pag.302

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : 9302

ESTABLISHED ON : 21.01.03    PAGE    18
EVALUATION USD    %    YIELD TO MA.
ACCR. INTEREST    Y.AV.COST P.
UNREAL. P/L    DIFFERENCE

IN US dollars

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | % | YIELD TO MA. |
|---|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | | DIFFERENCE |

SECURITIES POSITIONS

POOLE PROPRE :  Redacted 8 1 4 8

| | SECURITY NBR 900/4099.279 | 0,9458 | 10.485,98 | 10.485,98 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |
| | UNREAL. P/L ON SECURITIES | | 10.485,98 | | | |
| 1026,071937 THE CAPITAL FUND LTD | | 1492,2890 USD | 1.551.195,86 | 1.551.195,86 | 3,34 | |
| | SECURITY NBR 900/4379.000 | 1197,5787 | 294,7102 | 302.393,94 | 302.393,94 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |
| | UNREAL. P/L ON SECURITIES | | 302.393,94 | | | |
| 113,580391 THE CAPITAL FUND LTD | | 1492,2890 USD | 168.002,47 | 168.002,47 | 0,37 | |
| | SECURITY NBR 900/4379.100 | 1266,8167 | 225,4723 | 25.383,75 | 25.383,76 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |
| | UNREAL. P/L ON SECURITIES | | 25.383,76 | | | |
| 8553,515526 ALPHAGEN AVIGN FUND LTD -A- | | 111,4056 USD | 952.796,12 | 952.796,12 | 2,08 | |
| | SECURITY NBR 900/4530.000 | 100,0121 | 11,3934 | 97.442,56 | 97.442,56 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | | |

20, Bd. Emmanuel Servais  L-2535  Luxembourg    Boîte Postale 474  L-2014  Luxembourg   Phone: (352) 47 93 46-1   S.w.i.t.r.  PRIEBLUL1   RC: Lux B. 6641

CONFIDENTIAL

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02   AT EXCHANGE PRICES
NUMBER : Reg 9302

IN US dollars

Reg 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03   PAGE    19
%   YIELD TO MA.

| NOMINAL/QUANTITY | DESCRIPTION | P R I C E  CUR | A M O U N T | EVALUATION USD | YIELD TO MA. |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

S E C U R I T I E S   P O S I T I O N S

P O O L   P R O P R E :   Redacted  8 1 4 8

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 3161,291102 | ALPHAGEN AVIOR FUND LTD -A- | 111,4056 USD | 97.442,56 | 352.196,67 | |
| | UNREAL. P/L ON SECURITIES | 112,7461 | | | 0,77 |
| | SECURITY NBR   9004530.030 | 1,3405- | 4.237,88- | 4.237,88- | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| 1176,668745 | ALPHAGEN AVIOR FUND LTD -A- | 1,0000 USD | 4.237,88- | 1.176,66 | |
| | EQUALISATION COTE A 1 USD | 0,0000 | | | |
| | SECURITY NBR   9004530.279 | 1,0000 | 1.176,66 | 1.176,66 | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 1.176,67 | 1.176,67 | |
| 7323,648862 | ANOVA FUND LTD -B- | 94,4574 USD | 691.772,83 | 691.772,83 | 1,51 |
| | | 100,2661 | | | |
| | SECURITY NBR   9004944.000 | 5,8087- | 42.541,43- | 42.541,43- | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 42.541,43- | | |
| 638,721269 | LONGACRE INTERNATIONAL LTD | 1480,0800 USD | 945.358,57 | 945.358,57 | 2,06 |
| | SERIES 05/99 | 1473,6124 | | | |

CONFIDENTIAL

SQO0000001041

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

IN US dollars

ART ABS.R.T.FD/CL.B ARBIT

ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Red9302

Red9302

ESTABLISHED ON : 21.01.03   PAGE   R
%                            YIELD TO MA.   20

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | YIELD TO MA. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | Y.AV.COST P. |
| | | | | | DIFFERENCE |

SECURITIES POSITIONS

POOL EROPRE : Redacted 8 1 4 6

| | | | | | |
|---|---|---|---|---|---|
| | SECURITY NBR   9005244.000 | 7,0675 | 4.514,17 | 4.514,18 | |
| | | | 0,00 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 4.514,18 | | |
| | UNREAL. P/L ON SECURITIES | | | | |
| 9977,604615 | GRACIE CAPITAL INTERNATIONAL LTD | 167,3900 USD | 1.670.151,23 | 1.670.151,23 | 3,64 |
| | SERIES -A- | 170,7177 | | | |
| | SECURITY NBR   9005246.000 | 3,3277- | 33.203,12- | 33.203,12- | |
| | | | 0,00 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 33.203,12- | | |
| | UNREAL. P/L ON SECURITIES | | | | |
| 6380,69158 | EPSILON GLOBAL ACTIVE VALUE FUND II | 122,9000 USD | 784.185,76 | 784.185,76 | 1,71 |
| | LTD | 117,5807 | | | |
| | SECURITY NBR   9005431.000 | 5,3192 | 33.940,66 | 33.940,67 | |
| | | | 0,00 | | |
| | UNREAL. P/L FORW.FOR.EX. | | 33.940,67 | | |
| | UNREAL. P/L ON SECURITIES | | | | |
| 2972,27485 | EPSILON GLOBAL ACTIVE VALUE FUND II | 122,9000 USD | 365.292,58 | 365.292,98 | 0,90 |
| | LTD | 119,9175 | | | |
| | SECURITY NBR   9005431.000 | 2,9824 | 8.864,63 | 8.864,63 | |
| | | | 0,00 | | |
| | UNREAL. P/L FORW.FOR.EX. | | | | |



CONFIDENTIAL

SQO0000001042

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02  AT EXCHANGE PRICES
NUMBER : Reg 9302

Reg 9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03  PAGE    21
%

IN US dollars

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR | AMOUNT | EVALUATION USD | YIELD TO MA. |
|---|---|---|---|---|---|
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

S E C U R I T I E S   P O S I T I O N S

P O O L   P R O P R E  :  Redacted 8 1 4 6

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2975,99511 | EPSILON GLOBAL ACTIVE VALUE FUND II | 122,3000 USD | 8.864,63 | 365.749,79 | 0,80 |
| | LTD | 119,7401 | 365.749,79 | | |
| | SECURITY NBR   9005431.000 | 3,1598 | 9.403,79 | 9.403,80 | |
| | UNREAL. P/L ON SECURITIES | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 9.403,80 | | |
| 8231,07946 | EPSILON GLOBAL ACTIVE VALUE FUND II | 1,0000 USD | 8.231,07 | 8.231,07 | 0,02 |
| | LTD - EQUALISATION COTE A 1 USD | 0,2381 | | | |
| | SECURITY NBR   9005431.279 | 0,7619 | 6.271,29 | 6.271,30 | |
| | UNREAL. P/L ON SECURITIES | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 6.271,30 | | |
| 5379,81970 | EPSILON GLOBAL ACTIVE VALUE FUND II | 1,0000 USD | 5.379,81 | 5.379,81 | 0,01 |
| | LTD - EQUALISATION COTE A 1 USD | 0,0000 | | | |
| | SECURITY NBR   9005431.279 | 1,0000 | 5.379,81 | 5.379,82 | |
| | UNREAL. P/L ON SECURITIES | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | 5.379,82 | | |
| 5297,26858 | EPSILON GLOBAL ACTIVE VALUE FUND II | 1,0000 USD | 5.297,26 | 5.297,26 | 0,01 |
| | LTD - EQUALISATION COTE A 1 USD | 0,6000 | | | |

CONFIDENTIAL

SQO000001043

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Reda9302

IN US dollars

Reda9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON : 21.01.03  PAGE 22
8  YIELD TO MA.
Y.AV.COST P.
DIFFERENCE

| NOMINAL/QUANTITY | DESCRIPTION | PRICE CUR AV.COST P. DIFFERENCE | A M O U N T ACCR. INTEREST UNREAL. P/L | EVALUATION USD ACCR. INTEREST UNREAL. P/L | |
|---|---|---|---|---|---|

SECURITIES POSITIONS

POOL PROPRE : Redacted 8 1 4 6

|  | SECURITY NBR  9005431.279 | 1,0000 | 5.297,26 | 5.297,27 | |
|  | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
|  | UNREAL. P/L ON SECURITIES | | 5.297,27 | | |
| 6700.19566 | HENDERSON UK EQUITY MARKET NEUTRAL | 105,2700 USD | 705.329,59 | 705.329,59 | 1,54 |
|  | FUND LTD -A- | 102,1753 | | | |
|  | SECURITY NBR  9006185.000 | 3,0946 | 20.734,91 | 20.734,92 | |
|  | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
|  | UNREAL. P/L ON SECURITIES | | 20.734,92 | | |
| 386,346000 | THE GRAND ABSOLUTE RETURN FUND LTD | 1079,1229 USD | 384.541,15 | 384.541,15 | 0,84 |
|  | CLASS B SERIES 1-C | 1000,2366 | | | |
|  | SECURITY NBR  9006194.000 | 78,8962 | 28.114,37 | 28.114,37 | |
|  | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |
|  | UNREAL. P/L ON SECURITIES | | 28.114,37 | | |
| 10415,41629 | ED STAR FUND | 100,8300 USD | 1.050.166,42 | 1.050.166,42 | 2,29 |
|  | | 102,6484 | | | |
|  | SECURITY NBR  9006609.000 | 1,8184- | 18.939,46- | 18.939,45- | |
|  | UNREAL. P/L FORW.FOR.EX. | | 0,00 | | |

CONFIDENTIAL

SQO0000001044

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

Société Anonyme



ART ABS.R.T.FD/CL.B ARBIT

VALUATION OF ACCOUNT
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Reg9302

IN US dollars

```
                                                                        Reg9302
                                                                        ART ABSOLUTE RETURN TARGET FUND
                                                                        CLASS B ARBITRAGE
                                                                        HOLD MAIL

                                                            ESTABLISHED ON :  21.01.03   PAGE    23
                                                            EVALUATION USD      %      YIELD TO MA.
NOMINAL/QUANTITY  DESCRIPTION          P R I C E   CUR  A M O U N T   ACCR. INTEREST          Y.AV.COST P.
                                      AV.COST P.  ACCR. INTEREST      UNREAL. P/L            DIFFERENCE
                                      DIFFERENCE       UNREAL. P/L

SECURITIES  POSITIONS 3

P O O L   P R O P R E :  Redacted 8 1 4 6

1773,56867  ED STAR FUND              100,8300 USD  178.329,03   176.829,03        0,39
              UNREAL. P/L ON SECURITIES 100,5107    18.339,45-
              SECURITY NBR   9006609.000    0,3192

2187,23749  ED STAR FUND              1,0000 USD      0,00       566,16
              UNREAL. P/L FORW.FOR.EX. 0,0000      566,16
              EQUALISATION COTE A 1USD  1,0000      566,16        566,16
              UNREAL. P/L ON SECURITIES
              SECURITY NBR   9006609.279

159,62162  ED STAR FUND               1,0000 USD     0,00       2.187,23
              UNREAL. P/L FORW.FOR.EX. 0,0000     2.187,23
              EQUALISATION COTE A 1USD  1,0000     2.187,23      2.187,23
              UNREAL. P/L ON SECURITIES                           2.187,24
              SECURITY NBR   9006609.279

712.692000  CQS CAPITAL STRUCTURE ARBITRAGE  1,0000 USD   0,00      159,62
              UNREAL. P/L FORW.FOR.EX. 0,0000      159,62
              FEEDER -B- USD FUND LTD - RED SHS 1,0000     159,62   159,62
              UNREAL. P/L ON SECURITIES
              SECURITY NBR   9006609.279

            937,6998 USD  711.052,66   711.052,66        1,85
            1008,1232
```

CONFIDENTIAL                                                                                          SQO0000001045

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

```
ART ABS.R.T.FD/CL.B ARBIT                                    Pg:302
                                                             ART ABSOLUTE RETURN TARGET FUND
V A L U A T I O N   O F   A C C O U N T                      CLASS B ARBITRAGE
AS AT :    31.12.02  AT EXCHANGE PRICES                      HOLD MAIL
NUMBER :      302

IN US dollars
                                                             ESTABLISHED ON :  21.01.03    PAGE       24
NOMINAL/QUANTITY  DESCRIPTION              P R I C E  CUR      E V A L U A T I O N  USD        YIELD TO MA.
                                           AV.COST P.  ACCR. INTEREST    ACCR. INTEREST        Y.AV.COST P.
                                           DIFFERENCE                    UNREAL. P/L           DIFFERENCE
S E C U R I T I E S   P O S I T I O N S

P O O L   P R O P R E :  Redacted  8 1 4 6
```

| NOMINAL/QUANTITY | DESCRIPTION | PRICE | CUR | AMOUNT | EVALUATION USD |  |
|---|---|---|---|---|---|---|
| | SECURITY NBR  9006915.000 | 2,4234- | | 1.727,16- | 1.727,15- | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | | 1.727,15- | | |
| 6436,730822 | ERISWELL MULTI STRATEGY FD INC -A- | 99,6702 | USD | 641.350,24 | 641.350,24 | 1,40 |
| | | 99,6641 | | | | |
| | | 0,0060 | | 39,06 | 39,07 | |
| | SECURITY NBR  9007107.000 | | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | | 39,07 | | |
| 25,746924 | ERISWELL MULTI STRATEGY FD INC -A- | 1,0000 | USD | 25,74- | 25,74- | |
| | EQUALISATION COTE A 1 USD | 0,0000 | | | | |
| | SECURITY NBR  9007107.279 | 1,0000 | | 25,74- | 25,75- | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |
| | UNREAL. P/L ON SECURITIES | | | 25,75- | | |
| 7126,920000 | ASTIN VEGA FEEDER FUND LTD -A- | 98,7990 | USD | 704.066,42 | 704.066,42 | 1,54 |
| | | 100,0124 | | | | |
| | | 1,2234- | | 8.712,26- | 8.712,25- | |
| | SECURITY NBR  9007116.000 | | | | | |
| | UNREAL. P/L FORW.FOR.EX. | | | 0,00 | | |

20, Ed. Emmanuel Servais  L-2535  Luxembourg    Boîte Postale 474  L-2014  Luxembourg  Phone: +352 47 93 46-1   S.w.i.t.s  PRIBLULl   RC: Lux B. 6641

CONFIDENTIAL

SQO0000001046



# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02  AT EXCHANGE PRICES
NUMBER : Redacted 9302

Pg 9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

ESTABLISHED ON :  31.01.03   PAGE   25
8                                      25

IN US dollars

| NOMINAL/QUANTITY DESCRIPTION | P R I C E  CUR AV.COST P. DIFFERENCE | A M O U N T ACCR. INTEREST UNREAL. P/L | EVALUATION USD ACCR. INTEREST UNREAL. P/L | YIELD TO MA. Y.AV.COST P. DIFFERENCE |
|---|---|---|---|---|

S E C U R I T I E S   P O S I T I O N S

P O O L  E R O P R E :  Redacted 8 1 4 8

|  |  |  |  |  |
|---|---|---|---|---|
| 213,80760 ARX GLOBAL HIGH YIELD SECURITIES | UNREAL. P/L ON SECURITIES | 8.712,25- |  |  |
| OVERSEAS FUND LTD -A12- | 1018,4000 USD | 217.656,13 | 217.656,13 | 0,47 |
| SECURITY NBR  9007117.000 | 1000,4203 |  | 3.758,66 |  |
|  | 17,5796 |  |  |  |
|  | UNREAL. P/L FORW.FOR.EX. | 0,00 |  |  |
|  | UNREAL. P/L ON SECURITIES | 3.758,66 |  |  |
|  |  |  | 40.907.811,68 | 89,19 + |
|  |  |  | 0,00 |  |
|  |  |  | 1.527.304,70 |  |

Hedge fund distribution

|  |  |  |  |  |
|---|---|---|---|---|
| 7126,920000 METAGE GLOBAL STRATEGIES FUND LTD | 106,7200 USD | 760.584,91 | 760.584,90 | 1,66 |
| DISTRIBUTION | 100,0000 |  | 47.892,90 |  |
| SECURITY NBR  1014847.000 | 6,7200 |  |  |  |
|  | UNREAL. P/L FORW.FOR.EX. | 0,00 | 47.892,90 |  |
|  | UNREAL. P/L ON SECURITIES | 47.892,90 |  |  |
| 1288,169197 KBC CONVERTIBLE OPPORTUNITIES-A-FD | 1265,7000 USD | 1.630.434,48 | 1.630.434,48 | 3,56 |
| DISTRIBUTION | 1222,6460 |  | 55.460,78 |  |
| SECURITY NBR  1015026.000 | 43,0539 | 55.460,77 |  |  |

20, Bd. Emmanuel Servais  L-2535  Luxembourg   Boîte Postale 474  L-2014  Luxembourg  Phone: +352 47 93 46-1  S.w.i.f.t.  PRIBLUU1  RC. Lux B. 6641

CONFIDENTIAL

SQO000001047



# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

Pag 302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIL

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02 AT EXCHANGE PRICES
NUMBER : Redacted 302

IN US dollars

ESTABLISHED ON : 21.01.03   PAGE   26

| NOMINAL/QUANTITY | DESCRIPTION | P R I C E   CUR | A M O U N T | EVALUATION USD | YIELD TO MA. |
| | | AV.COST P. | ACCR. INTEREST | ACCR. INTEREST | Y.AV.COST P. |
| | | DIFFERENCE | UNREAL. P/L | UNREAL. P/L | DIFFERENCE |

S E C U R I T I E S   P O S I T I O N S

P O O L   P R O P R E :  Redacted 8 1 4 8

UNREAL. P/L FORW.FOR.EX.          0,00
UNREAL. P/L ON SECURITIES    55,460,78          2,391,019,38    5,22 +
                                                        0,00
                                                  103,353,68

T O T A L      N E T                            45,686,234,87   99,61 +
               ACCR. INTEREST                           0,00
               UNREALIZED P/L NET                 1,711,140,79

20, Bd. Emmanuel Servais I-2535 Luxembourg   Boîte Postale 474 I-2014 Luxembourg   Phone: +352 47 93 46-1   S.w.i.t. PRIBLUUL   RC (Lux.) B. 864)

CONFIDENTIAL

# BANQUE PRIVÉE EDMOND DE ROTHSCHILD LUXEMBOURG

## Société Anonyme

ART ABS.R.T.FD/CL.B ARBIT

V A L U A T I O N   O F   A C C O U N T
AS AT : 31.12.02
NUMBER : **Reg** 9302

IN US dollars

**Reg** 9302
ART ABSOLUTE RETURN TARGET FUND
CLASS B ARBITRAGE
HOLD MAIN

ESTABLISHED ON : 21.01.03    PAGE    R 27

| SURVEY OF SECURITIES BY GEOGRAPHY | BONDS | SHARES | OTHER | T O T A L |
|---|---|---|---|---|
| World | 0,00 | 35.104.016,32 | 0,00 | 35.104.016,32 |
| United States of America | 0,00 | 7.999.633,53 | 0,00 | 7.999.633,53 |
| Asia | 0,00 | 581.084,17 | 0,00 | 581.084,17 |
| United Kingdom | 0,00 | 2.011.501,04 | 0,00 | 2.011.501,04 |
| | 0,00 | 45.696.235,06 | 0,00 | 45.696.235,06 |

| SURVEY OF SECURITIES BY SECTOR | BONDS | SHARES | OTHER | T O T A L |
|---|---|---|---|---|
| Investment Trusts/Mutual Funds | 0,00 | 45.696.235,06 | 0,00 | 45.696.235,06 |
| | 0,00 | 45.696.235,06 | 0,00 | 45.696.235,06 |

CONFIDENTIAL

SQO000001049

# Exhibit 8

.

| | |
|---|---|
| **From:** | EXPOSTA Laurence <L.Exposta@LCF-Rothschild.lu> |
| **Sent:** | Wednesday, February 12, 2003 10:40 AM |
| **To:** | Luc Estenne; Jérome Muller; hjm@trendtrust.com; amg@trendtrust.com |
| **Subject:** | A.R.T. - ABSOLUTE RETURN TARGET FUND - 1st draft of the Audited A    nnual Report as at 31 December 2002 (49300) |
| **Attachments:** | EN-ART ABSOLUTE RETURN TARGET FUND.pdf |

Dear Sirs,

Please find herewith the first draft of the full version of the Audited Annual Report of the above-mentioned Fund as at 31 December 2002.

We would be grateful for your approval of, or comments on this report, at your earliest convenience.

It would be most appreciated if, together with your approval/comments, you could send us the English version of the Report on the Activities of the Fund to be included.

As formerly agreed, we shall submit to your approval the abbreviated version of the report, as soon as the full version is finalised.

We look forward to a prompt reply and thank you for your cooperation.

Yours faithfully,


<<EN-ART ABSOLUTE RETURN TARGET FUND.pdf>>


Laurence EXPOSTA
Fund Reporting
Banque Privée Edmond de Rothschild Luxembourg
20 boulevard Emmanuel Servais, L-2535 Luxembourg
Tel: (352) 47 93 46 - 496 Fax: (352) 22 24 94
E-mail: l.exposta@lcf-rothschild.lu
Internet: www.lcf-rothschild.lu

*********************************************************************
This e-mail and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the addressee you are not entitled to copy, store or distribute this message. If you have received this e-mail in error please notify the system's manager postmaster@lcf-rothschild.lu and delete it from your system.

This footnote also confirms that this e-mail message has been swept by an antivirus program for the presence of computer viruses.

CONFIDENTIAL

SQO000001238

2

CONFIDENTIAL                                                                                    SQO000001239

# Exhibit 9

.

| | |
|---|---|
| **From:** | EXPOSTA Laurence <L.Exposta@LCF-Rothschild.lu> |
| **Sent:** | Wednesday, April 09, 2003 11:57 AM |
| **To:** | Luc Estenne; Jérome Muller; hjm@trendtrust.com; amg@trendtrust.com |
| **Subject:** | A.R.T. - ABSOLUTE RETURN TARGET FUND - Report as at 12/31/02 - La   st draft |
| **Attachments:** | EN-ART ABSOLUTE RETURN TARGET FUND.pdf |

Dear Sirs,

Please find herewith the last draft of the full version of the Audited Annual Report of the above-mentioned Fund as at 31 December 2002 including the auditor's comments dated 7 April 2003 and the amended version of the report on the activities (sent today by M. Muller).

We would be grateful for your approval of, or comments on this report, at your earliest convenience.

As formerly agreed, we shall submit to your approval the abbreviated version of the report, as soon as the full version is finalised.

We look forward to a prompt reply and thank you for your cooperation.

<<EN-ART ABSOLUTE RETURN TARGET FUND.pdf>>


Laurence EXPOSTA
Authorized Officer, Fund Legal Reporting Banque Privée Edmond de Rothschild Europe
20 boulevard Emmanuel Servais, L-2535 Luxembourg
Tel: (352) 47 93 46 - 496 Fax: (352) 22 24 94
E-mail: l.exposta@lcf-rothschild.lu
Internet: www.lcf-rothschild.lu

*************************************************************************
This e-mail and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the addressee you are not entitled to copy, store or distribute this message. If you have received this e-mail in error please notify the system's manager postmaster@lcf-rothschild.lu and delete it from your system.

This footnote also confirms that this e-mail message has been swept by an antivirus program for the presence of computer viruses.
*************************************************************************

CONFIDENTIAL
SQO000005218

# Exhibit 10



# PROSPECTUS



ABSOLUTE RETURN TARGET FUND

PROSPECTUS

June 2001

**CONFIDENTIAL**

**SQO000014171**

NOTE TO INVESTORS

A.R.T. – ABSOLUTE RETURN TARGET Fund (the "Fund') invests mainly as a "Fund of Funds" in Hedge Funds. An investment in the Fund carries substantial risks. The risks inherent to an investment in Hedge Funds are of a nature and degree not typically encountered in investments in securities of companies listed on major securities markets worldwide. There can be no assurance that the Fund's investment objective will be achieved and investment results may vary substantially over time. Investors incur the risk to lose all or part of their investment in the Fund. An investment in the Fund is not intended to be a complete investment program for any investor. Prospective investors should carefully consider whether an investment in shares is suitable for them in the light of their own circumstances and financial resources (see "Risk Factors" below).

The Board of Directors of the Fund will, however, endeavour to monitor risks through the selection of the Fund's investments based on a due diligence procedure (see "Due Diligence Procedure" below).

This should reduce the risks but not eliminate them totally.

3

SQO000014172

A.R.T. – ABSOLUTE RETURN TARGET Fund (the "Fund"), created under the co-sponsorship of Partners Advisers S.A. and Trendtrust S.A., is registered under Part II of the list of undertakings for collective investment provided by the Luxembourg law of March 30th 1988 relating to undertakings for collective investment (Loi du 30 mars 1988 relative aux organismes de placement collectif).

The registration on the official list of UCI cannot be construed as an approval by the controlling authority of the contents of this Prospectus or of the quality of the securities offered and held by the Fund. Any representation to the contrary would be unauthorized and unlawful.

Shares in the Fund are offered on the basis of the information and representations contained in this Prospectus or the documents specified herein and no other information or representation relating thereto is authorised. Neither the delivery of this Prospectus nor the offer, issue or sale of shares in the Fund shall under any circumstances constitute a representation that the information given in this Prospectus is correct as at any time subsequent to the date hereof.

If distributed in Switzerland and Italy, this Prospectus must be supplemented by an appendix containing specific information for Swiss and Italian investors.

The shares of the Fund have not been registered under the United States Securities Act of 1933 and may not be offered or sold directly or indirectly in the United States of America (including its territories and possessions), to residents, citizens thereof or companies or partnerships organized pursuant to the law of the States thereof ("U.S. persons").

This Prospectus does not constitute and may not be used for the purposes of an offer or solicitation by anyone in any jurisdiction in which such offer or solicitation is not authorised or to any person to whom it is unlawful to make such solicitation. It is the responsibility of any person in possession of this Prospectus and of any person wishing to apply for Shares to inform himself and to observe all relevant laws and regulations of the relevant jurisdiction.

The information contained in this Prospectus is supplemented by the financial statements and further information contained in the latest annual and semi-annual reports of the Fund, copies of which may be requested free of charge at the registered office of the Fund or at the offices of Partners Advisers S.A. or Trendtrust S.A.

This Prospectus is not intended to impart individual legal, tax or financial advice; investors should inform themselves of, and when appropriate, consult their own professional advisers on the legal, tax and other consequences of owning Shares, including reference to the laws of their country of citizenship or domicile. The Board of Directors of the Fund (the "Board of Directors" or the "Directors") have taken all reasonable care to ensure that the facts stated herein are true and accurate in all material respects and that there are no other material facts the omission of which makes misleading any statement herein, whether of fact or of opinion. The Directors accept responsibility for the accuracy of the information contained in this Prospectus on the date of publication accordingly.

CONFIDENTIAL    SQO000014173

# Contents

| I. | Information on the Fund | 5 |
|---|---|---|
| II. | The Fund | 8 |
| III. | Investment objectives of the Fund | 9 |
| IV. | Investment Policy of each Sub-Fund | 10 |
| V. | Investment Restrictions | 13 |
| VI. | Risk Factors | 15 |
| VII. | Due Diligence Process | 18 |
| VIII. | Management of the Fund | 19 |
| IX. | The Shares | 21 |
| X. | Distribution | 22 |
| XI. | Issue, Conversion and Redemption of Shares | 23 |
| XII. | Valuation of Shares | 27 |
| XIII. | Suspension of the Calculation of Net Asset Value and of the Issue, Repurchase and Conversion of Shares | 31 |
| XIV. | Fees and Expenses | 32 |
| XV. | Taxation | 34 |
| XVI. | Liquidation of the Fund, Dissolution and Merger of Sub-Funds | 35 |
| XVII. | Meetings and Reports | 37 |
| XVIII. | Shareholders' Information | 38 |
| APPENDIX I: | Financial Techniques and Instruments | 39 |
| APPENDIX II: | Statutory Anti-Money Laundering Notice & Regulation and Ownership Limitations | 43 |
| APPLICATION FORM | | 45 |
| REDEMPTION FORM | | 51 |

CONFIDENTIAL

SQO000014174

# I. Information on the Fund

## A. Principal Agents

### 1. The Fund

A.R.T. – ABSOLUTE RETURN TARGET Fund, a Fund of Funds organised under the laws of Luxembourg as a Société d'investissement à capital variable, which offers investors a choice between several Sub-Funds.

### 2. Sub-Fund(s)

As of the date of this Prospectus, the Fund has three Sub-Funds, i.e.:

- A.R.T. – ABSOLUTE RETURN TARGET Fund - Class A,
- A.R.T. – ABSOLUTE RETURN TARGET Fund – Class B and
- A.R.T. – ABSOLUTE RETURN TARGET Fund – Class C

### 3. The Co-Sponsors

PARTNERS ADVISERS S.A.
12 rue François Bonivard
CH-1201 GENEVA
Tel: + (41) 22 716 00 60
Fax: + (41) 22 716 00 61
E-mail: main@advisers.ch

TRENDTRUST S.A.
3 rue du Mont-Blanc
CH-1201 GENEVA
Tel: + (41) 22 908 11 60
Fax: + (41) 22 908 11 61
E-mail: main@trendtrust.com

### 4. Board of Directors

Chairman:
Mr. Luc Estenne, Director of Partners Advisers S.A., Geneva, Switzerland

Directors:
Mr. Hugues Janssens van der Maelen, Director of Trendtrust S.A., Geneva, Switzerland

Mr. Andrea Manghi, Director of Trendtrust S.A., Geneva, Switzerland

Mr. Peter H. Fletcher, an experienced investment professional, specialized in alternative investments, Geneva, Switzerland

Mr. Edward de Burlet, Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr. Geoffroy Linard de Guertechin, Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr. Benoît de Hults, Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr. Serge Muller, Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

Mr. Guy Verhoustraeten, Senior Vice-President of Banque Privée Edmond de Rothschild Luxembourg

### 5. Investment Adviser and Principal Distributor

TT PARTNERS LTD
75 Fort Street
P.O. Box 1350 George Town
Grand Cayman, Cayman Islands

### 6. Custodian Bank, Registrar and Transfer Agent, Domiciliary, Administrative, Paying and Listing Agent

Banque Privée Edmond de Rothschild Luxembourg
20, Boulevard Emmanuel Servais
L-2535 Luxembourg
Tel: + (352) 47 93 46 1
Fax: + (352) 46 02 16

### 7. Auditors

ARTHUR ANDERSEN
6 rue Jean Monnet
L-2180 Luxembourg

### 8. Registered Office

Banque Privée Edmond de Rothschild Luxembourg
20, Boulevard Emmanuel Servais
L-2535 Luxembourg
Tel: + (352) 47 93 46 1
Fax: + (352) 46 02 16

6

SQO000014175

## B. Summary and Defined Terms

**Business Day**

Any day on which banks in Luxembourg (Grand-Duchy of Luxembourg) are open for business.

**Conversion Date**

The first Valuation Date of each quarter and for the first time on 31 March 2001

**Dividends and Distributions**

It is not the intention of the Fund to make distributions of net income or capital gains by way of dividends or distributions unless otherwise decided by the General Meeting of Shareholders. Net income and capital gains are, therefore, effectively represented in the value of the shares.

**Financial Year**

The financial year of the Fund ends on December 31.

**Listing**

Application has been made for shares in the Fund to be listed on the Luxembourg Stock Exchange.

**Minimum Subscription and Minimum Holding**

The minimum subscription and the minimum holding requirement for shares in each Sub-Fund is of USD 100,000 which shall be determined by reference to the Subscription Price paid in respect of the shares held.

**Net Asset Value**

The total assets minus liabilities and accrued expenses valued at current market prices.

**Redemption Date**

The first Valuation Date of each quarter and for the first time on 31 March 2001

**Redemption fee**

A commission not exceeding 2% of the Redemption Price may be charged if required by underlying invested funds.

**Redemption Price**

The Net Asset Value per share computed on the applicable Valuation Date.

**Subscription fee**

A sales commission not exceeding 4% of the Subscription Price may be charged to compensate financial intermediaries and other persons who assist in the placement of shares.

**Subscription Price**

The Net Asset Value per share computed on the applicable Valuation Date.

**Term**

The Fund has been launched for an indefinite period.

**UCI**

Undertakings for Collective Investments, i.e. the underlying funds or the "target funds".

**Unofficial net asset values**

value which are not generally used for the purposes of subscription and redemption of shares of the target funds as provided by the relevant administrators if more recent than their official net asset values.

**USD**

All references to 'USD' in this Prospectus are to the currency of the United States of America.

**Valuation Date**

the last calendar day of each month. However, considering the delay for the reception of the NAVs of the target funds, the NAV of the Fund will be calculated within 21 calendar days of the following month.

7

# II. The Fund

The Fund is a Luxembourg incorporated investment company (société d'investissement à capital variable) which was set up for an unlimited duration in Luxembourg in the form of a "société anonyme" on 20 December 2000, in accordance with the provisions of the Part II of the Law of 30 March 1988 specific to Undertakings for Collective Investment and the Law of 10 August 1915 on Commercial Companies.

The articles of incorporation of the Fund (the "Articles") were published in the Mémorial C on 29 January 2001.

Copies may also be obtained at the registered office of the Fund.

The Fund is registered in the Luxembourg Trade Register under B-79444.

The founding shareholders set up the Fund by subscribing an initial capital of USD 200.000 represented by 2 shares of no par value.

The Fund's consolidation currency is the USD.

The Fund's capital corresponds at all times to the total net asset values of the different Sub-Funds and is represented by shares issued with no face value and fully paid-up. Variations in the capital shall be effected ipso jure and there are no provisions requesting publication and entry of such in the Trade Register as prescribed for increases and decreases of capital of limited companies. The Fund's minimum capital is the equivalent in USD of 50 million Luxembourg francs.

The Fund offers investors, within the same investment vehicle, a choice between several Sub-Funds (the "Sub-Funds"). The Board of Directors of the Fund may, at any time, decide the creation of further Sub-Funds and in such case, this Prospectus will be updated.

Currently, 3 Sub-Funds are available to investors:

- A.R.T.- Absolute Return Target Fund - Class A ("Class A") is a Sub-Fund reserved to clients under discretionary management mandate by Trendtrust S.A or to institutional investors.

- A.R.T.- Absolute Return Target Fund - Class B ("Class B") is a Sub-Fund reserved to clients advised by Partners Advisers.

- A.R.T.- Absolute Return Target Fund - Class C ("Class C") is a Sub-Fund specifically designed for external distribution purposes.

The definition of institutional investors as mentioned in Class A should be understood as defined in the Law of 19 July 1991 as interpreted by the Luxembourg authorities from time to time. For said Class, the Board of Directors will ensure that no shares will be issued or transferred to investors which do not qualify as institutional investors.

Each of the Sub-Funds will follow the same objective and policy.

8

CONFIDENTIAL

SQO000014177

A. R. T. Absolute Return Target Fund

# III. Investment Objectives of the Fund

The Fund's main objective is to achieve medium and long-term growth of its assets with a risk-adjusted performance better than the market and while protecting the invested capital. The Fund will pursue its objective by investing most of its assets in securities of other open-ended undertakings for collective investment ("UCI"), namely, mutual funds ("fonds commun de placement") or investment companies, using non conventional or alternative asset management strategies.

The Fund cannot guarantee that this objective will be met.

9

# IV. Investment Policy of Each Sub-Fund

The objective of each Sub-Fund is to achieve superior risk adjusted returns by investing mainly in Hedge Funds (i.e. which are unregulated foreign investment funds) specialising in a) investing strategies whereby the said funds invests long and short in a variety of financial instruments which respectively are perceived as being under valued and over valued by the manager of the target fund b) a variety of non market dependent strategies where the aim is to exploit, opportunistically, the perceived value discrepancies between equivalent, fungible, or similar groups of securities.

The style seeks to exploit the differences in relative value of economically similar investments by simultaneously buying and selling securities. By capturing the "spread" or value differential between securities and any group of investments superior returns can be achieved with less reference to the performance of the underlying market.

The UCIs in which each Sub-Fund invests will be carefully selected on the basis of the safeguards offered by the structure of the UCIs in which the Sub-Fund proposes to invest like the submission of the manager to an investment management regulatory organisation or the fact that said UCIs have a first class depositary bank or a reputed auditor.

The UCIs in which the Fund invests may invest in any geographical area.

Each Sub-Fund may, under normal circumstances not invest less than 60% of its net assets, in UCIs which are open-ended "hedge" UCIs (whereby the term "open-ended" shall mean that redemptions of the shares or units in such UCIs are allowed at least on a quarterly basis) or closed-ended "hedge" UCIs (listed on an official exchange, or dealt in on another recognised market which is regulated, operating regularly and open to the public);

In addition, the Board of Directors of the Fund reserves the right, in order to protect investors to invest a maximum of 40% of the net assets of each Sub-Fund :

(i)   in open-ended UCIs which are not qualified as Hedge Funds, but have been formed or organised under the laws of Canada, Hong Kong, Japan, Switzerland, the United States, any member-State of the European Union ("EU") and are investing in transferable securities (but which do not necessarily comply with the European Directive 85/611/CEE) or cash without any geographic restrictions).

(ii)  in securities such as stocks and bonds, as well as in warrants on transferable securities within the limits laid down in the heading concerning "Investment Restrictions".

(iii) and to hold cash or money market instruments similar to cash taking into account the principle of spreading risks.

Each Sub-Fund may use techniques and instruments on transferable securities or which are intended to hedge exchange risks, within the limits described in the Appendix I "Financial Instruments and Techniques". In exceptional circumstances, when market conditions so require, each Sub-Fund may be fully invested in cash equivalents in order to protect the interests of the investors.

10

SQO000014179

## A. Alternative vs Traditional Asset Management

Traditional asset management is based on the assumption of market efficiency. According to this principle, it is impossible to achieve long-term returns above the market without having to increase the risks to inappropriate levels. The premise of alternative asset management, however, is that markets are inefficient and that by exploiting market inefficiencies, it is possible to achieve better performances without having to increase the level of risks. The main principles of alternative asset management are the following:

- Alternative asset management intends to offer the investor the opportunity to capture or participate in market upside while limiting the downside risk. Accordingly, because of this capital protection objective, the alternative asset management should offer better risk-adjusted performance and less volatile returns than the market.

- Traditional asset management aims at delivering a performance which beats a pre-defined index benchmark while adopting an indexed and/or passive management. Accordingly, the performance is measured in relative terms. Alternative asset management however aims at delivering absolute performance independently of the market (in bull, bear and flat markets) while adopting a dynamic approach to asset management.

- Accordingly, traditional asset management will tend to produce performances that are correlated to market indices while alternative asset management should produce returns that are less correlated to market indices. Ideally, the returns should be highly correlated in bull markets and not correlated in bear markets.

- Traditional asset management focuses on creating portfolios of securities by creating long positions, mostly in equities and fixed-income. Alternative asset management not only uses long positions but also short positions. Moreover, the use of derivative financial instruments, either to hedge or to increase market exposure, is not limited in alternative asset management.

- In traditional asset management, the uses of leverage is banned or limited. In alternative asset management, leverage can be used and may be very important.

## B. Hedge Fund: The Basic Concept

The initial investment vehicle of alternative asset management is the "Hedge Fund", also called "Absolute Return Fund" which was created in the 1940's by Alfred Winslow who created the A. W. Jones & Co. Partnership. As opposed to some very complex current structure, his was very simple. His fund aimed at limiting the systematic market risk by combining long and short equity positions and using his stock picking skills. Using this approach, Alfred Winslow has been able to achieved better returns than the one produced by a long only approach.

## C. Hedge Fund: A Contemporary Definition

Since then, the "Hedge Fund" concept has widened to include a variety of alternative investment strategies. Far from being a homogeneous group, Hedge Funds today cover different styles. Some implement a well defined investment strategy while others are more opportunistic, some are highly leveraged while other simply do not use any leverage, some are highly risky while others are much more defensive. Among the main hedge fund strategies are the following:

- Long/Short Equity Strategies
  These alternative investment strategies implement the founding concepts of hedge fund by exploiting the price movement difference of a basket of long equity positions and a basket of short equity positions.

- Macro Strategy
  These strategies not only invest in long/short equity portfolio but also invest a large portion of their

CONFIDENTIAL                    SQO000014180

assets in government bonds, currencies, futures or forward contracts, options and other derivative instruments in order to potentially benefit from macroeconomic analysis or forecasts related for instance to the level of interests rates, currencies or equity markets. Accordingly, these strategies implement a "top-down" analysis rather than a "bottom-up" approach and often use a high level of leverage.

- Arbitrage or Relative Value Strategies

  These strategies are based on the following principle: when there is a price discrepancy between two financial instruments which are closely related, a relative value position can be established trough the simultaneous purchase of the undervalued instrument and the sale of the overvalued one. If the relationship between these two financial instruments becomes fairly priced, a profit can be made. Convertible arbitrage strategies, fixed income arbitrage strategies and capital structure arbitrage are all arbitrage or relative value strategies.

These strategies concentrate on securities of companies involved in important transactions such as merger, acquisition, take-over, spin-off, liquidation, restructurings, and other type of similar transactions. These strategies benefit from the value differential between the price of the security before the transaction and after the transaction.

- Distressed Securities Strategies

  These strategies invest, among other things, in troubled companies or companies which are near bankruptcy, in bankruptcy or coming out of bankruptcy. The interest of these strategies lies in the fact that these companies tend not to be fairly priced vis-à-vis the fundamental value of their net assets. This under-evaluation are often related to the difficulties of conducting a thorough financial analysis of a distressed company, to the legal complexity surrounding the evaluation of assets or, simply, to the lack of information.

- Event-Driven Strategies

12

# V. Investment Restrictions

The Board of Directors has resolved that a Sub-Fund may not:

1. Acquire more than 10% of the securities of the same kind issued by a single issuer or 20% of the securities of the same kind issued by a single UCI. These restrictions shall also be applicable to the Fund as a whole;

2. Invest more than 10% of its net assets, in securities issued by a single issuer or 20% of its net assets in securities issued by a single UCI;

3. Invest more than 40% of its net assets, in securities issued by UCIs managed by or with the assistance of the same investment managers or investment advisers or their affiliates;

4. Invest less than 70% of its net assets, in UCIs which are open-ended UCIs (whereby the term "open-ended" shall mean that redemptions of the shares or units in such UCIs are allowed at least on a quarterly basis) or closed-ended UCIs (listed on an official exchange, or dealt in on another recognised market which is regulated, operating regularly and open to the public), provided that at least 50% of its net assets are at any time invested in open-ended UCIs;

5. Invest more than 10% of its net assets, in securities which are neither listed on an official exchange nor dealt in on another market which operates regularly and is recognised and open to the public, except that this limit may be increased up to 25% of the net assets for investments in UCIs which allow for redemptions of their shares or units at least once every year and that there shall be no limitation for investments in open-ended UCIs which normally allow for redemption of their shares or units at least on a quarterly basis;

Investments in shares or units of UCI's which may not be redeemed during a period exceeding one year shall be subject to the condition that the investment adviser or the sponsor of that UCI or the controlling shareholder of the Manager shall have agreed to assist the Fund on a best efforts basis in finding potential buyers for such investments if it should wish to dispose of them.

This restriction does not apply to securities for which a listing has been requested and are obtained within one year, in which case they are considered as listed securities;

This restriction does not apply either to money market instruments issued by first class issuers which are either traded regularly, or which have a residual maturity of less than 12 months, provided that the average residual maturity of all money market instruments which are not traded regularly does not exceed 120 days;

6. Acquire shares or units of UCIs which, in accordance with their investment policy, principally invest in other UCIs;

7. Without prejudice to the application of the provisions set out above:

   i) Borrow or otherwise use leverage exceeding 25% of each Sub-Fund's net assets, provided that no more than 15% of each Sub-Fund's net assets may be used for investment purpose. The remaining portion of 10% of each Sub-Fund's net assets may solely be used to bridge short term liabilities, including for the satisfaction of redemption requests.

   ii) Grant loans,

13

iii) Act as guarantor on behalf of third parties,

The commitments of the Fund are limited to its participation in the target UCIs.

iv) Carry out uncovered sales of securities, provided however that the UCI, in which the Fund shall invest, may carry out such short sales;

The Fund may not place the assets of a Sub-Fund in "Managed Accounts", neither directly, nor indirectly through a subsidiary of the Fund.

v) Invest in physical commodities or other physical assets (such as art, antiques, etc) provided that the individual UCIs may, under exceptional circumstances, be compelled to acquire physical commodities positions for a limited period of time.

The Board of Directors may from time to time impose further investment restrictions as shall be compatible with or in the interest of the shareholders, in order to comply with the laws and regulations of the countries where the shares of the Fund are distributed.

The restrictions set forth above shall only be applicable at the time where the relevant investment is made. If the restrictions are exceeded as a result of any events other than the making of investments, the situation shall be remedied taking due account of the interest of the Shareholders.

CONFIDENTIAL

SQO000014183

# VI. Risk Factors

### A. General Risk

**Prospective investors should be aware that an investment in the Fund involves a high degree of risk, including the risk of loss of the entire amount invested.** The managers of the target funds of Directors may invest in and actively trade instruments with significant risk characteristics, including risks arising from the volatility of securities, financial futures, derivatives, currency and interest rate markets, the leverage factors associated with trading in such markets and instruments, and the potential exposure to loss resulting from counterparty defaults. There can be no assurance that a Sub-Fund's investment program will be successful or that the investment objective of a Sub-Fund will be achieved. Shares in the Fund may fluctuate in price and value, and the value of the shares may decline below the amount originally invested.

Despite a strict Due Diligence procedure used to select and monitor the individual funds in which the assets of the Fund are invested, there can be no assurance that the past performance information will be indicative of how such investments will perform (either in terms of profitability or correlation) in the future. Upon a redemption of shares or the liquidation of the Fund, investors may receive less than the amount invested.

The Fund intends to invest in UCIs which pursue a speculative investment policy. These UCIs will generally fall in the category commonly known as "hedge funds" or "alternative investments". Some investments may also be made in UCIs which trade in commodities futures and options, currencies and currency contracts or financial instruments. Thus, such UCI use specific investment and trading techniques such as investments in options, use of futures or short sales of securities. The Fund will seek to achieve risk diversification by selecting UCIs managed by different managers with different investment styles or investing in different areas.

### B. Lack of Regulatory Supervision

The Fund is permitted to invest in UCIs established in jurisdictions where no or less supervision is exercised on such UCIs by regulators. Although the Fund will ensure that in any such event other safeguards are provided for the protection of the interest of the shareholders of such UCIs, such protection may be less efficient as if a supervision by a regulator was exercised. Further the efficiency of any supervision or of other safeguards may be affected by a lack of precision of investment and risk diversification guidelines applicable to, and the flexibility of the investment policies pursued by, such UCIs. However, in order to minimize these risks, a Due Diligence procedure has been put in place setting out various

criterias for the selection of UCIs (see below "Due Diligence Process").

### C. Illiquidity of the UCIs

Although the Board of Directors will seek to select UCIs which offer the opportunity to have their shares or units redeemed within a reasonable time frame, there is no assurance that the liquidity of the investments of such UCIs will always be sufficient to meet redemption request as, and when made. Any lack of liquidity may affect the liquidity of the shares of the Fund and the value of its investments.

For such reasons the treatment of redemption requests may be postponed in exceptional circumstances including if a lack of liquidity may result in difficulties to determine the Net Asset Value of the shares of the Fund and consequently a suspension of issues and redemptions.

### D. Fee Structure

The Fund incurs the costs of the fees paid to the Adviser and the Custodian and other service providers as well as a prorata portion of the fees paid by the UCIs in which the Fund invests to their Advisers or other service providers. As a result the operating expenses of the Fund may constitute a higher percentage of the net asset value than could be found in other investment schemes. Further, some of the strategies employed at the level of the UCIs require frequent changes in trading

15

positions and a consequent portfolio turnover. This may involve brokerage commission expenses to exceed significantly those of other investment schemes of comparable size.

The Investment Adviser or the Co-Sponsors will not receive from the target UCIs any commissions, rebates or soft dollar linked to these investments. If the Investment Adviser or the Co-Sponsors may negotiate with the target UCIs any reduction of fees, it will be for the benefit of the Fund.

Potential investors should be aware that the advisory and performance fees payable to the Adviser are in addition to the fees paid by the invested UCIs to their managers and advisers and that, there may be a duplication of fees.

However, in any event, there will be no duplication of advisory or management fees, should the Fund invest in UCIs managed or advised by the co-sponsors and its affiliates. Accordingly, the Fund shall not incur any fee or expense payable to such UCIs.

### E. Leverage

Certain UCIs in which the Fund invests, operate with substantial degree of leverage and are not limited in the extent to which they either may borrow or engage in margin transactions. The positions maintained by such UCIs may in aggregate value be in excess of the net asset value of the Fund. This leverage presents the potential for a rate of total return but also increases the volatility of the Fund, including the risk of a total loss of the amount invested.

Potential investors should also be aware that the Fund may borrow or otherwise use leverage up to 25% of each Sub-Fund's net assets, provided that no more than 15% of each Sub-Fund's net assets may be used for investment purpose and that higher risks linked to said borrowing for investment purposes may be borne by the Fund taking into account that the return on investments shall not necessarily cover the charges linked to said borrowings.

### F. Short Sales

The UCIs in which the Fund invests may engage in short selling of securities which may expose the portion of the UCI's assets committed to such activities to unlimited risk due the lack of an upper limit on the price to which a security may arise. However, to the extent that the Fund participates in short selling activities through a UCI, the Fund's losses will be limited to the amount invested in the particular UCI.

### G. Absence of Custodian Banks

Some of the UCIs in which the assets of the Fund are allocated have a broker as a custodian instead of a bank. In certain cases these brokers may not have the same credit rating as a bank. In addition, contrary to custodian banks in regulated environments, these brokers will perform only safekeeping functions with no statutory supervisory obligations.

### H. Conflict of Interest

Conflicts of interests may arise between the Fund and the persons or entities involved as advisers in the management of the Fund and/or the managers of the UCIs in which the Fund invests. The managers normally manage assets of other clients that make investments similar to those made on behalf of the undertakings in which the Fund invests. Such clients could thus compete for the same trades or investments and whilst available investments or opportunities for each client are generally allocated in a manner to believed equitable to each, some of those allocation procedures may adversely affect the price paid or received for investments or the size of positions obtained or disposed.

Conflicts may also arise as a result of the other services provided by the co-sponsors or their affiliates which may provide advisory, custody or other services to the Board of Directors, to other clients and some of the other UCIs in which the Fund invests. Similarly the Directors of the Fund may also be Directors of UCIs in which the Fund may invest or of companies being active in the sector of alternative strategies and the interests of such UCIs or companies

16

SQO000014185

and of the Fund could result into conflicts.

Furthermore, some managers have an equity stake in their own fund. Conflicts of interest can therefore not be ruled out at the level of the UCIs. Should such conflicts of interest arise, a fair solution for all parties must be found and conflicts must be resolved on an arm's length basis.

### I. Nature of Investments in the Fund

Although the Board of Directors seeks to monitor investments and trading activities of the UCIs to which the Fund has allocated assets, investment decisions are normally made independently at the level of such UCI and it is possible that some managers of the target funds will take positions in the same security or in issues of the same industry or country or in the same currency or commodity at the same time. Consequently, the possibility also exists that one UCI purchases an instrument at about the same time when another UCI decides to sell it. There is no guarantee that the selection of the managers of the target funds will actually result in a diversification of investment styles and that the positions taken by the underlying UCIs will always be consistent.

The assets of the Fund may also be allocated to UCIs whose primary investment strategies include speculative trading of commodities futures and/or financial futures contracts and currencies. Commodity and currency futures prices can be highly volatile because of the low margin requirements in futures trading. An extremely high degree of leverage is typical for futures trading accounts. As a result, a relatively small price movement in a futures contract may result in substantial losses or gains to the investor. Similarly some of the UCIs may have the majority of their assets invested in options and other geared instruments, where a relatively small price movement in the underlying security or commodity may result in substantial losses or profits.

There are only very limited constraints on the investment strategies and techniques that can be employed by the managers of the target UCIs.

As a result of its diversified investments, the Fund may incur other risks, including currency exchange risks in respect of assets held in other currencies, tax risks in respect of assets invested in other jurisdictions, political risks relating to political, social and economic factors which may affect the assets of the UCIs in which the Fund invests, which are held in countries which may be subject to economic difficulties, political or social unrest. The foregoing list of risks factors does not purport to be a complete explanation of the risk involved. Prospective investors should read the entire Prospectus and fully evaluate all other information that they deem to be necessary for determining to invest in the Fund. Prospective investors should ensure that they fully understand the content of this Prospectus.

ACCORDINGLY, INVESTMENT IN THE SHARES OF THE FUND IS ONLY APPROPRIATE FOR INVESTORS WHO ARE WILLING TO ACCEPT THE RISKS AND REWARDS STEMMING FROM SUCH AN APPROACH.

CONFIDENTIAL

SQO000014186

# VII. Due Diligence Process

The Due Diligence Process involves the following two steps:

## A. Quantitative Analysis

The quantitative analysis focuses on the statistical evaluation of the historical performance of a target fund's manager over different periods of time. By using a certain number of ratios it allows one to view various measures of risk and reward as well as compare the returns of a target fund's manager to those of another, or to those of an appropriate set of market indices, in order to determine correlation of returns or perform style analysis. Quantitative analysis alone, however, by focusing on past performance, is an unreliable prognosticator of future results. Moreover, in order to be truly useful, statistical analysis has to cover a reasonable measurement period. The idea is to test a target fund's manager's skill over a full market cycle. Quantitative analysis, therefore, has to be combined with a thorough qualitative analysis which will attempt to highlight various factors which may affect the performance of given target fund's manager and increase, or decrease, ones level of confidence in him.

## B. Qualitative Analysis

The qualitative analysis allows one to differentiate between two apparently identical "statistical profiles" by assessing, among others, the following key points on a given target fund's manager or UCI:

- *Characteristics and driving forces of the target fund's manager's investment strategy.* Is it well defined, what are the risks and are they efficiently controlled by the target fund's manager and his organization? In order to answer these questions, one has to go beyond the information contained in the disclosure document of a target fund's manager and endeavour, among other things, to understand how consistent a target fund's manager has been in applying his strategy and how susceptible it is to evolve over time both in relation to developments in financial markets and to assets under management. In addition, one will want to assess the type and liquidity of financial instruments used by the target fund's manager, the diversification of portfolio and concentration of investment positions, the use, if any, of leverage and derivatives and, more broadly, the general structure of the target fund's manager's current portfolio.

- *Background of the target fund's manager and of the principals in his organization.* This involves checking the target fund's manager's regulatory history, his background, reputation in the industry and whether he had less successful past experiences as an investment manager. The same should be sought for the principals of his organization in order to gain insight into how the latter and the target fund's manager might act in the future.

- *Structure of the UCI.* This point is often overlooked by investors. Other than a perfunctory look at the offering document of the UCI to be familiar with the fee structure and the subscription and redemption conditions, investor will generally not get involved in analyzing the details of the UCI structure and in assessing the quality of the various parties involved in the UCI. The due diligence procedure, however, should include a review of the various parties involved in the "life" of the UCI, such as the custodian, the offshore administrator, the auditor and the legal advisor. Special attention must also be paid to corporate governance issues such as the existence, or not, of an independent board of directors or supervisory board of directors or supervisory board made up of people with the necessary background, experience and independence to fulfil their responsabilities.

18

CONFIDENTIAL

# VIII. Management of the Fund

## A. The Investment Adviser and Principal Distributor

The Fund's Directors are responsible for the determination, execution and control of the Fund's investment policies that are applied to the management of the Sub-Funds.

To determine the investments, the Directors shall be assisted by an Investment Adviser. The Directors are not under the obligation to follow the recommandations made by the Investment Adviser.

TT PARTNERS LTD (hereinafter referred to as the "Investment Adviser" or "Principal Distributor"), was incorporated on 27 December 2000 as an exempted limited liability company under the laws of the Cayman Islands, and its activities consist in providing the Company with investment advisory services in hedge fund and alternative investment and assistance in the development of its marketing strategy and advice to investors. In case of delegation of the duties of the Investment Adviser to (a) specific sub-adviser(s), the prospectus shall be amended accordingly.

Under the terms of an agreement dated 27 December 2000, TT PARTNERS LTD was appointed Investment Adviser and Principal Distributor (i) to assist and advise the Company in the daily management of its portfolio, (ii) to provide the Company, on an ancillary basis with assistance in the selection of one or several selling agents or business intermediaries and to provide such intermediaries as well as investors with general information relative to economic and financial developments as well as trends that might affect shareholder investments in the Sub-Funds, as well as all other information or assistance required by shareholders in direct relation with their investments in the Sub-Funds.

The agreement signed between the Fund and the Investment Adviser and Principal Distributor is for an unlimited period. It can be cancelled at any time by either party with notice of three months, or unilaterally by the Company in case of serious error on the part of the Investment Adviser and Principal Distributor.

Information about the advisory fee will be found in the Chapter Fees and Expenses.

## B. The Custodian Bank and Central Administration

BANQUE PRIVEE EDMOND DE ROTH-SCHILD LUXEMBOURG, a Société Anonyme, (the "Custodian Bank") has been appointed Custodian of the Fund's assets in accordance with an Agreement for an undetermined duration, signed on 20 December 2000.

Each of the parties may terminate the Agreement subject to 90 days' notice.

BANQUE PRIVEE EDMOND DE ROTH-SCHILD LUXEMBOURG is a Company in the form of a Société Anonyme, which was granted statutory recognition as a bank on 24 October 1988 in Luxembourg and whose Registered Office is at 20 Boulevard Emmanuel Servais, Luxembourg.

The safe-keeping of the Fund's assets has been entrusted to the Custodian Bank who shall fulfil the obligations and duties stipulated by law.

The Fund's assets shall be deposited with the Custodian and/or the Custodian's Correspondents under the supervision of the Custodian. The Custodian shall exercise all reasonable care in the selection and supervision of its Correspondents and the Custodian shall be liable for proper instructions and transfer of the Fund's assets to such Correspondents. Unless the Custodian has been negligent in the performance of its duties the Custodian shall not be liable to the Fund for the Correspondents' failure to perform their obligations and unless the Custodian has been negligent in the selection and supervision of any such Correspondent the Custodian shall not be liable to the Fund for losses resulting from the bankruptcy or insolvency of a Correspondent. In such case the Custodian shall be liable to the Fund only to the extent that the Correspondents are liable to the Custodian and the Custodian shall

19

be obliged to credit to the Fund only such assets as will be returned by the Correspondents where the assets have been placed.

As the Domiciliary, Registrar, Transfer and Administrative Agent, Banque Privée Edmond de Rothschild Luxembourg is also responsible for the general administrative functions of the Fund required by Luxembourg law and for processing the issue and redemption of shares, the calculation of the Net Asset Value of the shares in the Fund and the maintenance of accounting records for the Fund.

The Custodian has no duty to control the compliance of the Fund with its investment policy and restrictions.

The fees for the Custodian's services are charged in accordance with usual bank fees. The Custodian will be entitled to a commission payable quarterly, pro rata temporis, based on the average of the net assets of each Sub-Fund calculated on each Valuation Date.

**C. The Auditor**

Arthur Andersen has been appointed as Auditor of the Fund.

CONFIDENTIAL

SQO000014189

# IX. The Shares

The shares will be issued in registered form only. No share certificates will be issued. A confirmation of registration in the register of shareholders will be sent to shareholders.

The ownership of shares will be established by an entry in the register of shareholders maintained by the Administrative Agent at 20, Boulevard Emmanuel Servais, Luxembourg.

Fractions of registered shares of five decimal places shall be issued. Fractions of shares have no voting rights, but have rights to dividends and liquidation proceeds.

The Fund's capital corresponds at all times to the net asset value of the Fund and is represented by shares issued with no par value and fully paid-up. The Fund's minimum capital is the equivalent in USD of LUF 50,000,000, which amount must be reached within 6 months after the date of registration of the Fund as a collective investment undertaking.

The Board of Directors may restrict or prevent the ownership of the Fund's shares as stated in the paragraph "Restriction on ownership of shares" and the Registrar and Transfer Agent will apply the measures mentioned in the "Statutory Anti-Money Laundering Notice & Regulation and Ownership Limitations" Appendix II.

CONFIDENTIAL
SQO000014190

# X. Distribution

It is not the intention of the Fund to make distributions of net income or capital gains by way of dividends or distributions. Capital gains and all incomes will be reinvested.

However, each year, the Board of Directors may propose to the shareholders of any Sub-Fund at the annual meeting of Shareholders the payment of a dividend in compliance with Luxembourg law.

Whenever the Fund declares a cash dividend, dividends will be paid to each registered shareholder normally by wire transfer or cheque mailed to the address shown on the register of shareholders. Dividend payments are restricted by law insofar as they cannot reduce the net assets of the Fund below the required minimum capital (presently the equivalent of 50 million Luxembourg francs).

Dividends not cashed within 5 years from their due date will be forfeited and will accrue for the benefit of the Sub-Fund in respect of which the dividend was declared.

22

# XI. Issue, Conversion and Redemption of Shares

## A. Issue of Shares

Initial applications for new investors for shares must be for a minimum of USD 100.000 per Sub-Fund inclusive of any applicable subscription fee.

Shareholders must be invested at any time a minimum of USD 100.000. In the event that, after redemption or conversion, the investment will represent an amount inferior to USD 100.000, the Board of Directors may decide, on a discretionary basis, to compulsorily repurchase or convert the remaining shares.

Subscriptions may be made for an amount only.

Subscriptions amount will be reduced by any subscription fee if applicable.

The Directors are authorized to issue shares of each Sub-Fund at all times and without limits.

### Initial subscription

Subscriptions for the initial offer of shares of the Classes A, B and C, which began on 20 December 2000 and ended on 27 December 2000, have been accepted at an initial subscription price of USD 100,000 per share. Payment for initial subscription have been made for good value on 27 December 2000.

Subscription applications have been received by the Fund before 6.00 p.m. (Luxembourg time) on the last day of the initial subscription period at the latest.

In addition, a subscription fee in favour of the Principal Distributor has been charged up to a maximum amount of 4 % of the initial subscription price.

### Current Subscription

Subscriptions may be made directly to the Registered office of the Fund.

Subscription applications received by the Fund before 6.00 p.m. (Luxembourg time) on the third Luxembourg business day preceding a Valuation Date will be executed, if accepted, on the basis of the net asset value determined on such Valuation Date. Applications received after this deadline will be executed on the following Valuation Date.

The subscription fee in favour of the Principal Distributor may be charged up to a maximum amount of 4 % of the Net Asset Value per share.

The subscription amount will be received at the Custodian on the third Luxembourg business day preceding the Valuation Date.

Subscription monies are payable in the Sub-Fund Reference Currency. Applications in any major freely convertible currency will be accepted but in such case, the conversion costs (ie conversion rate and conver-

sion fee) will be borne by the investors.

After the Net Asset Value calculation, the Fund will inform the shareholder as to the number of shares obtained as well as the applicable price.

### Restriction of Ownership of Shares

The Fund reserves the right to:

(a) refuse all or part of a subscription application for shares.

(b) repurchase, at any time, shares held by investors not authorized to buy or own the Fund's shares.

The shares of the Fund cannot be acquired or held directly or indirectly by United States persons (nationals or residents) as the shares have not been registered under the United States Securities Act of 1933 .

In particular, the Fund may restrict or prevent the ownership of shares in the Fund by any person, firm or corporate body or by any " United States person ". The shares have not been registered under the United States Securities Act of 1933 and, except in a transaction which does not violate such Act, may not be directly or indirectly offered or sold in the United States of America, or any of its territories or possessions or areas subject to its jurisdiction, or to or for the benefit of a United States person.

23

For this purpose, " United States person " includes a national or resident of the United States of America, a partnership organised or existing in any state, territory or possession of the United States of America, a corporation organised under the laws of the United States of America or of any state, territory or possession thereof, or any estate or trust, other than estate or trust the income of which is not subject to United States federal income taxation regardless of its source. The attention of any United States person is drawn to the section " Issue of shares " and on the compulsory redemption powers of the Fund above.

The Fund may restrict or prevent the ownership of shares of the Fund specifically but without limitation, by any shareholder who would beneficially own more than 10 per cent of the shares of each Sub-Fund of the Fund (a "ten percent owner") and for such purposes the Fund may:

- decline to issue any share and decline to register any transfer of a share where it appears to the Fund that such registration or transfer would or might result in beneficial ownership of such share by a United States person or a ten per cent owner.

- at any time require any person whose name is entered in the Register of Shareholders to provide information, supported by an affidavit, which the Fund may consider necessary for the purpose of determining whether or not beneficial ownership of such shareholder's shares rests or will rest with United States persons or ten per cent owners; and

- where it appears to the Fund that any United States person either alone or in conjuction with any other person is a beneficial owner of shares, compulsorily repurchase such shares from any such shareholder.

**B. Conversion of Shares**

Shares of one Sub-Fund may be converted into shares of another Sub-Fund if the applicants do comply with the eligibility criterias of the said target class.

Such conversion will be accepted upon request at a price corresponding to the net asset value per share of the relevant Sub-Fund without conversion fee.

Any shareholder wishing to convert part or all of his holding should deliver a request for conversion in writing, by telex or fax to the Fund to the Registered Office of the Fund indicating the number of the shares to be converted from one Sub-Fund to another.

Conversion requests are irrevocable except in the case of suspension of the calculation of the net asset value as described in chapter "Suspension of the Calculation of Net Asset Value and of the Issue, Repurchase and Conversion of Shares".
An application to convert must reach the Fund at the latest by 6pm Luxembourg Time, 63 calendar days preceding the Conversion Date on which the transfer is to be effected. Applications sent after this deadline shall be executed on the next applicable Conversion Date.

Upon decision of the Board of Directors, the application for conversion may be taken into account, after notification in writing of the concerned shareholders, at an earlier Valuation Date ie a Valuation Date which occurs before the next applicable conversion date. In this case. all applications received for a specific Conversion Date will be taken into account on that Valuation Date, provided the Board of Directors do not opt for the deferral procedure mentioned under the section "Redemption of shares", in case where conversion requests, taken together with the redemption requests applicable on the same day exceed 10 % of the issued shares.

CONFIDENTIAL                                                                          SQO000014193

The number of shares allotted to the new Sub-Fund will be established according to the following formula:

$$A = \frac{(B \times C)}{D}$$

A  equals the number of shares to be allotted in the new Sub-Fund

B  equals the number of shares to be converted from the initial Sub-Fund

C  equals the net asset value, on the applicable Valuation Date, of the shares to be converted from the initial Sub-Fund

D  equals the net asset value, on the applicable Valuation Date, of the shares to be allotted in the new Sub-Fund.

After the conversion, the Fund will inform the shareholder as to the number of new shares obtained as a result of the conversion as well as the price.

### C. Redemption of Shares

At any Redemption Date, the shareholder of any Sub-Fund is entitled to have his/her shares repurchased by the Fund at his/her request at the Net Asset Value less any applicable redemption fee. A redemption fee of up to 2% of the net asset value of the shares redeemed may be applied, or may be waived in whole or in part at the discretion of the Board of Directors. The redemption fee (if any) will be paid for the redeemed Sub-Fund in order to compensate the fees required by underlying invested funds. The same percentage of redemption fee will be applicable to all redemption requests received for a specific Redemption Date.

Shares repurchased by the Fund shall be cancelled.

### Repurchase procedure

Any shareholder wishing to redeem part or all of his holding should deliver a repurchase application which must be sent to the Fund in writing, by telex or fax. The application is irrevocable except in the case of suspension of the calculation of the net asset value as described in Chapter "Suspension of the Calculation of Net Asset Value and of the Issue, Repurchase and Conversion of shares", and must indicate the number of shares of the Sub-Fund to be repurchased as well as all useful references allowing the settlement of the repurchase such as the name in which the shares to be redeemed are registered, if applicable, and the necessary information as to the investor to whom payment is to be made.

In any case, all repurchase applications must be notified to the Fund in Luxembourg before 06.00pm (Luxembourg time) 63 calendar days preceeding the Redemption Date on which the application is to be effected.

Applications notified after this deadline shall be dealt with on the next applicable Redemption Date.

The payment for repurchased shares shall be made within 45 calendar days following the applicable Redemption Date, provided the Fund has received all the documents certifying the repurchase and in any case before the availability of the Net Asset Value calculated for the following Valuation Date.

Upon decision of the Board of Directors, the application for redemption may be taken into account, after notification in writing of the concerned shareholder, at an earlier Valuation Date ie a Valuation Date which occurs before the next applicable Redemption Date. In this case, all applications received for a specific Redemption Date will be taken into account on that Valuation Date, provided the Board of Directors do not opt for the deferral procedure mentioned below in case where redemption requests, taken together with the conversion requests applicable on the same day exceed 10 % of the issued shares.

The shares which are redeemed will be cancelled by the Fund.

Redemption monies shall be paid in the Sub-Fund's reference currency ie in USD at the current average exchange rate. Reimbursements in

25

any other major freely convertible currency will be accepted. However, in such case, the exchange costs (ie exchange rate and exchange fee) will be borne by the shareholders.

**The price of the repurchase of shares of the Fund may be higher or lower than the purchase price paid by the shareholder at the time of subscription due to the appreciation or depreciation of the net value of the Fund.**

**Deferrals**

**In the event that redemption or conversion requests on any given Valuation Date exceed 10% of the issued shares, the directors may decide that the portion of the redemption/conversion requests exceeding 10% of the shares in issue be deferred to the following Valuation Date and any subsequent Valuation Date for as long as redemption/conversion requests exceed 10%. In the case of deferrals all pending redemption/conversion requests will be reduced proportionally and, for any given Valuation Date, deferred redemption/conversion requests will be dealt with prior to new redemption/conversion requests. The redemption/conversion price applicable to deferred redemption/conversion requests will be the price as at the Valuation Date the portion of the deferred redemption/conversion request has been effectively taken into account.**

**Compulsorily repurchase**

In the event that the net assets of a Sub-Fund are less than the equivalent of USD 5,000,000 for a period of at least six consecutive months, the Board of Directors may decide on the basis of the conditions laid down in the chapter "Dissolution and Merger of Sub-Fund" to compulsorily repurchase all the remaining shares of the Sub-Fund. Such redemption will be made at the net asset value applicable on the day on which all assets attributable to such Sub-Fund have been realized (see "Liquidation").

26

# XII. Valuation of Shares

The Net Asset Value is dated as at the last calendar day of each month ("Valuation Date") (i.e. apart from the legal or bank holidays, for which the Valuation Date will be the preceding business day) under the responsibility of the Fund's Board of Directors. However, considering the delay for the reception of the NAVs of the target funds, the NAV of the Fund will be calculated within 21 calendar days of the following month.

The net asset value of shares of each Sub-Fund shall be expressed in USD and any other currency as the Directors shall from time to time determine as a per share figure and shall be determined in respect of each Valuation Date by dividing the net assets of the Fund corresponding to each Sub-Fund, being the value of the assets of the Fund corresponding to such Sub-Fund less the liabilities attributable to such Sub-Fund. by the number of shares of the relevant Sub-Fund outstanding and shall be rounded up or down to the second decimal place of the currency in which the net asset value of the relevant shares is calculated.

The Fund's consolidation currency is the United States Dollar .

The net assets of the different Sub-Funds of the Fund shall be assessed as follows:

**I.  In particular, the Fund's assets shall include:**

1.  all cash at hand and on deposit, including interest due but not yet collected and interest accrued on these deposits up to the Valuation Date.

2.  all bills and demand notes and accounts receivable (including the result of the sale of securities whose proceeds have not yet been received).

3.  all securities, units, shares, debt securities, option or subscription rights and other investments and transferable securities owned by the Fund.

4.  all dividends and distribution proceeds to be received by the Fund in cash or securities insofar as the Fund is aware of such a distribution.

5.  all interest due but not yet received and all interests yielded up to the Valuation Date by securities owned by the Fund, unless this interest is included in the principal amount of such securities.

6.  the incorporation expenses of the Fund, insofar as they have not been amortized.

7.  all other assets of whatever nature, including prepaid expenses.

The value of these assets shall be determined as follows:

(a)  The value of any cash at hand or on deposit, bills and demand notes and accounts receivable, prepaid expenses, dividends and interests declared or due but not yet collected will be deemed to be the full value thereof, unless it is unlikely that such values are received in full, in which case the value thereof will be determined by deducting such amount the Directors consider appropriate to reflect the true value thereof.

(b)  The valuation of any security (including shares or units in closed-end UCI) listed or traded on an official Stock Exchange or any other regulated market operating regularly, recognized and open to the public is based on the last quotation known in Luxembourg on the Valuation Date and, if this security is traded on several markets, on the basis of the last price known on the market considered to be the main market for trading this security. If the last known price is not representative, the valuation shall be based on the probable realization value estimated by the Directors with prudence and in good faith.

27

SQO000014196

(c) Futures and Options are valued by reference to the previous day's closing price on the relevant market. The market prices used are the futures exchanges settlement prices.

(d) Securities not listed or traded on a Stock Exchange or any other regulated market, operating regularly, recognized by and open to the public shall be assessed on the basis of the probable realization value estimated with prudence and in good faith.

(e) Securities expressed in a currency other than the currency of the Sub-Fund concerned shall be converted on the basis of the rate of exchange ruling on the relevant bank business day in Luxembourg.

(f) Swaps are valued at fair value based on the last available closing price of the underlying security.

(g) Investments in open-ended Investment Funds will be taken at their latest official net assets values or at their latest unofficial net asset values (i.e. which are not generally used for the purposes of subscription and redemption of shares of the target funds) as provided by the relevant administrators if more recent than their official net asset values and for which the Administrative Agent has sufficient assurance that the valuation method used by the relevant administrator for said unofficial net asset values is coherent as compared to the official one.

If events have occurred which may have resulted in a material change of the net asset value of such shares or units in other UCI since the day on which the latest official net asset value was calculated, the value of such shares or units may be adjusted in order to reflect, in the reasonable opinion of the Directors, such change of value.

For the purpose of determining the value of the Fund's assets, the Administrative Agent relies upon information received from various professional pricing sources (including fund administrators and brokers). In the absence of manifest error and having due regards to the standard of care and due diligence in this respect the Administrative Agent shall not be responsible for the accuracy of the valuations provided by such pricing sources.

In circumstances where one or more pricing sources fails to provide valuations for an important part of the assets to the Administrative Agent, the latter is authorized not to calculate a net asset value and as a result may be unable to determine subscription and redemption prices. The Directors shall be informed immediately by the Administrative Agent should this situation arise. The Directors may then decide to suspend the net asset value calculation, in accordance with the procedures set out in the section entitled "Suspension of the Calculation of Net Asset Value, and of the Issue, Repurchase and Conversion of Shares".

II. The Fund's liabilities shall include:

1. all borrowings, bills matured and accounts due.

2. all liabilities known, whether matured or not, including all matured contractual obligations that involve payments in cash or in kind (including the amount of dividends declared by the Fund but not yet paid).

3. all reserves, authorized or approved by the Directors, in particular those that have been built up to reflect a possible depreciation on some of the Fund's assets.

4. any other commitments of the Fund, except those represented by the Fund's own resources. When valuing the amount of such other liabilities, all expenses to be borne by the Fund must be taken into account and include, with no limitation:

28

(a) the costs of incorporation and subsequent amendments to the statutes;

(b) charges and/or expenses of the Investment Adviser and Principal Distributor, the managers if any, the Custodian (including any correspondents (clearing system or bank) of the Custodian to whom custody of the assets of the Fund is entrusted), the Domiciliary Agent and any other agents of the Fund as well as the sales agent(s) as provided in their respective agreements with the Fund;

(c) the costs of legal counsel and of auditing the Fund's annual accounts;

(d) advertising costs;

(e) the cost of printing, translating (where necessary), publishing and distributing the semi-annual report and accounts, the annual audited report and accounts and all prospectuses and of publishing prices in the financial press;

(f) the costs of holding the shareholders' meetings and the meetings of the Board of Directors;

(g) fees (if any) of the Directors and reimbursement to all Directors of their reasonable travelling, hotel and other incidental expenses of attending and returning from meetings of the Directors, or of committees thereof, or general meetings of the shareholders of the Fund;

(h) the fees and expenses involved in registering (and maintaining the registration of) the Fund (and/or each sub-Fund) with governmental agencies or stock exchanges to permit the sale of, or dealing in, the material for use in any particular jurisdiction;

(i) all taxes and duties levied by the government authorities and stock exchanges;

(j) any other operating expenses including financial, bank or brokerage charges incurred when buying or selling assets or otherwise; and

(k) all other administrative expenses.

When valuing the amount of these commitments the Fund shall take account of the administrative or other expenses of a regular or periodic nature pro rata temporis.

**III.** Each of the Fund's shares in the process of being repurchased shall be considered as a share issued and existing until the close of business on the Valuation Date applied to the repurchase of such share and its price shall be considered as a liability of the Fund from the close of business on this date and this until the price has been paid.

Each share to be issued by the Fund in accordance with subscription applications received shall be considered as issued from the close of business on the Valuation Date of its issue price and its price shall be considered as an amount owed to the Fund until it has been received by the Fund.

29

CONFIDENTIAL

SQO000014198

**IV.** As far as possible, all investments and disinvestments decided by the Fund must, in order to be taken into consideration, be transmitted and confirmed by the Broker to the Depositary Bank before 06.00pm (Luxembourg time) the business day preceding the Valuation Date.

**V.** As regards relations between shareholders each Sub-Fund is treated as a separate entity, generating without restriction its own contributions, capital gains and capital losses, fees and expenses. The Fund constitutes a single legal entity; however with regard to third parties, in particular towards the Fund's creditors, each Sub-Fund shall be exclusively responsible for all liabilities attributable to it.

30

SQO000014199

# XIII. Suspension of the Calculation of the Net Asset Value and of the Issue, Repurchase and Conversion of Shares

The Directors are authorized to temporarily suspend the calculation of the net asset value of one or more Sub-Funds, as well as issues, repurchases and conversions of shares in the following instances:

(a) for any period during which a market or Stock Exchange which is the main market or Stock Exchange on which a substantial portion of the Fund's investments is listed at a given time, is closed, except in the case of regular closing days, or for days during which trading is considerably restricted or suspended.

(b) when the political, economic, military, monetary or social situation, or Act of God beyond the Fund's responsibility or control, make it impossible to dispose of its assets through reasonable and normal channels, without seriously harming the interests of shareholders.

(c) in the case of a breakdown in the normal means of communication used for the valuation of any investment of the Sub-Fund or if, for any reason, the value of any asset of the Sub-Fund may not be determined as rapidly and accurately as required.

(d) whenever exchange or capital movement restrictions prevent execution of transactions on behalf of the Fund or in case purchase and sale transactions of the Fund's assets are not realisable at normal exchange rates. Any period when the Fund is unable to rapatriate funds for the purpose of making payment on the redemption of share.

(e) when the Directors so resolve subject to maintenance of the principle of shareholder equality and in accordance with applicable laws and regulations, (i) as soon as a meeting of shareholders is called during which the liquidation / dissolution of the Fund shall be considered; or, (ii) in the cases where the Directors have the power to resolve thereon, as soon as they decide the liquidation / dissolution of a Sub-Fund;

(f) any other exceptional circumstance or circumstances where a failure to do so might result in the Fund or its shareholders incurring any liability to taxation or suffering other pecuniary disadvantage or other detriment which the Fund or its shareholders might not otherwise have suffered.

Under exceptional circumstances that may adversely affect the interests of shareholders, or in instances of massive repurchase applications of one Sub-Fund, the Directors reserve the right only to determine the share price after having executed, as soon as possible, the necessary sales of transferable securities on behalf of the Sub-Fund.

In this case, subscriptions, repurchase and conversion applications in process shall be dealt with on the basis of the net asset value thus calculated.

Subscribers and shareholders tendering shares for subscription repurchase and conversion shall be advised of the suspension of the calculation of the net asset value at the time of the filing of their written request for such subscription, redemption or conversion.

Suspended subscription, repurchase and conversion applications may be withdrawn by means of a written notice, provided the Fund receives such notice before the suspension ends.

Suspended subscription and repurchase and conversions applications shall be taken into consideration on the first Valuation Date after the suspension ends.

31

SQO000014200

# XIV. Fees and Expenses

## A. Investment Adviser's and Principal Distributor's Fees

The Investment Adviser and Principal Distributor will be paid by the Fund, for each Sub-Fund, a fee of maximum of 1.75% p.a. as detailed below calculated on the average net asset value of each Sub-Fund determined on each Valuation Date, in each quarter during the continuance of the Investment Advisory and Principal Distributor Agreement (in the case of the first quarter, in respect of the period commencing with the day on which the shares are first issued). This fee must be paid on a quarterly basis.

In addition, in relation to its function of Principal Distributor, TT PARTNERS LTD is entitled to receive the subscription fees of a maximum amount of 4 % of the Net Asset Value per share paid by the subscribers when subscribing in the Fund.

## B. Investment Adviser's Performance Fees

The Investment Adviser is also entitled to a performance fee (the "Performance Fee") payable annually and calculated on a "High Water Mark" basis (i.e. the High Water Mark being the highest NAV as at the end of a financial year for which a Performance Fee has been paid).

The Performance Fee payable is 10% of the outperformance of the Net Asset Value of the Fund over an annual benchmark of 6%.

Such Performance Fee is accrued on each valuation date and payable within ten days after the approval of the audited annual report by the General Meeting of Shareholders.

Performance fee on redeemed shares will be paid systematically.

At the end of the year, in the case of a negative provision, said provision will be reported on the following year.

## C. Advisory and performance fees applicable to each Sub-Fund

**Name of the Sub-Fund**

ART – ABSOLUTE RETURN TARGET Fund – CLASS A
Advisory Fee applicable:      none
Performance fee applicable: none

**Name of the Sub-Fund**

ART – ABSOLUTE RETURN TARGET Fund – CLASS B
Advisory Fee applicable:      1.75 %
Performance Fee applicable: none

**Name of the Sub-Fund**

ART – ABSOLUTE RETURN TARGET Fund – CLASS C
Advisory Fee applicable:      1.75 %
Performance Fee applicable: Yes see text above

These fees have been determined by the Board of Directors taking into consideration that, for the clients under discretionary management by Trendtrust S.A. a separate agreement already foresee fees to be paid by the investors in the Fund.

## D Custodian and Administrative Agent's Fees

The Fund pays fees, in accordance with normal practice in Luxembourg, to the Custodian. The fees are payable quarterly and are based on the average net asset value of the Fund. In addition to said custodian fees, the Fund also pays the correspondents fees (clearing or banking system) of the Custodian Bank to whom the safekeeping of the Fund's assets have been entrusted).

## E. Other Fees and Costs

Other fees and costs charged to the Fund include:

(a) upfront costs (including the cost of drawing up and printing the Prospectus, notarial fees, fees for registration with administrative and stock exchange authorities, marketing expenses and any other costs relating to the incorporation and launch of the Fund and the Sub-Funds and to registration of the Fund and the Sub-Funds in other countries), and expenses related to subsequent amendments to the articles of incorporation;

CONFIDENTIAL    SQO000014201

(b) the fees and/or expenses of the domiciliary agents and all other agents of the Fund as well as the sales agent(s) under the terms of any agreements with the Fund;

(c) legal expenses and annual audit fees incurred by the Fund;

(d) advertising, distribution and translation costs;

(e) printing costs, translation (if necessary), publication and distribution of the half-yearly report and accounts, the certified annual accounts and report and all expenses incurred in respect of the Prospectus and publications in the financial press;

(f) costs incurred by meetings of shareholders and meetings of the Board of Directors;

(g) attendance fees (where applicable) for the Directors and reimbursement to the Directors of their reasonable travelling expenses, hotel and other disbursements inherent in attending meetings of Directors or general meetings of shareholders of the Fund; expenses (including insurance costs) incurred by the Directors in the performance of their duties.

(h) fees and expenses incurred in respect of registration (and maintenance of the registration) of the Fund (and/or each Sub-Fund) with the public authorities or stock exchanges in order to license product selling or trading irrespective of jurisdiction;

(i) all taxes and duties levied by public authorities and stock exchanges;

(j) all other operating expenses, including licensing fees due for utilisation of stock indices and financing, finder fees, banking and brokerage fees incurred owing to the purchase or sale of assets or by any other means;

(k) all other administrative expenses.

All recurring charges will be charged first against income, then against capital gains and then against assets.

## F. Upfront costs and amortization method

The costs and expenses incurred by the Fund as a result of its setting up and the initial offer of its shares are estimated at USD 37.000 and will be amortised over a period not exceeding five years.

If a new Sub-Fund is created in the future, the upfront costs for the Sub-Fund will be borne by the Sub-Fund exclusively and will be amortized over a period of 5 years with effect from the launch date of the said Sub-Fund. The Prospectus will be amended accordingly.

33

SQO000014202

# XV. Taxation

### A. The Fund

Under current law and practice the Fund is not liable to any Luxembourg income tax, nor are dividends paid by the Fund liable to any Luxembourg withholding tax. However, the Fund is liable in Luxembourg to a tax of 0.06 % per annum or its assets, such tax being payable quarterly and calculated on the Net Asset Value of the Fund at the end of the relevant quarter. For the portion of the assets of the Fund invested in other UCIs which are established in Luxembourg, no such tax is payable. For Class A, which is exclusively reserved to clients under discretionary management mandate by Trendtrust S.A. or to institutional investors, a tax of 0.01% per annum will be applicable. No stamp duty or other tax is payable in Luxembourg on the issue of shares in the Fund except a once and for all tax of Luxembourg francs 50,000 which was paid upon incorporation.

Under current law and paractice, it is anticipated that no capital gains tax is payable on the realised or unrealised capital appreciation of the assets of the Fund.

Dividends and interest on securities issued in other countries may be subject to withholding taxes imposed by such countries.

### B. Shareholders

Under current legislation shareholders are not subject to any capital gains, income, withholding, estate, inheritance or other taxes in Luxembourg (except for (i) those domiciliated, resident or having a permanent establishment in Luxembourg or (ii) non-residents of Luxembourg who hold 25 % or more of the share capital of the Fund and who dispose of all or part of their holdings within 6 months from the date of acquisition or (iii) in some limited cases, some former residents of Luxembourg, who hold 25 % or more of the share capital of the Fund).

Investors should consult their professional advisers on the possible tax or other consequences of buying, holding, transferring or selling any of the Fund's shares under the laws of their countries of citizenship, residence or domicile.

34

SQO000014203

# XVI. Liquidation of The Fund, Dissolution and Merger of Sub-Funds

## A. Dissolution of the Fund

The Fund may be dissolved by the general meeting of shareholders in the conditions that are required by law to amend the articles of incorporation.

Any decision to wind up the Fund will be published in the Mémorial.

As soon as the decision to wind up the Fund is taken, the issue, redemption or conversion of shares in all Sub-Funds is prohibited and shall be deemed void.

If the capital of the Fund falls below two thirds of the minimum level required by law, the Board of Directors must call a general meeting to be held within forty days from the date of ascertaining this fact and submit the question of the Fund's dissolution. No quorum shall be prescribed and decisions will be taken by simple majority of the shares represented at the meeting. If the capital of the Fund falls below one fourth of the legal minimum, the Directors must submit the question of the Fund's dissolution to the general meeting for which no quorum shall be prescribed. The dissolution may be resolved by the shareholders holding one fourth of the shares represented at the meeting.

In the case of dissolution of the Fund, the liquidation will be conducted by one or more liquidators, who may be individuals or legal entities and who will be appointed by a meeting of shareholders. This meeting will determine their powers and compensation.

The liquidation will be carried out in accordance with the Luxembourg Law of March 30, 1988 on undertakings for collective investment specifying how the net proceeds of the liquidation, less related costs and expenses, are to be distributed; such net proceeds will be distributed to the shareholders in proportion to their entitlements.

The amounts not claimed by the shareholders at the time of closure of the liquidation will be deposited with the Caisse des Consignations in Luxembourg where they will be available to them for the period established by the law. At the end of such period unclaimed amounts will return to the Luxembourg State.

## B. Dissolution / merger of Sub-Funds

A general meeting of shareholders of a Sub-Fund, acting under the same majority and quorum requirements as are required to amend the articles of incorporation, may decide to cancel shares in the concerned Sub-Fund and refund shareholders for the value of their shares. As soon as the decision to wind up one of the Fund's Sub-Fund is taken, the issue, redemption or conversion of shares in this Sub-Fund is prohibited and shall be deemed void.

If the net assets of a Sub-Fund fall below the equivalent of five million US Dollars (USD 5,000,000), the Board of Directors may decide on a forced redemption of the remaining shares in the Sub-Fund concerned without approval of the shareholders being necessary. In this case, a notice relating to the closing of the Sub-Fund will be sent to all the shareholders of this Sub-Fund. This redemption will take place at the net asset value per share calculated after all assets attributable to this Sub-Fund have been sold less the applicable liquidation expenses.

The amounts not claimed by the shareholders at the Custodian Bank within six months after the closure of the liquidation will be deposited at the Caisse des Consignations in Luxembourg where they will be available to them for the period established by law. At the end of such period unclaimed amounts will reverse to the Luxembourg State.

In the case the net assets of a Sub-Fund fall below the equivalent of five million US Dollars, the Board of Directors may propose to the shareholders the merger of one Sub-Fund with another Sub-Fund by sending them, at least one month prior to the effective merger date, a letter containing all the pertinent details. During this month, the shareholders of the Sub-Fund concerned have the right, without any cost, to request that their shares be redee-

35

med or converted at the Net Asset Value into those of another Sub-Fund. After this period, shares held by those shareholders who have not requested the redemption or the conversion shall be automatically converted into shares of the absorbing Sub-Fund. Once the decision to merge a Sub-Fund with another is taken, the issue of shares of the said Sub-Fund is no longer authorised.

A meeting of Sub-Fund shareholders may decide to contribute the assets (and liabilities) of the Sub-Fund to another undertaking for collective investment in exchange for the distribution to shareholders of shares in this undertaking for collective investment. It is for the Fund to publish this decision. The publication shall contain information on the new Sub-Fund or undertaking for collective investment and shall be released one month before the merger so as to give shareholders the time to request redemption without charge, prior to the effective transaction date.

Decisions of a Sub-Fund shareholders' meeting regarding the contribution of assets and liabilities of a Sub-Fund to another undertaking for collective investment are subject to the same quorum and majority conditions as are required by law to amend the articles of incorporation. In the case of a merger with another open-ended mutual fund or a foreign undertaking for collective investment, the decisions of the shareholders' meeting only bind those shareholders who voted in favour of this merger.

Providing the Board of Directors respects the terms of Article 264 of the Luxembourg Law dated August 10, 1915 on Commercial Companies, it may decide to merge a Fund's Sub-Funds by absorption of another undertaking for collective investment or of a Sub-Fund of another undertaking for collective investment.

36

# XVII. Meetings and Reports

The annual general meeting of shareholders of the Fund will be held at the registered office of the Fund in Luxembourg on the 4th Friday of April in each year at 11 a.m. and for the first time in April 2002. or if any such day is not a bank business day in Luxembourg on the next following bank business day. Notices of all general meetings will be published in the Mémorial C to the extent required by Luxembourg law and in such other newspapers as the Board of Directors shall determine and will be sent to the shareholders by post at least eight days prior to the meeting at their addresses in the register of shareholders. Such notices will include the agenda and specify the time and place of the meeting, the conditions of admission and will refer to the requirements of Luxembourg law with regard to the necessary quorum and majorities required for the meeting. The requirements as to attendance. quorum and majorities at all general meetings will be those laid down in Articles 67, 67-1 and 68 of the Law of 10th August 1915 (as amended) of the Grand-Duchy of Luxembourg and in the Articles.

Matters regarding the Sub-Funds, such as the vote on the payment of a dividend on a particular Sub-Fund, may be decided by a vote of the meeting of shareholders of the Sub-Fund concerned. Any change in the Articles of Incorporation affecting the rights of shareholders of a Sub-Fund must be approved by a resolution of both the general meeting of the Fund and the shareholders of the Sub-Fund concerned.

37

# XVIII. Shareholders' Information

**A. Publication of the net asset value**

The net asset value of each Sub-Fund as well as the issue and redemption price are made public on each Valuation Date at the registered office of the Fund.

The net asset value will also be the subject of an announcement in one or more newspapers, if the Board of Directors so decides.

**B. Financial notices**

Financial notices will be published, on resolution of the Board of Directors, in those countries where the Company is marketed.

**C. Financial year and reports for shareholders**

The financial year begins on the first of January and ends the last day of December. The first financial year will start on the day of the incorporation and end on 31 December 2001.

Each year, the Company publishes a report detailing its activity and the management of its assets, including the consolidated balance sheet and profit and loss account.

Its first report will be an unaudited half-year report at 30 June 2001, which will contain the detailed composition of the assets of each Sub-Fund.

At the end of each half-year, the Company will publish a semi-annual report including, inter alia, the composition of the portfolio, the movements in the portfolio over the period, the number of shares in circulation and the number of shares issued and redeemed since the last publication.

The Company may also publish interim reports.

**D. Independent auditors**

The auditing of the Company's accounts and annual reports is entrusted to Arthur Andersen.

**E. Documents available to the public**

Copies of the material contracts referred below are available for inspection at the registered office of the Fund in Luxembourg. Copies of the Articles of Incorporation of the Fund, of the current Prospectus and of the latest financial reports may be obtained on request at the Fund's registered office.

a) An Agreement between the Fund and the Investment Adviser and Principal Distributor.

b) An Agreement between the Fund and the Custodian Bank, Registrar and Transfer Agent Domiciliary, Administrative, Paying and Listing Agent. .

CONFIDENTIAL

SQO000014207

# Appendix I: Financial Techniques & Instruments

**A. Techniques and Instruments relating to transferable securities**

**1. Options on various securities**

The Fund may buy and sell call and put options provided that these options are traded on a market which operates regularly and is recognised and open to the public ("Regulated Market"). It being understood, however, such contracts may also be concluded by private agreement (OTC transactions) on the condition that they are contracted with first class financial institutions with first class ratings and that specialise in these types of transactions. When entering into these transactions, the Fund must adhere to the following regulations:

1.1. *Regulations in respect of the acquisition of options*
The total of premiums paid for the acquisition of call and put options which are considered here may not, together with the total of the premiums paid for the acquisition of call and put options described in section 2.3. below, exceed 15% of the net asset value of each Sub-Fund of the Fund.

1.2. *Regulations to ensure the coverage of commitments arising from options transactions*
At the conclusion of contracts for the sale of call options, the concerned Sub-Fund must hold either the underlying securities, matching call options, or other instruments which provide sufficient coverage of the commitments resulting from the contracts in question (such as warrants). The underlying securities of a call option sold may not be disposed of as long as these options exist, unless they are covered by matching options or by other instruments which can be used for the same purpose. The same regulations also apply to matching call options or other instruments that the concerned Sub-Fund must hold when it does not have the underlying securities at the time of the sale of the relevant options.

As an exception to this regulation, the concerned Sub-Fund may write call options on securities that it does not own at the conclusion of the option contract if the following conditions are met:

- the aggregate exercise price of the call options sold in this way does not exceed 25% of the net asset value of each Sub-Fund.

- the concerned Sub-Fund must at all times be able to cover the positions taken on these sales.

Where a put option is sold, the concerned Sub-Fund must be covered for the full duration of the option contract by liquid resources sufficient to pay for the securities deliverable to it on the exercise of the option by the counterparty.

If the Fund sells call options that are not covered, it runs a risk of loss which is, in theory, unlimited.

In the case of selling put options, the Fund runs a risk of loss if the price of the underlying securities falls below the strike price as reduced by the collected premium.

1.3. *Conditions and limits for the sale of call and put options*
The Fund may buy and sell options on transferable securities, for a purpose other than hedging, provided that the total commitment of all uncovered options, together with the total commitment of all futures and options on financial instruments undertaken for purposes other than hedging does not exceed the total net asset value of each Sub-Fund of the Fund. Sales of call options on transferable securities for which the Fund has sufficient coverage are not included in the calculation of the total commitment referred to above.

In this context, the commitment on call and put options sold is equal to the total of the exercise prices of those options.

39

## 2. Transactions relating to futures and options on financial instruments

The transactions described here relate to contracts which are dealt in on a Regulated Market. It being understood however such contracts may also be concluded by private agreement (OTC transactions) on the condition that they are contracted with first class financial institutions with first class ratings and that specialise in these types of transactions.

Subject to the conditions defined below, such transactions may be undertaken for hedging or other purposes.

### 2.1. Hedging operations relating to the risks attached to the general movement of stock markets

As a global hedge against the risk of unfavourable stock market movements, the concerned Sub-Fund may sell futures on stock market indices. For the same purpose, the concerned Sub-Fund may also sell call options or buy put options on stock market indices. The objective of these hedging operations assumes that a sufficient correlation exists between the composition of the index used and the concerned Sub-Fund's corresponding portfolio.

The total commitment relating to futures and option contracts on stock market indices may not exceed the global valuation of securities held by the each Sub-Fund of the Fund in the market corresponding to each index.

### 2.2. Transactions relating to interest rate hedging

As a global hedge against interest rate fluctuations the concerned Sub-Fund may sell interest rate futures contracts. For the same purpose, it can also sell call options or buy put options on interest rates or make interest rate swaps on a mutual agreement basis with first class financial institutions specialising in this type of transaction.

The total commitment in financial futures contracts, option contracts and interest rate swaps may not exceed the global valuation of the assets to be hedged held by each Sub-Fund of the Fund in the currency corresponding to these contracts.

### 2.3. Transactions which are undertaken for purposes other than hedging

The markets of future contracts and options are extremely volatile and the risk of loss is very high.

Apart from option contracts on transferable securities and contracts relating to currencies, the concerned Sub-Fund may also for a purpose other than hedging, buy and sell futures contracts and option contracts on any type of financial instrument, providing that the total commitment arising on these purchase and sale transactions together with the total commitment arising on the sale of call and put options on transferable securities at no time exceeds the net asset value of each Sub-Fund of the Fund.

Sales of call options on transferable securities for which the concerned Sub-Fund has sufficient coverage are not included in the calculation of the total commitment referred to above.

In this context, the commitment arising on transactions which do not relate to options on transferable securities is defined as follows:

- the commitment arising on futures contracts is equal to the liquidation value of the net position of contracts relating to similar financial instruments (after netting off purchase and sale positions), without taking into account the respective maturities and

- the commitment relating to options bought and sold is equal to the sum of the exercise prices of those options representing the net sold position in respect of the same underlying asset, without taking into

CONFIDENTIAL

SQO000014209

account the respective maturities.

It should be remembered that the total of the premiums paid to acquire call and put options as described here, together with the total of the premiums paid to acquire call and put options on transferable securities as described in section 1.1., may not exceed 15% of the net assets of each Sub-Fund of the Fund.

**3. Securities Lending**

The Fund may enter into securities lending transactions on condition that they comply with the following regulations:

*3.1.Regulations to ensure the proper completion of lending transactions*

The concerned Sub-Fund may only lend securities through a standardised lending system organised by a recognised clearing institution or through a first class financial institution specialising in this type of transaction.

As part of lending transactions, the concerned Sub-Fund must in principle receive a guarantee, the value of which at the conclusion of the contract must be at least equal to the global valuation of the securities lent.

This guarantee must be given in the form of liquid assets and/or in the form of securities issued and/or guaranteed by a Member State of the OECD or by their local authorities or by supranational organisations and be blocked in the name of the Fund until the expiry of the loan contract.

*3.2.Conditions and limits of securities lending*

Securities lending transactions may not for each Sub-Fund exceed 50% of the global valuation of the securities portfolio. This limitation does not apply where the Fund is entitled at all times to the cancellation of the contract and the restitution of the securities lent.

Securities lending transactions may not extend beyond a period of 30 days.

**4. Repurchase agreements and "réméré" transactions**

The concerned Sub-Fund may occasionally enter into "réméré" transactions which consist of the purchase and sale of securities with a clause reserving the seller the right to repurchase from the acquirer the securities sold at a price and term specified by the two parties in a contractual agreement.

The concerned Sub-Fund can act as either purchaser or seller in "réméré" transactions.

The concerned Sub-Fund may also occasionally enter into repurchase agreements which consist of the purchase and sale of securities with an obligation for the seller to repurchase from the acquirer the securities sold at a price and term specified by the two parties in a contractual agreement.

The concerned Sub-Fund can act as either purchaser or seller in a repurchase agreement.

Their involvement in such transactions is however, subject to the following regulations:

*4.1.Regulations to ensure the proper completion of repurchase agreements or réméré transactions*

The concerned Sub-Fund may not buy or sell securities using a repurchase agreement or réméré transaction unless the counterparties in such transactions are first class financial institutions specialising in this type of transaction.

*4.2.Conditions and limits of repurchase transactions or réméré transactions*

During the life of repurchase agreements or "réméré" transactions, the Fund cannot sell the securities which are the object of the contract, either before the right/obligation to repurchase these securities has been exercised by the counterparty, or the

41

repurchase or "réméré" term has expired.

As the Fund is open-ended, it must ensure to maintain the importance of purchase securities subject to a repurchase obligation at a level such that it is able, at all times, to meet its obligations to redeem.

## B. Techniques and Instruments to hedge currency risks

To protect assets against the fluctuation of currencies, the concerned Sub-Fund may enter into transactions the purpose of which is the sale of forward foreign exchange contracts, sale of call options or the purchase of put options in respect of currencies. The transactions referred to here may only be entered into via contracts which are dealt in on a Regulated Market.

Concerning the above transactions, the concerned Sub-Fund may also sell currencies forward or exchange currencies on a mutual agreement basis with first class financial institutions specialising in this type of transaction.

The hedging objective of the transactions referred to above presupposes the existence of a direct relationship between these transactions and the assets which are being hedged and implies that transactions in a given currency cannot exceed the total valuation of assets denominated in that currency nor may the duration of these transactions exceed the period for which the respective assets are held.

42

# Appendix II: Statutory Anti-Money Laundering Notice & Regulation and Ownership Limitations

The Registrar and Transfer Agent will apply national and international regulations for the prevention of money laundering which oblige subscribers to establish their identity with A.R.T.-ABSOLUTE RETURN TARGET Fund. That is why subscribers must attach the following identification documents to their subscription form, so that the subscription be considered valid and acceptable to the Company:

- for individuals, a copy of a document of identity (passport or identity card)

- or for legal entities, a copy of company documents (e.g. consolidated articles of incorporation, published balance sheets, extract of the Register of Commerce, etc.) and the identity documents of the beneficial owners (passport or identity card).

These documents must be duly certified by a local public authority (for example a notary, the police, an ambassador).

This obligation is absolute, except if:

(a)  the subscription form is remitted to the Company by one of its distributors when these distributors are professional intermediaries with obligations relating to the identification of subscribers similar to those required by Luxembourg law (below is a list of countries where financial intermediaries are subject to similar identification obligations) or,

(b)  the subscription form is sent directly to the Company and subscription is paid either by:

(i)  bank transfer from an account maintained by the subscriber with a bank established in a country in the list below, or,

(ii)  a cheque drawn on the personal account maintained by the subscriber with a bank established in a country in the list below *.

* Countries in which financial intermediaries are subject to identification obligations similar to those practised according to Luxembourg law.

Australia
Austria
Argentina
Belgium
Brazil
Canada
Denmark
Finland
France
Germany
Greece
Gulf Cooperation Council
Hong Kong
Iceland
Ireland
Italy
Japan
Luxembourg
Mexico
New Zealand
Norway
Portugal
Singapore
Spain
Sweden
Switzerland
The Netherlands
Turkey
United Kingdom
United States of America

43

CONFIDENTIAL

SQO000014212

44

**CONFIDENTIAL**

# Application Form

**A.R.T. – ABSOLUTE RETURN TARGET Fund**
**C/o Banque Privée Edmond de Rothschild Luxembourg** as Registrar Agent
20 Boulevard Emmanuel Servais
L - 2535 Luxembourg
R.C.S. Luxembourg B-79444
Tel: 00 352 47 93 46 329
Fax: 00 352 47 93 46 617

## 1. APPLICANT(S) DETAILS

Full Company Name or Individual Name(s)

In the case of joint applicants the application form must be signed by all applicants. However, the Fund shall only recognise one person as having the right to exercise rights in relation to each of the Fund's Shares. Unless the Directors agree otherwise, the person entitled to exercise such rights will be the person whose name appears first above.

## 2. REGISTERED ADDRESS

| | | |
|---|---|---|
| Address: | | |
| City: | Province/Region/County/State: | |
| Country: | Postal Code: | |
| Telephone: | Fax: | E-mail: |

## 3. MAILING ADDRESS (if different from the above Registered Address)

| | | |
|---|---|---|
| Contact Person: | | |
| Address: | | |
| City: | Province/Region/County/State: | |
| Country: | Postal Code: | |
| Telephone: | Fax: | E-mail: |

Mailing to be made to Registered Address and to Mailing Address:     ○ Yes          ○ No

## 4. PRINCIPAL DISTRIBUTORS' RIGHT TO RECEIVE INFORMATION

I/we hereby expressly instruct the Fund or its agent to send a copy of the confirmation of subscription to the following authorised Intermediary Agent:     ○ Yes          ○ No

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | Province/Region/County/State: | |
| Country: | Postal Code: | |
| Telephone: | Fax: | E-mail: |

45

### 5. SELECTION OF SUB-FUND(S), SUBSCRIPTION AMOUNT AND FORM OF SHARES

I/We wish to apply for shares in the Fund, as specified below:

| Name of Sub-Fund | Amount of application Moneys |
|---|---|
| CLASS A | _____ |
| CLASS B | _____ |
| CLASS C | _____ |

Notes:      Confirmations of registration or share certificates will be sent to the mailing address mentioned above, unless specifically
indicated otherwise by the applicant.

### 6. METHOD OF PAYMENT FOR SUBSCRIPTIONS

I/We have instructed:

Bank Name

Address:

City:                                    Province/Region/County/State:

Country:                                 Postal Code:

**To remit the total amount payable, in full, to First Union Bank International New York,  Swift address: PNB
PUS3N NYC, ABA No: 026005092, for credit in USD to BANQUE PRIVEE EDMOND DE ROTHSCHILD LUXEM-
BOURG (Swift address: PRIBLULL), account no 2000193571499, reference: "A.R.T. – ABSOLUTE RETURN
TARGET Fund - (Sub-Fund Name)".**

Subscription payments shall be made within the deadlines mentioned in the Prospectus by wire transfer
only (no cheque payment shall be accepted).

### 7. HOLD MAIL

I/We hereby expressly request that all mail should be held at the registered office of the Fund.

O Yes, hold mail                                         O No

### 8. CONFIRMATIONS AND STATEMENTS

The applicant having been accepted by the Fund, will receive a confirmation of shareholding at the
moment of subscription only.

46

**9. TO BE COMPLETED BY AUTHORISED AGENTS (e.g. the Distributor) ONLY**

Agent's stamp and signatory:

Subscription fee payable on this subscription: _____

Address of the Agent:
Name: _____
Address: _____
City: _____
Province/Region/County/State: _____
Country: _____
Postal Code: _____
Telephone: _____
Fax: _____
E-mail: _____

Bank references:
Bank Name: _____
Address: _____
City: _____
Province/Region/County/State: _____
Country: _____
Postal Code: _____
Account Name: _____
Account Number: _____
Bank Code: _____

**10. DOCUMENTS REQUIRED IN ORDER TO COMPLY WITH MONEY LAUNDERING REGULATIONS**

Pursuant to the applicable laws and regulations relating to the prevention of money laundering the applicant(s) shall provide the following documents to the Fund:

Individual Applicant(s):

- Certified copy of the passport or identification card

Institutional Applicant(s):

- Certified copy of the articles of incorporation
- Certified Excerpt of the trade register
- Certified copy of the business authorisation

The above-mentioned documents must accompany the application form unless the conditions set out in the Money Laundering section in the Prospectus are met.

47

## 11.DECLARATIONS AND SIGNATURE

Any reference to the "Fund or its agent" hereinbelow means the Fund or its agent singularly and/or jointly.

I/we hereby expressly declare and agree to the following

### This Application

1) The information provided in this application form is correct. I/we shall inform the Fund of any change affecting any information contained herein.
2) I/we have read a copy of the latest Prospectus of the Fund and have received a copy of the latest available financial statements of the Fund. I/we understand the extent of the financial risks related to a subscription in the Fund.
3) This application is irrevocable. I/we undertake to transfer for good value the subscription monies for this application in the correct currency to the correct account as indicated herein. I/we understand that in the case of non-payment of the subscription monies with good value the subscription shall be cancelled the day following the value date for payment and the Fund shall bear the financial impact of such cancellation. The Fund or its agent may take any judicial or non-judicial action against me/us or any representative following such non-payment. In the case of payments by cheque I/we accept that the Fund or its agent may suspend applications until receipt of payment.
4) This application form may be sent by fax and applications may be made by Swift or by telephone. The Fund or its agent shall not be liable for having accepted a subscription made in such manner. I/we undertake, at my/our own expense, to forward the original application form immediately by priority express mail or express courier to the attention of the Fund or its agent.
5) The Fund or its agent may refuse any application received or cancel an application accepted by fax, Swift or telephone, should the original application form not be received within the deadlines mentioned in the relevant appendix. I/we understand that the Fund shall bear the financial impact of such cancellation. The Fund or its agent may take any judicial or non-judicial action against me/us or any representative in the case of a cancellation following such non-receipt.
6) The subscription monies for this application do not derive from illegal activities as described in the applicable laws and regulations relating to the prevention of money laundering. I/we agree that in the case this application is not accompanied by the documents required under such laws and regulations the application may be suspended until the valuation date when all such documents have been received by the Fund or its agent in a form acceptable to the Fund or its agent.

### Communications

1) The Fund or its agent shall send documents to me/us by ordinary mail or, if required by Luxembourg laws and regulations, by registered mail to the address indicated in this application form (or any other address I/we may later notify the Fund or its agent of) at my/our own risk. I/we accept that communications by the Fund or its agent are deemed to have been validly made as soon as dispatched to said address, the presumed date of dispatch being the date appearing on the duplicate (or the dispatch list) kept by the Fund or its agent.
2) All requests from me/us, including conversions, redemptions and complaints relating to a subscription in the Fund shall be made to the Fund or its agent in writing.
3) The Fund or its agent shall not be liable for damages caused by the fact that signatures on instructions given to the Fund or its agent are not authentic. In the case of private investors the Fund or its agent may rely on the signature(s) hereinbelow without being bound to make a more thorough check. In the case of institutional investors the Fund or its agent shall compare the signatures on the instructions with the specimens provided in the list of authorised signatories provided by the investor.
4) The Fund or its agent are permitted to make recordings of telephone conversations to the Fund or its agent, the recordings will constitute evidence in case of disagreement. The absence of recordings or keeping the recordings may not be used against the Fund or its agent.

### Rights and Liabilities

1) The Fund or its agent shall not incur any liability except in the case of gross negligence or wilful misconduct on its part, in the event of an error in the identification of the authorised agent or authorised intermediary.
2) I/we accept that the Fund or its agent may not be rendered liable for any acts or omissions of such authorised agent or intermediary.
3) The Fund or its agent reserves the right to refuse to comply with a request presented by any person whose identity and powers do not appear to be sufficiently established to the Fund or its agent.
4) The Fund may restrict or prevent the ownership of shares of the Fund by individuals, firms, corporations or other legal entities or if the Fund deems such ownership entails an infringement of the law of the Grand Duchy of Luxembourg or foreign country, may imply that the Fund may be subject to taxation in a country other than the Grand Duchy of Luxembourg or may prejudice the Fund in another manner. I/we understand that the Fund may repurchase, at any time, shares held by an investor not authorised to buy or own the Fund's shares.
5) The Fund or its agent shall not be liable for damages caused by my/our legal incapacity, or that of my/our attorneys, successors, liquidators or other entitled parties for as long as the Fund or its agent have not received written notification.
6) I/we indemnify the Fund or its agent and hold the Fund or its agent harmless against all demands, claims, actions, costs, expenses, damages, losses or other monies paid or liability incurred by the Fund or its agent as a result of or arising from the Fund or its agent executing an instruction notice or request concerning methods of payment or dispatching of information as indicated by me/us in this application form.
The present application form and any subsequent subscriptions shall be exclusively governed by Luxembourg law and any litigation shall be submitted to the exclusive jurisdiction of the competent Luxembourg court. I/we however concede that the Fund or its agent may take action before any other court which would have been competent in the absence of the preceding election of law and in particular in the jurisdiction of my/our domicile or that of the authorised agent or intermediary.

Signed on: _____     Signature(s): _____

Full Name (in capital letters) and Position (if a company): _____

48

CONFIDENTIAL

SQO000014217

A. R. T. Absolute Return Target Fund

**DECLARATION:**

I / we expressely

authorize O          refuse O

THE REGISTRAR AGENT OF THE FUND TO MAKE THE CONTENT OF THE REGISTER OF SHAREHOLDERS ABOUT MYSELF / OURSELVES AVAILABLE TO COMPANIES / AGENTS RELATED TO THE FUND FOR PROVIDING SHAREHOLDER RELATED SERVICES, OR FOR COMPLIANCE WITH APPLICABLE LAWS.

Signed on: _____          Signature(s): _____

Full Name (in capital letters) and Position (if a company): _____

49

CONFIDENTIAL                                                                                    SQO000014218

50

CONFIDENTIAL                                                    SQO000014219

# Redemption Form

**A.R.T. – ABSOLUTE RETURN TARGET Fund**
**C/o Banque Privée Edmond de Rothschild Luxembourg** as Registrar Agent
20 Boulevard Emmanuel Servais
L - 2535 Luxembourg
R.C.S. Luxembourg B-79444
Tel: 00 352 47 93 46 329
Fax: 00 352 47 93 46 617

1. Name of shareholder _____

   domiciled _____

   If a Company:

     Contact person: _____

     Tel: _____

     Fax: _____

     Swift/telex address: _____

   wish(es) to redeem shares in the Fund as defined below:

   **Name of Sub-Fund**      **Number of shares to be redeemed**

   _____   _____

2. I/We request that the redemption monies be (please tick one box only):

   O  paid by cheque and sent to the above address
   O  wired to a bank account

   If the redemption monies are to be wired to a bank account, please complete the following:

   Name and address of bank: _____

   For the account of: _____

   Bank account number: _____

   Bank code: _____

   Signed on: _____  Signature(s): _____

   Full Name (in capital letters) and Position (if a company): _____

The payment for redeemed shares shall be based on the applicable net asset value and will normally be remitted within ( x ) business days after the publication of the applicable net asset value.

51

CONFIDENTIAL

SQO000014221

# Exhibit 11



*3rd Quarter 2003 Update*



# Q U A R T E R L Y   R E V I E W

## A.R.T. Absolute Return Target Fund – Class B

## 3rd Quarter 2003 Update

*Page 1*



*3rd Quarter 2003 Update*

# *TABLE OF CONTENT*

TABLE OF CONTENT ...................................................................................................................2

**I. STRATEGY & MARKET REVIEW** ...........................................................................................3

    A. MARKET REVIEW.............................................................................................................3

    B. STRATEGY REVIEW.........................................................................................................4

    C. MACRO VIEW ..................................................................................................................5

**II. PORTFOLIO PERFORMANCE REVIEW** ................................................................................7

    A. FUND PERFORMANCE VS. INDICES...............................................................................7

    B. STRATEGIES PERFORMANCE VS. INDICES ...................................................................7

    C. UNDERLYING FUND PERFORMANCES ..........................................................................8

**III. PORTFOLIO STUCTURE REVIEW** ......................................................................................9

    A. PORTFOLIO COMPOSITION ...........................................................................................9

    B. STRATEGY BREAKDOWN..............................................................................................10

    C. LIQUIDITY BREAKDOWN ..............................................................................................10

    D. RISK ANALYSIS.............................................................................................................11

**IV. PORTFOLIO CHANGES REVIEW** ......................................................................................12

    A. PORTFOLIO ACTIVITY...................................................................................................12

    B. FUTURE CHANGES EXPECTATIONS .............................................................................13

**V. APPENDIX I:**          **PORTFOLIO COMPONENT ANALYSIS**

**VI. APPENDIX II:**        **SINGLE FUND ANALYSIS**

**CONFIDENTIAL**                                                                                    SQO000004128



# I. MARKET & STRATEGY REVIEW

## A. MARKET REVIEW

### Equity Markets

Global equity markets extended their rally into the third quarter, driven by both fundamentals and liquidity. Low interest rates, fiscal stimulus, and to some extent beta chasing were the primary factor of good performance, followed by more rational factors such as positive earning surprises and indications that global economies are picking up.

Asia and Japan were by far the best performers, as a regain of interest for those markets, and their relative cheapness compared to western equities led to important foreign inflows. Economically, Japan came out with strong numbers, pushing some to argue that they might have entered into a structural economic rebound.

Quarterly performances of the major indices were as follows:

| | |
|---|---|
| Topix | +12.76% |
| Nasdaq Composite | +10.12% |
| MSCI Pacific Ex-Japan | +10.03% |
| MSCI World | +4.43% |
| S&P 500 | +2.21% |
| MSCI Europe | +1.99% |

### Credit Markets

During the third quarter market participants were still showing a high appetite for yield, which pushed credit market up for the 4th quarter in a row. Strong economic data, as well as continuing balance sheet repair kept the space attractive, even though spreads have now narrowed considerably. Over the quarter, the CSFB High Yield Index gained 3.04%.

### Interest Rates Markets

Interest rate markets had a choppy time in Q3. Several comments by Fed chairman Alan Greenspan, and relatively strong economic data led to a weakening in bonds during July and the first part of August. The sell off was particularly violent during the last week of July, when hedge funds were stopped out of their positions and mortgage player aggressively re-hedged their books. The sell off was one of the most massive seen in the history of government bonds. From peak on July 2 to trough on September 2, the yield on the 10 year US Bill increased from 4.54 to 3.54, a 100 basis point increase, which translates into a 7.8% drop in price.

During the second part of the quarter, interest rate markets gently recovered, and built up momentum as economic data came out in line to weaker than expected. Most indices nevertheless lost ground over the period:

| | |
|---|---|
| JPM Global Government Bond Index: | +1.84% |
| JPM European Bond Index: | +0.17% |
| US 7 to 10 Years Government Bond: | (1.29%) |

### Currency Markets

The main theme in Q3 continued to be a weakening US Dollar. Overall, the US Dollar lost ground against all major currencies, as follows:

| | |
|---|---|
| EUR/USD | +1.26% |
| USD/JPY | (6.93%) |
| USD/CHF | (2.35%) |

CONFIDENTIAL                                                                                SQO000004129



Most of the sell off occurred during the last days of the quarter, as Mr. Snow made it clear that the USA were abandoning the strong dollar policy during the G8 summit, in order to recoup part of the trade deficit the United States are running without impacting the consumer too much.

### Convertible Markets

Traditionally, convertible markets tend to be very soft during the summer, as most market participants are on holidays. This year did not infirm this rule. Moreover, convertibles were further hit by three main factors:

1. The realization by market players that convertibles are insufficiently protected against dividend risk. This led to a repricing of the universe to factor in that risk.
2. A heavy new issuance calendar, which implied a general cheapening of the market as investor switch from the fairly priced secondary market to the cheap new issue market
3. A sharp drop in volatilities, which hurt the option component of convertibles.

In September, as market participants became more active again and found more value in the market, convertibles rebounded significantly.

## B. STRATEGY REVIEW

### Directional Trading

Global Macro managers were hurt in July and August by trend reversals in major trades: sharp sell off of the short and long end of the USD and EUR yield curves, strengthening of the USD against the EUR and the JPY. The month of September came as a relief as the pre-summer trends resumed. CTA's were hurt by the same trend reversals in financial futures than macro managers but benefited from their diversification in other commodities. They finished the quarter slightly positive.

### Relative Value

Convertible Arbitrage

Convertible Arbitrage went through one of its most difficult period since the fall of 1998. A combination of factors (as outlined above) led the market to cheapen substantially, and implied negative performance for most manager for the quarter. Funds focusing on US convertibles suffered the most, since the dividend risk purely a US problem, and volatility drop less in Europe and Asia.

Equities Quantitative

Equity Quantitative funds experienced a hard time and most of the funds in the universe were down for July and August, rebounding sharply in September. Quantitative strategies usually assume that the markets behave in a rational fashion with predictable patterns. Most strategies do not take into account such factors as liquidity and flows. Since this those two factors were main drivers of stock performance over the quarter, funds in the strategy were hurt.

Fixed Income Arbitrage

Fixed Income Arbitrageurs had a weak summer as they were hit by the same trend reversals than our macro managers in July and August. It appears that they had many trades in common and exited them at the same time as stop losses were triggered.  This was particularly true for their euribor and libor exposures.

Capital Structure Arbitrage

Capital structure arbitrage continued to do well over the quarter. The opportunity set for the strategy continued to be attractive and the mispricings which occurred during the large sell off in June/July 2002 have not disappeared yet, allowing funds to extract nice value out of the strategy.

**CONFIDENTIAL**

**SQO000004130**



**Specialist Credit**

<u>Long/Short High Yield</u>

High Yield players had a good quarter, benefiting from continued credit spread tightening. Most of them have reduced the size of their books as they feel corporate securities have reached fair value.

<u>Distressed Securities</u>

Distressed Securities have had another strong quarter and are still the best performing hedge fund strategy in 2003. The wealth of distressed situations, overall credit spread tightening and a rebounding economy were the main drivers of positive performance over the quarter. As high yield funds, distressed securities managers lightened up their portfolio over the quarter and increased their short position to protect returns against a backdrop in credit markets.

**Security Selection**

<u>Short Bias</u>

Short sellers continued to suffer from the upward trending environment of the equity markets. They rebounded slightly toward September's month end as equity markets reversed. Although short sellers are directional in nature and are not part of Arbitrage Strategies per se, a small position is maintained in the portfolio as an insurance for the portfolio's long credit exposure.

<u>No Bias</u>

Equity market neutral manager posted mixed results over the quarter. Quantitative managers suffered from the liquidity driven markets but were rewarded during the last month of the quarter as investors finally favored stocks with good relative valuations and rejected high flying stocks with little to no earnings. Fundamental managers were helped by stronger macroeconomic and corporate news.

**Multi-Process**

<u>Quantitative Strategies</u>

Quantitative based multi-strategy managers experienced the same difficult environment for their strategy as Equity Quantitative managers. System based models tend to have difficulty performing when markets do not trade in line with fundamentals.

<u>Relative Value</u>

Relative Value multi-process funds, usually use a blend of relative value strategies as outlined above. As such, the performance of funds in this strategy varied in function of their asset allocation mix.

<u>Event Driven</u>

Overall, event driven strategies had a good quarter, thanks to two exogenous events, i.e. rising equity markets and tightening credit spreads. At the strategy level, a narrowing of discounts (for closed end fund arbitrage) and a handful of corporate events helped managers in this strategy extract alpha out of the market.

## C. MACRO VIEW

**Last Quarter in Perspective**

Many economic indicators pointed toward a stronger economy for the balance of the year. Housing starts, Philly Fed survey, ISM non-manufacturing index, durable goods order, and consumer confidence printed better numbers.

**CONFIDENTIAL**

SQO000004131



While most indicators pointed towards a strengthening of the US (and to a lesser extent European) economy, unemployment data refused to improve over the quarter. Accordingly this macro phenomena gave birth to the new expression of "jobless recovery".

### What we expect in the next quarter

Despite ambient optimism and prospects of strong Q3 & Q4 GDP growth, the fundamental imbalances of the US economy have not been resolved: growing and large budget deficit, sizable trade deficit, large leverage of consumer and corporate balance sheets, and overcapacity of industrial production.

In this context and with weak employment numbers in the US, we wonder how sustainable the positive effects of the strong mortgage refinancing and huge monetary and fiscal stimulus will be. If unemployment remains at this level or keeps rising, there is little chance of seeing the US consumer hold to its current consumption pace.

While we believe that the worst is over, we would be cautious about getting too bullish at this point, since equities and credit markets have rallied to price in the best of scenarios. Most market participants expect GDP growth rates of 4% to 6% annualized for the third quarter, which certainly implies more risk of a negative surprise rather than a good one.

As far as Europe is concerned, growth still looks subdued and there is no material reason for being as positive as for the US. However, markets will likely move in sympathy to the US whatever happens.

Asia looks the most interesting situation. Both economies and markets seem to be decoupling from the western countries. The heavy impact of China on trade and a cyclical recovery in Japan is allowing Asian countries to rely less on exports to the USA. We maintain a bullish stance on Asia and Japan for the months to come.

In summary, our projections for next quarter are as follows:

| Market | Expectations |
|---|---|
| US Equity Markets | Flat to slightly negative |
| European Equity markets | Flat to slightly negative |
| Asia & Japan Equity markets | Positive |
| Credit Markets | Slightly positive |
| Sovereign bonds | Flat to slightly negative |
| USD | Weaker against JPY & EUR |

### Implication for hedge fund strategies

If our expectations materialize, hedge funds in general should perform well during the 4th quarter. Indeed, volatility should come up, benefiting convertible and volatility arbitrageurs. Modestly tightening credit spread should provide a good environment for high yield and distressed managers, while fixed income and macro managers should benefit from a rise in bonds and in the Euro. Long/short managers would probably be the ones having the toughest times, with decline equity markets, while they are positioned for a continuing rally.

In summary, our expectation of hedge fund strategies performance is as follows:

| Strategy | Sub-strategy | Expectation |
|---|---|---|
| Directional Trading | CTA | Neutral |
| Directional Trading | Global Macro | Positive |
| Relative Value | Convertible Arbitrage | Positive |
| Relative Value | Equities Quantitative | Positive |
| Relative Value | Fixed Income Arbitrage | Positive |
| Relative Value | Capital Structure Arbitrage | Positive |
| Relative Value | Volatility Arbitrage | Positive |
| Security Selection | Short Bias | Positive |
| Security Selection | No Bias | Slightly positive |
| Specialist Credit | L/S High Yield | Slightly positive |
| Specialist Credit | Distressed Securities | Positive |
| Multi-Process | Quantitative Strategies | Positive |
| Multi-Process | Event Driven | Positive |
| Multi-Process | Relative Value | Positive |

CONFIDENTIAL                                                            SQO000004132



# II. PORTFOLIO PERFORMANCE REVIEW

## A. FUND PERFORMANCE VS. INDICES

| | Third Quarter | Relative Perf. | Year to date | Relative Perf. |
|---|---|---|---|---|
| A.R.T. Class B | 1.76% | - | 7.80% | - |
| CSFB Tremont Hedge Fund Index* | 1.94% | (0.18%) | 9.20% | (1.40%) |
| MSCI Hedge Fund Index (equal weighted)* | 2.44% | (0.68%) | 9.68% | (1.88%) |
| HFRI Fund of Funds Index | 2.08% | (0.32%) | 7.45% | 0.35% |

\* Statistics include performance of the index, less a hypothetical 1.75% annualized management fee, as charged on A.R.T. Class B.

While performance comparison versus hedge fund indices provides a useful measurement tool, results should be taken with care. Hedge Fund indices suffer three flaws, which, according to academic studies overstate performances by 1% to 3% per annum. The three main flaws are the following:

1. Survivorship bias: This is the fact that funds performing poorly stop reporting to the databases, and as such disappear from the indices.

2. Self Selection: only funds willing to provide performance data will be included in the indices. As such, funds with positive performance tend to report, while others are not.

3. Investability: hedge fund indices are not investable, and include a large number of closed funds. Closed funds are not available for general investments and indices returns can therefore not be replicated.

A.R.T. Class B ended the quarter up 1.76%, which is slightly below hedge fund indices. This was due to two factors:

1. Hedge fund indices include a heavy allocation to long/short equity funds, which are directional in nature. These funds had a strong quarter as a result of upward trending equity markets.

2. A conscious overweight by A.R.T. Class B of fixed income arbitrage strategies, which struggled to achieve nice returns in July and August.

On a year to date basis, A.R.T. Class B outperforms peers fund of funds as measured by the HFRI Index. The underperformance relative to the CSFB and the MSCI Indices again is mainly due to a lack of directional long/short equity funds, which are a large part of the hedge fund universe and achieved nice returns year to date, thanks to the rebound in equity markets.

## B. STRATEGIES PERFORMANCE VS. INDICES

The underlying strategy performances were as follows,

| | Third Quarter | Relative Perf. | Year to date | Relative Perf. |
|---|---|---|---|---|
| A.R.T. Class B – Directional Trading | 0.00% | - | 4.60% | - |
| MSCI Index – Directional Trading | (0.46%) | +0.46% | 8.21% | (3.61%) |
| A.R.T. Class B – Relative Value | 0.06% | - | 5.29% | - |
| MSCI Index – Relative Value | 0.99% | (0.93%) | 6.35% | (1.06%) |
| A.R.T. Class B – Security Selection | 2.45% | - | 11.11% | - |
| MSCI Index – Security Selection | 5.14% | (2.69%) | 13.96% | (2.85%) |
| A.R.T. Class B – Specialist Credit | 4.64% | - | 15.82% | - |
| MSCI Index – Specialist Credit | 3.57% | +1.07% | 16.51% | (0.69%) |
| A.R.T. Class B – Multi-Process | 4.25% | - | 11.68% | - |
| MSCI Index – Multi-Process | 4.44% | (0.19%) | 14.90% | (3.22%) |

**CONFIDENTIAL**                                                                                     SQO000004133



*3rd Quarter 2003 Update*

Performance comparison at the strategy level outlines the point above, i.e. most of A.R.T. Class B's underpeformance to the MSCI Hedge Fund Index during the third quarter came from Security Selection (i.e. Long/Short Equity). In line with its arbitrage mandate, A.R.T. Class B is invested in market neutral security selection managers only, while the MSCI Classification includes a vast majority of long biased managers.

## C. UNDERLYING FUND PERFORMANCES



As could be expected during the third quarter, individual fund performance was negative for portfolio insurance funds (including two short equity funds and one short credit fund), which were the three worst performers over the quarter, but also year to date.

Credit and Event Driven managers had a very strong quarter and were responsible for most of the positive performance of A.R.T. Class B.

*Page 8*



# III. PORTFOLIO STUCTURE REVIEW

## A. PORTFOLIO COMPOSITION

The portfolio pie chart was as follows as of September 31, 2003:



Core positions (Blue) represent 62% of the portfolio, while Intermediate positions (Red) represent 41%. The remaining 14% are farm team positions (Green). The portfolio was 115% invested as of the end of the third quarter.

No core position exceeded our 7% at cost (8% at market) internal limit, intermediate positions were all smaller than 5%, while farm team positions were all less than 2%. The portfolio held 37 positions, and the 10 largest positions represent 52% of NAV.

CONFIDENTIAL

SQO000004135

A.R.T.

*3rd Quarter 2003 Update*

## B. STRATEGY BREAKDOWN



## C. LIQUIDITY BREAKDOWN



CONFIDENTIAL

SQO000004136



70% of the portfolio can be liquidated at least quarterly with 60 days notice, which is the redemption frequency of A.R.T. Class B. 25% of the portfolio is redeemable monthly (Blue), 82% is redeemable quarterly (Red) and only 11% can be redeemed less than quarterly (Green).


## D. RISK ANALYSIS

The portfolio market risk matrix as of September 2003 was the following:



As expected, the main portfolio risks are basis risk, spread risk and correlation risks. These are typical risks for Arbitrage strategies:

- Liquidity Risk: This is the risk of holding illiquid positions. Distressed securities and exotic derivatices (including Credit Default Swaps) are considered very illiquid, while other OTC instruments, including corporate bonds, convertibles, small cap equities and plain vanilla derivatives are considered moderately illiquid. Sovereign fixed income, currencies, interest rate swaps and large cap equities are considered liquid. Arbitrage strategies tend to be very active in OTC instruments and other types of mispriced illiquid instruments. As such, Liquidity risk is and will always be a large risk in an Arbitrage portfolio.

- Basis Risk: this is the risk of a discrepancy between an instrument and its hedge. Since arbitrage strategies tend to be long and instrument and short a hedge, usually from another asset class, basis risk is one of the largest risk those strategies are facing.

- Spread Risk: Most arbitrage strategy play convergence, which means spread tightening in a variety of markets and instruments. Spread widening usually hurt performance for those funds. As a hedge, A.R.T. Class B holds several positions with funds which play "divergence" trades, i.e. spread widening in different instruments and markets.

- Correlation: this is the risk of different strategies correlating to each other in times of stress. There again, similar strategies in different markets or asset classes usually do not exhibit high correlations to each other, except in times of stress, mainly because of investors liquidating their portfolios indiscriminately, triggering falls in across the board. This is a typical risk for Arbitrage Strategies.

On a general note, it is reassuring that all those risks are well contained at the portfolio level, none of the risks being above 5, which is considered as "moderate risk".

**CONFIDENTIAL**

SQO000004137



# IV. PORTFOLIO CHANGES REVIEW

## A. PORTFOLIO ACTIVITY

*Main themes*

The main theme throughout the quarter was insuring that the portfolio was well balanced on a strategy and individual fund side. No new positions were added, reflecting the fact that the portfolio already holds 37 positions.

A number of redemptions were made during the quarter (some of which will be effective during the fourth quarter), mainly to clean the portfolio from farm team positions that have not worked out well (PD Capital, Pimco, Astin, Henderson UK), to liquidate positions where we had lost our confidence level (Epsilon, Framework), and to create some space for subscriptions in funds we like, which will be invested with during the fourth Quarter.

*Subscriptions*

No subscription were made during the quarter.

*Redemptions*

The following funds were redeemed during the quarter:

- **Henderson UK Market Neutral Fund** (7/31/2003 for value date 8/31/2003): Security Selection – No bias. The fund had been a farm team position for 18 months. While performance was positive, it was subdued, and as comfort level wasn't high enough to increase the positions, it was decided to redeem.

- **Epsilon Global Active Value Fund II** (8/14/2003 for value date 9/30/2003): Multi-Process – Event Driven. After several discussions with the manager in order to get independent pricing of his portfolio and more transparency, he decided not to meet our requests. Consequently the position was redeemed.

- **PD Star Fund** (8/31/2003 for value date 9/30/2003): Relative Value – Equities Quantitative. The position was invested with 12 months ago as a farm team. Performance has been disappointing.

- **GLC Gestalt Europe Fund** (9/30/2003 for value date 10/31/2003): Relative Value – Equities Quantitative: this manager has struggled to achieve nice returns since invested with, partly because quantitative strategies tend to be cyclical and quickly arbitraged out.

- **Astin V Fund** (9/30/2003 for value date 10/31/2003): Relative Value: Volatility Arbitrage. Farm team position with disappointing returns.

- **Framework Asset Investors** (9/30/2003 for value date 11/30/2003): Directional Trading: CTA. Substantial turnover, poor performance and an uncomfortable meeting with them, pushed us to redeem the position.

- **Pimco Global Relative Value Fund II** (9/30/2003 for value date 12/31/2003): Relative Value: Fixed Income Arbitrage. Farm team position that did not work out as planned. The fund has been flat for the last 12 months, in an environment offering wealth of profit opportunities.

- **Anova Fund** (9/30/2003 for value date 12/31/2003): Relative Value: Equities Quantitative. A loss of confidence in the strategy pushed us to redeem.

**CONFIDENTIAL**

SQO000004138



## B. FUTURE CHANGES EXPECTATIONS

Futures changes will reflect the following main themes:

1. **Increase in Credit Arbitrage Exposure**

   It is a core belief that credit markets offer enormous arbitrage opportunities, which arise from three main factors:

   - Fast and deep development of credit derivatives, which are often inefficiently priced
   - Huge run up in credit, due to liquidity and search for yield, which did not differentiate between good and bad companies.

   To reflect this core belief, two credit arbitrage funds will be added to the portfolio during the fourth quarter.

2. **Farm team positions clean up**

   Farm team positions usually have a 12 month lifetime after which they are moved to intermediate (if successful) or redeemed. Some farm team position initiated in Q4 2002 and Q1 2003 will be redeemed in the coming months.

**CONFIDENTIAL**

SQO000004139

A. R. T.

# *APPENDIX*

**CONFIDENTIAL**

**SQO000004140**

# Summary Report

**Fund:** ART Class B  
**Index:** S&P 500 Index  
**Report:** Selected Options

| | Data Range: | Data Range: | Data Range: |
|---|---|---|---|
| | Jan-86 | Feb-86 | Jan-01 |
| To | Sep-03 | Sep-03 | Sep-03 |

| Currency: | Strategy: | - |
|---|---|---|
| Currency: | Strategy: | - |
| Total Mos: 33 | RFR: 2.30% | MAR: 5.00% |



**Cumulative Monthly Returns**

**Monthly Returns**

**Cummulative Value Added vs. J.P. Morgan Global Government Bond Index**

### Return Analysis

| | Fund | Index |
|---|---|---|
| Year To Date Return | 7.80% | 14.92% |
| Total Period Return | 17.42% | -23.42% |
| Annualized Geometric Return | 6.01% | -9.25% |
| Monthly Geometric Return | 0.49% | -0.81% |
| Best 12 Month Rolling Return | 9.60% | 24.02% |
| Worst 12 Month Rolling Return | 0.28% | -28.38% |

### Consistency Analysis

| | Fund | Index |
|---|---|---|
| % Up Months | 70% | 48% |
| % Up 12 Month Rolling Returns | 100% | 14% |
| Annualized Standard Deviation | 3.12% | 18.52% |

### Risk/Downside Analysis

| | Fund | Index |
|---|---|---|
| Annualized Downside Deviation (RFR) | 1.81% | 15.04% |
| Largest Drawdown | -3.27% | -46.52% |
| Avg of Largest 5 Drawdowns | -0.65% | -20.58% |

### Risk/Return Analysis

| | Fund | Index |
|---|---|---|
| Gain/Loss Ratio | 1.81 | 0.78 |
| Annualized Sharpe Ratio | 1.19 | -0.62 |
| Annualized Sortino Ratio (RFR) | 7.09 | -2.86 |
| Avg Growth / Max Drawdown Ratio | -0.15 | 0.02 |
| Avg Growth / Avg Drawdown Ratio | -0.65 | #DIV/0! |

### Correlation Analysis

| | Fund | Index |
|---|---|---|
| Correlation | 0.43 | |
| % A Up/B Down (% B Up/A Down) | 65% | 40% |
| Avg A Up/B Down (Avg B Up/A Down) | 0.83% | 3.22% |

P A R T N E R S  
A D V I S E R S

Page 1

# Comparative Analysis I



**Fund:** ART Class B
**Index:** S&P 500 Index
**Report:** Selected Options

| | Data Range: | Jan-86 | To | Sep-03 |
|---|---|---|---|---|
| | Data Range: | Feb-86 | To | Sep-03 |
| | Data Range: | Jan-01 | To | Sep-03 |

**Currency:** -
**Currency:** -
**Total Mos:** 33

**Strategy:** -
**Strategy:** -
**RFR:** 2.30%

### Risk/Return Statistics

| | Monthly Fund | Monthly Index | Annualized Fund | Annualized Index | 12 Month Rolling Fund | 12 Month Rolling Index |
|---|---|---|---|---|---|---|
| Arithmetic Average Return | 0.49% | -0.67% | 5.90% | -7.33% | 3.83% | -12.11% |
| Geometric Average Return | 0.49% | -0.81% | 6.01% | -9.25% | 3.80% | -12.97% |
| Standard Deviation | 0.90% | 5.35% | 3.12% | 18.52% | 2.38% | 13.29% |
| Downside Deviation (0%) | 0.45% | 4.22% | 1.56% | 14.64% | | |
| Downside Deviation (RFR) | 0.52% | 4.34% | 1.81% | 15.04% | | |
| Downside Deviation (MAR) | 0.62% | 4.48% | 2.16% | 15.50% | | |

### Risk/Return Analysis

| | Monthly Fund | Monthly Index | Annualized Fund | Annualized Index | 12 Month Rolling Fund | 12 Month Rolling Index |
|---|---|---|---|---|---|---|
| Sharpe Ratio | 0.34 | -0.18 | 1.19 | -0.62 | 0.63 | -1.16 |
| Sortino Ratio (0%) | 3.86 | -0.83 | 13.39 | -2.19 | | |
| Sortino Ratio (RFR) | 2.05 | -0.77 | 7.09 | -2.66 | | |
| Sortino Ratio (MAR) | 0.47 | -0.82 | 1.63 | -3.18 | | |
| Gain/Loss Ratio | 1.81 | 0.78 | | | N/A | 1.27 |
| Hist Min Return 90% Conf | -0.36% | -7.77% | -1.31% | -25.81% | 0.78% | -24.26% |
| Hist Min Return 95% Conf | -0.64% | -8.82% | -2.22% | -29.7% | 0.64% | -24.71% |

### Calendar Ret

| | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|
| Fund | 0.63% | -23.37% | 8.24% | 22.01% | 19.71% | 10.37% | 17.06% |
| Index | | -13.04% | -10.16% | 19.52% | 26.68% | 31.01% | |

### Benchmark Analysis

| | Correlation Fund | Correlation Index | Alpha Fund | Alpha Index | Beta Fund | Beta Index |
|---|---|---|---|---|---|---|
| MSCI World | 0.46 | 0.98 | 0.55% | 0.12% | 0.082 | 1.035 |
| MSCI EAFE | 0.46 | 0.88 | 0.56% | 0.06% | 0.083 | 0.929 |
| MSCI Europe | 0.38 | 0.94 | 0.57% | 0.50% | 0.057 | 0.841 |
| MSCI EMF | 0.52 | 0.84 | 0.45% | -1.05% | 0.068 | 0.658 |
| S&P 500 | 0.43 | 1.00 | 0.54% | -0.00% | 0.072 | 1.000 |
| Nikkei 225 | 0.27 | 0.50 | 0.52% | -0.32% | 0.042 | 0.467 |
| JPM Global Bond | 0.14 | -0.08 | 0.45% | -0.10% | 0.057 | -0.058 |

**Risk/Return Profiles**

Annualized Avg Return (%) — ranging from -30% to 30%
Annualized Standard Dev (%) — ranging from 0% to 25%

- A.R.T. Absolute Return Target Fund Class B
- S&P 500 Index
- MSCI World Free Index
- MSCI World Index
- MSCI Europe & Far East Free Index
- MSCI Europe Local Currency Index
- MSCI Emerging Market Free Index
- S&P 500 Index
- Nikkei 225 Index
- J.P. Morgan Global Government Bond Index

PARTNERS ADVISERS

CONFIDENTIAL

SQO000004142

# Comparative Analysis II

| Fund: ART Class B | Data Range: | Jan-86 | To | Sep-03 | Currency: | | Strategy: - |
|---|---|---|---|---|---|---|---|
| Index: S&P 500 Index | Data Range: | Feb-86 | To | Sep-03 | Currency: | | Strategy: - |
| Report: Selected Options | Data Range: | Jan-01 | To | Sep-03 | Total Mos: 33 | | RFR:  2.30%    MAR:  5.00% |

## Rolling Windows Analysis

| | | Max | Min | Avg | % Pos |
|---|---|---|---|---|---|
| 1 Month: | Fund | 2.55% | -2.22% | 0.49% | 70% |
| | Index | 8.64% | -11.55% | -0.67% | 46% |
| 3 Month: | Fund | 4.07% | -2.43% | 1.26% | 84% |
| | Index | 16.63% | -17.33% | -2.31% | 42% |
| 6 Month: | Fund | 6.10% | -2.59% | 2.32% | 86% |
| | Index | 21.65% | -28.54% | -4.47% | 32% |
| 12 Month: | Fund | 9.60% | 0.28% | 3.83% | 100% |
| | Index | 24.02% | -26.03% | -12.11% | 14% |
| 24 Month: | Fund | 10.70% | 6.92% | 8.44% | 100% |
| | Index | -2.87% | -37.36% | -22.55% | 0% |

## Linear Correlation Analysis

| | |
|---|---|
| Correlation | 0.43 |
| R-Squared | 0.18 |
| Alpha | 0.01 |
| Beta | 0.07 |
| % A Up (B Up) | 75% |
| % A Dwn (B Up) | 65% |
| Avg A Up (B Up) | 1.02% |
| Avg A Up (B Dwn) | 0.83% |
| Corr (B Up) | 0.21 |
| Corr (B Dwn) | 0.53 |

## Drawdown Analysis: Fund

| Rank | Peak | Valley | % Loss | Recovery |
|---|---|---|---|---|
| 1 | May-02 | Oct-02 | -3.27% | 3 |
| 2 | May-01 | Jun-01 | -3.41% | 2 |
| 3 | Jun-03 | Aug-03 | -0.29% | 1 |
| 4 | Feb-03 | Mar-03 | -0.25% | 1 |
| 5 | Aug-01 | Sep-01 | -0.22% | 1 |

## Drawdown Analysis: Index

| Rank | Peak | Valley | % Loss | Recovery |
|---|---|---|---|---|
| 1 | Jan-01 | Sep-02 | -43.32% | 12 |
| 2 | Jan-01 | Sep-02 | -43.32% | 12 |
| 3 | Jan-01 | Sep-02 | -45.52% | 12 |
| 4 | Jan-01 | Sep-02 | -43.32% | 12 |
| 5 | Jan-01 | Sep-02 | -43.32% | 12 |

## Annualized Returns Analysis

| | Returns | | Std Dev | | Sharpe Ratio | | Dwnsd Dev (RFR) | | Sortino (RFR) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fund | Index | Fund | Index | Fund | Index | Fund | Index | Fund | Index |
| 3 Month | 7.22% | 9.14% | 2.93% | 15.40% | 3.28 | 1.56 | 0.42% | 7.25% | 79.91 | 11.47 |
| 6 Month | 11.35% | 42.10% | 3.20% | 17.93% | 1.63 | 0.33 | 1.80% | 13.11% | 10.01 | -0.38 |
| 12 Month | 9.60% | 24.02% | 3.05% | 18.22% | 2.01 | -0.31 | 1.49% | 14.76% | 14.21 | -2.59 |
| 24 Month | 5.21% | -1.44% | 3.20% | 17.93% | 1.63 | -0.33 | 1.80% | 13.11% | 10.01 | -0.38 |
| 36 Month | 6.13% | -11.85% | 3.05% | 18.22% | 2.01 | -0.31 | 1.49% | 14.76% | 14.21 | -2.59 |
| 48 Month | 10.85% | -5.78% | 3.57% | 18.04% | 3.04 | -0.32 | 1.29% | 13.47% | 29.15 | -1.48 |
| 60 Month | 12.18% | -3.12% | 3.41% | 17.60% | 3.57 | -0.61 | 1.15% | 12.32% | 36.68 | -0.03 |

PARTNERS ADVISERS

CONFIDENTIAL

SQO000004143



# Returns Analysis

Fund: ART Class B
Index: S&P 500 Index
Report: Selected Options

| Data Range: | Jan-86 | To | Sep-03 |
| Data Range: | Feb-86 | To | Sep-03 |
| Data Range: | Jan-01 | To | Sep-03 |

Currency:
Currency:
Total Mos: 33

Strategy: -
Strategy: -
RFR: 2.30%          MAR: 5.00%

Last 12 Months Return/Growth of $1,000

12 Month Rolling Returns

| 2001 | Jan | Feb | Mar | Apr | Mai | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | 2.55% | 0.66% | 0.82% | 1.04% | 0.79% | -0.44% | 0.10% | 0.61% | -0.22% | 0.51% | 0.65% | 0.87% | 8.24% |
| Index | 3.46% | -9.23% | -6.42% | 7.68% | 0.51% | 2.50% | 1.08% | -6.41% | -8.17% | 1.81% | 7.52% | 0.76% | -13.04% |
| 2002 | | | | | | | | | | | | | |
| Fund | 0.47% | -0.17% | 0.54% | 0.65% | 0.60% | -0.69% | -0.89% | 0.50% | -0.26% | -0.22% | 1.13% | 0.75% | 0.63% |
| Index | -1.56% | -2.08% | 3.67% | -6.14% | -0.91% | -7.25% | -7.90% | 0.49% | -11.00% | 8.64% | 5.71% | -6.03% | -23.37% |
| 2003 | | | | | | | | | | | | | |
| Fund | 1.66% | 0.76% | -0.29% | 1.10% | 1.96% | 0.59% | -0.14% | -0.15% | 2.05% | | | | 7.80% |
| Index | -2.74% | -1.70% | 0.84% | 8.10% | 5.09% | 2.66% | 1.62% | 1.79% | 1.19% | | | | 14.92% |

PARTNERS
ADVISERS

CONFIDENTIAL                                                                    SQO000004144

# Risk Analysis

| | Data Range | Jan-86 | To | Sep-03 |
|---|---|---|---|---|
| Fund: ART Class B | Data Range | Feb-86 | To | Sep-03 |
| Index: S&P 500 Index | Data Range | Jan-01 | To | Sep-03 |
| Report: Selected Options | | | | |

| Currency: | Strategy: - |
|---|---|
| Currency: | Strategy: - |
| Total Mos: 33 | RFR: 2.30%    MAR: 5.00% |



PARTNERS
ADVISERS

# Exhibit 12

**Borland, Peter**

**From:** estenne@advisers.CH
**Sent:** Tuesday, December 19, 2000 10:26 AM
**To:** borlanpe@bankofbermuda.com
**Subject:** URGENT Switch in Square One Fund

**PARTNERS ADVISERS**

12 rue François Bonivard
CH - 1201 Geneva / Switzerland
Tel. +41-22-716 0060
Fax +41-22-716 0061
estenne@advisers.ch

Dear Peter,
Please note that Square One Fund will be subject to the following:

Redemption from Banque Bruxelles Lambert (Suisse) S.A. of 2,075,000
Subscription from Banque Privée Edmond de Rothshild Luxembourg of 1,625,000
Subscription from Fortis (I am not sure) of 450,000

Accordingly, no action should be taken vis-à-vis Madoff as these compensate each other.
Please make sure that everything appends smoothly.
Best Regards
Luc

1/5/01



# Exhibit 13

Produced in Native Format

CONFIDENTIAL

SQO000001705

November 30, 2002

# ART Class B

| Class B | Previous NAV | Total Holding New NAV | Performance | New Holdings | Gross P&L | % | Net P&L |
|---|---|---|---|---|---|---|---|
| Diversified Arbitrage | | 7,062,647 | 2.05% | 7,207,575 | 0.30% | 14.73% | 0.28% |
| Convertible Arbitrage | | 5,181,959 | 3.84% | 5,380,735 | 0.41% | 10.81% | 0.40% |
| Distressed Securities & HY | | 6,717,876 | 2.48% | 6,884,795 | 0.35% | 14.01% | 0.32% |
| Equity MN Fundamental | | 5,985,365 | 2.03% | 6,106,865 | 0.25% | 12.49% | 0.23% |
| Equity MN Quantitative | | 6,925,753 | -0.54% | 6,888,522 | -0.08% | 14.45% | -0.10% |
| Event Driven | | 7,916,981 | 2.23% | 8,093,322 | 0.37% | 16.52% | 0.34% |
| Short Term Trading | | 2,903,772 | 0.03% | 2,904,575 | 0.00% | 6.06% | -0.01% |
| Fixed Income Arbitrage | | 4,124,228 | -2.38% | 4,025,950 | -0.21% | 8.60% | -0.22% |
| Macro | | 6,864,591 | -0.57% | 6,825,488 | -0.08% | 14.32% | -0.11% |
| Equalization | | 121,761 | 0.00% | 121,761 | 0.00% | 0.25% | 0.00% |
| Cash | - | (5,869,004) | | (5,869,004) | 0.00% | -12.24% | -0.02% |
| Gross Portfolio Total | - | 47,935,929 | 1.32% | 48,570,584 | 1.32% | 100.00% | 1.10% |

Net perf. 1.12%

Tot. Gross P%L    1.32%
Tot. Alloc    112.24%
Calc. Basis    -0.0017818414

Performance ART B Gross    1.29%
Net performance ART B    1.09%

## ART Class C

November 30, 2002

| Class C | Previous NAV | Total Holding | New NAV | Performance | New Holdings | Gross P&L | % | Net P&L |
|---|---|---|---|---|---|---|---|---|
| TOTAL Event Driven | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL L/S Equity US | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL L/S Equity Sector Specific | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL L/S Equity Japan & Asia | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL L/S Equity Small Cap | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL L/S Equity Europe | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Distressed Securities & HY | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Short Term Trading | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Equity Market Neutral Quantitative | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Equity Market Neutral Fundamental | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Fixed Income Arbitage | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Diversified Arbitage | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Convertible Arbitrage | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Macro | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| TOTAL Equalization | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| Cash | - | | | 0.27% | | | #REF! | #REF! |
| Gross Portfolio Value | | #REF! | | #REF! | | #REF! | #REF! | #REF! |

Investing #REF!
Arbitrage #REF!
Net perf. #REF!
#REF!

Tot. Gross P%L #REF!
Tot. Alloc
Calc. Basis

Performance ART C Gross #REF!
Net performance ART C #REF!

Pool Arbitrage - November 30, 2002

| Pool Arbitrage | Nbr of shares | Previous NAV | Total Holding | New NAV | Perform. | New Holdings | Gross P&L | % |
|---|---|---|---|---|---|---|---|---|
| Carrousel Fund (S6) | 13,318.0951 | 115.8848 | 1,543,365 | 120.1038 | 3.64% | 1,599,554 | 0.12% | 3.22% |
| CQS Capital Structure Arb Cl. B | 1,000.0000 | 1,000.0000 | 1,000,000 | 1,001.4000 | 0.14% | 1,001,400 | 0.00% | 2.09% |
| Epsilon II | 17,299.1300 | 120.6000 | 2,086,275 | 121.7800 | 0.98% | 2,106,688 | 0.04% | 4.35% |
| Gracie Capital | 13,999.8830 | 161.5400 | 2,261,541 | 167.2000 | 3.50% | 2,340,780 | 0.17% | 4.72% |
| Metage Global Strategies | 10,000.0000 | 102.5800 | 1,025,800 | 104.4900 | 1.86% | 1,044,900 | 0.04% | 2.14% |
| **Event Driven** | | | **7,916,981** | | **2.23%** | **8,093,322** | **0.37%** | **16.52%** |
| | | | | | | | | |
| Square One Fund Class B | 94.0791 | 15,276.9100 | 1,437,238 | 15,282.3300 | 0.04% | 1,437,748 | 0.00% | 3.00% |
| PD Star Fund | 14,614.1900 | 100.3500 | 1,466,534 | 100.3700 | 0.02% | 1,466,826 | 0.00% | 3.06% |
| **Short Term Trading** | | | **2,903,772** | | **0.03%** | **2,904,575** | **0.00%** | **6.06%** |
| | | | | | | | | |
| Arx Global High Yield Fund (A/6) | 1,300.0000 | 1,090.0700 | 1,417,091 | 1,123.2000 | 3.04% | 1,460,160 | 0.09% | 2.96% |
| Silverpoint Distressed | 125.0000 | 9,747.8600 | 1,218,483 | 10,179.5200 | 4.43% | 1,272,440 | 0.11% | 2.54% |
| Tamarak | 36,045.8640 | 113.2530 | 4,082,302 | 115.1920 | 1.71% | 4,152,195 | 0.15% | 8.52% |
| **Distressed Securities & HY** | | | **6,717,876** | | **2.48%** | **6,884,795** | **0.35%** | **14.01%** |
| | | | | | | | | |
| Artradis Barracuda (Non-US Feeder) | 75,400.5660 | 10.4900 | 790,952 | 10.5200 | 0.29% | 793,214 | 0.00% | 1.65% |
| CSFB Convertible and quantitative | 2,323.1300 | 1,632.8790 | 3,793,390 | 1,685.0220 | 3.19% | 3,914,525 | 0.25% | 7.91% |
| Framework | 1,500.0000 | 997.6890 | 1,496,534 | 996.5670 | -0.11% | 1,494,851 | 0.00% | 3.12% |
| JMG Triton Offshore Fd Class D S 1 | 309.2700 | 3,174.4800 | 981,771 | 3,249.5400 | 2.36% | 1,004,985 | 0.05% | 2.05% |
| **Diversified Arbitrage** | | | **7,062,647** | | **2.05%** | **7,207,575** | **0.30%** | **14.73%** |
| | | | | | | | | |
| KBC Opportunities | 1,807.4683 | 1,209.8000 | 2,186,675 | 1,243.9600 | 2.82% | 2,248,418 | 0.13% | 4.56% |
| Lakeshore International | 5,147.7210 | 285.8940 | 1,471,703 | 291.3510 | 1.91% | 1,499,794 | 0.06% | 3.07% |
| Lydian Ovs Partners Fd Class D S1 | 912.1900 | 1,389.8600 | 1,267,816 | 1,489.2400 | 7.15% | 1,358,470 | 0.19% | 2.64% |
| Lydian Ovs Partners Fd Class I S1 | 238.9100 | 1,070.5500 | 255,765 | 1,147.1000 | 7.15% | 274,054 | 0.04% | 0.53% |
| **Convertible Arbitrage** | | | **5,181,959** | | **3.84%** | **5,380,735** | **0.41%** | **10.81%** |
| | | | | | | | | |
| Bristol Fd | 951.8410 | 877.4960 | 835,237 | 682.5393 | -22.22% | 649,669 | -0.39% | 1.74% |
| Moore Global Fixed Income Fd | 350.3296 | 4,609.0900 | 1,614,701 | 4,657.0300 | 1.04% | 1,631,495 | 0.04% | 3.37% |
| Drake Absolute Return Cl. B S.1-B | 198.8900 | 1,026.5626 | 204,173 | 1,052.7833 | 2.55% | 209,388 | 0.01% | 0.43% |
| Drake Absolute Return Cl. B S. 1-C | 500.0000 | 1,030.4001 | 515,200 | 1,057.9637 | 2.68% | 528,982 | 0.03% | 1.07% |
| Pimco Global Relative Value Off. II | 1,019.5680 | 936.5900 | 954,917 | 987.1000 | 5.39% | 1,006,416 | 0.11% | 1.99% |
| **Fixed Income Arbitrage** | | | **4,124,228** | | **-2.38%** | **4,025,950** | **-0.21%** | **8.60%** |
| | | | | | | | | |
| Alphagen Avior | 12,000.2968 | 109.9170 | 1,319,037 | 112.1579 | 2.04% | 1,345,928 | 0.06% | 2.75% |
| Alphagen Cepheus | 20,000.0000 | 111.8189 | 2,236,378 | 110.2273 | -1.42% | 2,204,546 | -0.07% | 4.67% |
| Coghill Capital Cl. B Serie 5 | 14,400.0000 | 100.0000 | 1,440,000 | 109.3602 | 9.36% | 1,574,787 | 0.28% | 3.00% |
| Henderson UK Market Neutral | 9,378.0800 | 105.5600 | 989,950 | 104.6700 | -0.84% | 981,604 | -0.02% | 2.07% |
| **Equity MN Fundamental** | | | **5,985,365** | | **2.03%** | **6,106,865** | **0.25%** | **12.49%** |
| | | | | | | | | |
| Anova Serie A | 6,106.8073 | 136.7545 | 835,133 | 145.0058 | 6.03% | 885,522 | 0.11% | 1.74% |
| Anova Serie B | 10,276.0363 | 88.9363 | 913,913 | 94.3022 | 6.03% | 969,053 | 0.12% | 1.91% |
| Jemmco Intl Class A | 8,585.0804 | 200.8657 | 1,724,448 | 198.4742 | -1.19% | 1,703,917 | -0.04% | 3.60% |
| Numeric European (#9) | 690.5430 | 1,163.1153 | 803,181 | 1,131.3944 | -2.73% | 781,276 | -0.05% | 1.68% |
| Numeric Small Cap (#15) | 2,500.0000 | | 2,649,078 | 1,019.5014 | -3.79% | 2,548,753 | -0.21% | 5.53% |
| **Equity MN Quantitative** | | | **6,925,753** | | **-0.54%** | **6,888,522** | **-0.08%** | **14.45%** |
| | | | | | | | | |
| AQR Global Asset Alloc I Cl. B | 12.7298 | 118,069.7042 | 1,503,000 | 117,521.8122 | -0.46% | 1,496,025 | -0.01% | 3.14% |
| The Capital Fund | 1,597.5300 | 1,438.8940 | 2,298,676 | 1,424.1440 | -1.03% | 2,275,113 | -0.05% | 4.80% |
| Victory Overseas A2 | 1,200.0000 | 1,007.7100 | 1,209,252 | 1,004.8900 | -0.28% | 1,205,868 | -0.01% | 2.52% |
| Victory Overseas A | 1,455.2340 | 1,273.7900 | 1,853,663 | 1,270.2300 | -0.28% | 1,848,482 | -0.01% | 3.87% |
| **Macro** | | | **6,864,591** | | **-0.57%** | **6,825,488** | **-0.08%** | **14.32%** |
| | | | | | | | | |
| Artradis Barracuda Equalization | 9,237.1300 | 1.0000 | 9,237 | 1.0000 | 0.00% | 9,237 | 0.00% | 0.02% |
| Capital Fund Equalization | 220.2030 | 1.0000 | 220 | 1.0000 | 0.00% | 220 | 0.00% | 0.00% |
| Epsilon II Equalization | 26,530.6300 | 1.0000 | 26,531 | 1.0000 | 0.00% | 26,531 | 0.00% | 0.06% |
| Henderson UK MN Equalization | 2,425.0000 | 1.0000 | 2,425 | 1.0000 | 0.00% | 2,425 | 0.00% | 0.01% |
| Jemmco Equalization | (8,807.96) | 1.0000 | (8,808) | 1.0000 | 0.00% | (8,808) | 0.00% | -0.02% |
| KBC Opportunities Equalization | 73,925.4500 | 1.0000 | 73,925 | 1.0000 | 0.00% | 73,925 | 0.00% | 0.15% |
| Lakeshore International Equalization | 1,883.0000 | 1.0000 | 1,883 | 1.0000 | 0.00% | 1,883 | 0.00% | 0.00% |
| PD Star Equalization | 1,539.0000 | 1.0000 | 1,539 | 1.0000 | 0.00% | 1,539 | 0.00% | 0.00% |
| Tamarak Equalization | 14,809.0000 | 1.0000 | 14,809 | 1.0000 | 0.00% | 14,809 | 0.00% | 0.03% |
| **Equalizations** | | | **121,761** | | **0.00%** | **121,761** | **0.00%** | **0.25%** |
| | | | | | | | | |
| Cash | | | (5,869,004) | | 0.25% | (5,883,677) | -0.03% | -12.24% |
| **Gross Portfolio Total** | | | **47,935,929** | | **1.29%** | **48,555,911** | **1.29%** | **100.00%** |

Pool Arbitrage - November 30, 2002

| Subscriptions November 1 | |
|---|---|
| Redemptions value October 31: | |
| Square One Fund Class B | 650,000.00 |

Pool Investing - November 30, 2002

| Investing | Nbr of shares | Previous NAV | Total Holding | New NAV | Perform. | New Holdings | Gross P&L | % | |
|---|---|---|---|---|---|---|---|---|---|
| Metage Global Strategies | 10,000.0000 | 102.5800 | 1,025,800 | 104.4900 | 1.86% | 1,044,900 | 0.09% | 4.88% | |
| **Event Driven** | | | **1,025,800** | | **1.86%** | **1,044,900** | **0.09%** | **4.88%** | |
| | | | | | | | | | |
| GLC Gestalt A11 | 2,177.0000 | 163.4885 | 355,914 | 167.6760 | 2.56% | 365,031 | 0.04% | 1.69% | |
| GLC Gestalt A12 | 627.0000 | 163.5165 | 102,525 | 167.7047 | 2.56% | 105,151 | 0.01% | 0.49% | |
| GLC Gestalt A 14 | 930.0000 | 163.5481 | 152,100 | 167.7372 | 2.56% | 155,996 | 0.02% | 0.72% | |
| GLC Gestalt A1 | 3,566.0000 | 163.5482 | 583,213 | 167.7372 | 2.56% | 598,151 | 0.07% | 2.78% | |
| **Short Term Trading** | | | **1,193,752** | | **2.56%** | **1,224,328** | **0.15%** | **5.68%** | |
| | | | | | | | | | |
| Epic | 1,500.0000 | 876.7840 | 1,315,176 | 933.0206 | 6.41% | 1,399,531 | 0.40% | 6.26% | |
| Silverpoint | 140.7300 | 9,747.8600 | 1,371,816 | 10,179.5200 | 4.43% | 1,432,564 | 0.29% | 6.53% | |
| Stonehill | 76.3500 | 22,446.8879 | 1,713,820 | 23,559.2300 | 4.96% | 1,798,747 | 0.40% | 8.16% | |
| **Distressed Securities & HY** | | | **4,400,812** | | **5.23%** | **4,630,842** | **1.10%** | **20.95%** | |
| | | | | | | | | | |
| SuNOVA B1 Serie 2 | 273.7541 | 1,164.8303 | 318,877 | 1,167.2271 | 0.21% | 319,533 | 0.00% | 1.52% | |
| SuNOVA B1 Serie 5 | 1,000.0000 | 1,031.1915 | 1,031,192 | 1,033.3105 | 0.21% | 1,033,311 | 0.01% | 4.91% | |
| Tiger Technology B1 | 13,000.0000 | 108.5800 | 1,411,540 | 106.0400 | -2.34% | 1,378,520 | -0.16% | 6.72% | |
| Tremblant | 7,867.8016 | 113.1596 | 890,317 | 113.7386 | 0.51% | 894,873 | 0.02% | 4.24% | |
| Ursus B | 1,501.7667 | 999.9568 | 1,501,702 | 1,077.0874 | 7.71% | 1,617,534 | 0.55% | 7.15% | |
| **Equity L/S Sector specific** | | | **5,153,627** | | **1.75%** | **5,243,770** | **0.43%** | **24.53%** | |
| | | | | | | | | | |
| Atlas Offshore Fund D | 110.0000 | 10,000.0000 | 1,100,000 | 10,004.4600 | 0.04% | 1,100,491 | 0.00% | 5.24% | 46.10732 |
| Candlewood B | 12,906.0836 | 130.2540 | 1,681,069 | 130.2343 | -0.02% | 1,680,815 | 0.00% | 8.00% | |
| Elkhorn Fund | 1,100.0000 | 926.7240 | 1,019,396 | 984.6000 | 6.25% | 1,083,060 | 0.30% | 4.85% | |
| Kingsford International Serie 13 | 750.0000 | 944.6200 | 708,465 | 884.9700 | -6.31% | 663,728 | -0.21% | 3.37% | |
| Shaker Heights Cl. B13 | 50.0000 | 10,191.4900 | 509,575 | 10,167.0013 | -0.24% | 508,350 | -0.01% | 2.43% | |
| **Equity L/S US** | | | **5,018,505** | | **0.36%** | **5,036,443** | **0.09%** | **23.89%** | |
| | | | | | | | | | |
| Henderson Japan | 8,222.9900 | 126.1100 | 1,037,001 | 128.4400 | 1.85% | 1,056,161 | 0.09% | 4.94% | |
| WF Asia Fund S1 | 8,161.6317 | 117.9128 | 962,361 | 121.3453 | 2.91% | 990,376 | 0.13% | 4.58% | |
| Wharton Asian Renaissance | 75,000.0000 | 7.2900 | 546,750 | 7.5100 | 3.02% | 563,250 | 0.08% | 2.60% | |
| **Equity L/S Japan & Asia** | | | **2,546,112** | | **2.50%** | **2,609,786** | **0.30%** | **12.12%** | |
| | | | | | | | | | |
| Coghill Capital | 7,225.6836 | 148.7212 | 1,074,612 | 162.8956 | 9.53% | 1,177,032 | 0.49% | 5.12% | |
| GRT Topaz B4 | 848.4571 | 978.8754 | 830,534 | 1,000.6538 | 2.22% | 849,012 | 0.09% | 3.95% | |
| **Equity L/S Small Cap** | | | **1,905,146** | | **6.35%** | **2,026,044** | **0.58%** | **9.07%** | |
| | | | | | | | | | |
| Jupiter Hyde Park HF Ltd | 247,933.8840 | 2.4200 | 600,000 | 2.4000 | -0.83% | 595,041 | -0.02% | 2.86% | |
| Henderson European | 3,267.5500 | 149.7500 | 489,316 | 156.2300 | 4.33% | 510,489 | 0.10% | 2.33% | |
| **Equity L/S Europe** | | | **1,089,316** | | **1.49%** | **1,105,531** | **0.08%** | **5.19%** | |
| | | | | | | | | | |
| Razor Macro Fund A1 | 6,000.0000 | | 600,000 | 99.0400 | -0.96% | 594,240 | -0.03% | 2.86% | |
| GLG Global Macro Cl. Z | 5,544.2620 | 108.2200 | 600,000 | 105.7400 | -2.29% | 586,250 | -0.07% | 2.86% | 5500.55006 |
| The Capital Fund | 972.1170 | 1,438.8940 | 1,398,773 | 1,424.1440 | -1.03% | 1,384,435 | -0.07% | 6.66% | |
| **Macro** | | | **2,598,773** | | **-1.30%** | **2,564,925** | **-0.16%** | **12.37%** | |
| | | | | | | | | | |
| Cash to be received from Lazard | | | 16,217 | | | 16,217 | | 0.08% | |
| | | | **16,217** | | **0.00%** | **16,217** | | **0.08%** | |
| | | | | | | | | | |
| Tremblant Equalization | 3,284.6600 | 1.0000 | 3,285 | 1.0000 | 0.00% | 3,285 | 0.00% | 0.02% | |
| Henderson Europe Equalization | 9,410.5400 | 1.0000 | 9,411 | 1.0000 | 0.00% | 9,411 | 0.00% | 0.04% | |
| The Capital Fund Equalization | 35,194.5240 | 1.0000 | 35,194.5240 | 1.0000 | 0.00% | 35,195 | 0.00% | 0.17% | |
| **Equalizations** | | | **47,890** | | **0.00%** | **47,890** | **0.00%** | **0.23%** | |
| | | | | | | | | | |
| Cash | | | (3,990,451) | | 0.25% | (4,000,427) | -0.05% | -19.00% | |
| **Gross Portfolio Total** | | | **21,005,500** | | **2.59%** | **21,550,249** | **2.59%** | **100.00%** | |

| | Subscriptions November 1 |
|---|---|

Redemptions value October 31:                                    D (-20pb)
WF Asia Fund Serie 2                    330,639

# Exhibit 14

Produced in Native Format

CONFIDENTIAL

SQO000001201

| Portfolio | Fund | Action | Amount | Trade date | Value date | Recommendation mean | Person in charge | Manager notified | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MPBGL Arbitrage | TQA Vantage Plus | Redemption | All shares | 09/30/02 | 10/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Arbitrage | Gracie | Redemption | All shares | 09/30/02 | 12/31/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Arbitrage | Deephaven MN | Redemption | All shares | 09/30/02 | 12/31/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Arbitrage | Framework Asset Investors | Subscription | 1,300,000 | 09/30/02 | 10/01/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Arbitrage | AQR Global Asset Allocation | Subscription | 1,300,000 | 09/30/02 | 10/01/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Arbitrage | PD Star Fund | Subscription | 1,300,000 | 09/30/02 | 10/01/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Investing | Gracie | Redemption | All shares | 09/30/02 | 12/31/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Investing | Kingsford International | Subscription | 1,250,000 | 09/30/02 | 10/01/02 | Fax | Meilland/Shortt | yes | |
| ART Arbitrage | Gracie | Redemption | All shares | 09/30/02 | 12/31/02 | email | Ruyer | yes | incl. shares from Axiom |
| ART Arbitrage | CSFB CQS | Redemption | 700,000 | 09/30/02 | 12/31/02 | email | Ruyer | yes | |
| ART Arbitrage | Lydian | Redemption | Class I | 09/30/02 | 12/31/02 | email | Ruyer | yes | |
| ART Arbitrage | Framework Asset Investors | Subscription | 1,500,000 | 09/30/02 | 10/01/02 | email | Ruyer | yes | |
| ART Arbitrage | AQR Global Asset Allocation | Subscription | 1,500,000 | 09/30/02 | 10/01/02 | email | Ruyer | yes | |
| ART Arbitrage | PD Star Fund | Subscription | 1,500,000 | 09/30/02 | 10/01/02 | email | Ruyer | yes | |
| ART Investing | WF Asia Fund | Redemption | Serie 2 | 09/30/02 | 10/31/02 | email | Ruyer | no | |
| ART Investing | Henderson European Abs. Ret. | Subscription | 500,000 | 09/30/02 | 10/01/02 | email | Ruyer | yes | |
| ART Investing | Kingsford International | Subscription | 750,000 | 09/30/02 | 10/01/02 | email | Ruyer | yes | |
| ABAS | Gracie | Redemption | All shares | 09/30/02 | 12/31/02 | email | Amr/Quigley | yes | |
| ABAS | Deephaven MN | Redemption | All shares | 09/30/02 | 12/31/02 | email | Amr/Quigley | yes | |
| ABAS | Framework Asset Investors | Subscription | 800,000 | 09/30/02 | 10/01/02 | email | Amr/Quigley | yes | |
| ABAS | AQR Global Asset Allocation | Subscription | 800,000 | 09/30/02 | 10/01/02 | email | Amr/Quigley | yes | |
| ABAS | PD Star Fund | Subscription | 800,000 | 09/30/02 | 10/01/02 | email | Amr/Quigley | yes | |
| Olympic | Gracie | Redemption | All shares | 09/30/02 | 12/31/02 | Fax | Pinero | yes | |
| Olympic | Deephaven MN | Redemption | All shares | 09/30/02 | 12/31/02 | Fax | Pinero | yes | |
| Olympic | CSFB CQS | Redemption | 400,000 | 09/30/02 | 12/31/02 | Fax | Pinero | yes | |
| Olympic | Framework Asset Investors | Subscription | 600,000 | 09/30/02 | 10/01/02 | Fax | Pinero | yes | |
| Olympic | AQR Global Asset Allocation | Subscription | 600,000 | 09/30/02 | 10/01/02 | Fax | Pinero | yes | |
| Olympic | PD Star Fund | Subscription | 600,000 | 09/30/02 | 10/01/02 | Fax | Pinero | yes | |
| MPBGL Arbitrage | Anova | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | yes | |

| Fund Family | Fund | Type | Amount | Date 1 | Date 2 | Method | Contact | Y/N | Notes |
|---|---|---|---|---|---|---|---|---|---|
| MPBGL Arbitrage | Lydian | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Arbitrage | Drake | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Arbitrage | Claiborne | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Arbitrage | GDO | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Arbitrage | CSFB CQS | Redemption | 850,000 | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | yes | agreed with manager |
| MPBGL Arbitrage | CCM Small Cap Value Fund (Cl. B) | Subscription | 1,250,000 | 10/31/02 | 11/01/02 | Fax | Bernasconi/Cusack | yes | |
| MPBGL Investing | Claiborne | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Investing | DMG Legacy | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | no | |
| MPBGL Investing | Ursus | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Investing | GLG Global Macro, Class A | Subscription | 1,200,000 | 10/31/02 | 11/01/02 | Fax | Meilland/Shortt | yes | fund inception 11/15/02 |
| MPBGL Investing | Razor Macro Fund, Class A1 | Subscription | 1,200,000 | 10/31/02 | 11/15/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Investing | Jupiter Hyde Park Hedge Fund Ltd. | Subscription | 1,200,000 | 10/31/02 | 11/01/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Investing | Atlas Capital Offshore Fund (Cl. D) | Subscription | 1,900,000 | 10/31/02 | 11/01/02 | Fax | Bernasconi/Cusack | yes | |
| ART Arbitrage | Drake | Redemption | Class B Serie 1-C | 10/31/02 | 12/31/02 | email | Ruyer | no | |
| ART Arbitrage | Anova | Redemption | Class A | 10/31/02 | 12/31/02 | email | Ruyer | yes | |
| ART Arbitrage | Square One | Redemption | 650,000 | 10/31/02 | 10/31/02 | email | Ruyer | no | |
| ART Arbitrage | CQS CSA Feeder Fund Ltd Cl. B | Subscription | 1,000,000 | 10/31/02 | 11/01/02 | email | Ruyer | yes | |
| ART Arbitrage | CCM Small Cap Value Fund (Cl. B) | Subscription | 1,440,000 | 10/31/02 | 11/01/02 | email | Ruyer | yes | |
| ART Investing | Ursus | Redemption | All shares | 10/31/02 | 12/31/02 | email | Ruyer | yes | |
| ART Investing | Razor Macro Fund, Class A1 | Subscription | 600,000 | 10/31/02 | 11/15/02 | email | Ruyer | yes | fund inception 11/15/02 |
| ART Investing | GLG Global Macro, Class A | Subscription | 600,000 | 10/31/02 | 11/01/02 | email | Ruyer | yes | |
| ART Investing | Jupiter Hyde Park Hedge Fund Ltd. | Subscription | 600,000 | 10/31/02 | 11/01/02 | email | Ruyer | yes | |
| ART Investing | Atlas Capital Offshore Fund (Cl. D) | Subscription | 1,100,000 | 10/31/02 | 11/01/02 | email | Ruyer | yes | |
| ABAS | Anova | Redemption | All shares | 10/31/02 | 12/31/02 | email | Amr/Quigley | yes | |
| ABAS | CSFB CQS | Redemption | 200,000 | 10/31/02 | 12/31/02 | email | Amr/Quigley | yes | agreed with manager |
| ABAS | CQS CSA Feeder Fund Ltd Cl. B | Subscription | 500,000 | 10/31/02 | 11/01/02 | email | Amr/Quigley | yes | |
| ABAS | Razor Macro Fund, Class A1 | Subscription | 500,000 | 10/31/02 | 11/15/02 | email | Amr/Quigley | yes | fund inception 11/15/02 |
| ABAS | CCM Small Cap Value Fund (Cl. B) | Subscription | 800,000 | 10/31/02 | 11/15/02 | email | Amr/Quigley | yes | |
| Olympic | Lydian | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Pinero | no | |
| Olympic | Anova | Redemption | All shares | 10/31/02 | 12/31/02 | Fax | Pinero | yes | |
| Olympic | CQS CSA Feeder Fund Ltd Cl. B | Subscription | 400,000 | 10/31/02 | 11/01/02 | Fax | Pinero | yes | |

| Olympic | CCM Small Cap Value Fund (Cl. B) | Subscription | 580,000 | 10/31/02 | 11/01/02 | Fax | Pinero | yes | |
|---|---|---|---|---|---|---|---|---|---|
| AXIOM | ART Class B | Subscription | 360,000 | 10/31/02 | 11/01/02 | email | Quigley | yes | |
| ABAS | Numeric European | Redemption | All shares | 11/19/02 | 11/30/02 | email | Quigley | yes | |
| ART Arbitrage | Numeric European | Redemption | All shares | 11/19/02 | 11/30/02 | email | Ruyer | yes | |
| ART Investing | Shaker Heights | Redemption | All shares | 11/19/02 | 11/30/02 | email | Ruyer | yes | |
| MPBGL Investing | Shaker Heights | Redemption | All shares | 11/19/02 | 11/30/02 | Fax | Meilland/Shortt | yes | |
| MPBGL Arbitrage | GLC Gestalt | Redemption | 200,000 | 11/26/02 | 11/30/02 | fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Longacre | Transfer out | 1,320,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | JMG Triton | Redemption | 900,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Alphagen Cepheus | Redemption | 200,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Anova | Redemption | 480,000 | 12/31/02 | 12/31/02 | Fax | Meilland/Shortt | yes | cancel previous redemption |
| MPBGL Arbitrage | Arx Global High Yield | Subscription | 200,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | CQS CSA Feeder Fund Ltd Cl. B | Subscription | 400,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | position from Olympic |
| MPBGL Arbitrage | Lakeshore International | Transfer in | 1,290,191 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | AQR Global Asset Allocation | Subscription | 200,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Alphagen Avior | Transfer in | 1,619,522 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | PD Star Fund | Subscription | 200,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Eriswell Multi-Strategy Fund | Subscription | 700,000 | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| ART Arbitrage | Alphagen Cepheus | Redemption | 650,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Anova | Redemption | 820,000 | 11/26/02 | 12/31/02 | email | Ruyer | yes | cancel previous redemption |
| ART Arbitrage | Square One | Redemption | All shares | 11/26/02 | 11/30/02 | email | Ruyer | yes | |
| ART Arbitrage | GLC Gestalt | Subscription | 860,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | GLC Gestalt | Transfer in | 200,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Arx Global High Yield | Subscription | 300,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Longacre | Transfer in | 1,320,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | JMG Triton | Subscription | 200,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Lakeshore International | Transfer in | 160,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | AQR Global Asset Allocation | Subscription | 250,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Alphagen Avior | Subscription | 500,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | PD Star Fund | Subscription | 250,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Eriswell Multi-Strategy Fund | Subscription | 900,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ABAS | Lakeshore International | Transfer out | 160,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | Alphagen Avior | Redemption | 500,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | Anova | Redemption | 180,000 | 11/26/02 | 12/31/02 | email | Quigley | yes | cancel previous redemption |
| ABAS | Arx Global High Yield | Subscription | 150,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | Longacre | Transfer in | 763,824 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | JMG Triton | Subscription | 700,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | AQR Global Asset Allocation | Subscription | 150,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | Alphagen Cepheus | Subscription | 850,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | PD Star Fund | Subscription | 150,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | portfolio rebalancings |
| ABAS | Eriswell Multi-Strategy Fund | Subscription | 400,000 | 11/26/02 | 11/30/02 | email | Quigley | yes | |
| Olympic | Carrousel | Redemption | All shares | 11/25/02 | 01/31/03 | Fax | Pinero | yes | account liquidation |
| Olympic | Epsilon II | Redemption | All shares | 11/25/02 | 03/31/03 | Fax | Pinero | yes | account liquidation |
| Olympic | GLC Gestalt | Redemption | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Moore Global Fixed Income | Redemption | All shares | 11/25/02 | 13/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Arx Global High Yield | Redemption | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Longacre | Transfer out | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Tamarack International | Redemption | All shares | 11/25/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | CSFB CQS | Redemption | All shares | 11/25/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | CQS CSA Feeder Fund Ltd Cl. B | Redemption | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Lakeshore International | Transfer out | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| Olympic | AQR Global Asset Allocation | Redemption | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Victory Overseas | Redemption | All shares | 11/25/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Alphagen Capella | Redemption | All shares | 11/25/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Numeric Small Cap | Redemption | All shares | 11/25/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | PD Star Fund | Redemption | All shares | 11/25/02 | 11/30/02 | Fax | Pinero | yes | account liquidation |
| MPBGL Investing | Alphagen Avior | Transfer out | All shares | 11/26/02 | 11/30/02 | Fax | Meilland/Shortt | yes | portfolio rebalancings |
| ART Investing | GLC Gestalt | Transfer out | 200,000 | 11/26/02 | 11/30/02 | email | Ruyer | yes | portfolio rebalancings |
| ART Investing | SuNOVA | Redemption | 500,000 | 11/26/02 | 12/31/02 | email | Ruyer | yes | |
| ART Investing | Candlewood | Redemption | 880,000 | 11/26/02 | 12/31/02 | email | Ruyer | yes | |
| ART Investing | Henderson Japan | Redemption | 215,000 | 11/26/02 | 01/31/03 | email | Ruyer | yes | |
| ART Arbitrage | Astin Vega Fund | Subscription | 1,000,000 | 11/28/02 | 11/30/02 | email | Ruyer | yes | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ABAS | Astin Vega Fund | Subscription | 600,000 | 11/28/02 | 11/30/02 | email | Amr/Quigley | yes | |
| MPBGL Arbitrage | Astin Vega Fund | Subscription | 900,000 | 11/28/02 | 11/30/02 | Fax | Meilland/Shortt | yes | |
| ART Arbitrage | Silverback Offshore Class B | Subscription | 970,000 | 12/23/02 | 01/01/03 | email | Ruyer | yes | transfer from ART Investing |
| ART Arbitrage | D.E. Shaw Composite International | Subscription | 1,700,000 | 12/23/02 | 01/01/03 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Condor Partners Offshore | Subscription | 600,000 | 12/23/02 | 01/01/03 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Kingsford International | Transfer in | 340,000 | 12/23/02 | 01/01/03 | email | Ruyer | no | |
| ART Arbitrage | Framework Asset Investors | Transfer in | 250,000 | 12/23/02 | 01/01/03 | email | Ruyer | yes | |
| ART Arbitrage | CCM Small Cap Value Fund (Cl. B) | Subscription | 270,000 | 12/23/02 | 01/01/03 | email | Ruyer | yes | |
| ART Arbitrage | Tamarack International | Redemption | 1,070,000 | 12/23/02 | 01/01/03 | email | Ruyer | yes | portfolio rebalancings |
| ART Arbitrage | Victory Overseas | Redemption | All shares | 12/23/02 | 01/01/03 | email | Ruyer | no | |
| MPBGL Arbitrage | Silverback Offshore Class B | Subscription | 840,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | transfer from MPBGL Investing |
| MPBGL Arbitrage | D.E. Shaw Composite International | Subscription | 1,500,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Condor Partners Offshore | Subscription | 500,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | Kingsford International | Transfer in | 300,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | no | |
| MPBGL Arbitrage | Framework Asset Investors | Transfer in | 200,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | |
| MPBGL Arbitrage | CCM Small Cap Value Fund (Cl. B) | Subscription | 220,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | |
| MPBGL Arbitrage | Tamarack International | Subscription | 670,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | portfolio rebalancings |
| MPBGL Arbitrage | CQS CSA Feeder Fund Ltd Cl. B | Subscription | 450,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | yes | |
| MPBGL Arbitrage | Victory Overseas | Redemption | All shares | 12/23/02 | 01/01/03 | email | Meilland/Shortt | no | |
| MPBGL Arbitrage | Moore Global Fixed Income | Redemption | 630,000 | 12/23/02 | 01/01/03 | email | Meilland/Shortt | no | |
| ABAS | Silverback Offshore Class B | Subscription | 250,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | yes | transfer from MPBGL Investing |
| ABAS | D.E. Shaw Composite International | Subscription | 1,000,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | yes | portfolio rebalancings |
| ABAS | Condor Partners Offshore | Subscription | 350,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | yes | portfolio rebalancings |
| ABAS | Kingsford International | Transfer in | 200,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | no | |
| ABAS | Framework Asset Investors | Transfer in | 150,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | yes | portfolio rebalancings |
| ABAS | CCM Small Cap Value Fund (Cl. B) | Subscription | 150,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | yes | portfolio rebalancings |
| ABAS | Tamarack International | Subscription | 400,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | yes | portfolio rebalancings |
| ABAS | Victory Overseas | Redemption | All shares | 12/23/02 | 01/01/03 | email | Amr/Quigley | no | |
| ABAS | Moore Global Fixed Income | Redemption | 270,000 | 12/23/02 | 01/01/03 | email | Amr/Quigley | no | |
| Olympic | CCM Small Cap Value Fund (Cl. B) | Redemption | All shares | 12/31/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |
| Olympic | Framework Asset Investors | Transfer out | All shares | 12/31/02 | 12/31/02 | Fax | Pinero | yes | account liquidation |

| Olympic | Jemmco International | Redemption | All shares | 12/23/02 | 03/31/03 | Fax | Pinero | no | account liquidation |
|---|---|---|---|---|---|---|---|---|---|
| MPBGL Investing | DMG Legacy | Cancel red | all shares | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | cancel previous redemption |
| MPBGL Investing | D.E. Shaw Composite International | Subscription | 1,400,000 | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | |
| MPBGL Investing | Condor Partners Offshore | Subscription | 600,000 | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | |
| MPBGL Investing | Polar Capital Market Neutral | Subscription | 1,200,000 | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | |
| MPBGL Investing | Kingsford International | Transfer out | 200,000 | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | Transfer to ABAS |
| MPBGL Investing | Kingsford International | Transfer out | 300,000 | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | Transfer to MPBGL Arbitrage |
| MPBGL Investing | Ursus | Redemption | 400,000 | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | cancel previous redemption |
| MPBGL Investing | Moore Global Fixed Income | Redemption | All shares | 12/23/02 | 12/31/02 | email | Meilland/Shortt | yes | |
| ART Investing | D.E. Shaw Composite International | Subscription | 800,000 | 12/23/02 | 12/31/02 | email | Ruyer | yes | |
| ART Investing | Condor Partners Offshore | Subscription | 350,000 | 12/23/02 | 12/31/02 | email | Ruyer | yes | |
| ART Investing | Polar Capital Market Neutral | Subscription | 650,000 | 12/23/02 | 12/31/02 | email | Ruyer | yes | |
| ART Investing | Kingsford International | Transfer out | 340,000 | 12/23/02 | 12/31/02 | email | Ruyer | no | transfer to ART Arbitrage |
| ART Investing | Ursus | Redemption | 800,000 | 12/23/02 | 12/31/02 | email | Ruyer | yes | cancel previous redemption |
| ART Investing | Victory Overseas | Subscription | 950,000 | 01/27/03 | 01/31/03 | email | Ruyer | no | |
| ART Investing | Candlewood | Redemption | All shares | 01/27/03 | 03/31/03 | email | Ruyer | no | |
| MPBGL Investing | Victory Overseas | Subscription | 1,350,000 | 01/27/03 | 01/31/03 | email | Meilland/Rogers | no | |
| MPBGL Investing | Candlewood | Redemption | All shares | 01/27/03 | 03/31/03 | email | Meilland/Rogers | no | |
| ART Arbitrage | Longacre | Redemption | All shares | 01/27/03 | 03/31/03 | email | Ruyer | no | |
| ART Arbitrage | Drake | Redemption | All shares | 01/27/03 | 03/31/03 | email | Ruyer | yes | |
| ART Arbitrage | Lydian | Redemption | All shares | 01/22/03 | 03/31/03 | email | Ruyer | yes | |
| ART Arbitrage | Jemmco International | Redemption | All shares | 01/27/03 | 03/31/03 | email | Ruyer | yes | |
| ART Arbitrage | Bluecrest | Subscription | 2,600,000 | 01/27/03 | 01/31/03 | email | Ruyer | yes | |
| ART Arbitrage | Lotus Multi-Strategy | Subscription | 1,050,000 | 01/27/03 | 01/31/03 | email | Ruyer | yes | |
| ART Arbitrage | The 32 Capital Fund | Subscription | 1,550,000 | 01/27/03 | 01/31/03 | email | Ruyer | yes | |
| MPBGL Arbitrage | Longacre | Redemption | All shares | 01/27/03 | 03/31/03 | email | Meilland/Rogers | no | |
| MPBGL Arbitrage | Bluecrest | Subscription | 2,050,000 | 01/27/03 | 01/31/03 | email | Meilland/Rogers | yes | |
| MPBGL Arbitrage | Lotus Multi-Strategy | Subscription | 800,000 | 01/27/03 | 01/31/03 | email | Meilland/Rogers | yes | |
| MPBGL Arbitrage | The 32 Capital Fund | Subscription | 1,200,000 | 01/27/03 | 01/31/03 | email | Meilland/Rogers | yes | |
| ABAS | Longacre | Redemption | All shares | 01/27/03 | 03/31/03 | email | Quigley | no | |
| ABAS | Lydian | Redemption | All shares | 01/27/03 | 03/31/03 | email | Quigley | yes | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ABAS | Drake | Redemption | All shares | 01/27/03 | 03/31/03 | email | Quigley | yes |
| ABAS | Silverback Offshore Class B | Subscription | 250,000 | 01/27/03 | 01/31/03 | email | Quigley | yes |
| ABAS | Lotus Multi-Strategy | Subscription | 525,000 | 01/27/03 | 0131/03 | email | Quigley | yes |
| ABAS | The 32 Capital Fund | Subscription | 800,000 | 01/27/03 | 01/31/03 | email | Quigley | yes |

# Exhibit 15

SDO000000992

1-MAY-2003

GLOBALSHARE (BERMUDA)
TRANSACTION ACTIVITY LOG
FROM 1-OCT-2002 TO 1-MAY-2003

(USD)

PAGE:    1

FUND: 06902    SQUARE ONE FUND, LTD. - CLASS B SHARES

| VALM DATE TRADE DATE | SHLDR DEALER TRL DLR | TRAN NO TYP-CDE | NAV PRICE TRADE PRICE | EST BOX | SHARES | COMMISSIONS FEES | CLIENT TRAN AMNT | NAV AMOUNT | ROUNDING OVER PAYMENT | TRADE SHARES SHARE BALANCE | REFERENCE SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SHS IN ISSUE AS AT | | | 1-OCT-2002: | 1,668.9515 | |
| 31-OCT-2002 10-SEP-2002 | 8962 Redacted 0001 | 00019 RED-210 | 15276.91000000 15276.91000000 | N N | | 0.00 0.00 | 649,998.91 649,998.91 | | 0.00 0.00 | 42.5478- 1,626.4037 | BK PRIVEE 4-DEC-2002 |
| 31-OCT-2002 30-OCT-2002 | 9897 Redacted 0001 | 0001B SUB-110 | 15276.91000000 15276.91000000 | N N | | 0.00 0.00 | 549,999.31 549,999.31 | | 0.00 0.50 | 36.0020+ 1,662.4057 | BRUXELLES 1-NOV-2002 |
| 29-NOV-2002 1-NOV-2002 | 7519 Redacted 0001 | 0001F SUB-110 | 15282.33000000 15282.33000000 | N N | | 0.00 0.00 | 399,999.71 399,999.71 | | 0.00 0.00 | 26.1740+ 1,688.5797 | CREDIT 6-DEC-2002 |
| 31-DEC-2002 28-NOV-2002 | 8962 Redacted 0001 | 0001C RED-210 | 15285.05000000 15285.05000000 | N N | | 0.00 0.00 | 1,438,005.28 1,438,005.28 | | 0.00 0.00 | 94.0792- 1,594.5005 | BK PRIVEE 22-JAN-2003 |
| 31-DEC-2002 4-DEC-2002 | 3419 Redacted 0001 | 0001G SUB-110 | 15285.05000000 15285.05000000 | N N | | 0.00 0.00 | 1,999,999.88 1,999,999.88 | | 0.00 0.00 | 130.8468+ 1,725.3473 | MONTSOL 16-JAN-2003 |
| 28-FEB-2003 13-FEB-2003 | 6795 Redacted 0001 | 0001H SUB-110 | 15197.99000000 15197.99000000 | N N | | 0.00 0.00 | 999,998.87 999,998.87 | | 0.00 0.00 | 65.7981+ 1,791.1454 | MADISON 26-FEB-2003 |
| 28-FEB-2003 20-JAN-2003 | 3092 Redacted 0001 | 0001N RED-210 | 15197.99000000 15197.99000000 | N N | | 0.00 0.00 | 949,999.00 949,999.00 | | 0.00 0.00 | 62.5082- 1,728.6372 | CRED UNICO 25-MAR-2003 |
| 31-MAR-2003 13-FEB-2003 | 0024 Redacted 0001 | 0001J RED-210 | 15569.65000000 15569.65000000 | N N | | 0.00 0.00 | 1,597,780.84 1,597,780.84 | | 0.00 0.00 | 102.6215- 1,626.0157 | DEUT-SIGNE 14-APR-2003 |
| 31-MAR-2003 27-FEB-2003 | 3668 Redacted 0001 | 0001P RED-210 | 15569.65000000 15569.65000000 | N N | | 0.00 0.00 | 2,423,444.05 2,423,444.05 | | 0.00 0.00 | 155.6518- 1,470.3639 | FORTIS 14-APR-2003 |
| | TOTAL COMMISSIONS: TOTAL FEES: | | | | | 0.00 0.00 | OVERPAYMENTS: | | 0.50 | 1,470.3639 | |
| | | | | | SHS CALCULATED AS AT | | | 1-MAY-2003: | 1,470.3639 | |

| TRANSACTION SUMMARY | TRADES | CLIENT TRAN AMNT | NAV AMOUNT | ROUNDING | TRADE SHARES |
|---|---|---|---|---|---|
| REGULAR SUBSCRIPTIONS: | 4 | 3,949,997.77 | 3,949,997.77 | 0.00 | 258.8209 |
| SWITCH SUBSCRIPTIONS: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| SUBSCRIPTION BACKOUTS: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| SUBSCRIPTION REVERSALS: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| REINVEST SUBSCRIPTIONS: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| TRANSFER ISSUE: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| REGULAR TRANSFER TO: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| CONVERSION TO: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| EXERCISE TO: | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |
| SHARE/SPINOFF DIVIDENDS | 0 | 0.00 | 0.00 | 0.00 | 0.0000 |

RUN DATE: 1-MAY-2003 11:53
THE BANK OF BERMUDA LIMITED

REPORT ID: PEND_RPTD_SBR_R01

PAGE:    1

1-MAY-2003

GLOBALSHARE (BERMUDA)
TRANSACTION ACTIVITY LOG
FROM  1-OCT-2002  TO  1-MAY-2003

PAGE:   2

FUND: 06902   SQUARE ONE FUND, LTD. - CLASS B SHARES                          (USD)

| VALN DATE<br>TRADE DATE | SHLDR<br>DEALER<br>TRL DLR | TRAN NO<br>TYP-CDE | NAV PRICE<br>TRADE PRICE | BST<br>BOX | COMMISSIONS<br>FEES | CLIENT TRAN AMNT | NAV AMOUNT<br>TRAN AMNT | ROUNDING<br>OVER PAYMENT | TRADE SHARES<br>SHARE BALANCE | REFERENCE<br>SETTLE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SUBSCRIBED/ISSUED: | | | 4 | | 3,949,997.77 | | 3,949,997.77 | 0.00 | 258.8209 | |
| REGULAR REDEMPTIONS: | | | 5 | | 7,059,228.08 | | 7,059,228.08 | 0.00 | 457.4085 | |
| SWITCH REDEMPTIONS: | | | 0 | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| REDEMPTION BACKOUTS: | | | 0 | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| SUBSCRIPTION REVERSALS: | | | 0 | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| TRANSFER CANCEL: | | | 0 | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| REGULAR TRANSFER FROM: | | | 0 | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| CONVERSION FROM: | | | 0 | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| EXERCISE FROM: | | | | | 0.00 | | 0.00 | 0.00 | 0.0000 | |
| TOTAL REDEEMED/CANCELLED: | | | 5 | | 7,059,228.08 | | 7,059,228.08 | 0.00 | 457.4085 | |

RUN DATE:  1-MAY-2003 11:53
THE BANK OF BERMUDA LIMITED

PAGE:   2

REPORT ID: PEND_RPTD_SBR_R01

SQO000000994

CONFIDENTIAL

1-MAY-2003

PAGE:    3

GLOBALSHARE (BERMUDA)
TRANSACTION ACTIVITY LOG
FROM  1-OCT-2002  TO  1-MAY-2003

TRANSACTION CONTROL SUMMARY REPORT

| FUND CODE | FUND NAME | SHARES IN ISSUE AS AT 1-OCT-2002 | NUM | SHARES ISSUED THIS PERIOD | NUM | SHARES CANCELLED THIS PERIOD | SHARES CALCULATED AS AT 1-MAY-2003 |
|---|---|---|---|---|---|---|---|
| 06902 | SQUARE B | 1,668.9515 | 4 | 258.8209 | 5 | 457.4085 | 1,470.3639 |

SELECTION CRITERIA:

FUND CODES:  00000  00000  00000  00000  00000  00000  00000        FROM FUND: 06902    TO FUND: 00000
             00000  00000  00000  00000  00000  00000  00000
INCLUDE FROZEN FUNDS: N
FROM VALUATION DATE:  1-OCT-2002      TO VALUATION DATE:  1-MAY-2003

ALL TRADES: Y        CUSTOMER NO:        SHAREHOLDER/DEALER:
SORT BY:               T   (TRANS/SHLDR/DLR)

ALL TRANS:  N    SUB TRANS:  Y    RED TRANS:  Y    RNV TRANS:  Y    REG TSFR:  Y    ISSU CANC:  Y    CONV TRANS:  Y
EXER TRANS:  Y    DIV TRANS:  Y    BOX TRANS:  Y    REV TRANS:  Y    SWITCH TRANS:  Y

EXCLUDE UNPAID TRANSACTIONS: N

SUMMARY REPORT ONLY: N
TRANSACTION SUMMARY REPORT ONLY: N
REQUESTED BY: GSBBKL

REPORT ID: PEND_RPTD_SBR_R01                    RUN DATE: 1-MAY-2003 11:53              END OF REPORT              PAGE:    3
                                                THE BANK OF BERMUDA LIMITED

CONFIDENTIAL
SDNY00000499S

1-MAY-2003                                                                                PAGE:       1
SHARES:           0.0000  -  99,999,999,999,999.9999                                      CURRENCY USD
SEQUENCE: PRIMARY NAME

GLOBALSHARE (BERMUDA)
SHAREHOLDER REGISTER
AS AT DATE:    1-MAY-2003

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES                    (USD)

| ACCOUNT/ CUST NO. | REGISTERED NAME | NAT RES | BOOKSTOCK | CERTIFICATED | TOTAL SHAREHOLDING |
|---|---|---|---|---|---|
| 0005 2890 | BANK MORGAN STANLEY AG | UNK SWI | 46.3288 | 0.0000 | 46.3288 |
| 0001 9897 | BANQUE BRUXELLES LAMBERT (SUISSE) SA | UNK SWI | 175.7249 | 0.0000 | 175.7249 |
| 0013 9711 | CITCO GLOBAL CUSTODY NV- CASH | RIR UNK | 384.1180 | 0.0000 | 384.1180 |
| 0002 9920 | CLARIDEN BANK | UNK SWI | 0.0002 | 0.0000 | 0.0002 |
| 0008 3092 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG C/O UNICORN INVESTMENT FUND | UNK LUX | 40.8706 | 0.0000 | 40.8706 |
| 0015 6571 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG S/A UNICORN | LUX LUX | 33.0231 | 0.0000 | 33.0231 |
| 0016 7519 | CREDIT SUISSE LONDON NOMINEES LTD | SWI SWI | 26.1740 | 0.0000 | 26.1740 |
| 0007 1192 | KREDIETBANK S.A. LUXEMBOURGEOISE "SPECIAL OPPORTUNITY ACCOUNT" | UNK LUX | 382.1642 | 0.0000 | 382.1642 |
| 0017 6795 | MADISON TRADING LIMITED | JSY JSY | 65.7981 | 0.0000 | 65.7981 |
| 0004 3419 | MONTSOL INVESTMENTS INC. | PAN PAN | 316.1620 | 0.0000 | 316.1620 |

1,470.3639

PAGE:   2
CURRENCY USD

1-MAY-2003
SHARES:        0.0000 - 99,999,999,999,999.9999
SEQUENCE: PRIMARY NAME

GLOBALSHARE (BERMUDA)
SHAREHOLDER REGISTER
AS AT DATE: 1-MAY-2003

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES        (USD)

** HIGHLIGHTED  * NONE *



|         | TOTAL SHARES | PERCENT TOTAL | TOTAL HOLDERS |
|---------|-------------|---------------|---------------|
| LOCAL   | 0.0000      | .00           | 0             |
| FOREIGN | 1,470.3639  | 100.00        | 10            |

****  S U M M A R Y  ****
SHARES

| BOOKSTOCK    | 1,470.3639 |
| CERTIFICATED | 0.0000     |
| BEARER       | 0.0000     |
| TOTAL SHARES | 1,470.3639 |
| TOTAL HOLDERS | 10        |

RUN DATE: 1-MAY-2003 11:54
THE BANK OF BERMUDA LIMITED

END OF REPORT

PAGE:   2

REPORT ID: ACCT_RPTB_SBR_R02

CONFIDENTIAL    SC00000BS00000997

```
1-MAY-2003                                              GLOBALSHARE (BERMUDA)                              PAGE:       1
SHARES:           0.0000 - 99,999,999,999,999,999.9999  SHAREHOLDER  REGISTER                             CURRENCY USD
SEQUENCE: PRIMARY NAME                    AS AT DATE:    1-JAN-2003

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES         (USD)

ACCOUNT/
CUST NO.        REGISTERED NAME              NAT RES    BOOKSTOCK      CERTIFICATED      TOTAL SHAREHOLDING
--------        --------------               --- ---    ---------      ------------      ------------------
```

| ACCOUNT/ CUST NO. | REGISTERED NAME | NAT | RES | BOOKSTOCK | CERTIFICATED | TOTAL SHAREHOLDING |
|---|---|---|---|---|---|---|
| 0005 2890 | BANK MORGAN STANLEY AG | UNK | SWI | 46.3288 | 0.0000 | 46.3288 |
| 0001 9897 | BANQUE BRUXELLES LAMBERT (SUISSE) SA | UNK | SWI | 175.7249 | 0.0000 | 175.7249 |
| 0012 8962 | BANQUE PRIVEE EDMOND DE ROTHSCHILD LUXEMBOURG | UNK | LUX | 94.0792 | 0.0000 | 94.0792 |
| 0013 9711 | CITCO GLOBAL CUSTODY NV- CASH | RIR | UNK | 384.1180 | 0.0000 | 384.1180 |
| 0002 9920 | CLARIDEN BANK | UNK | SWI | 0.0002 | 0.0000 | 0.0002 |
| 0008 3092 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG C/O UNICORN INVESTMENT FUND | UNK | LUX | 103.3788 | 0.0000 | 103.3788 |
| 0015 6571 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG S/A UNICORN | LUX | LUX | 33.0231 | 0.0000 | 33.0231 |
| 0016 7519 | CREDIT SUISSE LONDON NOMINEES LTD | SWI | SWI | 26.1740 | 0.0000 | 26.1740 |
| 0014 0024 | DEUTSCHE BANK NOMINEES(JERSEY) LIMITED-SIGNET | UNK | JSY | 102.6215 | 0.0000 | 102.6215 |
| 0010 3668 | FORTIS (ISLE OF MAN) NOMINEES LIMITED RE: AURUM | UNK | IOM | 155.6518 | 0.0000 | 155.6518 |
| 0007 1192 | KREDIETBANK S.A. LUXEMBOURGEOISE "SPECIAL OPPORTUNITY ACCOUNT" | UNK | LUX | 382.1642 | 0.0000 | 382.1642 |
| 0004 3419 | MONTSOL INVESTMENTS INC. | PAN | PAN | 185.3152 | 0.0000 | 185.3152 |

```
                                                                                        ------------
                                                                                        1,688.5797
                                                                                        ------------
```

CONFIDENTIAL

SCO000004998



1-MAY-2003
SHARES:          0.0000 - 99,999,999,999.9999   GLOBALSHARE (BERMUDA)
SEQUENCE: PRIMARY NAME              SHAREHOLDER  REGISTER
                        AS AT DATE:  1-JAN-2003

PAGE:      2
CURRENCY USD

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES           (USD)

** HIGHLIGHTED  * NONE *

|  | TOTAL SHARES | PERCENT TOTAL | TOTAL HOLDERS |
|---|---|---|---|
| LOCAL | 0.0000 | .00 | 0 |
| FOREIGN | 1,688.5797 | 100.00 | 12 |

                **** S U M M A R Y ****
                          SHARES

| BOOKSTOCK | 1,688.5797 |
| CERTIFICATED | 0.0000 |
| BEARER | 0.0000 |
| TOTAL SHARES | 1,688.5797 |
| TOTAL HOLDERS | 12 |

END OF REPORT

PAGE:   2

REPORT ID: ACCT_RPTB_SBR_R02

RUN DATE: 1-MAY-2003 11:55
THE BANK OF BERMUDA LIMITED

CONFIDENTIAL    QDS000000499

```
1-MAY-2003                                                                                    PAGE:    1
SHARES:                          0.0000 - 99,999,999,999,999.9999   SHAREHOLDER REGISTER        CURRENCY USD
SEQUENCE: PRIMARY NAME                             AS AT DATE: 1-DEC-2002
                                            GLOBALSHARE (BERMUDA)
```

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES                    (USD)

| ACCOUNT/CUST NO. | REGISTERED NAME | NAT RES | BOOKSTOCK | CERTIFICATED | TOTAL SHAREHOLDING |
|---|---|---|---|---|---|
| Redate0005 2890 | BANK MORGAN STANLEY AG | UNK SWI | 46.3288 | 0.0000 | 46.3288 |
| Redate0001 9897 | BANQUE BRUXELLES LAMBERT (SUISSE) SA | UNK SWI | 175.7249 | 0.0000 | 175.7249 |
| Redate0012 8962 | BANQUE PRIVEE EDMOND DE ROTHSCHILD LUXEMBOURG | UNK LUX | 136.6270 | 0.0000 | 136.6270 |
| Redate0013 9711 | CITCO GLOBAL CUSTODY NV- CASH | RIR UNK | 384.1180 | 0.0000 | 384.1180 |
| Redate0002 9920 | CLARIDEN BANK | UNK SWI | 0.0002 | 0.0000 | 0.0002 |
| Redate0008 3092 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG C/O UNICORN INVESTMENT FUND | UNK LUX | 103.3788 | 0.0000 | 103.3788 |
| Redate0015 6571 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG S/A UNICORN | LUX LUX | 33.0231 | 0.0000 | 33.0231 |
| Redate0014 024 | DEUTSCHE BANK NOMINEES (JERSEY) LIMITED-SIGNET | UNK JSY | 102.6215 | 0.0000 | 102.6215 |
| Redate0010 3668 | FORTIS (ISLE OF MAN) NOMINEES LIMITED RE: AURUM | UNK IOM | 155.6518 | 0.0000 | 155.6518 |
| Redate0007 1192 | KREDIETBANK S.A. LUXEMBOURGEOISE "SPECIAL OPPORTUNITY ACCOUNT" | UNK LUX | 382.1642 | 0.0000 | 382.1642 |
| Redate0004 3419 | MONTSOL INVESTMENTS INC. | PAN PAN | 185.3152 | 0.0000 | 185.3152 |
| | | | | | 1,704.9535 |

CONFIDENTIAL
SCO000000500



```
1-MAY-2003                                       GLOBALSHARE (BERMUDA)                              PAGE:    2
SHARES:      0.0000 - 99,999,999,999.9999   SHAREHOLDER  REGISTER                               CURRENCY USD
SEQUENCE: PRIMARY NAME          AS AT DATE: 1-DEC-2002

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES          (USD)

** HIGHLIGHTED  * NONE *
```

|        | TOTAL SHARES | PERCENT TOTAL | TOTAL HOLDERS |
|--------|-------------:|--------------:|--------------:|
| LOCAL   |      0.0000 |          .00 |             0 |
| FOREIGN |  1,704.9535 |       100.00 |            11 |

```
                 ****  S U M M A R Y  ****
                           SHARES
                        -----------
BOOKSTOCK               1,704.9535
CERTIFICATED                0.0000
BEARER                      0.0000

TOTAL SHARES            1,704.9535
TOTAL HOLDERS                   11
```

END OF REPORT                                    PAGE:    2

RUN DATE: 1-MAY-2003 11:55
THE BANK OF BERMUDA LIMITED

REPORT ID: ACCT_RPTB_SBR_R02

CONFIDENTIAL

SQOS00000001

1-MAY-2003
SHARES: 0.0000 - 99,999,999,999,999.9999
SEQUENCE: PRIMARY NAME
AS AT DATE: 1-NOV-2002

GLOBALSHARE (BERMUDA)
SHAREHOLDER REGISTER

PAGE: 1
CURRENCY USD

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES    (USD)

| ACCOUNT/ CUST NO. | REGISTERED NAME | NAT | RES | BOOKSTOCK | CERTIFICATED | TOTAL SHAREHOLDING |
|---|---|---|---|---|---|---|
| Redacted 0005 2890 | BANK MORGAN STANLEY AG | UNK | SWI | 46.3288 | 0.0000 | 46.3288 |
| Redacted 0001 9897 | BANQUE BRUXELLES LAMBERT (SUISSE) SA | UNK | SWI | 139.7229 | 0.0000 | 139.7229 |
| Redacted 0012 8962 | BANQUE PRIVEE EDMOND DE ROTHSCHILD LUXEMBOURG | UNK | LUX | 136.6270 | 0.0000 | 136.6270 |
| Redacted 0013 9711 | CITCO GLOBAL CUSTODY NV- CASH | RIR | UNK | 384.1180 | 0.0000 | 384.1180 |
| Redacted 0002 9920 | CLARIDEN BANK | UNK | SWI | 0.0002 | 0.0000 | 0.0002 |
| Redacted 0008 3092 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG C/O UNICORN INVESTMENT FUND | UNK | LUX | 103.3788 | 0.0000 | 103.3788 |
| Redacted 0015 6571 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG S/A UNICORN | LUX | LUX | 33.0231 | 0.0000 | 33.0231 |
| Redacted 0014 0024 | DEUTSCHE BANK NOMINEES (JERSEY) LIMITED-SIGNET | UNK | JSY | 102.6215 | 0.0000 | 102.6215 |
| Redacted 0010 3668 | FORTIS (ISLE OF MAN) NOMINEES LIMITED RE: AURUM | UNK | IOM | 155.6518 | 0.0000 | 155.6518 |
| Redacted 0007 1192 | KREDIETBANK S.A. LUXEMBOURGEOISE "SPECIAL OPPORTUNITY ACCOUNT" | UNK | LUX | 382.1642 | 0.0000 | 382.1642 |
| Redacted 0004 3419 | MONTSOL INVESTMENTS INC. | PAN | PAN | 185.3152 | 0.0000 | 185.3152 |

1,668.9515

RUN DATE: 1-MAY-2003 11:55
THE BANK OF BERMUDA LIMITED

REPORT ID: ACCT_RPTB_SBR_R02

PAGE: 1

CONFIDENTIAL
SCO00000S002

1-MAY-2003                                                                    PAGE:    2
SHARES:        0.0000 - 99,999,999,999,999.9999  SHAREHOLDER  REGISTER        CURRENCY USD
SEQUENCE: PRIMARY NAME              AS AT DATE:  1-NOV-2002
                        GLOBALSHARE (BERMUDA)

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES          (USD)

** HIGHLIGHTED   * NONE *



|  | TOTAL SHARES | PERCENT TOTAL | TOTAL HOLDERS |
|---|---|---|---|
| LOCAL | 0.0000 | .00 | 0 |
| FOREIGN | 1,668.9515 | 100.00 | 11 |

                      ****  S U M M A R Y  ****
                             SHARES

                      -----------------
BOOKSTOCK                  1,668.9515
CERTIFICATED                   0.0000
BEARER                         0.0000

TOTAL SHARES               1,668.9515
TOTAL HOLDERS                      11


RUN DATE: 1-MAY-2003 11:55                                   PAGE:    2
THE BANK OF BERMUDA LIMITED

REPORT ID: ACCT_RPTB_SBR_R02                                 END OF REPORT

SODO000000003

CONFIDENTIAL

1-MAY-2003
SHARES:          0.0000 - 99,999,999,999,999.9999
SEQUENCE: PRIMARY NAME

GLOBALSHARE (BERMUDA)
SHAREHOLDER REGISTER
AS AT DATE: 1-OCT-2002

PAGE: 1
CURRENCY USD

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES          (USD)

| ACCOUNT/ CUST NO. | REGISTERED NAME | NAT | RES | BOOKSTOCK | CERTIFICATED | TOTAL SHAREHOLDING |
|---|---|---|---|---|---|---|
| Reclaim 0005 2890 | BANK MORGAN STANLEY AG | UNK | SWI | 46.3288 | 0.0000 | 46.3288 |
| Reclaim 0001 9897 | BANQUE BRUXELLES LAMBERT (SUISSE) SA | UNK | SWI | 139.7229 | 0.0000 | 139.7229 |
| Reclaim 0012 8962 | BANQUE PRIVEE EDMOND DE ROTHSCHILD LUXEMBOURG | UNK | LUX | 136.6270 | 0.0000 | 136.6270 |
| Reclaim 0013 9711 | CITCO GLOBAL CUSTODY NV- CASH | RIR | UNK | 384.1180 | 0.0000 | 384.1180 |
| Reclaim 0002 9920 | CLARIDEN BANK | UNK | SWI | 0.0002 | 0.0000 | 0.0002 |
| Reclaim 0008 3092 | CREDIT AGRICOLE INDOSUEZ LUXEMBOURG C/O UNICORN INVESTMENT FUND | UNK | LUX | 103.3788 | 0.0000 | 103.3788 |
| Reclaim 0014 0024 | DEUTSCHE BANK NOMINEES(JERSEY) LIMITED-SIGNET | UNK | JSY | 102.6215 | 0.0000 | 102.6215 |
| Reclaim 0010 3668 | FORTIS (ISLE OF MAN) NOMINEES LIMITED RE: AURUM | UNK | IOM | 155.6518 | 0.0000 | 155.6518 |
| Reclaim 0007 1192 | KREDIETBANK S.A. LUXEMBOURGEOISE "SPECIAL OPPORTUNITY ACCOUNT" | UNK | LUX | 382.1642 | 0.0000 | 382.1642 |
| Reclaim 0004 3419 | MONTSOL INVESTMENTS INC. | PAN | PAN | 185.3152 | 0.0000 | 185.3152 |

1,635.9284

REPORT ID: ACCT_RPTB_SBR_R02

RUN DATE: 1-MAY-2003 11:56
THE BANK OF BERMUDA LIMITED

PAGE: 1

CONFIDENTIAL

SQO000000004

1-MAY-2003
SHARES:          0.0000 - 99,999,999,999,999.9999
SEQUENCE: PRIMARY NAME

GLOBALSHARE (BERMUDA)
SHAREHOLDER  REGISTER
AS AT DATE: 1-OCT-2002

PAGE:    2
CURRENCY USD

FUND: 06902 SQUARE ONE FUND, LTD. - CLASS B SHARES          (USD)

** HIGHLIGHTED   * NONE *



|                | TOTAL SHARES | PERCENT TOTAL | TOTAL HOLDERS |
|----------------|-------------|---------------|---------------|
| LOCAL          | 0.0000      | .00           | 0             |
| FOREIGN        | 1,635.9284  | 100.00        | 10            |

**** S U M M A R Y ****
SHARES

| BOOKSTOCK   | 1,635.9284 |
| CERTIFICATED | 0.0000    |
| BEARER      | 0.0000     |

| TOTAL SHARES | 1,635.9284 |
| TOTAL HOLDERS | 10        |

RUN DATE: 1-MAY-2003 11:56
THE BANK OF BERMUDA LIMITED

PAGE:    2

END OF REPORT

REPORT ID: ACCT_RPTB_SBR_R02

# Exhibit 16

| | | | | | | |
|---|---|---|---|---|---|---|
| MPBGL Investing | Warton Asian Renaissance | Redemption | All shares | 07/27/04 | 09/30/04 | email |
| MPBGL Investing | Brevan Howard Fund Limited | Subscription | 550,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | Greywolf High Yield Overseas Fund | Subscription | 3,400,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | Narragansett Overseas Ltd. | Subscription | 750,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | BR Opportunity Offshore Fund | Subscription | 3,400,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | Force Capital Ltd | Subscription | 3,400,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | Prospect Absolut Return (Japan) | Subscription | 1,170,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | Arx Global High Yield A | Subscription | 1,080,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | DE Shaw Oculus International | Subscription | 1,000,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Investing | The Capital Fund | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| MPBGL Arbitrage | Tamarack International | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| MPBGL Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 1,750,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Arbitrage | Brevan Howard Fund Limited | Subscription | 7,560,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Arbitrage | Greywolf High Yield Overseas Fund | Subscription | 3,250,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Arbitrage | Kamunting Street Offshore Fund Ltd | Subscription | 1,100,000 | 07/27/04 | 07/30/04 | email |
| MPBGL Arbitrage | Arx Global High Yield A | Transfer in | 590,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Warton Asian Renaissance | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| ART Investing | Brevan Howard Fund Limited | Subscription | 550,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Greywolf High Yield Overseas Fund | Subscription | 2,000,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Narragansett Overseas Ltd. | Subscription | 800,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | BR Opportunity Offshore Fund | Subscription | 2,000,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Force Capital Ltd | Subscription | 2,000,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Prospect Absolut Return (Japan) | Subscription | 950,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Arx Global High Yield A | Transfer in | 650,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Arx Global High Yield A | Subscription | 1,320,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | DE Shaw Oculus International | Subscription | 1,000,000 | 07/27/04 | 07/30/04 | email |
| ART Investing | Kingsford International | Transfer in | TBD | 07/27/04 | 07/30/04 | email |
| ART Investing | Kingsford International | Transfer in | TBD | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | The Capital Fund | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Tamarack International | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 1,220,000 | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Brevan Howard Fund Limited | Subscription | 5,500,000 | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Greywolf High Yield Overseas Fund | Subscription | 2,350,000 | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Kamunting Street Offshore Fund Ltd | Subscription | 800,000 | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Arx Global High Yield A | Transfer out | 650,000 | 07/27/04 | 07/30/04 | email |
| ART Arbitrage | Kingsford International | Transfer out | All shares | 07/27/04 | 07/30/04 | email |
| ABAS | The Capital Fund | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| ABAS | Tamarack International | Redemption | All shares | 07/27/04 | 07/30/04 | email |
| ABAS | Rockbay Capital Offshore Fund Ltd | Subscription | 530,000 | 07/27/04 | 07/30/04 | email |
| ABAS | Brevan Howard Fund Limited | Subscription | 2,340,000 | 07/27/04 | 07/30/04 | email |
| ABAS | Greywolf High Yield Overseas Fund | Subscription | 1,000,000 | 07/27/04 | 07/30/04 | email |
| ABAS | Kamunting Street Offshore Fund Ltd | Subscription | 350,000 | 07/27/04 | 07/30/04 | email |
| ABAS | Blue Mountain Credit Alternative Fund Ltd. | Subscription | 1,130,000 | 07/27/04 | 07/30/04 | email |
| ABAS | The 32 Capital Fund | Subscription | 340,000 | 07/27/04 | 07/30/04 | email |
| ABAS | Arx Global High Yield A | Transfer out | 590,000 | 07/27/04 | 07/30/04 | email |
| ABAS | Kingsford International | transfer out | All shares | 07/27/04 | 07/30/04 | email |

Confidential

SQ000005701

SQO000005701

| | |
|---|---|
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | Value date agreed with manager |
| Meilland/Fay | Value date agreed with manager |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | |
| Meilland/Fay | Transfer in from ABAS |
| Ruyer | |
| Ruyer | |
| Ruyer | |
| Ruyer | |
| Ruyer | |
| Ruyer | Transfer in from ART Arbitrage |
| Ruyer | |
| Ruyer | |
| Ruyer | Transfer in from ART Arbitrage |
| Ruyer | Transfer in from ABAS |
| Ruyer | Value date agreed with manager |
| Ruyer | Value date agreed with manager |
| Ruyer | |
| Ruyer | |
| Ruyer | |
| Ruyer | Transfer out to ART Investing |
| Ruyer | Transfer out to ART Investing |
| Quigley/Muller | Value date agreed with manager |
| Quigley/Muller | Value date agreed with manager |
| Quigley/Muller | |
| Quigley/Muller | |
| Quigley/Muller | |
| Quigley/Muller | |
| Quigley/Muller | |
| Quigley/Muller | Transfer out to MPBGL Arbitrage |
| Quigley/Muller | Transfer out to ART Investing |

SQO000005701

| | | | | | |
|---|---|---|---|---|---|
| MPBGL Arbitrage | Rockbay 1NR | Subscription | 1,500,000 | 31-Aug-04 | |
| | | | | | |
| ART Arbitrage | Rockbay B1 | Subscription | 1304shs | 31-Jul-05 | |
| MPBGL Arbitrage | Rockbay Capital Offshore Fund Limited Class 1NR | Subscription | 1,000,000 | 30-Sep-04 | |
| ART Equity | Rockbay Capital Offshore Fund Limited Class 1NR | Subscription | 500,000 | 31-Mar-05 | |
| MPBGL Arbitrage | Rockbay Capital Offshore Fund Limited Class 1NR | Subscription | 1,900,000 | 30-Apr-05 | |
| MPBGL Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 2,150,000 | 27-Feb-04 | |
| MPBGL Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 600,000 | 31-Mar-04 | |
| ABAS | Rockbay Capital Offshore Fund Ltd | Subscription | 850,000 | 31-Mar-04 | |
| ART Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 2,100,000 | 31-Mar-04 | |
| MPBGL Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 1,750,000 | 30-Jul-04 | |
| ART Arbitrage | Rockbay Capital Offshore Fund Ltd | Subscription | 1,220,000 | 30-Jul-04 | |
| ABAS | Rockbay Capital Offshore Fund Ltd | Subscription | 530,000 | 30-Jul-04 | |
| ART Equity | Rockbay Cl. 1R | Subscription | 1,200,000 | 30-Sep-04 | |
| | | | | | |
| MPBGL Arbitrage | Rockbay 1-NR/4 (MP) | transfer out | 977.2635shs | 31-May-05 | 38503 |
| ART Arbitrage | Rockbay 1-NR/4 (MP) | transfer in | 977.2635shs | 31-May-05 | 38503 |

Confidential

| Name | Transfer | Amount | Date | Note |
|---|---|---|---|---|
| Rockbay 1NR | | 1500000 | 8/31/2004 | |
| Artradis Barracuda (Non-US Feeder) Common | | 1000000 | 8/31/2004 | |
| CQS Convertible & Quantitative Strategies Class B | | 500000 | 8/31/2004 | |
| Blue Mountain Credit Alternative Fund Limited Common | | 3000000 | 8/31/2004 | |
| CQS Capital Structure Arb Fund  Class B | | 1500000 | 8/31/2004 | |
| KBC Credit Arbitrage  Class C | | 1000000 | 8/31/2004 | |
| KBC Return Enhancement Class A | | 700000 | 8/31/2004 | |
| Silverback Offshore Class A1 | | 1000000 | 8/31/2004 | |
| Waterstone Market Neutral OS Fund Class B | | 1000000 | 8/31/2004 | |
| LC Capital Offshore Fund Common | | 2000000 | 8/31/2004 | |
| Silverpoint Class H | | 2700000 | 8/31/2004 | |
| ARX Global High Yield Overseas Fund Limited Class A1 | | 1100000 | 8/31/2004 | |
| Greywolf High Yield Overseas Fund Class A | | 1000000 | 8/31/2004 | |
| OxAM Quant Fund Limited Common | | 3000000 | 8/31/2004 | |
| DE Shaw Composite International Fund Common | Transfer in | 191.4251 shares | 8/31/2004 | transfer in from MPBGL Investing |
| QVT Overseas Ltd. Class A Series 6 | Transfer in | 1,883.312 shares | 8/31/2004 | transfer in from MPBGL Investing |
| London Diversified Fund Ltd. Class B | Transfer in | 2000000 | 8/31/2004 | transfer in from MPBGL Investing |
| AQR Global Asset Allocation Fund  Cl. B Series 1 | Transfer in | 4 shares | 8/31/2004 | transfer in from ART Arbitrage |
| AQR Global Asset Allocation Fund  Cl. B Series 1 | Transfer in | 7 shares | 8/31/2004 | transfer in from ABAS |
| Polar UK Market Neutral Fund Ltd.  Cl A | Transfer in | 4,000 shares | 8/31/2004 | transfer in from ART Arbitrage |
| Atlas  Class D | Transfer in | 55 shares | 8/31/2004 | transfer in from ART Arbitrage |

Confidential

SQ0000005701

# Exhibit 17

08-01789-cgm   Doc 20372-1   Filed 03/19/21   Entered 03/19/21 18:21:33   Exhibit A
Pg 370 of 373

**A.R.T.**
ABSOLUTE RETURN TARGET FUND

# A.R.T. Absolute Return Target Fund

## Notice regarding

## Bernard L. Madoff Investment Securities LLC.

12th December 2008

Dear Co-Investors,

Please be informed that none of the A.R.T. Absolute Return Target Funds have any holdings in any funds related to Bernard Madoff.

Please do not hesitate to contact us should you wish to discuss this matter further.

A.R.T. Absolute Return Target Fund

# Exhibit 18

.

| | |
|---|---|
| **From:** | Hélène De Pol Castagna |
| **Sent:** | Tuesday, December 16, 2008 11:26 AM |
| **To:** | 'SNEESSENS Emmanuel'; Timothée Henry |
| **Cc:** | Timothée Henry |
| **Subject:** | ART Notice (No Exposure to Madoff) |
| **Attachments:** | ART Notice - December 2008.pdf |

Cher Emmanuel,
Ci-joint la notice officielle concernant l'affaire Madoff que nous avons envoyé vendredi dernier et que vous pouvez transmettre à Monsieur Roland Woerndli.
Merci pour votre aimable collaboration.
Cordialement,
Hélène

Hélène De Pol Castagna
Investor Relations Manager

PARTNERS
ADVISERS
Switzerland

| | |
|---|---|
| 100 rue du Rhône | T  + 41 22 716 00 60 |
| CH - 1204 Geneva | F  + 41 22 716 00 61 |
| | partnersadvisers.com |

E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, destroyed, delayed in transmission, incomplete, or may contain viruses. Partners Advisers S.A. therefore does not accept liability for any errors or omissions in the contents of this message which may arise as a results of this e-mail transmission. If verification is required, please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or an offer to buy or sell any securities or related financial instruments. This message contains confidential information or information belonging to Partners Advisers S.A. and is intended only for the named individual. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this message in error and delete this e-message from your system.

**From:** SNEESSENS Emmanuel [mailto:e.sneessens@bpere.lcf-rothschild.eu]
**Sent:** 16 December 2008 11:14
**To:** Timothée Henry
**Cc:** Hélène De Pol Castagna
**Subject:** FW: RE Estimated monthly report - class B-C-D-E-F-G

Bonjour Timothée,

Nous avons reçu ci-dessous une demande d'un investisseur relative à l'"affaire Madoff".
Pourrais-tu nous dire ce que vous désirez que nous répondions à cette question?
Nous avions vu passer une avis de votre part mais celui-ci avait été rappelé par vous, pouvons nous le communiquer quand même?

Merci d'avance.

Emmanuel

**Emmanuel SNEESSENS**

Client Relationship Manager
**Banque Privée Edmond de Rothschild Europe**
Tel. 00.352.24.88.2363
Fax 00.352.24.88.8684
E-mail e.sneessens@lcf-rothschild.lu
website : www.lcf-rothschild.lu

---

**From:** roland.woerndli@banquecramer.ch [mailto:roland.woerndli@banquecramer.ch]
**Sent:** lundi 15 décembre 2008 10:09
**To:** Info ArtFund - Luxembourg
**Subject:** RE Estimated monthly report - class B-C-D-E-F-G

Hi there,

Do you have any exposure to Madoff and if yes how much ?
Kind regards

Roland Woerndli

"Info ArtFund - Luxembourg" <I.InfoArtFund@lcf-rothschild.lu>
Envoyé par : "HAMDI Bettina" <b.hamdi@lcf-rothschild.lu>

12/11/2008 03:56 PM

A "Info ArtFund - Luxembourg" <I.InfoArtFund@lcf-rothschild.lu>
cc
Objet Estimated monthly report - class B-C-D-E-F-G

Dear Investor,
Please find attached our **estimated** monthly report of the ART FUND - class B-C-D-E-F-G performance for November 2008.
<<ART BCDEFG_Monthly report_November-08_Estimate.pdf>>
Should you have any question, please do not hesitate to contact your usual contact person or address your e-mail query to info@artfund.lu

Kind Regards.

The information contained in this e-mail message is intended only for use of the individual, partnership or entity named above. It may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (+352 2488 1), and destroy the original message. Thank you.

Email transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required please request a hard copy version.

Banque Privée Edmond de Rothschild Europe
20, Boulevard Emmanuel Servais
L-2535 Luxembourg
Tel: +352 24 88 1

http://www.lcf-rothschild.lu
email: postmaster@lcf-rothschild.lu

CONFIDENTIAL                                          SQO000006971

This message is confidential and intended for the use of the named person only. Any disclosure, copying, distribution or any action in reliance on its contents is strictly prohibited. This message does not represent a formal commitment by Banque Cramer & Cie SA, who is neither liable for its proper and complete transmission nor for any delay in its receipt.

Ce message est confidentiel et s'adresse uniquement à la personne à laquelle il est destiné. Toute divulgation, copie, distribution ou action en rapport avec son contenu est strictement interdite. Ce message ne représente pas un engagement formel de Banque Cramer & Cie SA, qui ne peut être tenue pour responsable en cas de transmission incorrecte ou incomplète ni du retard dans sa réception.

_____

The information contained in this e-mail message is intended only for use of the individual, partnership or entity named above. It may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (+352 2488 1), and destroy the original message. Thank you.

Email transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required please request a hard copy version.

Banque Privée Edmond de Rothschild Europe
20, Boulevard Emmanuel Servais
L-2535 Luxembourg
Tel: +352 24 88 1

http://www.lcf-rothschild.lu
email: postmaster@lcf-rothschild.lu

CONFIDENTIAL

SQO000006972