UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>STANLEY T. MILLER,<br><br>    Defendant. | Adv. Pro. No. 10-04921 (CGM) |

**ORDER SETTING DEADLINES FOR TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having been scheduled for a Local Rule 7056-1(a) pre-motion conference on March 17, 2021 at 10:00 A.M. before the Court (the "Conference"); and the Plaintiff having filed a letter, dated February 10, 2021, requesting a Local Rule 7056-1(a) pre-motion conference and permission to file a motion for summary judgment (ECF No. 85); and the Defendant having filed a letter, dated February 12, 2021, in opposition to the Plaintiff's February 10, 2021 letter (ECF No. 87); and counsel for the Plaintiff and counsel for the Defendant having appeared at the

Conference and having made oral arguments on the issues raised in the parties' letters; and the Court, upon due consideration of the parties' letters and the arguments raised at the Conference, having issued a bench ruling at the conclusion of the Conference; and the Court having directed the Plaintiff's counsel to submit an order consistent with the bench ruling issued at the Conference, it is hereby:

**ORDERED**, that the Trustee shall file his motion for summary judgment on or before April 14, 2021; and it is further

**ORDERED**, that Defendant shall file his cross-motion and opposition to the Trustee's motion for summary judgment on or before May 12, 2021; and it is further

**ORDERED**, that the Trustee shall file his combined opposition to the cross-motion and reply in further support of his motion for summary judgment on or before May 26, 2021; and it is further

**ORDERED**, that Defendants shall file their reply in further support of their cross-motion for summary judgment on or before June 2, 2021; and it is further

**ORDERED**, that this Court may enter sanctions, including judgment against any party, that fails to comply with this Order.



Dated: March 23, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge