# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a | CASE NO.: 08–01789–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

---

## Notice of Hearing

Notice of Hearing to consider the Objection By Renee Soskin to Trustee's Motion filed by Renee Robinow–Soskin (related document(s)[20387]) with hearing to be held on 4/21/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (CGM)

Dated: March 24, 2021                                   Vito Genna
                                                        Clerk of the Court