# Notice Recipients

District/Off: 0208−1 | User: | Date Created: 3/24/2021
Case: 08−01789−cgm | Form ID: 143 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Renee Robinow−Soskin

TOTAL: 1