**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a | CASE NO.: 08−01789−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER:  0 |

# Notice of Hearing

Notice of Hearing to consider the Objection By Renee Soskin to Trustee's Motion filed by Renee Robinow−Soskin (related document(s)[20387]) with hearing to be held on 4/21/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (CGM)

Dated: March 24, 2021                                            Vito Genna
                                                                 Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Securities Investor Protection Corporati,
   Plaintiff

Bernard L. Madoff Investment Securities,,
   Defendant

Adv. Proc. No. 08-01789-cgm

# CERTIFICATE OF NOTICE

District/off: 0208-1     User:     Page 1 of 1
Date Rcvd: Mar 25, 2021     Form ID: 143     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Renee Robinow-Soskin |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021     Signature:     /s/Joseph Speetjens