# Notice Recipients

District/Off: 0208−1     User:     Date Created: 3/29/2021
Case: 08−01789−cgm     Form ID: pdf001     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     Renee Robinow−Soskin
                                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5765339     William A. Habib     Habib Law Associates LLC     2390 Thyme Court     Jamison, PA 18929
                                                      TOTAL: 1