# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 3/29/2021 |
| Case: 08−01789−cgm | Form ID: pdf001 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr    Renee Robinow Soskin    151 Crandon Blvd.    Apt. 505    Biscayne, FL 33149
cr    Renee Robinow−Soskin    151 Crandon Blvd.    Apt. 505    Biscayne, FL 33149

TOTAL: 2