**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Walter Freshman Trust A and Frieda Freshman, as trustee (the "Claimants"), having filed an objection (the "Objection," ECF No. 2810) to the Trustee's Notices of Determination of Claims with respect to Claimants' customer claims (Nos. 000767 and 014952), hereby give notice that they withdraw such Objection.

Dated: March 30, 2021

                                                                           */s/ David R. Softness*
                                                                          David R. Softness, Esq.
                                                                           David R. Softness, P.A.
                                                                           201 South Biscayne Boulevard
                                                                            Suite 2740
                                                                            Miami, Florida 33131
                                                                            Telephone: 305-341-3111
                                                                            Email: david@softnesslaw.com

                                                                            *Counsel for Claimants Walter Freshman Trust A*
                                                                            *and Frieda Freshman, as Trustee*