# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Securities Investor Protection Corporation v.       CASE NO.: 08−01789−cgm
Bernard L. Madoff Investment Securities, LLC. et a

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER:  0

---

# Notice of Hearing

Notice of Hearing to consider the Objection By Renee Soskin to Trustee's Motion filed by Renee Robinow−Soskin (related document(s)[20387]) with hearing to be held on 4/21/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (CGM)

Dated: March 24, 2021                                       Vito Genna
                                                            Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Securities Investor Protection Corporati,

    Plaintiff

Adv. Proc. No. 08-01789-cgm

Bernard L. Madoff Investment Securities,,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Renee Robinow Soskin, 151 Crandon Blvd., Apt. 505, Biscayne, FL 33149-1533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Renee Robinow-Soskin, 151 Crandon Blvd., Apt. 505, Biscayne, FL 33149-1533 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021        Signature:       /s/Joseph Speetjens