Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>JEROME GOODMAN, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1, GOODMAN CAPITAL PARTNERS L.P., THE JEROME GOODMAN CHILDREN'S GRAT #1, KEVIN GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman | Adv. Pro. No. 10-04545 (CGM) |

Capital Partners L.P., PETER GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., ABBEY GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., PHILIP GOODMAN, as Limited Partner of Goodman Capital Partners L.P., and GOODMAN HOLDINGS, INC., as General Partner of Goodman Capital Partners L.P.,

          Defendants.

## STIPULATION OF AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Jerome Goodman, individually ("Defendant"), by and through his counsel, Chaitman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

    1.    On December 1, 2010, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing and serving the Complaint against Defendant and other defendants.

    2.    On April 1, 2021, the Parties entered into a settlement agreement (the "Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

    3.    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal of the Adversary Proceeding without prejudice and without costs to either Trustee or

Defendant. Such dismissal will be subject to the right to reopen the Adversary Proceeding to seek entry of Judgment pursuant to the Stipulation for Entry of Judgment, attached as Exhibit A to the Agreement. Upon receipt of the Final Settlement Payment, as defined in the Agreement, and provided there is no default under the Agreement, this dismissal shall be deemed with prejudice.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 7, 2021

          **BAKER & HOSTETLER LLP**

          By: */s/ Nicholas J. Cremona*
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: 212.589.4200
          Facsimile: 212.589.4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Nicholas J. Cremona
          Email: ncremona@bakerlaw.com

          *Attorneys for Irving H. Picard, Trustee for the*
          *Substantively Consolidated SIPA Liquidation of*
          *Bernard L. Madoff Investment Securities LLC and*
          *the Chapter 7 Estate of Bernard L. Madoff*

**CHAITMAN LLP**

By: /s/ *Helen D. Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
hchaitman@chaitmanllp.com

*Attorney for Defendants*

**SO ORDERED.**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

**Dated: April 8, 2021**
**Poughkeepsie, New York**