**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>      Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, as assignee of Fairfield Sentry Limited,<br><br>      Plaintiff,<br><br>      v.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH (BERMUDA), LIMITED, FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD GREENWICH LIMITED, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JR., JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, and CORINA NOEL PIEDRAHITA,<br><br>      Defendants. | Adv. Pro. No. 10-03800 (CGM) |
| FAIRFIELD GREENWICH (BERMUDA), LIMITED,<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),<br><br>      Third-Party Defendant. | |

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER**
**THE SECOND AMENDED COMPLAINT AND SCHEDULING**
**<u>THE PARTIES' RULE 26(f) CONFERENCE</u>**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action, as follows:

1. The time for all Defendants to answer the Second Amended Complaint is extended to and including May 6, 2021.

2. On or before June 4, 2021, the Parties shall meet and confer regarding disclosures, the preservation of discoverable information and a proposed discovery plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

3. To the extent defendant Andres Piedrahita maintains an affirmative defense that the Bankruptcy Court lacks personal jurisdiction over him, the Trustee shall conduct discovery as to general jurisdiction as part of the discovery in this case.

4. The above deadlines granted by this Stipulation are without prejudice to any future extensions of time.

5. By agreeing to this stipulation, the parties do not waive, and expressly preserve any and all defenses, claims, and arguments they may have.

Date:   New York, New York
        April 6, 2021

| | |
|---|---|
| */s/ David J. Sheehan* | */s/ Peter E. Kazanoff* |
| **Baker & Hostetler LLP** | **Simpson Thacher & Bartlett LLP** |
| 45 Rockefeller Plaza, 11th Floor | 425 Lexington Avenue |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: (212) 589-4200 | Telephone: (212) 455-2000 |
| David Sheehan | Peter E. Kazanoff |
| Email: dsheehan@bakerlaw.com | Email: pkazanoff@stblaw.com |
| | Sarah L. Eichenberger |
| | Email: Sarah.Eichenberger@stblaw.com |
| *Attorneys for plaintiff Irving H. Picard, trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for defendants Fairfield Greenwich (Bermuda), Limited, Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Amit Vijayvergiya, Philip Toub and Corina Noel Piedrahita* |

| | |
|---|---|
| */s/ Andrew Hammond* | */s/ Marc E. Kasowitz* |
| **White & Case LLP** | **Kasowitz, Benson, Torres & Friedman LLP** |
| 1155 Avenue of the Americas | 1633 Broadway |
| New York, New York 10036 | New York, New York 10019 |
| Telephone: (212) 819-8200 | Telephone: (212) 506-1700 |
| Andrew Hammond | Marc E. Kasowitz |
| Email: ahammond@whitecase.com | Email: mkasowitz@kasowitz.com |
| | Daniel J. Fetterman |
| | Email: dfetterman@kasowitz.com |
| *Attorney for defendant Walter Noel, Jr.* | *Attorneys for defendant Jeffrey Tucker* |

*/s/ Andrew Levander*
**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Andrew Levander
Email: andrew.levander@dechert.com
Neil Steiner
Email: neil.steiner@dechert.com

*Attorneys for defendant Andrés Piedrahita*

**SO ORDERED:**



**Dated: April 8, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**