# EXHIBIT 10


**Fiserv** | Investment Support Services


*Done for cts 5/5*

## Private Label Authorization for Distributions

Date: 4/26/06    To: **Bernard Madoff**, Program Coordinator **Semone Anderson**
                 Cc:                                                    FILE

Re: Brokerage Account No: 1-S0404-30/40    FTC Acct No: Redacted0001
                                           Client Name: Robinow Soskin

**Type of Distribution:**
☐ Total **If this box is checked, please provide exact amount of distribution once it has been processed. Also provide other distributions or contributions posted within the tax reporting year this is processed.**

☒ Partial                                ☐ Distribution In-Kind
☐ Periodic Payments – Frequency          Shares         Asset
☐ Minimum Distribution
☐ Roth Conversion Partial   ☐ Roth Conversion Total
                            New Roth Account No: _____

Gross Amount of Request $ 65,000
Withholding rate 0%    Withholding Amount $ 0    Net Distribution $ 65,000    $115,000
Tax Code: 1111

☐ Approved – Proceed with distribution as requested by client. After payout of the distribution, please forward all federal tax withholding to First Trust Corporation.

☒ Approved with the following modifications:
$15 Partial Fee


☐ Rejected

Fiserv ISS by: Dustin Morrow

Fiserv Investment Support Services   June 15, 2005

*D.T DO NOT SEND CHECK Trans to 1EM213-30*

AMF00218732

MWPTAP00828126