# EXHIBIT 11

S/B $115000

please trans
add'l (Pm 6/20)
$50,000—
to EM 213-30

left message
8/16
12:32
( Redacted
client is checking on paperwork

AMF00218731

MWPTAP00828125