# EXHIBIT 12

## CHANGE OF OWNERSHIP REQUEST

November 29, 2007

BERNARD L MADOFF BRKG ACCT VALUE
885 THIRD AVE
NEW YORK NY 10022-0000

COPY GACH

RE:  Fund Name:      BERNARD L MADOFF BRKG ACCT VALUE
     Fund Account #: 1-S0404-3-0
     CUSIP#:         000990309
     Registration:   Fiserv ISS & Company TTEE FBO RENEE ROBINOW SOSKIN
     Account #:      Redacted2365

Dear Sir or Madam:

Please use this letter as your authorization to REREGISTER in the title of and to TRANSFER $134,708.76 worth of shares presently held in the above account to a PERSONAL, NON-TAX DEFERRED ACCOUNT for:

    BERNARD MADOFF INVESTMENTS
    FBO RENEE ROBINOW SOSKIN
    885 THIRD AVENUE
    NEW YORK NY 10022

    SSN:
    Existing Personal Acct#: 1-EM213-4

**This transaction requires no Federal and State income tax or back-up withholding on your part.**

If additional information is required, please contact me immediately at 800-962-4238 to avoid unnecessary delays in processing the above request. Thank you for your assistance.

Sincerely,

Kristi Murray
Distributions Department

Stanley Goodman
Authorized Signature
Fiserv ISS & Company

Medallion Stamp/Guaranteed
MEDALLION GUARANTEE
FISERV TRUST COMPANY
(2041)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™
AUTHORIZED SIGNATURE Redacted

Fiserv Trust Company
Fiserv Investment Support Services
is a marketing name of
Fiserv Trust Company, member FDIC.

AMF00218716

MWPTAP00828110