**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Marco Molina
Matthew D. Feil
Ganesh Krishna
Andrew M. Serrao
Victoria L. Stork

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> SQUARE ONE FUND LTD., <br><br> Defendant. | Adv. Pro. No. 10-04330 (CGM) |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S
MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated Chapter 7 Estate of Bernard L. Madoff, by and through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1. On March 19, 2021, pursuant to 28 U.S.C. § 1781, the Trustee filed the Motion for the Issuance of Letter of Request for International Judicial Assistance to The Parquet Général du Grand-Duché de Luxembourg, Cour Supérieure de Justice, Cité judiciaire Bâitment CR, Plateau du Saint Espirit, L-2080 Luxembourg, for the production of documents from the A.R.T. – Absolute Return Target Fund (Adv. Pro. No. 10-04330 (CGM), ECF 197).

2. The deadline to file an objection to the Motion expired on April 7, 2021. A hearing on the Motion has been scheduled for April 21, 2021 at 10:00 a.m.

3. Notice of the Motion was timely provided by email to defendants in the adversary proceeding and all parties that filed a notice of appearance in this case, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4. Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, or responsive pleading with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5. An electronic copy of the proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion will be submitted to the Court, along with this certificate.

6. Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

|  |  |
|---|---|
| Dated: New York, New York<br>April 14, 2021 | Respectfully submitted,<br><br>  /s/ Marco Molina                              .<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan, Esq.<br>dsheehan@bakerlaw.com<br>Marco Molina, Esq.<br>mmolina@bakerlaw.com<br>Matthew D. Feil, Esq.<br>mfeil@bakerlaw.com<br>Ganesh Krishna, Esq.<br>gkrishna@bakerlaw.com<br>Andrew M. Serrao, Esq.<br>aserrao@bakerlaw.com<br>Victoria L. Stork, Esq.<br>vstork@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |