# EXHIBIT 7

CHASE

| CKS OUT | WIRE | TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|---|
| (1899975.56) (330000.00) NL | -1000000.00 AJ -1375000.00 RJG -3000000.00 [illegible] | -150000.00 MARDEN -500000.00 [illegible] -600000.00 RABN | -4000.00 OAKDALE +562211.75 | CROESUS +390000.00 | 6/16 | 314 139 733.11 | |
| -72000.00 CHELA (1579935.00) | -250000.00 MANSEL | THEMA +5000000.00 | +372107.28 | | 6/17 | 317 627 505.39 | 17600- |
| -500000.00 SHALL (328000.00) | -144000.00 BLM -3050000.00 RUBIN -1500000.00 JOSA | Sterling -62017.52 | +1190000.00 | | 6/18 | 313 857 522.91 | |
| -600000.00 BIRDLAKE (2704411.00) | -150000.00 ANS -400000.00 | ENTIS-S -50000.00 MAGON EVENSTAD +3000000.00 | +654891.00 +1000000.00 SCHWARTZ | +1000000.00 HAYMAN +1000000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300000 BFS +600000 BFS (923500) | -75000 [illegible] -600000 [illegible] -450000 [illegible] | +5000000 [illegible] BNP +5000000 L+WIN | +247830.09 | +300000.00 BERMAN | 6/20 | 291 358 009.00 | |
| -1300000.00 SACHS (1220270.00) | +250000.00 OSWEGO +250000.00 [illegible] -500000.00 [illegible] | +32000.00 LAZARUS +3999975 CARLSTON +2000000 SLAVIN | +800000.00 LEHRER 636567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2981000.00) | +2000000.00 MEDINA -45000.00 [illegible] -1000000.00 [illegible] | +298387.50 PICNICK +250000.00 LEVANDOWSKI +500000.00 [illegible] | +1000000 SHECKMAN +419788.58 | INT ADJ 4/24 AS PER DAN B. -2244008.72 | 6/24 | 294 734 256.38 | [illegible] +180 [illegible] |
| -70000.00 KOAN -4000000.00 HUBBARD (18112446.43) | -2000000.00 MEDICA -1300000.00 KAPLAN -2000000.00 [illegible] | -500000.00 SCHIFF -1700000.00 STH [illegible] -2271000.00 [illegible] | -1400000.00 [illegible] +700000.00 | | 6/25 | 261 351 809.95 | |
| -10000000.00 BRANCH (1251557.44) | +70000.00 ELGIN +78000.00 CADMUS +100000.00 BERMAN | STEIN +290000.00 | +291642.78 | +5000000.00 ALM-FIALKIN | 6/26 | 300 929 895.29 | |
| -500000 Talon (1841219.46) | -[illegible] Jacobs -[illegible] -1000000 [illegible] | 1008646.53 [illegible] -2000000 Thypin -1600000 [illegible] | 1000000 [illegible] 702955.71 | -1200000 [illegible] -1596396.00 Anderson -90000 [illegible] | 6/27 | | Clear T20000 |
| +3000000 [illegible] +50000000.00 BLM | +10000000 [illegible] +996518.90 Fisher | +1500000 [illegible] +1000000 Smith +275000 [illegible] | Cottage +2200000.00 | +45000000 BLM SPEC | 6/27 | 375 92[illegible] 404.13 | [illegible] |
| (1780376) (550000.00) NL | -3000000.00 STERLING -500000.00 [illegible] -725000 [illegible] | -12000000 TREMONT -238000.00 BNP -2000000 RPP | +46600 [illegible] +1459593.25 | +520000.00 TURBO +3626559.00 STERLING +16999935.00 M INVEST | 6/30 | 350 233 155.38 | CKS Clear +1000000 +1340000 |
| (250000000) [illegible] (2000) Annette (1405040) NL | -3500000 Picower -251000 [illegible] -22080510.50 | -1000000 Klein -350000 [illegible] -1500000 Thypin | -100000 [illegible] +[illegible] +1257916 | +757898.47 Bigos +425817.50 Berman | 7/1 | | |
| +12999985 [illegible] +600000 [illegible] | +5767 [illegible] +10000 [illegible] +9500 [illegible] | -2000 [illegible] -1000000 [illegible] -4750 LWT | +2224945 [illegible] +3529956.58 [illegible] +10000 [illegible] | -59100 BLM SPEC | | 119 669 026.51 | |
| (1500) (5657350.55) | -42000 [illegible] -500000 [illegible] -1130000 BNP | +15000 Robins -[illegible] [illegible] -1000000 [illegible] | +1000000 [illegible] +70000 [illegible] +1571666.68 | +500000 Turbo +180000 [illegible] | 7/2 | 110 496 867.64 | |
| (2695525.04) | -[illegible] -4649535.92 [illegible] | +100000.00 Kay +4684555.00 Cohn -2500 [illegible] | +300000000.00 Ascot +155000.00 | +1000000.00 Avalax +2000000.00 broad MKT | 7/3 | 140 041 336.68 | |
| (677000.00) (110000.00) NL | +1800000.00 [illegible] +2700000.00 FRIEDMAN -150850 HARDEN | +3715585.00 [illegible] AMER MASTERS +12000000.00 | [illegible] +1913862 [illegible] | +400000.00 RBD +600000.00 [illegible] | 7/7 | 163 254 892.69 | CK Rec +14000- +8000- |