# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
CHEMICAL BANK
+ 83710 BAL 3-28
-    65 CKS out
+    20 WIRE IN - WESTWOOD
+   200   "    " - PRIMEO CLB
+   500   "    " - N SACHS
+  1100   "    " - SCHUPAK
+  2000   "    " - YESOD
+  3000   "    " - BPI MULTI ADVISORS
+  1762 My Deposit 200H C+H 500H E+H
                    278H ARB 784H+B
-  14200 TONY Out
-  27300 WIRE Out - BANKERS
-   3 2800  "    "  - BK of NY
-  10 000  "    "  - CREDIT LYONS
+  15 000 W.L. Deposit
   +22937
65 000.00 MAILED Out of STATE

GIVING you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322   Bal 3-28
- 15 823  Cks out *
-    369  at Out - Monroe
-    175  Wire Out - Marden
-    650   "      "   - Cigna
-   1000   "      "   - Tremont
-   1000   "      "   - Stan (Brighton)
-   9000  Tony Out
+  27300  Wire In - Chem
———
-  16 039

* 15823400 - Hand Del N.C. prof
Drawing  15798466 - 4-1 N.C.
    "       80 mil    4-1  Picower
Wiring Out  545M     4-5  Picower
            1.7 mil  4-1  Marden
            150 M    4-1  Marden
            100 M    4-1  Malc/Auco
            2 mil    4-1  Hadassah
            50 M     4-2  Marden
            250 M    4-2  Goodman
            1.875 M  4-3  Greenwich
            1 mil    4-4  Lagoon