# EXHIBIT 8.2

WAIT

MISS OUT →  ✓

√√

√√

√√

✗ ✗ ✗

| C.M. 6-30-03 | C.M. = WIRE ACTIVITY |
|---|---|
| +375722 BALANCE | ✓ −23800 WIRE out − BNP |
|  | ✓ −7265 WIRE out − BNP |
| −550 CHECKS OUT * | ✓ −12000 WIRE out − TREMONT |
|  | ✓ −2000 WIRE out − RPP |
|  | ✓ −3000 WIRE out − STERLING |
| −1780 CHECKS OUT ** | ✓ −500 WIRE out − DORADO |
|  | _____ WIRE |
| −0− N.L. DEPOSIT | _____ WIRE |
| −0− TRANS | ✓ +46.6 WIRE IN − ALPHA PRIME |
| −26959 NET WIRES **** | ✓ +520 WIRE IN − TURBO |
|  | 6/27 ✓ +3620 WIRE IN − STERLING ✓ |
| +1460 MY DEPOSIT | ✓ +17000 WIRE IN − M-INVEST |
| +2340 cks Rtn |  |
| +350 233 TOTAL BALANCE | −26 959 NET WIRES **** ✓ |
|  |  |
| *HAND DELIVER N.L. 550 000− | WIRING OUT 251M 7/1 MARDEN — |
|  | 3 mil 7/1 PICOWER FDN — |
| DRAWING N.L. 1,465,040 − 7/1 | WIRING OUT 150,850 − 7/7 MARDEN |
| 110,000 − 7/7 | 1,852,488.57 7/11 STON |
|  | WIRING OUT possible 30 mil |
| DRAWING SPECIAL 250 mil 7/1 | 7/2 FAIRFIELD |
| Picower |  |
|  | WIRING OUT 2 mil 7/1 THYBO — |
| MAILED IN STATE 1,427,501 − | 1,130,000 − 7/2 BNP |
| MAILED OUT STATE 352,875 − | WIRING OUT 350 M − 7/1 GREENWICH — |
|  | 1 mil − 7/1 Kleen — |
|  | WIRING OUT 500 M − 7/2 POUND |
| GIVING YOU N.L. −0− | WIRING OUT _____ |
|  | WIRING OUT _____ |
|  | WIRING OUT _____ |