# EXHIBIT 10

## Handwritten Ledgers for 1/31/1991:

*[Handwritten ledger 1 - Manufacturers Hanover]*

| MANUFACTURERS HANOVER | | MY | TONY | DATE | | |
|---|---|---|---|---|---|---|
| CHECKS Out | TRANS | WIRE MACK DEPOSIT | DEPOSIT | | BALANCE | COMMENTS |
| 3,266,335.00 ① | -2,100,000.00 NW | +200,000.00 E+M | 500,000.00 | ⊖ | 1/31 (4,564,939.36) | |

MADTSS00255079

*[Handwritten ledger 2 - Bankers Trust]*

| BANKERS TRUST | | | MY | TONY | DATE | | |
|---|---|---|---|---|---|---|---|
| CHECKS Out | TRANS | WIRE | DEPOSIT | DEPOSIT | | BALANCE | COMMENT |
| 192,000.00 MONROE ② | ⊖ | KANYO -175,000.00 | ⊖ | ⊖ | 1/31 (92,644.58) | | |

MADTSS00255080

## BLMIS Customer Statements:

Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference(s) |
|---|---|---|---|---|---|---|
| 1B0083 | AMY JOEL BURGER | 1/31/1991 | $ (6,000.00) | CW | CHECK | MF00494601 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 1/31/1991 | $ (3,000,000.00) | CW | CHECK | MF00495423-29 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 1/31/1991 | $ (260,335.00) | PW | CHECK | MF00495423-29 |
| | | Total | $ (3,266,335.00) ① | | | |

Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References |
|---|---|---|---|---|---|---|
| 1M0046 | THE RETIREMENT INCOME PLAN FOR EMPLOYEES OF MONROE SYSTEMS FOR BUSINESS INC | 3/1/1991 | $ (192,000.00) ② | CW | CHECK A/O 01/31/91 | MF00541871-72 |

## Handwritten Ledgers for 1/31/1991:

| MANUFACTURERS HANOVER | | MY | TONY | | | |
|---|---|---|---|---|---|---|
| CHECKS Out | TRANS | WIRE | DEPOSIT | DEPOSIT | DATE | BALANCE | COMMENTS |
| (3,266,335.00) | -2,100,000.00 NW | +200,000.00 E+M ③ | 500,000.00 ⑤ | 0 | 1/31 | (4,564,939.36) | |

MADTSS00255079

| BANKERS Trust | | MY | TONY | | | |
|---|---|---|---|---|---|---|
| CHECKS Out | TRANS | WIRE | DEPOSIT | DEPOSIT | DATE | BALANCE | COMMENT |
| (192,000.00) MONROE | 0 | -175,000.00 KARYO ④ | 0 | 0 | 1/31 | (92,644.58) | |

MADTSS00255080

## BLMIS Customer Statements:

### Wire transfers

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference |
|---|---|---|---|---|---|---|
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 200,000.00 ③ | CA | CHECK WIRE | MF00494901 |

### Wire transfers

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference |
|---|---|---|---|---|---|---|
| 1A0043 | ESTATE OF SOPHIE ASHKENAZI C/O MAURICE G KARYO | 1/31/1991 | $ (70,000.00) | CW | CHECK WIRE | MF00494499 |
| 1K0015 | MAURICE G KARYO | 1/31/1991 | $ (105,000.00) | CW | CHECK WIRE | MF00495355 |
| | | Total | $ (175,000.00) ④ | | | |

### Deposits via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference |
|---|---|---|---|---|---|---|
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 125,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 100,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 100,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 50,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 125,000.00 | CA | CHECK | MF00494901 |
| | | Total | $ 500,000.00 ⑤ | | | |