*See* Collura Report, Exhibit 6