# EXHIBIT 7

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 222735 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 11/9/1998 | 3,000,000 | JRNL | CHECK | *n/a* | **Yes** | **Yes** | AMF00115385 | FISERV-MILLER-00533-34 FISERV-MILLER-00748-49 SM0000108-11 SM0000309-11 MWPTAP00411033-36 |
| 55371 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/7/1999 | 499,907 | CA | CHECK | **Yes** | **Yes**[5] | **Yes** | AMF00115384 | FISERV-MILLER-00533-34 FISERV-MILLER-00586 FISERV-MILLER-00748-49 SM0000110-11 SM0000310-11 MWPTAP00411035-36 |
| 256157 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/12/1999 | 93 | CA | CHECK | **Yes** | **Yes**[6] | **Yes** | AMF00115383 | FISERV-MILLER-00535-36 FISERV-MILLER-00586 FISERV-MILLER-00750-51 SM0000114-15 SM0000168 MWPTAP00411039-40 |
| 64967 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 5/3/1999 | 499,990 | CA | CHECK | **Yes** | *n/a* | **Yes** | *n/a* | FISERV-MILLER-00537-38 FISERV-MILLER-00590-92 SM0000116-17 SM0000167 SM0000169 MWPTAP00411041-42 |
| 91577 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 11/10/2000 | (20,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115381 | FISERV-MILLER-00551-52 FISERV-MILLER-00603-07 SM0000118-22 SM0000180-81 MWPTAP00411044-48 |
| 148150 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 12/19/2000 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115380 | FISERV-MILLER-00551-52 FISERV-MILLER-00574 SM0000121-22 SM0000180-81 MWPTAP00411047-48 |
| 58050 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/17/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115378 | FISERV-MILLER-00553-55 FISERV-MILLER-00579-80 SM0000182-84 |
| 118660 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 2/15/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115377 | FISERV-MILLER-00553-55 FISERV-MILLER-00581-82 SM0000182-84 |
| 278437 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 3/16/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115376 | FISERV-MILLER-00553-55 FISERV-MILLER-00745-46 SM0000182-84 |
| 10921 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/17/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115375 | FISERV-MILLER-00556-58 FISERV-MILLER-00609-10 SM0000185-87 |

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | *Reconciliation Results [4]* ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 267577 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 5/17/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115374 | FISERV-MILLER-00556-58 FISERV-MILLER-00611-12 SM0000185-87 |
| 36037 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 6/15/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115373 | FISERV-MILLER-00556-58 FISERV-MILLER-00613-15[8] FISERV-MILLER-00616-17 SM0000185-87 |
| 292590 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 7/19/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115372 | FISERV-MILLER-00559-61 FISERV-MILLER-00613-15[8] FISERV-MILLER-00618 SM0000188-90 |
| 217946 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/20/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115371 | FISERV-MILLER-00559-61 FISERV-MILLER-00613-15[8] FISERV-MILLER-00619-20 SM0000188-90 |
| 56630 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 9/20/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115370 | FISERV-MILLER-00559-61 FISERV-MILLER-00613-15[8] FISERV-MILLER-00628-29 SM0000188-90 |
| 271623 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 10/17/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115369 | FISERV-MILLER-00563-65 FISERV-MILLER-00613-15[8] FISERV-MILLER-00651-52 SM0000123-25 SM0000191-93 MWPTAP00411049-51 |
| 252473 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 11/15/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115368 | FISERV-MILLER-00563-65 FISERV-MILLER-00613-15[8] FISERV-MILLER-00656 SM0000123-25 SM0000191-93 MWPTAP00411049-51 |
| 246938 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 12/18/2001 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115367 | FISERV-MILLER-00563-65 FISERV-MILLER-00613-15[8] FISERV-MILLER-00668 SM0000123-25 SM0000191-93 MWPTAP00411049-51 |
| 215562 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/17/2002 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00115366 | FISERV-MILLER-00566-68 FISERV-MILLER-00613-15[8] FISERV-MILLER-00675 SM0000194-96 |

**EXHIBIT 7**

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 47845 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 2/14/2002 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115365 | FISERV-MILLER-00566-68 FISERV-MILLER-00613-15[8] FISERV-MILLER-00686-87 SM0000194-96 |
| 6361 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 2/25/2002 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00115364 | FISERV-MILLER-00566-68 FISERV-MILLER-00694-95 FISERV-MILLER-00711-12 SM0000194-96 |
| 123033 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 3/20/2002 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115363 | FISERV-MILLER-00566-68 FISERV-MILLER-00677-84[9] FISERV-MILLER-00706 SM0000194-96 |
| 300798 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/15/2002 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115362 | FISERV-MILLER-00569-71 FISERV-MILLER-00677-84[9] FISERV-MILLER-00708-09 SM0000197-99 |
| 83516 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 5/20/2002 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115361 | FISERV-MILLER-00569-71 FISERV-MILLER-00677-84[9] FISERV-MILLER-00714-15 SM0000197-99 |
| 301822 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 6/18/2002 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115360 | FISERV-MILLER-00569-71 FISERV-MILLER-00677-84[9] FISERV-MILLER-00717-18 SM0000197-99 |
| 296941 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 7/15/2002 | (60,000) | CW | CHECK | Yes | Yes | Yes[10] | AMF00115359 | FISERV-MILLER-00677-83[9] FISERV-MILLER-00720-21 FISERV-MILLER-00115-16 SM0000200-01 |
| 102902 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/5/2002 | 10,280 | CA | CHECK | Yes | Yes | No[10] | AMF00115358 | FISERV-MILLER-00115-16 SM0000200-01 |
| 252492 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/20/2002 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115356 | FISERV-MILLER-00115-16 FISERV-MILLER-00722 FISERV-MILLER-00726-27 SM0000200-01 |
| 291739 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 9/17/2002 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115354 | FISERV-MILLER-00115-16 FISERV-MILLER-00153-54 FISERV-MILLER-00722 SM0000200-01 |

**EXHIBIT 7**

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 20762 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 10/17/2002 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115353 | FISERV-MILLER-00117-19 FISERV-MILLER-00163-64 FISERV-MILLER-00722 SM0000127-29 SM0000202-04 MWPTAP00411053-55 |
| 293271 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 11/18/2002 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115352 | FISERV-MILLER-00117-19 FISERV-MILLER-00168 FISERV-MILLER-00722 SM0000127-29 SM0000202-04 MWPTAP00411053-55 |
| 174237 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 12/12/2002 | (50,000) | CW | CHECK | Yes | n/a | Yes | n/a | FISERV-MILLER-00117-19 FISERV-MILLER-00170 FISERV-MILLER-00722 SM0000127-29 SM0000202-04 MWPTAP00411053-55 |
| 166998 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/18/2003 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115351 | FISERV-MILLER-00022-24 FISERV-MILLER-00185 SM0000209-11 |
| 277148 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/27/2003 | (63) | CW | CHECK | Yes | Yes | Yes | AMF00115346 | FISERV-MILLER-00022-24 FISERV-MILLER-00186 FISERV-MILLER-00188 SM0000209-11 |
| 45742 | 1ZR284[7] | NTC & CO. FBO STANLEY T MILLER (xx0438) | 9/15/2003 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115350 | FISERV-MILLER-00022-24 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00192 SM0000209-11 |
| 245421 | 1ZR284[7] | NTC & CO. FBO STANLEY T MILLER (xx0438) | 10/16/2003 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115349 | FISERV-MILLER-00025-27 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00193 SM0000131-33 SM0000212-14 MWPTAP00411057-59 |

**EXHIBIT 7**

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 156571 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 11/13/2003 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115348 | FISERV-MILLER-00025-27 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00194 SM0000131-33 SM0000212-14 MWPTAP00411057-59 |
| 52809 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 12/15/2003 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115347 | FISERV-MILLER-00025-27 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00195-96 SM0000131-33 SM0000212-14 MWPTAP00411057-59 |
| 109373 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/12/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115345 | FISERV-MILLER-00028-30 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00197 SM0000215-17 |
| 112521 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 2/25/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115339 AMF00115344 | FISERV-MILLER-00028-30 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00200 SM0000215-17 |
| 253288 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 3/15/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115338 | FISERV-MILLER-00028-30 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00207 SM0000215-17 |
| 282219 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/15/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115337 | FISERV-MILLER-00031-33 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00210 SM0000218-20 |
| 4478 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 5/13/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115336 | FISERV-MILLER-00031-33 FISERV-MILLER-00179[7] FISERV-MILLER-00181[7] FISERV-MILLER-00212 SM0000218-20 |

**EXHIBIT 7**

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 99672 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 6/17/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115335 | FISERV-MILLER-00031-33<br>FISERV-MILLER-00179[7]<br>FISERV-MILLER-00181[7]<br>FISERV-MILLER-00220<br>SM0000218-20 |
| 278678 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 7/13/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115334 | FISERV-MILLER-00036-38<br>FISERV-MILLER-00179[7]<br>FISERV-MILLER-00181[7]<br>FISERV-MILLER-00225<br>SM0000221-23 |
| 93399 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/13/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115333 | FISERV-MILLER-00036-38<br>FISERV-MILLER-00179[7]<br>FISERV-MILLER-00181[7]<br>FISERV-MILLER-00229<br>SM0000221-23 |
| 218755 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 9/15/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115332 | FISERV-MILLER-00036-38<br>FISERV-MILLER-00179[7]<br>FISERV-MILLER-00181[7]<br>SM0000221-23 |
| 238845 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/18/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115330 | FISERV-MILLER-00041-44<br>FISERV-MILLER-00232<br>SM0000226-29 |
| 120135 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/25/2005 | (300,000) | CW | CHECK | Yes | Yes | Yes | AMF00115325 | FISERV-MILLER-00041-44<br>FISERV-MILLER-00246-51<br>SM0000226-29 |
| 212583 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 2/10/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115324 | FISERV-MILLER-00041-44<br>FISERV-MILLER-00232<br>SM0000226-29 |
| 115435 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 3/14/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115323 | FISERV-MILLER-00041-44<br>FISERV-MILLER-00232<br>SM0000226-29 |
| 173368 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/13/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115318 | FISERV-MILLER-00045-48<br>FISERV-MILLER-00232<br>FISERV-MILLER-00266<br>FISERV-MILLER-00268<br>SM0000230-33 |
| 241372 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 5/5/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115317 | FISERV-MILLER-00045-48<br>FISERV-MILLER-00232<br>FISERV-MILLER-00280<br>SM0000230-33 |

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 284128 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 6/10/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115312 | FISERV-MILLER-00045-48 FISERV-MILLER-00232 FISERV-MILLER-00289 SM0000230-33 |
| 215995 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 3/8/2006 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00115310 | FISERV-MILLER-00062-64 FISERV-MILLER-00327 SM0000246-48 |
| 68699 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 3/30/2007 | (1,000,000) | CW | CHECK WIRE | Yes | Yes | Yes | AMF00115304 | FISERV-MILLER-00075-78 FISERV-MILLER-00342-43 SM0000258-61 |
| 247609 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/20/2007 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00115303 | FISERV-MILLER-00079-82 FISERV-MILLER-00407 SM0000262-65 |
| 269216 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 12/17/2007 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115302 | FISERV-MILLER-00088-91 FISERV-MILLER-00438 SM0000144-46 SM0000274-77 MWPTAP00411070-72 |
| 226594 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/7/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115301 | FISERV-MILLER-00096-99 FISERV-MILLER-00453 SM0000278-81 |
| 254361 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 1/16/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115300 | FISERV-MILLER-00096-99 FISERV-MILLER-00442 SM0000278-81 |
| 42813 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 2/13/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115299 | FISERV-MILLER-00096-99 FISERV-MILLER-00447 SM0000278-81 |
| 195904 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/3/2008 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00115298 | FISERV-MILLER-00101-04 FISERV-MILLER-00460 SM0000282-85 |
| 303512 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 4/21/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115297 | FISERV-MILLER-00101-04 FISERV-MILLER-00465 SM0000282-85 |
| 105126 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 5/13/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115296 | FISERV-MILLER-00101-04 SM0000282-85 |
| 280346 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 6/13/2008 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00115295 | FISERV-MILLER-00101-04 FISERV-MILLER-00472 FISERV-MILLER-00475 SM0000282-85 |
| 196557 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 7/2/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115294 | FISERV-MILLER-00110-13 FISERV-MILLER-00480 SM0000286-89 |

**EXHIBIT 7**

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |
| 46642 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 8/5/2008 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00115293 | FISERV-MILLER-00110-13 FISERV-MILLER-00484 SM0000286-89 |
| 160551 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 9/8/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115292 | FISERV-MILLER-00110-13 FISERV-MILLER-00492 SM0000286-89 |
| 280247 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 10/6/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115291 | FISERV-MILLER-00106-09 FISERV-MILLER-00498 FISERV-MILLER-00516-18 SM0000290-93 |
| 51772 | 1ZR284 | NTC & CO. FBO STANLEY T MILLER (xx0438) | 11/5/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00115290 | FISERV-MILLER-00106-09 FISERV-MILLER-00505 FISERV-MILLER-00516-18 SM0000148-49 SM0000290-93 MWPTAP00411074-75 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10**.

[4] The *"n/a"* designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced document from the BLMIS customer file related to the Miller Account is a copy of a document from NTC that reflects a $499,907 deposit into the Stanley Miller account, but does not include a date. As there were no other cash deposits into the Miller Account for $499,907, I have assumed that this document reconciles to the cash addition of $499,907 dated 1/7/1999 as reflected on the customer statements for the Miller Account.

[6] The referenced document from the BLMIS customer file related to the Miller Account is a copy of a document from NTC that reflects a $93 deposit into the Stanley Miller account, but does not include a date. As there were no other cash deposits into the Miller Account for $93, I have assumed that this document reconciles to the cash addition of $93 dated 1/12/1999 as reflected on the customer statements for the Miller Account.

**List of All Cash Transactions in the Miller Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | *Reconciliation Results [4]* ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by the Trustee | | |

[7] The referenced documents produced to the Trustee by NTC are copies of a letter from the Defendant dated 3/18/2003 requesting to "resume the $50,000 distribution effective September 1, 2003", but does not specify the frequency of the distribution. Based on the frequency of the distributions in periods prior to the date of the letter, I have assumed that this document reconciles to the monthly cash withdrawal transactions of $50,000 beginning on 9/15/2003 as reflected on the customer statements for the Miller Account.

[8] The referenced document produced to the Trustee by NTC is an EFT Scheduled Distribution form dated 5/22/2001 requesting an automatic scheduled monthly withdrawal effective June 1, 2001, but does not specify an amount. I have assumed that this document reconciles to the monthly cash withdrawal transactions of $50,000 beginning on 6/15/2001 as reflected on the customer statements for the Miller Account.

[9] The referenced documents produced to the Trustee by NTC are IRA Distribution Request and EFT Authorization for Scheduled Distributions forms dated 2/19/2002 requesting an automatic scheduled monthly withdrawal of $30,000 effective March 2002, and a handwritten letter indicating that the request is for two scheduled distributions to "two different banks $30,000 each." I have assumed that these documents reconcile to the monthly cash withdrawal transactions of $60,000 beginning on 3/20/2002 as reflected on the customer statements for the Miller Account.

[10] The NTC quarterly account statement related to the Miller Account for the period 7/1/2002 - 9/30/2002 does not reflect these transactions. *See* FISERV-MILLER-00115-16; SM0000200-01. However, I have reconciled both transactions to the BLMIS bank records and correspondence contained in the BLMIS customer file for the Miller Account.