# EXHIBIT 8

**fiserv.** | Investment Support Services

PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

November 3, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT VALUE
Fund Account #: ZR284
*Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: Redacted 0438

RE: Trading Instructions

Please use this letter as authorization to:

Send $60,000 net from the above listed account to the owner's address listed below.

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO STANLEY T MILLER
Account # Redacted 0438
PO BOX 173859
DENVER, CO 80217-3785

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

SIGNATURE GUARANTEED

AMF00115290