# EXHIBIT 9

# EXHIBIT 9

## Results of Receiving Bank Analysis - Miller Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---|
| JPMorgan Chase Bank, NA | xxxxxxxxxx1224 | Fiserv Trust Co for account of Stanley T Miller (xxxxxxxx0438) | 1,000,000 |
| JPMorgan Chase Bank, NA | Unknown | NTC[2] | 1,000,000 |

|  |  |
|---|---|
| Cash Withdrawals from the Miller Account Traced to NTC | $ 2,000,000 |
| % of Total Cash Withdrawals from the Miller Account | 100% |
| Total Cash Withdrawals from the Miller Account in the Two Year Period | $ 2,000,000 |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 10**.

[2] The cancelled checks from BLMIS records did not contain the name of an account holder for the bank account in receipt of funds from BLMIS. However, it appears that NTC or NTC-related entities held a bank account at JPMorgan Chase. *See* Pensco Trust Company, Pensco Traditional/Roth IRA Transfer/Rollover Request Form IRA-5142C (7/2012) at PUBLIC0612877-79. Based on this form, and based on my analysis of the flow of funds from BLMIS (as further discussed in **Section VIII** of my report and as detailed in **Exhibit 11**), it is reasonable to assume that the holder(s) of the bank account identified through my Receiving Bank analysis are NTC or NTC-related entities. As of the date of this report, bank records related to bank accounts held at JPMorgan Chase by NTC or NTC-related entities were not available for my review.