# EXHIBIT 10

**Reconciliation and Tracing Results - Miller Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 222735 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 11/9/1998 | 3,000,000 | JRNL | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 55371 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/7/1999 | 499,907 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 461 | 7181 | n/a - deposit | | |
| 256157 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/12/1999 | 93 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 523 | 372 | n/a - deposit | | |
| 64967 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 5/3/1999 | 499,990 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 1785 | 1351 | n/a - deposit | | |
| 91577 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 11/10/2000 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 112869 | MADWAA00243005-06 | | | n/a - prior to Two Year Period | | |
| 148150 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 12/19/2000 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 113501 | MADWAA00140510-11 | | | n/a - prior to Two Year Period | | |
| 58050 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/17/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 122363 | MADWAA00152229-30 | | | n/a - prior to Two Year Period | | |
| 118660 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 2/15/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 122729 | MADWAA00146430-31 | | | n/a - prior to Two Year Period | | |
| 278437 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 3/16/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 123141 | MADWAA00143318-19 | | | n/a - prior to Two Year Period | | |
| 10921 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/17/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 124655 | MADWAA00132723-24 | | | n/a - prior to Two Year Period | | |
| 267577 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 5/17/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 125071 | MADWAA00146999-7000 | | | n/a - prior to Two Year Period | | |
| 36037 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 6/15/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 125491 | MADWAA00098862-63 | | | n/a - prior to Two Year Period | | |
| 292590 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 7/19/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 126836 | MADWAA00105152-53 | | | n/a - prior to Two Year Period | | |
| 217946 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/20/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 127217 | MADWAA00086621-22 | | | n/a - prior to Two Year Period | | |
| 56630 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 9/20/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 127666 | MADWAA00100434-35 | | | n/a - prior to Two Year Period | | |
| 271623 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 10/17/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 128980 | MADWAA00088221-22 | | | n/a - prior to Two Year Period | | |
| 252473 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 11/15/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 130169 | MADWAA00097709-10 | | | n/a - prior to Two Year Period | | |
| 246938 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 12/18/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 130703 | JPMSAF0000432 MADWAA00072575-76 | | | n/a - prior to Two Year Period | | |
| 215562 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/17/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132189 | JPMSAF0001775 MADWAA00069807-08 | | | n/a - prior to Two Year Period | | |
| 47845 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 2/14/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132544 | JPMSAF0002249 MADWAA00076600-01 | | | n/a - prior to Two Year Period | | |
| 6361 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 2/25/2002 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132635 | JPMSAF0002334 MADWAA00077323-24 | | | n/a - prior to Two Year Period | | |
| 123033 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 3/20/2002 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132935 | JPMSAF0002614 MADWAA00077175-76 | | | n/a - prior to Two Year Period | | |
| 300798 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/15/2002 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 134456 | JPMSAF0004084 MADWAA00064438-39 | | | n/a - prior to Two Year Period | | |
| 83516 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 5/20/2002 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 134930 | JPMSAF0004542 MADWAA00067166-67 | | | n/a - prior to Two Year Period | | |
| 301822 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 6/18/2002 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135481 | JPMSAF0005139 MADWAA00063187-88 | | | n/a - prior to Two Year Period | | |

**Reconciliation and Tracing Results - Miller Account**

| | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 296941 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 7/15/2002 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 136807 | JPMSAF0006524 MADWAA00110740-41 | | | *n/a - prior to Two Year Period* | | |
| 102902 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/5/2002 | 10,280 | CA | CHECK | Deposit | Check | Yes | 703 Account | | JPMSAI0003134 | 17913 | 8955 | *n/a - deposit* | | |
| 252492 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/20/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137235 | JPMSAF0006919 MADWAA00119687-88 | | | *n/a - prior to Two Year Period* | | |
| 291739 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 9/17/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137755 | JPMSAF0007430 MADWAA00115571-72 | | | *n/a - prior to Two Year Period* | | |
| 20762 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 10/17/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 139144 | JPMSAF0009000 MADWAA00123640-41 | | | *n/a - prior to Two Year Period* | | |
| 293271 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 11/18/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 139572 | JPMSAF0009398 MADWAA00129211-12 | | | *n/a - prior to Two Year Period* | | |
| 174237 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 12/12/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 140068 | JPMSAF0009896 MADWAA00127604-05 | | | *n/a - prior to Two Year Period* | | |
| 166998 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/18/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146781 | JPMSAF0016640 MADWAA00324293-94 | | | *n/a - prior to Two Year Period* | | |
| 277148 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/27/2003 | (63) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146948 | JPMSAF0016799 MADWAA00314431-32 | | | *n/a - prior to Two Year Period* | | |
| 45742 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 9/15/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 147320 | JPMSAF0017153 MADWAA00314083-84 | | | *n/a - prior to Two Year Period* | | |
| 245421 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 10/16/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 148677 | JPMSAF0018450 MADWAA00234000-01 | | | *n/a - prior to Two Year Period* | | |
| 156571 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 11/13/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149082 | MADWAA00221328-29 | | | *n/a - prior to Two Year Period* | | |
| 52809 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 12/15/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149705 | MADWAA00222008-09 | | | *n/a - prior to Two Year Period* | | |
| 109373 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/12/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151341 | JPMSAF0020547 MADWAA00238227-28 | | | *n/a - prior to Two Year Period* | | |
| 112521 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 2/25/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151982 | JPMSAF0021222 MADWAA00230196-97 | | | *n/a - prior to Two Year Period* | | |
| 253288 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 3/15/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152326 | JPMSAF0021586 MADWAA00224047-48 | | | *n/a - prior to Two Year Period* | | |
| 282219 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/15/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153885 | JPMSAF0023255-56 MADWAA00229093-94 | | | *n/a - prior to Two Year Period* | | |
| 4478 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 5/13/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154305 | JPMSAF0023698 MADWAA00220470-71 | | | *n/a - prior to Two Year Period* | | |
| 99672 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 6/17/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154839 | JPMSAF0024289 MADWAA00332615-16 | | | *n/a - prior to Two Year Period* | | |
| 278678 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 7/13/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156136 | JPMSAF0025979 MADWAA00341523-24 | | | *n/a - prior to Two Year Period* | | |
| 93399 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/13/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156632 | JPMSAF0026487 MADWAA00335148-49 | | | *n/a - prior to Two Year Period* | | |
| 218755 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 9/15/2004 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157158 | JPMSAF0027063 MADWAA00351483-84 | | | *n/a - prior to Two Year Period* | | |
| 238845 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/18/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161250 | JPMSAF0031506 MADWAA00350326-27 | | | *n/a - prior to Two Year Period* | | |
| 120135 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/25/2005 | (300,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161355 | JPMSAF0031619-20 MADWAA00350470-71 | | | *n/a - prior to Two Year Period* | | |
| 212583 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 2/10/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161636 | JPMSAF0031919 MADWAA00173647-48 | | | *n/a - prior to Two Year Period* | | |
| 115435 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 3/14/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162064 | JPMSAF0032380 MADWAA00159751-52 | | | *n/a - prior to Two Year Period* | | |

**Reconciliation and Tracing Results - Miller Account**

| | | | | | | | | | | | BLMIS Bank Account Data | | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 173368 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/13/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 163796 | JPMSAF0034191 MADWAA00165833-34 | | | *n/a - prior to Two Year Period* | | |
| 241372 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 5/5/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 164197 | JPMSAF0034613 MADWAA00175396-97 | | | *n/a - prior to Two Year Period* | | |
| 284128 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 6/10/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 164763 | JPMSAF0035252 MADWAA00160986-87 | | | *n/a - prior to Two Year Period* | | |
| 215995 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 3/8/2006 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172394 | JPMSAF0043461 MADWAA00366769-70 | | | *n/a - prior to Two Year Period* | | |
| 68699 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 3/30/2007 | (1,000,000) | CW | CHECK WIRE | Withdrawal | Wire | *Yes* | 703 Account | | | 41993 | | JPMorgan Chase Bank, NA | xxxxxxxxxx1224 | Fiserv Trust Co for account of Stanley T Miller (xxxxxxxx0438) |
| 247609 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/20/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185086 | JPMSAF0056364 MADWAA00267936-37 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is Retirement Accts Inc Cust IRA FBO Stanley T Miller (xx0438))[4] |
| 269216 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 12/17/2007 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191571 | JPMSAF0062562 MADWAA00292164-65 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is Retirement Accts Inc Cust IRA FBO Stanley T Miller (xx0438))[4] |
| 226594 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/7/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 192660 | JPMSAF0063630 MADWAA00288735-36 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 254361 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 1/16/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193370 | JPMSAF0064321 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 42813 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 2/13/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193836 | JPMSAF0064750 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 195904 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/3/2008 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 195284 | JPMSAF0066143 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 303512 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 4/21/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196113 | JPMSAF0066954 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 105126 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 5/13/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196469 | JPMSAF0067307 MADWAA00293411-12 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 280346 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 6/13/2008 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197178 | JPMSAF0068005 MADWAA00296314-15 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 196557 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 7/2/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197995 | JPMSAF0068789 MADWAA00287154-55 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |

**Reconciliation and Tracing Results - Miller Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46642 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 8/5/2008 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 198992 | JPMSAF0069740 MADWAA00300366-67 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 160551 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 9/8/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199526 | JPMSAF0070241 MADWAA00302923-24 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 280247 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 10/6/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201074 | JPMSAF0071746 MADWAA00299768-69 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |
| 51772 | 1ZR284 | NTC & CO FBO STANLEY T MILLER (xx0438) | 11/5/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201660 | JPMSAF0072300 MADWAA00285465-66 | | | JPMorgan Chase Bank, NA | *Unknown* | For Deposit Only (Check Payee is NTC & Co FBO Stanley T Miller (xx0438))[4] |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of our analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Analysis - December 1998 to December 2008", which are attached as **Exhibits 4** and **5**, respectively.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The cancelled checks from BLMIS records did not contain the name of an account holder for the bank account in receipt of funds from BLMIS. However, it appears that NTC or NTC-related entities held a bank account at JPMorgan Chase. *See* Pensco Trust Company, Pensco Traditional/Roth IRA Transfer/Rollover Request Form IRA-5142C (7/2012) *at* PUBLIC0612877-79. Based on this form, and based on my analysis of the flow of funds from BLMIS (as further discussed in **Section VIII** of my report and as detailed in **Exhibit 11),** it is reasonable to assume that the holder(s) of the bank account identified through my Receiving Bank analysis are NTC or NTC-related entities. As of the date of this report, bank records related to bank accounts held at JPMorgan Chase by NTC or NTC-related entities were not available for my review.