# EXHIBIT 11

**Analysis of Cash Withdrawals from the Miller Account** *(During the Two Year Period)*

| | | | | | Tracing Results - per BLMIS Bank Records [2] | | | Analysis of Cash Withdrawals Reflected in NTC Quarterly Account Statements | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Banking Institution | Bank Account Number | Potential Bank Account Holder | Date of Inflow | Amount of Inflow[3] | Transaction | Transaction Description | Date of Outflow | Amount of Outflow | Transaction | Transaction Description | NTC Account Statement Bates Reference |
| 68699 | 3/30/2007 | (1,000,000) | CW | CHECK WIRE | JPMorgan Chase Bank, NA | xxxxxxxxxx1224 | Fiserv Trust Co | 3/30/2007 | 1,000,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | 3/30/2007 | (1,000,000) | PURCHASE | AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A[4] | FISERV-MILLER-00075-78 SM0000258-61 |
| 247609 | 4/20/2007 | (100,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 4/23/2007 | 100,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 04/20/2007) | 5/1/2007 5/2/2007 | (50,000) (50,000) | IRA DISTRIBUTION SAME DAY DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2007[5] For Tax Year 2007[5] | FISERV-MILLER-00079-82 SM0000262-65 |
| 269216 | 12/17/2007 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 12/18/2007 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 12/17/2007) | 1/2/2008 | (60,000) | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2008[6] | FISERV-MILLER-00088-91 FISERV-MILLER-00096-99 SM0000144-46 SM0000274-77 SM0000278-81 MWPTAP00411070-72 |
| 226594 | 1/7/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 1/8/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 01/07/2008) | 1/8/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00096-99 SM0000278-81 |
| 254361 | 1/16/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 1/21/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 1/16/2008) | 1/23/2008 | (60,000) | SAME DAY DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00096-99 SM0000278-81 |
| 42813 | 2/13/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 2/19/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 2/13/2008) | 2/19/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00096-99 SM0000278-81 |
| 195904 | 4/3/2008 | (100,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 4/8/2008 | 100,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 4/03/2008) | 4/8/2008 | (100,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00101-04 SM0000282-85 |
| 303512 | 4/21/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 4/24/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 4/21/2008) | 4/24/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00101-04 SM0000282-85 |
| 105126 | 5/13/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 5/16/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 5/13/2008) | 5/16/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00101-04 SM0000282-85 |
| 280346 | 6/13/2008 | (100,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 6/16/2008 | 100,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 6/13/2008) | 6/17/2008 | (100,000) | SAME DAY DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00101-04 SM0000282-85 |

**Analysis of Cash Withdrawals from the Miller Account** *(During the Two Year Period)*

| | | | | | *Tracing Results - per BLMIS Bank Records [2]* | | | *Analysis of Cash Withdrawals Reflected in NTC Quarterly Account Statements* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Banking Institution | Bank Account Number | Potential Bank Account Holder | Date of Inflow | Amount of Inflow[3] | Transaction | Transaction Description | Date of Outflow | Amount of Outflow | Transaction | Transaction Description | NTC Account Statement Bates Reference |
| 196557 | 7/2/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 7/8/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 7/02/2008) | 7/8/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00110-13 SM0000286-89 |
| 46642 | 8/5/2008 | (100,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 8/7/2008 | 100,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | 8/7/2008 | (100,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00110-13 SM0000286-89 |
| 160551 | 9/8/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 9/9/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | 9/10/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00110-13 SM0000286-89 |
| 280247 | 10/6/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 10/8/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | 10/8/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00106-09 FISERV-MILLER-00516-18 SM0000148-49 SM0000290-93 MWPTAP00411074-75 |
| 51772 | 11/5/2008 | (60,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 11/10/2008 | 60,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | 11/10/2008 | (60,000) | IRA DISTRIBUTION | For Tax Year 2008[6] | FISERV-MILLER-00106-09 FISERV-MILLER-00516-18 SM0000148-49 SM0000290-93 MWPTAP00411074-75 |
| | | | | | | | | | **$ 2,000,000** | | | | **$ 2,000,000** | | | |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] *See* **Exhibit 10**.

[3] The inflows per the NTC Quarterly Account Statements represent funds from BLMIS to NTC, consistent with the results of my tracing analysis summarized in **Exhibit 9** and detailed in **Exhibit 10**.

[4] This transaction reflects the purchase of shares on behalf of the Defendant. *See* FISERV-MILLER-00351-57.

[5] The total gross distribution for 2007 of $100,000 is reflected on the Defendant's Form 1099, an IRS form that reports distributions from IRAs. *See* FISERV-MILLER-00143; SM0000147; MWPTAP00411073.

[6] The total gross distribution for 2008 of $900,000 is reflected on the Defendant's Form 1099, an IRS form that reports distributions from IRAs. *See* FISERV-MILLER-00144; SM0000150; MWPTAP00411076.