# EXHIBIT 9

```
              0 •   *

     63,864•42   +
         13•99   +
     63,878•41   *

     63,878•41   ÷
         83•875  =
        761•59   *

         83•875  ×
        761•     =
     63,828•88   +I
     63,828•88   ×
          0•025  =
      1,595•72   *

      1,595•72   ÷
          4•     ×
          8•     =
      3,191•44   *

      3,191•44   +I
        761•     ×
          2•25   =
      1,712•25   *

      1,712•25   ×
          0•03125 =
         53•51   +I
     67,073•83   ◊I
     67,073•83   ÷
      1,712•25   =
         39•17   *

         39•25   ×
      1,712•25   =
     67,205•81   -I
        131•98-  *I

        131•98-  ÷
          0•125  =
      1,055•84-  *

      1,712•00   +
      1,052•00   -
        660•00   *
```

MADTSS00401002

l & C Lipkin                                                        56,180.81      80

| Date | Item | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6  2½  3/10  INA | 8.81 |
|  | 2107.13 | | | | |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8  2½  5/8 | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz  7  2½  7/1 | 13.99 |
|  | 2676.92 | | | | |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | Aetna  8  2½  9/1 | 49.53 |
|  | 3191.88 | | | | |
| 9/5 | Amax | 67,008— | 70,358.41 | Amax  8  2½  10/30 | 62.29 |
|  | 3350.40 | | | | |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | Rockwell  8  2½  12/31 | 15.94 |
|  | 3520.66 | | | | |
| 12/31 | Check | 10,000— | | Tomson  " | |
|  | Check Ⓐ | | 5000— | " | |

68,941.35



```
                0·    *

       61,201·49    ÷
             27·5   =
        2,225·51    *

             27·5   ×
            2,225·  =
       61,187·50    +I
       61,187·50    ×
            0·025   =
        1,529·69    *

        1,529·69    ÷
                4·  ×
                7·  =
        2,676·96    *

        2,676·96    +I
            2,225·  ×
             0·75   =
        1,668·75    *

        1,668·75    ×
          0·03125   =
            52·15   +I
       63,916·61    ◊I
       63,916·61    ÷
        1,668·75    =
            38·30   *

           38·375   ×
        1,668·75    =
       64,038·28    -I
          121·67-   *I

          121·67-   ÷
            0·125   =
          973·36-   *

        1,668·00    +
          973·00    -
          695·00    *
```



**Bernard L. Madoff INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX  235130
WATS (800) 221-2242

REDACTED

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/80 | 5/5/80 |

IDENTIFICATION NO. — CONTRA PARTY — CODES — C.H. NUMBER — SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400986



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | C.H. NUMBER | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | REDACTED | | | | | | | | 4/30/80 | 5/7/80 |

IDENTIFICATION NO. / CONTRA PARTY / CODES / SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 973 | | HEINZ | | | | | 37186.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/4 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

MADTSS00400988



MADTSS00400990

08-01789-cgm Doc 20430-13 Filed 04/14/21 Entered 04/14/21 18:15:32 Exhibit 12 Pg 9 of 12



**Bernard L. Madoff**
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ          28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225   27½         61,187.50


                    37217.25
973    38¼           30  41
                   ─────────
                    37186.84
695 · 38⅜ = 26670.63
                      21.72
                   ─────────
                    26648.91
7 = 28,67

MADTSS00400993

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING: 12/31/80

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12/30 | | 1330 | | INA CORP | 30 | | 39,858.84 |
| | | | | INA CORP | | | 14.92 |
| 12/22 | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 12/22 | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | | HEINZ COM | | | 26.67 |
| | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | | AETNA LIFE COM. | | | 9.77 |
| | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | | AMAX INC. | | | 31.24 |
| | | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| | 1816 | | | ROCKWELL INTL. | 34 1/8 | 61,934.68 | |
| | 350 | | | ROCKWELL INTL. | 34 1/4 | 11,960.50 | |
| | | | | ROCKWELL INTL. | | | 10.23 |
| | | | | ROCKWELL INTL $4.90 PFD | 20 1/4 | 70,504.25 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.33 |

| HJ Heinz 170 3rd |  |
|---|---|
|  | P = .35 C |
| 4/9/79 - 5/18 D | P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 |  |

MADWAA00497515