# EXHIBIT 21

**Excerpt from DTCABAL data file**



**Portion of DTC021 RPG II Code**



**DTCS Box Definition Screen**

```
            F O R M   F L A S H   D E F I N I T I O N
                    BOX DEFINITIONS - Page 1-1
 Left    Right                              Fill              Spacing
 Edge    Edge    Top    Bottom  Width  Density Density  Number  Horiz  Vert
 4       10      5      10      1      1       0        0       0      0
 ___     ___     ___    ___     ___    ___     ___      ___     ___    ___
 ___     ___     ___    ___     ___    ___     ___      ___     ___    ___
 ...

F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
     F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
             DATA MAPPER - Variable Text Locations
                   DTCS
                        Millimeters
                       From From  Right
Ref    Definition     Page Top  Left  Edge  Lines    Equation
 1  L1 Dont Print      1   5    5     100   1    NP
 2  Header Line 1      1   14.2 5.4   270   1    A3502070/1/8/12 TRIM2/135
 3  Header Line 2-3    1   17.38 5.4  270   2    A3502070/1/8/12 TRIM2/135
 4  Macro Calls        1   23.73 4    206   56   TRIM1/5
 5  Data               1   23.73 8    206   56   COPYR4 TRIM7/67
 6                                                A3502070/1/8/12
 7  L61                1   5    5     100   1    PG
 8
 ...

F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
F10=Copy Ref ___ through ___ to Ref ___ and Step Top ___ Step Left ___
F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```