# EXHIBIT 32



**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022                                DS

Account No:          6301-428151-509
Statement Start Date:  01 JAN 2003
Statement End Date:    31 JAN 2003
Statement Code:        000-USA-12
Statement No:          001     698
Page 1 of 2

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 23 | 61,952,499.92 |
| Total Debits (incl. checks) | 21 | 61,952,499.92 |
| Total Checks Paid | 21 | 61,952,499.92 |

### BALANCES

| Opening (01 JAN 2003) | | Closing (31 JAN 2003) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj. Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 JAN | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 02JAN | | | USD | OUR: 1400400201DW | | 2,654,043.00 | CDS FUNDING |
| 02JAN | | | USD | OUR: 1400300188DW | 2,654,043.00 | | LIST POST     AA01 |
| 02JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03JAN | | | USD | OUR: 1400400189DW | | 2,740,722.28 | CDS FUNDING |
| 03JAN | | | USD | OUR: 1400300190DW | 2,740,722.28 | | LIST POST     AA01 |
| 03JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 06JAN | | | USD | OUR: 1400400200DW | | 3,125,422.40 | CDS FUNDING |
| 06JAN | | | USD | OUR: 1400300222DW | 3,175,422.40 | | LIST POST     AA01 |
| 06JAN | | | | | **** Balance **** | 50,000.00- | CLOSING LEDGER BALANCE |
| 07JAN | | | USD | OUR: 1400400192DW | | 8,688,854.88 | CDS FUNDING |
| 07JAN | | | USD | OUR: 1400300195DW | 8,638,854.88 | | LIST POST     AA01 |
| 07JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08JAN | | | USD | OUR: 1400400200DW | | 8,654,307.33 | CDS FUNDING |
| 08JAN | | | USD | OUR: 1400300187DW | 8,654,307.33 | | LIST POST     AA01 |
| 08JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09JAN | | | USD | OUR: 1400400193DW | | 4,279,758.03 | CDS FUNDING |
| 09JAN | | | USD | OUR: 1400300191DW | 4,279,758.03 | | LIST POST     AA01 |
| 09JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10JAN | | | USD | OUR: 1400400195DW | | 2,002,630.00 | CDS FUNDING |
| 10JAN | | | USD | OUR: 1400300205DW | 2,002,630.00 | | LIST POST     AA01 |
| 10JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 13JAN | | | USD | OUR: 1400400195DW | | 2,087,916.08 | CDS FUNDING |
| 13JAN | | | USD | OUR: 1400300208DW | 2,087,916.08 | | LIST POST     AA01 |
| 13JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14JAN | | | USD | OUR: 0810100020DW | | 1,500.00 | 0000139794 011303 SP RET ITEM |
| 14JAN | | | USD | OUR: 1400400199DW | | 4,156,322.45 | CDS FUNDING |
| 14JAN | | | USD | OUR: 1400300204DW | 4,156,322.45 | | LIST POST     AA01 |
| 14JAN | | | | | **** Balance **** | 1,500.00 | CLOSING LEDGER BALANCE |
| 15JAN | | | USD | OUR: 1400400200DW | | 6,170,609.40 | CDS FUNDING |

FT CODE:   USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT     US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT     US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA000043



BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

Account No: 6301-428151-509
Statement Start Date: 01 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: 000-USA-12
Statement No: 001   698
Page 2 of 2

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15JAN | | | | USD OUR: 1400300205DW | 6,172,109.40 | | LIST POST    AA01 |
| 15JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 16JAN | | | | USD OUR: 1400400193DW | | 3,333,812.49 | CDS FUNDING |
| 16JAN | | | | USD OUR: 1400300190DW | 3,333,812.49 | | LIST POST    AA01 |
| 16JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 17JAN | | | | USD OUR: 1400400192DW | | 1,924,339.68 | CDS FUNDING |
| 17JAN | | | | USD OUR: 1400300200DW | 1,924,339.68 | | LIST POST    AA01 |
| 17JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 21JAN | | | | USD OUR: 1400400199DW | | 2,042,050.39 | CDS FUNDING |
| 21JAN | | | | USD OUR: 1400300205DW | 2,042,050.39 | | LIST POST    AA01 |
| 21JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 22JAN | | | | USD OUR: 1400400200DW | | 1,166,854.38 | CDS FUNDING |
| 22JAN | | | | USD OUR: 1400300206DW | 1,166,854.38 | | LIST POST    AA01 |
| 22JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 23JAN | | | | USD OUR: 1400400207DW | | 1,531,024.35 | CDS FUNDING |
| 23JAN | | | | USD OUR: 1400300193DW | 1,531,024.35 | | LIST POST    AA01 |
| 23JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 24JAN | | | | USD OUR: 0810100014DW | | 3,642.91 | 0000141131 012303 SP RET ITEM |
| 24JAN | | | | USD OUR: 1400400196DW | | 1,689,320.73 | CDS FUNDING |
| 24JAN | | | | USD OUR: 1400300246DW | 1,689,320.73 | | LIST POST    AA01 |
| 24JAN | | | | **** Balance **** | | 3,642.91 | CLOSING LEDGER BALANCE |
| 27JAN | | | | USD OUR: 1400400196DW | | 1,415,761.92 | CDS FUNDING |
| 27JAN | | | | USD OUR: 1400300210DW | 1,419,404.83 | | LIST POST    AA01 |
| 27JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 28JAN | | | | USD OUR: 1400400199DW | | 1,099,077.06 | CDS FUNDING |
| 28JAN | | | | USD OUR: 1400300189DW | 1,099,077.06 | | LIST POST    AA01 |
| 28JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 29JAN | | | | USD OUR: 1400400200DW | | 1,323,197.09 | CDS FUNDING |
| 29JAN | | | | USD OUR: 1400300197DW | 1,323,197.09 | | LIST POST    AA01 |
| 29JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 30JAN | | | | USD OUR: 1400400189DW | | 147,802.81 | CDS FUNDING |
| 30JAN | | | | USD OUR: 1400300189DW | 147,802.81 | | LIST POST    AA01 |
| 30JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 31JAN | | | | USD OUR: 1400400199DW | | 1,713,530.26 | CDS FUNDING |
| 31JAN | | | | USD OUR: 1400300195DW | 1,713,530.26 | | LIST POST    AA01 |
| 31JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |

JPMTAA000044