# Exhibit 7

# Exhibit 7 - Excerpt from the Spiral Notebooks



| Date | Account Name | Account # | Amount |
|---|---|---|---|
| 7/22 | | 1ZB04430 | 10,000.00 |
| 7/3 | | 1ZA58630 | 40,188.81 |
| 7/28 | | 1ZA96530 | 10,000.00 |
| 7/23 | | 1G008730 | 100,000.00 |
| 7/23 | | 1G408730 | 400,000.00 |
| 7/26 | | 1C002750 | 2,000,000.00 |
| 7/26 | | 1C005750 | 3,000,000.00 |
| 7/26 | | 1EM11930 | 55,000.00 |
| 7/26 | | 1CM6530 | 25,000.00 |
| 7/26 | | 1CM96530 | 7,000.00 |
| 7/26 | | 12B90130 | 10,000.00 |
| 7/26 | | 12B06830 | 10,000.00 |
| 7/26 | | 1503660 | 10,000.00 |
| 7/26 | | 1V00053D | 25,000.00 |
| 7/26 | | 1NC04810 | 8,000.00 w/ES |
| 7/26 | | 1EN05230 | 300,000.00 w/ES |
| 7/26 | | 1CM08330 | 140,000.00 w/ES |
| 7/26 | | 1ZR13130 | 500,000.85 |
| 7/26 | | 1C002750 | 2,000,000.00 |
| 7/26 | | 1C005750 | 2,000,000.00 |
| 7/27 | | 1C005750 | 3,000,000.00 |
| 7/29 | | 1ZA04630 | 90,000.00 |
| 7/29 | | 1ZA04430 | 9,000.00 |
| 7/29 | | 1ZA0230 | 9,000.00 |
| 7/29 | | 1506110 | 9,000.00 |

HWN00000104

Sunday 1993 Chk In
Jan 10, 1994

HWN00000082