# ATTACHMENT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>v.<br><br>STANLEY T. MILLER,<br><br>                    Defendant. | Adv. Pro. No. 10-04921 (SMB) |

**EXPERT REPORT OF**
**MATTHEW B. GREENBLATT, CPA/CFF, CFE**
**SENIOR MANAGING DIRECTOR**
**FTI CONSULTING, INC.**

**PRINCIPAL BALANCE CALCULATION**
**AS APPLIED TO**
**STANLEY T. MILLER**

**January 26, 2017**

## Table of Contents

**Page**

I.   INTRODUCTION ...................................................................................................... 1

II.  **DESCRIPTION OF ACTIVITY IN THE MILLER ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION** .................................................................................................. 2

III. **SIGNATURE AND RIGHT TO MODIFY** ....................................................... 3

IV.  **LIST OF EXHIBITS** ............................................................................................ 4

## I. INTRODUCTION

1. As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS. I am a Senior Managing Director at FTI. Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2. As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3. The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS. Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4. This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS account associated with Stanley T. Miller (the "Defendant"), in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS account impacting the Principal Balance Calculation for BLMIS Account 1ZR284 (the "Miller Account").

5. This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report. FTI is being compensated at a rate of $637 per hour for my professional time incurred in performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

---

[1] The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

1

6.      The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

## II. DESCRIPTION OF ACTIVITY IN THE MILLER ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION

7.      The Miller Account was maintained with BLMIS beginning in November 1998. Throughout its account history with BLMIS, the Miller Account had a total of 70 cash deposit and withdrawal transactions.

8.      The cash deposit and withdrawal transactions all impacted the Principal Balance Calculation for the Miller Account. Each of these transactions was reflected on the Customer Statements between November 1998 and November 2008.

9.      **Exhibit 3** to this report (Summary Schedule of Cash and Principal Activity in the Miller Account) provides a summary of the activity in the Miller Account.

10.     **Exhibit 4** to this report provides the Detailed Schedule for the Principal Balance Calculation for the Miller Account.

11.     On November 9, 1998, the Miller Account was opened with a cash deposit via check in the amount of $3,000,000, all representing principal.

12.     Subsequent to this initial cash deposit, there were four additional cash deposits via checks into the Miller Account in the aggregate amount of $1,010,270, all representing principal.

13.     In sum, these five cash deposits[2] provided the Miller Account with a total of $4,010,270 of principal. (*See* **Exhibit 3**.)

---

[2] These cash deposits exclude one line item on the Customer Statement related to a wire for $50,000 on November 30, 2004. *See* **Exhibit 4** for the Detailed Schedule for the Principal Balance Calculation for the Miller Account; s*ee also* footnote 3.

14.     Between November 9, 1998 and December 11, 2008, the Miller Account reflected a total of 65 cash withdrawals[3] totaling $4,680,063 – an amount which included both principal ***and*** fictitious profits.

15.     The Principal Balance Calculation for the Miller Account demonstrates that between November 9, 1998 and December 11, 2008, $4,680,063 was withdrawn from BLMIS, which consisted of $4,010,270 of principal and an additional $669,793 of funds withdrawn in excess of principal, representing fictitious profits. The $669,793 of fictitious profits was withdrawn within the two-year period prior to December 11, 2008. (*See* **Exhibit 4**.)

### III.    SIGNATURE AND RIGHT TO MODIFY

16.     This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

_[signature]_

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: January 26, 2017

---

[3] These cash withdrawals exclude the line items on the Customer Statements related to two checks: (i) a check for $50,000 issued by BLMIS on February 13, 2004, which was stopped on February 24, 2004; and (ii) a check for $50,000 issued by BLMIS on November 16, 2004, which was returned to BLMIS via one wire in the amount of $50,000 on November 30, 2004. *See* **Exhibit 4**; *see also* the **Expert Report of Lisa M. Collura, dated January 26, 2017** (the "**Collura Expert Report**").

3

## IV. LIST OF EXHIBITS

**Exhibit 1** – Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2** – Documents Considered

**Exhibit 3** – Summary Schedule of Cash and Principal Activity in the Miller Account

**Exhibit 4** – Detailed Schedule for the Principal Balance Calculation for the Miller Account