# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Miller Account

|  | Miller Account 1ZR284 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $4,010,270 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($4,680,063) |
| **Total** | **($669,793)** |