# Exhibit 4

Exhibit 4 – Detailed Schedule for the Principal Balance Calculation for the Miller Account

BLMIS ACCOUNT NO. 1ZR284 - NTC & CO. FBO STANLEY T MILLER (Redac 0438)

| Column 1 Date | Column 2 Transaction Description as Reported on Customer Statement | Column 3 Amount as Reported on Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance | Column 9 BLMIS SOURCE DOCUMENT: Beg Bates | Column 10 End Bates | Column 11 BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANT/THIRD-PARTY: Bates Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/1998 | CHECK | 3,000,000 | 3,000,000 | - | - | - | 3,000,000 | MDPTPP07632282 | MDPTPP07632286 | *Not Produced* |
| 1/7/1999 | CHECK | 499,907 | 499,907 | - | - | - | 3,499,907 | MDPTPP07632293 | MDPTPP07632297 | *Not Produced* |
| 1/12/1999 | CHECK | 93 | 93 | - | - | - | 3,500,000 | MDPTPP07632293 | MDPTPP07632297 | *Not Produced* |
| 5/3/1999 | CHECK | 499,990 | 499,990 | - | - | - | 3,999,990 | MDPTPP07632322 | MDPTPP07632330 | *Not Produced* |
| 11/10/2000 | CHECK | (20,000) | - | (20,000) | - | - | 3,979,990 | MDPTPP07632429 | MDPTPP07632434 | *Not Produced* |
| 12/19/2000 | CHECK | (50,000) | - | (50,000) | - | - | 3,929,990 | MDPTPP07632437 | MDPTPP07632443 | *Not Produced* |
| 1/17/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,879,990 | MDPTPP07632445 | MDPTPP07632450 | *Not Produced* |
| 2/15/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,829,990 | MDPTPP07632452 | MDPTPP07632455 | *Not Produced* |
| 3/16/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,779,990 | MDPTPP07632457 | MDPTPP07632462 | *Not Produced* |
| 4/17/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,729,990 | MDPTPP07632464 | MDPTPP07632467 | *Not Produced* |
| 5/17/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,679,990 | MDPTPP07632469 | MDPTPP07632471 | *Not Produced* |
| 6/15/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,629,990 | MDPTPP07632473 | MDPTPP07632477 | *Not Produced* |
| 7/19/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,579,990 | MDPTPP07632479 | MDPTPP07632482 | *Not Produced* |
| 8/20/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,529,990 | MDPTPP07632484 | MDPTPP07632489 | *Not Produced* |
| 9/20/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,479,990 | MDPTPP07632491 | MDPTPP07632495 | *Not Produced* |
| 10/17/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,429,990 | MDPTPP07632497 | MDPTPP07632501 | *Not Produced* |
| 11/15/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,379,990 | MDPTPP07632503 | MDPTPP07632507 | *Not Produced* |
| 12/18/2001 | CHECK | (50,000) | - | (50,000) | - | - | 3,329,990 | MDPTPP07632509 | MDPTPP07632511 | *Not Produced* |
| 1/17/2002 | CHECK | (50,000) | - | (50,000) | - | - | 3,279,990 | MDPTPP07632513 | MDPTPP07632518 | *Not Produced* |
| 2/14/2002 | CHECK | (50,000) | - | (50,000) | - | - | 3,229,990 | MDPTPP07632520 | MDPTPP07632524 | *Not Produced* |
| 2/25/2002 | CHECK | (10,000) | - | (10,000) | - | - | 3,219,990 | MDPTPP07632520 | MDPTPP07632524 | *Not Produced* |
| 3/20/2002 | CHECK | (60,000) | - | (60,000) | - | - | 3,159,990 | MDPTPP07632526 | MDPTPP07632531 | *Not Produced* |
| 4/15/2002 | CHECK | (60,000) | - | (60,000) | - | - | 3,099,990 | MDPTPP07632534 | MDPTPP07632539 | *Not Produced* |
| 5/20/2002 | CHECK | (60,000) | - | (60,000) | - | - | 3,039,990 | MDPTPP07632541 | MDPTPP07632546 | *Not Produced* |
| 6/18/2002 | CHECK | (60,000) | - | (60,000) | - | - | 2,979,990 | MDPTPP07632548 | MDPTPP07632552 | *Not Produced* |
| 7/15/2002 | CHECK | (60,000) | - | (60,000) | - | - | 2,919,990 | MDPTPP07632554 | MDPTPP07632560 | *Not Produced* |
| 8/5/2002 | CHECK | 10,280 | 10,280 | - | - | - | 2,930,270 | MDPTPP07632562 | MDPTPP07632566 | FISERV-MILLER-00159 |
| 8/20/2002 | CHECK | (50,000) | - | (50,000) | - | - | 2,880,270 | MDPTPP07632562 | MDPTPP07632566 | FISERV-MILLER-00159 |
| 9/17/2002 | CHECK | (50,000) | - | (50,000) | - | - | 2,830,270 | MDPTPP07632568 | MDPTPP07632571 | *Not Produced* |
| 10/17/2002 | CHECK | (50,000) | - | (50,000) | - | - | 2,780,270 | MDPTPP07632573 | MDPTPP07632578 | *Not Produced* |
| 11/18/2002 | CHECK | (50,000) | - | (50,000) | - | - | 2,730,270 | MDPTPP07632580 | MDPTPP07632583 | *Not Produced* |
| 12/12/2002 | CHECK | (50,000) | - | (50,000) | - | - | 2,680,270 | MDPTPP07632585 | MDPTPP07632588 | *Not Produced* |
| 8/18/2003 | CHECK | (50,000) | - | (50,000) | - | - | 2,630,270 | MDPTPP07632638 | MDPTPP07632642 | *Not Produced* |
| 8/27/2003 | CHECK | (63) | - | (63) | - | - | 2,630,207 | MDPTPP07632638 | MDPTPP07632642 | *Not Produced* |
| 9/15/2003 | CHECK | (50,000) | - | (50,000) | - | - | 2,580,207 | MDPTPP07632644 | MDPTPP07632650 | *Not Produced* |
| 10/16/2003 | CHECK | (50,000) | - | (50,000) | - | - | 2,530,207 | MDPTPP07632652 | MDPTPP07632657 | *Not Produced* |
| 11/13/2003 | CHECK | (50,000) | - | (50,000) | - | - | 2,480,207 | MDPTPP07632659 | MDPTPP07632663 | *Not Produced* |
| 12/15/2003 | CHECK | (50,000) | - | (50,000) | - | - | 2,430,207 | MDPTPP07632665 | MDPTPP07632668 | *Not Produced* |
| 1/12/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,380,207 | MDPTPP07632670 | MDPTPP07632675 | *Not Produced* |
| 2/13/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,330,207 | MDPTPP07632677 | MDPTPP07632681 | *Not Produced* |
| 2/24/2004 | STOP PAYMENT | 50,000 | - | 50,000 | - | - | 2,380,207 | MDPTPP07632677 | MDPTPP07632681 | *Not Produced* |
| 2/25/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,330,207 | MDPTPP07632677 | MDPTPP07632681 | *Not Produced* |
| 3/15/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,280,207 | MDPTPP07632683 | MDPTPP07632685 | *Not Produced* |
| 4/15/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,230,207 | MDPTPP07632687 | MDPTPP07632693 | *Not Produced* |
| 5/13/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,180,207 | MDPTPP07632696 | MDPTPP07632700 | *Not Produced* |
| 6/17/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,130,207 | MDPTPP07632702 | MDPTPP07632709 | *Not Produced* |
| 7/13/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,080,207 | MDPTPP07632711 | MDPTPP07632713 | *Not Produced* |
| 8/13/2004 | CHECK | (50,000) | - | (50,000) | - | - | 2,030,207 | MDPTPP07632715 | MDPTPP07632720 | *Not Produced* |
| 9/15/2004 | CHECK | (50,000) | - | (50,000) | - | - | 1,980,207 | MDPTPP07632722 | MDPTPP07632726 | *Not Produced* |
| 11/16/2004 | CHECK | (50,000) | - | (50,000) | - | - | 1,930,207 | MDPTPP07632731 | MDPTPP07632736 | *Not Produced* |
| 11/30/2004 | CHECK WIRE *(Returned Check- 11/16/2004)* | 50,000 | - | 50,000 | - | - | 1,980,207 | MDPTPP07632731 | MDPTPP07632736 | *Not Produced* |
| 1/18/2005 | CHECK | (50,000) | - | (50,000) | - | - | 1,930,207 | MDPTPP07632744 | MDPTPP07632749 | *Not Produced* |
| 1/25/2005 | CHECK | (300,000) | - | (300,000) | - | - | 1,630,207 | MDPTPP07632744 | MDPTPP07632749 | *Not Produced* |
| 2/10/2005 | CHECK | (50,000) | - | (50,000) | - | - | 1,580,207 | MDPTPP07632751 | MDPTPP07632754 | *Not Produced* |
| 3/14/2005 | CHECK | (50,000) | - | (50,000) | - | - | 1,530,207 | MDPTPP07632756 | MDPTPP07632760 | *Not Produced* |
| 4/13/2005 | CHECK | (50,000) | - | (50,000) | - | - | 1,480,207 | MDPTPP07632762 | MDPTPP07632764 | *Not Produced* |
| 5/5/2005 | CHECK | (50,000) | - | (50,000) | - | - | 1,430,207 | MDPTPP07632766 | MDPTPP07632771 | *Not Produced* |
| 6/10/2005 | CHECK | (50,000) | - | (50,000) | - | - | 1,380,207 | MDPTPP07632773 | MDPTPP07632777 | *Not Produced* |
| 3/8/2006 | CHECK | (50,000) | - | (50,000) | - | - | 1,330,207 | MDPTPP07632825 | MDPTPP07632831 | *Not Produced* |

**Exhibit 4 – Detailed Schedule for the Principal Balance Calculation for the Miller Account**

**BLMIS ACCOUNT NO. 1ZR284 - NTC & CO. FBO STANLEY T MILLER (Redac 0438)**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **BLMIS SOURCE DOCUMENT:** | | **BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANT/THIRD-PARTY:** |
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **Beg Bates** | **End Bates** | **Bates Ref** |
| 3/30/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 330,207 | MDPTPP07632903 | MDPTPP07632908 | *Not Produced* |
| 4/20/2007 | CHECK | (100,000) | - | (100,000) | - | - | 230,207 | MDPTPP07632911 | MDPTPP07632916 | *Not Produced* |
| 12/17/2007 | CHECK | (60,000) | - | (60,000) | - | - | 170,207 | MDPTPP07632953 | MDPTPP07632957 | *Not Produced* |
| 1/7/2008 | CHECK | (60,000) | - | (60,000) | - | - | 110,207 | MDPTPP07632959 | MDPTPP07632961 | *Not Produced* |
| 1/16/2008 | CHECK | (60,000) | - | (60,000) | - | - | 50,207 | MDPTPP07632959 | MDPTPP07632961 | *Not Produced* |
| 2/13/2008 | CHECK | (60,000) | - | (60,000) | - | - | (9,793) | MDPTPP07632962 | MDPTPP07632963 | *Not Produced* |
| 4/3/2008 | CHECK | (100,000) | - | (100,000) | - | - | (109,793) | MDPTPP07632966 | MDPTPP07632971 | *Not Produced* |
| 4/21/2008 | CHECK | (60,000) | - | (60,000) | - | - | (169,793) | MDPTPP07632966 | MDPTPP07632971 | *Not Produced* |
| 5/13/2008 | CHECK | (60,000) | - | (60,000) | - | - | (229,793) | MDPTPP07632973 | MDPTPP07632977 | *Not Produced* |
| 6/13/2008 | CHECK | (100,000) | - | (100,000) | - | - | (329,793) | MDPTPP07632979 | MDPTPP07632981 | *Not Produced* |
| 7/2/2008 | CHECK | (60,000) | - | (60,000) | - | - | (389,793) | MDPTPP07632983 | MDPTPP07632984 | *Not Produced* |
| 8/5/2008 | CHECK | (100,000) | - | (100,000) | - | - | (489,793) | MDPTPP07632986 | MDPTPP07632990 | *Not Produced* |
| 9/8/2008 | CHECK | (60,000) | - | (60,000) | - | - | (549,793) | MDPTPP07632992 | MDPTPP07632996 | *Not Produced* |
| 10/6/2008 | CHECK | (60,000) | - | (60,000) | - | - | (609,793) | MDPTPP07632998 | MDPTPP07633000 | *Not Produced* |
| 11/5/2008 | CHECK | (60,000) | - | (60,000) | - | - | (669,793) | MDPTPP07633002 | MDPTPP07633007 | MWPTAP00411024 |
| | **Total:** | | **$ 4,010,270** | **$ (4,680,063)** | **$ -** | **$ -** | **$ (669,793)** | | | |