IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Daniel Ryan | 000857 | 3002 | Becker & Poliakoff, LLP | Daniel Ryan | 1R0134 |
| Laurel Paymer | 001788 | 1026 | Phillips Nizer LLP | Laurel Paymer | 1P0105 |