UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S THIRTY-NINTH OMNIBUS MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW**

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court disallow all claims and overrule objections filed by or on behalf of customers that withdrew more money from BLMIS than they deposited and are thus, in the parlance of this case, net winners, and overrule objections filed by customers that invested more money with BLMIS than they withdrew and are thus, in the parlance of this case, net losers (collectively, the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

"Claimants"); and the net winner Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. __]; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on Exhibits A and B hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibits A and B hereto are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Adele Shapiro | 003856 | 2707 | Becker & Poliakoff, LLP | Adele Shapiro | 1S0295 |
| Barbara Roth and Mark Roth | 005648 | 2977 | Polsinelli Shughart PC | Barbara Roth & Mark Roth J/T Wros | 1R0123 |
| Caren Low | 002190 | 1942 | Phillips Nizer LLP | Caren Low | 1L0146 |
| Carol Fisher | 000487, 000488 | 2369 | Becker & Poliakoff, LLP | Carol Fisher | 1F0116 |
| Edwin Michalove | 000755 | 2338 | Becker & Poliakoff, LLP | Edwin Michalove | 1M0105 |
| Frieda Low | 001543 | 2003 | Becker & Poliakoff, LLP | Frieda Low | 1L0147 |
| Howard M. Schupak | 008204 | 2522 | Pro Se Filing | Schupak Investment | 1S0260 |
| Robert Low | 001547 | 2004 | Becker & Poliakoff, LLP | Robert K Low | 1L0149 |
| Sandy Sandler | 004076 | 2405 | Becker & Poliakoff, LLP | Sandy Sandler | 1S0268 |
| The Accu Plan Employees' Profit Sharing Trust | 008504, 015286, 015333, | 2387, 2352 | Becker & Poliakoff, LLP; Lax & Neville, LLP | Accu Plan Employees' Profit Sharing Trust | 1A0083 |
| The Howard L. Frucht and Carolyn Frucht Revocable Trust | 001279, 009599 | 2695 | Becker & Poliakoff, LLP | Howard L Frucht And Carolyn Frucht Rev Trust | 1F0106 |

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Daniel Ryan | 000857 | 3002 | Becker & Poliakoff, LLP | Daniel Ryan | 1R0134 |
| Laurel Paymer | 001788 | 1026 | Phillips Nizer LLP | Laurel Paymer | 1P0105 |