UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                                ) ss:
COUNTY OF DALLAS    )

        TASSIE POWERS BARR, being duly sworn, deposes and says:

1.     I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.     I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On April 15, 2021, I caused to be served, via FedEx Priority Overnight, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S OPPOSITION TO THE UNTIMELY OBJECTION FILED BY RENEE ROBINOW SOSKIN TO THE THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20419)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S OPPOSITION TO THE UNTIMELY OBJECTION FILED BY RENEE ROBINOW SOSKIN TO THE THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20421)

Executed on April 15, 2021

_____
Tassie Powers Barr

Sworn to and subscribed before me this 15th day of April, 2021

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____
(SEAL)                              Notary Public

# Exhibit A

Exhibit A
4/15/2021

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |