**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS                              )
                                           )          ss:
COUNTY OF DALLAS                    )

        TASSIE POWERS BARR, being duly sworn, deposes and says:

1.      I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On April 16, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S THIRTY-NINTH OMNIBUS MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW (Docket Number 20432)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-NINTH OMNIBUS MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW (Docket Number 20433)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-NINTH OMNIBUS
MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS
WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS
WHO INVESTED MORE THAN THEY WITHDREW (Docket Number 20434)

Executed on April 16, 2021



Tassie Powers Barr

Sworn to and subscribed before me this _16th_ day of _April_, 2021

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____
(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
4/16/2021

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---------|----------|----------|------|-------|-----|----------------|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Polsinelli Shughart PC | Attn: Jason A. Nagi | 7 Penn Plaza, Suite 600 | New York | NY | 10001 | Counsel |
| Lax & Neville, LLP | Attn: Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |