**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 21, 2021 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A. Thirty-Fifth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From August 1, 2020 through November 30, 2020

|     |     |
| --- | --- |
|     | for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 8/1/2020 to 11/30/2020, fee:$31,810,545.9, expenses: $19,074,330.2 (Filed: 3/8/2021) [ECF No. 20323] |
| B.  | Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Browne Jacobson, LLP, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $34,768.75, expenses: $0.00. filed by Browne Jacobson, LLP (Filed: 3/8/2021) [ECF No. 20328] |
| C.  | Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred From August 1, 2020 through November 30, 2020 for Eugene F. Collins, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $16,048.68, expenses: $5.47. filed by Eugene F. Collins, LLP (Filed: 3/8/2021) [ECF No. 20329] |
| D.  | Thirty-Fourth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2020 through November 30, 2020 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $1,400,314.40, expenses: $9,698.53. filed by Windels Marx Lane & Mittendorf, LLP (Filed: 3/8/2021) [ECF No. 20330] |
| E.  | Application of Graf & Pitkowitz Rechtsanwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Graf & Pitkowitz Rechtsnwalte GMBH, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $33,381.67, expenses: $51.56. filed by Graf & Pitkowitz Rechtsnwalte GMBH (Filed: 3/8/2021) [ECF No. 20331] |
| F.  | Application of Monfrini Bitton Klein as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Monfrini Bitton Klein, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $11,963.43, expenses: $0.00. filed by Monfrini Bitton Klein (Filed: 3/8/2021) [ECF No. 20332] |
| G.  | Tenth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $141,497.10, expenses: $291.40. filed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (Filed: 3/8/2021) [ECF No. 20333] |
| H.  | Final Application of SCA Ontier as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for SCA Ontier, Special Counsel, period: 8/1/2020 to |

|      |                                                                                                                                                                                                                                                                                                                                                                                 |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | 11/30/2020, fee: $20,787.30, expenses: $0.00. filed by SCA Ontier (Filed: 3/8/2021) [ECF No. 20334]                                                                                                                                                                                                                                                                              |
| I.   | Tenth Application of The Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Scaletta Law Firm, PLLC, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $10,327.50, expenses: $0.00. filed by Scaletta Law Firm, PLLC (Filed: 3/8/2021) [ECF No. 20335] |
| J.   | Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Schiltz & Schiltz, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $41,155.20, expenses: $2,675.09. filed by Schiltz & Schiltz (Filed: 3/8/2021) [ECF No. 20336]                         |
| K.   | Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Soroker Agmon Nordman, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $930,341.19, expenses: $19,674.49. filed by Soroker Agmon Nordman (Filed: 3/8/2021) [ECF No. 20337]           |
| L.   | Application of UGGC & Associés as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for UGGC & ASSOCIES, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $36,549.55, expenses: $0.00. filed by UGGC & Associés (Filed: 3/8/2021) [ECF No. 20338]                                   |
| M.   | Thirtieth Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2020 through November 30, 2020 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 8/1/2020 to 11/30/2020, fee: $46,305.27, expenses: $102.23. filed by Young Conaway Stargatt & Taylor, LLP (Filed: 3/8/2021) [ECF No. 20339] |

**Responses Filed**:

| | |
|---|---|
| N. | Recommendation of the Securities Investor Protection Corporation in Support of Thirty-Fifth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/18/2021) [ECF No. 20356] |
| O. | Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, (1) For Final Compensation and Release of Holdback by SCA Ontier; and (2) For Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on |

|     |     |
| --- | --- |
|     | behalf of Securities Investor Protection Corporation (Filed: 3/18/2021) [ECF No. 20357] |
| P.  | Recommendation of the Securities Investor Protection Corporation in Support of the Thirty-Fourth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/18/2021) [ECF No. 20358] |
| Q.  | Recommendation of the Securities Investor Protection Corporation in Support of the Thirtieth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/18/2021) [ECF No. 20359] |
| R.  | Recommendation of the Securities Investor Protection Corporation in Support of the Tenth Application of The Scaletta Law Firm PLLC for Interim Compensation filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/18/2021) [ECF No. 20360] |
| S.  | Recommendation of the Securities Investor Protection Corporation in Support of the Tenth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/18/2021) [ECF No. 20361] |

**Related Documents**:

| | |
| --- | --- |
| T. | Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2020 through November 30, 2020 (Filed: 3/8/2021) [ECF No. 20340] |
| U. | Certificate of No Objection to Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2020 through November 30, 2020 (Filed: 4/16/2021) [ECF No. 20443] |

**Objections Due**:            April 14, 2021

**Objections Filed:**         None

**Status**:                             This matter is going forward.

2. **08-01789; SIPC v. BLMIS**

   A. Trustee's Thirty-Eighth Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/18/2021) [ECF No. 20362]

   B. Declaration of Vineet Sehgal in Support of the Trustee's Thirty-Eighth Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/18/2021) [ECF No. 20363]

   **Related Documents**:

   C. Notice of Hearing on Trustee's Thirty-Eighth Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/18/2021) [ECF No. 20364]

   D. Certificate of No Objection to Trustee's Thirty-Eighth Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/16/2021) [ECF No. 20444]

   **Objections Due**:     April 14, 2021

   **Objections Filed:**    None

   **Status**:             This matter is going forward.

3. **08-01789; SIPC v. BLMIS**

   A. Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

   B. Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

   **Related Documents**:

   C. Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

   D. Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic

|   |   |
|---|---|
|   | access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020. Redacted Transcript Submission Due By 4/17/2020. Transcript access will be restricted through 6/15/2020 [ECF No. 19412] |
| E. | Transcript regarding Hearing Held on 05/14/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 [ECF No. 19666] |
| F. | Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668] |
| G. | Transcript regarding Hearing Held on 7/29/20 at 10:00 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/29/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/7/2020. Statement of Redaction Request Due By 8/21/2020. Redacted Transcript Submission Due By 8/31/2020. Transcript access will be restricted through 10/29/2020 [ECF No. 19682] |
| H. | Transcript regarding Hearing Held on 10/28/20 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 1/27/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/5/2020. Statement of Redaction Request Due By 11/19/2020. Redacted Transcript Submission Due By |

|     |     |
| --- | --- |
|     | 11/30/2020. Transcript access will be restricted through 1/27/2021. (Filed: 10/29/2020) [APN No. 10-04889, ECF No. 102] |
| I.  | Transcript regarding Hearing Held on 12/16/20 at 9:59 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 3/29/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/5/2021. Statement of Redaction Request Due By 1/19/2021. Redacted Transcript Submission Due By 1/29/2021. Transcript access will be restricted through 3/29/2021. (Cales, Humberto) (Entered: 12/30/2020) (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 104] |
| J.  | Transcript regarding Hearing Held on 1/20/21 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 4/22/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/29/2021. Statement of Redaction Request Due By 2/12/2021. Redacted Transcript Submission Due By 2/22/2021. Transcript access will be restricted through 4/22/2021. (Cales, Humberto) (Entered: 01/28/2021) (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 106] |
| K.  | Transcript regarding Hearing Held on 3/17/21 at 10:00 AM RE: Notice of Hearing for Status Conference filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 3/17/2021 at 10:00 AM at Teleconference Line (CourtSolutions)(CGM). Remote electronic access to the transcript is restricted until 6/30/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 20318). Notice of Intent to Request Redaction Deadline Due By 4/8/2021. Statement of Redaction Request Due By 4/22/2021. Redacted Transcript Submission Due By 5/3/2021. Transcript access will be restricted through 6/30/2021. (Cales, Humberto) (Entered: 04/16/2021) (Filed: 4/16/2021) [ECF No. 20440] |
| **Status**: | This matter is going forward. |

## CONTESTED MATTERS

1. **08-01789; SIPC v. BLMIS**

    A.  Objection by Renee Soskin to Trustee's Motion filed by Renee Robinow-Soskin (Filed: 3/23/2021) [ECF No. 20387]

**Related Documents**:

B.  Notice of Hearing to Consider the Objection by Renee Soskin to Trustee's Motion (Ashmeade, Vanessa) (Filed: 3/24/2021) [ECF No. 20392]

C.  Trustee's Opposition to the Untimely Objection Filed By Renee Robinow-Soskin to the Thirty-Sixth Omnibus Motion to Affirm the Trustee's Claims Determinations and Overrule and Objections that Appear to Raise Factual Issues filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/12/2021) [ECF No. 20419]

D.  Declaration of Vineet Sehgal In Support of the Trustee's Opposition to the Untimely Objection Filed By Renee Robinow-Soskin to the Thirty-Sixth Omnibus Motion to Affirm the Trustee's Claims Determinations and Overrule and Objections that Appear to Raise Factual Issues  filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/12/2021) [ECF No. 20421]

**Status**:    This matter is going forward.

2.

Dated: April 16, 2021
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*