# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a

CASE NO.: 08–01789–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:

CHAPTER: 0

---

## Revised Notice of Hearing

Please take notice that any and all hearings scheduled for April 21, 2021 before Judge Morris, will be held via Zoom Gov. An invite will follow via email. For further details on ZoomGov, please call the Courtroom Deputy at 845–451–6367.

Dated: April 19, 2021

Vito Genna
Clerk of the Court