# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 4/19/2021 |
| Case: 08−01789−cgm | Form ID: 143 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| cr | Renee Robinow−Soskin | 151 Crandon Blvd. | Apt. 505 | Biscayne, FL 33149 | |
| 6843661 | Elizabeth A. Molino | Brown Rudnick LLP | Seven Times Square | New York, New York 10036 | |

TOTAL: 2