# EXHIBIT B

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**ORDER GRANTING THE TRUSTEE'S APPLICATION TO
RETAIN TRAVERS THORP ALBERGA AS SPECIAL COUNSEL**

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Travers Thorp Alberga ("TTA") as special counsel, and upon the declaration of Mr. Bhavesh Patel submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Application is **GRANTED**.

    2.    The Court finds that TTA is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3. The Trustee is authorized to retain TTA as special counsel to the Trustee as provided in the Application.