# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: August 1, 2020 – November 30, 2020 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 3/8/2021 ECF No. 20323 | 8/1/2020 – 11/30/2020 | $31,810,545.90 | $31,810,545.90 | $28,629,491.30 | $0 | $28,629,491.30 | $248,089.75 | $248,089.75 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 3/8/2021 ECF No. 20336 | 8/1/2020 – 11/30/2020 | $41,155.20 | $41,155.20 | $32,924.16 | $0 | $32,924.16 | $2,675.09 | $2,675.09 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 3/8/2021 ECF No. 20337 | 8/1/2020 – 11/30/2020 | $930,341.19 | $930,341.19 | $744,272.95 | $0 | $744,272.95 | $19,674.49 | $19,674.49 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 3/8/2021 ECF No. 20331 | 8/1/2020 – 11/30/2020 | $33,381.67 | $33,381.67 | $26,705.34 | $0 | $26,705.34 | $51.56 | $51.56 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 3/8/2021 ECF No. 20339 | 8/1/2020 – 11/30/2020 | $46,305.27 | $46,305.27 | $37,044.22 | $0 | $37,044.22 | $102.23 | $102.23 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 3/8/2021 ECF No. 20330 | 8/1/2020 – 11/30/2020 | $1,750,393.00 | $1,750,393.00 | $1,400,314.40 | $0 | $1,400,314.40 | $9,698.53 | $9,698.53 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 3/8/2021 ECF No. 20328 | 8/1/2020 – 11/30/2020 | $34,768.75 | $34,768.75 | $27,815.00 | $0 | $27,815.00 | $0 | $0 |
| Eugene F. Collins, Special Counsel to the Trustee | 3/8/2021 ECF No. 20329 | 8/1/2020 – 11/30/2020 | $16,048.68 | $16,048.68 | $12,838.95 | $0 | $12,838.95 | $5.47 | $5.47 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | 3/8/2021 ECF No. 20333 | 8/1/2020 – 11/30/2020 | $141,497.10 | $141,497.10 | $113,197.68 | $0 | $113,197.68 | $291.40 | $291.40 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 3/8/2021 ECF No. 20335 | 8/1/2020 – 11/30/2020 | $10,327.50 | $10,327.50 | $8,262.00 | $0 | $8,262.00 | $0 | $0 |
| SCA Ontier, Special Counsel to the Trustee | 3/8/2021 ECF No. 20334 | 8/1/2020 – 12/31/2020 | $20,787.30 | $20,787.30 | $20,787.30 | $19,827.21 | $40,614.51 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 3/8/2021 ECF No. 20338 | 8/1/2020 – 11/30/2020 | $36,549.55 | $36,549.55 | $29,239.64 | $0 | $29,239.64 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Monfrini Bitton Klein Special Counsel to the Trustee | 3/8/2021 ECF No. 20332 | 8/1/2020 – 11/30/2020 | $11,963.43 | $11,963.43 | $9,570.74 | $0 | $9,570.74 | $0 | $0 |

Schedule A(1)              DATE: __/__/__              INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,282,372,888.98 | $1,282,372,888.98 | $1,264,962,602.99 | $19,322,420.01 | $19,322,420.01 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Eugene F. Collins, Special Counsel to the Trustee | $806,148.39 | $806,148.39 | $788,058.79 | $49,401.91 | $49,401.91 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,365,309.25 | $2,365,309.25 | $2,284,089.68 | $174,815.22 | $174,815.22 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $6,450,435.40 | $6,450,435.40 | $6,350,951.90 | $258,647.66 | $258,647.66 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,810,085.52 | $1,810,085.52 | $1,750,531.90 | $57,524.70 | $57,524.70 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $72,880,981.20 | $72,880,981.20 | $71,279,752.35 | $780,288.41 | $780,288.41 |
| UGGC & Associés, Special Counsel to the Trustee | $2,579,501.93 | $2,579,501.93 | $2,506,351.72 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,814.30 | $321,814.30 | $319,273.04 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $12,280,880.97 | $12,280,880.97 | $11,612,845.55 | $497,755.22 | $497,755.22 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,096,719.15 | $20,096,719.15 | $19,660,887.83 | $1,277,580.28 | $1,277,580.28 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $85,902.69 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $94,396.75 | $94,396.75 | $93,253.89 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $198,797.89 | $198,797.89 | $181,101.77 | $365.04 | $365.04 |

| **Applicant** | **Total Interim Compensation Requested** | **Total Interim Compensation Awarded** | **Total Paid** | **Total Expenses Requested** | **Total Expenses Awarded** |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | $1,285,142.90 | $1,285,142.90 | $1,151,163.63 | $19,551.46 | $19,551.46 |
| Monfrini Bitton Klein Special Counsel to the Trustee | $58,702.46 | $58,702.46 | $46,961.97 | $54.51 | $54.51 |

Schedule B(1)       DATE: __/__/__       INITIALS:  : __ USBJ

B-3