**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Adele Silverman Rev. Trust Adele Silverman, Trustee | 004989 | 4079 | Pro Se Filing | Adele Silverman Trustee Adele Silverman Rev Trust | 1ZB459 |
| Daren Weeks Fryburg | 003243 | 2493 | Pro Se Filing | Daren Weeks Fryburg | 1F0107 |
| Philip E. Miller and Steven A. Miller | 000620 | 2370 | Becker & Poliakoff, LLP | Philip E Miller Steven A Miller TIC | 1M0187 |
| Timothy Shawn Teufel And Valerie Anne Teufel, Co-Trustees U/T/D 5/24/95 | 001996 | 2038 | Becker & Poliakoff, LLP | Timothy Shawn Teufel And Valerie Anne Teufel | 1KW143 |
| WDG Associates Inc. Retirement Trust | 002036 | 616 | Phillips Nizer LLP | Wdg Associates Inc Retirement Trust | 1ZA538 |

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Judith Kalman & Daniel Kalman TIC | 002462, 002503 | 506 | Pro Se Filing | Judith Kalman And Daniel Kalman TIC | 1ZG032 |
| Olga Krakauer & Peter Benzaia JT WROS | 000864, 001892, 008916 | 847 | Phillips Nizer LLP | Olga Krakauer & Peter Benzaia JT WROS | 1ZA451 |
| The Northeast Investment Club | 000361 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |