**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a | CASE NO.: 08−01789−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

# Revised Notice of Hearing

Please take notice that any and all hearings scheduled for April 21, 2021 before Judge Morris, will be held via Zoom Gov. An invite will follow via email. For further details on ZoomGov, please call the Courtroom Deputy at 845−451−6367.

Dated: April 19, 2021                     Vito Genna
                                          Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Securities Investor Protection Corporati,
    Plaintiff

Bernard L. Madoff Investment Securities,,
    Defendant

Adv. Proc. No. 08-01789-cgm

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 1 of 1 |
| Date Rcvd: Apr 19, 2021 | Form ID: 143 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Renee Robinow-Soskin, 151 Crandon Blvd., Apt. 505, Biscayne, FL 33149-1533 |
| 6843661 | + Elizabeth A. Molino, Brown Rudnick LLP, Seven Times Square, New York, New York 10036-6548 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021      Signature:      /s/Joseph Speetjens