**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES, LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789<br><br>(Substantially Consolidated) |

In re:

BERNARD L. MADOFF, Debtor

### TRANSFER OF ALLOWED CLAIM

A CLAIM HAS BEEN SUBMITTED IN THIS CASE, DESIGNATED AS CLAIM NO. 946.

Transferee hereby gives evidence pursuant to those certain Claims Trading Procedures approved by Order

of the above-captioned court dated November 10, 2010 [Dkt. No. 3138], of the transfer of the allowed

claim referenced in this evidence.

BMIS Funding IDC, LLC                              TRC Master Fund LLC
      Name of Transferor                                    Name of Transferee

Name and Address where notices to                 Name and Address where notices to
transferor should be sent:                        transferee should be sent:

BMIS Funding IDC, LLC                              TRC Master Fund LLC
c/o Farallon Capital Management L.L.C.            PO Box 633
One Maritime Plaza, Suite 2100                    Woodmere, New York 11598
San Francisco, California 94111                   Attention: Terrel Ross
Attn: Michael G. Linn                             516-653-2471

Phone:  (415) 421-2132
Claim No.  946
Allowed Claim Amount:  $14,146,108.10

I declare under penalty of perjury that the information provided herein is true and correct to the best of

my knowledge and belief.

4/23/21

By: _____    Date: _____

Transferee/Transferee's Agent

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. Sec. 152 & 3571.*