UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                                                        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789<br><br>(Substantially Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                                                        Debtor. | |

## TRANSFER OF ALLOWED CLAIM

A CLAIM HAS BEEN SUBMITTED IN THIS CASE, DESIGNATED AS CLAIM NO. 005787. Transferee hereby gives evidence pursuant to those certain Claims Trading Procedures approved by Order of the above-captioned court dated November 10, 2010 [Dkt. No. 3138], of the transfer of the allowed claim referenced in this evidence.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| BMIS FUNDING IDC, L.L.C.<br>Name of Transferee | TRC MASTER FUND LLC<br>Name of Transferee |
| Name and address where notices to Transferee should be sent: | Name and address where notices to Transferee should be sent: |
| ADDRESS:   BMIS Funding IDC, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | ADDRESS:<br>TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598 |
| Attention:   Loan Ops | Attention:<br>Terrel Ross |

| Telephone: 415-421-2132 | Telephone: 516-653-2471 |
|---|---|
| Email: loanops2@farcap.com | Email: tross@trcmllc.com |
| Claim No. 005787<br>Allowed Claim Amount: $14,150,000.00 | |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

TRANSFEREE:

TRC MASTER FUND LLC

By: _____     Date: _____
Name: Terrel Ross
Title: Director

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Sec. 152 & 3571.*