# EXHIBIT 7

MADTSS01059432