# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
- 65 Cks out
+ 20 Wire In - Westwood
+ 200 " " - Primeo CLB
+ 500 " " - N Sachs
+ 1100 " " - Schupak
+ 2000 " " - Yesod
+ 3000 " " - BPI Multi Advisors
+ 1762 My Deposit 200H CH 500H EHY
                    278HARB 784AB
- 14200 Tony Out
- 27300 Wire Out - Bankers
- 32800 " " - Bk of NY
- 10000 " " - Credit Lyons
+ 15000 W.L. Deposit
+ 22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  Bal 3-28
- 15 823  Cks out *
-    369   at out - Monroe
-    175  Wire Out - Marden
-    650   "     "  - Cigna
-   1000   "     "  - Tremont
-   1000   "     "  - Stan (Brighton)
-   9000  Tony Out
+ 27300  Wire In - Chem
---
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1  N.C.
"              80 mil    4-1  Picower
Wiring Out  545 M    4-5  Picower
                1.7 mil  4-1  Marden
                150 M    4-1  Marden
                100 M    4-1  Mald/Auld
                2 mil    4-1  Hadassah
                50 M     4-2  Marden
                250 M    4-2  Goodman
                1.875 M  4-3  Greenwich
                1 mil    4-4  Lagoon

MADTSS00244688