# EXHIBIT 8.2

WAIT

MISS OUT →

| C.M. 6-30-03 | C.M. = WIRE ACTIVITY |
|---|---|
| +375722 BALANCE | ✓ −23800 WIRE out −BNP |
| | ✓ −7265 WIRE out −BNP |
| −550 CHECKS OUT * | ✓ −12000 WIRE out −TREMONT |
| | ✓ −2000 WIRE out −RPP |
| | ✓ −3000 WIRE out −STERLING |
| −1780 CHECKS OUT ** | ✓ −500 WIRE out −DORADO |
| | _____ WIRE |
| −0− N.L. DEPOSIT | _____ WIRE |
| −0− TRANS | ✓ +46.6 WIRE IN −Alpha Prime |
| −26959 NET WIRES **** | ✓ +520 WIRE IN −Turbo |
| | 6/27 ✓ +3620 WIRE IN −STERLING ✓ |
| +1460 MY DEPOSIT | ✓ +17000 WIRE IN −M-INVEST |
| +2340 cks Rta | |
| +350233 TOTAL BALANCE | −26959 NET WIRES **** ✓ |
| *HAND DELIVER N.L. 550 000 − | WIRING OUT 251M 7/1 MARDEN |
| | 3mil 7/1 Picower Fdn |
| DRAWING N.L. 1,465,040 − 7/1 | WIRING OUT 150,850 − 7/7 MARDEN |
| 110,000 − 7/7 | 1,852,488.57 7/11 STON |
| | WIRING OUT possible 30 mil |
| DRAWING SPECIAL 250mil 7/1 | 7/2 FAIRFIELD |
| Picower | |
| | WIRING OUT 2mil 7/1 THYBO |
| MAILED IN STATE 1,427,501 − | 1,130,000 − 7/2 BNP |
| MAILED OUT STATE 352,875 − | WIRING OUT 350 M − 7/1 GREENWICH |
| | 1 mil − 7/1 Kleen |
| | WIRING OUT 500M − 7/2 Pound |
| GIVING YOU N.L. −0− | WIRING OUT _____ |
| | WIRING OUT _____ |
| | WIRING OUT _____ |