# EXHIBIT 13

**EXHIBIT 13**

**Detail of Other Wires and Checks in/out of 703 Account**

### OTHER WIRES

| Financial Institution | Account Number | Account Holder | Category | Other Incoming Wires | Other Outgoing Wires | |
|---|---|---|---|---|---|---|
| *8 Brokerage Accounts* | | | | | | |
| Bear Stearns | xxx-x2698 | Bernard L. Madoff Investment Securities LLC | BLMIS/Madoff | 602,727,000 | (150,700,000) | |
| Fidelity | xxx-xx9043 | Bernard L. Madoff | BLMIS/Madoff | 361,144,000 | (200,000,000) | |
| Lehman Brothers | xxx-x4398 | Bernard L. Madoff | BLMIS/Madoff | 183,309,827 | (350,000,000) | |
| Lehman Brothers | xxx-x6152 | Bernard L. Madoff | BLMIS/Madoff | 204,000,000 | - | |
| Morgan Stanley | xxx xx0719 | Bernard L. Madoff | BLMIS/Madoff | 713,695,779 | (745,016,000) | |
| Bank of New York | xx4239 | Bernard L. Madoff Investment Securities LLC | BLMIS/Madoff | 101,927,596 | (100,000,000) | |
| Lehman Brothers | xxx-x4435 | Bernard L. Madoff Investment Securities LLC | BLMIS/Madoff | 4,774,162 | (100,000,000) | |
| M&T Securities | xxx-xx4039 | Bernard L. Madoff Investment Securities LLC | BLMIS/Madoff | 99,500,000 | (99,119,292) | |
| | | **Subtotal 8 Brokerage Accounts** | | $ 2,271,078,364 | $ (1,744,835,292) | |
| *Other Accounts* | | | | | | |
| Bank of New York | xxx-xxx3-878 | Bernard L. Madoff | BLMIS/Madoff | 106,804,897 | (84,100,000) | [1] |
| Banker's Trust | xx-xx0-599 | Bernard L. Madoff | BLMIS/Madoff | 966,523 | - | |
| Bank of New York | xxx-xxx6-621 | Bernard L. Madoff Investment Securities LLC | BLMIS/Madoff | 473,417 | (106,250) | |
| *Various* | *Various* | To/FBO BLM or Madoff Family or Madoff Related Entities | Other | 12,500,000 | (101,042,892) | [2] |
| *Various* | *Various* | *Various* | Other | 1,673,614 | (21,836,713) | [2] |
| | | **Grand Total Other Wires per Exhibit 4:** | | $ 2,393,496,814 | $ (1,951,921,147) | |

### OTHER CHECKS

| Financial Institution | Account Number | Account Holder | Category | Other Incoming Checks | Other Outgoing Checks | |
|---|---|---|---|---|---|---|
| Bank of New York | xxx-xxx6-621 | BLMIS | BLMIS/Madoff | - | (146,635,131) | |
| JPMorgan Chase | xxx-xx0700 | BLM | BLMIS/Madoff | - | (14,677,077) | |
| *Various* | *Various* | *Various* | Other | 301,405 | (2,434,623) | [2] |
| | | **Total Other Checks per Exhibit 4:** | | $ 301,405 | $ (163,746,831) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *BLMIS/Madoff Category Total for Figure 1* | | 2,379,323,200 | (1,990,353,750) | |
| | | *Other Category Total for Figure 1* | | 14,475,019 | (125,314,228) | |

[1] Statements for this account held at the Bank of New (the "BONY 878 Account") were available from January 1998 to April 2000. Based on the activity during this time period, the BONY 878 Account was used for loan activity associated with credit lines with the Bank of New York. Proceeds from the credit lines came into the BONY 878 Account, which would then transfer funds to the 703 Account (in one instance, the proceeds were transferred to the BT Account). Conversely, repayments on these loans were made from the BONY 878 Account on the same day as a transfer from the 703 Account to the BONY 878 Account. From January 1998 to April 2000, $152.4 million was transferred from the BONY 878 Account to the 703 Account and $165.6 million was transferred from the 703 Account to the BONY 878 Account (representing a net outflow from the 703 Account of $13.2 million). *See* SECSBJ0009179 – 207 for copies of available statements for the BONY 878 Account.

[2] *See* **Exhibit 4** for details regarding the specific financial institutions, account numbers and account holders.