# EXHIBIT 2

**Documents Considered**                                                                                                          **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| BARSAA0018762 | BARSAA0019722 | FMRSAA0113363 | FMRSAA0113974 |
| BARSAA0020681 | BARSAA0020724 | FMRSAA0114358 | FMRSAA0114363 |
| BARSAD0000001 | BARSAD0000075 | FMRSAA0114386 | FMRSAA0114993 |
| BARSAD0000090 | BARSAD0000102 | FMRSAA0119976 | FMRSAA0119988 |
| BNYSAQ0000001 | BNYSAQ0000039 | JPISAA0000011 | JPISAA0000096 |
| BNYSAS0000579 | BNYSAS0000598 | JPMSAA0019864 | JPMSAA0019955 |
| BOASAA0004550 | BOASAA0004643 | JPMSAA0019986 | JPMSAA0019988 |
| BSTSAA0037217 | BSTSAA0037301 | JPMSAA0019990 | JPMSAA0020020 |
| BSTSAA0037303 | BSTSAA0037494 | JPMSAA0020022 | JPMSAA0020077 |
| BSTSAA0037496 | BSTSAA0042902 | JPMSAA0020079 | JPMSAA0020079 |
| BSTSAA0042904 | BSTSAA0046102 | JPMSAB0000001 | JPMSAB0004570 |
| BSTSAA0046107 | BSTSAA0046408 | JPMSAF0000001 | JPMSAF0008524 |
| BSTSAB0277074 | BSTSAB0277079 | JPMSAF0008526 | JPMSAF0008596 |
| BSTSAB0298680 | BSTSAB0298685 | JPMSAF0008598 | JPMSAF0017233 |
| BSTSAB0320274 | BSTSAB0320279 | JPMSAF0017235 | JPMSAF0054255 |
| BSTSAB0342694 | BSTSAB0342699 | JPMSAF0054257 | JPMSAF0054271 |
| BSTSAB0363742 | BSTSAB0363745 | JPMSAF0054273 | JPMSAF0057064 |
| BSTSAB0386965 | BSTSAB0386970 | JPMSAF0057066 | JPMSAF0057161 |
| BSTSAB0395057 | BSTSAB0395062 | JPMSAF0057163 | JPMSAF0064977 |
| BSTSAB0409281 | BSTSAB0409286 | JPMSAF0064982 | JPMSAF0065438 |
| BSTSAB0426853 | BSTSAB0426858 | JPMSAF0065443 | JPMSAF0072748 |
| BSTSAB0443883 | BSTSAB0443886 | JPMSAF0072802 | JPMSAF0072805 |
| BSTSAB0461231 | BSTSAB0461236 | JPMSAF0072807 | JPMSAF0072931 |
| BSTSAB0480801 | BSTSAB0480806 | JPMSAG0000002 | JPMSAG0000022 |
| BSTSAB0504597 | BSTSAB0504602 | JPMSAG0000024 | JPMSAG0000275 |
| BSTSAB0511539 | BSTSAB0511548 | JPMSAG0000277 | JPMSAG0000535 |
| BSTSAB0523475 | BSTSAB0523484 | JPMSAG0000537 | JPMSAG0000848 |
| BSTSAB0539931 | BSTSAB0539940 | JPMSAG0000850 | JPMSAG0001400 |
| BSTSAB0558095 | BSTSAB0558104 | JPMSAG0001403 | JPMSAG0001648 |
| BSTSAB0575349 | BSTSAB0575356 | JPMSAG0001650 | JPMSAG0001912 |
| BSTSAB0585477 | BSTSAB0585480 | JPMSAH0000001 | JPMSAH0000221 |
| BSTSAB0590959 | BSTSAB0590964 | JPMSAH0000223 | JPMSAH0000705 |
| BSTSAB0601017 | BSTSAB0601020 | JPMSAH0000707 | JPMSAH0000714 |
| BSTSAB0607037 | BSTSAB0607040 | JPMSAH0000717 | JPMSAH0002856 |
| BSTSAB0623907 | BSTSAB0623910 | JPMSAH0002858 | JPMSAH0002873 |
| BSTSAB0634899 | BSTSAB0634906 | JPMSAI0000001 | JPMSAI0000176 |
| BSTSAC0000002 | BSTSAC0000072 | JPMSAI0000178 | JPMSAI0000276 |
| BSTSAC0000074 | BSTSAC0000144 | JPMSAI0000278 | JPMSAI0000656 |
| BSTSAC0000146 | BSTSAC0000227 | JPMSAI0000658 | JPMSAI0001363 |
| BSTSAC0000229 | BSTSAC0000304 | JPMSAI0001365 | JPMSAI0001511 |
| BSTSAC0000306 | BSTSAC0000383 | JPMSAI0001514 | JPMSAI0001573 |
| BSTSAC0000385 | BSTSAC0000400 | JPMSAI0001575 | JPMSAI0001608 |
| BSTSAC0000402 | BSTSAC0000443 | JPMSAI0001610 | JPMSAI0001697 |
| BSTSAC0000445 | BSTSAC0000556 | JPMSAI0001699 | JPMSAI0001713 |
| BSTSAC0000558 | BSTSAC0000574 | JPMSAI0001715 | JPMSAI0001748 |
| CSSSAA0002987 | CSSSAA0003031 | JPMSAI0001750 | JPMSAI0001786 |
| CSSSAA0003063 | CSSSAA0003278 | JPMSAI0001788 | JPMSAI0002221 |
| FMRSAA0001062 | FMRSAA0001065 | JPMSAI0002224 | JPMSAI0002837 |
| FMRSAA0001107 | FMRSAA0001320 | JPMSAI0002839 | JPMSAI0003041 |
| FMRSAA0001381 | FMRSAA0001500 | JPMSAI0003043 | JPMSAI0003106 |
| FMRSAA0001529 | FMRSAA0001986 | JPMSAI0003114 | JPMSAI0003222 |

**Documents Considered**                                                                                          **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| JPMSAI0003224 | JPMSAI0003310 | MADTEE00351835 | MADTEE00351836 |
| JPMSAI0003312 | JPMSAI0003597 | MADTEE00351843 | MADTEE00351844 |
| JPMSAI0003599 | JPMSAI0003911 | MADTEE00351847 | MADTEE00351849 |
| JPMSAI0003913 | JPMSAI0004518 | MADTEE00351891 | MADTEE00351891 |
| JPMSAI0004520 | JPMSAI0005049 | MADTEE00351893 | MADTEE00351893 |
| JPMSAI0005051 | JPMSAI0007228 | MADTEE00351897 | MADTEE00351897 |
| JPMSAI0007230 | JPMSAI0007806 | MADTEE00351906 | MADTEE00351909 |
| JPMSAI0007808 | JPMSAI0011901 | MADTEE00351913 | MADTEE00351913 |
| JPMSAI0011903 | JPMSAI0014006 | MADTEE00351918 | MADTEE00351919 |
| JPMSCQ0000001 | JPMSCQ0000028 | MADTEE00351954 | MADTEE00351955 |
| JPMSDM0000001 | JPMSDM0000009 | MADTEE00351958 | MADTEE00351958 |
| JPMTAA0000002 | JPMTAA0000331 | MADTEE00351960 | MADTEE00351964 |
| JPMTAC0000001 | JPMTAC0000064 | MADTEE00352046 | MADTEE00352049 |
| JPMTAD0000001 | JPMTAD0000282 | MADTEE00352057 | MADTEE00352058 |
| JPMTAF0000001 | JPMTAF0004017 | MADTEE00352083 | MADTEE00352083 |
| JPMTAF0000001_xls |  | MADTEE00352092 | MADTEE00352092 |
| MADTBA00002901 | MADTBA00002901 | MADTEE00409248 | MADTEE00409303 |
| MADTBA00173384 | MADTBA00173384 | MADTEE00459201 | MADTEE00459201 |
| MADTBA00303169 | MADTBA00303173 | MADTEE00468283 | MADTEE00468287 |
| MADTBA00306272 | MADTBA00306272 | MADTEE00496651 | MADTEE00496653 |
| MADTEE00045777 | MADTEE00045840 | MADTEE00556462 | MADTEE00556462 |
| MADTEE00045842 | MADTEE00045861 | MADTEE00643694 | MADTEE00643699 |
| MADTEE00045965 | MADTEE00045993 | MADTEE00691927 | MADTEE00695273 |
| MADTEE00046018 | MADTEE00046023 | MADTEE00695278 | MADTEE00696201 |
| MADTEE00115173 | MADTEE00115173 | MADTEE00696203 | MADTEE00701130 |
| MADTEE00116474 | MADTEE00116475 | MADTEE00726635 | MADTEE00726913 |
| MADTEE00347576 | MADTEE00347578 | MADTNN00107555 | MADTNN00107557 |
| MADTEE00348321 | MADTEE00348326 | MADTNN00126735 | MADTNN00126735 |
| MADTEE00351103 | MADTEE00351106 | MADTSS00264003 | MADTSS00264005 |
| MADTEE00351308 | MADTEE00351308 | MADTSS01200856 | MADTSS01200856 |
| MADTEE00351347 | MADTEE00351347 | MADTSS01239478 | MADTSS01239480 |
| MADTEE00351365 | MADTEE00351365 | MADTSS01241811 | MADTSS01241811 |
| MADTEE00351636 | MADTEE00351692 | MADTSS01305790 | MADTSS01305792 |
| MADTEE00351701 | MADTEE00351708 | MADTSS01306306 | MADTSS01306311 |
| MADTEE00351711 | MADTEE00351728 | MADTSS01330097 | MADTSS01330122 |
| MADTEE00351730 | MADTEE00351735 | MADTSS01330453 | MADTSS01330642 |
| MADTEE00351761 | MADTEE00351761 | MADTSS01330664 | MADTSS01330683 |
| MADTEE00351763 | MADTEE00351768 | MADTSS01330686 | MADTSS01330687 |
| MADTEE00351770 | MADTEE00351779 | MADTSS01330691 | MADTSS01330761 |
| MADTEE00351781 | MADTEE00351781 | MADTSS01330770 | MADTSS01330868 |
| MADTEE00351784 | MADTEE00351785 | MADTSS01330901 | MADTSS01331161 |
| MADTEE00351787 | MADTEE00351787 | MADTSS01337031 | MADTSS01337033 |
| MADTEE00351791 | MADTEE00351792 | MADTSS01380147 | MADTSS01380163 |
| MADTEE00351795 | MADTEE00351795 | MADTSS01380171 | MADTSS01380186 |
| MADTEE00351797 | MADTEE00351798 | MADTSS01380236 | MADTSS01380238 |
| MADTEE00351801 | MADTEE00351802 | MADWAA00004137 | MADWAA00004138 |
| MADTEE00351805 | MADTEE00351806 | MADWAA00027100 | MADWAA00027100 |
| MADTEE00351808 | MADTEE00351813 | MADWAA00027102 | MADWAA00027102 |
| MADTEE00351815 | MADTEE00351817 | MADWAA00028713 | MADWAA00028714 |
| MADTEE00351819 | MADTEE00351831 | MADWAA00028716 | MADWAA00028716 |
| MADTEE00351833 | MADTEE00351833 | MADWAA00028718 | MADWAA00028718 |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00028885 | MADWAA00028885 | MADWAA00085470 | MADWAA00085492 |
| MADWAA00028934 | MADWAA00028934 | MADWAA00085839 | MADWAA00085942 |
| MADWAA00029203 | MADWAA00029203 | MADWAA00085949 | MADWAA00087112 |
| MADWAA00029274 | MADWAA00029274 | MADWAA00087115 | MADWAA00089904 |
| MADWAA00029399 | MADWAA00029399 | MADWAA00095123 | MADWAA00095124 |
| MADWAA00029702 | MADWAA00029702 | MADWAA00095545 | MADWAA00095546 |
| MADWAA00030101 | MADWAA00030101 | MADWAA00097307 | MADWAA00098326 |
| MADWAA00030151 | MADWAA00030151 | MADWAA00098416 | MADWAA00099401 |
| MADWAA00030377 | MADWAA00030377 | MADWAA00099930 | MADWAA00100915 |
| MADWAA00036702 | MADWAA00036705 | MADWAA00102648 | MADWAA00102664 |
| MADWAA00036708 | MADWAA00036709 | MADWAA00102758 | MADWAA00105435 |
| MADWAA00036805 | MADWAA00036805 | MADWAA00105717 | MADWAA00105718 |
| MADWAA00036977 | MADWAA00036979 | MADWAA00109966 | MADWAA00112719 |
| MADWAA00036992 | MADWAA00036995 | MADWAA00115177 | MADWAA00116290 |
| MADWAA00037192 | MADWAA00037200 | MADWAA00116452 | MADWAA00119511 |
| MADWAA00037202 | MADWAA00037202 | MADWAA00119623 | MADWAA00120516 |
| MADWAA00037209 | MADWAA00037210 | MADWAA00122154 | MADWAA00124953 |
| MADWAA00037637 | MADWAA00037643 | MADWAA00127474 | MADWAA00128781 |
| MADWAA00037650 | MADWAA00037651 | MADWAA00128897 | MADWAA00129558 |
| MADWAA00037992 | MADWAA00037994 | MADWAA00129560 | MADWAA00129953 |
| MADWAA00038344 | MADWAA00038357 | MADWAA00130050 | MADWAA00130050 |
| MADWAA00038379 | MADWAA00038381 | MADWAA00130345 | MADWAA00130346 |
| MADWAA00038390 | MADWAA00038391 | MADWAA00130353 | MADWAA00130354 |
| MADWAA00038598 | MADWAA00038700 | MADWAA00130956 | MADWAA00130956 |
| MADWAA00038705 | MADWAA00039262 | MADWAA00130958 | MADWAA00130958 |
| MADWAA00039264 | MADWAA00039937 | MADWAA00130961 | MADWAA00130966 |
| MADWAA00039939 | MADWAA00040516 | MADWAA00130965 | MADWAA00130966 |
| MADWAA00040518 | MADWAA00040671 | MADWAA00131133 | MADWAA00131134 |
| MADWAA00040673 | MADWAA00041370 | MADWAA00131304 | MADWAA00131305 |
| MADWAA00041372 | MADWAA00042135 | MADWAA00131312 | MADWAA00131313 |
| MADWAA00043870 | MADWAA00044908 | MADWAA00131385 | MADWAA00132862 |
| MADWAA00048071 | MADWAA00049206 | MADWAA00139873 | MADWAA00141195 |
| MADWAA00049208 | MADWAA00050071 | MADWAA00142972 | MADWAA00143060 |
| MADWAA00051674 | MADWAA00054718 | MADWAA00143062 | MADWAA00143969 |
| MADWAA00056483 | MADWAA00057108 | MADWAA00145760 | MADWAA00145761 |
| MADWAA00057110 | MADWAA00057727 | MADWAA00145763 | MADWAA00145763 |
| MADWAA00062754 | MADWAA00062756 | MADWAA00145765 | MADWAA00145834 |
| MADWAA00062765 | MADWAA00063950 | MADWAA00145836 | MADWAA00148001 |
| MADWAA00063952 | MADWAA00064707 | MADWAA00148003 | MADWAA00152928 |
| MADWAA00064709 | MADWAA00065484 | MADWAA00154924 | MADWAA00154939 |
| MADWAA00065486 | MADWAA00066299 | MADWAA00154941 | MADWAA00155532 |
| MADWAA00066411 | MADWAA00066616 | MADWAA00155535 | MADWAA00155850 |
| MADWAA00066618 | MADWAA00067279 | MADWAA00155852 | MADWAA00157736 |
| MADWAA00067421 | MADWAA00070352 | MADWAA00157739 | MADWAA00157958 |
| MADWAA00072074 | MADWAA00072075 | MADWAA00159129 | MADWAA00160261 |
| MADWAA00072183 | MADWAA00073424 | MADWAA00160324 | MADWAA00161403 |
| MADWAA00075113 | MADWAA00075854 | MADWAA00161462 | MADWAA00163125 |
| MADWAA00075948 | MADWAA00076719 | MADWAA00163192 | MADWAA00163659 |
| MADWAA00076815 | MADWAA00077626 | MADWAA00163786 | MADWAA00166192 |
| MADWAA00083479 | MADWAA00083626 | MADWAA00167061 | MADWAA00168390 |
| MADWAA00083926 | MADWAA00083931 | MADWAA00168465 | MADWAA00170342 |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00173050 | MADWAA00173063 | MADWAA00210846 | MADWAA00211959 |
| MADWAA00173065 | MADWAA00173856 | MADWAA00212778 | MADWAA00213679 |
| MADWAA00174952 | MADWAA00175803 | MADWAA00216133 | MADWAA00216137 |
| MADWAA00178058 | MADWAA00178071 | MADWAA00219788 | MADWAA00220673 |
| MADWAA00178079 | MADWAA00178080 | MADWAA00220764 | MADWAA00221559 |
| MADWAA00178357 | MADWAA00178357 | MADWAA00221698 | MADWAA00222399 |
| MADWAA00178359 | MADWAA00178359 | MADWAA00222525 | MADWAA00224474 |
| MADWAA00178361 | MADWAA00178366 | MADWAA00225280 | MADWAA00225281 |
| MADWAA00178462 | MADWAA00178467 | MADWAA00226423 | MADWAA00229292 |
| MADWAA00178474 | MADWAA00178474 | MADWAA00229406 | MADWAA00230255 |
| MADWAA00178648 | MADWAA00178661 | MADWAA00230257 | MADWAA00230258 |
| MADWAA00182284 | MADWAA00182287 | MADWAA00232930 | MADWAA00235555 |
| MADWAA00182291 | MADWAA00182428 | MADWAA00235692 | MADWAA00236391 |
| MADWAA00183297 | MADWAA00183389 | MADWAA00236393 | MADWAA00238524 |
| MADWAA00184733 | MADWAA00184830 | MADWAA00238531 | MADWAA00238532 |
| MADWAA00184833 | MADWAA00184833 | MADWAA00238566 | MADWAA00238567 |
| MADWAA00184835 | MADWAA00185908 | MADWAA00238768 | MADWAA00238769 |
| MADWAA00185910 | MADWAA00185911 | MADWAA00238801 | MADWAA00238804 |
| MADWAA00185926 | MADWAA00185927 | MADWAA00239059 | MADWAA00239062 |
| MADWAA00185931 | MADWAA00185944 | MADWAA00239843 | MADWAA00239845 |
| MADWAA00187932 | MADWAA00188087 | MADWAA00239852 | MADWAA00239853 |
| MADWAA00188102 | MADWAA00188105 | MADWAA00239876 | MADWAA00239876 |
| MADWAA00188114 | MADWAA00188142 | MADWAA00239879 | MADWAA00239880 |
| MADWAA00188248 | MADWAA00188256 | MADWAA00239983 | MADWAA00239984 |
| MADWAA00188263 | MADWAA00188263 | MADWAA00240164 | MADWAA00240165 |
| MADWAA00188265 | MADWAA00188268 | MADWAA00242269 | MADWAA00242360 |
| MADWAA00188421 | MADWAA00188468 | MADWAA00242363 | MADWAA00243393 |
| MADWAA00188471 | MADWAA00189684 | MADWAA00243395 | MADWAA00244478 |
| MADWAA00189687 | MADWAA00190392 | MADWAA00244480 | MADWAA00245698 |
| MADWAA00190395 | MADWAA00190614 | MADWAA00247349 | MADWAA00247363 |
| MADWAA00190638 | MADWAA00190649 | MADWAA00247446 | MADWAA00250149 |
| MADWAA00190907 | MADWAA00190907 | MADWAA00253260 | MADWAA00254414 |
| MADWAA00190910 | MADWAA00192504 | MADWAA00257807 | MADWAA00260756 |
| MADWAA00192509 | MADWAA00192510 | MADWAA00261617 | MADWAA00262578 |
| MADWAA00192515 | MADWAA00192517 | MADWAA00262663 | MADWAA00263210 |
| MADWAA00192530 | MADWAA00192555 | MADWAA00263812 | MADWAA00265665 |
| MADWAA00192574 | MADWAA00192584 | MADWAA00265668 | MADWAA00266229 |
| MADWAA00192589 | MADWAA00192604 | MADWAA00266398 | MADWAA00267673 |
| MADWAA00192924 | MADWAA00192927 | MADWAA00267675 | MADWAA00268515 |
| MADWAA00192931 | MADWAA00192931 | MADWAA00268517 | MADWAA00269903 |
| MADWAA00192940 | MADWAA00192943 | MADWAA00271711 | MADWAA00273208 |
| MADWAA00192948 | MADWAA00192952 | MADWAA00273358 | MADWAA00274795 |
| MADWAA00192957 | MADWAA00192958 | MADWAA00275794 | MADWAA00275832 |
| MADWAA00193339 | MADWAA00194922 | MADWAA00275834 | MADWAA00276927 |
| MADWAA00194924 | MADWAA00196539 | MADWAA00277076 | MADWAA00278307 |
| MADWAA00196674 | MADWAA00199526 | MADWAA00278464 | MADWAA00279435 |
| MADWAA00199658 | MADWAA00200393 | MADWAA00279520 | MADWAA00280521 |
| MADWAA00203196 | MADWAA00204255 | MADWAA00284629 | MADWAA00284682 |
| MADWAA00205496 | MADWAA00206829 | MADWAA00284684 | MADWAA00285930 |
| MADWAA00208816 | MADWAA00209815 | MADWAA00285932 | MADWAA00287257 |
| MADWAA00209905 | MADWAA00210734 | MADWAA00287328 | MADWAA00288037 |

**Documents Considered**  **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00288143 | MADWAA00291212 | MADWAA00367370 | MADWAA00368367 |
| MADWAA00291294 | MADWAA00292723 | MADWAA00371288 | MADWAA00372615 |
| MADWAA00292811 | MADWAA00292868 | MADWAA00372618 | MADWAA00372622 |
| MADWAA00292870 | MADWAA00293698 | MADWAA00372625 | MADWAA00373864 |
| MADWAA00293793 | MADWAA00295182 | MADWAA00373989 | MADWAA00375968 |
| MADWAA00295264 | MADWAA00296637 | MADWAA00375970 | MADWAA00377062 |
| MADWAA00296708 | MADWAA00297233 | MADWAA00377065 | MADWAA00378164 |
| MADWAA00297331 | MADWAA00300791 | MADWAA00378171 | MADWAA00378566 |
| MADWAA00301727 | MADWAA00303760 | MADWAA00378590 | MADWAA00378596 |
| MADWAA00303767 | MADWAA00304282 | MADWAA00378600 | MADWAA00378606 |
| MADWAA00304289 | MADWAA00305214 | MADWAA00378608 | MADWAA00380489 |
| MADWAA00305676 | MADWAA00308749 | MADWAA00380494 | MADWAA00380500 |
| MADWAA00308861 | MADWAA00311570 | MADWAA00380517 | MADWAA00381326 |
| MADWAA00313711 | MADWAA00314820 | MADWAA00381334 | MADWAA00381382 |
| MADWAA00316197 | MADWAA00317034 | MADWAA00381387 | MADWAA00381387 |
| MADWAA00319298 | MADWAA00320299 | MADWAA00381398 | MADWAA00381401 |
| MADWAA00321524 | MADWAA00322557 | MADWAA00381880 | MADWAA00381880 |
| MADWAA00322696 | MADWAA00323525 | MADWAA00381882 | MADWAA00381882 |
| MADWAA00323527 | MADWAA00323528 | MADWAA00381889 | MADWAA00381894 |
| MADWAA00323659 | MADWAA00324488 | MADWAA00381908 | MADWAA00381908 |
| MADWAA00331827 | MADWAA00332811 | MADWAA00381915 | MADWAA00381929 |
| MADWAA00332939 | MADWAA00332940 | MADWAA00382284 | MADWAA00382285 |
| MADWAA00332950 | MADWAA00332951 | MADWAA00382365 | MADWAA00382376 |
| MADWAA00332953 | MADWAA00334257 | MADWAA00382585 | MADWAA00382598 |
| MADWAA00334259 | MADWAA00334315 | MADWAA00382837 | MADWAA00382846 |
| MADWAA00334420 | MADWAA00334420 | MADWAA00383021 | MADWAA00383044 |
| MADWAA00334422 | MADWAA00335377 | MADWAA00383173 | MADWAA00383198 |
| MADWAA00335525 | MADWAA00336696 | MADWAA00383312 | MADWAA00383357 |
| MADWAA00336817 | MADWAA00338287 | MADWAA00383409 | MADWAA00383422 |
| MADWAA00338289 | MADWAA00339502 | MADWAA00383535 | MADWAA00383541 |
| MADWAA00339619 | MADWAA00341017 | MADWAA00383562 | MADWAA00383599 |
| MADWAA00341019 | MADWAA00342324 | MADWAA00383805 | MADWAA00383808 |
| MADWAA00348863 | MADWAA00348863 | MADWAA00383815 | MADWAA00383817 |
| MADWAA00348865 | MADWAA00348915 | MADWAA00383828 | MADWAA00383834 |
| MADWAA00348917 | MADWAA00349664 | MADWAA00383851 | MADWAA00383872 |
| MADWAA00349666 | MADWAA00350116 | MADWAA00383882 | MADWAA00383883 |
| MADWAA00350118 | MADWAA00350547 | MADWAA00383897 | MADWAA00383924 |
| MADWAA00350549 | MADWAA00350554 | MADWAA00383926 | MADWAA00383926 |
| MADWAA00350679 | MADWAA00350679 | MADWAA00383943 | MADWAA00383956 |
| MADWAA00350681 | MADWAA00351036 | MADWAA00384156 | MADWAA00384163 |
| MADWAA00351039 | MADWAA00351802 | MADWAA00384170 | MADWAA00384289 |
| MADWAA00351901 | MADWAA00351959 | MADWAA00384291 | MADWAA00384294 |
| MADWAA00351961 | MADWAA00352850 | MADWAA00384303 | MADWAA00384303 |
| MADWAA00354673 | MADWAA00355570 | MADWAA00384306 | MADWAA00384310 |
| MADWAA00359610 | MADWAA00360493 | MADWAA00384324 | MADWAA00384356 |
| MADWAA00360495 | MADWAA00361340 | MADWAA00384387 | MADWAA00384387 |
| MADWAA00361342 | MADWAA00362441 | MADWAA00384392 | MADWAA00384394 |
| MADWAA00362941 | MADWAA00363698 | MADWAA00384415 | MADWAA00384426 |
| MADWAA00363833 | MADWAA00363844 | MADWAA00384431 | MADWAA00384443 |
| MADWAA00363846 | MADWAA00365087 | MADWAA00384762 | MADWAA00384838 |
| MADWAA00366207 | MADWAA00367264 | MADWAA00384848 | MADWAA00385232 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00385234 | MADWAA00386529 | MTRSAA0000001 | MTRSAA0000039 |
| MADWAA00387521 | MADWAA00388097 | MTSSAA0000028 | MTSSAA0000118 |
| MADWAA00388105 | MADWAA00388106 | PCISAA0000001 | PCISAA0000020 |
| MADWAA00389847 | MADWAA00389923 | SECSAG0000157 | SECSAG0000204 |
| MADWAA00389926 | MADWAA00391337 | SECSAH0000306 | SECSAH0001455 |
| MADWAA00391813 | MADWAA00393531 | SECSAH0001640 | SECSAH0001642 |
| MADWAA00395737 | MADWAA00395739 | SECSAH0001769 | SECSAH0002228 |
| MADWAA00397110 | MADWAA00397112 | SECSAH0002255 | SECSAH0002346 |
| MADWAA00578467 | MADWAA00579894 | SECSBA0000029 | SECSBA0000075 |
| MADWAA00593865 | MADWAA00595441 | SECSBE0001066 | SECSBE0001523 |
| MADWAA00596992 | MADWAA00596998 | SECSBF0000586 | SECSBF0001372 |
| MADWAA00597549 | MADWAA00597559 | SECSBF0001481 | SECSBF0001591 |
| MADWAA00598000 | MADWAA00598012 | SECSBF0001683 | SECSBF0001832 |
| MADWAA00598540 | MADWAA00598556 | SECSBF0002160 | SECSBF0002857 |
| MADWAA00598948 | MADWAA00598954 | SECSBF0002883 | SECSBF0002895 |
| MADWAA00599351 | MADWAA00599357 | SECSBJ0005595 | SECSBJ0007170 |
| MADWAA00599778 | MADWAA00599784 | SECSBJ0007307 | SECSBJ0010032 |
| MADWAA00600253 | MADWAA00601201 | SECSBJ0010037 | SECSBJ0010278 |
| MADWAA00601204 | MADWAA00602116 | SECSBJ0010544 | SECSBJ0010799 |
| MADWAA01072627 | MADWAA01072894 | SECSBJ0011725 | SECSBJ0011938 |
| MAITAA0013488 | MAITAA0013491 | SECSBJ0012894 | SECSBJ0014702 |
| MAITAA0013944 | MAITAA0013951 | SECSBJ0014794 | SECSBJ0015642 |
| MAITAA0015875 | MAITAA0015950 | SECSBJ0015662 | SECSBJ0015946 |
| MAITAA0016078 | MAITAA0016087 | SECSBP0006076 | SECSBP0006404 |
| MAITAA0016138 | MAITAA0016143 | SECSBP0007753 | SECSBP0008458 |
| MAITAA0016167 | MAITAA0016174 | SECSBP0014993 | SECSBP0019420 |
| MAITAA0016334 | MAITAA0016346 | SECSCC0000001 | SECSCC0003525 |
| MAITAA0016431 | MAITAA0016436 | SECSCQ0000050 | SECSCQ0000131 |
| MAITAA0016914 | MAITAA0016920 | SECSCQ0000133 | SECSCQ0000148 |
| MAITAA0017727 | MAITAA0017730 | SECSCQ0000185 | SECSCQ0000216 |
| MAITAD00000001 | MAITAD00000002 | SECSCQ0000252 | SECSCQ0000263 |
| MAITAE00000001 | MAITAE00000002 | SECSCQ0000265 | SECSCQ0000276 |
| MCFSAA0000003 | MCFSAA0000129 | SECSCR0000001 | SECSCR0000051 |
| MDPTPP00000001 | MDPTPP07766402 | SECSCR0000058 | SECSCR0000086 |
| MELSAB0000001 | MELSAB0000026 | SECSEE0000082 | SECSEE0000426 |
| MELSAB0000089 | MELSAB0000108 | UBSSAA0000084 | UBSSAA0000218 |
| MESTABJ00000001 | MESTABJ00000002 | WFCSAA0000049 | WFCSAA0000098 |
| MSYSAB0000100 | MSYSAB0000446 | WSASAA0000006 | WSASAA0000082 |
| MSYSAE0000001 | MSYSAE0008084 | 10-04486_NTC_0000001 | 10-04486_NTC_0000100 |
| AMF00216123 | AMF00216188 | 10-04486_NTC_0000101.1 | 10-04486_NTC_0000252.1 |
| AMF00216189 | AMF00216279 | 10-04486_WFB_0000001 | 10-04486_WFB_0000697 |
| AMF00221473 | AMF00221552 | FISERV-SHAPIRO-00001 | FISERV-SHAPIRO-00089 |
| MWPTAP00477503 | MWPTAP00477516 | JPM-SHAPIRO00000001 | JPM-SHAPIRO00000164 |
| MWPTAP00477489 | MWPTAP00477502 | MSNSRT-00000001 | MSNSRT-00000786 |
| MWPTAP00477406 | MWPTAP00477418 | 10-04486_N. Shapiro_0000001 | 10-04486_N. Shapiro_0001287 |
| MWPTAP01013774 | MWPTAP01013779 | Def000000100 | Def000000260 |
| MWPTAP01013780 | MWPTAP01013784 | Def000000262 | Def000000410 |
| MWPTAP01014258 | MWPTAP01014262 | | |

**Documents Considered** **EXHIBIT 2**

Checkbook File (available in native format)
Great Plains accounting system (available in native format)
Stipulation and Order For Transfer of Funds By J.P. Morgan Chase Bank to Trustee, *In re Bernard L. Madoff,* No. 08-01789 (S.D.N.Y. Apr. 7, 2009) (Dkt. No. 148)
*Government Seizes WaMu and Sells Some Assets,* NEW YORK TIMES, http://www.nytimes.com/2008/09/26/business/26wamu.html (last visited May 8, 2015)
*1st United, Palm Beach County's largest bank, acquired by New Jersey bank,* SOUTH FLORIDA BUSINESS JOURNAL, http://www.bizjournals.com/southflorida/news/2014/05/08/1st-united-palm-beach-county-s-largest-bank.html (last visited May 8, 2015)
Defendants' Initial Disclosures
Plaintiff's Initial Disclosures
Plaintiff's Amended Initial Disclosures
Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Interrogatories and Requests for Production
Norma Shapiro Trust's Responses and Objections to Trustee's First Set of Interrogatories to Defendant Norma Shapiro Declaration of Trust Under Agreement Dated 9/16/2008
Martin Rosen's Objections and Answers to Trustee's First Set of Interrogatories to Defendant Martin Rosen
Martin Rosen's Amended Objections and Answers to Trustee's First Set of Interrogatories to Defendant Martin Rosen
Norma Shapiro's Responses and Objections to Trustee's First Set of Interrogatories to Defendant Norma Shapiro
The Philip Shapiro Trust's Responses and Objections to Trustee's First Set of Interrogatories to Defendant Trust Under Will of Philip L. Shapiro
Norma Shapiro Trust's Responses and Objections to Trustee's First Set of Requests for Production to Defendant Norma Shapiro Declaration of Trust Under Agreement Dated 9/16/2008
Martin Rosen's Response and Objections to Trustee's First Set of Requests for Production
Norma Shapiro's Responses and Objections to Trustee's First Set of Requests for Production to Defendant Norma Shapiro
The Philip Shapiro Trust's Response and Objections to Trustee's First Set of Requests for Production to Defendant Trust Under Will of Philip L. Shapiro
Norma Shapiro Trust's Responses and Objections to Trustee's First Set of Requests for Admission to Defendant Norma Shapiro Declaration of Trust Under Agreement Dated 9/16/2008
Martin Rosen's Responses and Objections to Trustee's First Set of Requests for Admission
Martin Rosen's Amended Responses and Objections to Trustee's First Set of Requests for Admission
Norma Shapiro's Responses and Objections to Trustee's First Set of Requests for Admission to Defendant Norma Shapiro
Norma Shapiro's Amended Responses and Objections to Trustee's First Set of Requests for Admission to Defendant
The Philip Shapiro Trust's Responses and Objections to Trustee's First Set of Requests for Admission to Defendant Trust Under Will of Philip L. Shapiro
Pensco Trust Company, Traditional/Roth IRA Transfer/Rollover Request Form IRA 5142C (7/2012)