# EXHIBIT 7

**List of All Cash Transactions in the Shapiro Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by Trustee | | |
| 193425 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/1/1997 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 294856 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/1/1997 | (30,000) | CW | CHECK | n/a | Yes | n/a | AMF00216265 | n/a |
| 255101 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/16/1997 | 50,000 | CA | CHECK | n/a | Yes | n/a | AMF00216166 | n/a |
| 193431 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/16/1997 | 20,000 | CA | CHECK | n/a | Yes | n/a | AMF00216264 | n/a |
| 142310 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 11/12/1997 | 90,000 | CA | CHECK | n/a | Yes | n/a | AMF00216260 | n/a |
| 241393 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/2/1998 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 58758 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/13/1998 | (48,462) | CW | CHECK | n/a | Yes | n/a | AMF00216262-63 | n/a |
| 116075 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/1/1998 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 218981 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/2/1998 | 50,000 | CA | CHECK | n/a | Yes | n/a | AMF00216259 | n/a |
| 80494 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/8/1998 | (54,665) | CW | CHECK | n/a | Yes | n/a | AMF00216262-63 | n/a |
| 262225 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/1/1998 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 142941 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/9/1998 | (58,134) | CW | CHECK | n/a | Yes | n/a | AMF00216262-63 | n/a |
| 145262 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 8/4/1998 | 50,000 | CA | CHECK | n/a | Yes | n/a | AMF00216258 | n/a |
| 264115 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/1/1998 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 139456 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/9/1998 | (32,123) | CW | CHECK | n/a | Yes | n/a | AMF00216262-63 | n/a |
| 10424 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/4/1999 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 13525 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/13/1999 | (62,639) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 277637 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/1/1999 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 264710 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/13/1999 | (55,281) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 223643 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/1/1999 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 305238 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/8/1999 | (84,449) | CW | CHECK | n/a | Yes | n/a | AMF00216262-63 | n/a |
| 265285 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/1/1999 | (65,000) | CW | CHECK | n/a | Yes | n/a | AMF00216167 | n/a |
| 207934 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/8/1999 | (38,249) | CW | CHECK | n/a | Yes | n/a | AMF00216262-63 | n/a |
| 295409 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 12/14/1999 | 50,000 | CA | CHECK | Yes | Yes | n/a | AMF00216257 | n/a |
| 183203 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/3/2000 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 208288 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/6/2000 | (46,465) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 253160 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 2/18/2000 | 500,000 | CA | CHECK | Yes | Yes | n/a | AMF00216165 | n/a |
| 283261 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/3/2000 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 247406 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/7/2000 | (66,791) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 285485 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/3/2000 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 201833 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/7/2000 | (40,575) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 218692 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/2/2000 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 257973 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/11/2000 | (27,634) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |

**List of All Cash Transactions in the Shapiro Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by Trustee | | |
| 55643 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/2/2001 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 251268 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/10/2001 | (24,637) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 288814 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/2/2001 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 232273 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/6/2001 | (59,550) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 292941 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/2/2001 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 252132 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/9/2001 | (40,434) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 203397 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/1/2001 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 244550 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/9/2001 | (27,551) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 266789 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/2/2002 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 298650 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/11/2002 | (42,388) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 289279 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/1/2002 | (65,000) | CW | CHECK | Yes | Yes | n/a | AMF00216167 | n/a |
| 308050 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/10/2002 | (15,211) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 250980 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/30/2002 | 100,000 | CA | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 66191 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/8/2002 | (134,702) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 235902 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/8/2002 | (54,378) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 227700 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 8/22/2002 | (995,438) | CW | CHECK | Yes | Yes | Yes | AMF00216207 | Def 000000154-55 |
| 212107 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/7/2002 | (169,164) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 209573 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/7/2002 | (64,717) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 219589 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/10/2003 | (60,241) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 95311 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/10/2003 | (3,741) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 251733 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/28/2003 | 100,000 | CA | CHECK | Yes | Yes | n/a | AMF00216161 | n/a |
| 155118 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/9/2003 | (70,042) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 24731 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/9/2003 | (4,592) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 159379 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 5/13/2003 | 100,000 | CA | CHECK | Yes | Yes | n/a | AMF00216160 | n/a |
| 260108 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/8/2003 | (89,184) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 267010 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/8/2003 | (5,477) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 66809 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/17/2003 | 50,000 | CA | CHECK | Yes | n/a | n/a | n/a | n/a |
| 267428 | 1S0467 | NTC & CO FBO NORMA SHAPIRO (Red 1184) | 9/3/2003 | (78,133) | CW | CHECK | Yes | Yes | n/a | AMF00221521 AMF00221522-24 | n/a |
| 196777 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/9/2003 | (115,093) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 11934 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/9/2003 | (7,192) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 301906 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/8/2004 | (47,840) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 95708 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/8/2004 | (3,046) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |

**List of All Cash Transactions in the Shapiro Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by Trustee | | |
| 59154 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/28/2004 | 61,985 | CA | CHECK | Yes | Yes[5] | n/a | AMF00216198 | n/a |
| 16202 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 2/12/2004 | (1,026) | CW | CHECK | Yes | Yes[6] | Yes | AMF00216196 | Def 000000156-57 |
| 260203 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 3/23/2004 | 28,331 | CA | CHECK | Yes | Yes | n/a | AMF00216195 | n/a |
| 202133 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/8/2004 | (69,721) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 159088 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/8/2004 | (3,684) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 244505 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/7/2004 | (107,155) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 165538 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/7/2004 | (9,213) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 72937 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/7/2004 | (89,315) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 15557 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/7/2004 | (7,329) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 239250 | 1S0467 | NTC & CO FBO NORMA SHAPIRO (Red 1184) | 12/27/2004 | (84,859) | CW | CHECK | Yes | Yes | n/a | AMF00221503 AMF00221504-06 | n/a |
| 280171 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/7/2005 | (67,123) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 248115 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/7/2005 | (5,910) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 313748 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/7/2005 | (69,500) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 218896 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/7/2005 | (6,049) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 269078 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/7/2005 | (73,134) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 186048 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/7/2005 | (6,445) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 230384 | 1S0467 | NTC & CO FBO NORMA SHAPIRO (Reda 1184) | 8/29/2005 | 11,034 | CA | ROLLOVER CHECK | Yes | Yes | n/a | AMF00221500-02 | n/a |
| 107085 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/7/2005 | (66,482) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 196462 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/7/2005 | (5,888) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 313717 | 1S0467 | NTC & CO FBO NORMA SHAPIRO (Red 1184) | 12/23/2005 | (92,386) | CW | CHECK | Yes | Yes | n/a | AMF00221489 AMF00221491-92 | n/a |
| 52598 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/9/2006 | (106,825) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 308234 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/9/2006 | (9,323) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 13294 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 3/24/2006 | (2,470) | CW | CHECK | Yes | Yes | n/a | AMF00216194 | n/a |
| 297625 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/7/2006 | (82,723) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 213668 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/7/2006 | (7,580) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 215663 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/10/2006 | (90,792) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 262863 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/10/2006 | (8,367) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 210576 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/6/2006 | (162,095) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 114167 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/6/2006 | (14,581) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 250793 | 1S0467 | NTC & CO FBO NORMA SHAPIRO (Reda 1184) | 10/13/2006 | (100,815) | CW | CHECK | Yes | Yes | n/a | AMF00221481-86 | n/a |
| 231947 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/8/2007 | (85,843) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 266440 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/8/2007 | (7,421) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 166513 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 3/27/2007 | (2,650) | CW | CHECK | Yes | Yes | n/a | AMF00216193 | n/a |

**List of All Cash Transactions in the Shapiro Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 211170 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/4/2007 | (75,145) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 21746 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/4/2007 | (6,562) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 204926 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/6/2007 | (98,112) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 287780 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/6/2007 | (8,521) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 94353 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/4/2007 | (103,724) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 178058 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/4/2007 | (9,028) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 280782 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/29/2007 | 300,000 | CA | CHECK | Yes | Yes | n/a | AMF00216158 | n/a |
| 203459 | 1S0467 | NTC & CO FBO NORMA SHAPIRO (Red 1184) | 12/27/2007 | (112,576) | CW | CHECK | Yes | Yes | Yes | AMF00221478 | FISERV-SHAPIRO-00023 - 25; FISERV-SHAPIRO-00054 - 57; FISERV-SHAPIRO-00066 - 67; FISERV-SHAPIRO-00076 - 78 |
| 212080 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 1/8/2008 | (88,232) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 254205 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 1/8/2008 | (7,482) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 270287 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 4/7/2008 | (43,862) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 211699 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 4/7/2008 | (3,663) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 216448 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 7/7/2008 | (199,403) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 128359 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 7/7/2008 | (13,903) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 203725 | 1S0337 | NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08 | 10/6/2008 | (54,378) | CW | CHECK | Yes | Yes | n/a | AMF00216163 | n/a |
| 257143 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/6/2008 | (4,559) | CW | CHECK | Yes | Yes | n/a | AMF00216262-63 | n/a |
| 88961 | 1S0338 | TRUST U/W/O PHILIP L SHAPIRO | 10/21/2008 | (1,000) | CW | CHECK | Yes | Yes | n/a | AMF00216192 | n/a |

*Reconciliation Results[4]*

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10**.

[4] The "n/a" designation indicates where records could not be located, were not produced, and/or are otherwise unavailable.

[5] The referenced document from the BLMIS customer file related to BLMIS customer account 1S0338 (one of the Shapiro Accounts) is a copy of a BLMIS customer statement for 1S0338 for the period ending 8/31/02 with the following handwritten note: "Cust will send 61,984.65 to bring acct back to 275,000." As there is only one cash deposit transaction in the amount of $61,984.65 reflected on the customer statements for 1S0338, I have assumed that this document relates to the cash deposit transaction dated 1/28/2004.

[6] The referenced document from the BLMIS customer file related to BLMIS customer account 1S0338 (one of the Shapiro Accounts) is a handwritten letter from defendant Norma Shapiro requesting a cash withdrawal of $1,026. There is a handwritten note "ck out 2/12" indicating that this cash withdrawal occurred in February. As the only cash withdrawal in the amount of $1,026 in account 1S0338 was dated on 2/12/2004, I have assumed that this document relates to this cash withdrawal transaction. Further, I noted that the date of the facsimile stamp is 1/1/2002, which I have assumed is an error, as there are no cash withdrawals for $1,026 from 1S0338 during January 2002.