# EXHIBIT 8

*Mrs. Norma Shapiro*
# Redacted

October 16, 2008

**VIA FAX: (212) 838-4061**

Mr. Frank DiPascali
Bernard L. Madoff
885 Third Avenue
New York, NY 10022

Dear Mr. DiPascali:

Please accept this letter as authorization to issue a check made payable to Trust UWO Philip Shapiro in the amount of $ 1,000 from account number 1-S0338.

Please forward the check to the address noted on this letterhead.

Thank you for your prompt attention to this matter.

Sincerely,

*Norma Shapiro* 10/17/08
Norma Shapiro, Trustee

AMF00216192