# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06      1
[Redacted]
[Redacted]
[Redacted]                                                1-H0024-3-0    [Redacted]


                              BALANCE FORWARD                        507,780.46
12/01                         INTEL CORP                 DIV                        1,789.20
                              DIV 11/07/06 12/01/06
12/01                         WELLS FARGO & CO NEW       DIV                        2,892.96
                              DIV 11/03/06 12/01/06
12/05                         PFIZER INC                 DIV                        5,443.20
                              DIV 11/10/06 12/05/06
12/11                         CHEVRON CORP               DIV                        3,538.08
                              DIV 11/17/06 12/11/06
12/11                         EXXON MOBIL CORP           DIV                        5,886.72
                              DIV 11/13/06 12/11/06
12/11                         INTERNATIONAL BUSINESS MACHS  DIV                     1,436.40
                              DIV 11/10/06 12/09/06
12/11                         UNITED TECHNOLOGIES CORP   DIV                          801.36
                              DIV 11/17/06 12/10/06
12/12                         JOHNSON & JOHNSON          DIV                        3,402.00
                              DIV 11/28/06 12/12/06
12/14                         HOME DEPOT INC             DIV                        1,417.50
                              DIV 11/30/06 12/14/06
12/14                         MICROSOFT CORP             DIV                        2,671.20
                              DIV 11/16/06 12/14/06
12/15                         AMERICAN INTL GROUP INC    DIV                        1,330.56
                              DIV 12/01/06 12/15/06
12/15                         COCA COLA CO               DIV                        1,953.00
                              DIV 12/01/06 12/15/06

                              CONTINUED ON PAGE    2
```

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]




12/15                           TIME WARNER INC              DIV                  693.00
                                DIV 11/30/06 12/15/06
12/15                           WACHOVIA CORP NEW            DIV                3,386.88
                                DIV 11/30/06 12/15/06
12/21          15,372   1842    CITI GROUP INC            54.580              838,389.76
12/21           3,528   3842    SCHLUMBERGER LTD          67                  236,235.00
12/21           6,300   6092    COMCAST CORP              43.140              271,530.00
                                CL A
12/21          12,096   8092    AT&T INC                  35.810              432,674.76
12/21          19,152  10342    CISCO SYSTEMS INC         27.730              530,318.96
12/21          12,600  12342    TIME WARNER INC           21.710              273,042.00
12/21           6,804  14592    CHEVRON CORP              75.110              510,776.44
12/21           3,276  16592    UNITED PARCEL SVC INC     76.630              250,908.88
                                CLASS B
12/21          32,004  18842    GENERAL ELECTRIC CO       37.630            1,203,030.52
12/21           3,024  20806    UNITED TECHNOLOGIES CORP  62.410              188,607.84
12/21           1,260  23092    GOLDMAN SACHS GROUP INC  201.700              254,092.00
12/21           6,048  25024    WACHOVIA CORP NEW         57.430              347,095.64
12/21           6,300  27342    HOME DEPOT INC            40.080              252,252.00
12/21          10,332  29274    WELLS FARGO & CO NEW      35.750              368,956.00
12/21           8,568  31592    HEWLETT PACKARD CO        40.020              342,549.36
12/21           7,560  33524    WAL-MART STORES INC       46.640              352,296.40
12/21           4,788  35842    INTERNATIONAL BUSINESS MACHS 95.800           458,499.40
12/21          18,396  37774    EXXON MOBIL CORP          76.800            1,412,077.80
12/21          17,892  40092    INTEL CORP                21.100              376,806.20

                                CONTINUED ON PAGE    3
```

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0       [Redacted]



12/21                  9,072 44342  JOHNSON & JOHNSON         66.780                    605,466.16
12/21                 10,584 48591  J.P. MORGAN CHASE & CO    48.410                    511,948.44
12/21                  6,300 52841  COCA COLA CO              48.990                    308,385.00
12/21                  2,772 57091  MERRILL LYNCH & CO INC    91.960                    254,803.12
12/21                  6,552 61341  ALTRIA GROUP INC          85.910                    562,620.32
12/21                  6,804 65591  MERCK & CO                44                        299,104.00
12/21                  3,276 69841  MORGAN STANLEY            80.620                    263,980.12
12/21                 26,712 74091  MICROSOFT CORP            30.110                    803,230.32
12/21                  4,788 80642  ABBOTT LABORATORIES       48.170                    230,446.96
12/21                  8,064 84881  AMERICAN INTL GROUP INC   72.790                    586,656.56
12/21                 12,600 86841  ORACLE CORPORATION        18.050                    226,926.00
12/21                  3,528 89131  AMGEN INC                 70.630                    249,041.64
12/21                  5,040 91091  PEPSICO INC               63.210                    318,377.40
12/21                  3,780 93359  AMERICAN EXPRESS COMPANY  62.270                    235,229.60
12/21                 22,680 95341  PFIZER INC                25.870                    585,824.60
12/21                 14,112 97591  BANK OF AMERICA           53.690                    757,109.28
12/21                  9,828 99591  PROCTER & GAMBLE CO       64.120                    629,778.36
12/21  16,250,000           42168   U S TREASURY BILL         99.063    16,097,737.50
                                    DUE 3/01/2007
                                          3/01/2007
12/21      15,617           46409   FIDELITY SPARTAN          1             15,617.00
                                    U S TREASURY MONEY MARKET
12/22                               BANK OF AMERICA           DIV                         7,902.72
                                    DIV 12/01/06 12/22/06
12/29                               FIDELITY SPARTAN          DIV                           110.86
                                    U S TREASURY MONEY MARKET
                                    DIV 12/29/06
```

CONTINUED ON PAGE    4

MDPTPP03456819

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06           4
[Redacted]
[Redacted]
[Redacted]                                                   1-H0024-3-0      [Redacted]


12/29                                     TRANS FROM 40 ACCT        JRNL                    292,069.00

12/29    8,375,000              2281 U S TREASURY BILL              98.682     8,264,617.50
                                     DUE 4/5/2007
                                               4/05/2007
12/29       10,001              6854 FIDELITY SPARTAN                 1           10,001.00
                                     U S TREASURY MONEY MARKET
12/29                 41,231   83587 FIDELITY SPARTAN                 1                        41,231.00
                                     U S TREASURY MONEY MARKET
12/29             16,600,000   88904 U S TREASURY BILL              99.166                 16,461,556.00
                                     DUE 3/01/2007
                                               3/01/2007
12/29    8,375,000             97809 U S TREASURY BILL              98.780     8,272,825.00
                                     DUE 3/29/2007
                                               3/29/2007

                                     NEW BALANCE                                                     .02

                                     SECURITY POSITIONS          MKT PRICE
           10,001                    FIDELITY SPARTAN                 1
                                     U S TREASURY MONEY MARKET
        8,375,000                    U S TREASURY BILL              98.780
                                     DUE 3/29/2007
                                               3/29/2007
        8,375,000                    U S TREASURY BILL              98.682
                                     DUE 4/5/2007
                                               4/05/2007

                                     MARKET VALUE OF SECURITIES
                                          LONG              SHORT
                                     16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                              12/31/06          5
[Redacted]
[Redacted]
[Redacted]                              1-H0024-3-0    [Redacted]


                        YEAR-TO-DATE SUMMARY

            DIVIDENDS                                          285,425.85
            GROSS PROCEEDS FROM SALES                      141,072,172.20
```

MDPTPP03456821