# EXHIBIT 2

| 4/30/95 REDACTED | | | | | | 1-H0024-3-0 | | 1 | |
|---|---|---|---|---|---|---|---|---|---|

| T/DT | S/DT | LONG | SHORT | | | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | | 216,440.40 |
| 4/03 | 4/03 | | | CHECK | | | CW | 200,000.00 | |
| 4/03 | 4/03 | | | AMERICAN INTL GROUP INC | | | DIV | | 196.08 |
| | | | | DIV 3/03/95 3/17/95 | | | | | |
| 4/03 | 4/03 | | | COCA COLA CO | | | DIV | | 1,705.00 |
| | | | | DIV 3/15/95 4/01/95 | | | | | |
| 4/03 | 4/03 | | | EASTMAN KODAK CO | | | DIV | | 744.00 |
| | | | | DIV 3/01/95 4/03/95 | | | | | |
| 4/03 | 4/03 | | | MERCK & CO | | | DIV | | 2,232.00 |
| | | | | DIV 3/09/95 4/03/95 | | | | | |
| 4/03 | 4/03 | | | SEARS ROEBUCK & CO | | | DIV | | 744.00 |
| | | | | DIV 2/28/95 4/03/95 | | | | | |
| 4/12 | 4/12 | | | HEWLETT PACKARD CO | | | DIV | | 421.50 |
| | | | | DIV 3/22/95 4/12/95 | | | | | |
| 4/17 | 4/17 | | | CHRYSLER CORP | | | DIV | | 744.00 |
| | | | | DIV 3/15/95 4/14/95 | | | | | |
| 4/17 | 4/17 | | | WAL-MART STORES INC | | | DIV | | 655.70 |
| | | | | DIV 3/21/95 4/14/95 | | | | | |
| 4/13 | 4/21 | 1405 | 57406 | HEWLETT PACKARD CO | 123 | 1/2 | | | 173,517.50 |
| 4/17 | 4/24 | 9673 | 102 | AT & T CORP | 51 | 3/8 | | | 496,950.38 |
| 4/17 | 4/24 | 5776 | 2453 | FORD MOTOR COMPANY | 27 | 3/8 | | | 158,118.00 |
| 4/17 | 4/24 | 9836 | 4808 | GENERAL ELECTRIC CO | 55 | 1/4 | | | 543,439.00 |
| 4/17 | 4/24 | 4371 | 7162 | GENERAL MOTORS CORP | 43 | 7/8 | | | 191,777.63 |
| 4/17 | 4/24 | 3279 | 9517 | INTERNATIONAL BUSINESS MACHS | 87 | 7/8 | | | 288,142.13 |
| 4/17 | 4/24 | 2343 | 11872 | INTEL CORP | 96 | | | | 224,928.00 |
| 4/17 | 4/24 | 3747 | 14224 | JOHNSON & JOHNSON | 61 | 7/8 | | | 231,845.63 |
| 4/17 | 4/24 | 4059 | 16579 | MCDONALDS CORP | 35 | 3/8 | | | 143,587.13 |
| 4/17 | 4/24 | 2497 | 18934 | MINNESOTA MNG & MFG CO | 58 | 3/8 | | | 145,762.38 |
| 4/17 | 4/24 | 2186 | 21289 | MOBIL CORP | 90 | | | | 196,740.00 |
| 4/17 | 4/24 | 7491 | 23643 | MERCK & CO | 43 | 5/8 | | | 326,794.88 |
| 4/17 | 4/24 | 4838 | 28351 | PEPSICO INC | 40 | 3/4 | | | 197,148.50 |
| 4/17 | 4/24 | 1874 | 30706 | SEARS ROEBUCK & CO | 52 | 1/2 | | | 98,385.00 |
| 4/17 | 4/24 | 13114 | 35132 | WAL-MART STORES INC | 25 | 3/8 | | | 332,767.75 |
| 4/17 | 4/24 | 7180 | 37487 | EXXON CORP | 67 | 5/8 | | | 485,547.50 |
| 4/17 | 4/24 | 1718 | 64807 | AMERICAN INTL GROUP INC | 104 | 3/4 | | | 179,960.50 |
| 4/17 | 4/24 | 3122 | 67162 | AMERITECH CORP | 43 | 7/8 | | | 136,977.75 |
| 4/17 | 4/24 | 2964 | 69517 | AMOCO CORP | 62 | 1/2 | | | 185,250.00 |
| 4/17 | 4/24 | 936 | 71872 | ATLANTIC RICHFIELD CO | 115 | 1/8 | | | 107,757.00 |
| 4/17 | 4/24 | 1874 | 74227 | BOEING CO | 55 | 3/8 | | | 103,772.75 |
| 4/17 | 4/24 | 2029 | 76566 | BANKAMERICA CORP | 49 | 1/4 | | | 99,928.25 |
| 4/17 | 4/24 | 2498 | 78908 | BELL ATLANTIC CORP | 54 | | | | 134,892.00 |
| 4/17 | 4/24 | 2811 | 81263 | BRISTOL MYERS SQUIBB COMPANY | 64 | | | | 179,904.00 |

CONTINUED ON PAGE 2

MF00183202

| 4/30/95 REDACTED | | | | | | 1-H0024-3-0 | 2 |
|---|---|---|---|---|---|---|---|
| 4/17 | 4/24 | | 1874 | 83618 | CHRYSLER CORP | 48 3/8 | 90,654.75 |
| 4/17 | 4/24 | | 2340 | 85973 | CITICORP | 47 3/8 | 110,857.50 |
| 4/17 | 4/24 | | 3903 | 88327 | DU PONT E I DE NEMOURS & CO | 62 1/8 | 242,473.88 |
| 4/17 | 4/24 | | 3121 | 90682 | THE WALT DISNEY CO | 54 5/8 | 170,484.63 |
| 4/17 | 4/24 | | 1561 | 93037 | DOW CHEMICAL CO | 72 1/8 | 112,587.13 |
| 4/17 | 4/24 | | 1873 | 95392 | EASTMAN KODAK CO | 53 1/8 | 99,503.13 |
| 4/17 | 4/24 | | 7803 | 97746 | COCA COLA CO | 58 | 452,574.00 |
| 4/24 | 4/24 | | | | FIDELITY CASH RESERVES SBI DIV 4/24/95 | DIV | 256.26 |
| 4/24 | 4/24 | | 67848 | 40953 | FIDELITY CASH RESERVES SBI | 1 | 67,848.00 |
| 4/25 | 4/25 | | | | GENERAL ELECTRIC CO DIV 3/07/95 4/25/95 | DIV | 4,003.65 |
| 4/21 | 4/28 | 3618 | | 368 | MCI COMMUNICATIONS CORP | 22 | 79,596.00 |
| 4/21 | 4/28 | 2144 | | 2735 | MINNESOTA MNG & MFG CO | 58 1/2 | 125,424.00 |
| 4/21 | 4/28 | 2010 | | 5102 | MOBIL CORP | 92 | 184,920.00 |
| 4/21 | 4/28 | 6700 | | 7469 | MERCK & CO | 42 1/8 | 282,237.50 |
| 4/21 | 4/28 | 4154 | | 14570 | PEPSICO INC | 40 1/2 | 168,237.00 |
| 4/21 | 4/28 | 2010 | | 16937 | SEARS ROEBUCK & CO | 53 1/2 | 107,535.00 |
| 4/21 | 4/28 | 1206 | | 19304 | SCHLUMBERGER LTD | 62 7/8 | 75,827.25 |
| 4/21 | 4/28 | 3350 | | 21671 | SOUTHERN CO | 21 | 70,350.00 |
| 4/21 | 4/28 | 8174 | | 24038 | AT & T CORP | 49 1/2 | 404,613.00 |
| 4/21 | 4/28 | 12194 | | 26405 | WAL-MART STORES INC | 24 3/8 | 297,228.75 |
| 4/21 | 4/28 | 6432 | | 28772 | EXXON CORP | 69 1/4 | 445,416.00 |
| 4/21 | 4/28 | 1608 | | 43559 | AMERICAN INTL GROUP INC | 103 | 165,624.00 |
| 4/21 | 4/28 | 2814 | | 45926 | AMERITECH CORP | 44 | 123,816.00 |
| 4/21 | 4/28 | 2546 | | 48293 | AMOCO CORP | 64 | 162,944.00 |
| 4/21 | 4/28 | 804 | | 50660 | ATLANTIC RICHFIELD CO | 115 1/2 | 92,862.00 |
| 4/21 | 4/28 | 2546 | | 53027 | AMERICAN EXPRESS COMPANY | 35 | 89,110.00 |
| 4/21 | 4/28 | 1742 | | 55394 | BOEING CO | 55 1/4 | 96,245.50 |
| 4/21 | 4/28 | 1876 | | 57761 | BANKAMERICA CORP | 49 3/4 | 93,331.00 |
| 4/21 | 4/28 | 2278 | | 60128 | BELL ATLANTIC CORP | 53 3/4 | 122,442.50 |
| 4/21 | 4/28 | 2680 | | 62495 | BRISTOL MYERS SQUIBB COMPANY | 64 1/8 | 171,355.00 |
| 4/21 | 4/28 | 1876 | | 64862 | CHRYSLER CORP | 44 1/2 | 83,482.00 |
| 4/21 | 4/28 | 2010 | | 67229 | CITICORP | 46 3/4 | 93,967.50 |
| 4/21 | 4/28 | 2814 | | 69596 | DU PONT E I DE NEMOURS & CO | 63 | 177,282.00 |
| 4/21 | 4/28 | 2680 | | 71963 | THE WALT DISNEY CO | 54 1/2 | 146,060.00 |
| 4/21 | 4/28 | 1340 | | 74330 | DOW CHEMICAL CO | 70 | 93,800.00 |
| 4/21 | 4/28 | 1742 | | 76697 | EASTMAN KODAK CO | 56 5/8 | 98,640.75 |
| 4/21 | 4/28 | 5360 | | 79064 | FORD MOTOR COMPANY | 27 | 144,720.00 |
| 4/21 | 4/28 | 8978 | | 81431 | GENERAL ELECTRIC CO | 54 3/8 | 488,178.75 |
| 4/21 | 4/28 | 3886 | | 83798 | GENERAL MOTORS CORP | 43 3/8 | 168,555.25 |
| 4/21 | 4/28 | 2680 | | 86165 | HEWLETT PACKARD CO | 63 3/4 | 170,850.00 |
| 4/21 | 4/28 | 3082 | | 88532 | INTERNATIONAL BUSINESS MACHS | 89 3/8 | 275,453.75 |
| 4/21 | 4/28 | 2144 | | 90899 | INTEL CORP | 92 3/4 | 198,856.00 |
| 4/21 | 4/28 | 3350 | | 93266 | JOHNSON & JOHNSON | 63 | 211,050.00 |

CONTINUED ON PAGE    3

MF00183203

4/30/95 REDACTED                                                       1-H0024-3-0              3

| 4/21 | 4/28 | 6700  | 95633 COCA COLA CO            | 57 3/8 | 384,412.50 |          |
|------|------|-------|-------------------------------|--------|------------|----------|
| 4/21 | 4/28 | 3618  | 98000 MCDONALDS CORP          | 34 3/4 | 125,725.50 |          |
| 4/28 | 4/28 |       | DOW CHEMICAL CO               | DIV    |            | 1,014.65 |
|      |      |       | DIV 3/31/95 4/28/95           |        |            |          |
| 4/28 | 4/28 | 38434 | 33529 FIDELITY CASH RESERVES SBI | 1   | 38,434.00  |          |

                                        NEW BALANCE                                  480,951.42

|                              | SECURITY POSITIONS |       | LONG       | SHORT | DIFFERENCE |
|------------------------------|--------------------|-------|------------|-------|------------|
| AT & T CORP                  |                    | 8174  | 404,613.00 |       | 404,613.00 |
| AMERICAN EXPRESS COMPANY     |                    | 2546  | 89,110.00  |       | 89,110.00  |
| AMERICAN INTL GROUP INC      |                    | 1608  | 165,624.00 |       | 165,624.00 |
| AMERITECH CORP               |                    | 2814  | 123,816.00 |       | 123,816.00 |
| AMOCO CORP                   |                    | 2546  | 162,944.00 |       | 162,944.00 |
| ATLANTIC RICHFIELD CO        |                    | 804   | 92,862.00  |       | 92,862.00  |
| BANKAMERICA CORP             |                    | 1876  | 93,331.00  |       | 93,331.00  |
| BELL ATLANTIC CORP           |                    | 2278  | 122,442.50 |       | 122,442.50 |
| BOEING CO                    |                    | 1742  | 96,245.50  |       | 96,245.50  |
| BRISTOL MYERS SQUIBB COMPANY |                    | 2680  | 171,855.00 |       | 171,855.00 |
| CHRYSLER CORP                |                    | 1876  | 83,482.00  |       | 83,482.00  |
| CITICORP                     |                    | 2010  | 93,967.50  |       | 93,967.50  |
| COCA COLA CO                 |                    | 6700  | 384,412.50 |       | 384,412.50 |
| THE WALT DISNEY CO           |                    | 2680  | 146,060.00 |       | 146,060.00 |
| DOW CHEMICAL CO              |                    | 1340  | 93,800.00  |       | 93,800.00  |
| DU PONT E I DE NEMOURS & CO  |                    | 2814  | 177,282.00 |       | 177,282.00 |
| EASTMAN KODAK CO             |                    | 1742  | 98,640.75  |       | 98,640.75  |
| EXXON CORP                   |                    | 663   | 445,416.00 |       | 445,416.00 |
| FIDELITY CASH RESERVES SBI   |                    | 384   | 38,434.00  |       | 38,434.00  |
| FORD MOTOR COMPANY           |                    | 5360  | 144,720.00 |       | 144,720.00 |
| GENERAL ELECTRIC CO          |                    | 8978  | 488,178.75 |       | 488,178.75 |
| GENERAL MOTORS CORP          |                    | 886   | 168,555.25 |       | 168,555.25 |
| HEWLETT PACKARD CO           |                    | 2680  | 170,850.00 |       | 170,850.00 |
| INTEL CORP                   |                    | 2144  | 198,856.00 |       | 198,856.00 |
| INTERNATIONAL BUSINESS   S   |                    | 3082  | 275,453.75 |       | 275,453.75 |
| JOHNSON & JOHNSON            |                    | 3350  | 211,050.00 |       | 211,050.00 |
| MCI COMMUNICATIONS CORP      |                    | 3618  | 79,596.00  |       | 79,596.00  |
| MCDONALDS CORP               |                    | 3618  | 125,725.50 |       | 125,725.50 |
| MERCK & CO                   |                    | 6700  | 282,237.50 |       | 282,237.50 |
| MINNESOTA MNG & MFG CO       |                    | 2144  | 125,424.00 |       | 125,424.00 |

CONTINUED ON PAGE    4

MF00183204

MF00183205

| | | | |
|---|---|---|---|
| 4/30/95 REDACTED | | 1-H0024-3-0 | 4 |

| | | | |
|---|---|---|---|
| MOBIL CORP | 2010 | 184,920.00 | 184,920.00 |
| PEPSICO INC | 4154 | 168,237.00 | 168,237.00 |
| SCHLUMBERGER LTD | 1206 | 75,827.25 | 75,827.25 |
| SEARS ROEBUCK & CO | 2010 | 107,535.00 | 107,535.00 |
| SOUTHERN CO | 3350 | 70,350.00 | 70,350.00 |
| WAL-MART STORES INC | 12194 | 297,228.75 | 297,228.75 |
| | END OF POSITIONS | 6,259,082.50 | 480,951.42CR |