# EXHIBIT 9

```
                        0 ·   *

         6 3 , 8 6 4 · 4 2   +
                1 3 · 9 9   +
         6 3 , 8 7 8 · 4 1   *

         6 3 , 8 7 8 · 4 1   ÷
                8 3 · 8 7 5   =
                7 6 1 · 5 9   *

                8 3 · 8 7 5   ×
                    7 6 1 ·   =
         6 3 , 8 2 8 · 8 8   + I
         6 3 , 8 2 8 · 8 8   ×
                0 · 0 2 5   =
          1 , 5 9 5 · 7 2   *

          1 , 5 9 5 · 7 2   ÷
                      4 ·   ×
                      8 ·   =
          3 , 1 9 1 · 4 4   *

          3 , 1 9 1 · 4 4   + I
                7 6 1 ·   ×
                2 · 2 5   =
          1 , 7 1 2 · 2 5   *

          1 , 7 1 2 · 2 5   ×
                0 · 0 3 1 2 5   =
                5 3 · 5 1   + I
         6 7 , 0 7 3 · 8 3   ◊ I
         6 7 , 0 7 3 · 8 3   ÷
          1 , 7 1 2 · 2 5   =
                3 9 · 1 7   *

                3 9 · 2 5   ×
          1 , 7 1 2 · 2 5   =
         6 7 , 2 0 5 · 8 1   − I
                1 3 1 · 9 8 − * I

                1 3 1 · 9 8 − ÷
                0 · 1 2 5   =
          1 , 0 5 5 · 8 4 − *

          1 , 7 1 2 · 0 0   +
          1 , 0 5 2 · 0 0   −
                6 6 0 · 0 0   *
```

MADTSS00401002

Lipkin                                              56 180.81          80

| | | | | | |
|---|---|---|---|---|---|
| ● 1/21 Res Oil | 56 172.00 | 58 279.13 | 6  2½  3/10 | | 8.81 |
| 2107.13 | | | INA | | |
| 3/13 INA | 58 268.25 | 61,181.80 | 8  2½  5/1 | | 79.69 |
| 5/8 Heinz | 61 187.50 | 63 864.42 | 7  2½  7/1 | | 73.99 |
| 2676.92 | | | Aetna | | |
| 6/30 Aetna | 63 828.88 | 67 020.76 | 8  2½  9/1 | | 49.53 |
| 3,191.88 | | | Amex | | |
| 9/5 Amex | 67 008 — | 70 358.40 | 8  2½  10/30 | | 62.29 |
| 3350.40 | | | Rockwell | | |
| 10/30 Rockwell | 70 404.75 | 73 925.41 | 8  2½  12/31 | 15.94 | |
| 3520.66 | | | Tomerson | | |
| 12/31 Check | 10 000 — | | " | | |
| Check ⊕. | | 5000 — | " | | |
| | | | | | |
| | | | 68 941.35 | | |

MADTSS00400966



MADTSS00401003

```
                    0 ·    *

    61,201·49  ÷
            27·5  =
     2,225·51  *

            27·5  ×
         2,225·  =
    61,187·50  +I
    61,187·50  ×
         0·025  =
     1,529·69  *

     1,529·69  ÷
             4·  ×
             7·  =
     2,676·96  *

     2,676·96  +I
         2,225·  ×
         0·75  =
     1,668·75  *

     1,668·75  ×
       0·03125  =
           52·15  +I
    63,916·61  ◊I
    63,916·61  ÷
     1,668·75  =
           38·30  *

        38·375  ×
     1,668·75  =
    64,038·28  -I
       121·67 -*I

       121·67 -÷
         0·125  =
       973·36 -*

     1,668·00  +
       973·00  -
       695·00  *
```





MADTSS00400988



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX    235130
WATS (800) 221-2242

MEMBERS
NASD    NSCC    SIAC    DTC    SIPC

COMPARISON DUPLICATE



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
SECDEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX  235130
WATS (800) 221-2242

WE HAVE THIS DAY  Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| FRACTIONAL SHARES | HEINZ | 28.67 |
|---|---|---|

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heing

2225   27½      61.187.50

973      38¼      37217.25
                      30  41
                  ────────
                    37186.84

695 · 38⅜ = 26670.63
                      21.72
                  ────────
                    26648.91

7 = 28,67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PERIOD ENDING | PAGE |
|---|---|---|---|
| | | 12/31/80 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | |
| 21 | 1502 | | | RESERVE OIL & GAS | | | |
| 22 | | 653 | | $1.75 PFD | 46 1/2 | 56,172.90 | 21,528.59 |
| 22 | 110 | | | RESERVE OIL & GAS COM | 33 | | 36,734.06 |
| 30 | 110 | | | RESERVE OIL & GAS COM | 33 1/8 | | 16,16.00 |
| 30 | 714 | | | RESERVE OIL & GAS COM | | | 21,308.44 |
| 31 | 1330 | | | INA CORP | 29 7/8 | | 39,858.44 |
| | | | | INA CORP | 30 | | 14.02 |
| | 2726 | | | INA CORP $1.90 PFD | 21 3/8 | 58,268.25 | |
| | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | 761 | | | HEINZ COM | 38 | | 26.67 |
| | 1330 | 1052 | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | 41,126.52 |
| | | 660 | | AETNA LIFE COM | 39 1/8 | | 25,884.37 |
| | | 2 | | AETNA LIFE CTS. | 39 1/4 | | 9.77 |
| | | 521 | | AETNA LIFE COM. | 51 1/4 | | 26,684.97 |
| | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | | AMAX INC. | | | 31.24 |
| | | | | AMAX INC. | | | |
| | | | | AMAX INC. $3. PFD | 64 | 67,008.00 | |
| | 1816 | | | ROCKWELL INT'L | 34 1/8 | | 61,936.58 |
| | 350 | | | ROCKWELL INT'L | 34 1/4 | | 11,980.50 |
| | | | | ROCKWELL INC. | | | 10.23 |
| | | | | RESERVE OIL $2.00 PFD | 50 1/4 | 10,606.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.93 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

HJ Heinz 170    3rd (Vs )

TP = 35 C

| | |
|---|---|
| 4/9/79 - 5/18 D | IP = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/4/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/2/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/22/80 - 1/20/81 | ~~4/14~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515