# EXHIBIT 25



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

Exhibit 25

EACH UNIT = 10,040

SCHUPT

| Acct # | NAME | UNITS | NEED | WHY |
|---|---|---|---|---|
| ZR211 | EILEEN | 1.5 | 15 | SHUPT |
| C1277 | J.L IRA | 2.0 | 20 | S |
| B0136 | JUDY | 1.5 | 15 | S |
| B0227 | JUDY IRA | 1.5 | 15 | S |
| ZB480 | PEG | .8 | 8 | S |
| ZB482 | PAM | .5 | 5 | S |
| R0426 | RITA | 1.5 | 15 | S |
| C1310 | JC PENS | X | (3) | LOSS FOR TAXES |
| 50431 | MYRA | 1.0 | 10 | S |
| L0174 | MERYL | .8 | 8 | S |
| D0020 | DOLINSKI | .8 | 8 | S |
| L0205 | GREGORY | .5 | 5 | S |
| L0214 | DEVON | .2 | 2 | S |
| L0157 | RUSSELL | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | AS PER DAVID K |
| D0028 | CARMEN | 5.0 | 55 | S |
| W0057 | WEISSER | 3.0 | 30 | REQUIRED |
| ZR179 | MEND | 21.5 | 215 | REQ |
| ZB032* | MAYFAIR | 319.0 | 3190 | 2600 EXTRA P+L + to BRING to 11% |
| ZA924 | LEVY AARON | 7.8 | 78 | REQ |
| ZR165 | ABE K | 1.4 | 14 | REQ |
| ZR172 | SEY K | 1.4 | 14 | REQ |
| ZR097 | Rhoda GAGA | .4 | 4 | REQ |
| ZB143 | ED JELRIS | 11.6 | 116 | REQ |
| ZR010 | Rich GLANTZ | 9.8 | 98 | REQ |
| ZB348 | SPERLING | 1.0 | 10 | REQ |
| ZA041 | MANN E | .6 | 6 | REQ |
| ZA210 | MANN P | .6 | 6 | REQ |
| L0124 | NOEL | 38.5 | 385 | 1/2% CAP  CAP = 77 AM from his List |
| E0116* | MANSRA | 92.2 | 822 | 300 EXTRA P+L + to BRING to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | 12B032 NEED 50 |
| 133 | NEED 129 | | | 12B046 NEED 485 |
| 155 | NEED 109 | 522 | | 12B249 NEED 55 |
| 159 | NEED 61 | | | 2600 + 590 = (3190) |
| | 300 + 522 = (822) | | | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115

4031

P4 OF 11

SCHUPT

EACH UNIT MADE 10,040

| Acct | Name | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | Eileen | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PEAS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | 45 PER DLK |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | 30 | REQUIRED |
| 12R179 | MEND | 215 | | 215 | REQ |
| 12B032 | MAY | *6728 | | 2600 | + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | 78 | REQ |
| 12R165 | ABE K | 14 | | 14 | REQ |
| 12R172 | SEY K | 14 | | 14 | REQ |
| 12R097 | RHODA G | 4 | | 4 | REQ |
| 12B143 | ED JELRIS G | 116 | | 116 | REQ |
| 12R010 | Rich G | 98 | | 98 | REQ |
| 12B348 | 2 PEARLING | 10 | | 10 | REQ |
| 12A041 | MARV E | 6 | | 6 | REQ |
| 12A210 | MARV PLOT | 6 | | 6 | REQ |
| 1L0124 | NOEL | 385 | | (1/2% of CAP) BEEN DOING 750 THEN 375 LAST YR | |
| 1E0116* | MARJO | *1264 | | 300 + BRING ACCTS to 1% | |

Move to SPEC

WORK CAP FROM
LAST = 3.77 MM

BLM → 11%

1E0156  NEED 90
*1E0116 NEED 170
1E0133 NEED 162
1E0153 NEED 140
1E0159    200

964 + 300 = 1264

@13%

12B032   NEED 540
12B046   NEED 2684
12B249   NEED 904
EXTRA → 2600 ⇒ A128

BRING TO 14%

MADTSS01124117
MADTSS01124117

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

(.446 EACH)   Comments

| ACCT # | NAME | # NEEDED | WHY | UNITS | ETC... |
|---|---|---|---|---|---|
| 10.0002 650 | O'HARA F.P | 21 | SCHOPT ✓ | 14.0 | |
| 10.0013 147 | BERN IRA | 4⁴ | sch ✓ | 3.0 | |
| 10.0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | 12B542 |
| 1P0111 275 | G+S JOINT | 3 | sch ✓ | 2.0 | 12R285 |
| 1C1094 X | EILEEN | 4 | sch ✓ | 3.0 | 12R310 |
| 1C1277 27 | JODI IRA | 10 | sch ✓ | 7.0 | |
| 1B0136 160 | JUDY | 13 | sch ✓ | 9.0 | |
| 1B0227 264 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| 12B480 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| 12B482 116 | PAM | 4 | sch ✓ | 3.0 | |
| 12R211 151 | EILEEN IRA | 6 | sch ✓ | 4.0 | |
| 1S0008 | J. SALA + DEBI | 14 | PAST PERSON ACCT N/W ✓ | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 | ASHA | 7 | PAST PERFORMANCE ACCT N/W ✓ | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 | RUSS | 6 | sch ✓ | 4.0 | |
| 1L0205 | GREGORY | 5 | sch ✓ | 4.0 | |
| 1L0214 | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 | D.E.F | 5 | sch ✓ | 4.0 | |
| 1L0174 | MERRYL | 7 | sch ✓ | 5.0 | |
| 1S0431 | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 200/231 X | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE TIME DEAL |
| 1R0126 166 | RITA | 15 | sch ✓ | 10.0 | |
| 1D0070 | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 | MENDELOW S | 215 / 107.5 | REQ ✓ | 75.0 | |
| 12R180 | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 for '04

$392  KARY / KOO17 ADDED  64,260  MARCH OT for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| ACCT # | NAME | $ NEEDED | WHY? | | MKT EACH UNIT | COMMENTS ETC... |
|---|---|---|---|---|---|---|
| 12A9240 | JOEL LEVY | 78 | REQ | ✓ | 54.0 | |
| 12R1650 | ABE KLEINMAN | 14 | REQ | ✓ | 10.0 | |
| 12R1720 | SEYMORE KLEINMAN | 14 | REQ | ✓ | 10.0 | |
| 12R0970 | RHODA GAAA | 4 | REQ | ✓ | 3.0 | |
| 12B1430 | JECRIS | 116 | REQ | ✓ | 80.0 | |
| 12R0100 | R. GLATZ IRA | 98 | REQ | ✓ | 68.0 | |
| 12B3480 | JERRY SPERLING | 10 | REQ | ✓ | 7.0 | |
| 12A0410 | MARJ ENG | 6 | REQ | ✓ | 4.0 | |
| 12A2100 | MARJ PLATEIS | 6 | REQ | ✓ | 4.0 | |
| 1C01240 | NOEL LEVINE | 362 | w/e @ 12% LIST | | 250.0 | 72.4 CAP @ 1/2% |
| | | | | | | |
| 1E01650 | ENGLER GRAT | 20 | needs to be 11% | ✓ | 14.0 | GOES TO 11% |
| 1E01560 | ENGLER QTIP ✓ | 21 | | ✓ | 14.0 | 300 EXTRA 116 |
| 1E01160 | MARJA ✓ | 10 (300 EXTRA PUT HERE) | | ✓ | 7.0 | |
| 1E01330 | MARJA ✓ | 31 | FIXED | ✓ | 21.0 | |
| 1E01550 | ENGLER F.T ✓ | 26 | 305 + 300,160 | ✓ | 18.0 | |
| 1E01590 | MARJA IRA ✓ | 30 | p+c | ✓ | 21.0 | |
| FRANK ↓ | | S/B 660,000 PUT SP IN 2005 | | DID | $600,000 JAN '05 DONE | |
| 12B0460 | GROSVENOR | 66,000 | | ✓ | 46.0 | |
| 12B0320 | MAYFAIR P.P. | 108,000 + 1680 ASPEN F.A = 1785000 | | ✓ | 1235.0 | |
| 12B2490 | MAYFAIR Bsd | 270,000 | | ✓ | 187.0 | |
| 12B5090 | ASTER | 42,000 | | ✓ | 29.0 | |
| 12B2620 | STRATTHAM | 26,000 | | ✓ | 18.0 | |
| 12A8790 | KEN TOAD | 20,000 | | ✓ | 14.0 | |
| 12B5100 | ST JAMES | 42000 | | ✓ | 29.0 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY 1370 | COMM |
|---|---|---|---|---|
| 100002 X | | 25 | 19 | to 14 |
| 100013 X | | 7 | 5 | |
| 100018 X | | 6 | 5 | |
| 1P0111 X | | 10 | 8 | |
| 1C1094 X | | 4 | 3 | |
| 1C1277 X | | 30 | 22 | |
| 1B0136 X | | 15 | 11 | |
| 1B0227 X | | 25 | 19 | |
| 12B480 X | | 16 | 12 | |
| 12B482 X | | 7 | 5 | |
| 12R211 X | | 10 | 8 | |
| 1S0008 0 low 2005 | | 10 | 8 | |
| 1R0186 ✓ | | 5 | 4 | |
| 1L0157 ✓ | | 6 | 5 | |
| 1L0205 ✓ | | 6 | 5 | |
| 1L0214 ✓ | | 4 | 3 | |
| 1D0020 ✓ | | 7 | 5 | |
| 1L0174 ✓ | | 6 | 5 | |
| 1S0431 ✓ | | 8 | 6 | |
| 1M0200 ✓ | | 14 | 11 | |
| 1I0010 ✓ | | 17 | 12 | |
| 1C1328 ✓ | | 3 | 3 | |
| 1D0018 ✓ | | — | — | |
| 12R028 X | | — | — | |
| 1R0126 ✓ | | 8 | 6 | |
| 1D0070 X | | — | — | |
| 1D0028 X | | — | — | |
| 1W0057 X  X | | — | — | |
| 12R179 | | 108  30 | 78 | |
| 12R180 | | 108  30 | 78 | |
| | | | 346 | |
| | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 | | 78 | | 57 | |
| 12R165 | | 14 | | 11 | |
| 12R172 | | 14 | | 11 | |
| 12R097 | | 4 | | 3 | |
| 12B143 | | 116 | | 85 | |
| 12R010 | | 98 | | 72 | |
| 12B348 | | 10 | | 8 | |
| 12A011 | | 6 | | 5 | |
| 12A210 | | 6 | | 5 | |
| 1C012 | | 351 | | 256 | |
| 1E0165 | | 11 | | 8 | |
| 1E0156 | | 11 | | 8 | |
| 1E0116 | | — | | — | 300 GOES IN IN 2006 FOR 05 |
| 1E0133 | | 16 | | 12 | |
| 1E0155 | | 13 | | 10 | |
| 1E0159 | | 74 | | 54 | |
| 12B046 | | 1680 | | 1227 | |
| 12B032 | | 109 | | 80 | |
| 12B259 | | 148 | | 108 | |
| 12B509 | | 356 | | 260 | |
| 12B262 | | 180 | | 132 | |
| 12A179 | | 57 | | 42 | |
| 12B510 | | 284 | | 208 | |
| | | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEED | | V @ 2086 | NOT |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVS | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARJ ENG | 6 | | 3 | ✓ |
| 12A210 | MARJ PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 EACH

| ACCT# | NAME | # NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (S) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (S) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | FIXED (S) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (S) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (S) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (S) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (S) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (S) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (S) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (S) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (S) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (S) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (S) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (S) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 (A) | KAREN | — | ALREADY KOKO OVER W/(A) | — | ✗ |
| 1L0214 (A) | DEVON LIPKIN | — | ALREADY KOKO OVER W/(A) | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 (A) | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 (A) | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 1ZR211 | 5.0 |
| JB IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R,R | 1R0126 | 5.0 |
| STEVE | 1ZR179 | 75.0 |
| NANCY | 1ZR180 | 86.0 |
| MAT PEN | 1ZB249 | ~~415.0~~ 200.0 ✓ |
| MAT | 1ZB032 | 2000.0 |
| GROJ | 1ZB046 | ~~500.0~~ 400.0 |
| LEVY | 1ZA924 | 58.0 |
| ABE KLEIN | 1ZR165 | 11.0 |
| SEY KLEIN | 1ZR172 | 11.0 |
| RHODA GAGA | 1ZR097 | 3.0 |
| ED | 1ZB143 | 87.0 |
| Rich | 1ZR010 | 73.0 |
| SPERLING | 1ZB348 | 8.0 |
| M ENG | 1ZA041 | 5.0 |
| M PLAT | 1ZA210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| CW | 1E0116 | 265.0 |
| IRA | 1E0159 | 42.0 |
| M PLAT | 1E0155 | 30.0 |
|  | 1E0133 | 36.0 |
|  | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131