# Exhibit 3



Exhibit 3 - Example of Customer Statement from StorQM