# Exhibit 7

# Exhibit 7 - Excerpt from the Spiral Notebooks

