# Exhibit 3A

# Exhibit 3A - Summary Schedule of Cash and Principal Activity in Shapiro Account 1S0337

|  | Shapiro Account[a] 1S0337 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $1,200,000 |
| Transfers of Principal (In) | 0[b] |
| **Principal Available** | **$1,200,000** |
| **OUTFLOWS** | |
| Cash Withdrawals | ($3,654,829) |
| Transfers of Principal (Out) | 0 |
| **Total Outflows** | **($3,654,829)** |
| **Total** | **($2,454,829)** |

[a] BLMIS Accounts 101208 and 1S0070 impacted the Principal Balance Calculation for Shapiro Account 1S0337. (See **Exhibits 4A-4C**).

[b] Shapiro Account 1S0337 received one inter-account transfer from BLMIS Account 1S0070 in the amount of $1,873,440, as reflected on the Customer Statements. However, as a result of the negative principal balance in BLMIS Account 1S0070 at the time of this inter-account transfer, no principal was credited to Shapiro Account 1S0337. (See **Exhibits 4B** and **4C**).