# Exhibit 3B

# Exhibit 3B - Summary Schedule of Cash and Principal Activity in Shapiro Account 1S0338

|  | Shapiro Account 1S0338 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $350,315 |
| Transfers of Principal (In) | 0[a] |
| **Principal Available** | **$350,315** |
| **OUTFLOWS** | |
| Cash Withdrawals | ($2,146,472) |
| Transfers of Principal (Out) | 0 |
| **Total Outflows** | **($2,146,472)** |
| **Total** | **($1,796,156)[b]** |

[a] Shapiro Account 1S0338 received one inter-account transfer from BLMIS Account 1S0072 in the amount of $948,453, as reflected on the Customer Statements. However, as a result of the negative principal balance in BLMIS Account 1S0072 at the time of this inter-account transfer, no principal was credited into Shapiro Account 1S0338. (*See* **Exhibits 5A** and **5B**).

[b] Difference due to rounding.