# Exhibit 3C

# Exhibit 3C - Summary Schedule of Cash and Principal Activity in Shapiro Account 1S0467

|  | Shapiro Account[a]<br>1S0467 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $11,034 |
| Transfers of Principal (In) | 0[b] |
| **Principal Available** | **$11,034** |
| **OUTFLOWS** | |
| Cash Withdrawals | ($468,769) |
| Transfers of Principal (Out) | 0 |
| **Total Outflows** | **($468,769)** |
| **Total** | **($457,735)** |

[a] BLMIS Accounts 1S0164 and 1S0327 impacted the Principal Balance Calculation for Shapiro Account 1S0467. (See **Exhibits 6A-6C**).

[b] Shapiro Account 1S0467 received one inter-account transfer from BLMIS Account 1S0327 in the amount of $1,187,673, as reflected on the Customer Statements. However, as a result of the negative principal balance in BLMIS Account 1S0327 at the time of this inter-account transfer, no principal was credited into Shapiro Account 1S0467. (See **Exhibits 6B** and **6C**).