# Exhibit 4A

**Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 101208**

**BLMIS ACCOUNT NO. 101208 - ESTATE OF HARRY LEVINE C/O N LEVINE HYGIENE INDS.**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals [3] | Transfers In | Transfers Out [4] | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 199,113 [1] | 199,113 | - | - | - | 199,113 | MF00095675 | MF00095675 |
| 5/21/1981 | CHECK | (6,533) | - | (6,533) | - | - | 192,579 | MF00096729 | MF00096729 |
| 7/28/1981 | CHECK | (7,954) | - | (7,954) | - | - | 184,626 | MF00097737 | MF00097738 |
| 8/12/1981 | CHECK | (6,677) | - | (6,677) | - | - | 177,949 | MF00055857 | MF00055857 |
| 9/14/1981 | CHECK | (7,402) | - | (7,402) | - | - | 170,547 | MF00056367 | MF00056368 |
| 10/30/1981 | CHECK | (5,598) | - | (5,598) | - | - | 164,949 | MF00079486 | MF00079487 |
| 2/11/1982 | CHECK | (7,915) | - | (7,915) | - | - | 157,034 | MF00081641 | MF00081641 |
| 2/22/1982 | CHECK | (6,346) | - | (6,346) | - | - | 150,688 | MF00081641 | MF00081641 |
| 4/19/1982 | CHECK | (7,451) | - | (7,451) | - | - | 143,236 | MF00146921 | MF00146921 |
| 6/8/1982 | CHECK | (5,972) | - | (5,972) | - | - | 137,264 | MF00148019 | MF00148019 |
| 8/4/1982 | CHECK | (8,462) | - | (8,462) | - | - | 128,802 | MF00149127 | MF00149127 |
| 10/6/1982 | CHECK | (8,381) | - | (8,381) | - | - | 120,422 | MF00361651 | MF00361651 |
| 12/7/1982 | CHECK | (8,938) | - | (8,938) | - | - | 111,484 | MF00362896 | MF00362896 |
| 2/3/1983 | CHECK | (9,497) | - | (9,497) | - | - | 101,987 | MF00365722 | MF00365722 |
| 4/11/1983 | CHECK | (8,377) | - | (8,377) | - | - | 93,610 | MF00366900 | MF00366900 |
| 5/19/1983 | CHECK | (2,441) | - | (2,441) | - | - | 91,169 | MF00367462 | MF00367462 |
| 5/23/1983 | CHECK RETURNED | 2,441 | - | 2,441 | - | - | 93,610 | MF00367462 | MF00367462 |
| 6/7/1983 | CHECK | (8,940) | - | (8,940) | - | - | 84,670 | MF00368036 | MF00368036 |
| 8/8/1983 | CHECK | (9,480) | - | (9,480) | - | - | 75,190 | MF00369156 | MF00369156 |
| 9/27/1983 | CHECK | (6,285) | - | (6,285) | - | - | 68,905 | MF00369733 | MF00369733 |
| 11/29/1983 | CHECK | (8,937) | - | (8,937) | - | - | 59,968 | MF00146248 | MF00146248 |
| 2/6/1984 | CHECK | (9,480) | - | (9,480) | - | - | 50,488 | MF00359363 | MF00359363 |
| 3/22/1984 | CHECK | (6,273) | - | (6,273) | - | - | 44,215 | MF00359957 | MF00359957 |
| 5/11/1984 | CHECK | 8,942 | 8,942 | - | - | - | 53,157 | MF00149607 | MF00149607 |
| 5/11/1984 | CHECK TO BE REINSTATED | (8,942) | (8,942) | | - | - | 44,215 | MF00149607 | MF00149607 |
| 5/11/1984 | TRANS TO N LEVINE *(1L0019)* | (77,478) [2] | - | - | - | (14,738) | 29,477 | MF00149607 | MF00149607 |
| 5/11/1984 | TRANS TO N SHAPIRO *(1S0070)* | (77,478) [2] | - | - | - | (14,738) | 14,738 | MF00149607 | MF00149607 |
| 5/11/1984 | TRANS TO M DAVIS *(1D0008)* | (77,478) [2] | - | - | - | (14,738) | - | MF00149607 | MF00149607 |
| | Total: | | $ 199,112 | $ (154,897) | $ - | $ (44,215) | $ - | | |

[1] Exhibit 4A sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the attached cash flow analysis provides the accountholder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits.  *See* Exhibit 7 for a copy of the March 1981 Customer Statement for BLMIS Account 101208 which demonstrates the amount granted as the principal credit as of April 1, 1981 for BLMIS Account 101208.  BLMIS Account 101208 was known as BLMIS Account 101219 at this time.  The amount of principal credit granted to BLMIS Account 101208 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions].  Based on the March 1981 Customer Statement for BLMIS Account 101208 the calculation is as follows: [205,645.89 + 199,111.50 - 205,644.70 = 199,112.69].

[2] Although BLMIS Customer Statements reflect that three transfers were made out of BLMIS Account 101208 on the same date, there was an insufficient amount of principal to transfer all of the funds from BLMIS Account 101208 to each of the transferee's BLMIS accounts as a portion of the "transferred" funds constituted fictitious profits which were never achieved and thus were not able to be transferred.  Accordingly, only the principal remaining in the account at the time of these three inter-account transfers (in the amount of $44,215) was available to be transferred out of BLMIS Account 101208 on this date.  At the direction of Trustee's counsel, I divided that principal amount equally between all accounts.  Applying that methodology, BLMIS Accounts 1L0019, 1D0008, and 1S0070 were each credited with $14,738 of principal.  The remaining balance of these reported transfers constituted fictitious profits.

[3] The 20 cash withdrawals that impacted the Principal Balance Calculation were reflected on the Customer Statements with a transaction code as follows: (i) 11 cash withdrawals were identified with a transaction code of "PW;" and (ii) 9 cash withdrawals were identified with a transaction code of "PYMT."

[4] The three inter-account transfers out of BLMIS Account 101208 were reflected on the Customer Statement with a transaction code of "CW."