# Exhibit 4B

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [4] | Withdrawals [5] | Transfers In [6] | Transfers Out [7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 104,238 [1] | 104,238 | - | - | - | 104,238 | MF00095706 | MF00095706 |
| 4/3/1981 | CHECK | (4,248) | - | (4,248) | - | - | 99,990 | MF00096160 | MF00096160 |
| 6/4/1981 | CHECK | (3,999) | - | (3,999) | - | - | 95,991 | MF00097256 | MF00097256 |
| 8/4/1981 | CHECK | (3,748) | - | (3,748) | - | - | 92,243 | MF00055893 | MF00055893 |
| 10/5/1981 | CHECK | (3,749) | - | (3,749) | - | - | 88,493 | MF00079522 | MF00079522 |
| 12/1/1981 | CHECK | (4,249) | - | (4,249) | - | - | 84,244 | MF00080621 | MF00080621 |
| 1/27/1982 | CHECK | (3,499) | - | (3,499) | - | - | 80,745 | MF00081138 | MF00081138 |
| 2/3/1982 | CHECK | 50,000 | 50,000 | - | - | - | 130,745 | MF00081680 | MF00081680 |
| 3/26/1982 | CHECK | (3,749) | - | (3,749) | - | - | 126,996 | MF00082223 | MF00082223 |
| 5/14/1982 | CHECK | (4,499) | - | (4,499) | - | - | 122,497 | MF00147523 | MF00147523 |
| 7/19/1982 | CHECK | (6,374) | - | (6,374) | - | - | 116,123 | MF00148630 | MF00148630 |
| 8/30/1982 | CHECK | (4,218) | - | (4,218) | - | - | 111,904 | MF00149178 | MF00149178 |
| 10/15/1982 | CHECK | (4,498) | - | (4,498) | - | - | 107,406 | MF00361702 | MF00361702 |
| 11/12/1982 | CHECK | 100,000 | 100,000 | - | - | - | 207,406 | MF00362266 | MF00362266 |
| 12/14/1982 | CHECK | (6,374) | - | (6,374) | - | - | 201,033 | MF00362946 | MF00362946 |
| 1/13/1983 | CHECK | (3,749) | - | (3,749) | - | - | 197,284 | MF00365216 | MF00365216 |
| 2/14/1983 | CHECK | (5,999) | - | (5,999) | - | - | 191,284 | MF00365771 | MF00365771 |
| 3/2/1983 | CHECK | (3,186) | - | (3,186) | - | - | 188,098 | MF00366366 | MF00366366 |
| 4/18/1983 | CHECK | (5,616) | - | (5,616) | - | - | 182,482 | MF00366955 | MF00366955 |
| 4/18/1983 | CHECK | (3,006) | - | (3,006) | - | - | 179,476 | MF00366955 | MF00366955 |
| 6/6/1983 | CHECK | (7,966) | - | (7,966) | - | - | 171,511 | MF00368095 | MF00368095 |
| 8/2/1983 | CHECK | (9,336) | - | (9,336) | - | - | 162,175 | MF00369321 | MF00369321 |
| 9/23/1983 | CHECK | (7,499) | - | (7,499) | - | - | 154,675 | MF00369900 | MF00369900 |
| 11/28/1983 | CHECK | (10,624) | - | (10,624) | - | - | 144,051 | MF00146408 | MF00146408 |
| 1/25/1984 | CHECK | (8,201) | - | (8,201) | - | - | 135,850 | MF00358931 | MF00358931 |
| 4/5/1984 | CHECK | (10,001) | - | (10,001) | - | - | 125,849 | MF00360707 | MF00360707 |
| 5/11/1984 | TRANS FR EST OF HARRY LEVINE *(101208)* | 77,478 [2] | - | - | 14,738 | - | 140,587 | MF00149771 | MF00149771 |
| 5/31/1984 | CHECK BEATRICE FOODS | (9,296) | - | (9,296) | - | - | 131,292 | MF00149771 | MF00149771 |
| 8/3/1984 | CHECK ETHYL | (12,275) | - | (12,275) | - | - | 119,016 | MF00151558 | MF00151558 |
| 10/12/1984 | CHECK ENHART CORP | (13,095) | - | (13,095) | - | - | 105,922 | MF00363558 | MF00363558 |
| 1/7/1985 | CHECK GENERAL GROWTH | (10,433) | - | (10,433) | - | - | 95,488 | MF00371070 | MF00371070 |
| 3/14/1985 | CHECK IC INDUSTRIES | (12,283) | - | (12,283) | - | - | 83,205 | MF00372255 | MF00372255 |
| 4/25/1985 | CHECK ATLANTIC RICHFIELD | (9,828) | - | (9,828) | - | - | 73,378 | MF00372861 | MF00372861 |
| 6/25/1985 | CHECK INTL HARVESTER | (13,916) | - | (13,916) | - | - | 59,461 | MF00157346 | MF00157346 |
| 8/19/1985 | CHECK ETHYL | (9,206) | - | (9,206) | - | - | 50,255 | MF00158640 | MF00158640 |
| 10/25/1985 | CHECK INTL HARVESTER | (13,095) | - | (13,095) | - | - | 37,160 | MF00159937 | MF00159937 |
| 12/30/1985 | CHECK WALTER JIM | (13,921) | - | (13,921) | - | - | 23,239 | MF00161272 | MF00161272 |
| 2/24/1986 | CHECK ERC INTL | (10,749) | - | (10,749) | - | - | 12,490 | MF00099264 | MF00099264 |
| 2/27/1986 | CHECK | 100,000 | 100,000 | - | - | - | 112,490 | MF00099264 | MF00099264 |
| 4/17/1986 | CHECK AMERICAN GENERAL | (2,659) | - | (2,659) | - | - | 109,831 | MF00100824 | MF00100824 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [4] | Withdrawals [5] | Transfers In [6] | Transfers Out [7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 4/17/1986 | CHECK LEAR SEIGLER | (9,821) | - | (9,821) | - | - | 100,010 | MF00100824 | MF00100824 |
| 6/19/1986 | CHECK | (15,991) | - | (15,991) | - | - | 84,020 | MF00074577 | MF00074577 |
| 8/12/1986 | CHECK AMERICAN INTL GROUP | (12,816) | - | (12,816) | - | - | 71,203 | MF00076031 | MF00076031 |
| 9/24/1986 | CHECK ORION PICTURES | (15,893) | - | (15,893) | - | - | 55,310 | MF00076779 | MF00076779 |
| 11/3/1986 | CHECK | 75,000 | 75,000 | - | - | - | 130,310 | MF00078249 | MF00078249 |
| 11/7/1986 | CHECK PENNWALT CORP | (12,024) | - | (12,024) | - | - | 118,286 | MF00078249 | MF00078249 |
| 1/5/1987 | CHECK AMERICAN GEN CORP | (12,793) | - | (12,793) | - | - | 105,493 | MF00056822 | MF00056822 |
| 1/9/1987 | CHECK HOLIDAY CORP | (3,216) | - | (3,216) | - | - | 102,277 | MF00056822 | MF00056822 |
| 3/3/1987 | CHECK NWA | (14,135) | - | (14,135) | - | - | 88,142 | MF00058857 | MF00058857 |
| 4/15/1987 | CHECK FIRST PENNSYLVANIA | (15,079) | - | (15,079) | - | - | 73,063 | MF00101663 | MF00101663 |
| 6/10/1987 | CHECK TRANSCO CO | (21,350) | - | (21,350) | - | - | 51,713 | MF00103303 | MF00103303 |
| 8/21/1987 | CHECK AGS COMPUTERS | (18,810) | - | (18,810) | - | - | 32,903 | MF00060601 | MF00060601 |
| 10/21/1987 | CHECK CARL KARCHER | (20,092) | - | (20,092) | - | - | 12,811 | MF00062661 | MF00062661 |
| 1/26/1988 | CHECK BRISTOL MYERS | (20,093) | - | (20,093) | - | - | (7,281) | MF00539630 | MF00539630 |
| 2/4/1988 | CHECK | 100,000 | 100,000 | - | - | - | 92,719 | MF00540663 | MF00540663 |
| 3/30/1988 | CHECK ADVANCED SYSTEMS | (20,092) | - | (20,092) | - | - | 72,627 | MF00537821 | MF00537821 |
| 4/6/1988 | CHECK UNION PACIFIC | (3,711) | - | (3,711) | - | - | 68,916 | MF00538236 | MF00538236 |
| 5/23/1988 | CHECK PETRIE STORES | (3,006) | - | (3,006) | - | - | 65,910 | MF00535758 | MF00535758 |
| 6/1/1988 | CHECK INTERCC | (18,839) | - | (18,839) | - | - | 47,072 | MF00536359 | MF00536359 |
| 8/8/1988 | CHECK AMFAC | (21,383) | - | (21,383) | - | - | 25,689 | MF00534779 | MF00534779 |
| 9/20/1988 | CHECK CAPITAL CITIES | (2,794) | - | (2,794) | - | - | 22,896 | MF00531796 | MF00531796 |
| 10/12/1988 | CHECK ARMTEK CORP | (20,134) | - | (20,134) | - | - | 2,761 | MF00532833 | MF00532833 |
| 10/26/1988 | CHECK FIRST FIDELITY | (2,634) | - | (2,634) | - | - | 127 | MF00532833 | MF00532833 |
| 10/28/1988 | CHECK | 100,000 | 100,000 | - | - | - | 100,127 | MF00532833 | MF00532833 |
| 12/7/1988 | CHECK PENNWALT | (14,160) | - | (14,160) | - | - | 85,967 | MF00530700 | MF00530700 |
| 1/10/1989 | CHECK COASTAL CORP | (7,966) | - | (7,966) | - | - | 78,001 | MF00040170 | MF00040170 |
| 2/3/1989 | CHECK GENERAL CINEMA | (21,343) | - | (21,343) | - | - | 56,658 | MF00041959 | MF00041959 |
| 2/23/1989 | CHECK HEINZ | (5,615) | - | (5,615) | - | - | 51,044 | MF00041959 | MF00041959 |
| 4/11/1989 | CHECK PHELPS | (20,112) | - | (20,112) | - | - | 30,932 | MF00044437 | MF00044437 |
| 5/3/1989 | CHECK PFIZER | (8,456) | - | (8,456) | - | - | 22,476 | MF00045361 | MF00045361 |
| 6/15/1989 | CHECK WARNER COMM | (5,974) | - | (5,974) | - | - | 16,502 | MF00045877 | MF00045877 |
| 6/21/1989 | CHECK DURR FILLAUER MED | (18,881) | - | (18,881) | - | - | (2,379) | MF00045877 | MF00045877 |
| 8/16/1989 | CHECK HANNA | (29,848) | - | (29,848) | - | - | (32,226) | MF00049126 | MF00049126 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 67,774 | MF00050915 | MF00050915 |
| 10/19/1989 | CHECK AMERICAN MAIZE | (26,337) | - | (26,337) | - | - | 41,436 | MF00050915 | MF00050915 |
| 12/12/1989 | CHECK COLUMBIA PICTURES | (24,072) | - | (24,072) | - | - | 17,364 | MF00053740 | MF00053740 |
| 2/14/1990 | CHECK WESTINGHOUSE | (34,071) | - | (34,071) | - | - | (16,707) | MF00024054 | MF00024054 |
| 4/5/1990 | CHECK MCKESSON | (22,546) | - | (22,546) | - | - | (39,253) | MF00032100 | MF00032100 |
| 6/7/1990 | CHECK CONNER | (32,069) | - | (32,069) | - | - | (71,322) | MF00039687 | MF00039687 |

| | | | | | | | | BLMIS SOURCE DOCUMENT: | |
|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [4] | Withdrawals [5] | Transfers In [6] | Transfers Out [7] | Balance | Beg Bates | End Bates |
| 7/9/1990 | CHECK | 100,000 | 100,000 | - | - | - | 28,678 | MF00035258 | MF00035258 |
| 8/2/1990 | CHECK COMPAQ COMPUTER | (24,066) | - | (24,066) | - | - | 4,612 | MF00036904 | MF00036904 |
| 10/3/1990 | CHECK INTEL | (38,347) | - | (38,347) | - | - | (33,735) | MF00029188 | MF00029188 |
| 12/14/1990 | CHECK ANADARKO | (33,798) | - | (33,798) | - | - | (67,532) | MF00025797 | MF00025797 |
| 2/25/1991 | CHECK FEDERAL | (36,099) | - | (36,099) | - | - | (103,631) | MF00494054 | MF00494054 |
| 4/29/1991 | CHECL POLICY | (31,583) | - | (31,583) | - | - | (135,214) | MF00490263 | MF00490263 |
| 6/24/1991 | CHECK AVON | (25,383) | - | (25,383) | - | - | (160,597) | MF00486613 | MF00486613 |
| 8/29/1991 | CHECK INTL RECTIFER | (36,071) | - | (36,071) | - | - | (196,667) | MF00482893 | MF00482893 |
| 10/18/1991 | CHECK TRITON | (27,645) | - | (27,645) | - | - | (224,313) | MF00478690 | MF00478690 |
| 12/2/1991 | CHECK A/O 11/25/91 | 100,000 | 100,000 | - | - | - | (124,313) | MF00474434 | MF00474434 |
| 12/17/1991 | CHECK MARK IV | (25,351) | - | (25,351) | - | - | (149,664) | MF00474434 | MF00474434 |
| 1/21/1992 | CHECK CAMPBELL | (20,054) | - | (20,054) | - | - | (169,718) | MF00472333 | MF00472333 |
| 3/18/1992 | CHECK PRODUCTIONS | (30,695) | - | (30,695) | - | - | (200,413) | MF00468614 | MF00468615 |
| 4/21/1992 | CHECK WATTS | (18,780) | - | (18,780) | - | - | (219,193) | MF00466392 | MF00466392 |
| 6/3/1992 | CHECK MEXICO | (23,004) | - | (23,004) | - | - | (242,197) | MF00462262 | MF00462262 |
| 7/14/1992 | CHECK MERCK | (17,580) | - | (17,580) | - | - | (259,777) | MF00460317 | MF00460317 |
| 7/22/1992 | CHECK | 65,000 | 65,000 | - | - | - | (194,777) | MF00460317 | MF00460317 |
| 7/22/1992 | CHECK | 35,000 | 35,000 | - | - | - | (159,777) | MF00460317 | MF00460317 |
| 8/13/1992 | CHECK HARLEY | (18,842) | - | (18,842) | - | - | (178,619) | MF00458295 | MF00458295 |
| 9/22/1992 | CHECK STAPLES | (41,414) | - | (41,414) | - | - | (220,033) | MF00456324 | MF00456324 |
| 10/8/1992 | CHECK | 100,000 | 100,000 | - | - | - | (120,033) | MF00454278 | MF00454278 |
| 10/22/1992 | CHECK NOVELL | (11,056) | - | (11,056) | - | - | (131,089) | MF00454278 | MF00454278 |
| 12/15/1992 | CHECK CYPRUS | (31,628) | - | (31,628) | - | - | (162,717) | MF00445728 | MF00445728 |
| 2/19/1993 | CHECK MOTOROLA | (24,103) | - | (24,103) | - | - | (186,820) | MF00433585 | MF00433585 |
| 4/14/1993 | CHECK DIBRELL | (36,851) | - | (36,851) | - | - | (223,671) | MF00424016 | MF00424016 |
| 5/25/1993 | CHECK J C PENNY | (22,627) | - | (22,627) | - | - | (246,298) | MF00419815 | MF00419815 |
| 6/25/1993 | CHECK SOUTHWESTERN BELL | (24,131) | - | (24,131) | - | - | (270,429) | MF00407744 | MF00407744 |
| 8/3/1993 | CHECK | 50,000 | 50,000 | - | - | - | (220,429) | MF00385007 | MF00385007 |
| 8/3/1993 | CHECK | 50,000 | 50,000 | - | - | - | (170,429) | MF00385007 | MF00385007 |
| 8/25/1993 | CHECK ANADARKO | (36,936) | - | (36,936) | - | - | (207,365) | MF00385007 | MF00385007 |
| 9/29/1993 | CHECK ENRON | (21,231) | - | (21,231) | - | - | (228,595) | MF00378062 | MF00378062 |
| 11/5/1993 | CHECK SNAPPLE | (19,603) | - | (19,603) | - | - | (248,198) | MF00374966 | MF00374966 |
| 12/15/1993 | CHECK MALAYSIA | (36,775) | - | (36,775) | - | - | (284,973) | MF00410867 | MF00410867 |
| 12/30/1993 | CHECK | 100,000 | 100,000 | - | - | - | (184,973) | MF00410867 | MF00410867 |
| 1/31/1994 | CHECK | 100,000 | 100,000 | - | - | - | (84,973) | MF00315713 | MF00315713 |
| 2/10/1994 | CHECK AMERITECH | (17,597) | - | (17,597) | - | - | (102,570) | MF00301334 | MF00301334 |
| 4/19/1994 | CHECK COMCAST | (52,849) | - | (52,849) | - | - | (155,419) | MF00288809 | MF00288809 |
| 5/23/1994 | CHECK MICRON | (14,994) | - | (14,994) | - | - | (170,413) | MF00303692 | MF00303692 |
| 6/24/1994 | CHECK GEN ELEC | (9,448) | - | (9,448) | - | - | (179,860) | MF00235912 | MF00235912 |
| 8/15/1994 | CHECK GEN MOTORS | (36,848) | - | (36,848) | - | - | (216,708) | MF00325016 | MF00325016 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [4] | Withdrawals [5] | Transfers In [6] | Transfers Out [7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 9/22/1994 | CHECK CATERPILLAR | (15,134) | - | (15,134) | - | - | (231,842) | MF00262793 | MF00262793 |
| 10/28/1994 | CHECK K MART | (16,499) | - | (16,499) | - | - | (248,341) | MF00252268 | MF00252268 |
| 10/28/1994 | CHECK SCIENTIFIC | (3,926) | - | (3,926) | - | - | (252,266) | MF00252268 | MF00252268 |
| 11/28/1994 | CHECK CBS INC | (28,375) | - | (28,375) | - | - | (280,641) | MF00246086 | MF00246086 |
| 2/6/1995 | CHECK | 100,000 | 100,000 | - | - | - | (180,641) | MF00212010 | MF00212010 |
| 3/1/1995 | CHECK PHYCOR | (25,520) | - | (25,520) | - | - | (206,161) | MF00208293 | MF00208293 |
| 3/28/1995 | CHECK CALLAWAY GOLF CO | (22,368) | - | (22,368) | - | - | (228,529) | MF00208293 | MF00208293 |
| 5/2/1995 | CHECK HUDSON FOODS | (16,500) | - | (16,500) | - | - | (245,029) | MF00168051 | MF00168051 |
| 5/3/1995 | CHECK BK OF BOSTON | (4,603) | - | (4,603) | - | - | (249,632) | MF00168051 | MF00168051 |
| 5/31/1995 | CHECK HEWLETT PACKARD CO | (12,379) | - | (12,379) | - | - | (262,011) | MF00168051 | MF00168051 |
| 6/7/1995 | CHECK AMERICA ONLINE | (9,875) | - | (9,875) | - | - | (271,886) | MF00178052 | MF00178053 |
| 7/6/1995 | CHECK BANKAMERICA | (10,997) | - | (10,997) | - | - | (282,883) | MF00177409 | MF00177409 |
| 7/7/1995 | CHECK INTEL | (5,924) | - | (5,924) | - | - | (288,808) | MF00177409 | MF00177409 |
| 8/3/1995 | CHECK KOREA | (12,384) | - | (12,384) | - | - | (301,191) | MF00138680 | MF00138680 |
| 8/15/1995 | CHECK STAPLES | (10,842) | - | (10,842) | - | - | (312,033) | MF00138680 | MF00138680 |
| 8/29/1995 | CHECK AMER INTL | (17,906) | - | (17,906) | - | - | (329,939) | MF00138680 | MF00138680 |
| 9/14/1995 | CHECK WALGREEN | (6,573) | - | (6,573) | - | - | (336,512) | MF00129023 | MF00129023 |
| 10/6/1995 | CHECK CHARLES SCHWAB | (10,120) | - | (10,120) | - | - | (346,631) | MF00118390 | MF00118390 |
| 10/11/1995 | CHECK TERADYNE INC | (2,771) | - | (2,771) | - | - | (349,402) | MF00118390 | MF00118390 |
| 10/20/1995 | CHECK INTEGRATED DEV | (5,919) | - | (5,919) | - | - | (355,321) | MF00118390 | MF00118390 |
| 11/7/1995 | CHECK MEDTRONIC | (13,781) | - | (13,781) | - | - | (369,102) | MF00112405 | MF00112405 |
| 12/11/1995 | CHECK HEINZ | (8,285) | - | (8,285) | - | - | (377,387) | MDPTPP05062542 | MDPTPP05062543 |
| 12/13/1995 | CHECK VENCOR | (12,645) | - | (12,645) | - | - | (390,032) | MDPTPP05062542 | MDPTPP05062543 |
| 2/13/1996 | CHECK FED NAT'L MORTGAGE | (22,399) | - | (22,399) | - | - | (412,430) | MDPTPP05062546 | MDPTPP05062548 |
| 4/9/1996 | CHECK GEN MOTORS CORP | (36,814) | - | (36,814) | - | - | (449,245) | MDPTPP05062552 | MDPTPP05062553 |
| 5/6/1996 | CHECK | 100,000 | 100,000 | - | - | - | (349,245) | MDPTPP05062554 | MDPTPP05062556 |
| 5/23/1996 | CHECK CENTOCOR | (33,770) | - | (33,770) | - | - | (383,015) | MDPTPP05062554 | MDPTPP05062556 |
| 6/27/1996 | CHECK COCA COLA | (32,595) | - | (32,595) | - | - | (415,610) | MDPTPP05062557 | MDPTPP05062558 |
| 7/31/1996 | CHECK CHRYSLER CORP | (15,208) | - | (15,208) | - | - | (430,818) | MDPTPP05062559 | MDPTPP05062560 |
| 9/9/1996 | CHECK CHIRON | (30,484) | - | (30,484) | - | - | (461,302) | MDPTPP05062563 | MDPTPP05062564 |
| 10/8/1996 | CHECK HERSHEY FOODS INC | (2,176) | - | (2,176) | - | - | (463,478) | MDPTPP05062565 | MDPTPP05062567 |
| 10/18/1996 | CHECK JONES APPAREL | (19,595) | - | (19,595) | - | - | (483,073) | MDPTPP05062565 | MDPTPP05062567 |
| 11/20/1996 | CHECK NIKE | (21,800) | - | (21,800) | - | - | (504,873) | MDPTPP05062568 | MDPTPP05062569 |
| 12/26/1996 | CHECK | 100,000 | 100,000 | - | - | - | (404,873) | MDPTPP05062570 | MDPTPP05062571 |
| 12/26/1996 | CHECK BMC SOFTWARE | (8,721) | - | (8,721) | - | - | (413,594) | MDPTPP05062570 | MDPTPP05062571 |
| 2/21/1997 | CHECK FEDERAL HOME | (30,049) | - | (30,049) | - | - | (443,643) | MDPTPP05062574 | MDPTPP05062575 |
| 3/27/1997 | CHECK NATIONS BANK | (20,906) | - | (20,906) | - | - | (464,549) | MDPTPP05062576 | MDPTPP05062577 |
| 5/2/1997 | CHECK PHILIP MORRIS | (20,948) | - | (20,948) | - | - | (485,497) | MDPTPP05062580 | MDPTPP05062581 |
| 6/9/1997 | CHECK COLGATE | (27,971) | - | (27,971) | - | - | (513,468) | MDPTPP05062582 | MDPTPP05062583 |

**Exhibit 4B** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0070

**BLMIS ACCOUNT NO. 1S0070 (FORMERLY 101937) - NORMA SHAPIRO** Redacted

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [4] | Withdrawals [5] | Transfers In [6] | Transfers Out [7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 7/9/1997 | CHECK MOBIL CORP | (21,044) | - | (21,044) | - | - | (534,512) | MDPTPP05062584 | MDPTPP05062585 |
| 7/10/1997 | TRANS TO 1S033730 (1S0337) | (1,873,440) [3] | - | - | - | - | (534,512) | MDPTPP05062584 | MDPTPP05062585 |
| | Total: | | $ 1,729,238 | $ (2,278,489) | $ 14,738 | $ - | $ (534,512) | | |

[1] Exhibit 4B sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the attached cash flow analysis provides the accountholder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. See Exhibit 8 for a copy of the March 1981 Customer Statement for BLMIS Account 1S0070 which demonstrates the amount granted as the principal credit as of April 1, 1981 for BLMIS Account 1S0070. BLMIS Account 1S0070 was known as BLMIS Account 101601 at this time. The amount of principal credit granted to BLMIS Account 1S0070 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for BLMIS Account 1S0070 the calculation is as follows: [108,237.92 + 99,981.00 - 103,980.45 = 104,238.47].

[2] Although BLMIS Customer Statements reflect that three transfers were made out of BLMIS Account 101208 on the same date, there was an insufficient amount of principal to transfer all of the funds from BLMIS Account 101208 to each of the transferee's BLMIS accounts as a portion of the "transferred" funds constituted fictitious profits which were never achieved and thus were not able to be transferred. Accordingly, only the principal remaining in the account at the time of these three inter-account transfers (in the amount of $44,215) was available to be transferred out of BLMIS Account 101208 on this date. At the direction of Trustee's counsel, I divided that principal amount equally between all accounts. Applying that methodology, BLMIS Accounts 1L0019, 1D0008, and 1S0070 were each credited with $14,738 of principal. The remaining balance of these reported transfers constituted fictitious profits.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The 19 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 18 cash deposits were identified with a transaction code of "CA;" and (ii) 1 cash deposit was identified with a transaction code of "PAID."

[5] The 138 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 130 cash withdrawals were identified with a transaction code of "PW;" and (ii) 8 cash withdrawals were identified with a transaction code of "PYMT."

[6] The one inter-account transfer into BLMIS Account 1S0070 was reflected on the Customer Statement with a transaction code of "CA."

[7] The one inter-account transfer out of BLMIS Account 1S0070 was reflected on the Customer Statement with a transaction code of "CW."