# Exhibit 4C

BLMIS ACCOUNT NO. 1S0337 - NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [2] | Withdrawals [3] | Transfers In [4] | Transfers Out | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 7/10/1997 | TRANS FROM 1S007010 (*1S0070*) | 1,873,440 [1] | - | - | - | - | - | MDPTPP05305054 | MDPTPP05305058 | *Not Produced* |
| 10/1/1997 | CHECK | (65,000) | - | (65,000) | - | - | (65,000) | MDPTPP05305071 | MDPTPP05305074 | *Not Produced* |
| 10/16/1997 | CHECK | 50,000 | 50,000 | - | - | - | (15,000) | MDPTPP05305071 | MDPTPP05305074 | *Not Produced* |
| 1/2/1998 | CHECK | (65,000) | - | (65,000) | - | - | (80,000) | MDPTPP05305088 | MDPTPP05305092 | *Not Produced* |
| 4/1/1998 | CHECK | (65,000) | - | (65,000) | - | - | (145,000) | MDPTPP05305106 | MDPTPP05305109 | *Not Produced* |
| 7/1/1998 | CHECK | (65,000) | - | (65,000) | - | - | (210,000) | MDPTPP05305123 | MDPTPP05305127 | *Not Produced* |
| 10/1/1998 | CHECK | (65,000) | - | (65,000) | - | - | (275,000) | MDPTPP05305143 | MDPTPP05305147 | *Not Produced* |
| 1/4/1999 | CHECK | (65,000) | - | (65,000) | - | - | (340,000) | MDPTPP05305160 | MDPTPP05305164 | *Not Produced* |
| 4/1/1999 | CHECK | (65,000) | - | (65,000) | - | - | (405,000) | MDPTPP05305178 | MDPTPP05305180 | *Not Produced* |
| 7/1/1999 | CHECK | (65,000) | - | (65,000) | - | - | (470,000) | MDPTPP05305195 | MDPTPP05305198 | *Not Produced* |
| 10/1/1999 | CHECK | (65,000) | - | (65,000) | - | - | (535,000) | MDPTPP05305211 | MDPTPP05305215 | *Not Produced* |
| 1/3/2000 | CHECK | (65,000) | - | (65,000) | - | - | (600,000) | MDPTPP05305228 | MDPTPP05305233 | *Not Produced* |
| 2/18/2000 | CHECK | 500,000 | 500,000 | - | - | - | (100,000) | MDPTPP05305236 | MDPTPP05305239 | *Not Produced* |
| 4/3/2000 | CHECK | (65,000) | - | (65,000) | - | - | (165,000) | MDPTPP05305248 | MDPTPP05305250 | *Not Produced* |
| 7/3/2000 | CHECK | (65,000) | - | (65,000) | - | - | (230,000) | MDPTPP05305263 | MDPTPP05305269 | *Not Produced* |
| 10/2/2000 | CHECK | (65,000) | - | (65,000) | - | - | (295,000) | MDPTPP05305284 | MDPTPP05305288 | *Not Produced* |
| 1/2/2001 | CHECK | (65,000) | - | (65,000) | - | - | (360,000) | MDPTPP05305304 | MDPTPP05305309 | *Not Produced* |
| 4/2/2001 | CHECK | (65,000) | - | (65,000) | - | - | (425,000) | MDPTPP05305323 | MDPTPP05305326 | *Not Produced* |
| 7/2/2001 | CHECK | (65,000) | - | (65,000) | - | - | (490,000) | MDPTPP05305338 | MDPTPP05305341 | *Not Produced* |
| 10/1/2001 | CHECK | (65,000) | - | (65,000) | - | - | (555,000) | MDPTPP05305356 | MDPTPP05305360 | *Not Produced* |
| 1/2/2002 | CHECK | (65,000) | - | (65,000) | - | - | (620,000) | MDPTPP05305372 | MDPTPP05305377 | *Not Produced* |
| 4/1/2002 | CHECK | (65,000) | - | (65,000) | - | - | (685,000) | MDPTPP05305393 | MDPTPP05305398 | *Not Produced* |
| 4/30/2002 | CHECK | 100,000 | 100,000 | - | - | - | (585,000) | MDPTPP05305393 | MDPTPP05305398 | *Not Produced* |
| 7/8/2002 | CHECK | (134,702) | - | (134,702) | - | - | (719,702) | MDPTPP05305413 | MDPTPP05305419 | *Not Produced* |
| 10/7/2002 | CHECK | (169,164) | - | (169,164) | - | - | (888,866) | MDPTPP05305431 | MDPTPP05305436 | *Not Produced* |
| 1/10/2003 | CHECK | (60,241) | - | (60,241) | - | - | (949,107) | MDPTPP05305448 | MDPTPP05305453 | 10-04486_N Shapiro_0000427 |
| 1/28/2003 | CHECK | 100,000 | 100,000 | - | - | - | (849,107) | MDPTPP05305448 | MDPTPP05305453 | 10-04486_N Shapiro_0000429 |
| 4/9/2003 | CHECK | (70,042) | - | (70,042) | - | - | (919,149) | MDPTPP05305470 | MDPTPP05305472 | 10-04486_N Shapiro_0000449 |
| 5/13/2003 | CHECK | 100,000 | 100,000 | - | - | - | (819,149) | MDPTPP05305474 | MDPTPP05305479 | 10-04486_N Shapiro_0000454 |
| 7/8/2003 | CHECK | (89,184) | - | (89,184) | - | - | (908,334) | MDPTPP05305487 | MDPTPP05305493 | 10-04486_N Shapiro_0000466 |
| 7/17/2003 | CHECK | 50,000 | 50,000 | - | - | - | (858,334) | MDPTPP05305487 | MDPTPP05305493 | 10-04486_N Shapiro_0000468 |
| 10/9/2003 | CHECK | (115,093) | - | (115,093) | - | - | (973,427) | MDPTPP05305510 | MDPTPP05305515 | 10-04486_N Shapiro_0000489 |
| 1/8/2004 | CHECK | (47,840) | - | (47,840) | - | - | (1,021,267) | MDPTPP05305526 | MDPTPP05305531 | 10-04486_N Shapiro_0000506 |
| 4/8/2004 | CHECK | (69,721) | - | (69,721) | - | - | (1,090,988) | MDPTPP05305543 | MDPTPP05305549 | 10-04486_N Shapiro_0000524 |
| 7/7/2004 | CHECK | (107,155) | - | (107,155) | - | - | (1,198,142) | MDPTPP05305567 | MDPTPP05305569 | 10-04486_N Shapiro_0000546 |
| 10/7/2004 | CHECK | (89,315) | - | (89,315) | - | - | (1,287,457) | MDPTPP05305584 | MDPTPP05305586 | 10-04486_N Shapiro_0000563 |
| 1/7/2005 | CHECK | (67,123) | - | (67,123) | - | - | (1,354,580) | MDPTPP05305601 | MDPTPP05305606 | 10-04486_N Shapiro_0000580 |
| 4/7/2005 | CHECK | (69,500) | - | (69,500) | - | - | (1,424,080) | MDPTPP05305619 | MDPTPP05305621 | 10-04486_N Shapiro_0000598 |
| 7/7/2005 | CHECK | (73,134) | - | (73,134) | - | - | (1,497,214) | MDPTPP05305635 | MDPTPP05305637 | 10-04486_N Shapiro_0000614 |
| 10/7/2005 | CHECK | (66,482) | - | (66,482) | - | - | (1,563,696) | MDPTPP05305650 | MDPTPP05305656 | 10-04486_N Shapiro_0000629 |
| 1/9/2006 | CHECK | (106,825) | - | (106,825) | - | - | (1,670,521) | MDPTPP05305670 | MDPTPP05305676 | 10-04486_N Shapiro_0000663 |
| 4/7/2006 | CHECK | (82,723) | - | (82,723) | - | - | (1,753,244) | MDPTPP05305691 | MDPTPP05305698 | 10-04486_N Shapiro_0000686 |
| 7/10/2006 | CHECK | (90,792) | - | (90,792) | - | - | (1,844,036) | MDPTPP05305713 | MDPTPP05305719 | 10-04486_N Shapiro_0000706 |
| 10/6/2006 | CHECK | (162,095) | - | (162,095) | - | - | (2,006,130) | MDPTPP05305732 | MDPTPP05305737 | 10-04486_N Shapiro_0000725 |
| 1/8/2007 | CHECK | (85,843) | - | (85,843) | - | - | (2,091,973) | MDPTPP05305751 | MDPTPP05305753 | 10-04486_N Shapiro_0000750 |
| 4/4/2007 | CHECK | (75,145) | - | (75,145) | - | - | (2,167,118) | MDPTPP05305768 | MDPTPP05305773 | 10-04486_N Shapiro_0000767 |
| 7/6/2007 | CHECK | (98,112) | - | (98,112) | - | - | (2,265,230) | MDPTPP05305787 | MDPTPP05305789 | 10-04486_N Shapiro_0000787 |
| 10/4/2007 | CHECK | (103,724) | - | (103,724) | - | - | (2,368,954) | MDPTPP05305801 | MDPTPP05305803 | 10-04486_N Shapiro_0000801 |
| 10/29/2007 | CHECK | 300,000 | 300,000 | - | - | - | (2,068,954) | MDPTPP05305801 | MDPTPP05305803 | 10-04486_N Shapiro_0000801 |
| 1/8/2008 | CHECK | (88,232) | - | (88,232) | - | - | (2,157,185) | MDPTPP05305817 | MDPTPP05305819 | 10-04486_N Shapiro_0000817 |
| 4/7/2008 | CHECK | (43,862) | - | (43,862) | - | - | (2,201,047) | MDPTPP05305824 | MDPTPP05305829 | 10-04486_N Shapiro_0000825 |

BLMIS ACCOUNT NO. 1S0337 - NORMA SHAPIRO TRUSTEE NORMA SHAPIRO REV DEC TRUST U/A/D 9/16/08

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | | CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: |
| Date | Customer Statement | Customer Statement | Deposits [2] | Withdrawals [3] | Transfers In [4] | Transfers Out | Balance | Beg Bates | End Bates | Bates Ref |
| 7/7/2008 | CHECK | (199,403) | - | (199,403) | - | - | (2,400,450) | MDPTPP05305841 | MDPTPP05305842 | 10-04486_N_Shapiro_0000841 |
| 10/6/2008 | CHECK | (54,378) | - | (54,378) | - | - | (2,454,829) | MDPTPP05305856 | MDPTPP05305858 | 10-04486_N_Shapiro_0000856 |
| | | Total: | $ 1,200,000 | $ (3,654,829) | $ - | $ - | $ (2,454,829) | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The seven cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[3] The 45 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The one inter-account transfer into Shapiro Account 1S0337 was reflected on the Customer Statement with a transaction code of "JRNL."