# Exhibit 5A

Exhibit 5A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0072

BLMIS ACCOUNT NO. 1S0072 (FORMERLY 101938) - PHILIP L SHAPIRO  Redacted

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [3] | Withdrawals [4] | Transfers In | Transfers Out [5] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 4/18/1983 | CHECK | 300,000 | 300,000 | - | - | - | 300,000 | MF00367086 | MF00367086 |
| 6/6/1983 | CHECK | (9,000) | - | (9,000) | - | - | 291,000 | MF00368231 | MF00368231 |
| 7/18/1983 | CHECK | (9,562) | - | (9,562) | - | - | 281,439 | MF00368757 | MF00368757 |
| 9/19/1983 | CHECK | (11,248) | - | (11,248) | - | - | 270,191 | MF00369901 | MF00369901 |
| 11/14/1983 | CHECK | (8,999) | - | (8,999) | - | - | 261,191 | MF00146409 | MF00146409 |
| 1/12/1984 | CHECK | (12,738) | - | (12,738) | - | - | 248,454 | MF00358932 | MF00358932 |
| 3/14/1984 | CHECK | (11,180) | - | (11,180) | - | - | 237,274 | MF00360124 | MF00360124 |
| 5/18/1984 | CHECK U S GYPSUM | (12,001) | - | (12,001) | - | - | 225,272 | MF00149772 | MF00149772 |
| 7/11/1984 | CHECK EMHART | (9,559) | - | (9,559) | - | - | 215,714 | MF00150960 | MF00150960 |
| 9/17/1984 | CHECK LORIMAR PRODTNS | (11,245) | - | (11,245) | - | - | 204,469 | MF00152143 | MF00152143 |
| 11/16/1984 | CHECK WACHOVIA | (10,494) | - | (10,494) | - | - | 193,975 | MF00364182 | MF00364182 |
| 1/7/1985 | CHECK JEWEL | (9,559) | - | (9,559) | - | - | 184,416 | MF00371071 | MF00371071 |
| 2/25/1985 | CHECK US GYPSUM | (9,844) | - | (9,844) | - | - | 174,572 | MF00371398 | MF00371398 |
| 4/19/1985 | CHECK BRISTOL MYERS | (7,494) | - | (7,494) | - | - | 167,078 | MF00372862 | MF00372862 |
| 6/5/1985 | CHECK SUN | (9,567) | - | (9,567) | - | - | 157,510 | MF00157347 | MF00157347 |
| 8/5/1985 | CHECK SHELLER GLOBE | (11,248) | - | (11,248) | - | - | 146,262 | MF00158641 | MF00158641 |
| 10/16/1985 | CHECK TRW | (11,993) | - | (11,993) | - | - | 134,269 | MF00159938 | MF00159938 |
| 12/24/1985 | CHECK SUN CO | (12,745) | - | (12,745) | - | - | 121,524 | MF00161273 | MF00161273 |
| 2/18/1986 | CHECK AMERICAN EXPRESS | (11,244) | - | (11,244) | - | - | 110,280 | MF00099265 | MF00099265 |
| 4/21/1986 | CHECK OWENS | (11,994) | - | (11,994) | - | - | 98,286 | MF00100825 | MF00100825 |
| 6/26/1986 | CHECK MERRILL LYNCH | (12,740) | - | (12,740) | - | - | 85,546 | MF00074578 | MF00074578 |
| 8/26/1986 | CHECK PEP BOYS | (11,201) | - | (11,201) | - | - | 74,345 | MF00076032 | MF00076032 |
| 10/31/1986 | CHECK AMERICAN INTL | (11,991) | - | (11,991) | - | - | 62,354 | MF00077550 | MF00077550 |
| 1/5/1987 | CHECK AMERICAN GEN CORP | (8,941) | - | (8,941) | - | - | 53,413 | MF00056823 | MF00056823 |
| 3/3/1987 | CHECK NWA | (8,424) | - | (8,424) | - | - | 44,989 | MF00058858 | MF00058858 |
| 4/15/1987 | CHECK FIRST PENNSYLVANIA | (8,995) | - | (8,995) | - | - | 35,994 | MF00101664 | MF00101664 |
| 6/10/1987 | CHECK TRANSCO CO | (12,750) | - | (12,750) | - | - | 23,243 | MF00103304 | MF00103304 |
| 7/23/1987 | CHECK | 100,000 | 100,000 | - | - | - | 123,243 | MF00059752 | MF00059752 |
| 8/21/1987 | CHECK AGS COMPUTERS | (11,247) | - | (11,247) | - | - | 111,996 | MF00060602 | MF00060602 |
| 10/5/1987 | CHECK ITEL | (4,014) | - | (4,014) | - | - | 107,982 | MF00062662 | MF00062662 |
| 10/21/1987 | CHECK CARL KARCHER | (11,957) | - | (11,957) | - | - | 96,025 | MF00062662 | MF00062662 |
| 12/16/1987 | CHECK ST JUDE MED INC | (4,301) | - | (4,301) | - | - | 91,725 | MF00064475 | MF00064475 |
| 1/26/1988 | CHECK BRISTOL MYERS | (11,948) | - | (11,948) | - | - | 79,777 | MF00539631 | MF00539631 |
| 2/25/1988 | CHECK ATLANTIC RICHFIELD | (4,040) | - | (4,040) | - | - | 75,737 | MF00540664 | MF00540664 |
| 3/30/1988 | CHECK ADVANCED SYSTEMS | (11,958) | - | (11,958) | - | - | 63,779 | MF00537822 | MF00537822 |
| 5/3/1988 | CHECK WOOLWORTH | (3,792) | - | (3,792) | - | - | 59,987 | MF00535759 | MF00535759 |
| 6/1/1988 | CHECK INTERCC | (11,208) | - | (11,208) | - | - | 48,779 | MF00536360 | MF00536360 |
| 6/30/1988 | CHECK FIRST FIDELITY | (3,229) | - | (3,229) | - | - | 45,550 | MF00536360 | MF00536360 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [3] | Withdrawals [4] | Transfers In | Transfers Out [5] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 7/31/1988 | TRANSACTION PER SUPPLEMENTAL ANALYSIS | 1,000 [1] | 1,000 | - | - | - | 46,550 | | |
| 8/8/1988 | CHECK AMFAC | (12,699) | - | (12,699) | - | - | 33,851 | MF00534780 | MF00534780 |
| 9/9/1988 | CHECK DEERE & CO | (3,782) | - | (3,782) | - | - | 30,069 | MF00531797 | MF00531797 |
| 10/12/1988 | CHECK ARPTEK CORP | (11,939) | - | (11,939) | - | - | 18,131 | MF00532834 | MF00532834 |
| 11/15/1988 | CHECK PENTAIR | (4,281) | - | (4,281) | - | - | 13,850 | MF00529502 | MF00529503 |
| 12/7/1988 | CHECK PENNWALT | (8,420) | - | (8,420) | - | - | 5,430 | MF00530701 | MF00530701 |
| 12/28/1988 | CHECK MILLICOM RIGHTS | (2,504) | - | (2,504) | - | - | 2,926 | MF00530701 | MF00530701 |
| 2/3/1989 | CHECK GENERAL CINEMA | (12,637) | - | (12,637) | - | - | (9,710) | MF00041960 | MF00041960 |
| 2/22/1989 | CHECK HEINZ | (2,884) | - | (2,884) | - | - | (12,594) | MF00041960 | MF00041960 |
| 4/11/1989 | CHECK PHELPS | (11,903) | - | (11,903) | - | - | (24,497) | MF00044438 | MF00044438 |
| 5/3/1989 | CHECK PFIZER | (4,308) | - | (4,308) | - | - | (28,805) | MF00045362 | MF00045362 |
| 6/15/1989 | CHECK WARNER COMM | (3,086) | - | (3,086) | - | - | (31,891) | MF00045878 | MF00045878 |
| 6/21/1989 | CHECK DURR FULLAUER MED | (11,154) | - | (11,154) | - | - | (43,045) | MF00045878 | MF00045878 |
| 8/16/1989 | CHECK HANNA | (16,994) | - | (16,994) | - | - | (60,039) | MF00049127 | MF00049127 |
| 10/19/1989 | CHECK AMERICAN MAIZE | (14,968) | - | (14,968) | - | - | (75,007) | MF00050916 | MF00050916 |
| 12/12/1989 | CHECK COLUMBIA PICTURES | (12,000) | - | (12,000) | - | - | (87,007) | MF00053741 | MF00053741 |
| 2/14/1990 | CHECK WESTINGHOUSE | (16,993) | - | (16,993) | - | - | (104,000) | MF00024055 | MF00024055 |
| 4/5/1990 | CHECK MCKESSON | (11,225) | - | (11,225) | - | - | (115,224) | MF00032101 | MF00032101 |
| 6/7/1990 | CHECK CONNER | (15,964) | - | (15,964) | - | - | (131,188) | MF00039688 | MF00039688 |
| 7/9/1990 | CHECK | 100,000 | 100,000 | - | - | - | (31,188) | MF00035259 | MF00035259 |
| 8/2/1990 | CHECK COMPAQ COMPUTER | (11,979) | - | (11,979) | - | - | (43,167) | MF00036905 | MF00036905 |
| 10/3/1990 | CHECK INTEL | (21,253) | - | (21,253) | - | - | (64,419) | MF00029189 | MF00029189 |
| 12/14/1990 | CHECK ANADARKO | (18,751) | - | (18,751) | - | - | (83,171) | MF00025799 | MF00025799 |
| 2/25/1991 | CHECK FEDERAL | (20,005) | - | (20,005) | - | - | (103,176) | MF00494056 | MF00494056 |
| 4/29/1991 | CHECK POLICY | (17,476) | - | (17,476) | - | - | (120,652) | MF00490264 | MF00490264 |
| 6/24/1991 | CHECK AVON | (14,067) | - | (14,067) | - | - | (134,719) | MF00486614 | MF00486614 |
| 8/29/1991 | CHECK INTL RECTIFER | (19,953) | - | (19,953) | - | - | (154,672) | MF00482894 | MF00482894 |
| 10/18/1991 | CHECK TRITON | (15,309) | - | (15,309) | - | - | (169,981) | MF00478691 | MF00478691 |
| 12/17/1991 | CHECK MARK IV | (14,060) | - | (14,060) | - | - | (184,041) | MF00474435 | MF00474435 |
| 1/21/1992 | CHECK CAMPBELL | (10,003) | - | (10,003) | - | - | (194,044) | MF00472334 | MF00472334 |
| 3/18/1992 | CHECK PRODUCTIONS | (15,304) | - | (15,304) | - | - | (209,348) | MF00468616 | MF00468616 |
| 5/22/1992 | CHECK TYCO | (18,747) | - | (18,747) | - | - | (228,095) | MF00464460 | MF00464460 |
| 7/8/1992 | CHECK DEL WEBB | (11,455) | - | (11,455) | - | - | (239,550) | MF00460319 | MF00460319 |
| 7/22/1992 | CHECK | 100,000 | 100,000 | - | - | - | (139,550) | MF00460319 | MF00460319 |
| 8/13/1992 | CHECK HARLEY | (8,765) | - | (8,765) | - | - | (148,315) | MF00458297 | MF00458297 |
| 9/22/1992 | CHECK STAPLES | (22,537) | - | (22,537) | - | - | (170,852) | MF00456326 | MF00456326 |
| 11/3/1992 | CHECK NBD BANCORP | (7,498) | - | (7,498) | - | - | (178,350) | MF00451828 | MF00451828 |
| 12/11/1992 | CHECK TRI CONTL | (12,023) | - | (12,023) | - | - | (190,373) | MF00445730 | MF00445730 |

Exhibit 5A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0072

BLMIS ACCOUNT NO. 1S0072 (FORMERLY 101938) - PHILIP L SHAPIRO Redacted

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits [3] | Withdrawals [4] | Transfers In | Transfers Out [5] | Balance | Beg Bates | End Bates |
| 2/19/1993 | CHECK MOTOROLA | (11,273) | - | (11,273) | - | - | (201,646) | MF00433588 | MF00433588 |
| 4/14/1993 | CHECK DIBRELL | (18,455) | - | (18,455) | - | - | (220,101) | MF00424018 | MF00424018 |
| 5/25/1993 | CHECK JC PENNEY | (12,076) | - | (12,076) | - | - | (232,177) | MF00419818 | MF00419818 |
| 6/25/1993 | CHECK SOUTHWESTERN BELL | (10,561) | - | (10,561) | - | - | (242,738) | MF00407748 | MF00407748 |
| 8/3/1993 | CHECK | 200,000 | 200,000 | - | - | - | (42,738) | MF00385009 | MF00385009 |
| 8/25/1993 | CHECK ANADARKO | (19,782) | - | (19,782) | - | - | (62,520) | MF00385009 | MF00385009 |
| 9/29/1993 | CHECK ENRON | (13,064) | - | (13,064) | - | - | (75,584) | MF00378065 | MF00378065 |
| 11/5/1993 | CHECK SNAPPLE | (14,069) | - | (14,069) | - | - | (89,653) | MF00374970 | MF00374970 |
| 12/15/1993 | CHECK MALAYSIA | (22,633) | - | (22,633) | - | - | (112,285) | MF00410870 | MF00410870 |
| 2/10/1994 | CHECK AMERITECH | (10,055) | - | (10,055) | - | - | (122,340) | MF00301336 | MF00301336 |
| 4/19/1994 | CHECK COMCAST | (28,209) | - | (28,209) | - | - | (150,549) | MF00288811 | MF00288811 |
| 5/23/1994 | CHECK AUTOZONE | (9,069) | - | (9,069) | - | - | (159,618) | MF00303694 | MF00303694 |
| 6/24/1994 | CHECK GEN ELEC | (5,035) | - | (5,035) | - | - | (164,652) | MF00235914 | MF00235914 |
| 8/15/1994 | CHECK GEN MOTORS | (19,665) | - | (19,665) | - | - | (184,317) | MF00325018 | MF00325018 |
| 9/22/1994 | CHECK CATERPILLAR | (8,074) | - | (8,074) | - | - | (192,391) | MF00262795 | MF00262795 |
| 9/27/1994 | CHECK | (30,000) | - | (30,000) | - | - | (222,391) | MF00262795 | MF00262795 |
| 10/6/1994 | CHECK RETURNED | 30,000 | - | 30,000 | - | - | (192,391) | MF00252270 | MF00252270 |
| 10/6/1994 | CHECK | 100,000 | 100,000 | - | - | - | (92,391) | MF00252270 | MF00252270 |
| 10/28/1994 | CHECK SCIENTIFIC | (11,115) | - | (11,115) | - | - | (103,506) | MF00252270 | MF00252270 |
| 11/28/1994 | CHECK CBS INC | (17,017) | - | (17,017) | - | - | (120,522) | MF00246088 | MF00246088 |
| 2/9/1995 | CHECK PACIFIC | (10,209) | - | (10,209) | - | - | (130,732) | MF00212012 | MF00212012 |
| 3/15/1995 | CHECK ALUMINUM | (11,450) | - | (11,450) | - | - | (142,181) | MF00208295 | MF00208295 |
| 5/16/1995 | CHECK HOME DEPOT | (38,948) | - | (38,948) | - | - | (181,130) | MF00168053 | MF00168053 |
| 6/16/1995 | CHECK MICRON | (6,879) | - | (6,879) | - | - | (188,009) | MF00178056 | MF00178056 |
| 7/28/1995 | CHECK KULICKE & SOFFA | (24,005) | - | (24,005) | - | - | (212,013) | MF00177412 | MF00177412 |
| 9/13/1995 | CHECK TEXAS INSTRUMENT | (8,019) | - | (8,019) | - | - | (220,032) | MF00129025 | MF00129025 |
| 10/19/1995 | CHECK SAFEGUARD | (12,612) | - | (12,612) | - | - | (232,644) | MF00118392 | MF00118392 |
| 11/17/1995 | CHECK APPLIED MATERIALS | (10,325) | - | (10,325) | - | - | (242,969) | MF00112407 | MF00112407 |
| 2/15/1996 | CHECK FED NAT'L MORTGAGE | (12,623) | - | (12,623) | - | - | (255,592) | MDPTPP05062636 | MDPTPP05062638 |
| 4/9/1996 | CHECK GEN MOTORS CORP | (20,865) | - | (20,865) | - | - | (276,457) | MDPTPP05062642 | MDPTPP05062643 |
| 5/23/1996 | CHECK CENTOCOR | (19,158) | - | (19,158) | - | - | (295,614) | MDPTPP05062644 | MDPTPP05062645 |
| 6/27/1996 | CHECK COCA COLA | (17,412) | - | (17,412) | - | - | (313,026) | MDPTPP05062646 | MDPTPP05062647 |
| 7/31/1996 | CHECK CHRYSLER CORP | (8,129) | - | (8,129) | - | - | (321,155) | MDPTPP05062648 | MDPTPP05062649 |
| 9/9/1996 | CHECK TIFFANY & CO | (17,449) | - | (17,449) | - | - | (338,603) | MDPTPP05062652 | MDPTPP05062653 |
| 10/8/1996 | CHECK HERSHEY FOODS INC | (1,162) | - | (1,162) | - | - | (339,765) | MDPTPP05062654 | MDPTPP05062656 |
| 10/18/1996 | CHECK JONES APPAREL | (10,470) | - | (10,470) | - | - | (350,235) | MDPTPP05062654 | MDPTPP05062656 |
| 11/14/1996 | CHECK NEWBRIDGE NETWORKS | (12,862) | - | (12,862) | - | - | (363,096) | MDPTPP05062657 | MDPTPP05062658 |
| 12/18/1996 | CHECK FIRST DATA | (10,525) | - | (10,525) | - | - | (373,621) | MDPTPP05062659 | MDPTPP05062660 |
| 2/21/1997 | CHECK DEAN WITTER | (18,723) | - | (18,723) | - | - | (392,344) | MDPTPP05062663 | MDPTPP05062664 |

**Exhibit 5A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0072**

**BLMIS ACCOUNT NO. 1S0072 (FORMERLY 101938) - PHILIP L SHAPIRO** Redacted

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits** [3] | **Withdrawals** [4] | **Transfers In** | **Transfers Out** [5] | **Balance** | **Beg Bates** | **End Bates** |
| 3/27/1997 | CHECK NATIONS BANK | (10,585) | - | (10,585) | - | - | (402,929) | MDPTPP05062665 | MDPTPP05062666 |
| 5/2/1997 | CHECK PHILIP MORRIS | (10,601) | - | (10,601) | - | - | (413,530) | MDPTPP05062669 | MDPTPP05062670 |
| 6/11/1997 | CHECK GENERAL ELECTRIC | (16,523) | - | (16,523) | - | - | (430,052) | MDPTPP05062671 | MDPTPP05062672 |
| 7/9/1997 | CHECK MOBIL CORP | (10,653) | - | (10,653) | - | - | (440,705) | MDPTPP05062673 | MDPTPP05062674 |
| 7/10/1997 | TRANS TO 1S033830 (*1S0338*) | (948,453) [2] | - | - | - | - | (440,705) | MDPTPP05062673 | MDPTPP05062674 |
| | Total: | | $ 901,000 | $ (1,341,705) | $ - | $ - | $ (440,705) | | |

[1] Because no BLMIS records were available to identify cash and principal transactions for BLMIS Account 1S0072 for the month of July 1988, I reviewed the available BLMIS records immediately preceding and following the month of July 1988. Based on my review, I reasonably inferred that a cash deposit in the amount of $1,000 took place in July 1988. *See* Exhibit 9 for the June 1988 and August 1988 Customer Statements for BLMIS Account 1S0072. BLMIS Account 1S0072 was known as BLMIS Account 101938 at this time.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The six cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[4] The 110 cash withdrawals were reflected on the Customer Statements with a transaction code of "PW."

[5] The one inter-account transfer out of BLMIS Account 1S0072 was reflected on the Customer Statement with a transaction code of "CW."