# Exhibit 5B

BLMIS ACCOUNT NO. 1S0338 - TRUST U/W/O PHILIP L SHAPIRO<sup>Redacted</sup>

| Column 1<br>Date | Column 2<br>Transaction Description as Reported on Customer Statement | Column 3<br>Amount as Reported on Customer Statement | Column 4<br>Deposits [2] | Column 5<br>Withdrawals [3] | Column 6<br>Transfers In [4] | Column 7<br>Transfers Out | Column 8<br>Balance | Column 9<br>BLMIS SOURCE DOCUMENT: Beg Bates | Column 10<br>End Bates | Column 11<br>BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/1997 | TRANS FROM 1S007210 (*1S0072*) | 948,453 [1] | - | - | - | - | - | MDPTPP05306422 | MDPTPP05306426 | *Not Produced* |
| 10/1/1997 | CHECK | (30,000) | - | (30,000) | - | - | (30,000) | MDPTPP05306439 | MDPTPP05306443 | *Not Produced* |
| 10/16/1997 | CHECK | 20,000 | 20,000 | - | - | - | (10,000) | MDPTPP05306439 | MDPTPP05306443 | *Not Produced* |
| 10/28/1997 | CHECK | (33,701) | - | (33,701) | - | - | (43,701) | MDPTPP05306439 | MDPTPP05306443 | *Not Produced* |
| 11/3/1997 | CHECK RETURNED | 33,701 | - | 33,701 | - | - | (10,000) | MDPTPP05306445 | MDPTPP05306450 | *Not Produced* |
| 11/12/1997 | CHECK | 90,000 | 90,000 | - | - | - | 80,000 | MDPTPP05306445 | MDPTPP05306450 | *Not Produced* |
| 1/13/1998 | CHECK | (48,462) | - | (48,462) | - | - | 31,538 | MDPTPP05306459 | MDPTPP05306463 | *Not Produced* |
| 4/2/1998 | CHECK | 50,000 | 50,000 | - | - | - | 81,538 | MDPTPP05306477 | MDPTPP05306480 | *Not Produced* |
| 4/8/1998 | CHECK | (54,665) | - | (54,665) | - | - | 26,873 | MDPTPP05306477 | MDPTPP05306480 | *Not Produced* |
| 7/9/1998 | CHECK | (58,134) | - | (58,134) | - | - | (31,261) | MDPTPP05306496 | MDPTPP05306500 | *Not Produced* |
| 8/4/1998 | CHECK | 50,000 | 50,000 | - | - | - | 18,739 | MDPTPP05306502 | MDPTPP05306507 | *Not Produced* |
| 10/9/1998 | CHECK | (32,123) | - | (32,123) | - | - | (13,385) | MDPTPP05306517 | MDPTPP05306521 | *Not Produced* |
| 1/13/1999 | CHECK | (62,639) | - | (62,639) | - | - | (76,023) | MDPTPP05306534 | MDPTPP05306538 | *Not Produced* |
| 4/13/1999 | CHECK | (55,281) | - | (55,281) | - | - | (131,304) | MDPTPP05306552 | MDPTPP05306554 | *Not Produced* |
| 7/8/1999 | CHECK | (84,449) | - | (84,449) | - | - | (215,753) | MDPTPP05306569 | MDPTPP05306572 | *Not Produced* |
| 10/8/1999 | CHECK | (38,249) | - | (38,249) | - | - | (254,003) | MDPTPP05306585 | MDPTPP05306589 | *Not Produced* |
| 12/14/1999 | CHECK | 50,000 | 50,000 | - | - | - | (204,003) | MDPTPP05306598 | MDPTPP05306600 | *Not Produced* |
| 1/6/2000 | CHECK | (46,465) | - | (46,465) | - | - | (250,467) | MDPTPP05306602 | MDPTPP05306606 | *Not Produced* |
| 4/7/2000 | CHECK | (66,791) | - | (66,791) | - | - | (317,258) | MDPTPP05306620 | MDPTPP05306622 | *Not Produced* |
| 7/7/2000 | CHECK | (40,575) | - | (40,575) | - | - | (357,833) | MDPTPP05306635 | MDPTPP05306639 | *Not Produced* |
| 10/11/2000 | CHECK | (27,634) | - | (27,634) | - | - | (385,467) | MDPTPP05306653 | MDPTPP05306657 | *Not Produced* |
| 1/10/2001 | CHECK | (24,637) | - | (24,637) | - | - | (410,103) | MDPTPP05306673 | MDPTPP05306678 | *Not Produced* |
| 4/6/2001 | CHECK | (59,550) | - | (59,550) | - | - | (469,654) | MDPTPP05306692 | MDPTPP05306695 | *Not Produced* |
| 7/9/2001 | CHECK | (40,434) | - | (40,434) | - | - | (510,088) | MDPTPP05306708 | MDPTPP05306711 | *Not Produced* |
| 10/9/2001 | CHECK | (27,551) | - | (27,551) | - | - | (537,638) | MDPTPP05306725 | MDPTPP05306729 | *Not Produced* |
| 1/11/2002 | CHECK | (42,388) | - | (42,388) | - | - | (580,026) | MDPTPP05306741 | MDPTPP05306746 | Def 000000404 |
| 3/8/2002 | CHECK | 10,000 | 10,000 | - | - | - | (570,026) | MDPTPP05306753 | MDPTPP05306758 | Def 000000348 |
| 3/11/2002 | CXL CHECK | (10,000) | (10,000) | - | - | - | (580,026) | MDPTPP05306753 | MDPTPP05306758 | Def 000000348 |
| 4/10/2002 | CHECK | (15,211) | - | (15,211) | - | - | (595,237) | MDPTPP05306761 | MDPTPP05306766 | Def 000000392 |
| 7/8/2002 | CHECK | (54,378) | - | (54,378) | - | - | (649,616) | MDPTPP05306781 | MDPTPP05306787 | Def 000000371 |
| 8/22/2002 | CHECK | (995,438) | - | (995,438) | - | - | (1,645,053) | MDPTPP05306789 | MDPTPP05306793 | *Not Produced* |
| 10/7/2002 | CHECK | (64,717) | - | (64,717) | - | - | (1,709,770) | MDPTPP05306799 | MDPTPP05306804 | *Not Produced* |
| 1/10/2003 | CHECK | (3,741) | - | (3,741) | - | - | (1,713,511) | MDPTPP05306816 | MDPTPP05306821 | 10-04486_N_Shapiro_0000867 |
| 4/9/2003 | CHECK | (4,592) | - | (4,592) | - | - | (1,718,103) | MDPTPP05306836 | MDPTPP05306838 | 10-04486_N_Shapiro_0000887 |
| 7/8/2003 | CHECK | (5,477) | - | (5,477) | - | - | (1,723,579) | MDPTPP05306853 | MDPTPP05306858 | 10-04486_N_Shapiro_0000904 |
| 10/9/2003 | CHECK | (7,192) | - | (7,192) | - | - | (1,730,771) | MDPTPP05306874 | MDPTPP05306879 | 10-04486_N_Shapiro_0000925 |
| 1/8/2004 | CHECK | (3,046) | - | (3,046) | - | - | (1,733,817) | MDPTPP05306890 | MDPTPP05306895 | 10-04486_N_Shapiro_0000942 |
| 1/28/2004 | CHECK | 61,985 | 61,985 | - | - | - | (1,671,832) | MDPTPP05306890 | MDPTPP05306895 | 10-04486_N_Shapiro_0000943 |
| 2/12/2004 | CHECK | (1,026) | - | (1,026) | - | - | (1,672,858) | MDPTPP05306897 | MDPTPP05306900 | 10-04486_N_Shapiro_0000948 |
| 3/23/2004 | CHECK | 28,331 | 28,331 | - | - | - | (1,644,528) | MDPTPP05306902 | MDPTPP05306904 | 10-04486_N_Shapiro_0000953 |
| 4/8/2004 | CHECK | (3,684) | - | (3,684) | - | - | (1,648,211) | MDPTPP05306906 | MDPTPP05306912 | 10-04486_N_Shapiro_0000959 |
| 7/7/2004 | CHECK | (9,213) | - | (9,213) | - | - | (1,657,424) | MDPTPP05306928 | MDPTPP05306930 | 10-04486_N_Shapiro_0000979 |
| 10/7/2004 | CHECK | (7,329) | - | (7,329) | - | - | (1,664,753) | MDPTPP05306945 | MDPTPP05306947 | 10-04486_N_Shapiro_0000996 |
| 1/7/2005 | CHECK | (5,910) | - | (5,910) | - | - | (1,670,663) | MDPTPP05306962 | MDPTPP05306967 | 10-04486_N_Shapiro_0001013 |
| 4/7/2005 | CHECK | (6,049) | - | (6,049) | - | - | (1,676,712) | MDPTPP05306980 | MDPTPP05306982 | 10-04486_N_Shapiro_0001037 |
| 7/7/2005 | CHECK | (6,445) | - | (6,445) | - | - | (1,683,157) | MDPTPP05306996 | MDPTPP05306998 | 10-04486_N_Shapiro_0001057 |
| 10/7/2005 | CHECK | (5,888) | - | (5,888) | - | - | (1,689,045) | MDPTPP05307010 | MDPTPP05307015 | 10-04486_N_Shapiro_0001071 |
| 1/9/2006 | CHECK | (9,323) | - | (9,323) | - | - | (1,698,368) | MDPTPP05307029 | MDPTPP05307034 | 10-04486_N_Shapiro_0001090 |
| 3/24/2006 | CHECK | (2,470) | - | (2,470) | - | - | (1,700,838) | MDPTPP05307041 | MDPTPP05307046 | 10-04486_N_Shapiro_0001103 |
| 4/7/2006 | CHECK | (7,580) | - | (7,580) | - | - | (1,708,418) | MDPTPP05307048 | MDPTPP05307054 | 10-04486_N_Shapiro_0001111 |
| 7/10/2006 | CHECK | (8,367) | - | (8,367) | - | - | (1,716,785) | MDPTPP05307068 | MDPTPP05307074 | 10-04486_N_Shapiro_0001129 |
| 10/6/2006 | CHECK | (14,581) | - | (14,581) | - | - | (1,731,366) | MDPTPP05307087 | MDPTPP05307092 | 10-04486_N_Shapiro_0001148 |
| 1/8/2007 | CHECK | (7,421) | - | (7,421) | - | - | (1,738,788) | MDPTPP05307106 | MDPTPP05307108 | 10-04486_N_Shapiro_0001173 |
| 3/27/2007 | CHECK | (2,650) | - | (2,650) | - | - | (1,741,438) | MDPTPP05307116 | MDPTPP05307120 | 10-04486_N_Shapiro_0001184 |

BLMIS ACCOUNT NO. 1S0338 - TRUST U/W/O PHILIP L SHAPIRO[Redacted]

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BLMIS SOURCE DOCUMENT: | | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [2] | Withdrawals [3] | Transfers In [4] | Transfers Out | Balance | Beg Bates | End Bates | Bates Ref |
| 4/4/2007 | CHECK | (6,562) | - | (6,562) | - | - | (1,748,000) | MDPTPP05307123 | MDPTPP05307128 | 10-04486_N_Shapiro_0001190 |
| 7/6/2007 | CHECK | (8,521) | - | (8,521) | - | - | (1,756,521) | MDPTPP05307142 | MDPTPP05307144 | 10-04486_N_Shapiro_0001209 |
| 10/4/2007 | CHECK | (9,028) | - | (9,028) | - | - | (1,765,549) | MDPTPP05307156 | MDPTPP05307157 | 10-04486_N_Shapiro_0001223 |
| 1/8/2008 | CHECK | (7,482) | - | (7,482) | - | - | (1,773,031) | MDPTPP05307171 | MDPTPP05307173 | 10-04486_N_Shapiro_0001238 |
| 4/7/2008 | CHECK | (3,663) | - | (3,663) | - | - | (1,776,694) | MDPTPP05307178 | MDPTPP05307183 | 10-04486_N_Shapiro_0001247 |
| 7/7/2008 | CHECK | (13,903) | - | (13,903) | - | - | (1,790,597) | MDPTPP05307195 | MDPTPP05307196 | 10-04486_N_Shapiro_0001262 |
| 10/6/2008 | CHECK | (4,559) | - | (4,559) | - | - | (1,795,156) | MDPTPP05307210 | MDPTPP05307212 | 10-04486_N_Shapiro_0001277 |
| 10/21/2008 | CHECK | (1,000) | - | (1,000) | - | - | (1,796,156) | MDPTPP05307210 | MDPTPP05307212 | 10-04486_N_Shapiro_0001277 |
| | Total: | | $ 350,315 | $ (2,146,472) | $ - | $ - | $ (1,796,156) | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The seven cash deposits that impacted the Principal Balance Calculation were reflected on the Customer Statements with a transaction code of "CA."

[3] The 50 cash withdrawals that impacted the Principal Balance Calculation were reflected on the Customer Statements with a transaction code of "CW."

[4] The one inter-account transfer into Shapiro Account 1S0338 was reflected on the Customer Statement with a transaction code of "JRNL."