# Exhibit 6A

Exhibit 6A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0164

BLMIS ACCOUNT NO. 1S0164 - NTC & CO. FBO PHILIP SHAPIRO FTC ACCT # Reda 2624 IRA

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits [2] | Withdrawals [3] | Transfers In | Transfers Out [4] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 7/23/1992 | CHECK WIRE | 505,500 | 505,500 | - | - | - | 505,500 | MF00460435 | MF00460435 |
| 12/13/1993 | CHECK 1993 DISTRIBUTION | (34,373) | - | (34,373) | - | - | 471,127 | MF00411009 | MF00411009 |
| 4/18/1994 | CHECK | 40 | 40 | - | - | - | 471,167 | MF00288941 | MF00288941 |
| 10/4/1994 | CHECK | 10 | 10 | - | - | - | 471,177 | MF00252403 | MF00252403 |
| 10/4/1994 | CHECK FEE OVERPAYMENT | (10) | (10) | - | - | - | 471,167 | MF00252403 | MF00252403 |
| 11/14/1994 | CHECK 1994 DISTRIBUTION | (39,816) | - | (39,816) | - | - | 431,351 | MF00246206 | MF00246206 |
| 11/6/1995 | CHECK 1995 DISTRIBUTION | (45,276) | - | (45,276) | - | - | 386,076 | MF00112519 | MF00112519 |
| 12/23/1996 | CHECK 1996 DISTRIBUTION | (52,231) | - | (52,231) | - | - | 333,845 | MDPTPP05101305 | MDPTPP05101306 |
| 7/25/1997 | TRANS TO 1S032730 (1S0327) | (828,709) [1] | - | - | - | (333,845) | - | MDPTPP05101320 | MDPTPP05101321 |
| | Total: | | $ 505,540 | $ (171,695) | $ - | $ (333,845) | $ - | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[2] The two cash deposits that impacted the Principal Balance Calculation were reflected on the Customer Statements with a transaction code of "CA."

[3] The four cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The one inter-account transfer out of BLMIS Account 1S0164 was reflected on the Customer Statement with a transaction code of "CW."