# Exhibit 6B

**Exhibit 6B – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0327**

**BLMIS ACCOUNT NO. 1S0327 - NTC & CO. FBO PHILIP SHAPIRO FTC ACCT #** Reda **2624 IRA**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits** | **Withdrawals** [3] | **Transfers In** [4] | **Transfers Out** [5] | **Balance** | **Beg Bates** | **End Bates** |
| 7/25/1997 | TRANS FROM 1S016410 (*1S0164*) | 828,709 [1] | - | - | 333,845 | - | 333,845 | MDPTPP05298014 | MDPTPP05298014 |
| 12/5/1997 | CHECK | (59,789) | - | (59,789) | - | - | 274,055 | MDPTPP05298040 | MDPTPP05298043 |
| 12/10/1998 | CHECK | (68,960) | - | (68,960) | - | - | 205,095 | MDPTPP05298113 | MDPTPP05298116 |
| 11/24/1999 | CHECK | (80,792) | - | (80,792) | - | - | 124,303 | MDPTPP05298175 | MDPTPP05298180 |
| 12/1/2000 | CHECK | (96,291) | - | (96,291) | - | - | 28,012 | MDPTPP05298251 | MDPTPP05298255 |
| 12/3/2001 | CHECK | (86,844) | - | (86,844) | - | - | (58,832) | MDPTPP05298320 | MDPTPP05298322 |
| 10/8/2002 | CHECK | (90,112) | - | (90,112) | - | - | (148,944) | MDPTPP05298381 | MDPTPP05298382 |
| 10/8/2002 | TRANS TO 1S046730 (*1S0467*) | (1,187,673) [2] | - | - | - | - | (148,944) | MDPTPP05298381 | MDPTPP05298382 |
| | Total: | | $ - | $ (482,789) | $ 333,845 | $ - | $ (148,944) | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The six cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The one inter-account transfer into BLMIS Account 1S0327 was reflected on the Customer Statement with a transaction code of "JRNL."

[5] The one inter-account transfer out of BLMIS Account 1S0327 was reflected on the Customer Statement with a transaction code of "CW."