# Exhibit 6C

BLMIS ACCOUNT NO. 1S0467 - NTC & CO. FBO NORMA SHAPIRO [Reda 1184])

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CUSTOMER STATEMENTS PRODUCED |
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | | BY THE DEFENDANTS: |
| Date | Customer Statement | Customer Statement | Deposits [2] | Withdrawals [3] | Transfers In [4] | Transfers Out | Balance | Beg Bates | End Bates | Bates Ref |
| 10/8/2002 | TRANS FROM 1S032730 (1S0327) | 1,187,673 [1] | - | - | - | - | - | MDPTPP05426124 | MDPTPP05426129 | Not Produced |
| 9/3/2003 | CHECK | (78,133) | - | (78,133) | - | - | (78,133) | MDPTPP05426192 | MDPTPP05426198 | 10-04486_N Shapiro_0000052 |
| 12/27/2004 | CHECK | (84,859) | - | (84,859) | - | - | (162,992) | MDPTPP05426282 | MDPTPP05426287 | 10-04486_N Shapiro_0000141 |
| 8/29/2005 | ROLLOVER CHECK | 11,034 | 11,034 | - | - | - | (151,958) | MDPTPP05426327 | MDPTPP05426328 | 10-04486_N Shapiro_0000187 |
| 12/23/2005 | CHECK | (92,386) | - | (92,386) | - | - | (244,344) | MDPTPP05426350 | MDPTPP05426355 | 10-04486_N Shapiro_0000212 |
| 10/13/2006 | CHECK | (100,815) | - | (100,815) | - | - | (345,159) | MDPTPP05426417 | MDPTPP05426422 | 10-04486_N Shapiro_0000275 |
| 12/27/2007 | CHECK | (112,576) | - | (112,576) | - | - | (457,735) | MDPTPP05426495 | MDPTPP05426499 | 10-04486_N Shapiro_0000367 |
| | | Total: | $ 11,034 | $ (468,769) | $ - | $ - | $ (457,735) | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The one cash deposit was reflected on the Customer Statements with a transaction code of "CA."

[3] The five cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The one inter-account transfer into Shapiro Account 1S0467 was reflected on the Customer Statement with a transaction code of "JRNL."