# Exhibit 7

```
3/31/81  HARRY LEVINE
         C/O NOEL LEVINE
         HYGIENE IND
```

Redacted

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|---|---|-------|--------|
| | | | | BALANCE FORWARD | | | 207,038.66 |
| 3/16 | 3/16 | | 153000 | DEERE & CO SUB DEB CONV 5.500 1/15/2001 | DELV | | |
| 3/16 | 3/16 | 4671 | | DEERE & CO | RECD | | |
| 3/10 | 3/17 | 1806 | | 52 COLT INDS INC PFD SER D CONV $4.25 | 110 1/4 | 199,111.50 | |
| 3/11 | 3/18 | 1370 | | 64 COLT INDS INC | 52 1/2 | | 71,897.60 |
| 3/11 | 3/18 | 2542 | | 65 COLT INDS INC | 52 5/8 | | 133,721.91 |
| 3/18 | 3/18 | | | COLT INDS INC | JRNL | | 25.19 |
| 3/31 | 3/31 | | | CHECK | PYMT | 7,925.97 | |
| | | | | NEW BALANCE | | | 205,645.89 |

SECURITY POSITIONS

| COLT INDS INC | | 3912 | | | 205,644.70 |
| COLT INDS INC PFD SER D CONV $4.25 | | 1806 | | 199,111.50 | |
| | | END OF POSITIONS | | 199,111.50 | 205,644.70 |