# Exhibit 8



```
3/31/81  NORMA PARKER                                    1-01601-1-7            1
```

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 104,238.47 |
| 3/19 | 3/19 | 2737 | | CROUSE HINDS CO | RECD | | |
| 3/19 | 3/19 | | 510 | CROUSE HINDS CO | DELV | | |
| | | | | PFD CONV $3.35 | | | |
| 3/16 | 3/23 | 3174 | | 11 INA CORP | 31  1/2 | 99,981.00 | |
| | | | | PFD SER C CONV $1.90 | | | |
| 3/18 | 3/25 | | 950 | 37 INA CORP | 43  5/8 | | 41,424.75 |
| 3/18 | 3/25 | | 1430 | 38 INA CORP | 43  3/4 | | 62,533.90 |
| 3/25 | 3/25 | | | INA CORP | JRNL | | 21.80 |
| | | | | NEW BALANCE | | | 108,237.92 |

```
                        SECURITY POSITIONS

INA CORP                        2380                            103,980.45
INA CORP                3174                    99,981.00
PFD SER C CONV $1.90

                        END OF POSITIONS         99,981.00      103,980.45
```