# Exhibit 9

```
6/30/88  PHILIP L SHAPIRO                                         1-01938-1-0          1
         Redacted
         Redacted
```

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 427,131.14 |
| 6/01 | 6/01 | | | CHECK INTERCO | PW | 11,208.04 | |
| 6/14 | 6/14 | 1954 | | FIRST FIDELITY BANCORP NEW | RECD | | |
| 6/14 | 6/14 | 90C | | FIRST FIDELITY BANCORP NEW | RECD | | |
| 6/14 | 6/14 | | 1520 | FIRST FIDELITY BANCORPORATION PFD C $4.00 | DELV | | |
| 6/14 | 6/21 | | 2000 | 590 DEERE & CO | 49 7/8 | | 99,750.00 |
| 6/14 | 6/21 | | 100 | 591 DEERE & CO | 50 | | 5,000.00 |
| 6/16 | 6/23 | 84000 | | 589 DEERE & CO SUB DEB CONV 9.000 3/15/2008 | 117 3/4 | 100,968.00 | |
| 6/30 | 6/30 | | | CHECK FIRST FIDELITY | PW | 3,223.94 | |
| | | | | NEW BALANCE | | | 416,481.16 |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| AMFAC INC | 6766 | | 311,616.66 | |
| AMFAC INC | 7714 | | 298,917.50 | 12,699.16CR |
| PFD CONV EXCH @ $1.875 | | | | |
| DEERE & CO | 84000 | | 100,968.00 | |
| SUB DEB CONV 9.000 3/15/2008 | | | | |
| DEERE & CO | 2100 | | 104,750.00 | 3,782.00CR |
| END OF POSITIONS | | 399,885.50 | 416,366.66 | 114.50CR |

```
8/31/88  PHILIP L SHAPIRO                                       1-01938-1-0        1
```

Redacted

Redacted

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|--|--|-------|--------|
| | | | | BALANCE FORWARD | | | 428,419.80 |
| 8/08 | 8/08 | | | CHECK AMFAC | PW | 12,699.16 | |
| 8/18 | 8/18 | | 84000 | DEERE & CO SUB DEB CONV 9.000  3/15/2008 | DELV | | |
| 8/18 | 8/18 | 100 | | DEERE & CO | RECD | | |
| 8/18 | 8/18 | 2000 | | DEERE & CO | RECD | | |
| 8/22 | 8/29 | 73000 | 605 | PENTAIR INC SUB DEB CONV 9.000  3/15/2010 | 134 | 100,813.00 | |
| 8/22 | 8/29 | | 872  606 | PENTAIR INC | 32 | | 27,904.00 |
| 8/22 | 8/29 | | 2300  607 | PENTAIR INC | 32 1/8 | | 73,887.50 |
| 8/29 | 8/31 | | | PENTAIR INC FRACTIONAL SHARES | JRNL | | 17.16 |
| | | | | NEW BALANCE | | | 416,715.30 |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|--------------------|--|------|-------|------------|
| ARMTEK CORP SUB DEB CONV 7.750  3/15/2011 | 194000 | 298,536.36 | | 298,536.36 |
| ARMTEK CORP | 9700 | | 310,475.00 | 310,475.00CR |
| PENTAIR INC SUB DEB CONV 9.000  3/15/2010 | 73000 | 100,813.00 | | |
| PENTAIR INC | 3172 | | 101,808.66 | 995.66CR |
| END OF POSITIONS | | 399,345.36 | 412,283.66 | 4,432.64CR |