| | |
|---|---|
| **Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | Hearing Date: June 16, 2021<br>Hearing Time: 10:00 a.m. (EST) |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>v.<br><br>NORMA SHAPIRO, individually and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro; NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, REVOCABLE TRUST; TRUST UNDER WILL OF PHILIP SHAPIRO; and | Adv. Pro. No. 10-04486 (CGM) |

> MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro,
>
> Defendants.

## AMENDED NOTICE OF HEARING ON
## TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, Irving H. Picard, as trustee of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, will move before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **June 16, 2021 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, seeking entry of an order granting the Trustee's Motion for Summary Judgment (the "Motion"), as more particularly set forth in the Motion and the Declarations of Nicholas J. Cremona, Bruce G. Dubinsky, Lisa M. Collura, and Matthew B. Greenblatt in Support of Trustee's Motion for Summary Judgment, with all exhibits annexed thereto, electronically filed with the Court on April 28, 2021.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.courtsolutions.com/ no later than 12:00 p.m. (Eastern Time) one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at

http://www.nysb.uscourts.gov/news/general-order-m-543-court-operationsunder-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that defendants' opposition to Trustee's Motion shall be served and filed on or before May 26, 2021, and the Trustee's reply papers shall be served and filed on or before June 9, 2021, as set forth in the Order Setting Deadlines for Trustee's Motion for Summary Judgment entered on March 23, 2021 [ECF No. 109].

| | |
|---|---|
| Dated:  April 29, 2021<br>New York, New York | */s/ Nicholas J. Cremona*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Nicholas J. Cremona<br>ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Chapter 7 Estate of*<br>*Bernard L. Madoff* |

3