UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant.

In re:

BERNARD L. MADOFF,

Debtor.

Adv. Pro. No. 08-1789 (CGM)

SIPA Liquidation

(Substantively Consolidated)

---

## ORDER DENYING OBJECTION OF RENEE ROBINOW SOSKIN REQUESTING RECONSIDERATION OF THE ORDER GRANTING THE THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES

Upon consideration of the objection (the "Objection") (ECF No. 20387) filed by Renee Robinow Soskin for reconsideration of the Order Granting the Trustee's Thirty-Sixth Omnibus Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues (the "Order") (ECF No. 20279); and Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the chapter 7 estate of Bernard L. Madoff, having filed opposition (the "Opposition") (ECF No. 20419) to the Objection together with the Declaration of Vineet Sehgal in Support of the Opposition (ECF No. 20421); and the Court having conducted a hearing (the "Hearing") on the Objection on April 21, 2021;

and the Court having found and determined that the Objection failed to provide a basis for reconsideration of the Order and should be denied for the reasons more fully set forth on the record of the Hearing (Tr. 19:5–20:18); and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is denied.



Dated: April 26, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge