# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 4/30/2021 |
| Case: 08−01789−cgm | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr      Renee Robinow−Soskin      151 Crandon Blvd.      Apt. 505      Biscayne, FL 33149

TOTAL: 1