**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789<br><br>(Substantially Consolidated) |
| In re:<br><br>BERNARD L. MADOFF, Debtor | |

**TRANSFER OF ALLOWED CLAIM**

A CLAIM HAS BEEN SUBMITTED IN THIS CASE, DESIGNATED AS CLAIM NO. 946. Transferee hereby gives evidence pursuant to those certain Claims Trading Procedures approved by Order of the above-captioned court dated November 10, 2010 [Dkt. No. 3138], of the transfer of the allowed claim referenced in this evidence.

| BMIS Funding IDC, LLC | TRC Master Fund LLC |
|---|---|
| Name of Transferor | Name of Transferee |

Name and Address where notices to transferor should be sent:

BMIS Funding IDC, LLC
c/o Farallon Capital Management L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, California 94111
Attn: Michael G. Linn

Phone: (415) 421-2132
Claim No. 946
Allowed Claim Amount: $14,146,108.10

Name and Address where notices to transferee should be sent:

TRC Master Fund LLC
PO Box 633
Woodmere, New York 11598
Attention: Terrel Ross
516-653-2471

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

By: _____     Date: 4/23/21 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Sec. 152 & 3571.*

EAST\45057651.7