**Baker & Hostetler LLP**                                    Hearing Date: June 16, 2021
45 Rockefeller Plaza                                          Hearing Time: 10:00 a.m. (EST)
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04486 (CGM) |
| NORMA SHAPIRO, individually and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro; NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, REVOCABLE TRUST; TRUST UNDER WILL OF PHILIP SHAPIRO; and | |

| MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro, |
| --- |
| Defendants. |

### AMENDED NOTICE OF HEARING ON
### TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, Irving H. Picard, as trustee of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*,

and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his

undersigned counsel, will move before the Honorable Cecelia G. Morris, Chief United States

Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs

House, One Bowling Green, New York, New York 10004, on **June 16, 2021 at 10:00 a.m.**, or as

soon thereafter as counsel may be heard, seeking entry of an order granting the Trustee's Motion

for Summary Judgment (the "Motion"), as more particularly set forth in the Motion and the

Declarations of Nicholas J. Cremona, Bruce G. Dubinsky, Lisa M. Collura, and Matthew B.

Greenblatt in Support of Trustee's Motion for Summary Judgment, with all exhibits annexed

thereto, electronically filed with the Court on April 28, 2021.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted via

videoconference through ZoomGov. Further instructions regarding appearances via ZoomGov,

can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that defendants' opposition to Trustee's Motion

shall be served and filed on or before May 26, 2021, and the Trustee's reply papers shall be

served and filed on or before June 9, 2021, as set forth in the Order Setting Deadlines for

Trustee's Motion for Summary Judgment entered on March 23, 2021 [ECF No. 109].

Dated: April 30, 2021
      New York, New York

/s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Nicholas J. Cremona
ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*