# EXHIBIT B

### SIPC v. BLMIS

Case No. 08-01789 (CGM)

### ACTIVE GOOD FAITH CASES

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-04292 | Robert Roman | Settled in principle |
| 10-04296 | Jeffrey Shankman | |
| 10-04302 | Joan Roman | Settled in principle |
| 10-04341 | Marden, et al. | |
| 10-04343 | Patrice Auld, et al. | |
| 10-04348 | Marden Family Limited Partnership, et al. | |
| 10-04350 | South Ferry #2 LP, et al. | Petition for Writ of Certiorari pending[1] |
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Case pending in S.D.N.Y.[2] |
| 10-04362 | Sage Associates, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |
| 10-04384 | Lanx BM Investments, LLC, et al. | |
| 10-04387 | James Lowrey, individually and in his capacity as joint tenant, et al. | Petition for Writ of Certiorari pending[1] |
| 10-04394 | Frederic Z. Konigsberg, et al. | |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | |
| 10-04400 | Sage Realty, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |
| 10-04438 | Estate of Seymour Epstein, et al. | Appeal pending in S.D.N.Y.[4] |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. | |
| 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | |
| 10-04488 | South Ferry Building Company, a New York limited partnership | Petition for Writ of Certiorari pending[1] |
| 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. | |
| 10-04503 | Judd Robbins | |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. | |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | |
| 10-04562 | Robert F. Ferber | |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-04610 | The Whitman Partnership, et al. | |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | |
| 10-04648 | Peter D. Kamenstein | |
| 10-04655 | Jaffe Family Investment Partnership, et al. | Settled in principle |
| 10-04667 | David Gross, et al. | |
| 10-04669 | Zieses Investment Partnership, et al. | Case pending in S.D.N.Y.[2] |
| 10-04702 | S&L Partnership, a New York partnership, et al. | Settled in principle |
| 10-04709 | Andrew M. Goodman | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Settled in principle |
| 10-04752 | Kuntzman Family LLC, et al. | |
| 10-04762 | James M. Goodman | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |
| 10-04826 | Boyer Palmer | |
| 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Judgment in S.D.N.Y.[5] |
| 10-04889 | Estate of Robert Shervyn Savin, et al. | |
| 10-04912 | Harry Smith Revocable Living Trust, et al. | |
| 10-04921 | Stanley T. Miller | |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Settled in principle |
| 10-04986 | Sharon Knee | |
| 10-05048 | Armand L. Greenhall, et al. | Settled in principle |
| 10-05079 | Estate of James M. Goodman, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | |
| 10-05110 | United Congregations Mesora | Petition for Writ of Certiorari pending[1] |
| 10-05118 | Charlotte M. Marden | |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Settled in principle |
| 10-05128 | JABA Associates LP, et al. | Appeal pending in Second Circuit[6] |
| 10-05133 | Boyer H. Palmer, individually, etc, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.[3] |
| 10-05144 | Estate of Bernard J. Kessel, et al. | |
| 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | |
| 10-05168 | Bernard Marden Profit Sharing Plan, etc., et al. | |
| 10-05169 | Fairfield Pagma Associates, etc., et al. | |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al | |

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-05286 | Legacy Capital Ltd., et al. | |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | |
| 10-05377 | Richard G. Eaton | Settled in principle |
| 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | |
| 10-05394 | Glantz | |
| 10-05420 | Gunther K. Unflat, et al. | Settled in principle |
| 10-05429 | Jean Kahn | Settled in principle |
| **Total: 62** | | |

---

[1] *See Gettinger v. Picard*, 20-1382 (2021).

[2] *See Picard v. RAR Entrepreneurial Fund LTD*, No. 20-cv-01029 (JMF) (S.D.N.Y.); *Picard v. Zieses Investment Partnership*, No. 20-cv-02872 (VSB) (S.D.N.Y.).

[3] *See Picard v. Sage Associates*, No. 20-cv-10057 (AJN) (S.D.N.Y.); *Picard v. Sage Realty*, No. 20-cv-10109 (AJN) (S.D.N.Y.); *Picard v. Jacob M. Dick Rev Living Trust DTD 4/6/01*, No. 21-cv-00706 (JPO) (S.D.N.Y.); *Picard v. Goodman*, No. 20-cv-04767 (MKV) (S.D.N.Y.); *Picard v. Goodman*, No. 21-cv-00907 (VSB) (S.D.N.Y.); *Picard v. Estate of James M. Goodman*, No. 21-cv-01763 (ER) (S.D.N.Y.); *Picard v. Boyer H. Palmer*, No. 21-cv-02425 (LGS) (S.D.N.Y.).

[5] *See Picard v. Estate of Seymour Epstein*, No. 21-cv-02334 (CM) (S.D.N.Y.).

[5] *See Picard v. Lisa Beth Nissenbaum Trust*, No. 20-cv-03140 (JGK) (S.D.N.Y.).

[6] *See JABA Associates LP v. Picard*, 21-872 (2d Cir.).