

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 95-88888-cgm

4    Adv. Case No. 08-01789-cgm

5    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6    In the Matter of:

7

8    THE BANKRUPTCY LINK,

9

10          Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   SECURITIES INVESTOR PROTECTION CORPORATION,

13               Plaintiff,

14        v.

15   BERNARD L. MADOFF INVESTMENT SECURITIES, LLC. et al.,

16               Defendants.

17   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18

19

20

21

22

23

24

25

1                    United States Bankruptcy Court

2                    355 Main Street

3                    Poughkeepsie, NY 12601

4

5                    April 21, 2021

6                    9:41 AM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    B E F O R E :

22    HON CECELIA G. MORRIS

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO: UNKNOWN

1    HEARING re Doc# 20392 Notice of Hearing to consider the

2    Objection By ReneeSoskin to Trustees Motion filed by Renee

3    Robinow-Soskin (related document(s)20387) with hearing to be

4    held on 4/21/2021 at 10:00 AMat Teleconference Line

5    (CourtSolutions) (CGM) .

6

7    HEARING re Doc. #20387 Objection By Renee Soskin to

8    Trustee's Motion filed byRenee Robinow-Soskin. (DuBois,

9    Linda)

10

11   HEARING re Adversary proceeding: 08-01789-cgm

12   Securities Investor Protection Corporation v. Bernard L.

13   Madoff Investment Securities, LLC. et al

14   Doc# 20419 Opposition /Trustees Opposition to the Untimely

15   Objection Filed By Renee Robinow Soskin to the Thirty-Sixth

16   Omnibus Motion to Affirm the Trustees Claims Determinations

17   and Overrule and Objections that Appear to Raise Factual

18   Issues (related document(s)20387) filed by David J. Sheehan

19   on behalf of Irving H. Picard. with hearing to be held on

20   4/21/2021 at 10:00 AM at Teleconference Line

21   (CourtSolutions)(CGM)

22

23   HEARING re Doc# 20445 Notice of Agenda /Notice of Agenda for

24   Matters Scheduledfor Hearing on April 21, 2021 at 10:00 a.m.

25   filed by Nicholas Cremona on behalf of Irving H. Picard.

1   with hearing to be held on 4/21/2021 at10:00 AM at

2   Teleconference Line (CourtSolutions) (CGM)

3

4   HEARING re Doc# 19370 Letter /Letter to Judge Bernstein re

5   Remaining Chaitman LLP Adversary Proceedings Filed by

6   Nicholas Cremona on behalf of Irving H Picard Esq..

7   Doc# 19372 Letter in Response to Trustee's Letter to Judge

8   Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on

9   Exhibit A Filed by Helen Davis Chaitman on behalf of Atwood

10   Management Profit Sharing Plan& Trust f/k/a Atwood Regency

11   Money Purchase Pension Plan, in its own right and as a

12   successor-in-interest to the Atwood-Regency Defined Benefit

13   Plan & Trust, Donald A. Benjamin, Benjamin T. Heller,

14   Irrevocable Trust, Bernard Whitman Revocable Living Trust

15   U/A/D8/5/86, Bernard and Judith Whitman As Partners of the

16   Whitman Partnership, Denis Castelli, Denis M. Castelli,

17   Ronald Cohen, in his capacity as a Partner of Placon2, Carol

18   DiFazio, Frank DiFazio, Elaine Dine, Dino Guiducci and Mary

19   Guiducci, ind. and in capa. as Co-Ttees of Atwood Regency

20   Profit Sharing Plan & Trust f/k/a Atwood Reg. Money Purchase

21   P&T, and former Co-Ttees of Atwood Reg. Defined Bene. P&T,

22   Doron Tavlin Trust U/A 2/4/91, Richard G. Eaton, Leslie

23   Ehrlich, Stephen Ehrlich, Elaine Dine Living Trust dated

24   5/12/06, Estate of Allen Meisels, Estate of Boyer Palmer,

25   Estate of Boyer Palmer, Estate of Jacob M. Dick, as grantor

1  of the Jacob M. Dick Rev Living Trust Dtd4/6/01, Estate of

2  James M. Goodman, Estate of Seymour Epstein, Estate of

3  Steven I. Harnick, Fern C. Palmer, Fern C. Palmer Revocable

4  Trust Dtd 12/31/91, as amended, Fern C. Palmer Revocable

5  Trust dated December 31, 1991 as amended, Fern C. Palmer and

6  Boyer H. Palmer, Trustees of the Palmer Revocable Trust,

7  Jennifer Gattegno, Judith Gattegno, Carla Ginsburg, Edythe

8  Gladstein, Glenhaven Limited, Andrew M. Goodman, Audrey

9  Goodman, Goodman Capital Partners L.P., Goodman Charitable

10 Foundation, in its capacity as a limited partner of JABA

11 Associates LP, Goodman Holdings, Inc., as General Partner of

12 Goodman Capital Partners L.P., Jerome Goodman, Individually,

13 as trustee for The Jerome Goodman Children's GRAT #1,as

14 Limited Partner of Goodman Capital Partners L.P., and as

15 Beneficiary of The Jerome Goodman Children, Abbey Goodman,

16 as Beneficiary of The Jerome Goodman Children's GRAT #1 and

17 as Limited Partner of Goodman Capital Partners L.P., Kevin

18 Goodman, as Beneficiary of The Jerome Goodman Children's

19 GRAT #1 and as Limited Partner of Goodman Capital Partners

20 L.P., Peter Goodman, as Beneficiary of The Jerome Goodman

21 Children's GRAT #1 and as Limited Partner of Goodman Capital

22 Partners L.P., Philip Goodman, as Limited Partner of Goodman

23 Capital Partners L.P., Audrey Goodman, in her capacity as a

24 general and limited partner of JABA Associates LP, Bruce

25 Goodman, in his capacity as a general Partner of JABA

Page 6

1    Associates LP, Andrew Goodman, in his capacity as a general

2    partner of JABA Associates LP, Guiducci Family Limited

3    Partnership, Mary Guiducci, individually and in her capacity

4    as a General Partner of the Guiducci Family Limited

5    Partnership, Sandra Guiducci, individually and in her

6    capacity as a General Partner of the Guiducci Family Limited

7    Partnership, Dino Guiducci, individually and in his capacity

8    as a General Partner of the Guiducci Family Limited

9    Partnership, Gary L. Harnick, Martin R Harnick, Pamela

10   Harnick, Harry Smith Revocable Living Trust, Toby Harwood,

11   Benjamin T. Heller, Diane Holmers, Heidi Holmers,

12   Irrevocable Trust FBO Ethan Siegel, in its Capacity as a

13   member of the Kuntzman Family L.L.C., Irrevocable Trust FBO

14   Jennifer Gattegno, inits capacity as a member of the

15   Kuntzman Family L.L.C., JONATHAN SCHWARTZ, AS BENEFICIARY OF

16   THE GERTRUDE E. ALPERN REVOCABLE TRUST, Jacob M. Dick

17   Revocable Living Trust Dtd 4/6/01, Individually and as

18   Tenant in Common, Carol Kamenstein, David Kamenstein, Peter

19   D. Kamenstein, Sloan G. Kamenstein, Tracy D. Kamenstein,

20   Barbara Keller, Gerald E. Keller, Eugenie Kissinger,Walter

21   B. Kissinger, Kenneth M. Kohl, Myrna Kohl, Kenneth M.

22   Kohl,as an individual and as a joint tenant, Myrna L. Kohl,

23   as an individualand as a joint tenant, Marlene Krauss,

24   Kuntzman Family LLC, LEWIS ALPERN, IN CAP. AS SUCC. TR. OF

25   GERTRUDE E. ALPERN REV. TRUST, AS BEN. OF GERTRUDE E. ALPERN

1    REV. TRUST, A SEXE. OF THE ESTATE OF GERTRUDE E. ALPERN, AND

2    IN CAP.AS TR. OF PAUL ALPERN RES. TRUST, Barbara June Lang,

3    as personal representative, as trustee, as an individual,

4    and as joint tenant, Laura Ann Smith Revocable Living Trust,

5    Laura Ann Smith in her capacity as Settlor and Trustee for

6    the Laura Ann Smith Revocable Living Trust, Felice T. Londa,

7    in her capacity as a Partner in Train Klan, Jessica Londa,

8    in her capacity as a Partner in Train Klan, Peter Londa, in

9    her capacity as a Partner in Train Klan, Pamela Marxen,

10   Allen Meisels, James M. New, Laura W. New, Russell Oasis,

11   Philip F. Palmedo, Blake Palmer, Boyer Palmer, Boyer F.

12   Palmer, Bret Palmer, Brett Palmer, Bruce Palmer, Bruce N.

13   Palmer, John W. Palmer, Karen Anderson Palmer, Kurt Palmer,

14   Oscar Palmer, Sophia Palmer, Palmer FamilyT rust, Palmer

15   Family Trust and its Beneficiaries, Felice J. Perlman,

16   Sanford S. Perlman, Placon2, Robert Plafsky, Plafsky Family

17   LLC Retirement Plan, Robert Plafsky, in his capacity as

18   Trustee for the Plafsky Family LLC Retirement Plan, ROBERTA

19   SCHWARTZ, ASBEN. OF THE GERTRUDE E. ALPERN REV. TRUST, AS

20   SETTLORAND BEN. OF THE ROBERTA SCHWARTZ TRUST, AND IN HER

21   CAP. AS TRUSTEE OF THE ROBERTA SCHWARTZ TRUST, Judd Robbins,

22   Roberta Schwartz Trust, Roberta Schwartz Trust, Joan Roman,

23   Robert Roman, Russell Oasis, Gloria Albert Sandler,

24   individually as grantor and beneficiary of and in her

25   capacity as Trustee of The Gloria Albert Sandler and Maurice

Page 8

1   Sandler Revocable Trust, Maurice Sandler, individually as

2   grantor and beneficiary of and in his capacity as Trustee of

3   The Gloria Albert Sandler and Maurice Sandler Revocable

4   Trust, Barbara L. Savin, Robert S. Savin, Donna Schaffer,

5   Jeffrey Schaffer, Keith Schaffer, Roberta Schwartz,

6   Shelburne Shirt Company, Inc., Laura Ann Smith, Laura Ann

7   Smith, THE ESTATE OF GERTRUDE E. ALPERN, Doron A. Tavlin, as

8   Trustee and Beneficiary of the Doron Tavlin Trust U/A

9   2/4/91, Doron Tavlin, in his capacity as Trustee of the

10   Trust for the Benefit of Ryan Tavlin, Ryan Tavlin,

11   individually as beneficiary of the Trust for the Benefit of

12   Ryan Tavlin, The Gerald and Barbara Keller Family Trust, The

13   Gloria Albert Sandler and Maurice Sandler Revocable Living

14   Trust, The Harnick Brothers Partnership, Train Klan, a

15   Partnership, Trust Under Agreement Dated 12/6/99 for the

16   benefit of Walter and Eugenie Kissinger, Trust dated 2/4/91

17   F/B/O Doron A. Tavlin, Harvey Krauss and Doron A. Tavlin

18   Trustees, Bernard Whitman, Judith Whitman, Robert S.

19   Whitman, Zieses Investment Partnership.

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

1   A P P E A R A N C E S :

2

3   SECURITIES INVESTOR PROTECTION CORPORATION

4        Attorneys for SIPC

5        1667 K St. N.W., Suite 1000

6        Washington, D.C. 20006

7

8   BY:  KEVIN BELL (TELEPHONICALLY)

9

10   BAKER HOSTETLER LLP

11        Attorneys for Irving Picard as SIPA Trustee.

12        45 Rockefeller Plaza

13        New York, NY 10111

14

15   BY:  NICHOLAS CREMONA (TELEPHONICALLY)

16        JASON BLANCHARD (TELEPHONICALLY)

17

18   RENEE SOSKIN, PRO SE (TELEPHONICALLY)

19   DOUGLAS ROBINOW, PRO SE (TELEPHONICALLY)

20

21

22

23

24

25

1   ALSO PRESENT TELEPHONICALLY:

2

3   ROSA EVERGREEN

4   PATRICK MOHAN

5   DAVID SHEEHAN

6   KIM LONGO

7   HOWARD SIMON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2              THE COURT:  Good morning, everyone.

 3              MS. SOSKIN:  Good morning.

 4              THE COURT:  I hope everyone is safe.

 5              MS. SOSKIN:  We're here.

 6              THE COURT:  That says a lot right there.  I'm

 7     going to follow your agenda on the first matters, 08-01789,

 8     SIPC v. BLMIS.  State your name and affiliation.

 9              MR. CREMONA:  Good morning, Your Honor.  Nicholas

10     Cremona of Baker & Hostetler, appearing on behalf of Irving

11     Picard as SIPA Trustee.

12              MR. BELL:  Kevin Bell on behalf of the Securities

13     Investor Protection Corporation.

14              THE COURT:  Did I sign this order already?  There

15     was one without -- or is this another one?

16              MR. CREMONA:  Your Honor, this is Nicholas Cremona

17     again of Baker & Hostetler.  Their first two matters on the

18     agenda, Your Honor, has signed the orders related to the

19     interim fee applications for the Trustee and his

20     professionals and the 38th omnibus claims motion.

21              THE COURT:  Okay.  If you'll just wait one second,

22     then let me put the second one on the record, 08-01789 -- I

23     thought that was the one I just called -- SIPC v. BLMIS.

24     But these are two different matters, correct?

25              MR. CREMONA:  That's correct, Your Honor.
```

Page 12

1          THE COURT:  But I've already signed those orders

2    in those two matters, correct?

3          MR. CREMONA:  For the first two items on the

4    Trustee's agenda, Your Honor did sign two orders regarding

5    those first two agenda items.

6          THE COURT:  Okay.  Then we're properly on the 08-

7    0178- - this is the liquidation, and this is Miss Soskin.

8    Is Miss Soskin on the phone?  Yes, hi.

9          MS. SOSKIN:  Yes, I'm here.

10         THE COURT:  Raise your right hand, please.

11         MS. SOSKIN:  Yes.

12         THE COURT:  Do you solemnly swear the testimony

13   you're about to give is the truth, the whole truth, and

14   nothing but the truth?

15         MS. SOSKIN:  Yes.

16         THE COURT:  State your full name.

17         MS. SOSKIN:  Renee Soskin.

18         THE COURT:  And Miss Soskin, your address please.

19         MS. SOSKIN:  151 Cramdon Boulevard, Apt. 823, Key

20   Biscayne, Florida 33149.

21         THE COURT:  Very good.  This is your letter to

22   reconsider the dismissal of your action, correct?

23         MS. SOSKIN:  Yes, for the IRA.

24         THE COURT:  And you're saying because everything

25   was late filed, that you didn't receive it properly, right?

1          MS. SOSKIN:  Yes, and I have two witnesses, the

2     postwoman and another person that all of our mail came about

3     the middle of --

4          THE COURT:  Okay.  Before we get, tell me what

5     your defense would be.

6          MS. SOSKIN:  My defense is that the mail came

7     late.

8          THE COURT:  No, no, not about getting service.

9          MS. SOSKIN:  Oh, my defenses?  They never

10    responded about my IRA.  I was never given anything for the

11    IRA that was with Bernard Madoff.

12          THE COURT:  Okay.

13          MS. SOSKIN:  And I have written a statement that I

14    can give.

15          THE COURT:  Well, I've got your statement.  But

16    what I have is also, there's a full accounting on the record

17    about how this was all taken care of.  Mr. Cremona, you want

18    to address this; are you addressing it?

19          MR. CREMONA:  Your Honor, again, this is Nicholas

20    Cremona, Baker & Hostetler.  I'm actually going to hand this

21    matter off to my colleague, Jason Blanchard, who's also

22    appearing on behalf of the Trustee who is going to address

23    this matter.

24          THE COURT:  Thank you.  Mr. Blanchard, please.

25          MR. BLANCHARD:  Good morning, Your Honor.  Jason

Page 14

1    Blanchard, Baker & Hostetler, appearing for the Trustee.

2            THE COURT:  Okay.  Yes, go ahead, just go through

3    what you all did.  Let's just let Miss Soskin hear

4    everything that was done.

5            MR. BLANCHARD:  Certainly.  The Trustee denied Ms.

6    Soskin's IRA claim for lack of positive net equity.  And to

7    reach the Trustee's net equity calculation, the Trustee

8    applied the inter-account method.  What the inter-account

9    method does is that it does not treat fictitious

10   transactions as legitimate, and it provides for principal

11   credit to be granted for inter-account transfers where there

12   is principal available in the transferor account.

13           So in this situation, Miss Soskin's IRA account

14   had four inter-account transfers to her investment account,

15   and the Trustee provided Miss Soskin with full credit for

16   those four inter-account transfers into her investment

17   account.  And the Trustee, as a result of his calculations,

18   denied Miss Soskin's retirement account claim, granted her

19   investment account claim.

20           THE COURT:  Do you understand that, Miss Soskin?

21           MS. SOSKIN:  But I feel they are two separate

22   accounts and I still have funds within the IRA account.

23           THE COURT:  Mr. Blanchard.

24           MR. BLANCHARD:  As shown in the determination

25   letters, which we've attached to Mr. Segal's declaration is

1    Exhibit 3 and Exhibit 4, it identifies the cash in and cash

2    out transactions into those two accounts.  And as shown in

3    those letters, it confirms that Miss Soskin's IRA account or

4    her retirement account lacked net equity; in other words,

5    the deposits were exceeded by the withdrawals -- or the

6    withdrawals exceeded deposits.

7              THE COURT:  Miss Soskin, do you understand that?

8              MS. SOSKIN:  Well, my figures at the end are --

9    that those were fake and my figures at the end is that

10   there's $258,000 left in that account.

11             THE COURT:  Miss Soskin, you do understand that

12   that was other peoples' money.

13             MS. SOSKIN:  Well, I considered still --

14             THE COURT:  I know you considered it, but that's

15   not the facts in the case.

16             MS. SOSKIN:  That is still what's left using their

17   figures from beginning to end, I mean their figures from

18   beginning to the end.  And also, I shows zero for some of

19   the transfers, as well as in the year of 2000, I had

20   $408,897 in the year of 2000.  By the end of the

21   withdrawals, I still have $258,570.

22             THE COURT:  Miss Soskin, you do understand that

23   that was a fiction.

24             MS. SOSKIN:  Well, that's --

25             THE COURT:  It's a fiction.  You do understand it

1    was a fiction.

2              MS. SOSKIN:  So I'm penalized by their lying to me

3    is what you're saying.

4              THE COURT:  By the Madoffs lying to you, and I

5    don't know that you're penalized.  You received basically --

6    Mr. Blanchard, tell me what she received again.  It's the

7    principal, right?

8              MR. BLANCHARD:  Correct.

9              THE COURT:  It was the principal in dispute?

10             MR. BLANCHARD:  Not to our knowledge, Your Honor.

11   The account received (sound glitch), rather the investment

12   account received full creditor for the inter-account

13   transfers that were made from the retirement account.

14             THE COURT:  So everything that went out of the

15   retirement account.  And Miss Soskin, you're saying you're

16   disputing that it went from one account to the other.

17             MS. SOSKIN:  Well, it was not credited to the

18   other account.  It was fake dollars.  They have to prove

19   that I received the money, and I did not.

20             THE COURT:  They're saying they credited the other

21   account.

22             MR. ROBINOW:  Your Honor?

23             THE COURT:  Yes, sir.

24             MR. ROBINOW:  I'm her son, and I think she's not

25   articulating one of the things I think which --

1          THE COURT:  Excuse me.  Who are you?

2          MS. SOSKIN:  This is my son who is listening.  You

3    gave me permission to include him.

4          MR. ROBINOW:  I'm not located in the same --

5          THE COURT:  Raise your right hand, Mr. Robinow; is

6    that your name?

7          MS. SOSKIN:  Yeah.

8          MR. ROBINOW:  Yes, it is.

9          THE COURT:  State your full name.

10          MR. ROBINOW:  Douglas Robinow.

11          THE COURT:  Do you solemnly swear that the

12    testimony you're about to give is the truth, the whole

13    truth, and nothing but the truth?

14          MR. ROBINOW:  I do.

15          THE COURT:  State your full name.

16          MR. ROBINOW:  Douglas Robinow.

17          THE COURT:  And your address, please.

18          MR. ROBINOW:  12 Doeskin Drive, Framingham,

19    Massachusetts.

20          THE COURT:  Now what is she saying to me?

21          MR. ROBINOW:  There is -- I think that the

22    articulation is that it's not the gains in the account that

23    we're arguing about; it's the basis, and there was an

24    initial basis estimate that was over a million.  But even

25    accepting the basis that was used by the Trustee, what she

1   wants to explain is that using that basis, it was never

2   transferred, there were never real dollars transferred to

3   any account, and those were claimed to be credited to her

4   investment account.  And then from the investment account

5   through fictitious transfers again by Madoff, that basis got

6   consumed, even though she never received real dollars for

7   them.

8          So it's an argument about what her original basis,

9   not from her gains that Bernie Madoff was, you know,

10  fictitiously sending out, you know, statements showing huge

11  gains, but more -- this goes to her argument that it's her

12  basis, her original investment.

13         THE COURT:  But if you add both accounts together,

14  it comes out the same is what they've done.  Is that not

15  right?

16         MR. ROBINOW:  She never received real --

17         THE COURT:  She's trying to take the accounts

18  separately, but the accounts added together, it comes out to

19  what they're saying it is.

20         MR. ROBINOW:  But the problem is --

21         THE COURT:  I hear the but, but we know it's a

22  fraud.

23         MR. ROBINOW:  Yeah.

24         THE COURT:  We know they tried to put it together,

25  and I think they put it in the best light they could to Miss

1    Soskin.  Am I speaking out of turn, Mr. Blanchard; is that

2    what you all did?

3            MR. BLANCHARD:  That's correct, Your Honor.

4            MR. ROBINOW:  So that's --

5            THE COURT:  Miss Soskin, I think they've tried

6    their best to make sure that everybody gets as much as they

7    can give in this; meaning, they looked at it and they gave

8    your accounts the benefit of the doubt.  Whether you were

9    served properly or not -- I mean, not properly -- timely or

10   not, you haven't given us any basis for actually --

11           MR. ROBINOW:  The problem that we have is to give

12   actual reasons is there's no -- we have no access to

13   information that could prove a negative in that she never

14   received the funds.  The only way that could be proved is

15   through the financial transactions underlying the Bernie

16   Madoff account and what transfers were made to her.

17           So for a small investor, there's no way to

18   basically figure out and prove to a Court that they never

19   received the funds, other than by having access to the

20   information that's in the Trustee's control, and the

21   fictitious transfers away from these accounts to pay other

22   people off drains the small investors' accounts of equity so

23   that they have a diminished ability and it's more of a

24   justice argument that it's hard for them to prove the

25   negative in the absence of it.

1          THE COURT:  Mr. Blanchard, did she receive all of

2    her principal?

3          MR. BLANCHARD:  Yes, Your Honor.

4          THE COURT:  In either one count or the other, but

5    she received all of her principal back.

6          MR. BLANCHARD:  That's correct, Your Honor.

7          THE COURT:  Miss Soskin, that's a remarkable

8    outcome in a Ponzi scheme.  I am -- yes, go ahead.

9          MR. ROBINOW:  I don't mean to interrupt.  It was

10   just that she received her full basis out if you count

11   transfers that were fictitious; that's my argument and

12   that's the problem.

13         THE COURT:  We hear your argument.  I'm going to

14   overrule your argument.  Miss Soskin, I wish you the best,

15   but I am going to -- I wanted to hear what you had to say

16   about it.  Even though the service is proper, I'm going to

17   overrule your letter to consider yourself a net winner.

18   Submit an order on that.

19         MR. ROBINOW:  Your Honor, can I make one request?

20         MR. BLANCHARD:  Thank you, Your Honor.

21         MR. ROBINOW:  I just wanted to thank the

22   Bankruptcy Court and Ms. Fredericks and an attorney at the

23   Trustee, Mr. Rose, Attorney Rose.

24         MS. SOSKIN:  Yes, they were very --

25         MR. ROBINOW:  They showed my mother and the

Page 21

1    dignity they did afford her, and I wanted to at least have

2    that on record that that was very helpful for her to at

3    least articulate her issues.

4            THE COURT:  And may I say on the record, she has

5    been gracious for the Court to deal with, and my staff has

6    said so.

7            MS. SOSKIN:  Thank you.  I want to thank you for

8    listening because this has been on my mind for many years.

9    I have to tell you it has bothered me so much, and I want to

10   say that Mr. Rose could not have been nicer and more helpful

11   with me, with me pursuing this.  And it was unfortunate that

12   COVID intervened and all this mail I've had, three bundles

13   came from Madoff the middle of February.

14           THE COURT:  Understand.  Thank you so much.  You

15   have a great day, and I hope you're warm enough in Florida.

16           MS. SOSKIN:  Thank you.  I said you should come

17   down and that it's been nice meeting you, and I just feel

18   that I had to be heard and I hope I'm representing other

19   people too that felt it.  I felt Mr. Madoff was using all

20   these IRA funds as piggybanks because we didn't take money

21   out until we had to.

22           THE COURT:  I think it's not only the IRA

23   accounts; I think it's a lot of other accounts he used as

24   piggybanks.  I have to say, and I know I'm new to the case,

25   but I can say for the Trustee's attorneys, it's been a sad

Page 22

1    case for them; they've had to really try to balance

2    everything.  So good luck with you, enjoy the day.

3              MS. SOSKIN:  Thank you.

4              THE COURT:  Very good.

5              MS. SOSKIN:  Thanks for hearing me.  I appreciate

6    it.  And thanks again Mr. Rose and Miss Fredericks as well.

7              THE COURT:  Thank you, very good.  I believe we're

8    on the -- now, is there anything else in the BLMIS case that

9    we need to deal with today?  Yes, what am I missing.

10             MR. CREMONA:  Your Honor, this is Nicholas Cremona

11   again on behalf of Irving Picard.  We have one remaining

12   item scheduled for hearing this morning, which is the status

13   conference with respect to the mediations and the good faith

14   adversary proceedings where Chaitman LLP serves as counsel.

15             THE COURT:  Okay.

16             MR. CREMONA:  As Your Honor may recall, the

17   parties entered into an agreement, along with certain

18   protocols, to engage in mediation in those remaining cases

19   starting in June of last year.  At that time, we had

20   approximately 60 adversary proceedings in this category.

21             I'm pleased to report to Your Honor that to date,

22   we've settled 35 of those cases and we reached settlements

23   in two cases since we were last before Your Honor on March

24   17th, and those are the Jerome Goodman case, which is

25   adversary proceeding no. 10-04545, and the Silvan

Page 23

1    Associates, LLC case, which is adversary proceeding no. 10-

2    04961.

3           At present, we have two more mediations scheduled

4    between now and the end of the month, one tomorrow and one

5    on April 29th.  We also have a number of active and ongoing

6    mediations that we're continuing to work on, and we hope to

7    have resolutions in those cases over the next several weeks.

8           With that update, unless Your Honor has any

9    questions, we would request that this matter be adjourned to

10   June 16th, which is the June omnibus hearing date, to give

11   the parties time to complete the open mediations and address

12   any additional cases that have not otherwise been mediated

13   or subject to ongoing motions before the Court.

14          We can report back to the Court on our progress

15   and next steps at that time, if that's acceptable to the

16   Court.

17          THE COURT:  That is absolutely acceptable to me.

18   Is two months sufficient?  How are you doing -- how's your

19   timeframe working these days?

20          MR. CREMONA:  It's going -- I think that is

21   sufficient, Your Honor, because we are continuing to mediate

22   the cases on a weekly basis.  And as I mentioned, we have

23   about 14 cases outstanding where mediations are ongoing, so

24   we thought skipping a month and then going to June would

25   work because we're hopeful that we'll be able to resolve

Page 24

1   those outstanding cases by then.

2           THE COURT:  That's fine, that's wonderful.  Thank

3   you very much.

4           MR. CREMONA:  Thank you, Your Honor.

5           THE COURT:  Miss Soskin, can you hear me?  Miss

6   Soskin?  Miss Soskin, you've turned the audio off.  Okay,

7   just keep the audio off.  We don't mind you watching, but

8   keep the audio off, okay?  Very good.

9           (Whereupon these proceedings were concluded at

10  10:20 AM)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **I N D E X**

2

3                               RULINGS

4                                                    Page        Line

5

6    **Soskin Motion Overruled**                      20          14

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 26

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    # Sonya Ledanski
6    Digitally signed by Sonya Ledanski Hyde
     DN: cn=Sonya Ledanski Hyde, o, ou,
     email=digital@veritext.com, c=US
7    # Hyde
     Date: 2021.04.22 15:03:51 -04'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  April 22, 2021

| **&** |
|---|

**&**   4:13,20 11:10
11:17 13:20 14:1

| **0** |
|---|

**0178**   12:7
**04961**   23:2
**08**   12:6
**08-01789**   1:4 3:11
11:7,22

| **1** |
|---|

**1**   5:13,16,19,21
**10**   23:1
**10-04545**   22:25
**1000**   9:5
**10111**   9:13
**10:00**   3:4,20,24
**10:20**   24:10
**11501**   26:23
**12**   17:18
**12/31/91**   5:4
**12/6/99**   8:15
**12601**   2:3
**14**   23:23 25:6
**151**   12:19
**1667**   9:5
**16th**   23:10
**17th**   22:24
**19370**   4:4
**19372**   4:7
**1991**   5:5

| **2** |
|---|

**2/4/91**   4:22 8:9,16
**20**   25:6
**2000**   15:19,20
**20006**   9:6
**2021**   2:5 3:24
26:25
**20387**   3:3,7,18
**20392**   3:1
**20419**   3:14
**20445**   3:23

**21**   2:5 3:24
**22**   26:25
**258,000**   15:10
**258,570**   15:21
**29th**   23:5

| **3** |
|---|

**3**   15:1
**300**   26:22
**31**   5:5
**330**   26:21
**33149**   12:20
**35**   22:22
**355**   2:2
**38th**   11:20

| **4** |
|---|

**4**   15:1
**4/21/2021**   3:4,20
4:1
**4/6/01**   6:17
**408,897**   15:20
**45**   9:12

| **5** |
|---|

**5/12/06**   4:24

| **6** |
|---|

**60**   22:20

| **8** |
|---|

**823**   12:19

| **9** |
|---|

**95-88888**   1:3
**9:41**   2:6

| **a** |
|---|

**a.m.**   3:24
**abbey**   5:15
**ability**   19:23
**able**   23:25
**absence**   19:25
**absolutely**   23:17
**acceptable**   23:15
23:17

**accepting**   17:25
**access**   19:12,19
**account**   14:8,8,11
14:12,13,14,14,16
14:17,18,19,22
15:3,4,10 16:11
16:12,12,13,15,16
16:18,21 17:22
18:3,4,4 19:16
**accounting**   13:16
**accounts**   14:22
15:2 18:13,17,18
19:8,21,22 21:23
21:23
**accurate**   26:4
**action**   12:22
**active**   23:5
**actual**   19:12
**add**   18:13
**added**   18:18
**additional**   23:12
**address**   12:18
13:18,22 17:17
23:11
**addressing**   13:18
**adjourned**   23:9
**adv**   1:4 4:8
**adversary**   3:11
4:5 22:14,20,25
23:1
**affiliation**   11:8
**affirm**   3:16
**afford**   21:1
**agenda**   3:23,23
11:7,18 12:4,5
**agreement**   8:15
22:17
**ahead**   14:2 20:8
**al**   1:15 3:13
**albert**   7:23,25 8:3
8:13
**allen**   4:24 7:10

**alpern**   6:16,24,25
6:25 7:1,2,19 8:7
**amat**   3:4
**amended**   5:4,5
**anderson**   7:13
**andrew**   5:8 6:1
**ann**   7:4,5,6 8:6,6
**appear**   3:17
**appearing**   11:10
13:22 14:1
**applications**
11:19
**applied**   14:8
**appreciate**   22:5
**approximately**
22:20
**april**   2:5 3:24
23:5 26:25
**apt**   12:19
**arguing**   17:23
**argument**   18:8,11
19:24 20:11,13,14
**articulate**   21:3
**articulating**   16:25
**articulation**   17:22
**asben**   7:19
**associates**   5:11,24
6:1,2 23:1
**at10:00**   4:1
**attached**   14:25
**attorney**   20:22,23
**attorneys**   9:4,11
21:25
**atwood**   4:9,10,12
4:19,20,21
**audio**   24:6,7,8
**audrey**   5:8,23
**available**   14:12

| **b** |
|---|

**b**   2:21 6:21 8:17
**back**   20:5 23:14
**baker**   9:10 11:10
11:17 13:20 14:1

**balance**  22:1
**bankruptcy**  1:1,8
  2:1,23 20:22
**barbara**  6:20 7:2
  8:4,12
**basically**  16:5
  19:18
**basis**  17:23,24,25
  18:1,5,8,12 19:10
  20:10 23:22
**beginning**  15:17
  15:18
**behalf**  3:19,25 4:6
  4:9 11:10,12
  13:22 22:11
**believe**  22:7
**bell**  9:8 11:12,12
**ben**  6:25 7:20
**bene**  4:21
**beneficiaries**  7:15
**beneficiary**  5:15
  5:16,18,20 6:15
  7:24 8:2,8,11
**benefit**  4:12 8:10
  8:11,16 19:8
**benjamin**  4:13,13
  6:11
**bernard**  1:15 3:12
  4:14,15 8:18
  13:11
**bernie**  18:9 19:15
**bernstein**  4:4,8
**best**  18:25 19:6
  20:14
**biscayne**  12:20
**blake**  7:11
**blanchard**  9:16
  13:21,24,25 14:1
  14:5,23,24 16:6,8
  16:10 19:1,3 20:1
  20:3,6,20
**blmis**  11:8,23 22:8

**bothered**  21:9
**boulevard**  12:19
**boyer**  4:24,25 5:6
  7:11,11
**bret**  7:12
**brett**  7:12
**brothers**  8:14
**bruce**  5:24 7:12
  7:12
**bundles**  21:12
**byrenee**  3:8

## c

**c**  5:3,3,4,5 9:1
  11:1 26:1,1
**calculation**  14:7
**calculations**  14:17
**called**  11:23
**cap**  6:24 7:21
**cap.as**  7:2
**capa**  4:19
**capacity**  4:17 5:10
  5:23,25 6:1,3,6,7
  6:12,14 7:5,7,8,9
  7:17,25 8:2,9
**capital**  5:9,12,14
  5:17,19,21,23
**care**  13:17
**carla**  5:7
**carol**  4:17 6:18
**case**  1:3,4 15:15
  21:24 22:1,8,24
  23:1
**cases**  22:18,22,23
  23:7,12,22,23
  24:1
**cash**  15:1,1
**castelli**  4:16,16
**category**  22:20
**cecelia**  2:22
**certain**  22:17
**certainly**  14:5
**certified**  26:3

**cgm**  1:3,4 3:5,11
  3:21 4:2
**chaitman**  4:5,8,9
  22:14
**charitable**  5:9
**children**  5:15
**children's**  5:13,16
  5:18,21
**claim**  14:6,18,19
**claimed**  18:3
**claims**  3:16 11:20
**cohen**  4:17
**colleague**  13:21
**come**  21:16
**comes**  18:14,18
**common**  6:18
**company**  8:6
**complete**  23:11
**concluded**  24:9
**conference**  22:13
**confirms**  15:3
**consider**  3:1
  20:17
**considered**  15:13
  15:14
**consumed**  18:6
**continuing**  23:6
  23:21
**control**  19:20
**corporation**  1:12
  3:12 9:3 11:13
**correct**  11:24,25
  12:2,22 16:8 19:3
  20:6
**counsel**  22:14
**count**  20:4,10
**country**  26:21
**court**  1:2 2:1 11:2
  11:4,6,14,21 12:1
  12:6,10,12,16,18
  12:21,24 13:4,8
  13:12,15,24 14:2
  14:20,23 15:7,11

15:14,22,25 16:4
  16:9,14,20,23
  17:1,5,9,11,15,17
  17:20 18:13,17,21
  18:24 19:5,18
  20:1,4,7,13,22
  21:4,5,14,22 22:4
  22:7,15 23:13,14
  23:16,17 24:2,5
**courtsolutions**  3:5
  3:21 4:2
**covid**  21:12
**cramdon**  12:19
**credit**  14:11,15
**credited**  16:17,20
  18:3
**creditor**  16:12
**cremona**  3:25 4:6
  9:15 11:9,10,16
  11:16,25 12:3
  13:17,19,20 22:10
  22:10,16 23:20
  24:4

## d

**d**  6:19,19 11:1
  25:1
**d.c.**  9:6
**d8/5/86**  4:15
**date**  22:21 23:10
  26:25
**dated**  4:23 5:5
  8:15,16
**david**  3:18 6:18
  10:5
**davis**  4:9
**day**  21:15 22:2
**days**  23:19
**deal**  21:5 22:9
**debtor**  1:10
**december**  5:5
**declaration**  14:25
**defendants**  1:16

**defense** 13:5,6
**defenses** 13:9
**defined** 4:12,21
**denied** 14:5,18
**denis** 4:16,16
**deposits** 15:5,6
**determination** 14:24
**determinations** 3:16
**diane** 6:11
**dick** 4:25 5:1 6:16
**difazio** 4:18,18
**different** 11:24
**dignity** 21:1
**diminished** 19:23
**dine** 4:18,23
**dino** 4:18 6:7
**dismissal** 12:22
**dispute** 16:9
**disputing** 16:16
**district** 1:2
**doc** 3:1,7,14,23 4:4,7
**document** 3:3,18
**doeskin** 17:18
**doing** 23:18
**dollars** 16:18 18:2 18:6
**donald** 4:13
**donna** 8:4
**doron** 4:22 8:7,8,9 8:17,17
**doubt** 19:8
**douglas** 9:19 17:10,16
**drains** 19:22
**drive** 17:18
**dtd** 5:4 6:17
**dtd4/6/01** 5:1
**dubois** 3:8

**e**

**e** 2:21,21 6:16,20 6:25,25 7:1,19 8:7 9:1,1 11:1,1 25:1 26:1
**eaton** 4:22
**ecro** 2:25
**edythe** 5:7
**ehrlich** 4:23,23
**either** 20:4
**elaine** 4:18,23
**engage** 22:18
**enjoy** 22:2
**entered** 22:17
**epstein** 5:2
**equity** 14:6,7 15:4 19:22
**esq** 4:6
**estate** 4:24,24,25 4:25 5:1,2,2 7:1 8:7
**estimate** 17:24
**et** 1:15 3:13
**ethan** 6:12
**eugenie** 6:20 8:16
**evergreen** 10:3
**everybody** 19:6
**exceeded** 15:5,6
**excuse** 17:1
**exhibit** 4:9 15:1,1
**explain** 18:1

**f**

**f** 2:21 4:10,20 7:11,11 8:17 26:1
**facts** 15:15
**factual** 3:17
**faith** 22:13
**fake** 15:9 16:18
**family** 6:2,4,6,8 6:13,15,24 7:15 7:16,18 8:12
**familyt** 7:14

**fbo** 6:12,13
**february** 21:13
**fee** 11:19
**feel** 14:21 21:17
**felice** 7:6,15
**felt** 21:19,19
**fern** 5:3,3,4,5
**fiction** 15:23,25 16:1
**fictitious** 14:9 18:5 19:21 20:11
**fictitiously** 18:10
**figure** 19:18
**figures** 15:8,9,17 15:17
**filed** 3:2,8,15,18 3:25 4:5,9 12:25
**financial** 19:15
**fine** 24:2
**first** 11:7,17 12:3 12:5
**florida** 12:20 21:15
**follow** 11:7
**foregoing** 26:3
**former** 4:21
**foundation** 5:10
**four** 14:14,16
**framingham** 17:18
**frank** 4:18
**fraud** 18:22
**fredericks** 20:22 22:6
**full** 12:16 13:16 14:15 16:12 17:9 17:15 20:10
**funds** 14:22 19:14 19:19 21:20

**g**

**g** 2:22 4:22 6:19 11:1

**gains** 17:22 18:9 18:11
**gary** 6:9
**gattegno** 5:7,7 6:14
**general** 5:11,24 5:25 6:1,4,6,8
**gerald** 6:20 8:12
**gertrude** 6:16,25 6:25 7:1,19 8:7
**getting** 13:8
**ginsburg** 5:7
**give** 12:13 13:14 17:12 19:7,11 23:10
**given** 13:10 19:10
**gladstein** 5:8
**glenhaven** 5:8
**glitch** 16:11
**gloria** 7:23,25 8:3 8:13
**go** 14:2,2 20:8
**goes** 18:11
**going** 11:7 13:20 13:22 20:13,15,16 23:20,24
**good** 11:2,3,9 12:21 13:25 22:2 22:4,7,13 24:8
**goodman** 5:2,8,9 5:9,9,11,12,12,13 5:14,15,15,16,17 5:18,18,19,20,20 5:21,22,22,23,25 6:1 22:24
**gracious** 21:5
**granted** 14:11,18
**grantor** 4:25 7:24 8:2
**grat** 5:13,16,19,21
**great** 21:15
**guiducci** 4:18,19 6:2,3,4,5,6,7,8

## h

**h**  3:19,25 4:6 5:6
**hand**  12:10 13:20
  17:5
**hard**  19:24
**harnick**  5:3 6:9,9
  6:10 8:14
**harry**  6:10
**harvey**  8:17
**harwood**  6:10
**hear**  14:3 18:21
  20:13,15 24:5
**heard**  21:18
**hearing**  3:1,1,3,7
  3:11,19,23,24 4:1
  4:4 22:5,12 23:10
**heidi**  6:11
**held**  3:4,19 4:1
**helen**  4:9
**heller**  4:13 6:11
**helpful**  21:2,10
**hi**  12:8
**holdings**  5:11
**holmers**  6:11,11
**hon**  2:22
**honor**  11:9,16,18
  11:25 12:4 13:19
  13:25 16:10,22
  19:3 20:3,6,19,20
  22:10,16,21,23
  23:8,21 24:4
**hope**  11:4 21:15
  21:18 23:6
**hopeful**  23:25
**hostetler**  9:10
  11:10,17 13:20
  14:1
**how's**  23:18
**howard**  10:7
**huge**  18:10
**hyde**  8:25 26:3,8

## i

**identifies**  15:1
**include**  17:3
**ind**  4:19
**individual**  6:22
  7:3
**individualand**
  6:23
**individually**  5:12
  6:3,5,7,17 7:24
  8:1,11
**information**  19:13
  19:20
**initial**  17:24
**inits**  6:14
**inter**  14:8,8,11,14
  14:16 16:12
**interest**  4:12
**interim**  11:19
**interrupt**  20:9
**intervened**  21:12
**investment**  1:15
  3:13 8:19 14:14
  14:16,19 16:11
  18:4,4,12
**investor**  1:12 3:12
  9:3 11:13 19:17
**investors**  19:22
**ira**  12:23 13:10,11
  14:6,13,22 15:3
  21:20,22
**irrevocable**  4:14
  6:12,13
**irving**  3:19,25 4:6
  9:11 11:10 22:11
**issues**  3:18 21:3
**item**  22:12
**items**  12:3,5

## j

**j**  3:18 7:15
**jaba**  5:10,24,25
  6:2

**jacob**  4:25 5:1
  6:16
**james**  5:2 7:10
**jason**  9:16 13:21
  13:25
**jeffrey**  8:5
**jennifer**  5:7 6:14
**jerome**  5:12,13,15
  5:16,18,20 22:24
**jessica**  7:7
**joan**  7:22
**john**  7:13
**joint**  6:22,23 7:4
**jonathan**  6:15
**judd**  7:21
**judge**  2:23 4:4,7
**judith**  4:15 5:7
  8:18
**june**  7:2 22:19
  23:10,10,24
**justice**  19:24

## k

**k**  4:10,20 9:5
**kamenstein**  6:18
  6:18,19,19,19
**karen**  7:13
**keep**  24:7,8
**keith**  8:5
**keller**  6:20,20
  8:12
**kenneth**  6:21,21
**kevin**  5:17 9:8
  11:12
**key**  12:19
**kim**  10:6
**kissinger**  6:20,21
  8:16
**klan**  7:7,8,9 8:14
**know**  15:14 16:5
  18:9,10,21,24
  21:24
**knowledge**  16:10

**kohl**  6:21,21,22
  6:22
**krauss**  6:23 8:17
**kuntzman**  6:13,15
  6:24
**kurt**  7:13

## l

**l**  1:15 3:12 6:9,22
  8:4
**l.l.c.**  6:13,15
**l.p.**  5:9,12,14,17
  5:20,22,23
**lack**  14:6
**lacked**  15:4
**lang**  7:2
**late**  12:25 13:7
**laura**  7:4,5,6,10
  8:6,6
**ledanski**  8:25 26:3
  26:8
**left**  15:10,16
**legal**  26:20
**legitimate**  14:10
**leslie**  4:22
**letter**  4:4,4,7,7
  12:21 20:17
**letters**  14:25 15:3
**lewis**  6:24
**light**  18:25
**limited**  5:8,10,14
  5:17,19,21,22,24
  6:2,4,6,8
**linda**  3:9
**line**  3:4,20 4:2
  25:4
**link**  1:8
**liquidation**  12:7
**listed**  4:8
**listening**  17:2
  21:8
**living**  4:14,23 5:1
  6:10,17 7:4,6 8:13

[llc - please]                                                                                          Page 5

**llc**  1:15 3:13 6:24
  7:17,18 23:1
**llp**  4:5,8 9:10
  22:14
**located**  17:4
**londa**  7:6,7,8
**longo**  10:6
**looked**  19:7
**lot**  11:6 21:23
**lp**  5:11,24 6:1,2
**luck**  22:2
**lying**  16:2,4

**m**

**m**  4:16,25 5:1,2,8
  6:16,21,21 7:10
**madoff**  1:15 3:13
  13:11 18:5,9
  19:16 21:13,19
**madoffs**  16:4
**mail**  13:2,6 21:12
**main**  2:2
**management**  4:10
**march**  22:23
**marlene**  6:23
**martin**  6:9
**marxen**  7:9
**mary**  4:18 6:3
**massachusetts**
  17:19
**matter**  1:6 13:21
  13:23 23:9
**matters**  3:24 11:7
  11:17,24 12:2
**maurice**  7:25 8:1
  8:3,13
**mean**  15:17 19:9
  20:9
**meaning**  19:7
**mediate**  23:21
**mediated**  23:12
**mediation**  22:18
**mediations**  22:13
  23:3,6,11,23

**meeting**  21:17
**meisels**  4:24 7:10
**member**  6:13,14
**mentioned**  23:22
**method**  14:8,9
**middle**  13:3 21:13
**million**  17:24
**mind**  21:8 24:7
**mineola**  26:23
**missing**  22:9
**mohan**  10:4
**money**  4:11,20
  15:12 16:19 21:20
**month**  23:4,24
**months**  23:18
**morning**  11:2,3,9
  13:25 22:12
**morris**  2:22
**mother**  20:25
**motion**  3:2,8,16
  11:20 25:6
**motions**  23:13
**myrna**  6:21,22

**n**

**n**  7:12 9:1 11:1
  25:1 26:1
**n.w.**  9:5
**name**  11:8 12:16
  17:6,9,15
**need**  22:9
**negative**  19:13,25
**net**  14:6,7 15:4
  20:17
**never**  13:9,10
  18:1,2,6,16 19:13
  19:18
**new**  1:2 7:10,10
  9:13 21:24
**nice**  21:17
**nicer**  21:10
**nicholas**  3:25 4:6
  9:15 11:9,16
  13:19 22:10

**notice**  3:1,23,23
**number**  23:5
**ny**  2:3 9:13 26:23

**o**

**o**  2:21 8:17 11:1
  26:1
**oasis**  7:10,23
**objection**  3:2,7,15
**objections**  3:17
**oh**  13:9
**okay**  11:21 12:6
  13:4,12 14:2
  22:15 24:6,8
**old**  26:21
**omnibus**  3:16
  11:20 23:10
**ongoing**  23:5,13
  23:23
**open**  23:11
**opposition**  3:14
  3:14
**order**  11:14 20:18
**orders**  11:18 12:1
  12:4
**original**  18:8,12
**oscar**  7:14
**outcome**  20:8
**outstanding**  23:23
  24:1
**overrule**  3:17
  20:14,17
**overruled**  25:6

**p**

**p**  9:1,1 11:1
**p&t**  4:21,21
**page**  25:4
**palmedo**  7:11
**palmer**  4:24,25
  5:3,3,4,5,6,6 7:11
  7:11,12,12,12,12
  7:13,13,13,13,14
  7:14,14,14

**pamela**  6:9 7:9
**parties**  22:17
  23:11
**partner**  4:17 5:10
  5:11,14,17,19,21
  5:22,24,25 6:2,4,6
  6:8 7:7,8,9
**partners**  4:15 5:9
  5:12,14,17,19,22
  5:23
**partnership**  4:16
  6:3,5,7,9 8:14,15
  8:19
**patrick**  10:4
**paul**  7:2
**pay**  19:21
**penalized**  16:2,5
**pension**  4:11
**people**  19:22
  21:19
**peoples**  15:12
**perlman**  7:15,16
**permission**  17:3
**person**  13:2
**personal**  7:3
**peter**  5:20 6:18
  7:8
**philip**  5:22 7:11
**phone**  12:8
**picard**  3:19,25 4:6
  9:11 11:11 22:11
**piggybanks**  21:20
  21:24
**placon2**  4:17 7:16
**plafsky**  7:16,16
  7:17,18
**plaintiff**  1:13
**plan**  4:11,13,20
  7:17,18
**plan&**  4:10
**plaza**  9:12
**please**  12:10,18
  13:24 17:17

pleased 22:21
ponzi 20:8
positive 14:6
postwoman 13:2
poughkeepsie 2:3
present 10:1 23:3
principal 14:10
  14:12 16:7,9 20:2
  20:5
pro 4:8 9:18,19
problem 18:20
  19:11 20:12
proceeding 3:11
  22:25 23:1
proceedings 4:5
  22:14,20 24:9
  26:4
professionals
  11:20
profit 4:10,20
progress 23:14
proper 20:16
properly 12:6,25
  19:9,9
protection 1:12
  3:12 9:3 11:13
protocols 22:18
prove 16:18 19:13
  19:18,24
proved 19:14
provided 14:15
provides 14:10
purchase 4:11,20
pursuing 21:11
put 11:22 18:24
  18:25

**q**

questions 23:9

**r**

r 2:21 6:9 9:1 11:1
  26:1
raise 3:17 12:10
  17:5

reach 14:7
reached 22:22
real 18:2,6,16
really 22:1
reasons 19:12
recall 22:16
receive 12:25 20:1
received 16:5,6,11
  16:12,19 18:6,16
  19:14,19 20:5,10
reconsider 12:22
record 11:22
  13:16 21:2,4 26:4
reg 4:20,21
regarding 12:4
regency 4:10,12
  4:19
related 3:3,18
  11:18
remaining 4:5,8
  22:11,18
remarkable 20:7
renee 3:2,7,15
  9:18 12:17
reneesoskin 3:2
report 22:21
  23:14
representative
  7:3
representing
  21:18
request 20:19
  23:9
res 7:2
resolutions 23:7
resolve 23:25
respect 22:13
responded 13:10
response 4:7
result 14:17
retirement 7:17
  7:18 14:18 15:4
  16:13,15

rev 5:1 6:25 7:1
  7:19
revocable 4:14
  5:3,4,6 6:10,16,17
  7:4,6 8:1,3,13
richard 4:22
right 4:11 11:6
  12:10,25 16:7
  17:5 18:15
road 26:21
robbins 7:21
robert 7:16,17,23
  8:4,18
roberta 7:18,20
  7:21,22,22 8:5
robinow 3:3,8,15
  9:19 16:22,24
  17:4,5,8,10,10,14
  17:16,16,18,21
  18:16,20,23 19:4
  19:11 20:9,19,21
  20:25
rockefeller 9:12
roman 7:22,23
ronald 4:17
rosa 10:3
rose 20:23,23
  21:10 22:6
rulings 25:3
russell 7:10,23
rust 7:14
ryan 8:10,10,12

**s**

s 3:3,18 7:16 8:4
  8:18 9:1 11:1
sad 21:25
safe 11:4
sandler 7:23,25
  8:1,1,3,3,13,13
sandra 6:5
sanford 7:16
savin 8:4,4

saying 12:24 16:3
  16:15,20 17:20
  18:19
says 11:6
schaffer 8:4,5,5
scheduled 22:12
  23:3
scheduledfor 3:24
scheme 20:8
schwartz 6:15
  7:19,20,21,22,22
  8:5
se 9:18,19
second 11:21,22
securities 1:12,15
  3:12,13 9:3 11:12
segal's 14:25
sending 18:10
separate 14:21
separately 18:18
served 19:9
serves 22:14
service 13:8 20:16
settled 22:22
settlements 22:22
settlor 7:5
settlorand 7:20
sexe 7:1
seymour 5:2
sharing 4:10,20
sheehan 3:18 10:5
shelburne 8:6
shirt 8:6
showed 20:25
showing 18:10
shown 14:24 15:2
shows 15:18
siegel 6:12
sign 11:14 12:4
signed 11:18 12:1
silvan 22:25
simon 10:7

**sipa** 9:11 11:11
**sipc** 9:4 11:8,23
**sir** 16:23
**situation** 14:13
**sixth** 3:15
**skipping** 23:24
**sloan** 6:19
**small** 19:17,22
**smith** 6:10 7:4,5,6 8:6,7
**solemnly** 12:12 17:11
**solutions** 26:20
**son** 16:24 17:2
**sonya** 8:25 26:3,8
**sophia** 7:14
**soskin** 3:3,7,8,15 9:18 11:3,5 12:7,8 12:9,11,15,17,17 12:18,19,23 13:1 13:6,9,13 14:3,15 14:20,21 15:7,8 15:11,13,16,22,24 16:2,15,17 17:2,7 19:1,5 20:7,14,24 21:7,16 22:3,5 24:5,6,6 25:6
**soskin's** 14:6,13 14:18 15:3
**sound** 16:11
**southern** 1:2
**speaking** 19:1
**st** 9:5
**staff** 21:5
**starting** 22:19
**state** 11:8 12:16 17:9,15
**statement** 13:13 13:15
**statements** 18:10
**states** 1:1 2:1
**status** 22:12

**stephen** 4:23
**steps** 23:15
**steven** 5:3
**street** 2:2
**subject** 23:13
**submit** 20:18
**succ** 6:24
**successor** 4:12
**sufficient** 23:18 23:21
**suite** 9:5 26:22
**sure** 19:6
**swear** 12:12 17:11

**t**

**t** 4:13 6:11 7:6 26:1,1
**take** 18:17 21:20
**taken** 13:17
**tavlin** 4:22 8:7,8,9 8:10,10,12,17,17
**teleconference** 3:4,20 4:2
**telephonically** 9:8 9:15,16,18,19 10:1
**tell** 13:4 16:6 21:9
**tenant** 6:18,22,23 7:4
**testimony** 12:12 17:12
**thank** 13:24 20:20 20:21 21:7,7,14 21:16 22:3,7 24:2 24:4
**thanks** 22:5,6
**things** 16:25
**think** 16:24,25 17:21 18:25 19:5 21:22,23 23:20
**thirty** 3:15
**thought** 11:23 23:24

**three** 21:12
**time** 22:19 23:11 23:15
**timeframe** 23:19
**timely** 19:9
**toby** 6:10
**today** 22:9
**tomorrow** 23:4
**tr** 6:24 7:2
**tracy** 6:19
**train** 7:7,8,9 8:14
**transactions** 14:10 15:2 19:15
**transcribed** 8:25
**transcript** 26:4
**transferor** 14:12
**transferred** 18:2 18:2
**transfers** 14:11,14 14:16 15:19 16:13 18:5 19:16,21 20:11
**treat** 14:9
**tried** 18:24 19:5
**true** 26:4
**trust** 4:10,13,14 4:14,20,22,23 5:1 5:4,5,6 6:10,12,13 6:16,17,25 7:1,2,4 7:6,15,19,20,21 7:22,22 8:1,4,8,10 8:11,12,14,15,16
**trustee** 5:13 7:3,5 7:18,21,25 8:2,8,9 9:11 11:11,19 13:22 14:1,5,7,15 14:17 17:25 20:23
**trustee's** 3:8 4:7 12:4 14:7 19:20 21:25
**trustees** 3:2,14,16 5:6 8:18

**truth** 12:13,13,14 17:12,13,13
**try** 22:1
**trying** 18:17
**ttees** 4:19,21
**turn** 19:1
**turned** 24:6
**two** 11:17,24 12:2 12:3,4,5 13:1 14:21 15:2 22:23 23:3,18

**u**

**u** 4:15,22 8:8
**u.s.** 2:23
**underlying** 19:15
**understand** 14:20 15:7,11,22,25 21:14
**unfortunate** 21:11
**united** 1:1 2:1
**unknown** 2:25
**untimely** 3:14
**update** 23:8

**v**

**v** 1:14 3:12 11:8 11:23
**veritext** 26:20

**w**

**w** 7:10,13
**wait** 11:21
**walter** 6:20 8:16
**want** 13:17 21:7,9
**wanted** 20:15,21 21:1
**wants** 18:1
**warm** 21:15
**washington** 9:6
**watching** 24:7
**way** 19:14,17
**we've** 14:25 22:22

| | |
|---|---|
| **weekly** 23:22 | |
| **weeks** 23:7 | |
| **went** 16:14,16 | |
| **whitman** 4:14,15 | |
| 4:16 8:18,18,19 | |
| **winner** 20:17 | |
| **wish** 20:14 | |
| **withdrawals** 15:5 | |
| 15:6,21 | |
| **witnesses** 13:1 | |
| **wonderful** 24:2 | |
| **words** 15:4 | |
| **work** 23:6,25 | |
| **working** 23:19 | |
| **written** 13:13 | |

**x**

**x** 1:5,11,17 25:1

**y**

**yeah** 17:7 18:23
**year** 15:19,20
22:19
**years** 21:8
**york** 1:2 9:13

**z**

**zero** 15:18
**zieses** 8:19