**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### ORDER DENYING OBJECTION OF RENEE ROBINOW SOSKIN REQUESTING RECONSIDERATION OF THE ORDER GRANTING THE THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES

Upon consideration of the objection (the "Objection") (ECF No. 20387) filed by Renee Robinow Soskin for reconsideration of the Order Granting the Trustee's Thirty-Sixth Omnibus Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues (the "Order") (ECF No. 20279); and Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa lll, and the chapter 7 estate of Bernard L. Madoff, having filed opposition (the "Opposition") (ECF No. 20419) to the Objection together with the Declaration of Vineet Sehgal in Support of the Opposition (ECF No. 20421); and the Court having conducted a hearing (the "Hearing") on the Objection on April 21, 2021;

and the Court having found and determined that the Objection failed to provide a basis for reconsideration of the Order and should be denied for the reasons more fully set forth on the record of the Hearing (Tr. 19:5–20:18); and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is denied.



Dated: April 26, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

Securities Investor Protection Corporati,
    Plaintiff

Bernard L. Madoff Investment Securities,,
    Defendant

Adv. Proc. No. 08-01789-cgm

## CERTIFICATE OF NOTICE

District/off: 0208-1      User:      Page 1 of 1
Date Rcvd: Apr 30, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

**Recip ID**      **Recipient Name and Address**
cr      + Renee Robinow-Soskin, 151 Crandon Blvd., Apt. 505, Biscayne, FL 33149-1533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021      Signature:      /s/Joseph Speetjens