**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                               Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                               Plaintiff,<br><br>          v.<br><br>RAFAEL MAYER, DAVID MAYER, MONTPELLIER INTERNATIONAL LTD., PRINCE ASSETS LTD. (f/k/a PRINCE ASSETS LDC), KHRONOS GROUP LTD. (f/k/a MONTPELLIER RESOURCES LTD.), PRINCE RESOURCES LDC, MONTPELLIER USA HOLDINGS LLC, PRINCE CAPITAL PARTNERS LLC, and KHRONOS LIQUID OPPORTUNITIES FUND LTD.,<br><br>                               Defendants. | Adv. Pro. No. 20-01316 (CGM) |

## **DECLARATION OF JASON S. OLIVER**

    I, Jason S. Oliver, declare pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am a Partner with the law firm of Baker & Hostetler LLP and counsel to the Trustee. I submit this declaration in support of the Trustee's memorandum of law in opposition to the motions to dismiss filed by defendants Rafael Mayer and David Mayer.

2. Attached hereto as Exhibit A is a true and correct copy of relevant sections from the Bermuda Companies Act of 1981, including sections 129, 162, 206, 216, and 225.

3. Attached hereto as Exhibit B is a true and correct copy of relevant rules from the Bermuda Companies (Winding-Up) Rules of 1982, including Rule 73.

4. Attached hereto as Exhibit C is a true and correct copy of relevant sections from the Cayman Islands Company Act (2021 Revision), including sections 124, 139, 163.

5. Attached hereto as Exhibit D is a true and correct copy of relevant rules from the Cayman Islands Companies Winding Up Rules of 2018, including Order 8, Rule 4 and Order 14, Rule 1.

6. Attached hereto as Exhibit E is a true and correct copy of the Certificate of Continuance for Montpellier International Ltd., Registrar of Companies Bermuda - Registration No. 36867, dated June 14, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of a Search Report from the Registry of Companies in Grand Cayman for Prince Assets Ltd. under Registration No. 95052.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 4, 2021           /s/ Jason S. Oliver
        New York, New York    Jason S. Oliver

4846-5334-0648.2