# EXHIBIT B



# BERMUDA

# COMPANIES (WINDING-UP) RULES 1982

## BR 50 / 1982

*[made under section 62 of the Supreme Court Act 1905 , section 288 of the Companies Act 1981 and section 34 of the Interpretation Act 1951 and brought into operation on 1 July 1983]*

TABLE OF CONTENTS

PRELIMINARY

| | |
|---|---|
| 1 | Citation and commencement |
| 2 | Interpretation |
| 3 | Use of forms in Appendix |
| 4 | Matters to be heard in court and chambers |
| 5 | Jurisdiction of Registrar |
| 6 | Motions and summonses |
| 7 | Title of proceedings |
| 8 | Process to be sealed |
| 9 | Issue of summons |
| 10 | Orders |
| 11 | Office copies |
| 12 | Inspection of file |
| 13 | Use of file by Registrar of Companies |

SERVICE OF PROCESS AND ENFORCEMENT OF ORDERS

| | |
|---|---|
| 14 | Service of documents |
| 15 | Validity of service |
| 16 | Enforcement of orders |

PETITIONS

| | |
|---|---|
| 17 | Form of petition |
| 18 | Presentation of petition |
| 19 | Advertisement of a petition |
| 20 | Service of petition |

COMPANIES (WINDING-UP) RULES 1982

Workmen's wages

71     In any case in which it appears that there are numerous claims for wages or accrued holiday remuneration by workmen and others employed by the company, it shall be sufficient if one proof for all such claims is made either by a foreman or by some other person on behalf of all such creditors. Such proof [*Form 55*] shall have annexed thereto as forming part thereof, a schedule setting forth the names of the workmen and others, and the amounts severally due to them. Any proof made in compliance with this rule shall have the same effect as if separate proof had been made by each of the said workmen and others.

Production of bills of exchange and promissory notes

72     Where a creditor seeks to prove in respect of a bill of exchange, promissory note, or other negotiable instrument or security on which the company is liable, such bill of exchange note, instrument, or security must, subject to any special order of the Court made to the contrary, be produced to the Official Receiver, chairman of a meeting, provisional liquidator or liquidator, as the case may be and be marked by him before the proof can be admitted either for voting or for any purpose.

*[Rule 72 amended by BR 120 / 2020 rule 30 effective 12 November 2020]*

Notice to creditors to prove

73     (1) Subject to the provisions of the Act, and unless otherwise ordered by the Court, the liquidator in any winding-up may from time to time fix a certain day, which shall be not less than fourteen days from the date of the notice, on or before which the creditors of the company are to prove their debts or claim, and to establish any title they may have to priority under section 236 of the Act, or to be excluded from the benefit of any distribution made before such debts are proved, or as the case may be from objecting to such distribution.

          (2) The liquidator shall give notice in writing of the day so fixed by advertisement in an appointed newspaper in a winding-up by the Court to every person mentioned in the statement of affairs as a creditor, who has not proved his debt, and to every person mentioned in the statement of affairs as a preferential creditor whose claim to be a preferential creditor has not been established and is not admitted, and in any other winding-up to the last known address or place of abode of each person who, to the knowledge of the liquidator, claims to be a creditor or preferential creditor of the company and whose claim has not been admitted.

          (3) All the rules hereinafter set out as to admission and rejection of proofs shall apply with the necessary variations to any such claim to priority as aforesaid.

Examination of proof

74     The liquidator shall examine every proof of debt lodged with him, and the grounds of the debt, and in writing admit or reject it, in whole or in part, or require further evidence in support of it. If he rejects a proof he shall state in writing [*Form 56*] to the creditor the grounds of the rejection.