# EXHIBIT F



## Search Report

| | |
|---|---|
| **Entity Name :** | Prince Assets Ltd. |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 95052 |
| **Registration Date :** | 08th August 1999 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | MOURANT GOVERNANCE SERVICES (CAYMAN) LIMITED |
| | P. O. Box 1348 |
| | 94 Solaris Avenue |
| | Camana Bay |
| | Grand Cayman  KY1 - 1108 |
| | Cayman Islands |
| **Status :** | DISSOLVED-VOLUNTARY |
| **Status Date :** | 25th April 2019 |