# Exhibit 6



**Eric B. Fisher**
**Binder & Schwartz LLP**
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.933.4551  Fax 212.510.7299
efisher@binderschwartz.com

October 14, 2020

**VIA EMAIL**

Jason Oliver, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

      Re:    <u>Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC and In re Bernard L. Madoff, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y.)</u>

Dear Jason:

    We write on behalf of Khronos LLC ("Khronos") in response to your October 12, 2020 letter regarding Khronos' ongoing document production.

    As stated in the October 9, 2020 letter transmitting the initial production of documents to you, the documents bearing Bates numbers K0000001 to K0000741 concern transfers to and from Montpellier International Ltd. ("Montpellier International"). In other words, Montpellier International is the account holder of the three bank accounts you initially inquire about in your letter.

    With regard to the Santander account ending in REDACTED we disagree with your contention that the account "received subsequent transfers of BLMIS customer property." In any event, Khronos' document production is continuing, and we anticipate providing the statements associated with the REDACTED account to you shortly.

    Finally, among other documents still to be produced, we anticipate providing documents concerning the transfers and SWIFT payments from Montpellier International to Santander, Dresdner Bank and Montpellier (which, as you'll see when you get the documents, is Montpellier Resources Ltd.).

                        Very truly yours,

                        /s/ Eric B. Fisher

                        Eric B. Fisher