# Exhibit 8



Eric B. Fisher
Binder & Schwartz LLP           (T) 212.933.4551
366 Madison Avenue 6th Floor    (F) 212.510.7299
New York, NY 10017              efisher@binderschwartz.com

October 19, 2020

By E-mail

Jason S. Oliver, Esq.
Baker Hostetler
45 Rockefeller Plaza
New York, NY 10111

>    Re:    *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC* and *In re Bernard L. Madoff*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y.):  Rule 2004 Subpoena to Khronos LLC

Dear Jason:

Pursuant to the September 23, 2020 Order Denying Motion of Khronos LLC To Quash The Trustee's Fed. R. Bankr. P. 2004 Subpoena (ECF No. 19801), we are providing a link to our Sharefile site from which you may download documents bearing Bates numbers K0000742 to K0000929.  This production contains statements for bank accounts ending in *12661, *64246, and *1001, owned by Montpellier Resources Ltd. and Khronos Group Ltd. (f/k/a Montpellier Resources Ltd.), and letter of credit interest and payment statements for Montpellier International Ltd. and Montpellier USA Holdings LLC.  We will continue to produce responsive documents on a rolling basis.

We will send a separate email containing the password for the file.  Please note that these documents have been marked "Confidential" under the terms of the protective order in the above-captioned action.

>                             Very truly yours,
>
>                             /s/ Eric S. Fisher
>
>                             Eric B. Fisher