# Exhibit 9

## Redacted Version of Document Filed Under Seal

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 20, 2020

Jason S. Oliver
direct dial: 212.589.4649
joliver@bakerlaw.com

**VIA E-MAIL (EFISHER@BINDERSCHWARTZ.COM)**

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue
Sixth Floor
New York, NY 10017

*Re:    Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 (SMB): Khronos LLC's October 19, 2020 Document Production*

Dear Eric:

We are in receipt of Khronos LLC's ("Khronos") latest production of October 19, 2020 (the "Khronos Second Production"). Like Khronos's prior production on October 9, the Khronos Second Production contains only statements for bank accounts which fail to identify the account holders or any detailed information concerning the transferors and transferees shown on the statements. For example, Bates Nos. K0000793-799, merely describe transfers as "TBA," "PO Deutsche Bank," "PO Chase," "PO JPMORGAN," and "TBA to 14758." As we have stated in our prior correspondence, this information is insufficient to identify "all transfers to and from Montpellier International Ltd. . . . and any transfers of their transferees." Order, ECF No. 19801.

Please immediately provide all further information concerning the identity of these transferees and transferors along with additional underlying documentation concerning the transfers, including without limitation documents concerning redemptions from Montpellier Resources. To the extent that you do not intend on providing further details beyond similar vague bank account statements, please advise immediately. This process has taken far too long, and further brinkmanship cannot be countenanced.

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver  Houston
Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC  Wilmington

Mr. Eric Fisher
October 20, 2020
Page 2

<span style="color:red">**REDACTED**</span>

      Please let us know your position on providing this additional information by close of business Thursday, October 22, 2020. Additionally, please inform us by the same date whether you intend on producing the additional information concerning the transfers to Montpellier International including copies of Legacy Capital Ltd.'s Santander Bank account statements requested in our October 16, 2020 letter. Though you have until this Friday to complete the rolling production, the behavior to date coupled with the vagueness of the documents produced to date do not provide us with any confidence that your clients will be cooperating and providing sufficient details to identify transferees and transferors absent further assurances otherwise.

Sincerely,

/s/ Jason S. Oliver

Jason S. Oliver