# Exhibit 12

## Redacted Version of Document Filed Under Seal

DOCUMENT CONTAINS MATIERAL
THAT HAVE BEEN DESIGNATED CONFIDENTIAL
BATES RANGE K0001797-1887

| | Date | Details | Amount | Fidi cua |
|---|---|---|---|---|
| 362 | | REDACTED | | |
| 363 | | | | |
| 364 | 10/25/2010 | | | |
| 365 | 10/25/2010 | | | |
| 366 | 10/25/2010 | | | |
| 367 | 1/10/2011 | | | |
| 368 | 3/9/2011 | | | |
| 369 | 3/15/2011 | | | |
| 370 | 4/13/2011 | | | |
| 371 | 7/26/2011 | | | |
| 372 | 7/26/2011 | | | |
| 373 | 7/28/2011 | | | |
| 374 | 10/19/2012 | | | |
| 375 | 10/19/2012 | | | |
| 376 | 5/17/2013 | | | |
| 377 | 7/12/2013 | | | |
| 378 | 7/15/2013 | | | |
| 379 | 10/18/2013 | | | |

REDACTED