# Exhibit 23

Linkedin                                                                  Join now    Sign in



### Denise Mincak
Chief Financial Officer at Khronos LLC
Greater New York City Area · 448 connections

Join to Connect

**Khronos LLC**

## Activity



BIG NEWS!!! I'm going to be on the Drew Barrymore Show this Tuesday, 4/13! (It'll air on CBS, Wed 4/14- 9 am- EST) I'm BEYOND EXCITED!! More…

Liked by **Denise Mincak**



I love my job. It's that simple. I get asked, "How's your job going?" to which I immediately reply, "I love my job." Why? Because I get to work…

Liked by **Denise Mincak**



10+ years ago I walked into the Empire State Building for my first day at LinkedIn and I can't help but feel gratitude (and nostalgia) for those who…

Liked by **Denise Mincak**

Join now to see all activity



Join now | Sign in

### Khronos LLC
19 years

**Chief Financial Officer**
Jan 2019 - Present · 2 years 5 months

**Director of Finance**
Jan 2016 - Jan 2019 · 3 years 1 month
New York, NY

**Fund Operations Controller**
Jul 2010 - Dec 2015 · 5 years 6 months

**Senior Fund Accountant**
2002 - Jul 2010 · 8 years



### Senior Auditor
EY
1999 - 2002 · 3 years
New York, New York

Assurance & Advisory Services for Asset Management and Alternative Investment Clients

## Licenses & Certifications



**Certified Public Accountant**
CPA

## View Denise's full profile

- See who you know in common
- Get introduced



Join now  Sign in

Join to view full profile

## Add new skills with these courses

 Accounting Foundations: Managerial Accounting

 Finance Foundations

 Behavioral Finance Foundations

See all courses

## Denise's public profile badge

Include this LinkedIn profile on other websites



**Denise Mincak**
Chief Financial Officer at Khronos LLC

Chief Financial Officer at Khronos LLC

View profile

Linked in

View profile badges

LinkedIn  © 2021                              About
Accessibility                                 User Agreement
Privacy Policy                                Cookie Policy
Copyright Policy                              Brand Policy
Guest Controls                                Community Guidelines



Join now    Sign in