# Exhibit 26

08-01789-cgm    Doc 20487-26    Filed 05/05/21    Entered 05/05/21 00:49:28    Exhibit 26
Pg 2 of 5

# SECURITIES OFFERINGS

**STATE NOTICES**

Published pursuant to provisions of General Business Law
[Art. 23-A, § 359-e(2)]

DEALERS; BROKERS

AEB Capital Partners, LP
1001 19th St. N, Suite 1200, Arlington, VA 22209
*Partnership* — Brillembourg & Company, LLC

American Debt Purchasing 0811, LLC
2653 W. Oxford Loop, Suite 108, Oxford, MS 38655
*State or country in which incorporated* — Mississippi

Andina Acquisition Corporation
Carrera 10 No. 28-49, Torre A. Oficina 20-05, Bogota, Columbia
*State or country in which incorporated* — Cayman Islands

Aperimus Partners, L.P.
4640 Admiralty Way, 5th Fl., Marina Del Rey, CA 90292
*Partnership* — Aperimus Capital, LLC

Artis Partners Ltd.
c/o Goldman Sachs (Cayman) Trust, Limited, P.O. Box 896, Harbour Centre, 2nd Fl., N. Church St., George Town, Cayman Islands KY1-1108
*State or country in which incorporated* — Cayman Islands

Associated Renewable Inc.
1370 Broadway, Fifth Fl., New York, NY 10018
*State or country in which incorporated* — Delaware corporation

ATEL Growth Capital Fund 8, LLC
600 California St., Sixth Fl., San Francisco, CA 94108
*State or country in which incorporated* — California limited liability company

AXA Secondary Fund V B. L.P.
50 Lothian Rd., Festival Sq., Edinburgh, Scotland EH3 9WJ
*Partnership* — AXA Private Equity Secondary Funds Limited

Basswood Financial Enhanced Fund, L.P.
645 Madison Ave., 10th Fl., New York, NY 10022
*Partnership* — Basswood Partners, L.L.C.

Birrbit, Inc.
1010 Sir Francis Drake Blvd., Suite 205, Kentfield, CA 94904
*State or country in which incorporated* — Delaware

Bitzio, Inc.
548 Market St., Suite 18224, San Francisco, CA 94104
*State or country in which incorporated* — Nevada

Blue Ridge Group, Inc.
632 Adams St., Suite 700, Bowling Green, KY 42101
*State or country in which incorporated* — Nevada

Bradford Drilling Associates XXXI, L.P.
1990 Main St., Suite 750, Sarasota, FL 34236
*Partnership* — Bradford Energy, LLC, managing general partner

Capital Partners Private Equity Income Fund II, L.P.
Eight Greenwich Office Park, Greenwich, CT 06831
*Partnership* — Capital Partners Private Equity Income Fund II, LLC

Capricor, Inc.
8700 Beverly Blvd., Davis Bldg., Rm. D-1099, Los Angeles, CA 90048
*State or country in which incorporated* — Delaware

Carbon Natural Gas Company
1700 Broadway, Suite 1170, Denver, CO 80290
*State or country in which incorporated* — Delaware

Carnegie Speech Company, Inc.
437 Grant St., Suite 918, Pittsburgh, PA 15219
*State or country in which incorporated* — Delaware

Cello Fixed Income Domestic Fund, L.P.
909 Third Ave., Fifth Fl., New York, NY 10022
*Partnership* — Cello Capital GP, LLC

Centripetal Management, LLC
One Landmark Sq., Suite 620, Stamford, CT 06901
*State or country in which incorporated* — Delaware

Chalak Growth Capital Fund, LLC
18900 Dallas Pkwy., Suite 125, Dallas, TX 75287
*State or country in which incorporated* — Texas limited liability company

Chenavari Multi-Strategy Credit Fund Limited
c/o Chenavari Investment Managers, One Grosvenor Place, London, United Kingdom SW1X 7JH

Congruent Credit Opportunity Fund II, LP
3131 McKinney Ave., Suite 850, Dallas, TX 75204
*Partnership* — Congruent Credit Strategies GP II, LLC

Consector Partners Offshore, Ltd.
c/o Consector Capital, LP, 1120 Avenue of the Americas, Suite 1802, New York, NY 10036
*State or country in which incorporated* — Cayman Islands

CPC Brush Mountain, LP
500 Victory Plaza E., 3030 Olive St., Dallas, TX 75219
*Partnership* — CPC Brush Mountain GP, LP

CV Green Tech FSK II, LP
c/o Vista Venture Group, LLC, 100 William St., 18th Fl., New York, NY 10038
*Partnership* — Vista Venture Group, LLC

Diamond Hill Funds
Diamond Hill Research Opportunities Fund
325 John H. McConnell Blvd., Suite 200, Columbus, OH 43215
*State or country in which incorporated* — Ohio

DW Hess Bakken #1, LP
909 Lake Carolyn Pkwy., Suite 1925, Irving, TX 75035
*Partnership* — DW Energy Group, LLC

Endownment Institutional TEI Fund, L.P., The
4265 San Felipe, Suite 800, Houston, TX 77027
*Partnership* — The Endownment Fund GP, L.P.

Envoy Belmont Partners, LLC
2171 Jericho Tpke., Suite 110, Commack, NY 11725

FMR LLC
82 Devonshire St., Boston, MA 02109
*State or country in which incorporated* — Delaware limited liability company

Foundation Capital Partners (U.S.) L.P.
100 W. Putnam Ave., Greenwich, CT 06830
*Partnership* — Foundation Managing Member LLC

Franklin Templeton Fund Allocator Series
Franklin Templeton Multi-Asset Real Return
c/o Legal-Blue Sky Dept., One Franklin Pkwy., San Mateo, CA 94403-1906
*State or country in which incorporated* — Delaware

Frontegra Strategies, LLC
400 N. Skokie Blvd., Northbrook, IL 60062
*State or country in which incorporated* — Maryland

Greenwave Foods, Inc.
P.O. Box 12027, Berkeley, CA 94704
*State or country in which incorporated* — Delaware

H4 Engineering Inc.
1103 Bobcat Creek, San Antonio, TX 78251
*State or country in which incorporated* — Delaware

HPI Apartment Opportunity Fund II Institutional, LLC
c/o Hamilton Point Investments LLC, Seven Vista Dr., Old Lyme, CT 06371

HudCo Real Estate II (Americas), L.P.
2711 N. Haskell Ave., Suite 1800, Dallas, TX 75204
*Partnership* — HudCo GenPar RE II (Americas), LLC

HudCo VII (Americas), L.P.
2711 N. Haskell Ave., Suite 1800, Dallas, TX 75204
*Partnership* — HudCo GenPar VII (Americas), LLC

Investment Managers Series Trust
803 W. Michigan St., Milwaukee, WI 53233
*State or country in which incorporated* — Delaware

Khronos Liquid Opportunities Fund Ltd.
c/o Walkers Corporate Services Limited, Walker House, 87 Mary St., George Town, Grand Cayman, Cayman Islands KY1-9005
*State or country in which incorporated* — Cayman Islands

LC - FCO III, L.P.
2049 Century Park E, Suite 320, Los Angeles, CA 90067
*Partnership* — Luminous Capital GP LLC

Lee & Associates NYC Venture Capital, LLC
12 E. 46th St., Sixth Fl., New York, NY 10017
*State or country in which incorporated* — New York

Marshall Funds, Inc.
111 E. Kilbourn Ave., Suite 200, Milwaukee, WI 53202
*State or country in which incorporated* — Wisconsin

Metropolitan EIH15, LP
70 E. 55th St., 15th Fl., New York, NY 10022
*Partnership* — Series MEIH15 of Metropolitan GP Holdings, LLC, general partner

MezzVest III, L.P.
100 Pall Mall, London, United Kingdom SW1Y 5NQ
*Partnership* — MezzVest Partners III, Limited

Mich Industrial Holdings LLC
1181 Sussex Rd., Teaneck, NJ 07666
*State or country in which incorporated* — Delaware

Nationwide Mutual Funds
Nationwide Small Company Growth Fund
c/o J.P. Morgan Investor Services Co., 70 Fargo St., Suite 3, W. Boston, MA 02210
*State or country in which incorporated* — Delaware

Nehemiah Energy, LP
6142 Campbell Rd., Dallas, TX 75248
*State or country in which incorporated* — Texas

NMC Acquisition Corp.
100 Providence Pike, N. Smithfield, RI 02896
*State or country in which incorporated* — Rhode Island

Northern Trust Buyout (Non-U.S.) Fund V, L.P.
300 Atlantic St., Stamford, CT 06901
*Partnership* — The Northern Trust Company of Connecticut

Northern Trust Buyout (U.S.) Fund V, L.P.
300 Atlantic St., Stamford, CT 06901
*Partnership* — The Northern Trust Company of Connecticut

Northern Trust Global Venture Capital Fund V, L.P.
300 Atlantic St., Stamford, CT 06901
*Partnership* — The Northern Trust Company of Connecticut

Northern Trust Private Equity Fund (QP) V, L.P.
300 Atlantic St., Stamford, CT 06901
*Partnership* — The Northern Trust Company of Connecticut

Northern Trust Private Equity Fund V, L.P.
300 Atlantic St., Stamford, CT 06901
*Partnership* — The Northern Trust Company of Connecticut

NY Art Residences Holdings LLC
c/o Tavros Capital Partners, 524 Broadway, 3rd Fl., New York, NY 10012
*State or country in which incorporated* — Delaware

Oak Knoll Apartments LLC
907 Oak St., Winnetka, IL 60092
*State or country in which incorporated* — Illinois limited liability company

On-Demand Childcare LLC
20373 Donegal Lane, Strongsville, OH 44149
*State or country in which incorporated* — Ohio limited liability company

Our MicroLending, LLC
1790 SW. 22nd St., Suite 201, Miami, FL 33145
*State or country in which incorporated* — Florida

Pacific Energy Development Corp.
4125 Blackhawk Plaza Circle, Suite 201A, Danville, CA 94506
*State or country in which incorporated* — Nevada

Pacific Monument Acquisition Corporation
601 13th St., NW, Suite 1050 N, Washington, D.C. 20005
*State or country in which incorporated* — Delaware

Palatine Private Equity Fund II LP
11th Fl., Lowry House, 17 Marble St., Manchester, United Kingdom M2 3AW
*Partnership* — Palatine Private Equity LLP

Pentwater Merger Arbitrage Fund LLC
227 W. Monroe St., Suite 4000, Chicago, IL 60606
*State or country in which incorporated* — Delaware

PFS Funds
1939 Friendship Dr., Suite C, El Cajon, CA 92020
*State or country in which incorporated* — Massachusetts

Prana Current Yield Fund I, L.P.
665 Third St., Suite 450, San Francisco, CA 94107
*Partnership* — Prana Capital, LLC

PRG Fund Investors IV LLC
645 Madison Ave., Fifth Fl., New York, NY 10022

Private Advisors Small Co. Buyout Fund V, LP
1800 Bayberry Court, Suite 300, Richmond, VA 23226
*Partnership* — PASCBF V GP, LLC

Quasar Distributors, LLC
615 E. Michigan St., LC-2, Milwaukee, WI 53202
*State or country in which incorporated* — Wisconsin

Randolph Street Investment Partners, L.P. - 2012 PEF
300 N. LaSalle, Chicago, IL 60654
*Partnership* — Randolph Street Investment Management, LLC

Raptor Consumer Partners Fund I, LP
50 Rowes Wharf, Sixth Fl., Boston, MA 02110
*State or country in which incorporated* — Delaware

Red Swan Ventures 1N, L.P.
45 W. 25th St., New York, NY 10010
*Partnership* — Red Swan Ventures, LLC

Rent4Sure Ltd.
The Glenmore Centre, Unit 1 Honeywood Pkwy., White Cliff Business Park, Whitfield, UK CT16 3FH
*State or country in which incorporated* — United Kingdom

RevH2O, LLC
750 Lexington Ave., 22nd Fl., New York, NY 10022
*State or country in which incorporated* — Delaware limited liability company

RMK Global Timberland Resources Fund
69 route d'Esch, L-1470, Luxembourg, Grand Duchy of Luxembourg
*State or country in which incorporated* — Luxembourg

RMK Global Timberland Resources Fund (U.S.), LLC
260 Peachtree St., Suite 1800, Atlanta, GA 30303
*State or country in which incorporated* — Delaware

Robotti Global Fund, LLC
Six E. 43rd St., 23rd Fl., New York, NY 10017

Root Global Opportunities I, LP
500 W. Putnam Ave., Suite 400, Greenwich, CT 06831
*Partnership* — Root Capital Management, LLC

Runthrough, LLC, The
155 W. 68th St., #1712, New York, NY 10023

Sahale Snacks, Inc.
3411 S. 120th Place, Suite 100, Seattle, WA 98166
*State or country in which incorporated* — Delaware

Sciens Aviation Special Opportunities Investment Fund II, L.P.
848 Brickell Ave., Suite 500, Miami, FL 33131
*Partnership* — Apollo Aviation Services II, L.P.

SGP Navy Cybercom LP
600 Hermitage Rd., Charlotte, NC 28207
*Partnership* — Salus Government Properties, LLC

Shawndra Acquisitions, Inc.
1514 Rochester St., Lima, NY 14485
*State or country in which incorporated* — New York

ThermoEnergy Corporation
124 W. Capitol Ave., Suite 880, Little Rock, AR 72201
*State or country in which incorporated* — Delaware

Touchstone Securities, Inc.
70 Fargo St., Boston, MA 02210

TroopSwap, Inc.
7927 Jones Branch Dr., Suite 3350, McLean, VA 22102
*State or country in which incorporated* — Delaware

Tudor McLeod Global Real Estate Fund, Ltd.
1230 Peachtree St. NE, Suite 1900, Atlanta, GA 30309
*State or country in which incorporated* — Virgin Islands

Verdis Energy and Resources Partners III, LP
c/o Verdis Investment Management, LLC, 200 Four Falls Corporate Center, Suite 201, W. Conshohocken, PA 19428
*Partnership* — VRAF III GP, LLC

Verdis Real Estate Partners III, LP
c/o Verdis Investment Management, LLC, 200 Four Falls Corporate Center, Suite 201, W. Conshohocken, PA 19428
*Partnership* — VRAF III GP, LLC

ViewCast.com, Inc.
3701 W. Plano Pkwy., Suite 300, Plano, TX 75075
*State or country in which incorporated* — Delaware

Volution Capital Fund I, LLC
130 S. First St., Suite 201, Ann Arbor, MI 48104

W2MS, LP
c/o W2MS Capital Partners, LLC, 546 Fifth Avenue, 14th Fl., New York, NY 10017
*Partnership* — W2MS Capital Partners, LP

Walton Street Real Estate Fund Investors VII, L.P.
900 N. Michigan Ave., Suite 1900, Chicago, IL 60611
*Partnership* — Walton Street Managers VII, L.P.

Walton Street Real Estate Fund Partners VII, L.P.
900 N. Michigan Ave., Suite 1900, Chicago, IL 60611
*Partnership* — Walton Street Managers VII, L.P.

Walton Street Real Estate Fund VII, L.P.
900 N. Michigan Ave., Suite 1900, Chicago, IL 60611
*Partnership* — Walton Street Managers VII, L.P.

Walton Street Real Estate Fund VII-E, L.P.
900 N. Michigan Ave., Suite 1900, Chicago, IL 60611
*Partnership* — Walton Street Managers VII, L.P.

Walton Street Real Estate Fund VII-Q, L.P.
900 N. Michigan Ave., Suite 1900, Chicago, IL 60611
*Partnership* — Walton Street Managers VII, L.P.

West African Minerals Corporation
c/o Viking House, Nelson St., Douglas, Isle of Man IM12AH
*State or country in which incorporated* — British Virgin Islands

WSC Capital Holdings VII, L.P.
900 N. Michigan Ave., Suite 1900, Chicago, IL 60611
*Partnership* — Walton Street Managers VII, L.P.