**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Frieda Freshman Revocable Trust and Frieda Freshman, as trustee (the "Claimants"), having filed an objection (the "Objection," ECF No. 2809) to the Trustee's Notice of Determination of Claims with respect to Claimants' customer claim (No. 000745), hereby give notice that they withdraw such Objection.

Dated: May 6, 2021

 /s/ David R. Softness
David R. Softness, Esq.
David R. Softness, P.A.
201 South Biscayne Boulevard
Suite 2740
Miami, Florida 33131
Telephone: 305-341-3111
Email: david@softnesslaw.com

*Counsel for Claimants Frieda Freshman Revocable Trust and Frieda Freshman, as Trustee*