# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Michelle R. Usitalo
direct dial: 212.847.2849
musitalo@bakerlaw.com

May 6, 2021

Hon. Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *Picard v. HSBC et al*, Adv. Pro. No. 09-01364

Dear Judge Morris:

We are counsel to the Trustee, Irving H. Picard, and write jointly with counsel for HSBC Securities Services Limited (Luxembourg) ("HSSL") with respect to the above referenced matter.

On November 16, 2020, the Trustee filed a Motion for the Issuance of Letter of Request. (ECF No. 648.) On that same date and in accordance with prior procedure, the Trustee separately submitted to the Court and the parties, Exhibit 1 to the Motion, which is the Request for Judicial Assistance that originates from the Court. The Request for Judicial Assistance seeks documents from HSSL the Trustee contends are relevant to the Trustee's claims against Defendant Alpha Prime.

Since the Trustee brought the Motion, counsel for the Trustee and HSSL have engaged in ongoing negotiations with the goal of reaching consensus and eliminating any potential objections to the Trustee's Motion. The parties are pleased to advise the Court that they have reached an agreement. As such, we wish to substitute a revised Exhibit 1 to the Request for Judicial Assistance for the Exhibit 1 previously submitted on November 16, 2020.

Hon. Judge Cecelia G. Morris
May 6, 2021
Page 2

On April 23, 2021, Your Honor So Ordered the parties' stipulation adjourning the deadline to object to the Trustee's Motion to May 6, 2021. (ECF No. 689.) As a result of the parties' agreement, HSSL will not object to the Trustee's Motion. Accordingly, and pursuant to Local Bankruptcy Rule 9075-2, the Trustee will file a Certificate of No Objection on May 11, 2021. We will also deliver a hard copy of the Request for Judicial Assistance and exhibits to Your Honor's Chambers.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Michelle R. Usitalo

cc:  Nowell D. Bamberger, Esq.
     Joseph Kay, Esq.
     Thomas Q. Lynch, Esq.