IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Adele Fox | 002269 | 3498 | Becker & Poliakoff, LLP | Adele Fox Trustee UDT 3/5/90 F/B/O Adele Fox | 1F0123 |
| Benjamin T. Heller and the Benjamin T. Heller Irrevocable Trust | 014192<br>014193<br>014251<br>014252 | 2772 | Becker & Poliakoff, LLP | Benjamin T Heller Irrevocable Trust | 1H0166 |
| Brooke Simonds | 002754 | 2496 | Pro Se Filing | Brooke Simonds | 1S0348 |
| Chalek Associates LLC | 000898<br>006938 | 2881 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Saulius Kajota | 001095 | 645 | Phillips Nizer LLP | Saulius Kajota | 1K0206 |