**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>HARRY SMITH REVOCABLE LIVING TRUST; and LAURA ANN SMITH, as Trustee of the Harry Smith Revocable Living Trust and individually,<br><br>Defendants. | Adv. Pro. No. 10-04912 (CGM) |

**NOTICE OF DEFENDANT'S BANKRUPTCY FILING AND**
**IMPOSITION OF THE AUTOMATIC STAY**

Plaintiff Irving H. Picard, as trustee for the substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff respectfully gives notice that on April 26, 2021, Defendant Laura Ann Smith filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida.

On April 26, 2021, counsel for Defendant advised that the bankruptcy filing stays all further proceedings in this action, including any scheduled court conferences and deadlines until further notice.  Accordingly, the Trustee requests that this case be taken off calendar and all case events and deadlines be stayed *sine die* until further notice of the status of the pending Florida bankruptcy proceeding.

Dated: New York, New York
       May 10, 2021

By: */s/ Nicholas J. Cremona*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*