**BAKER & HOSTETLER LLP**                    .

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Oren J. Warshavsky

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01364 (CGM) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, *et al.* | |
| Defendants. | |

## CERTIFICATE OF NO OBJECTION TO TRUSTEE'S
## MOTION FOR THE ISSUANCE OF LETTER OF REQUEST

Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated Chapter 7 Estate of Bernard L. Madoff, by and through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1.      On November 16, 2020, pursuant to 28 U.S.C. § 1781, the Trustee filed the Motion for the Issuance of a Letter of Request for International Judicial Assistance to Le Procureur Général d'État of the Grand Duchy of Luxembourg for the service of document requests upon HSBC Securities Services (Luxembourg) S.A., a Luxembourg entity, (the "Motion") (Adv. Pro. No. 09-01364 (CGM), ECF 648).

2.      The deadline for filing objections to the Motion expired on May 6, 2021.  A hearing on the Motion has been scheduled for June 16, 2021 at 10:00 a.m.

3.      Notice of the Motion was timely provided by U.S. Mail postage prepaid or email to defendants in the adversary proceeding and all parties that filed a notice of appearance in this case, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, or responsive pleading with respect to the Motion appears thereon.  Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of the proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion will be submitted to the Court, along with this certificate.

6.    Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing.

 Dated: May 11, 2021
        New York, New York

Respectfully submitted,

 */s/ Oren J. Warshavsky*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*