# TELECOPIE

**STANLEY T. MILLER**

Adresse: 5100 Town Center Circle, Suite 425,
Boca Raton, Florida 33486
(561) 395-9848  FAX (561)395-9882

Date: Nov. 4/98
Nombre total de pages: 3

**DESTINATAIRE:** Susan Waugh
RAI
303 294 5899

**EXPEDITEUR:** STANLEY T MILLER

**REFERENCE:**

**MESSAGE:**

Susan:

Per our telephone conversation of today please find attached an Investment Authorization Form signed by Stanley T. Miller as requested. We will discuss the "Statement of Account Set-up" with Jodie Crupi of Bernard Madoff Investment Securities tomorrow afternoon so that RAI, upon the receipt of funds from Paine Webber, may wire the funds below to Bernard Madoff Investment Securities.

A check/s in the amount of $3,000,000. has been Fedexed to Retirement Accounts, Inc. to the attention of Sharon Koehler today by Paine Webber effecting the IRA transfer. This should arrive at Retirement Accounts, Inc by tomorrow. It is important that this funds be transferred via wire to Bernard L. Madoff Investments Securities into Stanley T. Miller's account with them as soon as possible. Please watch out for the FEDEX Package.

If you have any problems with the incoming check/s, please call Dina Feder of Paine Webber at 800-682-7275 or 212-309 3000. I am off work tomorrow but will make it a point to be in the office around 2:00 so I can be available for RAI and Bernard Madoff Investments on the other requirement.

I appreciate all your help.

Sincerely,

Maria Bergman
Assistant to Stanley T. Miller

**Stanley T. Miller**
5100 Town Center Circle, Suite 425,
Boca Raton, FL 33486
(561) 395 - 9848

October 21, 1998 * Via Federal Express *

Retirement Accounts, Inc.
717 17th Street, Suite 1700,
Denver, Colorado 80202-3323
Attention: Sharon Koehler

Dear Ms. Koehler:

Please find attached signed papers for establishing an IRA Account under the name of Stanley T. Miller as follows:

1) Self-Directed Individual Retirement Custodial Account Application, and

2) IRA Transfer/ Rollover Form.

Note that we would like to open this IRA Account immediately and therefore would appreciate it being process as soon as possible. If any documents or signatures have been overlooked, please call the office at 561-395-9848.

With regards to investment of funds, all monies are to be invested with Bernard L. Madoff Investment Securities.

Sincerely,

Maria L. Bergman
( for: Stanley T. Miller)

Encls.
cc: Bernard L. Madoff Investment Securities Attn: Jodie Crupi

AMF00115394