

BERNARD L. MADOFF
Investment Securities
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING: CREDITED YOUR CHECK

11/09/98

3,000,000.00

CLIENT'S ACCOUNT NUMBER

1-ZR284-3

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)
P O BOX 173785
DENVER         CO 80217



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/12/99

CHECK                                93.00

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)
P O BOX 173785
DENVER           CO 80217

1-ZR284-3

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR ACCOUNT WITH THE FOLLOWING:

5/03/99

CHECK                                                499,990.00

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)
P O BOX 173785
DENVER           CO 80217

1-ZR284-3

CONFIDENTIAL                                     FISERV-MILLER-00587



BERNARD L. MADOFF
Investment Securities
New York ▫ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

1/07/99

CHECK       499,907.00

CLIENT'S ACCOUNT NUMBER
1-ZR284-3

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)
P O BOX 173785
DENVER              CO 80217