**fiserv.** | Investment Support Services

a PO Box 173859, Denver, CO  80217-3859
Toll Free: 800-962-4238

November 3, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT VALUE
Fund Account #: ZR284
*Retirement Accounts, Inc.  Custodian
FBO  STANLEY T MILLER
Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

Send $60,000 net from the above listed account to the owner's address listed below.

Correspondence and/or liquidation checks should be sent to:

    *Retirement Accounts, Inc. FBO STANLEY T MILLER
    Account # 031038030438
    PO BOX 173859
    DENVER, CO 80217-3785

PLEASE NOTE:  The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested.  If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

OCT-02-2008 THU 02:50 PM                    FAX NO. 3032945934              P. 02

**Fiserv.** | Investment
Support
Services

PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

October 2, 2008

BERNARD L MADOFF                   BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                      VALUE
NEW YORK NY 10022-0000             Fund Account #: ZR284
                                   *Retirement Accounts, Inc.  Custodian
                                   FBO STANLEY T MILLER
                                   Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

    Send $60,000.00 net from the above listed account to the owner's address below:

Correspondence and/or liquidation checks should be sent to:

        *Retirement Accounts, Inc. FBO STANLEY T MILLER
        Account # 031038030438
        PO BOX 173859
        DENVER, CO 80217

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

SEP-03-2008 WED 01:58 PM                    FAX NO. 3032945934            P. 03

**Fiserv** | Investment
Support
Services

» PO Box 17748, Denver, CO 80217-0748
Phone: 1-877-270-6892

September 3, 2008


BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
*Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438


RE:   Trading Instructions

Please use this letter as authorization to:

Send $60,000.00 net from the above account to the owners address listed below

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO STANLEY T MILLER
Account # 031038030438
PO BOX 173785
DENVER, CO 80217-3785

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

6.5 Mil                    S - 9/8

AMF00115292

AUG-04-2008 MON 11:32 AM                              FAX NO. 3032945934              P. 02

**Fiserv** | Investment Support Services

> PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

August 4, 2008

BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                       VALUE
NEW YORK NY 10022-0000              Fund Account #: ZR284
                                    *Retirement Accounts, Inc. Custodian
                                    FBO STANLEY T MILLER
                                    Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

   Send $100,000.00 net from the above account to the owners address listed below.

Correspondence and/or liquidation checks should be sent to:

         *Retirement Accounts, Inc. FBO STANLEY T MILLER
         Account # 031038030438
         PO BOX 173785
         DENVER, CO 80217-3785

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.



AMF00115293

JUN-30-2008 MON 01:56 PM          FAX NO. 3032945934          P. 02/02

**Fiserv.** Investment
Support
Services

■ PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

June 30, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
*Retirement Accounts, Inc.  Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

Send $60,000.00 net from the above account to the owners address listed below

Correspondence and/or liquidation checks should be sent to:

      *Retirement Accounts, Inc. FBO STANLEY T MILLER
      Account # 031038030438
      PO BOX 173785
      DENVER, CO 80217-3785

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
TRUST INDUSTRIAL BANK

(018)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

AMF00115294

JUN-12-2008 THU 10:56 AM                    FAX NO. 3032945934              P. 02



» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

**Fiserv** | Investment
Support
Services

June 2, 2008

BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                       VALUE
NEW YORK NY 10022-0000              Fund Account #: ZR284
                                    *Retirement Accounts, Inc. Custodian
                                    FBO STANLEY T MILLER
                                    Account #: 031038030438

RE:  Trading Instructions

Please use this letter as authorization to:

Please send $100,000.00 net. Do not withhold state or federal taxes.

※ *OVERNIGHT FUNDS VIA UPS BILLING #811706.*

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO STANLEY T MILLER
Account # 031038030438
717 17TH STREET, STE 1700
DENVER, CO 80202

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

6/13

AMF00115295

MAY-07-2008 WED 02:53 PM

**Fiserv** Investment Support Services

FAX NO. 3032945934         P. 03/04

» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

May 7, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR2R4
*Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

Please send $60,000.00 net. Do not withhold state or federal taxes.

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO STANLEY T MILLER
Account # 031038030438
717 17TH STREET, STE 1700
DENVER, CO 80202

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

Valerie Sanchez

5/13

 **Investment Support Services**

× PO Box ' 73859, Denver, CO 80217-3859
Toll Free: 800-962-4238

April 15, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
*Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:   Trading Instructions

Please use this letter as authorization to:

   Please send $60,000.00 net. Do not withhold state or federal taxes

Correspondence and/or liquidation checks should be sent to:

      *Retirement Accounts, Inc. FBO STANLEY T MILLER
      Account # 031038030438
      717 17TH STREET, STE 1700
      DENVER, CO 80202

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

APR-01-2008 TUE 01:16 PM

FAX NO. 3032945934        P. 05/07

**Fiserv.** Investment
Support
Services

a PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

April 1, 2008

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
*Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:   Trading Instructions

Please use this letter as authorization to:

Please send $100,000.00 net. Do not withhold state or federal taxes.

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO STANLEY T MILLER
Account # 031038030438
717 17TH STREET, STE 1700
DENVER, CO 80202

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED

AMF00115298

FEB-11-2008 MON 01:41 PM                    FAX NO. 3032945934              P. 02

**Fiserv** | Investment
Support
Services

PO Box 173859, Denver, CO 80217-3850
Toll Free: 800-962-4238

February 11, 2008

BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                      VALUE
NEW YORK NY 10022-0000             Fund Account #: ZR284
                                   *Retirement Accounts, Inc. Custodian
                                   FBO  STANLEY T MILLER
                                   Account #: 031038030438

RE:   Trading Instructions

Please use this letter as authorization to:

Please send $60,000.00 net.  Do not withhold state or federal taxes.

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO STANLEY T MILLER
Account # 031038030438
717 17TH STREET, STE 1700
DENVER, CO 80202

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested.  If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
*aka NTC & CO.





» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

Investment
Support
Services

January 14, 2008

BERNARD L MADOFF                 BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                    VALUE
NEW YORK NY 10022-0000           Fund Account #: ZR284
                                 *Retirement Accounts, Inc. Custodian
                                 FBO  STANLEY T MILLER
                                 Account #: 031038030438

RE:   Trading Instructions

Please use this letter as authorization to:

   Please send $60,000.00 net.  Do not withhold state or federal taxes.

Correspondence and/or liquidation checks should be sent to:

          *Retirement Accounts, Inc. FBO STANLEY T MILLER
          Account # 031038030438
          717 17TH STREET, STE 1700
          DENVER, CO 80202

PLEASE NOTE:  The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested.  If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
Fiserv Investment Support Services
*Fiserv Trust Company dba
 FIRST TRUST COMPANY
 RESOURCES TRUST COMPANY
 RETIREMENT ACCOUNTS, INC.
 LINCOLN TRUST COMPANY
 FISERV ISS & CO.
 NTC & CO.

6.6 Mil                          5-1/16

Fiserv Trust Company
Fiserv Investment Support Services
is a marketing name of
Fiserv Trust Company, member FDIC.

AMF00115300

JAN-03-2008 THU 02:20 PM                    FAX NO. 3032945934              P. 03/06
                                           PO Box 173859, Denver, CO 80217-3859
**Fiserv.** | Investment                        Toll Free: 800-962-4238
            | Support
            | Services


January 3, 2008


BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                      VALUE
NEW YORK NY 10022-0000             Fund Account #: ZR264
                                   *Retirement Accounts, Inc.  Custodian
                                   FBO STANLEY T MILLER
                                   Account #: 031038030438


RE:   Trading Instructions

Please use this letter as authorization to:

    Please send $60,000.00 net.  Do not withhold state or federal taxes.


Correspondence and/or liquidation checks should be sent to:

        *Retirement Accounts, Inc. FBO STANLEY T MILLER
         Account # 031038030438
         717 17TH STREET, STE 1700
         DENVER, CO 80202


PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION
Fiserv Investment Support Services
*Fiserv Trust Company dba
 FIRST TRUST COMPANY
 RESOURCES TRUST COMPANY
 RETIREMENT ACCOUNTS, INC.
 LINCOLN TRUST COMPANY
 FISERV ISS & CO.
 NTC & CO.

Fiserv Trust Company
Fiserv Investment Support Services
is a marketing name of
Fiserv Trust Company, member FDIC.

AMF00115301

DEC-13-2007 THU 02:00 PM                   FAX NO. 3032945834              P. 10/12


| Investment
| Support
| Services

» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

December 13, 2007


BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                      VALUE
NEW YORK NY 10022-0000             Fund Account #: ZR284
                                   *Retirement Accounts, Inc.  Custodian
                                   FBO  STANLEY T MILLER
                                   Account #: 031038030438


RE:   Trading Instructions

Please use this letter as authorization to:

   Please send $60,000.00 net. Do not withhold state or federal taxes.


Correspondence and/or liquidation checks should be sent to:

             *Retirement Accounts, Inc. FBO STANLEY T MILLER
             Account # 031038030438
             PO BOX 173785
             DENVER, CO 80217-3785


PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested.  If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

CLIENT CONNECTION

Fiserv Investment Support Services
*Fiserv Trust Company dba
  FIRST TRUST COMPANY
  RESOURCES TRUST COMPANY
  RETIREMENT ACCOUNTS, INC.
  LINCOLN TRUST COMPANY
  FISERV ISS & CO.
  NTC & CO.


Fiserv Trust Company
Fiserv Investment Support Services
is a marketing name of
Fiserv Trust Company, member FDIC.

AMF00115302

APR-19-2007 THU 12:22 PM          FAX NO. 3032945934          P. 04/04

**Fiserv.** | Investment
Support
Services

» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

April 19, 2007

BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                       VALUE
NEW YORK NY 10022-0000              Fund Account #: ZR284
                                    Retirement Accounts, Inc. Custodian
                                    FBO STANLEY T MILLER
                                    Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

    Please liquidate $100,000.00 net from the above referenced account number. Do not withhold state or federal taxes.

Correspondence and/or liquidation checks should be sent to:

    Retirement Accounts, Inc. FBO STANLEY T MILLER
    Account # 031038030438
    PO BOX 173785
    DENVER, CO 80217-3785

**PLEASE NOTE:** The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

**IA SERVICES TEAM A**
Fiserv Investment Support Services

SIGNATURE GUARANTEE
MEDALLION GUARANTEE

Fiserv Trust Company
Fiserv Investment Support Services
is a marketing name of
Fiserv Trust Company, member FDIC

AMF00115303

MAR-16-2007 FRI 03:38 PM                    FAX NO. 3032945934                    P. 02

*Freehand*

*(BKT)*

*7.1 mil*

March 16, 2007

BERNARD L MADOFF                    BERNARD L MADOFF BRKG ACCT
885 THIRD AVE                       VALUE
NEW YORK NY 10022-0000              Fund Account #: ZR284
                                    Retirement Accounts, Inc. Custodian
                                    FBO STANLEY T MILLER
                                    Account #: 031038030438

*5-3/30*

RE:   Trading Instructions

Please use this letter as authorization to:

   Please process a partial liquidation for $1,000,000.00 (NET) from the above account. Do
   not withhold taxes.    *※ Wire to us on 3/30/07 ※*

Liquidation proceeds should be WIRED to:

         Retirement Accounts, Inc. FBO STANLEY T MILLER
         Account # 031038030438
         JP Morgan Chase
         ABA #021000021
         To Credit Fiserv Trust Company
         Acct #634341224
         For Further Credit: STANLEY T MILLER Fiserv ISS # 031038030438

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested. If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

IA SERVICES TEAM A
Fiserv Investment Support Services

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
FISERV TRUST COMPANY

( 2048 )
SEQUENCE TRANS. JACKET MEDALLION GUARANTEE

AMF00115304

MAR-06-2006 MON 01:10 PM    FAX NO. 3032945934    .P. 02

**Fiserv.** Investment
Support
Services

PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

March 6, 2006

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:   Trading Instructions

Please use this letter as authorization to:

   Send $50,000.00 (net) from the above referenced account.

Correspondence and/or liquidation checks should be sent to:

   Fiserv Trust Company  FBO STANLEY T MILLER
   Account # 031038030438
   PO BOX 173785
   DENVER, CO 80217-3785

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

IA SERVICES TEAM H
Fiserv Investment Support Services

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
FISERV TRUST COMPANY

AUTHORIZED SIGNATURE

3 | 8



Fiserv Trust Company
(formerly First Trust Corp.)
Lincoln Trust Company
Resources Trust Company
Retirement Accounts, Inc.

AMF00115310

 **Investment Support Services**

» PO Box 173301, Denver, CO 80217-3301
Phone: 303-293-2223

June 6, 2005

BERNARD L MADOFF
885 THIRD AVENUE
NEW YORK, NY. 10022

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
Retirement Accounts, Inc.  Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

    Send $50,000.00 (Net) from the above referenced account.

Correspondence and/or liquidation checks should be sent to:

    Fiserv Trust Company  FBO STANLEY T MILLER
    Account # 031038030438
    PO BOX 173785
    DENVER, CO 80217-3785

PLEASE NOTE:  The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested.  If you need
anything further from Fiserv Investment Support Services to complete this transaction, please
contact us immediately at 800-962-4238.

Sincerely,

Fiserv Investment Support Services

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
FISERV TRUST COMPANY

AUTHORIZED SIGNATURE
( 1013 )                     A 9 0 1 0 2 8 5
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

CK Out
6/10

Fiserv Trust Company
(formerly First Trust Corp.)
Lincoln Trust Company
Resources Trust Company
Retirement Accounts, Inc.

AMF00115312

MAY-03-2005 TUE 04:43 PM      FAX NO. 3032945934      P. 02/04



**RETIREMENT ACCOUNTS, INC.**

May 3, 2005

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK, NY 10022-4834

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

Please process a withdrawal for $50,000.00 net for the above brokerage account. Do not withhold taxes.

Correspondence and/or liquidation checks should be sent to:

Retirement Accounts Inc.

FBO:   Stanley T Miller   A/C #: 031038030438
PO Box 173785
Denver, CO 80217-3785

TAX ID#: 84-1314088

**PLEASE NOTE:** The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

SIGNATURE GUARANTEE/
MEDALLION GUARANTEE/
SSU/TRUST COMPANY

Sincerely,

Fiserv Investment Support Services

AMF00115317



**RETIREMENT ACCOUNTS, INC.**

April 11, 2005

BERNARD L MADOFF
885 THIRD AVENUE
NEW YORK, NY 10022

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
Retirement Accounts, Inc.  Custodian
FBO STANLEY T MILLER
Account #: 031038030438

RE:    Trading Instructions

Please use this letter as authorization to:

Please liquidate $50,000.00 from the above account. Do not withhold taxes.

Correspondence and/or liquidation checks should be sent to:

Retirement Accounts, Inc.  Custodian  FBO STANLEY T MILLER
Account # 031038030438
717 17TH STREET, STE 1700
DENVER, CO 80202

PLEASE NOTE:  The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested.  If you need
anything further from Retirement Accounts, Inc. to complete this transaction, please contact us
immediately at (800) 325-4352.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
FIRST TRUST CORPORATION

AUTHORIZED SIGNATURE
( 229 )                                 D9001084
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

Cordially,

Retirement Accounts, Inc.

S - 4/13

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 □ Denver, CO □ 80217-3785
303-294-5959 □ 800-325-4352 □ Fax 303-294-5899 □ www.retirementaccountsinc.com

AMF00115318

MAR-11-2005 FRI 11:05 AM DEPT. 988              FAX NO. 3032945873              P. 02



**RETIREMENT ACCOUNTS, INC.**

Date        3/10

TO:        Bernard Madoff

ATTN:      Frank

FAX#       212-838-4061

FROM:      Retirement Accounts, Inc.
           Phone: 800-325-4352
           Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

✓  **Mailing Address:**                    ____ **Overnight Delivery:**
   Retirement Accounts, Inc.                    Retirement Accounts, Inc.
   FBO: (client name & a/c #)                   FBO: (client name & a/c#)
   PO Box 173785                                717 17th Street, Ste 1700
   Denver CO 80217-3785                         Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Abby Miller | 031038004841 | MB156 | 86,000.00 / 2mil | S-8/14 |
| Stanley Miller | 031038030438 | ZR284 | 850,000.00 / 5.8mil | S- 3/14 |
| Gary Harnick | 06000009284 | BA262 | 8624.91 / 54 M | |
| Steven Harnick | 06000009287 | BA261 | 4987.80 / 54 M | |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115323

2/22

3 of 4



Date 2/7

TO: Bernard Madoff

ATTN: Frank

FAX# 212-838-4061

FROM: Retirement Accounts, Inc.
Phone: 800-325-4352
Fax: 303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

✓ **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

____ **Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| | Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|---|
| 2/8 ✓ | Gloria Satta | 01446539000 1 | ZW053 | $706.35 |
| ✓ | Abby Miller | 03103800484 1 | M0156 | $6,000.00 |
| 2/10 | Stanley Miller | 031038030438 | ZR284 | $50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

[signature]

Retirement Accounts, Inc.



**RETIREMENT ACCOUNTS, INC.**

January 20, 2005

BERNARD MADOFF BRKG ACCT
885 THIRD AVENUE
NEW YORK NY 10022

BERNARD L MADOFF BRKG ACCT
VALUE
Fund Account #: ZR284
Retirement Accounts, Inc. Custodian
FBO STANLEY T MILLER
Account #: 031038030438

*CK out
300,000
1/24
DHC with REMNANT*

RE:   Trading Instructions

Please use this letter as authorization to

    Liquidate 300,000 shares from the referenced account.

Correspondence and/or liquidation checks should be sent to:

        Retirement Accounts, Inc. Custodian  FBO STANLEY T MILLER
        Account # 031038030438
        PO BOX 173785
        DENVER, CO 80217-3785

PLEASE NOTE:  The referenced account is EXEMPT from taxation and withholding, so your
liquidation check or shares transferred should reflect the full amount requested.  If you need
anything further from Retirement Accounts, Inc. to complete this transaction, please contact us
immediately at (800) 325-4352.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
FIRST TRUST CORPORATION

( 231 )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM
AUTHORIZED SIGNATURE
D9001064

Cordially,

Retirement Accounts, Inc.

AMF00115325

Jan 13 2005 3:39PM   HP LASERJET 3330                                    P.2



**RETIREMENT
ACCOUNTS, INC.**

2 of 3

Date        1/13/05

TO:         Bernard Madoff

ATTN:       Frank

FAX#        212-838-4061

FROM:       Retirement Accounts, Inc.
            Phone: 800-325-4352
            Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution
needs. Please liquidate from the referenced account(s) and forward a check(s) to our
address checked below:

| ✓ | Mailing Address: | | Overnight Delivery: |
|---|---|---|---|
| | Retirement Accounts, Inc. | | Retirement Accounts, Inc. |
| | FBO: (client name & a/c #) | | FBO: (client name & a/c#) |
| | PO Box 173785 | | 717 17th Street, Ste 1700 |
| | Denver CO 80217-3785 | | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Abby Miller | 031038004841 | M0156 | $6,000.00 |
| Toby Hokish | 031038008534 | H0135 | $25,000.00 |
| Stanley Miller | 031038030438 | ZR284 | $50,000.00 |
| Pearl Dudak | 031050004560 | CM432 | $25,000.00 |
| Jonathan Schwartz | 01984433001 | ZR040 | $4,500.00 |

Thank you for your prompt attention to this matter. Please call me if you have any
questions.

Sincerely,

CK Out
1/18

Retirement Accounts, Inc

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 • Denver, CC. • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccounts.nc.com

6.3

AMF00115330

Nov 11 2004 9:54AM    HP LASERJET 3330    p.3



page 3 of 5

**RETIREMENT ACCOUNTS, INC.**

Date    11/10/04

TO:    Bernard Madoff

ATTN:    Frank

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

✓    **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/o #)
PO Box 173785
Denver CO 80217-3785

_____    **Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Gloria Satta | 01996390001 | ZW053 | $652.86 |
| Catherine Leedy | 01998540001 | Z8157 | $3958.98 |
| Lawrence Tern | 01999213001 | ZR196 | $16,000.00 |
| Abby Miller | 031038004841 | M0156 | $6,000.00 |
| Stanley Miller | 031038030438 | ZR284 | $50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

Ck Out
11/16

AMF00115331

SEP-10-2004 FRI 12:33 PM DEPT. 988          FAX NO. 3032945873          P. 02/03



**RETIREMENT ACCOUNTS, INC.**

Date       9·10·04

TO:        Bernard Madoff

ATTN:      Frank

FAX#       212-838-4061

FROM:      Retirement Accounts, Inc.
           Phone: 800-325-4352
           Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ☑ Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Wiley | ~ 031038030438 | ~ ZR284 | ~ $50,000.00 |
| Gary Wornick | ~ 060000009254 | 00262 | ~ $6,050.00 |
| Steven Marquiet | ~ 060000009257 | 00261 | ~ $6,050.00 |
| Jonathan Sosnowitz | ~ 989433 | ~ ZR040 | ~ $4,500.00 |
| Stanley Baig | ~ 031038005593 | ~ ZR395 | ~ $10,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Ck out
9/13

Sincerely,

Retirement Accounts, Inc.

AMF00115332

AUG-11-2004 WED 02:56 PM DEPT. 988          FAX NO. 3032945873          P. 02



**RETIREMENT ACCOUNTS, INC.**

Date  _8-11-04_

TO:  Bernard Madoff

ATTN:  _Frank_

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:  303-294-5899

*Please O/N cm599 Thanks!*

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

_____ Mailing Address:
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

__X__ Overnight Delivery:
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Abby Miller | ~03103800484l | ~M0156 | ~$6,000.00 |
| Stanley Miller | ~03103803 0438 | ~ZR284 | ~$50,000.00 |
| Malcolm Rosenberg | ~03103799905 4 | ~CM599 | ~$33,333.00 |
| Robert Gold | ~ 947211 | ~CM411 | ~$57,000.00 |

Thank you for your prompt attention to this matter.  Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 • Denver CO • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccountsinc.com

AMF00115333

JUL-09-2004 FRI 02:21 PM DEPT. 988          FAX NO. 3032945873          P. 01



## RETIREMENT ACCOUNTS, INC.

Date    7-9-04

TO:     Bernard Madoff

ATTN:   Frank

FAX#    212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

✓ __Mailing Address:__                    __Overnight Delivery:__
   Retirement Accounts, Inc.                 Retirement Accounts, Inc.
   FBO: (client name & a/c #)                FBO: (client name & a/c#)
   PO Box 173785                             717 17th Street, Ste 1700
   Denver CO 80217-3785                      Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Stanley Gray | ~031038030438 | ~ZR284 ~$50,000.00 | 6mil |
| Pease Dudak | ~031050004560 | ~CM432 ~$25,000.00 | 2.5mil |
| Tom+Inga Schwartz | 984433 | ~ZR040 ~$4,500.00 | 4.8mil |
| Stanley Bass | 031038005593 | ~ZR295 ~$10,000.00 | 1.3mil |
| Bernard Macu | 092339 | ~CM377 ~$100,000.00 | 1mil |

5-7/13

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

_DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976_
P.O. Box 173785 • Denver, CO • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccountsinc.com

AMF00115334

JUN-14-2004 MON 08:58 AM FIRST TRUST          FAX NO. 03                    P. 02



# RETIREMENT
## ACCOUNTS, INC.

Date    6-14-04

TO:     Bernard Madoff

ATTN:   _Frank_

FAX#    212-838-4061

FROM    Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ☑ Mailing Address: | ___ Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Abby Mills | ~031038004841 | ~ M0156 | ~ $6,000.00 |
| Marilyn Schwartz | ~ 937935 | ~ 2R228 | ~ $15,000.00 |
| Stanley Mills | ~ 031038030438 | ~ 2R384 | ~ $50,000.00 |
| Gary Warnick | ~ 010000009254 | ~ B0262 | ~ $6050.00 |
| Nancy Warnick | ~ 010000009257 | ~ B0261 | ~ $6050.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

CK Out
6/17

Retirement Accounts, Inc.



6-1

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 • Denver, CO • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccountsinc.com

AMF00115335

MAY-11-2004 TUE 02:05 PM FIRST TRUST          FAX NO. 03                    P. 02



**RETIREMENT ACCOUNTS, INC.**

Date      _5-11-04_

TO:       Bernard Madoff

ATTN:     _Frank_

FAX#      212-838-4061

FROM:     Retirement Accounts, Inc.
          Phone: 800-325-4352
          Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution
needs. Please liquidate from the referenced account(s) and forward a check(s) to our
address checked below:

| Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Catherine Leedy | ~ 99854/0 | ~ ZR1572 | $ 3,958.98 | 96m |
| Anny Milles | ^031038004841 | M01566 | $ 6,000.00 | 2.1mil |
| Stanley Milles | ^031038030438 | ~ ZR284 | $ 50,000.00 | 6 mil |

5-5/13

Thank you for your prompt attention to this matter.  Please call me if you have any
questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115336



## RETIREMENT ACCOUNTS, INC.

Date _4-9-04_

TO:   Bernard Madoff

ATTN:  _Frank_

FAX#   212-838-4061

FROM:  Retirement Accounts, Inc.
       Phone: 800-325-4352
       Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☑ **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Say | ~ 130518 | ~ ZR242 | ~$13,000.00 |
| Abby Miller | ~0310380048841 | ~ M0156 | ~$6,000.00 |
| Joby Nobith | ~031038008534 | ~ H0135 | ~$25,000.00 |
| Hanley Miller | ~031038030938 | ~ ZR284 | ~$50,000.00 |
| Pease Dudak | ~031050004500 | ~ CM432 | ~$25,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

_(signature)_

Retirement Accounts, Inc.

_CK O ✓_
_4/15 (W)_

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 • Denver CO • 80217-3785
303-294-5899 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccounts.com



AMF00115337

MAR-11-2004 THU 03:20 PM FIRST TRUST          FAX NO. 03                    P. 01



# RETIREMENT ACCOUNTS, INC.

Date  3-11-04

TO:  Bernard Madoff

ATTN:  Frank

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☒ **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Say | ~ 136518 | ~ ZR242 | ~ $13,000.00 |
| Maria Barone | ~ 221432 | ~ ZW049 | ~ $10,000.00 |
| Robert McGrath | ~ 999659 | ~ ZR201 | ~ $50,000.00 |
| Toby Mailes | ~031038004841 | ~ MO156 | ~$6,000.00 |
| Stanley Mailes | ~031038030438 | ~ ZR284 | ~$50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115338

FEB-09-2004 MON 03:06 PM                    FAX NO. 3032945899                P. 01



**RETIREMENT ACCOUNTS, INC.**

Date    2-9-04

TO:     Bernard Madoff

ATTN:   Frank

FAX#    212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

Ⓐ  **Mailing Address:**                    **Overnight Delivery:**
    Retirement Accounts, Inc.              Retirement Accounts, Inc.
    FBO: (client name & a/c #)             FBO: (client name & a/c#)
    PO Box 173785                          717 17th Street, Ste 1700
    Denver CO 80217-3785                   Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Sax | ~ 136518 | ~ ZR242 ~ | $13,000.00 |
| ~~Ann Johnson~~ | ~ | ~ ZR~~ | ~ $~~ |
| Adele Senay | ~ 987119 | ~ ZR242 ~ | $33,527.00 |
| Gloria Sotta | ~ 996539 | ~ ZW053 ~ | $652.00 |
| Stanley Miller | ~ 031038630438 | ~ ZR284 ~ | $50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

CK out
2/11

AMF00115344





**RETIREMENT**
**ACCOUNTS, INC.**

Date _1-7-04_

TO:    Bernard Madoff

ATTN:    _Frank_

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☑ **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

_____ **Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Say | ~ 136518 | ~ ·ZR242 ~ | $ 13,000.00 ✓ |
| Elsa Johnson | ~ 925751 | ~ ·ZR178 ~ | $ 3,000.00 ✓ |
| Toby Nabush | ~031038108534~ | HD135 · ~ | $ 25,000.00 ✓ |
| Stanley Willis | ~031038030438 ~ | ZR284 ~ | $50,000.00 ✓ |
| Pearl Susak | ~031050041500~ | CM432 · ~ | $ 29,020.00 ✓ |

1/12

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115345



**RETIREMENT ACCOUNTS, INC.**

Date        8-25-03

TO:        Bernard Madoff

ATTN:      _Frank_

FAX#       212-838-4061

FROM:      Retirement Accounts, Inc.
           Phone: 800-325-4352
           Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☑ **Mailing Address:**              ___ **Overnight Delivery:**
   Retirement Accounts, Inc.            Retirement Accounts, Inc.
   FBO: (client name & a/c #)           FBO: (client name & a/c#)
   PO Box 173785                        717 17th Street, Ste 1700
   Denver CO 80217-3785                 Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Hanley Miller | 031038030438 | ZR284 | $63.17 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115346


**RETIREMENT ACCOUNTS, INC.**

Date        12-11-03

TO:        Bernard Madoff

ATTN:      Frank

FAX#       212-838-4061

FROM:      Retirement Accounts, Inc.
           Phone: 800-325-4352
           Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

—X—  **Mailing Address:**                    ———  **Overnight Delivery:**
     Retirement Accounts, Inc.                      Retirement Accounts, Inc.
     FBO: (client name & a/c #)                     FBO: (client name & a/c#)
     PO Box 173785                                  717 17th Street, Ste 1700
     Denver CO 80217-3785                           Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Say | ~ 136518 | ~ ZR242 | ~ $13,000.00 |
| Ira Johnson | ~ 925751 | ~ ZR178 | ~ $3,000.00 |
| Stanley Phillips | ~ 031038030438 | ~ ZR284 | ~ $50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

CK Out
12/15    (6)

6-2

AMF00115347



**RETIREMENT ACCOUNTS, INC.**

Date    11-10-03

TO:    Bernard Madoff

ATTN:    Frank

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

____ **Mailing Address:**          ____ **Overnight Delivery:**
Retirement Accounts, Inc.          Retirement Accounts, Inc.
FBO: (client name & a/c #)          FBO: (client name & a/c#)
PO Box 173785          717 17th Street, Ste 1700
Denver CO 80217-3785          Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 03103803038 | ZR284 | $50,000.00 |
| Richard Spring | 944090 | CM352 | $94,713.13 |
| Richard Spring | 944090 | CM352 | $94,638.00 |
| Kings Stones | 999468 | CM236 | $25,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.



DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115348


**RETIREMENT**
**ACCOUNTS, INC.**

**Date**        _10-10-03_

**TO:**         Bernard Madoff

**ATTN:**       _Frank_

**FAX#**        212-838-4061

**FROM:**       Retirement Accounts, Inc.
                **Phone:** 800-325-4352
                **Fax:**   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution
needs. Please liquidate from the referenced account(s) and forward a check(s) to our
address checked below:

| Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Hasley Myers | 03103030438 | ZR284 | $50,000.00 | 10/16 |
| Piast Dudak | 03105000460 | RM433 | $89,020.00 | 10/14 |
| Jonathan January | 984433 | ZR040 | $4,500.00 | 10/16 |
| Leonard Quiss | 985907 | ZR069 | $9,792.88 | 10/14 |
| Hanley Day | 03103800 5593 | ZR295 | $10,000.00 | 10/14 |

Thank you for your prompt attention to this matter. Please call me if you have any
questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115349



**RETIREMENT ACCOUNTS, INC.**

Date        9-10-03

TO:        Bernard Madoff

ATTN:      Frank

FAX#       212-838-4061

FROM:      Retirement Accounts, Inc.
           Phone: 800-325-4352
           Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

**Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Stanley Miller | ~03103803438~ | ZR 284 | ~$50,000.00 | +9/15 ✓ |
| Jonathan Schwartz | ~984433 | ~ZR040 | ~$4,500.00 | +9/12 ✓ |
| Stanley Baer | ~031038003593 | ~ZR295 | ~$10,000.00 | ~9/12 ✓ |
| Leslie Schupak | ~031050000814 | ~ZR317 | ~$1,115.25 | ~9/12 ✓ |
| Robert Schupak | ~031050000816 | ~ZR316 | ~$963.78 | ~9/12 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115350



# RETIREMENT ACCOUNTS, INC.

Date    8-11-03

TO:     Bernard Madoff

ATTN:   _Frank_

FAX#    212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution
needs. Please liquidate from the referenced account(s) and forward a check(s) to our
address checked below:

| | Mailing Address: | | Overnight Delivery: |
|---|---|---|---|
| ✗ | Retirement Accounts, Inc. | | Retirement Accounts, Inc. |
| | FBO: (client name & a/c #) | | FBO: (client name & a/c#) |
| | PO Box 173785 | | 717 17th Street, Ste 1700 |
| | Denver CO 80217-3785 | | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Burton Say | 136518 | ZR242 | $13,000.00 | 8/14 |
| Clara Johnson | 925751 | ZR178 | $3,000.00 | |
| John Crain | 999479 | ZR217 | $37,500.00 | 8/18 |
| Stanley Miller | 03038080438 | ZR284 | $50,000.00 | |

Thank you for your prompt attention to this matter. Please call me if you have any
questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115351



**RETIREMENT ACCOUNTS, INC.**

Date    11-14-02

TO:     Bernard Madoff

ATTN:   _Frank_

FAX#    212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

**☑ Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**— Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Eleanor ~~Myers~~ | 987079 | CM1073 | $46,738.00 | |
| Eleanor Myers | 982284 | ZR165 | $30,000.00 | 11/18 |
| Ann Klugman | 993574 | CM215 | $9,000.00 | " |
| Theodore Warshaw | 030438 | ZR284 | $50,000.00 | " |
| Stanly Miller | 982010 | ZR131 | $86,000.00 | 11/20 |
| Russell Busch | | | | |

_(handwritten notes: "LET MSG w/ Tid", "HRS ONLY $46/2")_

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

_Thank you_

AMF00115352



**RETIREMENT ACCOUNTS, INC.**

Date _10-15-02_

**TO:**   Bernard Madoff

**ATTN:** _Mark_

**FAX#**   212-838-4061

**FROM:**   Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs.  Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ✗ Mailing Address: | ____ Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| _Stanley Miller_ | _031038030438_ | _ZR284_ | _$50,000_  10/17 |

Thank you for your prompt attention to this matter.  Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

_Marks!_

AMF00115353



**RETIREMENT ACCOUNTS, INC.**

Date  9-13-02

TO:  • Bernard Madoff

ATTN:  Frank

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:  303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ☑ **Mailing Address:** | ____ **Overnight Delivery:** |
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Alan Boslen | 940465 | CM313 | $8,050.00 |
| Stanley Miller | 03103803048 | ZR284 | $50,000.00 |
| Ruth Rays | 983140 | ZR174 | $155,000.00 |
| Lawrence Bernhardt | 03103802407l | CM684 | $10,000.00 |
| Marvin Jaffe | 046272 | J0030 | Please stop syp w/drwl |

*9/17*

*Please note new RAI acct number for Stanley Miller. thank you!*

Thank you for your prompt attention to this matter.  Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115354



**RETIREMENT ACCOUNTS, INC.**

Date    8-15-02

TO:    Bernard Madoff

ATTN:    *Frank*

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Shirley Miller | 106802 | ZR284 | $50,000.00 | 8/20 |
| Abe Kleinman | 982284 | ZR165 | $20,000.00 | 8/20 |
| Theodore Washaw | 99574 | CM215 | $9,000.00 | 8/16 |
| Renee Nappan | 98047 | ZR020 | $10,000.00 | 8/16 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115356



Date   7-12-02

TO:      Bernard Madoff

ATTN:    Frank

FAX#     212-838-4061

FROM:    Retirement Accounts, Inc.
         Phone: 800-325-4352
         Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☑ **Mailing Address:**              **Overnight Delivery:**
   Retirement Accounts, Inc.           Retirement Accounts, Inc.
   FBO: (client name & a/c #)          FBO: (client name & a/c#)
   PO Box 173785                       717 17th Street, Ste 1700
   Denver CO 80217-3785                Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 106802 | ZR281 | $60,000.00 |
| Mary Cary | 99160 | ZR206 | $9,326.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115359



**RETIREMENT ACCOUNTS, INC.**

Date _6-14-02_

TO:     Bernard Madoff

ATTN:   _Frank_

FAX#    212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

X  **Mailing Address:**              _____ **Overnight Delivery:**
   Retirement Accounts, Inc.               Retirement Accounts, Inc.
   FBO: (client name & a/c #)              FBO: (client name & a/c#)
   PO Box 173785                           717 17th Street, Ste 1700
   Denver CO 80217-3785                    Denver CO 80202-3323

_6/18_

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 106802 | ZR284 | $60,000.00 |
| Alvin Coslaw | 940465 | CM313 | $33,250.00 |
| Estelle Vineelbaum | 046051 | ZR047 | $20,000.00 |
| Robert Kowalsky | 04414 | ZR270 | $30,000.00 |

_5.6_

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115360



**RETIREMENT ACCOUNTS, INC.**

Date  _5-15-02_

TO:  Bernard Madoff

ATTN:  _Frank_

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ___ Mailing Address: | X Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Stanley Miller | ~ 1016802 | ~ ZR284 ~ | $60,000.00 | 5.6 |
| Abe Kleinman | ~ 982284 | ~ ZR165 ~ | $20,000.00 | .31 |
| Theodore Warshaw | ~ 997574 | ~ CM215 ~ | $9,000.00 | 1.3 |
| Perry Portnoy | ~ 940404 | ~ ZR236 ~ | $50,000.00 | 1.5 |

5/20

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115361

# RETIREMENT ACCOUNTS, INC.

Date  *4-12-02*

TO:  Bernard Madoff

ATTN:  *Frank?*

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ✔ Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Stanley Miller | ~ 1016802 | ~ ZR284 | ~ $60,000.00 | 4/15 |
| Helga Madoeke | ~ 983851 | ~ ZR070 | ~ $30,000.00 | 4/15 |
| Ernest Melton | ~ 929657 | ~ ZR043 | ~ $50,000.00 | 4/15 |
| James Blunt | ~ 944498 | ~ EM344 | ~ $25,000.00 | — 4/15 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

*Thank you*

AMF00115362



**RETIREMENT ACCOUNTS, INC.**

Date     3-15-02

7·up 41

TO:      Bernard Madoff

ATTN:    Frank

FAX#     212-838-4061

FROM:    Retirement Accounts, Inc.
         Phone: 800-325-4352
         Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ✓ Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | | |
|---|---|---|---|---|---|
| Marvin Olshan | 936407 | CM276 | $200,000.00 | 2.7 mill | 3/20 |
| Stanley Miller | 106802 | ZR284 - 8 | 60,000.00 | 5.3 mill | |
| Alvin Broslow | 9404b5 | CM313 | $33,250.00 | 2.3 mill | |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

Thanks,
T.

AMF00115363



**RETIREMENT ACCOUNTS, INC.**

Date _2-21-02_

TO:    Bernard Madoff

ATTN:  _Frank_

FAX#   212-838-4061

FROM:  Retirement Accounts, Inc.
       Phone: 800-325-4352
       Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

_____ **Mailing Address:**                    _____ **Overnight Delivery:**
        Retirement Accounts, Inc.                        Retirement Accounts, Inc.
        FBO: (client name & a/c #)                       FBO: (client name & a/c#)
        PO Box 173785                                    717 17th Street, Ste 1700
        Denver CO 80217-3785                             Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Lawrence Schaffer | 924083 | ZR012 | $3,000.00 |
| Michael Borgian | 935016 | ZR213 | $5,000.00 |
| Stanley Mutter | 1016802 | ZR284 | $10,000.00 |

2/25/02

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115364


**RETIREMENT ACCOUNTS, INC.**

*The request for Theodore Warshaw is in addition to our request for IDR made yesterday. Thank you.*

Date: 2-12-02

TO: Bernard Madoff

ATTN: Frank

FAX#: 212-838-4061

FROM: Retirement Accounts, Inc.
Phone: 800-325-4352
Fax: 303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ✓ | **Mailing Address:** | ___ | **Overnight Delivery:** |
|---|---|---|---|
| | Retirement Accounts, Inc. | | Retirement Accounts, Inc. |
| | FBO: (client name & a/c #) | | FBO: (client name & a/c#) |
| | PO Box 173785 | | 717 17th Street, Ste 1700 |
| | Denver CO 80217-3785 | | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|---|---|---|---|---|
| Stanley Miller | 1016812 | ZR284 | $50,000.00 | 2/8/02 |
| Abe Kleinman | 982284 | ZR1165 | $20,000.00 | 2/14/02 |
| Theodore Warshaw | 999574 | CM215 | $9,000.00 | 2/14/02 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115365



**RETIREMENT ACCOUNTS, INC.**

Date    1-14-02

TO:     Bernard Madoff

ATTN:   Frank

FAX#    212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

_____ **Mailing Address:**              _____ **Overnight Delivery:**
        Retirement Accounts, Inc.                 Retirement Accounts, Inc.
        FBO: (client name & a/c #)                FBO: (client name & a/c#)
        PO Box 173785                             717 17th Street, Ste 1700
        Denver CO 80217-3785                      Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 106802 | ZR284 | $50,000.00 |
| Walter Lapar | 929176 | ZR092 | $19,000.00 |
| John Stoller | 031038008438 | EM406 | $40,000.00 |
| Sheila Stoller | 031038008457 | EM407 | $10,000.00 |
| Leona Gustson | 031038008006 | ZR306 | $20,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115366

# RETIREMENT ACCOUNTS, INC.

Date        12-14-01

TO:         Bernard Madoff

ATTN:       _Frank_

FAX#        212-838-4061

FROM:       Retirement Accounts, Inc.
            Phone: 800-325-4352
            Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☒ **Mailing Address:**                          **Overnight Delivery:**
Retirement Accounts, Inc.                        Retirement Accounts, Inc.
FBO: (client name & a/c #)                       FBO: (client name & a/c#)
PO Box 173785                                    717 17th Street, Ste 1700
Denver CO 80217-3785                             Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Say | 131,518 | ZR242 | $ 14,000.00 |
| Marilyn Schwartz | 937935 | ZR228 | $ 15,000.00 |
| Jonathan Schwartz | 984433 | ZR040 | $ 4,500.00 |
| Stanley Miller | 106802 | ZR284 | $ 50,000.00 |
| Alvin Brown | 940465 | CM313 | $ 33,250.00 |

CK out 14/8/9

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

_DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976_

P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115367



**RETIREMENT ACCOUNTS, INC.**

**Date** _11-13-01_

**TO:** Bernard Madoff

**ATTN:** _____

**FAX#** 212-838-4061

**FROM:** Retirement Accounts, Inc.
Phone: 800-325-4352
Fax: 303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

**Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 1010802 | ZR284 | $50,000.00 |
| Ernest Abbit | 929995 | ZR015 | $6,156.38 |
| Eleanor Myers | 937290 | CM290 | $20,328.95 |
| Abe Kleinman | 982284 | ZR1105 | $20,000.00 |
| Theodore Whitchaw | 999574 | CM215 | $9,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115368



# RETIREMENT ACCOUNTS, INC.

Date    10-15-01

TO:    Bernard Madoff

ATTN:    _Frank_

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

**Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 106802 | ZR284 | $50,000.00 |
| Ernest Abbot | 929995 | ZR015 | $6,156.31 |
| Ruth Russ | 983640 | ZR174 | $175,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115369



**RETIREMENT ACCOUNTS, INC.**

Date    _9-11-01_

TO:    Bernard Madoff

ATTN:    _Frank_

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

✓ Mailing Address:                    ___ Overnight Delivery:
Retirement Accounts, Inc.                Retirement Accounts, Inc.
FBO: (client name & a/c #)                FBO: (client name & a/c#)
PO Box 173785                            717 17th Street, Ste 1700
Denver CO 80217-3785                    Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Jonathan Schwartz | 984433 | ZR040 | $4,500.00 |
| Marvin Wiesir | 931003 | ZR218 | $50,000.00 |
| Nancy Portnoy | 940404 | ZR236 | $45,000.00 |
| Stanley Mills | 106802 | ZR284 | $50,000.00 |
| Ernest Abbit | 929995 | ZR015 | $6,156.93 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115370



## RETIREMENT ACCOUNTS, INC.

**Date**  *8-15-01*

3

**TO:**  Bernard Madoff

**ATTN:**  *Frank*

**FAX#**  212-838-4061

**FROM:**  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

8/20

| ✓ | Mailing Address: | _____ | Overnight Delivery: |
|---|------------------|-------|---------------------|
|   | Retirement Accounts, Inc. | | Retirement Accounts, Inc. |
|   | FBO: (client name & a/c #) | | FBO: (client name & a/c#) |
|   | PO Box 173785 | | 717 17th Street, Ste 1700 |
|   | Denver CO 80217-3785 | | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount | |
|-------------|---------------|----------------|--------|---|
| Stanley Miller ~ 106802 ~ | | ZR284 ~ | $50,000.00 | ✓ |
| Ernest Abbit ~ 929995 ~ | | ZR015 ~ | $6,156.00 | |
| Ida Kleinman ~ 982584 ~ | | ZR165 ~ | $20,000.00 | ✓ |
| Theodore Warshaw ~ 999574 ~ | | CM215 ~ | $9,000.00 | ✓ |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

*Thank You*

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115371



**RETIREMENT ACCOUNTS, INC.**

Date _7-13-01_

TO:   Bernard Madoff

ATTN: _____

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
       Phone: 800-325-4352
       Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

☑ **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 106802 | ZR284 | $ 50,000.00 |
| Chris Abbie | 929995 | ZRA15 | $ 6,150.82 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115372



## RETIREMENT ACCOUNTS, INC.

**Date** 10-14-01

**TO:** Bernard Madoff

**ATTN:** Frank

**FAX#** 212-838-4061

**FROM:** Retirement Accounts, Inc.
Phone: 800-325-4352
Fax: 303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

**Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Stanley Miller | 1016802 | ZR284 | $50,000 00 |
| Alvin Brolow | 940465 | CM313 | $33,000 00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

AMF00115373



# RETIREMENT ACCOUNTS, INC.

Date    5-15-01

TO:    Bernard Madoff

ATTN:    _(signature)_

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

COPY
_(handwritten)_

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Hanley Miller | 106802 | ZR284 | $50,000.00 |
| Abi Seligman | 982284 | ZR165 | $20,000.00 |
| Theodore Warshaw | 999574 | CM215 | $9,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

_(signature)_
Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 • Denver, CO • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccountsinc.com



AMF00115374



**RETIREMENT ACCOUNTS, INC.**

Date    4-12-01

TO:    Bernard Madoff

ATTN:    _Frank_

FAX#    212-838-4061

FROM:    Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:    303-294-5899

+ 1 copy

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

_X_ **Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

___ **Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Ernest Abbit | 929995 | ZR015 | $8,656.32 |
| Stanley Miller | 106802 | ZR284 | $50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely

Retirement Accounts, Inc.

_thank you_

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115375


**RETIREMENT ACCOUNTS, INC.**

Date  3-15-01

TO:  Bernard Madoff

ATTN:  _(signature)_

FAX#  212-838-4061

FROM:  Retirement Accounts, Inc.
Phone: 800-325-4352
Fax:  303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| ✓ Mailing Address: | ____ Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Alvin Boslow | 940465 | CM313 | $34,000.00 |
| Stanley Miller | 106802 | ZR284 | $50,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

_(signature)_

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P O Box 173785 ▪ Denver, CO ▪ 80217 3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115376



## RETIREMENT
## ACCOUNTS, INC.

Date  *2/12/01*

Y

TO:       Bernard Madoff

ATTN:     *Frank*

FAX#      212-838-4061

FROM:     Retirement Accounts, Inc.
          Phone: 800-325-4352
          Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

COPY
ENCH

**Mailing Address:**
Retirement Accounts, Inc.
FBO: (client name & a/c #)
PO Box 173785
Denver CO 80217-3785

**Overnight Delivery:**
Retirement Accounts, Inc.
FBO: (client name & a/c#)
717 17th Street, Ste 1700
Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Eileen Caspi ~ | 999506 ~ | ZR211 | ~ $5,576.86 |
| Gerald Blumenthal ~ | 980107 ~ | 601Ho | ~ $33,600.00 |
| Stanley Miller ~ | 106802 ~ | ZR284 | ~ $50,000.00 |
| Abe Fligman ~ | 982284 ~ | ZR1105 | ~ $20,000.00 |
| Theodore Warshaw ~ | 999547 ~ | CM215 | ~ $9,000.00 |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

*2/15*

AMF00115377



**RETIREMENT ACCOUNTS, INC.**

Date   1-15-01

TO:        Bernard Madoff

ATTN:

FAX#     212-838-4061

FROM:    Retirement Accounts, Inc.
         Phone: 800-325-4352
         Fax:    303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs.  Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| Mailing Address: | Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Say | 136518 | ZR242 | $10,000.00 |
| Johnathan Schwartz | 984433 | ZR040 | $4,500.00 |
| Stanley Miller | 106802 | ZR284 | $50,000.00 |

Thank you for your prompt attention to this matter.  Please call me if you have any questions.

Sincerely,

Retirement Accounts, Inc.

*DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976*
P.O. Box 173785 • Denver, CO • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccountsinc.com

AMF00115378



**RETIREMENT ACCOUNTS, INC.**

Date    _12-18-00_

3

TO:        Bernard Madoff

ATTN      _Mark_

FAX#      212-838-4061

FROM:     Retirement Accounts, Inc.
          Phone: 800-325-4352
          Fax:    303-294-5899

_COPY EXACT_

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs  Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

X   **Mailing Address:**            ____ **Overnight Delivery:**
    Retirement Accounts, Inc.              Retirement Accounts, Inc.
    FBO: (client name & a/c #)             FBO: (client name & a/c#)
    PO Box 173785                          717 17th Street, Ste 1700
    Denver CO 80217-3785                   Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| Burton Sax ~ | 136518 ~ | ZR242 ~ | $ 10,000.00 |
| Marilyn Schwartz ~ | 937935 ~ | ZR288 ~ | $ 15,000.00 |
| Jon Ann Schwartz ~ | 984433 ~ | ZR040 ~ | $ 4,500.00 |
| Stanley Miller ~ | 106802 ~ | ZR284 ~ | $ 50,000.00 |

Thank you for your prompt attention to this matter.  Please call me if you have any questions.

Sincerely,

_Tracy Datt_            12/19    Thanks!

Retirement Accounts, Inc.

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com

AMF00115380


**RETIREMENT
ACCOUNTS, INC.**

Date         11-6-00

TO:          Bernard Madoff

ATTN:        _Tracy_

FAX#         212-838-4061

FROM:        Retirement Accounts, Inc.
             Phone: 800-325-4352
             Fax:   303-294-5899

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution
needs. Please liquidate from the referenced account(s) and forward a check(s) to our
address checked below:

X  **Mailing Address:**              _____  **Overnight Delivery:**
   Retirement Accounts, Inc.                Retirement Accounts, Inc.
   FBO: (client name & a/c #)               FBO: (client name & a/c#)
   PO Box 173785                            717 17th Street, Ste 1700
   Denver CO 80217-3785                     Denver CO 80202-3323

Client name       RAI Account #     Your Account #       Amount

_Stanley Miller_ / 106802 / ZR284 / $ 20,000.00

Thank you for your prompt attention to this matter. Please call me if you have any
questions.

Sincerely,

_Tracy Bales_
Retirement Accounts, Inc.

_Thanks_

55

AMF00115381