23-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006500804818  Posting date 13-MAR-06

BERNARD L. MADOFF

172394

3/08  2006

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)                              $ ******50000.00

******FIFTY THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF
1-IR284-3
FOR _____                                        By _____

⑆00172394⑆ ⑈031100267⑈ 6301428151 509⑈      /0005000000/

AcctNum: 00009301428151509  Amount: 000000005000000
Xserno: 000172394  PostDate: 20060313  Sequence: 006500804818
BankNum: 0804  BankSeq: 006500804818  Fieldd: 0000  ImageStat: 05
UDK: 080202034  StmtSeq: 006500804818  Batch: CapSrc: 78
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0043461

24-Jan-09                                                        06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770375771  Posting date 09-JAN-08



38616 scanned on B1-S03 by Operator LJONES on Apr 15, 2009 at 08:02:15 AM - Page 41 of 66.
Best Copy Available

**BERNARD L. MADOFF**

*13*

311    2815-69

151341

1/12  20 04

PAY TO THE ORDER OF    RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

EXACTLY ****50,000DOLLARS00CENTS                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-ZR284-3

BERNARD L. MADOFF

By

⑈00151341⑈ ⑆031100267⑆ 630142815 509⑈    ⑈00050000000⑈

⑈00151341⑈ ⑆031100267⑆ 630142815 509⑈    ⑈00050000000⑈

JPMSAF0020547

24-Jan-09                                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 002710806169  Posting date 22-JAN-08

BERNARD L. MADOFF                                    62-26
                                                     317        2815-09

                                                     193370

                                                     1/16    2008

PAY TO THE     NTC & CO.
ORDER OF       FBO STANLEY T MILLER (030438)                    |$ ****60000-00

               ******SIXTY THOUSAND 00/100                         DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                   BERNARD L. MADOFF
Wilmington, DE 19801
FOR  1-ZR284-3                                       By

⑈00⑈93370⑈ ⑈03⑈⑈002⑈7⑈ ⑈30⑈⑈28⑈5⑈ 509⑈

AcctNum: 000006301428151509 Amount: 000000006000000
Serno: 000193370 PostDate: 20080122 Sequence: 002710806169
BankNum: 02600031 AcctChk: 0001 Field4: 000044 ImageSeq: 00
WRK: 080208012802710806169 BOFD: 000000000 CapsSq: FY
TranCode: 000000 RouteTran: 03110026  DocType: B
EntryNum: 1978 ItemType: P

37520 scanned on B1-S08 by Operator BPITTMAN on Feb 25, 2009 at 11:25:10 AM - Page 43 of 54.



BERNARD L. MADOFF

82-25
311      2815-08

132189

1/17 20 02

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

$ ****50000*00

EXACTLY *****50,000DOLLARS00CENTS                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-ZR284-3            RECEIVED JAN 22 2002        By

⑈00132189⑈ ⑈031100267⑈ 6301428151 509⑈            ⑈000 5000000⑈

38923 scanned on B1-S07 by Operator EWILLIAMS on Apr 21, 2009 at 01:17:43 PM - Page 35 of 40.

**BERNARD L. MADOFF**

62-26
311          2815-02

161250

1/18 20 05

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)                    $ ****50000.00

**********************************FIFTY THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                             BERNARD L. MADOFF

FOR 1-ZR284-3                                    By

⑈00161250⑈ ⑆031100267⑆ 6301428151 509⑈        ⑈0005000000⑈

JPMSAF0031506

BERNARD L. MADOFF

62-26
311        2815-08

16

1/25  20 05        161355

PAY
TO THE
ORDER OF

RETIREMENT ACCTS. INC. CUST IRA
F/B/O STANLEY T MILLER (030438)

$ **300000.00

******THREE HUNDRED THOUSAND 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington DE 19801
1-2R284-3

BERNARD L. MADOFF

FOR

⑈161355⑈ ⑇0311002671⑇ 630142815 509⑈ ⑇00300000000⑇



JPMSAF0031620

38938 scanned on B1-S07 by Operator EWILLIAMS on Apr 22, 2009 at 08:30:37 AM - Page 23 of 25.

**BERNARD L. MADOFF**

161636

2/10  05

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

******FIFTY THOUSAND 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR204-3

FOR _____

BERNARD L. MADOFF

⑈0016163⑈ ⑆031100267⑆ 630428151 509⑈ ⑈0005000000⑈

JPMSAF0031919

38643 scanned on B1-S12 by Operator DCOWAN on Apr 15, 2009 at 10:15:41 AM - Page 2 of 23.



BERNARD L. MADOFF

62-26
311    2815-09

3

151831

2/13 20 04

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (Q30438)

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

1-ZR284-3

FOR _____    BY _____

⑈⑈00151831⑈⑈ ⑉031100267⑈ 63011 28151 509⑈    ⑈000500000⑈

24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 004910426529  Posting date 20-FEB-08

BERNARD L. MADOFF                                           62-26
                                                            311        2815-09

                                                            193836

                                                    2/13    20 08

PAY
TO THE        NTC & CO.
ORDER OF      FBO STANLEY T MILLER (030438)                 $ ******60000.00

              ******SIXTY THOUSAND 00/100                   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                 BERNARD L. MADOFF
Wilmington, DE 19801
FOR  1-ZR284-3                             By

"00193836"  ⑈031100267⑈  6301428151 509"

AcctNum: 000006301428151509  Amount: 000000006000000
Serno: 0000193836  PostDate: 20080220  Sequence: 004910426529
BankNum: 0802  ABACode: 0001  Field4: 0000  Tagdsstat: 05
MDK: 0802080220004910426529  BOFD: 000000000  CapSrc: PY
TranCode: 800000  RouteTran: 03110026  DocType: B
EntryNum: 8366  ItemType: P

37524 scanned on B1-S08 by Operator SDIXON on Feb 24, 2009 at 04:39:21 PM – Page 10 of 20.



**BERNARD L. MADOFF**

62-26
311        2815-09

132544

2/14  20 02

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

$  ****50000·00

EXACTLY *****50,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

BERNARD L. MADOFF

FOR _____        BY

⑈00132544⑈ ⑊031100267⑊ 630142815ı 509⑈        ⑈0005000000⑈

KNOW YOUR ENDORSER REQUIRE IDENTIFICATION
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

37525 scanned on B1-S08 by Operator BPITTMAN on Feb 24, 2009 at 03:24:07 PM - Page 8 of 14.



BERNARD L. MADOFF

62-28
311        2815-08

132635

2/25 2002

PAY TO THE ORDER OF    RETIREMENT ACCTS INC CUST TRAC16.324
FBO STANLEY T MILLER (106802)                               $ ****10000·00

EXACTLY *****10,000DOLLARS00CENTS                              DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19901                          BERNARD L. MADOFF

FOR 1-ZR284-3                                    By [signature]

⑈00132635⑈ ⑊031100267⑊ 630142815l 509⑈              ⑈0001000000⑈

38959 scanned on B1-REJ by Operator LPAYNE on Apr 21, 2009 at 09:31:33 PM – Page 20 of 20.



JPMSAF0032380

38658 scanned on B1-S11 by Operator DOROTHYC on Apr 15, 2009 at 09:19:10 AM - Page 10 of 11.

**BERNARD L. MADOFF**

152326

3/15 2004

PAY TO THE ORDER OF   RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

EXACTLY ******50,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-ZR284-3                                          By

⑈00152326⑈ ⑆031100267⑆ 6301428151 509⑈   ⑈000500000⑈

JPMSAF0021586

37528 scanned on B1-S10 by Operator DLANDRUM on Feb 26, 2009 at 10:24:23 AM - Page 50 of 64.

**BERNARD L. MADOFF**

62-26
311

2815-09

132935

3/20 20 02

PAY TO THE ORDER OF    RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

|$ ****60000-00

EXACTLY *****60,000DOLLARS00CENTS                    **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR ___1-ZR284-3___

BERNARD L. MADOFF

BY _____

⑈00132935⑈ ⑈031100267⑈ 630428151 509⑈    ⑈0006000000⑈

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 004910369381   Posting date 08-APR-08**

BERNARD L. MADOFF

62-26
311        2815-09

195284

4/03   20  08

NYC & CO.
FBO STANLEY T MILLER (030438)          $ ***100000*00

******ONE HUNDRED THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                BERNARD L. MADOFF
1-ZR284-3
FOR _____          By _____

⑈00195284⑈ ⑆031100287⑇ 6301428151 509⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

AcctNum: 000006301428151509  Amount: 000000010000000
AsrTPD: 000195284 PostDate: 20080408  Sequence: 004910369381
BankNum: 0802  EndrCode: 0  Field4: 0000 Imagestat: US
UDK: 080208040804910369381  Bofd: 000000000 CapSRC: P7
TranCode: 000000 RouteTran: 03110028     DocType: 8
EntryNum: 7340 ItemType: P

37537 scanned on B1-S03 by Operator LJONES on Feb 25, 2009 at 12:32:35 PM - Page 14 of 34.
Best Copy Available

**BERNARD L. MADOFF**

62-28
311    2815-09

134456

4/15   20 02

PAY
TO THE
ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

$ ****60000*00

EXACTLY *****60,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

BERNARD L. MADOFF

BY

FOR

⑈00134456⑈ ⑈031100267⑈ 630142815⑈ 509⑈

⑈0006000000⑈

BERNARD L. MADOFF

5

82-26
311    2815-09

153885

4/15 20 04

PAY TO THE
ORDER OF    RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

EXACTLY *****50,00000DOLLARS00CENTS                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-ZR284-3

BERNARD L. MADOFF

By

⑈00153885⑈ ⑈031100267⑈ 630142815⑈ 509⑈ ⑈0005000000⑈

JPMSAF0023255



Rosa

**BERNARD L. MADOFF**

60-26
311    2815-09

4/20  2007    185086

PAY TO THE
ORDER OF    RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ***100000.00

******ONE HUNDRED THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-ZR284-3    By

⑈0018508⑊⑈  ⑆031100267⑆  630142⑈151  509⑈  ⑈0010000000⑈

| Posting Date | 2007 Apr 24 |
|---|---|
| Prime Sequence | 20418533 |
| Amount | $100,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185086 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0056364

24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 004910247133  Posting date 25-APR-08

BERNARD L. MADOFF

62-26
311        2815-09

196113

4/21 20 08

NTC & CO.
FBO STANLEY T MILLER (030438)                          |$ ****60000=00

******SIXTY THOUSAND 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington DE 19801
1-ZR284-3                                       BERNARD L. MADOFF
FOR _____              By _____

⑈00196113⑈ ⑈031100287⑈ 6301428151 509⑈

AcctNum: 000006301428151509  Amount: 0000000060000000
ASeqNo: 000196113  PostDate: 20080425  Sequence: 004910247133
BankNo:                   Field4: 0000  ImagesSeq: 05
DDA: 0802080128600019247133  BOFD: 000000000  CapSec: P7
TranCode: 000000  RouteTran: 03110028  DocType: 8
EntryNum: 5909  ItemType: P

BANK ONE/36350 scanned on B1-S02 by Operator BSHELTON on Apr 21, 2009 at 09:10:41 PM – Page 46 of 53.

BERNARD L. MADOFF

63-26
311   2815-09

2

4/13 2005

163796

PAY
TO THE
ORDER OF

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ***50000*00

******FIFTY THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

BERNARD L. MADOFF

FOR                                          By

⑈00⑆63796⑈ ⑆031⑆00267⑆ 6301428151 509⑈        ⑈000500000⑈

JPMSAF0034191

38998 scanned on B1-S03 by Operator VBRYANT on Apr 22, 2009 at 09:56:43 PM - Page 30 of 32.



**BERNARD L. MADOFF**

164197

5/05                    $ ***50000*00

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

******FIFTY THOUSAND 00/100                    DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-78284-3

FOR _____                    By _____

JPMSAF0034613

38700 scanned on B1-S02 by Operator MWILLIAMS on Apr 15, 2009 at 03:11:55 PM - Page 5 of 26.



BERNARD L. MADOFF

9

62-26
311

2815-

154305

5/13 20 04

PAY TO THE ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (0304381)

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

BERNARD L. MADOFF

FOR

BY

⑈00154305⑈ ⑈031100267⑈ 630142815⑈ 509⑈    ⑈0005000000⑈

24-Jan-09                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 002410024836  Posting date 19-MAY-08

**BERNARD L. MADOFF**

52-24
311        2815-09

196469

5/13  20 08

PAY
TO THE
ORDER OF.   NTC & CO.
            FBO STANLEY T MILLER (030438)          |$ *****60000.00

*******SIXTY THOUSAND 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-ZR284-3                              By  BERNARD L. MADOFF

⑈00196469⑈ ⑈031100267⑈ 630142B151 509⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

AcctNum: 000006301428151509  Amount: 000000006000000
Serup: 0000186789  PostDate: 20080519  Sequence: 002410024836
Bankup: 00802 BankCode: 0001  Field4: 0000  ImageSeq: 01
TRN: 002020081922104024836 BOfD: 000000000 CapSeq: 04
TranCode: 000000 RouteTran: 03110026   DocType: 8
EntryNum: 5376 ItemType: P

37545 scanned on B1-S02 by Operator DWILKERS on Feb 26, 2009 at 11:13:08 AM - Page 9 of 17.

BERNARD L. MADOFF

62-26
311          2815-09

135481

6/18 20 02

PAY
TO THE      RETIREMENT ACCTS INC CUST IRA
ORDER OF      FBO STANLEY T MILLER (106802)

$ ****60000*00

EXACTLY *****60,000DOLLARS00CENTS

Chase Manhattan Bank Delaware      DOLLARS
1201 Market Street
Wilmington, DE 19801                                      BERNARD L. MADOFF

FOR   1-ZR204-3

By

⑆0013548⑆ ⑆031100267⑆ 63014281 51 509⑆        ⑆0006000000⑆

39022 scanned on B1-S02 by Operator MWILLIAMS on Apr 22, 2009 at 08:56:56 AM - Page 25 of 28.



JPMSAF0035252

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 002410788215  Posting date 17-JUN-08

BERNARD L. MADOFF                                          62-26 / 311    2815-09

13                                                        197178

6/13   2008

Pay to the order of    NTC & CO.
FBO STANLEY T MILLER (030638)      $ **100000.00

******ONE HUNDRED THOUSAND 00/100      DOLLARS

Chase Manhattan Bank Delaware                        BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR  1-ZR284-3                          By _____

⑈00197178⑈ ⑆031100267⑈ 6301428151 509⑈

38723 scanned on B1-S02 by Operator MWILLIAMS on Apr 17, 2009 at 03:05:24 PM - Page 21 of 23.

**BERNARD L. MADOFF**

70

| 62-26 |  |
| 311 | 2815-09 |

154839

6/17 20 04

PAY TO THE ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR28(-3

BERNARD L. MADOFF

FOR _____    By _____

⑈00154839⑈ ⑆031100267⑆ 6301428151 509⑈    ⑆0005000000⑈

JPMSAF0024289

37545 scanned on B1-S02 by Operator DWILKERS on Feb 26, 2009 at 11:13:08 AM - Page 9 of 17.

**BERNARD L. MADOFF**

62-26
311       2815-09

135481

6/18 20 02

PAY TO THE ORDER OF   RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

$ ****60000*00

EXACTLY *****60,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF

FOR   1-ZR284-3                          By

⑈00135481⑈ ⑆031100267⑆ 630142815ⁱ 509⑈          ⑆0006000000⑆

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006510063734  Posting date 08-JUL-08

BERNARD L. MADOFF

$\mathcal{Y}$

62-26
311      2815-09

197995

7/02  20 08

PAY
TO THE
ORDER OF

NTC & CO.
F&O STANLEY T MILLER (030638)

$ ****60000.00

******SIXTY THOUSAND 00/100                              DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-ZR284-3                                   by

⑈00197995⑈ ⑈031100267⑈ 6301428151 509⑈

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

▷111900057◁
▷111900057◁

AcctNum: 000006301428151509  Amount: 000000006000000
Items: 000019799 PostDate: 20080708 Sequence: 006510063734
BankNum: 0813 BankRcode: 0001 Field44: 0000 Imagestat: 05
WDK: 0802080708006510063734 BOFD: 000000000 CapsRC: FY
Trancode: 000000 RouteTran: 03110026  DocType: B
EntryNum: 1861 ItemType: P

JPMSAF0068789



38742 scanned on B1-S15 by Operator BPITTMAN on Apr 16, 2009 at 09:54:48 AM - Page 42 of 49.

**BERNARD L. MADOFF**

62-26
311    2815-9

156136

7/13 20 04

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000-00

EXACTLY *****50,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

1-ZR284-3

FOR

By

⑂"00156136"⑂ ⑂031100267⑂ 6301428151 509"⑂    "0005000000"

37551 scanned on B1-S08 by Operator BPITTMAN on Feb 26, 2009 at 09:51:38 AM - Page 8 of 27.

**BERNARD L. MADOFF**

52-26
311      2815-cg

136807

7/15 20 02

PAY
TO THE
ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

$ ****60000*00

EXACTLY *****60,000DOLLARS00CENTS                                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19001

BERNARD L. MADOFF

FOR  1-ZR204-3

⑆00136807⑆ ⑆031100267⑆ 630142815ı 509⑆        ⑆0006000000⑆

JPMSAF0006524

24-Jan-09                                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510830208  Posting date 07-AUG-08

BERNARD L. MADOFF

62-26
311-    - 2815-09

198992

8/05    08

NTC & CO.
FBO STANLEY T MILLER (030438)

$ ***100000.00

******ONE HUNDRED THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

1-ZR284-3

FOR                                                    By

⑈001989⑈2⑈ ⑉031100267⑈ ⑆30142815⑈ 509⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

▲1118006Z9▲
PAY ANY BANK
JPMorgan Chase Bank, N.A.
For Deposit Only

▲1118006Z9▲
PAY ANY BANK
JPMorgan Chase Bank, N.A.
For Deposit Only

▲1118006Z9▲

AcctNum: 000006301428151509  Amount: 000000010000000
Serial: 000198992  PostDate: 20080807  Sequence: 006510830208
BankNum: 0802  AppCode: 000  Field4: 0000  ImageSeq: 06
UDK: 08020806  TRID: 006510830208  SiteID: 000000000  CaptSeq: PI
TranCode: 000000  RouteTran:  BOFD: 000000000  DocType: 8
EntryNum: 2066  ItemType: P

38763 scanned on B1-S03 by Operator LJONES on Apr 17, 2009 at 08:11:40 AM - Page 20 of 25.
Best Copy Available

**BERNARD L. MADOFF**

62-26
311          2815-09

156632

8/13 20 04

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-ZR284-3

By

⑈⑈001566 32⑈⑈ ⑊031100267⑊ 630142815⑈ 509⑈          ⑈0005000000⑈

JPMSAF0026487

37984 scanned on B1-REJ by Operator BREDMOND on Mar 11, 2009 at 06:42:53 PM - Page 8 of 17.

**BERNARD L. MADOFF**

62-28
311

2815-09

146781

8/18 20 03

PAY
TO THE
ORDER OF   RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

BERNARD L. MADOFF

BY

FOR

⑆00146781⑆ ⑆031100267⑆ 630142815⑈ 509⑈   ⑆0005000000⑈

JPMSAF0016640

37556 scanned on B1-S07 by Operator EWILLIAMS on Feb 26, 2009 at 03:21:33 PM - Page 2 of 18.

**BERNARD L. MADOFF**

62-26
311      2815-09

137235

8/20  20 02

PAY TO THE
ORDER OF   RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)  404 01 6605 6629    $ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS     DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR   1-ZR284-3

BERNARD L. MADOFF

By _A. Rithy Pid_

⑈00437235⑈ ⑈031100267⑈ 6304281 51 509⑈ ⑈0005000000⑈

JPMSAF0006919

37993 scanned on B1-REJ1 by Operator CTHOMAS on Mar 12, 2009 at 09:26:31 AM - Page 2 of 32.

**BERNARD L. MADOFF**

146948

040304584  405  LB  65778/27/7.03

PAY TO THE ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ********63·17

EXACTLY ********63DOLLARS17CENTS                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

FOR

BERNARD L. MADOFF
By

⑈00146948⑈ ⑈031100267⑈ 63014028151 509⑈ ⑈0000006317⑈

JPMSAF0016799

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510226841  Posting date 10-SEP-08

---

BERNARD L. MADOFF

62-26
311    2815-09

199526

NTC & CO.
PAY TO THE ORDER OF    FBO STANLEY T MILLER (030438)    $ ****60000=00

******SIXTY THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                BERNARD L. MADOFF
FOR  1-ZR2B4-3                              By

⑈00199526⑈ ⑆031100267⑆ 6301428151 509⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

```
AcctNum: 000006301428151509  Amount: 000000006000000
Serno: 000199526 PostDate: 20080910  Sequence: 006510226841
BankNum: 0000  TranCode: 000000  Cash...
UDK: 080208081006510226841 8080  000000000 CarBRC: P9
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 2249 ItemType: P 03110026
```

JPMSAF0070241

38004 scanned on B1-REJ1 by Operator CTHOMAS on Mar 13, 2009 at 10:25:43 AM - Page 6 of 37.



BERNARD L. MADOFF

82-26
311
2815-00

147320

9/15 20 03

PAY TO THE ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000*00

EXACTLY *****50,000DOLLARS00CENTS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

DOLLARS

BERNARD L. MADOFF

FOR 1-ZR204-3

BY

⑆00147320⑆ ⑆031100267⑆ 63014 28151 509⑈ ⑆0005000000⑆

JPMSAF0017153

38786 scanned on B1-S02 by Operator MWILLIAMS on Apr 17, 2009 at 01:15:01 PM - Page 15 of 23.

**BERNARD L. MADOFF**

62-26
311

2815-09

157158

PAY TO THE ORDER OF RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

9/15 2004

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-ZR284-3

By

⑈00157158⑈ ⑊031100267⑊ 63014 26351 509⑈ ⑈000 5000000⑈

JPMSAF0027063

37619 scanned on B1-S08 by Operator SDIXON on Feb 27, 2009 at 10:36:36 PM - Page 2 of 39.

**BERNARD L. MADOFF**

52-26
311

2815-09

137755

9/17 20 02

RETIREMENT ACCTS INC CUST IRA    090263593 405 18 6890  5302
FBO STANLEY 7 MILLER (330438)                         $ ****50000·00

EXACTLY *****50,000DOLLARS00CENTS                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZR284-3

BERNARD L. MADOFF

FOR                                          By

⑈00⑈137755⑈ ⑈031100267⑈ 6301428151 509⑈ ⑈0005000000⑈

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 005080454950  Posting date 08-OCT-08

BERNARD L. MADOFF

82-26
911                2815-09

201074

10/06    20 08

NTC & CO.
FBO STANLEY T MILLER (030438)                    $ ****60000*00

******SIXTY THOUSAND 00/100                              DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF
1-ZR284-3
FOR _____                 By _____

⑈00201074⑈  ⑆031100267⑆  6301428151 509⑈

AcctNum: N000069014281515O9 Amount: 000000060000000
Memo: 0000201074 PostDate: 20081008 Sequence: 005080454950
BankNum: 0000000 CkNum: 0000201074 BankDest: 00
NDK: 0802081008050804954950 BOPD: 0000000000 CapSInC: FV
TranCode: 000000 RouteTran: 03110026    DocType: 8
EntryNum: 5444 ItemType: P

38025 scanned on B1-S11 by Operator DOROTHYC on Mar 12, 2009 at 01:36:20 PM - Page 34 of 57.



37638 scanned on B1-REJ1 by Operator CTHOMAS on Mar 02, 2009 at 12:43:41 PM - Page 2 of 33.

**BERNARD L. MADOFF**

62-26
311

2815-09

139144

10/17 20 02

PAY TO THE ORDER OF
RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)

$ ****50000*00

EXACTLY ******50,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

1-ZR284-3

FOR _____

BY _____

⑈00139144⑈ ⑆031100267⑆ 630142815⑆ 509⑈ ⑈0005000000⑈

JPMSAF0009000

24-Jan-09                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 007780389898  Posting date 12-NOV-08**

BERNARD L. MADOFF                                    82-26 / 311    2615-09

201660

11/05 2008

PAY TO THE ORDER OF
NTC & CO.
FBO STANLEY T MILLER (030438)          $ ****60000.00

******SIXTY THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                    BERNARD L. MADOFF

FOR 1-ZR284-3                           By

⑈002016⑈0⑈ ⑈031100267⑈ 6301428151 509⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

AcctNum: 000006301428151509  Amount: 000000006000000
SeqNum: 000389898  PostDate: 20081112  Sequence: 007780389898
BankNum: 0802-A000790263-8094  FieldA4: 000  ImageSeq: 02
UDK: 080208114000780389898  BOFD: 000000000  CapSeq: FV
TranCode: 000000  RouteTran: 03110026  DocType: B
EntryNum: 5641  ItemType: P

JPMSAF0072300

38828 scanned on B1-REJ by Operator BREDMOND on Apr 20, 2009 at 09:04:23 PM - Page 22 of 24.

BERNARD L. MADOFF

2815

159085

11/16  20

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (030438)                    $ ****50000.00

EXACTLY ******50,000DOLLARS00CENTS                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-ZR284-3

BERNARD L. MADOFF

By

⑆00159085⑆ ⑈031100267⑈ 630142815150⑈ ⑆0005000000⑆

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
(DEPOSITORY BANK ENDORSEMENT)

0002435490

JPMSAF0029061

37659 scanned on B1-S01 by Operator MWILLIAMS on Mar 03, 2009 at 08:29:03 AM - Page 9 of 11.

**BERNARD L. MADOFF**

62-26
311    2815-os

139572

11/18  2002

PAY TO THE
ORDER OF

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (03043B)

$ ****50000.00

EXACTLY ****$50,000DOLLARS00CENTS6331        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-ZR284-3

BY

⑈00139572⑈ ⑈031100267⑈ 630142815⑈ 509⑈        ⑈0005000000⑈

JPMSAF0009398

37588 scanned on B1-S08 by Operator BPITTMAN on Feb 27, 2009 at 07:59:53 AM - Page 16 of 59.



24-Jan-09                                                              06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003670583991  Posting date 19-DEC-07



37512 scanned on B1-S07 by Operator EWILLIAMS on Feb 24, 2009 at 08:04:48 AM - Page 18 of 29.

## BERNARD L. MADOFF

62-26
311    2815-09

CH RECD DEC 24 2001

130703

12/18 2001

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

PAY
TO THE
ORDER OF

$****50000·00

EXACTLY ******50,000DOLLARS00CENTS 438

DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-ZR284-3

FOR

BY

⑈'00130703'⑈ ⑈:031100267⑈: 630142815⑈ 509'⑈  ⑈'000500000'⑈

JPMSAF0000432