01106802 0001

Page 1 of 2

# Individual Retirement Account Statement
## October 1, 1998 - December 31, 1998

STANLEY T. MILLER
5100 TOWN CENTER CIRCLE
SUITE 425
BOCA RATON, FL 33486

|  |  |  | REDACTED |
|---|---|---|---|
| **Retirement Account Number:** 106802-0001 | **Trustee Tax ID#** |  | **SSN#** |

## ACCOUNT SUMMARY

| ACCOUNT VALUE |  | CONTRIBUTION AND DISTRIBUTION SUMMARY |  |
|---|---|---|---|
| Current Period |  | Rollovers |  |
|  |  | Current Tax Year | $0.00 |
| Additional Investments | $3,077,128.21 | Distributions |  |
| Total Account Value | $3,077,128.21 | Current Tax Year | $0.00 |
|  |  | Contributions |  |
|  |  | Current Tax Year (1998) | $0.00 |
|  |  | Prior Tax Year (1997) | $0.00 |
|  |  | Employer Contributions |  |
|  |  | Received Current Year | $0.00 |
| Prior Period |  |  |  |
| Total Account Value | $0.00 |  |  |

## ACCOUNT INVESTMENTS

### ADDITIONAL INVESTMENTS

| Description | Account Number | Shares | Price Per Share | Total Value |
|---|---|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE |  | 3,077,128.2100 | 1.0000 | 3,077,128.21 |
|  |  | Total Value of Additional Investments |  | $3,077,128.21 |
|  |  | TOTAL ACCOUNT VALUE |  | $3,077,128.21 |

## ACCOUNT TRANSACTIONS

Page 2 of 2
106802-0001

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 11/05/98 | Cash Transfer | FUNDS TRANSFERRED FROM FORMER TRUSTE | | 2,000,000.00 |
| 11/05/98 | Cash Transfer | FUNDS TRANSFERRED FROM FORMER TRUSTE | | 1,000,000.00 |
| 11/05/98 | Shares Purchased | BERNARD L MADOFF BRKG ACCT VALUE | | -3,000,000.00 |
| 12/29/98 | Cash Transfer | FUNDS TRANSFERRED FROM FORMER TRUSTE | | 500,000.00 |
| 12/30/98 | Fee Collection | | | -93.00 |
| 12/30/98 | Cash Adjustment | BERNARD MADOFF | | -499,907.00 |

**IMPORTANT ACCOUNT INFORMATION**

Visit our website at www.retirementaccountsinc.com.

Please refer to the back of this statement for important information.

# Individual Retirement Account Statement
## January 1, 1999 - March 31, 1999

STANLEY T. MILLER
5100 TOWN CENTER CIRCLE
SUITE 425
BOCA RATON, FL 33486

|  |  |  | REDACTED |
|---|---|---|---|
| **Retirement Account Number:** 106802-0001 | | **Trustee Tax ID#** | **SSN#** |

## ACCOUNT SUMMARY

**ACCOUNT VALUE**

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Current Period

| | |
|---|---|
| Additional Investments | $3,077,128.21 |
| **Total Account Value** | **$3,077,128.21** |

Rollovers

| | |
|---|---|
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (1999) | $0.00 |
| Prior Tax Year (1998) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |

Prior Period

| | |
|---|---|
| **Total Account Value** | **$3,077,128.21** |

## ACCOUNT INVESTMENTS

**ADDITIONAL INVESTMENTS**

| Description | Account Number | Shares | Price Per Share | Total Value |
|---|---|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE | | 3,077,128.2100 | 1.0000 | 3,077,128.21 |
| | | Total Value of Additional Investments | | $3,077,128.21 |
| | | **TOTAL ACCOUNT VALUE** | | **$3,077,128.21** |

## ACCOUNT TRANSACTIONS

Page 2 of 2
106802-0001

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 01/04/99 | Fee Reimbursement | FEE REIMBURSEMENT | | 93.00 |
| 01/07/99 | Cash Adjustment | BERNARD MADOFF | | -93.00 |

**IMPORTANT ACCOUNT INFORMATION**

Visit our website at www.retirementaccountsinc.com