Page 1 of 2

## Individual Retirement Account Statement
## April 1, 1999 - June 30, 1999

STANLEY  T.  MILLER
6001   BROKEN SOUND PARKWAY NW
SUITE   #406
6001   BROKEN SOUND PARKWAY NW
SUITE   406
BOCA RATON  FL  33486-0000

REDACTED

**Participant  Name:  STANLEY  T. MILLER**
**Retirement  Account  Number:  011068020001**          **Trustee  Tax ID#:**          **SSN:**

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

**CONTRIBUTION     AND**
**DISTRIBUTION     SUMMARY**

| | |
|---|---|
| Current Period | |
| Brokerage  Accounts | $4,565,016.38 |
| Cash | 24.45 |
| Account  Value Subtotal | $4,565,040.83 |
| Total Account  Value | $4,565,040.83 |
| Prior Period | |
| Total Account  Value | N/A |

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (1999) | $0.00 |
| Prior Tax Year (1998) | $0.00 |
| Employer  Contributions | |
| Received  Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | N/A |
| Distributions | |
| Current Tax Year | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

**Please  be sure to review  the reverse  side of this statement  for more important  account  information  and retain**
**this statement  for your records.  Report  any discrepancies  to us immediately.**

**The  previous quarter value information is currently unavailable.**

## ACCOUNT INVESTMENTS

**BROKERAGE   ACCOUNTS**

| Description/Account    Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| BERNARD  L MADOFF  BRKG  ACCT  VALUE  1ZR2843 | N/A | 4,565,016.38 |
| Total  Value  of Brokerage   Accounts | | $4,565,016.38 |

**CASH**

| Description | Interest   Rate | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|
| PEAK MONEY  MARKET | 1.7800 | 1.7900 | N/A | 24.45 |
| Total  Value  of Cash | | | | $24.45 |
| TOTAL   ACCOUNT    VALUE | | | | $4,565,040.83 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction   Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 04/26/1999 | CASH  ADJUSTMENT  INCREASE | WIRE  REC'D-PAINEWEBBER-BANK   OF  NY | | 500,000.00 |
| 04/28/1999 | FEE  COLLECTION | | | -10.00 |
| 04/29/1999 | PURCHASE | BERNARD  L MADOFF  BRKG  ACCT  VALUE | | -499,990.00 |
| 04/30/1999 | INTEREST | | | 24.38 |
| 05/28/1999 | INTEREST | | | 0.03 |
| 06/30/1999 | INTEREST | | | 0.04 |

## Individual Retirement Account Statement
## July 1, 1999 - September 30, 1999

STANLEY  T.  MILLER
6001   BROKEN  SOUND  PARKWAY  NW
SUITE   #406
6001   BROKEN  SOUND  PARKWAY  NW
SUITE   406
BOCA  RATON  FL  33486-0000

REDACTED

**Participant  Name:  STANLEY  T.  MILLER**
**Retirement  Account  Number:  011068020001**       **Trustee  Tax  ID#:**       **SSN:**

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

**CONTRIBUTION    AND
DISTRIBUTION    SUMMARY**

Current Period
Brokerage  Accounts                $4,716,820.54
Cash                                          24.57
Account  Value Subtotal          $4,716,845.11

          Total Account  Value   $4,716,845.11

Prior Period
   Total Account  Value            $4,565,040.83

Rollovers
   Current Tax Year                                       $0.00

Contributions
   Current Tax Year (1999)                           $0.00
   Prior Tax Year (1998)                               $0.00

Employer  Contributions
   Received  Current Year                            $0.00

Roth Conversion
   Current Tax Year                                       $0.00

Distributions
   Current Tax Year                                       $0.00

## IMPORTANT ACCOUNT INFORMATION

**Please  be sure  to review  the reverse  side of this  statement  for more  important  account  information  and retain
this  statement  for your  records.  Report  any  discrepancies   to us immediately.**

**CONFIDENTIAL**                                   **FISERV-MILLER-00539**

## ACCOUNT INVESTMENTS

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 4,565,016.38 | 4,716,820.54 |
| | Total Value of Brokerage Accounts | $4,716,820.54 |

**CASH**

| Description | Interest Rate | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|
| PEAK MONEY MARKET | 1.7800 | 1.7900 | 24.45 | 24.57 |
| | | | Total Value of Cash | $24.57 |
| | | | TOTAL ACCOUNT VALUE | $4,716,845.11 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 07/30/1999 | INTEREST | | | 0.04 |
| 08/31/1999 | INTEREST | | | 0.04 |
| 09/30/1999 | INTEREST | | | 0.04 |

# Individual Retirement Account Fee Invoice

Page 1 of 1

| FEE INVOICE FOR PERIOD 10/01/1999-09/30/2000  -- RETIREMENT  ACCOUNT  NUMBER:  011068020001 |
|---|

| | |
|---|---|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| **TOTAL FEES DUE** | **$58.00** |

## IMPORTANT ACCOUNT INFORMATION

**Fees are automatically deducted from your Peak Money Market balance immediately after the assessment, if available. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $10 collection charge if fees remain unpaid 45 days from the invoice date.**

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

Please Return This Portion With Your Check Made Payable To: Retirement Accounts, Inc.

STANLEY T. MILLER
6001 BROKEN SOUND PARKWAY NW
SUITE #406
6001 BROKEN SOUND PARKWAY NW Suite 406
BOCA RATON FL 33486-0000

**Invoice Date:**    **10/20/1999**

**Retirement Account Number:**    **011068020001**

**Total Fees Due:**    **$58.00**

01106802000110000000058002

**CONFIDENTIAL**                                                    **FISERV-MILLER-00541**

## Individual Retirement Account Statement
### October 1, 1999 - December 31, 1999

STANLEY  T.  MILLER
6001   BROKEN  SOUND  PARKWAY  NW
SUITE   #406
6001   BROKEN  SOUND  PARKWAY  NW
SUITE   406
BOCA  RATON  FL  33486-0000

REDACTED

**Participant  Name:  STANLEY  T.  MILLER**
**Retirement  Account  Number:  011068020001**          **Trustee  Tax  ID#:**          **SSN:**

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

**CONTRIBUTION     AND**
**DISTRIBUTION     SUMMARY**

Current Period
| | |
|---|---|
| Brokerage  Accounts | $4,906,975.19 |
| Account  Value Subtotal | $4,906,975.19 |
| Total Account Value | $4,906,975.19 |

Prior Period
| | |
|---|---|
| Total Account  Value | $4,716,845.11 |

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (1999) | $0.00 |
| Prior Tax Year (1998) | $0.00 |
| Employer  Contributions | |
| Received  Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

**Please  be sure to review  the reverse  side of this statement  for more important  account  information  and retain
this statement  for your records. Report  any discrepancies  to us immediately.**

011068020001

Page 2 of 2

## ACCOUNT INVESTMENTS

**BROKERAGE   ACCOUNTS**

| Description/Account   Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| **BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284** | 4,716,820.54 | 4,906,975.19 |
| | **Total  Value  of Brokerage   Accounts** | **$4,906,975.19** |
| | **TOTAL   ACCOUNT   VALUE** | **$4,906,975.19** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction   Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 10/20/1999 | FEE COLLECTION | | | -24.57 |
| 10/29/1999 | INTEREST | | | 0.02 |
| 10/29/1999 | FEE COLLECTION | | | -0.02 |

## Individual Retirement Account Statement
## January 1, 2000 - March 31, 2000

STANLEY  T.  MILLER
6001  BROKEN SOUND PARKWAY NW
SUITE  406
BOCA RATON FL  33486-0000

REDACTED

**Participant  Name:  STANLEY  T. MILLER**
**Retirement  Account  Number:  011068020001**          Trustee  Tax  ID#:          SSN:

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

| | |
|---|---|
| Current Period | |
| Brokerage  Accounts | $5,189,088.38 |
| Account  Value Subtotal | $5,189,088.38 |
| **Total Account  Value** | **$5,189,088.38** |
| Prior Period | |
| Total Account  Value | $4,906,975.19 |

**CONTRIBUTION    AND**
**DISTRIBUTION    SUMMARY**

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2000) | $0.00 |
| Prior Tax Year (1999) | $0.00 |
| Employer Contributions | |
| Received  Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

**Please  be sure to review  the reverse  side of this statement  for more important  account  information  and retain this statement  for your records. Report  any discrepancies  to us immediately.**

CONFIDENTIAL                    FISERV-MILLER-00544

## ACCOUNT INVESTMENTS

**BROKERAGE   ACCOUNTS**

| Description/Account     Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| **BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284** | 4,906,975.19 | 5,189,088.38 |
| | **Total   Value  of Brokerage   Accounts** | **$5,189,088.38** |
| | **TOTAL   ACCOUNT   VALUE** | **$5,189,088.38** |

**CONFIDENTIAL**                              **FISERV-MILLER-00545**

## Individual Retirement Account Statement
## April 1, 2000 - June 30, 2000

STANLEY  T.  MILLER
6001  BROKEN  SOUND  PARKWAY  NW
SUITE  406
BOCA  RATON  FL  33486-0000

REDACTED

Participant  Name:  STANLEY  T.  MILLER
Retirement  Account  Number:  011068020001          Trustee  Tax ID#:          SSN:

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

**CONTRIBUTION    AND
DISTRIBUTION    SUMMARY**

Current Period
| | |
|---|---|
| Brokerage  Accounts | $5,364,021.30 |
| Account  Value Subtotal | $5,364,021.30 |
| Total Account  Value | $5,364,021.30 |

Prior Period
| | |
|---|---|
| Total Account  Value | $5,189,088.38 |

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2000) | $0.00 |
| Prior Tax Year (1999) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received  Current Year | $0.00 |

Roth Conversion
| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions
| | |
|---|---|
| Current Tax Year | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

**Please  be  sure  to review  the  reverse  side  of  this  statement  for more  important  account  information  and  retain
this  statement  for your  records. Report  any  discrepancies   to us immediately.**

**CONFIDENTIAL**                    **FISERV-MILLER-00546**

## ACCOUNT INVESTMENTS

**BROKERAGE   ACCOUNTS**

| Description/Account     Number | Previous  Reported  Value | Current  Reported  Value |
|---|---|---|
| **BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284** | 5,189,088.38 | 5,364,021.30 |
| | **Total  Value  of Brokerage   Accounts** | **$5,364,021.30** |
| | **TOTAL   ACCOUNT   VALUE** | **$5,364,021.30** |

## Individual Retirement Account Statement
### July 1, 2000 - September 30, 2000

**STANLEY  T.  MILLER**
**6001  BROKEN SOUND PARKWAY NW**
**SUITE  406**
**BOCA RATON FL  33486-0000**

REDACTED

**Participant  Name:  STANLEY  T.  MILLER**
**Retirement  Account  Number:  011068020001**          **Trustee  Tax ID#:**          **SSN:**

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

**CONTRIBUTION     AND**
**DISTRIBUTION     SUMMARY**

Current Period
| | |
|---|---|
| Brokerage  Accounts | $5,486,785.40 |
| Account Value Subtotal | $5,486,785.40 |
| **Total Account Value** | **$5,486,785.40** |

Prior Period
| | |
|---|---|
| Total  Account  Value | $5,364,021.30 |

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2000) | $0.00 |
| Prior Tax Year (1999) | $0.00 |
| Employer Contributions | |
| Received  Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

**Please  be  sure  to review  the  reverse  side  of this  statement  for more  important  account  information  and retain**
**this statement  for your  records. Report  any  discrepancies   to us immediately.**

## ACCOUNT INVESTMENTS

**BROKERAGE   ACCOUNTS**

| Description/Account   Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| BERNARD   L MADOFF   BRKG   ACCT   VALUE ZR284 | 5,364,021.30 | 5,486,785.40 |
| Total   Value   of Brokerage   Accounts | | **$5,486,785.40** |
| TOTAL   ACCOUNT   VALUE | | **$5,486,785.40** |

# Individual Retirement Account Fee Invoice

Page 1 of 1

| FEE INVOICE FOR PERIOD 10/01/2000-09/30/2001    -- RETIREMENT ACCOUNT NUMBER: 011068020001 | |
|---|---|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| **TOTAL FEES DUE** | **$58.00** |

## IMPORTANT ACCOUNT INFORMATION

Fees are automatically deducted from your Peak Money Market balance immediately after the assessment, if available. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $10 collection charge if fees remain unpaid 45 days from the invoice date.

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**

Please Return This Portion With Your Check Made Payable To: Retirement Accounts, Inc.

STANLEY T. MILLER
6001 BROKEN SOUND PARKWAY NW Suite 406
BOCA RATON FL 33486-0000

**Invoice Date:** 10/20/2000

**Retirement Account Number:** 011068020001

**Total Fees Due:** $58.00

011068020001100000000058002

**CONFIDENTIAL**                    **FISERV-MILLER-00550**

## Individual Retirement Account Statement
## October 1, 2000 - December 31, 2000

STANLEY  T.  MILLER
PMB #314
800  SOUTH  OCEAN BLVD.  SUITE  L4
BOCA  RATON  FL  33432

REDACTED

Participant  Name:  STANLEY  T. MILLER
Retirement  Account  Number:  011068020001        Trustee  Tax ID#:        SSN:

## ACCOUNT SUMMARY

### REPORTED   ACCOUNT   VALUE

| | |
|---|---|
| Current Period | |
| Brokerage  Accounts | $5,528,417.42 |
| * Cash | 50,012.90 |
| Account  Value Subtotal | $5,578,430.32 |
| Total Account  Value | $5,578,430.32 |
| Prior Period | |
| Total Account  Value | $5,486,785.40 |

### CONTRIBUTION     AND
### DISTRIBUTION     SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2000) | $0.00 |
| Prior Tax Year (1999) | $0.00 |
| Employer  Contributions | |
| Received  Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $20,000.00 |

* Only  cash  on  deposit  with  the Trustee  is FDIC  Insured.  No other  investments  are FDIC  insured  through  the Trustee.

## IMPORTANT ACCOUNT INFORMATION

**Please  be  sure  to  review  the  reverse  side  of  this  statement  for  more  important  account  information  and  retain
this  statement  for  your  records.  Report  any  discrepancies  to  us  immediately.**

As required  by law, the fair market  value reported  on this statement  will be furnished  to the Internal  Revenue  Service  on
IRS Form  5498.

CONFIDENTIAL                                                                FISERV-MILLER-00551

## ACCOUNT INVESTMENTS

**BROKERAGE   ACCOUNTS**

| Description/Account    Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284 | 5,486,785.40 | 5,528,417.42 |
| | Total  Value  of Brokerage   Accounts | **$5,528,417.42** |

**CASH**

| Description | Interest   Rate | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|
| PEAK  MONEY  MARKET | 1.8800 | 1.90 | N/A | 50,012.90 |
| | | | Total  Value  of Cash | **$50,012.90** |
| | | | TOTAL   ACCOUNT   VALUE | **$5,578,430.32** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction   Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 11/15/2000 | RECEIVE  CHECK  FROM  BROKERAGE   FIRM | BERNARD  L. MADOFF CK#112869 | | 20,000.00 |
| 11/16/2000 | IRA DISTRIBUTION | For Tax Year 2000 | | -20,000.00 |
| 12/22/2000 | RECEIVE  CHECK  FROM  BROKERAGE   FIRM | BERNARD  L. MADOFF CK#113501 | | 50,000.00 |
| 12/29/2000 | INTEREST | | | 12.90 |

**Individual Retirement Account Statement**
**January 1, 2001 - March 31, 2001**

STANLEY  T.  MILLER
800  SOUTH  OCEAN  BLVD.  SUITE  L4
BOCA  RATON  FL  33432

| | |
|---|---|
| Participant Name:  STANLEY  T.  MILLER | REDACTED |
| Retirement Account Number:  011068020001     Trustee  Tax ID#: | SSN: |

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

| | |
|---|---|
| Current Period | |
| Brokerage Accounts | $5,650,710.86 |
| *Cash | 50,109.38 |
| Account Value Subtotal | $5,700,820.24 |
| Total Account Value | $5,700,820.24 |
| Prior Period | |
| Total Account Value | $5,578,430.32 |

**CONTRIBUTION   AND**
**DISTRIBUTION   SUMMARY**

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2001) | $0.00 |
| Prior Tax Year (2000) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $150,000.00 |

* Only  cash  on  deposit  with  the  Trustee  is  FDIC  Insured.  No  other  investments  are  FDIC  insured  through  the  Trustee.

## IMPORTANT ACCOUNT INFORMATION

**Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.**

**CONFIDENTIAL**                    **FISERV-MILLER-00553**

## ACCOUNT INVESTMENTS

Investment   Products:     Not FDIC  Insured      No Bank  Guarantee       May  Lose  Value

BROKERAGE   ACCOUNTS

| Description/Account    Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284 | 5,528,417.42 | 5,650,710.86 |
| | Total  Value  of Brokerage  Accounts | $5,650,710.86 |

CASH

| Description | Interest   Rate | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|
| PEAK  MONEY  MARKET | 1.7900 | 1.80 | 50,012.90 | 50,109.38 |
| | | | Total  Value  of Cash | $50,109.38 |
| | | | TOTAL  ACCOUNT   VALUE | $5,700,820.24 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction   Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 01/08/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 01/22/2001 | RECEIVE  CHECK  FROM BROKERAGE  FIRM | BERNARD  L. MADOFF CK#122363 | | 50,000.00 |
| 01/31/2001 | INTEREST | | | 38.70 |
| 02/05/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 02/21/2001 | RECEIVE  CHECK  FROM BROKERAGE  FIRM | BERNARD  L MADOFF CHECK#122729 | | 50,000.00 |
| 02/28/2001 | INTEREST | | | 25.80 |
| 03/05/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 03/21/2001 | RECEIVE  CHECK  FROM BROKERAGE  FIRM | | | 50,000.00 |

011068020001
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 03/30/2001 | INTEREST | | | 31.98 |

**CONFIDENTIAL**                    **FISERV-MILLER-00555**

## Individual Retirement Account Statement
### April 1, 2001 - June 30, 2001

**STANLEY  T.  MILLER**
**800  SOUTH  OCEAN  BLVD.  SUITE  L4**
**BOCA  RATON  FL  33432**

| | |
|---|---|
| Participant    Name:    STANLEY    T.  MILLER | |
| Retirement    Account    Number:    011068020001 | Trustee    Tax  ID#:    **REDACTED** |

## ACCOUNT SUMMARY

### REPORTED   ACCOUNT   VALUE

Current Period
| | |
|---|---|
| Brokerage  Accounts | $5,683,096.45 |
| * Cash | 50,188.06 |
| Account  Value Subtotal | $5,733,284.51 |
| **Total Account  Value** | **$5,733,284.51** |

Prior Period
| | |
|---|---|
| Total Account  Value | $5,700,820.24 |

### CONTRIBUTION   AND DISTRIBUTION   SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax  Year | $0.00 |
| Contributions | |
| Current Tax  Year (2001) | $0.00 |
| Prior Tax  Year (2000) | $0.00 |
| Employer  Contributions | |
| Received  Current  Year | $0.00 |
| Roth Conversion | |
| Current Tax  Year | $0.00 |
| Distributions | |
| Current Tax  Year | $300,000.00 |

* Only  cash  on  deposit  with  the  Trustee  is FDIC  Insured.  No other  investments  are FDIC  insured  through  the Trustee.

## IMPORTANT ACCOUNT INFORMATION

Please  be  sure  to review  the  reverse  side  of this  statement  for more  important  account  information  and retain  this  statement  for your  records.  Report  any discrepancies  to us immediately.

Please  refer  to your  RAI Client  News  for information  regarding  our new  valuation  policy.

011068020001

## ACCOUNT INVESTMENTS

Investment    Products:    Not  FDIC  Insured    No  Bank  Guarantee    May  Lose  Value

BROKERAGE    ACCOUNTS

| Description/Account    Number | Previous    Reported    Value | Current    Reported    Value |
|---|---|---|
| BERNARD  L MADOFF  BRKG  ACCT  VALUE  ZR284 | 5,650,710.86 | 5,683,096.45 |
| | Total    Value    of  Brokerage    Accounts | $5,683,096.45 |

CASH

| Description | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK  MONEY  MARKET | 1.40 | 50,109.38 | 50,188.06 |
| | | Total    Value    of  Cash | $50,188.06 |
| | | TOTAL    ACCOUNT    VALUE | $5,733,284.51 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 04/05/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 04/24/2001 | RECEIVE  CHECK  FROM BROKERAGE   FIRM | BERNARD  L MADOFF CHECK#124655 | | 50,000.00 |
| 04/30/2001 | INTEREST | | | 21.09 |
| 05/07/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 05/22/2001 | RECEIVE  CHECK  FROM BROKERAGE   FIRM | | | 50,000.00 |
| 05/31/2001 | INTEREST | | | 30.69 |
| 06/05/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 06/19/2001 | CASH  ADJUSTMENT INCREASE | | | 50,000.00 |

011068020001

Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 06/29/2001 | INTEREST | | | 26.90 |

## Individual Retirement Account Statement
### July 1, 2001 - September 30, 2001

STANLEY  T.  MILLER
800  SOUTH  OCEAN  BLVD.  SUITE  L4
BOCA  RATON  FL  33432

Participant  Name:  STANLEY  T.  MILLER
Retirement  Account  Number:  011068020001          Trustee  Tax  ID#:          REDACTED

## ACCOUNT SUMMARY

| REPORTED   ACCOUNT   VALUE | | CONTRIBUTION   AND DISTRIBUTION   SUMMARY | |
|---|---|---|---|
| **Current Period** | | **Rollovers** | |
| Brokerage  Accounts | $5,664,938.18 | Current Tax Year | $0.00 |
| *Cash | 50,218.14 | | |
| Account  Value Subtotal | $5,715,156.32 | **Contributions** | |
| | | Current Tax Year (2001) | $0.00 |
| Total Account  Value | $5,715,156.32 | Prior Tax Year (2000) | $0.00 |
| | | | |
| **Prior Period** | | **Employer  Contributions** | |
| Total Account  Value | $5,733,284.51 | Received  Current Year | $0.00 |
| | | | |
| | | **Roth Conversion** | |
| | | Current Tax Year | $0.00 |
| | | | |
| | | **Distributions** | |
| | | **Current Tax Year | $450,000.00 |

* Only  cash  on  deposit  with  the  Trustee  is FDIC Insured.  No other  investments   are FDIC insured  through  the Trustee.

** May include  distributions   that do not apply  toward  your  required  minimum   distribution.

## IMPORTANT ACCOUNT INFORMATION

**Please  be sure to review  the reverse  side of this statement  for more  important  account  information  and retain this statement  for your  records. Report  any  discrepancies   to us immediately.**

RAI introduces  iAccount,  a new way to access  your account  information  on-line. Please  visit our website  at
www.retirementaccountsinc.com    and select  the iAccount  link to get started.

011068020001

## ACCOUNT INVESTMENTS

| Investment  Products: | Not  FDIC  Insured | No  Bank  Guarantee | May  Lose  Value |
|---|---|---|---|

**BROKERAGE  ACCOUNTS**

| Description/Account  Number | Previous  Reported  Value | Current  Reported  Value |
|---|---|---|
| BERNARD  L  MADOFF  BRKG  ACCT  VALUE  ZR284 | 5,683,096.45 | 5,664,938.18 |
| | Total  Value  of  Brokerage  Accounts | **$5,664,938.18** |

**CASH**

| Description | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK  MONEY  MARKET | 0.95 | 50,188.06 | 50,218.14 |
| | | Total  Value  of  Cash | **$50,218.14** |
| | | TOTAL  ACCOUNT  VALUE | **$5,715,156.32** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction  Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 07/02/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 07/24/2001 | CASH  ADJUSTMENT INCREASE | | | 50,000.00 |
| 07/31/2001 | INTEREST | | | 12.63 |
| 08/01/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 08/24/2001 | CASH  ADJUSTMENT INCREASE | BERNARD  L MADOFF CHECK#127217 | | 50,000.00 |
| 08/31/2001 | INTEREST | | | 7.35 |
| 09/04/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 09/25/2001 | CASH  ADJUSTMENT INCREASE | BERNARD  L MADOFF CHECK#127666 | | 50,000.00 |

**CONFIDENTIAL**

FISERV-MILLER-00560

011068020001
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 09/28/2001 | INTEREST | | | 10.10 |

**CONFIDENTIAL**                                    **FISERV-MILLER-00561**

# Individual Retirement Account Fee Invoice

Page 1 of 1

| FEE INVOICE FOR PERIOD 10/01/2001-09/30/2002 -- RETIREMENT ACCOUNT NUMBER: 011068020001 | |
|---|---|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| TRANSACTION FEE<br>2 @ $10.00 | $20.00 |
| **TOTAL FEES DUE** | **$78.00** |

## IMPORTANT ACCOUNT INFORMATION

Fees are automatically deducted from your Peak Money Market balance immediately after the assessment, if available. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $10 collection charge if fees remain unpaid 45 days from the invoice date.

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**

Please Return This Portion With Your Check Made Payable To: Retirement Accounts, Inc.

STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

**Invoice Date:**  10/20/2001

**Retirement Account Number:**  011068020001

**Total Fees Due:**  $78.00

01106802000110000000078008

**CONFIDENTIAL**                    **FISERV-MILLER-00562**

## Individual Retirement Account Statement
### October 1, 2001 - December 31, 2001

STANLEY  T.  MILLER
800  SOUTH  OCEAN  BLVD.  SUITE  L4
BOCA  RATON  FL  33432

---

Participant  Name:  STANLEY  T.  MILLER
Retirement  Account  Number:  011068020001

Trustee  Tax  ID#:     REDACTED

## ACCOUNT SUMMARY

**REPORTED   ACCOUNT   VALUE**

**CONTRIBUTION     AND**
**DISTRIBUTION     SUMMARY**

Current Period
| | |
|---|---|
| Brokerage  Accounts | $5,710,224.80 |
| *Cash | 50,235.28 |
| Account  Value Subtotal | $5,760,460.08 |
| Total Account Value | $5,760,460.08 |

Prior Period
| | |
|---|---|
| Total Account Value | $5,715,156.32 |

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2001) | $0.00 |
| Prior Tax Year (2000) | $0.00 |

Employer  Contributions
| | |
|---|---|
| Received  Current Year | $0.00 |

Roth Conversion
| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year | $600,000.00 |

* Only  cash  on  deposit  with  the  Trustee  is  FDIC Insured.  No  other  investments  are  FDIC  insured  through  the Trustee.

** May  include  distributions  that  do  not  apply  toward  your  required  minimum  distribution.

## IMPORTANT ACCOUNT INFORMATION

**Please  be  sure  to  review  the  reverse  side  of  this  statement  for  more  important  account  information  and  retain  this  statement  for  your  records.  Report  any  discrepancies  to us  immediately.**

As required  by  law,  the  fair  market  value  reported  on  this  statement  will  be  furnished  to  the  Internal  Revenue  Service  on  IRS  Form  5498.

011068020001

## ACCOUNT INVESTMENTS

| Investment  Products: | Not  FDIC  Insured | No  Bank  Guarantee | May  Lose  Value |
|---|---|---|---|

**BROKERAGE   ACCOUNTS** ─────────────────────────────

| Description/Account   Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284 | 5,664,938.18 | 5,710,224.80 |
| | Total  Value  of  Brokerage   Accounts | $5,710,224.80 |

**CASH** ─────────────────────────────

| Description | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK  MONEY  MARKET | 0.60 | 50,218.14 | 50,235.28 |
| | Total  Value  of Cash | | $50,235.28 |
| | TOTAL   ACCOUNT    VALUE | | $5,760,460.08 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction   Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 10/01/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 10/22/2001 | FEE COLLECTION | | | -78.00 |
| 10/25/2001 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 10/31/2001 | INTEREST | | | 3.39 |
| 11/01/2001 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 11/20/2001 | CASH ADJUSTMENT INCREASE | BERNARD  L MADOFF CHECK#130169 | | 50,000.00 |
| 11/26/2001 | FEE REIMBURSEMENT | | | 78.00 |
| 11/30/2001 | INTEREST | | | 7.68 |

011068020001
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 12/03/2001 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 12/24/2001 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 12/31/2001 | INTEREST | | | 6.07 |

## Individual Retirement Account Statement
## January 1, 2002 - March 31, 2002

STANLEY  T.  MILLER
800  SOUTH  OCEAN  BLVD.  SUITE  L4
BOCA  RATON  FL  33432

**Participant  Name:  STANLEY  T. MILLER**
**Retirement  Account  Number:  011068020001**          **Trustee  Tax  ID#:**     REDACTED

## ACCOUNT SUMMARY

### REPORTED  ACCOUNT  VALUE

| Current Period | |
|---|---|
| Brokerage  Accounts | $5,611,798.54 |
| *Cash | 60,255.17 |
| Account  Value Subtotal | $5,672,053.71 |
| **Total Account  Value** | **$5,672,053.71** |

| Prior Period | |
|---|---|
| Total Account  Value | $5,760,460.08 |

### CONTRIBUTION  AND  DISTRIBUTION  SUMMARY

| Rollovers | |
|---|---|
| Current Tax Year | $0.00 |

| Contributions | |
|---|---|
| Current Tax Year (2002) | $0.00 |
| Prior Tax Year (2001) | $0.00 |

| Employer  Contributions | |
|---|---|
| Received  Current Year | $0.00 |

| Roth Conversion | |
|---|---|
| Current Tax Year | $0.00 |

| Distributions | |
|---|---|
| **Current Tax Year | $160,000.00 |

* Only  cash  on  deposit  with  the  Trustee  is FDIC Insured.  No other  investments  are FDIC insured  through  the Trustee.

* * May  include  distributions  that do not apply  toward  your  required  minimum  distribution.

## IMPORTANT ACCOUNT INFORMATION

**Please  be sure to review  the reverse  side of this statement  for more  important  account  information  and retain
this statement  for your  records. Report  any  discrepancies  to us immediately.**

Transaction  History  is now available  on iAccount.  Please  visit our website  at www.retirementaccountsinc.com    and select
the iAccount  link.

**CONFIDENTIAL**                    **FISERV-MILLER-00566**

## ACCOUNT INVESTMENTS

| Investment  Products:    Not FDIC  Insured    No Bank  Guarantee    May  Lose  Value |
| --- |

**BROKERAGE  ACCOUNTS**

| Description/Account    Number | Previous  Reported  Value | Current  Reported  Value |
| --- | --- | --- |
| BERNARD  L MADOFF  BRKG  ACCT  VALUE  ZR284 | 5,710,224.80 | 5,611,798.54 |
| | Total  Value  of Brokerage  Accounts | $5,611,798.54 |

**CASH**

| Description | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
| --- | --- | --- | --- |
| PEAK  MONEY  MARKET | 0.60 | 50,235.28 | 60,255.17 |
| | | Total  Value  of Cash | $60,255.17 |
| | | TOTAL  ACCOUNT  VALUE | $5,672,053.71 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction  Description | Transaction Shares | Transaction Amount |
| --- | --- | --- | --- | --- |
| 01/02/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION  For Tax Year 2002 | | -50,000.00 |
| 01/21/2002 | CASH  ADJUSTMENT  INCREASE | | | 50,000.00 |
| 01/31/2002 | INTEREST | | | 8.30 |
| 02/01/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION  For Tax Year 2002 | | -50,000.00 |
| 02/19/2002 | CASH  ADJUSTMENT  INCREASE | BERNARD  MADOFF | | 50,000.00 |
| 02/28/2002 | CASH  ADJUSTMENT  INCREASE | BERNARD  L MADOFF | | 10,000.00 |
| 02/28/2002 | INTEREST | | | 6.64 |
| 03/01/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION  For Tax Year 2002 | | -30,000.00 |

011068020001
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 03/01/2002 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 03/25/2002 | CASH ADJUSTMENT INCREASE | | | 60,000.00 |
| 03/29/2002 | INTEREST | | | 4.95 |

**CONFIDENTIAL**                    **FISERV-MILLER-00568**

# Individual Retirement Account Statement
## April 1, 2002 - June 30, 2002

STANLEY  T.  MILLER
800  SOUTH  OCEAN  BLVD.  SUITE  L4
BOCA  RATON  FL  33432

**Participant  Name:  STANLEY  T.  MILLER**
**Retirement  Account  Number:  011068020001**       **Trustee  Tax  ID#:**    **REDACTED**

## ACCOUNT SUMMARY

**REPORTED  ACCOUNT  VALUE**

| | |
|---|---|
| **Current Period** | |
| Brokerage  Accounts | $5,685,627.77 |
| * Cash | 60,279.92 |
| Account  Value Subtotal | $5,745,907.69 |
| **Total Account Value** | $5,745,907.69 |
| **Prior Period** | |
| Total Account Value | $5,672,053.71 |

**CONTRIBUTION    AND**
**DISTRIBUTION    SUMMARY**

| | |
|---|---|
| **Rollovers** | |
| Current Tax Year | $0.00 |
| **Contributions** | |
| Current Tax Year (2002) | $0.00 |
| Prior Tax Year (2001) | $0.00 |
| **Employer Contributions** | |
| Received  Current Year | $0.00 |
| **Roth Conversion** | |
| Current Tax Year | $0.00 |
| **Distributions** | |
| **Current Tax Year | $340,000.00 |

* Only  cash  on  deposit  with  the  Trustee  is  FDIC  Insured.  No  other  investments  are  FDIC  insured  through  the  Trustee.

* * May  include  distributions  that do not apply  toward  your  required  minimum  distribution.

## IMPORTANT ACCOUNT INFORMATION

**Please  be  sure  to  review  the  reverse  side  of  this  statement  for  more  important  account  information  and  retain
this  statement  for your  records.  Report  any  discrepancies  to us immediately.**

**CONFIDENTIAL**                    **FISERV-MILLER-00569**

011068020001

## ACCOUNT INVESTMENTS

| Investment  Products: | Not FDIC  Insured | No Bank  Guarantee | May  Lose  Value |
|---|---|---|---|

**BROKERAGE   ACCOUNTS**

| Description/Account     Number | Previous   Reported   Value | Current   Reported   Value |
|---|---|---|
| BERNARD  L MADOFF  BRKG  ACCT  VALUE ZR284 | 5,611,798.54 | 5,685,627.77 |
| | Total  Value  of Brokerage   Accounts | $5,685,627.77 |

**CASH**

| Description | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK  MONEY  MARKET | 0.60 | 60,255.17 | 60,279.92 |
| | | Total  Value  of Cash | $60,279.92 |
| | | TOTAL  ACCOUNT   VALUE | $5,745,907.69 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction   Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 04/01/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 04/01/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 04/19/2002 | CASH  ADJUSTMENT INCREASE | BERNARD  L MADOFF CHECK#134456 | | 60,000.00 |
| 04/30/2002 | INTEREST | | | 7.92 |
| 05/01/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 05/01/2002 | IRA DISTRIBUTION | MONTHLY  DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 05/21/2002 | CASH  ADJUSTMENT INCREASE | | | 60,000.00 |
| 05/31/2002 | INTEREST | | | 8.91 |

**CONFIDENTIAL**

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 06/03/2002 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 06/03/2002 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2002 | | -30,000.00 |
| 06/21/2002 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CHECK#135481 | | 60,000.00 |
| 06/28/2002 | INTEREST | | | 7.92 |

**CONFIDENTIAL**                    **FISERV-MILLER-00571**