

# RETIREMENT
## ACCOUNTS, INC.

**Individual Retirement Account Statement**
**January 1, 2003 - March 31, 2003**

Page 1 of 2

008113 0619671 0001 0016757 0008379 0422
STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

**Participant Name: STANLEY T. MILLER**
**Retirement Account Number: 031038030438**

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
  Brokerage Accounts      $5,950,476.47
  *Cash      $0.00
**Total Account Value**      **$5,950,476.47**

Prior Period
**Total Account Value**      **$5,870,237.06**

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
  Current Tax Year      $0.00

Contributions
  Current Tax Year (2003)      $0.00
  Prior Tax Year (2002)      $0.00

Employer Contributions
  Received Current Year      $0.00

Roth Conversions
  Current Tax Year      $0.00

Distributions
  **Current Tax Year      $50,000.00

*Only cash on deposit with the Trustee is FDIC Insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records.  Report any discrepancies to us immediately.

**CONFIDENTIAL**

**FISERV-MILLER-00016**



# **R E T I R E M E N T**
## **ACCOUNTS, INC.**



## ACCOUNT  INVESTMENTS

| Investment Products: | Not FDIC Insured | No Bank Guarantee | May Lose Value |
|---|---|---|---|

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 5,820,225.14 | 5,950,476.47 |

**Total Value of Brokerage Accounts  $5,950,476.47**

**TOTAL ACCOUNT VALUE  $5,950,476.47**

## ACCOUNT  TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 01/02/2003 | WIRE FEE | POST TO SUSPENSE ACCOUNT: 010000115156.1 ¢F | | -7.50 |
| 01/02/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2003 | | -50,000.00 |
| 01/31/2003 | INTEREST | | | 0.41 |
| 02/18/2003 | FEE COLLECTION | | | -4.83 |

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0619671 0001 016758 0008379 0422

**CONFIDENTIAL**                           **FISERV-MILLER-00017**

# RETIREMENT
## ACCOUNTS, INC.

### Individual Retirement Account Statement
### April 1, 2003 - June 30, 2003

Page 1 of 2

008113 0688265 0002 0020435 0009433 0722
STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

**Participant Name:** STANLEY T. MILLER
**Retirement Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,121,280.65 |
| *Cash | $0.00 |
| **Total Account Value** | **$6,121,280.65** |

Prior Period
| | |
|---|---|
| **Total Account Value** | **$5,950,476.47** |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2003) | $0.00 |
| Prior Tax Year (2002) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received Current Year | $0.00 |

Roth Conversions
| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year | $50,000.00 |

*Only cash on deposit with the Trustee is FDIC Insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

CONFIDENTIAL                    FISERV-MILLER-00018

# R E T I R E M E N T
## ACCOUNTS, INC.

031038030438
Page 2 of 2

## ACCOUNT  INVESTMENTS

Investment Products: | Not FDIC Insured | No Bank Guarantee | May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 5,950,476.47 | 6,121,280.65 |

**Total Value of Brokerage Accounts $6,121,280.65**

**TOTAL ACCOUNT VALUE $6,121,280.65**

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

008113 0688265 0002 020436 0009433 0722

**CONFIDENTIAL**                                    **FISERV-MILLER-00019**

# R E T I R E M E N T
## ACCOUNTS, INC

## **Individual   Retirement   Account   Fee   Invoice**                    Page 1 of 1

**FEE INVOICE FOR PERIOD 08/01/2003-07/31/2004--RETIREMENT ACCOUNT NUMBER: 031038030438**

| | |
|---|---:|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| Prior Fees Due | $5.17 |
| **TOTAL FEES DUE** | **$63.17** |

## IMPORTANT ACCOUNT INFORMATION

Fees are automatically deducted from your Peak Money Market balance immediately after the assessment, if available.  If there is insufficient cash in your account, please remit payment upon receipt of this invoice.  Your account will be subject to a $10 collection charge if fees remain unpaid 45 days from the invoice date.

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

*Please Return This Portion With Your Check Made Payable To:  Retirement Accounts, Inc.*

**Invoice Date:**    08/20/2003

**Retirement Account Number:**    031038030438

**Total Fees Due:**    $63.17

008113 0713143 0002 0002439 0002439 0821                 031038030438100000000063173
STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

**CONFIDENTIAL**                    **FISERV-MILLER-00020**



**RETIREMENT**
ACCOUNTS, INC

008113 0713143 0002 0002439 0002439 0821
STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

CONFIDENTIAL                    FISERV-MILLER-00021



# RETIREMENT
## ACCOUNTS, INC.

### Individual Retirement Account Statement
### July 1, 2003 - September 30, 2003

Page 1 of 3

008113 0754713 0002 0024491 0011289 1022
STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

**Participant Name: STANLEY T. MILLER**
**Retirement Account Number: 031038030438**

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts    $6,223,095.04
  *Cash    $50,007.48
**Total Account Value**    **$6,273,102.52**

Prior Period
**Total Account Value**    **$6,121,280.65**

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year    $0.00

Contributions
  Current Tax Year (2003)    $0.00
  Prior Tax Year (2002)    $0.00

Employer Contributions
  Received Current Year    $0.00

Roth Conversions
  Current Tax Year    $0.00

Distributions
  **Current Tax Year    $100,000.00

*Only cash on deposit with the Trustee is FDIC Insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com



# **R E T I R E M E N T**
## **ACCOUNTS, INC.**

031038030438
Page 2 of 3

## ACCOUNT  INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
|---|

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,121,280.65 | 6,223,095.04 |
| | **Total Value of Brokerage Accounts** | **$6,223,095.04** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.25 | 0.00 | 50,007.48 |
| | | **Total Value of Cash** | **$50,007.48** |
| | | **TOTAL ACCOUNT VALUE** | **$6,273,102.52** |

## ACCOUNT  TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 08/20/2003 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK 146781 | | 50,000.00 |
| 08/20/2003 | FEE COLLECTION | | | -5.17 |
| 08/20/2003 | FEE COLLECTION | | | -58.00 |
| 08/29/2003 | INTEREST | | | 3.40 |
| 09/03/2003 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF | | 63.17 |
| 09/03/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2003 | | -50,000.00 |

P.O. Box 173785 ■ Denver, CO    ■ 80217-3785    ■ 303-294-5959    ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0754713 0002 024492 0011289 1022

**CONFIDENTIAL**                                    **FISERV-MILLER-00023**



# **RETIREMENT**
## **ACCOUNTS, INC.**

031038030438
Page 3 of 3



| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 09/18/2003 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK#147320 | | 50,000.00 |
| 09/30/2003 | INTEREST | | | 4.08 |

---

P.O. Box 173785 ■ Denver, CO  ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0754713 0002 024493 0011289 1022

**CONFIDENTIAL**                    **FISERV-MILLER-00024**



# RETIREMENT
## ACCOUNTS, INC.

**Individual Retirement Account Statement**
**October 1, 2003 - December 31, 2003**

Page 1 of 3

008113 0825780 0005 0038500 0017343 0121
STANLEY T. MILLER
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON FL 33432

**Participant Name: STANLEY T. MILLER**
**Retirement Account Number: 031038030438**

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
Brokerage Accounts     $6,163,835.92
*Cash     $50,002.68
**Total Account Value     $6,213,838.60**

Prior Period
**Total Account Value     $6,273,102.52**

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
Current Tax Year     $0.00

Contributions
Current Tax Year (2003)     $0.00
Prior Tax Year (2002)     $0.00

Employer Contributions
Received Current Year     $0.00

Roth Conversions
Current Tax Year     $0.00

Distributions
**Current Tax Year     $250,000.00

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records.  Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498.

Our records indicate that you are age 70 1/2 or older or that you will attain age 70 1/2 in 2004. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply.  Please refer to the article in the January edition of RAI Client News for more information.

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com



# RETIREMENT
## ACCOUNTS, INC.

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
| --- |

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
| --- | --- | --- |
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,223,095.04 | 6,163,835.92 |
| **Total Value of Brokerage Accounts** | | **$6,163,835.92** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
| --- | --- | --- | --- |
| PEAK MONEY MARKET | 0.25 | 50,007.48 | 50,002.68 |
| **Total Value of Cash** | | | **$50,002.68** |
| **TOTAL ACCOUNT VALUE** | | | **$6,213,838.60** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
| --- | --- | --- | --- | --- |
| 10/01/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2003 | | -50,000.00 |
| 10/20/2003 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 10/31/2003 | INTEREST | | | 3.40 |
| 11/03/2003 | WIRE FEE | POST TO SUSPENSE ACCOUNT: 010000115156.1 ¢F | | -7.50 |
| 11/03/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2003 | | -50,000.00 |
| 11/17/2003 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK 149082 | | 50,000.00 |
| 11/28/2003 | INTEREST | | | 4.76 |

008113 0825780 0005 038501 0017343 0121

**CONFIDENTIAL**                                      **FISERV-MILLER-00026**



031038030438
Page 3 of 3



| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 12/01/2003 | WIRE FEE | POST TO SUSPENSE ACCOUNT: 010000115156.1 ¢F¢ | | -7.50 |
| 12/01/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2003 | | -50,000.00 |
| 12/23/2003 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 12/31/2003 | INTEREST | | | 2.04 |

P.O. Box 173785 ■ Denver, CO    ■ 80217-3785    ■ 303-294-5959    ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0825780 0005 038502 0017343 0121

**CONFIDENTIAL**                    **FISERV-MILLER-00027**

# R E T I R E M E N T
## ACCOUNTS, INC.

### Individual Retirement Account Statement
### January 1, 2004 - March 31, 2004

Page 1 of 3

008113 0887912 0001 0021535 0010263 0421
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Participant Name: STANLEY T. MILLER**
**Retirement Account Number: 031038030438**

## ACCOUNT   SUMMARY

### REPORTED ACCOUNT VALUE

| | |
|---|---|
| Current Period | |
| Brokerage Accounts | $6,147,180.66 |
| *Cash | $49,984.76 |
| **Total Account Value** | **$6,197,165.42** |
| Prior Period | |
| **Total Account Value** | **$6,213,838.60** |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2004) | $0.00 |
| Prior Tax Year (2003) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |
| Roth Conversions | |
| Current Tax Year | $0.00 |
| Distributions | |
| **Current Tax Year | $150,000.00 |

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT   ACCOUNT   INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records.  Report any discrepancies to us immediately.

P.O. Box 173785 ■ Denver, CO  ■ 80217-3785  ■ 303-294-5959  ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

# **RETIREMENT**
## ACCOUNTS, INC.

031038030438
Page 2 of 3

## ACCOUNT  INVESTMENTS

**Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value**

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,163,835.92 | 6,147,180.66 |
| **Total Value of Brokerage Accounts** | | **$6,147,180.66** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.25 | 50,002.68 | 49,984.76 |
| **Total Value of Cash** | | | **$49,984.76** |

**TOTAL ACCOUNT VALUE    $6,197,165.42**

## ACCOUNT  TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 01/02/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2004 | | -50,000.00 |
| 01/16/2004 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 01/30/2004 | INTEREST | | | 4.42 |
| 02/02/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2004 | | -50,000.00 |
| 02/26/2004 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK#151982 | | 50,000.00 |
| 02/27/2004 | INTEREST | | | 0.34 |
| 03/01/2004 | WIRE FEE | POST TO SUSPENSE ACCOUNT: 010000115156.1 | | -7.50 |

008113 0887912 0001 021536 0010263 0421

**CONFIDENTIAL**                    **FISERV-MILLER-00029**



# **R E T I R E M E N T**
## **ACCOUNTS, INC.**

031038030438
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 03/01/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2004 | | -50,000.00 |
| 03/08/2004 | TRANSFER FROM | REFUND PART OF WIRE FEE NSF TO CHARGE $7.50 ONLY $7.44 IN A | | 0.06 |
| 03/18/2004 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK#152326 | | 50,000.00 |
| 03/31/2004 | INTEREST | | | 4.76 |
| 03/31/2004 | FEE COLLECTION | | | -20.00 |

P.O. Box 173785 ■ Denver, CO   ■ 80217-3785   ■ 303-294-5959  ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0887912 0001 021537 0010263 0421

**CONFIDENTIAL**                    **FISERV-MILLER-00030**

# R E T I R E M E N T
## ACCOUNTS, INC.

**Individual Retirement Account Statement**
**April 1, 2004 - June 30, 2004**

008113 0063230 0007 0015318 0006422 0720
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Participant Name:** STANLEY T. MILLER
**Retirement Account Number:** 031038030438

## ACCOUNT  SUMMARY

### REPORTED ACCOUNT VALUE

<u>Current Period</u>
  Brokerage Accounts          $6,197,564.81
  *Cash                          $50,064.17
  **Total Account Value**      **$6,247,628.98**

<u>Prior Period</u>
  **Total Account Value**      **$6,197,165.42**

### CONTRIBUTION AND DISTRIBUTION SUMMARY

<u>Rollovers</u>
  Current Tax Year                     $0.00

<u>Contributions</u>
  Current Tax Year (2004)              $0.00
  Prior Tax Year (2003)                $0.00

<u>Employer Contributions</u>
  Received Current Year                $0.00

<u>Roth Conversions</u>
  Current Tax Year                     $0.00

<u>Distributions</u>
  **Current Tax Year                $299,977.26

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT  ACCOUNT  INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records.  Report any discrepancies to us immediately.

P.O. Box 173785 ■ Denver, CO   ■ 80217-3785   ■ 303-294-5959  ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

# R E T I R E M E N T
## ACCOUNTS, INC.

031038030438
Page 2 of 3

## ACCOUNT  INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,147,180.66 | 6,197,564.81 |

**Total Value of Brokerage Accounts**  **$6,197,564.81**

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.25 | 49,984.76 | 50,064.17 |

**Total Value of Cash**  **$50,064.17**

**TOTAL ACCOUNT VALUE**  **$6,247,628.98**

## ACCOUNT  TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 04/01/2004 | WIRE FEE | | | -7.50 |
| 04/01/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2004 | | -49,977.26 |
| 04/05/2004 | TRANSFER FROM | RETURN OF WIRE FEES ASSESED IN ERROR | | 52.50 |
| 04/19/2004 | CASH ADJUSTMENT INCREASE | BERNARD MADOFF CK 153885 | | 50,000.00 |
| 04/30/2004 | INTEREST | | | 3.40 |
| 05/04/2004 | IRA DISTRIBUTION | For Tax Year  2004 | | -50,000.00 |
| 05/17/2004 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK#154305 | | 50,000.00 |

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0063230 0007 015319 0006422 0720

**CONFIDENTIAL**                                    **FISERV-MILLER-00032**



**RETIREMENT**
**ACCOUNTS, INC.**

031038030438
Page 3 of 3



| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 05/28/2004 | INTEREST | | | 5.27 |
| 06/01/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2004 | | -50,000.00 |
| 06/18/2004 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 06/30/2004 | INTEREST | | | 3.00 |

P.O. Box 173785 ■ Denver, CO   ■ 80217-3785   ■ 303-294-5959  ■ 800-325-4352 ■ Fax  303-294-5899 ■  www.retirementaccountsinc.com

008113 0063230 0007 015320 0006422 0720

**CONFIDENTIAL**                                           **FISERV-MILLER-00033**

# R E T I R E M E N T
## ACCOUNTS, INC

### Individual   Retirement   Account   Fee   Invoice

Page 1 of 1

**FEE INVOICE FOR PERIOD 08/01/2004-07/31/2005--RETIREMENT ACCOUNT NUMBER: 031038030438**

| | |
|---|---|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| TRANSACTION FEE<br>3 @ $10.00 | $30.00 |
| **TOTAL FEES DUE** | **$88.00** |

## IMPORTANT ACCOUNT INFORMATION

Fees are automatically deducted from your Peak Money Market balance immediately after the assessment, if available. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $10 collection charge if fees remain unpaid 45 days from the invoice date.

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

*Please Return This Portion With Your Check Made Payable To:  Retirement Accounts, Inc.*

008113 0083080 0002 0002226 0002226 0820
STANLEY T. MILLER
333 SUNSET AVENUE Apt 605
PALM BEACH FL 33480

**Invoice Date:**   08/19/2004

**Retirement Account Number:**   031038030438

**Total Fees Due:**   $88.00

0310380304381000000000088003

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com



008113 0083080 0002 0002226 0002226 0820
STANLEY T. MILLER
333 SUNSET AVENUE Apt 605
PALM BEACH FL 33480

P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785 ▪ 303-294-5959 ▪ 800-325-4352 ▪ Fax  303-294-5899 ▪ www.retirementaccountsinc.com



**R E T I R E M E N T**
**ACCOUNTS, INC.**

## Individual Retirement Account Statement
### July 1, 2004 - September 30, 2004

Page 1 of 3

008113 0125626 0002 0024066 0011108 1020
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Participant Name: STANLEY T. MILLER**
**Retirement Account Number: 031038030438**

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,215,554.22 |
| *Cash | $50,088.77 |
| **Total Account Value** | **$6,265,642.99** |

Prior Period
| | |
|---|---|
| **Total Account Value** | **$6,247,628.98** |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2004) | $0.00 |
| Prior Tax Year (2003) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received Current Year | $0.00 |

Roth Conversions
| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year | $449,977.26 |

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records.  Report any discrepancies to us immediately.

We have expanded the amount of transaction history you can view on iAccount.  Beginning August 1, 2004 the transaction history will increase on a daily basis.  On February 1, 2005 you will be able to access a full 18 months of transaction history.  Please visit our website at *www.retirementaccountsinc.com* and click on iAccount for more details.

P.O. Box 173785 ■ Denver, CO    ■ 80217-3785    ■ 303-294-5959    ■ 800-325-4352 ■ Fax  303-294-5899 ■  www.retirementaccountsinc.com

**CONFIDENTIAL**

**FISERV-MILLER-00036**



# RETIREMENT
## ACCOUNTS, INC.

031038030438
Page 2 of 3

## ACCOUNT  INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
|---|

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,197,564.81 | 6,215,554.22 |
| | Total Value of Brokerage Accounts | **$6,215,554.22** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.25 | 50,064.17 | 50,088.77 |
| | | Total Value of Cash | **$50,088.77** |

| | TOTAL ACCOUNT VALUE | **$6,265,642.99** |
|---|---|---|

## ACCOUNT  TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 07/01/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2004 | | -50,000.00 |
| 07/16/2004 | CASH ADJUSTMENT INCREASE | BERNARD MADOFF CK 156136 | | 50,000.00 |
| 07/30/2004 | INTEREST | | | 4.03 |
| 08/02/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2004 | | -50,000.00 |
| 08/16/2004 | CASH ADJUSTMENT INCREASE | BERNARD MADOFF CK#156632 | | 50,000.00 |
| 08/19/2004 | FEE COLLECTION | | | -88.00 |
| 08/20/2004 | FEE REIMBURSEMENT | | | 100.00 |

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax  303-294-5899 ■ www.retirementaccountsinc.com

008113 0125626 0002 024067 0011108 1020

**CONFIDENTIAL**                    **FISERV-MILLER-00037**



# **R E T I R E M E N T**
## **ACCOUNTS, INC.**

031038030438
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 08/31/2004 | INTEREST | | | 5.27 |
| 09/01/2004 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2004 | | -50,000.00 |
| 09/17/2004 | CASH ADJUSTMENT INCREASE | BERNARD MADOFF CK#157158 | | 50,000.00 |
| 09/30/2004 | INTEREST | | | 3.30 |

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

008113 0125626 0002 024068 0011108 1020

**CONFIDENTIAL**                **FISERV-MILLER-00038**

# **R E T I R E M E N T** ACCOUNTS, INC.

### Individual Retirement Account Statement
### October 1, 2004 - December 31, 2004

008113 4110719 0007 0028090 0013002 0121
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Participant Name: STANLEY T. MILLER**
**Retirement Account Number: 031038030438**

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,344,039.25 |
| *Cash | $50,127.09 |
| **Total Account Value** | **$6,394,166.34** |

Prior Period
| | |
|---|---|
| **Total Account Value** | **$6,265,642.99** |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2004) | $0.00 |
| Prior Tax Year (2003) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received Current Year | $0.00 |

Roth Conversions
| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year | $449,977.26 |

*Only cash on deposit with the Trustee is FDIC insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are age 70½ or older or that you will attain age 70½ in 2005. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of RAI Client News for more information.

Please read the enclosed newsletter for important fee information.

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

# R E T I R E M E N T
## ACCOUNTS, INC.

031038030438
Page 2 of 2

---

## ACCOUNT  INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,215,554.22 | 6,344,039.25 |
| **Total Value of Brokerage Accounts** | | **$6,344,039.25** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.28 | 50,088.77 | 50,127.09 |
| **Total Value of Cash** | | | **$50,127.09** |
| **TOTAL ACCOUNT VALUE** | | | **$6,394,166.34** |

## ACCOUNT  TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 10/29/2004 | INTEREST | | | 10.54 |
| 11/18/2004 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 11/29/2004 | TRANSFER OF CASH OUT | RETURN FUNDS TO MADOFF | | -50,000.00 |
| 11/30/2004 | INTEREST | | | 12.90 |
| 12/31/2004 | INTEREST | | | 14.88 |

---

P.O. Box 173785 ■ Denver, CO ■ 80217-3785 ■ 303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899 ■ www.retirementaccountsinc.com

008113 4110719 0007 028091 0013002 0121

**CONFIDENTIAL**                    **FISERV-MILLER-00040**