**FISERV** Investment Support Services

**Traditional IRA**
**January 1, 2005 - March 31, 2005**

Page 1 of 4

>10707 4171357 001 008145
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER
**Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,025,602.15 |
| *Cash | $50,110.01 |
| **Total Account Value** | **$6,075,712.16** |

Prior Period
| | |
|---|---|
| Total Account Value | $6,394,166.34 |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2005) | $0.00 |
| Prior Tax Year (2004) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received Current Year | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year (2005) | $150,000.00 |
| Current Tax Year Withholding (2005) | $0.00 |
| **Prior Tax Year (2004) | $449,977.26 |
| Prior Tax Year Withholding (2004) | $0.00 |

*Only cash on deposit with the Trustee is FDIC insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company. Member FDIC.*

**FISERV.** | Investment Support Services

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,344,039.25 | 6,025,602.15 |
| | **Total Value of Brokerage Accounts** | **$6,025,602.15** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.45% | 50,127.09 | 50,110.01 |
| | | **Total Value of Cash** | **$50,110.01** |
| | | **TOTAL ACCOUNT VALUE** | **$6,075,712.16** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 01/01/2005) | | | | $50,127.09 |
| 01/03/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2005 | | -50,000.00 |
| 01/20/2005 | PARTIAL WITHDRAWAL FEE | | | -50.00 |
| 01/24/2005 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK#161250 | | 50,000.00 |
| 01/26/2005 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 01/25/2005) | -300,000.0000 | |
| 01/26/2005 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 300,000.00 |
| 01/28/2005 | TRANSFER OF CASH OUT | | | -300,000.00 |

**FISERV** | Investment Support Services

031038030438

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 01/31/2005 | INTEREST | | | 16.12 |
| 02/01/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2005 | | -50,000.00 |
| 02/14/2005 | CASH ADJUSTMENT INCREASE | CK#161636 BERNARD L MADOFF | | 50,000.00 |
| 02/28/2005 | INTEREST | | | 8.12 |
| 03/01/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2005 | | -50,000.00 |
| 03/16/2005 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 03/31/2005 | INTEREST | | | 8.68 |
| 03/31/2005 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | -18,437.1000 | |

**Ending Cash Balance**  (as of 03/31/2005)                                                    **$50,110.01**

**CONFIDENTIAL**                                    **FISERV-MILLER-00043**

**Fiserv.** *Investment Support Services*

## A Guide to Understanding Your Statement of Account

### Statement and Review Period

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### Account Investments and Asset Value Reporting Policy

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

*   Dividends paid near the end of the quarter may not appear on this statement.
*   "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). Assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). Please contact your Financial Representative with questions.
*   A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.
*   Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.
*   Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."
*   Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.
*   A legend for the "Price Source" (usually only reported for non-standard assets) is as follow:

    12 – Market Maker

    31 – Principal/Loan Value Outstanding

    32 – Original Purchase Cost

    33 – Investment Sponsor Reported Value

    34 – Plan Administrator Reported Value

    35 – Secondary Market Value

    36 – Third Party Appraisal

    37 – Bankruptcy/Receivership

    38 – No Updated Value or Response for Two or More Years

    39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### Account Transactions

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account.

### Investment Responsibility

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. FTC does not render investment advice nor do we guarantee the account from loss or depreciation. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

### Custody of Assets

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e. mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### Tax Information

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b) (7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

**NOTE:** *Investments held in account at FTC except for cash deposits up to $100,000 (which are not considered investments in your account), are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of the principal invested.*

FiSS-3449 (3/05)

CONFIDENTIAL   FISERV-MILLER-00044

**FISERV** | Investment Support Services

www.fiserviss-iaservices.com

## Traditional IRA
### April 1, 2005 - June 30, 2005

Page 1 of 4

>09955 4234760 001 008145
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER
**Account Number:** 031038030438

**Contact:** IA SERVICES TEAM H

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts          $6,009,436.05
  *Cash                          $50,141.05
**Total Account Value**       **$6,059,577.10**

Prior Period
Total Account Value           $6,075,712.16

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year                        $0.00

Contributions
  Current Tax Year (2005)                 $0.00
  Prior Tax Year (2004)                   $0.00

Employer Contributions
  Received Current Year                   $0.00

Distributions
  **Current Tax Year (2005)        $300,000.00
  Current Tax Year Withholding (2005)     $0.00
  **Prior Tax Year (2004)          $449,977.26
  Prior Tax Year Withholding (2004)       $0.00

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

**Your contact information is located above the Account Summary section of your statement. Please refer to your IA Services Team designation (A, F, G, H or J) when contacting your Client Relations Department at 800-962-4238.**

**SEE YOUR JULY 2005 NEWSLETTER - IMPORTANT ACCOUNT AGREEMENT AMENDMENTS**

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company.  Member FDIC.*

09955 4234760 019910 031560 00001/00002

**FISERV** | Investment
Support
Services

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,025,602.15 | 6,009,436.05 |
| | **Total Value of Brokerage Accounts** | **$6,009,436.05** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | 0.45% | 50,110.01 | 50,141.05 |
| | **Total Value of Cash** | | **$50,141.05** |
| | **TOTAL ACCOUNT VALUE** | | **$6,059,577.10** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 04/01/2005) | | | | $50,110.01 |
| 04/01/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2005 | | -50,000.00 |
| 04/15/2005 | CASH ADJUSTMENT INCREASE | BERNARD MADOFF CK#163796 | | 50,000.00 |
| 04/29/2005 | INTEREST | | | 7.50 |
| 05/02/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2005 | | -50,000.00 |
| 05/09/2005 | INVESTMENT CASH INCOME | BERNARD L MADOFF BRKG ACCT VALUE | | 50,000.00 |
| 05/31/2005 | INTEREST | | | 13.64 |
| 06/01/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2005 | | -50,000.00 |

**FISERV** | Investment Support Services

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 06/13/2005 | INVESTMENT CASH INCOME | BERNARD L MADOFF BRKG ACCT VALUE | | 50,000.00 |
| 06/30/2005 | INTEREST | | | 9.90 |
| 06/30/2005 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | -16,166.1000 | |
| **Ending Cash Balance** (as of 06/30/2005) | | | | **$50,141.05** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company. Member FDIC.*

09955 4234760 019911 031562 00002/00002

**CONFIDENTIAL**                              **FISERV-MILLER-00047**

**Fiserv** *Investment Support Services*

## A Guide to Understanding Your Statement of Account

### Statement and Review Period

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### Account Investments and Asset Value Reporting Policy

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). Assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follow:

  12 – Market Maker

  31 – Principal/Loan Value Outstanding

  32 – Original Purchase Cost

  33 – Investment Sponsor Reported Value

  34 – Plan Administrator Reported Value

  35 – Secondary Market Value

  36 – Third Party Appraisal

  37 – Bankruptcy/Receivership

  38 – No Updated Value or Response for Two or More Years

  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### Account Transactions

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account.

### Investment Responsibility

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. FTC does not render investment advice nor do we guarantee the account from loss or depreciation. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

### Custody of Assets

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e. mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### Tax Information

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b) (7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

**NOTE:** *Investments held in account at FTC except for cash deposits up to $100,000 (which are not considered investments in your account), are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of the principal invested.*

Fiserv Trust Company. Member FDIC.

FISS-3449 (3/05)

**FISERV.** | Investment
Support
Services

PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

## Traditional IRA Fee Invoice

Page 1 of 1

**FEE INVOICE FOR PERIOD: 08/01/2005 - 07/31/2006 -- ACCOUNT NUMBER: 031038030438**

| | |
|---|---|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| TRANSACTION FEE 1 @ $10.00 | $10.00 |
| **TOTAL FEES DUE** | **$68.00** |

## IMPORTANT ACCOUNT INFORMATION

Fees will be automatically deducted from your account, if cash is available. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $15 late fee if fees remain unpaid 60 days from the invoice date.

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

00926 4267159 000927 000927 00001/00001

*Please Return This Portion With Your Check Made Payable To: Fiserv Trust Company*

**Invoice Date:** 08/19/2005

**Account Number:** 031038030438

**Total Fees Due:** $68.00

031038030438100000000068007

>00926 4267159 001 008145
STANLEY T. MILLER
333 SUNSET AVENUE Apt 605
PALM BEACH FL 33480

**CONFIDENTIAL**                                **FISERV-MILLER-00049**

**FISERV** ® **Investment Support Services**

View Your Account Online!
www.fiserviss-iaservices.com

View Your Account Online!
www.fiserviss-iaservices.com

**Traditional IRA**                                    Page 1 of 3
**July 1, 2005 - September 30, 2005**

>10309 4301944 001 008145
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER              **Contact:** IA SERVICES TEAM H
**Account Number:** 031038030438

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts             $6,132,510.27
  *Cash                               $141.05
**Total Account Value**          **$6,132,651.32**

Prior Period
Total Account Value              $6,059,577.10

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year                            $0.00

Contributions
  Current Tax Year (2005)                     $0.00
  Prior Tax Year (2004)                       $0.00

Employer Contributions
  Received Current Year                       $0.00

Distributions
  **Current Tax Year (2005)              $350,000.00
  Current Tax Year Withholding (2005)         $0.00
  **Prior Tax Year (2004)               $449,977.26
  Prior Tax Year Withholding (2004)           $0.00

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

Our records indicate that you are over age 70½; therefore, you may need to take your required minimum distribution by December 31, 2005.  If you haven't already contacted a Client Relations Representative or your Designated Financial Representative, please do so immediately.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company.  Member FDIC.*

10309 4301944 020618 032765 00001/00002

031038030438

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
|---|

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,009,436.05 | 6,132,510.27 |

| | Total Value of Brokerage Accounts | **$6,132,510.27** |
|---|---|---|

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 50,141.05 | 141.05 |

| | Total Value of Cash | **$141.05** |
|---|---|---|

| | TOTAL ACCOUNT VALUE | **$6,132,651.32** |
|---|---|---|

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 07/01/2005) | | | | $50,141.05 |
| 07/01/2005 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2005 | | -50,000.00 |
| 08/19/2005 | FEE COLLECTION | | | -68.00 |
| 09/26/2005 | FEE REIMBURSEMENT | | | 68.00 |
| 09/30/2005 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 123,074.2200 | |
| **Ending Cash Balance** (as of 09/30/2005) | | | | **$141.05** |

**FISErv** Investment Support Services

## A Guide to Understanding Your Statement of Account

### Statement and Review Period

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### Account Investments and Asset Value Reporting Policy

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested.

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). Assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting; or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follow:

  12 – Market Maker

  31 – Principal/Loan Value Outstanding

  32 – Original Purchase Cost

  33 – Investment Sponsor Reported Value

  34 – Plan Administrator Reported Value

  35 – Secondary Market Value

  36 – Third Party Appraisal

  37 – Bankruptcy/Receivership

  38 – No Updated Value or Response for Two or More Years

  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### Account Transactions

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account.

### Investment Responsibility

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. FTC does not render investment advice nor do we guarantee the account from loss or depreciation. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

### Custody of Assets

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e. mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### Tax Information

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b) (7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

**NOTE:** *Investments held in account at FTC except for cash deposits up to $100,000 (which are not considered investments in your account), are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of the principal invested.*

Fiserv Trust Company. Member FDIC.

FISS-3449 (3/05)

CONFIDENTIAL                              FISERV-MILLER-00052

**FISERV** | Investment Support Services

www.fiserviss-iaservices.com

**Traditional IRA**                                    Page 1 of 3
**October 1, 2005 - December 31, 2005**

>09487 4373447 001 008145
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER          **Contact:** IA SERVICES TEAM H
**Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

| Current Period | |
|---|---|
| Brokerage Accounts | $6,132,510.27 |
| *Cash | $141.05 |
| **Total Account Value** | **$6,132,651.32** |

| Prior Period | |
|---|---|
| Total Account Value | $6,132,651.32 |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

| Rollovers | |
|---|---|
| Current Tax Year | $0.00 |

| Contributions | |
|---|---|
| Current Tax Year (2005) | $0.00 |
| Prior Tax Year (2004) | $0.00 |

| Employer Contributions | |
|---|---|
| Received Current Year | $0.00 |

| Distributions | |
|---|---|
| **Current Tax Year (2005) | $350,000.00 |
| Current Tax Year Withholding (2005) | $0.00 |
| **Prior Tax Year (2004) | $449,977.26 |
| Prior Tax Year Withholding (2004) | $0.00 |

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are age 70½ or older or that you will attain age 70½ in 2006. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of 'Spotlight' for more information.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company. Member FDIC.*

CONFIDENTIAL          FISERV-MILLER-00053

031038030438

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
|---|

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,132,510.27 | 6,132,510.27 |

| | Total Value of Brokerage Accounts | **$6,132,510.27** |
|---|---|---|

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 141.05 | 141.05 |

| | Total Value of Cash | **$141.05** |
|---|---|---|

| | TOTAL ACCOUNT VALUE | **$6,132,651.32** |
|---|---|---|

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 10/01/2005) | | | | $141.05 |
| **Ending Cash Balance** (as of 12/31/2005) | | | | **$141.05** |

**FISERV**
Investment
Support
Services

## A Guide to Understanding Your Statement of Account

### Statement and Review Period

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### Account Investments and Asset Value Reporting Policy

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested.

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). Assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting; or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of

your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follow:

  12 – Market Maker

  31 – Principal/Loan Value Outstanding

  32 – Original Purchase Cost

  33 – Investment Sponsor Reported Value

  34 – Plan Administrator Reported Value

  35 – Secondary Market Value

  36 – Third Party Appraisal

  37 – Bankruptcy/Receivership

  38 – No Updated Value or Response for Two or More Years

  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### Account Transactions

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account.

### Investment Responsibility

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. FTC does not render investment advice nor do we guarantee the account from loss or depreciation. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

### Custody of Assets

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e. mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### Tax Information

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b) (7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

**NOTE:** *Investments held in account at FTC except for cash deposits up to $100,000 (which are not considered investments in your account), are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of the principal invested.*

CONFIDENTIAL                                        FISERV-MILLER-00055

**FISERV** Investment Support Services

**Traditional IRA**
**October 1, 2005 - December 31, 2005**

Page 1 of 3

W1

STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER          **Contact:** IA SERVICES TEAM H
**Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
  Brokerage Accounts      $6,332,564.10
  *Cash      $141.05
**Total Account Value**      **$6,332,705.15**

Prior Period
Total Account Value      $6,132,651.32

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
  Current Tax Year      $0.00

Contributions
  Current Tax Year (2005)      $0.00
  Prior Tax Year (2004)      $0.00

Employer Contributions
  Received Current Year      $0.00

Distributions
  **Current Tax Year (2005)      $350,000.00
  Current Tax Year Withholding (2005)      $0.00
  **Prior Tax Year (2004)      $449,977.26
  Prior Tax Year Withholding (2004)      $0.00

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company.  Member FDIC.*

00001 4388737 001158 001913 01157/02230

031038030438

W1

## ACCOUNT INVESTMENTS

**Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value**

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,132,510.27 | 6,332,564.10 |
| **Total Value of Brokerage Accounts** | | **$6,332,564.10** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 141.05 | 141.05 |
| **Total Value of Cash** | | | **$141.05** |
| **TOTAL ACCOUNT VALUE** | | | **$6,332,705.15** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 10/01/2005) | | | | $141.05 |
| 12/30/2005 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 200,053.8300 | |
| **Ending Cash Balance** (as of 12/31/2005) | | | | $141.05 |

**Fiserv** Investment Support Services

031038030438

W1

## A Guide to Understanding Your Statement of Account

### Statement and Review Period

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### Account Investments and Asset Value Reporting Policy

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

*   Dividends paid near the end of the quarter may not appear on this statement.

*   "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). Assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). Please contact your Financial Representative with questions.

*   A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

*   Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

*   Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

*   Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of

your chosen asset(s). The reported value of any asset may differ materially from its actual value.

*   A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

    12 – Market Maker
    31 – Principal/Loan Value Outstanding
    32 – Original Purchase Cost
    33 – Investment Sponsor Reported Value
    34 – Plan Administrator Reported Value
    35 – Secondary Market Value
    36 – Third Party Appraisal
    37 – Bankruptcy/Receivership
    38 – No Updated Value or Response for Two or More Years
    39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### Account Transactions

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account.

### Investment Responsibility

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. FTC does not render investment advice nor do we guarantee the account from loss or depreciation. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

### Custody of Assets

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e. mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the Investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### Tax Information

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b) (7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

**NOTE:** *Investments held in account at FTC except for cash deposits up to $100,000 (which are not considered investments in your account), are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of the principal invested.*

Fiserv Trust Company. Member FDIC.

FISS 3449 (3/05)

00001 4388737 001159 001915 01158/02230

CONFIDENTIAL

FISERV-MILLER-00058



**View Your Account Online!**
www.fiserviss-iaservices.com

## Corrected Statement

### Traditional IRA
### October 1, 2005 - December 31, 2005

Page 1 of 3

>00472 4388661 001 008145
STANLEY T. MILLER
333 SUNSET AVENUE APT 605
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER
**Account Number:** 031038030438

**Contact:** IA SERVICES TEAM H

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
  Brokerage Accounts          $6,332,564.10
  *Cash                            $141.05
**Total Account Value**       **$6,332,705.15**

Prior Period
Total Account Value           $6,132,651.32

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
  Current Tax Year                         $0.00

Contributions
  Current Tax Year (2005)                  $0.00
  Prior Tax Year (2004)                    $0.00

Employer Contributions
  Received Current Year                    $0.00

Distributions
  **Current Tax Year (2005)          $350,000.00
  Current Tax Year Withholding (2005)      $0.00
  **Prior Tax Year (2004)            $449,977.26
  Prior Tax Year Withholding (2004)        $0.00

*Only cash on deposit with the Trustee is FDIC insured.  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are age 70½ or older or that you will attain age 70½ in 2006. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of 'Spotlight' for more information.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company.  Member FDIC.*

00472 4388661 000944 001472 00001/00002

**CONFIDENTIAL**                        **FISERV-MILLER-00059**

031038030438

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,132,510.27 | 6,332,564.10 |
| **Total Value of Brokerage Accounts** | | **$6,332,564.10** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 141.05 | 141.05 |
| **Total Value of Cash** | | | **$141.05** |
| **TOTAL ACCOUNT VALUE** | | | **$6,332,705.15** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 10/01/2005) | | | | $141.05 |
| 12/30/2005 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 200,053.8300 | |
| **Ending Cash Balance** (as of 12/31/2005) | | | | **$141.05** |

## A Guide to Understanding Your Statement of Account

### Statement and Review Period

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### Account Investments and Asset Value Reporting Policy

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). Assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follow:

  12 – Market Maker

  31 – Principal/Loan Value Outstanding

  32 – Original Purchase Cost

  33 – Investment Sponsor Reported Value

  34 – Plan Administrator Reported Value

  35 – Secondary Market Value

  36 – Third Party Appraisal

  37 – Bankruptcy/Receivership

  38 – No Updated Value or Response for Two or More Years

  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### Account Transactions

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account.

### Investment Responsibility

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. FTC does not render investment advice nor do we guarantee the account from loss or depreciation. The liability of FTC to make payment from your account at all times is limited to available liquid assets in your account.

### Custody of Assets

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e. mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### Tax Information

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b) (7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

**NOTE:** *Investments held in account at FTC except for cash deposits up to $100,000 (which are not considered investments in your account), are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of the principal invested.*

00472 4388661 000945 001474 00002/00002

**CONFIDENTIAL**                    **FISERV-MILLER-00061**