

**View Your Account Online!**
Pg 1 of 21
www.fiserviss-iaservices.com



## Traditional IRA
### January 1, 2007 - March 31, 2007

Page 1 of 4

>06342 4856494 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER
**Account Number:** 031038030438

**Contact:** IA SERVICES TEAM A

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,302,613.83 |
| *Cash | $183.05 |
| Non-Standard Assets | $1,000,000.00 |
| **Total Account Value** | **$7,302,796.88** |

Prior Period
| | |
|---|---|
| Total Account Value | $7,138,046.86 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received Current Year | $0.00 |

Distributions
| | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Current Tax Year Withholding (2007) | $0.00 |
| **Prior Tax Year (2006) | $50,000.00 |
| Prior Tax Year Withholding (2006) | $0.00 |

\* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust. No other investments are FDIC insured through Fiserv Trust.

\*\* May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company. Member FDIC.*

06342 4856494 012684 020410 00001/00002

031038030438

## ACCOUNT INVESTMENTS

```
Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value
```

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 7,137,863.81 | 6,302,613.83 |
| **Total Value of Brokerage Accounts** | | **$6,302,613.83** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 183.05 | 183.05 |
| **Total Value of Cash** | | | **$183.05** |

### NON-STANDARD ASSETS

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | PENDING | N/A | 33 | 0.00 | 1,000,000.00 |
| **Total Value of Non-Standard Assets** | | | | | **$1,000,000.00** |
| **TOTAL ACCOUNT VALUE** | | | | | **$7,302,796.88** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 01/01/2007) | | | | $183.05 |
| 03/30/2007 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -1,000,000.0000 | |
| 03/30/2007 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 1,000,000.00 |

 

031038030438

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 03/30/2007 | PURCHASE | AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | | -1,000,000.00 |
| 03/30/2007 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 164,750.0200 | |
| **Ending Cash Balance**  (as of 03/31/2007) | | | | **$183.05** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company.  Member FDIC.*

06342 4856494 012685 020412 00002/00002

# A GUIDE TO UNDERSTANDING YOUR STATEMENT OF ACCOUNT

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

NOTE: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[A-3449 8/06]



**View Your Account Online!**
www.fiserviss-iaservices.com



Member FDIC. © 2006

## Traditional IRA
### April 1, 2007 - June 30, 2007

Page 1 of 4

>05540 4939179 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER
**Account Number:** 031038030438

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,391,628.46 |
| *Cash | $164.37 |
| Non-Standard Assets | $1,313,751.67 |
| **Total Account Value** | **$7,705,544.50** |

Prior Period
| | |
|---|---|
| Total Account Value | $7,302,796.88 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

Employer Contributions
| | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year (2007) | $100,000.00 |
| Current Tax Year Withholding (2007) | $0.00 |
| **Prior Tax Year (2006) | $50,000.00 |
| Prior Tax Year Withholding (2006) | $0.00 |

* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust.  No other investments are FDIC insured through Fiserv Trust.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
|---|

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,302,613.83 | 6,391,628.46 |
| | **Total Value of Brokerage Accounts** | **$6,391,628.46** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | 0.35% | 183.05 | 164.37 |
| | **Total Value of Cash** | | **$164.37** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 87.1632 | 15,072.3203 | 33 | N/A | 1,313,751.67 |
| | | | **Total Value of Non-Standard Assets** | | **$1,313,751.67** |
| | | | **TOTAL ACCOUNT VALUE** | | **$7,705,544.50** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 04/01/2007) | | | | $183.05 |
| 04/23/2007 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE  (As of 04/20/2007) | -100,000.0000 | |
| 04/23/2007 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE  (As of 04/20/2007) | | 100,000.00 |

**CONFIDENTIAL**




031038030438

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 04/30/2007 | PURCHASE SETTLEMENT | AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A (As of 03/30/2007) | 87.1632 | |
| 04/30/2007 | INTEREST | | | 5.70 |
| 05/01/2007 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year  2007 | | -50,000.00 |
| 05/02/2007 | SAME DAY DISTRIBUTION | For Tax Year  2007 | | -50,000.00 |
| 05/02/2007 | WIRE FEE | | | -25.00 |
| 05/31/2007 | INTEREST | | | 0.62 |
| 06/29/2007 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 189,014.6300 | |
| **Ending Cash Balance**  (as of 06/30/2007) | | | | **$164.37** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company.  Member FDIC.*

05540 4939179 011081 017819 00002/00002

**CONFIDENTIAL**

**FISERV-MILLER-00081**

## A GUIDE TO UNDERSTANDING YOUR STATEMENT OF ACCOUNT

### STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

  > 12 – Market Maker
  > 31 – Principal/Loan Value Outstanding
  > 32 – Original Purchase Cost
  > 33 – Investment Sponsor Reported Value
  > 34 – Plan Administrator Reported Value
  > 35 – Secondary Market Value
  > 36 – Third Party Appraisal
  > 37 – Bankruptcy/Receivership
  > 38 – No Updated Value or Response for Two or More Years
  > 39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

NOTE: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[A-3449 8/06]

FISERV-MILLER-00082

 Trust Company
Member FDIC. © 2006



PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

**Traditional IRA Fee Invoice**

Page 1 of 1

**FEE INVOICE FOR PERIOD: 08/01/2007 - 07/31/2008 -- ACCOUNT NUMBER: 031038030438**

| | |
|---|---|
| SIMPLE ADMINISTRATION FEE | $58.00 |
| ILLIQUID ASSET MAINTENANCE FEE<br>1 @ $25.00 | $25.00 |
| **TOTAL FEES DUE** | **$83.00** |

## IMPORTANT ACCOUNT INFORMATION

**Fees will be automatically deducted from your account, if cash is available.** You may confirm if fees have been deducted by viewing your account online at www.fiserviss-iaservices.com.  If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $15 late fee if fees remain unpaid 60 days from the invoice date.

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

00393 4980950 000394 000394 00001/00001

*Please Return This Portion With Your Check Made Payable To: Fiserv Trust Company*

**Invoice Date:** 08/12/2007

**Account Number:** 031038030438

**Total Fees Due:** $83.00

031038030438100000000083008

>00393 4980950 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**CONFIDENTIAL**                    **FISERV-MILLER-00083**

 **Fiserv** | Trust Company
Member FDIC. © 2006



**Traditional IRA**                                              Page 1 of 4
**July 1, 2007 - September 30, 2007**

>05876 5050558 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER                 **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**                    **CONTRIBUTION AND DISTRIBUTION SUMMARY**

Current Period                                Rollovers
  Brokerage Accounts          $6,594,904.82     Current Tax Year                    $0.00
  *Cash                             $164.37
  Non-Standard Assets          $105,898.46    Contributions
  **Total Account Value**     **$6,700,967.65**   Current Tax Year (2007)             $0.00
                                                Prior Tax Year (2006)               $0.00
Prior Period
Total Account Value           $7,705,544.50   Employer Contributions
                                                Current Tax Year (2007)             $0.00
                                                Prior Tax Year (2006)               $0.00

                                              Distributions
                                                **Current Tax Year (2007)      $100,000.00
                                                Current Tax Year Withholding (2007)  $0.00
                                                **Prior Tax Year (2006)        $50,000.00
                                                Prior Tax Year Withholding (2006)    $0.00

\* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of
  deposit issued by Fiserv Trust.  No other investments are FDIC insured through Fiserv Trust.

\*\* May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

Please review your address and contact information.  Let Fiserv ISS know when your information changes.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company.  Member FDIC.*

05876 5050558 011752 018926 00001/00002

031038030438

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,391,628.46 | 6,594,904.82 |
| | **Total Value of Brokerage Accounts** | **$6,594,904.82** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 164.37 | 164.37 |
| | **Total Value of Cash** | | **$164.37** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 1,552.1033 | 33 | 1,313,751.67 | 105,898.46 |
| | | | **Total Value of Non-Standard Assets** | | **$105,898.46** |
| | | | **TOTAL ACCOUNT VALUE** | | **$6,700,967.65** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 07/01/2007) | | | | $164.37 |
| 07/24/2007 | VALUATION ADJUSTMENT | AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A (As of 06/30/2007) | -18.9342 | |
| 08/13/2007 | FEE COLLECTION | | | -83.00 |





031038030438

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 09/07/2007 | FEE REIMBURSEMENT | | | 83.00 |
| 09/28/2007 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 203,276.3600 | |
| **Ending Cash Balance**  (as of 09/30/2007) | | | | **$164.37** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company.  Member FDIC.*

05876 5050558 011753 018928 00002/00002

**CONFIDENTIAL**

**FISERV-MILLER-00086**

031038030438

# A  GUIDE  TO  UNDERSTANDING  YOUR  STATEMENT  OF  ACCOUNT

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

<u>NOTE</u>: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IA-3449 8/06]



**View Your Account Online!**
www.fiserviss-iaservices.com



Member FDIC. © 2006

**Traditional IRA**
**October 1, 2007 - December 31, 2007**

Page 1 of 4

>05809 5153983 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER    **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,708,745.42 |
| *Cash | $60,371.19 |
| Non-Standard Assets | $1,074,909.71 |
| **Total Account Value** | **$7,844,026.32** |

Prior Period
| | |
|---|---|
| Total Account Value | $7,656,173.65 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| Rollovers | |
|---|---|
| Current Tax Year | $0.00 |

| Contributions | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

| Employer Contributions | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

| Distributions | |
|---|---|
| **Current Tax Year (2007) | $100,000.00 |
| Current Tax Year Withholding (2007) | $0.00 |
| **Prior Tax Year (2006) | $50,000.00 |
| Prior Tax Year Withholding (2006) | $0.00 |

\* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust. No other investments are FDIC insured through Fiserv Trust.

\*\* May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are 70½ or older: According to IRS regulations, you are subject to required minimum distributions (RMDs) unless special exceptions apply. You must take a distribution of the required amount by December 31, 2008. We will report to the IRS that you are subject to RMDs. If you would like us to calculate the amount of your RMD or if you have questions, please contact us.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company. Member FDIC*

05809 5153983 011618 018657 00001/00002

**CONFIDENTIAL**                                    **FISERV-MILLER-00088**

031038030438

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,594,904.82 | 6,708,745.42 |
| **Total Value of Brokerage Accounts** | | **$6,708,745.42** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | 0.34% | 164.37 | 60,371.19 |
| **Total Value of Cash** | | | **$60,371.19** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 15,754.4403 | 33 | 1,061,104.46 | 1,074,909.71 |
| **Total Value of Non-Standard Assets** | | | | | **$1,074,909.71** |
| **TOTAL ACCOUNT VALUE** | | | | | **$7,844,026.32** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 10/01/2007) | | | | $164.37 |
| 12/18/2007 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 12/17/2007) | -60,000.0000 | |
| 12/18/2007 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 12/17/2007) | | 60,000.00 |




031038030438

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 12/20/2007 | FEE REIMBURSEMENT | | | 200.00 |
| 12/31/2007 | INTEREST | | | 6.82 |
| 12/31/2007 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 173,840.6000 | |
| **Ending Cash Balance**  (as of 12/31/2007) | | | | **$60,371.19** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company.  Member FDIC*

05809 5153983 011619 018659 00002/00002

**CONFIDENTIAL**          **FISERV-MILLER-00090**

031038030438

# A  GUIDE  TO  UNDERSTANDING  YOUR
# STATEMENT  OF  ACCOUNT

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

NOTE: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IA-3449 8/06]



**View Your Account Online!**
www.fiserviss-iaservices.com



## Corrected Statement

### Traditional IRA
### July 1, 2007 - September 30, 2007

Page 1 of 4

WEB

STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER          **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

| Current Period | |
|---|---|
| Brokerage Accounts | $6,594,904.82 |
| *Cash | $164.37 |
| Non-Standard Assets | $1,061,104.46 |
| **Total Account Value** | **$7,656,173.65** |

| Prior Period | |
|---|---|
| Total Account Value | $7,705,544.50 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| Rollovers | |
|---|---|
| Current Tax Year | $0.00 |

| Contributions | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

| Employer Contributions | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

| Distributions | |
|---|---|
| **Current Tax Year (2007) | $100,000.00 |
| Current Tax Year Withholding (2007) | $0.00 |
| **Prior Tax Year (2006) | $50,000.00 |
| Prior Tax Year Withholding (2006) | $0.00 |

\* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust.  No other investments are FDIC insured through Fiserv Trust.

\*\* May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

Please review your address and contact information.  Let Fiserv ISS know when your information changes.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company.  Member FDIC.*

00001 5092200 000079 000146 00077/00103

031038030438

WEB

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,391,628.46 | 6,594,904.82 |
| **Total Value of Brokerage Accounts** | | **$6,594,904.82** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 164.37 | 164.37 |
| **Total Value of Cash** | | | **$164.37** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 15,552.1033 | 33 | 1,313,751.67 | 1,061,104.46 |
| **Total Value of Non-Standard Assets** | | | | | **$1,061,104.46** |
| **TOTAL ACCOUNT VALUE** | | | | | **$7,656,173.65** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 07/01/2007) | | | | $164.37 |
| 07/24/2007 | VALUATION ADJUSTMENT | AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A  (As of 06/30/2007) | -18.9342 | |
| 08/13/2007 | FEE COLLECTION | | | -83.00 |

 

Member FDIC. © 2006

031038030438

Page 3 of 4

WEB

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 09/07/2007 | FEE REIMBURSEMENT | | | 83.00 |
| 09/28/2007 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 203,276.3600 | |

**Ending Cash Balance**  (as of 09/30/2007) | | | | **$164.37**

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company.  Member FDIC.*

00001 5092200 000080 000148 00078/00103

**CONFIDENTIAL**                    **FISERV-MILLER-00094**

031038030438

WEB

# A GUIDE TO UNDERSTANDING YOUR STATEMENT OF ACCOUNT

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: non-standard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

  - 12 – Market Maker
  - 31 – Principal/Loan Value Outstanding
  - 32 – Original Purchase Cost
  - 33 – Investment Sponsor Reported Value
  - 34 – Plan Administrator Reported Value
  - 35 – Secondary Market Value
  - 36 – Third Party Appraisal
  - 37 – Bankruptcy/Receivership
  - 38 – No Updated Value or Response for Two or More Years
  - 39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

NOTE: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IA-3449 8/06]