View Your Account Online!
www.fiserviss-iaservices.com

**Traditional IRA**
**January 1, 2008 - March 31, 2008**

>08376 5281861 002 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:**  STANLEY T. MILLER          **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts      $6,583,757.53
  *Cash      $296.81
  Non-Standard Assets      $1,112,511.15
  **Total Account Value**      **$7,696,565.49**

Prior Period
Total Account Value      $7,844,026.32

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year      $0.00

Contributions
  Current Tax Year (2008)      $0.00
  Prior Tax Year (2007)      $0.00

Employer Contributions
  Current Tax Year (2008)      $0.00
  Prior Tax Year (2007)      $0.00

Distributions
  **Current Tax Year (2008)      $240,000.00
  Current Tax Year Withholding (2008)      $0.00
  **Prior Tax Year (2007)      $100,000.00
  Prior Tax Year Withholding (2007)      $0.00

\* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

\*\* May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

Keeping Fiserv ISS up to date when your address or contact information changes helps to safeguard your account privacy. Please let us know if your contact information has changed.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

08376 5281861 019581 029754 00001/00003

**CONFIDENTIAL**                    **FISERV-MILLER-00096**

031038030438

## ACCOUNT INVESTMENTS

> Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,708,745.42 | 6,583,757.53 |
| | **Total Value of Brokerage Accounts** | **$6,583,757.53** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| SAVINGS ACCOUNT | 0.26% | 60,371.19 | 296.81 |
| | **Total Value of Cash** | | **$296.81** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 16,305.5468 | 33 | 1,074,909.71 | 1,112,511.15 |
| | | | **Total Value of Non-Standard Assets** | | **$1,112,511.15** |
| | | | **TOTAL ACCOUNT VALUE** | | **$7,696,565.49** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 01/01/2008) | | | | $60,371.19 |
| 01/02/2008 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2008 | | -60,000.00 |
| 01/08/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 01/07/2008) | -60,000.0000 | |

031038030438

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 01/08/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 01/07/2008) | | 60,000.00 |
| 01/08/2008 | WIRE FEE | | | -25.00 |
| 01/08/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |
| 01/21/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 01/16/2008) | -60,000.0000 | |
| 01/21/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 01/16/2008) | | 60,000.00 |
| 01/23/2008 | SAME DAY DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |
| 01/23/2008 | WIRE FEE | | | -25.00 |
| 01/31/2008 | INTEREST | | | 0.62 |
| 02/19/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 02/13/2008) | -60,000.0000 | |
| 02/19/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 02/13/2008) | | 60,000.00 |
| 02/19/2008 | WIRE FEE | | | -25.00 |
| 02/19/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |
| 03/31/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 55,012.1100 | |
| **Ending Cash Balance** (as of 03/31/2008) | | | | **$296.81** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

08376 5281861 019582 029756 00002/00003

**CONFIDENTIAL**

**FISERV-MILLER-00098**

**FISERV.** | **Investment Support Services**

031038030438

A Guide to Understanding Your Statement of Account

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  - 12 – Market Maker
  - 31 – Principal/Loan Value Outstanding
  - 32 – Original Purchase Cost
  - 33 – Investment Sponsor Reported Value
  - 34 – Plan Administrator Reported Value
  - 35 – Secondary Market Value
  - 36 – Third Party Appraisal
  - 37 – Bankruptcy/Receivership
  - 38 – No Updated Value or Response for Two or More Years
  - 39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IQP-5169  12/07]

PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

# Traditional IRA Fee Invoice

Page 1 of 1

**FEE INVOICE FOR PERIOD: 08/01/2007 - 03/31/2008 -- ACCOUNT NUMBER: 031038030438**

ILLIQUID ASSET MAINTENANCE FEE
1 @ $25.00                                                                                        $16.67

**TOTAL FEES DUE**                                                                                **$16.67**

## IMPORTANT ACCOUNT INFORMATION

**Fees may be automatically deducted from your account, if cash is available.** You may confirm if fees have been deducted by viewing your account online at www.fiserviss-iaservices.com.  If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account may be subject to a late fee if fees remain unpaid 60 days from the invoice date.

08376 5281861 019583 029758 00003/00003

### *Please Return This Stub With Your Check Made Payable To: Trust Industrial Bank*

Invoice Date: 04/12/2008

Account Number: 031038030438

Total Fees Due: $16.67

031038030438100000000016670

STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**CONFIDENTIAL**                                                        **FISERV-MILLER-00100**

View Your Account Online!
www.fiserviss-iaservices.com

# Traditional IRA
## April 1, 2008 - June 30, 2008

>03759 5408468 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER    **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,622,173.41 |
| *Cash | $274.47 |
| Non-Standard Assets | $1,123,040.85 |
| **Total Account Value** | **$7,745,488.73** |

Prior Period
| | |
|---|---|
| Total Account Value | $7,696,565.49 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |

Employer Contributions
| | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year (2008) | $560,000.00 |
| Current Tax Year Withholding (2008) | $0.00 |
| **Prior Tax Year (2007) | $100,000.00 |
| Prior Tax Year Withholding (2007) | $0.00 |

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

Make sure you are receiving all of your important correspondence about your retirement account. Notify Fiserv ISS when your mailing address and contact information changes.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

CONFIDENTIAL    **FISERV-MILLER-00101**

031038030438

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
|---|

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,583,757.53 | 6,622,173.41 |
| | **Total Value of Brokerage Accounts** | **$6,622,173.41** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| SAVINGS ACCOUNT | N/A | 296.81 | 274.47 |
| | **Total Value of Cash** | | **$274.47** |

### NON-STANDARD ASSETS

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 16,459.8756 | 33 | 1,112,511.15 | 1,123,040.85 |
| | | | **Total Value of Non-Standard Assets** | | **$1,123,040.85** |
| | | | **TOTAL ACCOUNT VALUE** | | **$7,745,488.73** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 04/01/2008) | | | | $296.81 |
| 04/08/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE  (As of 04/03/2008) | -100,000.0000 | |
| 04/08/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE  (As of 04/03/2008) | | 100,000.00 |
| 04/08/2008 | WIRE FEE | | | -25.00 |

031038030438

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 04/08/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -100,000.00 |
| 04/17/2008 | FEE COLLECTION | | | -16.67 |
| 04/24/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 04/21/2008) | -60,000.0000 | |
| 04/24/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 04/21/2008) | | 60,000.00 |
| 04/24/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |
| 05/16/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 05/13/2008) | -60,000.0000 | |
| 05/16/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 05/13/2008) | | 60,000.00 |
| 05/16/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |
| 06/16/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 06/13/2008) | -100,000.0000 | |
| 06/16/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 06/13/2008) | | 100,000.00 |
| 06/17/2008 | SAME DAY DISTRIBUTION | For Tax Year 2008 | | -100,000.00 |
| 06/19/2008 | TRANSFER OF CASH IN | 2007 ADMIN FEE ADJUSTMENT RE: FEE CONVERSION | | 19.33 |
| 06/30/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 358,415.8800 | |

**Ending Cash Balance**  (as of 06/30/2008)      **$274.47**

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

03759 5408468 011277 016329 00002/00003

**CONFIDENTIAL**

FISERV-MILLER-00103

031038030438

A Guide to Understanding Your Statement of Account                    Page 4 of 4

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IQP-5169  12/07]

PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

# Traditional IRA Fee Invoice

Page 1 of 1

**FEE INVOICE FOR PERIOD: 04/01/2008 - 06/30/2008 -- ACCOUNT NUMBER: 031038030438**

| | |
|---|---:|
| ADMINISTRATION FEE | $15.00 |
| PARTIAL DISTRIBUTION-WIRE<br>4 @ $25.00 | $100.00 |
| TRANSACTION FEE - TYPE 2<br>4 @ $15.00 | $60.00 |
| MAINTENANCE FEE - TYPE 2<br>1 @ $24.00 /4 | $6.00 |
| MAINTENANCE FEE - TYPE 3<br>1 @ $50.00 /4 | $12.50 |
| **TOTAL FEES DUE** | **$193.50** |

## IMPORTANT ACCOUNT INFORMATION

**Fees will be automatically deducted from your account, if cash is available.** You may confirm if fees have been deducted by viewing your account online at www.fiserviss-iaservices.com.  If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $10 late fee if fees remain unpaid 60 days from the invoice date.

03759 5408468 011278 016331 00003/00003

*Please Return This Stub With Your Check Made Payable To:  Trust Industrial Bank*

Invoice Date: 07/12/2008

Account Number: 031038030438

Total Fees Due: $193.50

031038030438100000000193504

STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**CONFIDENTIAL**                                             **FISERV-MILLER-00105**

www.fiserv-services.com
Your Account Number

**Traditional IRA**                                              Page 1 of 4
**October 1, 2008 - December 31, 2008**

>03881 5666970 001 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER                    **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**              **CONTRIBUTION AND DISTRIBUTION SUMMARY**

Current Period                          Rollovers
  Brokerage Accounts    $6,379,607.56     Current Tax Year                  $0.00
  *Cash                     $257.47
  Non-Standard Assets    $951,539.88     Contributions
**Total Account Value**  **$7,331,404.91**  Current Tax Year (2008)           $0.00
                                          Prior Tax Year (2007)             $0.00
Prior Period
Total Account Value      $7,590,799.99   Employer Contributions
                                          Current Tax Year (2008)           $0.00
                                          Prior Tax Year (2007)             $0.00

                                        Distributions
                                          **Current Tax Year (2008)       $900,000.00
                                          Current Tax Year Withholding (2008)  $0.00
                                          **Prior Tax Year (2007)         $100,000.00
                                          Prior Tax Year Withholding (2007)    $0.00

 * FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.
   No other investments are FDIC insured through this institution.

 ** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

03881 5666970 007762 012738 00001/00002

**CONFIDENTIAL**                                        **FISERV-MILLER-00106**

031038030438

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,499,607.56 | 6,379,607.56 |
| **Total Value of Brokerage Accounts** | | **$6,379,607.56** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| SAVINGS ACCOUNT | N/A | 80.97 | 257.47 |
| **Total Value of Cash** | | | **$257.47** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 13,946.2674 | 33 | 1,091,111.46 | 951,539.88 |
| **Total Value of Non-Standard Assets** | | | | | **$951,539.88** |
| **TOTAL ACCOUNT VALUE** | | | | | **$7,331,404.91** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 10/01/2008) | | | | $80.97 |
| 10/08/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -60,000.0000 | |
| 10/08/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 60,000.00 |

031038030438

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 10/08/2008 | IRA DISTRIBUTION | | | -60,000.00 |
| | | For Tax Year 2008 | | |
| 10/10/2008 | FEE COLLECTION | | | -80.97 |
| 11/05/2008 | FEE PAYMENT | CHK#007410 $300.00 | | |
| 11/05/2008 | FEE REIMBURSEMENT | | | 257.47 |
| 11/10/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -60,000.0000 | |
| 11/10/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 60,000.00 |
| 11/10/2008 | IRA DISTRIBUTION | | | -60,000.00 |
| | | For Tax Year 2008 | | |
| **Ending Cash Balance** (as of 12/31/2008) | | | | **$257.47** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

03881 5666970 007763 012740 00002/00002

**CONFIDENTIAL**                    **FISERV-MILLER-00108**

031038030438

A Guide to Understanding Your Statement of Account                    Page 4 of 4

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IQP-5169  12/07]

View Your Account Online!
www.fiserviss-iaservices.com

**Traditional IRA**                                    Page 1 of 4
**July 1, 2008 - September 30, 2008**

>05757 5514109 002 008145
STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480

**Account Name:** STANLEY T. MILLER          **Contact:** CLIENT CONNECTION
**Account Number:** 031038030438

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,499,607.56 |
| *Cash | $80.97 |
| Non-Standard Assets | $1,091,111.46 |
| **Total Account Value** | **$7,590,799.99** |

Prior Period
| | |
|---|---|
| Total Account Value | $7,745,488.73 |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

| Rollovers | |
|---|---|
| Current Tax Year | $0.00 |

| Contributions | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |

| Employer Contributions | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |

| Distributions | |
|---|---|
| **Current Tax Year (2008) | $780,000.00 |
| Current Tax Year Withholding (2008) | $0.00 |
| **Prior Tax Year (2007) | $100,000.00 |
| Prior Tax Year Withholding (2007) | $0.00 |

\* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

\*\* May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

Federal wire instructions for Book-entry Government Securities (including GNMA pool deliveries) have changed for Fiserv ISS, effective September 15, 2008. For information about the new settlement instructions, contact your Customer Service Team at 800-962-4238.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

05757 5514109 015200 022365 00001/00003

**CONFIDENTIAL**                                    **FISERV-MILLER-00110**

031038030438

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
| --- |

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
| --- | --- | --- |
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,622,173.41 | 6,499,607.56 |
| **Total Value of Brokerage Accounts** | | **$6,499,607.56** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
| --- | --- | --- | --- |
| SAVINGS ACCOUNT | N/A | 274.47 | 80.97 |
| **Total Value of Cash** | | | **$80.97** |

**NON-STANDARD ASSETS**

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
| --- | --- | --- | --- | --- | --- |
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 15,991.9017 | 33 | 1,123,040.85 | 1,091,111.46 |
| **Total Value of Non-Standard Assets** | | | | | **$1,091,111.46** |
| **TOTAL ACCOUNT VALUE** | | | | | **$7,590,799.99** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
| --- | --- | --- | --- | --- |
| **Beginning Cash Balance**  (as of 07/01/2008) | | | | $274.47 |
| 07/08/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE  (As of 07/02/2008) | -60,000.0000 | |
| 07/08/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE  (As of 07/02/2008) | | 60,000.00 |

**CONFIDENTIAL**                                    **FISERV-MILLER-00111**

031038030438

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 07/08/2008 | IRA DISTRIBUTION | | | -60,000.00 |
| | | For Tax Year  2008 | | |
| 07/14/2008 | FEE COLLECTION | | | -193.50 |
| 08/07/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -100,000.0000 | |
| 08/07/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 100,000.00 |
| 08/07/2008 | IRA DISTRIBUTION | | | -100,000.00 |
| | | For Tax Year  2008 | | |
| 09/09/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -60,000.0000 | |
| 09/09/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 60,000.00 |
| 09/10/2008 | IRA DISTRIBUTION | | | -60,000.00 |
| | | For Tax Year  2008 | | |
| 09/30/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 97,434.1500 | |

**Ending Cash Balance**  (as of 09/30/2008)          **$80.97**

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

05757 5514109 015201 022367 00002/00003

**CONFIDENTIAL**                                              **FISERV-MILLER-00112**

031038030438

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IQP-5169  12/07]

CONFIDENTIAL                                                    FISERV-MILLER-00113

PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

**Traditional IRA Fee Invoice**

Page 1 of 1

**FEE INVOICE FOR PERIOD: 07/01/2008 - 09/30/2008 -- ACCOUNT NUMBER: 031038030438**

| | |
|---|---|
| ADMINISTRATION FEE | $15.00 |
| PARTIAL DISTRIBUTION-WIRE<br>1 @ $25.00 | $25.00 |
| PARTIAL DISTRIBUTION-NACHA<br>2 @ $10.00 | $20.00 |
| TRANSACTION FEE - TYPE 2<br>3 @ $15.00 | $45.00 |
| MAINTENANCE FEE - TYPE 2<br>1 @ $24.00 /4 | $6.00 |
| MAINTENANCE FEE - TYPE 3<br>1 @ $50.00 /4 | $12.50 |
| **TOTAL FEES DUE** | **$123.50** |

**IMPORTANT ACCOUNT INFORMATION**

**Fees will be automatically deducted from your account, if cash is available.** You may confirm if fees have been deducted by viewing your account online at www.fiserviss-iaservices.com.  If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $10 late fee if fees remain unpaid 60 days from the invoice date.

05757 5514109 015202 022369 00003/00003

***Please Return This Stub With Your Check Made Payable To:  Trust Industrial Bank***

**Invoice Date:** 10/10/2008

**Account Number:** 031038030438

**Total Fees Due:** $123.50

031038030438100000000123509

STANLEY T. MILLER
3170 SOUTH OCEAN BLVD APT 7-6 SOUTH
PALM BEACH FL 33480