CITCO (Canada)    7/16/2007 9:53 AM    PAGE    1/001    Fax Server

# CITCO
*Citco Fund Services
(Cayman Islands) Ltd.*

Duplicate Copy to: Account Contact
FISERV ISS & CO
717 17TH STREET
SUITE 1700
DENVER CO 80202 3331
USA

Date           : Jul-13-2007
Valuation date : Jun-30-2007
Fund Id
Holder Id      REDACTED
Account Id
Currency       : US DOLLAR

FISERV ISS & CO
Account: STANLEY T MILLER IRA FISERV

FAX Number     : 1 303 294 5934

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

|  |  | Net Asset Value |
|---|---|---|
| Opening Price | May-31-2007 | 15,072.3203 |
| Closing Price | Jun-30-2007 | 15,249.2714 |

### ACCOUNT VALUE

|  |  | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | May-31-2007 | 68.2290 | 15,072.3203 | 1,028,369.34 |
| Add: Additions |  | 0.0000 |  | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 |  | 0.00 |
| Closing Market Value of Account | Jun-30-2007 | 68.2290 | 15,249.2714 | 1,040,442.54 |
| Increase or decrease in market value due to change in the price in the period |  |  |  | 12,073.20 |
| Net Return: |  |  |  | 1.174% |

For more information or any inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700 Fax: 1.416.966.0925 E-mail: lrtor@citco.com

Page 1 of 1

# CITCO
### Citco Fund Services
### (Cayman Islands) Ltd.

**Duplicate Copy to: Account Contact**
**ASSET ADMINISTRATION TEAM**

Date           : Jun-25-2008
Valuation date : May-31-2008
Fund Id        :
Holder Id      :    REDACTED
Account Id     :
Currency       : US DOLLAR

**ASSET ADMINISTRATION TEAM**
**Account: STANLEY T MILLER IRA FISERV**

FAX Number    : 1 720 920 4722

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

|  |  | Net Asset Value |
|---|---|---|
| Opening Price | Apr-30-2008 | 16,219.3028 |
| Closing Price | May-31-2008 | 16,459.8756 |

### ACCOUNT VALUE

|  |  | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | Apr-30-2008 | 68.2290 | 16,219.3028 | 1,106,626.81 |
| Add: Additions |  | 0.0000 |  | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 |  | 0.00 |
| Closing Market Value of Account | May-31-2008 | 68.2290 | 16,459.8756 | 1,123,040.85 |
| Increase or decrease in market value due to change in the price in the period |  |  |  | 16,414.04 |
| Net Return: |  |  |  | 1.483% |

For more information or any inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700 Fax: 1.416.966.0925 E-mail: lrtor@citco.com

Page 1 of 1

CONFIDENTIAL                                                            FISERV-MILLER-00131

CITCO (Canada)         3/28/2008 10:56 AM    PAGE    1/001    Fax Server

# CITCO
*Citco Fund Services (Cayman Islands) Ltd.*

Duplicate Copy to: Account Contact
ASSET ADMINISTRATION TEAM

Date          : Mar-20-2008
Valuation date : Feb-29-2008
Fund Id       :
Holder Id     : REDACTED
Account Id    :
Currency      : US DOLLAR

ASSET ADMINISTRATION TEAM
Account: STANLEY T MILLER IRA FISERV

FAX Number    : 1 720 920 4722

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

|  |  | Net Asset Value |
|---|---|---|
| Opening Price | Jan-31-2008 | 16,198.0866 |
| Closing Price | Feb-29-2008 | 16,305.5468 |

### ACCOUNT VALUE

|  |  | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | Jan-31-2008 | 68.2290 | 16,198.0866 | 1,105,179.25 |
| Add: Additions |  | 0.0000 |  | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 |  | 0.00 |
| Closing Market Value of Account | Feb-29-2008 | 68.2290 | 16,305.5468 | 1,112,511.15 |
| Increase or decrease in market value due to change in the price in the period |  |  |  | 7,331.90 |
| Net Return: |  |  |  | 0.663% |

For more information or any inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700 Fax: 1.416.966.0925 E-mail: lrtor@citco.com

Page 1 of 1

CONFIDENTIAL                                    FISERV-MILLER-00127

CITCO (Canada)    12/18/2007 12:39 PM    PAGE    1/001    Fax Server

# CITCO
*Citco Fund Services*
*(Cayman Islands) Ltd.*

Duplicate Copy to: Account Contact:
ASSET ADMINISTRATION TEAM

Date            : Dec-17-2007
Valuation date  : Nov-30-2007
Fund Id         :
Holder Id       : REDACTED
Account Id      :
Currency        : US DOLLAR

ASSET ADMINISTRATION TEAM
Account: STANLEY T MILLER IRA FISERV

FAX Number      : 1 720 920 4722

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

|  |  | Net Asset Value |
|---|---|---|
| Opening Price | Oct-31-2007 | 16,253.2786 |
| Closing Price | Nov-30-2007 | 16,322.6185 |

### ACCOUNT VALUE

|  |  | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | Oct-31-2007 | 68.2290 | 16,253.2786 | 1,108,944.95 |
| Add: Additions |  | 0.0000 |  | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 |  | 0.00 |
| Closing Market Value of Account | Nov-30-2007 | 68.2290 | 16,322.6185 | 1,113,675.94 |
| Increase or decrease in market value due to change in the price in the period |  |  |  | 4,730.99 |
| Net Return: |  |  |  | 0.427% |

For more Information or any Inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700  Fax: 1.416.966.0925  E-mail: lrtor@citco.com

Page 1 of 1

CONFIDENTIAL                                   FISERV-MILLER-00124

CITCO (Canada)          9/21/2007 9:23 AM    PAGE    1/001    Fax Server

# CITCO
### Citco Fund Services
### (Cayman Islands) Ltd.

Duplicate Copy to: Account Contact
**FISERV ISS & CO**
**717 17TH STREET**
**SUITE 1700**
**DENVER CO 80202 3331**
**USA**

Date          : Sep-18-2007
Valuation date : Aug-31-2007
Fund Id       :
Holder Id     : REDACTED
Account Id    :
Currency      : US DOLLAR

FISERV ISS & CO
Account: STANLEY T MILLER IRA FISERV

FAX Number    : 1 303 294 5934

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

| | Net Asset Value |
|---|---|
| Opening Price Jul-31-2007 | 15,574.3486 |
| Closing Price Aug-31-2007 | 15,552.1033 |

### ACCOUNT VALUE

| | | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | Jul-31-2007 | 68.2290 | 15,574.3486 | 1,062,622.23 |
| Add: Additions | | 0.0000 | | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 | | 0.00 |
| Closing Market Value of Account | Aug-31-2007 | 68.2290 | 15,552.1033 | 1,061,104.46 |
| Increase or decrease in market value due to change in the price in the period | | | | -1,517.77 |
| Net Return: | | | | -0.143% |

For more information or any inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700 Fax: 1.416.966.0925 E-mail: lrtor@citco.com

Page 1 of 1

CITCO (Canada)         8/15/2007 3:24 PM    PAGE    2/002    Fax Server

# CITCO
*Citco Fund Services*
*(Cayman Islands) Ltd.*

Duplicate Copy to: Account Contact
FISERV ISS & CO
717 17TH STREET
SUITE 1700
DENVER CO 80202 3331
USA

Date           : Aug-15-2007
Valuation date : Jul-31-2007
Fund Id
Holder Id      REDACTED
Account Id
Currency       : US DOLLAR

FAX Number     : 1 303 294 5934

FISERV ISS & CO
Account: STANLEY T MILLER IRA FISERV

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

|  |  | Net Asset Value |
|---|---|---|
| Opening Price | Jun-30-2007 | 15,249.2714 |
| Closing Price | Jul-31-2007 | 15,574.3486 |

### ACCOUNT VALUE

|  |  | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | Jun-30-2007 | 68.2290 | 15,249.2714 | 1,040,442.54 |
| Add: Additions |  | 0.0000 |  | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 |  | 0.00 |
| Closing Market Value of Account | Jul-31-2007 | 68.2290 | 15,574.3486 | 1,062,622.23 |
| Increase or decrease in market value due to change in the price in the period |  |  |  | 22,179.69 |
| Net Return: |  |  |  | 2.132% |

For more Information or any Inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700 Fax: 1.416.966.0925 E-mail: irtor@citco.com

Page 1 of 1

CONFIDENTIAL                                          FISERV-MILLER-00121

CITCO (Canada)          7/16/2007 9:53 AM   PAGE   1/001   Fax Server

# CITCO
*Citco Fund Services (Cayman Islands) Ltd.*

Duplicate Copy to: Account Contact
FISERV ISS & CO
717 17TH STREET
SUITE 1700
DENVER CO 80202 3331
USA

Date            : Jul-13-2007
Valuation date  : Jun-30-2007
Fund Id         :
Holder Id       :
Account Id      : REDACTED
Currency        : US DOLLAR

FISERV ISS & CO
Account: STANLEY T MILLER IRA FISERV

FAX Number : 1 303 294 5934

## AUSTIN CAPITAL SAFE HARBOR OFFSHORE FUND LTD CLASS A

### FUND NET ASSET VALUES

| | | Net Asset Value |
|---|---|---|
| Opening Price | May-31-2007 | 15,072.3203 |
| Closing Price | Jun-30-2007 | 15,249.2714 |

### ACCOUNT VALUE

| | | Shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | May-31-2007 | 68.2290 | 15,072.3203 | 1,028,369.34 |
| Add: Additions | | 0.0000 | | 0.00 |
| Less: Subtractions | No transactions in period | 0.0000 | | 0.00 |
| Closing Market Value of Account | Jun-30-2007 | 68.2290 | 15,249.2714 | 1,040,442.54 |
| Increase or decrease in market value due to change in the price in the period | | | | 12,073.20 |
| Net Return: | | | | 1.174% |

For more information or any inquiries, please contact the Sub-Administrator, Citco (Canada) Inc.
Tel: 1.416.969.6700  Fax: 1.416.966.0925  E-mail: irtor@citco.com

Page 1 of 1

CONFIDENTIAL                                    FISERV-MILLER-00120