RECORDED PHONE CALL LOG

DATE: 12/14/00

EXTENSION: 3338

RMP

| MILITARY TIME | PLAN/PART # | NON-FTC ACCOUNT | NAME OF CALLER/FIRM | NATURE OF CALL |
|---|---|---|---|---|
| | | | REDACTED | |
| 106 09 | | 011068020001 | Maria - Stanley Miller | dist |
| | | | REDACTED | |

CONFIDENTIAL

FISERV-MILLER-00744

# RECORDED PHONE CALL LOG

Name: Carlos Matutes
Date: 05.09.01
Extension: 3328

| Time | Account # | Phone Number | Caller's Name | Notes | Service Request Y/N | Callback Needed Y/N | AMS Notes Updated Y/N | Ref # of Callback |
|---|---|---|---|---|---|---|---|---|
| | REDACTED | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 815 | 106802 | 561. 361. 3592 | | Tracking # for | | | | |
| | REDACTED | | | | | | | |

CONFIDENTIAL
FISERV-MILLER-00747
GS02-030 FTC-2530 10/00

# RECORDED PHONE CALL LOG

Name: Marlena A. Hayules(?)

Date: January 4, 2005

Extension: 3368

| Time | Account # | Phone Number | Caller's Name | Notes | Service Request Y/N | Callback Needed Y/N | AMS Notes Updated Y/N | Ref # of Callback |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | REDACTED | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 13) | 031038030438 | | Stanley Melanie | M - 6,132,510.27 | | | | |
| | | | a | 6,132,651.32 | | | | |
| | | | | $26,7?0 37 | | | | |

CONFIDENTIAL

FISERV-MILLER-00462

GS02-030   FTC-2530 10/00

REDACTED

# RECORDED PHONE CALL LOG

Name: Lynn

Date: 1/24/05

Extension: 3176

| Time | Account # | Phone Number | Caller's Name | Notes | Service Request Y/N | Callback Needed Y/N | AMS Notes Updated Y/N | Ref # of Callback |
|---|---|---|---|---|---|---|---|---|
| | REDACTED | | | | | | | |
| 7:13 | 03103803 0438 | | Stanley Miller | T/O status. | | | | |
| | REDACTED | | | | | | | |

CONFIDENTIAL

FISERV-MILLER-00261

GS02-030   FTC-2530 10/00

# RECORDED PHONE CALL LOG

Name: Lynn

Date: 1/26/05

Extension: 3176

| Time | Account # | Phone Number | Caller's Name | Notes | Service Request Y/N | Callback Needed Y/N | AMS Notes Updated Y/N | Ref # of Callback |
|---|---|---|---|---|---|---|---|---|
| | REDACTED | | | | | | | |
| 8:01 | 03103803 0438 | | Mandy @ M.L. | T/O status. | | | | |
| | REDACTED | | | | | | | |

CONFIDENTIAL

FISERV-MILLER-00258

GS02-030   FTC-2530 10/00

# RECORDED PHONE CALL LOG

Name: Lynn

Date: 1/25/05

Extension: 3176

| Time | Account # | Phone Number | Caller's Name | Notes | Service Request Y/N | Callback Needed Y/N | AMS Notes Updated Y/N | Ref # of Callback |
|---|---|---|---|---|---|---|---|---|
| | REDACTED | | | | | | | |
| 9:08 | 03103803 0438 | | Stanley Miller | T/O Status. | | | | |
| | REDACTED | | | | | | | |

CONFIDENTIAL

FISERV-MILLER-00257

GS02-030    FTC-2530 10/00

# RECORDED PHONE CALL LOG

Name: beth

Date: Feb 14 2005

Extension: 3113

| Time | Account # | Phone Number | Caller's Name | Notes | Service Request Y/N | Callback Needed Y/N | AMS Notes Updated Y/N | Ref # of Callback |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

REDACTED

| | 803 0310380 30458 | | | der abc | | | | |

REDACTED

CONFIDENTIAL
FISERV-MILLER-00256
2/17/05    10533-04-02-000
GS02-030    FTC-2530 10/00