1-ZR284-3
S. MILLER
$50,000 —

RAI Did not receive checked

Mailed on 2/13/04

I did a STOP payment &

reissued on 2/25/04

airbourne

AMF00115339