## Form 1099-R (Copy C) — 2001

**PAYER'S name, street address, city, state, and ZIP code:**
THE AFFINITY GROUP, INC.
RETIREMENT ACCOUNTS, INC.
717 17TH STREET SUITE 2600
DENVER, CO 80202
800-325-4352

**PAYER'S Federal identification number:** [redacted]
**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, street address, city, state, and ZIP code:**
MILLER, STANLEY T
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON, FL 33432

**Account number (optional):** [redacted]

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $600,000.00 |
| 2a | Taxable amount | $600,000.00 |
| 2b | Taxable amount not determined | X |
| 2b | Total distribution | |
| 3 | Capital gain (included in box 2a) | $0.00 |
| 4 | Federal income tax withheld | $0.00 |
| 5 | Employee contributions or insurance premiums | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | X |
| 8 | Other | $0.00 / % |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | $0.00 |
| 10 | State tax withheld | $0.00 |
| 11 | State/Payer's state no | FL/ |
| 12 | State distribution | $0.00 |
| 13 | Local tax withheld | $0.00 |
| 14 | Name of locality | |
| 15 | Local distribution | $0.00 |

OMB No. 1545-0119
Form 1099-R
BR8-RAI
**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
Copy C — For Recipient's Records. This information is being furnished to the Internal Revenue Service.
(keep for your records)
Department of the Treasury - Internal Revenue Service

---

## Form 1099-R (Copy B) — 2001

**PAYER'S name, street address, city, state, and ZIP code:**
THE AFFINITY GROUP, INC.
RETIREMENT ACCOUNTS, INC.
717 17TH STREET SUITE 2600
DENVER, CO 80202
800-325-4352

**PAYER'S Federal identification number:** [redacted]
**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, street address, city, state, and ZIP code:**
MILLER, STANLEY T
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON, FL 33432

**Account number (optional):** [redacted]

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $600,000.00 |
| 2a | Taxable amount | $600,000.00 |
| 2b | Taxable amount not determined | X |
| 3 | Capital gain (included in box 2a) | $0.00 |
| 4 | Federal income tax withheld | $0.00 |
| 5 | Employee contributions or insurance premiums | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | X |
| 8 | Other | $0.00 / % |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | $0.00 |
| 10 | State tax withheld | $0.00 |
| 11 | State/Payer's state no | FL/ |
| 12 | State distribution | $0.00 |
| 13 | Local tax withheld | $0.00 |
| 14 | Name of locality | |
| 15 | Local distribution | $0.00 |

Copy B — Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

---

## Form 1099-R (Copy 2) — 2001

**PAYER'S name, street address, city, state, and ZIP code:**
THE AFFINITY GROUP, INC.
RETIREMENT ACCOUNTS, INC.
717 17TH STREET SUITE 2600
DENVER, CO 80202
800-325-4352

**PAYER'S Federal identification number:** [redacted]
**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, street address, city, state, and ZIP code:**
MILLER, STANLEY T
800 SOUTH OCEAN BLVD. SUITE L4
BOCA RATON, FL 33432

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $600,000.00 |
| 2a | Taxable amount | $600,000.00 |
| 2b | Taxable amount not determined | X |
| 3 | Capital gain (included in box 2a) | $0.00 |
| 4 | Federal income tax withheld | $0.00 |
| 5 | Employee contributions or insurance premiums | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | X |
| 8 | Other | $0.00 / % |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | $0.00 |
| 10 | State tax withheld | $0.00 |
| 11 | State/Payer's state no | FL/ |
| 12 | State distribution | $0.00 |
| 13 | Local tax withheld | $0.00 |
| 14 | Name of locality | |
| 15 | Local distribution | $0.00 |

Copy 2 — File this copy with your state, city, or local income tax return, when required.
Department of the Treasury - Internal Revenue Service

| Save | Detail | Search | Adjustment | Print | Exit | Distributions Code 7 |

IRS Correction   IRS File Date: 9/29/2005    Print Correction   Print Date: 2/23/2009

| PAYER'S name, street address, city, state, ZIP code | 1 Gross distribution | OMB No 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| THE AFFINITY GROUP, INC<br>717 17TH STREET SUITE 2600<br>DENVER<br>CO 80202 | $200,000.00 | **2002** | |
| | 2a. Taxable amount | | |
| | $200,000.00 | **Form 1099-R** | |

| | 2b. Taxable amount not determined ☑  Total distribution ☐ | | Copy 2<br>File this copy with your state, city, or local income tax return, when required |
|---|---|---|---|
| | 3. Capital gain (included in box 2a)<br>$0.00 | 4. Federal income tax withheld<br>$0.00 | |
| PAYER'S Federal identification number / RECIPIENT'S identification number<br><br>**REDACTED** | 5. Employee contributions or insurance premiums<br><br>$0.00 | 6 Net unrealized appreciation in employer's securities<br><br>$0.00 | |

| RECIPIENT'S name, address, city, state and ZIP code | 7. Distribution code / IRA/SEP/SIMPLE | 8 Other | |
|---|---|---|---|
| MILLER, STANLEY T<br>800 SOUTH OCEAN BLVD. SUITE L4<br>BOCA RATON<br>FL 33432 | 7   ☑ | $0.00     % | |
| | 9a. Your percentage of total distribution   % | 9b. Total employee contributions<br>$0.00 | |
| | 10. State tax withheld<br>$0.00 | 11. State/Payer's state no | 12 State distribution<br>$0.00 |
| Account number(optional)<br>0310380304.38 | 13. Local tax withheld<br>$0.00 | 14 Name of locality | 15. Local distribution<br>$0.00 |

Mark Form Printed ☐    Mark Form Filed ☐    Depository Account Indicator ☐    Loss Indicator ☐    Revoked Earnings Indicator ☐    Puerto Rico Fund Contributions Indicator ☐

Return Address ID    Message ID    Transaction Code    Payment Month

https://ecomply.fasttax.com/ecomply2002/f1099R.asp?Hidden=YES&NextPage=f1099R....   11/25/2009

**CONFIDENTIAL**                                                                             **FISERV-MILLER-00138**

| Save | Detail | Search | Adjustment | Print | Exit | Distributions Code: 7 |

IRS Correction   IRS File Date: 9/15/2005        Print Correction   Print Date: 9/14/2005

| PAYER'S name, street address, city, state, ZIP code<br><br>THE AFFINITY GROUP<br>RETIREMENT ACCOUNTS INC<br>717 17TH STREET SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$250,000.00<br><br>2a Taxable amount<br>$250,000.00 | OMB No. 1545-0119<br><br>**2003**<br><br>**Form 1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2b. Taxable amount not determined ☑   Total distribution ☐ | | **Copy 2**<br><br>File this copy with your state, city, or local income tax return, when required |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$0.00 | 4. Federal income tax withheld<br>$0.00 | |
| **REDACTED** | | 5 Employee contributions or insurance premiums<br>$0.00 | 6. Net unrealized appreciation in employer's securities<br>$0.00 | |
| RECIPIENT'S name, address, city, state and ZIP code<br><br>MILLER, STANLEY T<br>333 SUNSET AVENUE APT 605<br>PALM BEACH, FL 33480 | | 7 Distribution code   IRA/SEP/SIMPLE<br>7                    ☑ | 8. Other<br>$0.00                    % | |
| | | 9a. Your percentage of total distribution   % | 9b. Total employee contributions<br>$0.00 | |
| Account number(optional)<br>031038030438<br>(308329193110083) | | 10. State tax withheld<br>$0.00 | 11. State/Payer's state no. | 12. State distribution<br>$0.00 |
| | | 13. Local tax withheld<br>$0.00 | 14. Name of locality | 15. Local distribution<br>$0.00 |

Mark Form Printed   Mark Form Filed   Depository Account Indicator   Loss Indicator   Revoked Earnings Indicator   Puerto Rico Fund Contributions Indicator
☐                    ☐                 ☐                              ☐               ☐                            ☐

Return Address ID              Message ID              Transaction Code              Payment Month.

## Form 1099-R — Copy B (2004)

| Field | Value |
|---|---|
| PAYER'S name, address | FISERV AFFINITY INC, 717 17TH STREET SUITE 2600, DENVER, CO 80202 |
| 1 Gross distribution | $449,977.26 |
| 2a Taxable amount | $449,977.26 |
| 2b Taxable amount not determined | X |
| 2b Total distribution | |
| OMB No. | 1545-0119 |
| Form | 1099-R (2004) |
| PAYER'S Federal identification number / RECIPIENT'S identification number | REDACTED |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | |
| RECIPIENT'S name, address | MILLER, STANLEY T, 333 SUNSET AVENUE APT 605, PALM BEACH, FL 33480 |
| 5 Employee contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| Account number (optional) | 031038030438 |
| 10 State tax withheld | |
| 11 State/Payer's state no. | FL / |
| 12 State distribution | |
| 13 Local tax withheld | |
| 14 Name of locality | |
| 15 Local distribution | |

Copy B — Report this income on your federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

---

## Form 1099-R — Copy C (2004)

(Same data as above)

- PAYER: FISERV AFFINITY INC, 717 17TH STREET SUITE 2600, DENVER, CO 80202
- 1 Gross distribution: $449,977.26
- 2a Taxable amount: $449,977.26
- 2b Taxable amount not determined: X
- PAYER'S Federal ID / RECIPIENT'S ID: REDACTED
- RECIPIENT: MILLER, STANLEY T, 333 SUNSET AVENUE APT 605, PALM BEACH, FL 33480
- 7 Distribution code(s): 7; IRA/SEP/SIMPLE: X
- Account number: 031038030438
- 11 State/Payer's state no.: FL /

Copy C — For Recipient's Records. (Keep for your records.)

---

## Form 1099-R — Copy 2 (2004)

(Same data as above)

- PAYER: FISERV AFFINITY INC, 717 17TH STREET SUITE 2600, DENVER, CO 80202
- 1 Gross distribution: $449,977.26
- 2a Taxable amount: $449,977.26
- 2b Taxable amount not determined: X
- PAYER'S Federal ID / RECIPIENT'S ID: REDACTED
- RECIPIENT: MILLER, STANLEY T, 333 SUNSET AVENUE APT 605, PALM BEACH, FL 33480
- 7 Distribution code(s): 7; IRA/SEP/SIMPLE: X
- Account number: 031038030438
- 11 State/Payer's state no.: FL /

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 1099-R
4H8034 2.000
Department of the Treasury - Internal Revenue Service

CONFIDENTIAL                                              FISERV-MILLER-00140

## Form 1099-R — Copy B (2005)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC, 717 17TH STREET SUITE 2600, DENVER, CO 80202 |
| 1 Gross distribution | $350,000.00 |
| 2a Taxable amount | $350,000.00 |
| 2b Taxable amount not determined | X |
| 2b Total distribution | |
| OMB No. | 1545-0119 |
| Form | 1099-R (2005) |
| PAYER'S Federal identification number / RECIPIENT'S identification number | REDACTED |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | |
| RECIPIENT'S name, street address, city, state, and ZIP code | STANLEY T. MILLER, 333 SUNSET AVENUE APT 605, PALM BEACH, FL 33480 |
| 5 Employee contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| Account number | 031038030438 7 |
| 10 State tax withheld | |
| 11 State/Payer's state no. | FL / |
| 12 State distribution | |
| 13 Local tax withheld | |
| 14 Name of locality | |
| 15 Local distribution | |

Copy B — Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

Form 1099-R    Department of the Treasury - Internal Revenue Service

## Form 1099-R — Copy C (2005)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC, 717 17TH STREET SUITE 2600, DENVER, CO 80202 |
| 1 Gross distribution | $350,000.00 |
| 2a Taxable amount | $350,000.00 |
| 2b Taxable amount not determined | X |
| 2b Total distribution | |
| OMB No. | 1545-0119 |
| Form | 1099-R (2005) |
| PAYER'S Federal identification number / RECIPIENT'S identification number | REDACTED |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | |
| RECIPIENT'S name, street address, city, state, and ZIP code | STANLEY T. MILLER, 333 SUNSET AVENUE APT 605, PALM BEACH, FL 33480 |
| 5 Employee contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| Account number | 031038030438 7 |
| 10 State tax withheld | |
| 11 State/Payer's state no. | FL / |
| 12 State distribution | |
| 13 Local tax withheld | |
| 14 Name of locality | |
| 15 Local distribution | |

Copy C — For Recipient's Records

This information is being furnished to the Internal Revenue Service.

Form 1099-R    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

## Form 1099-R — Copy 2 (2005)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC, 717 17TH STREET SUITE 2600, DENVER, CO 80202 |
| 1 Gross distribution | $350,000.00 |
| 2a Taxable amount | $350,000.00 |
| 2b Taxable amount not determined | X |
| 2b Total distribution | |
| OMB No. | 1545-0119 |
| Form | 1099-R (2005) |
| PAYER'S Federal identification number / RECIPIENT'S identification number | REDACTED |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | |
| RECIPIENT'S name, street address, city, state, and ZIP code | STANLEY T. MILLER, 333 SUNSET AVENUE APT 605, PALM BEACH, FL 33480 |
| 5 Employee contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| Account number | 031038030438 7 |
| 10 State tax withheld | |
| 11 State/Payer's state no. | FL / |
| 12 State distribution | |
| 13 Local tax withheld | |
| 14 Name of locality | |
| 15 Local distribution | |

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 1099-R
5H8034 2.000
Department of the Treasury - Internal Revenue Service

CONFIDENTIAL                                    FISERV-MILLER-00141

### Form 1099-R — Copy B (2006)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 |
| 1 Gross distribution | $50,000.00 |
| 2a Taxable amount | $50,000.00 |
| 2b Taxable amount not determined | X |
| 2b Total distribution | |
| OMB No. | 1545-0119 |
| Form | 1099-R (2006) |
| PAYER'S federal identification number / RECIPIENT'S identification number | REDACTED |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | MILLER, STANLEY T<br>3170 SOUTH OCEAN BLVD APT 7-6 SOUTH<br>PALM BEACH, FL 33480 |
| 5 Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| 10 State tax withheld | |
| 11 State/Payer's state no. | FL / |
| 12 State distribution | |
| 13 Local tax withheld | |
| 14 Name of locality | |
| 15 Local distribution | |
| Account number | 031038030438 |

Copy B — Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

---

### Form 1099-R — Copy C (2006)

(Same data as above — FISERV AFFINITY INC; MILLER, STANLEY T; $50,000.00 gross distribution; $50,000.00 taxable amount; distribution code 7; IRA/SEP/SIMPLE X; account 031038030438)

Copy C — For Recipient's Records. (Keep for your records.)

---

### Form 1099-R — Copy 2 (2006)

(Same data as above — FISERV AFFINITY INC; MILLER, STANLEY T; $50,000.00 gross distribution; $50,000.00 taxable amount; distribution code 7; IRA/SEP/SIMPLE X; account 031038030438)

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 6H8034

## Copy B

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC<br>717 17TH STREET SUITE 2600<br>DENVER, CO 80202 |
| 1 Gross distribution | $ 100,000.00 |
| 2a Taxable amount | $ 100,000.00 |
| 2b Taxable amount not determined | X |
| OMB No. | 1545-0119 |
| Form | 1099-R (2007) |
| PAYER'S federal identification number / RECIPIENT'S identification number | REDACTED |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | MILLER, STANLEY T<br>3170 SOUTH OCEAN BLVD APT 7-6 SOUTH<br>PALM BEACH, FL 33480 |
| 7 Distribution code(s) | 7  IRA/SEP/SIMPLE X |
| 11 State/Payer's state no. | FL / |
| Account number | 031038030438 |

Copy B — Report this income on your Federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

Form 1099-R

---

## Copy C

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC<br>717 17TH STREET SUITE 2600<br>DENVER, CO 80202 |
| 1 Gross distribution | $ 100,000.00 |
| 2a Taxable amount | $ 100,000.00 |
| 2b Taxable amount not determined | X |
| OMB No. | 1545-0119 |
| Form | 1099-R (2007) |
| PAYER'S federal identification number / RECIPIENT'S identification number | REDACTED |
| RECIPIENT'S name, street address | MILLER, STANLEY T<br>3170 SOUTH OCEAN BLVD APT 7-6 SOUTH<br>PALM BEACH, FL 33480 |
| 7 Distribution code(s) | 7  IRA/SEP/SIMPLE X |
| 11 State/Payer's state no. | FL / |
| Account number | 031038030438 |

Copy C — For Recipient's Records

This information is being furnished to the Internal Revenue Service.

Form 1099-R (Keep for your records.)

---

## Copy 2

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | FISERV AFFINITY INC<br>717 17TH STREET SUITE 2600<br>DENVER, CO 80202 |
| 1 Gross distribution | $ 100,000.00 |
| 2a Taxable amount | $ 100,000.00 |
| 2b Taxable amount not determined | X |
| OMB No. | 1545-0119 |
| Form | 1099-R (2007) |
| PAYER'S federal identification number / RECIPIENT'S identification number | REDACTED |
| RECIPIENT'S name, street address | MILLER, STANLEY T<br>3170 SOUTH OCEAN BLVD APT 7-6 SOUTH<br>PALM BEACH, FL 33480 |
| 7 Distribution code(s) | 7  IRA/SEP/SIMPLE X |
| 11 State/Payer's state no. | FL / |
| Account number | 031038030438 |

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 1099-R
7H8034 2.000

CONFIDENTIAL                                                                          FISERV-MILLER-00143

## Form 1099-R — Copy B (2008)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | TRUST INDUSTRIAL BANK / Fiserv Investment Support Services / P O BOX 173859 / DENVER, CO 80217-3859 |
| CORRECTED (if checked) | (not checked) |
| 1 Gross distribution | $ 900,000.00 |
| 2a Taxable amount | $ 900,000.00 |
| 2b Taxable amount not determined | X |
| 2b Total distribution | |
| OMB No. | 1545-0119 |
| Year / Form | 2008 Form 1099-R |
| PAYER'S federal identification number | REDACTED |
| RECIPIENT'S identification number | REDACTED |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | MILLER, STANLEY T / 3170 SOUTH OCEAN BLVD APT 7-6 SOUTH / PALM BEACH, FL 33480 |
| 5 Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| 1st year of desig. Roth contrib. | |
| 10 State tax withheld | |
| 11 State/Payer's state no. | FL / |
| 12 State distribution | |
| Account number | 031038030438 |
| 13 Local tax withheld | |
| 14 Name of locality | |
| 15 Local distribution | |

Copy B — Report this income on your Federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

Form 1099-R — Department of the Treasury - Internal Revenue Service

---

## Form 1099-R — Copy C (2008)

(Same data as above.)

| Field | Value |
|---|---|
| PAYER | TRUST INDUSTRIAL BANK / Fiserv Investment Support Services / P O BOX 173859 / DENVER, CO 80217-3859 |
| 1 Gross distribution | $ 900,000.00 |
| 2a Taxable amount | $ 900,000.00 |
| 2b Taxable amount not determined | X |
| OMB No. | 1545-0119 |
| Form | 2008 Form 1099-R |
| PAYER'S / RECIPIENT'S identification number | REDACTED |
| RECIPIENT | MILLER, STANLEY T / 3170 SOUTH OCEAN BLVD APT 7-6 SOUTH / PALM BEACH, FL 33480 |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 11 State/Payer's state no. | FL / |
| Account number | 031038030438 |

Copy C — For Recipient's Records

(Keep for your records.)

Form 1099-R — Department of the Treasury - Internal Revenue Service

---

## Form 1099-R — Copy 2 (2008)

(Same data as above.)

| Field | Value |
|---|---|
| PAYER | TRUST INDUSTRIAL BANK / Fiserv Investment Support Services / P O BOX 173859 / DENVER, CO 80217-3859 |
| 1 Gross distribution | $ 900,000.00 |
| 2a Taxable amount | $ 900,000.00 |
| 2b Taxable amount not determined | X |
| OMB No. | 1545-0119 |
| Form | 2008 Form 1099-R |
| PAYER'S / RECIPIENT'S identification number | REDACTED |
| RECIPIENT | MILLER, STANLEY T / 3170 SOUTH OCEAN BLVD APT 7-6 SOUTH / PALM BEACH, FL 33480 |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | X |
| 11 State/Payer's state no. | FL / |
| Account number | 031038030438 |

Copy 2 — File this copy with your state, city, or local income tax return, when required.

Form 1099-R  8H8034 — Department of the Treasury - Internal Revenue Service