06/02/2001  18:37    5613619099

STANLEY MILLER

PAGE 01

6/13/01

Retirement Account In

Account # (10680~)

Fax # 503 294 5899

ATTN: JENNIFER TETER

As per telephone conversation today

Please change the disbursement date to the

1st of each month of 50,000°° electronic fund transfer.

Please do not change date of Madoff funds. Total remains

the same. Thank you.

STANLEY T. MILLER

Stanley T Miller

(Tracy) This is what the client wants;

He wants to change the date we process

his dist to the 1st of each month.

However, the date we request funds from

Madoff should not change, be the

the money comes in around the same

twice each month, and we send it

earlier. Corr?? Please see me w/ it

questions

Jennifer Teter

**CONFIDENTIAL**

**FISERV-MILLER-00622**