**Statement of Account**

```
┌                                        ┐
  BERNARD L MADOFF
  ATTN TONY TILETNICK
  885 THIRD AVENUE 18TH FLOOR
  NEW YORK NY 10022-4833
└                                        ┘
```

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 1 of 41 |

Page #1 - 6

| TRANSACTIONS | | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|---|
| Total Credits | 202 | 5,822,001,395.70 | | Opening (01 NOV 2000) | | Closing (30 NOV 2000) | | Credits | 0 |
| Total Debits (incl. checks) | 212 | 5,820,311,920.81 | | Ledger | 2,045,380.37 | Ledger | 3,734,855.26 | Debits | 0 |
| Total Checks Paid | 98 | 2,288,194,409.00 | | Collected | 1,493,114.37 | Collected | 2,386,831.26 | Checks | 98 |

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 NOV | | | | | **** Balance **** | 2,045,380.37 | OPENING LEDGER BALANCE |
| 01 NOV | | | | | **** Balance **** | 1,493,114.37 | OPENING COLLECTED BALANCE |
| 01NOV * | | USM | | DEP REF # 255 | | 40,200.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000255 |
| | | | | | | | *VALUE DATE: 11/01 200 |
| | | | | | | | 11/02 30,000 |
| | | | | | | | 11/03 10,000 |
| 01NOV 01NOV | | USD | | YOUR: O/B CITIBANK NYC | | 105,379.00 | FEDWIRE CREDIT |
| | | | | OUR: 0470503306FF | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: 00037376087 |
| | | | | | | | ILLIAM T. MATSCHKE 1 PENN PLAZA |
| | | | | | | | REF: CHASE NYC/CTR/DBK=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 BNF=PATRICIA M. HYNES/AC-1 |
| | | | | | | | CM08930 RFB=O/B CITIBANK NYC DBI=/T |
| | | | | | | | IMAD: 1101B1Q8023C005019 |
| 01NOV 01NOV | | USD | | YOUR: 000251000306 | | 180,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0392301306FF | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: SQUARE ONE FUND LTD |
| | | | | | | | UNKNOWN |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 RFB=000251000306 OBI=F/B/O |
| | | | | | | | SQUARE ONE FUND LTD A/C .1-FR048-3 |
| | | | | | | | IMAD: 1101B1Q8021C003906 |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | | |
|---|---|---|---|---|
| Telephone Number: | 718-242-0166 | | Fax Number: | 718-242-3540 |

| | | |
|---|---|---|
| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

Please Note:  For Non Reconcilement Checks:  To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242270

MADWAA00242271

Statement of Account

| | | | | | | In US Dollars |
|---|---|---|---|---|---|---|

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 2 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01NOV | | USD | | OUR: 0000000514IB | | 232,020.83 | INTEREST<br>REF: INTEREST<br>TICKET # 000514 |
| 01NOV | 01NOV | USD | | YOUR: ATTN.BELLES<br>OUR: 0086602306FF | | 300,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: HERMES NEUTRAL FUND<br>UNKNOWN<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=LAGOON INVESTMENT RFB=<br>ATTN.BELLES OBI=JONES AC 1FN02130 B<br>IMAD: 1101B1Q8021C001862 |
| 01NOV | 01NOV | USD | | YOUR: INVESTMENTIN<br>OUR: 2481200306FC | | 1,000,000.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: HERMES NEUTRAL FUND<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000140081703 BNF=<br>LAGOON INVESTMENT/AC-1FN0213 ORG=HE<br>RMES NEUTRAL FUND OGB=BANK OF BERMU<br>DA OBI=LAGOON INVEST.LOGMG 11311<br>SSN: 0146773 |
| 01NOV | 01NOV | USD | | YOUR: INVESTMENTIN<br>OUR: 2481100306FC | | 1,000,000.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: HERMES WORLD USD FUND<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000140081703 BNF=<br>LAGOON INVESTMENT D ACCOUNT/AC-1FRO<br>1630 ORG=HERMES WORLD USD FUND OGB=<br>BANK OF BERMUDA OBI=LAGOON INVESTME<br>SSN: 0146772 |
| 01NOV | 01NOV | USD | | YOUR: O/B MELLON PIT<br>OUR: 0119514306FF | | 2,937,500.00 | FEDWIRE CREDIT<br>VIA: MELLON BANK N.A.<br>/043000261<br>B/O: BERNARD L. MADOFF<br>NEW YORK NY 10022-4834<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B MELLON PIT BBI=/TI<br>ME/10:53<br>IMAD: 1101D3QCI20C001274 |
| 01NOV | 01NOV | USD | | YOUR: O/B FLEET PROV<br>OUR: 0443414306FF | | 4,000,000.00 | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010 |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Telex Numbers: | 420966 CMB UI |
| | | | 62814 CMB UW |
| | | | 62910 CMB UW |
| Fax Number: | 718-242-3540 | SWIFT Address: | CHASUS33 |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-5026.

MADWAA00242272

MADWAA00242273

## Statement of Account

```
┌ BERNARD L MADOFF                          ┐
  ATTN TONY TILETNICK
  885 THIRD AVENUE 18TH FLOOR
  NEW YORK  NY  10022-4833
└                                           ┘
```

|  | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
|  | Page 3 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | B/O: TREMONT PARTNERS BROAD MARKET RYE, NY 10580 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B FLEET PROV OBI=FBO : ACCT 1 T0027 3 0;THE BROAD MARKET IMAD: 1101A1QF148C004984 |
| 01NOV | 01NOV | | USD | YOUR: O/B BK OF NYC OUR: 0132714306FF | | 6,499,982.00 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/O: SANTA CLARA HOLDINGS LTD. P.O. BOX SS 6238 NASSAU REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=HARLEY INTERNATIONAL T LD/AC-1 FN094 3 0 RFB=O/B BK OF NYC IMAD: 1101B1Q8154C002650 |
| 01NOV | | | USD | DEP REF # 306 | | 15,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000306 |
| 01NOV | | | USD | YOUR: NC9603130511010001 OUR: 0030600433IN | | 34,006,138.89 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00103 1 TO 001101 RATE 6.5000 |
| 01NOV | | | USD | DEP REF # 307 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000307 |
| 01NOV | | | USD | OUR: 0000000514IB | | 185,000,000.00 | MATURITY REF: MATURITY TICKET # 000514 |
| 01NOV | | | USD | | 2,933.00 | | CHECK PAID # 11945 |
| 01NOV | | | USD | | 19,550.00 | | CHECK PAID # 11950 |
| 01NOV | | | USD | | 32,500.00 | | CHECK PAID # 11953 |
| 01NOV | | | USD | | 34,457.00 | | CHECK PAID # 11951 |
| 01NOV | 01NOV | | USD | YOUR: JODI OUR: 0149900306FP | 40,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: JAMES P MARDEN,PATRICE AULD 10128 REF: MARDAULD/BNF/JAMES P MARDEN,PA TRICE AULD, SPECIAL ACCOUNT/AC-3792 6894 SSN: 0135057 |
| 01NOV | | | USD | | 48,875.00 | | CHECK PAID # 11949 |
| 01NOV | | | USD | | 52,540.00 | | CHECK PAID # 11942 |
| 01NOV | | | USD | | 56,206.00 | | CHECK PAID # 11948 |
| 01NOV | | | USD | | 73,801.00 | | CHECK PAID # 11958 |

MADWAA00242274

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | | |
| Telex Numbers: | 420566 CMB UI | SWIFT Address: CHASUS33 | |
| | 62814 CMB UW | Fax Number: | 718-242-3540 |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

CHASE

Statement of Account

MADWAA00242275

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 4 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01NOV | 01NOV | | USD | YOUR: JODI OUR: 0149800306FP | 80,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: JAMES P MARDEN,PATRICE AULD 10128 REF: MARDAULD/BNF/JAMES P MARDEN,PA TRICE AULD, SPECIAL ACCOUNT/AC-3792 6894 SSN: 0135026 |
| 01NOV | | | USD | | 123,460.00 | | CHECK PAID #    11941 |
| 01NOV | | | USD | | 124,950.00 | | CHECK PAID #    11940 |
| 01NOV | | | USD | | 127,075.00 | | CHECK PAID #    11943 |
| 01NOV | | | USD | | 137,339.00 | | CHECK PAID #    11955 |
| 01NOV | | | USD | | 161,805.00 | | CHECK PAID #    11947 |
| 01NOV | | | USD | | 186,214.00 | | CHECK PAID #    11956 |
| 01NOV | | | USD | | 195,500.00 | | CHECK PAID #    11946 |
| 01NOV | | | USD | | 232,156.00 | | CHECK PAID #    11944 |
| 01NOV | | | USD | | 288,607.00 | | CHECK PAID #    11954 |
| 01NOV | | | USD | | 293,250.00 | | CHECK PAID #    11957 |
| 01NOV | | | USD | | 297,500.00 | | CHECK PAID #    11959 |
| 01NOV | 01NOV | | USD | YOUR: JODI OUR: 0150000306FP | 325,000.00 | | FEDWIRE DEBIT VIA: MORGAN BANK WILM /031100238 A/C: GREENWICH SENTRY,L.P. 10022 REF: GREENWIC/TIME/09:18 IMAD: 1101B1QGC04C000933 |
| 01NOV | | | USD | | 359,231.00 | | CHECK PAID #    11952 |
| 01NOV | 01NOV | | USD | YOUR: CDS FUNDING OUR: 0529400306FP | 403,260.59 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 01NOV | | | USD | | 535,500.00 | | CHECK PAID #    11938 |
| 01NOV | | | USD | | 788,375.00 | | CHECK PAID #    11939 |
| 01NOV | 01NOV | | USD | YOUR: JODI OUR: 0150100306FP | 1,000,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: KENNETH AND ROSALIND LANDIS 10021 REF: LANDIS SSN: 0135039 |
| 01NOV | | | USD | | 2,640,000.00 | | CHECK PAID #    11960 |
| 01NOV | | | USD | | 4,000,000.00 | | CHECK PAID #    1698 |
| 01NOV | 01NOV | | USD | YOUR: JODI OUR: 0149700306FP | 20,000,000.00 | | FEDWIRE DEBIT VIA: FLEET BANK CT /011900571 |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement:

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

DDA Customer Service

If you wish to contact us via phone, telex, or fax, please do so as follows:

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 | |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242276

MADWAA00242277

Statement of Account

```
┌                                            ┐                          In US Dollars
  BERNARD L MADOFF                                     Account No:      140-081703
  ATTN TONY TILETNICK                          Statement Start Date:    01 NOV 2000
  885 THIRD AVENUE 18TH FLOOR                   Statement End Date:     30 NOV 2000
  NEW YORK  NY  10022-4833                        Statement Code:       000-USA-11
└                                            ┘       Statement No:      011
                                                                      Page 5 of 41
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | A/C: THE BROAD MARKET FUND,L.P. RYE,N.Y. 10580-1437 REF: TREMONT/TIME/09:19 IMAD: 1101B1QGC08C001136 |
| 01NOV | | USD | | YOUR: ND9604131811010001 OUR: 0030601535IN | 20,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR O 01101 TO 001102 RATE 6.4375 |
| 01NOV 01NOV | | USD USD | | OUR: 0000000604IB | 98,511,100.00 185,000,000.00 | | CHECK PAID #    11961 DEBIT MEMORANDUM REF: PURCHASE OF TICKET # 000604 |
| 01NOV 01NOV | | | | | **** Balance **** **** Balance **** | 6,175,415.50 5,942,149.50 | CLOSING LEDGER BALANCE CLOSING COLLECTED BALANCE |
| 02NOV 02NOV | | USD | | YOUR: FW06531307621131 OUR: 0105101307FF | | 50,000.00 | FEDWIRE CREDIT VIA: WELLS FARGO BANK MINNESOTA,NA /091000019 B/O: BEVERLY S KORN SCOTTSDALE AZ 85255-4233 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=FW06531307621131 OBI=F BO SAMUEL KORN AND BEVERLY KORN JTW IMAD: 1102J205032C001036 |
| 02NOV | | USD | | OUR: 0000000619IB | | 119,145.83 | INTEREST REF: INTEREST TICKET # 000619 |
| 02NOV * | | USM | | DEP REF #    256 | | 120,770.78 | DEPOSIT CASH LETTER CASH LETTER 0000000256 *VALUE DATE: 11/03         770 11/06      112,800 11/07        7,200 |
| 02NOV 02NOV | | USD | | YOUR: LIQUID OUR: 0233502307FF | | 2,000,000.00 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/O: STIC-LIQUID ASSETS PORTFOLIO HOUSTON, TX 77046-1173 REF: CHASE NYC/BTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=LIQUID BBI=/TIME/14:10 IMAD: 1102B1Q8152C003794 |
| 02NOV 02NOV | | USD | | YOUR: SW0040102006-TVI OUR: 2983600307FC | | 2,213,000.00 | CHIPS CREDIT VIA: BROWN BROTHERS HARRIMAN & CO /0480 B/O: BANQUE MARCUARD COOK ET CIE S. |

MADWAA00242278

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
The Ledger Date of the transaction
The Debit or Credit Dollar Amount of the transaction
The "Our Reference Number" of the transaction

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

Statement of Account

MADWAA00242279

```
┌                                              ┐
  BERNARD L MADOFF
  ATTN TONY TILETNICK
  885 THIRD AVENUE 18TH FLOOR
  NEW YORK  NY  10022-4833
```

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 6 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 BNF= TROTANOY INVESTMENT COMPANY LTD/AC- 1FR04530 ORG=BANQUE MARCUARD COOK E T CIE S.A. OGB=COOK AND CIE S.A. 12 SSN: 0177886 |
| 02NOV | 02NOV | | USD | YOUR: O/B MELLON PIT OUR: 0073907307FF | | 5,203,125.00 | FEDWIRE CREDIT VIA: MELLON BANK N.A. /043000261 B/O: BERNARD L. MADOFF NEW YORK NY 10022-4834 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B MELLON PIT BBI=/TI ME/10:36 IMAD: 1102D3QCI20C000799 |
| 02NOV | 02NOV | | USD | YOUR: O/B COMERICA DET OUR: 0354009307FF | | 12,000,000.00 | FEDWIRE CREDIT VIA: COMERICA BANK /072000096 B/O: BROAD MARKET PRIME L.P. RYE, NY 10580 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=ZURICH-AMERICA MASTERS BROAD MARKET PRIME FUND LP/AC-1C12 IMAD: 1102G1QG990C001422 |
| 02NOV | | | USD | DEP REF #      309 | | 15,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000309 |
| 02NOV | | | USD | YOUR: NC9604131811020001 OUR: 0030700597IN | | 20,003,576.39 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00110 1 TO 001102 RATE 6.4375 |
| 02NOV | | | USD | DEP REF #      308 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000308 |
| 02NOV | | | USD | OUR: 0000000619IB | | 95,000,000.00 | MATURITY REF: MATURITY TICKET # 000619 |
| 02NOV 02NOV | | 02NOV | USD USD | YOUR: JODI OUR: 0118800307FP | 2,000.00 50,000.00 | | CHECK PAID #      11965 FEDWIRE DEBIT VIA: PLM BCH NAT B&T CO /067008647 A/C: BERNARD A,CHARLOTTE A MARDEN 33480 REF: B C MARD/BNF/AC-110088336 BERN ARD A MARDEN,CHARLOTTE A MARDEN/TIM |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | |
|---|---|---|
| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

Please Note:  For Non Reconcilement Checks:  To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242280

```
BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833
```

*Page 7 - 12*

In US Dollars
Account No:          140-081703
Statement Start Date:  01 NOV 2000
Statement End Date:   30 NOV 2000
Statement Code:       000-USA-11
Statement No:         011
                      Page 7 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 02NOV | 02NOV | | USD | YOUR: JODI OUR: 0118700307FP | 50,000.00 | | E/09:49 IMAD: 1102B1QGC03C000950 FEDWIRE DEBIT VIA: PLM BCH NAT B&T CO /067008647 A/C: BERNARD A,CHARLOTTE A MARDEN 33480 REF: B C MARD/BNF/AC-110088336 BERN ARD A MARDEN,CHARLOTTE A MARDEN/TIM E/09:49 |
| 02NOV | | | USD | OUR: 3076619410TC | 729,808.22 | | IMAD: 1102B1QGC02C000969 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EFTPS - CHICAGO ORIG ID:9999999999 DESC DATE: CO ENTRY DESCR:USATAXPYMTSEC:CCD TRACE#:021000026619410 EED:001102 IND ID:120030718477180 IND NAME:BERNARD L MADOFF |
| 02NOV | 02NOV | | USD | YOUR: JODI OUR: 0118600307FP | 1,000,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: BANK OF BERMUDA ISLE OF MAN LT DOUGLAS IM 99, ISLE OF MAN REF: THEMA/BNF/FFC BANK OF BERMUDA (DUBLIN) LIMITED A/C 20050000 REF T HEMA SSN: 0157465 |
| 02NOV | 02NOV | | USD | YOUR: CDS FUNDING OUR: 0505100307FP | 1,137,548.15 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 02NOV | 02NOV | | USD | YOUR: JODI OUR: 0118500307FP | 3,000,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: CHESED CONGREGATIONS OF AMERIC NEW YORK, NEW YORK 10004 REF: CHESED/BNF/ACC 37029747 CHESED CONGREGATIONS OF AMERICA SSN: 0157464 |
| 02NOV | | | USD | YOUR: ND9605126211020001 OUR: 0030701377IN | 8,500,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 01102 TO 001103 RATE 6.3125 |
| 02NOV | | | USD | | | 14,108,100.00 | CHECK PAID #      11964 |

MADWAA00242282

# Should You Need To Communicate With Us?

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: 718-242-0166 | Fax Number: 718-242-3540 | |
| Telex Numbers: 420966 CMB UI | SWIFT Address: CHASUS33 | |
| 62814 CMB UW | | |
| 62970 CMB UW | | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

Exhibit BB

MADWAA00242283

Statement of Account

```
┌ BERNARD L MADOFF                              ┐
  ATTN TONY TILETNICK
  885 THIRD AVENUE 18TH FLOOR
  NEW YORK  NY  10022-4833
└                                              ┘
```

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 8 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 02NOV | | USD | | OUR: 0000000499IB | 25,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER REF: PURCHASE OF CHEMICAL C.P. TICKET # 000499 |
| 02NOV | | USD | | OUR: 0000000498IB | 90,000,000.00 | | DEBIT MEMORANDUM REF: PURCHASE OF TICKET # 000498 |
| 02NOV | | USD | | | 91,446,800.00 | | CHECK PAID #   11963 |
| 02NOV | | | | | **** Balance **** | 12,860,777.13 | CLOSING LEDGER BALANCE |
| 02NOV | | | | | **** Balance **** | 12,730,007.13 | CLOSING COLLECTED BALANCE |
| 03NOV | | USD | | OUR: 0000000499IB | | 4,167.36 | INTEREST REF: INTEREST COMMERCIAL PA PER     TICKET # 000499 |
| 03NOV | 03NOV | USD | | YOUR: O/B CHEMICAL MID OUR: 0195607308FF | | 75,000.00 | FEDWIRE CREDIT VIA: CHEMICAL BANK AND TRUST COMPAN /072410013 B/O: JUNIA DOAN MIDLAND MI 48640 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=ANNA JUNIA DOAN/AC-1 C M 357 RFB=O/B CHEMICAL MID BBI=/TIM IMAD: 1103G1QI330C000006 |
| 03NOV | | USD | | OUR: 0000000404IB | | 100,333.33 | INTEREST REF: INTEREST TICKET # 000404 |
| 03NOV | * | USM | | DEP REF #     257 | | 128,424.30 | DEPOSIT CASH LETTER CASH LETTER 0000000257 *VALUE DATE: 11/06     120,000     11/07     8,424 |
| 03NOV | | USD | | YOUR: NC9605126211030001 OUR: 0030800391IN | | 8,501,490.45 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00110 2 TO 001103 RATE 6.3125 |
| 03NOV | | USD | | DEP REF #     311 | | 16,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000311 |
| 03NOV | 03NOV | USD | | YOUR: O/B CITIBANK NYC OUR: 3495100308FC | | 20,000,000.00 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: KINGATE CLASS B REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 BNF= KINGATE GLOBAL FUND LTD/AC-1FN06130 ORG=KINGATE CLASS B OGB=BANK OF BE RMUDA LTD SSN: 0202943 |

MADWAA00242284

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry '.
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: | 718-242-0166 | |
| Fax Number: | 718-242-3540 | |
| Telex Numbers: | 420566 CIMB UI | SWIFT Address: CHASUS33 |
| | 62814 CIMB UW | |
| | 62910 CIMB UW | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242285

Statement of Account

| | | | | | | In US Dollars |
|---|---|---|---|---|---|---|

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011

Page 9 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 03NOV | | USD | | OUR: 0000000499IB | | 25,000,000.00 | MATURITY<br>REF: MATURITY          COMMERCIAL PA<br>PER          TICKET # 000499 |
| 03NOV | 03NOV | USD | | YOUR: O/B HSBC USA<br>OUR: 0111408308FF | | 26,000,000.00 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: FAIRFIELD SENTRY LIMITED<br>1077 XX AMSTERDAM<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=FAIRFIELD SENTRY.LIMIT<br>ED/AC-11 RFB=O/B HSBC USA OBI=REF I<br>IMAD: 1103B1Q8983C001888 |
| 03NOV | | USD | | OUR: 0000000404IB | | 80,000,000.00 | MATURITY<br>REF: MATURITY<br>TICKET # 000404 |
| 03NOV | | USD | | DEP REF #       310 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000310 |
| 03NOV | 03NOV | USD | | YOUR: JODI<br>OUR: 0097800308FP | 120,000.00 | | CHIPS DEBIT<br>VIA: BNP PARIBAS NY BRANCH<br>/0768<br>A/C: BNP LUXEMBOURG S.A.<br>L-2952 LUXEMBOURG<br>REF: BNPORD CONTACT PERSON THIERRY<br>GLAY (352) 4764 394/BNF/CR ACC 0200<br>19280500141 BNP LUXEMBOURG S.A.<br>SSN: 0123088 |
| 03NOV | 03NOV | USD | | YOUR: JODI<br>OUR: 0097900308FP | | 500,000.00 | BOOK TRANSFER DEBIT<br>A/C: UNITED STATES TRUST CO OF NEW<br>NEW YORK NY 10036-1532<br>ORG: BERNARD L MADOFF<br>885 THIRD AVENUE<br>BEN: THE MURRAY + IRENE PERGAMENT F<br>14 ST ANDREWS COURT<br>REF: PERGFDN/BNF/FFC ACC.85185400 T<br>HE MURRAY AND IRENE PERGAMENT FOUND<br>ATION |
| 03NOV | | USD | | | 11,855,500.00 | | CHECK PAID #       11968 |
| 03NOV | 03NOV | USD | | YOUR: CDS FUNDING<br>OUR: 0499300308FP | 17,616,977.00 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 03NOV | | USD | | YOUR: ND9606126811030001<br>OUR: 0030801159IN | 25,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0 |

MADWAA00242286

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | | |
|---|---|---|---|
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | |
|---|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 10 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 03NOV | | USD | | OUR: 0000000555IB | 90,000,000.00 | | 01103 TO 001106 RATE 6.3125 DEBIT MEMORANDUM REF: PURCHASE OF TICKET # 000555 |
| 03NOV | | USD | | | | 94,011,200.00 | CHECK PAID # 11967 |
| 03NOV | | | | | **** Balance **** | 39,566,515.57 | CLOSING LEDGER BALANCE |
| 03NOV | | | | | **** Balance **** | 39,318,091.57 | CLOSING COLLECTED BALANCE |
| 06NOV | | USD | | OUR: 0000000475IB | | 75,250.00 | INTEREST REF: INTEREST TICKET # 000475 |
| 06NOV * | | USM | | DEP REF #    258 | | 1,005,500.00 | DEPOSIT CASH LETTER CASH LETTER 0000000258 *VALUE DATE: 11/06      1,500   11/07    504,000   11/08    470,000   11/09     30,000 |
| 06NOV | | USD | | DEP REF #    312 | | 16,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000312 |
| 06NOV | | USD | | YOUR: NC9606126811060001 OUR: 0031100401IN | | 25,013,151.04 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00110 3 TO 001106 RATE 6.3125 |
| 06NOV | | USD | | OUR: 0000000475IB | | 60,000,000.00 | MATURITY REF: MATURITY TICKET # 000475 |
| 06NOV | | USD | | DEP REF #    313 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000313 |
| 06NOV | | USD | | | 109,310.00 | | CHECK PAID #    11970 |
| 06NOV | | USD | | | 110,000.00 | | CHECK PAID #    11971 |
| 06NOV | 06NOV | USD | | YOUR: JODI OUR: 0125800311FP | 250,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: BANK OF BERMUDA ISLE OF MAN LT DOUGLAS IM 99, ISLE OF MAN REF: THEMA/BNF/FFC BANK OF BERMUDA (DUBLIN) LIMITED A/C 20050000 REF T HEMA SSN: 0165842 |
| 06NOV | | USD | | | 330,000.00 | | CHECK PAID #    11972 |
| 06NOV | | USD | | | 330,000.00 | | CHECK PAID #    11973 |
| 06NOV | 06NOV | USD | | YOUR: CDS FUNDING OUR: 0492300311FP | 1,041,046.85 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 06NOV | | USD | | | 1,972,602.00 | | CHECK PAID #    11976 |

MADWAA00242288

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: 420966 CMB UI | SWIFT Address: | CHASUS33 |
| 62814 CMB UW | | |
| 62910 CMB UW | | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

CHASE

MADWAA00242289

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | |
|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 11 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 06NOV | | USD | | | 1,972,602.00 | | CHECK PAID #   11975 |
| 06NOV | | USD | | | 1,972,602.00 | | CHECK PAID #   11974 |
| 06NOV | | USD | | | 1,972,602.00 | | CHECK PAID #   11977 |
| 06NOV | 06NOV | USD | | YOUR: JODI OUR: 0125600311FP | 4,300,000.00 | | FEDWIRE DEBIT VIA: CITICORP SAVINGS /266086554 A/C: JEFFRY M.+ BARBARA PICOWER FDN 33480 REF: PICFDN/TIME/09:35 IMAD: 1106B1QGC02C000958 |
| 06NOV | | USD | | YOUR: ND9609122311060001 OUR: 0031101273IN | 9,680,000.00 | | CHECK PAID #   11979 |
| 06NOV | | USD | | | 15,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 01106 TO 001107 RATE 6.4375 |
| 06NOV | | USD | | OUR: 0000000601IB | 95,000,000.00 | | DEBIT MEMORANDUM REF: PURCHASE OF TICKET # 000601 |
| 06NOV | | USD | | | 95,296,700.00 | | CHECK PAID #   11978 |
| 06NOV | | | | | **** Balance **** | 2,322,951.76 | CLOSING LEDGER BALANCE |
| 06NOV | | | | | **** Balance **** | 1,303,327.76 | CLOSING COLLECTED BALANCE |
| 07NOV | 07NOV | USD | | YOUR: O/B BK OF NYC OUR: 0162907312FF | | 159,558.56 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B BK OF NYC OBI=FCT: ROBERT C. LAPIN ACCT# 1CM559 BBI=/T IMAD: 1107B1Q8152C002855 |
| 07NOV | | USD | | OUR: 0000000588IB | | 225,750.00 | INTEREST REF: INTEREST TICKET # 000588 |
| 07NOV | 07NOV | USD | | YOUR: SWF OF 00/11/07 OUR: 0151300312FS | | 794,975.00 | BOOK TRANSFER CREDIT B/O: PICTET AND CIE GENEVA 11 SWITZERLAND 1211 ORG: X REF: FBO PASIFIN INC CO ACCOUNT 1-F R001-4 REF P-EKO/BNF/$25.00 FEES DE D |
| 07NOV | 08NOV | US1 | | DEP REF #   260 | | 879,003.07 | DEPOSIT CASH LETTER CASH LETTER 0000000260 |
| 07NOV | 07NOV | USD | | YOUR: PHN OF 00/11/07 OUR: 0007900312GP | | 3,000,000.00 | BOOK TRANSFER CREDIT B/O: STERLING DOUBLEDAY ENTERPRISES |

MADWAA00242290

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | |
|---|---|---|
| Telex Numbers: | 420566 CMB UI | SWIFT Address: CHASUS33 |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242291

Statement of Account

```
                                                                              In US Dollars
        BERNARD L MADOFF                             Account No:         140-081703
        ATTN TONY TILETNICK                 Statement Start Date:        01 NOV 2000
        885 THIRD AVENUE 18TH FLOOR           Statement End Date:        30 NOV 2000
        NEW YORK NY 10022-4833                   Statement Code:         000-USA-11
                                                   Statement No:         011
                                                                         Page 12 of 41
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 07NOV 07NOV | | USD | | YOUR: NONE OUR: 1456400312FC | | 4,999,980.00 | FLUSHING NY 11368 REF: 1KW247-3-0 CHIPS CREDIT VIA: HSBC BANK USA /0108 B/O: HAPPYVIEW INC REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 BNF= OPTIMA LIMITED PARTNERSHIP/AC-1FR06 330 ORG=HAPPYVIEW INC OGB=HSBC HONG KONG HONG KONG HONG KONG BBI=/BNF/ SSN: 0101625 |
| 07NOV | | USD | | DEP REF # 314 | | 15,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000314 |
| 07NOV | | USD | | YOUR: NC9609122311070001 OUR: 0031200617IN | | 15,002,682.29 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00110 6 TO 00110/ RATE 6.4375 |
| 07NOV | | USD | | DEP REF # 315 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000315 |
| 07NOV | | USD | | OUR: 0000000588IB | | 180,000,000.00 | MATURITY REF: MATURITY TICKET # 000588 |
| 07NOV 07NOV | | USD | | YOUR: JODI OUR: 0111400312FP | 100,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: IRIS ZURAWIN NEW YORK, NEW YORK. 10128 REF: IRISMARD ATTN,JOHN SAMAROO,MAN AGER,PRIVATE BANKING ANDINVESTMENT DIVISION SSN: 0160774 |
| 07NOV 07NOV | | USD | | YOUR: JODI OUR: 0111500312FP | 500,000.00 | | FEDWIRE DEBIT VIA: FIRST UNION FL /063000021 A/C: MICHAEL AND LOUISE STEIN 11545 REF: MIKESTIE/BNF/FIRST UNION BANK, PALM BEACH BRANCH NO 650 FFC AC 998 3063563 MIC HAEL AND LOUISE STEIN/T IME/09:51 IMAD: 1107B1QGC08C001039 |
| 07NOV 07NOV | | USD | | YOUR: JODI OUR: 0111300312FP | 500,000.00 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC /125000574 |

MADWAA00242292

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service
Telephone Number:   718-242-0166
Fax Number:   718-242-3540

Telex Numbers:   420966 CMB UI
62814 CMB UW
62910 CMB UW

SWIFT Address: CHASUS33

Please Note:  For Non Reconcilement Checks:  To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242293

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Payes 13 - 18

In US Dollars
Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 13 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | A/C: MERRITT KEVIN AND PATRICE M AU SEATTLE WASHINGTON 98102 REF: P AULD/TIME/09:53 IMAD: 1107B1QGC04C000825 |
| 07NOV | 07NOV | | USD | YOUR: JODI OUR: 0111700312FP | 750,000.00 | | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: BT PRIVATE BANKING 10017. BEN: BAM L.P. 10018 REF: BAMLP SSN: 0160790 |
| 07NOV | 07NOV | | USD | YOUR: CDS FUNDING OUR: 0455400312FP | 6,956,700.70 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147. REF: /TIME/11:00 FEDBK |
| 07NOV | 07NOV | | USD | YOUR: JODI OUR: 0111600312FP | 7,500,000.00 | | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: BT PRIVATE BANKING 10018 BEN: MICHAEL MANN 10018 REF: MANNMM SSN: 0160797 |
| 07NOV | | | USD | YOUR: ND9610124711070001 OUR: 0031201491IN | 13,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR O 01107 TO 001108 RATE 6.3125 |
| 07NOV | | | USD | | 14,177,800.00 | | CHECK PAID #      11982 |
| 07NOV | | | USD | | 91,190,000.00 | | CHECK PAID #      11981 |
| 07NOV | | | USD | OUR: 0000000498IB | 175,000,000.00 | | DEBIT MEMORANDUM REF: PURCHASE OF        TICKET # 000498 |
| 07NOV | | | | | **** Balance **** | 2,710,399.98 | CLOSING LEDGER BALANCE |
| 07NOV | | | | | **** Balance **** | 1,331,396.98 | CLOSING COLLECTED BALANCE |
| 08NOV | 08NOV | | USD | YOUR: NONE OUR: 3705400313FC | | 20,000.00 | CHIPS CREDIT VIA: HSBC BANK USA /0108 B/O: NEW YORK GASTROENTEROLOGY LLP NEW YORK NY 10128-0506 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 ORG= NEW YORK GASTROENTEROLOGY LLP NEW Y |

MADWAA00242294

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center – 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

Telephone Number:  718-242-0166          Fax Number:  718-242-3540

Telex Numbers:   420966 CMB UI          SWIFT Address: CHASUS33
                 62814 CMB UW
                 62970 CMB UW

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242295

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | Account No: | 140-081703 |
| | Statement Start Date: | 01 NOV 2000 |
| | Statement End Date: | 30 NOV 2000 |
| | Statement Code: | 000-USA-11 |
| | Statement No: | 011 |
| | | Page 14 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | ORK NY 10128-0506 OGB=NEW YORK GAST SSN: 0217254 |
| 08NOV | 08NOV | USD | | YOUR: SWF OF 00/11/08 OUR: 9037200313FT | | 21,034.72 | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LL BOSTON MA 02109-3614 ORG: /0C26523851 GEORGETOWN-JEFFERSON ASSOCIATES OGB: NATIONAL FINANCIAL SERVICES CO BANK RECONCILIATION D-7 |
| 08NOV | | USD | | OUR: 0000000604IB | | 232,020.83 | INTEREST REF: INTEREST TICKET # 000604 |
| 08NOV * | | USM | | DEP REF #       263 | | 542,163.27 | DEPOSIT CASH LETTER CASH LETTER 0000000263 *VALUE DATE: 11/08       10,001 11/09       469,646 11/10       58,841 11/13       3,675 |
| 08NOV | | USD | | YOUR: NC9610124711080001 OUR: 0031300591IN | | 13,002,279.51 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00110 7 TO 001108 RATE 6.3125 |
| 08NOV | | USD | | DEP REF #       317 | | 26,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000317 |
| 08NOV | | USD | | DEP REF #       261 | | 30,350,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000261 |
| 08NOV | | USD | | DEP REF #       316 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000316 |
| 08NOV | | USD | | OUR: 0000000604IB | | 185,000,000.00 | MATURITY REF: MATURITY TICKET # 000604 |
| 08NOV | 08NOV | USD | | YOUR: ERIN OUR: 0118600313FP | 200,000.00 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON ENGLAND N1 9HL ORG: BERNARD L MADOFF 885 THIRD AVENUE REF: LORDJAKE/BNF/SORT CODE 56-00-2 0 HOLBORN CIRCUS BRANCH |
| 08NOV | 08NOV | USD | | YOUR: CDS FUNDING OUR: 0482000313FP | 520,931.98 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 08NOV | 08NOV | USD | | YOUR: JODI OUR: 0118500313FP | 1,025,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 |

MADWAA00242296

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below:

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:   For Non Reconcilement Checks:   To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

CHASE

Statement of Account

MADWAA00242297

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 15 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | A/C: RUDY + ANNETTE BONGIORNO |
| | | | | | | | 11414 |
| | | | | | | | REF: BONG |
| | | | | | | | SSN: 0143270 |
| 08NOV | | USD | | | 14,966,100.00 | | CHECK PAID # 11985 |
| 08NOV | | USD | YOUR: ND9611124811080001 | 18,500,000.00 | | | NASSAU DEPOSIT TAKEN |
| | | | OUR: 0031301277IN | | | | A/C: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR O |
| | | | | | | | 01108 TO 001109 RATE 6.4375 |
| 08NOV | | USD | | 91,080,000.00 | | | CHECK PAID # 11984 |
| 08NOV | | USD | OUR: 0000000520IB | 190,000,000.00 | | | DEBIT MEMORANDUM |
| | | | | | | | REF: PURCHASE OF |
| | | | | | | | TICKET # 000520 |
| 08NOV | | | | **** Balance **** | 31,585,866.33 | | CLOSING LEDGER BALANCE |
| 08NOV | | | | **** Balance **** | 31,023,704.33 | | CLOSING COLLECTED BALANCE |
| 09NOV | | USD | OUR: 000000049BIB | | 112,875.00 | | INTEREST |
| | | | | | | | REF: INTEREST |
| | | | | | | | TICKET # 000498 |
| 09NOV 09NOV | | USD | YOUR: NONE | | 400,000.00 | | CHIPS CREDIT |
| | | | OUR: 3739100314FC | | | | VIA: HSBC BANK USA |
| | | | | | | | /0108 |
| | | | | | | | B/O: JULIUS BAER SECURITIES INC. |
| | | | | | | | NEW YORK, NY 10017 |
| | | | | | | | REF: NBBK=BERNARD L MADOFF NEW YORK |
| | | | | | | | NY 10022-4834/AC-000140081703 BNF= |
| | | | | | | | HARLEY INTL LTD.SANTA BARBARA/AC-1F |
| | | | | | | | N09430 ORG=JULIUS BAER SECURITIES I |
| | | | | | | | SSN: 0218756 |
| 09NOV 09NOV | | USD | YOUR: O/B ALLFIRST BAN | | 478,965.28 | | FEDWIRE CREDIT |
| | | | OUR: 0256608314FF | | | | VIA: ALLFIRST BANK OF MARYLAND |
| | | | | | | | /052000113 |
| | | | | | | | B/O: IDT SETTLEMENT CLEARING |
| | | | | | | | XXX,, XX XXXXX |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 RFB=O/B ALLFIRST BAN BBI=/ |
| | | | | | | | TIME/14:48 |
| | | | | | | | IMAD: 1109E2QP071C000999 |
| 09NOV 09NOV | | USD | YOUR: O/B CITIBANK NYC | | 1,000,000.00 | | FEDWIRE CREDIT |
| | | | OUR: 0350207314FF | | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: STEPHANIE G WEINTRAUB |
| | | | | | | | 1-7426 |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

Your Account Number
The Ledger Date of the transaction
The Debit or Credit Dollar Amount of the transaction
The "Our Reference Number" of the transaction

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
P.O. Box 932
Church Street Station
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry,
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | | |
|---|---|---|---|
| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 | |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWIAA00242298

CHASE

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 16 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 40081703 RFB=O/B CITIBANK NYC OBI=F BO STEPHANIE WEINTRAUB TEL 212-230- IMAD: 1109B1Q8024C005087 |
| 09NOV * | | USM | | DEP REF # | 264 | | 3,490,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000264 *VALUE DATE: 11/10   3,105,000 |
| | | | | | | | | 11/13   373,450 |
| | | | | | | | | 11/14    11,550 |
| 09NOV | 09NOV | USD | | YOUR: 00406598401-100 OUR: 3661300314FC | | | 12,499,973.20 | CHIPS CREDIT VIA: BANK OF NEW YORK /0001 B/O: PLAZA INVESTMENT INTERNATIONAL LTD REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 ORG= PLAZA INVESTMENT INTERNATIONAL LTD OGB=ROYAL BANK OF SCOTLAND INT'L LT SSN: 0188597 |
| 09NOV | | USD | | DEP REF # | 318 | | 16,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000318 |
| 09NOV | | USD | | YOUR: NC9611124811090001 OUR: 0031400369IN | | | 18,503,308.16 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00110 8 TO 001109 RATE 6.4375 |
| 09NOV | | USD | | DEP REF # | 319 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000319 |
| 09NOV | | USD | | OUR: 0000000498IB | | | 90,000,000.00 | MATURITY REF: MATURITY TICKET # 000498 |
| 09NOV | 09NOV | USD | | YOUR: CDS FUNDING OUR: 0444400314FP | | 374,002.58 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 09NOV | 09NOV | USD | | YOUR: JODI OUR: 0111400314FP | | 750,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: BANK OF BERMUDA ISLE OF MAN LT DOUGLAS IM 99, ISLE OF MAN REF: THEMA/BNF/FFC BANK OF BERMUDA (DUBLIN) LIMITED A/C 20050000 REF T HEMA SSN: 0135599 |
| 09NOV | 09NOV | USD | | YOUR: JODI OUR: 0111300314FP | | 777,000.00 | | FEDWIRE DEBIT VIA: CITICORP SAVINGS /266086554 |

MADWAA00242300

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

Telephone Number: 718-242-0166    Fax Number: 718-242-3540

Telex Numbers: 420966 CMB UI    SWIFT Address: CHASUS33
62814 CMB UW
62910 CMB UW

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242301

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

Account No:             140-081703
Statement Start Date:   01 NOV 2000
Statement End Date:     30 NOV 2000
Statement Code:         000-USA-11
Statement No:           011
Page 17 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | A/C: THE PICOWER INST.FOR MED. RESC 33480<br>REF: PICINST/TIME/09:22<br>IMAD: 1109B1QGC06C000873 |
| 09NOV | | USD | | YOUR: ND9612124711090001<br>OUR: 0031401269IN | 12,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>01109 TO 001110 RATE 6.4375 |
| 09NOV | | USD | | | | 13,860,000.00 | CHECK PAID #        11988 |
| 09NOV | | USD | | | | 92,498,000.00 | CHECK PAID #        11987 |
| 09NOV | | USD | | OUR: 0000000430IB | | 125,000,000.00 | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>TICKET # 000430 |
| 09NOV | | | | | **** Balance **** | 18,811,985.39 | CLOSING LEDGER BALANCE |
| 09NOV | | | | | **** Balance **** | 15,259,469.39 | CLOSING COLLECTED BALANCE |
| 10NOV | | USD | | OUR: 0000000555IB | | 112,875.00 | INTEREST<br>REF: INTEREST<br>TICKET # 000555 |
| 10NOV · | | USM | | DEP REF #        265 | | 505,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000265<br>*VALUE DATE: 11/13        475,000<br>11/14        30,000 |
| 10NOV 10NOV | | USD | | YOUR: 001110150148<br>OUR: 0070913315FF | | 1,500,000.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: FLORENCE L GREENBERG<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=001110150148 OBI=FOR B<br>ENEFIT OF FLORENCE GOLDBERG GREENBE<br>IMAD: 1110F3QCAA1C000398 |
| 10NOV | | USD | | YOUR: NC9612124711100001<br>OUR: 0031500365IN | | 12,002,145.83 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00110<br>9 TO 001110 RATE 6.4375 |
| 10NOV | | USD | | DEP REF #        320 | | 16,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000320 |
| 10NOV | | USD | | DEP REF #        321 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000321 |
| 10NOV | | USD | | OUR: 0000000555IB | | 90,000,000.00 | MATURITY<br>REF: MATURITY<br>TICKET # 000555 |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | |
|---|---|
| Telex Numbers: | 420966 CMB UI |
| | 62814 CMB UW |
| | 62910 CMB UW |

SWIFT Address: CHASUS33

Please Note:  For Non Reconcilement Checks:  To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242302

Statement of Account

MADWAA00242303

| BERNARD L MADOFF | | Account No: | 140-081703 |
| ATTN TONY TILETNICK | | Statement Start Date: | 01 NOV 2000 |
| 885 THIRD AVENUE 18TH FLOOR | | Statement End Date: | 30 NOV 2000 |
| NEW YORK NY 10022-4833 | | Statement Code: | 000-USA-11 |
| | | Statement No: | 011 |
| | | | Page 18 of 41 |

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 10NOV | 10NOV | USD | | YOUR: CDS FUNDING<br>OUR: 0586300315FP | 856,840.00 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 10NOV<br>10NOV | | USD<br>USD | | YOUR: ND9613129711100001<br>OUR: 0031501309IN | 12,283,300.00<br>15,500,000.00 | | CHECK PAID #      11991<br>NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>01110 TO 001113 RATE 6.3125 |
| 10NOV<br>10NOV | | USD<br>USD | | OUR: 0000000458IB | 93,761,900.00<br>105,000,000.00 | | CHECK PAID #      11990<br>DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>         TICKET # 000458 |
| 10NOV<br>10NOV | | | | | **** Balance ****<br>**** Balance **** | 1,529,966.22<br>636,291.22 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |
| 13NOV | 13NOV | USD | | YOUR: SWF OF 00/11/13<br>OUR: 7061700318FS | | 13,985.00 | BOOK TRANSFER CREDIT<br>B/O: THE ROYAL BANK OF SCOTLAND PLC<br>LONDON ENGLAND N1 8X-L<br>ORG: BREAMS TRUSTEES<br>OGB: ROYAL BANK OF SCOTLAND INTERNA<br>GUERNSEY BRANCH<br>REF: FBO CHELA LTD 1 FR0573/PHONBEN<br>/BNF/$27.00 FEES DED |
| 13NOV | | USD | | OUR: 0000000601IB | | 119,145.83 | INTEREST<br>REF: INTEREST<br>         TICKET # 000601 |
| 13NOV | 13NOV | USD | | YOUR: O/B BK OF NYC<br>OUR: 0237313318FF | | 699,943.00 | FEDWIRE CREDIT<br>VIA: BANK OF NEW YORK<br>/021000018<br>B/O: FIRST TRUST CORPORATION<br>DENVER, CO 80202-3323<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B BK OF NYC OBI=FCT:<br> GARY R. GERSON AC# 1-G 0296-4 BBI=<br>IMAD: 1113B1Q8151C004339 |
| 13NOV * | | USM | | DEP REF #      267 | | 1,653,482.37 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000267<br>*VALUE DATE: 11/13      1,583,200<br>                11/14         20,282<br>                11/15         47,000<br>                11/16          3,000 |
| 13NOV | | USD | | YOUR: NC9613129711130001<br>OUR: 0031800669IN | | 15,508,153.65 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022 |

MADWAA00242304

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | |
|---|---|
| Telephone Number: 718-242-0166 | Fax Number: 718-242-3540 |
| Telex Numbers: 420966 CMB UI | SWIFT Address: CHASUS33 |
| 62814 CMB UW | |
| 62970 CMB UW | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242305

Statement of Account

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 19 of 41

Page 19 - myp

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: TO REPAY YOUR DEPOSIT FR 00111 0 TO 001113 RATE 6.3125 |
| 13NOV | | USD | | DEP REF #    323 | | 16,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000323 |
| 13NOV | | USD | | DEP REF #    322 | | 90,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000322 |
| 13NOV | | USD | | OUR: 0000000601IB | | 95,000,000.00 | MATURITY |
| | | | | | | | REF: MATURITY |
| | | | | | | | TICKET # 000601 |
| 13NOV | | USD | | | 109,310.00 | | CHECK PAID #    11993 |
| 13NOV | 13NOV | USD | | YOUR: CDS FUNDING | 997,959.00 | | BOOK TRANSFER DEBIT |
| | | | | OUR: 0492300318FP | | | A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 |
| | | | | | | | REF: /TIME/11:00 FEDBK |
| 13NOV | | USD | | | 1,972,602.00 | | CHECK PAID #    11995 |
| 13NOV | | USD | | | 1,972,602.00 | | CHECK PAID #    11996 |
| 13NOV | | USD | | YOUR: ND9616123911130001 | 16,500,000.00 | | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 0031801393IN | | | A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 |
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 0 01113 TO 001114 RATE 6.4375 |
| 13NOV | | USD | | | 52,045,000.00 | | CHECK PAID #    11997 |
| 13NOV | | USD | | | 54,144,400.00 | | CHECK PAID #    11998 |
| 13NOV | | USD | | OUR: 0000000652IB | 90,000,000.00 | | DEBIT MEMORANDUM |
| | | | | | | | REF: PURCHASE OF |
| | | | | | | | TICKET # 000652 |
| 13NOV | | | | | **** Balance **** | 2,782,803.07 | CLOSING LEDGER BALANCE |
| 13NOV | | | | | **** Balance **** | 2,670,971.07 | CLOSING COLLECTED BALANCE |
| 14NOV | | USD | | OUR: 0000000498IB | | 219,479.17 | INTEREST |
| | | | | | | | REF: INTEREST |
| | | | | | | | TICKET # 000498 |
| 14NOV * | | USM | | DEP REF #    268 | | 239,063.70 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000268 |
| | | | | | | | *VALUE DATE: 11/15    234,063 |
| | | | | | | | 11/16      4,700 |
| | | | | | | | 11/17        300 |
| 14NOV | 14NOV | USD | | YOUR: O/B BK OF NYC | | 1,029,732.34 | FEDWIRE CREDIT |
| | | | | OUR: 0217707319FF | | | VIA: BANK OF NEW YORK /021000018 |
| | | | | | | | B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B BK OF NYC OBI=FFCT ; SYDELLE F. MEYER BBI=/TIME/13:59 IMAD: 1114B1Q8151C003913 |

MADWAA00242306

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
The Ledger Date of the transaction
The Debit or Credit Dollar Amount of the transaction
The "Our Reference Number" of the transaction

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

Telephone Number:  718-242-0166          Fax Number:  718-242-3540

Telex Numbers:          420566 CMB UI          SWIFT Address: CHASUS33
62814 CMB UW
62910 CMB UW

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242307

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | |
|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 20 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 14NOV | 14NOV | | USD | YOUR: O/B BK OF NYC<br>OUR: 0225509319FF | | 1,626,355.71 | FEDWIRE CREDIT<br>VIA: BANK OF NEW YORK<br>/02100001B<br>B/O: FIRST TRUST CORPORATION<br>DENVER, CO 80202-3323<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>400B1703 RFB=O/B BK OF NYC OBI=FFCT<br>; ARTHUR I. MEYER BBI=/TIME/13:59<br>IMAD: 1114B1Q8153C004031 |
| 14NOV | | | USD | YOUR: NC9616123911140001<br>OUR: 0031900585IN | | 16,502,950.52 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00111<br>3 TO 001114 RATE 6.4375 |
| 14NOV | | | USD | DEP REF # 324 | | 17,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000324 |
| 14NOV | | | USD | DEP REF # 325 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000325 |
| 14NOV | | | USD | OUR: 000000049BIB | | 175,000,000.00 | MATURITY<br>REF: MATURITY<br>TICKET # 000498 |
| 14NOV | | | USD | | 330,000.00 | | CHECK PAID # 11994 |
| 14NOV | 14NOV | | USD | YOUR: JODI<br>OUR: 0110600319FP | 500,000.00 | | FEDWIRE DEBIT<br>VIA: FIRST UNION FL<br>/063000021<br>A/C: JACK AND DOLORES COURSHON<br>33158<br>REF: COURSHON/TIME/09:07<br>IMAD: 1114B1QGC02C000751 |
| 14NOV | 14NOV | | USD | YOUR: JODI<br>OUR: 0110700319FP | 950,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: BANK OF BERMUDA ISLE OF MAN LT<br>DOUGLAS IM 99, ISLE OF MAN<br>REF: THEMA/BNF/FFC BANK OF BERMUDA<br>(DUBLIN) LIMITED A/C 20050000 REF T<br>HEMA<br>SSN: 0133488 |
| 14NOV | 14NOV | | USD | YOUR: CDS FUNDING<br>OUR: 0430600319FP | 1,486,437.76 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 14NOV | | | USD | YOUR: ND9617126911140001<br>OUR: 0031901551IN | 14,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022 |

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

**THE CHASE MANHATTAN BANK**
**(Department For Inquiry)**
**Church Street Station**
**P.O. Box 932**
**New York, N.Y. 10008-0932**

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

**THE CHASE MANHATTAN BANK**
**Global Check Inquiry**
**4 Chase MetroTech Center - 7th Floor**
**Brooklyn, NY 11245**

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| **Telephone Number:** | 718-242-0166 | **Fax Number:** | 718-242-3540 |
| **Telex Numbers:** | 420966 CMB UI | **SWIFT Address: CHASUS33** | |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

**Please Note: For Non Reconcilement Checks: To place a stop payment order by**
**telephone, please call; 718-242-7440 or 718-242-6026.**

MADWAA00242308

MADWAA00242309

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 21 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 0 01114 TO 001115 RATE 6.5000 |
| 14NOV | | USD | | | 14,911,100.00 | | CHECK PAID #        12001 |
| 14NOV | | USD | | | 91,300,000.00 | | CHECK PAID #        12000 |
| 14NOV | | USD | | OUR: 0000000450IB | 180,000,000.00 | | DEBIT MEMORANDUM |
| | | | | | | | REF: PURCHASE OF |
| | | | | | | | TICKET # 000450 |
| 14NOV | | | | | **** Balance **** | 922,846.75 | CLOSING LEDGER BALANCE |
| 14NOV | | | | | **** Balance **** | 633,783.75 | CLOSING COLLECTED BALANCE |
| 15NOV | | USD | | OUR: 0000001851SU | | 177,500.00 | MISC SECURITIES TRANSACTION |
| | | | | | | | CUSTODY ACT: G  54276     INTR |
| | | | | | | | SECURITY INCOME CREDIT(S) |
| 15NOV | | USD | | OUR: 0000000520IB | | 238,291.67 | INTEREST |
| | | | | | | | REF: INTEREST |
| | | | | | | | TICKET # 000520 |
| 15NOV | 15NOV | USD | | YOUR: PHN OF 00/11/15 OUR: 0012400320GP | | 3,000,000.00 | BOOK TRANSFER CREDIT |
| | | | | | | | B/O: STERLING DOUBLEDAY ENTERPRISES FLUSHING NY 11368 |
| | | | | | | | REF: REFERENCE ACCT 1-KW247-3-0 |
| 15NOV | 15NOV | USD | | YOUR: 000259004045 OUR: 3650900320FC | | 4,500,000.00 | CHIPS CREDIT |
| | | | | | | | VIA: CITIBANK |
| | | | | | | | /0008 |
| | | | | | | | B/O: TREMONT-BROAD MARKET FUND LDC |
| | | | | | | | REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 ORG= TREMONT-BROAD MARKET FUND LDC OGB=B ANK OF BERMUDA LTD OBI=F F C TO TRE MONT-BROAD MARKET FUND, LDC A C. 1F SSN: 0212385 |
| 15NOV | | USD | | YOUR: NC9617126911150001 OUR: 0032000631IN | | 14,002,527.78 | NASSAU DEPOSIT TAKEN |
| | | | | | | | B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 |
| | | | | | | | REF: TO REPAY YOUR DEPOSIT FR 00111 4 TO 001115 RATE 6.5000 |
| 15NOV | | USD | | DEP REF #        327 | | 16,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000327 |
| 15NOV | | USD | | DEP REF #        326 | | 90,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000326 |
| 15NOV | | USD | | OUR: 0000000520IB | | 190,000,000.00 | MATURITY |
| | | | | | | | REF: MATURITY |
| | | | | | | | TICKET # 000520 |
| 15NOV | 15NOV | USD | | YOUR: CDS FUNDING OUR: 0486000320FP | 458,798.92 | | BOOK TRANSFER DEBIT |
| | | | | | | | A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 |
| | | | | | | | REF: /TIME/11:00 FEDBK |
| 15NOV | | USD | | | 13,309,960.00 | | CHECK PAID #        12004 |

MADWAA00242310

# Should You Need To Communicate With Us!

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242311

Statement of Account

In US Dollars

```
BERNARD L MADOFF                                    Account No:        140-081703
ATTN TONY TILETNICK                      Statement Start Date:        01 NOV 2000
885 THIRD AVENUE 18TH FLOOR                Statement End Date:        30 NOV 2000
NEW YORK  NY  10022-4833                      Statement Code:        000-USA-11
                                                Statement No:        011
                                                                     Page 22 of 41
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15NOV | | | USD | YOUR: ND9618125311150001<br>OUR: 0032001339IN | 20,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>01115 TO 001116 RATE 6.4375 |
| 15NOV | | | USD | | | 93,060,000.00 | CHECK PAID #      12003 |
| 15NOV | | | USD | OUR: 0000000623IB | 186,000,000.00 | | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>           TICKET # 000623 |
| 15NOV | | | | | **** Balance **** | 6,012,407.28 | CLOSING LEDGER BALANCE |
| 15NOV | | | | | **** Balance **** | 6,004,407.28 | CLOSING COLLECTED BALANCE |
| 16NOV | | | USD | OUR: 0000000430IB | | 156,770.83 | INTEREST<br>REF: INTEREST<br>          TICKET # 000430 |
| 16NOV | 16NOV | | USD | YOUR: O/B MELLON PIT<br>OUR: 0135907321FF | | 616,725.00 | FEDWIRE CREDIT<br>VIA: MELLON BANK N.A.<br>/043000261<br>B/O: BERNARD L. MADOFF INC<br>NEW YORK NY 10022-4834<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B MELLON PIT BBI=/TI<br>ME/12:02<br>IMAD: 1116D3QCI20C001898 |
| 16NOV * | | | USM | DEP REF #       270 | | 1,035,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000270<br>*VALUE DATE: 11/16      170,000<br>                 11/17      450,000<br>                 11/20      390,100<br>                 11/21       24,900 |
| 16NOV | 16NOV | | USD | YOUR: O/B BK OF NYC<br>OUR: 0211807321FF | | 1,499,965.00 | FEDWIRE CREDIT<br>VIA: BANK OF NEW YORK<br>/021000018<br>B/O: FIRST TRUST CORPORATION<br>DENVER, CO 80202-3323<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B BK OF NYC OBI=FFCT<br>; RAI FBO; IRWIN B. SINGER BBI=/TIM<br>IMAD: 1116B1Q8153C004032 |
| 16NOV | | | USD | DEP REF #       328 | | 16,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000328 |
| 16NOV | 16NOV | | USD | YOUR: O/B CITIBANK NYC<br>OUR: 3726900321FC | | 20,000,000.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: KINGATE CLASS B |

MADWAA00242312

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call, 718-242-7440 or 718-242-6026.

CHASE

MADWAA00242313

Statement of Account

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 23 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 BNF= KINGATE GLOBAL FUND LTD/AC-1FN06130 ORG=KINGATE CLASS B OGB=BANK OF BE RMUDA LTD SSN: 0217960 |
| 16NOV | | USD | | YOUR: NC9618125311160001 OUR: 0032100573IN | | 20,003,576.39 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00111 5 TO 001116 RATE 6.4375 |
| 16NOV | | USD | | DEP REF # 329 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000329 |
| 16NOV | | USD | | OUR: 000000043OIB | | 125,000,000.00 | MATURITY REF: MATURITY TICKET # 000430 |
| 16NOV | 16NOV | USD | | YOUR: JODI OUR: 0126400321FP | 50,000.00 | | FEDWIRE DEBIT VIA: CITY NATL BK BH LA /122016066 A/C: MARK HUGH CHAIS 90210-3530 REF: MARKCHAI/TIME/09:39 IMAD: 1116B1QGC01C001045 |
| 16NOV | 16NOV | USD USD | | YOUR: JODI OUR: 0126300321FP | 177,500.00 378,636.98 | | CHECK PAID # 1699 FEDWIRE DEBIT VIA: CITY NATL BK BH LA /122016066 A/C: THE LAMBETH CO. CA, 90210 REF: CITYNAT1/TIME/09:39 IMAD: 1116B1QGC01C001044 |
| 16NOV | 16NOV | USD | | YOUR: JODI OUR: 0126500321FP | 500,000.00 | | BOOK TRANSFER DEBIT A/C: D066198038 NEW YORK,N.Y. ORG: BERNARD L MADOFF 885 THIRD AVENUE REF: NESSEL |
| 16NOV | 16NOV | USD | | YOUR: JODI OUR: 0126200321FP | 582,000.00 | | FEDWIRE DEBIT VIA: CITY NATL BK BH LA /122016066 A/C: THE BRIGHTON CO. 90210 REF: CITYNAT2/TIME/09:39 IMAD: 1116B1QGC01C001043 |
| 16NOV | 16NOV | USD | | YOUR: JODI OUR: 0126100321FP | 750,000.00 | | FEDWIRE DEBIT VIA: FIRST UNION MD |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: | 718-242-0166 | |
| Fax Number: | 718-242-3540 | |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

Please Note:  For Non Reconcilement Checks:  To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242314

MADWAA00242315

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 24 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | /055003201<br>A/C: SHIRLEY SMALL<br>BETHESDA,M.D. 20814<br>REF: SHIRLEY SMALL/BNF/SHIRLEY SMAL<br>L ACCT 4370050171/TIME/09:36<br>IMAD: 1116B1QGC07C000939 |
| 16NOV 16NOV | | USD | | YOUR: CDS FUNDING<br>OUR: 0448600321FP | 3,570,576.22 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 16NOV<br>16NOV | | USD<br>USD | | YOUR: ND9619123911160001<br>OUR: 0032101331IN | | 12,549,700.00<br>20,000,000.00 | CHECK PAID #    12007<br>NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>01116 TO 001117 RATE 6.5000 |
| 16NOV 16NOV | | USD | | YOUR: JODI<br>OUR: 0135900321FP | 25,000,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: MORGAN STANLEY DEAN WITTER<br>NEW YORK,N.Y<br>BEN: BERNARD L MADOFF<br>10022<br>REF: FFC ACC 663107190005 INO BERNA<br>RD L MADOFF<br>SSN: 0173394 |
| 16NOV<br>16NOV 16NOV | | USD<br>USD | | YOUR: JODI<br>OUR: 0135800321FP | 94,284,900.00<br>100,000,000.00 | | CHECK PAID #    12006<br>CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: MORGAN STANLEY DEAN WITTER<br>NEW YORK,N.Y<br>BEN: BERNARD L MADOFF<br>10022<br>REF: FFC ACC 663107190005 INO BERNA<br>RD L MADOFF<br>SSN: 0173619 |
| 16NOV<br>16NOV<br>17NOV 17NOV | | USD | | YOUR: MT001117001640<br>OUR: 0283602322FF | \*\*\*\* Balance \*\*\*\*<br>\*\*\*\* Balance \*\*\*\* | 22,481,131.30<br>21,615,831.30<br>21,401.56 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE<br>FEDWIRE CREDIT<br>VIA: MANUFACTURERS & TRADERS TRUST<br>/022000046<br>B/O: TRUST - FED SETTLEMENT<br>DO NOT MAIL INTEROFFICE<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001 |

MADWAA00242316

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

**THE CHASE MANHATTAN BANK**
**(Department For Inquiry)**
**Church Street Station**
**P.O. Box 932**
**New York, N.Y. 10008-0932**

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

**THE CHASE MANHATTAN BANK**
**Global Check Inquiry**
**4 Chase MetroTech Center – 7th Floor**
**Brooklyn, NY 11245**

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

Telephone Number: 718-242-0166    Fax Number: 718-242-3540

Telex Numbers: 420966 CMB UI    SWIFT Address: CHASUS33
62814 CMB UW
62910 CMB UW

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call 718-242-7440 or 718-242-6026.

MADWAA00242317

Statement of Account

```
                                                              In US Dollars
    BERNARD L MADOFF                          Account No:        140-081703
    ATTN TONY TILETNICK              Statement Start Date:       01 NOV 2000
    885 THIRD AVENUE 18TH FLOOR       Statement End Date:       30 NOV 2000
    NEW YORK  NY 10022-4833              Statement Code:        000-USA-11
                                          Statement No:          011
                                                              Page 25 of 41
```

Page 25 of 30

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | 40081703 RFB=MT001117001640 OBI=AC # 1KW182 STERLING EQUITIES EMPLOYEE IMAD: 1117B2Q8921C000346 |
| 17NOV | | | USD | OUR: 0000000458IB | | 131,687.50 | INTEREST REF: INTEREST TICKET # 000458 |
| 17NOV | 20NOV | | US1 | DEP REF #    271 | | 132,481.21 | DEPOSIT CASH LETTER CASH LETTER 0000000271 |
| 17NOV | 17NOV | | USD | YOUR: PHN OF 00/11/17 OUR: 0012600322GP | | 4,000,000.00 | BOOK TRANSFER CREDIT B/O: STERLING DOUBLEDAY ENTERPRISES FLUSHING NY 11368 REF: 1KW247-3-0 |
| 17NOV | | | USD | DEP REF #    330 | | 17,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000330 |
| 17NOV | | | USD | YOUR: NC9619123911170001 OUR: 0032200577IN | | 20,003,611.11 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00111 6 TO 001117 RATE 6.5000 |
| 17NOV | 17NOV | | USD | YOUR: O/B HSBC USA OUR: 0085303322FF | | 26,000,000.00 | FEDWIRE CREDIT VIA: HSBC BANK USA /021001088 B/O: FAIRFIELD SENTRY LIMITED 1077 XX AMSTERDAM REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B HSBC USA OBI=FOR B ENEFIT OF FAIRFIELD SENTRY LTD A/C IMAD: 1117B1Q8983C001437 |
| 17NOV | | | USD | DEP REF #    331 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000331 |
| 17NOV | | | USD | OUR: 0000000458IB | | 105,000,000.00 | MATURITY REF: MATURITY TICKET # 000458 |
| 17NOV | 17NOV | | USD | YOUR: CDS FUNDING OUR: 0475100322FP | 647,306.43 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 17NOV | | | USD | | 9,781,400.00 | | CHECK PAID #    12010 |
| 17NOV | | | USD | YOUR: ND9620127311170001 OUR: 0032201625IN | 15,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 01117 TO 001120 RATE 6.4375 |
| 17NOV | | | USD | OUR: 0000000927IB | 56,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER REF: PURCHASE OF    CHEMICAL C.P. |

MADWAA00242318

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center – 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: | 718-242-0166 | |
| Fax Number: | 718-242-3540 | SWIFT Address: CHASUS33 |
| Telex Numbers: | 420966 CMB UI | |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call, 718-242-7440 or 718-242-6026.

MADWAA00242319

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | | | |
|---|---|---|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 26 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 17NOV | 17NOV | | USD USD | YOUR: JODI<br>OUR: 0093500322FP | 97,093,800.00<br>100,000,000.00 | | TICKET # 000927<br>CHECK PAID #        12009<br>CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: MORGAN STANLEY DEAN WITTER<br>NEW YORK,N.Y<br>BEN: BERNARD L MADOFF<br>10022<br>REF: FFC ACC 663107190005 INO BERNARD L MADOFF<br>SSN: 0152530 |
| 17NOV<br>17NOV | | | | | \*\*\*\* Balance \*\*\*\*<br>\*\*\*\* Balance \*\*\*\* | 6,247,806.25<br>5,700,325.25 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |
| 20NOV | | | USD | OUR: 0000000927IB | | 28,014.01 | INTEREST<br>REF: INTEREST           COMMERCIAL PA<br>PER        TICKET # 000927 |
| 20NOV | | | USD | OUR: 0000000652IB | | 112,875.00 | INTEREST<br>REF: INTEREST<br>TICKET # 000652 |
| 20NOV \* | | | USM | DEP REF #        272 | | 427,485.52 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000272<br>\*VALUE DATE: 11/20           83,485<br>11/21          344,000 |
| 20NOV \* | | | USM | DEP REF #        273 | | 5,245,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000273<br>\*VALUE DATE: 11/21              100<br>11/22        5,035,100<br>11/24          209,800 |
| 20NOV | | | USD | DEP REF #        336 | | 10,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000336 |
| 20NOV | | | USD | YOUR: NC9620127311200001<br>OUR: 0032500553IN | | 15,008,046.88 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00111<br>7 TO 001120 RATE 6.4375 |
| 20NOV | | | USD | DEP REF #        332 | | 17,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000332 |
| 20NOV | 20NOV | | USD | YOUR: O/B FLEET NY<br>OUR: 0242309325FF | | 30,000,000.00 | FEDWIRE CREDIT<br>VIA: FLEET BANK OF NEW YORK<br>/021300019<br>B/O: COMMERCIAL LOAN SUSPENSE<br>INTEROFFICE MAIL, XX 99999<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B FLEET NY BBI=/TIME |

MADWAA00242320

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center – 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | | |
|---|---|---|---|
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

CHASE

Statement of Account

MADWAA00242321

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 27 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | /13:56 |
| | | | | | | | IMAD: 1120A1QF147C000154 |
| 20NOV | | | USD | OUR: 0000000927IB | | 56,000,000.00 | MATURITY |
| | | | | | | | REF: MATURITY          COMMERCIAL PA |
| | | | | | | | PER        TICKET # 000927 |
| 20NOV | | | USD | DEP REF #        333 | | 90,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000333 |
| 20NOV | | | USD | OUR: 0000000652IB | | 90,000,000.00 | MATURITY |
| | | | | | | | REF: MATURITY |
| | | | | | | | TICKET # 000652 |
| 20NOV | | | USD | YOUR: JODI | 109,310.00 | | CHECK PAID #        12012 |
| 20NOV | 20NOV | | USD | OUR: 0155200325FP | 225,000.00 | | BOOK TRANSFER DEBIT |
| | | | | | | | A/C: STERLING EQUITIES FUNDING CO |
| | | | | | | | GREAT NECK NY 11021-5402 |
| | | | | | | | ORG: BERNARD L MADOFF |
| | | | | | | | 885 THIRD AVENUE |
| | | | | | | | REF: A FRIEDMAN |
| 20NOV | 20NOV | | USD | YOUR: JODI | 500,000.00 | | FEDWIRE DEBIT |
| | | | | OUR: 0155300325FP | | | VIA: KEY BK WASH TAC |
| | | | | | | | /125000574 |
| | | | | | | | A/C: MERRITT KEVIN AND PATRICE M AU |
| | | | | | | | SEATTLE WASHINGTON 98102 |
| | | | | | | | REF: P AULD/TIME/09:47 |
| | | | | | | | IMAD: 1120B1QGC07C000979 |
| 20NOV | | | USD | | 986,301.00 | | CHECK PAID #        12020 |
| 20NOV | | | USD | | 986,301.00 | | CHECK PAID #        12021 |
| 20NOV | | | USD | | 1,972,602.00 | | CHECK PAID #        12019 |
| 20NOV | | | USD | | 1,972,602.00 | | CHECK PAID #        12015 |
| 20NOV | | | USD | | 1,972,602.00 | | CHECK PAID #        12016 |
| 20NOV | | | USD | | 1,972,602.00 | | CHECK PAID #        12017 |
| 20NOV | | | USD | | 1,972,602.00 | | CHECK PAID #        12018 |
| 20NOV | | | USD | | 2,465,753.00 | | CHECK PAID #        12014 |
| 20NOV | 20NOV | | USD | YOUR: CDS FUNDING | 6,156,000.00 | | BOOK TRANSFER DEBIT |
| | | | | OUR: 0518700325FP | | | A/C: CHASE MANHATTAN BANK DELAWARE |
| | | | | | | | WILMINGTON DE 19801-1147 |
| | | | | | | | REF: /TIME/11:00 FEDBK |
| 20NOV | | | USD | YOUR: ND9623121411200001 | | 13,000,000.00 | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 0032501289IN | | | A/C: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 0 |
| | | | | | | | 01120 TO 001121 RATE 6.5000 |
| 20NOV | | | USD | | 46,530,000.00 | | CHECK PAID #        12022 |
| 20NOV | | | USD | | 61,257,800.00 | | CHECK PAID #   ✕ 12023 ✕   MISSING |
| 20NOV | | | USD | OUR: 0000001104IB | | 80,000,000.00 | PURCH OF/SALE OF CHEM COMM PAPER |
| | | | | | | | REF: PURCHASE OF      CHEMICAL C.P. |
| | | | | | | | TICKET # 001104 |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242322

MADWAA00242323

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 28 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 20NOV | 20NOV | | USD | YOUR: JODI OUR: 0179600325FP | 90,000,000.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: MORGAN STANLEY DEAN WITTER NEW YORK,N.Y BEN: BERNARD L MADOFF 10022 REF: FFC ACC 663107190005 INO BERNA RD L MADOFF SSN: 0189497 |
| 20NOV 20NOV | | | | | | \*\*\*\* Balance \*\*\*\* 7,989,752.66 \*\*\*\* Balance \*\*\*\* 2,375,852.66 | CLOSING LEDGER BALANCE CLOSING COLLECTED BALANCE |
| 21NOV 21NOV | | | USD | YOUR: O/B CITIBANK NYC OUR: 0310403326FF | | 10,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: 00060476166 AVENUE APT. 15-C NEW YORK, NY REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=MADOFF (GABRIELLE MARD EN)/AC-1M00643 RFB=O/B CITIBANK NYC IMAD: 1121B1QB022C004102 |
| 21NOV | | | USD | OUR: 0000001104IB | | 13,335.56 | INTEREST REF: INTEREST          COMMERCIAL PA PER          TICKET # 001104 |
| 21NOV 21NOV | | | USD | YOUR: O/B MELLON PIT OUR: 0148513326FF | | 100,000.00 | FEDWIRE CREDIT VIA: MELLON BANK N.A. /043000261 B/O: JEROME FISHER & PALM BEACH FL 33480-3510 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=JEROME FISHER & PALM B EACH FL 33480-3510/AC-1F01553040 RF IMAD: 1121D3QCI20C001764 |
| 21NOV | | | USD | OUR: 0000000450IB | | 225,750.00 | INTEREST REF: INTEREST          TICKET # 000450 |
| 21NOV | | | USM | DEP REF #          274 | | 1,559,241.20 | DEPOSIT CASH LETTER CASH LETTER 0000000274 \*VALUE DATE: 11/21          48,436          11/22     1,008,788          11/24       486,717          11/27        15,300 |
| 21NOV 21NOV | | | USD | YOUR: O/B US TRUST CO OUR: 0255702326FF | | 1,600,000.00 | FEDWIRE CREDIT VIA: US TRUST COMPANY OF FLORIDA NA |

MADWAA00242324

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | |
|---|---|
| Telephone Number: | 718-242-0166 |
| Fax Number: | 718-242-3540 |

Telex Numbers:  420966 CMB UI
62814 CMB UW
62910 CMB UW

SWIFT Address: CHASUS33

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242325

Statement of Account

In US Dollars

```
┌ BERNARD L MADOFF                    ┐           Account No:         140-081703
  ATTN TONY TILETNICK                          Statement Start Date:  01 NOV 2000
  885 THIRD AVENUE 18TH FLOOR                   Statement End Date:   30 NOV 2000
  NEW YORK  NY  10022-4833                      Statement Code:       000-USA-11
└                                    ┘           Statement No:         011
                                                                      Page 29 of 41
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 21NOV 21NOV | | USD | | YOUR: O/B US TRUST CO<br>OUR: 0256102326FF | | 3,000,000.00 | /067011223<br>B/O: JEROME & ANNE FISHER<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=JEROME & ANNE FISHER/A<br>C-1F0155 30/40 RFB=O/B US TRUST CO<br>BBI=/TIME/14:32<br>IMAD: 1121F6QCGVSC000004<br>FEDWIRE CREDIT<br>VIA: US TRUST COMPANY OF FLORIDA NA<br>/067011223<br>B/O: JEROME ANNE FISHER<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=JEROME & ANNE FISHER/A<br>C-1F0155 30/40 RFB=O/B US TRUST CO<br>BBI=/TIME/14:33<br>IMAD: 1121F6QCGVSC000005 |
| 21NOV | | USD | | YOUR: NC9623121411210001<br>OUR: 0032600589IN | | 13,002,347.22 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00112<br>0 TO 001121 RATE 6.5000 |
| 21NOV | | USD | | DEP REF #      337 | | 18,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000337 |
| 21NOV | | USD | | OUR: 0000001104IB | | 80,000,000.00 | MATURITY                COMMERCIAL PA<br>PER        TICKET # 001104<br>REF: MATURITY |
| 21NOV | | USD | | DEP REF #      339 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000339 |
| 21NOV | | USD | | OUR: 0000000450IB | | 180,000,000.00 | MATURITY<br>REF: MATURITY<br>        TICKET # 000450 |
| 21NOV<br>21NOV 21NOV | | USD<br>USD | | YOUR: CDS FUNDING<br>OUR: 0531400326FP | 110,000.00<br>559,159.00 | | CHECK PAID #      12013<br>BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 21NOV 21NOV | | USD | | YOUR: JODI<br>OUR: 0128400326FP | 1,350,000.00 | | CHIPS DEBIT<br>VIA: BNP PARIBAS NY BRANCH<br>/0768<br>A/C: BNP LUXEMBOURG S.A.<br>L-2952 LUXEMBOURG<br>REF: BNPORD CONTACT PERSON THIERRY<br>GLAY (352) 4764 394/BNF/CR ACC 0200<br>19280500141 BNP LUXEMBOURG S.A. |

MADWAA00242326

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

**If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.**

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station.
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center – 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

Telephone Number: 718-242-0166      Fax Number:      718-242-3540

Telex Numbers:   420966 CMB UI         SWIFT Address: CHASUS33
62814 CMB UW
62910 CMB UW

**Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.**

MADWAA00242327

## Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| **Account No:** | 140-081703 |
| **Statement Start Date:** | 01 NOV 2000 |
| **Statement End Date:** | 30 NOV 2000 |
| **Statement Code:** | 000-USA-11 |
| **Statement No:** | 011 |

Page 30 of 41

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 21NOV | 21NOV | | USD | YOUR: JODI<br>OUR: 0128300326FP | 6,000,000.00 | | SSN: 0140887<br>CHIPS DEBIT<br>VIA: BNP PARIBAS NY BRANCH<br>/0768<br>A/C: BNP LUXEMBOURG S.A.<br>L-2952 LUXEMBOURG<br>REF: BNPORD CONTACT PERSON THIERRY<br>GLAY (352) 4764 394/BNF/CR ACC 0200<br>19280500141 BNP LUXEMBOURG S.A. |
| 21NOV | | | USD | YOUR: ND9624121511210001<br>OUR: 0032601253IN | 10,000,000.00 | | SSN: 0140924<br>NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>01121 TO 001122 RATE 6.4375 |
| 21NOV<br>21NOV | | | USD<br>USD | OUR: 0000001010IB | 10,670,000.00<br>78,000,000.00 | | CHECK PAID #     12026<br>PURCH OF/SALE OF CHEM COMM PAPER<br>REF: PURCHASE OF     CHEMICAL C.P.<br>TICKET # 001010 |
| 21NOV | 21NOV | | USD | YOUR: JODI<br>OUR: 0128200326FP | 80,000,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: MORGAN STANLEY DEAN WITTER<br>NEW YORK,N.Y<br>BEN: BERNARD L MADOFF<br>10022<br>REF: FFC ACC 663107190005 INO BERNA<br>RD L MADOFF<br>SSN: 0156219 |
| 21NOV<br>21NOV | 21NOV | | USD<br>USD | YOUR: JODI<br>OUR: 0128100326FP | 98,450,000.00<br>100,000,000.00 | | CHECK PAID #     12025<br>CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: MORGAN STANLEY DEAN WITTER<br>NEW YORK,N.Y<br>BEN: BERNARD L MADOFF<br>10022<br>REF: FFC ACC 663107190005 INO BERNA<br>RD L MADOFF<br>SSN: 0156240 |
| 21NOV<br>21NOV<br>22NOV | | | <br><br>USD | <br><br>OUR: 0000001010IB | \*\*\*\* Balance \*\*\*\*<br>\*\*\*\* Balance \*\*\*\* | 10,361,267.64<br>3,605,562.64<br>13,002.17 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE<br>INTEREST<br>REF: INTEREST     COMMERCIAL PA<br>PER     TICKET # 001010 |

MADWAA00242328

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

## Address for Inquiries:

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242329

**Statement of Account**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

*Page 31 - 36*

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 31 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 22NOV | | USM | | DEP REF #        275 | | 39,149.52 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000275<br>*VALUE DATE: 11/24        30,399<br>               11/27         8,750 |
| 22NOV | | USD | | OUR: 0000000623IB | | 233,275.00 | INTEREST<br>REF: INTEREST<br>        TICKET # 000623 |
| 22NOV | 22NOV | USD | | YOUR: O/B CITIBANK NYC<br>OUR: 0357109327FF | | 296,628.30 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: INVESTMENT PROPERTY EXCHANGE S<br>SANTA BARBARA, CA 93105<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B CITIBANK NYC OBI=F<br>INAL CREDIT TO DOROTHY ERVOLINO ACC<br>IMAD: 1122B1Q8023C005050 |
| 22NOV | 22NOV | USD | | YOUR: O/B CITIBANK NYC<br>OUR: 0289307327FF | | 2,226,473.91 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: INVESTMENT PROPERTY EXCHANGE S<br>SANTA BARBARA, CA 93105<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B CITIBANK NYC OBI=F<br>INAL CREDIT TO DOROTHY ERVOLINO ACC<br>IMAD: 1122B1Q8023C004415 |
| 22NOV | | USD | | YOUR: NC9624121511220001<br>OUR: 0032700603IN | | 10,001,788.19 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00112<br>1 TO 001122 RATE 6.4375 |
| 22NOV | | USD | | DEP REF #        341 | | 19,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000341 |
| 22NOV | | USD | | OUR: 0000001010IB | | 78,000,000.00 | MATURITY<br>REF: MATURITY        COMMERCIAL PA<br>PER        TICKET # 001010 |
| 22NOV | | USD | | DEP REF #        340 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000340 |
| 22NOV | | USD | | OUR: 0000000623IB | | 186,000,000.00 | MATURITY<br>REF: MATURITY<br>        TICKET # 000623 |
| 22NOV | 22NOV | USD | | YOUR: CDS FUNDING<br>OUR: 0548800327FP | 671,185.57 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |

MADWAA00242330

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the Transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | | |
| | 62814 CMB UW | SWIFT Address: CHASUS33 | |
| | 62910 CMB UW | | |

**Please Note:  For Non Reconcilement Checks:  To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6025.**

MADWAA00242331

## Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2000 |
| Statement End Date: | 30 NOV 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |

Page 32 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 22NOV | | USD | | | 10,854,600.00 | | CHECK PAID #  12029 |
| 22NOV | | USD | | YOUR: ND9625127311220001 OUR: 0032701461IN | 21,500,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 01122 TO 001124 RATE 6.5000 |
| 22NOV | | USD | | | 98,010,000.00 | | CHECK PAID #  12028 |
| 22NOV | | USD | | OUR: 0000000780IB | 110,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER REF: PURCHASE OF  CHEMICAL C.P. TICKET # 000780 |
| 22NOV | | USD | | OUR: 0000000599IB | 150,000,000.00 | | DEBIT MEMORANDUM REF: PURCHASE OF TICKET # 000599 |
| 22NOV | | | | | **** Balance **** | 5,135,799.16 | CLOSING LEDGER BALANCE |
| 22NOV | | | | | **** Balance **** | 4,384,833.16 | CLOSING COLLECTED BALANCE |
| 24NOV | | USD | | OUR: 0000000780IB | | 36,678.89 | INTEREST REF: INTEREST  COMMERCIAL PA PER  TICKET # 000780 |
| 24NOV * | | USM | | DEP REF #  276 | | 273,560.50 | DEPOSIT CASH LETTER CASH LETTER 0000000276 *VALUE DATE: 11/24  20,560 11/27  3,000 11/28  245,000 11/29  5,000 |
| 24NOV | | USD | | DEP REF #  344 | | 19,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000344 |
| 24NOV | | USD | | YOUR: NC9625127311240001 OUR: 0032900209IN | | 21,507,763.89 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00112 2 TO 001124 RATE 6.5000 |
| 24NOV | | USD | | DEP REF #  343 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000343 |
| 24NOV | | USD | | OUR: 0000000780IB | | 110,000,000.00 | MATURITY REF: MATURITY  COMMERCIAL PA PER  TICKET # 000780 |
| 24NOV | 24NOV | USD | | YOUR: CDS FUNDING OUR: 0477500329FP | 864,685.00 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 24NOV | | USD | | YOUR: ND9627117011240001 OUR: 0032901007IN | 10,795,900.00 | | CHECK PAID #  12032 |
| 24NOV | | USD | | | 14,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 01124 TO 001127 RATE 6.5000 |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| --- | --- | --- | --- |

| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
| --- | --- | --- |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242332

MADWAA00242333

RELEASE

Statement of Account

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 33 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 24NOV | | USD | | | 97,839,000.00 | | CHECK PAID #    12031 |
| 24NOV | | USD | | OUR: 0000000294IB | 120,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER<br>REF: PURCHASE OF        CHEMICAL C.P.<br>TICKET # 000294 |
| 24NOV | | | | | **** Balance **** | 2,454,217.44 | CLOSING LEDGER BALANCE |
| 24NOV | | | | | **** Balance **** | 2,177,167.44 | CLOSING COLLECTED BALANCE |
| 27NOV | | USD | | OUR: 0000000294IB | | 60,030.02 | INTEREST<br>REF: INTEREST        COMMERCIAL PA<br>PER        TICKET # 000294 |
| 27NOV * | | USM | | DEP REF #        277 | | 160,030.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000277<br>*VALUE DATE: 11/27        10,030<br>11/28        150,000 |
| 27NOV | 27NOV | USD | | YOUR: O/B CITY MIAMI<br>OUR: 0294307332FF | | 280,958.20 | FEDWIRE CREDIT<br>VIA: CITY NATIONAL BANK OF FLORIDA<br>/066004367<br>B/O: BRAMAN FAMILY IRREVOCABLE<br>MIAMI, FL 33137-5024<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B CITY MIAMI OBI=FFC<br>T BRAMAN FAMILY IRREVOCABLE TRUST A<br>IMAD: 1127F6B7021C000057 |
| 27NOV | 27NOV | USD | | YOUR: SWF OF 00/11/22<br>OUR: 1269900327JS | | 400,000.00 | BOOK TRANSFER CREDIT<br>B/O: BANQUE INTERNATIONALE A LUXEMB<br>LUXEMBOURG LUXEMBOURG L-295-3<br>ORG: LUDOVISSY ASSOCIES<br>13 RUE ALDRINGEN<br>REF: FOR FURTHER CREDIT TO THE ACC.<br>OF ASSOC.INVESTIMENTO LTD ACC.1-FRO<br>09-3-0/OCMT/USD400000, |
| 27NOV | | USD | | YOUR: NC9627117011270001<br>OUR: 0033200669IN | | 14,007,583.33 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00112<br>4 TO 001127 RATE 6.5000 |
| 27NOV | | USD | | DEP REF #        346 | | 19,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000346 |
| 27NOV | | USD | | DEP REF #        345 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000345 |
| 27NOV | | USD | | OUR: 0000000294IB | | 120,000,000.00 | MATURITY<br>REF: MATURITY        COMMERCIAL PA<br>PER        TICKET # 000294 |
| 27NOV | | USD | | | 109,310.00 | | CHECK PAID #        12034 |
| 27NOV | | USD | | | 110,000.00 | | CHECK PAID #        12035 |
| 27NOV | | USD | | | 110,000.00 | | CHECK PAID #        12036 |

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
The Ledger Date of the transaction
The Debit or Credit Dollar Amount of the transaction
The "Our Reference Number" of the transaction

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242334

MADWAA00242335

Statement of Account

```
┌─ BERNARD L MADOFF                    ┐                          In US Dollars
  ATTN TONY TILETNICK                                  Account No:   140-081703
  885 THIRD AVENUE 18TH FLOOR                 Statement Start Date:  01 NOV 2000
  NEW YORK  NY  10022-4833          ┘          Statement End Date:   30 NOV 2000
                                                   Statement Code:   000-USA-11
                                                    Statement No:    011
                                                                     Page 35 of 41
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=PATRICIA M HYNES/AC-1C M08930 RFB=O/B CITIBANK NYC OBI=BY IMAD: 1128B1Q8021C004643 |
| 28NOV | 28NOV | | USD | YOUR: O/B PNCBANK PITT OUR: 0150703333FF | | 220,500.00 | FEDWIRE CREDIT VIA: PNC BANK, NA /043000096 B/O: CADMUS INVESTMENT PARTNERS LP PITTSBURGH PA 15220 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B PNCBANK PITT OBI=F BO CADMUS INVESTMENTS PARTNERS ACCO IMAD: 1128D3QCI24C000854 |
| 28NOV | 28NOV | | USD | YOUR: O/B EASTERN BANK OUR: 0247609333FF | | 450,000.00 | FEDWIRE CREDIT VIA: EASTERN BANK /011301798 B/O: SHETLAND FUND SALEM, MA 01970-5986 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B EASTERN BANK BBI=/ BNF/FBO: SHETLAND FUND L.P./TIME/14 IMAD: 1128A1Q026AC000097 |
| 28NOV | 28NOV | | USD | YOUR: O/B BK OF NYC OUR: 0207307333FF | | 500,000.00 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/O: RAPP INC 70 LYMAN ROAD REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=RAPP INC 70 LYMAN ROAD /AC-1-B0119 RFB=O/B BK OF NYC BBI=/ IMAD: 1128B1Q8153C004042 |
| 28NOV | 28NOV | | USD | YOUR: O/B NORTHERN TR OUR: 0155808333FF | | 565,000.00 | FEDWIRE CREDIT VIA: NORTHERN TRUST BANK OF FLORIDA /066009650 B/O: ROBERT & LEXIE POTAMKIN,TENANT MIAMI FL 33109-0916 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=ROBERT POTAMKIN & LEXI E POTAMKIN, TENANTS BY THE ENTIRETI IMAD: 1128F6QC771C000105 |

MADWAA00242336

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | |
|---|---|---|
| Telephone Number: 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: 420966 CMB UI | SWIFT Address: CHASUS33 | |
| 62814 CMB UW | | |
| 62940 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

```
┌                                            ┐
  BERNARD L MADOFF
  ATTN TONY TILETNICK
  885 THIRD AVENUE 18TH FLOOR
  NEW YORK  NY  10022-4833
└                                            ┘
```

In US Dollars

**Account No:** 140-081703
**Statement Start Date:** 01 NOV 2000
**Statement End Date:** 30 NOV 2000
**Statement Code:** 000-USA-11
**Statement No:** 011
Page 34 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 27NOV | | USD | | | 330,000.00 | | CHECK PAID #      12037 |
| 27NOV | 27NOV | USD | | YOUR: JODI | 1,000,000.00 | | BOOK TRANSFER DEBIT |
| | | | | OUR: 0138400332FP | | | A/C: UNITED STATES TRUST CO OF NEW |
| | | | | | | | NEW YORK NY 10036-1532 |
| | | | | | | | ORG: BERNARD L MADOFF |
| | | | | | | | 885 THIRD AVENUE |
| | | | | | | | REF: MLEEDS/BNF/FFC TO,U.S. TRUST C |
| | | | | | | | OMPANY ACCT920-1-073195 |
| 27NOV | 27NOV | USD | | YOUR: CDS FUNDING | 1,078,600.96 | | BOOK TRANSFER DEBIT |
| | | | | OUR: 0549400332FP | | | A/C: CHASE MANHATTAN BANK DELAWARE |
| | | | | | | | WILMINGTON DE 19801-1147 |
| | | | | | | | REF: /TIME/11:00 FEDBK |
| 27NOV | | USD | | | 1,972,602.00 | | CHECK PAID #      12042 |
| 27NOV | | USD | | | 1,972,602.00 | | CHECK PAID #      12039 |
| 27NOV | | USD | | | 1,972,602.00 | | CHECK PAID #      12040 |
| 27NOV | | USD | | | 1,972,602.00 | | CHECK PAID #      12041 |
| 27NOV | | USD | | YOUR: ND9630125811270001 | 13,500,000.00 | | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 0033201447IN | | | A/C: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 0 |
| | | | | | | | 01127 TO 001128 RATE 6.5000 |
| 27NOV | | USD | | | 18,050,000.00 | | CHECK PAID #      12043 |
| 27NOV | | USD | | | 89,917,700.00 | | CHECK PAID #      12044 |
| 27NOV | | USD | | OUR: 000000114IIB | 112,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER |
| | | | | | | | REF: PURCHASE OF      CHEMICAL C.P. |
| | | | | | | | TICKET # 001141 |
| 27NOV | | | | | **** Balance **** | 2,266,800.03 | CLOSING LEDGER BALANCE |
| 27NOV | | | | | **** Balance **** | 1,866,800.03 | CLOSING COLLECTED BALANCE |
| 28NOV | | USD | | OUR: 000000114IIB | | 18,669.78 | INTEREST |
| | | | | | | | REF: INTEREST      COMMERCIAL PA |
| | | | | | | | PER      TICKET # 001141 |
| 28NOV | 28NOV | USD | | YOUR: O/B CITIBANK NYC | | 107,115.00 | FEDWIRE CREDIT |
| | | | | OUR: 0354701333FF | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: 00037376087 |
| | | | | | | | ILLIAM T. MATSCHKE 1 PENN PLAZA |
| | | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 BNF=PATRICIA M HYNES/AC-1C |
| | | | | | | | M08930 RFB=O/B CITIBANK NYC OBI=BY |
| | | | | | | | IMAD: 1128B1Q8022C004665 |
| 28NOV | 28NOV | USD | | YOUR: O/B CITIBANK NYC | | 107,115.00 | FEDWIRE CREDIT |
| | | | | OUR: 0346414333FF | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: 00037376087 |
| | | | | | | | ILLIAM T. MATSCHKE 1 PENN PLAZA |

MADWAA00242338

# Should You Need To Communicate To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | | |
|---|---|---|---|
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note:  For Non Reconcilement Checks: To place a stop payment order by
telephone, please call: 718-242-7440 or 718-242-6026.

CHASE

MADWAA00242339

Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Account No: 140-081703
Statement Start Date: 01 NOV 2000
Statement End Date: 30 NOV 2000
Statement Code: 000-USA-11
Statement No: 011
Page 36 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 28NOV | 28NOV | | USD | YOUR: O/B MELLON PIT OUR: 0271702333FF | | 1,260,000.00 | FEDWIRE CREDIT VIA: MELLON BANK N.A. /043000261 B/O: ROBERT POTAMKIN FISHER ISLAND FL 33109-0916 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B MELLON PIT OBI=ROB ERT POTAMKIN BBI=/TIME/14:45 IMAD: 1128D3QCI20C004181 |
| 28NOV * | | | USM | DEP REF # 278 | | 1,506,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000278 ×VALUE DATE: 11/28 1,500,000 11/29 6,000 |
| 28NOV | 28NOV | | USD | YOUR: O/B EASTERN BANK OUR: 0275007333FF | | 1,525,000.00 | FEDWIRE CREDIT VIA: EASTERN BANK /011301798 B/O: ARBOR PLACE LIMITED PARTNERSHI SALEM, MA 01970-5986 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B EASTERN BANK BBI=/ BNF/FBO ARBOR PLACE L.P. ACCT# 1-A IMAD: 1128A1Q026AC000108 |
| 28NOV | 28NOV | | USD | YOUR: PHN OF 00/11/28 OUR: 0011400333GP | | 4,000,000.00 | BOOK TRANSFER CREDIT B/O: STERLING DOUBLEDAY ENTERPRISES FLUSHING NY 11368 REF: REF ACCOUNT NO 1KW247 3 0 |
| 28NOV | | | USD | YOUR: NC9630125811280001 OUR: 0033300575IN | | 13,502,437.50 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00112 7 TO 001128 RATE 6.5000 |
| 28NOV | | | USD | DEP REF # 348 | | 18,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000348 |
| 28NOV | | | USD | DEP REF # 347 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000347 |
| 28NOV | | | USD | OUR: 0000001141IB | | 112,000,000.00 | MATURITY REF: MATURITY COMMERCIAL PA PER TICKET # 001141 |
| 28NOV | 28NOV | | USD | YOUR: JODI OUR: 0244400333FP | 62,000.00 | | FEDWIRE DEBIT VIA: BRUNSWICK BK & TR /021206948 A/C: EDWARD AND OLGA BAZELEWSKY CLARKSBURG, NJ 08510 REF: BAZELEWSKY/BNF/FFC/ACC 5500016 |

MADWAA00242340

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front on the statement.

**Your Account Number**
The Ledger Date of the transaction
The Debit or Credit Dollar Amount of the transaction
The "Our Reference Number" of the transaction

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase Metrotech Center – 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

Telephone Number:  718-242-0166          Fax Number:          718-242-3540

Telex Numbers:    420566 CMB UI          SWIFT Address: CHASUS33
                  62814 CMB UW
                  62910 CMB UW

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

Statement of Account

MADWAA00242341

```
┌ BERNARD L MADOFF                                    ┐                        In US Dollars
  ATTN TONY TILETNICK                                               Account No:   140-081703
  885 THIRD AVENUE 18TH FLOOR                         Statement Start Date:   01 NOV 2000
  NEW YORK  NY  10022-4833                            Statement End Date:   30 NOV 2000
└                                                     ┘  Statement Code:   000-USA-11
                                                            Statement No:   011
                                                                        Page 37 of 41
```

Page #37 - 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | 51 EDWARD AND OLGA BAZELEWSKY/TIME/ 11:06<br>IMAD: 1128B1QGC03C001573 |
| 28NOV | 28NOV | | USD | YOUR: JODI<br>OUR: 0134500333FP | 150,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: JAMES MARDEN AND IRIS ZURAWIN 10043<br>REF: JPMARDEN ATTN JAMES SAMAROO MG R PRIV. BKNG. AND INVEST. DIV,<br>SSN: 0164971 |
| 28NOV | 28NOV | | USD<br>USD | YOUR: CDS FUNDING<br>OUR: 0484800333FP | 220,000.00<br>1,203,890.70 | | CHECK PAID #    12038<br>BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 28NOV | 28NOV | | USD | YOUR: JODI<br>OUR: 0134400333FP | | 1,300,000.00 | FEDWIRE DEBIT<br>VIA: CHEMICAL MIDLAND<br>/072410013<br>A/C: THE JUNIA S. CASSELL REVOC LIV MIDLAND MI 48640-6601<br>REF: CASSELL/BNF/FFC/ACC 8055815 TH E JUNIA S. CASSELL REVOCABLE LIVING TRUST/TIME/10:17<br>IMAD: 1128B1QGC03C001101 |
| 28NOV | | | USD | YOUR: ND9631124011280001<br>OUR: 0033301345IN | 18,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O 01128 TO 001129 RATE 6.3125 |
| 28NOV | | | USD | | 34,035,200.00 | | CHECK PAID #    12047 |
| 28NOV | | | USD | OUR: 0000000881IB | 50,000,000.00 | | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>        TICKET # 000881 |
| 28NOV | | | USD | OUR: 0000000882IB | 60,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER<br>REF: PURCHASE OF        CHEMICAL C.P.<br>        TICKET # 000882 |
| 28NOV | | | USD | | 74,910,000.00 | | CHECK PAID #    12046 |
| 28NOV | | | | | **** Balance **** | 6,147,546.61 | CLOSING LEDGER BALANCE |
| 28NOV | | | | | **** Balance **** | 6,136,546.61 | CLOSING COLLECTED BALANCE |
| 29NOV | 29NOV | | USD | YOUR: MT001129001932<br>OUR: 0347613334FF | | 5,224.65 | FEDWIRE CREDIT<br>VIA: MANUFACTURERS & TRADERS TRUST<br>/022000046<br>B/O: TRUST - FED SETTLEMENT<br>DO NOT MAIL INTEROFFICE<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA |

MADWAA00242342

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service
Telephone Number: 718-242-0166          Fax Number: 718-242-3540
Telex Numbers:  420966 CMB U            SWIFT Address: CHASUS33
6281 4 CMB UW
6291 0 CMB UW

Please Note:  For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242343

## Statement of Account

```
                                                                        In US Dollars
        ┌                                    ┐
         BERNARD L MADOFF                              Account No:       140-081703
         ATTN TONY TILETNICK                    Statement Start Date:    01 NOV 2000
         885 THIRD AVENUE 18TH FLOOR            Statement End Date:      30 NOV 2000
         NEW YORK  NY  10022-4833                    Statement Code:     000-USA-11
        └                                    ┘        Statement No:      011
                                                                         Page 38 of 41
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=MT001129001932 OBI=AC # 1KW182 STERLING EQUITIES EMPLOYEE IMAD: 1129B2Q8921C000575 |
| 29NOV | | USD | | OUR: 0000000599IB | | 189,875.00 | INTEREST REF: INTEREST TICKET # 000599 |
| 29NOV 29NOV | | USD | | YOUR: O/B EASTERN BANK OUR: 0201203334FF | | 440,000.00 | FEDWIRE CREDIT VIA: EASTERN BANK /011301798 B/O: SHETLAND PROPERTIES SALEM, MA 01970-5986 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B EASTERN BANK BBI=/ BNF/FBO SHETLAND PROPERTIES EMPLOY IMAD: 1129A1Q026A6C000082 |
| 29NOV * | | USM | | DEP REF #      279 | | 1,053,788.00 | DEPOSIT CASH LETTER CASH LETTER 0000000279 ×VALUE DATE: 11/29    61,155 11/30    953,209 12/01    39,424 |
| 29NOV 29NOV | | USD | | YOUR: O/B FLEET NY OUR: 0266714334FF | | 5,000,000.00 | FEDWIRE CREDIT VIA: FLEET BANK OF NEW YORK /021300019 B/O: NY WIRE CLEARING MAILSTOP RIDE 03001Z REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B FLEET NY OBI=REF 1 KW260 BBI=/TIME/14:35 IMAD: 1129A1QF147C000199 |
| 29NOV 29NOV | | USD | | YOUR: O/B FLEET NY OUR: 0275208334FF | | 6,000,000.00 | FEDWIRE CREDIT VIA: FLEET BANK OF NEW YORK /021300019 B/O: NY WIRE CLEARING MAILSTOP RIDE 03001Z REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B FLEET NY OBI=REF # 1KW242 BBI=/TIME/14:34 IMAD: 1129A1QF147C000198 |
| 29NOV | | USD | | YOUR: NC9631124011290001 OUR: 0033400569IN | | 18,003,156.25 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00112 |

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
The Ledger Date of the transaction
The Debit or Credit Dollar Amount of the transaction
The "Our Reference Number" of the transaction

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242344

```
BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833
```

| | | | | | In US Dollars |
|---|---|---|---|---|---|
| | | | Account No: | | 140-081703 |
| | | | Statement Start Date: | | 01 NOV 2000 |
| | | | Statement End Date: | | 30 NOV 2000 |
| | | | Statement Code: | | 000-USA-11 |
| | | | Statement No: | | 011 |
| | | | | | Page 39 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 29NOV | | USD | | DEP REF #      350 | | 19,000,000.00 | 8 TO 001129 RATE 6.3125<br>DEPOSIT CASH LETTER<br>CASH LETTER 0000000350 |
| 29NOV | | USD | | DEP REF #      349 | | 90,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000349 |
| 29NOV | | USD | | OUR: 0000000599IB | | 150,000,000.00 | MATURITY<br>REF: MATURITY<br>          TICKET # 000599 |
| 29NOV 29NOV | | USD | | YOUR: JODI<br>OUR: 0166100334FP | 50,000.00 | | BOOK TRANSFER DEBIT<br>A/C: COUTTS AND COMPANY<br>LONDON UNITED KINGDOM SE1~9-SQ<br>ORG: BERNARD L MADOFF<br>885 THIRD AVENUE<br>REF: WILSON BBI BANK SORT CODE 1800<br>02 |
| 29NOV 29NOV | | USD | | YOUR: JODI<br>OUR: 0166200334FP | 2,000,000.00 | | FEDWIRE DEBIT<br>VIA: FLEET PROV<br>/011500010<br>A/C: PRIVATE CLIENTS GROUP<br>BUFFALO, NY 14214<br>REF: HLZEMSKY/BNF/FFC/ACCOUNT 05482<br>0 HOWARD AND LESLIE ZEMSKY/TIME/10:<br>28<br>IMAD: 1129B1QGC04C001472 |
| 29NOV 29NOV | | USD | | YOUR: CDS FUNDING<br>OUR: 0486600334FP | 2,148,580.86 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 29NOV<br>29NOV | | USD<br>USD | | YOUR: ND9632124411290001<br>OUR: 0033401433IN | 10,758,000.00<br>24,500,000.00 | | CHECK PAID #      12050<br>NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>01129 TO 001130 RATE 6.4375 |
| 29NOV | | USD | | OUR: 0000001098IB | 45,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER<br>REF: PURCHASE OF        CHEMICAL C.P.<br>          TICKET # 001098 |
| 29NOV | | USD | | OUR: 0000000965IB | 50,000,000.00 | | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>          TICKET # 000965 |
| 29NOV | | USD | | OUR: 0000001097IB | 60,000,000.00 | | PURCH OF/SALE OF CHEM COMM PAPER<br>REF: PURCHASE OF        CHEMICAL C.P.<br>          TICKET # 001097 |
| 29NOV<br>29NOV<br>29NOV | | USD | | | 98,340,000.00<br>**** *Balance* ****<br>**** *Balance* **** | <br>3,043,009.65<br>2,050,376.65 | CHECK PAID #      12049<br>CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |

MADWAA00242346

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

|  |  |  |  |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
|---|---|---|
|  | 62814 CMB UW |  |
|  | 62910 CMB UW |  |

Please Note:  For Non Reconcilement Checks:  To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

MADWAA00242347

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | Account No: | 140-081703 |
|---|---|---|---|---|
| | | | Statement Start Date: | 01 NOV 2000 |
| | | | Statement End Date: | 30 NOV 2000 |
| | | | Statement Code: | 000-USA-11 |
| | | | Statement No: | 011 |
| | | | | Page 40 of 41 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 30NOV | | USD | | OUR: 0000001097IB | | 10,001.67 | INTEREST<br>REF: INTEREST          COMMERCIAL PA<br>PER          TICKET # 001097 |
| 30NOV | 30NOV | USD | | YOUR: CSB OF 00/11/30<br>OUR: 0010300335ET | | 500,000.00 | BOOK TRANSFER CREDIT<br>B/O: NEPHROLOGY ASSOCIATES P C<br>NEW ROCHELLE NY 10804-2216<br>REF: /BNF/F/B/O NEPHROLOGY ASSOCIAT<br>ES PCPENSION PLAN |
| 30NOV | 30NOV | USD | | YOUR: O/B UNITED MIAMI<br>OUR: 0136613335FF | | 1,214,941.20 | FEDWIRE CREDIT<br>VIA: MELLON UNITED NATIONAL BANK<br>/067009646<br>B/O: WEISS SEROTA HELFNAN PASTORIZA<br>DES PA<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B UNITED MIAMI BBI=/<br>TIME/11:13<br>IMAD: 1130F6QCGV1C000001 |
| 30NOV | | USM | | DEP REF #          280 | | 1,308,600.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000280<br>*VALUE DATE:   12/01          1,001,600<br>                      12/04            288,580<br>                      12/05            18,420 |
| 30NOV | 30NOV | USD | | YOUR: O/B EASTERN BANK<br>OUR: 0286501335FF | | 3,260,000.00 | FEDWIRE CREDIT<br>VIA: EASTERN BANK<br>/011301798<br>B/O: ARBOR PLACE LIMITED PARTNERSHI<br>SALEM, MA 01970-5986<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B EASTERN BANK BBI=/<br>BNF/FBO ARBOR PLACE L P ACCT #1 AO<br>IMAD: 1130A1Q026AC000071 |
| 30NOV | 30NOV | USD | | YOUR: 1.FN092.4<br>OUR: 3975600335FC | | 4,000,000.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: PRIMEO FUND SELECT<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000140081703 BNF=<br>PRIMEO FUND CLASS 'B'/AC-1FN0924 OR<br>G=PRIMEO FUND SELECT OGB=BANK OF BE<br>RMUDA<br>SSN: 0242693 |
| 30NOV | | USD | | DEP REF #          353 | | 19,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000353 |

## Should You Need To Communicate With Us?

- If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below:

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center – 7th Floor
Brooklyn, NY 11245

**DDA Customer Service**
If you wish to contact us via phone, telex, or fax, please do so as follows:

| | | | |
|---|---|---|---|
| Telephone Number: | 1-718-242-0166 | Fax Number: | 718-242-3540 |
| Telex Numbers: | 420666 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.

CHASE

Statement of Account

MADWAA00242349

In US Dollars

Account No:            140-081703
Statement Start Date:  01 NOV 2000
Statement End Date:    30 NOV 2000
Statement Code:        000-USA-11
Statement No:          011
Page 41 of 41

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 30NOV | | USD | | YOUR: NC9632124411300001 OUR: 0033500611IN | | 24,504,381.08 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00112 9 TO 001130 RATE 6.4375 |
| 30NOV | | USD | | OUR: 0000001097IB | | 60,000,000.00 | MATURITY REF: MATURITY        COMMERCIAL PA PER          TICKET # 001097 |
| 30NOV | | USD | | DEP REF #        351 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000351 |
| 30NOV | 30NOV | USD | | YOUR: JODI OUR: 0208000335FP | 879,426.22 | | BOOK TRANSFER DEBIT A/C: GOTTHARD BANK NASSAU BAHAMAS ORG: BERNARD L MADOFF 885 THIRD AVENUE REF: /BNF/FFC GOODMAD S.A.NASSAU 1F N051-30/40 IBM HOUSE,EAST BAY ST PO BO X 55-6312.NASSAU BAHAMAS R 1806 62 LAX GOODMAN S.A. |
| 30NOV | 30NOV | USD | | YOUR: CDS FUNDING OUR: 0611100335FP | 3,093,152.12 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 30NOV | | USD | | YOUR: ND9633124311300001 OUR: 0033501465IN | 20,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 01130 TO 001201 RATE 6.5000 |
| 30NOV | | USD | | | 52,373,500.00 | | CHECK PAID #        12052 |
| 30NOV | | USD | | | 56,760,000.00 | | CHECK PAID #        12053 |
| 30NOV | | USD | | OUR: 0000000905IB | 70,000,000.00 | | DEBIT MEMORANDUM REF: PURCHASE OF                TICKET # 000905 |
| 30NOV | | | | | **** Balance **** | 3,734,855.26 | CLOSING LEDGER BALANCE |
| 30NOV | | | | | **** Balance **** | 2,386,831.26 | CLOSING COLLECTED BALANCE |

MADWAA00242350

# Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center – 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

DDA Customer Service

| | | | |
|---|---|---|---|
| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| | | | |
|---|---|---|---|
| Telex Numbers: | 420566 CMB UI | SWIFT Address: CHASUS33 | |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call: 718-242-7440 or 718-242-6026.



JPMorgan Chase Bank, N.A.                  **JPMorganChase**          **Statement of Account**

CM

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

|  |  |
|---|---|
| | **In US Dollars** |
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 1 of 71 |

ıllllıılıılıllllıllllıllllllılıllllıllllll

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 263 | 16,051,080,279.31 | Opening (30 DEC 2006) | | Closing (31 JAN 2007) | | Credits | 0 |
| Total Debits (Incl. checks) | 208 | 16,051,137,519.24 | Ledger | 394,700.05 | Ledger | 337,460.12 | Debits | 0 |
| Total Checks Paid | 11 | 10,010,500.00 | Collected | .05 | Collected | .12 | Checks | 11 |

| Post Date | Value Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 DEC | | | | **** Balance **** | 394,700.05 | OPENING LEDGER BALANCE | | |
| 30 DEC | | | | **** Balance **** | 0.05 | OPENING COLLECTED BALANCE | | |
| 02JAN | | USD | YOUR: 31V9973124002 | | 16,467.76 | AIP INTEREST PAYMENT | | |
| | | | OUR: 0021003124XP | | | INTEREST ON PRINCIPAL OF | | |
| | | | | | | $31,400,390.00 AT AIP RATE=04.72% | | |
| | | | | | | FOR AIP INVESTMENT DATED 12/29/06 | | |
| | | | | | | AIP REFERENCE=31Y9998696363 | | |
| | | | | | | EFFECTIVE YIELD=04.83%. EFFECTIVE | | |
| | | | | | | YIELD REFLECTS COMPOUNDING OF | | |
| | | | | | | INTEREST | | |
| 02JAN | 02JAN | USD | YOUR: 070102250207 | | 45,000.00 | FEDWIRE CREDIT | | |
| | | | OUR: 0716813802FF | | | VIA: FIRST UNION NATIONAL BANK OF V | | |
| | | | | | | /051400549 | | |
| | | | | | | B/O: LWT ASSOCIATES, LLC | | |
| | | | | | | 220434203 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA | | |
| | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 | | |
| | | | | | | 00001400 RFB=070102250207 OBI=FFC L | | |
| | | | | | | WT ASSOCIATES LLC ALLAN HURWITZ MGR | | |
| | | | | | | IMAD: 0102E3B75D5C000952 | | |
| 02JAN | 02JAN | USD | YOUR: SWF OF 07/01/02 | | 150,000.00 | BOOK TRANSFER CREDIT | | |
| | | | OUR: 5602400002JD | | | B/O: CITIGROUP GLOBAL MKTS INC OUTG | | |
| | | | | | | AMHERST NY 14226- | | |
| | | | | | | ORG: 45G02640 EDWARD L SIMONDS TTEE | | |
| | | | | | | EDWARD L SIMONDS UAD 072700 PO BOX | | |
| | | | | | | OGB: SBARNSHR | | |

| | | | | |
|---|---|---|---|---|
| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003510

JPMorgan Chase Bank, N.A.    **JPMorganChase**    **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 2 of 71 |

| Date | | | | Amount | Description |
|---|---|---|---|---|---|
| 02JAN | | USM | DEP REF # 2179 | 170,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002179<br>*VALUE DATE: 01/03    60,000<br>01/04    103,400<br>01/05    6,600 |
| 02JAN | 02JAN USD | YOUR: O/B EASTERN BANK<br>OUR: 0489208002FF | | 325,000.00 | FEDWIRE CREDIT<br>VIA: EASTERN BANK<br>/011301798<br>B/O: ROBERT I LAPPIN<br>SALEM, MA 01970-5986<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B EASTERN BANK BBI=/<br>BNF/FBO ROBERT I LAPPIN CHARITABLE<br>IMAD: 0102A1B7AA1C000132 |
| 02JAN | 02JAN USD | YOUR: 070102250200<br>OUR: 0730809002FF | | 703,697.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BANK OF V<br>/051400549<br>B/O: AHT ASSOCIATES LLC<br>FALLS CHURCH, VA 22043 2411<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=070102250200 OBI=FFC A<br>HT PARTHERS 1 A0001 3 & BBI=/TIME/1<br>IMAD: 0102E3B75D5C000956 |
| 02JAN | 02JAN USD | YOUR: O/B TCF MPLS<br>OUR: 0940209002FF | | 1,000,000.00 | FEDWIRE CREDIT<br>VIA: TCF NATIONAL BANK<br>/291070001<br>B/O: UPSHER SMITH- KENNETH EVENSTAD<br>MINNEAPOLIS, MN 55441<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B TCF MPLS OBI=REF K<br>ENNETH AND GRACE EVENSTAD ACCOUNT 1<br>IMAD: 0102117201C000293 |
| 02JAN | 02JAN USD | YOUR: 001<br>OUR: 0932513002FF | | 2,500,000.00 | FEDWIRE CREDIT<br>VIA: SOCIETE GENERALE NA INC.<br>/026004226<br>B/O: LANX FUND II LP<br>NEW YORK<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=001 OBI=FFC ACCT NO. 1<br>-L0226-3-0 ACCT NAME LANX SM INVEST<br>IMAD: 0102B1Q8181C001127 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18DDec08-344

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

In US Dollars

BERNARD L MADOFF INVESTMENT SECURITIES   CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | | |
|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2008 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page  3  of  71 |

| Post Date | Anl Ledger Date | Value Date | Reference | Debit | Credit | Description |
|---|---|---|---|---|---|---|
| 02JAN | 02JAN USD | | YOUR: CAP OF 07/01/02<br>OUR: 3292000002JO | | 5,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: MOUNT CAPITAL FUND LIMITED CLA<br>DUBLIN 2 IRELAND<br>REF: FFC MOUNT CAP ASSET SUBSIDIARY<br>AC FR085 SUB TRF |
| 02JAN | 02JAN USD | | YOUR: CAP OF 07/01/02<br>OUR: 2516300002JO | | 15,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: MOUNT CAPITAL ASSET SUBSIDIARY<br>DUBLIN 2 IRELAND<br>REF: FFC MOUNT CAPITAL ASSET SUBSID<br>ARY FR085 REF - SUBSCRIPTION TRANSF<br>ER |
| 02JAN | | USD | YOUR: 31Y9998696363<br>OUR: 3632003619XN | | 31,400,398.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 02JAN | 02JAN USD | | YOUR: MONEY TRANSFER<br>OUR: 3068600002FC | | 33,700,000.00 | CHIPS CREDIT<br>VIA: HSBC BANK USA<br>/0108<br>B/O: ALPHA PRIME EQ HEDGED FUND USD<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 BNF=<br>ALPHA PRIME FUND LTD/AC-1FR097 ORG=<br>/GBHBEU58762745 ALPHA PRIME EQ HEDG<br>ED FUND USD OGB=/000023868 8 CANADA<br>SSN: 0175035 |
| 02JAN | | USD | YOUR: NC0063068401020701<br>OUR: 0700200269AN | | 295,166,604.86 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 06122<br>9 TO 070102 RATE 5.0828 |
| 02JAN | 02JAN USD | | YOUR: 00487250<br>OUR: 7251200002JK | | 350,353,888.89 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 02JAN | 02JAN USD | | YOUR: JODI<br>OUR: 1006600002JO | 9,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: JAMES P MARDEN,PATRICE AULD<br>NEW YORK,N.Y.<br>REF: TELEBEN<br>SSN: 0169222 |
| 02JAN | 02JAN USD | | YOUR: JODI<br>OUR: 1006500002JO | 37,500.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008 |

JPMSAB0003512

18Dec08-344

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2008 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 4 of 71 |

| Date | | | Reference | | Debit | Credit | Balance | |
|------|--|--|-----------|--|-------|--------|---------|--|

| | 02JAN | 02JAN USD | YOUR: CAP OF 07/01/02 OUR: 1006400002J0 | 100,000.00 | A/C: JAMES P MARDEN,PATRICE AULD<br>NEW YORK,N.Y.<br>REF: TELEBEN<br>SSN: 0169231<br>FEDWIRE DEBIT<br>VIA: COLONIAL BANK NA<br>/062001319<br>A/C: MARDEN FAMILY LTD PART<br>PALM BEACH,FL 33480<br>IMAD: 0102B1QGC04C002232 |
| 02JAN | 02JAN USD | YOUR: CAP OF 07/01/02 OUR: 1006300002J0 | 190,000.00 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: MARDEN FAMILY LTD PART<br>PALM BEACH,FLA 33480<br>SSN: 0169223 |
| 02JAN | 02JAN USD | YOUR: JODI OUR: 1006200002J0 | 200,000.00 | FEDWIRE DEBIT<br>VIA: CY NATL BK LA<br>/122016066<br>A/C: THE CHAIS FAMILY FOUNDATION<br>BEVERLY HILLS,CA.<br>REF: TELEBEN/TIME/10:34<br>IMAD: 0102B1QGC01C002286 |
| 02JAN | 02JAN USD | YOUR: JODI OUR: 1006100002J0 | 500,000.00 | FEDWIRE DEBIT<br>VIA: WELLS FARGO NA<br>/121000248<br>A/C: JOYCE F. KLEIN REVOCABLE TRUST<br>SUITE 1804,LOS ANGELES,<br>REF: TELEBEN<br>IMAD: 0102B1QGC07C002519 |
| 02JAN | 02JAN USD | YOUR: BARBRAT OUR: 1005700002J0 | 500,000.00 | FEDWIRE DEBIT<br>VIA: WELLS FARGO NA<br>/121000248<br>A/C: WELLS FARGO INVESTMENTS, LLC<br>BEN: THE BARBARA RATNER REVOC LIVIN<br>REF: BNF-FFC-ACC- 88929272, THE BAR<br>BARA RATNER REVOCABLE LIVIN0TRUST<br>IMAD: 0102B1QGC08C002966 |
| 02JAN | 02JAN USD | YOUR: JODI OUR: 1006000002J0 | 500,000.00 | FEDWIRE DEBIT<br>VIA: CITIBANK FSB CT<br>/221172610<br>A/C: THOMAS L.STARK,HILARY M.STARK<br>RIVERSIDE,CT 06878<br>REF: TELEBEN<br>IMAD: 0102B1QGC02C002238 |

JPMSAB0003513

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 30 DEC 2008
Statement End Date: 31 JAN 2007
Statement Code: 000-USA-11
Statement No: 001
Page 5 of 71

| Post Date | Acct Ledger Date | Value | Reference | Debit | Credit | Description |
|---|---|---|---|---|---|---|
| 02JAN | 02JAN USD | YOUR: SLADIN OUR: 1005800002J0 | 500,000.00 | | | FEDWIRE DEBIT VIA: WELLS FARGO NA /121000248 A/C: SIDNEY R. LADIN IMAD: 0102B1QGC06C002247 |
| 02JAN | 02JAN USD | YOUR: SCHNALL OUR: 1005900002J0 | 500,000.00 | | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL /063000021 A/C: M. ELLIOT SCHNALL IMAD: 0102B1QGC03C002171 |
| 02JAN | 02JAN USD | YOUR: SILVERSTINV OUR: 1005600002J0 | 807,000.00 | | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL /063000021 A/C: SILVERSTEIN INVESTMENT CLUB 33331 IMAD: 0102B1QGC04C002231 |
| 02JAN | 02JAN USD | YOUR: DPFINV OUR: 1005500002J0 | 1,500,000.00 | | | FEDWIRE DEBIT VIA: HSBC USA /021001088 A/C: THE VANGUARD GROUP FUND # 45 BEN: DPF INVESTORS P.O.BOX 367, WEST WARREN, MA. 01092 IMAD: 0102B1QGC05C002139 |
| 02JAN | 02JAN USD | YOUR: LFILLC OUR: 1005400002J0 | 2,000,000.00 | | | FEDWIRE DEBIT VIA: MFRS BUF /022000046 A/C: LFI,LLC/LAMAR INVESTMENTS 365 SOUTH ST. MORRISTOWN, NJ. 07960 REF: /TIME/10:35 IMAD: 0102B1QGC02C002237 |
| 02JAN | 02JAN USD | YOUR: BULLMKT OUR: 1005300002J0 | 2,406,750.00 | | | FEDWIRE DEBIT VIA: BK AMER NYC /026009593 A/C: BULL MARKET FUND 11791-6012 IMAD: 0102B1QGC02C002236 |
| 02JAN | 02JAN USD | YOUR: NTHIRFEF OUR: 1005200002J0 | 2,500,000.00 | | | FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: PBG CONCENTRATION ACCOUNT BEN: NINE THIRTY FEF INVESTMENTS,LL NEW YORK, NY 10019 IMAD: 0102B1QGC01C002285 |
| 02JAN | 02JAN USD | YOUR: CAP OF 07/01/02 OUR: 1284900002J0 | 2,843,760.95 | | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 |

180ec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18DDec08-344

18-Dec-08

JPMSAB0003514

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 6 of 71 |

| Date | | | Reference | Amount | Balance | Description |
|---|---|---|---|---|---|---|
| 02JAN | 02JAN USD | YOUR: MAXAM<br>OUR: 1005100002J0 | | 3,000,000.00 | | REF: REF: CDS FUNDING<br>FEDWIRE DEBIT<br>VIA: BK AMER NYC<br>/026009593<br>A/C: MAXAM ABSOLUTE RETURN FUND, L.<br>IMAD: 0102B1QGC08C002965 |
| 02JAN | 02JAN USD | YOUR: CAP OF 07/01/02<br>OUR: 1005000002J0 | | 7,000,000.00 | | FEDWIRE DEBIT<br>VIA: HSBC USA<br>/021001088<br>A/C: HSBC BANK PLC LONDON<br>LONDON ENG<br>BEN: HSSL REDEMPTION PROCEEDS ACCOU<br>REF: REF;LAGOON<br>IMAD: 0102B1QGC05C002138 |
| 02JAN | | USD | YOUR: 31Y9998712002<br>OUR: 0024001963ZE | 35,350,245.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 02JAN | 02JAN USD | YOUR: M006646030272025<br>OUR: 7274000002JK | 265,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 02JAN | | USD | YOUR: ND0066625801020701<br>OUR: 0700200583AN | 410,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70102 TO 070103 RATE 5.2107 |
| 02JAN | | | | **** Balance **** | 481,500.61 | CLOSING LEDGER BALANCE |
| 02JAN | | | | **** Balance **** | .61 | CLOSING COLLECTED BALANCE |
| 03JAN | | USD | YOUR: 31Y9973132003<br>OUR: 0031003132XP | | 4,634.81 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$35,350,245.00 AT AIP RATE=04.72%<br>FOR AIP INVESTMENT DATED 01/02/07<br>AIP REFERENCE=31Y9998712002<br>EFFECTIVE YIELD=04.83%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 03JAN | 03JAN USD | YOUR: O/B FST REP BK S<br>OUR: 0236803003FF | | 160,000.00 | | FEDWIRE CREDIT<br>VIA: FIRST REPUBLIC BANK<br>/321081669<br>B/O: ARCHSTONE PARTNERS LP<br>NEW YORK, NY 10017<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000 |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003515

18Dec08-344

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 7 of 71 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| | | | |
|---|---|---|---|
| | | | 00001400 RFB=O/B FST REP BK S OBI=E LAINE DINE A/C #97900025981 BBI=/TI IMAD: 0103L1B78H1C000104 |
| 03JAN | 03JAN USD | YOUR: 667109  OUR: 3856300003FC | 166,841.66 CHIPS CREDIT  VIA: BANK OF NEW YORK  /0001  B/O: FIRST TRUST CORPORATION  DENVER, CO 80202-3323  REF: NBNF=BERNARD L MADOFF NEW YORK  NY 10022-4834/AC-000000001400 ORG=  FIRST TRUST CORPORATION DENVER, CO  80202-3323 OBI=SAM ROSEN #ZR163  SSN: 0204685 |
| 03JAN | 03JAN USD | YOUR: 070103150568  OUR: 0383713003FF | 222,222.23 FEDWIRE CREDIT  VIA: WACHOVIA BANK NA OF FLORIDA  /063000021  B/O: EDWARD GLASSMAN TRUST  33496  REF: CHASE NYC/CTR/BNF=BERNARD L MA  DOFF NEW YORK NY 10022-4834/AC-0000  00001400 RFB=070103150568 OBI=FOR B  ENEFIT OF WESTWOOD PARTNERS ACCOUNT  IMAD: 0103E3B75D2C001915 |
| 03JAN | 03JAN USD | YOUR: SWF OF 07/01/03  OUR: 5518900003JS | 250,000.00 BOOK TRANSFER CREDIT  B/O: CITCO BANKING CORP N V  CURACAO NETHERLANDS ANTILLES  ORG: /0012410038200  C/O CITCO (CANADA) INC  OGB: CITCO BANKING CORP N V  KAYA FLAMBOYAN 9  REF: /OCMT/USD250000,00/ |
| 03JAN | USM DEP REF # | 2181 | 384,106.12 DEPOSIT CASH LETTER  CASH LETTER 0000002181  *VALUE DATE: 01/04    331,606  01/05    50,100  01/08    2,400 |
| 03JAN | 03JAN USD | YOUR: 611089701  OUR: 0527407003FF | 650,000.00 FEDWIRE CREDIT  VIA: NORTHERN TRUST COMPANY  /071000152  B/O: MUSKETAQUID INVESTMENTS - CASH  CONCORD, MA 01742-1611  REF: CHASE NYC/CTR/BNF=BERNARD L MA  DOFF NEW YORK NY 10022-4834/AC-0000  00001400 RFB=611089701 OBI=FBO: MUS  KETAQUID INVESTMENTS ACCOUNT #1-M01  IMAD: 0103G1B76E6C002835 |

JPMSAB0003516

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.                    **JPMorganChase**                    **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

|  | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 8 of 71 |

| 03JAN | 03JAN USD | YOUR: O/B SUNTRUST ATL<br>OUR: 0492303003FF | 918,602.44 | FEDWIRE CREDIT<br>VIA: SUNTRUST BANK, ATLANTA<br>/061000104<br>B/O: WESTWOOD PARTNERS<br>BOCA RATON FL 33496-5911<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B SUNTRUST ATL OBI=F<br>BO WESTWOOD PARTNERS ACCOUNT#1-W004<br>IMAD: 0103F1QCZ6BC004502 |
|---|---|---|---|---|
| 03JAN | USD | YOUR: OS1 OF 07/01/03<br>OUR: 0256500003ES | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS<br>NEWARK DE 19713-<br>ORG: /063853000<br>JAY CHAZANOFF |
| 03JAN | 03JAN USD | YOUR: O/B MARINERBK<br>OUR: 0129413003FF | 1,500,000.00 | FEDWIRE CREDIT<br>VIA: MARINER'S BANK<br>/021213559<br>B/O: MARINER'S BANK<br>EDGEWATER, NJ 07020<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B MARINERBK 3BI=/BNF<br>/DDA/1D0085 JOSEPH A. DAIBES FU RTH<br>IMAD: 0103GMGFT006000214 |
| 03JAN | 03JAN USD | YOUR: O/B BK AMER NYC<br>OUR: 0661807003FF | 3,000,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: MAXAM ABSOLUTE RETURN FUND LP<br>DARIEN, CT 06820-5421<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B BK AMER NYC OBI=FF<br>C MAXAM ABSOLUTE RETURN FUND LP FFC<br>IMAD: 0103B6B7HU3R004330 |
| 03JAN | USM | DEP REF # 2180 | 3,418,872.88 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002180<br>*VALUE DATE: 01/03    2,539,181<br>01/04    522,350<br>01/05    355,070<br>01/08    2,271 |
| 03JAN | 03JAN USD | YOUR: PHN OF 07/01/03<br>OUR: 0002701003GP | 3,659,995.00 | BOOK TRANSFER CREDIT<br>B/O: STERLING METS, L.P.<br>FLUSHING NY 11368-<br>REF: REF 1KW254-3 |

JPMSAB0003517

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 9 of 71 |

| 03JAN | 03JAN USD | YOUR: PHN OF 07/01/03<br>OUR: 0002700003GP | 6,865,294.00 | BOOK TRANSFER CREDIT<br>B/O: STERLING METS, L.P.<br>FLUSHING NY 11368-<br>REF: REF ACCT 1KW254-3 |
|---|---|---|---|---|
| 03JAN | 03JAN USD | YOUR: SUB INTO THEMA W<br>OUR: 3787200003FC | 8,200,000.00 | CHIPS CREDIT<br>VIA: HSBC BANK USA<br>/0108<br>B/O: THEMA FUND LTD USD<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 BNF=<br>THEMA WISE INVESTMENTS LTD/AC-1FR09<br>3 ORG=/GBHBEU58776560 THEMA FUND LT<br>D USD OGB=/000023868 8 CANADA SQUAR<br>SSN: 0200726 |
| 03JAN | 03JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 0503302003FF | 10,000,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: KML ASSET MANAGEMENT LLC 457 W<br>, NJ 07061<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=KML ASSET MANAGEMENT L<br>LC/AC-1K00073 RFB=O/B CITIBANK NYC<br>IMAD: 0103B1Q8022C004044 |
| 03JAN | 03JAN USD | YOUR: 070103400206<br>OUR: 0294701003FF | 16,000,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: PAUL J KOZLOFF FAMILY<br>19610<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=070103400206 OBI=FBO T<br>HE PAUL J KOZLOFF FAMILY LIMITED PA<br>IMAD: 0103E3B75DAC002582 |
| 03JAN | USD | YOUR: 31Y9998712002<br>OUR: 0022003640XN | 35,350,245.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 03JAN | 03JAN USD | YOUR: NONE<br>OUR: 3793800003FC | 35,800,000.00 | CHIPS CREDIT<br>VIA: HSBC BANK USA<br>/0108<br>B/O: THEMA FUND<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>THEMA FUND OGB=/000023868 8 CANADA<br>SQUARE OBI=REF 1FN095 THEMA BBI=/OC<br>MT/USD35800000.00/BNF/(BKCD)CRED |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003518

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

**JPMorgan Chase Bank, N.A.**

**JPMorganChase**

**Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 16TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 10 of 71 |

| | | | | Credit | |
|---|---|---|---|---|---|
| 03JAN | 03JAN USD | YOUR: MADOFF<br>OUR: 3963800003FC | | 75,000,000.00 | SSN: 0200950<br>CHIPS CREDIT<br>VIA: BANK OF NEW YORK<br>/0001<br>B/O: RYE SELECT BROAD MARKET PORTFO<br>HAMILTON HM 11 BERMUDA<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>RYE SELECT BROAD MARKET PORTFOLIO H<br>AMILTON HM 11 BERMUDA OBI=FFC: RYE |
| 03JAN | 03JAN USD | YOUR: O/B BK OF NYC<br>OUR: 0697713003FF | | 90,000,000.00 | SSN: 0210284<br>FEDWIRE CREDIT<br>VIA: BANK OF NEW YORK<br>/021000018<br>B/O: RYE SELECT BROAD MARKET FUND,L<br>RYE, NY 10580<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B BK OF NYC OBI=FFC:<br> RYE SELECT BROAD MARKET FD LP A/C<br>IMAD: 0103B1Q8154C008423 |
| 03JAN | 03JAN USD | YOUR: 00529351<br>OUR: 8804400003JK | | 325,328,611.11 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 03JAN | USD | YOUR: NC0066625801030701<br>OUR: 0700300223AN | | 410,059,344.65 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07010<br>2 TO 070103 RATE 5.2107 |
| 03JAN | 03JAN USD | YOUR: O/B HSBC USA<br>OUR: 0716309003FF | | 500,000,000.00 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: FAIRFIELD SENTRY LIMITED<br>NARITAWEG 165<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=FAIRFIELD SENTRY LTD/A<br>C-1FN04530 RFB=O/B HSBC USA OBI=CN:<br>IMAD: 0103B1Q8984C006387 |
| 03JAN | USD | | 2,500.00 | | CHECK PAID #    16950 |
| 03JAN | USD | | 70,000.00 | | CHECK PAID #    16947 |
| 03JAN | USD | | 145,609.00 | | CHECK PAID #    16946 |

JPMSAB0003519

JPMorgan Chase Bank, N.A.    **JPMorganChase**    **Statement of Account**

In US Dollars

BERNARD L MADOFF INVESTMENT SECURITIES    CH
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| Account No: | 140-081703 |
|---|---|
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 11 of 71 |

| | | | | |
|---|---|---|---|---|
| 03JAN | USD | | 160,000.00 | CHECK PAID @        16945 |
| 03JAN | 03JAN USD | YOUR: JODI | 350,000.00 | CHIPS DEBIT |
| | | OUR: 0972100003J0 | | VIA: CITIBANK |
| | | | | /0008 |
| | | | | A/C: JAMES MARDEN AND IRIS ZURAWIN |
| | | | | 1125 PARK AVENUE,NEW YORK,NY 10128 |
| | | | | REF: TELEBEN |
| | | | | SSN: 0183891 |
| 03JAN | USD | | 455,303.00 | CHECK PAID @        16943 |
| 03JAN | 03JAN USD | YOUR: RGINDEL | 500,000.00 | FEDWIRE DEBIT |
| | | OUR: 0972000003J0 | | VIA: EURO AMER NYC |
| | | | | /021001486 |
| | | | | A/C: ROSE GINDEL TRUST |
| | | | | FLORIDA 33434 |
| | | | | IMAD: 0103B1QGC02C002189 |
| 03JAN | USD | | 972,647.00 | CHECK PAID @        16944 |
| 03JAN | 03JAN USD | YOUR: MALIBU | 1,120,000.00 | FEDWIRE DEBIT |
| | | OUR: 0971900003J0 | | VIA: WELLS FARGO NA |
| | | | | /121000248 |
| | | | | A/C: MALIBU TRADING AND INVESTMENT |
| | | | | 91307 |
| | | | | IMAD: 0103B1QGC01C002146 |
| 03JAN | 03JAN USD | YOUR: PASHCOW | 1,217,955.52 | BOOK TRANSFER DEBIT |
| | | OUR: 0971800003J0 | | A/C: 99999651 |
| | | | | TRUST-INVESTMENTS OMNI INBOUND |
| | | | | REF: BNF-FFC-ACC- Q38758001, TRUST |
| | | | | B UNDER PARAGRAPH THIRD OF WILL OF |
| | | | | HELEN PASHCOW |
| 03JAN | 03JAN USD | YOUR: CAP OF 07/01/03 | 1,533,940.00 | FEDWIRE DEBIT |
| | | OUR: 0971700003J0 | | VIA: CITY NB OF FLA |
| | | | | /066004367 |
| | | | | A/C: BRAHAN FAMILY IRREVOCABLE TRUS |
| | | | | MIAMI, FLORIDA, 33137-5024 |
| | | | | REF: BNF-FFC-ACC- 1753209086, BRAHA |
| | | | | N FAMILY IRREVOCABLE TRUST, IRMA BR |
| | | | | AHAN TRUSTEE |
| | | | | IMAD: 0103B1QGC01C002144 |
| 03JAN | 03JAN USD | YOUR: JODI | 1,764,000.00 | FEDWIRE DEBIT |
| | | OUR: 0971600003J0 | | VIA: BK AMER NYC |
| | | | | /026009593 |
| | | | | A/C: KAY INVESTMENT GROUP,LLC |
| | | | | SILVER SPRING,MD 20910 |
| | | | | REF: TELEBEN |
| | | | | IMAD: 0103B1QGC01C002143 |
| 03JAN | USD | | 4,036,441.00 | CHECK PAID @        16942 |
| 03JAN | USD | | 4,160,000.00 | CHECK PAID @        16948 |

JPMSAB0003520

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 12 of 71 |

| Date | Date | | Reference | Amount | Balance | Description |
|---|---|---|---|---|---|---|
| 03JAN | 03JAN USD | YOUR: CAP OF 07/01/03 OUR: 1027100003JO | | 6,725,314.74 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: COS FUNDING |
| 03JAN | | USD OUR: 0030447678TC | | 18,124,760.48 | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:IRS ORIG ID:3307702000 DESC DATE:010307 CO ENTRY DESCR:USATAXPYMTSEC.CCD TRACE#:021000020447678 EED:070103 IND ID:220740300049318 IND NAME:BERNARD L MADOFF |
| 03JAN | | USD YOUR: 31Y9998674003 OUR: 0034001899ZE | | 50,000,000.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 03JAN | 03JAN USD | YOUR: M007216250370957 OUR: 8847700003JK | | 350,000,000.00 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 03JAN | | USD YOUR: ND0072704001030701 OUR: 0700300501AN | | 510,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 70103 TO 070104 RATE 5.1407 |
| 03JAN | | | | **** Balance **** | 577,081,799.77 | CLOSING LEDGER BALANCE |
| 03JAN | | | | **** Balance **** | 575,702,438.77 | CLOSING COLLECTED BALANCE |
| 04JAN | 04JAN USD | YOUR: O/B FI COMM BILL OUR: 0508614004FF | | 4,000.00 | | FEDWIRE CREDIT VIA: FIRST INTERSTATE BK OF BILLING /092901683 B/O: GABRIEL BELLANTE BOZEMAN,MT 59715-8024 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B FI COMM BILL OBI=F BO: NAMES GABRIEL BELLANTE(557-91-4 IMAD: 0104128743ICO00095 |
| 04JAN | | USD YOUR: 31Y9973118004 OUR: 0041003118XP | | 6,500.00 | | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF #50,000,000.00 AT AIP RATE=04.68% FOR AIP INVESTMENT DATED 01/03/07 AIP REFERENCE=31Y9998674003 EFFECTIVE YIELD=04.79%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003521

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.     **JPMorganChase**     Statement of Account

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 13 of 71 |

| | | | | |
|---|---|---|---|---|
| 04JAN | 04JAN USD | YOUR: O/B UNITED BKRS<br>OUR: 0406201004FF | 55,000.00 | FEDWIRE CREDIT<br>VIA: UNITED BANKERS BANK<br>/091001322<br>B/O: JOYCE G MOSCOE KEV TRUST<br>KEY BISCAYNE FL 33149<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B UNITED BKRS OBI=FF<br>C: MOSCOE CHILDRENS PARTNERSHIP, AC<br>IMAD: 0106111B7BQ1C000369 |
| 04JAN | 04JAN USD | YOUR: CAP OF 07/01/04<br>OUR: 2659700004J0 | 300,000.00 | BOOK TRANSFER CREDIT<br>B/O: FS COMPANY, L.L.C.<br>GREAT NECK NY 11021-<br>REF: F/B/O: FS COMPANY LLC - KW 347<br>/BNF/140-081-703 BERNARD L MADOFF |
| 04JAN | 04JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 0177913004FF | 350,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: GF FOUNDATIONS, LLC C/O STUART<br>L NEW YORK NY 10019<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=GF FOUNDATIONS, LLC/AC<br>-18032330 RFB=O/B CITIBANK NYC OBI=<br>IMAD: 0104B18B023C002436 |
| 04JAN | 04JAN USD | YOUR: O/B BB&T NC<br>OUR: 4088000004FC | 575,000.00 | CHIPS CREDIT<br>VIA: BRANCH BANKING & TRUST CO.<br>/0160<br>B/O: SP ASSOC GENERAL PARTNERSHIP<br>FORT LAUDERDALE FL 33308-1400<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>/0000140970379 FORT LAUDERDALE FL 3<br>3308-1400<br>SSN: 0231208 |
| 04JAN | 04JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 0259701004FF | 950,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: JF-CRUT, LLC C/O JFI CARNEGIE<br>19<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=JF CRUT L L C/AC-1J004<br>330 RFB=O/B CITIBANK NYC OBI=. BOI=<br>IMAD: 0104B18B023C003053 |

JPMSAB0003522

18Dec08-344

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 30 DEC 2006
Statement End Date: 31 JAN 2007
Statement Code: 000-USA-11
Statement No: 001
Page 14 of 71

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| | | | | |
|---|---|---|---|---|
| 04JAN | USM DEP REF # 2182 | | 1,404,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000002182 *VALUE DATE: 01/04 1,305,000 01/05 96,440 01/08 2,560 |
| 04JAN | 04JAN USD YOUR: 0000000045849706 OUR: 0573202004FF | | 1,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: MICHAEL MANN GREAT NECK NY 11024 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=0000000045849706 OBI=F FC: MICHAEL MANN AND MERYL MANN ACC IMAD: 0104A1Q002HC001559 |
| 04JAN | 04JAN USD YOUR: O/B CITIBANK NYC OUR: 0175103004FF | | 1,600,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: J F FOUNDATION, L.L.C. ATTN: S W YORK, N.Y. 10019 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0200 00001400 BNF=JF FOUNDATIONS, LLC/AC -1J004730 RFB=O/B CITIBANK NYC OBI= IMAD: 0104B108021C002671 |
| 04JAN | 04JAN USD YOUR: O/B SUNTRUST ATL OUR: 0239903004FF | | 2,200,000.00 | FEDWIRE CREDIT VIA: SUNTRUST BANK, ATLANTA /061000104 B/O: L & T INVESTMENTS LLC VIRGINIA BEACH VA 23464-3611 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B SUNTRUST ATL OBI=F BO:L&T INVESTMENTS LLC ACCT 1L0225 IMAD: 0104F1QCZ68C002563 |
| 04JAN | 04JAN USD YOUR: CAP OF 07/01/04 OUR: 2659500004JO | | 4,900,000.00 | BOOK TRANSFER CREDIT B/O: METS II LLC FLUSHING NY 11368- REF: F/B/O: METS II LLC - KW 374/BN F/140-081-703 BERNARD L MADOFF |
| 04JAN | 04JAN USD YOUR: O/B CY NATL BK L OUR: 0638513004FF | | 5,150,000.00 | FEDWIRE CREDIT VIA: CITY NATIONAL BANK /122016066 B/O: ROTHSCHILD FAMILY PARTNERSHIP SAN RAFAEL CA 94901 REF: CHASE NYC/CTR/BNF=BERNARD L MA |

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

CM

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 15 of 71 |

| Date | | | Reference | Amount | Description |
|---|---|---|---|---|---|
| | | | | | DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B CY NATL BK L DBI=F<br>BO ROTHSCHILD FAMILY PARTNERSHIP AC<br>IMAD: 0104L2LFCK1C001342 |
| 04JAN | 04JAN USD | | YOUR: 9310169-00722339<br>OUR: 1763000004FC | 7,399,980.00 | CHIPS CREDIT<br>VIA: UBS AG STAMFORD BRANCH<br>/0799<br>B/O: FBO LUXEMBOURG INVESTMENT FUND<br>US EQUITY PLUS 1 FR 123<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>FBO LUXEMBOURG INVESTMENT FUND US E<br>QUITY PLUS 1 FR 123 OGB=UBS LUXEMBO<br>SSN: 0103543 |
| 04JAN | 04JAN USD | | YOUR: DCD OF 07/01/04<br>OUR: 0171700004ES | 10,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: BEACON ASSOCIATES LLC I<br>WHITE PLAINS NY 10601<br>REF: FBO:BEACON ASSOCIATES LLC A/C#<br>1B0118-3-0 |
| 04JAN | | USD | YOUR: 31Y9998674003<br>OUR: 0032003580XN | 50,000,000.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 04JAN | 04JAN USD | | YOUR: 00585995<br>OUR: 0820200004JK | 330,333,666.67 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 04JAN | | USD | YOUR: NC0072704001040701<br>OUR: 0700400197AN | 510,072,827.01 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07010<br>3 TO 070104 RATE 5.1407 |
| 04JAN | 04JAN USD | YOUR: JODI<br>OUR: 1252800004JO | | 8,000.00 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ANNETTE & RUDY BONGIORNO<br>NORTHHILLS, NY 11030<br>REF: TELEBEN<br>SSN: 0212602 |
| 04JAN | 04JAN USD | YOUR: JLEVEY<br>OUR: 1252700004JO | | 500,000.00 | FEDWIRE DEBIT<br>VIA: MELLON BANK PITTS<br>/043000261<br>A/C: MERRILL LYNCH<br>BEN: JOEL LEVEY |

18Dec08-344<br>THIS PAGE IS PART OF A STATEMENT REQUEST<br>GROUP ID G18Dec08-344

JPMSAB0003524

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 16 of 71 |

| | | | | |
|---|---|---|---|---|
| | | | | PO BOX 1578 CRESTED BUTTE, CO 81224 REF: /TIME/11:26 IMAD: 0104B1QGC03C002483 |
| 04JAN | 04JAN USD | YOUR: GABRIELE DDS | 530,045.00 | FEDWIRE DEBIT VIA: BK OF NYC /021000018 A/C: FISERV TRUST COMPANY BEN: P. CHARLES GABRIELE DDS IMAD: 0104B1QGC02C002548 |
| 04JAN | 04JAN USD | YOUR: LOEBJ OUR: 1252500004J0 | 1,000,000.00 | BOOK TRANSFER DEBIT A/C: LEHMAN BROS INC-INCOMING CUST NEW YORK NY 10019 |
| 04JAN | 04JAN USD | YOUR: JODI OUR: 1252400004J0 | 1,026,818.75 | FEDWIRE DEBIT VIA: BK OF NYC /021000018 A/C: RMGF LIMITED PARTNERSHIP # 21W.FLORAL PARK,NY 11005 REF: TELEBEN IMAD: 0104B1QGC03C002482 |
| 04JAN | 04JAN USD | YOUR: CAP OF 07/01/04 OUR: 1252300004J0 | 1,200,000.00 | FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: JUST EMPIRE LLC 11021 IMAD: 0104B1QGC01C002419 |
| 04JAN | 04JAN USD | YOUR: HERSCHER FAM TST OUR: 1252200004J0 | 2,500,892.07 | FEDWIRE DEBIT VIA: WELLS FARGO NA /121000248 A/C: MYRA AND URI HERSCHER FAMILY T CA., 91423 IMAD: 0104B1QGC02C002547 |
| 04JAN | 04JAN USD | YOUR: CAP OF 07/01/04 OUR: 1252100004J0 | 3,250,000.00 | FEDWIRE DEBIT VIA: DDTCO AMERICAS NYC /021001033 A/C: FIDELITY GROUP OF FUNDS BEN: BRIERPATCH INVESTMENT LP WELLESLEY,MASS 02481-1418 IMAD: 0104B1QGC02C002546 |
| 04JAN | 04JAN USD | YOUR: GRENSENLP OUR: 1252000004J0 | 3,700,000.00 | FEDWIRE DEBIT VIA: HSBC USA /021001088 A/C: CITCO BANKING CORPORATION N.V. BEN: GREENWICH SENTRY L.P. HAMILTON, BERMUDA HM 11 IMAD: 0104B1QGC02C002545 |

1BDoc08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Doc08-344

18-Dec-08

JPMorgan Chase Bank, N.A.    **JPMorganChase**    **Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES   CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 17 of 71 |

| Ledger Date | Adj Ledger Date | Value Date | Ft | Reference | Debit | Credit Balance | Description |
|---|---|---|---|---|---|---|---|
| 04JAN | 04JAN | USD | | YOUR: CAP OF 07/01/04<br>OUR: 1132800004J0 | 8,108,917.77 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 04JAN | | USD | | YOUR: 31Y9998680004<br>OUR: 0044001901ZE | 31,542,658.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 04JAN | | USD | | YOUR: ND0079198001040701<br>OUR: 0700400539AN | 450,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70104 TO 070105 RATE 5.1407 |
| 04JAN | 04JAN | USD | | YOUR: M007892620470931<br>OUR: 0834500004JK | 500,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 04JAN | 04JAN | USD | | YOUR: M007892760470932<br>OUR: 0834600004JK | 500,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 04JAN | | | | | **** Balance **** | 515,441.86 | CLOSING LEDGER BALANCE |
| 04JAN | | | | | **** Balance **** | .86 | CLOSING COLLECTED BALANCE |
| 05JAN | | USD | | YOUR: 31Y9973136005<br>OUR: 0051003136XP | | 4,100.55 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$31,542,658.00 AT AIP RATE=04.68%<br>FOR AIP INVESTMENT DATED 01/04/07<br>AIP REFERENCE=31Y9998680004<br>EFFECTIVE YIELD=04.79%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 05JAN | 05JAN | USD | | YOUR: WD36747983<br>OUR: 1578300005FT | | 200,000.00 | BOOK TRANSFER CREDIT<br>B/O: NATIONAL FINANCIAL SERVICES LL<br>BOSTON MA 02109-3614<br>ORG: 0732380821<br>/0732380821<br>OGB: NATIONAL FINANCIAL SERVICES CO<br>BANK RECONCILIATION D-7<br>BEN: /1L0025<br>I WILLIAM BERGER TTEE |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003526

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 18 of 71 |

| | | | |
|---|---|---|---|
| 05JAN | 05JAN USD  YOUR: O/B CITIBANK NYC<br>OUR: 0708107005FF | 300,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: THE SARAH TRUST DTD 12-5-79 F.<br>004 1000410004<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=LANX BM INVESTMENTS/AC<br>-1L022830 RFB=O/B CITIBANK NYC OBI=<br>IMAD: 0105B1Q8024C006657 |
| 05JAN | 05JAN USD  YOUR: SWF OF 07/01/05<br>OUR: 6263300005FQ | 300,000.00 | BOOK TRANSFER CREDIT<br>B/O: LEHMAN BROTHERS INCORPORATED<br>NEW YORK NY 10019-<br>ORG: EPIC VENTURES LLC ATT E<br>RIC STEIN<br>OGB: LEHMAN INVESTMENT INC.<br>745 7TH AVENUE<br>REF: /ACC/WIRE CAME IN TODAY FOR .5<br>00,000 LEHMAN REF:L15CEJO |
| 05JAN | 05JAN USD  YOUR: 070105029113<br>OUR: 0717002005FF | 500,000.00 | FEDWIRE CREDIT<br>VIA: US BANK SOUTH DAKOTA<br>/091408501<br>B/O: WAY TRUST TRUST ACCOUNT<br>SIOUX FALLS,SD.57104<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=070105029113 OBI=FFC:<br>W. DUNCAN MACMILLAN 1969 TRUSTFFC A<br>IMAD: 0105I1Q73A6C003024 |
| 05JAN | 05JAN USD  YOUR: 01070105002318NN<br>OUR: 0344603005FF | 600,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: I WILLIAM BERGER<br>VIRGINIA BEACH VA 23464-3611<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=01070105002318NN OBI=F<br>BO:L I INVESTMENTS LLC ACCT 1L0225<br>IMAD: 0105B687HU2R002478 |
| 05JAN | USD  YOUR: OS1 OF 07/01/05<br>OUR: 1071400005ES | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS<br>NEWARK DE 19713-<br>ORG: /026722001<br>COTTAGE DEVELOPMENT LLC<br>REF: ACCT NAME: BERNARD L MADOFF IN<br>VESTMENT SECURITIES LLC FFC COTTAGE |

JPMSAB0003527

JPMorgan Chase Bank, N.A.            **JPMorganChase**            **Statement of Account**

                                                                      In US Dollars
                                    CM
BERNARD L MADOFF INVESTMENT SECURITIES              Account No:          140-081703
ATTN TONY TILETNICK                                Statement Start Date: 30 DEC 2006
885 THIRD AVENUE 18TH FLOOR                         Statement End Date:   31 JAN 2007
NEW YORK  NY  10022-4833                            Statement Code:       000-USA-11
                                                   Statement No:         001
                                                                         Page 19 of 71

| Date | | | | Amount | Description |
|------|--|--|--|--------|-------------|
| 05JAN | | 05JAN USD | YOUR: SWF OF 07/01/05 OUR: 1595900005FT | 1,000,000.00 | DEVELOPMENT C1314 BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LL BOSTON MA 02109-3614 ORG: /W300128511 LAWRENCE J GOLDRICH OGB: NATIONAL FINANCIAL SERVICES CO BANK RECONCILIATION D-7 |
| 05JAN | * | USM DEP REF # | 2183 | 1,143,600.00 | DEPOSIT CASH LETTER *VALUE DATE: 01/05    736,000   01/08    407,600 |
| 05JAN | | USD | YOUR: OS1 OF 07/01/05 OUR: 0626800005ES | 1,217,955.52 | BOOK TRANSFER B/O: J.P. MORGAN TRUST COMPANY N A BOCA RATON FL 33432- ORG: /0000000006922000722 JOEL M PASHCOW REF: ACCOUNT NAME:JOEL M PASHCOW AN D RICHARD TUCHMAN TTEES UIT DTD 9/2 6/90 |
| 05JAN | | 05JAN USD | YOUR: O/B MELLON BANK OUR: 0575109005FF | 2,000,000.00 | FEDWIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M /043000261 B/O: BRIDGE HOLIDAYS LLC DEF BEN PE EAD NY 11545 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=BRIDGE HOLIDAYS LLC DE F/AC-1B0282 RFB=O/B MELLON BANK BBI IMAD: 0105D3QC120C005110 |
| 05JAN | | 05JAN USD | YOUR: O/B BK AMER NYC OUR: 0422502005FF | 10,000,000.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: MAXAM ABSOLUTE RETURN FUND LP DARIEN, CT 06820-5421 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B BK AMER NYC OBI=FF C MAXAM ABSOLUTE RETURN FUND LP FFC IMAD: 0105B6B7HU5R002928 |
| 05JAN | | USD | YOUR: OS1 OF 07/01/05 OUR: 1054600005ES | 11,000,000.00 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS NEWARK DE 19713- ORG: /Q26560005 JEROME AND ANNE C FISHER REF: ACCT NAME : BERNARD L MADOFF I NVESTMENT SECURITIES LLC FFC JEROME |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003528

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |

Page 20 of 71

| Date | | | Reference | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|
| 05JAN | | USD | YOUR: 31Y9998680004<br>OUR: 0042003612XN | | 31,542,658.00 | FISHER TRUST F0197<br>RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 05JAN | 05JAN USD | | YOUR: 800FT0700500258<br>OUR: 3750600005FC | | 94,000,000.00 | CHIPS CREDIT<br>VIA: THE NORTHERN TRUST INTL BKING<br>/0112<br>B/O: HARLEY INTL (CAYMAN) LTD<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>HARLEY INTL (CAYMAN) LTD OGB=FORTIS<br>PRIME FUND SOLUTIONS BANK DUBLIN 1<br>IRELAND OBI=FFC HARLEY INTL LTD AC<br>SSN: 0211967 |
| 05JAN | | USD | YOUR: NC0079198001050701<br>OUR: 0700500267AN | | 450,064,259.13 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07010<br>4 TO 070105 RATE 5.1407 |
| 05JAN | 05JAN USD | | YOUR: 00629639<br>OUR: 2939400005JK | | 480,479,733.33 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 05JAN | 05JAN USD | | YOUR: EPICVEN<br>OUR: 0995400005JO | 500,000.00 | | BOOK TRANSFER DEBIT<br>A/C: LEHMAN BROS INC-INCOMING CUST<br>NEW YORK NY 10019 |
| 05JAN | 05JAN USD | | YOUR: AMERPS<br>OUR: 0995500005JO | 500,000.00 | | BOOK TRANSFER DEBIT<br>A/C: AMERTEX TEXTILE SERVICES PROFI<br>BRONX, NY 104510000 |
| 05JAN | 05JAN USD | | YOUR: JODI<br>OUR: 0995600005JO | 500,000.00 | | FEDWIRE DEBIT<br>VIA: NATIONAL CITY BANK<br>/043000122<br>A/C: CROESUS INVESTMENT PARTNERS VI<br>PITTSBURGH,PA. 15220-2747<br>REF: TELEBEN<br>IMAD: 0105B1QGCU6C002240 |
| 05JAN | 05JAN USD | | YOUR: CAP OF 07/01/05<br>OUR: 0995700005JO | 500,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ALTOUR INTERNATIONAL<br>NEW YORK, NY 10020<br>SSN: 0227327 |

JPMSAB0003529

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G180Doc08-344

18Doc08-344

JPMorgan Chase Bank, N.A.        **JPMorganChase**        **Statement of Account**

CN
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2008 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 21 of 71 |

| Date | | | Reference | Amount | Description |
|---|---|---|---|---|---|
| 05JAN | 05JAN USD | YOUR: GROSVEN<br>OUR: 0995200005J0 | | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: NORTHERN TR NA<br>/066009650<br>A/C: GROSVENOR PARTNERS, LTD<br>IMAD: 0105B1QGC03C002437 |
| 05JAN | 05JAN USD | YOUR: CAP OF 07/01/05<br>OUR: 0995300005J0 | | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: US TR NYC<br>/021001318<br>A/C: ARMAND LINDENBAUM<br>NEW YORK,NY 10022<br>REF: /TIME/11.14<br>IMAD: 0105B1QGC08C003002 |
| 05JAN | 05JAN USD | YOUR: JODI<br>OUR: 0995100005J0 | | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: STERLING NYC<br>/026007773<br>A/C: THE POUND GROUP<br>NEW YORK,N.Y.<br>REF: TELEBEN/TIME/11.13<br>IMAD: 0105B1QGC07C002445 |
| 05JAN | 05JAN USD | YOUR: JODI<br>OUR: 0995000005J0 | | 1,728,786.75 | FEDWIRE DEBIT<br>VIA: SOCIETE GEN<br>/026004226<br>A/C: SOCIETE GENERALE<br>PARIS<br>BEN: MR AND MRS APFELBAUM<br>75006 PARIS<br>REF: TELE TELEBEN BNF<br>IMAD: 0105B1QGC08C003001 |
| 05JAN | 05JAN USD | YOUR: HASS & HECHT LLP<br>OUR: 0994900005J0 | | 3,484,232.00 | BOOK TRANSFER DEBIT<br>A/C: HASS & HECHT LLP<br>NEW YORK NY 10020-1201 |
| 05JAN | 05JAN USD | YOUR: CAP OF 07/01/05<br>OUR: 1068700005J0 | | 6,805,618.63 | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF. CDS FUNDING |
| 05JAN | USD | YOUR: 31Y9998645005<br>OUR: 0054001866ZE | | 32,934,280.00 | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 05JAN | 05JAN USD | YOUR: M008638290571391<br>OUR: 2978500005JK | | 500,000,000.00 | BOOK TRANSFER DEBIT<br>A/C: D3Z352645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10006<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

CH

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 22 of 71 |

| Date | | | | Amount | Description |
|---|---|---|---|---|---|
| 05JAN | | USD | YOUR: ND0086690801050701 | 535,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN |
| | | | OUR: 0700500583AN | | A/C: BERNARD L MADOFF |
| | | | | | 10022 |
| | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR D |
| | | | | | 70105 TO 070108 RATE 5.1422 |
| 05JAN | | | | **** Balance **** | 414,831.01 | CLOSING LEDGER BALANCE |
| 05JAN | | | | **** Balance **** | .01 | CLOSING COLLECTED BALANCE |
| 08JAN | 08JAN USD | YOUR: 4170742 | | 43.39 | FEDWIRE CREDIT |
| | | OUR: 0142002008FF | | | VIA: WACHOVIA BANK NA |
| | | | | | /031201467 |
| | | | | | B/O: LOUIS .GLICKFIELD |
| | | | | | 5630 WISCONSIN AVENUE |
| | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | 00001400 RFB=4170742 OBI=ICM870 FFC |
| | | | | | : BERNARD L  MADOFF 140081703 BBI=/ |
| | | | | | IMAD: 0108E3B75DAC001236 |
| 08JAN | | USD | YOUR: 31Y9973112008 | 12,844.38 | AIP INTEREST PAYMENT |
| | | | OUR: 0081003112XP | | INTEREST ON PRINCIPAL OF |
| | | | | | $32,934,200.00 AT AIP RATE=04.68% |
| | | | | | FOR AIP INVESTMENT DATED 01/05/07 |
| | | | | | AIP REFERENCE=31Y9998645005 |
| | | | | | EFFECTIVE YIELD=04.79%. EFFECTIVE |
| | | | | | YIELD REFLECTS COMPOUNDING OF |
| | | | | | INTEREST |
| 08JAN | 08JAN USD | YOUR: FW09634008075520 | | 60,000.00 | FEDWIRE CREDIT |
| | | OUR: 0463509008FF | | | VIA: WELLS FARGO NA |
| | | | | | /121000248 |
| | | | | | B/O: FAIRWAY 11 LLC |
| | | | | | MINNEAPOLIS MN 55416-3151 |
| | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | 00001400 RFB=FW09634008075520 OBI=F |
| | | | | | BO FAIRWAY PARTNERSHIP II ACCOUNT 1 |
| | | | | | IMAD: 0108I1B7034R001489 |
| 08JAN | | USD | YOUR: OS1 OF 07/01/08 | 100,000.00 | BOOK TRANSFER |
| | | | OUR: 0963100008ES | | B/O: MRS. HARNIETTE LEVINE |
| | | | | | NEW YORK NY 10021- |
| | | | | | ORG: /0000000000739390200 |
| | | | | | MRS. HARRIETTE LEVINE |
| 08JAN | | USM | DEP REF # | 2184 | 411,700.00 | DEPOSIT CASH LETTER |
| | | | | | CASH LETTER 0000002184 |
| | | | | | *VALUE DATE: 01/08    101,500 |
| | | | | | 01/09    218,750 |
| | | | | | 01/10     88,798 |
| | | | | | 01/11      2,652 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

18-Dec-08

JPMSAB0003531

18Dec08-344

JPMorgan Chase Bank, N.A.                    **JPMorganChase**                    **Statement of Account**

**In US Dollars**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | In US Dollars |
|---|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2008 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 23 of 71 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| 08JAN | 08JAN USD | YOUR: O/B CITY NB OF F<br>OUR: 0473413008FF | 500,000.00 | FEDWIRE CREDIT<br>VIA: CITY NATIONAL BANK OF FLORIDA<br>/066004367<br>B/O: SRD INC<br>MIAMI, FL 33176-1700<br>REF: CHASE NYC/CTR/BNK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=SCHIFF FAMILY HOLDINGS<br>NEVADA MIAMI, FL/AC-1 50363 3 0 NF<br>IMAD: 0108F6B7021C000155 |
|---|---|---|---|---|
| 08JAN | 08JAN USD | YOUR: 01070108008359NY<br>OUR: 0514509008FF | 692,056.05 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: O.D.D. INVESTMENT L.P.<br>CARLSTADT NJ 07072-2015<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=01070108008359NY OBI=F<br>BO O.D.D. INVESTMENTS LP DEFINED BE<br>IMAD: 0108B637HU7R003419 |
| 08JAN | 08JAN USD | YOUR: O/B CITY NB OF F<br>OUR: 0461407008FF | 1,500,000.00 | FEDWIRE CREDIT<br>VIA: CITY NATIONAL BANK OF FLORIDA<br>/066004367<br>B/O: STEVEN SCHIFF<br>MIAMI,FL 33176-1700<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B CITY NB OF F OBI=F<br>BO: STEVEN SCHIFF MIAMI, FL ACCT# S<br>IMAD: 0108F6B7021C000154 |
| 08JAN | 08JAN USD | YOUR: 0000001909348745<br>OUR: 0201514008FF | 15,600,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: THE KESSLER NOMINEE PARTNERSHI<br>BOSTON MA 021160000<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=0000001909348745 OBI=F<br>FC: THE KESSLER NOMINEE PARTNERSHIP<br>IMAD: 0108E3B75D1C001803 |
| 08JAN | USD | YOUR: 31Y9998645005<br>OUR: 0052003579XN | 32,934,280.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 08JAN | USD | YOUR: NC008669080108F0701<br>OUR: 0700800243AN | 535,229,256.42 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022 |

18-Dec-08

JPMSAB0003532



JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 24 of 71 |

| Date | | | Reference | Debit | Credit | Description |
|---|---|---|---|---|---|---|
| 08JAN 08JAN | 08JAN USD | YOUR: JODI OUR: 0687800008J0 | | 3,000.00 500,000.00 | | REF: TO REPAY YOUR DEPOSIT FR 07010 5 TO 070108 RATE 5.1422 CHECK PAID # 16951 CHIPS DEBIT VIA: BANK OF NEW YORK /0001 A/C: YOUNG FAMILY PARTNERS,LLC STAMFORD,CONN.06902 REF: BNF-NYC-IOC 565 RECONCILMENT D EPT TELEBEN SSN: 0227406 |
| 08JAN | 08JAN USD | YOUR: JODI OUR: 0687600008J0 | | 1,000,000.00 | | BOOK TRANSFER DEBIT A/C: MR NEIL D VELSEY PELHAM NY 10803-2501 ORG: BERNARD L. MADOFF 88 5 THIRD AVENUE NE |
| 08JAN | 08JAN USD | YOUR: CAP OF 07/01/08 OUR: 0687700008J0 | | 1,000,000.00 | | BOOK TRANSFER DEBIT A/C: 0000000099999651 |
| 08JAN | 08JAN USD | YOUR: CAP OF 07/01/08 OUR: 1008800008J0 | | 7,891,579.05 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: AIP INVESTMENT |
| 08JAN | USD | YOUR: 31Y9998673008 OUR: 008400190IZE | | 16,750,232.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 08JAN | USD | YOUR: ND009258710108070l OUR: 0700800535AN | | 220,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 70108 TO 070109 RATE 5.1407 |
| 08JAN | 08JAN USD | YOUR: M009234010872208 OUR: 471940008JK | | 340,000,000.00 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 08JAN 08JAN 09JAN | USD | YOUR: 31Y9973106009 OUR: 0091003106XP | **** Balance **** **** Balance **** | 310,200.20 .20 2,177.53 | | CLOSING LEDGER BALANCE CLOSING COLLECTED BALANCE AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $16,750,232.00 AT AIP RATE=04.68% FOR AIP INVESTMENT DATED 01/08/07 AIP REFERENCE=31Y9998673008 EFFECTIVE YIELD=04.79%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF |

JPMSAB0003533

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.          **JPMorganChase**          **Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | | In US Dollars |
|---|---|---|
| Account No: | 140-081703 | |
| Statement Start Date: | 30 DEC 2006 | |
| Statement End Date: | 31 JAN 2007 | |
| Statement Code: | 000-USA-11 | |
| Statement No: | 001 | |
| | Page 25 of 71 | |

| | | | |
|---|---|---|---|
| 09JAN | 09JAN USD | YOUR: O/B BK OF NYC<br>OUR: 0516503009FF | 34,000.00 |

INTEREST
FEDWIRE CREDIT
VIA: BANK OF NEW YORK
/021000018
B/O: MARK PESKIN GRANTOR TRUST FBO
1/2/92 CHARLES A. BILLICH AND
REF: CHASE NYC/CTR/BBK=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-000P
00001400 BNF=MARK PESKIN GRANTOR TR
UST FBO 1/2/92 CHARLES A. BILLICH A
IMAD: 0109B108152C006461

| 09JAN | 09JAN USD | YOUR: O/B BK OF NYC<br>OUR: 0522509009FF | 34,000.00 |

FEDWIRE CREDIT
VIA: BANK OF NEW YORK
/021000018
B/O: MARK PESKIN GRANTOR TRUST FBO
CHARLES BILLICH AND STEPHAN
REF: CHASE NYC/CTR/BBK=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
00001400 BNF=MARK PESKIN GRANTOR TR
UST FBO CHARLES BILLICH AND STEPHAN
IMAD: 0109B108151C006501

| 09JAN | 09JAN USD | YOUR: 7331995<br>OUR: 0276307009FF | 50,000.00 |

FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BANK OF V
/051400549
B/O: TELL (1856 CONSULT)
REF: CHASE NYC/CTR/BNF=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
00001400 RFB=7331995 OBI=FCC FBO TE
LL INVESTMENTS GROUP LLC NEIL A TEL
L MANAGING MEMBER ACCOUNT #CM985 BB
IMAD: 0109E3875DSC000787

| 09JAN | 09JAN USD | YOUR: O/B US TR NYC<br>OUR: 0440002009FF | 700,000.00 |

FEDWIRE CREDIT
VIA: UNITED STATES TRUST CO OF NEW
/021001318
B/O: CHRISTINE WERNER
POUND RIDGE NY 10576-1623
REF: CHASE NYC/CTR/BNF=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
00001400 RFB=O/B US TR NYC OBI=FBO:
PHILIP WERNER & CHRISTINE WERNER J
IMAD: 0109B3RFNI1A000327

| 09JAN | 09JAN USD | YOUR: 16236351<br>OUR: 0190507009FF | 1,740,796.01 |

FEDWIRE CREDIT
VIA: LA SALLE BANK N.A.
/071000505
B/O: CHICAGO TITLE AND TRUST CO LOO
CHICAGO, IL 60601

15Dec06 344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.　　　**JPMorganChase**　　　**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 26 of 71 |

| Date | | | Reference | Amount | Description |
|---|---|---|---|---|---|
| | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=16236351 BBI=/BNF/FUR CR 1 R0089 3 0 FBO JOHN J RUSSELL A IMAD: 0109818778IC001489 |
| 09JAN | 09JAN USD | YOUR: 070109150765 | OUR: 0532209009FF | 2,000,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: H IRWIN LEVY 33401 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=070109150765 OBI=FBO H IRWIN LEVY ACCT 1L0231 BBI=/TIME/1 IMAD: 0109E3B75D2C002617 |
| 09JAN | USM | DEP REF # | 2185 | 2,945,885.00 | DEPOSIT CASH LETTER CASH LETTER 0000002185 ×VALUE DATE: 01/09    1,273,985 01/10    1,671,900 |
| 09JAN | 09JAN USD | YOUR: X | OUR: 0453703009FF | 9,000,000.00 | FEDWIRE CREDIT VIA: PNC BANK,NA /031207607 B/O: KML ASSET MANAGEMENT LLC H PLAINFIELD NJ 07040 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=X OBI=FFC KML ASSET MA NAGEMENT LLC II ACCT 1-K0162-3 BBI= IMAD: 0109D3B74V5C000699 |
| 09JAN | USD | YOUR: 31Y9998673008 | OUR: 0082003581XN | 16,750,232.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 09JAN | 09JAN USD | YOUR: 0107010901012 7NY | OUR: 0617102009FF | 50,000,000.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: 1096-1100 RIVER ROAD ASSOCIATE EDGEWATER NJ 07026-0000 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=0107010901012 7NY BBI=/ REC/FFC:BERNARD L MADOFF A/C140 OB IMAD: 0109B6B7HU8R004016 |
| 09JAN | USD | YOUR: NC0092587101090701 | OUR: 0700900207AN | 220,031,415.57 | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 07010 |

JPMSAB0003535

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18-Dec-08-344

**JPMorgan Chase Bank, N.A.**

# JPMorganChase

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 27 of 71 |

| | | | | | |
|---|---|---|---|---|---|
| 09JAN | 09JAN USD | YOUR: 00664603 OUR: 6461400009JK | | 265,267,944.44 | 8 TO 070109 RATE 5.1407 BOOK TRANSFER CREDIT B/O: CHASE BANK USA, NA- TREASURY NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 09JAN | 09JAN USD | YOUR: JODI OUR: 0850400009JO | 25,000.00 | | BOOK TRANSFER DEBIT A/C: COUTTS AND COMPANY LONDON UNITED KINGDOM E1 8E-G ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF: TELEBEN |
| 09JAN | 09JAN USD | YOUR: JODI OUR: 0850300009JO | 30,000.00 | | FEDWIRE DEBIT VIA: COMRCE BK WASH SEA /125008013 A/C: KEVIN AND PATRICE AULD FOUNDAT SEATTLE,WASHINGTON 98102 REF: TELEBEN IMAD: 0109B1QGC02C001951 |
| 09JAN | 09JAN USD | YOUR: CAP OF 07/01/09 OUR: 0850200009JO | 2,000,000.00 | | FEDWIRE DEBIT VIA: CITY NB OF FLA /066004367 A/C: ST. JAMES ASSOCIATES FL. 33308-2001 IMAD: 0109B1QGC07C002182 |
| 09JAN | 09JAN USD | YOUR: JODI OUR: 0850100009JO | 5,000,000.00 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L. MADOFF 88 5 THIRD AVENUE NE BEN: /026560005 JEROME & ANNE C. FISHER REF: TELEBEN |
| 09JAN | 09JAN USD | YOUR: CAP OF 07/01/09 OUR: 1087700009JD | 9,979,248.44 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: CDS FUNDING |
| 09JAN | USD | YOUR: 31Y9998667009 OUR: 0094001697ZE | 50,000,000.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 09JAN | USD | YOUR: ND0090307201090701 OUR: 0700900495AN | 120,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 70109 TO 070110 RATE 5.1407 |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

In US Dollars

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | | |
|---|---|---|
| Account No: | 140-081703 | |
| Statement Start Date: | 30 DEC 2006 | |
| Statement End Date: | 31 JAN 2007 | |
| Statement Code: | 000-USA-11 | |
| Statement No: | 001 | |
| | Page 28 of 71 | |

| | | | | |
|---|---|---|---|---|
| 08JAN | 09JAN USD | YOUR: M009806660970896<br>OUR: 6472600009JK | 350,000,000.00 | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 09JAN<br>09JAN<br>10JAN | USD | YOUR: 31Y9973120010<br>OUR: 0101003120XP | **** Balance ****<br>**** Balance ****  31,832,402.31<br>30,069,052.31<br>6,500.00 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE<br>AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$50,000,000.00 AT AIP RATE=04.68%<br>FOR AIP INVESTMENT DATED 01/09/07<br>AIP REFERENCE=31Y9998667009<br>EFFECTIVE YIELD=04.79X. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 10JAN | 10JAN USD | YOUR: 0107011000287INN<br>OUR: 0320308010FF | 135,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: DALE BORGLUM<br>FAIRFAX CA 94978<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=0107011000287INN BBI=/<br>REC/FBO: DALE BORGLUM, ACCT 1 ZA68<br>IMAD: 0110B6B7HU5R002039 |
| 10JAN | USD | YOUR: OS1 OF 07/01/10<br>OUR: 0114800010ES | 145,000.00 | BOOK TRANSFER<br>B/O: J.P. MORGAN TRUST COMPANY N A<br>BOCA RATON FL 33432-<br>ORG: /000000000692000617<br>J FISHER FAMILY LLC |
| 10JAN | 10JAN USD | YOUR: O/B HARRIS BANK<br>OUR: 0618302010FF | 300,000.00 | FEDWIRE CREDIT<br>VIA: HARRIS TRUST & SAVINGS BANK<br>/071000288<br>B/O: FC STONE LLC CUST SEG FUNDS ST<br>CHICAGO, IL 60604<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B HARRIS BANK OBI=FF<br>C JEWEL WEISS,W0130 BBI=/TIME/16:24<br>IMAD: 0110G1QG750C003344 |
| 10JAN | 10JAN USD | YOUR: O/B ALPINE GLENW<br>OUR: 0583001010FF | 367,251.00 | FEDWIRE CREDIT<br>VIA: ALPINE BANK<br>/102103407<br>B/O: ALPINE TRUST AND ASSET MANAGEM |

JPMSAB0003537

180ct08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G111Dct08-344

18-Dec-08

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 29 of 71 |

| | | | |
|---|---|---|---|
| | | | GRAND JUNCTION CO 81501-2627 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=D/8 ALPINE GLENN OBI=A LPINE TRUST & ASSET MANAGEMENT 225 IMAD: 0110QMGFT001003222 |
| 10JAN | 10JAN USD  YOUR: MSEN C/O EQUITY OUR: 0689801010FF | 474,467.43 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/O: MARKETING 6330 SAN VICENTE LOS LES CA 90048-5425 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=MSEN C/O EQUITY OBI=FB O: KIM THOMSEN (1T0059) BBI=/TIME/1 IMAD: 0110B1Q8154C000255 |
| 10JAN | 10JAN USD  YOUR: DCD OF 07/01/10 OUR: 0096000010ES | 625,000.00 | BOOK TRANSFER CREDIT B/O: KIM THOMSEN LOS ANGELES, CA 90048 REF: FOR FUTHER CREDIT TO KIM THOMS EN 1T0059/BNF/DDA/140 OBI 703 JPMOR GAN CHASEBANK, NATIONAL ASSOC 1 PIE RREPONT T PLAZA, 8TH FL NEW YORK C T HOMSE N ACCT # 1T0059 |
| 10JAN | 10JAN USD  YOUR: O/B CITIBANK NYC OUR: 0166703010FF | 1,200,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: JAMES MARDEN 7 HUBERT STREET P W YORK NY 1001310015 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=MARDEN FAMILY FOUNDATI ON/AC-1M00893 RFB=O/B CITIBANK NYC IMAD: 0110B1Q8023C002979 |
| 10JAN | USM  DEP REF #    2186 | 1,486,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000002186 *VALUE DATE: 01/11        860,000                   01/12        612,440                   01/16         13,560 |
| 10JAN | 10JAN USD  YOUR: 1  2007010002766 OUR: 0610008010FF | 3,000,000.00 | FEDWIRE CREDIT VIA: SUNTRUST BANK, ATLANTA /061000104 B/O: 305 PARTNERS LIMITED PARTNERSH PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 |

JPMSAB0003538

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 30 DEC 2006
Statement End Date: 31 JAN 2007
Statement Code: 000-USA-11
Statement No: 001
Page 30 of 71

| Date | | | Reference | | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | 00001400 RFB=1 2007010002766 BBI=/B NF/FBO BETSY R. SHEERR TRUST ACCO U IMAD: 0110F1QCZ68C006063 |
| 10JAN | 10JAN USD | | YOUR: SUB INTO LAGOON OUR: 4524900010FC | | 4,000,000.00 | CHIPS CREDIT VIA: HSBC BANK USA /0108 B/O: HIFL HERMES WORLD USD FUND REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= LAGOON INVESTMENT D ACCOUNT/AC-1FRO 1630 ORG=/GBHBEU58768295 HIFL HERME S WORLD USD FUND OGB=/000023868 8 C SSN: 0257763 |
| 10JAN | 10JAN USD | | YOUR: SWF OF 07/01/10 OUR: 3843900010JS | | 6,000,000.00 | BOOK TRANSFER CREDIT B/O: UNION BANCAIRE PRIVEE GENEVA SWITZERLAND 1211 ORG: M-INVEST LIMITED OGB: UNION BANCAIRE PRIVEE UBP NASSAU BRANCH REF: SUBSCRIPTION FROM M-INVEST LIM ITED/OCMT/USD6000000.00/ |
| 10JAN | | USD | YOUR: 31Y9998667009 OUR: 0092003593XN | | 50,000,000.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 10JAN | | USD | YOUR: NC0098307201100701 OUR: 0701000211AN | | 120,017,135.77 | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 07010 9 TO 070110 RATE 5.140% |
| 10JAN | 10JAN USD | | YOUR: 00721625 OUR: 8446000010JK | | 350,353,888.89 | BOOK TRANSFER CREDIT B/O: CHASE BANK USA, NA- TREASURY NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 10JAN | 10JAN USD | | YOUR: JODI OUR: 1250200010JO | 25,000.00 | | FEDWIRE DEBIT VIA: WASH MUT BANK /321180748 A/C: IRWIN,CAROL LIPKIN DELRAY BEACH FA REF: TELEBEH IMAD: 0110B1QGC02C002622 |
| 10JAN | 10JAN USD | | YOUR: JODI OUR: 1250100010JO | 150,000.00 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC /125000574 |

JPMSAB0003539

**JPMorgan Chase Bank, N.A.**   **JPMorganChase**   **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No:            140-081703
Statement Start Date:  30 DEC 2006
Statement End Date:    31 JAN 2007
Statement Code:        000-USA-11
Statement No:          001
                       Page 31 of 71

| Date | Date | | | Amount | |
|---|---|---|---|---|---|

A/C: MERRITT KEVIN AND PATRICE M AU
SEATTLE WASHINGTON 98102
REF: TELEBEN
IMAD: 0110B1QGC02C002621

| 10JAN | 10JAN USD | YOUR: INGRAM<br>OUR: 1230000010J0 | | 500,000.00 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ROBERT A. & ANDREA INGRAM<br>SSN: 0253771 |
| 10JAN | 10JAN USD | YOUR: GRENSENLP<br>OUR: 1229900010J0 | | 700,000.00 | FEDWIRE DEBIT<br>VIA: HSBC USA<br>/021001088<br>A/C: CITCO BANKING CORPORATION N.V.<br>BEN: GREENWICH SENTRY L.P.<br>HAMILTON, BERMUDA HM 11<br>IMAD: 0110B1QGC07C002821 |
| 10JAN | 10JAN USD | YOUR: JODI<br>OUR: 1229800010J0 | | 778,358.00 | FEDWIRE DEBIT<br>VIA: BARCLAYS PLC<br>/026002574<br>A/C: BARCLAYS CAP SEC LTD LONDON<br>LONDON ENGLAND<br>BEN: MADOFF SEC INTL LTD LONDON<br>LONDON<br>REF: TELE TELEBEN BNF/TIME/11:29<br>IMAD: 0110B1QGC01C002913 |
| 10JAN | 10JAN USD | YOUR: JODI<br>OUR: 1229700010J0 | | 1,064,907.90 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA VA<br>/051400549<br>A/C: AHT ASSOCIATES, LLC<br>FALLS CHURCH, VIRGINIA 22046<br>REF: TELEBEN<br>IMAD: 0110B1QGC06C002436 |
| 10JAN | 10JAN USD | YOUR: WHITEORCH<br>OUR: 1229600010J0 | | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: NORTHERN INTL NYC<br>/026001122<br>A/C: FORTIS PRIME FUND SOLUTIONS BA<br>(IRELAND) LTD<br>BEN: WHITE ORCHARD INVESTMENTS LTD.<br>IMAD: 0110B1QGC01C002912 |
| 10JAN | 10JAN USD | YOUR: CAP OF 07/01/10<br>OUR: 1028800010J0 | | 7,392,452.13 | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 10JAN | | USD  YOUR: 31Y9998660010<br>OUR: 0104001888ZE | | 20,745,275.00 | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |

180ec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003540

JPMorgan Chase Bank, N.A.          **CH** **JPMorganChase**          **Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

|  | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
|  | Page 32 of 71 |

| Date | | Reference | Amount | Description |
|---|---|---|---|---|
| 10JAN | USD | YOUR: ND0104474301100701<br>OUR: 0701000503AN | 135,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TD ESTABLISH YOUR DEPOSIT FR 0<br>7011D TO 07011L RATE 5.1407 |
| 10JAN | 10JAN USD | YOUR: M010407351070669<br>OUR: 8453900010JK | 400,000,000.00 | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 10JAN<br>10JAN<br>11JAN | | | **** Balance ****<br>**** Balance **** | 1,488,652.37<br>.37<br>2,691.12 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |
| | USD | YOUR: 31Y9973106011<br>OUR: 0111003106XP | | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>920,745,275.00 AT AIP RATE=04.67%<br>FOR AIP INVESTMENT DATED 01/10/07<br>AIP REFERENCE=31Y9998660010<br>EFFECTIVE YIELD=04.78%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 11JAN | 11JAN USD | YOUR: O/B MELLON BANK<br>OUR: 0538213011FF | 17,419.46 | FEDWIRE CREDIT<br>VIA: MELLON BANK N.A.-DUE FROM BK M<br>/043000261<br>B/O: STEWART L ALEDORT<br>WASHINGTON DC 20007-3824<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-D800<br>00001400 BNF=STEWART L ALEDORT WASH<br>INGTON DC 20007-3824/AC-1A0149 RFB=<br>IMAD: 0111D30CI20C004315 |
| 11JAN | 11JAN USD | YOUR: 070111002617<br>OUR: 0080213011FF | 150,000.00 | FEDWIRE CREDIT<br>VIA: FIRSTAR BANK MILWAUKEE N A<br>/075000022<br>B/O: ALAN D BLEZNAK 2006 INSURANCE<br>MADISON,WI,53703<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=07011I002617 OBI=FBO=A<br>LAN BLEZNAK IRREV INSURANCE TRUST 1<br>IMAD: 011111075A0C000209 |
| 11JAN | 11JAN USD | YOUR: O/B NATL MARBLEH<br>OUR: 0204101011FF | 250,000.00 | FEDWIRE CREDIT<br>VIA: NATL GRAND BK MARBLEHEAD<br>/011304300<br>B/O: GERALD LEVINSON |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.　　　　**JPMorganChase**　　　　**Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 33 of 71 |

| Date | | | Reference | | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | MARBLEHEAD, MA 01945<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B NATL MARBLEH OBI=R<br>EF: FBO: THE ARS PARTNERSHIP ACCT #<br>IMAD: 0111QMGFT012000374 |
| 11JAN | - | USM | DEP REF # | 2187 | 298,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002187<br>*VALUE DATE: 01/12        263,000<br>　　　　　　　01/16         33,500<br>　　　　　　　01/17          1,500 |
| 11JAN | | USD | YOUR: 6778323<br>OUR: 0110000037SU | | 911,250.00 | SECURITIES RELATED INTEREST<br>DIS REF: A207011AANV<br>RECORD-DT:01/03/07<br>PAYABLE-DATE:01/11/07<br>CUSTODY ACT: 0  13414      INTR<br>CUSIP NO: 3133XC8V8<br>FEDERAL HOME LN BKS CONS BD 4.05% I<br>INTEREST INCOME DUE ON 01/11/07<br>1.   2.025000<br>UNITS:    45000000.00 |
| 11JAN | 11JAN USD | | YOUR: 0107011100273ZNN<br>OUR: 0359803011FF | | 3,000,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: LEMTAG ASSOCIATES<br>DELRAY BEACH FL 33445-7055<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=0107011100273ZNN OBI=F<br>BO:LEMTAG ASSOCIATED, A/C 1CM214-4-<br>IMAD: 0111B6B7HU3R002159 |
| 11JAN | | USD | YOUR: 31Y9998660010<br>OUR: 0102003588XN | | 20,745,275.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 11JAN | | USD | YOUR: NC0104474301110701<br>OUR: 0701100187AN | | 135,019,277.74 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07011<br>0 TO 070111 RATE 5.1407 |
| 11JAN | 11JAN USD | | YOUR: 00789262<br>OUR: 0975400011JK | | 500,505,555.56 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMSAB0003542

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | |
|---|---|---|
| Account No: | | 140-081703 |
| Statement Start Date: | | 30 DEC 2006 |
| Statement End Date: | | 31 JAN 2007 |
| Statement Code: | | 000-USA-11 |
| Statement No: | | 001 |
| | | Page 34 of 71 |

| Date | Value Date | | Description | Amount | Balance | Details |
|---|---|---|---|---|---|---|
| 11JAN | 11JAN USD | YOUR: CAP OF 07/01/11<br>OUR: 0872100011JO | 20,000.00 | | FEDWIRE DEBIT<br>VIA: COMM BK MARLTON<br>/031201360<br>A/C: JOANN CRUPI & JUDITH BOWEN<br>436 GROVE ST.,WESTFIELD,NJ 07090<br>IMAD: 0111B1QGC06C002161 |
| 11JAN | 11JAN USD | YOUR: JODI<br>OUR: 0872000011JO | 1,000,000.00 | | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: MRP FAMILY HOLDINGS,LLC<br>ROSLYN,NEW YORK 11576-1126<br>REF: TELEBEN<br>IMAD: 0111B1QGC08C002580 |
| 11JAN | 11JAN USD | YOUR: CAP OF 07/01/11<br>OUR: 1342900011JO | 6,589,826.60 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 11JAN | USD | YOUR: 31Y9998655011<br>OUR: 0114001880ZE | 18,854,294.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 11JAN | USD | YOUR: ND0113657401110701<br>OUR: 0701100553AN | 135,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>70111 TO 070112 RATE 5.1407 |
| 11JAN | 11JAN USD | YOUR: M011328111170007<br>OUR: 0979300011JK | 500,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>NEW YORK NY 10004<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 11JAN | | | **** Balance **** | | 924,000.65 | CLOSING LEDGER BALANCE |
| 11JAN | | | **** Balance **** | | .65 | CLOSING COLLECTED BALANCE |
| 12JAN | USD | YOUR: 31Y9973100012<br>OUR: 0121003100XP | | | 2,445.82 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$18,854,294.00 AT AIP RATE=04.67%<br>FOR AIP INVESTMENT DATED 01/11/07<br>AIP REFERENCE=31Y9998655011<br>EFFECTIVE YIELD=04.78%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 12JAN | 12JAN USD | YOUR: O/B BK OF NYC<br>OUR: 0478302012FF | 150,000.00 | | FEDWIRE CREDIT<br>VIA: BANK OF NEW YORK<br>/021000018<br>B/O: EDWARD T COUGHLIN |

JPMSAB0003543

JPMorgan Chase Bank, N.A.          **JPMorganChase**          **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |

Page 35 of 71

| 12JAN | 12JAN USD | YOUR: O/B COLONIAL BAN | 210,000.00 | EARNEST PARTNERS A/C JT WRDS REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B BK OF NYC BNI=/BNF /EDWARD T COUTHLIN AND SUZANNE ELIZ IMAD: 0112B1Q8151C006018 |
| | | OUR: 0183701012FF | | FEDWIRE CREDIT VIA: COLONIAL BANK N.A. /062001319 B/O: RIBAKOFF FAMILY FOUNDATION PALM BEACH,FL 33480- REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10822-4834/AC-0000 00001400 RFB=O/B COLONIAL BAN BBI=/ BNF/FBO:RIBAKOFF FAMILY FOUNDATION IMAD: 0112F2GCZ5BC000167 |
| 12JAN | 12JAN USD | YOUR: 683907 | 500,000.00 | CHIPS CREDIT VIA: BANK OF NEW YORK /0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4634/AC-00000D001400 ORG= FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=HAROLD J STRAUSS A C SSN: DZB5201 |
| | | OUR: 5075000012FC | | |
| 12JAN | 12JAN USD | YOUR: O/B CITIBANK NYC | 700,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: NINE THIRTY VC INVESTMENTS, LL FIFTH AVENUE NEW YORK, NY 10016 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=NINE THIRTY VC INVESTM ENT, LLC/AC-1N063030 RFB=O/B CITIBA IMAD: 0112B1Q8023C007389 |
| | | OUR: 0728901012FF | | |
| 12JAN | 18JAN US1 | DEP REF #      2188 | 1,421,342.00 | DEPOSIT CASH LETTER CASH LETTER 0000002188 |
| 12JAN | USD | YOUR: 31Y9998655011 | 18,854,294.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| | | OUR: 0112003578XN | | |
| 12JAN | USD | YOUR: NC0113657401120701 | 135,019,277.74 | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 07011 1 TO 070112 RATE 5.1407 |
| | | OUR: 0701200285AN | | |

JPMSAB0003544

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorgan Chase Bank, N.A.    **JPMorganChase**    **Statement of Account**

In US Dollars
BERNARD L MADOFF INVESTMENT SECURITIES    CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

Account No:        140-081703
Statement Start Date:   30 DEC 2006
Statement End Date:    31 JAN 2007
Statement Code:      000-USA-11
Statement Code:      001
Page 36 of 71

| Date | | | Amount | Details |
|---|---|---|---|---|
| 12JAN | 12JAN USD | YOUR: 00863829  OUR: 3162400012JK | 500,505,555.66 | BOOK TRANSFER CREDIT  B/O: CHASE BANK USA, NA- TREASURY  NEWARK DE 19711-  ORG: JPMORGAN CHASE BANK  NEW YORK NY 10004  OGB: SHORT TERM DERIVATIVES (TUFFS)  NEW YORK NY 10004 |
| 12JAN | 12JAN USD | YOUR: 00789276  OUR: 3161200012JK | 500,577,777.78 | BOOK TRANSFER CREDIT  B/O: CHASE BANK USA, NA- TREASURY  NEWARK DE 19711-  ORG: JPMORGAN CHASE BANK  NEW YORK NY 10004  OGB: SHORT TERM DERIVATIVES (TUFFS)  NEW YORK NY 10004 |
| 12JAN | 12JAN USD | YOUR: JODI  OUR: 1046800012J0 | 500,000.00 | BOOK TRANSFER DEBIT  A/C: MR. DANIEL SILNA  SADDLE RIVER NJ 07458-  ORG: BERNARD L. MADOFF 88  5 THIRD AVENUE NE |
| 12JAN | 12JAN USD | YOUR: MBEPTR  OUR: 1046700012J0 | 500,000.00 | FEDWIRE DEBIT  VIA: TCF MPLS  /291070001  A/C: MBE PREFERRED LTD PARTNERSHIP  IMAD: 0112B1QGC06C002226 |
| 12JAN | 12JAN USD | YOUR: SEWPTR  OUR: 1046600012J0 | 500,000.00 | FEDWIRE DEBIT  VIA: TCF MPLS  /291070001  A/C: SEW PREFERRED LTD PARTNERSHIP  IMAD: 0112B1QGC08C003584 |
| 12JAN | 12JAN USD | YOUR: WHITEORCH  OUR: 1046500012J0 | 1,200,000.00 | FEDWIRE DEBIT  VIA: NORTHERN INTL NYC  /026001122  A/C: FORTIS PRIME FUND SOLUTIONS BA  (IRELAND) LTD  BEN: WHITE ORCHARD INVESTMENTS LTD  IMAD: 0112B1QGC01C003069 |
| 12JAN | 12JAN USD | YOUR: ADELFAM  OUR: 1046400012J0 | 1,270,000.00 | FEDWIRE DEBIT  VIA: NATIONAL CITY OH  /041000124  A/C: THE ADELMAN FAMILY INVESTMENT  BEACHWOOD, OHIO 44122  IMAD: 0112B1QGC03C002660 |
| 12JAN | 12JAN USD | YOUR: SCHAFFAM  OUR: 1046300012J0 | 4,000,000.00 | FEDWIRE DEBIT  VIA: CITIBANK NYC  /021000089  A/C: SCHAFLEN FAMILY INVESTMENT FUN |

180Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

180Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.



**Statement of Account**

CM
BERNARD L MADDOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 37 of 71 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | REF: BNF-FFC-ACC- CITIFUNDS,A/C# 15 5593,FUND $ 349 IMAD: 0112B10#C01C003068 |
| 12JAN | 12JAN USD | YOUR: CAP OF 07/01/12 OUR: 1349800012J0 | 7,490,745.83 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: CDS FUNDING |
| 12JAN | USD | YOUR: 31Y9998636012 OUR: 0124001853ZE | 16,934,045.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 12JAN | 12JAN USD | YOUR: M012142311270138 OUR: 3164200012JK | 225,000,000.00 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 12JAN | USD | YOUR: MD0121690B01120701 OUR: 0701200593AN | 350,000,000.00 | | JPMORGAN CHASE B CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 70112 TO 070116 RATE 5.1429 |
| 12JAN | 12JAN USD | YOUR: M012142141270137 OUR: 3164100012JK | 550,000,000.00 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 12JAN | | | **** *Balance* **** | 1,469,902.72 | CLOSING LEDGER BALANCE |
| 12JAN | | | **** *Balance* **** | 72 | CLOSING COLLECTED BALANCE |
| 16JAN | USD | YOUR: 31Y9973104016 OUR: 0161003104XP | | 8,805.72 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $16,934,045.00 AT AIP RATE=04.68% FOR AIP INVESTMENT DATED 01/12/07 AIP REFERENCE=31Y9998636012 EFFECTIVE YIELD=04.79%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 16JAN | 18JAN USD | YOUR: MT070116009009 OUR: 0803907016FF | | 21,458.79 | FEDWIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST /022000046 B/O: STERLING EQUITIES GREAT NECK NY11021 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 |

JPMSAB0003546

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.          **JPMorganChase**          **Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 3B of 71 |

| | | | | |
|---|---|---|---|---|
| | | | | 00001400 RFB=MT070116000009 OBI=ACC OUNT # 1KW1BZ STERLING EQUITIES EMP IMAD: 0116BZ08921C002674 |
| 16JAN | 16JAN USD | YOUR: O/B COLONIAL BAN OUR: 0395307016FF | 400,000.00 | FEDWIRE CREDIT VIA: COLONIAL BANK N.A. /062001319 B/O: E J RIBAKOFF PALM BEACH,FL 33480- REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B COLONIAL BAN BBI=/ BNF/FBO: EUGENE J RIBAKOFF. ACCOUN IMAD: 0116F2QCZ50C000517 |
| 16JAN | 16JAN USD | YOUR: 01070116008552NY OUR: 0634208016FF | 2,000,000.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: CLOAN REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=BERNARD L MADOFF/AC-14 00B1073 RFB=01070116008552NY BBI=/B NF/F/B/O:STERLING TWENTY FIVE LLC - IMAD: 0116363Y7HU4R004215 |
| 16JAN | 16JAN USD | YOUR: 01070116008439NY OUR: 0623207016FF | 3,000,000.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: CLOAN REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=01070116008439NY BBI=/ REC/F/B/O:STERLING TWENTY FIVE LLC KW447/TIME/14:18 IMAD: 0116363Y7HU68004310 |
| 16JAN | | USM  DEP REF #  2189 | 7,429,700.00 | DEPOSIT CASH LETTER CASH LETTER 0000002189 *VALUE DATE: 01/16          950,000                           01/17        2,957,700                           01/18        3,510,680                           01/19          211,320 |
| 16JAN | 16JAN USD | YOUR: NONE OUR: 8838200016FC | 11,854,000.00 | CHIPS CREDIT VIA: HSBC BANK USA /0108 B/O: THEMA USD POOL ACC REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG= THEMA USD POOL ACC OGB=/000023868 8 |

JPMSAB0003547

JPMorgan Chase Bank, N.A.                    **JPMorganChase**                    **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 39 of 71 |

| Date | | | Reference | | | Debit | Credit | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CANADA SQUARE DBI*REF 1FN095 THEMA BBI=/OCMT/USD11854000,00/BNF/CBKCD SSN: 0500469 |
| 16JAN | | USD | YOUR: 31Y9998636012 OUR: 0122003570XN | | | | 16,934,045.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 16JAN | | USD | YOUR: NC0121690801160701 OUR: 0701600297AN | | | | 350,200,002.83 | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 07011 2 TO 070116 RATE 5.1429 |
| 16JAN | 16JAN USD | | YOUR: 00980666 OUR: 5557800016JK | | | | 350,353,888.89 | BOOK TRANSFER CREDIT B/O: CHASE BANK USA, NA- TREASURY NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 16JAN | 16JAN USD | | YOUR: JODI OUR: 1117100016JO | | | 4,500.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: OAKDALE FOUNDATION,INC PALM BEACH,FL REF: TELEBEN SSN: 0445771 |
| 16JAN | | USD | OUR: 000B483016BE | | | 6,117.24 | | DEFICIT BALANCE FEE CAA DEFICIENCY FEES FOR 12/2006 |
| 16JAN | 16JAN USD | | YOUR: JODI OUR: 1117000016JO | | | 37,500.00 | | CHIPS DEBIT VIA: CITIBANK /0008 A/C: THE CHARLOTTE M.MARDEN IRRE.IN PALM BEACH, FL. 33480 REF: TELEBEN SSN: 0445770 |
| 16JAN | 16JAN USD | | YOUR: JODI OUR: 1116900016JO | | | 40,000.00 | | FEDWIRE DEBIT VIA: BRUNSWICK BTNJ /021206948 A/C: EDWARD AND OLGA BAZELEWSKY CLARKSBURG, NJ 08510 REF: TELEBEN IMAD: 0116B1QGC03C002974 |
| 16JAN | 16JAN USD | | YOUR: JODI OUR: 1116800016JO | | | 350,000.00 | | CHIPS DEBIT VIA: BANK OF NEW YORK /0001 A/C: CREDIT SUISSE SWF-CRESCHZZ80G |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

**JPMorgan Chase Bank, N.A.**

**JPMorganChase**

**Statement of Account**

In US Dollars

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 40 of 71 |

| Date | | Value | Description | Amount | Detail |
|---|---|---|---|---|---|
| 18JAN | 18JAN USD | YOUR: JODI<br>OUR: 1116700016JO | 1,000,000.00 | BEN: DR. BEAT WEISS<br>ZURICH RIGIPLATZ<br>REF: TELEBEN<br>SSN: 0445802<br>CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: CREDIT SUISSE<br>SWF-CRESCHZZ80G<br>BEN: STRAND INTERNATIONAL INVEST. L<br>JERUSALEM 92422<br>REF: TELEBEN<br>SSN: 0445819 |
| 16JAN | 16JAN USD | YOUR: JODI<br>OUR: 1116600016JO | 1,384,243.00 | FEDWIRE DEBIT<br>VIA: WELLS FARGO NA<br>/121000248<br>A/C: WELLS FARGO BANK N.A WEST<br>DENVER CO<br>BEN: KATZ GROUP LIMITED PARTNERSHIP<br>BOULDER, CO.<br>REF: TELEBEN<br>IMAD: 0116B1QGC06C002865 |
| 18JAN | 16JAN USD | YOUR: JODI<br>OUR: 1116500016JO | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: MDG INVESTMENT, L.L.C.<br>STREET,56TH FLOOR,NEW YORK,NY 10019<br>REF: TELEBEN<br>IMAD: 0116B1QGC02C003086 |
| 18JAN | 16JAN USD | YOUR: JEANNE<br>OUR: 1116400016JO | 7,500,000.00 | BOOK TRANSFER DEBIT<br>A/C: JEANNE LEVY CHURCH B/OR<br>NEW YORK NY 10022- |
| 18JAN | 16JAN USD | YOUR: CAP OF 07/01/16<br>OUR: 1790000016JO | 8,112,652.44 | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 18JAN | USD | YOUR: 31Y9998652016<br>OUR: 0164001876ZE | 21,755,591.00 | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 18JAN | USD | YOUR: ND0130209801160701<br>OUR: 0701600589AN | 210,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADDOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>70116 TO 070117 RATE 5.1407 |
| 18JAN | 18JAN USD | YOUR: M012990791671127<br>OUR: 5573900016JK | 485,000,000.00 | BOOK TRANSFER DEBIT<br>A/C: D323522645 |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003549

JPMorgan Chase Bank, N.A.  **JPMorganChase**  **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETHICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No:          140-081703
Statement Start Date:   30 DEC 2006
Statement End Date:     31 JAN 2007
Statement Code:      000-USA-11
Statement No:        001
Page 41 of 71

| Date | | | | Amount | |
|---|---|---|---|---|---|
| 16JAN | | | **** Balance **** | 6,481,200.27 | CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 16JAN | | | **** Balance **** | 27 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |
| 17JAN | USD | YOUR: 31Y9973133017<br>OUR: 0171003133XP | | 2,834.27 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$21,755,591.00 AT AIP RATE=04.69%<br>FOR AIP INVESTMENT DATED 01/16/07<br>AIP REFERENCE=31Y9998652016<br>EFFECTIVE YIELD=04.80%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 17JAN | 17JAN USD | YOUR: O/B NORTHERN TR<br>OUR: 0153108017FF | | 31,000.00 | FEDWIRE CREDIT<br>VIA: NORTHERN TRUST NATIONAL ASSOCI<br>/066009650<br>B/O: GROFFMAN LLC<br>PALM BEACH FL 33480-7002<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=GROFFMAN LLC/AC-FBO: 1<br>CM922 RFB=O/B NORTHERN TR BBI=/BNF/<br>IMAD: 0117F6B74K1C000036 |
| 17JAN | 17JAN USD | YOUR: O/B KEY BK WASH<br>OUR: 0746607017FF | | 150,000.00 | FEDWIRE CREDIT<br>VIA: KEYBANK NATIONAL ASSOCIATION<br>/125000574<br>B/O: MERRITT KEVIN AULD<br>SEATTLE, WA 98102<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B KEY BK WASH OBI=FB<br>O: PATRICE M AULD ACC-1A0044-3-0 BB<br>IMAD: 0117B74P9C000965 |
| 17JAN | USM | DEP REF # 2190 | | 311,063.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002190<br>*VALUE DATE: 01/17   50,000<br>01/18   131,063<br>01/19   122,200<br>01/22   7,800 |
| 17JAN | 17JAN USD | YOUR: 688055<br>OUR: 4702400017FC | | 350,000.00 | CHIPS CREDIT<br>VIA: BANK OF NEW YORK<br>/0001<br>B/O: FIRST TRUST CORPORATION<br>DENVER, CO 80202-3323 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G16Dec08-344

11Dec08-344

16-Dec-08

JPMorgan Chase Bank, N.A.  **JPMorganChase**  **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 42 of 71 |

| | | | |
|---|---|---|---|
| | | | REF: WBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG= FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=SAUL SKOLER A C$ CM9 SSN: 0268129 |
| 17JAN | 17JAN USD | YOUR: O/B CITIBANK NYC OUR: 4400200017FC | 1,750,000.00 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: MARC B WOLPOW 101 HUNTINGTON AVE 02199 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= MARC B WOLPOW/AC-1W010030 ORG=/6102 4273501 101 HUNTINGTON AVE 02199 OG SSN: 9252704 |
| 17JAN | 17JAN USD | YOUR: 01070117010464NY OUR: 0682013017FF | 1,962,500.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: CLOAN REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=01070117010464NY BBI=/ REC/F/B/O WILPON 2002 DESCENDANTS T RUST KW445/TIME/16:52 IMAD: 0117B687HU1R004091 |
| 17JAN | 17JAN USD | YOUR: 01070117009695NY OUR: 0650503017FF | 1,962,500.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: CLOAN REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=01070117009695NY BBI=/ REC/F/B/O KATZ DESCENDANTS TRUST K W-391/TIME/16:23 IMAD: 0117B687HU7R003774 |
| 17JAN | 17JAN USD | YOUR: 200701323556ISCW OUR: 0276208017FF | 2,500,000.00 | FEDWIRE CREDIT VIA: PNC BANK, HA /043000096 B/O: MICHAEL & RUTH SLADE FOUNDATIO REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=200701323556ISCW OBI=F FC LKW-444 MICHAEL & RUTH SLADE FOU NDATION BBI=/TIME/12:14 IMAD: 0117D3B74V9C001178 |

1ED-OGR-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

**JPMorgan Chase Bank, N.A.**    **JPMorganChase**    **Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No:            140-081703
Statement Start Date:  30 DEC 2006
Statement End Date:    31 JAN 2007
Statement Code:        000-USA-11
Statement No:          001
                       Page 43 of 71

| Date | | | | Amount | Description |
|---|---|---|---|---|---|
| 17JAN | 17JAN USD | YOUR: 070117004803 | OUR: 0124114017FF | 5,000,000.00 | FEDWIRE CREDIT VIA: U.S. BANK NATIONAL ASSOCIATION /091000022 B/O: GARY S HOLMES TTE MARY HOLMES MINNEAPOLIS,MN,55415 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=070117004803 BBI=/BNF/ FOR FURTHER CREDIT TO BERNARD MADOF IMAD: 0117117DK    000437 |
| 17JAN | | USD | YOUR: 31Y9998652016 OUR: 0162003603XN | 21,755,591.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 17JAN | | USD | YOUR: NC0130209801170701 OUR: 0701700199AN | 210,029,987.59 | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 07011 6 TO 070117 RATE 5.1407 |
| 17JAN | 17JAN USD | YOUR: 01040735 OUR: 7229500017JK | 400,404,444.44 | BOOK TRANSFER CREDIT B/O: CHASE BANK USA, NA- TREASURY NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 1000& |
| 17JAN | 17JAN USD | YOUR: JODI OUR: 0852000017J0 | 20,000.00 | FEDWIRE DEBIT VIA: COMRCE BK WASH SEA /125008013 A/C: KEVIN AND PATRICE AULD FOUNDAT SEATTLE,WASHINGTON 98102 REF: TELEBEN IMAD: 0117B1Q6C08C002159 |
| 17JAN | 17JAN USD | YOUR: CAP OF 07/01/17 OUR: 0851900017J0 | 454,000.00 | BOOK TRANSFER DEBIT A/C: KLEINWORT BENSON (CHANNEL ISLA ST HELIER JERSEY CHANNEL ISLANDS UK |
| 17JAN | 17JAN USD | YOUR: CAP OF 07/01/17 OUR: 1205200017J0 | 7,056,979.63 | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N SYRACUSE NY 13212-4710 REF: REF: CDS FUNDING |
| 17JAN | | USD | YOUR: 31Y9998632017 OUR: 0174001857ZE | 16,377,077.00 | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 17JAN | | USD | YOUR: ND0136798801170701 OUR: 0701700511AN | 125,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 0 |

JPMSAB0003552

18Dec08-344

JPMorgan Chase Bank, N.A.  **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 44 of 71 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| Date | | Ref | Debit | Credit | Description |
|---|---|---|---|---|---|
| 17JAN | 17JAN USD | YOUR: M013629331770919<br>OUR: 7274900017JK | 500,000,000.00 | | 70117 TO 070118 RATE 5.1407<br>BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 17JAN<br>17JAN<br>18JAN | USD | YOUR: 31Y9973102018<br>OUR: 0181003102XP | **** Balance ****<br>**** Balance **** | 3,783,063.94<br>.94<br>2,124.47 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE<br>AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>916,377,077.00 AT AIP RATE=04.67%<br>FOR AIP INVESTMENT DATED 01/17/07<br>AIP REFERENCE=31Y9998632017<br>EFFECTIVE YIELD=04.78%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 18JAN | 18JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 0317703018FF | | 200,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: HOWARD S KATZ C/O STERLING EQU<br>102111021<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B CITIBANK NYC OBI=F<br>URTHER CREDIT:STERLING TWENTY FIVE<br>IMAD: 0118B1Q8024C003986 |
| 18JAN | 18JAN USD | YOUR: O/B UNITED BKRS<br>OUR: 0614503018FF | | 236,480.00 | FEDWIRE CREDIT<br>VIA: UNITED BANKERS BANK<br>/091001322<br>B/O: FELSEN MOSCOE MITCHELL<br>EDEN PRAIRIE MN<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B UNITED BKRS OBI=EM<br>1-957-3-0 FELSEN MOSCOE MITCHELL PR<br>IMAD: 0118117BQ1C000465 |
| 18JAN | 18JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 5477100018FC | | 500,000.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: GEOFF REHNERT<br>101 HUNTINGTON AVE 24FL 02199<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 BNF=<br>GEOFFREY S. REHNERT/AC-1R022630 ORG |

18-Dec-08

JPMSAB0003553

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.     **JPMorganChase**    **Statement of Account**

**In US Dollars**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 45 of 71 |

=/01018550201 101 HUNTINGTON AVE 24
SSN: 0307281

| 18JAN | * | USM DEP REF # | 2191 | | 551,170.75 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002191<br>*VALUE DATE:  01/18        40,000<br>                01/19        86,170<br>                01/22       399,500<br>                01/23        25,500 |
| 18JAN | | USD | YOUR: 31Y9998632017<br>OUR: 0172003574XN | | 16,377,077.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 18JAN | | USD | YOUR: NC0136798801180701<br>OUR: 0701800201AN | | 125,017,849.76 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07011<br>7 TO 070118 RATE 5.1407 |
| 18JAN | | 18JAN USD | YOUR: 01132811<br>OUR: 9577000018JK | | 500,505,555.56 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 18JAN | | 18JAN USD | YOUR: N-HIGHMARK LLC<br>OUR: 0770800018JO | 2,342.44 | | CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>A/C: N-HIGHMARK LLC<br>SSN: 0218180 |
| 18JAN | | 18JAN USD | YOUR: MADFAMFDN<br>OUR: 0770700018JO | 25,000.00 | | BOOK TRANSFER DEBIT<br>A/C: THE MADOFF FAMILY FDN<br>NEW YORK, NY 10021 |
| 18JAN | | 18JAN USD | YOUR: JODI<br>OUR: 0770600018JO | 500,000.00 | | FEDWIRE DEBIT<br>VIA: STERLING NYC<br>/026007773<br>A/C: THE POUND GROUP<br>NEW YORK,N.Y.<br>REF: TELEBEN/TIME/09:50<br>IMAD: 0118B1QGC03C001610 |
| 18JAN | | 18JAN USD | YOUR: CAP OF 07/01/18<br>OUR: 0770500018JO | 750,000.00 | | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: PBG CONCENTRATION ACCOUNT<br>BEN: NINE THIRTY VC INVESTMENTS, LL<br>ST., 56TH FLOOR,NEW YORK NY 10019<br>IMAD: 0118B1QGC04C001588 |

JPMSAB0003554

JPMorgan Chase Bank, N.A.          **JPMorganChase**          **Statement of Account**

CH

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |

Page 46 of 71

| Effective Date | Posting Date | | | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|
| 18JAN | 18JAN USD | YOUR: PALMAHOLD<br>OUR: 0770400018JO | | 1,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: COUTTS AND COMPANY<br>LONDON UNITED KINGDOM E1 8E-G<br>BEN: /246081633<br>PALMA ASSOCIATES |
| 18JAN | 18JAN USD | YOUR: CAP OF 07/01/18<br>OUR: 1274800018JO | | 4,411,493.81 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 18JAN | USD | YOUR: 31Y9998637018<br>OUR: 0184001859ZE | | 14,631,975.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 18JAN | USD | YOUR: ND0145408101180701<br>OUR: 0701800469AN | | 100,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70118 TO 070119 RATE 5.1407 |
| 18JAN | 18JAN USD | YOUR: M014512711070371<br>OUR: 9595200018JK | | 525,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 18JAN | | | | **** Balance **** | 852,490.43 | CLOSING LEDGER BALANCE |
| 18JAN | | | | **** Balance **** | .43 | CLOSING COLLECTED BALANCE |
| 19JAN | USD | YOUR: 31Y9973083019<br>OUR: 0191003083XP | | | 1,898.09 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$14,631,975.00 AT AIP RATE=04.67%<br>FOR AIP INVESTMENT DATED 01/18/07<br>AIP REFERENCE=31Y9998637018<br>EFFECTIVE YIELD=04.78%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 19JAN | 19JAN USD | YOUR: 690719<br>OUR: 5607500019FC | | | 5,000.00 | CHIPS CREDIT<br>VIA: BANK OF NEW YORK<br>/0001<br>B/D: FIRST TRUST CORPORATION<br>DENVER, CO 80202-3323<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>FIRST TRUST CORPORATION DENVER, CO<br>80202-3323 OBI=ANITA P. RUSSELL R01<br>SSN: 0316892 |
| 19JAN | 19JAN USD | YOUR: MT070119005009<br>OUR: 0406608019FF | | | 38,587.27 | FEDWIRE CREDIT<br>VIA: MANUFACTURERS & TRADERS TRUST |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003555

JPMorgan Chase Bank, N.A.                    **JPMorganChase**                    **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 47 of 71 |

/022000046
B/O: STERLING EQUITIES
GREAT NECK NY11021
REF: CHASE NYC/CTR/BNF=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
00001400 RFB=MT070119005009 OBI=ACC
OUNT # 1KW182 STERLING EQUITIES EMP
IMAD: 0119B20B921C001279

| 19JAN | 19JAN USD YOUR: O/B CITIBANK NYC | 234,587.63 | CHIPS CREDIT |
| | OUR: 4428300019FC | | VIA: CITIBANK |

/0008
B/O: MARC B WOLFOW
101 HUNTINGTON AVE 02199
REF: HBNK=BERNARD L MADOFF NEW YORK
NY 10022-4834/AC-000000001400 BNF=
MARC B WOLFOW/AC-1WD10030 ORG=/D102
4273301 101 HUNTINGTON AVE 02199 OB
SSN: 0250014

| 19JAN | 19JAN USD YOUR: SWF OF 07/01/19 | 400,000.00 | BOOK TRANSFER CREDIT |
| | OUR: 7112000019FS | | B/O: RAYMOND JAMES & ASSOCIATES INC |

ST PETERSBURG FL 33733-3016
ORG: ADLER ASSOCIATES
C/O JAMES B ADLER GEN PART
OGB: RAYMOND JAMES & ASSOCIATES INC
P.O. BOX 33016
REF: /BNF/ADLER ASSOCIATES 1A01463
;.US;

| 19JAN | 19JAN USD YOUR: O/B MELLON TRUST | 940,181.09 | FEDWIRE CREDIT |
| | OUR: 0495801019FF | | VIA: MELLON TRUST OF NEW ENGLAND |

/011601234
B/O: REHNERT GEOFFREY S-IMA-ENHANCE
BOSTON, MA 02199
REF: CHASE NYC/CTR/BNK=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
0001400 BNF=GEOFFREY S REHNERT/AC-
1-K0226-3-0 RFB=O/B MELLON TRUST BB
IMAD: 0119A10C128C003158

| 19JAN | 19JAN USD YOUR: O/B HSBC USA | 1,000,000.00 | FEDWIRE CREDIT |
| | OUR: 0560709019FF | | VIA: HSBC BANK USA |

/021001088
B/O: JIMLAR CORPORATION
REF: CHASE NYC/CTR/BNF=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
00001400 RFB=O/B HSBC USA OBI=FBO:
JAMES TARICA, ACCT NO.1KW443 BBI=/O
CNT/USD1000000,/BNF/(BKCD)CRED/TIME

180ec0R-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003556

JPMorgan Chase Bank, N.A.     **JPMorganChase**     **Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 48 of 71 |

| Date | | | Description | Amount | Details |
|---|---|---|---|---|---|
| 19JAN | 16JAN USD | YOUR: O/B HSBC USA<br>OUR: 0552901019FF | | 1,000,000.00 | IMAD: 0119B1Q8984C005136<br>FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: JIMLAR CORPORATION<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00061400 RFB=O/B HSBC USA OBI=FBO:L<br>AWRENCE TARICA,ACCT NO.1KW442 BBI=/<br>OCMT/USD1000000./BNF/CKCD)CRED/TIM |
| 19JAN | 19JAN USD | YOUR: 19JAN07<br>OUR: 0236609019FF | | 1,000,000.00 | IMAD: 0119B1Q8984C005178<br>FEDWIRE CREDIT<br>VIA: NEW YORK COMMERCIAL BANK<br>/021412114<br>B/O: JD PARTNERS LLC<br>HAUPPAUGE NY 11788<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=BERNARD L. MADOFF/AC-1<br>40081703 RFB=19JAN07 BBI=/BNF/DDA/1 |
| 19JAN | 19JAN USD | YOUR: 942662<br>OUR: 0553108019FF | | 1,250,000.00 | IMAD: 0119A8371R2C000055<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: AUDAX MANAGEMENT CO LLC<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=942662 OBI=FBO: AUDAX<br>GROUP ACCT #1-A0120-3 BBI=/TIME/15:<br>29 |
| 19JAN | 19JAN USD | YOUR: O/B MELLON TRUST<br>OUR: 0615514019FF | | 1,880,071.64 | IMAD: 0119B687HU6R003845<br>FEDWIRE CREDIT<br>VIA: MELLON TRUST OF NEW ENGLAND<br>/011001234<br>B/O: WOLPOW MARC B-CUST<br>BOSTON, MA 02199<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=MARC B WOLPOW/AC-1-WOL<br>00-3-0 RFB=O/B MELLON TRUST BBI=/TI |
| 19JAN | USM | DEP REF # | 2192 | 2,504,949.47 | IMAD: 0119A1QCI28C003475<br>DEPOSIT CASH LETTER<br>CASH LETTER 0000002192<br>*VALUE DATE: 01/19  1,033,002<br>01/22  408,727<br>01/23  1,004,516 |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID Q18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.                    **JPMorganChase**                    **Statement of Account**

In US Dollars

BERNARD L MADOFF INVESTMENT SECURITIES    CH
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | In US Dollars |
|---|---|---|---|
| Account No: | | | 140-081703 |
| Statement Start Date: | | | 30 DEC 2006 |
| Statement End Date: | | | 31 JAN 2007 |
| Statement Code: | | | 000-USA-11 |
| Statement No: | | | 001 |
| | | | Page 49 of 71 |

| Date | | | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 01/24   58,704 |
| 19JAN | | USD | YOUR: 31Y9998637018  OUR: 0182003550XN | | 14,631,975.00 | RETURN OF AIP INVESTMENT PRINCIPAL  AIP REDEMPTION OF J.P. MORGAN  CHASE & CO. COMMERCIAL PAPER. |
| 19JAN | 19JAN USD | | YOUR: 01070119004002NY  OUR: 0356113019FF | | 17,575,000.00 | FEDWIRE CREDIT  VIA: BANK OF AMERICA N.A.  /026009593  B/O: OUTGOING WIRE  REF: CHASE NYC/CTR/BNF=BERNARD L MA  DOFF NEW YORK NY 10022-4834/AC-0000  00001400 RFB=01070119004002NY OBI=R  EF STERLING TWENTY FIVE LLC ACCT 1K  W447 BBI=/TIME/13:06  IMAD: 0119B6B7HU5R002559 |
| 19JAN | | USD | YOUR: NC0145408101190701  OUR: 0701900215AN | | 100,014,279.81 | JPMORGAN CHASE & CO DEP TAKEN  B/O: BERNARD L MADOFF  10022  REF: TO REPAY YOUR DEPOSIT FR 07011  8 TO 070119 RATE 5.1407 |
| 19JAN | 19JAN USD | | YOUR: 01214214  OUR: 1409800019JK | | 550,556,111.11 | BOOK TRANSFER CREDIT  B/O: CHASE BANK USA, NA- TREASURY  NEWARK DE 19711-  ORG: JPMORGAN CHASE BANK  NEW YORK NY 10004  OGB: SHORT TERM DERIVATIVES (TUFFS)  NEW YORK NY 10004 |
| 18JAN | 19JAN USD | | YOUR: GAMBERG  OUR: 0940300019J0 | 210,000.00 | | FEDWIRE DEBIT  VIA: NEW YORK COMM BK  /226071004  A/C: RUTH & HERBERT GAMBERG  SCOTIA B3H 4A6 CANADA  IMAD: 0119B1QGC01C002506 |
| 19JAN | 19JAN USD | | YOUR: CAP OF 07/01/19  OUR: 0940200019J0 | 1,000,000.00 | | FEDWIRE DEBIT  VIA: NATIONAL CITY OH  /041000124  A/C: SHELDON G. ADELMAN  BEACHWOOD,OHIO 44122  REF: TELEBEN  IMAD: 0119B1QGC02C002366 |
| 19JAN | 19JAN USD | | YOUR: CAP OF 07/01/19  OUR: 1084500019J0 | 1,519,819.82 | | BOOK TRANSFER DEBIT  A/C: CHASE BANK USA, NA  N.SYRACUSE NY 13212-4710  REF: REF, CDS FUNDING |
| 19JAN | | USD | YOUR: 31Y9998618019  OUR: 0194001842ZE | 24,250,564.00 | | AIP OVERNIGHT INVESTMENT  AIP PURCHASE OF J.P. MORGAN CHASE  & CO. COMMERCIAL PAPER. |

18Dec06-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec06-344

18-Dec-06

JPMSAB0003558

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | | |
|---|---|---|
| Account No: | 140-081703 | |
| Statement Start Date: | 30 DEC 2006 | |
| Statement End Date: | 31 JAN 2007 | |
| Statement Code: | 000-USA-11 | |
| Statement No: | 001 | |
| | Page 50 of 71 | |

| Date | | | YOUR/OUR Ref | Amount | Balance | Description |
|---|---|---|---|---|---|---|
| 19JAN | | USD | YOUR: ND015171320119070l<br>OUR: 070190058 7AN | 95,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR D<br>70119 TO 070122 RATE 5.1422 |
| 19JAN | 19JAN USD | | YOUR: M015140491970342<br>OUR: 1416600019JK | 570,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D523522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 19JAN | | | | **** Balance **** | 1,904,747.92 | CLOSING LEDGER BALANCE |
| 19JAN | | | | **** Balance **** | .92 | CLOSING COLLECTED BALANCE |
| 22JAN | | USD | YOUR: 31Y9973095022<br>OUR: 0221003095XP | | 9,417.30 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$24,250,564.00 AT AIP RATE=04.66%<br>FOR AIP INVESTMENT DATED 01/19/07<br>AIP REFERENCE=31Y9998618019<br>EFFECTIVE YIELD=04.77%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 22JAN | 22JAN USD | | YOUR: SWF OF 07/01/22<br>OUR: 0620900022JD | 73,300.00 | | BOOK TRANSFER CREDIT<br>B/O: CITIGROUP GLOBAL MKTS INC OUTG<br>AMHERST NY 14226-<br>ORG: 42710758 MELVIN B NESSEL TTEE<br>MELVIN B NESSEL REV TR UAD 03142006<br>OGB: SBARNSHR |
| 22JAN | 22JAN USD | | YOUR: 070122016196<br>OUR: 0517013022FF | 220,000.00 | | FEDWIRE CREDIT<br>VIA: U.S. BANK NATIONAL ASSOCIATION<br>/091000022<br>B/O: STANFORD AND AMY BARATZ<br>WAYZATA,MN,55391<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=070122016196 OBI=FBO S<br>TANFORD BARATZ REVOCALBE TRUSTAC #1<br>IMAD: 0122J105040C002349 |
| 22JAN | 22JAN USD | | YOUR: O/B NORTH AMER B<br>OUR: 0465503022FF | 327,000.00 | | FEDWIRE CREDIT<br>VIA: NORTH AMERICAN BANKING COMPANY<br>/096016930<br>B/O: BARATZ FAMILY LIMITED PARTNERS<br>MINNEAPOLIS, MN 55426<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B NORTH AMER B BBI=/ |

JPMSAB0003559

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 51 of 71 |

| | | | | | |
|---|---|---|---|---|---|
| 22JAN | * | USM DEP REF # | 2193 | 566,000.00 | BNF/FBO: VICK GREENSTEIN TRUSTEE O<br>IMAD: 0122QM0FT012002262<br>DEPOSIT CASH LETTER<br>CASH LETTER 0000002193<br>*VALUE DATE: 01/23   356,000<br>            01/24   203,000<br>            01/25     7,000 |
| 22JAN | | 22JAN USD  YOUR: O/B BK OF NYC<br>        OUR: 6018200022FC | | | 1,000,000.00 | CHIPS CREDIT<br>VIA: BANK OF NEW YORK<br>/0001<br>B/O: JPMORGAN CHASE BANK N.A.<br>1-516-294-2010<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 BNF=<br>BERNARD L. MADOFF/AC-140081703 ORG=<br>JPMORGAN CHASE BANK N.A. 1-516-294-<br>SSN: 0341784 |
| 22JAN | | USD  YOUR: 31Y9998618019<br>        OUR: 0192003557XN | | | 24,250,564.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 22JAN | | USD  YOUR: NC0151713201220701<br>        OUR: 0702200257AN | | | 95,040,709.08 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07011<br>9 TO 070122 RATE 5.1422 |
| 22JAN | | 22JAN USD  YOUR: 01214231<br>        OUR: 3079500022JK | | | 225,325,000.00 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 22JAN | | 22JAN USD  YOUR: 00923401<br>        OUR: 3079400022JK | | | 340,687,555.56 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 22JAN | | 22JAN USD  YOUR: CAP OF 07/01/22<br>        OUR: 1129800022J0 | | 2,432,514.40 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 22JAN | | USD  YOUR: 31Y9998639022<br>        OUR: 0224001876ZE | | 10,317,059.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |

JPMSAB0003560

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 52 of 71 |

| Effective Date | Value Date | Item Ref | | Reference | | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|---|---|
| 22JAN | | USD | YOUR: ND0157053201220701 OUR: 0702200493AN | | | | 145,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR O 70122 TO 070123 RATE 5.1407 |
| 22JAN | 22JAN USD | | YOUR: M015673502270539 OUR: 3087700022JK | | | | 530,000,000.00 | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 22JAN 22JAN 23JAN | | USD | YOUR: 31Y9973120023 OUR: 0231003120XP | **** Balance **** **** Balance **** | | | 1,654,720.46 .46 1,335.49 | CLOSING LEDGER BALANCE CLOSING COLLECTED BALANCE AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $10,517,059.00 AT AIP RATE=04.66% FOR AIP INVESTMENT DATED 01/22/07 AIP REFERENCE=31Y9998639022 EFFECTIVE YIELD=04.77%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 23JAN | | USD | YOUR: OS1 OF 07/01/23 OUR: 0513200023ES | | | | 300,000.00 | BOOK TRANSFER B/O: J.P. MORGAN TRUST COMPANY N A BOCA RATON FL 33432- ORG: /00000000006922830245 CAROL STONE TRUST |
| 23JAN | 23JAN USD | | YOUR: O/B MELLON TRUST OUR: 0324014023FF | | | | 400,632.00 | FEDWIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND /011001234 B/O: REHNERT GEOFFREY S-IMA-ENHANCE BOSTON, MA 02199 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001408 BNF=GEOFFREY S REHNERT/AC- 1-R0226-3-0 RFB=O/B MELLON TRUST BB IMAD: 0123A1QCI28C002769 |
| 23JAN | | USM | DEP REF # 2194 | | | | 730,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000002194 *VALUE DATE: 01/23 100,000 01/24 594,000 01/25 36,000 |
| 23JAN | 23JAN USD | | YOUR: FW02629023468301 OUR: 0421813023FF | | | | 2,000,000.00 | FEDWIRE CREDIT VIA: WELLS FARGO NA /121000248 B/O: WIVIOTT INVESTMENTS LLC |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003561

180dc08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dcc08-344

18-Dec-08

JPMorgan Chase Bank, N.A.  **JPMorganChase**  **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 53 of 71 |

| Date | Detail | | Amount |
|---|---|---|---|
| | | | CALABASAS CA 91362<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=FWDZ6298Z3466301 OBI=F<br>BO WIVIOTT INVESTMENTS LLC, ACCOUNT<br>IMAD: 0123I18703&R001422 |
| 23JAN | 23JAN USD YOUR: O/B CITY SUBURBA<br>OUR: 0484309023FF | 4,000,000.00 | FEDWIRE CREDIT<br>VIA: CITY B SUBURBAN FEDERAL SAVING<br>/226072317<br>B/O: MARTIN S BERGER<br>ELMSFORD, NY 10523<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B CITY SUBURBA OBI=F<br>/C : MARTIN S BERGEN ACC# 1 B0Z41-3<br>IMAD: 0123QM0FT004002681 |
| 23JAN | 23JAN USD YOUR: 200701335647ISCW<br>OUR: 0463808023FF | 5,000,000.00 | FEDWIRE CREDIT<br>VIA: PNC BANK, NA<br>/043000096<br>B/O: B RUBINSON<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=200701335647ISCW OBI=F<br>FC I-N0034-3-0 NOBADEER ENTERPRISES<br>B31=/TIME/15.04<br>IMAD: 0123058749VSC001685 |
| 23JAN | 23JAN USD YOUR: O/B BK AMER NYC<br>OUR: 0403913023FF | 5,500,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: MAXAM ABSOLUTE RETURN FUND LP<br>DARIEN, CT 06820-5421<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B BK AMER NYC OBI=FF<br>C MAXAM ABSOLUTE RETURN FUND LP FFC<br>IMAD: 0123637HU48002809 |
| 23JAN | 23JAN USD YOUR: SVD<br>OUR: 0476401023FF | 10,000,000.00 | FEDWIRE CREDIT<br>VIA: MANUFACTURERS & TRADERS TRUST<br>/022000046<br>B/O: GRASS HORIZON FUND<br>WORMLEYSBURG PA USA17043<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=SVD OBI=FFC GRASS HORI<br>ZON FUND ACCOUNT NO 100379 BBI=/TIM<br>IMAD: 0123820B921C001475 |

JPMSAB0003562

JPMorgan Chase Bank, N.A.                         🍊JPMorganChase                    **Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 30 DEC 2006
Statement End Date: 31 JAN 2007
Statement Code: 000-USA-11
Statement No: 001
Page 54 of 71

| Date | | | Reference | Amount | Description |
|---|---|---|---|---|---|
| 23JAN | | USD | YOUR: 31Y9998639022<br>OUR: 0222003588XN | 10,317,059.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 23JAN | | USD | YOUR: NC0157053201230701<br>OUR: 0702300183AN | 145,020,705.72 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>L0022<br>REF: TO REPAY YOUR DEPOSIT FR 07012<br>2 TO 070123 RATE 5.1407 |
| 23JAN | 23JAN USD | | YOUR: 01299079<br>OUR: 4944600023JK | 485,490,388.89 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 23JAN<br>23JAN | USD<br>23JAN USD | | YOUR: JODI<br>OUR: 0973500023JO | 2,500.00<br>60,000.00 | CHECK PAID # 16952<br>BOOK TRANSFER DEBIT<br>A/C: COUTTS AND COMPANY<br>LONDON UNITED KINGDOM E1 8E-G<br>ORG: BERNARD L MADOFF BB<br>5 THIRD AVENUE NE<br>REF: TELEBEN |
| 23JAN | 23JAN USD | | YOUR: CAP OF 07/01/23<br>OUR: 0973400023JO | 500,000.00 | BOOK TRANSFER DEBIT<br>A/C: 00000000099999451 |
| 23JAN | 23JAN USD | | YOUR: ERIN<br>OUR: 0973300023JO | 540,000.00 | BOOK TRANSFER DEBIT<br>A/C: NATIONAL WESTMINSTER BANK PLC<br>LONDON ENGLAND EC2M -433<br>ORG: BERNARD L MADOFF BB<br>5 THIRD AVENUE NE<br>REF: BNF-SORT CODE 56-00-20 HOLBORN<br>CIRCUS BRANCH |
| 23JAN | 23JAN USD | | YOUR: ERIN<br>OUR: 0973200023JO | 820,000.00 | BOOK TRANSFER DEBIT<br>A/C: NATIONAL WESTMINSTER BANK PLC<br>LONDON ENGLAND EC2M -433<br>ORG: BERNARD L MADOFF BB<br>5 THIRD AVENUE NE<br>REF: BNF-SORT CODE 56-00-20 HOLBORN<br>CIRCUS BRANCH |
| 23JAN | 23JAN USD | | YOUR: CAP OF 07/01/23<br>OUR: 1237500023JO | 2,234,547.40 | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 23JAN | | USD | YOUR: 31Y9998631023<br>OUR: 0234001860ZE | 35,359,090.00 | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003563

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.   **JPMorganChase**   Statement of Account

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

CM

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 55 of 71 |

| | | | | |
|---|---|---|---|---|
| 23JAN | | USD | YOUR: ND0163166901230701<br>OUR: 0702300529AN | 110,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70123 TO 070124 RATE 5.1407 |
| 23JAN | 23JAN USD | YOUR: M016283862371379<br>OUR: 4961900023JK | 520,000,000.00 | BOOK TRANSFER DEBIT<br>A/C: D123522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 23JAN<br>23JAN<br>24JAN | | USD | YOUR: 31Y9973092024<br>OUR: 0241003092XP | **** Balance ****     898,704.16<br>**** Balance ****          .16<br>4,586.86 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE<br>AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$35,359,090.00 AT AIP RATE=04.67%<br>FOR AIP INVESTMENT DATED 01/23/07<br>AIP REFERENCE=31Y9998631023<br>EFFECTIVE YIELD=04.78%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 24JAN | 24JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 4200900024FC | 107,585.68 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: MARC B WOLPOW<br>101 HUNTINGTON AVE 02199<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 BNF=<br>MARC B WOLPOW/AC-1W010030 ORG=/0102<br>4273301 101 HUNTINGTON AVE 02199 OG<br>SSN: 0240085 |
| 24JAN | 24JAN USD | YOUR: 01070124001011NN<br>OUR: 0163707024FF | 490,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: YETTA G PLOTNICK<br>LONG BOAT KEY FL 34228-4194<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=01070124001011NN BBI=/<br>REC/FBO:YETTA GOLDMAN PLOTNICK ACC<br>IMAD: 0124B6B7HU3R001273 |
| 24JAN | USM | DEP REF # 2195 | 944,141.16 | DEPOSIT CASH LETTER<br>CASH LETTER 8000002195<br>*VALUE DATE: 01/24        52,000<br>                01/25       732,141 |

JPMSAB0003564

JPMorgan Chase Bank, N.A.                    **JPMorganChase**                    **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No:        140-081703
Statement Start Date:   30 DEC 2006
Statement End Date:     31 JAN 2007
Statement Code:    000-USA-11
Statement No:      001
Page 56 of 71

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 01/26 | 152,800 |
| | | | | | 01/29 | 7,200 |
| 24JAN | 24JAN USD | YOUR: CAP OF 07/01/24 | | 5,000,000.00 | BOOK TRANSFER CREDIT | |
| | | OUR: 0228000024JO | | | B/O: LEONARD LITWIN | |
| | | | | | NEW HYDE PARK NY 11040- | |
| 24JAN | 24JAN USD | YOUR: PHN OF 07/01/24 | | 30,000,000.00 | BOOK TRANSFER CREDIT | |
| | | OUR: 0006300024GP | | | B/O: STERLING METS, L.P. | |
| | | | | | FLUSHING NY 11368- | |
| | | | | | REF: ACT 1KW247 3 0 | |
| 24JAN | USD | YOUR: 31Y9998631023 | | 35,359,090.00 | RETURN OF AIP INVESTMENT PRINCIPAL | |
| | | OUR: 0232003566XN | | | AIP REDEMPTION OF J.P. MORGAN | |
| | | | | | CHASE & CO. COMMERCIAL PAPER. | |
| 24JAN | USD | YOUR: NC0163166901240701 | | 110,015,707.79 | JPMORGAN CHASE & CO DEP TAKEN | |
| | | OUR: 0702400243AN | | | B/O: BERNARD L MADDOFF | |
| | | | | | 10022 | |
| | | | | | REF: TO REPAY YOUR DEPOSIT FR 07012 | |
| | | | | | 3 TO 070124 RATE 5.1407 | |
| 24JAN | 24JAN USD | YOUR: 01362933 | | 500,505,555.56 | BOOK TRANSFER CREDIT | |
| | | OUR: 7055300024JK | | | B/O: CHASE BANK USA, NA- TREASURY | |
| | | | | | NEWARK DE 19711- | |
| | | | | | ORG: JPMORGAN CHASE BANK | |
| | | | | | NEW YORK NY 10004 | |
| | | | | | OGB: SHORT TERM DERIVATIVES (TUFFS) | |
| | | | | | NEW YORK NY 10004 | |
| 24JAN | 24JAN USD | YOUR: CAP OF 07/01/24 | 2,189,880.49 | | BOOK TRANSFER DEBIT | |
| | | OUR: 1370100024JO | | | A/C: CHASE BANK USA, NA | |
| | | | | | N.SYRACUSE NY 13212-4710 | |
| | | | | | REF: REF: CDS FUNDING | |
| 24JAN | USD | YOUR: 31Y9998639024 | 10,200,339.00 | | AIP OVERNIGHT INVESTMENT | |
| | | OUR: 0244001878ZE | | | AIP PURCHASE OF J.P. MORGAN CHASE | |
| | | | | | & CO. COMMERCIAL PAPER. | |
| 24JAN | USD | YOUR: ND0171938301240701 | 140,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN | |
| | | OUR: 0702400531AN | | | A/C: BERNARD L MADDOFF | |
| | | | | | 10022 | |
| | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 0 | |
| | | | | | 70124 TO 070125 RATE 5.1407 | |
| 24JAN | 24JAN USD | YOUR: M017166452470635 | 530,000,000.00 | | BOOK TRANSFER DEBIT | |
| | | OUR: 7071500024JK | | | A/C: D323522645 | |
| | | | | | CHUSA CAYMAN | |
| | | | | | ORG: JPMORGAN CHASE BANK | |
| | | | | | NEW YORK NY 10004 | |
| | | | | | OGB: SHORT TERM DERIVATIVES (TUFFS) | |
| | | | | | NEW YORK NY 10004 | |
| 24JAN | | | **** Balance **** | 935,141.72 | CLOSING LEDGER BALANCE | |
| 24JAN | | | **** Balance **** | .72 | CLOSING COLLECTED BALANCE | |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

18-Dec-08

JPMSAB0003565

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 57 of 71 |

| Date | | | Reference | Amount | Description |
|---|---|---|---|---|---|
| 25JAN | | USD | YOUR: 31Y9973090025 OUR: 0251003090XP | 1,320.38 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $10,200,339.00 AT AIP RATE=04.66% FOR AIP INVESTMENT DATED 01/24/07 AIP REFERENCE=31Y9998639024 EFFECTIVE YIELD=04.77%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 25JAN | 25JAN | USD | YOUR: 070125350008 OUR: 0219703025FF | 32,580.54 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON /054001220 B/O: STEWART L ALEDORT MD 20007 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=070125350008 OBI=FBO S HEILA ROGOVIN ACCOUNT 1R00083 BBI=/ IMAD: 0125E3B75D9C000075 |
| 25JAN | * | USM | DEP REF # 2196 | 466,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000002196 *VALUE DATE: 01/26    448,500    01/29    17,500 |
| 25JAN | 25JAN | USD | YOUR: O/B CITIZENS PRO OUR: 0689707025FF | 700,000.00 | FEDWIRE CREDIT VIA: CITIZENS BANK OF NEW HAMPSHIRE /011500120 B/O: JULIAN COHEN 1994 TRUST CHESTNUT HILL MA 02467 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B CITIZENS PRO OBI=F BO ROCKMAN CORP ACCT @ 1CM33140 BBI IMAD: 0125A1B7A41C001859 |
| 25JAN | 25JAN | USD | YOUR: O/B BK OF NYC OUR: 0703901025FF | 900,000.00 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/O: ESTATE OF HELEN SHURMAN 39 TAMARA COURT REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=ESTATE OF HELEN SHURMA N/AC-50509 RFB=O/B BK OF NYC BBI=/T IMAD: 0125B1081S1C008039 |
| 25JAN | | USD | YOUR: 31Y9998639024 OUR: 0242003570XN | 10,200,339.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |

JPMSAB0003566

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.          **JPMorganChase**          **Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 30 DEC 2006
Statement End Date: 31 JAN 2007
Statement Code: 000-USA-11
Statement No: 001
Page 58 of 71

| Date | | | Reference | Debit | Credit | Description |
|------|---|---|-----------|-------|--------|-------------|
| 25JAN | | USD | YOUR: NC0171938301250701<br>OUR: 0702500195AN | | 140,019,991.73 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07012<br>4 TO 070125 RATE 5.1407 |
| 25JAN | 25JAN | USD | YOUR: 01451271<br>OUR: 9053600025JK | | 525,530,833.33 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 25JAN | 25JAN | USD | YOUR: JODI<br>OUR: 0938100025J0 | 20,000.00 | | BOOK TRANSFER DEBIT<br>A/C: ESTATE OF LILLIAN B STEINBERG<br>NEW YORK NY 10016<br>ORG: BERNARD L. MADOFF 88<br>5 THIRD AVE . NE |
| 25JAN | 25JAN | USD | YOUR: ESTLURIA<br>OUR: 0938000025J0 | 350,000.00 | | BOOK TRANSFER DEBIT<br>A/C: ESTATE OF GLADYS C LURIA<br>NEW YORK, NY 10016 |
| 25JAN | 25JAN | USD | YOUR: IRSINGER<br>OUR: 0937900025J0 | 500,000.00 | | CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>A/C: IRWIN B. SINGER<br>CT 06117<br>SSN: 0245891 |
| 25JAN | 25JAN | USD | YOUR: CAP OF 07/01/25<br>OUR: 0937800025J0 | 2,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: 000000001990009993 |
| 25JAN | 25JAN | USD | YOUR: CAP OF 07/01/25<br>OUR: 1220200025J0 | 2,777,518.02 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 25JAN | | USD | YOUR: 31Y9998631025<br>OUR: 0254001066ZE | 12,512,688.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 25JAN | | USD | YOUR: ND017982460125070l<br>OUR: 0702500563AN | 100,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR D<br>70125 TO 070126 RATE 5.2007 |
| 25JAN | 25JAN | USD | YOUR: M017885822570040<br>OUR: 9057500025JK | 560,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS) |

JPMSAB0003567

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

**JPMorgan Chase Bank, N.A.**   ◆ **JPMorganChase**   **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No:         140-081703
Statement Start Date:  30 DEC 2006
Statement End Date:    31 JAN 2007
Statement Code:        000-USA-11
Statement No:          001
Page# 59 of 71

| Date | | | | Amount | Description |
|---|---|---|---|---|---|
| 25JAN | | | **** Balance **** | 626,000.68 | NEW YORK NY 10004 CLOSING LEDGER BALANCE |
| 25JAN | | | **** Balance **** | .68 | CLOSING COLLECTED BALANCE |
| 26JAN | 28JAN USD | YOUR: O/B CITIBANK NYC | | 29.61 | CHIPS CREDIT |
| | | OUR: 3854000026FC | | | VIA: CITIBANK /0008 B/O: MARC B WOLPOW 101 HUNTINGTON AVE 02199 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= MARC B WOLPOW/AC-1W010030 ORG=/0102 4273301 101 HUNTINGTON AVE 02199 OG SSN: 0213495 |
| 26JAN | | YOUR: 31Y9973090026 | | 1,619.70 | AIP INTEREST PAYMENT |
| | | OUR: 0261003090XP | | | INTEREST ON PRINCIPAL OF 012,512,688.00 AT AIP RATE=04.66% FOR AIP INVESTMENT DATED 01/25/07 AIP REFERENCE=31Y9998631025 EFFECTIVE YIELD=04.77%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 26JAN | 26JAN USD | YOUR: O/B CITIBANK NYC | | 194,028.00 | CHIPS CREDIT |
| | | OUR: 4451700026FC | | | VIA: CITIBANK /0008 B/O: R. BRADFORD MALT, TRUSTEE MARC ONE INTERNATIONAL PL 02110 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= R. BRADFORD MALT, TRUSTEE MARC WOLP OW 1995 FAMILY TRUST/AC-1W011730 OR SSN: 0249735 |
| 26JAN | 28JAN USD | YOUR: O/B MELLON TRUST | | 422,700.69 | FEDWIRE CREDIT |
| | | OUR: 0513703026FF | | | VIA: MELLON TRUST OF NEW ENGLAND /011001234 B/O: WOLPOW MARC B-CUST BOSTON, MA 02199 REF: CHASE NYC/CTR/BNK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=MARC B WOLPOW/AC-1-W01 00-3-0 RFB=O/B MELLON TRUST BBI=/TI IMAD: 0126A1QC128C003250 |
| 26JAN | | USM DEP REF #     2197 | | 562,500.00 | DEPOSIT CASH LETTER CASH LETTER 0000002197 *VALUE DATE: 01/26   125,000 01/29   162,500 01/30   273,500 |

JPMSAB0003568

JPMorgan Chase Bank, N.A.　　　　JPMorganChase　　　**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 60 of 71 |

| | | | | | | 01/31 | 1,500 |
|---|---|---|---|---|---|---|---|
| 26JAN | 26JAN USD | YOUR: CAP OF 07/01/26<br>OUR: 2953200026J0 | | | 6,600,000.00 | BOOK TRANSFER CREDIT<br>B/O: SEE HOLDCO LLC<br>GREAT NECK NY 11021-<br>REF: FBO SEE HOLDCO LLC-KW449/BNF/1<br>40-081-703 BERNARD L. MADOFF | |
| 26JAN | USD | YOUR: 31Y9998631025<br>OUR: 0252003563XN | | | 12,512,688.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. | |
| 26JAN | USD | YOUR: NC0179824601260701<br>OUR: 0702600281AN | | | 100,014,446.53 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07012<br>5 TO 070126 RATE 5.2007 | |
| 26JAN | 26JAN USD | YOUR: 01514049<br>OUR: 1104700026JK | | | 570,576,333.33 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 | |
| 26JAN | 26JAN USD | YOUR: JODI<br>OUR: 1172800026J0 | 250,000.00 | | | CHIPS DEBIT<br>VIA: HSBC BANK USA<br>/0108<br>A/C: SYLVIA ANN JOEL<br>SCARSDALE, NEW YORK,10583-6941<br>REF: TELEBEN<br>SSN: 0253126 | |
| 26JAN | 26JAN USD | YOUR: MAYFAIR<br>OUR: 1172700026J0 | 250,000.00 | | | CHIPS DEBIT<br>VIA: WACHOVIA BANK NATIONAL ASSOCIA<br>/0509<br>A/C: ROYAL BANK OF SCOTLAND INT'L L<br>ST. HELIER JERSEY, CHANNEL ISLANDS<br>BEN: MAYFAIR CORPORATION<br>SSN: 0253125 | |
| 26JAN | 26JAN USD | YOUR: VROTH<br>OUR: 1172600026J0 | 500,000.00 | | | CHIPS DEBIT<br>VIA: BARCLAYS BANK PLC<br>/0257<br>A/C: BARCLAYS BANK PLC<br>LONDON EC3 NHJ, ENGLAND<br>BEN: VICTORIA, LADY DE ROTHSCHILD<br>REF: BNF-FFC-ACC- 00119334, VICTORI<br>A,LADY DE ROTHSCHILD INCOME ACCOUNT<br>, SORT CODE, 20-44-90<br>SSN: 0253136 | |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003569



JPMorgan Chase Bank, N.A.                    **Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 61 of 71 |

| Date | | | | Amount | Description |
|---|---|---|---|---|---|
| 26JAN | 28JAN USD | YOUR: LADYVIC | OUR: 1172500026J0 | 500,000.00 | CHIPS DEBIT<br>VIA: BARCLAYS BANK PLC<br>/0257<br>A/C: BARCLAYS BANK PLC<br>LONDON EC3 NHJ, ENGLAND<br>BEN: VICTORIA, LADY DE ROTHSCHILD<br>REF: BNF-FFC-ACC- 80309710, VICTORI<br>A,LADY DE ROTHSCHILD CURRENTACCOUNT<br>, SORT CODE, 20-47-34<br>SSN: 0253147 |
| 28JAN | 28JAN USD | YOUR: CAP OF 07/01/26 | OUR: 1172400026J0 | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: NORTHERN TR NA<br>/066009650<br>A/C: D.C.A GRANTOR TRUST<br>AVENTURA, FLORIDA 33180<br>REF: BNF-FFC-ACC- 1210005654, D.C.A<br>GRANTOR TRUST, ALLAN M. APPLESTEIN<br>,TRUSTEE<br>IMAD: 0126B1QGC01C002785 |
| 26JAN | 28JAN USD | YOUR: CAP OF 07/01/26 | OUR: 1321100026J0 | 1,264,690.77 | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF, CDS FUNDING |
| 26JAN | 28JAN USD | YOUR: JODI | OUR: 1172300026J0 | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: EURO AMER NYC<br>/021001486<br>A/C: PERGAMENT EQUITIES LLC<br>NEW YORK,NY 10022<br>REF: TELEBEN<br>IMAD: 0126B1QGC02C002485 |
| 26JAN | 28JAN USD | YOUR: ONEREGENT | OUR: 1172200026J0 | 12,100,000.00 | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: THE BANK OF BERMUDA LIMITED<br>HAMILTON<br>BEN: ONE REGENT MARKET NEUTRAL FUND<br>HAMILTON HM 11 BERMUDA<br>IMAD: 0126B1QGC03C002490 |
| 28JAN | USD | YOUR: 31Y9998635026 | OUR: 0264001867ZE | 18,683,455.00 | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 26JAN | USD | YOUR: ND0187684701260701 | OUR: 0702600541AN | 135,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70126 TO 070129 RATE 5.1422 |

180dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID Q180dec08-344

18-Dec-08

JPMSAB0003570

JPMorgan Chase Bank, N.A.

**JPMorganChase**

CM

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 62 of 71 |

| Date | Date | | Your/Our Ref | Amount | Description |
|---|---|---|---|---|---|
| 26JAN | 26JAN USD | YOUR: M018744572670150 OUR: 1106400026JK | | 520,000,000.00 | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 26JAN | | | | ***** Balance **** | 462,200.77 | CLOSING LEDGER BALANCE |
| 26JAN | | | | **** Balance **** | .77 | CLOSING COLLECTED BALANCE |
| 26JAN | | USD | YOUR: 31Y9973106029 OUR: 0291003106XP | 7,255.41 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $18,683,455.00 AT AIP RATE=04.66% FOR AIP INVESTMENT DATED 01/26/07 AIP REFERENCE=31Y9998635026 EFFECTIVE YIELD=04.77%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 29JAN | 29JAN USD | YOUR: O/B CITIBANK NYC OUR: 6533300029FC | | 100,000.00 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: DORCHESTER CAPITAL PARTNERS STEFANIE STRICKER REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG= /85166000 STEFANIE STRICKER OGB=CIT IUS33WWS CITIUS33WWS OBI=FBO ELAINE SSN: 0353598 |
| 29JAN | * | USM DEP REF # | 2198 | 2,472,029.46 | DEPOSIT CASH LETTER CASH LETTER 0000002198 *VALUE DATE: 01/29 50,000 01/30 2,193,326 01/31 228,703 |
| 29JAN | 29JAN USD | YOUR: F.F.C: STONYBROO OUR: 6569400029FC | | 5,000,000.00 | CHIPS CREDIT VIA: HSBC BANK USA /0108 B/O: DELTEC BANK AND TRUST LIMITED REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG= /USHBUS000136387 DELTEC BANK AND TR UST LIMITED OGB=/000136387 NASSAU B AHAMAS OBI=K INVESTMENTS LIMITED, A SSN: 0353742 |
| 29JAN | 29JAN USD | YOUR: 9324519-00741455 OUR: 2415600029FC | | 12,999,980.00 | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH /0799 B/O: FBO LUXEMBOURG INVESTMENT FUND |

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G1#Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 63 of 71 |

| | Date | | Reference | Debit | Credit | Description |
|---|---|---|---|---|---|---|
| | | | | | | US EQUITY PLUS 1 FR 123<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>FBO LUXEMBOURG INVESTMENT FUND US E<br>QUITY PLUS 1 FR 123 OGB=UBS LUXEMBO<br>SSN: 0109969 |
| | 29JAN | USD | YOUR: 31Y9998635026<br>OUR: 0262003574XN | | 18,683,455.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| | 29JAN | 29JAN USD | YOUR: 9324768-00741545<br>OUR: 2911400029FC | | 20,999,980.00 | CHIPS CREDIT<br>VIA: UBS AG STAMFORD BRANCH<br>/0799<br>B/O: FBO LUXEMBOURG INVESTMENT FUND<br>US EQUITY PLUS 1 FR 123<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>FBO LUXEMBOURG INVESTMENT FUND US E<br>QUITY PLUS 1 FR 123 OGB=UBS LUXEMBO<br>SSN: 0146543 |
| | 29JAN | USD | YOUR: NC0187684701290701<br>OUR: 0702900189AN | | 135,057,849.75 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07012<br>6 TO 070129 RATE 5.1422 |
| | 29JAN | 29JAN USD | YOUR: 01567350<br>OUR: 2675300029JK | | 530,535,888.89 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| | 29JAN | 29JAN USD | YOUR: GORVIS<br>OUR: 1287500029JO | 1,000,000.00 | | FEDWIRE DEBIT<br>VIA: PRIVATE BK OF CAL<br>/122244139<br>A/C: GORVIS LLC<br>IMAD: 0129B1QGC04C002669 |
| | 29JAN | 29JAN USD | YOUR: GOLDFARB<br>OUR: 1287600029JO | 1,000,000.00 | | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: BEAR STEARNS SECURITIES CORP<br>BEN: LILLIAN BERMAN GOLDFARB<br>IMAD: 0129B1QGC02C002746 |
| | 29JAN | 29JAN USD | YOUR: KOTZEN<br>OUR: 1531900029JO | 1,013,557.28 | | BOOK TRANSFER DEBIT<br>A/C: 066196221<br>NATIONAL FINANCIAL SERVICES |

JPMSAB0003572

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |

Page 64 of 71

| Date | Date Entered | | Description | Debit | Credit | Description |
|---|---|---|---|---|---|---|
| 29JAN | 29JAN USD | YOUR: CAP OF 07/01/29<br>OUR: 1332700029J0 | | 1,389,862.03 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 29JAN | 29JAN USD | YOUR: JODI<br>OUR: 1287400029J0 | | 6,500,000.00 | | BOOK TRANSFER DEBIT<br>A/C: 00000000099999651<br>ORG: BERNARD L. MADOFF 88<br>5 THIRD AVENUE NE<br>BEN: /026722001<br>COTTAGE DEVELOPMENT,L.L.C.<br>REF: TELEBEN |
| 29JAN | USD | YOUR: 31Y9998666029<br>OUR: 0294001913ZE | | 22,718,190.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 29JAN | USD | YOUR: ND0193136001290701<br>OUR: 0702900577AN | | 140,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70129 TO 070130 RATE 5.1407 |
| 29JAN | 29JAN USD | YOUR: M019280162970710<br>OUR: 2692400029JK | | 550,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 29JAN | | | | **** Balance **** | 2,697,029.97 | CLOSING LEDGER BALANCE |
| 29JAN | | | | **** Balance **** | .97 | CLOSING COLLECTED BALANCE |
| 30JAN | USD | YOUR: 31Y9973126030<br>OUR: 0301003126XP | | | 2,947.05 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$22,718,190.00 AT AIP RATE=04.67%<br>FOR AIP INVESTMENT DATED 01/29/07<br>AIP REFERENCE=31Y9998666029<br>EFFECTIVE YIELD=04.78%. EFFECTIVE<br>YIELD REFLECTS COMPOUNDING OF<br>INTEREST |
| 30JAN | 30JAN USD | YOUR: 01070130005391NN<br>OUR: 0421903030FF | | | 75,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: DALE BORGLUM<br>FAIRFAX CA 94930<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=01070130005391NN BBI=/<br>REC/FBO: DALE BORGLUM ACCT 1 ZA680<br>IMAD: 0130B6B7HU3R002B24 |

180dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18DBec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.     **JPMorganChase**     **Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2008 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 65 of 71 |

| | | | | |
|---|---|---|---|---|
| 30JAN | 30JAN USD | YOUR: MT070130005649<br>OUR: 0550909030FF | 141,708.07 | FEDWIRE CREDIT<br>VIA: MANUFACTURERS & TRADERS TRUST<br>/022000046<br>B/O: STERLING EQUITIES<br>GREAT NECK NY11021<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=MT070130005649 OBI=ACC<br>OUNT @ 1KW182 STERLING EQUITIES EMP<br>IMAD: 0130B2QB92IC001601 |
| 30JAN | *   USM | DEP REF #      2199 | 195,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002199<br>=VALUE DATE: 01/31   143,750<br>02/01   50,950<br>02/02   300 |
| 30JAN | 30JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 0714703030FF | 368,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: DORCHESTER CAPITAL PARTNERS<br>STEFANIE STRICKER<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B CITIBANK NYC OBI=F<br>BO ELAINE DINE FBO 1 CM571 3 0 BBI=<br>IMAD: 0130B1Q8024C006520 |
| 30JAN | USD | YOUR: 31Y9998666029<br>OUR: 029200360IXN | 22,718,190.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 30JAN | USD | YOUR: NC0193136001300701<br>OUR: 0703000259AN | 140,019,991.73 | JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07012<br>9 TO 070130 RATE 5.1407 |
| 30JAN | 30JAN USD | YOUR: 01628386<br>OUR: 4467200030JK | 520,525,777.78 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 30JAN | 30JAN USD | YOUR: CAP OF 07/01/30<br>OUR: 1500600030JD | 30,000.00 | CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: CREDIT SUISSE<br>GENEVA SWITZERLAND 1211<br>BEN: SOUTHEY INTERNATIONAL LIMITED |

1BDec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G1EDec06-344

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.



**JPMorganChase**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES   CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 66 of 71 |

| Date | | | Reference | Amount | | Description |
|---|---|---|---|---|---|---|
| | | | | | | PRINCIPALITY OF ANDORRA FRANCE REF: REF-IBAN: CH540425104224876200 0 SSN: 0256634 |
| 30JAN | 30JAN USD | YOUR: CAP OF 07/01/30 | OUR: 1500500030J0 | 75,000.00 | | FEDWIRE DEBIT VIA: CY NATL BK LA /122016066 A/C: EMILY CHAIS BEVERLY HILLS,CA. 90210 REF: /TIME/11:19 IMAD: 0130B1Q0C08C003770 |
| 30JAN | 30JAN USD | YOUR: JODI | OUR: 1500400030J0 | 200,000.00 | | FEDWIRE DEBIT VIA: NORTHERN TR NA /066009650 A/C: MIKE STEIN AND LOUISE STEIN UPPER BROOKVILLE,NY 11545 REF: TELEBEN IMAD: 0130B1Q0C08C003769 |
| 30JAN | 30JAN USD | YOUR: CAP OF 07/01/30 | OUR: 1399500030J0 | 2,863,949.89 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: CDS FUNDING |
| 30JAN | USD | YOUR: 31Y9998692030 | OUR: 0304001942ZE | 13,149,491.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 30JAN | 30JAN USD | YOUR: RYESEL | OUR: 1500300030J0 | 20,000,000.00 | | FEDWIRE DEBIT VIA: BK OF NYC /021000018 A/C: RYE SELECT BROAD MARKET FUND L THEODORE FREMD AVE,RYE N.Y., 10580 IMAD: 0130B1Q0C07C003220 |
| 30JAN | USD | YOUR: ND0198997801300701 | OUR: 0703000575AN | 110,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR O 70130 TO 070131 RATE 5.1407 |
| 30JAN | 30JAN USD | YOUR: M019877803071064 | OUR: 4473800030JK | 540,000,000.00 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 30JAN 30JAN | | | | **** Balance **** **** Balance **** | 425,203.71 .71 | CLOSING LEDGER BALANCE CLOSING COLLECTED BALANCE |

JPMSAB0003575

18Dec08-344

**JPMorgan Chase Bank, N.A.**   **JPMorganChase**   **Statement of Account**

CN
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 67 of 71 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| | | | |
|---|---|---|---|
| 31JAN | USD YOUR: 31Y9973146031 OUR: 0311003146XP | 1,705.78 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $13,149,491.00 AT AIP RATE=04.67% FOR AIP INVESTMENT DATED 01/30/07 AIP REFERENCE=31Y9998692030 EFFECTIVE YIELD=04.78%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 31JAN | 31JAN USD YOUR: SWF OF 07/01/31 OUR: 2966800031JD | 61,601.00 | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MKTS INC OUTG AMHERST NY 14226- ORG: 42710758 MELVIN B NESSEL TTEE MELVIN B NESSEL REV TR UAD 03142006 OGB: SBARNSHR |
| 31JAN | 31JAN USD YOUR: 1  2007031000911 OUR: 0173103031FF | 100,000.00 | FEDWIRE CREDIT VIA: SUNTRUST BANK, ATLANTA /061000104 B/O: HELLER BROTHERS PACKING CORP ( WINTER GARDEN, FL 32787 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=1 2007031000911 OBI=FB O HELLER BROS PARTNERSHIP LTD ACCOU IMAD: 0131F1QCZ6BC001699 |
| 31JAN | 31JAN USD YOUR: O/B FST REP BK S OUR: 0471808031FF | 400,000.00 | FEDWIRE CREDIT VIA: FIRST REPUBLIC BANK /321081669 B/O: RICHARD B SHAPRIO 5000 N PARKWAY CALABASAS STE 2 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B FST REP BK S OBI=F BO: RICHARD B. SHAPIRO ACCT#1-S0492 IMAD: 0131L1B78H1C000164 |
| 31JAN | 31JAN USD YOUR: O/B CITIBANK NYC OUR: 6728000031FC | 480,000.00 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: RICHARD B PATTERSON + BARBARA YLESTOWN PA 18901 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= RITA MIGDAL WINTER SPRINGS FL 32708 US/AC-1Z4426S ORG=/80957020 YLESTO SSN: 0372072 |
| 31JAN | 31JAN USD YOUR: O/B CITY NB OF F OUR: 0419208031FF | 500,000.00 | FEDWIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.  **JPMorganChase**  Statement of Account

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 68 of 71 |

| | | | | |
|---|---|---|---|---|
| 31JAN | 31JAN USD | YOUR: O/B NORTHERN TR<br>OUR: 0697601031FF | 550,053.70 | /066004367<br>B/O: SBD INC<br>MIAMI, FL 33176-1700<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=STEVEN SCHIFF NEW YORK<br>, NY USA/AC-1-S0243-3-D RFB=O/B CIT<br>IMAD: 0131F6B7021C000130<br>FEDWIRE CREDIT<br>VIA: NORTHERN TRUST NATIONAL ASSOCI<br>/066009650 |
| 31JAN | 31JAN USD | YOUR: O/B CITY NB OF F<br>OUR: 0402014031FF | 600,000.00 | B/O: MERSON FAMILY INVESTMENTS LLC<br>BOCA RATON FL 33481-0577<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 RFB=O/B NORTHERN TR OBI=FB<br>O: MERSON FAMILY INVESTMENTS, LLC B<br>IMAD: 0131F6B74K1C000334<br>FEDWIRE CREDIT<br>VIA: CITY NATIONAL BANK OF FLORIDA<br>/066004367<br>B/O: SBD INC<br>MIAMI, FL 33176-1700<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 BNF=SCHIFF FAMILY HOLDINGS<br>, NEVADA NEW YORK, NY USA/AC-1 S0363<br>IMAD: 0131F6B7021C000113 |
| 31JAN | USM | DEP REF # 2201 | 896,210.62 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002201<br>*VALUE DATE: 01/31    115,000<br>02/01    705,139<br>02/02    75,471<br>02/05    600 |
| 31JAN | 31JAN USD | YOUR: COR0131AA3203454<br>OUR: 3982800031FC | 2,000,000.00 | CHIPS CREDIT<br>VIA: WACHOVIA BANK NATIONAL ASSOCIA<br>/0509<br>B/O: CARDINAL MANAGEMENT INC<br>. CASTRIES SAINTE-LUCIE<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>CARDINAL MANAGEMENT INC . CASTRIES<br>SAINTE-LUCIE OGB=DEXIA BANQUE INTER<br>SSN: 0225423 |
| 31JAN | 31JAN USD | YOUR: O/B CITIBANK NYC<br>OUR: 0620008031FF | 6,280,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK |

JPMSAB0003577

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.    **JPMorganChase**    **Statement of Account**

CH
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 69 of 71 |

| Date | | | | Credit / | | Amount |
|---|---|---|---|---|---|---|
| | | | | | | /021000089 |
| | | | | | | B/O: NINE THIRTY MF INVESTMENTS. LL |
| | | | | | | NUE NEW YORK, NY 10016 |
| | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA |
| | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | | 00001400 BNF=NINE THIRTY MF INVESTM |
| | | | | | | ENTS. LLC/AC-1N003630 RFB=O/B CITIB |
| | | | | | | IMAD: 0131B1Q8024C005849 |
| 31JAN | 31JAN USD | YOUR: O/B CITIBANK NYC | | | 7,480,000.00 | FEDWIRE CREDIT |
| | | OUR: 0617913031FF | | | | VIA: CITIBANK |
| | | | | | | /021000089 |
| | | | | | | B/O: NINE THIRTY RM INVESTMENTS, LL |
| | | | | | | NUE NEW YORK, NY 10016 |
| | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA |
| | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | | 00001400 BNF=NINE THIRTY RM INVESTM |
| | | | | | | ENTS, LLC/AC-1N003530 RFB=O/B CITIB |
| | | | | | | IMAD: 0131B1Q8021C006058 |
| 31JAN | 31JAN USD | YOUR: O/B BK AMER NYC | | | 8,700,000.00 | FEDWIRE CREDIT |
| | | OUR: 0775308031FF | | | | VIA: BANK OF AMERICA N.A. |
| | | | | | | /026009593 |
| | | | | | | B/O: MAXAM ABSOLUTE RETURN FUND LP |
| | | | | | | DARIEN, CT 06820-5421 |
| | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | | 00001400 RFB=O/B BK AMER NYC OBI=FF |
| | | | | | | C MAXAM ABSOLUTE RETURN FUND LP FFC |
| | | | | | | IMAD: 0131B6B7HU6R004958 |
| 31JAN | 31JAN USD | YOUR: O/B BK AMER NYC | | | 10,000,000.00 | FEDWIRE CREDIT |
| | | OUR: 0794413031FF | | | | VIA: BANK OF AMERICA N.A. |
| | | | | | | /026009593 |
| | | | | | | B/O: MAXAM ABSOLUTE RETURN FUND LP |
| | | | | | | DARIEN, CT 06820-5421 |
| | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | | 00001400 RFB=O/B BK AMER NYC OBI=FF |
| | | | | | | C MAXAM ABSOLUTE RETURN FUND LP FFC |
| | | | | | | IMAD: 0131B6B7HU1R004988 |
| 31JAN | USD | YOUR: 31Y9998692030 | | | 13,149,491.00 | RETURN OF AIP INVESTMENT PRINCIPAL |
| | | OUR: 0302003616XN | | | | AIP REDEMPTION OF J.P. MORGAN |
| | | | | | | CHASE & CO. COMMERCIAL PAPER. |
| 31JAN | 31JAN USD | YOUR: 9326186-00744198 | | | 13,999,980.00 | CHIPS CREDIT |
| | | OUR: 4774500031FC | | | | VIA: UBS AG STAMFORD BRANCH |
| | | | | | | /0799 |
| | | | | | | B/O: FBO LUXEMBOURG INVESTMENT FUND |
| | | | | | | US EQUITY PLUS 1 FR 123 |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

CN
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 70 of 71 |

| Date | | | Reference | Debit | Credit | Details |
|---|---|---|---|---|---|---|
| 31JAN | 31JAN USD | YOUR: 11002746330007P<br>OUR: 4795500031FC | | | 15,000,000.00 | REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 ORG=<br>FBO LUXEMBOURG INVESTMENT FUND US E<br>QUITY PLUS L FR 123 OGB=UBS LUXEMBO<br>SSN: 0227286<br>CHIPS CREDIT<br>VIA: UBS AG STANFORD BRANCH<br>/0799<br>B/O: BANQUE JACOB SAFRA (GIBRALTAR)<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000000001400 BNF=<br>BANQUE JACOB SAFRA (GIBRALTAR)LTD/A<br>C-1FR08330 ORG=BANQUE JACOB SAFRA (<br>GIBRALTAR) LTD OGB=BANQUE JACOB SAF |
| 31JAN | USD | YOUR: NC0198997801310701<br>OUR: 0703100275AN | | | 110,015,707.79 | SSN: 0236630<br>JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07013<br>0 TO 070131 RATE 5.1407 |
| 31JAN | 31JAN USD | YOUR: 01716645<br>OUR: 6682800031JK | | | 530,535,888.89 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 31JAN<br>31JAN | USD<br>31JAN USD | YOUR: CAP OF 07/01/31<br>OUR: 1449700031JO | 2,500.00<br>15,000.00 | | | CHECK PAID #      16954<br>CHIPS DEBIT<br>VIA: WACHOVIA BANK NATIONAL ASSOCIA<br>/0509<br>A/C: ROYAL BANK OF SCOTLAND INT'L L<br>ST. HELIER JERSEY, CHANNEL ISLANDS<br>BEN: THE ROYAL BANK OF SCOTLAND INT<br>PETER PORT GUERNSEY CHANNEL ISLANDS<br>REF: AC-202956104876 PERRY FINANCE<br>INC. P O BOX 556 MAIN STREET CHARLE<br>SSN: 0320943 |
| 31JAN | 31JAN USD | YOUR: JODI<br>OUR: 1449600031JO | 30,000.00 | | | BOOK TRANSFER DEBIT<br>A/C: AEB-RT GENERAL BANKING & TRUST<br>BUDAPEST HUNGARY 1068 -<br>ORG: BERNARD L. MADOFF 88<br>5 THIRD AVENUE, NE<br>REF: TELEBEN |
| 31JAN | USD | | 495,000.00 | | | DEPOSIT CORRECTION DEBIT |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

18-Dec-08

JPMSAB0003579

18Dec08-344

**JPMorgan Chase Bank, N.A.**

## JPMorganChase

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES     CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 DEC 2006 |
| Statement End Date: | 31 JAN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 71 of 71 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| Date | | | Reference | Amount | | Description |
|---|---|---|---|---|---|---|
| 31JAN | 31JAN USD | | YOUR: JODI<br>OUR: 1449500031JO | 680,000.00 | | FEDWIRE DEBIT<br>VIA: BOSTON PRIVATE BK<br>/011002343<br>A/C: TURBO INVESTORS,LLC<br>NEWTON, MA 02459-3206<br>REF: TELEBEN<br>IMAD: 0131B1QGC07C003976 |
| 31JAN | 31JAN USD | | YOUR: CAP OF 07/01/31<br>OUR: 1479700031JO | 1,535,424.37 | | BOOK TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>REF: REF: CDS FUNDING |
| 31JAN | 31JAN USD | | YOUR: CAP OF 07/01/31<br>OUR: 1449400031JO | 1,600,000.00 | | BOOK TRANSFER DEBIT<br>A/C: BANK HAPOALIM B M<br>TEL AVIV ISRAEL<br>ORG: BERNAR L MADOFF 8B<br>5 THIRD AVE NE |
| 31JAN | 31JAN USD | | YOUR: FREDFRIED<br>OUR: 1449300031JO | 2,000,000.00 | | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: SANFORD C. BERNSTEIN & CO.,LLC<br>BEN: FRIEDMAN PARTNERS LP<br>IMAD: 0131B1Q9C08C004318 |
| 31JAN | | USD | YOUR: 31Y9998704031<br>OUR: 0314001956ZE | 34,500,458.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 31JAN | | USD | YOUR: ND0207643401310701<br>OUR: 0703100609AN | 140,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN<br>A/C: BERNARD L MADOFF<br>10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>70131 TO 070201 RATE 5.1407 |
| 31JAN | 31JAN USD | | YOUR: M020690913170475<br>OUR: 6702900031JK | 540,000,000.00 | | BOOK TRANSFER DEBIT<br>A/C: D323522645<br>CHUSA CAYMAN<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 31JAN<br>31JAN | | | | **** Balance ****<br>**** Balance **** | 337,460.12<br>.12 | CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |

JPMSAB0003580

18-Dec-08                                                                                      18Dec08-344

**JPMorganChase ○**

JPMORGAN CHASE BANK, N.A
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

October 01, 2008 -
October 31, 2008

Page 1 of 63

**Account Number**
000000140081703

00000037 CEN 802 7 30608 - NNN  1  000000004  H1 0000

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional



## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $418,000.37 |
| Opening Collected Balance | | $.37 |
| Deposits and Credits | 254 | $10,382,216,657.50 |
| Withdrawals and Debits | 259 | $10,379,158,903.94 |
| Checks Paid | 4 | $10,000.00 |
| **Ending Ledger Balance** | | **$3,465,753.93** |
| **Ending Collected Balance** | | **$.93** |
| Sweep Investment Account(s): | | |
| Other | | $15,269,892.00 |
| **Combined Ledger Balance** | | **$18,735,645.93** |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | OPENING LEDGER BALANCE | *** Balance *** | $418,000.37 |
| 10/01 | | OPENING COLLECTED BALANCE | *** Balance *** | $.37 |
| 10/01 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP093008 . TRN: 2742003329XN YOUR REF: 31Y9996943274 | | $6,328,962.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

JPMSAB0004455

18-Dec-08                                                                                      18Dec06-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

Page 2 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: RYE SELECT BROAD MARKET INS FDRYE ,NY 10580 REF: NBNF=BERNARD L MADOFF NEW YORK, NY 10022-4834/AC-000000001400 ORI=RYE SELECT BROAD MARKET INS FD LP RYE ,NY 10580 OBI=REF: RYE SELECT BRSSN: 0255122 TRN: 4833400275FC YOUR REF: RYE SELECT BRD M | | $40,000,000.00 |
| 10/01 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HSSLUX=HERALD(LUX)-US A RF (SIL -2163 LUXEMBOURG REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERALD LUX US ABSOLUTE RET SICAV/AC-1FR135 ORG=/68108901 L-2163 LUXEMBSSN: 0198031 TRN: 3756600275FC YOUR REF: 7X01108HB0109189 | | $37,000,000.00 |
| 10/01 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HIFL HERMES WORLD USD FUND REF: NBBK=BERNARD L HERMES WORLD USD FUND REF: NBBK=BERNARD L NEW YORK NY 10022-4834/AC-000000001400 BNF=HERMES WORLD USD FUND - POOL/AC-1FN0213 ORG=/GBHBEUS8788295 HIFL HERMES WORLD USD FUND OGB=HSBC BANK PLC SSN: 0089860 TRN: 1787600275FC YOUR REF: 7X01108H52901502 | | $10,000,000.00 |
| 10/01 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: WIVIOTT INVESTMENTS LLC CALABASAS CA 91302 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW026292758434474 OBI=FBO WIVIOTT INVESTMENTS, LLC. ACCOUNIMAD: 100111B7038R003388 TRN: 0843608275FF YOUR REF: FW026292758434474 | | $1,000,000.00 |
| 10/01 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: AHT ASSOCIATES LLC FALLS CHURCH, VA 22043 2411 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081001250057 OBI=REFERENCE:AHT PARTNERS (1 A0001 3 0) FORIMAD: 1001E3B75D5C000459 TRN: 0237514275FF YOUR REF: 081001250057 | | $630,000.00 |

JPMSAB0004456

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

 **JPMorganChase** ⬤

October 01, 2008 -
October 31, 2008

Page 3 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: CAFRITZ COMPANY WASHINGTON, DC 20006 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=20005408CAFRITZC BBI=/TIME/16:05 IMAD: 1001E3B75D9C000203 TRN: 0793001275FF YOUR REF: 20005408CAFRITZC | | $500,000.00 |
| 10/01 | | BOOK TRANSFER CREDIT B/O: ASM CAPITAL L MONEY MARKET WOODBURY NY 11797- REF: FOB: AXELROD INVESTMENTS LLC FEIN: 26-3337470 ACCT: 1-ZB-229-3-0 RE: LEON AXELROD TRN: 2506100275JO YOUR REF: CAP OF 08/10/01 | | $450,000.00 |
| 10/01 | | BOOK TRANSFER CREDIT B/O: ASM CAPITAL L MONEY MARKET WOODBURY NY 11797- REF: FOB: AXELROD INVESTMENTS FEIN: 26-3337470 ACCT: 1-ZB 229-3-0 RE: CAROLE AXELROD TRN: 2506300275JO YOUR REF: CAP OF 08/10/01 | | $270,000.00 |
| 10/01 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0246321 TRN: 4666900275FC YOUR REF: 1594153 | | $117,000.00 |
| 10/01 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: LWT ASSOCIATES, LLC FALLS CHURCH, VA 22043-4203 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081001250055 OBI=REF:LWT ASSOCIATES LLC ALLAN R HURWITZ MIMAD: 1001E3B75D5C000452 TRN: 0231813275FF YOUR REF: 081001250055 | | $64,000.00 |
| 10/01 | | DEPOSIT          1812 2 DAY FLOAT      10/03       $52,168.12 3 DAY FLOAT      10/06       $3,329.88 | | $373,297.00 |
| 10/01 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $6,328,962.00 RATE=06.25% FOR INVESTMENT DATED 09/30/08. REF=CPSWP093008 TRN: 2751000717XP YOUR REF: 31Y9970717275 | | $1,098.78 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 4 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080930 TO 081001 RATE 1.0000 TRN: 0827500092AN YOUR REF: NC4383568100108 | | $480,013,333.60 |
| 10/01 | | FEDWIRE DEBIT VIA: BK OF NYC/021000018 A/C: RYE SELECT BROAD MARKET PORTFOREF: BNF-FFC-ACC,8900630612, RYE SELECT BROAD MARKET PORTFOLIO LIMITEDIMAD: 1001B1QGC07C004426 TRN: 2150400275JO YOUR REF: RYEMKTLTD | $65,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MORGAN STANLEY & CO. BEN: ASCOT PARTNERS,LP IMAD: 1001B1QGC06C003632 TRN: 2150500275JO YOUR REF: ASCOT | $45,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOUREF: BNF-REF- SENATOR IMAD: 1001B1QGC08C005201 TRN: 2150600275JO YOUR REF: SENATOR | $13,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: MAXAM ABSOLUTE RETURN FUND, L.IMAD: 1001B1QGC02C004204 TRN: 2150700275JO YOUR REF: MAXAM | $5,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS BEN: GEOFFREY S. REHNERT BOSTON, MA. 02199 IMAD: 1001B1QGC06C003633 TRN: 2150800275JO YOUR REF: GAP 08/10/01 | $4,600,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA PA/031201467 A/C: PALKO ASSOCIATES IMAD: 1001B1QGC05C003896 TRN: 2150900275JO YOUR REF: PALKO | $4,100,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: STERLING NYC/026007773 A/C: SNOW BECKER KRAUSS IOLA ESCROWREF: BNF-REF-MEMO,ANDREW MADOFF/TIME/12:13 IMAD: 1001B1QGC03C003820 TRN: 2151000275JO YOUR REF: NONREF | $4,055,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: JAMES HELLER FAMILY LLC IMAD: 1001B1QGC06C005202 TRN: 2151100275JO YOUR REF: JHFLLC | $2,500,000.00 | |

JPMSAB0004458

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008 -
October 31, 2008

Page 5 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: FIRST CLEARING LLC BEN: ARTHUR GOLDBERG IMAD: 1001B1QGC08C005203 TRN: 2151200275JO YOUR REF: ARTGOLD | $2,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: BK OF NYC/021000018 A/C: RYE SELECT BROAD MARKET INSURAREF: BNF-FFC-ACC-8900830620,RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC IMAD: 1001B1QGC08C005207 TRN: 2154100275JO YOUR REF: RSBMIP | $1,250,000.00 | |
| 10/01 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: FLEET BANK NA NEW YORK NY BEN: KRELLENSTEIN FLP II 1999 SSN: 0231974 TRN: 2154300275JO YOUR REF: KRELL | $1,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH BEN: SUSAN KOSTIN REF:/TIME/12:14 IMAD: 1001B1QGC06C003635 TRN: 2154200275JO YOUR REF: SKOSTIN | $1,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: EJS AND ASSOCIATES IMAD: 1001B1QGC05C003902 TRN: 2154400275JO YOUR REF: EJSASS | $950,000.00 | |
| 10/01 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: HUNKERING DOWN, LLC CHAPPAQUA,NY 10514 SSN: 0232010 TRN: 2154700275JO YOUR REF: HUNKDOWN | $500,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA PA/031201467 A/C: PAUL KOZLOFF FAM LTD PARTNERSH19610 IMAD: 1001B1QGC08C005208 TRN: 215450027SJO YOUR REF: CAP OF 08/10/01 | $500,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: MAYFAIR VENTURES,GP IMAD: 1001B1QGC01C004272 TRN: 215480027SJO YOUR REF: MAYFAIR | $500,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: PNCBANK NJ/031207607 A/C: KML ASSET MANAGEMENT IMAD: 1001B1QGC04C003477 TRN: 2154600275JO YOUR REF: KMLNORM | $500,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 1001B1QGC08C003636 TRN: 2154900275JO YOUR REF: FLMARD | $100,000.00 | |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 6 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY LP SSN: 0232029 TRN: 2155000275JO YOUR REF: MARFAM | $80,000.00 | |
| 10/01 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P. MARDEN & PATRICE M. ASSN: 0232037 TRN: 2155100275JO YOUR REF: MARDAULD | $22,500.00 | |
| 10/01 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: OAKDALE FOUNDATION,INC SSN: 0232028 TRN: 2155200275JO YOUR REF: OAKDALE | $10,000.00 | |
| 10/01 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P. MARDEN & PATRICE M. ASSN: 0232038 TRN: 2155300275JO YOUR REF: MARDAULD | $8,500.00 | |
| 10/01 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081001 TO 081002 RATE 1.0000 TRN: 0827500274AN YOUR REF: ND47696461001081 | $415,000,000.00 | |
| 10/01 | | FUNDING XFER TO 006301428151509 TRN: 0190006285RJ | $1,158,220.00 | |
| 10/01 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100108 . YOUR REF: 31Y9996964275 | $8,907,974.00 | |
| 10/01 | | CLOSING LEDGER BALANCE | *** Balance *** | $423,497.75 |
| 10/01 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.75 |
| 10/02 | | REDEMPTION OR CALL GIS REF: T308276ABEZ CUSTODY ACT: G 13414 REDM TD: 10/02/08 SETTLE DATE: 10/02/08BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795G88 UNITED STATES TREASURY BILLS W. TRE TRN: 0000066422ST | | $300,000,000.00 |
| 10/02 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100108 . TRN: 2752003348XN YOUR REF: 31Y9996964275 | | $8,907,974.00 |
| 10/02 | | CHIPS CREDIT VIA: BARCLAYS BANK PLC/0257 B/O: BARCLAYS BANK PLC FID BARCLAYSCANARY WHARF, LONDON UNITED KINGDOMREF: BBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=BARCLAYS BANK PLC FID BARCLAYS CAPI CANARY WHARF, LONDON UNITED KINGDOSSN: 0277345 TRN: 5281500276FC YOUR REF: 59866310 | | $49,727,000.00 |

JPMSAB0004460

18-Dec-08                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344


**JPMorganChase** ⬡

October 01, 2008
October 31, 2008

Page 7 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/02 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: 1/ONE REGENT MARKET NE 2/BERMUDA PC:HM PX REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT HLN088989MNYN OBI=/RFB/ONE REGENT MARKET NEUTRAL FUND/IMAD: 1002B1Q8984C002765 TRN: 0071213276FF YOUR REF: TT HLN088989MNYN | | $2,400,000.00 |
| 10/02 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: C/O GITCO (CANADA) INC. TORONTO, ONTARIO M4W 1A8 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GREENWICH SENTRY PARTNERS LP/AC-1G037130 RFB=CF25592516A IMAD: 1002B1Q8984C008298 TRN: 0698307276FF YOUR REF: CF25592516A | | $1,350,000.00 |
| 10/02 | | FED WIRE CREDIT VIA: WILMINGTON TRUST CORPORATION/031100092 B/O: JJ LEAVITT REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B WILM TRUST OBI=RE JULIAN LEAVITT 1971 TR # 1 L0181 BBI=/TIME/15:52 IMAD: 1002C1QAU01X000627 TRN: 0649014276FF YOUR REF: O/B WILM TRUST | | $450,000.00 |
| 10/02 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF MARYLAND/055003201 B/O: GLICKFIELD FAMILY FOUNDATION ROCKVILLE MD 20852-1174 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081002300068 OBI=FOB:THE GLICKFIELD FAMILY FOUNDATION,INCIMAD: 1002E3B75D6C000340 TRN: 0766613276FF YOUR REF: 081002300068 | | $400,000.00 |
| 10/02 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: GF-GRATS, LLC C/O JACOBSON FAMFLOOR 56TH NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GF GRATS LLC/AC-1G034430 RFB=O/B CITIBANK NYC OBI=Y BBI=/IMAD: 1002B1Q8021C006806 TRN: 0740813276FF YOUR REF: O/B CITIBANK NYC | | $150,000.00 |

18-Dec-08                                                                                        18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

Page 8 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/02 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MICHAEL GOLDSTEIN # ZRSSN: 0264557 TRN: 5061800276FC YOUR REF: 1595485 | | $26,500.00 |
| 10/02 | | DEPOSIT          1813<br>1 DAY FLOAT          10/03          $104,600.00<br>2 DAY FLOAT          10/06          $124,200.00<br>3 DAY FLOAT          10/07          $5,800.00 | | $1,634,600.00 |
| 10/02 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $8,907,974.00 RATE=03.17% FOR INVESTMENT DATED 10/01/08. REF=CPSWP100108 TRN: 2761000243XP YOUR REF: 31Y9970243276 | | $784.40 |
| 10/02 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081001 TO 081002 RATE 1.0000 TRN: 0827600088AN YOUR REF: NC47696461002081 | | $415,011,528.01 |
| 10/02 | | DEPOSITED ITEM RETURNED          424506<br># OF ITEMS00001 | $62,000.00 | |
| 10/02 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC, LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOULUXEMBOURG REF: BNF-REF, HERALD FUND SPC- HERALD USA SEGREGATED PORTFOLIO ONE POOIMAD: 1002B1QGC07C003411 TRN: 1661700276JO YOUR REF: HERALD | $113,000,000.00 | |
| 10/02 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: RUBIN FAM INVESTMENTS PARTNERSREF: BNF-FFC-ACC, 2018471813 RUBIN FAMILY INVESTMENTS PARTNERSHIP IMAD: 1002B1QGC03C002688 TRN: 1661800276JO YOUR REF: RUFAMINV | $4,475,000.00 | |
| 10/02 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: L & I INVESTMENT LLC IMAD: 1002B1QGC04C002768 TRN: 1661900276JO YOUR REF: LARMORE | $4,000,000.00 | |
| 10/02 | | BOOK TRANSFER DEBIT A/C: 9301011483 GOLDMAN SACHS & CO. TRN: 1662000276JO YOUR REF: GOLDEN | $500,000.00 | |

JPMSAB0004462

18-Dec-08                                                                                18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008 -
October 31, 2008

Page 9 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/02 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: SCHIFF FAMILY HLDGS,NEVADA LTDMIAMI, FLORIDA 33176 REF: BNF-FFC-ACC, 6001635694 , SCHIFF FAMILY HOLDINGS NEVADA LIMITED PARTNERSHIP IMAD: 1002B1QGC03C002689 TRN: 1662100276JO YOUR REF: SCHIFFMY | $500,000.00 | |
| 10/02 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN & PATRICE M. AULIMAD: 1002B1QGC04C002769 TRN: 1662200276JO YOUR REF: PATRICE | $225,000.00 | |
| 10/02 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081002 TO 081003 RATE 1.0000 TRN: 0827600228AN YOUR REF: ND5157183I002081 | $325,000,000.00 | |
| 10/02 | | FUNDING XFER TO 006301428151509 TRN: 0190006141RJ | $4,428,825.00 | |
| 10/02 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100208 . YOUR REF: 31Y9996904276 | $50,000,000.00 | |
| 10/02 | | ORIG CO NAME:IRS        ORIG ID:3387702000 DESC DATE:100208 CO ENTRY DESCR:USATAXPYMTSEC:CCD TRACE#:021000021088103 EED:081002 IND ID:220887600609734        IND NAME:BERNARD L MADOFF TRN: 2761088103TC | $18,340,519.28 | |
| 10/02 | | CHECK PAID #     15530 | $2,500.00 | |
| 10/02 | | CLOSING LEDGER BALANCE | *** Balance *** | $259,948,039.88 |
| 10/02 | | CLOSING COLLECTED BALANCE | *** Balance *** | $259,635,882.88 |
| 10/03 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100208 . YOUR REF: 31Y9996904276 | | $50,000,000.00 |
| 10/03 | | SALE OF SECURITIES GIS REF: T308276CNKI CUSTODY ACT: G 13414 SALE TD: 10/02/08 SETTLE DATE: 10/03/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G98 UNITED STATES TREASURY BILLS UNITED TRN: 0000052015ST | | $49,999,166.67 |
| 10/03 | | SALE OF SECURITIES GIS REF: T308276CNKN CUSTODY ACT: G 13414 SALE TD: 10/02/08 SETTLE DATE: 10/03/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G98 UNITED STATES TREASURY BILLS UNITED TRN: 0000052018ST | | $49,999,166.67 |

JPMSAB0004463

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ◻

October 01, 2008 -
October 31, 2008

Page 10 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/03 | | SALE OF SECURITIES GIS REF: T308276CNKP CUSTODY ACT: G 13414 SALE TD: 10/02/08 SETTLE DATE: 10/03/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G96 UNITED STATES TREASURY BILLS UNITED TRN: 0000052019ST | | $49,999,166.67 |
| 10/03 | | SALE OF SECURITIES GIS REF: T308276CNKU CUSTODY ACT: G 13414 SALE TD: 10/02/08 SETTLE DATE: 10/03/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G96 UNITED STATES TREASURY BILLS UNITED TRN: 0000052020ST | | $49,999,166.67 |
| 10/03 | | SALE OF SECURITIES GIS REF: T308276CNKY CUSTODY ACT: G 13414 SALE TD: 10/02/08 SETTLE DATE: 10/03/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G96 UNITED STATES TREASURY BILLS UNITED TRN: 0000052022ST | | $49,999,166.67 |
| 10/03 | | SALE OF SECURITIES GIS REF: T308276CNK5 CUSTODY ACT: G 13414 SALE TD: 10/02/08 SETTLE DATE: 10/03/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G96 UNITED STATES TREASURY BILLS UNITED TRN: 0000052025ST | | $49,999,166.67 |
| 10/03 | | CHIPS CREDIT VIA: DEUTSCHE BANK TRUST CO AMERICA/0103 B/O: MRS C SCHRAGIS 10583 UNITED STATES OF AMERICA REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/GB58ANIL16517120004666 10583 UNITED STATES OF AMERICA OGB=/04828083 SSSN: 0087435 TRN: 1619500277FC YOUR REF: O/B DBTCO AMERIC | | $1,257,451.24 |
| 10/03 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: KDM II LTD HIGHLAND BEACH FL 33487 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081003150087 OBI=FBO KDM II LTD 1 CM676 3 BBI=/TIME/10:42IMAD: 1003E3B75D2C000848 TRN: 0188509277FF YOUR REF: 081003150087 | | $810,000.00 |
| 10/03 | | FED WIRE CREDIT VIA: CHEVY CHASE FEDERAL SAVINGS BA/255071981 B/O: EDWARD H KAPLAN WASHINGTON, DC 20038-3521 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CHEVY CHASE OBI=FFC TO EDWARD H KAPLAN ACCT NO 1K0151IMAD: 1003E2QP111C000166 TRN: 0380907277FF YOUR REF: O/B CHEVY CHASE | | $100,000.00 |

18-Dec-08                                                                                      18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

October 01, 2008 -
October 31, 2008

Page 11 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/03 | | DEPOSIT 1814 | | $3,412,008.33 |
| | | 1 DAY FLOAT  10/06  $112,000.00 | | |
| | | 2 DAY FLOAT  10/07  $428,783.33 | | |
| | | 3 DAY FLOAT  10/08  $27,050.00 | | |
| 10/03 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $50,000,000.00 RATE=02.06% FOR INVESTMENT DATED 10/02/08. REF=CPSWP100208 TRN: 2771000240XP YOUR REF: 31Y9970240277 | | $2,861.11 |
| 10/03 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081002 TO 081003 RATE 1.0000 TRN: 0827700126AN YOUR REF: NC5157183100308I | | $325,009,027.96 |
| 10/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: CITCO BANK NEDERLAND N.V. DUBLIN IRELAND BEN: . REF: BNF-FFC- ACC- , IBAN: IE23CITC00000035810501, FAIRFIELD SENTRY LIMITED, 12 CHURCHST. SUITE 606 HAMILIMAD: 1003B1QGC07C002845 TRN: 1173900277JO YOUR REF: CAP OF 08/10/03 | $150,000,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: THEMA HEDGED US EQUITY FD HARCOURT STREET DUBLIN 2 IRELAND REF: BNF-SORT CODE 40-05-15 IMAD: 1003B1QGC03C002249 TRN: 1174000277JO YOUR REF: CAP OF 08/10/03 | $58,200,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: KINGATE EURO FUND,LTD HAMILTON HM 11, BERMUDA IMAD: 1003B1QGC05C001999 TRN: 1174100277JO YOUR REF: EUROKIN | $40,000,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC, LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOUL-2014 LUXEMBOURG REF: BNF-REF- THEMA WISE IMAD: 1003B1QGC03C002250 TRN: 1174200277JO YOUR REF: CAP OF 08/10/03 | $10,400,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: HTIE DEFENDER LTD REF: BNF- SORT CODE, 40-05-15 IMAD: 1003B1QGC06C002516 TRN: 1174300277JO YOUR REF: DEFENDER | $5,000,000.00 | |

JPMSAB0004465

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

Page 12 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: CITCO BANKING CORPORATION N.V.BEN: GREENWICH SENTRY L.P. HAMILTON, BERMUDA HM 11 IMAD: 1003B1QGC05C002000 TRN: 1174400277JO YOUR REF: GRENSENLP | $4,400,000.00 | |
| 10/03 | | BOOK TRANSFER DEBIT A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL TRN: 1174500277JO YOUR REF: YESHAYA | $800,000.00 | |
| 10/03 | | BOOK TRANSFER DEBIT A/C: M/A/S CAPITAL CORP PALM BEACH FL 33480- TRN: 1174600277JO YOUR REF: MASCAP | $800,000.00 | |
| 10/03 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: CHARLES SCHWAB AND COMPANY INCSAN FRANCISCO, CA. 94101 BEN: COPEN VENTURES,LLC SSN: 0225557 TRN: 1174700277JO YOUR REF: COPEN | $600,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: CITIBK SD NA LV/122401710 A/C: JOHN AND GLADYS FUJIWARA IMAD: 1003B1QGC06C002517 TRN: 1174900277JO YOUR REF: FUJIWARA | $500,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: MFRS BUF/022000046 A/C: JOEL A. SHAPIRO, NANCY A. SHAPREF:/TIME/11:09 IMAD: 1003B1QGC07C002843 TRN: 1174800277JO YOUR REF: JOELNAN | $500,000.00 | |
| 10/03 | | FEDWIRE DEBIT VIA: NORTH FORK BANK/021407912 A/C: A & G GOLDMAN PARTNERSHIP IMAD: 1003B1QGC04C002364 TRN: 1175000277JO YOUR REF: GOLDMANNEW | $500,000.00 | |
| 10/03 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081003 TO 081006 RATE 0.2500 TRN: 0827700284AN YOUR REF: ND55079301003081 | $350,000,000.00 | |
| 10/03 | | FUNDING XFER TO 0063014281151509 TRN: 0190006174RJ | $6,400,112.21 | |
| 10/03 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100308 . YOUR REF: 31Y9996876277 | $50,000,000.00 | |
| 10/03 | | PURCHASE OF SECURITIES GIS REF: T308277CUQD CUSTODY ACT: G 13414 PURC TD: 10/02/08 SETTLE DATE: 10/02/08KR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K83 UNITED STATES TREASURY BILLS UNITED TRN: 0000126439ST | $49,720,000.00 | |
| 10/03 | | CLOSING LEDGER BALANCE | *** Balance *** | $212,714,276.33 |
| 10/03 | | CLOSING COLLECTED BALANCE | *** Balance *** | $212,013,114.33 |

18-Dec-08

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase** ⬤

October 01, 2008 -
October 31, 2008

Page 13 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/06 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100308 . TRN: 2772003295XN YOUR REF: 31Y9996876277 | | $50,000,000.00 |
| 10/06 | | FED WIRE CREDIT VIA: HARRIS TRUST & SAVINGS BANK/071000288 B/O: THE PATI H GERBER 1997 TRUST PALATINE, IL 60067 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B HARRIS BANK OBI=FFC PATI H GERBER ACCT.NO.1G022230 BBIMAD: 1006G1QG750C001545 TRN: 0345007280FF YOUR REF: O/B HARRIS BANK | | $2,410,431.73 |
| 10/06 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/031201467 B/O: STANLEY M KATZ PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081006400233 OBI=MLSMK INVESTMENTS COMPANY, ACCT#1.CM586.IMAD: 1006E3B75DAC001869 TRN: 0234714280FF YOUR REF: 081006400233 | | $1,100,000.00 |
| 10/06 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: SG FAMILY INVESTMENTS, LP 152 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SG FAMILY INVESTMENTS LP/AC-1S05513 RFB=O/B CITIBANK NYC IMAD: 1006B1Q8021C022720 TRN: 0455613280FF YOUR REF: O/B CITIBANK NYC | | $825,000.00 |
| 10/06 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: BRAMAN FAMILY IRREVOCABLE MIAMI, FL 33137-5024 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=PURPOSE: INVESTMENT OF FUNDS. FFCT BIMAD: 1006F6B7021C000066 TRN: 0275907280FF YOUR REF: O/B CITY NB OF F | | $733,704.00 |
| 10/06 | | DEPOSIT        1815 1 DAY FLOAT        10/07        $90,500.00 | | $1,165,500.00 |
| 10/06 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $50,000,000.00 RATE=01.37% FOR INVESTMENT DATED 10/03/08. REF=CPSWP100308 TRN: 2801000233XP YOUR REF: 31Y9970233280 | | $5,708.34 |

JPMSAB0004467

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008 -
October 31, 2008

**Page 14 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/06 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081003 TO 081006 RATE 0.2500 TRN: 0828000074AN YOUR REF: NC55079301006081 | | $350,007,291.67 |
| 10/06 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: GROUPEMENT FINANCIER LIMITED ONZ UNITED KINGDOM IMAD: 1006B1QGC06C001700 TRN: 0787200280JO YOUR REF: GRPFIN | $10,000,000.00 | |
| 10/06 | | FEDWIRE DEBIT VIA: BK OF NYC/021000018 A/C: CLARIDEN LEU LTD NASSAU BRANCH BEN: ARGAU INC. NASSAU IMAD: 1006B1QGC02C001622 TRN: 0787300280JO YOUR REF: ARGAU | $6,000,000.00 | |
| 10/06 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: RAR ENTREPRENEURIAL FUND LTD 4840 SW 80 ST.,MIAMI,FL. 33143-6142IMAD: 1006B1QGC03C001841 TRN: 0787400280JO YOUR REF: CAP OF 08/10/06 | $5,000,000.00 | |
| 10/06 | | BOOK TRANSFER DEBIT A/C: DAVID L KUGEL MANHASSET NY 11030-4414 TRN: 0787500280JO YOUR REF: KUGELDP | $1,700,000.00 | |
| 10/06 | | FEDWIRE DEBIT VIA: NORTH FORK BANK/021407912 A/C: ACHENBAUM MITCHELL ASSOCIATES GARDEN CITY, NY 11530 IMAD: 1006B1QGC03C001842 TRN: 0787600280JO YOUR REF: CAP OF 08/10/06 | $1,200,000.00 | |
| 10/06 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A DAIBES, LLC EDGEWATER,N.J. 07020 SSN: 0235571 TRN: 0787700280JO YOUR REF: CAP OF 08/10/06 | $1,000,000.00 | |
| 10/06 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: HSBC BANK PLC LONDON LONDON E14 5HQ, ENGLAND BEN: AA (LANDMARK INVESTMENT FUND) REF: REF- SORT CODE 40-05-15 SSN: 0235574 TRN: 0787800280JO YOUR REF: LANDMARK | $1,000,000.00 | |
| 10/06 | | BOOK TRANSFER DEBIT A/C: S & J PARTNERSHIP NEW YORK NY 10021-4176 TRN: 0787900280JO YOUR REF: SJBERM | $500,000.00 | |

JPMSAB0004468

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008
October 31, 2008

Page 15 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/06 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: ALEXANDER SIROTKIN SHORT HILLS,N.J. 07078 SSN: 0235575 TRN: 0788100280JO YOUR REF: CAP OF 08/10/06 | $500,000.00 | |
| 10/06 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON, MASS. BEN: MARC B. WOLPOW 1995 FAMILY TRUIMAD: 1008B1QGC04C001890 TRN: 0788000280JO YOUR REF: WOLFAM | $500,000.00 | |
| 10/06 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081006 TO 081007 RATE 1.0000 TRN: 0828000220AN YOUR REF: ND653874810060081 | $325,000,000.00 | |
| 10/06 | | FUNDING XFER TO 006301428151509 TRN: 01900064882RJ | $7,006,650.00 | |
| 10/06 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100608 . YOUR REF: 31Y9996866280 | $50,000,000.00 | |
| 10/06 | | PURCHASE OF SECURITIES GIS REF: T308277CUQU CUSTODY ACT: G 13414 PURC TD: 10/02/08 SETTLE DATE: 10/02/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K63 LINITED STATES TREASURY BILLS UNITED TRN: 000004275ST | $49,720,000.00 | |
| 10/06 | | CLOSING LEDGER BALANCE | *** Balance *** | $159,835,262.07 |
| 10/06 | | CLOSING COLLECTED BALANCE | *** Balance *** | $159,283,129.07 |
| 10/07 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100608 . TRN: 2802003256XN YOUR REF: 31Y9996866280 | | $50,000,000.00 |
| 10/07 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: KATHERINE A MILLER WESTON FL 33331-3508 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ROBERT OR KATHERINE MILLER NEW YORK NYUS/AC-1M01943 ORG=898019764549 SSN: 0195767 TRN: 3733900281FC YOUR REF: 01081007000186NN | | $2,700,000.00 |
| 10/07 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: HOLDEM INVESTMENT, LLC C/O JAC19 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HOLD EM INVESTMENT LLC/AC-1H01593 RFB=O/B CITIBANK NYC OBIMAD: 1007B1Q8021C009527 TRN: 0132709281FF YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |

JPMSAB0004469

18-Dec-08

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 16 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/07 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: AMERICAN SOCIETY FOR TECHNION NY 10022 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=FBO AMERICAN SOCIETY FOR TECHNION NO!MAD: 1007B1Q8021C028427 TRN: 0653201281FF YOUR REF: O/B CITIBANK NYC | | $500,000.00 |
| 10/07 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: FL DL BOCA RATON FLUS REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/898011728334 BOCA RATON FLUS OGB=/898011728334 BOCA RATON FL 33498-49SSN: 0289405 TRN: 5442500281FC YOUR REF: 0108100700528NN | | $450,000.00 |
| 10/07 | | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLBOSTON MA 02109-3605 ORG:/X084384641 BARBARA APPLE SULLIVAN CUST OGB: NATIONAL FINANCIAL SERVICES COBANK RECONCILIATION D-7 TRN: 1529300281FT YOUR REF: SWF OF 08/10/07 | | $30,000.00 |
| 10/07 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=SEYMOUR LINDENBERG (DESSN: 0262987 TRN: 4941400281FC YOUR REF: 1599975 | | $30,000.00 |
| 10/07 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT081007004936 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 1007B2Q8921C001055 TRN: 0360308281FF YOUR REF: MT081007004936 | | $26,165.55 |
| 10/07 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $50,000,000.00 RATE=01.74% FOR INVESTMENT DATED 10/06/08. REF=CPSWP100508 TRN: 2811000231XP YOUR REF: 31Y9970231281 | | $2,416.67 |

JPMSAB0004470

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008 -
October 31, 2008

Page 17 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/07 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081006 TO 081007 RATE 1.0000 TRN: 0828100074AN YOUR REF: NC6536748100708I | | $325,009,027.96 |
| 10/07 | | BOOK TRANSFER DEBIT A/C: COPOINT LP STAMFORD CT 06902-7912 TRN: 0882300281JO YOUR REF: COPOINT | $10,000,000.00 | |
| 10/07 | | FEDWIRE DEBIT VIA: NORTHERN CHGO/071000152 A/C: TRUST SERVICES BEN: TURTLE CAY PARTNERS REF:/TIME/10:09 IMAD: 1007B1QGC03C001704 TRN: 0882400281JO YOUR REF: TURTLE | $4,345,088.63 | |
| 10/07 | | FEDWIRE DEBIT VIA: US BANK MINNESOTA/091000022 A/C: US BANK TRUST SERVICES BEN: ALAN MILLER REV TR CUST REF:/TIME/10:08 IMAD: 1007B1QGC06C001846 TRN: 0882500261JO YOUR REF: ALMILLER | $4,000,000.00 | |
| 10/07 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: AHT ASSOCIATES, LLC FALLS CHURCH, VIRGINIA 22046 REF: TELEBEN IMAD: 1007B1QGC06C001847 TRN: 0882600291JO YOUR REF: TELEBEN | $1,180,714.02 | |
| 10/07 | | FEDWIRE DEBIT VIA: NORTHERN CHGO/071000152 A/C: TRUST SERVICES BEN: J & M LOWREY REF:/TIME/10:08 IMAD: 1007B1QGC06C001848 TRN: 0882700281JO YOUR REF: JMLOWREY | $1,082,182.20 | |
| 10/07 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: MARTIN S APPEL REF:/TIME/10:08 IMAD: 1007B1QGC06C001849 TRN: 0883000281JO YOUR REF: APPEL | $500,000.00 | |
| 10/07 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: HOWARD & LESLIE ZEMSKY SSN: 0212017 TRN: 0882900281JO YOUR REF: HLZEMSKY | $500,000.00 | |
| 10/07 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: MELVYN I WEISS NEW YORK, NY 10119-0165 REF: TELEBEN SSN: 0211975 TRN: 0882800281JO YOUR REF: JODI | $500,000.00 | |
| 10/07 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE CHAIS FAMILY FOUNDATION BEVERLY HILLS,CA. REF: TELEBEN/TIME/10:08 IMAD: 1007B1QGC08C002269 TRN: 0883100281JO YOUR REF: JODI | $250,000.00 | |

JPMSAB0004471

18-Dec-08                                                                                                          18Dec08-344

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase** 〇

October 01, 2008 -
October 31, 2008

**Page 18 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/07 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: EMILY CHAIS BEVERLY HILLS, CA. 90210 REF/TIME/10:08 IMAD: 1007B1QGC07C001420 TRN: 0883200281JO YOUR REF: CAP OF 08/10/07 | $125,000.00 | |
| 10/07 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: PICTET AND CIE 1211 GENEVA 11, SWITZERLAND BEN: TRIANGLE DIVERSIFIED INVESTMENSSN: 0211977 TRN: 0883300281JO YOUR REF: TRIANGLE | $8,641.00 | |
| 10/07 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081007 TO 081008 RATE 2.0001 TRN: 0828100232AN YOUR REF: ND78622441007081 | $300,000,000.00 | |
| 10/07 | | FUNDING XFER TO 006301428151509 TRN: 0190006351RJ | $9,587,097.04 | |
| 10/07 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100708 . YOUR REF: 31Y9996873281 | $50,000,000.00 | |
| 10/07 | | CLOSING LEDGER BALANCE | *** Balance *** | $157,504,149.36 |
| 10/07 | | CLOSING COLLECTED BALANCE | *** Balance *** | $157,477,099.36 |
| 10/08 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100708 . TRN: 2812003296XN YOUR REF: 31Y9996873281 | | $50,000,000.00 |
| 10/08 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: JEANETTE W.LOEB NEW YORK NEW YORK 10021 US REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JEANETTE WINTER LOEB/AC-1L010030 ORG=/03845811301 NEW YORK NEW YORK 10SSN: 0331298 TRN: 6266700282FC YOUR REF: Q/B CITIBANK NYC | | $15,250,000.00 |
| 10/08 | | BOOK TRANSFER CREDIT B/O: NOEL LEVINE NEW YORK NY 10022- TRN: 0671800282FE YOUR REF: EPI OF 08/10/08 | | $7,000,000.00 |
| 10/08 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: REHNERT GEOFFREY S.-CUST BOSTON, MA 02199 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GEOFFREY S. REHNERT/AC-1R022630 RFB=O/B MELLON TRUST BBI=IMAD: 1008B1B7TP1C002639 TRN: 0317007282FF YOUR REF: O/B MELLON TRUST | | $4,425,194.80 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344



**JPMorganChase** ◑

October 01, 2008 -
October 31, 2008

Page 19 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/08 | | FED WIRE CREDIT VIA: SIGNATURE BANK/026013576 B/O: LOWELL M. SCHULMAN REVOCABLE T, REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B SIGNATURE BA OBI=B/O=LOWELL M SCHULMAN REVOCABLE TRUSIMAD: 1008B8I7261F000388 TRN: 0392209282FF YOUR REF: O/B SIGNATURE BA | | $2,640,000.00 |
| 10/08 | | FED WIRE CREDIT VIA: TCF NATIONAL BANK/291070001 B/O: UPSHER SMITH- KENNETH EVENSTADMINNEAPOLIS, MN 55441 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B TCF MPLS OBI=KENNETH L EVENSTAD REV TRUST ACCOUNT 1 EIMAD: 1008I1B7201C000202 TRN: 0466114282FF YOUR REF: O/B TCF MPLS | | $1,000,000.00 |
| 10/08 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: DASFILMS LTD AMAGANSETT NY 11930-0674 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT607663282200236 OBI=FOR FURTHER CREDIT TO BERNARD L. MADIMAD: 1008B1Q8983C006135 TRN: 0604307282FF YOUR REF: TT607663282200236 | | $1,000,000.00 |
| 10/08 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=A FELSEN (DEC'D) OF TSSN: 0296699 TRN: 5629660282FC YOUR REF: 1600646 | | $36,000.00 |
| 10/08 | | DEPOSIT          1816  1 DAY FLOAT       10/09      $75,000.00  2 DAY FLOAT       10/10      $67,300.00  3 DAY FLOAT       10/14       $2,700.00 | | $145,000.00 |
| 10/08 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $50,000,000.00 RATE=03.31% FOR INVESTMENT DATED 10/07/08. REF=CPSWP100708 TRN: 2821000228XP YOUR REF: 31Y9970228282 | | $4,597.22 |

18-Dec-08                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ⬡**

October 01, 2008 -
October 31, 2008

Page 20 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/08 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081007 TO 081008 RATE 2.0001 TRN: 0828200078AN YOUR REF: NC78622441008081 | | $300,016,667.58 |
| 10/08 | | LATE FND XFER FROM 006301428151509 TRN: 0290000255RJ | | $50,000.00 |
| 10/08 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: KINGATE EURO FUND,LTD HAMILTON HM 11, BERMUDA IMAD: 1008B1QGC01C002042 TRN: 0965400282JO YOUR REF: EUROKIN | $15,000,000.00 | |
| 10/08 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MARDEN FAMILY LP IMAD: 1008B1QGC01C002044 TRN: 0965500282JO YOUR REF: MARFAM | $1,750,000.00 | |
| 10/08 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 SSN: 0251296 TRN: 0965700282JO YOUR REF: CAP OF 08/10/08 | $1,000,000.00 | |
| 10/08 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P. MARDEN SSN: 0251304 TRN: 0965600282JO YOUR REF: JPMARD | $1,000,000.00 | |
| 10/08 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: MARTIN LIFTON IMAD: 1008B1QGC01C002045 TRN: 0965800282JO YOUR REF: MARTLIF | $750,000.00 | |
| 10/08 | | BOOK TRANSFER DEBIT A/C: ALEXANDRE CHEMLA NEW YORK NY 10021-4250 TRN: 0965900282JO YOUR REF: CHEMLA | $700,000.00 | |
| 10/08 | | BOOK TRANSFER DEBIT A/C: SAMUEL SALMANSON MARITAL TRUSTWEST PALM BEACH FL 33401-1821 TRN: 0966000282JO YOUR REF: SALMAN | $500,000.00 | |
| 10/08 | | BOOK TRANSFER DEBIT A/C: OPPENHEIMER & CO INC NEW YORK NY 10004- TRN: 0968100282JO YOUR REF: RICHFELD | $500,000.00 | |
| 10/08 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081008 TO 081009 RATE 1.5000 TRN: 0828200224AN YOUR REF: ND94889291008081 | $280,000,000.00 | |
| 10/08 | | FUNDING XFER TO 006301428151509 TRN: 0190006322RJ | $5,176,312.03 | |

JPMSAB0004474

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

Page 21 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/08 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100808 . YOUR REF: 31Y9996869282 | $50,000,000.00 | |
| 10/08 | | PURCHASE OF SECURITIES GIS REF: T308277CUQZ CUSTODY ACT: G 13414 PURC TD: 10/02/08 SETTLE DATE: 10/02/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K83 UNITED STATES TREASURY BILLS UNITED TRN: 0000072176ST | $49,720,000.00 | |
| 10/08 | | PURCHASE OF SECURITIES GIS REF: T308277CUQ2 CUSTODY ACT: G 13414 PURC TD: 10/02/08 SETTLE DATE: 10/02/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K83 UNITED STATES TREASURY BILLS UNITED TRN: 0000077165ST | $49,720,000.00 | |
| 10/08 | | CHECK PAID #    15532 | $3,000.00 | |
| 10/08 | | CLOSING LEDGER BALANCE | *** Balance *** | $83,252,296.93 |
| 10/08 | | CLOSING COLLECTED BALANCE | *** Balance *** | $83,107,296.93 |
| 10/09 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100808 . TRN: 2822003285XN YOUR REF: 31Y9996869282 | | $50,000,000.00 |
| 10/09 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: ASCOT PARTNERS, L.P. NEW YORK NY 100222605 USA REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ASCOT PARTNERS/AC-1A00583 RFB=O/B CITIBANK NYC BBI=/TIME/IMAD: 1009B1Q8021C019863 TRN: 0413407283FF YOUR REF: O/B CITIBANK NYC | | $10,000,000.00 |
| 10/09 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: CAROL A BRINKMAN SAN JUAN CAPISTRATNO, CA 92675-1944REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/2760168750 SAN JUAN CAPISTRATNO, CA 92675-1944 OGB=/40611172 ATTN: OBSSN: 0313154 TRN: 5890900283FC YOUR REF: O/B CITIBANK NYC | | $166,930.00 |
| 10/09 | | DEPOSIT        1817 | | $1,746,953.00 |
| | | 1 DAY FLOAT      10/10          $210,000.04 | | |
| | | 2 DAY FLOAT      10/14          $375,999.99 | | |
| | | 3 DAY FLOAT      10/15          $24,000.00 | | |

JPMSAB0004475

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 22 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/09 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER PRINCIPAL= $50,000,000.00 RATE=04.75% FOR INVESTMENT DATED 10/08/08. REF=CPSWP100808 TRN: 2831000231XP YOUR REF: 31Y9970231283 | | $6,597.22 |
| 10/09 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081008 TO 081009 RATE 1.5000 TRN: 0828300046AN YOUR REF: NC94889291009081 | | $280,011,667.13 |
| 10/09 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST INVESTMENTS OMNI INBOUND TRN: 1169900283JO YOUR REF: RIP INVEST.LP | $15,390,623.97 | |
| 10/09 | | BOOK TRANSFER DEBIT A/C: 9301011483 GOLDMAN SACHS & CO., INC. TRN: 1170000283JO YOUR REF: SCHEINP | $3,000,000.00 | |
| 10/09 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 TRN: 1170100283JO YOUR REF: CAP OF 08/10/09 | $750,000.00 | |
| 10/09 | | BOOK TRANSFER DEBIT A/C: MARTIN L SCHULMAN MD HUNTINGTON NY 11743- TRN: 1170200283JO YOUR REF: MARTSCH | $500,000.00 | |
| 10/09 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON UNITED KINGDOM EC2M -4BA TRN: 1170300283JO YOUR REF: WILSON | $20,000.00 | |
| 10/09 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081009 TO 081010 RATE 1.0000 TRN: 0828300196AN YOUR REF: ND4915301009081 | $290,000,000.00 | |
| 10/09 | | FUNDING XFER TO 006301428151509 TRN: 0190006193RJ | $4,429,271.04 | |
| 10/09 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100908 . YOUR REF: 31Y9996897283 | $50,000,000.00 | |
| 10/09 | | CLOSING LEDGER BALANCE | *** Balance *** | $61,094,549.27 |
| 10/09 | | CLOSING COLLECTED BALANCE | *** Balance *** | $60,414,550.27 |
| 10/10 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100908 . TRN: 2832003293XN YOUR REF: 31Y9996897283 | | $50,000,000.00 |
| 10/10 | | BOOK TRANSFER CREDIT B/O: STERLING METS L P FLUSHING NY 11368- REF: REF ACT 1KW247 3 0 TRN: 0025800284BN YOUR REF: PES OF 08/10/10 | | $10,000,000.00 |

JPMSAB0004476

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008 -
October 31, 2008

Page 23 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/10 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: KAY INVESTMENT GROUP LLC SILVER SPRING MD 20910-3638 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/003930545645 SILVER SPRING MD 20910-3638 OBI=KAY INVESTMENT GROUP, LLSSN: 0347759 TRN: 6598300284FC YOUR REF: 0108101001017NN | | $2,929,000.00 |
| 10/10 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: JULES LANE SANDS POINT NY 11050-1255 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/6010914200 SANDS POINT NY 11050-1255 OGB=/40611172 ATTN: OBI=FFC BERNSSN: 0344719 TRN: 6542900284FC YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |
| 10/10 | | FED WIRE CREDIT VIA: UBS AG STAMFORD BRANCH/026007993 B/O: KAISAND FAMILY PARTNERSHIP LP SARASOTA FL 34240-8735 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=KAISAND FAMILY PARTNERSHIP LP BARBARA W KAISAND/AC-1CM711IMAD: 1010B6B7IK2C004635 TRN: 0717703284FF YOUR REF: 0070912008101010PW | | $600,000.00 |
| 10/10 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: CONCORDIA PARK LP 116 RADIO CIDR MOUNT KISCO NY 10549 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=CAMDEN SECURITIES HOLDING COMPANY/AC-1CM70930 RFB=O/B MELIMAD: 1010B1B7TQ1C004475 TRN: 0561709284FF YOUR REF: O/B MELLON BANK | | $473,618.98 |
| 10/10 | | DEPOSIT          1818<br>1 DAY FLOAT      10/14       $90,000.00<br>2 DAY FLOAT      10/15       $54,000.00<br>3 DAY FLOAT      10/16       $1,000.00 | | $565,000.00 |
| 10/10 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER, PRINCIPAL= $50,000,000.00 RATE=04.47% FOR INVESTMENT DATED 10/09/08. REF=CPSWP100908 TRN: 2841000230XP YOUR REF: 31Y9970230284 | | $6,208.33 |

JPMSAB0004477

18-Dec-08                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

October 01, 2008 -
October 31, 2008

Page 24 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/10 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081009 TO 081010 RATE 1.0000 TRN: 0828400060AN YOUR REF: NC491530101081 | | $290,008,055.72 |
| 10/10 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. L-2010 LUXEMBOURG IMAD: 1010B1QGC02C004196 TRN: 2590800284JO YOUR REF: LUXALPHA | $180,000,000.00 | |
| 10/10 | | BOOK TRANSFER DEBIT A/C: UNION BANCAIRE PRIVEE 1211 GENEVA SWITZERLAND BEN:/0129263627 M-INVEST LTD. TRN: 0209700284JO YOUR REF: MINVEST | $13,000,000.00 | |
| 10/10 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS. BEN: MARC B. WOLPOW IMAD: 1010B1QGC04C001060 TRN: 0209800284JO YOUR REF: MARWOL | $1,400,000.00 | |
| 10/10 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN & PATRICE M. AULIMAD: 1010B1QGC03C001364 TRN: 0209900284JO YOUR REF: PATRICE | $1,100,000.00 | |
| 10/10 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH BEN: DAVID ABEL MELVILLE,NY 11747 REF:/TIME/08:53 IMAD: 1010B1QGC02C001402 TRN: 0210000284JO YOUR REF: CAP OF 08/10/10 | $1,000,000.00 | |
| 10/10 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081010 TO 081014 RATE 0.7500 TRN: 0828400312AN YOUR REF: ND17878191010081 | $100,000,000.00 | |
| 10/10 | | FUNDING XFER TO 008301428151509 TRN: 0190006204PJ | $4,039,960.34 | |
| 10/10 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101008 . YOUR REF: 31Y9996888284 | $50,000,000.00 | |
| 10/10 | | CLOSING LEDGER BALANCE | *** Balance *** | $66,136,471.96 |
| 10/10 | | CLOSING COLLECTED BALANCE | *** Balance *** | $65,588,772.96 |
| 10/14 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101008 . YOUR REF: 31Y9996888284 | | $50,000,000.00 |

JPMSAB0004478

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⚫

October 01, 2008 -
October 31, 2008

Page 25 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/14 | | SALE OF SECURITIES GIS REF: T308288C5WE CUSTODY ACT: G 13414 SALE TD: 10/14/08 SETTLE DATE: 10/14/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H20 UNITED STATES TREASURY BILLS UNITED TRN: 0000231512ST | | $49,998,666.67 |
| 10/14 | | SALE OF SECURITIES GIS REF: T308288C5XF CUSTODY ACT: G 13414 SALE TD: 10/14/08 SETTLE DATE: 10/14/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H20 UNITED STATES TREASURY BILLS UNITED TRN: 0000231513ST | | $49,998,666.67 |
| 10/14 | | SALE OF SECURITIES GIS REF: T308288C5XP CUSTODY ACT: G 13414 SALE TD: 10/14/08 SETTLE DATE: 10/14/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H20 UNITED STATES TREASURY BILLS UNITED TRN: 0000231516ST | | $49,998,666.67 |
| 10/14 | | SALE OF SECURITIES GIS REF: T308288C5YP CUSTODY ACT: G 13414 SALE TD: 10/14/08 SETTLE DATE: 10/14/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H20 UNITED STATES TREASURY BILLS UNITED TRN: 0000231519ST | | $49,998,666.67 |
| 10/14 | | SALE OF SECURITIES GIS REF: T308288C5Y2 CUSTODY ACT: G 13414 SALE TD: 10/14/08 SETTLE DATE: 10/14/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H20 UNITED STATES TREASURY BILLS UNITED TRN: 0000231520ST | | $49,998,666.67 |
| 10/14 | | SALE OF SECURITIES GIS REF: T308288C5ZX CUSTODY ACT: G 13414 SALE TD: 10/14/08 SETTLE DATE: 10/14/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H20 UNITED STATES TREASURY BILLS UNITED TRN: 0000231570ST | | $49,998,666.67 |
| 10/14 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: ADLER ASSOCIATES CHEVY CHASE MD 20815 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=12-629990 OBI=/RFB/FBO ADLER ASSOCIATES AC: 1-A0146-3 BBIIMAD: 1014B1Q8984C004054 TRN: 0302303288FF YOUR REF: 12-629990 | | $2,500,000.00 |
| 10/14 | | FED WIRE CREDIT VIA: THE BANK OF NEW YORK MELLON/021000018 B/O: MAB LTD. FORT WORTH TX 76132-4433 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MAB, LTD MAB, LTDIAC-1MCI238 RFB=O/B BK OF NYC BBI=/TIME/11MAD/ 1014B1Q8151C013439 TRN: 1088603288FF YOUR REF: O/B BK OF NYC | | $1,500,000.00 |

JPMSAB0004479

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

Page 26 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/14 | | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLBOSTON MA 02109-3605 ORG:/RHL0057381 NORMAN P RAPPAPORT OGB: NATIONAL FINANCIAL SERVICES COBANK RECONCILIATION D-7 TRN: 304240028BFT YOUR REF: SWF OF 08/10/14 | | $1,000,000.00 |
| 10/14 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: GERALD S. FINEBERG C/O FINEBERMA 02481 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GERALD S. FINEBERG WELLESLEY HILLS MA 02481 US/AC-1F01743IMAD: 1014I1B7034R003367 TRN: 0792109288FF YOUR REF: 0000672680780 | | $500,000.00 |
| 10/14 | | FED WIRE CREDIT VIA: UBS AG STAMFORD BRANCH/026007993 B/O: THE JEROME E BALL BOCA RATON FL 33434-4267 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=RENEE BALL/AC-1B027830 RFB=00605120081014PW BBI=/TIME/14:IMAD: 1014B6B7I K2C004100 TRN: 0651303288FF YOUR REF: 00606120081014PW | | $300,000.00 |
| 10/14 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MARKETS INC NEW YORK NY 10001-2402 ORG:/6430562113 VIVIAN LEVIN321 N WYOMING AVEAPT 3 OGB: CITIGROUP GLOBAL MARKETS INC C/O SALOMON SMITH BARNEY INC REF:/OCMT/USD200000,/BNF/FBO VIVIAN LEVIN ACCT 1-L0312-3 TRN: 3746700288FS YOUR REF: SWF OF 08/10/14 | | $200,000.00 |
| 10/14 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: THE ELAINE DINE LIVI REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=19628173 OBI=FBO: ELAINE DINE LIVING TRUST DATED 5/12/06 ACCOUNT # 1-CM571-3-0 BBI=/TIME/11:IMAD: 1014E3B75D5C000662 TRN: 0367114288FF YOUR REF: 19628173 | | $172,331.73 |

JPMSAB0004480

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008
October 31, 2008

Page 27 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/14 | | FED WIRE CREDIT VIA: THE BANK OF NEW YORK MELLON/021000018 B/O: STIFEL NICOLAUS REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ELAINE DINE LIVING TRUST/AC-1CM57130 RFB=O/B BK OF NYC OBI=038296267 JP MORGAN CHASE BANK 1-IMAD: 1014B1Q8151C007403 TRN: 0563714288FF YOUR REF: O/B BK OF NYC | | $15,455.31 |
| 10/14 | | DEPOSIT          1819<br>1 DAY FLOAT          10/15          $3,142,500.00<br>2 DAY FLOAT          10/16          $32,900.00<br>3 DAY FLOAT          10/17          $2,100.00 | | $3,177,500.00 |
| 10/14 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $50,000,000.00 RATE=01.84% FOR INVESTMENT DATED 10/10/08. REF=CPSWP101008 TRN: 2861000227XP YOUR REF: 31Y9970227288 | | $10,222.24 |
| 10/14 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081010 TO 081014 RATE 0.7500 TRN: 0828800048AN YOUR REF: NC17878191014081 | | $100,008,334.00 |
| 10/14 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANQUE DE LUXEMBOURG L-2449 LUXEMBOURG BEN: CITRUS INVESTMENT HOLDINGS LIMITED REF:/ACC/AC/-LU630081552554002840&/L U150081662767001003 SSN: 0541420 TRN: 3858700288JO YOUR REF: CITRUS | $17,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS RMA BEN: PAUL LOEB TRUST IMAD: 1014B1QGC08C007080 TRN: 3858900288JO YOUR REF: PLOEB | $5,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC/053000219 A/C: TRUST OPS BEN: KESSLER NOMINEE PARTNERSHIP REF: ATTN:BRANCH FO#4977 IMAD: 1014B1QGC04C005283 TRN: 3858800288JO YOUR REF: KESSLERNOM | $5,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: LANX BM INVESTMENTS LLC IMAD: 1014B1QGC04C005284 TRN: 3859000288JO YOUR REF: LANXBM | $4,200,000.00 | |

JPMSAB0004481

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 28 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/14 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: UNITED CONGREGATIONS MESORA IMAD: 1014B1QGC08C007081 TRN: 385910028BJO YOUR REF: MESORA | $3,200,000.00 | |
| 10/14 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST - INVESTMENTS OMNI INBOUND TRN: 385930028BJO YOUR REF: TANAHT | $1,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH NY BEN: ROBERT KORN REVOCABLE TRUST REF: BNF-ROBERT KORN REVOCABLE TRUST ACCT-87722A24 TELEBEN/TIME/13:13 IMAD: 1014B1QGC05C005270 TRN: 385960028BJO YOUR REF: JODI | $1,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: FST REP BK SF/321081669 A/C: GLANTZ FAMILY PARTNERS IMAD: 1014B1QGC01C005486 TRN: 385950028BJO YOUR REF: GLANTZPTR | $1,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: GOTHAM BK NYC/026010605 A/C: NORMAN P. RAPPAPORT IMAD: 1014B1QGC04C005285 TRN: 385940028BJO YOUR REF: NORMRAP | $1,000,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: COMMERCE BK NA/026013573 A/C: GEORGE MARKS REF:/TIME/13:14 IMAD: 1014B1QGC07C006759 TRN: 385920028BJO YOUR REF: MARSG | $1,000,000.00 | |
| 10/14 | | BOOK TRANSFER DEBIT A/C: THE JUDIE LIFTON 1996 NEW YORK, NY 100224145 TRN: 385970028BJO YOUR REF: JBLIFTON | $700,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: INDIAN WELLS PARTNERSHIP WINTER GARDEN,FL.34777-0249 IMAD: 1014B1QGC08C007082 TRN: 385980028BJO YOUR REF: CAP OF 08/10/14 | $650,000.00 | |
| 10/14 | | BOOK TRANSFER DEBIT A/C: 5157730 STIFEL NICOLAUS REF: BNF-FFC-ACC, 37093603, VIC GREENSTEIN,TRUSTEE FOR THE STANFORDBARATZ CHILDRENS TRUST ACC TRN: 385990028BJO YOUR REF: STANBARKIDS | $600,000.00 | |
| 10/14 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH BEN: BRIAN GERBER TTEE LOTTEE GERBEREF:/TIME/13:14 IMAD: 1014B1QGC02C005391 TRN: 386000028BJO YOUR REF: BGERBER | $500,000.00 | |

JPMSAB0004482

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

October 01, 2008 -
October 31, 2008

Page 29 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/14 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081014 TO 081015 RATE 0.7500 TRN: 0828800304AN YOUR REF: ND44350971014081 | $300,000,000.00 | |
| 10/14 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081014 TO 081015 RATE 0.7500 TRN: 0828800254AN YOUR REF: ND43415481014081 | $50,000,000.00 | |
| 10/14 | | FUNDING XFER TO 006301428151509 TRN: 0190006520RJ | $19,420,126.27 | |
| 10/14 | | PURCHASE OF SECURITIES GIS REF: T308277CURD CUSTODY ACT: G 13414 PURC TD: 10/02/08 SETTLE DATE: 10/02/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K83 UNITED STATES TREASURY BILLS UNITED TRN: 0000067822ST | $49,720,000.00 | |
| 10/14 | | PURCHASE OF SECURITIES GIS REF: T308277CUSK CUSTODY ACT: G 13414 PURC TD: 10/02/08 SETTLE DATE: 10/02/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K83 UNITED STATES TREASURY BILLS UNITED TRN: 0000067823ST | $49,720,000.00 | |
| 10/14 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101408 . YOUR REF: 31Y9996909288 | $11,545,688.00 | |
| 10/14 | | CLOSING LEDGER BALANCE | *** Balance *** | $3,256,500.99 |
| 10/14 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.99 |
| 10/15 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101408 . TRN: 2882003308XN YOUR REF: 31Y9996909288 | | $11,545,688.00 |
| 10/15 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: M A B LTD INVESTMENT ACCT I 5032 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MAB, LTD./AC-1M023B RFB=O/B MELLON BANK BBI=/OCMT/USD1500IMAD: 1015B1B/TQ1C001279 TRN: 0228808289FF YOUR REF: O/B MELLON BANK | | $1,500,000 00 |
| 10/15 | | FED WIRE CREDIT VIA: U.S. BANK NATIONAL ASSOCIATION/091000022 B/O: GORDON SOUAID 33009 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081015015477 OBI=FFC 1S0569 DR G SOUAID SERP BBI=/BNF/W20IMAD: 1015I1Q73AGC001712 TRN: 0374209289FF YOUR REF: 081015015477 | | $1,104,761.52 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

**Page 30 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/15 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/Q64955008 HAROLD L STRAUSS TRN: 0449000289ES YOUR REF: OS1 OF 09/10/15 | | $1,100,000.00 |
| 10/15 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT 911 PARK AVE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=REF STANLEY MIRSKY/AC-REF ACCT 1M0252 ORG=STANLEY MIRSKY MD RETIREMENTSSN: 0430968 TRN: 8167100289FC YOUR REF: 538-01080-18 | | $640,574.64 |
| 10/15 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT 911 PARK AVENUE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=STANLEY MIRSKY/AC-1M0252 ORG=STANLEY MIRSKY MD RETIREMENT 911 PARK AVESSN: 0372527 TRN: 7051900289FC YOUR REF: 538-01095-11 | | $427,879.54 |
| 10/15 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT 911 PARK AVE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=REF: A/C #1M0252/AC-REF: FBO STANLEY ORG=STANLEY MIRSKY MD RETIREMENT SSN: 0430948 TRN: 8166100289FC YOUR REF: 538-01079-11 | | $268,822.62 |
| 10/15 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT081015007950 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 1015B2Q8921C001871 TRN: 0619801289FF YOUR REF: MT081015007950 | | $23,730.62 |
| 10/15 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT081015007094 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 1015B2Q8921C001952 TRN: 0653803289FF YOUR REF: MT081015007094 | | $2,713.26 |

JPMSAB0004484

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344



October 01, 2008 -
October 31, 2008

**Page 31 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/15 | | DEPOSIT          1820 | | $581,400.00 |
| | | 1 DAY FLOAT          10/16          $510,900.00 | | |
| 10/15 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $11,545,688.00 RATE=01.56% FOR INVESTMENT DATED 10/14/08. REF=CPSWP101408 TRN: 2891000233XP YOUR REF: 31Y9970233289 | | $500.31 |
| 10/15 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081014 TO 081015 RATE 0.7500 TRN: 0828900096AN YOUR REF: NC4435097101 5081 | | $300,006,250.08 |
| 10/15 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081014 TO 081015 RATE 0.7500 TRN: 0828900046AN YOUR REF: NC4341548101 5081 | | $50,001,041.68 |
| 10/15 | | BOOK TRANSFER DEBIT A/C: JLC &/OR KLC NEW YORK NY 10022- TRN: 0528300289JO YOUR REF: JEANNE | $6,500,000.00 | |
| 10/15 | | BOOK TRANSFER DEBIT A/C: 99999651 PRIVATE BANKING DIVISION TRN: 0528400289JO YOUR REF: NONREF | $6,000,000.00 | |
| 10/15 | | BOOK TRANSFER DEBIT A/C: KLEINWORT BENSON CHANNEL ISLANJERSEY UNITED KINGDOM JE4 8PQ TRN: 0528500289JO YOUR REF: CAP OF 08/10/15 | $3,760,000.00 | |
| 10/15 | | BOOK TRANSFER DEBIT A/C: 99999651 PRIVATE BANKING DIVISION TRN: 0528600289JO YOUR REF: NONREF | $1,500,000.00 | |
| 10/15 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 IMAD: 1015B1QGC06C001619 TRN: 0528700289JO YOUR REF: CAP OF 08/10/15 | $1,007,751.22 | |
| 10/15 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: CHARLES SCHWAB AND COMPANY INCSAN FRANCISCO, CA. 94101 BEN: COPEN CHARITABLE TRUST,LLC CARLSBAD,CA 92009 SSN: 0263836 TRN: 0528800289JO YOUR REF: NONREF | $1,000,000.00 | |
| 10/15 | | FEDWIRE DEBIT VIA: WASH MUT BANK/321180748 A/C: IRWIN,CAROL LIPKIN IMAD: 1015B1QGC06C001620 TRN: 0528900289JO YOUR REF: IRWIN | $25,000.00 | |

JPMSAB0004485

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** O

October 01, 2008 -
October 31, 2008

**Page 32 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/15 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081015 TO 081016 RATE 0.7500 TRN: 0828900290AN YOUR REF: N056743611015081 | $335,000,000.00 | |
| 10/15 | | FUNDING XFER TO 0063014281151509 TRN: 0190006505RJ | $4,900,110.62 | |
| 10/15 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101508 . YOUR REF: 31Y9995907289 | $10,206,884.00 | |
| 10/15 | | ACCOUNT ANALYSIS SETTLEMENT CHARGE | $13,216.65 | |
| 10/15 | | CLOSING LEDGER BALANCE | *** Balance *** | $546,900.77 |
| 10/15 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.77 |
| 10/16 | | SALE OF SECURITIES GIS REF: T308289DDD2 CUSTODY ACT: G 13414 SALE TD: 10/15/08 SETTLE DATE: 10/16/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,900.00 CUSIP NO: 912795H38 UNITED STATES TREASURY BILLS UNITED TRN: 0000095984ST | | $49,999,027.78 |
| 10/16 | | SALE OF SECURITIES GIS REF: T308289DDFP CUSTODY ACT: G 13414 SALE TD: 10/15/08 SETTLE DATE: 10/16/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H38 UNITED STATES TREASURY BILLS UNITED TRN: 0000095985ST | | $49,999,027.78 |
| 10/16 | | SALE OF SECURITIES GIS REF: T308289DDGI CUSTODY ACT: G 13414 SALE TD: 10/15/08 SETTLE DATE: 10/16/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H38 UNITED STATES TREASURY BILLS UNITED TRN 0000095987ST | | $49,999,027.78 |
| 10/16 | | SALE OF SECURITIES GIS REF: T308289DDHT CUSTODY ACT: G 13414 SALE TD: 10/15/08 SETTLE DATE: 10/16/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H38 UNITED STATES TREASURY BILLS UNITED TRN: 0000095988ST | | $49,999,027.78 |
| 10/16 | | SALE OF SECURITIES GIS REF: T308289DDIV CUSTODY ACT: G 13414 SALE TD: 10/15/08 SETTLE DATE: 10/16/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H38 UNITED STATES TREASURY BILLS UNITED TRN: 0000095989ST | | $49,999,027.78 |
| 10/16 | | SALE OF SECURITIES GIS REF: T308289DDJI CUSTODY ACT: G 13414 SALE TD: 10/15/08 SETTLE DATE: 10/16/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H38 UNITED STATES TREASURY BILLS UNITED TRN: 0000095990ST | | $49,999,027.78 |

JPMSAB0004486

18-Dec-08

18Dec08-344



October 01, 2008 -
October 31, 2008

Page 33 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/16 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101508 . TRN: 2892003282XN YOUR REF: 31Y9996907289 | | $10,206,884.00 |
| 10/16 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: LINDA S.FRIEDMAN SCARSDALE NEW YORK 10583 US REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ROBERT A. FRIEDMAN/AC-1F0229 ORG=/03805365801 SCARSDALE NEW YORK 10583SSN: 0217577 TRN: 4314300290FC YOUR REF: O/B CITIBANK NYC | | $2,500,000.00 |
| 10/16 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HSSLUX/HERALD(LUX)-US A RF (SIL-2163 LUXEMBOURG REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERALD LUX US ABSOLUTE RET SICAV/AC-1FR135 ORG=/68108901 L-2163 LUXEMBSSN: 0242600 TRN: 4681800290FC YOUR REF: 7X15108HD1608830 | | $2,100,000.00 |
| 10/16 | | FED WIRE CREDIT VIA: CHEVY CHASE FEDERAL SAVINGS BA/255071981 B/O: 1000 CONNECTICUT AVE ASSOCIATEWASHINGTON, DC 20036-3521 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CHEVY CHASE OBI=FFC TO 1000 CONNECTICUT AVE ASSOC NO IMAD: 1016E2QP111C000195 TRN: 0394601290FF YOUR REF: O/B CHEVY CHASE | | $1,200,000.00 |
| 10/16 | | BOOK TRANSFER B/O: MRS HARRIETTE LEVINE NEW YORK NY 10021- TRN: 0742400290ES YOUR REF: OS1 OF 08/10/16 | | $1,000,000.00 |
| 10/16 | | BOOK TRANSFER B/O/: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/O64955000 MARLENE BARASCH STRAUSS TRN: 0406000290ES YOUR REF: OS1 OF 08/10/16 | | $700,000.00 |
| 10/16 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT NEW YORK NY 10075-0385 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=REF: STANLEY MIRSKY/AC-REF ACCT: 1M0252 ORG=STANLEY MIRSKY MD RETIREMESSN: 0290537 TRN: 5471700290FC YOUR REF: 538-01527-19 | | $581,816.95 |

JPMSAB0004487

18-Dec-08                                                                18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

October 01, 2008 –
October 31, 2008

**Page 34 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/16 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: FRIEDMAN FAMILY PARTNERS,L.P. HIRD AVE NEW YORK NEW YORK 10022 USREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=FRIEDMAN FAMILY PARTNERS,L.P. U/A DTD. 11/21/95/AC-1F0230 ORG=/0380536SSN: 0362538 TRN: 6853700290FC YOUR REF: O/B CITIBANK NYC | | $500,000.00 |
| 10/16 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: ANNE STRICKLAND SQUADRON 211 C410024 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ANNE SQUADRON/AC-1SO136 RFB=O/B CITIBANK NYC OBI=Y BBI=/TIMAD: 1016B1Q8024C003246 TRN: 0202809290FF YOUR REF: O/B CITIBANK NYC | | $350,000.00 |
| 10/16 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT 911 PARK AVE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=REF: STANLEY MIRSKY/AC-REF: A/C 1M0252 ORG=STANLEY MIRSKY MD RETIREMENSSN: 0343477 TRN: 6478100290FC YOUR REF: 538-01080-18 | | $72,056.01 |
| 10/16 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT 911 PARK AVE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=STANLEY MIRSKY/AC-REF A/C: 1M0252 ORG=STANLEY MIRSKY MD RETIREMENT 911SSN: 0343476 TRN: 6478200290FC YOUR REF: 538-01079-11 | | $18,052.74 |
| 10/16 | | DEPOSIT          1821<br>1 DAY FLOAT      10/17       $896,116.59<br>2 DAY FLOAT      10/20       $25,000.00 | | $921,116.59 |
| 10/16 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $10,206,884.00 RATE=01.52% FOR INVESTMENT DATED 10/15/08. REF=CPSWP101508 TRN: 2901000227XP YOUR REF: 31Y9970227290 | | $430.96 |
| 10/16 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081015 TO 081016 RATE 0.7500 TRN: 0829000116AN YOUR REF: NC56743611016081 | | $335,006,979.26 |

JPMSAB0004488

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

 **JPMorganChase**

October 01, 2008 -
October 31, 2008

Page 35 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/16 | | FEDWIRE DEBIT VIA: NORTHERN INTL NYC/026001122 A/C: FORTIS PRIME FUND SOLUTIONS BA(IRELAND) LIMITED BEN: HARLEY INTL (CAYMAN) LTD IMAD: 1016B1QGC02C001238 TRN: 0224700290JO YOUR REF: HARLEY | $180,000,000.00 | |
| 10/16 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: AA (LANDMARK INVESTMENT FUND) REF: REF- SORT CODE 40-05-15 IMAD: 1016B1QGC01C001504 TRN: 0224800290JO YOUR REF: LANDMARK | $14,000,000.00 | |
| 10/16 | | FEDWIRE DEBIT VIA: ALPINE GLENWOOD SP/102109407 A/C: PETER & PATRICE KNOBEL IMAD: 1016B1QGC01C001505 TRN: 022490290JO YOUR REF: KNOBEL | $5,537,000.00 | |
| 10/16 | | FEDWIRE DEBIT VIA: COMMERCE NORTH/021200957 A/C: GUSTON & GUSTON,L.L.P.,ATTORNETRUST REF: BNF-FFC-ACC, 3451089270 , GUSTON & GUSTON, L.L.P., ATTORNEY TRUSTIMAD: 1016B1QGC01C003045 TRN: 107700290JO YOUR REF: GUSTON | $2,225,000.00 | |
| 10/16 | | BOOK TRANSFER DEBIT A/C: MARLENE R KRAUSS NEW YORK NY 10106-0001 TRN: 0225000290JO YOUR REF: MKRAUSS | $1,350,000.00 | |
| 10/16 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: ANNETTE & RUDY BONGIORNO IMAD: 1016B1QGC01C001506 TRN: 0225100290JO YOUR REF: RUANN | $1,200,000.00 | |
| 10/16 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 SSN: 0213521 TRN: 0225300290JO YOUR REF: CAP OF 08/10/16 | $1,000,000.00 | |
| 10/16 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: BIGOS MANAGEMENT,INC SUITE 1400,EDINA,MN 55435 IMAD: 1016B1QGC01G001507 TRN: 0225200290JO YOUR REF: CAP OF 08/10/16 | $1,000,000.00 | |
| 10/16 | | BOOK TRANSFER DEBIT A/C: MR JEFFREY LEVY-HINTE NEW YORK NY 10003- TRN: 0225400290JO YOUR REF: JEFFLH | $700,000.00 | |
| 10/16 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: ELEVEN-EIGHTEEN LP IMAD: 1016B1QGC01C001508 TRN: 0225500290JO YOUR REF: EELP | $500,000.00 | |

18-Dec-08                                                                                         18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

Page 36 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/16 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 1016B1QGC02C001237 TRN: 0225600290JO YOUR REF: FLMARD | $75,000.00 | |
| 10/16 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081016 TO 081017 RATE 0.5000 TRN: 0829000212AN YOUR REF: ND61549731016081 | $435,000,000.00 | |
| 10/16 | | FUNDING XFER TO 006301428151509 TRN: 0190006448RJ | $2,429,373.39 | |
| 10/16 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101608 . YOUR REF: 3IY9996877290 | $9,758,814.00 | |
| 10/16 | | CLOSING LEDGER BALANCE | *** Balance *** | $923,216.57 |
| 10/16 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.57 |
| 10/17 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101608 . TRN: 2902003286XN YOUR REF: 3IY9996877290 | | $9,758,814.00 |
| 10/17 | | FED WIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA/053000219 B/O: THE KESSLER NOMINEE PARTNERSHIBOSTON MA 021160000 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=000000190945T088 OBI=FFC A/C #1K0205 THE KESSLER NOMINEE IMAD: 1017E3B75D1C003416 TRN: 0441614291FF YOUR REF: 0000001909457088 | | $5,000,000.00 |
| 10/17 | | FED WIRE CREDIT VIA: THE BANK OF NEW YORK MELLON/021000018 B/O: CROSS SHORE QP PARTNERS LP GREAT NECK, NY 11021 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LOUIS AND MARILYN GLICKFIELD MD/AC-1CM87D3D RFB=O/B BK OFIMAD: 1017B1Q8151C002793 TRN: 0191303291FF YOUR REF: O/B BK OF NYC | | $1,618,321.00 |
| 10/17 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: DR DAREL M BENAIM Y 100232413 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=FBO: DAREL MANOCHERIAN BENAIM ACCT:1IMAD: 1017B1Q8024C007219 TRN: 0688803291FF YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |

18-Dec-08                                                                                      18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

October 01, 2008 -
October 31, 2008

**Page 37 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/17 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: GAIL ASARCH WEST PALM BEACH, FL 33406 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081017150347 OBI=FBO GAIL M ASARCH ACCOUNT 1A0183 REFERENIMAD: 1017E3B75D2C001413 TRN: 0278702291FF YOUR REF: 081017150347 | | $500,000.00 |
| 10/17 | | BOOK TRANSFER B/O: MRS ANN G KELMAN BOCA RATON FL 33432- TRN: 0811000291ES YOUR REF: OS1 OF 08/10/17 | | $85,000.00 |
| 10/17 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=WILLIAM R. COHEN #ZR11SSN: 0308542 TRN: 5685100291FC YOUR REF: 1611596 | | $1,742.08 |
| 10/17 | | DEPOSIT          1822 1 DAY FLOAT       10/20           $50,000.00 | | $638,000.00 |
| 10/17 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,758,814.00 RATE=01.31% FOR INVESTMENT DATED 10/16/08. REF=CPSWP101608 TRN: 291100023IXP YOUR REF: 31Y9970231291 | | $355.11 |
| 10/17 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081016 TO 081017 RATE 0.5000 TRN: 0829100090AN YOUR REF: NC81549731017081 | | $435,006,041.67 |
| 10/17 | | ORIG CO NAME:LOLLIPOP          ORIG ID:1251823462 DESC DATE:       CO ENTRY DESCR:PAYMENTS SEC:CCD  TRACE#:021000022461453 EED:081017 IND ID:MADOFF          IND NAME:BERNARD L. MADOFF SEC.    NTE**FBO: LOLLIPOP ASSOCIATES, LP A CCOUNT #1-EM425-3-0\ TRN: 2902461453TC | | $62,000.00 |
| 10/17 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: KINGATE GLOBAL FUND, LTD IMAD: 1017B1QGC08C003519 TRN: 1475100291JO YOUR REF: KINGLOB | $50,000,000.00 | |

JPMSAB0004491

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 38 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

**Commercial Checking**
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/17 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: HTIE DEFENDER LTD REF: BNF- SORT CODE, 40-05-15 IMAD: 1017B1QGC08C003520 TRN: 1475200291JO YOUR REF: DEFENDER | $20,000,000.00 | |
| 10/17 | | BOOK TRANSFER DEBIT A/C: ANDERS BRAG NEW YORK NY 10075- TRN: 1475300291JO YOUR REF: BRAG | $1,000,000.00 | |
| 10/17 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ALTOUR INTERNATIONAL NEW YORK, NY 10020 SSN: 0277132 TRN: 1475400291JO YOUR REF: CAP OF 08/10/17 | $500,000.00 | |
| 10/17 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081017 TO 081020 RATE 0.5000 TRN: 0829100250AN YOUR REF: ND656140110117081 | $360,000,000.00 | |
| 10/17 | | FUNDING XFER TO 006301428151509 TRN: 0190006305RJ | $6,282,496.78 | |
| 10/17 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101708 . YOUR REF: 31Y9996887291 | $16,735,993.00 | |
| 10/17 | | CLOSING LEDGER BALANCE | *** Balance *** | $75,000.65 |
| 10/17 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.65 |
| 10/20 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP101708 . TRN: 2912003294XN YOUR REF: 31Y9996887291 | | $16,735,993.00 |
| 10/20 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0336663 TRN: 6344500294FC YOUR REF: 1512784 | | $599,921.28 |
| 10/20 | | FED WIRE CREDIT VIA: COMMERCE BANK NORTH/021200957 B/O: GUSTON & GUSTON LLP GLEN ROCK, NJ 07452- REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JP NEW YORKNY/AC-140081703 RFB=ACAA-7KLMHA OBI=JOANN CRUPIMAD: 1020C1B76E1C001544 TRN: 3639909294FF YOUR REF: ACAA-7KLMHA | | $480,000.00 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344



**JPMorganChase** ○

October 01, 2008 -
October 31, 2008

Page 39 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/20 | | FED WIRE CREDIT VIA: STERLING NATIONAL BANK/026007773 B/O: THE POUND GROUP NEW YORK 101701899 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B STERLING NYC OBI=FBO: THE POUND GROUP 12A53430 BBI=/TIMAD: 1020B6B7IM1C000102 TRN: 4598809294FF YOUR REF: O/B STERLING NYC | | $299,638.00 |
| 10/20 | | FED WIRE CREDIT VIA: UNITED BANKERS BANK/091001322 B/O: MOSCOE GRANDCHILDRENS TRUST KEY BISCAYNE FL 33149 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B UNITED BKRS OBI=FFC MOSCOE CHILDRENS PARTNERSHIP, ACC/MAD: 102011B78Q1C000061 TRN: 1371309294FF YOUR REF: O/B UNITED BKRS | | $75,000.00 |
| 10/20 | | DEPOSIT          1823 1 DAY FLOAT      10/21          $332,354.60 2 DAY FLOAT      10/22          $9,400.00 3 DAY FLOAT      10/23          $600.00 | | $342,364.60 |
| 10/20 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $16,735,993.00 RATE=01.04% FOR INVESTMENT DATED 10/17/08. REF=CPSWP101708 TRN: 2941000233XP YOUR REF: 31Y9970233294 | | $1,450.44 |
| 10/20 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081017 TO 081020 RATE 0.5000 TRN: 0829400078AN YOUR REF: NC6561401020081 | | $360,015,000.60 |
| 10/20 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: THEMA HEDGED US EQUITY FD HARCOURT STREET DUBLIN 2 IRELAND REF: BNF-SORT CODE 40-05-15 IMAD: 1020B1QGC08C001431 TRN: 0418200294JO YOUR REF: CAP OF 08/10/20 | $83,000,000.00 | |
| 10/20 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 1020B1QGC03C001450 TRN: 0418300294JO YOUR REF: LUXINV | $70,000,000.00 | |
| 10/20 | | BOOK TRANSFER DEBIT A/C: MOUNT CAPITAL ASSET SUBSIDIARYDUBLIN 2 IRELAND TRN: 0418400294JO YOUR REF: CAP OF 08/10/20 | $36,000,000.00 | |

JPMSAB0004493

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬡

October 01, 2008 -
October 31, 2008

**Page 40 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/20 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: CITCO BANKING CORPORATION N.V.BEN: GREENWICH SENTRY L.P. HAMILTON, BERMUDA HM 11 IMAD: 1020B1QGC03C001451 TRN: 0418500294JO YOUR REF: GRENSENLP | $6,500,000.00 | |
| 10/20 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: WIVIOTT INVESTMENTS, LLC IMAD: 1020B1QGC04C001883 TRN: 0418500294JO YOUR REF: WIVIOTT | $1,000,000.00 | |
| 10/20 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: HELLER BROS. PARTNERSHIP LTD. WINTER GARDEN, FL. 34777-0249 REF: TELEBEN IMAD: 1020B1QGC04C001884 TRN: 0418700294JO YOUR REF: JODI | $816,906.00 | |
| 10/20 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081020 TO 081021 RATE 0.2500 TRN: 0829400230AN YOUR REF: ND69325291020081 | $170,000,000.00 | |
| 10/20 | | FUNDING XFER TO 006301428151509 TRN: 0190006453RJ | $3,772,447.39 | |
| 10/20 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102008 . YOUR REF: 31Y9996904294 | $7,192,651.00 | |
| 10/20 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $342,364.18 |
| 10/20 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.18 |
| 10/21 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102008 . TRN: 2942003332XN YOUR REF: 31Y9996904294 | | $7,192,651.00 |
| 10/21 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: HOWARD ZEMSKY CUST, DAVID ISAAXCHANG BUFFALO NEW YORK 14210146 USREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-00000001400 BNF=HOWARD ZEMSKY CUST, DAVID ISAAC ZEMSKY UGMA NEW YORK/AC-1Z0042 ORG=/00SSN: 0290876 TRN: 5238300295FC YOUR REF: O/B CITIBANK NYC | | $3,000,000.00 |
| 10/21 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: HOWARD ZEMSKY CUST, HARRY HAUGXCHANG BUFFALO NEW YORK 14210146 USREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-00000001400 BNF=HOWARD ZEMSKY CUST, HARRY HAUGHTON ZEMSKY UGMA/AC-1Z0041 ORG=/00137195SSN: 0291301 TRN: 5245000295FC YOUR REF: O/B CITIBANK NYC | | $3,000,000.00 |

JPMSAB0004494

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344


**JPMorganChase** ⬤

October 01, 2008 -
October 31, 2008

Page 41 of 63

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/21 | | FED WIRE CREDIT VIA: STERLING NATIONAL BANK/026007773 B/O: THE POUND GROUP NEW YORK 101701899 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B STERLING NYC OBI=FBO: THE POUND GROUP 12A53430 BBI=/TIMAD: 1021B6B7IM1C000135 TRN: 4888109295FF YOUR REF: O/B STERLING NYC | | $2,400,083.00 |
| 10/21 | | BOOK TRANSFER CREDIT B/O: SANFORD C. BERNSTEIN & CO LLC WHITE PLAINS NY 10601- ORG: 03817295 MYRNA L EE PINTO REVOE TRUST SIDNEY KAPLAN MYRNA PINT REF: 1-EM-501 MYRNA LEE PINTO REVOCABLE TRUST NA TRN: 2339100295JO YOUR REF: CAP OF 08/10/21 | | $2,000,000.00 |
| 10/21 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: STANLEY MIRSKY MD RETIREMENT 911 PARK AVENUE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=STANLEY MIRSKY/AC-1M0252 ORG=STANLEY MIRSKY MD RETIREMENT 911 PARK AVESSN: 0270171 TRN: 4830000295FC YOUR REF: 538-01095-11 | | $23,365.91 |
| 10/21 | | DEPOSIT          1824 1 DAY FLOAT      10/22        $102,750.00 2 DAY FLOAT      10/23          $5,000.00 | | $307,750.00 |
| 10/21 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $7,192,651.00 RATE=00.88% FOR INVESTMENT DATED 10/20/08. REF=CPSWP102008 TRN: 2951000235XP YOUR REF: 31Y9970235295 | | $177.82 |
| 10/21 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081020 TO 081021 RATE 0.2500 TRN: 0829500066AN YOUR REF: NC69325291021081 | | $170,001,180.56 |
| 10/21 | | BOOK TRANSFER DEBIT A/C: ART/FGT FAMILY PARTNERS LTD WILSON WY 83014-9614 REF/BNF/JP MORGAN PRIVATE BANK-DE TRN: 0236000295JO YOUR REF: NONREF | $1,000,000.00 | |
| 10/21 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: BIGOS MANAGEMENT,INC SUITE 1400,EDINA,MN 55435 IMAD: 1021B1QGC01C001001 TRN: 0236100295JO YOUR REF: CAP OF 08/10/21 | $1,000,000.00 | |

JPMSAB0004495

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

**Page 42 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/21 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: CITIGROUP GLOBAL MARKETS INC. NEW YORK, NEW YORK 10004 BEN: LILLIAN BERMAN GOLDFARB SSN: 0194012 TRN: 0236200295JO YOUR REF: GOLDFARB | $900,000.00 | |
| 10/21 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH BEN: LAUREL KOHL AND JODI KOHL TEANECK,NJ 07666 REF-/TIME/08:55 IMAD: 1021B1QGC05C001237 TRN: 0236300295JO YOUR REF: NONREF | $808,000.00 | |
| 10/21 | | BOOK TRANSFER DEBIT A/C: NATIONAL BANK OF CANADA MONTREAL, QUEBEC CANADA H3B 4-LR BEN:/1ATV93B FARBER INVESTMENTS TRN: 0236400295JO YOUR REF: JODI | $50,000.00 | |
| 10/21 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081021 TO 081022 RATE 0.2500 TRN: 0829500202AN YOUR REF: ND73012421021081 | $170,000,000.00 | |
| 10/21 | | FUNDING XFER TO 006301428151509 TRN: 0190006502RJ | $6,377,662.30 | |
| 10/21 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102108 . YOUR REF: 31Y9996899295 | $8,014,160.00 | |
| 10/21 | | CLOSING LEDGER BALANCE | *** Balance *** | $117,750.17 |
| 10/21 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.17 |
| 10/22 | | SALE OF SECURITIES GIS REF: T308296BJ7S CUSTODY ACT: G 13414 SALE TD: 10/22/08 SETTLE DATE: 10/22/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H46 UNITED STATES TREASURY BILLS UNITED TRN: 0000067425ST | | $49,995,333.33 |
| 10/22 | | SALE OF SECURITIES GIS REF: T308296BJ7U CUSTODY ACT: G 13414 SALE TD: 10/22/08 SETTLE DATE: 10/22/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H46 UNITED STATES TREASURY BILLS UNITED TRN: 0000067426ST | | $49,995,333.33 |
| 10/22 | | SALE OF SECURITIES GIS REF: T308296BJ7Y CUSTODY ACT: G 13414 SALE TD: 10/22/08 SETTLE DATE: 10/22/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H46 UNITED STATES TREASURY BILLS UNITED TRN: 0000067427ST | | $49,995,333.33 |

JPMSAB0004496

18-Dec-08                                                                                          18Dec08-344

 JPMorganChase

October 01, 2008 -
October 31, 2008

Page 43 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/22 | | SALE OF SECURITIES GIS REF: T308296BJ70 CUSTODY ACT: G 13414 SALE TD: 10/22/08 SETTLE DATE: 10/22/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H46 UNITED STATES TREASURY BILLS UNITED TRN: 0000067428ST | | $49,995,333.33 |
| 10/22 | | SALE OF SECURITIES GIS REF: T308296BJ72 CUSTODY ACT: G 13414 SALE TD: 10/22/08 SETTLE DATE: 10/22/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H46 UNITED STATES TREASURY BILLS UNITED TRN: 0000067429ST | | $49,995,333.33 |
| 10/22 | | SALE OF SECURITIES GIS REF: T308296BJ74 CUSTODY ACT: G 13414 SALE TD: 10/22/08 SETTLE DATE: 10/22/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795H46 UNITED STATES TREASURY BILLS UNITED TRN: 0000067430ST | | $49,995,333.33 |
| 10/22 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102108 . TRN: 2952003314XN YOUR REF: 31Y9996899295 | | $8,014,160.00 |
| 10/22 | | BOOK TRANSFER B/O: THE NEW YORK METS FOUNDATION IFLUSHING NY 11368- REF: FFC A/C: 1KW469 TRN: 0179600298ES YOUR REF: OS1 OF 08/10/22 | | $2,800,000.00 |
| 10/22 | | BOOK TRANSFER CREDIT B/O: ALFRED GROSSMAN SARA GROSSMPOUND RIDGE, NY 105762309 REF: FOR FURTHER CREDIT TO THE ACCOUNT OF ALFRED GROSSMAN DVM ACCT #1G036530 TRN: 0538600296ES YOUR REF: DCD OF 08/10/22 | | $888,784.18 |
| 10/22 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: GARY A GREENBERG HIGHLAND PARK IL 60035-3699 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000005207444 HIGHLAND PARK IL 60035-3699 OBI=FFC: GARY GREENBERG, A CSSN: 0345343 TRN: 6343600296FC YOUR REF: 01081022010139NY | | $400,000.00 |
| 10/22 | | DEPOSIT            1825 1 DAY FLOAT        10/23          $1,500.00 2 DAY FLOAT        10/24        $733,494.84 3 DAY FLOAT        10/27         $44,691.16 | | $779,686.00 |
| 10/22 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $8,014,160.00 RATE=00.66% FOR INVESTMENT DATED 10/21/08. REF=CPSWP102108 TRN: 2961000233XP YOUR REF: 31Y9970233296 | | $146.93 |

JPMSAB0004497

18-Dec-08

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase** ◯

October 01, 2008 -
October 31, 2008

**Page 44 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/22 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081021 TO 081022 RATE 0.2500 TRN: 0829600076AN YOUR REF: NC7301242102281 | | $170,001,180.56 |
| 10/22 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: KINGATE EURO FUND,LTD HAMILTON HM 11, BERMUDA IMAD: 1022B1QGC06C001336 TRN: 0349900296JO YOUR REF: EUROKIN | $50,000,000.00 | |
| 10/22 | | FEDWIRE DEBIT VIA: NORTHERN INTL NYC/026001122 A/C: FORTIS PRIME FUND SOLUTIONS BA(IRELAND) LIMITED BEN: HARLEY INTL (CAYMAN) LTD IMAD: 1022B1QGC08C001355 TRN: 0350000296JO YOUR REF: HARLEY | $10,000,000.00 | |
| 10/22 | | FEDWIRE DEBIT VIA: WAINWRIGHT BOSTON/011002550 A/C: THE CAROLINE AND SIGMUND SCHOTCAMBRIDGE,MA. 02139 IMAD: 1022B1QGC06C001339 TRN: 0350100296JO YOUR REF: CAP OF 08/10/22 | $550,000.00 | |
| 10/22 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: STUART J. RABIN NY NY 10021 SSN: 0210371 TRN: 0350200296JO YOUR REF: NONREF | $500,000.00 | |
| 10/22 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081022 TO 081023 RATE 0.5000 TRN: 0829600224AN YOUR REF: ND78120751022081 | $415,000,000.00 | |
| 10/22 | | FUNDING XFER TO 006301428151509 TRN: 0190006376RJ | $383,392.49 | |
| 10/22 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102208 . YOUR REF: 31Y9996904296 | $5,753,030.00 | |
| 10/22 | | CLOSING LEDGER BALANCE | *** Balance *** | $785,285.33 |
| 10/22 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.33 |
| 10/23 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102208 . TRN: 2982003299XN YOUR REF: 31Y9996904296 | | $5,753,030.00 |

JPMSAB0004498

18-Dec-08                                                                        18Dec08-344

 **JPMorganChase**

October 01, 2008 -
October 31, 2008

Page 45 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/23 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: LARRY ELINS SHERMAN OAKS CA 91403-5345 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B WELLS FARGO OBI=ELINS FAMILY TRUST ACCT 1-E0107-3-0 BIMAD: 1023I1B7035R001864 TRN: 3585709297FF YOUR REF: O/B WELLS FARGO | | $2,000,000.00 |
| 10/23 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3329 OBI=LEE S. COHEN # ZR239 SSN: 0304070 TRN: 5594400297FC YOUR REF: 1616861 | | $28,226.69 |
| 10/23 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=VICKI L. HELLER #ZR240SSN: 0304068 TRN: 5594300297FC YOUR REF: 1616862 | | $3,080.00 |
| 10/23 | | DEPOSIT          1826<br>2 DAY FLOAT     10/27          $32,900.00<br>3 DAY FLOAT     10/28          $2,100.00 | | $50,502.00 |
| 10/23 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $5,753,030.00 RATE=00.49% FOR INVESTMENT DATED 10/22/08. REF=CPSWP102208 TRN: 2971000230XP YOUR REF: 31Y9970230297 | | $78.31 |
| 10/23 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081022 TO 081023 RATE 0.5000 TRN: 0829700082AN YOUR REF: NC7812075102308I | | $415,005,763.89 |
| 10/23 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: CITCO BANK NEDERLAND N.V. DUBLIN IRELAND BEN: . REF: BNF-FFC- ACC- , IBAN: IE23CITC0000003581050I, FAIRFIELD SENTRY LIMITED, 12 CHURCHST. SUITE 606 HAMILIMAD: 1023B1QGC08C001678 TRN: 0524800297JO YOUR REF: CAP OF 08/10/23 | $130,000,000.00 | |
| 10/23 | | FEDWIRE DEBIT VIA: WASH MUT BANK/021272723 A/C: IRENE J & DAVID A REDLEAF GREAT NECK,NY 11023 IMAD: 1023B1QGC08C001501 TRN: 0524900297JO YOUR REF: NONREF | $500,000.00 | |

JPMSAB0004499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬡

October 01, 2008 ·
October 31, 2008

**Page 46 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/23 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: 4000 MASSACHUSETTS ASSOCIATES IMAD: 1023B1QGC08C001502 TRN: 0525000297JO YOUR REF: MASSPTR | $500,000.00 | |
| 10/23 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081023 TO 081024 RATE 0.7500 TRN: 0829700222AN YOUR REF: ND82255381023081 | $280,000,000.00 | |
| 10/23 | | FUNDING XFER TO 006301428151509 TRN: 0190006203RJ | $1,893,720.40 | |
| 10/23 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102308 . YOUR REF: 31Y9996884297 | $9,919,060.00 | |
| 10/23 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $813,185.82 |
| 10/23 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.82 |
| 10/24 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102308 . TRN: 2972003277XN YOUR REF: 31Y9996884297 | | $9,919,060.00 |
| 10/24 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: 1/BENOUVILLE FINANCES LTD 2/DEGROOF PC:L 2453 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT FRT273908MNY OBI=/FFC/BANOUVILLE FINANCES LIMITED A/C IMAD: 1024B1Q8983C002119 TRN: 1255409298FF YOUR REF: TT FRT273908MNY | | $7,500,000.00 |
| 10/24 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: BRAMAN FAMILY IRREVOCABLE MIAMI, FL 33137-5024 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-00000001400 RFB=O/B CITY NB OF F OBI=PURPOSE: INVESTMENT OF FUNDS. FFCT BIMAD: 1024F6B7021C000119 TRN: 2620209298FF YOUR REF: O/B CITY NB OF F | | $467,983.83 |
| 10/24 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: KENNETH MILLER, MD. MEDI 5032 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000202073730 5032 OGB=GCNXUVDC455 OLD MASTER CIF FOR SETTLEMENT OBI=FSSN: 0178165 TRN: 3309700298FC YOUR REF: O/B CITIBANK NYC | | $22,850.00 |

JPMSAB0004500

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O** 

October 01, 2008 -
October 31, 2008

Page 47 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/24 | | FED WIRE CREDIT VIA: THE BANK OF NEW YORK MELLON/021000018 B/O: BLACK RIVER LP NEW YORK NY 10118-7400 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK OF NYC OBI=/RFB/FFC BLACK RIVER ASSOCIATES ULTIMATIMAD: 1024B1Q8153C006867 TRN: 5352909298FF YOUR REF: O/B BK OF NYC | | $16,598.45 |
| 10/24 | | DEPOSIT          1827 1 DAY FLOAT          10/27          $400,000.00 | | $402,000.00 |
| 10/24 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,919,060.00 RATE=00.58% FOR INVESTMENT DATED 10/23/08. REF=CPSWP102308 TRN: 2981000228XP YOUR REF: 31Y9970228298 | | $159.81 |
| 10/24 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081023 TO 081024 RATE 0.7500 TRN: 0829800124AN YOUR REF: NC8225538I024081 | | $280,005,833.41 |
| 10/24 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. L-2010 LUXEMBOURG IMAD: 1024B1QGC07G001568 TRN: 0320900298JO YOUR REF: LUXALPHA | $180,000,000.00 | |
| 10/24 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: JP MORGAN CLEARING CORP BEN: ROBERT M. POTAMKIN IMAD: 1024B1QGC06C001557 TRN: 0321000298JO YOUR REF: NONREF | $1,950,000.00 | |
| 10/24 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 SSN: 0217535 TRN: 0321100298JO YOUR REF: CAP OF 08/10/24 | $1,000,000.00 | |
| 10/24 | | FEDWIRE DEBIT VIA: F121000358/121000358 A/C: RUSSELL LIPKIN PLEASANT HILL,CA. 94523 REF:/TIME/09:05 IMAD: 1024B1QGC06C001560 TRN: 0321200298JO YOUR REF: CAP OF 08/10/24 | $65,000.00 | |
| 10/24 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: ROYAL BANK OF SCOTLAND INT'L LST. HELIER JERSEY, CHANNEL ISLANDS BEN: EBTL: MADO001/2/8NA SSN: 0221547 TRN: 0321300298JO YOUR REF: MARSHEB | $41,000.00 | |

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 -
October 31, 2008

**Page 48 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/24 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081024 TO 081027 RATE 0.7500 TRN: 0829800312AN YOUR REF: ND87765051024081 | $105,000,000.00 | |
| 10/24 | | FUNDING XFER TO 006301428151509 TRN: 0190006198RJ | $3,025,160.02 | |
| 10/24 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102408 . YOUR REF: 31Y9996904298 | $7,586,820.00 | |
| 10/24 | | CLOSING LEDGER BALANCE | *** Balance *** | $479,691.30 |
| 10/24 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.30 |
| 10/27 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102408 . TRN: 2982003289XN YOUR REF: 31Y9996904298 | | $7,586,820.00 |
| 10/27 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: CAFRITZ COMPANY WASHINGTON, DC 20006 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=20005489CAFRITZC OBI=ACCOUNT NAME: FEDERAL CENTER LP ACCOIMAD: 1027E3B75D9C000102 TRN: 5208109301FF YOUR REF: 20005489CAFRITZC | | $750,000.00 |
| 10/27 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: LEE GORDON SCHULMAN 212 MIDDLERD STE 6 GREAT NECK NY 11021 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LEE G SCHULMAN GREAT NECK NY 11021 US/AC-1S0566 RFB=00018IMAD: 1027I1B7035R001195 TRN: 2066909301FF YOUR REF: 0001632661701 | | $500,000.00 |
| 10/27 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: PJL INVESTMENTS LLC NEW YORK NY 10075-0327 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=PJL INVESTMENTS/AC-1-P0115-3-0 ORG=PJL INVESTMENTS LLC NEW YORK NY 100SSN: 0284796 TRN: 5394600301FC YOUR REF: 541-19529-13 | | $300,000.00 |

JPMSAB0004502

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

 **JPMorganChase**

October 01, 2008 -
October 31, 2008

**Page 49 of 63**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/27 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: CAFRITZ COMPANY WASHINGTON, DC 20005 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=20005490CAFRITZC OBI=ACCOUNT NAME: FEDERAL CENTER LP ACCOIMAD: 1027E3B75D9C000103 TRN: 5246409301FF YOUR REF: 20005490CAFRITZC | | $250,000.00 |
| 10/27 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: SUSAN SCHULMAN 212 MIDDLE NECKREAT NECK NY 11021 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=000088768195 OBI=FBO SUSAN E. SCHULMAN 1S0567 BBI=/CHGS/IMAD: 10271B7036R001088 TRN: 1971009301FF YOUR REF: 0000088768195 | | $128,000.00 |
| 10/27 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: ANN G. KELMAN, TRUSTEE UA 11/2RATON F BOCA RATON FLORIDA 33432 USREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ANN G KELMAN/AC-1K0194 ORG=/02911915301 RATON F BOCA RATON FLORIDA 334SSN: 0248598 TRN: 4715900301FC YOUR REF: O/B CITIBANK NYC | | $100,000.00 |
| 10/27 | | DEPOSIT              1828 | | $471,500.00 |
| | | 1 DAY FLOAT         10/28          $451,500.00 | | |
| 10/27 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $7,586,820.00 RATE=00.66% FOR INVESTMENT DATED 10/24/08. REF=CPSWP102408 TRN: 3011000231XP YOUR REF: 31Y9970231301 | | $417.27 |
| 10/27 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 081024 TO 081027 RATE 0.7500 TRN: 0830100118AN YOUR REF: NC877650051027081 | | $105,006,562.85 |
| 10/27 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: GROUPEMENT FINANCIER LIMITED ONZ UNITED KINGDOM IMAD: 1027B1QGC05C004193 TRN: 2045700301JO YOUR REF: GRPFIN | $30,000,000.00 | |

JPMSAB0004503

18-Dec-08                                                                                              18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

October 01, 2008 ·
October 31, 2008

Page 50 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/27 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC, LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOUL-2014 LUXEMBOURG REF: BNF-REF- ALPHA PRIME EQUITY HEDGED FUND IMAD: 1027B1QGC08C003389 TRN: 2045800301JO YOUR REF: CAP OF 08/10/27 | $10,000,000.00 | |
| 10/27 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: BRANCH FAMILY DEVELOPMENT,LLC IMAD: 1027B1QGC08C003389 TRN: 2045900301JO YOUR REF: BRANSTEIN | $1,000,000.00 | |
| 10/27 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON UNITED KINGDOM EC2M -4BA BEN:/MBC18013044 ASSOCIADOS INVESTIMENTO LTD TRN: 2046000301JO YOUR REF: ASSOCNEW | $570,000.00 | |
| 10/27 | | BOOK TRANSFER DEBIT A/C: 066196221 NATIONAL FINANCIAL SERVICES TRN: 2046100301JO YOUR REF: CFIF | $500,000.00 | |
| 10/27 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 081027 TO 081028 RATE 0.5000 TRN: 0830100320AN YOUR REF: ND91475491027081 | $65,000,000.00 | |
| 10/27 | | FUNDING XFER TO 006301428151509 TRN: 0190006476RJ | $1,507,854.46 | |
| 10/27 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102708 . YOUR REF: 31Y9996900301 | $6,541,536.00 | |
| 10/27 | | CLOSING LEDGER BALANCE | *** Balance *** | $453,600.96 |
| 10/27 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.96 |
| 10/28 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP102708 . TRN: 3012003279XN YOUR REF: 31Y9996900301 | | $6,541,536.00 |
| 10/28 | | FED WIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA/053000219 B/O: BONNIE MCELVEEN-HUNTER GREENSBORO NC 27401-1090 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=081028000424 OBI=FBO BONNIE MCELVEEN HUNTER ACCT 1 H0162 IMAD: 1028E3B75D1C002002 TRN: 2583909302FF YOUR REF: 081028000424 | | $700,000.00 |

JPMSAB0004504