**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 19, 2021 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.   Trustee's Thirty-Ninth Omnibus Motion to (1) Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity and (II) Overrule Objections of Claimants Who Invested More Than They Withdrew filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/15/2021) [ECF No. 20432]

B.     Declaration of Vineet Sehgal in Support of the Trustee's Thirty-Ninth Omnibus Motion to (I) Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity and (II) Overrule Objections of Claimants Who Invested More Than They Withdrew filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/15/2021) [ECF No. 20433]

**Related Documents**:

C.     Notice of Hearing on Trustee's Thirty-Ninth Omnibus Motion to (I) Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity and (II) Overrule Objections of Claimants Who Invested More Than They Withdrew filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/15/2021) [ECF No. 20434]

D.     Certificate of No Objection to Trustee's Thirty-Ninth Omnibus Motion to (I) Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity and (II) Overrule Objections of Claimants Who Invested More Than They Withdrew filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/14/2021) [ECF No. 20511]

**Objections Due**:     May 12, 2021

**Objections Filed:**     None

**Status**:     This matter is going forward.

Dated: May 14, 2021  
        New York, New York

Respectfully submitted,

/s/ Nicholas J. Cremona  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*