**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 20-01316 (CGM) |
| Plaintiff, | |
| v. | |
| RAFAEL MAYER, DAVID MAYER, MONTPELLIER INTERNATIONAL LTD., PRINCE ASSETS LTD. (f/k/a PRINCE ASSETS LDC), KHRONOS GROUP LTD. (f/k/a MONTPELLIER RESOURCES LTD.), PRINCE RESOURCES LDC, MONTPELLIER USA HOLDINGS LLC, PRINCE CAPITAL PARTNERS LLC, and KHRONOS LIQUID OPPORTUNITIES FUND LTD. | |
| Defendants. | |

## STIPULATION AND ORDER

Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §

78aaa-*lll* ("SIPA"), substantively consolidated with the chapter 7 estate of Bernard L. Madoff,

and Defendants Rafael Mayer, David Mayer, Prince Resources LDC, Prince Capital Partners

LLC and Khronos Liquid Opportunities Fund Ltd. (collectively, the "Defendants") (together with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the parties stipulated to a briefing schedule in this adversary proceeding, and the Court adopted the schedule in the Stipulation and Order dated January 22, 2021 (ECF No. 5);

WHEREAS, on March 2, 2021, Defendants filed motions to dismiss the Trustee's complaint in this adversary proceeding (ECF Nos. 17, 21, 24 and 25) (the "Motions") in accordance with the Stipulation and Order; and

WHEREAS, on March 4, 2021, the Court set a hearing date on the Motions for June 16, 2021 at 10:00 a.m. (ECF No. 30);

WHEREAS, on May 4, 2021, the Trustee filed oppositions to the Motions (ECF Nos. 41, 42 and 44) in accordance with the Stipulation and Order;

WHEREAS, the Parties have agreed to adjourn the hearing date and extend the remaining reply date because the Trustee's counsel has a scheduling conflict with the June 16 hearing date;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1. The deadline for Defendants to file their reply papers is adjourned from June 1, 2021 to June 15, 2021; and

2. The hearing date for the Motions is adjourned from June 16, 2021 to July 28, 2021 at 10:00 a.m.

[*Remainder of Page Intentionally Left Bank*]

2

Dated:   May 25, 2021
         New York, New York

/s/ Jason S. Oliver
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Jason S. Oliver
dsheehan@bakerlaw.com
owarshavsky@bakerlaw.com
joliver@bakerlaw.com

Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the chapter 7 estate of
Bernard L. Madoff

Dated:   May 25, 2021
         New York, New York

/s/ Daniel H. Tabak
**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 510-7299
Daniel H. Tabak
dtabak@cohengresser.com

Attorneys for Prince Capital Partners LLC and
Prince Resources LDC

Dated:   May 25, 2021
         New York, New York

/s/ Eric B. Fisher
**BINDER & SCHWARTZ LLP**
366 Madison Avenue, Sixth Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher
Lindsay A. Bush
Sarah Dowd
efisher@binderschwartz.com
lbush@binderschwartz.com
sdowd@binderschwartz.com

Attorneys for Rafael Mayer

Dated:   May 25, 2021
         Miami, Florida

/s/ Carlos J. Canino
**STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.**
Museum Tower
150 West Flagler Street
Suite 2200
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
Miami, Florida 33130
Eugene E. Stearns (admitted pro hac vice)
Carlos J. Canino (admitted pro hac vice)
Matthew M. Graham (admitted pro hac vice)
estearns@stearnsweaver.com
ccanino@stearnsweaver.com
mgraham@stearnsweaver.com

*Attorneys for David Mayer*

Dated:    May 25, 2021
          White Plains, New York

*/s/ Daniel S. Alter*
**YANKWITT LLP**
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.:  (914) 686-1500
Fax: (914) 487-5000
Daniel S. Alter
daniel@yankwitt.com

*Attorneys for Khronos Liquid Opportunities
Fund Ltd.*

**SO ORDERED.**



**/s/ Cecelia G. Morris**

**Dated: May 25, 2021**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**