**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>      v.<br><br>STANLEY T. MILLER,<br><br>      Defendant. | Adv. Pro. No. 10-04921 (CGM) |

**CERTIFICATE OF SERVICE**

I, Nicholas G. Hallenbeck, hereby certify that on May 26, 2021, I caused the *Securities Investor Protection Corporation's Memorandum of Law in Support of the Trustee's Motion for Summary Judgment and in Support of the Trustee's Opposition to Defendant's Cross-Motion for Summary Judgment* to be served, by electronic mail, upon counsel for those parties who receive

electronic service through ECF and by electronic mail or prepaid regular U.S. Mail, to those parties as set forth on the attached Schedule A.

                                             */s/ Nicholas G. Hallenbeck*
                                             NICHOLAS G. HALLENBECK

## SCHEDULE A

**Carole Neville**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700
Fax: (212) 768-6800
Email: carole.neville@dentons.com

**Arthur H. Ruegger**, **Esq.**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
arthur.ruegger@dentons.com