**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com
*Attorneys for Defendants-Appellants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2021

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>    Plaintiff-Appellee,<br>v.<br>ESTATE OF SEYMOUR EPSTEIN, *et al*,<br>    Defendants-Appellants. | Adv. Pro. No. 10-04438 (CGM)<br><br>Appeal No. 1:21-cv-02334-CM |

## [~~PROPOSED~~] ORDER GRANTING MOTION
## TO SUPPLEMENT RECORD ON APPEAL

  This matter comes to the Court on the Motion of Defendants-Appellants to Modify the Record on Appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(C) (the "Motion"). (Docket #15-17.) Plaintiff-Appellee does not oppose the Motion. (Docket #23 at 3.) After

{00046628 1}

reviewing the Motion, the Court finds that Second Amended Designation of Items to Be Included in the Record ("SAD") submitted in support of the Motion (Docket #17-1) contains material items.

Therefore, the Court enters the following order:

1. The Motion is granted. The record on appeal is hereby supplemented to include the items referenced in the SAD. *As noted in the minute order of the court, the signing of this court does not constitute a finding that the items included*

2. Appellant is directed to electronically file the SAD and a copy of this Order in the Bankruptcy Court.

3. The Clerk of the Bankruptcy Court for the Southern District of New York is hereby directed to transmit the items referenced in the SAD to the Clerk of this Court pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(1).

It is so ordered.

Dated: May 24, 2021.

_____
Colleen McMahon, U.S.D.J.

*in the SAD are "material" to the appeal, are admissible as proof of any contested matter, or are appropriately considered by the court in reaching a decision on elements of the appeal. In papers referencing items contained in the SAD, the party making the reference must italicize the referenced material and footnote the place in the SAD from which the reference derives.*