UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>NORMA SHAPIRO, individually and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro; NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, REVOCABLE TRUST; TRUST UNDER WILL OF PHILIP SHAPIRO; and MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro,<br><br>       Defendants. | Adv. Pro. No. 10-04486 (CGM) |

**STIPULATION AND ORDER ADJOURNING DEADLINES FOR
TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

    Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Norma Shapiro, individually and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement

Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro, Norma Shapiro Declaration of Trust Under Agreement Dated 9/16/2008, Revocable Trust, Trust Under Will of Philip Shapiro, and Martin Rosen, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro ("Defendants") by and through their counsel, Carole Neville and Arthur Ruegger of Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

**WHEREAS**, on March 23, 2021, this Court entered an Order Setting Deadlines for Trustee's Motion for Summary Judgment [Dkt. 109] (the "Order"); and

**WHEREAS**, the Parties have reached a settlement in principle resolving the above-captioned adversary proceeding

**IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein:**

1. The deadlines set forth in the Order are hereby adjourned *sine die* to allow the Parties to complete the settlement by June 4, 2021;

2. As soon as practicable after the settlement is finalized, the Parties shall file a Stipulation and Order for Voluntary Dismissal of this Adversary Proceeding.

Dated: New York, New York
       May 25, 2021

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2

*/s/ Carole Neville*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Carole Neville
Email: carole.neville@dentons.com
Arthur Ruegger
Email: arthur.ruegger@dentons.com

*Attorneys for Defendants*

**SO ORDERED.**

Dated: May 28, 2021
Poughkeepsie, New York



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**