UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 17, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000769 – T000772)

08-01789-cgm    Doc 20529    Filed 06/02/21    Entered 06/02/21 18:13:44    Main Document
    Pg 2 of 4

Executed on June 2, 2021.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 2nd day of June, 2021

(SEAL)     Notary Public

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER T000769 - T000772**
5/17/2021

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for Confidentiality Reasons | | | | | | |
| | X | Stonehill Institutional Partners, L.P. | Attn: Operations | 320 Park Ave., 26th Floor | | New York | NY | 10022 |