**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> PETER D. KAMENSTEIN, <br><br> Defendant. | Adv. Pro. No. 10-04648 (CGM) |

**STIPULATION OF AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*., and the substantively consolidated Chapter 7 estate of Bernard L. Madoff

individually, by and through his counsel, Baker & Hostetler LLP, and Peter D. Kamenstein,

individually ("Defendant"), by and through his counsel, Chaitman LLP (collectively, the

"Parties"), hereby stipulate and agree to the following:

1.    On December 1, 2010, the Trustee commenced the above-captioned adversary

proceeding (the "Adversary Proceeding") by filing and serving the Complaint against Defendant.

2.    On May 21, 2021, the Parties entered into a settlement agreement (the

"Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181].

3.    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made

applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to

a dismissal of the Adversary Proceeding without prejudice and without costs to either Trustee or

Defendant.  Such dismissal will be subject to the right to reopen the Adversary Proceeding to

seek entry of Judgment pursuant to the Stipulation for Entry of Judgment, attached as Exhibit A

to the Agreement.  Upon receipt of the Final Settlement Payment, as defined in the Agreement,

and provided there is no default under the Agreement, this dismissal shall be deemed with

prejudice.

4.    The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties in interest.

5.    This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

2

be deemed an original.


Dated: June 4, 2021

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Chapter 7 Estate of Bernard L. Madoff*

**CHAITMAN LLP**

By: */s/ Helen D. Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
hchaitman@chaitmanllp.com

*Attorney for Defendant*

**SO ORDERED.**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

**Dated: June 7, 2021**
**Poughkeepsie, New York**

3