**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Norma Shapiro, having filed an objection (the "Objection", Docket No. 2082) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009819), hereby gives notice that she withdraws such Objection.

Dated: June 7, 2021

                                          By: */s/ Carole Neville*
                                          **DENTONS US LLP**
                                          1221 Avenue of the Americas
                                          New York, NY  10020
                                          Telephone: 212.768.6881
                                          Facsimile: 212.768.6800
                                          Carole Neville
                                          Arthur H. Ruegger
                                          Email: Carole.Neville@dentons.com
                                          Email: Arthur.Ruegger@dentons.com