**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Norma Shapiro, Trustee of the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008, having filed an objection (the "Objection", Docket No. 2253) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009826), hereby gives notice that she withdraws such Objection.

Dated: June 7, 2021

                                              By: */s/ Carole Neville*
                                              **DENTONS US LLP**
                                              1221 Avenue of the Americas
                                              New York, NY  10020
                                              Telephone: 212.768.6881
                                              Facsimile: 212.768.6800
                                              Carole Neville
                                              Arthur H. Ruegger
                                              Email: Carole.Neville@dentons.com
                                              Email: Arthur.Ruegger@dentons.com