**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Norma Shapiro, having filed an objection (the "Objection", Docket No. 2375) to the Trustee's

Notice of Determination of Claim respecting Claimant's customer claim (#009825), hereby gives

notice that she withdraws such Objection.


Dated: June 7, 2021

By: */s/  Carole Neville*
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY  10020
Telephone: 212.768.6881
Facsimile: 212.768.6800
Carole Neville
Arthur H. Ruegger
Email: Carole.Neville@dentons.com
Email: Arthur.Ruegger@dentons.com