IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| David N Glodstein & Susan L Glodstein J/T WROS | 005069 | 508 | Phillips Nizer LLP | David N Glodstein & Susan L Glodstein J/T WROS | 1ZA496 |
| Mitchell Rechler and Deborah Rechler | 004178 | 4460 | Becker & Poliakoff, LLP | Mitchell Rechler & Deborah Rechler J/T WROS | 1R0106 |