**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

Hearing Date: July 28, 2021
Hearing Time:  10:00 a.m. (EST)
Objections Due: July 7, 2021
Objection Time:  4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |

**NOTICE OF HEARING ON TRUSTEE'S FORTY-FIRST OMNIBUS MOTION TO
AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE
OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

**PLEASE TAKE NOTICE** that on June 7, 2021, Irving H. Picard, trustee ("Trustee") for

the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, ("SIPA") and

the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, filed the

motion (the "Motion") for entry of an order affirming the Trustee's claims determinations and overruling objections that appear to raise factual issues. The Motion will be heard telephonically before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on **July 28, 2021 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** the hearing will be conducted via videoconference through ZoomGov. Further instructions regarding appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion you are required to serve a written objection ("Objection") so that it is received by **July 7, 2021** (the "Objection Deadline"). An Objection must be served on the Trustee and the Securities Investor Protection Corporation by mailing the Objection to the following addresses: (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq. Any Objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion. Upon receipt of an Objection, the Trustee shall file the Objection with the Clerk of the United States Bankruptcy Court and deliver a courtesy copy to Chambers.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely served with respect to the Motion, the Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed hereto, which order may be entered without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: New York, New York
      June 7, 2021

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Jason I. Blanchard
Email: jblanchard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

3