UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

        Debtor.

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 8, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. Trustee's Forty-First Omnibus Motion to Affirm The Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues (Docket Number 20547)

2. Declaration of Vineet Sehgal in Support of the Trustee's Forty-First Omnibus Motion to Affirm The Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues (Docket Number 20548)

3. Notice of Hearing on Trustee's Forty-First Omnibus Motion to Affirm The Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues (Docket Number 20549)

Executed on June 8, 2021

_____
Tassie Powers Barr

Sworn to and subscribed before me this 8th day of June, 2021

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

(SEAL) _____
Notary Public

# Exhibit A

Exhibit A
6/08/2021

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |