**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-04468 (CGM) |
| Plaintiff, | |
| v. | |
| KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership, | |
| Defendants. | |

28223836.1

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that at the Court's direction the pre-trial conference in the above-captioned adversary proceeding will be adjourned from June 16, 2021 at 10:00 a.m. to **December 15, 2021 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge.

Dated:  June 10, 2021              YOUNG CONAWAY STARGATT &
       New York, New York           TAYLOR, LLP

                                         */s/ Matthew B. Lunn*
                                         Matthew B. Lunn
                                         Justin P. Duda
                                         Rockefeller Center
                                         1270 Avenue of the Americas, Suite 2210
                                         New York, New York 10020
                                         Telephone:  (212) 332-8840
                                         Facsimile: (212) 332-8855
                                         Email:  *mlunn@ycst.com*
                                                *jduda@ycst.com*

                                         *Attorneys for Plaintiff Irving H. Picard,*
                                         *Trustee for the Liquidation of Bernard L.*
                                         *Madoff Investment Securities LLC*