**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN AND THERESA R. | Adv. Pro. No. 10-05124 (CGM) |

RYAN REVOCABLE LIVING TRUST and THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED 11/20/1991,

Defendants.

### NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S MOTION TO STRIKE DEFENDANTS' ANSWER

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion to Strike Defendants' Answer (ECF No. 97) previously scheduled on June 16, 2021 has been adjourned to **July 28, 2021 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge.

Dated: June 11, 2021
New York, New York

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

2