**Baker & Hostetler LLP**

45 Rockefeller Plaza

New York, New York 10111

Telephone: (212) 589-4200

Facsimile: (212) 589-4201

Hearing Date: July 28, 2021

Hearing Time: 10:00 a.m. (EST)

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> THE WHITMAN PARTNERSHIP; JUDITH WHITMAN REVOCABLE LIVING TRUST U/A/D 8/5/86; JUDITH WHITMAN, in her capacity as Grantor and Trustee for The Judith Whitman Revocable Living Trust u/a/d 8/5/86, a partner in the Whitman Partnership; BERNARD WHITMAN REVOCABLE LIVING TRUST U/A/D 8/5/86; and BERNARD WHITMAN, in his capacity as Grantor and Trustee for the Bernard Whitman Revocable Living Trust u/a/d 8/5/86, a | Adv. Pro. No. 10-04610 (CGM) |

partner in The Whitman Partnership,

Defendants.

## <u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the

Statement of Material Facts in Support of Trustee's Cross-Motion for Summary Judgment, the

Declarations of Nicholas J. Cremona, Bruce G. Dubinsky, Lisa M. Collura, and Matthew B.

Greenblatt in Support of Trustee's Cross-Motion for Summary Judgment, with all exhibits

annexed thereto, and upon all the prior pleadings and proceedings herein, Irving H. Picard, as

trustee (the "Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated

Chapter 7 estate of Bernard L. Madoff, by and through his counsel, moves this Court, before the

Honorable Cecelia G. Morris, United States Bankruptcy Chief Judge for the Southern District of

New York, at the United States Bankruptcy Court for the Southern District of New York, One

Bowling Green, New York, NY 10004-1408, on **July 28, 2021 at 10:00 a.m.**, or as soon

thereafter as counsel may be heard, for an order granting the Trustee's motion for summary

judgment (the "Motion") on Count One of the Trustee's Complaint pursuant to Rule 7056 of the

Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure,

together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's directive, all hearings

will be conducted remotely pending further Order of the Court. All parties who wish to

participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are

required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please

call the Courtroom Deputy at (845) 451−6367.  Further instructions regarding remote

appearances via ZoomGov can be found on the Court's website at

https://www.nysb.uscourts.gov/zoom-video-hearing-guide.  Pro se parties may participate

telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that defendants' cross-motion and opposition to

Trustee's motion shall be served and filed on or before June 25, 2021, the Trustee's opposition to

defendants' cross-motion and reply papers shall be served and filed on or before July 12, 2021,

and defendants' reply shall be served and filed on or before July 21, 2021.  Hearing on the

parties' cross-motions shall take place **at 10:00 a.m. on July 28, 2021**.


Dated: June 11, 2021
      New York, New York

*/s/ Nicholas J. Cremona*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Nicholas J. Cremona
ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*