# EXHIBIT 7

CHASE

| CKS OUT | WIRE | TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|---|
| (1899975.56) (330 000.00) NL | -1000 000.00 AJ -1375 000.00 RJG -3000 000.00 [illegible] | -150 000.00 MARDEN -500 000.00 [illegible] -600 000.00 BAAN | -4000.00 OAKDALE +562 211.75 | CROESUS +390 000.00 | 6/16 | 314 139 733.11 | |
| -72000.00 CHELA (1579 935.00) | -250 000.00 MANSEL | +5000 000.00 THEMA | +372 107.28 | | 6/17 | 317 627 505.39 | 17600- |
| -500 000.00 SHALL (328 000.00) | -144 000.00 BLM -3050 000.00 RUBIN -1500 000.00 [illegible] | Sterling -62017.52 | +1190 000.00 | | 6/18 | 313 857 522.91 | |
| -600 000.00 BIRDLAKE (2704411.00) | -150 000.00 ARIS -400 000.00 | ENGLES +3000 000.00 EVENSTAD -50 000.00 MARDEN | +1000 000.00 SCHWARTZ +654 891.00 | +1000 000.00 HAYMAN +1000 000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300 000 - BFS +600 000 - BFS (923500-) | -75000 - [illegible] -600000 - [illegible] -4500000 - [illegible] | +5000000 - [illegible] -3000000 - BNP | +5000 000 - Litwin +247 850.09 | +300 000.00 Beema | 6/20 | 291 558 009.00 | |
| -1300 000.00 SACHS (1220 270.00) | +250 000.00 SWEDLER +250 000.00 [illegible] -500 000.00 [illegible] | +32000.00 LAZURUS +399975 - CARLSTON +2,000000 - SLAVIN | +800 000.00 LEHRER 636 567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2981 000.00) | +2 000 000.00 MEDINO -45000.00 AMY -1000 000.00 [illegible] | +298 387.58 +250 000.00 LEARNING -500 000.00 [illegible] | +419 788.58 | +1000 000 - SHECKMAN INT ADJ 4/24 AS PER DAN B. -2244 008.72 | 6/24 | 294 734 256.38 | +180 7.67 |
| -170000.00 KOAN -4000 000.00 HUBBARD (18 112 446.43) | -2000 000.00 MESGA -1300 000.00 KAPLAN -2000 000.00 [illegible] | -500 000.00 SCHIFF -1700 000.00 [illegible] -2 297 000.00 [illegible] | -1400 000.00 [illegible] +700 000.00 | | 6/25 | 261 351 809.95 | |
| -10000 000.00 BRANCH (1251 557.44) | +70 000.00 FLAIN +78000.00 CADMUS +100 000.00 BERMAN | STEIN +290 000.00 | +291 642.78 | +5.000 000.00 ALM-FIALKIN | 6/26 | 300 929 895.29 | |
| -500000 - Jalon (1841 219.46) | -[illegible] - Jacobs -[illegible] - [illegible] -10000 000 - Engrars | 1008 646.55 Lewis -20 000 000 - Thypo -1600 000 - Pashout | 1000000 - MITTLEMAN 702955.71 | -1200 000 - [illegible] -1596 396.00 - Anderson -90000 - [illegible] | 6/27 | | [illegible] T20000 - [illegible] |
| +3000000 - Sonnenberg Sec +50 000 000.00 BLM | +10 000 000 - MARK +996 518.90 Fisher | +1500000 - Kunin +1000000 - Smith +975000 [illegible] | Cottage +2200 000.00 | +45000 000 - BLM SPEC | 6/27 | 375 920 404.13 | |
| (1780 376-) (550 000.00) NL | -3000 000.00 STERLING -500 000.00 [illegible] -725 000 [illegible] | -12000 000.00 TREMONT -238 000.00 BNP -2000 000.00 RJP | +46600 - AHWA +1459 593.25 | +520 000.00 TURBO +3620 559.00 STERLING +16 938 935.00 M INVEST | 6/30 | 350 233 155.38 | CKS [illegible] +1000 000 +1340 00 |
| (250 000 000 -) [illegible] (2000) Annette (1405040 -) NL | -3500 000 - Picower -251000 - Magda -[illegible] | -1000000 - Klein -350000 - [illegible] -[illegible] - Thybo | -100000 - Marden +[illegible] - Nedboy +1759 716 - | +757 878.47 - Bigos +425 817.50 - Beema | 7/1 | | |
| +12 999 985 - Banque SYZ +600 000 - Mason | +75 767 [illegible] +10 000 [illegible] +95000 - [illegible] | +[illegible] - Hug -[illegible] - Cogan -67500 - LWT | +2224 945 [illegible] +3529 956.58 Lambert +[illegible] - Haas | -59100 BLM SPEC | | 119 669 026.51 | |
| (1500) (5957 350.55) | -42000 - Wilson -50000 - Ford -1130000 - BNP | +15000 - Robins -[illegible] - Schier -1000000 [illegible] | +100000 - Hynes +70000 - Dawson +1571 666.68 | +500000 - Turbo +180000 - Harmony | 7/2 | 110 496 867.64 | |
| (2695 525.04) | -5000000 [illegible] -Spodda - Cow -4629 535.92 Feduner | +100000.00 Kay +4684 555.00 Cohen -2500 - Fleiner | +3000000.00 Ascot +155000.00 | +1000000.00 Avolax +2000000.00 broad MKT | 7/3 | 140 041 336.68 | |
| (677000.00) (110 000.00) NL | +1800 000.00 RPPINJ +2700 000.00 FRIEDMAN -150 850 - HARDEN | +3 715 585.00 Galerneau AMER MASTERS +12000 000.00 | [illegible] 00 PASHOW +1913 862 [illegible] | +400 000.00 RBD +600 000.00 [illegible] ORCH | 7/7 | 163 254 892.69 | CK R[illegible] +14000- +8000- |