# EXHIBIT 8.1



BERNARD L. MADOFF
Investment Securities
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710  Bal 3-28
-    65 cks out
+    20 Wire In - Westwood
+   200   "    " - Primeo Ltb
+   500   "    " - N Sachs
+  1100   "    " - Schupak
+  2000   "    " - Yesod
+  3000   "    " - BPI Multi Advisors
+  1762  My Deposit 200H CH 500H ETH
                    278H ARB 784 ArB
-  14200 Tony Out
-  27300 Wire Out - Bankers
-   3200  "    "  - Bk of NY
-  10000  "    "  - Credit Lyons
+  15000 W.C. Deposit
  + 22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322 Bal 3-28
- 15 823 cks out *
- 369 ck out - Monroe
- 175 Wire Out - Marden
- 650 " " - Cigna
- 1000 " " - Tremont
- 1000 " " - Stan (Brighton)
- 9000 Tony Out
+ 27300 Wire In - Chem
———
- 16 039

* 15 823 400 - Hand Del N.C. prof
Drawing 15 798 466 - 4-1 N.C.
" 80 mil 4-1 Picower
Wiring Out 545 M 4-5 Picower
1.7 mil 4-1 Marden
150 M 4-1 Marden
100 M 4-1 Mald/Auld
2 mil 4-1 Hadassah
50 M 4-2 Marden
250 M 4-2 Goodman
1.875 M 4-3 Greenwich
1 mil 4-4 Lagoon

MADTSS00244688