# EXHIBIT 2

**Documents Considered**  **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | JPMSAF0065625 | JPMSAF0065625 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | JPMSAF0068348 | JPMSAF0068348 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | JPMSAF0070836 | JPMSAF0070836 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | JPMSAI0000584 | JPMSAI0000584 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | JPMSAI0000588 | JPMSAI0000588 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | JPMSAI0006761 | JPMSAI0006761 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | JPMSAI0006763 | JPMSAI0006763 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | JPMSAI0006927 | JPMSAI0006927 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | JPMSAI0006937 | JPMSAI0006937 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | JPMSAI0013130 | JPMSAI0013131 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MADWAA00039526 | MADWAA00039527 |
| 10-04610_PNC_0000001 | 10-04610_PNC_0000014 | MADWAA00039922 | MADWAA00039923 |
| 10-04610_WHBCAA000001 | 10-04610_WHBCAA000489 | MADWAA00052575 | MADWAA00052576 |
| AMF00284393 | AMF00284464 | MADWAA00065660 | MADWAA00065661 |
| JPMSAB0001452 | JPMSAB0001514 | MADWAA00066080 | MADWAA00066081 |
| JPMSAB0001840 | JPMSAB0001884 | MADWAA00070101 | MADWAA00070102 |
| JPMSAB0004257 | JPMSAB0004311 | MADWAA00089801 | MADWAA00089802 |
| JPMSAF0000777 | JPMSAF0000777 | MADWAA00103178 | MADWAA00103179 |
| JPMSAF0002737 | JPMSAF0002737 | MADWAA00110462 | MADWAA00110463 |
| JPMSAF0002945 | JPMSAF0002945 | MADWAA00119500 | MADWAA00119501 |
| JPMSAF0005539 | JPMSAF0005539 | MADWAA00124006 | MADWAA00124007 |
| JPMSAF0007832 | JPMSAF0007832 | MADWAA00128202 | MADWAA00128203 |
| JPMSAF0009722 | JPMSAF0009722 | MADWAA00148931 | MADWAA00148932 |
| JPMSAF0010473 | JPMSAF0010473 | MADWAA00149501 | MADWAA00149502 |
| JPMSAF0012794 | JPMSAF0012794 | MADWAA00149881 | MADWAA00149882 |
| JPMSAF0013140 | JPMSAF0013140 | MADWAA00156320 | MADWAA00156321 |
| JPMSAF0015346 | JPMSAF0015346 | MADWAA00160143 | MADWAA00160144 |
| JPMSAF0016365 | JPMSAF0016365 | MADWAA00165283 | MADWAA00165284 |
| JPMSAF0017487 | JPMSAF0017487 | MADWAA00167465 | MADWAA00167466 |
| JPMSAF0019395 | JPMSAF0019395 | MADWAA00173125 | MADWAA00173126 |
| JPMSAF0021723 | JPMSAF0021723 | MADWAA00185861 | MADWAA00185862 |
| JPMSAF0022101 | JPMSAF0022101 | MADWAA00192353 | MADWAA00192354 |
| JPMSAF0024725 | JPMSAF0024726 | MADWAA00195556 | MADWAA00195557 |
| JPMSAF0027541 | JPMSAF0027541 | MADWAA00197593 | MADWAA00197594 |
| JPMSAF0030251 | JPMSAF0030252 | MADWAA00221840 | MADWAA00221841 |
| JPMSAF0031606 | JPMSAF0031606 | MADWAA00224283 | MADWAA00224284 |
| JPMSAF0032605 | JPMSAF0032605 | MADWAA00226965 | MADWAA00226966 |
| JPMSAF0032951 | JPMSAF0032951 | MADWAA00234666 | MADWAA00234667 |
| JPMSAF0035721 | JPMSAF0035721 | MADWAA00237607 | MADWAA00237608 |
| JPMSAF0038256 | JPMSAF0038256 | MADWAA00247520 | MADWAA00247521 |
| JPMSAF0041228 | JPMSAF0041228 | MADWAA00253849 | MADWAA00253850 |
| JPMSAF0044129 | JPMSAF0044129 | MADWAA00260319 | MADWAA00260320 |
| JPMSAF0047085 | JPMSAF0047085 | MADWAA00262801 | MADWAA00262802 |
| JPMSAF0049378 | JPMSAF0049378 | MADWAA00266566 | MADWAA00266567 |
| JPMSAF0052613 | JPMSAF0052613 | MADWAA00267076 | MADWAA00267077 |
| JPMSAF0054670 | JPMSAF0054670 | MADWAA00273918 | MADWAA00273919 |
| JPMSAF0054934 | JPMSAF0054934 | MADWAA00286296 | MADWAA00286297 |
| JPMSAF0057739 | JPMSAF0057739 | MADWAA00289007 | MADWAA00289008 |
| JPMSAF0060285 | JPMSAF0060285 | MADWAA00303495 | MADWAA00303496 |
| JPMSAF0063054 | JPMSAF0063054 | MADWAA00306060 | MADWAA00306061 |
| JPMSAF0065278 | JPMSAF0065278 | MADWAA00308456 | MADWAA00308457 |

**Documents Considered**                                                                                                                              **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00309875 | MADWAA00309876 | MDPTPP02483425 | MDPTPP02483428 |
| MADWAA00310597 | MADWAA00310598 | MDPTPP02483430 | MDPTPP02483435 |
| MADWAA00336011 | MADWAA00336012 | MDPTPP02483452 | MDPTPP02483454 |
| MADWAA00338873 | MADWAA00338874 | MDPTPP02483468 | MDPTPP02483474 |
| MADWAA00340165 | MADWAA00340166 | MDPTPP02483491 | MDPTPP02483496 |
| MADWAA00360100 | MADWAA00360101 | MDPTPP02483503 | MDPTPP02483506 |
| MADWAA00373117 | MADWAA00373118 | MDPTPP02483508 | MDPTPP02483513 |
| MADWAA00375155 | MADWAA00375156 | MDPTPP02483521 | MDPTPP02483523 |
| MADWAA00378630 | MADWAA00378631 | MDPTPP02483525 | MDPTPP02483531 |
| MADWAA00387573 | MADWAA00387574 | MDPTPP02483549 | MDPTPP02483551 |
| MADWAA00392494 | MADWAA00392495 | MDPTPP02483566 | MDPTPP02483568 |
| MADWAA00392706 | MADWAA00392707 | MDPTPP02483570 | MDPTPP02483575 |
| MADWAA01072808 | MADWAA01072851 | MDPTPP02483577 | MDPTPP02483582 |
| MDPTPP02482921 | MDPTPP02482925 | MDPTPP02483584 | MDPTPP02483589 |
| MDPTPP02482941 | MDPTPP02482944 | MDPTPP02483596 | MDPTPP02483601 |
| MDPTPP02482961 | MDPTPP02482966 | MDPTPP02483603 | MDPTPP02483605 |
| MDPTPP02482980 | MDPTPP02482984 | MDPTPP02483619 | MDPTPP02483621 |
| MDPTPP02482997 | MDPTPP02483001 | MDPTPP02483634 | MDPTPP02483640 |
| MDPTPP02483015 | MDPTPP02483021 | MDPTPP02483654 | MDPTPP02483660 |
| MDPTPP02483035 | MDPTPP02483038 | MDPTPP02483675 | MDPTPP02483681 |
| MDPTPP02483052 | MDPTPP02483055 | MDPTPP02483695 | MDPTPP02483701 |
| MDPTPP02483064 | MDPTPP02483067 | MDPTPP02483715 | MDPTPP02483720 |
| MDPTPP02483069 | MDPTPP02483073 | MDPTPP02483734 | MDPTPP02483736 |
| MDPTPP02483087 | MDPTPP02483090 | MDPTPP02483744 | MDPTPP02483748 |
| MDPTPP02483107 | MDPTPP02483111 | MDPTPP02483751 | MDPTPP02483756 |
| MDPTPP02483119 | MDPTPP02483125 | MDPTPP02483770 | MDPTPP02483772 |
| MDPTPP02483127 | MDPTPP02483131 | MDPTPP02483784 | MDPTPP02483786 |
| MDPTPP02483139 | MDPTPP02483142 | MDPTPP02483800 | MDPTPP02483802 |
| MDPTPP02483144 | MDPTPP02483148 | MDPTPP02483805 | MDPTPP02483812 |
| MDPTPP02483162 | MDPTPP02483164 | MDPTPP02483820 | MDPTPP02483822 |
| MDPTPP02483172 | MDPTPP02483177 | MDPTPP02483824 | MDPTPP02483825 |
| MDPTPP02483179 | MDPTPP02483182 | MDPTPP02483839 | MDPTPP02483841 |
| MDPTPP02483195 | MDPTPP02483199 | MF00116051 | MF00116052 |
| MDPTPP02483212 | MDPTPP02483217 | MF00175044 | MF00175046 |
| MDPTPP02483225 | MDPTPP02483230 | MF00198515 | MF00198518 |
| MDPTPP02483232 | MDPTPP02483234 | MF00222594 | MF00222596 |
| MDPTPP02483247 | MDPTPP02483251 | MF00231455 | MF00231457 |
| MDPTPP02483253 | MDPTPP02483256 | MF00280561 | MF00280563 |
| MDPTPP02483265 | MDPTPP02483269 | MF00286659 | MF00286661 |
| MDPTPP02483285 | MDPTPP02483290 | MF00313597 | MF00313598 |
| MDPTPP02483297 | MDPTPP02483302 | MF00343836 | MF00343837 |
| MDPTPP02483304 | MDPTPP02483307 | MF00349486 | MF00349487 |
| MDPTPP02483313 | MDPTPP02483318 | MF00398009 | MF00398010 |
| MDPTPP02483320 | MDPTPP02483323 | MF00427256 | MF00427257 |
| MDPTPP02483338 | MDPTPP02483342 | MWPTAP00489765 | MWPTAP00489789 |
| MDPTPP02483354 | MDPTPP02483359 | MWPTAP00596603 | MWPTAP00596620 |
| MDPTPP02483375 | MDPTPP02483380 | MWPTAP00596825 | MWPTAP00596844 |
| MDPTPP02483395 | MDPTPP02483401 | MWPTAP01002653 | MWPTAP01002658 |
| MDPTPP02483413 | MDPTPP02483418 | | |

**Documents Considered**                                                **EXHIBIT 2**

*PNC buys Royal Bank of Canada U.S. banks for $3.45B,* ASSOCIATED PRESS, http://usatoday30.usatoday.com/money/industries/banking/2011-06-20-PNC-buys-RBC_n.htm (last visited July 1, 2019)

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee and Verification [Omnibus]

Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Plaintiff's Initial Disclosures

Plaintiff's Amended Initial Disclosures

Plaintiff's Second Amended Initial Disclosures

[Defendants'] Initial Disclosures

Responses and Objections of Defendant The Whitman Partnership to Trustee's First Set of Interrogatories and Verification

Responses and Objections of Defendant The Whitman Partnership to Trustee's First Request for Production of Documents

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of Bernard Whitman for Adv. No. 10-04610 (SMB), dated August 24, 2017