# EXHIBIT 3

**List of All Cash Transactions in the Whitman Partnership Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 491899 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/18/1993 | 300,000 | JRNL | CHECK | n/a | n/a | n/a |
| 509274 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/19/1993 | 250,000 | CA | CHECK | n/a | **Yes** | AMF00284435 |
| 516607 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1993 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 472975 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/30/1993 | 49,000 | CA | CHECK | n/a | n/a | n/a |
| 498852 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/30/1993 | 160,000 | CA | CHECK | n/a | n/a | n/a |
| 498851 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/30/1993 | 191,000 | CA | CHECK | n/a | n/a | n/a |
| 480336 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/1994 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 511512 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/4/1994 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 422516 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1994 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 514114 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/3/1994 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 440445 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/1995 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 496375 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/3/1995 | (10,000) | CW | CHECK | n/a | **Yes** | AMF00284435 |
| 437109 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/13/1995 | (15,000) | CW | CHECK | n/a | **Yes** | AMF00284426 |
| 452294 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/3/1995 | (15,000) | CW | CHECK | n/a | **Yes** | AMF00284426 |
| 538667 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/10/1995 | 53,000 | CA | CHECK | n/a | n/a | n/a |
| 455606 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/2/1995 | (15,000) | CW | CHECK | n/a | **Yes** | AMF00284426 |
| 23621 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/1996 | (15,000) | CW | CHECK | n/a | **Yes** | AMF00284426 |
| 212336 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/12/1996 | (15,000) | CW | CHECK | n/a | **Yes** | AMF00284426 |

**List of All Cash Transactions in the Whitman Partnership Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | *Reconciliation Results* [4] ||  Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 204022 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1996 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 5413 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1996 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 270989 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/1997 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 66648 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1997 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 264347 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/2/1997 | (30,000) | CW | CHECK | *n/a* | **Yes** | AMF00284421 |
| 300673 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1997 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 214123 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1997 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 286934 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/1/1997 | 11,000 | CA | CHECK | *n/a* | **Yes**[6] | AMF00284420 |
| 136241 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/11/1997 | (30,000) | CW | CHECK | *n/a* | **Yes** | AMF00284419 |
| 226974 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/1998 | (15,000) | CW | CHECK | *n/a* | **Yes** | AMF00284426 |
| 309320 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1998 | (20,000) | CW | CHECK | *n/a* | **Yes** | AMF00284418 |
| 195929 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/8/1998 | (50,000) | CW | CHECK | *n/a* | **Yes** | AMF00284417 |
| 122161 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1998 | (20,000) | CW | CHECK | *n/a* | **Yes** | AMF00284418 |
| 162046 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 9/3/1998 | (25,000) | CW | CHECK | *n/a* | **Yes** | AMF00284416 |
| 287154 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1998 | (20,000) | CW | CHECK | *n/a* | **Yes** | AMF00284418 |
| 158243 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/10/1998 | (30,000) | CW | CHECK | **Yes** | **Yes** | AMF00284415 |
| 268363 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/4/1999 | (20,000) | CW | CHECK | **Yes** | **Yes** | AMF00284418 |
| 172358 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1999 | (20,000) | CW | CHECK | **Yes** | **Yes** | AMF00284418 |

## List of All Cash Transactions in the Whitman Partnership Account

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] BLMIS Bank Records[3] | Reconciliation Results[4] BLMIS Customer File | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| 91011 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1999 | (55,000) | CW | CHECK | **Yes** | **Yes** | AMF00284413-14 |
| 123786 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 6/2/1999 | (6,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 175701 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1999 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 236898 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1999 | (25,000) | CW | CHECK | *n/a* | **Yes** | AMF00284412 |
| 118034 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/2000 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 252020 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/31/2000 | (70,000) | CW | CHECK | **Yes** | **Yes** | AMF00284411 |
| 257493 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/3/2000 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 218984 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/3/2000 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 239048 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 8/2/2000 | (35,000) | CW | CHECK | **Yes** | **Yes** | AMF00284409-10 |
| 106360 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/2/2000 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 293393 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2001 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 92045 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/30/2001 | (30,000) | CW | CHECK | **Yes** | **Yes** | AMF00284408 |
| 310644 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/2/2001 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 238116 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 6/26/2001 | 80,000 | CA | CHECK | **Yes** | **Yes**[7] | AMF00284407 |
| 224783 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/2/2001 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 65559 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2001 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 195907 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2002 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 222511 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2002 | (60,000) | CW | CHECK | **Yes** | **Yes** | AMF00284406 |

**List of All Cash Transactions in the Whitman Partnership Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||  Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 226242 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2002 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 266661 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2002 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 287445 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2002 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 84529 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/17/2002[5] | (30,000) | CW | CHECK | **Yes** | **Yes** | AMF00284405 |
| 142 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2003 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 278988 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2003 | (65,000) | CW | CHECK | **Yes** | **Yes** | AMF00284404 |
| 300986 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2003 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 287415 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2003 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 174717 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/25/2003 | (10,000) | CW | CHECK | **Yes** | **Yes** | AMF00284403 |
| 75563 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2003 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 181086 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/10/2003 | (10,000) | CW | CHECK | **Yes** | **Yes** | AMF00284402 |
| 251737 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2004 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 217182 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/24/2004 | (20,000) | CW | CHECK | **Yes** | **Yes** | AMF00284401 |
| 146482 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2004 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 85307 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2004 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 237432 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2004 | (25,000) | CW | CHECK | **Yes** | **Yes** | AMF00284412 |
| 112665 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 11/29/2004 | 25,000 | CA | CHECK | **Yes** | *n/a* | *n/a* |
| 302538 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/28/2004 | 60,000 | CA | CHECK | **Yes** | **Yes**[8] | AMF00284399 |

**EXHIBIT 3**

**List of All Cash Transactions in the Whitman Partnership Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 61630 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/2005 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 75 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/25/2005 | (210,000) | CW | CHECK | Yes | Yes | AMF00284398 |
| 212772 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/24/2005 | (45,000) | CW | CHECK | Yes | Yes | AMF00284397 |
| 103041 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2005 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 289025 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2005 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 259758 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/3/2005 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 181052 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/2006 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 165980 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/3/2006 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 137305 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/3/2006 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 248523 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/2/2006 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 304095 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2007 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 55159 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/29/2007 | (75,000) | CW | CHECK | Yes | Yes | AMF00284396 |
| 61828 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/2/2007 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 229645 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/2/2007 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 309905 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2007 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 205111 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2008 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 895 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/19/2008 | (1,500,000) | CW | CHECK | Yes | Yes | AMF00284395 |
| 307946 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2008 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |

**List of All Cash Transactions in the Whitman Partnership Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 276613 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 6/18/2008 | 1,000,000 | CA | CHECK | Yes | n/a | n/a |
| 235566 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2008 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |
| 62745 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2008 | (25,000) | CW | CHECK | Yes | Yes | AMF00284412 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located and/or are otherwise unavailable.

[5] Date represents the date the check cleared the 509 Account.

[6] The referenced document from the BLMIS customer file related to the Whitman Partnership Account is a note dated 11/26/1997 regarding a deposit into the Whitman Partnership Account, but does not indicate the amount of the deposit. As there was only one cash deposit in the Whitman Partnership Account in 1997, I have reconciled this document to the cash deposit of $11,000 dated 12/1/1997 as reflected on the customer statements for the Whitman Partnership Account.

[7] The referenced document from the BLMIS customer file related to the Whitman Partnership Account is a letter dated 6/22/2001 regarding a deposit into the Whitman Partnership Account, but does not indicate the amount of the deposit. As there was only one cash deposit in the Whitman Partnership Account in June 2001, I have reconciled this document to the cash deposit of $80,000 dated 6/26/2001 as reflected on the customer statements for the Whitman Partnership Account.

[8] The referenced document from the BLMIS customer file related to the Whitman Partnership Account is a letter dated 12/21/2004 requesting to "please deposit enclosed check" into the Whitman Partnership Account, but does not indicate the amount of the deposit. As there was only one cash deposit in the Whitman Partnership Account in December 2004, I have reconciled this document to the cash deposit of $60,000 dated 12/28/2004 as reflected on the customer statements for the Whitman Partnership Account.