# EXHIBIT 4

03/17/08
Frank Dipascali
care of Bernard Madoff
N.Y,N.Y.

Dear Frank,
It has been a long time since I have spoken to you, too long.
I must tell you that the 15 years that I have been your client have been great years.
I have entrusted you with nearly my entire net worth for all this time and I have absolutely no complaints. You have done a great job for me and my family. Thank you, thank you!
As you well know, these are very volatile and uncertain times.
I can't think of any place where I would rather have my cash. The only problem is I have been stongly advised to diversify. Reluctantly, I am going to withdraw some of the funds in my account. I believe this is a temporary measure.
Please send me from my account# 1-EM256-3-0 $1,500,000 (one and one half million dollars) as soon as possible.

    Bernard Whitman
    The Whitman Partnership
    5610 Country Club Way
    Sarasota, Fl. 34243

*Bernard Whitman* [signature]

2.9 mil    S- 3/19/08

AMF00284395