# EXHIBIT 5

# EXHIBIT 5

**Results of Receiving Bank Analysis - Whitman Partnership Account** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder(s) | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---|
| RBC Bank / RBC Centura Bank[2] | *Unknown* | The Whitman Partnership<br>Bernard Whitman | 1,775,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 1,775,000** |
| | | *% of Total Cash Withdrawals from the Whitman Partnership Account in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Whitman Partnership Account in the Two Year Period** | **$ 1,775,000** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.

[2] RBC Centura Bank was a subsidiary of Royal Bank of Canada. PNC Bank purchased all of Royal Bank of Canada's U.S. retail banks in 2011. *See PNC buys Royal Bank of Canada U.S. banks for $3.45B,* ASSOCIATED PRESS, http://usatoday30.usatoday.com/money/industries/banking/2011-06-20-PNC-buys-RBC_n.htm (last visited July 1, 2019).