# EXHIBIT 6

**Reconciliation and Tracing Results - Whitman Partnership Account**

| | | | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 491899 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/18/1993 | 300,000 | JRNL | CHECK | | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - deposit | | |
| 509274 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/19/1993 | 250,000 | CA | CHECK | | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - deposit | | |
| 516607 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1993 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 472975 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/30/1993 | 49,000 | CA | CHECK | | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - deposit | | |
| 498852 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/30/1993 | 160,000 | CA | CHECK | | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - deposit | | |
| 498851 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/30/1993 | 191,000 | CA | CHECK | | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - deposit | | |
| 480336 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/1994 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 511512 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/4/1994 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 422516 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1994 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 514114 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/3/1994 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 440445 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/1995 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 496375 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/3/1995 | (10,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 437109 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/13/1995 | (15,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 452294 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/3/1995 | (15,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 538667 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/10/1995 | 53,000 | CA | CHECK | | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - deposit | | |
| 455606 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/2/1995 | (15,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 23621 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/1996 | (15,000) | CW | CHECK | | Withdrawal | Check | n/a - records unavailable | | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |

**Reconciliation and Tracing Results - Whitman Partnership Account**

| | | | | | | | | | | | | BLMIS Bank Account Data | | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 212336 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/12/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 204022 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 5413 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 270989 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 66648 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 264347 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/2/1997 | (30,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 300673 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 214123 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 286934 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/1/1997 | 11,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 136241 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/11/1997 | (30,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 226974 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/1998 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 309320 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1998 | (20,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 195929 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/8/1998 | (50,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 122161 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1998 | (20,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 162046 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 9/3/1998 | (25,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 287154 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1998 | (20,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 158243 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/10/1998 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 88163 | MADWAA00378630-31 | | | n/a - prior to Two Year Period | | |

**Reconciliation and Tracing Results - Whitman Partnership Account**

| | | | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 268363 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/4/1999 | (20,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 88728 | MADWAA00387573-74 | | | *n/a - prior to Two Year Period* | | |
| 172358 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1999 | (20,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 90858 | MADWAA00392494-95 | | | *n/a - prior to Two Year Period* | | |
| 91011 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/1999 | (55,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 91164 | MADWAA00392706-07 | | | *n/a - prior to Two Year Period* | | |
| 123786 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 6/2/1999 | (6,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 92575 | MADWAA00185861-62 | | | *n/a - prior to Two Year Period* | | |
| 175701 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/1999 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 93121 | MADWAA00192353-54 | | | *n/a - prior to Two Year Period* | | |
| 236898 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/1999 | (25,000) | CW | CHECK | | Withdrawal | Check | *n/a - records unavailable* | | *n/a - records unavailable* | | | | | *n/a - prior to Two Year Period* | | |
| 118034 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/2000 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 100258 | MADWAA00052575-76 | | | *n/a - prior to Two Year Period* | | |
| 252020 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/31/2000 | (70,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 102387 | MADWAA00039526-27 | | | *n/a - prior to Two Year Period* | | |
| 257493 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/3/2000 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 102591 | MADWAA00039922-23 | | | *n/a - prior to Two Year Period* | | |
| 218984 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/3/2000 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 109139 | MADWAA00247520-21 | | | *n/a - prior to Two Year Period* | | |
| 239048 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 8/2/2000 | (35,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 110423 | MADWAA00253849-50 | | | *n/a - prior to Two Year Period* | | |
| 106360 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/2/2000 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 111484 | MADWAA00260319-20 | | | *n/a - prior to Two Year Period* | | |
| 293393 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2001 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 121160 | MADWAA00148931-32 | | | *n/a - prior to Two Year Period* | | |
| 92045 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/30/2001 | (30,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 123298 | MADWAA00149501-02 | | | *n/a - prior to Two Year Period* | | |
| 310644 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/2/2001 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 123497 | MADWAA00149881-82 | | | *n/a - prior to Two Year Period* | | |
| 238116 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 6/26/2001 | 80,000 | CA | CHECK | | Deposit | Check | Yes | | 703 Account | 2421 | JPMSAI0000584 JPMSAI0000588 | 12063 | 6320 | *n/a - deposit* | | |
| 224783 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/2/2001 | (25,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 125782 | MADWAA00103178-79 | | | *n/a - prior to Two Year Period* | | |

**Reconciliation and Tracing Results - Whitman Partnership Account**

| | | | | | | | | | | | | | BLMIS Bank Account Data | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 65559 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2001 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 127945 | MADWAA00089801-02 | | | n/a - prior to Two Year Period | | |
| 195907 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2002 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 131067 | JPMSAF0000777 MADWAA00070101-02 | | | n/a - prior to Two Year Period | | |
| 222511 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2002 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 133072 | JPMSAF0002737 MADWAA00065660-61 | | | n/a - prior to Two Year Period | | |
| 226242 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2002 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 133287 | JPMSAF0002945 MADWAA00066080-81 | | | n/a - prior to Two Year Period | | |
| 266661 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2002 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135805 | JPMSAF0005539 MADWAA00110462-63 | | | n/a - prior to Two Year Period | | |
| 287445 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2002 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 138106 | JPMSAF0007832 MADWAA00124006-07 | | | n/a - prior to Two Year Period | | |
| 84529 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/17/2002[4] | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 139917 | JPMSAF0009722 MADWAA00128202-03 | | | n/a - prior to Two Year Period | | |
| 142 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 140594 | JPMSAF0010473 MADWAA00119500-01 | | | n/a - prior to Two Year Period | | |
| 278988 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2003 | (65,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 143195 | JPMSAF0013140 MADWAA00306060-61 | | | n/a - prior to Two Year Period | | |
| 300986 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 142849 | JPMSAF0012794 MADWAA00308456-57 | | | n/a - prior to Two Year Period | | |
| 287415 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 145376 | JPMSAF0015346 MADWAA00309875-76 | | | n/a - prior to Two Year Period | | |
| 174717 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/25/2003 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146481 | JPMSAF0016365 MADWAA00310597-98 | | | n/a - prior to Two Year Period | | |
| 75563 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 147669 | JPMSAF0017487 MADWAA00234666-67 | | | n/a - prior to Two Year Period | | |
| 181086 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/10/2003 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149615 | MADWAA00221840-41 | | | n/a - prior to Two Year Period | | |
| 251737 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 150280 | JPMSAF0019395 MADWAA00237607-08 | | | n/a - prior to Two Year Period | | |
| 217182 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/24/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152460 | JPMSAF0021723 MADWAA00224283-84 | | | n/a - prior to Two Year Period | | |
| 146482 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152801 | JPMSAF0022101 MADWAA00226965-66 | | | n/a - prior to Two Year Period | | |

**Reconciliation and Tracing Results - Whitman Partnership Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85307 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 155195 | JPMSAF0024725-26 MADWAA00340165-66 | | | *n/a - prior to Two Year Period* | | |
| 237432 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157603 | JPMSAF0027541 MADWAA00338873-74 | | | *n/a - prior to Two Year Period* | | |
| 112665 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 11/29/2004 | 25,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 789 | JPMSAI0006761 JPMSAI0006763 | 30326 | 13803 | *n/a - deposit* | | |
| 302538 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 12/28/2004 | 60,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 812 | JPMSAI0006927 JPMSAI0006937 | 30783 | 13959 | *n/a - deposit* | | |
| 61630 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/2005 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 160127 | JPMSAF0030251-52 MADWAA00336011-12 | | | *n/a - prior to Two Year Period* | | |
| 75 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/25/2005 | (210,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161341 | JPMSAF0031606 MADWAA00173125-26 | | | *n/a - prior to Two Year Period* | | |
| 212772 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/24/2005 | (45,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162281 | JPMSAF0032605 MADWAA00160143-44 | | | *n/a - prior to Two Year Period* | | |
| 103041 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2005 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162617 | JPMSAF0032951 MADWAA00165283-84 | | | *n/a - prior to Two Year Period* | | |
| 289025 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2005 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 165228 | JPMSAF0035721 MADWAA00156320-21 | | | *n/a - prior to Two Year Period* | | |
| 259758 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/3/2005 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 167721 | JPMSAF0038256 MADWAA00167465-66 | | | *n/a - prior to Two Year Period* | | |
| 181052 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/3/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 170363 | JPMSAF0041228 MADWAA00360100-01 | | | *n/a - prior to Two Year Period* | | |
| 165980 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/3/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172994 | JPMSAF0044129 MADWAA00375155-56 | | | *n/a - prior to Two Year Period* | | |
| 137305 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/3/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 175726 | JPMSAF0047085 MADWAA00373117-18 | | | *n/a - prior to Two Year Period* | | |
| 248523 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/2/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 178149 | JPMSAF0049378 MADWAA00197593-94 | | | *n/a - prior to Two Year Period* | | |
| 304095 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2007 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180921 | JPMSAF0052613 MADWAA00195556-57 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 55159 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/29/2007 | (75,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183344 | JPMSAF0054670 MADWAA00266566-67 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 61828 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/2/2007 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183612 | JPMSAF0054934 MADWAA00267076-77 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |

**Reconciliation and Tracing Results - Whitman Partnership Account**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 229645 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/2/2007 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186548 | JPMSAF0057739 MADWAA00273918-19 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 309905 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2007 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 189245 | JPMSAF0060285 MADWAA00262801-02 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 205111 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 1/2/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 192082 | JPMSAF0063054 MADWAA00289007-08 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 895 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 3/19/2008 | (1,500,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194402 | JPMSAF0065278 | | | RBC Centura Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 307946 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 4/1/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194755 | JPMSAF0065625 | | | RBC Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 276613 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 6/18/2008 | 1,000,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 1098 | JPMSAI0013130 JPMSAI0013131 | 48348 | | n/a - deposit | | |
| 235566 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 7/1/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197539 | JPMSAF0068348 MADWAA00286296-97 | | | RBC Bank | *Unknown* | The Whitman Partnership Bernard Whitman |
| 62745 | 1EM256 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 10/1/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 200147 | JPMSAF0070836 MADWAA00303495-96 | | | RBC Bank | *Unknown* | The Whitman Partnership Bernard Whitman |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] Date represents the date the check cleared the 509 acccount.