# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                           12/31/06        1
[Redacted]
[Redacted]
[Redacted]                                         1-H0024-3-0    [Redacted]


                            BALANCE FORWARD                        507,780.46

12/01                       INTEL CORP                      DIV             1,789.20
                            DIV 11/07/06 12/01/06
12/01                       WELLS FARGO & CO NEW            DIV             2,892.96
                            DIV 11/03/06 12/01/06
12/05                       PFIZER INC                      DIV             5,443.20
                            DIV 11/10/06 12/05/06
12/11                       CHEVRON CORP                    DIV             3,538.08
                            DIV 11/17/06 12/11/06
12/11                       EXXON MOBIL CORP                DIV             5,886.72
                            DIV 11/13/06 12/11/06
12/11                       INTERNATIONAL BUSINESS MACHS    DIV             1,436.40
                            DIV 11/10/06 12/09/06
12/11                       UNITED TECHNOLOGIES CORP        DIV               801.36
                            DIV 11/17/06 12/10/06
12/12                       JOHNSON & JOHNSON               DIV             3,402.00
                            DIV 11/28/06 12/12/06
12/14                       HOME DEPOT INC                  DIV             1,417.50
                            DIV 11/30/06 12/14/06
12/14                       MICROSOFT CORP                  DIV             2,671.20
                            DIV 11/16/06 12/14/06
12/15                       AMERICAN INTL GROUP INC         DIV             1,330.56
                            DIV 12/01/06 12/15/06
12/15                       COCA COLA CO                    DIV             1,953.00
                            DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

MDPTPP03456817

```
[Redacted]
[Redacted]
[Redacted]                                                          12/31/06        2
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0    [Redacted]



12/15                              TIME WARNER INC              DIV                      693.00
                                   DIV 11/30/06 12/15/06
12/15                              WACHOVIA CORP NEW            DIV                    3,386.88
                                   DIV 11/30/06 12/15/06
12/21            15,372   1842     CITI GROUP INC              54.580                838,389.76
12/21             3,528   3842     SCHLUMBERGER LTD            67                     236,235.00
12/21             6,300   6092     COMCAST CORP                43.140                 271,530.00
                                   CL A
12/21            12,096   8092     AT&T INC                    35.810                 432,674.76
12/21            19,152  10342     CISCO SYSTEMS INC           27.730                 530,318.96
12/21            12,600  12342     TIME WARNER INC             21.710                 273,042.00
12/21             6,804  14592     CHEVRON CORP                75.110                 510,776.44
12/21             3,276  16592     UNITED PARCEL SVC INC       76.630                 250,908.88
                                   CLASS B
12/21            32,004  18842     GENERAL ELECTRIC CO         37.630               1,203,030.52
12/21             3,024  20806     UNITED TECHNOLOGIES CORP    62.410                 188,607.84
12/21             1,260  23092     GOLDMAN SACHS GROUP INC    201.700                 254,092.00
12/21             6,048  25024     WACHOVIA CORP NEW           57.430                 347,095.64
12/21             6,300  27342     HOME DEPOT INC              40.080                 252,252.00
12/21            10,332  29274     WELLS FARGO & CO NEW        35.750                 368,956.00
12/21             8,568  31592     HEWLETT PACKARD CO          40.020                 342,549.36
12/21             7,560  33524     WAL-MART STORES INC         46.640                 352,296.40
12/21             4,788  35842     INTERNATIONAL BUSINESS MACHS 95.800                458,499.40
12/21            18,396  37774     EXXON MOBIL CORP            76.800               1,412,077.80
12/21            17,892  40092     INTEL CORP                  21.100                 376,806.20

                                   CONTINUED ON PAGE    3
```

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0      [Redacted]


12/21                   9,072 44342  JOHNSON & JOHNSON            66.780                     605,466.16
12/21                  10,584 48591  J.P. MORGAN CHASE & CO       48.410                     511,948.44
12/21                   6,300 52841  COCA COLA CO                 48.990                     308,385.00
12/21                   2,772 57091  MERRILL LYNCH & CO INC       91.960                     254,803.12
12/21                   6,552 61341  ALTRIA GROUP INC             85.910                     562,620.32
12/21                   6,804 65591  MERCK & CO                   44                         299,104.00
12/21                   3,276 69841  MORGAN STANLEY               80.620                     263,980.12
12/21                  26,712 74091  MICROSOFT CORP               30.110                     803,230.32
12/21                   4,788 80642  ABBOTT LABORATORIES          48.170                     230,446.96
12/21                   8,064 84881  AMERICAN INTL GROUP INC      72.790                     586,656.56
12/21                  12,600 86841  ORACLE CORPORATION           18.050                     226,926.00
12/21                   3,528 89131  AMGEN INC                    70.630                     249,041.64
12/21                   5,040 91091  PEPSICO INC                  63.210                     318,377.40
12/21                   3,780 93359  AMERICAN EXPRESS COMPANY     62.270                     235,229.60
12/21                  22,680 95341  PFIZER INC                   25.870                     585,824.60
12/21                  14,112 97591  BANK OF AMERICA              53.690                     757,109.28
12/21                   9,828 99591  PROCTER & GAMBLE CO          64.120                     629,778.36
12/21  16,250,000             42168  U S TREASURY BILL            99.063   16,097,737.50
                                     DUE 3/01/2007
                                            3/01/2007
12/21      15,617             46409  FIDELITY SPARTAN              1           15,617.00
                                     U S TREASURY MONEY MARKET
12/22                                BANK OF AMERICA              DIV                          7,902.72
                                     DIV 12/01/06 12/22/06
12/29                                FIDELITY SPARTAN             DIV                            110.86
                                     U S TREASURY MONEY MARKET
                                     DIV 12/29/06
```

CONTINUED ON PAGE    4

MDPTPP03456819

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         4
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]


12/29                              TRANS FROM 40 ACCT          JRNL               292,069.00

12/29   8,375,000            2281 U S TREASURY BILL           98.682    8,264,617.50
                                  DUE 4/5/2007
                                       4/05/2007
12/29      10,001            6854 FIDELITY SPARTAN             1           10,001.00
                                  U S TREASURY MONEY MARKET
12/29               41,231  83587 FIDELITY SPARTAN             1                         41,231.00
                                  U S TREASURY MONEY MARKET
12/29           16,600,000  88904 U S TREASURY BILL           99.166                 16,461,556.00
                                  DUE 3/01/2007
                                       3/01/2007
12/29    8,375,000          97809 U S TREASURY BILL           98.780    8,272,825.00
                                  DUE 3/29/2007
                                       3/29/2007

                                  NEW BALANCE                                                 .02

                                  SECURITY POSITIONS       MKT PRICE
            10,001                FIDELITY SPARTAN             1
                                  U S TREASURY MONEY MARKET
         8,375,000                U S TREASURY BILL           98.780
                                  DUE 3/29/2007
                                       3/29/2007
         8,375,000                U S TREASURY BILL           98.682
                                  DUE 4/5/2007
                                       4/05/2007

                                  MARKET VALUE OF SECURITIES
                                       LONG            SHORT
                                  16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                                        12/31/06          5
[Redacted]
[Redacted]
[Redacted]                                        1-H0024-3-0    [Redacted]



                            YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                          285,425.85
                    GROSS PROCEEDS FROM SALES                      141,072,172.20
```

MDPTPP03456821