# EXHIBIT 9

```
             0 .  *

     63,864.42  +
         13.99  +
     63,878.41  *

     63,878.41  ÷
         83.875 =
        761.59  *

         83.875 x
        761.    =
     63,828.88  +I
     63,828.88  x
          0.025 =
      1,595.72  *

      1,595.72  ÷
          4.    x
          8.    =
      3,191.44  *

      3,191.44  +I
        761.    x
          2.25  =
      1,712.25  *

      1,712.25  x
          0.03125 =
         53.51  +I
     67,073.83  ◊I
     67,073.83  ÷
      1,712.25  =
         39.17  *

         39.25  x
      1,712.25  =
     67,205.81  -I
        131.98- *I

        131.98- ÷
          0.125 =
      1,055.84- *

      1,712.00  +
      1,052.00  -
        660.00  *
```

MADTSS00401002

L + C Lipkin                                                          56,180.81         80

| Date | Description | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6  2½  3/10  INA | 8.81 |
| | 2107.13 | | | | |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8  2½  5/8 | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz  7  2½  7/1 | 13.99 |
| | 2176.92 | | | | |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | Aetna  8  2½  9/1 | 49.53 |
| | 3191.88 | | | | |
| 9/5 | Amax | 67,008.— | 70,358.41 | Amax  8  2½  10/30 | 62.29 |
| | 3350.40 | | | | |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | Rockwell  8  2½  12/31 | 15.94 |
| | 3520.66 | | | | |
| 12/31 | Check | 10,000— | | Tomlinson | |
| | Check Ⓐ | | 5000— | " | |
| | | | | " | |
| | | | 68,941.35 | | |



ICE - Aetna Life
+ Casualty 2 PFC
761 @ 83 3/8 =
                63828.88

                        41159.50
1052      39 1/8          32.88
                        41126.62
660       39 1/4 = 25905 -
                          20.63
 1/4 = 9.77
                        25884.37

6/23  B
6/25  S      65020.76
              8 - 2 1/2
1712.25   9/1   3191.88

MADTSS00401003

```
              0·    *

     61,201·49    ÷
           27·5  =
      2,225·51   *

           27·5  ×
        2,225·   =
     61,187·50  +I
     61,187·50   ×
          0·025  =
      1,529·69   *

      1,529·69   ÷
            4·   ×
            7·   =
      2,676·96   *

      2,676·96  +I
        2,225·   ×
           0·75  =
      1,668·75   *

      1,668·75   ×
         0·03125 =
          52·15  +I
     63,916·61  ◊I
     63,916·61   ÷
      1,668·75   =
          38·30   *

          38·375  ×
      1,668·75   =
     64,038·28  -I
        121·67-*I

        121·67-÷
          0·125  =
        973·36-*

      1,668·00   +
        973·00   -
        695·00   *
```

MADTSS00400994





**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

REDACTED

| IDENTIFICATION NO. | ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0646 | | | | | | | | 4/30/80 | 5/7/80 |

CONTRA PARTY | C.H. NUMBER | CODES | SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| BOT | 973 | | HEINZ |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 39 1/6 | 37217.25 | | 30.41 | | | | 37186.84 |

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400988



MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ              28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225  27½        61,187.50

973  38¼        37,217.25
                    30 41
                ─────────
                37,186.84

695  38⅜ = 26,670.63
                    21.72
                ─────────
                26,648.91

7 = 28.67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING 12/31/80

PAGE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12 22 | 1202 | | | RESERVE OIL& GAS | 46 1/2 | 56,172.00 | |
| 12 22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12 22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| 12 22 | | 1110 | | RESERVE OIL & GAS COM | | | 16.46 |
| 12 30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12 30 | | 1330 | | INA CORP | | | 39,858.44 |
| 12 30 | | | | INA CORP | 30 | | 14.92 |
| | 2726 | 973 | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | | HEINZ COM | | | 26.67 |
| | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | | AETNA LIFE COM. | | | 9.77 |
| | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | | AMAX INC. | | | 31.24 |
| | 2947 | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | | | ROCKWELL INTL | | | 10.23 |
| | 2697 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 78,886.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.53 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

YOUR ACCOUNT NUMBER
YOUR TAX PAYER IDENTIFICATION NUMBER

MADTSS00401023

| HJ Heinz 170 | 3rd (?) |
|---|---|
| | P = .75 C |
| 4/9/79 - 5/18 D | P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/4/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/2/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515