# EXHIBIT 25



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

EACH UNIT = 10,040

2088 SCHUPT

| Acct # | NAME | UNITS | NEED | WHY |
|---|---|---|---|---|
| ZRZ11 | EILEEN | 1.5 | 15 | SHUPT |
| C1277 | J.L IRA | 2.0 | 20 | S |
| B0136 | JUDY | 1.5 | 15 | S |
| B0227 | JUDY IRA | 1.5 | 15 | S |
| ZB480 | PEG | .8 | 8 | S |
| ZB482 | PAM | .5 | 5 | S |
| R0126 | RITA | 1.5 | 15 | S |
| C1310 | JL PENS | X | (3) | LOSS FOR TAXES |
| S0431 | MYRA | 1.0 | 10 | S |
| L0174 | MERRYL | .8 | 8 | S |
| D0020 | DOLINSKI | .8 | 8 | S |
| L0205 | GREGORY | .5 | 5 | S |
| L0214 | DEVON | .2 | 2 | S |
| L0157 | RUSSELL | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | AS PER DAVID K |
| D0028 | CARMEN | 5.0 | ~~55~~ | S |
| W0057 | WEISSER | 3.0 | 30 | (REQUIRED) |
| ZR179 | MEND | 21.5 | 215 | (REQ) |
| (ZB032*) | MAJCHIR | 319.0 | 3190 | 2600 EXTRA P+L + to BRING to 11% |
| ZA924 | LEVY ASHER | 7.8 | 78 | (REQ) |
| ZR165 | ABE K | 1.4 | 14 | (REQ) |
| ZR172 | SEY K | 1.4 | 14 | (REQ) |
| ZR097 | Rhoda GANA | .4 | 4 | (REQ) |
| ZB143 | ED TELRIS | 11.6 | 116 | (REQ) |
| ZR010 | Rich GLANTZ | 9.8 | 98 | (REQ) |
| ZB348 | SPERLING | 1.0 | 10 | (REQ) |
| ZA041 | MANN E | .6 | 6 | (REQ) |
| ZA210 | MANN P | .6 | 6 | (REQ) |
| L0124 | NOEL | 38.5 | 385 | ½% CAP  CAP = 77 AM from his LIST |
| E0116* | MANSRA | 92.2 | 822 | 300 EXTRA P+L + to BRING to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | 12B032 NEED 50 |
| 133 | NEED 129 | | | 12B046 NEED 485 |
| 155 | NEED 109 | 522 | | 12B249 NEED 55 |
| 159 | NEED 61 | | | 2600 + 590 = (3190) |
| | 300 + 522 = (822) | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115



4031

PBA0PP  EACH
SCHUPT  MADE 10,040

|  |  | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 |  |  | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 |  |  |  |
| 1B0136 | JUDY DER | 15 |  |  |  |
| 1B0227 | JUDY IRA | 15 |  |  |  |
| 12B480 | PEG | 8 |  |  |  |
| 12B482 | PAM | 5 |  |  |  |
| 1R0126 | ROTA | 15 |  |  |  |
| 1C1210 | SC PEAS | 8 (3) |  |  |  |
| 1S0431 | MYRA | 10 |  |  |  |
| 1L0174 | MERRYL | 8 |  |  |  |
| 1D0020 | DOLIN | 8 |  |  |  |
| 1L0205 | GREGORY | 5 |  |  |  |
| 1L0214 | DEVON | 1 |  |  |  |
| 1L0157 | RUSSEL | 5 |  |  |  |
| 1K0093 | HEATHER | 35 |  |  | 45 PER DLK |
| 1D0028 | CARMEN | 50 |  |  | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 |  |  | 30 REQUIRED |
| 12R179 | MEND | 215 |  |  | 215 REQ |
| 12B032 | MAY | *6728 |  |  | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 78 |  |  | 78 REQ |
| 12R165 | ABE K | 14 |  |  | 14 REQ |
| 12R172 | SEY K | 14 |  |  | 14 REQ |
| 12R097 | RHODA G | 4 |  |  | 4 REQ |
| 12B143 | ED JELRIS G | 116 |  |  | 116 REQ |
| 12R010 | Rich G | 98 |  |  | 98 REQ |
| 12B348 | 2 PEARLING | 10 |  |  | 10 REQ |
| 12A041 | MARV E | 6 |  |  | 6 REQ |
| 12A210 | MARV PLOT | 6 |  |  | 6 REQ |
| 1L0124 | NOEL | 385 |  |  | (1/2% of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116* | MARJO | *1264 |  |  | 300 + BRING ACCTS to 1% |

MOVE TOM to SPEC

WORK CAP FROM LIST = 3,77 MM

BLM → 11%

| 1E0156 | NEED 90 |
| 1E0116 | NEED 170 |
| 1E0133 | NEED 162 |
| 1E0155 | NEED 140 |
| 1E0159 | DID 200 |

@ 13%

964 + 300 = 1264

| 12B032 | NEED | 540 |
| 12B046 | NEED | 2684 |
| 12B249 | NEED | 904 |
| EXTRA → 2600 → 4128 |

BRING TO 14%

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| Acct # | Name | # Needed | Why | (.446 each) Units | Comments etc... |
|---|---|---|---|---|---|
| 10 0002 ⁶⁵⁰ | O'Hara F.P | 21 | SCHOPT ✓ | 14.0 | |
| 10 0013 ¹⁴⁷ | Bern IRA | 4 ᵈ | sch ✓ | 3.0 | |
| 10 0018 ¹⁴³ | J+B Joint | 3 | sch ✓ | 2.0 | |
| 1P 0111 ²⁷⁵ | G+S Joint | 3 | sch ✓ | 2.0 | 12B5⁴² |
| (1C 1094) X | Eileen ○ | 4 | sch ✓ | 3.0 | 12R2⁸⁵ |
| (1C 1277) ²⁷ | Jodi IRA | 10 | sch ✓ | 7.0 | 12R31⁰ |
| (1B 0136) ¹⁶⁰ | Judy | 13 | sch ✓ | 9.0 | |
| (1B 0227) ²⁶⁴ | Judy IRA | 8 | sch ✓ | 6.0 | |
| (12B 480) ⁴⁰⁰ | Peggy | 15 | sch ✓ | 10.0 | |
| (12B 482) ¹¹⁶ | Pam | 4 | sch ✓ | 3.0 | |
| (12R 211) ¹⁵¹ | Eileen IRA ○ | 6 | sch ✓ | 4.0 | |
| 1S 0008 ⁰ | J. Sala + Demi | 14 | Past Person Acct N/W ✓ | 10.0 | ALL caught up to ¹¹/³¹/04 |
| 1R 0186 ⁰ | Asha | 7 | Past Performance Acct N/W ✓ | 5.0 | ALL caught to 12/31/04 |
| 1L 0157 ⁰ | Russ | 6 | sch ✓ | 4.0 | |
| 1L 0205 ⁰ | Gregory | 5 | sch ✓ | 4.0 | |
| 1L 0214 ⁰ | Devon | 5 | sch ✓ | 4.0 | |
| 1D 0020 ⁰ | D.F.F | 5 | sch ✓ | 4.0 | |
| 1L 0174 ⁰ | Merryl | 7 | sch ✓ | 5.0 | |
| 1S 0431 ⁰ | Myra | 7 | sch ✓ | 5.0 | |
| 1M 0200 ⁴¹¹ | Ralph | 4 | sch ✓ | 3.0 | |
| 1I 0010 ⁸⁹¹ | Jodie + John | 20 | sch ✓ | 14.0 | |
| 1C 1328 ⁸⁰ | Ellie | 6 | sch ✓ | 4.0 | |
| 1D 0018 ²⁰⁰ ²³¹ X | Mom | 91 | sch ✓ | 63.0 | |
| 12R 028 ⁰ | Sarah Cohen | * | sch ✓ | 1.0 | * Acct closed one time deal |
| (1R 0126) ¹⁶⁶ | Rita | 15 | sch ✓ | 10.0 | |
| 1D 0070 ⁰ | Carmen | 75 | sch ✓ | 52.0 | |
| 1D 0028 ⁰ | Carmen | 65 | sch ✓ | 45.0 | |
| 1W 0057 X | Weisser | 30 | REQ | ✗ | No acct can not do |
| 12R 179 ⁰ | Mendelow S | 215 107.5 | REQ ✓ | 75.0 | |
| 12R 180 ⁰ | Mendelow N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 for 2004

$39² / Kary 1K 0017 added 64,260 March 07 for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | M4G Each Unit | Comments etc... |
|---|---|---|---|---|---|
| 12A924° | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165° | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R172° | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R097° | Rhoda Gaba | 4 | REQ ✓ | 3.0 | |
| 12B143° | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041° | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210° | Marj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124° | Noel Levine | 362 | w/e @ 12% list ✓ | 250.0 | 72.4 cap @ ½% |
| 1E0165° | Englergrat | 20 | needs to be 11% ✓ | 14.0 | Goes to 11% |
| 1E0156° | Engler QTIP ✓ | 21 | | 14.0 | 300 Extra @ 116 |
| 1E0116° | Marja ✓ | 1.0 | 300 extra put here ✓ | 7.0 | |
| 1E0133° | Marja ✓ | 31 | ✓ | 21.0 | |
| 1E0155° | Engler F.T ✓ | 26 | Fixed 30% + 300,160 ✓ | 18.0 | |
| 1E0159° | Marja IRA ✓ | 30 | p+c ✓ | 21.0 | |
| Frank ↓ | | S/B 660,000 put SP in 2005 | | DID | $600,000 Jan '05 Done |
| 12B046° | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032° | Mayfair | 108,000 + 1680 Aspen F.A = 1,785,000 P.P. | ✓ | 1235.0 | |
| 12B249° | Mayfair Book | 270,000 | ✓ | 187.0 | |
| 12B509° | Aster | 42,000 | ✓ | 29.0 | |
| 12B262° | Stratham | 26,000 | ✓ | 18.0 | |
| 12A879° | Ken Joada | 20,000 | ✓ | 14.0 | |
| 12B510° | St James | 42000 | ✓ | 29.0 | |

690 T6T
74/28

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMM |
|---|---|---|---|---|---|
| 1:00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C1094 X | | 4 | | 3 | |
| 1C1277 X | | 30 | | 22 | |
| 1B0136 X | | 15 | | 11 | |
| 1B0227 X | | 25 | | 19 | |
| 12B480 X | | 16 | | 12 | |
| 12B482 X | | 7 | | 5 | |
| 12R211 X | | 10 | | 8 | |
| 1S0208 0 for 2005 | | 10 | | 8 | |
| 1R0186 ✓ | | 5 | | 4 | |
| 1L0157 ✓ | | 6 | | 5 | |
| 1L0205 ✓ | | 6 | | 5 | |
| 1L0214 ✓ | | 4 | | 3 | |
| 1D0020 ✓ | | 7 | | 5 | |
| 1L0174 ✓ | | 6 | | 5 | |
| 1S0431 ✓ | | 8 | | 6 | |
| 1M0200 ✓ | | 14 | | 11 | |
| 1I0010 ✓ | | 17 | | 12 | |
| 1C1328 ✓ | | 3 | | 3 | |
| 1D0018 ✓ | | — | | — | |
| 12R028 X | | — | | — | |
| 1R0126 ✓ | | 8 | | 6 | |
| 1D0070 X | | — | | — | |
| 1D0028 X | | — | | — | |
| 1W0057 X  X | | — | | — | |
| 12R179 | | 108 | WX 30 | 78 | |
| 12R180 | | 108 | WX 30 | 78 | |
| | | | 2/11 | 346 | |
| | | | | TOTAL 300F | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A724 | ✓ | 78 | | 57 | |
| 12R165 | ✓ | 14 | | 11 | |
| 12R172 | ✓ | 14 | | 11 | |
| 12R097 | ✓ | 4 | | 3 | |
| 12B143 | ✓ | 116 | | 85 | |
| 12R010 | ✓ | 98 | | 72 | |
| 12B348 | ✓ | 10 | | 8 | |
| 12A011 | ✓ | 6 | | 5 | |
| 12A210 | ✓ | 6 | | 5 | |
| 1C012 | ✓ | 351 | | 256 | |
| 1E0165 | X | 11 | | 8 | |
| 1E0156 | X | 11 | | 8 | |
| 1E0116 | ✓ | — | | — | 300 GOES IN IN 2006 FOR 05 |
| 1E0133 | X | 16 | | 12 | |
| 1E0155 | X | 13 | | 10 | |
| 1E0159 | X | 74 | | 54 | |
| 12B046 | X | 1680 | | 1227 | |
| 12B032 | ✓ | 109 | | 80 | |
| 12B259 | X | 148 | | 108 | |
| 12B509 | X | 356 | | 260 | |
| 12B262 | X | 180 | | 132 | |
| 12A879 | X | 57 | | 42 | |
| 12B510 | ✓ | 284 | | 208 | |
| | | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEED | | V/C 2086 | NOT |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPH | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARV ENG | 6 | | 3 | ✓ |
| 12A210 | MARV PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT # | NAME | # NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 (A) | KAREN | — | ALREADY KOKO OVER W/ (A) | — | ✗ |
| 1L0214 (A) | DEVON LIPKIN | — | ALREADY KOKO OVER W/ (A) | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER # of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 (A) | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 (A) | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 1ZR211 | 5.0 |
| J.B IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 1ZR179 | 75.0 |
| NANCY | 1ZR180 | 86.0 |
| MAT PEN | 1ZB249 | ~~15.0~~ 200.0 ✓ |
| MAT | 1ZB032 | 2000.0 |
| GROJ | 1ZB046 | ~~500.0~~ 400.0 |
| LEVY | 1ZA924 | 58.0 |
| ABE KLEIN | 1ZR165 | 11.0 |
| SEY KLEIN | 1ZR172 | 11.0 |
| RHODA (GAGA) | 1ZR097 | 3.0 |
| ED | 1ZB143 | 87.0 |
| Rich | 1ZR010 | 73.0 |
| SPERLING | 1ZB348 | 8.0 |
| M ENG | 1ZA041 | 5.0 |
| M PLAT | 1ZA210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| | 1E0116 | 265.0 |
| (IRA) M.R.J.P | 1E0159 | 42.0 |
| | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131