# EXHIBIT 30

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-00233-1-5 | 9/30/1980 | 8/22/1980 | 579 | - | 17.25 | HAZLETON LABS CORP |
| 1-01225-1-3 | 11/30/1981 | 10/2/1981 | - | 7,300 | 45.00 | GENERAL MOTORS CORP |
| 1-05009-1-6 | 6/30/1982 | 5/17/1982 | 3,400 | - | 35.25 | CITIES SVC CO |
| 1-01828-1-4 | 8/31/1982 | 7/12/1982 | - | 1,731 | 17.50 | DIGITAL SWITCH CORP |
| 1-01316-1-3 | 3/31/1983 | 1/13/1983 | 800 | - | 27.50 | MCI COMMUNICATIONS CORP |
| 1-03028-3-0 | 12/30/1983 | 11/1/1983 | - | 7,500 | 124.13 | TEXAS INSTRS INC |
| 1-01214-2-0 | 12/30/1983 | 11/10/1983 | - | 3 | 17.50 | ENERGAS COMPANY |
| 1-00339-5-0 | 3/31/1984 | 2/22/1984 | - | 201 | 36.88 | BARNETT BKS FLA INC |
| 1-00243-3-0 | 1/31/1985 | 3/13/1984 | 555 | - | 89.75 | DIGITAL EQUIP CORP |
| 1-01125-3-0 | 4/30/1984 | 3/14/1984 | - | 4,500 | 90.13 | DIGITAL EQUIP CORP |
| 1-01006-3-0 | 8/31/1984 | 4/27/1984 | - | 54,000 | 12.88 | AMDAHL CORP |
| 1-01006-3-0 | 8/31/1984 | 5/2/1984 | - | 52,000 | 9.25 | MCI COMMUNICATIONS CORP |
| 1-01006-3-0 | 8/31/1984 | 5/2/1984 | - | 31,500 | 30.75 | AMERICAN EXPRESS COMPANY |
| 1-01006-3-0 | 8/31/1984 | 5/2/1984 | - | 23,000 | 33.00 | APPLE COMPUTER INC |
| 1-00243-3-0 | 1/31/1985 | 6/22/1984 | 270 | - | 85.50 | DIGITAL EQUIP CORP |
| 1-01006-3-0 | 8/31/1984 | 6/29/1984 | 30,000 | - | 7.50 | MCI COMMUNICATIONS CORP |
| 1-01006-3-0 | 8/31/1984 | 6/29/1984 | 23,000 | - | 27.50 | APPLE COMPUTER INC |
| 1-01006-3-0 | 8/31/1984 | 7/2/1984 | 22,000 | - | 7.63 | MCI COMMUNICATIONS CORP |
| 1-01006-3-0 | 8/31/1984 | 7/2/1984 | 26,000 | - | 11.63 | AMDAHL CORP |
| 1-01006-3-0 | 8/31/1984 | 7/3/1984 | 10,000 | - | 11.63 | AMDAHL CORP |
| 1-01006-3-0 | 8/31/1984 | 7/3/1984 | 31,500 | - | 28.88 | AMERICAN EXPRESS COMPANY |
| 1-01006-3-0 | 8/31/1984 | 7/6/1984 | 18,000 | - | 11.38 | AMDAHL CORP |
| 1-01125-3-0 | 8/31/1984 | 7/23/1984 | 50,000 | - | 6.25 | MCI COMMUNICATIONS CORP |
| 1-01125-3-0 | 8/31/1984 | 7/24/1984 | 17,600 | - | 26.50 | INTEL CORP |
| 1-00243-3-0 | 1/31/1985 | 7/31/1984 | 400 | - | 83.00 | DIGITAL EQUIP CORP |
| 1-00243-3-0 | 1/31/1985 | 7/31/1984 | 400 | - | 83.13 | DIGITAL EQUIP CORP |
| 1-01980-3-0 | 10/31/1984 | 9/21/1984 | 3,970 | - | 123.75 | INTERNATIONAL BUSINESS MACHS |
| 1-01006-3-0 | 1/31/1985 | 12/19/1984 | 25,500 | - | 37.50 | TRAVELERS CORP |
| 1-01006-3-0 | 1/31/1985 | 12/19/1984 | - | 25,000 | 37.50 | TRAVELERS CORP |
| 1-02008-5-0 | 3/31/1985 | 2/4/1985 | 8,665 | - | 9.25 | FORUM GROUP INC |
| 1-02008-5-0 | 3/31/1985 | 2/5/1985 | - | 6,400 | 15.63 | SONY CORP AMERN SH NEW |
| 1-02008-3-0 | 3/31/1985 | 2/5/1985 | 6,400 | - | 15.63 | SONY CORP AMERN SH NEW |
| 1-02008-5-0 | 3/31/1985 | 2/5/1985 | - | 4,400 | 34.00 | NORTHROP CORP |
| 1-02008-3-0 | 3/31/1985 | 2/5/1985 | 4,400 | - | 34.00 | NORTHROP CORP |
| 1-02008-5-0 | 3/31/1985 | 2/5/1985 | - | 2,500 | 41.00 | TRAVELERS CORP |
| 1-02008-3-0 | 3/31/1985 | 2/5/1985 | 2,500 | - | 41.00 | TRAVELERS CORP |
| 1-00212-3-0 | 5/31/1985 | 2/5/1985 | - | 14,500 | 14.00 | NATIONAL SEMICONDUCTOR CORP |
| 1-02008-3-0 | 3/31/1985 | 2/6/1985 | 2,800 | - | 35.88 | AMR CORP |
| 1-02008-5-0 | 3/31/1985 | 2/6/1985 | - | 2,800 | 35.88 | AMR CORP |
| 1-02008-5-0 | 3/31/1985 | 2/7/1985 | - | 670 | 70.63 | UPJOHN CO |
| 1-02008-3-0 | 3/31/1985 | 2/7/1985 | 670 | - | 70.63 | UPJOHN CO |
| 1-00212-3-0 | 5/31/1985 | 2/11/1985 | - | 50,000 | 30.25 | APPLE COMPUTER INC |
| 1-00212-3-0 | 5/31/1985 | 2/12/1985 | - | 50,000 | 30.25 | APPLE COMPUTER INC |
| 1-00212-3-0 | 5/31/1985 | 2/12/1985 | 17,000 | - | 46.00 | ATLANTIC RICHFIELD CO |
| 1-01210-2-0 | 3/31/1985 | 2/14/1985 | - | 600 | 15.50 | UNIVERSITY PATENTS INC |
| 1-00212-3-0 | 5/31/1985 | 2/14/1985 | - | 20,000 | 14.00 | NATIONAL SEMICONDUCTOR CORP |
| 1-00212-3-0 | 5/31/1985 | 2/14/1985 | 40,000 | - | 49.25 | ATLANTIC RICHFIELD CO |
| 1-00212-3-0 | 5/31/1985 | 2/15/1985 | 7,100 | - | 39.13 | AMR CORP |
| 1-00243-3-0 | 1/31/1986 | 4/17/1985 | 1,850 | - | 48.50 | ATLANTIC RICHFIELD CO |
| 1-00243-3-0 | 1/31/1986 | 4/17/1985 | - | 825 | 109.50 | DIGITAL EQUIPMENT CORP |
| 1-00243-3-0 | 1/31/1986 | 5/10/1985 | 7,500 | - | 8.38 | MCI COMMUNICATIONS CORP |
| 1-00243-3-0 | 1/31/1986 | 8/19/1985 | 4,000 | - | 17.75 | PRIME COMPUTER INC |
| 1-01991-3-0 | 10/31/1985 | 9/23/1985 | - | 12,900 | 88.88 | BELL ATLANTIC CORP |
| 1-01992-3-0 | 10/31/1985 | 9/23/1985 | 12,900 | - | 88.88 | BELL ATLANTIC CORP |
| 1-01991-3-0 | 10/31/1985 | 9/23/1985 | - | 9,500 | 89.75 | AMERICAN INFORMATION TECH CORP |
| 1-01992-3-0 | 10/31/1985 | 9/23/1985 | 9,500 | - | 89.75 | AMERICAN INFORMATION TECH CORP |
| 1-02008-3-0 | 12/31/1985 | 11/1/1985 | - | 1,500 | 119.50 | GENERAL FOODS CORP |
| 1-00243-3-0 | 1/31/1986 | 11/27/1985 | - | 250 | 67.50 | ATLANTIC RICHFIELD CO |
| 1-00243-3-0 | 1/31/1986 | 12/9/1985 | 1,600 | - | 19.38 | APPLE COMPUTER INC |
| 1-00243-3-0 | 1/31/1986 | 12/18/1985 | - | 1,600 | 22.75 | APPLE COMPUTER INC |
| 1-05101-3-0 | 3/31/1986 | 2/7/1986 | - | 42,300 | 47.63 | AMR CORP |
| 1-05101-3-0 | 3/31/1986 | 2/7/1986 | 25,800 | - | 62.63 | FEDERAL EXPRESS CORP |
| 1-00243-3-0 | 12/31/1986 | 5/2/1986 | 1,000 | - | 75.50 | DU PONT E I DE NEMOURS & CO |
| 1-00243-3-0 | 12/31/1986 | 6/4/1986 | - | 4,000 | 20.13 | PRIME COMPUTER INC |
| 1-00243-3-0 | 12/31/1986 | 6/13/1986 | - | 7,500 | 10.38 | MCI COMMINICAITONS CORP |

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-00252-3-0 | 12/31/1986 | 6/18/1986 | 5,700 | - | 33.00 | APPLE COMPUTER INC |
| 1-00243-3-0 | 12/31/1986 | 6/20/1986 | 4,400 | - | 35.00 | APPLE COMPUTER INC |
| 1-01501-5-0 | 10/31/1986 | 8/7/1986 | 11,823 | - | 40.75 | UNITED TECHNOLOGIES CORP |
| 1-01214-7-0 | 10/31/1986 | 8/13/1986 | - | 30,000 | 57.13 | EASTMAN KODAK CO |
| 1-01214-3-0 | 10/31/1986 | 8/13/1986 | 30,000 | - | 57.13 | EASTMAN KODAK CO |
| 1-01214-3-0 | 10/31/1986 | 8/13/1986 | 51,900 | - | 77.00 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/13/1986 | - | 51,900 | 77.00 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/13/1986 | - | 30,000 | 77.25 | GENERAL ELECTRIC CO |
| 1-01214-3-0 | 10/31/1986 | 8/13/1986 | 30,000 | - | 77.25 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/14/1986 | - | 40,000 | 77.13 | GENERAL ELECTRIC CO |
| 1-01214-3-0 | 10/31/1986 | 8/14/1986 | 40,000 | - | 77.13 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/15/1986 | - | 34,450 | 57.25 | EASTMAN KODAK CO |
| 1-01214-3-0 | 10/31/1986 | 8/15/1986 | 34,450 | - | 57.25 | EASTMAN KODAK CO |
| 1-01214-7-0 | 10/31/1986 | 8/15/1986 | - | 30,000 | 76.75 | GENERAL ELECTRIC CO |
| 1-01214-3-0 | 10/31/1986 | 8/15/1986 | 30,000 | - | 76.75 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/18/1986 | - | 30,000 | 57.38 | EASTMAN KODAK CO |
| 1-01214-3-0 | 10/31/1986 | 8/18/1986 | 30,000 | - | 57.38 | EASTMAN KODAK CO |
| 1-01214-3-0 | 10/31/1986 | 8/18/1986 | 40,000 | - | 76.88 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/18/1986 | - | 40,000 | 76.88 | GENERAL ELECTRIC CO |
| 1-01214-7-0 | 10/31/1986 | 8/20/1986 | - | 40,000 | 138.88 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-5-0 | 10/31/1986 | 8/20/1986 | 40,000 | - | 138.88 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-5-0 | 10/31/1986 | 8/20/1986 | 40,000 | - | 139.00 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-7-0 | 10/31/1986 | 8/20/1986 | - | 61,590 | 139.00 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-7-0 | 10/31/1986 | 8/20/1986 | - | 50,000 | 139.13 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-3-0 | 10/31/1986 | 8/20/1986 | 50,000 | - | 139.13 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-3-0 | 10/31/1986 | 8/20/1986 | 21,800 | - | 139.25 | INTERNATIONAL BUSINESS  MACHS |
| 1-01214-7-0 | 10/31/1986 | 8/20/1986 | - | 21,800 | 139.25 | INTERNATIONAL BUSINESS MACHS |
| 1-01214-3-0 | 10/31/1986 | 8/20/1986 | 50,000 | - | 139.38 | INTERNATIONAL BUSINESS  MACHS |
| 1-01214-7-0 | 10/31/1986 | 8/20/1986 | - | 50,000 | 139.38 | INTERNATIONAL BUSINESS MACHS |
| 1-00212-3-0 | 12/31/1986 | 9/6/1986 | - | 20,000 | 80.25 | GENERAL FOODS CORP |
| 1-00212-3-0 | 12/31/1986 | 9/9/1986 | - | 50,000 | 81.00 | GENERAL FOODS CORP |
| 1-02611-3-0 | 12/31/1986 | 10/17/1986 | 37,035 | - | 6.75 | MCI COMMUNICATIONS CORP |
| 1-02601-3-0 | 12/31/1986 | 10/17/1986 | - | 37,035 | 6.75 | MCI COMMUNICATIONS CORP |
| 1-01611-5-0 | 12/31/1986 | 11/11/1986 | 70,000 | - | 29.75 | ENVIRONMENTAL TREATMENT & TECH |
| 1-01611-5-0 | 12/31/1986 | 11/13/1986 | 25,000 | - | 29.75 | ENVIRONMENTAL TREATMENT & TECH |
| 1-01906-3-0 | 1/31/1987 | 12/9/1986 | - | 17,500 | 62.38 | XEROX CORP |
| 1-01906-3-0 | 1/31/1987 | 12/10/1986 | 17,500 | - | 61.75 | XEROX CORP |
| 1-01906-3-0 | 1/31/1987 | 12/10/1986 | - | 14,200 | 72.00 | JOHNSON & JOHNSON |
| 1-01906-3-0 | 1/31/1987 | 12/11/1986 | 14,200 | - | 71.25 | JOHNSON & JOHNSON |
| 1-00826-2-0 | 9/30/1987 | 7/2/1987 | 700 | - | 9.25 | AMERICAN CYANAMID CO |
| 1-00826-2-0 | 9/30/1987 | 7/2/1987 | 100 | - | 9.38 | AMERICAN  CYANAMID CO |
| 1-00826-2-0 | 9/30/1987 | 7/2/1987 | - | 700 | 49.25 | AMERICAN CYANAMID CO |
| 1-00826-2-0 | 9/30/1987 | 7/2/1987 | - | 100 | 49.38 | AMERICAN CYANAMID CO |
| 1-00403-3-0 | 8/31/1987 | 7/27/1987 | - | 110,000 | 30.75 | AMERICAN TEL & TELEG CO |
| 1-00134-3-0 | 3/31/1988 | 1/25/1988 | 8,400 | - | 43.75 | EASTMAN KODAK CO |
| 1-00134-3-0 | 3/31/1988 | 1/25/1988 | - | 7,500 | 43.75 | EASTMAN KODAK CO |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 50,000 | 10.13 | BANKAMERICA CORP |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 15.50 | SANTA FE SO PACIFIC CORP |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 15.50 | SANTA FE SO PACIFIC CORP |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 18.63 | UNION CARBIDE CORP |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 23.50 | AMERICAN EXPRESS COMPANY |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 29.38 | INTEL CORP |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 32.75 | SYNTEX CORP |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 50,000 | 37.88 | APPLE COMPUTER INC |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 50,000 | 39.38 | AMR CORP |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 39.63 | GENERAL ELECTRIC CO |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 42.63 | TEXAS INSTRS INC |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 50,000 | 43.63 | ALUMINUM COMPANY OF AMERICA |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 45.63 | FORD MOTOR CO DEL |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 49.25 | MERCK & CO |
| 1-01214-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 54.75 | DISNEY WALT PRODTNS |
| 1-01609-9-0 | 12/31/1988 | 5/24/1988 | - | 75,000 | 79.00 | DOW CHEMICAL CO |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 60,000 | 10.25 | BANKAMERICA CORP |
| 1-01609-9-0 | 12/31/1988 | 5/25/1988 | - | 75,000 | 15.50 | SANTA FE SO PACIFIC CORP |
| 1-01609-9-0 | 12/31/1988 | 5/25/1988 | - | 75,000 | 29.38 | INTEL CORP |

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 24,000 | 34.00 | SYNTEX CORP |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 60,000 | 38.63 | APPLE COMPUTER INC |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 50,000 | 40.38 | AMR CORP |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 75,000 | 40.63 | EASTMAN KODAK CO |
| 1-01609-9-0 | 12/31/1988 | 5/25/1988 | - | 50,000 | 44.50 | AMDAHL CORP |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 50,000 | 45.00 | ALUMINUM COMPANY OF AMERICA |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 75,000 | 46.13 | FORD MOTOR CO DEL |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 75,000 | 50.13 | MERCK & CO |
| 1-01214-9-0 | 12/31/1988 | 5/25/1988 | - | 75,000 | 55.75 | DISNEY WALT PRODTNS |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 60,000 | 10.38 | BANKAMERICA CORP |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 15.63 | MARION LABS INC |
| 1-01609-9-0 | 12/31/1988 | 5/26/1988 | - | 50,000 | 18.63 | UNION CARBIDE CORP |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 29.50 | INTEL CORP |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 32.88 | UNISYS CORP |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 60,000 | 38.63 | APPLE COMPUTER INC |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 40.63 | EASTMAN KODAK CO |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 43.00 | TEXACO INC |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 50.00 | MERCK & CO |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 50,000 | 56.38 | DISNEY WALT PRODTNS |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 75,000 | 72.38 | GENERAL MOTORS CORP |
| 1-01214-9-0 | 12/31/1988 | 5/26/1988 | - | 32,400 | 76.00 | MONSANTO CO |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 18.50 | UNION CARBIDE CORP |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 32.50 | UNISYS CORP |
| 1-01609-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 40.38 | EASTMAN KODAK CO |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 42.50 | TEXAS INSTRS INC |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 63,800 | 44.13 | ALUMINUM COMPANY OF AMERICA |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 45.75 | FORD MOTOR CO DEL |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 56.38 | DISNEY WALT PRODTNS |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 54,000 | 72.75 | GENERAL MOTORS CORP |
| 1-01609-9-0 | 12/31/1988 | 5/27/1988 | - | 50,000 | 75.63 | MONSANTO CO |
| 1-01214-9-0 | 12/31/1988 | 5/27/1988 | - | 75,000 | 79.38 | DOW CHEMICAL CO |
| 1-01609-9-0 | 12/31/1988 | 5/31/1988 | - | 50,000 | 32.50 | UNISYS CORP |
| 1-01214-9-0 | 12/31/1988 | 5/31/1988 | - | 75,000 | 75.88 | MONSANTO CO |
| 1-01214-9-0 | 12/31/1988 | 5/31/1988 | - | 75,000 | 79.75 | DOW CHEMICAL CO |
| 1-01214-9-0 | 12/31/1988 | 6/9/1988 | 75,000 | - | 18.88 | SANTA FE SO PACIFIC CORP |
| 1-01214-9-0 | 12/31/1988 | 6/9/1988 | 24,000 | - | 43.38 | SYNTEX CORP |
| 1-01214-9-0 | 12/31/1988 | 6/10/1988 | 75,000 | - | 18.75 | MARION LABS INC |
| 1-01609-9-0 | 12/31/1988 | 6/10/1988 | 75,000 | - | 19.25 | SANTA FE SO PACIFIC CORP |
| 1-01214-9-0 | 12/31/1988 | 6/14/1988 | 75,000 | - | 27.50 | AMERICAN EXPRESS COMPANY |
| 1-01609-9-0 | 12/31/1988 | 6/14/1988 | 75,000 | - | 44.38 | GENERAL ELECTRIC CO |
| 1-01214-9-0 | 12/31/1988 | 6/14/1988 | 50,000 | - | 45.50 | AMR CORP |
| 1-01214-9-0 | 12/31/1988 | 6/14/1988 | 50,000 | - | 55.88 | AMDAHL CORP |
| 1-01214-9-0 | 12/31/1988 | 6/14/1988 | 54,000 | - | 79.75 | GENERAL MOTORS CORP |
| 1-01214-9-0 | 12/31/1988 | 6/14/1988 | 75,000 | - | 80.38 | GENERAL MOTORS CORP |
| 1-01609-9-0 | 12/31/1988 | 9/26/1988 | 75,000 | - | 28.38 | INTEL CORP |
| 1-01609-9-0 | 12/31/1988 | 9/26/1988 | 75,000 | - | 28.50 | INTEL CORP |
| 1-01609-9-0 | 12/31/1988 | 9/26/1988 | 75,000 | - | 42.00 | TEXAS INSTRS INC |
| 1-01609-9-0 | 12/31/1988 | 9/29/1988 | 75,000 | - | 44.00 | APPLE COMPUTER INC |
| 1-01609-9-0 | 12/31/1988 | 9/30/1988 | 75,000 | - | 32.88 | UNISYS CORP |
| 1-01609-9-0 | 12/31/1988 | 9/30/1988 | 50,000 | - | 33.00 | UNISYS CORP |
| 1-01609-9-0 | 12/31/1988 | 9/30/1988 | 50,000 | - | 43.88 | APPLE COMPUTER INC |
| 1-01201-5-0 | 12/31/1988 | 10/17/1988 | - | 32,636 | 49.00 | HOSPITAL CORP OF AMERICA |
| 1-01201-5-0 | 12/31/1988 | 10/17/1988 | 34,551 | - | 49.00 | HOSPITAL CORP OF AMERICA |
| 1-01214-9-0 | 12/31/1988 | 10/25/1988 | 225,000 | - | 27.25 | INTEL CORP |
| 1-02601-3-0 | 6/30/1989 | 1/10/1989 | - | 8,140 | 52.25 | AMR CORP |
| 1-02601-3-0 | 6/30/1989 | 1/23/1989 | - | 25,934 | 21.75 | MCI COMMUNICATIONS CORP |
| 1-02615-3-0 | 6/30/1989 | 1/23/1989 | - | 1,000 | 87.13 | LILLY ELI & CO |
| 1-02615-3-0 | 7/31/1989 | 1/23/1989 | 2,000 | - | 40.88 | APPLE COMPUTER INC |
| 1-00362-3-0 | 3/31/1989 | 2/3/1989 | 5,000 | - | 39.88 | ALUMINUM COMPANY OF AMERICA |
| 1-00362-3-0 | 3/31/1989 | 2/3/1989 | - | 5,000 | 64.00 | ALUMINUM COMPANY OF AMERICA |
| 1-03028-3-0 | 3/31/1990 | 2/20/1989 | 15,000 | - | 96.63 | CHUBB CORP |
| 1-02601-3-0 | 8/31/1989 | 6/16/1989 | 36,700 | - | 28.50 | 3COM CORP |
| 1-02615-3-0 | 8/31/1989 | 6/16/1989 | - | 2,000 | 43.63 | APPLE COMPUTER INC |
| 1-02601-3-0 | 8/31/1989 | 7/14/1989 | - | 36,700 | 16.50 | 3COM CORP |
| 1-02601-3-0 | 8/31/1989 | 7/17/1989 | 38,000 | - | 16.00 | AMDAHL CORP |

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-05123-3-0 | 9/30/1990 | 10/21/1989 | 2,000,000 | - | 6.88 | MCI COMMUNICATIONS CORP |
| 1-01215-5-0 | 12/31/1989 | 11/8/1989 | - | 77,380 | 39.50 | FEDERAL NATIONAL MTG ASSN |
| 1-00226-5-0 | 3/31/1990 | 1/11/1990 | - | 2,000 | 37.13 | FEDERAL NATIONAL MTG ASSN |
| 1-03028-3-0 | 3/31/1990 | 2/20/1990 | - | 15,000 | 96.63 | CHUBB CORP |
| 1-01263-5-0 | 3/31/1990 | 2/22/1990 | - | 35,000 | 35.00 | FEDERAL NATIONAL MTG ASSN |
| 1-01230-5-0 | 3/31/1990 | 2/22/1990 | 35,000 | - | 35.00 | FEDERAL NATIONAL MTG ASSN |
| 1-05123-3-0 | 9/30/1990 | 5/18/1990 | - | 2,820,000 | 42.38 | MCI COMMUNICATIONS CORP |
| 1-05123-3-0 | 9/30/1990 | 5/22/1990 | 100,000 | - | 42.50 | NOVELL INC |
| 1-05123-3-0 | 9/30/1990 | 5/22/1990 | 95,000 | - | 42.63 | NOVELL INC |
| 1-05123-3-0 | 9/30/1990 | 5/22/1990 | 100,000 | - | 64.75 | AMR CORP |
| 1-05123-3-0 | 9/30/1990 | 5/22/1990 | 67,000 | - | 91.00 | DIGITAL EQUIPMENT CORP |
| 1-05123-3-0 | 9/30/1990 | 5/22/1990 | 150,000 | - | 118.25 | COMPAQ COMPUTER CORP |
| 1-05123-3-0 | 9/30/1990 | 5/22/1990 | 35,000 | - | 118.38 | COMPAQ COMPUTER CORP |
| 1-05123-3-0 | 9/30/1990 | 5/23/1990 | 120,000 | - | 64.00 | AMR CORP |
| 1-05123-3-0 | 9/30/1990 | 5/23/1990 | 78,000 | - | 91.75 | DIGITAL EQUIPMENT CORP |
| 1-05123-3-0 | 9/30/1990 | 5/23/1990 | 80,500 | - | 119.00 | COMPAQ COMPUTER CORP |
| 1-01201-5-0 | 12/31/1990 | 10/9/1990 | - | 25,705 | 47.75 | INTERNATIONAL PAPER CO |
| 1-01201-5-0 | 12/31/1990 | 10/9/1990 | 16,577 | - | 47.75 | INTERNATIONAL PAPER CO |
| 1-01201-5-0 | 12/31/1990 | 10/22/1990 | - | 23,112 | 46.75 | KERR MCGEE CORP |
| 1-01201-5-0 | 12/31/1990 | 10/22/1990 | 26,145 | - | 46.75 | KERR MCGEE CORP |
| 1-01125-7-0 | 12/31/1990 | 10/31/1990 | 21,190 | - | 50.63 | PHELPS DODGE CORP |
| 1-01125-7-0 | 12/31/1990 | 10/31/1990 | - | 6,166 | 50.63 | PHELPS DODGE CORP |
| 1-00424-3-0 | 4/30/1992 | 1/17/1991 | 80,000 | - | 31.25 | NOVELL INC |
| 1-01125-7-0 | 3/31/1991 | 1/29/1991 | 13,500 | - | 66.88 | DIGITAL EQUIPMENT CORP |
| 1-05123-3-0 | 6/30/1991 | 5/7/1991 | - | 200,000 | 51.25 | COMPAQ COMPUTER CORP |
| 1-05123-3-0 | 6/30/1991 | 5/9/1991 | - | 200,000 | 51.00 | COMPAQ COMPUTER CORP |
| 1-05123-3-0 | 6/30/1991 | 5/10/1991 | - | 131,000 | 52.00 | COMPAQ COMPUTER CORP |
| 1-05123-3-0 | 6/30/1991 | 5/15/1991 | 229,000 | - | 48.50 | INTEL CORP |
| 1-05123-3-0 | 6/30/1991 | 5/16/1991 | 100,000 | - | 37.00 | FEDERAL EXPRESS CORP |
| 1-05123-3-0 | 6/30/1991 | 5/17/1991 | 100,000 | - | 35.88 | FEDERAL EXPRESS CORP |
| 1-05123-3-0 | 6/30/1991 | 5/20/1991 | 125,000 | - | 37.00 | FEDERAL EXPRESS CORP |
| 1-01624-3-0 | 10/31/1991 | 7/18/1991 | - | 20,000 | 43.25 | NIKE INC |
| 1-01624-3-0 | 10/31/1991 | 7/19/1991 | - | 30,000 | 59.75 | COCA COLA CO |
| 1-01624-3-0 | 10/31/1991 | 7/19/1991 | - | 30,000 | 68.00 | DIGITAL EQUIPMENT CORP |
| 1-01624-3-0 | 10/31/1991 | 7/19/1991 | - | 30,000 | 88.75 | JOHNSON & JOHNSON |
| 1-01624-3-0 | 10/31/1991 | 7/22/1991 | - | 30,000 | 93.00 | MINNESOTA MNG & MFG CO |
| 1-03016-7-0 | 12/31/1991 | 11/4/1991 | - | 12,000 | 30.00 | ARGONAUT GROUP INC |
| 1-03016-7-0 | 12/31/1991 | 11/4/1991 | 1,200 | - | 30.00 | ARGONAUT GROUP INC |
| 1-03070-7-0 | 12/31/1991 | 11/12/1991 | - | 12,500 | 61.00 | HOME DEPOT INC |
| 1-00424-3-0 | 4/30/1992 | 12/5/1991 | - | 51,000 | 58.00 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 12/5/1991 | - | 95,000 | 58.13 | NOVELL INC |
| 1-05123-3-0 | 3/31/1992 | 1/2/1992 | - | 40,000 | 22.13 | CHEMICAL BANKING CORP |
| 1-05123-3-0 | 3/31/1992 | 1/2/1992 | - | 40,000 | 35.63 | BANKAMERICA CORP |
| 1-05123-3-0 | 3/31/1992 | 1/2/1992 | - | 40,000 | 38.50 | MCDONALDS CORP |
| 1-05123-3-0 | 3/31/1992 | 1/2/1992 | - | 40,000 | 46.75 | BOEING CO |
| 1-05123-3-0 | 3/31/1992 | 1/2/1992 | - | 40,000 | 56.63 | APPLE COMPUTER INC |
| 1-00424-3-0 | 4/30/1992 | 1/2/1992 | 100,000 | - | 2.63 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/2/1992 | 95,000 | - | 32.63 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/2/1992 | 50,000 | - | 62.00 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/2/1992 | 53,000 | - | 74.88 | MICROSOFT CORP |
| 1-05123-3-0 | 3/31/1992 | 1/3/1992 | - | 40,000 | 56.00 | GEORGIA PAC CORP |
| 1-05123-3-0 | 3/31/1992 | 1/3/1992 | - | 40,000 | 116.88 | DISNEY WALT PRODTNS |
| 1-00424-3-0 | 4/30/1992 | 1/3/1992 | 53,000 | - | 2.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/3/1992 | 100,000 | - | 32.63 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/3/1992 | 47,500 | - | 61.00 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/4/1992 | 100,000 | - | 2.88 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/4/1992 | 90,000 | - | 32.38 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/4/1992 | 37,500 | - | 59.13 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/4/1992 | 80,000 | - | 75.13 | MICROSOFT CORP |
| 1-05123-3-0 | 3/31/1992 | 1/6/1992 | - | 44,300 | 17.38 | BLACK & DECKER MFG CO |
| 1-05123-3-0 | 3/31/1992 | 1/6/1992 | - | 40,000 | 90.75 | PROCTER & GAMBLE CO |
| 1-00424-3-0 | 4/30/1992 | 1/7/1992 | 53,000 | - | 2.88 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/7/1992 | 35,000 | - | 58.00 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/7/1992 | 100,000 | - | 74.88 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/8/1992 | 39,000 | - | 2.88 | UNISYS CORP |

Exhibit 30

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-00424-3-0 | 4/30/1992 | 1/8/1992 | 90,000 | - | 30.63 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/8/1992 | 50,000 | - | 57.00 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/8/1992 | 92,000 | - | 73.38 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/9/1992 | 100,000 | - | 2.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/9/1992 | 100,000 | - | 30.63 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/9/1992 | 62,500 | - | 58.50 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/9/1992 | 100,000 | - | 73.63 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/10/1992 | 45,000 | - | 2.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/10/1992 | 95,000 | - | 30.88 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/10/1992 | 40,000 | - | 59.00 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/10/1992 | 85,000 | - | 74.50 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/11/1992 | 60,000 | - | 31.00 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/11/1992 | 25,000 | - | 60.50 | AMGEN INC |
| 1-05123-3-0 | 3/31/1992 | 1/13/1992 | - | 40,000 | 4.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/14/1992 | 40,000 | - | 2.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/14/1992 | 70,000 | - | 30.88 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/14/1992 | 45,000 | - | 58.13 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/14/1992 | 80,000 | - | 75.63 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/15/1992 | 75,000 | - | 2.63 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/15/1992 | 85,000 | - | 31.13 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/15/1992 | 45,000 | - | 59.63 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/15/1992 | 95,000 | - | 76.88 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/17/1992 | 100,000 | - | 2.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/17/1992 | 95,000 | - | 37.13 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/17/1992 | 50,000 | - | 63.88 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/17/1992 | 95,000 | - | 83.13 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/18/1992 | 55,000 | - | 2.63 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/18/1992 | 80,000 | - | 36.88 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/18/1992 | 40,000 | - | 64.50 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/18/1992 | 95,000 | - | 82.38 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/21/1992 | 35,000 | - | 2.75 | UNISYS CORP |
| 1-00424-3-0 | 4/30/1992 | 1/21/1992 | 70,000 | - | 37.63 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/21/1992 | 47,500 | - | 66.00 | AMGEN INC |
| 1-00424-3-0 | 4/30/1992 | 1/21/1992 | 95,000 | - | 84.75 | MICROSOFT CORP |
| 1-00424-3-0 | 4/30/1992 | 1/22/1992 | 75,000 | - | 37.38 | NOVELL INC |
| 1-00424-3-0 | 4/30/1992 | 1/22/1992 | 95,000 | - | 87.50 | MICROSOFT CORP |
| 1-SH017-2-0 | 7/31/1992 | 5/28/1992 | - | 14,700 | 60.88 | AMR CORP |
| 1-SH017-2-0 | 7/31/1992 | 5/28/1992 | 3,600 | - | 60.88 | AMR CORP |
| 1-SH017-2-0 | 7/31/1992 | 6/8/1992 | - | 3,600 | 66.25 | AMR CORP |
| 1-SH017-2-0 | 7/31/1992 | 6/8/1992 | 14,700 | - | 66.25 | AMR CORP |
| 1-FN025-7-0 | 3/31/1993 | 6/18/1992 | 92,000 | - | 52.00 | INTEL CORP |
| 1-FN025-7-0 | 3/31/1993 | 6/18/1992 | 8,000 | - | 52.13 | INTEL CORP |
| 1-FN025-7-0 | 3/31/1993 | 6/18/1992 | 100,000 | - | 52.25 | INTEL CORP |
| 1-FN025-7-0 | 3/31/1993 | 6/18/1992 | 24,000 | - | 52.38 | INTEL CORP |
| 1-FN025-7-0 | 3/31/1993 | 6/18/1992 | 5,000 | - | 52.50 | INTEL CORP |
| 1-L0002-5-0 | 12/31/1992 | 10/1/1992 | - | 13,209 | 38.13 | BARNETT BKS FLA INC |
| 1-L0002-5-0 | 12/31/1992 | 10/1/1992 | 13,209 | - | 38.13 | COOPER IND INC |
| 1-FN025-3-0 | 3/31/1993 | 10/26/1992 | 300,000 | - | 16.00 | CITICORP |
| 1-FN025-3-0 | 3/31/1993 | 10/26/1992 | 300,000 | - | 16.13 | CITICORP |
| 1-FN025-3-0 | 3/31/1993 | 10/26/1992 | - | 200,000 | 31.25 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/26/1992 | - | 200,000 | 31.50 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/26/1992 | 300,000 | - | 36.75 | BIOGEN INC |
| 1-FN025-3-0 | 3/31/1993 | 10/27/1992 | 50,000 | - | 16.50 | CITICORP |
| 1-FN025-3-0 | 3/31/1993 | 10/27/1992 | 50,000 | - | 19.13 | LOTUS DEV CORP |
| 1-FN025-3-0 | 3/31/1993 | 10/27/1992 | 300,000 | - | 21.38 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 10/27/1992 | - | 200,000 | 31.25 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/27/1992 | - | 200,000 | 31.50 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/28/1992 | - | 200,000 | 30.50 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/29/1992 | - | 200,000 | 31.63 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/29/1992 | - | 200,000 | 31.75 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/30/1992 | 150,000 | - | 20.50 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 10/30/1992 | - | 200,000 | 31.25 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/30/1992 | - | 200,000 | 31.38 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/30/1992 | - | 200,000 | 31.50 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 10/30/1992 | 280,000 | - | 34.00 | DELL COMPUTER |

08-01789-cgm    Doc 20573-34    Filed 06/11/21    Entered 06/11/21 18:22:39    Ex. 30
Pg 7 of 8

Exhibit 30

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-FN025-3-0 | 3/31/1993 | 11/2/1992 | 300,000 | - | 16.50 | CITICORP |
| 1-FN025-3-0 | 3/31/1993 | 11/2/1992 | 300,000 | - | 20.50 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/2/1992 | - | 200,000 | 30.50 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 11/2/1992 | 100,000 | - | 61.88 | AMR CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/3/1992 | - | 200,000 | 30.50 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 11/3/1992 | - | 100,000 | 30.63 | NOVELL INC |
| 1-FN025-3-0 | 3/31/1993 | 11/4/1992 | 300,000 | - | 34.50 | DELL COMPUTER |
| 1-FN025-3-0 | 3/31/1993 | 11/4/1992 | 300,000 | - | 37.75 | BIOGEN INC |
| 1-FN025-3-0 | 3/31/1993 | 11/5/1992 | 200,000 | - | 20.63 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/5/1992 | 200,000 | - | 35.00 | DELL COMPUTER |
| 1-FN025-3-0 | 3/31/1993 | 11/5/1992 | - | 100,000 | 36.75 | DIGITAL EQUIPMENT CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/6/1992 | 200,000 | - | 20.88 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/6/1992 | - | 100,000 | 36.50 | DIGITAL EQUIPMENT CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/6/1992 | 300,000 | - | 39.50 | BIOGEN INC |
| 1-FN025-3-0 | 3/31/1993 | 11/6/1992 | 200,000 | - | 42.00 | COMPAQ COMPUTER CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/9/1992 | - | 45,000 | 36.63 | DIGITAL EQUIPMENT CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/10/1992 | 250,000 | - | 39.50 | COMPAQ COMPUTER CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/10/1992 | - | 100,000 | 70.50 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/11/1992 | - | 100,000 | 70.38 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/11/1992 | - | 60,000 | 94.50 | MICROSOFT CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/12/1992 | 200,000 | - | 34.38 | STAPLES INC |
| 1-FN025-3-0 | 3/31/1993 | 11/12/1992 | 200,000 | - | 34.50 | STAPLES INC |
| 1-FN025-3-0 | 3/31/1993 | 11/12/1992 | - | 100,000 | 70.38 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/12/1992 | - | 100,000 | 70.50 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/13/1992 | 250,000 | - | 18.50 | TELE COMMUNICATIONS INC CL A |
| 1-FN025-3-0 | 3/31/1993 | 11/13/1992 | - | 74,500 | 70.13 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/13/1992 | - | 100,000 | 70.25 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/16/1992 | 250,000 | - | 18.50 | TELE COMMUNICATIONS INC CL A |
| 1-FN025-3-0 | 3/31/1993 | 11/16/1992 | 300,000 | - | 21.25 | ORACLE SYSTEMS CORP |
| 1-FN021-3-0 | 12/31/1992 | 11/17/1992 | - | 5,760 | 35.13 | BOEING CO |
| 1-FN025-3-0 | 3/31/1993 | 11/17/1992 | 200,000 | - | 18.75 | TELE COMMUNICATIONS INC CL A |
| 1-FN025-3-0 | 3/31/1993 | 11/17/1992 | 300,000 | - | 20.25 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/18/1992 | 50,000 | - | 20.50 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/18/1992 | 125,000 | - | 32.00 | DIGITAL EQUIPMENT CORP |
| 1-FN021-3-0 | 12/31/1992 | 11/19/1992 | - | 9,540 | 22.75 | AMERICAN EXPRESS COMPANY |
| 1-FN025-3-0 | 3/31/1993 | 11/19/1992 | 50,000 | - | 20.38 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 11/19/1992 | 100,000 | - | 30.25 | SUN MICROSYSTEMS INC |
| 1-FN025-3-0 | 3/31/1993 | 11/20/1992 | 100,000 | - | 19.75 | TELE COMMUNICATIONS INC CL A |
| 1-FN025-3-0 | 3/31/1993 | 12/16/1992 | - | 75,000 | 19.50 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/16/1992 | - | 75,000 | 19.63 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/16/1992 | - | 48,000 | 22.63 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/16/1992 | 75,000 | - | 83.63 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/17/1992 | - | 150,000 | 18.50 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/17/1992 | - | 150,000 | 18.63 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/17/1992 | 95,500 | - | 87.25 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/17/1992 | 100,000 | - | 87.38 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/18/1992 | 75,000 | - | 85.88 | INTEL CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/21/1992 | - | 75,000 | 19.75 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/21/1992 | - | 150,000 | 19.88 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/22/1992 | - | 150,000 | 19.00 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/22/1992 | - | 150,000 | 19.25 | ORACLE SYSTEMS CORP |
| 1-FN025-3-0 | 3/31/1993 | 12/22/1992 | - | 150,000 | 30.50 | SUN MICROSYSTEMS INC |
| 1-FN025-3-0 | 3/31/1993 | 12/22/1992 | - | 150,000 | 30.63 | SUN MICROSYSTEMS INC |
| 1-FN025-3-0 | 3/31/1993 | 12/22/1992 | - | 75,000 | 30.75 | SUN MICROSYSTEMS INC |
| 1-FN025-3-0 | 7/31/1993 | 12/28/1992 | 100,000 | - | 19.75 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 12/29/1992 | 100,000 | - | 19.50 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 12/29/1992 | - | 25,000 | 24.75 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 12/29/1992 | - | 75,000 | 40.25 | STAPLES INC |
| 1-FN025-3-0 | 7/31/1993 | 12/29/1992 | - | 200,000 | 48.38 | DELL COMPUTER |
| 1-FN025-3-0 | 7/31/1993 | 12/30/1992 | - | 50,000 | 25.25 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 12/30/1992 | - | 50,000 | 40.25 | STAPLES INC |
| 1-FN025-3-0 | 7/31/1993 | 12/31/1992 | - | 50,000 | 25.50 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 12/31/1992 | - | 75,000 | 41.50 | STAPLES INC |
| 1-FN025-3-0 | 7/31/1993 | 12/31/1992 | - | 100,000 | 48.25 | DELL COMPUTER |
| 1-FN025-3-0 | 7/31/1993 | 12/31/1992 | - | 50,000 | 48.50 | BIOGEN INC |

**IA Business Backdated Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Master Account # | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Description |
|---|---|---|---|---|---|---|
| 1-FN025-3-0 | 7/31/1993 | 1/4/1993 | - | 50,000 | 25.00 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/4/1993 | - | 75,000 | 41.25 | STAPLES INC |
| 1-FN025-3-0 | 7/31/1993 | 1/4/1993 | - | 200,000 | 47.75 | BIOGEN INC |
| 1-FN025-3-0 | 7/31/1993 | 1/5/1993 | 200,000 | - | 18.75 | LOTUS DEV CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/5/1993 | - | 250,000 | 47.75 | BIOGEN INC |
| 1-FN025-3-0 | 7/31/1993 | 1/6/1993 | - | 250,000 | 48.50 | DELL COMPUTER |
| 1-FN025-3-0 | 7/31/1993 | 1/7/1993 | 200,000 | - | 19.00 | LOTUS DEV CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/7/1993 | - | 230,000 | 48.00 | DELL COMPUTER |
| 1-FN025-3-0 | 7/31/1993 | 1/11/1993 | 100,000 | - | 19.25 | LOTUS DEV CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/11/1993 | - | 200,000 | 46.25 | BIOGEN INC |
| 1-FN025-3-0 | 7/31/1993 | 1/12/1993 | 108,200 | - | 19.00 | LOTUS DEV CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/12/1993 | 100,000 | - | 19.88 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/12/1993 | - | 200,000 | 46.00 | BIOGEN INC |
| 1-FN025-3-0 | 7/31/1993 | 1/13/1993 | 100,000 | - | 19.25 | LOTUS DEV CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/13/1993 | 50,000 | - | 20.00 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/14/1993 | 100,000 | - | 20.13 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/14/1993 | - | 150,000 | 25.50 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 2/28/1993 | 1/15/1993 | - | 48,000 | 26.63 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/15/1993 | 100,000 | - | 19.25 | LOTUS DEV CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/15/1993 | 48,000 | - | 26.63 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/15/1993 | - | 300,000 | 26.75 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/18/1993 | - | 50,000 | 26.75 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/19/1993 | 150,000 | - | 19.00 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/19/1993 | - | 50,000 | 26.75 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/20/1993 | 200,000 | - | 19.75 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/21/1993 | 50,000 | - | 20.00 | STORAGE TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/21/1993 | - | 50,000 | 25.50 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/22/1993 | - | 75,000 | 25.00 | LINEAR TECHNOLOGY CORP |
| 1-FN025-3-0 | 7/31/1993 | 1/22/1993 | - | 125,000 | 40.00 | STAPLES INC |
| 1-J0024-2-0 | 9/30/1995 | 8/11/1995 | 30,000 | - | 36.00 | UPJOHN CO |
| 1-J0024-2-0 | 9/30/1995 | 8/11/1995 | - | 3,000 | 36.72 | UPJOHN CO |
| 1-J0024-2-0 | 9/30/1995 | 8/16/1995 | - | 17,600 | 37.25 | UPJOHN CO |
| 1-J0024-2-0 | 9/30/1995 | 8/16/1995 | 70,600 | - | 37.25 | UPJOHN CO |
| 1-M0046-4-0 | 1/31/1996 | 11/20/1995 | - | 996 | 9.00 | S & P 100 INDEX |
| 1-M0046-4-0 | 1/31/1996 | 11/20/1995 | 996 | - | 9.00 | S & P 100 INDEX |
| 1-M0046-4-0 | 1/31/1996 | 12/18/1995 | - | 996 | 3.50 | S & P 100 INDEX |
| 1-M0046-4-0 | 1/31/1996 | 12/18/1995 | 996 | - | 3.50 | S & P 100 INDEX |
| 1-SH032-7-0 | 1/31/1997 | 3/25/1996 | - | 30,000 | 37.00 | COMPAQ COMPUTER CORP |
| 1-M0016-7-0 | 1/31/2001 | 11/29/2000 | 76,000 | - | 66.50 | MICROSOFT CORP |
| 1-M0016-7-0 | 1/31/2001 | 11/29/2000 | 95,200 | - | 66.63 | MICROSOFT CORP |
| 1-M0016-7-0 | 1/31/2001 | 11/29/2000 | 100,000 | - | 66.69 | MICROSOFT CORP |
| 1-M0016-7-0 | 1/31/2001 | 12/15/2000 | - | 50,000 | 51.25 | MICROSOFT CORP |
| 1-M0016-7-0 | 1/31/2001 | 12/15/2000 | - | 50,200 | 51.38 | MICROSOFT CORP |
| 1-M0016-7-0 | 1/31/2001 | 12/15/2000 | - | 95,000 | 51.50 | MICROSOFT CORP |
| 1-M0016-7-0 | 1/31/2001 | 12/15/2000 | - | 76,000 | 51.75 | MICROSOFT CORP |
| 1-B0048-3-0 | 2/28/2002 | 10/18/2001 | - | 100,000 | 8.70 | SUN MICROSYSTEMS INC |
| 1-B0048-3-0 | 1/31/2003 | 12/20/2002 | - | 100,000 | 6.57 | ADVANCED MICRO DEVICES |