# Exhibit 4



Exhibit 4 – Example of Customer Statement from Microfilm