# Exhibit 6

# Exhibit 6 - Example of a Portfolio Management Transaction Report (PMT Report) from Microfilm

PORTFOLIO TRANSACTIONS

Final Copy

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001203 | .27 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 489,932.62CR | 489,932.62CR | 365 | 132,281.81CR |
| | | | | | | | | 489,932.62CR | 365 | 132,281.81CR |
| | .27 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 895,684.18CR | 895,684.16CR | 365 | 241,834.73CR |
| | | | | | | | | 895,684.18CR | 365 | 241,834.73CR |
| 1001233 | .27 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 988,624.63CR | 988,624.63CR | 365 | 266,928.65CR |
| | | | | | | | | 988,624.63CR | 365 | 266,928.65CR |
| 1001253 | .30 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 16,356,169.80CR | 16,356,169.80CR | 30 | 403,302.81CR |
| | | | 5 | 1/31 | CW | 300,000.00 | | 16,056,169.80CR | 13 | 171,659.07CR |
| | | | 6 | 2/13 | CA | | 500,000.00CR | 16,556,169.80CR | 15 | 204,117.16CR |
| | | | 7 | 2/28 | CW | 600,000.00 | | 15,956,169.80CR | 29 | 380,325.14CR |
| | | | 8 | 3/29 | CW | 500,000.00 | | 15,456,169.80CR | 4 | 50,814.30CR |
| | | | 9 | 4/02 | CA | | 450,000.00CR | 15,906,169.80CR | 28 | 366,059.79CR |
| | | | 10 | 4/30 | CW | 400,000.00 | | 15,506,169.80CR | 31 | 395,088.71CR |
| | | | 11 | 5/31 | CW | 500,000.00 | | 15,006,169.80CR | 6 | 74,003.03CR |
| | | | 12 | 6/06 | CA | | 300,000.00CR | 15,306,169.80CR | 22 | 276,769.09CR |
| | | | 13 | 6/28 | CW | 400,000.00 | | 14,906,169.80CR | 10 | 122,516.46CR |
| | | | 14 | 7/08 | CA | | 200,000.00CR | 15,106,169.80CR | 23 | 285,568.59CR |
| | | | 15 | 7/31 | CW | 400,000.00 | | 14,706,169.80CR | 30 | 362,617.88CR |
| | | | 16 | 8/30 | CW | 700,000.00 | | 14,006,169.80CR | 10 | 115,119.20CR |
| | | | 17 | 9/09 | CA | | 650,000.00CR | 14,656,169.80CR | 21 | 252,969.50CR |
| | | | 18 | 9/30 | CW | 500,000.00 | | 14,156,169.80CR | 22 | 255,974.57CR |
| | | | 19 | 10/22 | CA | | 600,000.00CR | 14,756,169.80CR | 9 | 109,155.23CR |
| | | | 20 | 10/31 | CW | 500,000.00 | | 14,256,169.80CR | 4 | 45,869.60CR |
| | | | 21 | 11/04 | CA | | 400,000.00CR | 14,656,169.80CR | 15 | 180,692.50CR |
| | | | 22 | 11/19 | CA | | 500,000.00CR | 15,156,169.80CR | 10 | 124,571.26CR |
| | | | 23 | 11/29 | CW | 500,000.00 | | 14,656,169.80CR | 11 | 132,507.84CR |
| | | | 24 | 12/10 | CA | | 550,000.00CR | 15,206,169.80CR | 21 | 262,462.65CR |
| | | | 25 | 12/31 | CW | 500,000.00 | | 14,706,169.80CR | 1 | 12,087.26CR |
| | | | | | | 5,800,000.00 | 4,150,000.00CR | 14,706,169.80CR | 365 | 4,595,132.24CR |
| 1001303 | .30 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 620,849.39CR | 620,849.39CR | 140 | 71,440.20CR |
| | | | 26 | 5/21 | CA | | 51,666.00CR | 672,515.39CR | 42 | 23,215.50CR |
| | | | 29 | 7/02 | CA | | 28,334.00CR | 700,849.39CR | 111 | 63,940.51CR |
| | | | 30 | 10/21 | CA | | 40,000.00CR | 740,849.39CR | 72 | 43,842.05CR |
| | | | | | | | 120,000.00CR | 740,849.39CR | 365 | 202,438.36CR |
| 1002013 | .28 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 937,903.68CR | 937,903.68CR | 365 | 262,613.03CR |
| | | | | | | | | 937,903.68CR | 365 | 262,613.03CR |
| 1002265 | .28 | [redacted] | | | | | | | | |
| | | | | 1/01 | | | 7,894,957.28CR | 7,894,957.28CR | 192 | 1,162,829.87CR |