# ATTACHMENT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE WHITMAN PARTNERSHIP; JUDITH WHITMAN REVOCABLE LIVING TRUST U/A/D 8/5/86; JUDITH WHITMAN, in her capacity as Trustee for The Judith Whitman Revocable Living Trust U/A/D 8/5/86, a partner in The Whitman Partnership; BERNARD WHITMAN REVOCABLE LIVING TRUST U/A/D 8/5/86; and BERNARD WHITMAN, in his capacity as Trustee for The Bernard Whitman Revocable Living Trust U/A/D 8/5/86, a partner in The Whitman Partnership,<br><br>      Defendants. | Adv. Pro. No. 10-04610 (SMB) |

**EXPERT REPORT OF**
**MATTHEW B. GREENBLATT, CPA/CFF, CFE**
**SENIOR MANAGING DIRECTOR**
**FTI CONSULTING, INC.**

**PRINCIPAL BALANCE CALCULATION**
**AS APPLIED TO**
**THE WHITMAN PARTNERSHIP DEFENDANTS**

**July 11, 2019**

## Table of Contents

                                                                                                                                                     **Page**

**I.**     **INTRODUCTION**..................................................................................................................1

**II.**    **DESCRIPTION OF ACTIVITY IN THE WHITMAN PARTNERSHIP ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION**...............................................................................................2

**III.**   **SIGNATURE AND RIGHT TO MODIFY** ......................................................................3

**IV.**   **LIST OF EXHIBITS** ........................................................................................................4

## I. INTRODUCTION

1. As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS. I am a Senior Managing Director at FTI. Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2. As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3. The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS. Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4. This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS account associated with the Whitman Partnership, Judith Whitman Revocable Living trust U/A/D 8/5/86, Judith Whitman, Bernard Whitman Revocable Living Trust U/A/D 8/5/86, and Bernard Whitman (collectively, the "Defendants"),[2] in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS account impacting the Principal Balance Calculation for BLMIS Account 1EM256 (the "Whitman Partnership Account").[3]

---

[1] The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

[2] Pursuant to court order, the count(s) seeking to recover subsequent transfers were dismissed without prejudice. *See* Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, dated July 16, 2015, Adv. No. 10-04610 (SMB), ECF No. 42.

[3] The name on the Whitman Partnership Account changed over the years it was maintained with BLMIS. Prior to December 1993, the account was under the name of "BERNARD WHITMAN TTEE BERNARD WHITMAN REV LIVING TST U/A/D 8/5/86." From December 1993, the account was under the name "THE WHITMAN PARTNERSHIP BERNARD WHITMAN." (*See* **AMF00284433**, **MF00333826-MF00333828**, and **MF00343836-MF00343838**.)

1

5.  This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report. FTI is being compensated at a rate of $670 per hour for my professional time incurred in performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

6.  The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

## II. DESCRIPTION OF ACTIVITY IN THE WHITMAN PARTNERSHIP ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION

7.  The Whitman Partnership Account was opened with BLMIS in March 1993. Throughout its account history, the Whitman Partnership Account had a total of 93 cash deposit and withdrawal transactions.

8.  The cash deposit and withdrawal transactions all impacted the Principal Balance Calculation for the Whitman Partnership Account. Each of these transactions was reflected on the Customer Statements between March 1993 and November 2008.

9.  **Exhibit 3** to this report (Summary Schedule of Cash and Principal Activity in the Whitman Partnership Account) provides a summary of the activity in the Whitman Partnership Account.

10. **Exhibit 4** to this report provides the Detailed Schedule for the Principal Balance Calculation for the Whitman Partnership Account.

11. On March 18, 1993, the Whitman Partnership Account was opened with a cash deposit via check in the amount of $300,000, all representing principal.

12. Subsequent to this initial cash deposit, there were ten additional cash deposits via checks into the Whitman Partnership Account in the aggregate amount of $1,879,000, all representing principal.

13. In sum, these eleven cash deposits provided the Whitman Partnership Account with a total of $2,179,000 of principal. (*See* **Exhibit 3**.)

2

14. Between March 18, 1993 and December 11, 2008,[4] the Whitman Partnership Account reflected a total of 82 cash withdrawals[5] totaling $3,686,000.

15. The Principal Balance Calculation for the Whitman Partnership Account demonstrates that between March 18, 1993 and December 11, 2008, $3,686,000 was withdrawn from BLMIS, which consisted of $2,179,000 of principal and an additional $1,507,000 of funds withdrawn in excess of principal, representing fictitious profits. The $1,507,000 of fictitious profits was withdrawn within the two-year period prior to December 11, 2008. (*See* **Exhibit 4**.)

### III.  SIGNATURE AND RIGHT TO MODIFY

16. This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

_____

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: July 11, 2019

---

[4] The information on Customer Statements and BLMIS records regarding payments to account holders provides the "issue date" of the check or wire; however, the funds change hands on the "clearing date," which is subsequent to the date of issuance for check payments. Therefore, the Principal Balance Calculation uses the clearing date for checks that were issued before certain cut-off dates (90-day, one-year, two-year, and six-year) before December 11, 2008, but cleared during those time periods. (*See* Principal Balance Calculation Report ¶30, n. 10.) Applying that methodology, for the cash withdrawal transaction via check listed on **Exhibit 4** in the amount of $30,000 and dated December 17, 2002, I used the clearing date of the check (December 17, 2002), as opposed to the date when the check was issued (December 5, 2002), as reflected on the Customer Statement. (*See* **Exhibit 4** for the Detailed Schedule for the Principal Balance Calculation for the Whitman Partnership Account; *see also* **JPMSAF0009722** and **MADWAA00128202**-**MADWAA00128203**.)

[5] These cash withdrawals exclude the line items on the Customer Statement related to a check for $15,000 issued by BLMIS on April 1, 1996, which was stopped on April 16, 1996. (*See* **Exhibit 4**.)

3

## IV. LIST OF EXHIBITS

**Exhibit 1** – Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2** – Documents Considered

**Exhibit 3** – Summary Schedule of Cash and Principal Activity in the Whitman Partnership Account

**Exhibit 4** – Detailed Schedule for the Principal Balance Calculation for the Whitman Partnership Account