# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Whitman Partnership Account

|  | Whitman Partnership Account 1EM256 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $2,179,000 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($3,686,000) |
| **Total** | **($1,507,000)** |