# EXHIBIT 7

CHASE

| CKS OUT | WIRE | TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|---|
| (1899975.56) (330000.00) NL | -1000000.00 AS -1375000.00 AUG -3000000.00 | -150000.00 MARDEN -500000.00 -600000.00 RABN | -4000.00 OAKDALE +562211.75 | CROESUS +390000.00 | 6/16 | 314139733.11 | |
| - 72000.00 CHELA (1579935.00) | -250000.00 MANSEL | +5000000.00 TREMA | +372107.28 | | 6/17 | 317627505.39 | +17600- |
| - 500000.00 SHALL (328000.00) | -144000.00 BLM -3050000.00 -1000000.00 | Sterling -62017.52 | +1190000.00 | | 6/18 | 313857522.91 | |
| - 600000.00 BIRDLAKE (2704411.00) | -150000.00 -400000.00 | EVENSTAD +3000000.00 -50000.00 | +1000000.00 SCHWARTZ +654891.00 | +1000000.00 HAYMAN +1000000.00 ZEMSKY | 6/19 | 316608002.91 | |
| +300000 - BFS +600000 - BFS (923500-) | - 75000 - -600000 - -4500000 - | +5000000 - 27000000 - 2000000 - BNP | +5000000 - +247850.09 | +300000000.00 BREMA | 6/20 | 291588009.00 | |
| -1300000.00 SACHS (1220270.00) | +250000.00 SWEDBERG +250000.00 -500000.00 | +32000.00 LAZURUS +3999975 - CARLSTON +2000000 - SLAVIN | +800000.00 LEHRER 636567.35 | | 6/23 | 296536281.35 | |
| (2000.00) AE (2981000.00) | +2000000.00 -45000.00 -1000000.00 | +298387.50 +250000.00 -500000.00 | +1000000 - SHEAKMAN +419788.58 | INT ADJ 4/24 -2244008.72 B. | 6/24 | 294734256.38 | +1807 |
| -4000000.00 (18112446.43) | -2000000.00 MEGGA -1300000.00 -2000000.00 | -500000.00 SCHIFF -1700000.00 | -1400000.00 +700000.00 | | 6/25 | 261351809.95 | |
| -10000000.00 BRANCH (1251557.44) | +70000.00 +78000.00 CADMUS +100000.00 BERMAN | STEIN +290000.00 | +291642.78 | +5000000.00 ALM-FIDELITY | 6/26 | 300929895.29 | |
| -500000 - Jalon (1841219.46) | - Jacobs - -1000000 - | 1008646.53 -20000000 - Thybo -1600000 - | 1000000 - MITTLEMAN 102955.71 | -1200000 - 1596396.00 -90000 - | 6/27 | | T20000 - |
| T3000000 - +50000000.00 BLM | +10000000 - MACK +996518.90 Fisher | +1500000 - Kuppin +1000000 - SMITH +275000 | Cottage +2200000.00 | +45000000 - BLM SPEC | 6/27 | 375720404.13 | |
| (1780376-) (550000.00) NL | -3000000.00 STERLING -500000.00 -725000 | -1200000.00 TREMONT -2380000.00 BNP -2000000.00 | +46600 - +1459593.25 | +5200000.00 TURBO +3620559.00 STERLING +16999995.00 M INVEST | 6/30 | 350233155.38 | CKS CORR +1000000 +134000 |
| (250000000-) (1405040 -) NL | -300000 - PICOWER -251000 - -2008500.50 | -1000000 - KLEIN -350000 - -2000000 - Thybo | -1000000 - MARDEN +1759716 - | +957898.47 - Bigos +425817.50 - BREMA | 7/1 | | |
| +12999985 - +600000 - | +5767 +10000 - +95000 - | +2000000 - -1000000 - LWT | +2224945 +3529956.53 +1000000 - | -5000 BLM spec | | 119669026.51 | |
| (1500 -) (5857350.55) | -42000 - -500000 - -1130000 - BNP | +415000 - Robins -1000000 - Schiar -1000000 - | +1000000 - Hyres -1000000 - +1571666.68 | +500000 - Turbo +1800000 - | 7/2 | 110496867.64 | |
| (2695525.04) | -5000000 - -4684555.92 | +100000.00 +4684555.00 Cohen -2500 - | +3000000.00 Ascot +155000.00 | +1000000.00 Avalax +2000000.00 broad MKT | 7/3 | 140041336.68 | |
| (677000.00) (110000.00) NL | +1800000.00 RPPINJ +2700000.00 FRIEDMAN -150850 - HARDEN | +3715585.00 AMER MASTERS +12000000.00 | +1913862.81 | +400000.00 RBD +600000.00 | 7/7 | 163254892.69 | CK RE +14000 - +8000 - |