# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

CHEMICAL BANK
+ 83710 BAL 3-28
-    65 CKS out
+    20 WIRE IN - WESTWOOD
+   200    "    "  - PRIMEO CCB
+   500    "    "  - N SACHS
+  1100    "    "  - SCHUPAK
+  2000    "    "  - YESOD
+  3000    "    "  - BPI MULTIADVISORS
+  1762 MY DEPOSIT  200H CHM  500H ETM
                    278 H ARB  784 AMB
-  14200 TONY Out
-  27300 WIRE Out - BANKERS
-  32800  "    "   - BK of NY
-  10000  "    "   - CREDIT LYONS
+  15000 N.L. Deposit
   +22937

65000.00 MAILED Out of STATE

GIVING you 16 mil 4-1

MADTSS00244687



MADTSS00244688