# EXHIBIT 8.2

WAIT

MISS OUT →

| C.M. 6-30-03 | C.M. = WIRE ACTIVITY |
|---|---|
| **+ 375722** BALANCE | ✓ 23800 WIRE out –BNP |
| | ✓ 7265 WIRE out –BNP |
| **– 550** CHECKS OUT * | ✓ 12000 WIRE out –TREMONT |
| | ✓ – 2000 WIRE out –RPP |
| **– 1780** CHECKS OUT** | ✓ – 3000 WIRE out –STERLING |
| | ✓ – 500 WIRE out – DORADO |
| **– 0** N.L. DEPOSIT | _____ WIRE |
| **– 0** TRANS | _____ WIRE |
| **– 26959** NET WIRES **** | ✓ + 466 WIRE IN – ALPHA PRIME |
| | ✓ + 520 WIRE IN –TURBO |
| 6/27 | ✓ + 3620 WIRE IN – STERLING ✓ |
| **+ 1460** MY DEPOSIT | ✓ + 17000 WIRE IN – M-INVEST |
| + 2340 Cks Rtd | |
| **+ 350 233** TOTAL BALANCE | **– 26 959** NET WIRES **** ✓ |
| *HAND DELIVER N.L. 550 000 – | WIRING OUT 251M 7/1 MARDEN — |
| | 3 mil 7/1 Picower Fun — |
| DRAWING N.L. 146.5040 – 7/1 | WIRING OUT 150 850 – 7/7 MARDEN |
| 110 000 – 7/7 | 1,852,488.51 7/11 STRM |
| DRAWING SPECIAL 250 mil 7/1 | WIRING OUT Possible 30 mil |
| Picower | 7/2 FAIRFIELD |
| MAILED IN STATE 1 427501 – | WIRING OUT 2 mil 7/1 THYBO |
| | 1,130,000 – 7/2 BNP |
| MAILED OUT STATE 352 875 – | WIRING OUT 350 M – 7/1 GREENWICH — |
| | 1 mil – 7/1 Klein — |
| GIVING YOU N.L. – 0 → | WIRING OUT 500 M – 7/2 POUND |
| | WIRING OUT _____ |
| | WIRING OUT _____ |
| | WIRING OUT _____ |

MADTSS01309801