# EXHIBIT 7

**EXHIBIT 7**

**List of All Cash Transactions in the Robbins Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results ||| Bates Reference to BLMIS Customer File | Bates Reference(s) to Documents Produced to the Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 297529 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/23/2004 | 39,188 | CA | CHECK | Yes | Yes | Yes | AMF00112973 | FISERV-ROBBINS-00116-17 FISERV-ROBBINS-00253 FISERV-ROBBINS-00256 |
| 305278 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/17/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00112956 | FISERV-ROBBINS-00126-29 FISERV-ROBBINS-00288-89 |
| 115411 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/23/2005 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00112951 | FISERV-ROBBINS-00126-29 FISERV-ROBBINS-00271-72 |
| 182494 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/29/2005 | (250,000) | CW | CHECK | Yes | Yes | Yes | AMF00112946 | FISERV-ROBBINS-00130-33 FISERV-ROBBINS-00267 FISERV-ROBBINS-00269-70 FISERV-ROBBINS-00278 |
| 183991 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 4/4/2005 | (250,000) | CW | CHECK | Yes | Yes | Yes | AMF00112941 | FISERV-ROBBINS-00130-33 FISERV-ROBBINS-00273-74 |
| 34409 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 5/16/2006 | (200,000) | CW | CHECK | Yes | Yes | Yes | AMF00112940 | FISERV-ROBBINS-00155-58 FISERV-ROBBINS-00900-01 |
| 164791 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/21/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00112939 | FISERV-ROBBINS-00167-70 |
| 297825 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/28/2007 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00112938 | FISERV-ROBBINS-00167-70 FISERV-ROBBINS-00959-60 |
| 204501 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 9/5/2007 | (100,200) | CW | CHECK | Yes | Yes | Yes | AMF00112937 | FISERV-ROBBINS-00175-78 FISERV-ROBBINS-01011-12 |
| 184775 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 11/27/2007 | (1,000,000) | CW | CHECK WIRE | Yes | Yes | Yes | AMF00112936 | FISERV-ROBBINS-00180-83 FISERV-ROBBINS-01023-24 |
| 246770 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 12/13/2007 | (1,000,000) | CW | CHECK | Yes | Yes | Yes | AMF00112935 | FISERV-ROBBINS-00180-83 FISERV-ROBBINS-01044-45 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10**.