# EXHIBIT 8

 **Fiserv.** | Investment Support Services

» PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

December 7, 2007

BERNARD L MADOFF
885 THIRD AVE
NEW YORK NY 10022-0000

BERNARD L MADOFF BRKG ACCT VALUE
Fund Account #: ZR234
*Retirement Accounts, Inc. Custodian
FBO JUDD ROBBINS
Account #: 019398720001

RE: Trading Instructions

Please use this letter as authorization to:

Liquidate $1,000,000.00 NET from the above referenced account, do not withold taxes

Correspondence and/or liquidation checks should be sent to:

*Retirement Accounts, Inc. FBO JUDD ROBBINS
Account # 019398720001
PO BOX 173785
DENVER, CO 80217-3785

PLEASE NOTE: The referenced account is EXEMPT from taxation and withholding, so your liquidation check or shares transferred should reflect the full amount requested. If you need anything further from Fiserv Investment Support Services to complete this transaction, please contact us immediately at 800-962-4238.

Sincerely,

TRUST DEED TEAM
Fiserv Investment Support Services
*Fiserv Trust Company dba
FIRST TRUST COMPANY
RESOURCES TRUST COMPANY
RETIREMENT ACCOUNTS, INC.
LINCOLN TRUST COMPANY
FISERV ISS & CO.
NTC & CO.

Fiserv Trust Company
Fiserv Investment Support Services
is a marketing name of
Fiserv Trust Company, member FDIC.

AMF00112935