# EXHIBIT 10

**Reconciliation and Tracing Results - Robbins Account**

| | | | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 297529 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/23/2004 | 39,188 | CA | CHECK | Deposit | Check | Yes | | 703 Account | 2001251132 | JPMSAI0005343 JPMSAI0005358 | 26939 | 12577 | *n/a - deposit* | | |
| 305278 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/17/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 162128 | JPMSAF0032445 MADWAA00159871-72 | | | *n/a - prior to Two Year Period* | | |
| 115411 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/23/2005 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 162270 | JPMSAF0032594 MADWAA00160125-26 | | | *n/a - prior to Two Year Period* | | |
| 182494 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/29/2005 | (250,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 162396 | JPMSAF0032718 MADWAA00164895-96 | | | *n/a - prior to Two Year Period* | | |
| 183991 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 4/4/2005 | (250,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 163003 | JPMSAF0033352-53 MADWAA00161984-85 | | | *n/a - prior to Two Year Period* | | |
| 34409 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 5/16/2006 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 174760 | JPMSAF0046085 MADWAA00368144-45 | | | *n/a - prior to Two Year Period* | | |
| 164791 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/21/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 183204 | JPMSAF0054538 MADWAA00204134-35 | | | JPMorgan Chase Bank, NA | *Unknown* | FOR DEPOSIT ONLY (Check Payee is Retirement Accts Inc Cust IRA FBO Judd Robbins (x9872))[4] |
| 297825 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 3/28/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 183331 | JPMSAF0054658 | | | JPMorgan Chase Bank, NA | *Unknown* | FOR DEPOSIT ONLY (Check Payee is Retirement Accts Inc Cust IRA FBO Judd Robbins (x9872))[4] |
| 204501 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 9/5/2007 | (100,200) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 188619 | JPMSAF0059684 MADWAA00276286-87 | | | JPMorgan Chase Bank, NA | *Unknown* | FOR DEPOSIT ONLY (Check Payee is Retirement Accts Inc Cust IRA FBO Judd Robbins (x9872))[4] |
| 184775 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 11/27/2007 | (1,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | | 703 Account | | | 45221 | | JPMorgan Chase Bank, NA | xxxxxxxxxx1224 | Retirement Accounts, Inc FBO, Judd Robbins, Acc# xxxx9872 |

**Reconciliation and Tracing Results - Robbins Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246770 | 1ZR234 | NTC & CO. FBO JUDD ROBBINS (x9872) | 12/13/2007 | (1,000,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191513 | JPMSAF0062507 MADWAA00292056-57 | | | JPMorgan Chase Bank, NA | *Unknown* | FOR DEPOSIT ONLY (Check Payee is Retirement Accts Inc Cust IRA FBO Judd Robbins (x9872))[4] |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of our analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Analysis - December 1998 to December 2008", which are attached as **Exhibits 4** and **5**, respectively.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The cancelled checks from BLMIS records did not contain the name of an account holder for the bank account in receipt of funds from BLMIS. However, it appears that NTC or NTC-related entities held a bank account at JPMorgan Chase. *See* Pensco Trust Company, Pensco Traditional/Roth IRA Transfer/Rollover Request Form IRA-5142C (7/2012) *at* PUBLIC0612877-79. Based on this form, and based on my analysis of the flow of funds from BLMIS (as further discussed in **Section VIII** of my report and as detailed in **Exhibit 11),** it is reasonable to assume that the holder(s) of the bank account identified through my Receiving Bank analysis are NTC or NTC-related entities. As of the date of this report, the relevant bank records related to bank accounts held at JPMorgan Chase by NTC or NTC-related entities were not available for my review.