# EXHIBIT 11

**Analysis of Cash Withdrawals from the Robbins Account** *(During the Two Year Period)*

| | | | | | *Tracing Results - per BLMIS Bank Records [2]* | | | *Analysis of Cash Withdrawals Reflected in NTC Quarterly Account Statements* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Banking Institution | Bank Account Number | Potential Bank Account Holder | Date of Inflow | Amount of Inflow[3] | Transaction | Transaction Description | Date of Outflow | Amount of Outflow | Transaction | Transaction Description | NTC Account Statement Bates Reference | Transfers to Other IRA Supporting Documents Bates Reference |
| 164791 | 3/21/2007 | (50,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 3/23/2007 | 50,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 03/21/2007) | 3/26/2007 | (49,982) | TRANSFER OF CASH OUT | SUCCESSOR TRUSTEE ACCT #: xxx-xx3326 | FISERV-ROBBINS-00167-70 | FISERV-ROBBINS-00938-42 FISERV-ROBBINS-00932-34 FISERV-ROBBINS-00970-72 FISERV-ROBBINS-00990-92 |
| 297825 | 3/28/2007 | (100,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 3/30/2007 | 100,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 03/28/2007) | 4/3/2007 | (50,000) | TRANSFER OF CASH OUT | | FISERV-ROBBINS-00167-70 FISERV-ROBBINS-00171-74 | FISERV-ROBBINS-00956 FISERV-ROBBINS-00978 FISERV-ROBBINS-00982 FISERV-ROBBINS-00984 |
| | | | | | | | | | | | | 5/21/2007 | (48,800) | TRANSFER OF CASH OUT | ¢TA¢118834 | | |
| 204501 | 9/5/2007 | (100,200) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 9/7/2007 | 100,200 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 09/05/2007) | 9/20/2007 | (50,000) | TRANSFER OF CASH OUT | SUCCESSOR TRUSTEE ACCT #: xxx4587 ¢TA¢199197 | FISERV-ROBBINS-00175-78 FISERV-ROBBINS-00180-83 | FISERV-ROBBINS-01006 FISERV-ROBBINS-01009 |
| | | | | | | | | | | | | 12/10/2007 | (50,000) | TRANSFER OF CASH OUT | CASH TRANSFERRED VIA ACATS | | *n/a - records unavailable* |
| 184775 | 11/27/2007 | (1,000,000) | CW | CHECK WIRE | JPMorgan Chase Bank, NA | xxxxxxxxxx1224 | NTC | 11/27/2007 | 1,000,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | 12/11/2007 | (1,000,000) | TRANSFER OF CASH OUT | FFC: JUDD ROBBINS # xxx-xx4885 | FISERV-ROBBINS-00180-83 | FISERV-ROBBINS-01025 FISERV-ROBBINS-01034-35 FISERV-ROBBINS-01039-40 |
| 246770 | 12/13/2007 | (1,000,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 12/14/2007 | 1,000,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (12/13/2007) | 12/31/2007 | (1,000,000) | TRANSFER OF CASH OUT | CASH TRANSFERRED VIA ACATS | FISERV-ROBBINS-00180-83 | FISERV-ROBBINS-01049 |
| | | | | | | | | | **$ 2,250,200** | | | Transfers of Cash Out | **$ (2,248,782)** [4],[5] | | | |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] *See* **Exhibit 10**.

[3] The inflows per the NTC Quarterly Account Statements represent funds from BLMIS to NTC, consistent with the results of my tracing analysis summarized in **Exhibit 9** and detailed in **Exhibit 10**.

[4] As supported by the documents referenced above, $2,198,782 of the total "TRANSFER[S] OF CASH OUT" were transfers to other IRAs for the benefit of the Defendant. *See also* Responses and Objections of Defendant Judd Robbins to Trustee's First Set of Interrogatories at Nos. 8 and 11. As of the date of this report, the records necessary for me to identify how the $50,000 "TRANSFER OF CASH OUT" flowed from NTC on 12/10/2007 were not available for my review.

[5] The $1,418 difference between the amount I traced from BLMIS to NTC ($2,250,200) and the total amount of transfers of cash out ($2,248,782) is comprised of the following: the beginning cash balance in the account as of January 2007 ($42), less NTC fees ($558), plus interest ($323), less the remaining cash balance in the account as of December 2007 ($1,225). *See* NTC quarterly account statements referenced above.