# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                         12/31/06        1
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0     [Redacted]


                           BALANCE FORWARD                         507,780.46

12/01                      INTEL CORP                  DIV           1,789.20
                           DIV 11/07/06 12/01/06
12/01                      WELLS FARGO & CO NEW        DIV           2,892.96
                           DIV 11/03/06 12/01/06
12/05                      PFIZER INC                  DIV           5,443.20
                           DIV 11/10/06 12/05/06
12/11                      CHEVRON CORP                DIV           3,538.08
                           DIV 11/17/06 12/11/06
12/11                      EXXON MOBIL CORP            DIV           5,886.72
                           DIV 11/13/06 12/11/06
12/11                      INTERNATIONAL BUSINESS MACHS DIV          1,436.40
                           DIV 11/10/06 12/09/06
12/11                      UNITED TECHNOLOGIES CORP    DIV             801.36
                           DIV 11/17/06 12/10/06
12/12                      JOHNSON & JOHNSON           DIV           3,402.00
                           DIV 11/28/06 12/12/06
12/14                      HOME DEPOT INC              DIV           1,417.50
                           DIV 11/30/06 12/14/06
12/14                      MICROSOFT CORP              DIV           2,671.20
                           DIV 11/16/06 12/14/06
12/15                      AMERICAN INTL GROUP INC     DIV           1,330.56
                           DIV 12/01/06 12/15/06
12/15                      COCA COLA CO                DIV           1,953.00
                           DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06        2
[Redacted]
[Redacted]
[Redacted]                                                        1-H0024-3-0    [Redacted]


12/15                             TIME WARNER INC              DIV                    693.00
                                  DIV 11/30/06 12/15/06
12/15                             WACHOVIA CORP NEW            DIV                  3,386.88
                                  DIV 11/30/06 12/15/06
12/21        15,372   1842        CITI GROUP INC               54.580             838,389.76
12/21         3,528   3842        SCHLUMBERGER LTD             67                 236,235.00
12/21         6,300   6092        COMCAST CORP                 43.140             271,530.00
                                  CL A
12/21        12,096   8092        AT&T INC                     35.810             432,674.76
12/21        19,152  10342        CISCO SYSTEMS INC            27.730             530,318.96
12/21        12,600  12342        TIME WARNER INC              21.710             273,042.00
12/21         6,804  14592        CHEVRON CORP                 75.110             510,776.44
12/21         3,276  16592        UNITED PARCEL SVC INC        76.630             250,908.88
                                  CLASS B
12/21        32,004  18842        GENERAL ELECTRIC CO          37.630           1,203,030.52
12/21         3,024  20806        UNITED TECHNOLOGIES CORP     62.410             188,607.84
12/21         1,260  23092        GOLDMAN SACHS GROUP INC     201.700             254,092.00
12/21         6,048  25024        WACHOVIA CORP NEW            57.430             347,095.64
12/21         6,300  27342        HOME DEPOT INC               40.080             252,252.00
12/21        10,332  29274        WELLS FARGO & CO NEW         35.750             368,956.00
12/21         8,568  31592        HEWLETT PACKARD CO           40.020             342,549.36
12/21         7,560  33524        WAL-MART STORES INC          46.640             352,296.40
12/21         4,788  35842        INTERNATIONAL BUSINESS MACHS 95.800             458,499.40
12/21        18,396  37774        EXXON MOBIL CORP             76.800           1,412,077.80
12/21        17,892  40092        INTEL CORP                   21.100             376,806.20
```

CONTINUED ON PAGE    3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                                          12/31/06           3
[Redacted]
[Redacted]
[Redacted]                                                          1-H0024-3-0        [Redacted]



12/21                        9,072 44342  JOHNSON & JOHNSON            66.780                          605,466.16
12/21                       10,584 48591  J.P. MORGAN CHASE & CO       48.410                          511,948.44
12/21                        6,300 52841  COCA COLA CO                 48.990                          308,385.00
12/21                        2,772 57091  MERRILL LYNCH & CO INC       91.960                          254,803.12
12/21                        6,552 61341  ALTRIA GROUP INC             85.910                          562,620.32
12/21                        6,804 65591  MERCK & CO                   44                              299,104.00
12/21                        3,276 69841  MORGAN STANLEY               80.620                          263,980.12
12/21                       26,712 74091  MICROSOFT CORP               30.110                          803,230.32
12/21                        4,788 80642  ABBOTT LABORATORIES          48.170                          230,446.96
12/21                        8,064 84881  AMERICAN INTL GROUP INC      72.790                          586,656.56
12/21                       12,600 86841  ORACLE CORPORATION           18.050                          226,926.00
12/21                        3,528 89131  AMGEN INC                    70.630                          249,041.64
12/21                        5,040 91091  PEPSICO INC                  63.210                          318,377.40
12/21                        3,780 93359  AMERICAN EXPRESS COMPANY     62.270                          235,229.60
12/21                       22,680 95341  PFIZER INC                   25.870                          585,824.60
12/21                       14,112 97591  BANK OF AMERICA              53.690                          757,109.28
12/21                        9,828 99591  PROCTER & GAMBLE CO          64.120                          629,778.36
12/21  16,250,000                  42168  U S TREASURY BILL            99.063     16,097,737.50
                                          DUE 3/01/2007
                                                 3/01/2007
12/21      15,617                  46409  FIDELITY SPARTAN             1              15,617.00
                                          U S TREASURY MONEY MARKET
12/22                                     BANK OF AMERICA              DIV                               7,902.72
                                          DIV 12/01/06 12/22/06
12/29                                     FIDELITY SPARTAN             DIV                                 110.86
                                          U S TREASURY MONEY MARKET
                                          DIV 12/29/06
```

CONTINUED ON PAGE    4

MDPTPP03456819

```
[Redacted]
[Redacted]
[Redacted]                                                          12/31/06        4
[Redacted]
[Redacted]
[Redacted]                                               1-H0024-3-0    [Redacted]


12/29                              TRANS FROM 40 ACCT           JRNL                292,069.00

12/29    8,375,000       2281 U S TREASURY BILL                 98.682    8,264,617.50
                              DUE 4/5/2007
                                     4/05/2007
12/29       10,001       6854 FIDELITY SPARTAN                  1            10,001.00
                              U S TREASURY MONEY MARKET
12/29               41,231 83587 FIDELITY SPARTAN               1                    41,231.00
                              U S TREASURY MONEY MARKET
12/29           16,600,000 88904 U S TREASURY BILL              99.166           16,461,556.00
                              DUE 3/01/2007
                                     3/01/2007
12/29    8,375,000      97809 U S TREASURY BILL                 98.780    8,272,825.00
                              DUE 3/29/2007
                                     3/29/2007

                              NEW BALANCE                                                   .02

                              SECURITY POSITIONS         MKT PRICE
         10,001               FIDELITY SPARTAN              1
                              U S TREASURY MONEY MARKET
       8,375,000              U S TREASURY BILL            98.780
                              DUE 3/29/2007
                                     3/29/2007
       8,375,000              U S TREASURY BILL            98.682
                              DUE 4/5/2007
                                     4/05/2007

                              MARKET VALUE OF SECURITIES
                                  LONG              SHORT
                              16,547,443.50
```

```
[Redacted]
[Redacted]
[Redacted]                                                           12/31/06        5
[Redacted]
[Redacted]
[Redacted]                                           1-H0024-3-0    [Redacted]


                        YEAR-TO-DATE SUMMARY

              DIVIDENDS                                           285,425.85
              GROSS PROCEEDS FROM SALES                       141,072,172.20
```

MDPTPP03456821