# EXHIBIT 9

```
            0 ·  *

    63,864·42  +
        13·99  +
    63,878·41  *

    63,878·41  ÷
        83·875 =
       761·59  *

        83·875 x
       761·    =
    63,828·88  +I
    63,828·88  x
         0·025 =
     1,595·72  *

     1,595·72  ÷
         4·    x
         8·    =
     3,191·44  *

     3,191·44  +I
       761·    x
         2·25  =
     1,712·25  *

     1,712·25  x
         0·03125 =
        53·51  +I
    67,073·83  ◊I
    67,073·83  ÷
     1,712·25  =
        39·17  *

        39·25  x
     1,712·25  =
    67,205·81  -I
       131·98- *I

       131·98- ÷
         0·125 =
     1,055·84- *

     1,712·00  +
     1,052·00  -
       660·00  *
```

MADTSS00401002

l & C Lipkin                                                    56,180.81          80

| Date | Item | | | | | |
|---|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6 2½ 3/10 | | 8.81 |
| | 2107.13 | | | INA | | |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8 2½ 5/1 | | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz 7 2½ 7/1 | | 13.99 |
| | 2676.92 | | | Aetna | | |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | 8 2½ 9/1 | | 49.53 |
| | 3191.88 | | | Amax | | |
| 9/5 | Amax | 67,008— | 70,358.41 | 8 2½ 10/30 | | 62.29 |
| | 3350.40 | | | Rockwell | | |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8 2½ 12/31 | | 15.94 |
| | 3520.66 | | | Tomerson | | |
| 12/31 | Check | 10,000— | | " | | |
| | Check Ⓐ | | 5000— | " | | |

68,941.35

MADTSS00400966


ICE — Aetna Life
+ Casualty a P/C

761 @ 83 3/8 =
                63828.88

                        41159.50
1052    39 1/8          32.88
                        ────────
                        41126.62

660     39 1/4 = 25905 —
                        20.63
1 = 9.77                ────────
                        25884.37

6/23 B
6/25 S          65020.26

                        8 — 2 1/2
1712.25    (9/1)        3191.88

MADTSS00401003

```
             0·     *

    61,201·49  ÷
        27·5  =
     2,225·51 *

        27·5  ×
     2,225·   =
    61,187·50 +I
    61,187·50 ×
         0·025 =
     1,529·69 *

     1,529·69 ÷
         4·   ×
         7·   =
     2,676·96 *

     2,676·96 +I
     2,225·   ×
         0·75 =
     1,668·75 *

     1,668·75 ×
         0·03125 =
        52·15 +I
    63,916·61 ◊I
    63,916·61 ÷
     1,668·75 =
        38·30 *

        38·375 ×
     1,668·75 =
    64,038·28 -I
       121·67-*I

       121·67-÷
         0·125 =
       973·36-*

     1,668·00 +
       973·00 -
       695·00 *
```





**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX  235130
WATS (800) 221-2242

REDACTED

| IDENTIFICATION NO. | ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | C.H. NUMBER | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0646 |  |  |  |  |  |  |  |  | 4/30/80 | 5/7/80 |

CONTRA PARTY

CODES

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| BOT | 973 |  | HEINZ |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 39 1/6 | 37217.25 |  | 30.41 |  |  |  | 37186.84 |

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400988





**Bernard L. Madoff**
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street. New York. NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| | |
|---|---|
| FRACTIONAL SHARES  HEINZ | 28.67 |

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225  27½        61,187.50


973   38¼        37,217.25
                     30.41
                 ─────────
                 37,186.84
695   38⅜ = 26,670.63
                     21.72
                 ─────────
                 26,648.91
7 = 28.67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING 12/31/80

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | | | RESERVE OIL & GAS COM | | | 16.26 |
| | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| | | 1330 | | INA CORP | 30 | | 39,858.44 |
| | | | | INA CORP | | | 14.92 |
| | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | 761 | | | HEINZ COM | | | 26.67 |
| | | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | | AETNA LIFE COM. | | | 9.77 |
| | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | | AMAX INC. | | | 31.24 |
| | | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| | 2047 | | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | | 1816 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | 350 | | ROCKWELL INTL | | | 10.23 |
| | 2407 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 70,504.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.33 |

MADTSS00401023

| HJ Heinz 170 | 3rd (V) |
|---|---|
| | P = .75 C |
| 4/9/79 - 5/18 D | P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/7/84~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515