# EXHIBIT 21

## Excerpt from DTCABAL data file



## Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
                F O R M   F L A S H   D E F I N I T I O N
                   BOX DEFINITIONS - Page 1-1
 Left      Right                          Fill                      Spacing
 Edge      Edge    Top    Bottom   Width   Density  Density  Number  Horiz   Vert
 4         10      5      10       1       1        0        0       0       0
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___
 ___       ___     ___    ___      ___     ___      ___      ___     ___     ___

 F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
 F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
      F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                DATA MAPPER - Variable Text Locations
                DTCS
                          __ Millimeters __
                        From  From  Right
 Ref     Definition      Page  Top   Left  Edge  Lines    Equation
   1  L1 Dont Print       1    5     5     100   1    NP
   2  Header Line 1       1    14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
   3  Header Line 2-3     1    17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
   4  Macro Calls         1    23.73 4     206   56   TRIM1/5
   5  Data                1    23.73 8     206   56   COPYR4 TRIM7/67
   6                                                  A3502070/1/8/12
   7  L81                 1    5     5     100   1    PG
   8  ___
   9  ___
  10  ___
  11  ___
  12  ___
  13  ___
  14  ___
  15  ___

 F1=Flash F2=Print Def F3=Go To ___  F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
 F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```