EXHIBIT 25



MADTSS01124251
MADTSS01124251

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

*Each Unit Here 10,040*

| Acct # | Name | Units | Need | Out? |
|--------|------|-------|------|------|
| 2R211 | Eileen | 1.5 | 15 | SHUPT |
| C1277 | JL Ira | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy Ira | 1.5 | 15 | S |
| 2B480 | Peg | .8 | 8 | S |
| 2B482 | Pam | .5 | 5 | S |
| R0426 | Rita | 1.5 | 15 | S |
| C1840 | JL Dems | X | (3) | Loss for Taxes |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0208 | Gregory | .5 | 5 | S |
| L0214 | Dejon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | As per David K |
| D0028 | Carmen | 5.0 | ~~55~~ 55 | S |
| W0057 | Weisser | 3.0 | 30 | REQUIRED |
| 2R179 | Mend | 21.5 | 215 | REQ |
| 2B032 * | Mathair | 319.0 | 3190 | 2600 extra P&L + to bring to 11% |
| 2A924 | Levi Aaron | 7.8 | 78 | REQ |
| 2R165 | Abe K | 1.4 | 14 | REQ |
| 2R172 | Sey K | 1.4 | 14 | REQ |
| 2R097 | Rhona Gana | .4 | 4 | REQ |
| 2B143 | Ed Telris | 11.6 | 116 | REQ |
| 2R010 | Rich Glantz | 9.8 | 98 | REQ |
| 2B348 | Spelling | 1.0 | 10 | REQ |
| 2A041 | Man E | .6 | 6 | REQ |
| 2A210 | Manu P | .6 | 6 | REQ |
| L0124 | Noël | 38.5 | 385 | ½% Cap   Cap = 77 away from his list |
| E0116 * | Manta | 92.4 | 822 | 300 extra P&L + to bring to 11% |
| E0165 | New * | | | |
| E0156 | NEED 7½ | | | |
| 116 | NEED 145 | | | |
| 133 | NEED 129 | | | |
| 155 | NEED 109 | | 522 | |
| 159 | NEED 61 | | | |
| | 300 + 522 = | | 822 | |

12B032   NEED   50
12B046   NEED   485
12B249   NEED   55
2600 + 590 = 3190

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115



SCHUPT

| | | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 | | | SCHUPT RETURN |
| 1C1277 | J.C IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | FEE | 8 | | | |
| 12B482 | DARA | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | Se PEAS | 8 (3) | | | |
| 150431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | AS PER DLR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | | 30 REQUIRED |
| 12R179 | MEND | 215 | | | 215 REQ |
| 12B032 | MAY | * 672B | | | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 7B | | | 78 REQ |
| 12R165 | ABEK | 14 | | | 14 REQ |
| 12R172 | SEY K | 14 | | | 14 REQ |
| 12R097 | RHODA G | 4 | | | 4 REQ |
| 12B143 | ED JELRIS G | 116 | | | 116 REQ |
| 12R010 | RICH G | 98 | | | 98 REQ |
| 12B348 | 2 PERLING | 10 | | | 10 REQ |
| 12A041 | MARV E | 6 | | | 6 REQ |
| 12A210 | MANU PLAT | 6 | | | 6 REQ |
| 1L0124 | NOEL | 385 | | | (1/2% of CAP) BEEN DOING 375 LAST YR. 750 THEM |
| 1E0116 * | MARJO | * 1264 | | | 300 + BRING ACCTS to |

WORK CAP FROM
LAST = 377 MM

← 11%

BRING
TO
N%

| 1E0156 | NEED 90 |
| 1E0116 * | NEED 170 |
| 1E0133 | NEED 162 |
| 1E0155 | NEED 140 |
| 1E0159 | NEED 200 |

c18%

964 + 300 = 1264

| 12B032 | NEED 540 |
| 12B046 | NEED 2684 |
| 12B249 | NEED 904 |

EXTRA → 2600 ◊ A128

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

| ACCT # | NAME | # NEEDED | WHY | (.446 EACH) UNITS | ETC... |
|---|---|---|---|---|---|
| 10.0002 650 | O'HARA F.P. | 21 | SCH/OPT ✓ | 14.0 | |
| 10.0013 147 | BERN IRA | 4 | sch ✓ | 3.0 | |
| 10.0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | (12B583) |
| 1P0111 875 | G+S JOINT | 3 | sch ✓ | 2.0 | (12R225) |
| (1C1094) X | EILEEN ○ | 4 | sch ✓ | 3.0 | (12R310) |
| (1C1277) 27 | JODI IRA | 10 | sch ✓ | 7.0 | |
| (1B0136) 160 | JUDY | 13 | sch ✓ | 9.0 | |
| (1B0227) 254 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | PAM | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | EILEEN IRA ○ | 6 | sch ✓ | 4.0 | |
| 15.0008 0 | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W | 10.0 | ALL CAUGT UP TO N/9/04 |
| 1R0186 0 | OSHA | 7 | PAST PEFORMCE ACCT N/W | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1C0157 0 | RUSS | 6 | sch ✓ | 4.0 | |
| 1C0205 0 | GREGORY | 5 | sch ✓ | 4.0 | |
| 1C0214 0 | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 0 | D.F.F. | 5 | sch ✓ | 4.0 | |
| 1C0174 0 | MERRYL | 7 | sch ✓ | 5.0 | |
| 1S0431 0 | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 911 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 X 200 231 | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 0 | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE-TIM DEAL |
| (1R0126) 766 | RITA | 15 | sch ✓ | 10.0 | |
| 1D.0070 0 | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 0 | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | | NO ACCT CAN NOT DO |
| 12R179 0 | MENDELOW S | 215 107.5 | REQ ✓ | 75.0 | |
| 12R180 L | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

$\sqrt{3}$ 0✓

(CARY 11K0017 ADDED)   64,260   65,000 OPT THD 5/05 FOR 04

manual 04 for 03

| Acct # | Name | $ Needed | Why? | Nav Each Unit | Comments etc... |
|---|---|---|---|---|---|
| 12A924° | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165° | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R172° | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R097° | Rhoda Gaan | 4 | REQ ✓ | 3.0 | |
| 12B143° | Tecris | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041° | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210° | Marj Platers | 6 | REQ ✓ | 4.0 | |
| 1C0124° | Noel Levine | 362 | w/c @ 12% List | 250.0 | 72.4 cap @ 16% |
| | | | | | |
| 1E0165° | Engler Grat | ~~20~~ | needs to be 1190 ✓ | 14.0 | goes to 11% |
| 1E0156° | Engler QTIP | 21 ✓ | | 14.0 | |
| 1E0116° | Mansa | 10 | (300) Extra put here | 7.0 | 300 extra 116 |
| 1E0133° | Marsa | 31 | ✓ | 21.0 | |
| 1E0155° | Engler F.T | 26 | Fixed 40% c 330,160 put | 18.0 | |
| 1E0159° | Mansa IRA | 30 | ✓ | 21.0 | $600,000 Jan 05 Done |
| | | | | | |
| Frank ↓ | | s/b 660,000 put sp in 2005 | DID | | |
| 12B046° | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032° | Mayfair | 108,000 + 1680 Aspen F.A = 1795000 | ✓ | 1235.0 | |
| 12B249° | Mayfair Prod | 270,000 | ✓ | 187.0 | |
| 12B509° | Astex | 42,000 | ✓ | 29.0 | |
| 12B262° | Strattham | 26,000 | ✓ | 18.0 | |
| 12A879° | Ken Jordan | 20,000 | ✓ | 14.0 | |
| 12B510° | St. James | 42000 | ✓ | 29.0 | |

6990 tot
74120

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | | $ 1370 | COMM |
|---|---|---|---|---|---|
| 100002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C 1097 X | | 4 | | 3 | |
| 1C 1277 X | | 30 | | 22 | |
| 1B 0136 X | | 15 | | 11 | |
| 1B 0227 X | | 25 | | 19 | |
| 12B 480 X | | 16 | | 12 | |
| 12B 482 X | | 7 | | 5 | |
| 12R 211 X | | 10 | | 8 | |
| 150008 0f | | 10 | | 8 | |
| 1R 0186 ✓ | | 5 | | 4 | |
| 1C 0157 ✓ | | 6 | | 5 | |
| 1C 0205 ✓ | | 6 | | 5 | |
| 1C 0214 ✓ | | 4 | | 3 | |
| 1D 0020 ✓ | | 7 | | 5 | |
| 1C 0174 ✓ | | 6 | | 5 | |
| 150431 ✓ | | 8 | | 6 | |
| 1M 0200 ✓ | | 14 | | 11 | |
| 1I 0010 ✓ | | 17 | | 12 | |
| 1C 1328 ✓ | | 3 | | 3 | |
| 1D 0018 | | — | | — | |
| 12R 028 X | | — | | — | |
| 1R 0126 ✓ | | 8 | | 6 | |
| 1D 0070 X | | — | | — | |
| 1D 0028 X | | — | | — | |
| 1W 0059 X   X | | — | | — | |
| 12R 179 | | 108 | | 78 | |
| 12R 130 | | 108 | | 78 | |
| | | | | 346 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UPRB @ 1370 | Comments |
|------|------|------|------|------|------|
| 12A924 | | 78 | | 57 | |
| 12R165 | | 14 | | 11 | |
| 12R172 | | 14 | | 11 | |
| 12R099 | | 4 | | 3 | |
| 12B143 | | 116 | | 85 | |
| 12R610 | | 98 | | 72 | |
| 12B348 | | 10 | | 8 | |
| 12A041 | | 6 | | 5 | |
| 12A210 | | 6 | | 5 | |
| 1C012X | | 351 | | 256 | |
| | | | | | |
| 1E0165 | | 11 | | 8 | |
| 1E0156 | | 11 | | 8 | |
| 1E0116 | | — | | — | 300 goes to in 2006 for 05 |
| 1E0133 | | 16 | | 12 | |
| 1E0255 | | 13 | | 10 | |
| 1E0259 | | 74 | | 54 | |
| | | | | | |
| 12B076 | | 1680 | | 1227 | |
| 12B032 | | 109 | | 80 | |
| 12B259 | | 148 | | 108 | |
| 12B509 | | 356 | | 260 | |
| 12B262 | | 180 | | 132 | |
| 12A899 | | 57 | | 42 | |
| 12B510 | | 284 | | 208 | |
| | | | | | |
| | | | | 2662 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| Acct # | Name | Need 2086 | | Ve 2086 | Vo |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL CLOSED 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOLINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0R26 | RITA | 40 | | 20 | ✓ |
| | | | | | |
| 1ZR179 | STEVE M | 115 | | 55 | ✓ |
| 1ZR180 | NANCY M | 115 | | 55 | ✓ |
| | | | | | |
| 1ZA924 | JOEL LEUS | 78 | | 38 | ✓ |
| 1ZR165 | AMBE K | 14 | | 7 | ✓ |
| 1ZR172 | SEYMORE K | 14 | | 7 | ✓ |
| 1ZR097 | RHOBA & LANA | 4 | | 2 | ✓ |
| 1ZB143 | JECRIS | 116 | | 56 | ✓ |
| 1ZR010 | R. GLANTZ | 98 | | 58 47 | ✓ |
| 1ZB348 | SPERLING | 10 | | 5 | ✓ |
| 1ZA041 | MARN ENG | 6 | | 3 | ✓ |
| 1ZA210 | MARN PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| | | | | | |
| 1E0116 | MARJA | 300+ 300 | | 287 | ✓ |
| | | | | | |
| 1ZB032 | MAN FAIR | 1680 | | 805 | ✓ |
| | | | | | |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

↑ CLOSED 6/26/07

MADTSS01124089

MADTSS01124089

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

2906 each

| ACCT # | NAME | # NEEDED | WHY | UNITS | NOTES |
|--------|------|----------|-----|-------|-------|
| 12R179 | STEVE M | 115 | FIXED (3) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (3) | 40 | ✓ |
| | | | | | |
| 12A924 | JOEL LEVY | 78 | FIXED (3) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (3) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (3) | 5 | ✓ |
| 12R097 | RHODA GASA | 4 | FIXED (3) | 2 | ✓ |
| 12B143 | JECRIS | 116 | FIXED (3) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (3) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (3) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (3) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (3) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (3) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (3) | 104 | ✓ |
| 12B032 | MAYPAIR | 1680 | FIXED (3) | 580 | ✓ |
| | | | | | |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER 40 of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 150431 | SAFRAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | Dorothy-Jo | 200 | TRANS TO MOM | 70 | NEED "F" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262



| | | | |
|---|---|---|---|
| CARMEN | 1D0028-40 | 12.0 | |
| WEISSER | 1W0057 | 23.0 | |
| JC IRA | 1C1277 | 5.0 | |
| E+J | 1C1094 | 2.0 | |
| E-IRA | 12R211 | 5.0 | |
| JB IRA | 1B0227 | 5.0 | |
| JB | 1B0136 | 6.0 | |
| R,R | 1R0126 | 5.0 | |
| STEVE | 12R179 | 75.0 | |
| NANCY | 12R180 | 86.0 | |
| MAT PEN | 12B249 | ~~475.0~~ 200.0 ✓ | |
| MAT | 12B032 | 2000.0 | |
| GROJ | 12B046 | ~~500.0~~ 400.0 | |
| LEUY | 12A924 | 58.0 | |
| ABE KLEIN | 12R165 | 11.0 | |
| SEY KLEIN | 12R172 | 11.0 | |
| IRHODA GADA | 12R097 | 3.0 | |
| ED | 12B143 | 87.0 | |
| Rich | 12R010 | 73.0 | |
| SPERLING | 12B348 | 8.0 | |
| M EUG | 12A041 | 5.0 | |
| M PLAT | 12A210 | 5.0 | |
| LEVINE | 1L0124 | 280.0 | |
| | 1E0116 | | 265.0 |
| MARTA | 1E0159 | | 42.0 |
| | 1E0155 | | 30.0 |
| | 1E0133 | | 36.0 |
| | 1E0156 | | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131