# EXHIBIT 32



**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022

Account No: 6301-428151-509
Statement Start Date: 01 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: 000-USA-12
Statement No: 001  698
Page 1 of 2

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 23 | 61,952,499.92 |
| Total Debits (incl. checks) | 21 | 61,952,499.92 |
| Total Checks Paid | 21 | 61,952,499.92 |

### BALANCES

| Opening (01 JAN 2003) | | Closing (31 JAN 2003) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj. Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 JAN | | | | **** Balance **** | | 0.00 | OPENING LEDGER BALANCE |
| 02 JAN | | | | USD  OUR: 1400400201DW | | 2,654,043.00 | CDS FUNDING |
| 02 JAN | | | | USD  OUR: 1400300188DW | 2,654,043.00 | | LIST POST     AA01 |
| 02 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 03 JAN | | | | USD  OUR: 1400400189DW | | 2,740,722.28 | CDS FUNDING |
| 03 JAN | | | | USD  OUR: 1400300190DW | 2,740,722.28 | | LIST POST     AA01 |
| 03 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 06 JAN | | | | USD  OUR: 1400400200DW | | 3,125,422.40 | CDS FUNDING |
| 06 JAN | | | | USD  OUR: 1400300222DW | 3,175,422.40 | | LIST POST     AA01 |
| 06 JAN | | | | **** Balance **** | | 50,000.00- | CLOSING LEDGER BALANCE |
| 07 JAN | | | | USD  OUR: 1400400192DW | | 8,688,854.88 | CDS FUNDING |
| 07 JAN | | | | USD  OUR: 1400300195DW | 8,638,854.88 | | LIST POST     AA01 |
| 07 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 08 JAN | | | | USD  OUR: 1400400200DW | | 8,654,307.33 | CDS FUNDING |
| 08 JAN | | | | USD  OUR: 1400300187DW | 8,654,307.33 | | LIST POST     AA01 |
| 08 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 09 JAN | | | | USD  OUR: 1400400193DW | | 4,279,758.03 | CDS FUNDING |
| 09 JAN | | | | USD  OUR: 1400300191DW | 4,279,758.03 | | LIST POST     AA01 |
| 09 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 10 JAN | | | | USD  OUR: 1400400195DW | | 2,002,630.00 | CDS FUNDING |
| 10 JAN | | | | USD  OUR: 1400300205DW | 2,002,630.00 | | LIST POST     AA01 |
| 10 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 13 JAN | | | | USD  OUR: 1400400195DW | | 2,087,916.08 | CDS FUNDING |
| 13 JAN | | | | USD  OUR: 1400300208DW | 2,087,916.08 | | LIST POST     AA01 |
| 13 JAN | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 14 JAN | | | | USD  OUR: 0810100020DW | | 1,500.00 | 0000139794 011303 SP RET ITEM |
| 14 JAN | | | | USD  OUR: 1400400199DW | | 4,156,322.45 | CDS FUNDING |
| 14 JAN | | | | USD  OUR: 1400300204DW | 4,156,322.45 | | LIST POST     AA01 |
| 14 JAN | | | | **** Balance **** | | 1,500.00 | CLOSING LEDGER BALANCE |
| 15 JAN | | | | USD  OUR: 1400400200DW | | 6,170,609.40 | CDS FUNDING |

FT CODE:  USD - SAME DAY FUNDS   US1 - ONE DAY FLOAT   US3 - THREE DAY FLOAT   US5 - FIVE DAY FLOAT
          USN - NEXT DAY FUNDS   US2 - TWO DAY FLOAT   US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA000043



Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

```
                                    TS
BERNARD L MADOFF INVESTMENT SECURITIES                    Account No:       6301-428151-509
ATTN DANIEL BENVENTRE                              Statement Start Date:    01 JAN 2003
885 THIRD AVENUE-18TH FLOOR                          Statement End Date:    31 JAN 2003
NEW YORK  NY  10022                      DS             Statement Code:     000-USA-12
                                                          Statement No:     001      698
                                                                         Page 2 of 2
```

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15JAN | | | USD | OUR: 1400300205DW | 6,172,109.40 | | LIST POST    AA01 |
| 15JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16JAN | | | USD | OUR: 1400400193DW | | 3,333,812.49 | CDS FUNDING |
| 16JAN | | | USD | OUR: 1400300190DW | 3,333,812.49 | | LIST POST    AA01 |
| 16JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17JAN | | | USD | OUR: 1400400192DW | | 1,924,339.68 | CDS FUNDING |
| 17JAN | | | USD | OUR: 1400300200DW | 1,924,339.68 | | LIST POST    AA01 |
| 17JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21JAN | | | USD | OUR: 1400400199DW | | 2,042,050.39 | CDS FUNDING |
| 21JAN | | | USD | OUR: 1400300205DW | 2,042,050.39 | | LIST POST    AA01 |
| 21JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22JAN | | | USD | OUR: 1400400200DW | | 1,166,854.38 | CDS FUNDING |
| 22JAN | | | USD | OUR: 1400300206DW | 1,166,854.38 | | LIST POST    AA01 |
| 22JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23JAN | | | USD | OUR: 1400400207DW | | 1,531,024.35 | CDS FUNDING |
| 23JAN | | | USD | OUR: 1400300193DW | 1,531,024.35 | | LIST POST    AA01 |
| 23JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24JAN | | | USD | OUR: 0810100014DW | | 3,642.91 | 0000141131 012303 SP RET ITEM |
| 24JAN | | | USD | OUR: 1400400196DW | | 1,689,320.73 | CDS FUNDING |
| 24JAN | | | USD | OUR: 1400300246DW | 1,689,320.73 | | LIST POST    AA01 |
| 24JAN | | | | | **** Balance **** | 3,642.91 | CLOSING LEDGER BALANCE |
| 27JAN | | | USD | OUR: 1400400196DW | | 1,415,761.92 | CDS FUNDING |
| 27JAN | | | USD | OUR: 1400300210DW | 1,419,404.83 | | LIST POST    AA01 |
| 27JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28JAN | | | USD | OUR: 1400400199DW | | 1,099,077.06 | CDS FUNDING |
| 28JAN | | | USD | OUR: 1400300189DW | 1,099,077.06 | | LIST POST    AA01 |
| 28JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29JAN | | | USD | OUR: 1400400200DW | | 1,323,197.09 | CDS FUNDING |
| 29JAN | | | USD | OUR: 1400300197DW | 1,323,197.09 | | LIST POST    AA01 |
| 29JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30JAN | | | USD | OUR: 1400400189DW | | 147,802.81 | CDS FUNDING |
| 30JAN | | | USD | OUR: 1400300189DW | 147,802.81 | | LIST POST    AA01 |
| 30JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31JAN | | | USD | OUR: 1400400199DW | | 1,713,530.26 | CDS FUNDING |
| 31JAN | | | USD | OUR: 1400300195DW | 1,713,530.26 | | LIST POST    AA01 |
| 31JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

JPMTAA000044