# Exhibit 5

