# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Robbins Account

|  | 1ZA006 | 1ZB408 | Robbins Account 1ZR234 |
|---|---:|---:|---:|
| **INFLOWS** | | | |
| Cash Deposits | $496,621 | $0 | $39,188 |
| Transfers of Principal (In) | 0 | 496,621 | 993,242 |
| **Principal Available** | **$496,621** | **$496,621** | **$1,032,430** |
| **OUTFLOWS** | | | |
| Cash Withdrawals | $0 | $0 | ($3,050,200) |
| Transfers of Principal (Out) | (496,621) | (496,621) | (496,621) |
| **Total Outflows** | **($496,621)** | **($496,621)** | **($3,546,821)** |
| Total | $0 | $0 | ($2,514,391) |