# Exhibit 4B

**Exhibit 4B - Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1ZB408**

BLMIS ACCOUNT NO. 1ZB408 - NEW BALANCE INVESTMENTS LLC C/O ROBERT J MINTZ, ESQ

| | | | | | | | | BLMIS SOURCE DOCUMENT: | |
|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 5/15/2001 | TRANS FROM 1ZR23430 (*1ZR234*) | 1,965,367 [1] | - | - | 496,621 | - | 496,621 | MDPTPP06985902 | MDPTPP06985902 |
| 9/26/2001 | TRANS TO 1ZR23430 (*1ZR234*) | (2,019,192) [2] | - | - | - | (496,621) | - | MDPTPP06985921 | MDPTPP06985924 |
| 4/23/2002 | TRANS TO 1ZR23430 (*1ZR234*) | (37) [3] | - | - | - | - | - | MDPTPP06985941 | MDPTPP06985942 |
| | Total: | | $ - | $ - | $ 496,621 | $ (496,621) | $ - | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.