# Exhibit 4C

**Exhibit 4C - Detailed Schedule for the Principal Balance Calculation for the Robbins Account**

BLMIS ACCOUNT NO. 1ZR234 - NTC & CO. FBO JUDD ROBBINS (39872)

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THIRD-PARTY: Bates Ref |
| 11/21/1994 | TRANS FROM 1ZA00630 (*1ZA006*) | 649,546 [1] | - | - | 496,621 | - | 496,621 | MF00250451 | MF00250452 | FISERV-ROBBINS-01121 |
| 12/30/1994 | TRANS FROM 1ZA00630 (*1ZA006*) | 2,912 [2] | - | - | - | - | 496,621 | MF00243262 | MF00243263 | FISERV-ROBBINS-01108 |
| 5/15/2001 | TRANS TO 1ZB40830 (*1ZB408*) | (1,965,367) [3] | - | - | - | (496,621) | - | MDPTPP07530881 | MDPTPP07530883 | *Not Produced* |
| 9/26/2001 | TRANS FROM 1ZB40830 (*1ZB408*) | 2,019,192 [1] | - | - | 496,621 | - | 496,621 | MDPTPP07530888 | MDPTPP07530892 | *Not Produced* |
| 4/23/2002 | TRANS FROM 1ZB40830 (*1ZB408*) | 37 [2] | - | - | - | - | 496,621 | MDPTPP07530931 | MDPTPP07530936 | *Not Produced* |
| 3/23/2004 | CHECK | 39,188 | 39,188 | - | - | - | 535,809 | MDPTPP07531076 | MDPTPP07531078 | *Not Produced* |
| 3/17/2005 | CHECK | (50,000) | - | (50,000) | - | - | 485,809 | MDPTPP07531148 | MDPTPP07531153 | *Not Produced* |
| 3/23/2005 | CHECK | (50,000) | - | (50,000) | - | - | 435,809 | MDPTPP07531148 | MDPTPP07531153 | *Not Produced* |
| 3/29/2005 | CHECK | (250,000) | - | (250,000) | - | - | 185,809 | MDPTPP07531148 | MDPTPP07531153 | *Not Produced* |
| 4/4/2005 | CHECK | (250,000) | - | (250,000) | - | - | (64,191) | MDPTPP07531155 | MDPTPP07531157 | *Not Produced* |
| 5/16/2006 | CHECK | (200,000) | - | (200,000) | - | - | (264,191) | MDPTPP07531233 | MDPTPP07531238 | *Not Produced* |
| 3/21/2007 | CHECK | (50,000) | - | (50,000) | - | - | (314,191) | MDPTPP07531296 | MDPTPP07531300 | *Not Produced* |
| 3/28/2007 | CHECK | (100,000) | - | (100,000) | - | - | (414,191) | MDPTPP07531296 | MDPTPP07531300 | *Not Produced* |
| 9/5/2007 | CHECK | (100,200) | - | (100,200) | - | - | (514,391) | MDPTPP07531329 | MDPTPP07531334 | *Not Produced* |
| 11/27/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (1,514,391) | MDPTPP07531339 | MDPTPP07531345 | *Not Produced* |
| 12/13/2007 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (2,514,391) | MDPTPP07531347 | MDPTPP07531351 | *Not Produced* |
| | Total: | | $ 39,188 | $ (3,050,200) | $ 993,242 | $ (496,621) | $ (2,514,391) | | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.