**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Erika K. Thomas

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 16, 2021 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1.  **08-01789; SIPC v. BLMIS**

  A.  Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

B.  Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

**Related Documents**:

C.  Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

D.  Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020. Redacted Transcript Submission Due By 4/17/2020. Transcript access will be restricted through 6/15/2020 [ECF No. 19412]

E.  Transcript regarding Hearing Held on 05/14/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 [ECF No. 19666]

F.  Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668]

G.  Transcript regarding Hearing Held on 7/29/20 at 10:00 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/29/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction

Deadline Due By 8/7/2020. Statement of Redaction Request Due By 8/21/2020. Redacted Transcript Submission Due By 8/31/2020. Transcript access will be restricted through 10/29/2020 [ECF No. 19682]

H. Transcript regarding Hearing Held on 10/28/20 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 1/27/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/5/2020. Statement of Redaction Request Due By 11/19/2020. Redacted Transcript Submission Due By 11/30/2020. Transcript access will be restricted through 1/27/2021. (Filed: 10/29/2020) [APN No. 10-04889, ECF No. 102]

I. Transcript regarding Hearing Held on 12/16/20 at 9:59 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 3/29/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/5/2021. Statement of Redaction Request Due By 1/19/2021. Redacted Transcript Submission Due By 1/29/2021. Transcript access will be restricted through 3/29/2021. (Cales, Humberto) (Entered: 12/30/2020) (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 104]

J. Transcript regarding Hearing Held on 1/20/21 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 4/22/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/29/2021. Statement of Redaction Request Due By 2/12/2021. Redacted Transcript Submission Due By 2/22/2021. Transcript access will be restricted through 4/22/2021. (Cales, Humberto) (Entered: 01/28/2021) (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 106]

K. Transcript regarding Hearing Held on 3/17/21 at 10:00 AM RE: Notice of Hearing for Status Conference filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 3/17/2021 at 10:00 AM at Teleconference Line (CourtSolutions)(CGM). Remote electronic access to the transcript is restricted until 6/30/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 20318). Notice of Intent to Request Redaction Deadline Due By 4/8/2021. Statement of Redaction Request Due By 4/22/2021. Redacted Transcript Submission Due By 5/3/2021. Transcript access will be restricted through 6/30/2021. (Cales, Humberto) (Entered: 04/16/2021) (Filed: 4/16/2021) [ECF No. 20440]

L.    Notice of Adjournment of Hearing RE: Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A Filed by Helen Davis Chaitman on behalf of Atwood Management Profit Sharing Plan & Trust f/k/a Atwood Regency Money Purchase Pension Plan, in its own right and as a successor-in-interest to the Atwood-Regency Defined Benefit Plan & Trust, Donald A. Benjamin, Benjamin T. Heller Irrevocable Trust, Bernard Whitman Revocable Living Trust U/A/D 8/5/86, Bernard and Judith Whitman As Partners of the Whitman Partnership, Denis Castelli, Denis M. Castelli, Ronald Cohen, in his capacity as a Partner of Placon2, Carol DiFazio, Frank DiFazio, Elaine Dine, Dino Guiducci and Mary Guiducci, ind. and in capa. as Co-Ttees of Atwood Regency Profit Sharing Plan & Trust f/k/a Atwood Reg. Money Purchase P&T, and former Co-Ttees of Atwood Reg. Defined Bene. P&T, Doron Tavlin Trust U/A 2/4/91, Richard G. Eaton, Leslie Ehrlich, Stephen Ehrlich, Elaine Dine Living Trust dated 5/12/06, Estate of Allen Meisels, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of James M. Goodman, Estate of Seymour Epstein, Estate of Steven I. Harnick, Fern C. Palmer, Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended, Fern C. Palmer Revocable Trust dated December 31, 1991 as amended, Fern C. Palmer and Boyer H. Palmer, Trustees of the Palmer Revocable Trust, Jennifer Gattegno, Judith Gattegno, Carla Ginsburg, Edythe Gladstein, Glenhaven Limited, Andrew M. Goodman, Audrey Goodman, Goodman Capital Partners L.P., Goodman Charitable Foundation, in its capacity as a limited partner of JABA Associates LP, Goodman Holdings, Inc., as General Partner of Goodman Capital Partners L.P., Jerome Goodman, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children, Abbey Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Kevin Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Peter Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Philip Goodman, as Limited Partner of Goodman Capital Partners L.P., Audrey Goodman, in her capacity as a general and limited partner of JABA Associates LP, Bruce Goodman, in his capacity as a general Partner of JABA Associates LP, Andrew Goodman, in his capacity as a general partner of JABA Associates LP, Guiducci Family Limited Partnership, Mary Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership, Sandra Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership, Dino Guiducci, individually and in his capacity as a General Partner of the Guiducci Family Limited Partnership, Gary L. Harnick, Martin R Harnick, Pamela Harnick, Harry Smith Revocable Living Trust, Toby Harwood, Benjamin T. Heller, Diane Holmers, Heidi Holmers, Irrevocable Trust FBO Ethan Siegel, in its Capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Jonathan

Schwartz, As Beneficiary of the Gertrude E. Alpern Revocable Trust, Jacob M. Dick Revocable Living Trust Dtd 4/6/01, Individually and as Tenant in Common, Carol Kamenstein, David Kamenstein, Peter D. Kamenstein, Sloan G. Kamenstein, Tracy D. Kamenstein, Barbara Keller, Gerald E. Keller, Eugenie Kissinger, Walter B. Kissinger, Kenneth M. Kohl, Myrna Kohl, Kenneth M. Kohl, as an individual and as a joint tenant, Myrna L. Kohl, as an individual and as a joint tenant, Marlene Krauss, Kuntzman Family LLC, Lewis Alpern, In Cap. As Succ. Tr. Of Gertrude E. Alpern Rev. Trust, As Ben. Of Gertrude E. Alpern Rev. Trust, As Exe. of the Estate Of Gertrude E. Alpern, And In Cap. As Tr. Of Paul Alpern Res. Trust, Barbara June Lang, as personal representative, as trustee, as an individual, and as joint tenant, Laura Ann Smith Revocable Living Trust, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Felice T. Londa, in her capacity as a Partner in Train Klan, Jessica Londa, in her capacity as a Partner in Train Klan, Peter Londa, in her capacity as a Partner in Train Klan, Pamela Marxen, Allen Meisels, James M. New, Laura W. New, Russell Oasis, Philip F. Palmedo, Blake Palmer, Boyer Palmer, Boyer F. Palmer, Bret Palmer, Brett Palmer, Bruce Palmer, Bruce N. Palmer, John W. Palmer, Karen Anderson Palmer, Kurt Palmer, Oscar Palmer, Sophia Palmer, Palmer Family Trust, Palmer Family Trust and its Beneficiaries, Felice J. Perlman, Sanford S. Perlman, Placon2, Robert Plafsky, Plafsky Family LLC Retirement Plan, Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan, Roberta Schwartz, As Ben. of the Gertrude E. Alpern Rev. Trust, As Settlor and Ben. of the Roberta Schwartz Trust, And In Her Cap. As Trustee Of The Roberta Schwartz Trust, Judd Robbins, Roberta Schwartz Trust, Roberta Schwartz Trust, Joan Roman, Robert Roman, Russell Oasis, Gloria Albert Sandler, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Barbara L. Savin, Robert S. Savin, Donna Schaffer, Jeffrey Schaffer, Keith Schaffer, Roberta Schwartz, Shelburne Shirt Company, Inc., Laura Ann Smith, Laura Ann Smith, THE ESTATE OF GERTRUDE E. ALPERN, Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin, The Gerald and Barbara Keller Family Trust, The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, The Harnick Brothers Partnership, Train Klan, a Partnership, Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, Trust dated 2/4/91 F/B/O Doron A. Tavlin, Harvey Krauss and Doron A. Tavlin Trustees, Bernard Whitman, Judith Whitman, Robert S. Whitman, Zieses Investment Partnership; hearing held and adjourned to 6/16/2021 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 04/21/2021) [ECF No. 20456]

**Status**:    This matter is going forward.

## CONTESTED MATTERS

1.  **09-01239; Picard v. Fairfield Investment Fund Limited, et al.**

    A.  Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Complaint filed by Peter E. Kazanoff on behalf of Fairfield Greenwich Capital Partners, Fairfield Greenwich (Bermuda), Ltd., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Fairfield Investment Fund Limited, Walter Noel, Andres Piedrahita, Corina Noel Piedrahita, Share Management LLC, Stable Fund, Philip Toub, Jeffrey Tucker, Amit Vijayvergiya (Filed: 1/15/2021) [ECF No. 305-1]

    B.  Declaration of Peter E. Kazanoff in Support of Defendants' Motion to Dismiss the Second Amended Complaint filed by Peter E. Kazanoff on behalf of Fairfield Greenwich Capital Partners, Fairfield Greenwich (Bermuda), Ltd., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Fairfield Investment Fund Limited, Walter Noel, Andres Piedrahita, Corina Noel Piedrahita, Share Management LLC, Stable Fund, Philip Toub, Jeffrey Tucker, Amit Vijayvergiya (Filed: 1/15/2021) [ECF No. 305-2]

    **Opposition Due**:   April 15, 2021

    **Opposition Filed**:

    C.  Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed 4/15/2021) [ECF No. 311]

    **Related Documents**:

    D.  Notice of Defendants' Motion to Dismiss the Second Amended Complaint filed by Peter E. Kazanoff on behalf of Fairfield Greenwich Capital Partners, Fairfield Greenwich (Bermuda), Ltd., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Fairfield Investment Fund Limited, Walter Noel, Andres Piedrahita, Corina Noel Piedrahita, Share Management LLC, Stable Fund, Philip Toub, Jeffrey Tucker, Amit Vijayvergiya (Filed: 1/15/2021) [ECF No. 305]

    **Replies Due**:   May 31, 2021

    **Replies Filed**:

    E.  Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Complaint filed by Peter E. Kazanoff on behalf of Fairfield Greenwich Capital Partners, Fairfield Greenwich (Bermuda), Ltd., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International

        Managers, Inc., Fairfield Investment Fund Limited, Walter Noel, Andres Piedrahita, Corina Noel Piedrahita, Share Management LLC, Stable Fund, Philip Toub, Jeffrey Tucker, Amit Vijayvergiya (Filed: 5/28/2021) [ECF No. 313]

    **Status**:    This matter is going forward.

2. **10-04921; Picard v. Stanley T. Miller, et al.**

   F. Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/14/2021) [ECF No. 93]

   G. Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/14/2021) [ECF No. 94]

   H. Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 4/14/2021) [ECF No. 95]

   I. Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 4/14/2021) [ECF No. 96]

   J. Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 4/14/2021) [ECF No. 97]

   K. Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 4/14/2021) [ECF No. 98]

   **Combined Opposition and Cross Motion Due**:    May 12, 2021

   **Opposition and Cross Motion Filed**:

   L. Defendant's Memorandum in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Trustee's Motion for Summary Judgment filed by Arthur H. Ruegger on behalf of Stanley T. Miller (Filed: 5/12/2021) [ECF No. 105]

   M. Declaration of Arthur H. Ruegger in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Trustee's Motion for Summary Judgment (Filed: 5/12/2021) [ECF No. 106]

   N. Defendant's Objections, Responses and Counterstatements in Opposition to the Trustee's Statement of Material Facts Pursuant to Fed.R.Civ.P.56, Fed.R.Bankr.

      7056 and Local Rule 7056-1 filed by Arthur H. Ruegger on behalf of Stanley T. Miller (Filed: 5/12/2021) [ECF No. 107]

**Combined Opposition and Replies Due**:   May 26, 2021

**Replies Filed**:

O.    Trustee's Reply Memorandum of Law in Further Support of Trustee's Motion for Summary Judgment and Opposition to Defendant's Cross-Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 5/26/2021) [ECF No. 108]

P.    Trustee's Reply to Defendant's Objections, Responses, and Counterstatement of Material Facts filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 5/26/2021) [ECF No. 109]

Q.    Memorandum of Law in Support of the Trustee's Motion for Summary Judgment and in Support of the Trustee's Opposition to Defendant's Cross-Motion for Summary Judgment filed by Kenneth Caputo on behalf of Securities Investor Protection Corp. (Filed: 5/16/2021) [ECF No. 110]

**Replies to Cross-Motion Due**:   June 2, 2021

**Replies Filed**:

R.    Defendant's Reply Memorandum of Law in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Trustee's Motion for Summary Judgment and the Memorandum of Law Filed by the Securities Investor Protection Corporation (related document(s)104, 92, 110) filed by Arthur H. Ruegger on behalf of Stanley T. Miller (Filed: 6/2/2021) [ECF No. 112]

**Related Documents**:

S.    Order Setting Deadlines for Trustee's Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment signed on 3/23/2021. (DuBois, Linda) (Entered: 03/23/2021) [ECF No. 91]

T.    Notice of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/14/2021) [ECF No. 92]

U.    Notice of Defendant's Cross-Motion for Summary Judgment filed by Arthur H. Ruegger on behalf of Stanley T. Miller (Filed: 5/12/2021) [ECF No. 104]

8

**Status**:   This matter is going forward.

Dated: June 14, 2021
      New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Erika K. Thomas
ethomas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*