**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
*Attorneys for Plaintiff Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SQUARE ONE FUND LTD.,<br>　　　　　　　　Defendant. | Adv. Pro. No. 10-04330 (CGM) |

**DECLARATION OF MARCO MOLINA IN SUPPORT OF**
**TRUSTEE'S REQUEST FOR CONFERENCE REGARDING**
<u>**EXTENSION OF DISCOVERY DEADLINES**</u>

I, Marco Molina, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the New York Bar and a partner at Baker & Hostetler LLP, counsel for plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff.

2. Pursuant to Local Bankruptcy Rule 7007-1 and Chief Judge Morris's Chambers Rules, the Trustee has conferred with counsel for defendant Square One Fund Ltd. ("Square One") regarding the Trustee's request to extend the discovery deadlines.

3. On March 29, 2021, counsel for the Trustee contacted counsel for Square One stating the Trustee would like to seek an extension of the discovery deadlines by one year.

4. On March 29, 2021, counsel for Square One responded stating that Square One is "not planning to consent at this time."

5. On June 3, 2021, counsel for the Trustee and Square One held a meet-and-confer regarding Square One's production of documents to the Trustee. During the meet-and-confer, the Trustee again told Square One that he will be seeking a one-year extension of the discovery deadlines and asked for Square One's consent.

6. On June 8, 2021, counsel for Square One wrote to the Trustee declining to consent to the Trustee's request for an extension of the discovery deadlines.

7. The Trustee has made a good faith effort to resolve the dispute with Square One's counsel regarding the Trustee's request to extend the discovery deadlines, pursuant to Local Bankruptcy Rule 7007-1 and Chief Judge Morris's Chambers Rules.

8. The Trustee submits this affirmation pursuant to Local Bankruptcy Rule 7007-1 and Chief Judge Morris's Chambers Rules to certify that counsel have conferred on this issue.

08-01789-cgm    Doc 20586-1    Filed 06/14/21    Entered 06/14/21 20:11:23
Declaration of Marco Molina in Support of Request for Extension of Discovery De    Pg 3 of 3

3

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Executed on the 14th day of June, 2021, at New York, New York.

                                                */s/ Marco Molina*
                                                Marco Molina