**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>NAIDOT & CO.,<br><br>Defendant. | Adv. Pro. No. 11-02733 (CGM) |

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2090-1, with the Court's consent, the law firm of Baker & Hostetler LLP hereby withdraws its appearance as counsel of record, and the law firm of Windels Marx Lane & Mittendorf LLP, enters its appearance as counsel of record for plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers served or filed in this case shall be served upon the following:

Howard L. Simon
**WINDELS MARX LANE & MITTENDORF LLP**
156 West 56th Street
New York, NY 10019
Phone: (212) 237-1094
Fax: (212) 262-1215
Email: hsimon@windelsmarx.com

Kim M. Longo
**WINDELS MARX LANE & MITTENDORF LLP**
156 West 56th Street
New York, NY 10019
Phone: (212) 237-1094
Fax: (212) 262-1215
Email: klongo@windelsmarx.com

**PLEASE TAKE FURTHER NOTICE** that David J. Sheehan and Thomas L. Long request that they be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has knowledge of and consents to this substitution of counsel.

*/s/ Irving H. Picard*
*Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

Respectfully submitted,

Dated: June 10, 2021
New York, New York

/s/ *Torello H. Calvani*
David J. Sheehan
Thomas L. Long
Torello H. Calvani
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Fax: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: tlong@bakerlaw.com
Email: tcalvani@bakerlaw.com

*Withdrawing Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

/s/ *Kim M. Longo*
Howard L. Simon
Kim M. Longo
**WINDELS MARX LANE & MITTENDORF LLP**
156 West 56th Street
New York, New York 10019
Phone: (212) 237-1094
Fax: (212) 262-1215
Email: hsimon@windelsmarx.com
Email: klongo@windelsmarx.com

*Substituting Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**Dated: June 15, 2021**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**