UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jean Kahn (the "Claimant"), having filed an objection (the "Objection", ECF No. 2293) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003057), hereby gives notice that she withdraws such Objection.

Dated: June 15, 2021

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian Neville
　　　　　　　　　　　　　　　　　　　　　　Brian J. Neville on behalf of Jean Kahn
　　　　　　　　　　　　　　　　　　　　　　Lax & Neville LLP
　　　　　　　　　　　　　　　　　　　　　　1450 Broadway, 35th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　　　　　Telephone: 212.696.1999
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 212.566.4531
　　　　　　　　　　　　　　　　　　　　　　Brian J. Neville
　　　　　　　　　　　　　　　　　　　　　　bneville@laxneville.com