# Exhibit 39

30

1                         (Audio 3)

2           MR. MADOFF: Obviously, first of all,

3      this conversation never took place, Mark,

4      okay?

5           MR. VIJAY: Yes, of course.

6           MR. MADOFF: All right.  There are a

7      couple of things that, you know, could come

8      -- well, I don't know if they'll come up or

9      not but let me just tell you how we --

10     information that we have given out in the

11     past whenever we're asked about our

12     relationship, our relationship with any of

13     these funds is, number one, we really have

14     never seen any of your documentation, you

15     know, like the stuff that you send out to

16     your clients, you now, any of that stuff

17     because we never want to be looked at as the

18     investment manager or that we are out, you

19     know, soliciting or doing any marketing for

20     the fund and so on, so in the past if we've

21     ever been asked about what our role is with

22     any of these types of funds, it has always

23     been that we are the executing broker for

24     these transactions and that you use a

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

31

1    proprietary trading model that we -- that is

2    ours that basically sets the -- that, you

3    know, has certain parameters built into it

4    which have been approved by you and then

5    that's part of the trading directive that

6    you've seen.

7         MR. VIJAY: Right.

8         MR. MADOFF: Okay, the, now the -- so --

9    and by the way, on the trading directives,

10   the one that you have -- Mark, the one that

11   you sent me a copy of, which is an old one,

12   all right -- we're going to send you up --

13   actually, we'll messenger it up to you, Mark,

14   today, a new trading authorization directive

15   that we had actually a couple of years ago,

16   which basically is the same thing except it

17   took the -- they said the other day the

18   options are no longer part of the model.  The

19   options are separate and there are standing

20   instructions for the models.  They have the

21   same parameters built into it but it has been

22   broken off as part of the model a few years

23   -- a couple of years ago, actually fairly

24   soon after we gave you this other one, and

*Leo D. Associates * Certified Court Reporters * (781) 848-9693*

32

1    the reason we did that was because the

2    intellectual property that's in the equity

3    piece of it, the first piece of it, is stuff

4    that we feel and that our lawyers feel is our

5    property and we could always claim it was our

6    property from a -- so that nobody else can

7    use that but the options piece of it really

8    is too broad that we would never be able to

9    actually successfully claim that that's a,

10   our own intellectual property if somebody

11   else wanted to use that, so we basically

12   split it off from the model, so the equity is

13   a part of the model.  The options are not

14   part of the model.  It's important, so the --

15   but you have to have -- we have to have

16   standing instructions on the model -- I mean

17   on the option side as well so that we're not

18   deemed to be, you know --

19        MR. VIJAY: Right.

20        MR. MADOFF: Okay, so, if you ever get

21   into any conversations about the model, it's

22   for the equities.  The options are not part

23   of the model.  That's just -- there are

24   standing instructions of what the parameters

*Leo & Associates* *Certified Court Reporters* *(781) 848-9693*

33

1    of the options are, and then basically

2    they're identical pretty much but they're not

3    -- as I say, it's not part of the model and

4    that's important, okay.  So I'll send you up

5    the new trading instructions today and also

6    the standing instructions for the option

7    side. ·

8         MR. VIJAY: Okay, good.

9         MR. MADOFF: They'll only respond to that

10   if for some reason they ask you what -- they

11   ask you about how the, you know, strategy

12   gets implemented and so on.  The other thing

13   that is on the allocation as to how, you

14   know, we know how much monies to allocate,

15   basically the response that we've always

16   given in the past is the fund allocates a

17   certain amount of monies to us that says

18   okay, this is how much we want to invest and

19   it has been pretty much, you know, the same

20   amount, all right, and then when we liquidate

21   -- so if we have for argument sake $4 million

22   that we're -- that's been allocated to us or

23   whatever -- $1 million has been allocated to

24   us and the -- and we liquidate the

34

1    transactions, okay, so now we go from fully

2    invested to now we're sitting in fashion, all

3    right.    That amount -- we log that amount and

4    we know that the next time we see a -- we see

5    a -- we decide that we want to go into the

6    market we start to work with that -- with

7    that -- what the last amount was, all right,

8    and the only time that would change would be

9    if you -- if the fund gets, you know, a

10    redemption or whatever it is and then they --

11    what would typically happen is the investment

12    manager calls us and says, okay, we want to

13    -- you know, we need -- we're taking a

14    million dollars away from the allocation

15    because we have redemptions, or whatever it

16    is, and then we adjust the figure and we're

17    working with the million dollars less.    So,

18    you -- and the same thing would work if in

19    fact you wanted to send in additional monies.

20    Again, the investment manager is the one that

21    tells us how much to add to the strategy or

22    subtract from the strategy, and that's done

23    basically by a phone call.    Okay?

24        MR. VIJAY: Okay.

35

1    MR. MADOFF: Because that's the way we've

2    always responded to any of those questions.

3    Let me just see if there's -- I doubt they'll

4    get into that, but they -- you never know

5    with these guys, so it's basically that, you

6    know, that Madoff uses whatever the last

7    amount that he liquidated for the fund and

8    that's the new amount that he would invest

9    unless money is brought in and taken out and

10   then that's -- we get a phone call from the

11   investment manager and change the allocation.

12   Okay, so I think that's that.  Let me look at

13   my notes, okay.  The -- okay, okay.

14       MARK: Who makes that phone call on it?

15   Is that Dan calling over to Madoff or do you?

16       MR. VIJAY: I think at this point it's

17   Jeffrey making that phone call.

18       MARK: When we're going to take money

19   out?

20       MR. VIJAY: Yeah, when we -- exactly,

21   when the contributor or redeem.  I mean I'll

22   actually send the written instructions.  It

23   will be a wire request.

24       MARK: Okay, good.

*Lee & Associates * Certified Court Reporters * (781) 848-9698*

36

1      MR. MADOFF: The best thing to do is not

2   get involved with what you said, written

3   instructions, if possible because any time

4   you say you have something in writing they

5   ask for it.

6      MR. VIJAY: Okay.

7      MR. MADOFF: So, the best thing to do is

8   just say it's a phone call.  That's what we

9   said it is, we get contacted by somebody at

10   Fairfield, somebody -- the investment manager

11   or Jeff Tuck or whatever it's called but

12   that's the way it has basically been done for

13   the most part, at least for the time that we

14   -- you know, if we answered this question,

15   you know, a year or so ago, and that's

16   basically the way pretty much everybody

17   operates.  You know, they make a phone call

18   and say, we need to withdraw a certain amount

19   of money and we want to add a certain amount

20   of money and that's it, because typically if

21   you're adding money, you know, we'd have to

22   okay it.  We may not take it or we may take

23   it.  So, you know, that's basically -- you

24   know, also when you speak to these guys, by

*Leo & Associates * Certified Court Reporters * (781) 848-9698*

37

1    the way, you're not supposed to, you know,

2    sort of -- you don't have to be exact on this

3    stuff because it's not -- you know, no one

4    pays attention to these types of things or

5    who calls or who doesn't or who remembers who

6    calls. It's basically, you know, more

7    casual. I mean, the idea is that it's -- is

8    that we're not the one that's making that

9    decision how much to -- I mean, you know --

10   you know, we're not the one that's operating

11   the fund. That's the issue that they always

12   try and determine as to what the role of the

13   various parties are, is the broker

14   controlling the fund is the investment

15   manager controlling the fund.

16       MR. VIJAY: All right. If they get into

17   the question of these trading authorizations

18   and these operating guidelines, you know,

19   it's a model that you develop that we've

20   reviewed and approved and that should be the

21   stance rather than -- you know, than anything

22   else.

23       MR. MADOFF: Yeah, I mean, it's you know

24   they have seen trading author -- you know,

they have seen trading authorization. They saw the -- when they were in to do our examination a year -- you know, I don't know when that was, nine months ago or whatever, they saw the -- they saw that there's -- that the trading -- the new one that I'm sending you, the trading authorization that doesn't have the options as part of the model.

MR. VIJAY: Mm-mm.

MR. MADOFF: Because we -- you know, we had said that the options were part of the model years ago, but it's now not part of the model, and you know the reason we took it out they were twofold. Number one, it was that we didn't want it to be part of the model because we didn't want it -- we didn't want the options to be -- to taint the intellectual property of the equity piece, but just as importantly as the model on the option -- the model was designed really for the equity side, not for the options and the options the problem with the model with the options is it didn't give us all the data -- it didn't have all the data that we needed to

1    determine some of the -- when it came to

2    executed because it didn't have certain

3    factors in that -- in the model, like

4    liquidity and so on and so forth, so that's

5    done -- so the options are done separately.

6    And the options, by the way, you know your

7    documents you put down that they're down

8    simultaneously. They're really not done

9    simul -- even if you look at the trading

10   authorization, the beginning, it says an

11   attempt to establish the options.  The

12   options get put on, you know, relatively, you

13   know, close to when we do the equities, but

14   they're not -- you know, it's not like it's a

15   simultaneous thing, because option contracts

16   aren't negotiated that way.

17        MR. VIJAY: So it will be -- I mean, it

18   will be at some point throughout the day if

19   --

20        MR. MADOFF: Well, yeah, yeah.  Well,

21   those -- they saw that because they have the

22   -- they got your confirmations and so on.

23        MR. VIJAY: And so that could conceivably

24   be a few hours between the completion of the

40

1          --

2               MR. MADOFF: Yeah, right.

3               MR. VIJAY: -- (inaudible) and the

4       options.  Is it true that your -- you know,

5       you're attempting to secure the put hedge

6       prior to actually executing options?  In

7       other words, you're going out to your eight

8       to twelve or so counter parties and trying to

9       say that, okay if --

10              MR. MADOFF: No, no, because this is the

11      thing you always have to understand that they

12      -- that you guys are not -- are not part of

13      the execution piece of this -- of this

14      strategy and that's important.  In other

15      words, the -- because they -- the concern

16      that they have with any strategy that is

17      implemented for another party, like a fund

18      from the executing broker is their concerns

19      are is there informa -- do you know when --

20      when the strategy is going to be employed

21      ahead of time or does anybody know it ahead

22      of time because then there's the issue of is

23      there a possibility for somebody to front run

24      an order.  So if -- so we basically -- the

*Leo & Associates* * *Certified Court Reporters* * *(781) 848-9698*

41

1    only ones that know when we're going to

2    execute the strategy and whether it be going

3    in or going out is us, is Madoff, all right.

4    That you'll get the information -- you know

5    when you've -- you know when the strategy has

6    been implemented or exited when you get the

7    confirmation because if we -- and it's the

8    same thing with the counter parties, you

9    know.  They -- we have an -- we know that

10   we're going to be able to put on a column,

11   which is what this is because you can always

12   put on a column.  It's just a matter of

13   determining the price.  You're either going

14   to pay or you're going to pay less, but

15   eventually we're going to be able to

16   establish that --

17                  (Phone Rings.)

18       MR. MADOFF: Hold on one second.  --

19   Yeah, hold on one second.  Sorry.  So the

20   issue is, look, as far as you're concerned,

21   the fund has allocated certain amount of

22   money to go into a specific strategy.  You

23   know what the -- you've approved the

24   parameters of the strategy and I've agreed to

*Leo & Associates* *Certified Court Reporters* *(781) 848-9698*

1   follow those.  That's the trading

2   authorization directive is it says, okay,

3   these are the strategies -- this is the

4   strategy.  The model sets the size of the

5   order, the stock and the price and that's it,

6   and then once·you get that execution then

7   your job is to; as an investment manager I

8   guess, is just to monitor that the -- that

9   there were in fact the right securities in

10  there that, you know, it followed the

11  instructions or the model that you didn't buy

12  gold, you bought IBM and General Motors and

13  to track the performance of the strategy, but

14  the -- if in fact you were involved in -- I'm

15  sorry, just hold on because I'm the only one

16  here, okay?

17                  (Phone Rings.)

18      MR. VIJAY: Okay, no worries.

19                  (On Hold.)

20      MR. MADOFF: Okay, I'm sorry.  Can you

21  just hold on for one second so I can take one

22  other another call?

23      MR. VIJAY: Sure, I'll wait here.

24                  (On hold.)

43

1          MR. MADOFF: I'm sorry, if I get anymore

2     solicitations for charity I'm going to kill

3     myself.  Okay, I'm sorry, so what I was

4     saying was that the -- I mean, that's the

5     rule.  We're the executing broker.  It's our

6     strategy.  You guys are just monitoring --

7     monitoring what the effect is because the

8     question is always revolving -- always come

9     up about -- and the concern of the commission

10    or any regulator as it relates to hedge funds

11    and executing brokers is that there -- is

12    there an opportunity for the fund or one of

13    their other funds or entities to front run an

14    order.  Like if they know that we're getting

15    into the market are they transmitting that

16    information to somebody else or are they --

17    are they using it themselves.  So the -- and

18    even though that would obviously be counter

19    productive to the fund overall, but their

20    concern is is maybe the fund is -- but are

21    some of the employees of the fund if they get

22    that information.  It's the same thing with

23    us.  We have to be very careful that nobody

24    in our organization sees any of the trading

44

1   that we do, whether it be for the firm's own

2   account, whether it be for clients' own

3   accounts and so on.  So the -- you know, the

4   question probably will come up is -- does --

5   does Madoff call you and tell you he's going

6   into the market or getting out of the market

7   or that he started getting into the market

8   and so on.  Now obviously there have been

9   transactions taking place over a series of

10  days which it does, you'll know eventually,

11  but basically you're given the confirmations

12  to it -- by the time you're getting the

13  confirmation two or three days we're

14  basically finished anyhow.

15       MR. VIJAY: Mm-mm.

16       MR. MADOFF: Okay?

17       MR. VIJAY: Okay.

18       MR. MADOFF: So that's the issue.  Now

19  and all of this is -- is the case.  It's not

20  like you're telling them something that's not

21  the case, but as I say that's -- that's the

22  major concern that these people have and

23  probably why they want to know who is it

24  that's implementing the strategy.  Is it us

1    implementing the strategy?  Is it you

2    implementing the strategy?  And obviously

3    we're the ones that have to be -- you know,

4    we have the time and a price discretion, you

5    just the -- you know, you've -- you've --

6    this model actually, you know, picks the

7    number of shares and the stock if that's the

8    case because it's a very tight parameter, so

9    you know that -- that's -- that's part of the

10   -- that's part of the exemption for the

11   discretionary issue from the SEC regs.  So it

12   used to be years ago that, you know, you had

13   to give a particular order and a particular

14   security, but then they've changed that and

15   they've -- to now -- so that -- because

16   everybody was using basket strategies and

17   like would it be index arbitrage or anything

18   else like that where there are actually

19   formulas and models that are generating these

20   trading strategies, and this is not -- we're

21   not the only one that does this type of

22   strategy.  So the brokers have to have -- you

23   know, to have these what they call not held

24   order, these working orders, they have to

46

1   have the flexibility to execute a basket of

2   securities and the baskets are going to be

3   different denominations based upon -- based

4   upon models.

5          MR. VIJAY: Right.

6          MR. MADOFF: By the users of these

7   things.  So basically the issue from them,

8   and probably the most important issue is that

9   Madoff is the one that implements the

10  strategy.  Yes, we know that he has certain

11  parameters that he can only buy certain

12  securities and certain amounts based upon a

13  model.  The time and price of when he

14  executes the strategy is his decision, and we

15  don't find out about it until after the fact.

16  And you don't have to actually go out say so

17  there's no front running possibility.

18         MR. VIJAY: It will be understood, yeah.

19         MR. MADOFF: Yeah, but you don't want to

20  plant any seed in their head -- but they'll

21  know that.  That's -- if they know, yes, we

22  -- we only -- we don't get any information

23  ahead of time then that's really what they --

24  what they want -- they want to know.

47

1    MR. VIJAY: I mean, if as part of their

2    larger inquiry if they're interested in just

3    the control of that or is it a matter of

4    protecting that information, not that it -- I

5    mean, whether it goes out to FCG in advance

6    or even internally, I mean, it would be good

7    to understand some of the controls that are

8    (inaudible) that you have in place, but also

9    separates, you know, the information flow

10   from your kind of managed account.

11   MR. MADOFF: Basically -- you could

12   basically -- you know, as I say if that --

13   they know that already because they've looked

14   at -- when they come in to do exams for us,

15   all right, they've -- they make sure that

16   there are Chinese walls -- that we have

17   Chinese walls established between our market

18   making side and our -- and our proprietary

19   side of the room and be -- and also from the

20   institutional orders.  So they know that we

21   have Chinese walls.  Every brokerage firm has

22   to have Chinese walls established between the

23   various lines of their business.  All right,

24   so they know that because, you know, that's

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

48

1    it.  All right, what they don't know is what

2    Chinese walls you have, all right, in your

3    organization which is -- but that you're okay

4    because you're not -- to my knowledge in any

5    of your funds you're not executing any

6    transactions and you're getting your -- you

7    know, well, first of all in your other funds

8    you probably have no idea what they're buying

9    and selling period, you know, as far as

10   individual securities, but you -- you know,

11   although I don't know.  But you -- but

12   there's probably nothing you could do with

13   these funds to run in front of their orders.

14   One of the reasons that these funds never

15   disclose or at least the old line funds never

16   disclosed to their investors what they're

17   buying and selling until after the fact is

18   they don't want them -- you know, they don't

19   want them having any of this information.

20   Part of the problem in this whole area with

21   these -- with these new style funds that are

22   out, these one -- these guys that claim they

23   give them transparency all the time so that

24   they -- they, you know, it's basically the

49

1    small or new funds where they -- where they

2    told their investors, you know, what they're

3    buying, what they're selling.  They look at

4    that as being, you know, very transparent and

5    they look at that as an advantage to their

6    clients and that's true that the client knows

7    that what he's buying and selling so he's not

8    all of a sudden going to find out he bought

9    potato futures when he thought the fund was

10    investing in equities or something.  The

11    problem with that is that the flow of

12    information, all right, leads -- you know,

13    puts the funds in a position where they're

14    getting information too soon and that that

15    information, you know, makes it possible for

16    the fund to be -- you know, to do -- to get

17    front run or the investment manager to front

18    run.  So, you know, whereas in the old days

19    you would never -- you had no idea -- even

20    like if you're an investor of Paul, Tudor,

21    Jones you get a two page sheet once a quarter

22    that tells you what your equity is, but you

23    have no idea what the hell he bought or sold.

24    So one of the concerns that the commissioner

*Lee & Associates * Certified Court Reporters * (781) 848-9698*

1   has, as I said, is you know -- is had over

2   the -- over the recent years now is -- is the

3   concern of do -- do the -- do the investors

4   in the fund know what the fund is doing.

5   Like do you -- would you call up your

6   investors even in Fairfield and say Madoff is

7   getting into the market, you know, and it

8   would be the same thing with the derivative

9   dealer. You know, you call up the derivative

10  dealer says, okay, I'm going to enter the

11  market tomorrow and they can go -- and they

12  know that we buy typically the S&P, they go

13  out and run in front of it. So, you know,

14  the secrecy as to information is a key issue

15  for everybody and from your standpoint yours

16  should be basically I don't know about -- I

17  don't know about these trades until after the

18  trades are executed and my job is then just

19  to monitor and see what the performance of it

20  is and to make sure that the securities that

21  we -- that was -- that was supposed to be in

22  the model are in the model.

23       MR. VIJAY: Understood, that makes sense.

24  And Bernie, is there any issue in your mind

51

1    about -- about information getting out to

2    clients after we've already been invested but

3    prior to an exit?

4        MR. MADOFF: No, not with you -- not with

5    you it is because everybody knows basically

6    that the strategy involves buying the top 50

7    stocks in the S&P.

8        MR. VIJAY: Right.

9        MR. MADOFF: Okay, so they know it -- you

10   know, they know the stocks that we're going

11   to buy, we're in the S&P, you know, and they

12   -- they know that eventually we're going to

13   come out of the market, but you know we will

14   never tell them -- you know, I mean, you

15   don't know when we're going in -- out of the

16   market or when we're coming into the market,

17   you never do.

18       MR. VIJAY: Right, right.

19       MR. MADOFF: You know -- you know, the --

20   so that's -- we don't -- we don't have a

21   concern about it because as far as we're

22   concerned there's nothing that any of your

23   clients could do, you know, that would hurt

24   us or hurt , the strategy because they just

*Lee & Associates* *Certified Court Reporters* *(781) 848-9698*

1      don't -- don't have the information, you

2      know.

3                MR. VIJAY: Understood.

4                MR. MADOFF: In the situation.  Yeah,

5      they may know that you're in the market

6      because you've told them you were in the

7      market or because you sent out some stuff to

8      them, but the reality of it -- you know, so

9      they know they're in the market and they know

10     eventually they're going to come out of the

11     market.  They don't know if we're going to

12     come out of the market in one week or in two

13     months.  You just don't -- you know, they

14     just don't know that.  So the -- let me just

15     go a little further, but feel free to ask

16     anything.

17               MR. VIJAY: Sure.  I mean, that's the

18     main concern that seems to come up from the

19     commission over the last few times that they

20     met you.  Are there any other concerns that

21     maybe are secondary or -- I should also know?

22               MR. MADOFF: Oh, I mean, I think that --

23     and these are concerns that necessarily

24     aren't ours or, I mean, issues that the SEC

53

1    had with us.  It's -- it's knowledge that I

2    know because of my relationship with the

3    regulators and also because of -- you know,

4    common sense would tell you, you know, these

5    issues and that this would be -- this would

6    be the concern.  It's the same -- it's the

7    same concern that they have with the -- with

8    the proprietary trading desks of firms.  In

9    other words, you know, and the institutional

10   desk.  I mean, Merrill Lynch -- this is from

11   the beginning of time.  Merrill Lynch gets a

12   hundred thousand share order in IBM from

13   their institutional desk and the

14   institutional broker who got the order, you

15   know, and working the order tell the

16   proprietary trading desk at Merrill Lynch,

17   listen, I got a large buyer or order in IBM,

18   do they -- you know -- you know, do

19   something.

20        MR. VIJAY: Right.

21        MR. MADOFF: So this is -- you know, this

22   is -- you know, this is an old problem.  It's

23   be -- it's more exacerbated now because of

24   the fact that you have so much hedge fund

*Leo & Associates * Certified Court Reporters * (781) 848-9698*

54

1    activity.  It's like 50 percent of the market

2    place and the hedge funds operate in totally

3    different ways than they used to.  You know,

4    you have all these funds.  You have -- it's

5    just it's changed the landscape and the

6    commission has no idea what the hell is going

7    on and of course they always think the worst,

8    which is what they're supposed to do.  So

9    they always -- you know, they always assume

10   that somebody is sharing information and

11   giving it -- and what used to be, as I say,

12   basically, they just had to worry about the

13   brokerage firms running in front of a client

14   or they used to worry, for example, we -- our

15   market making orders, you know, department

16   gets orders, all right, so -- from A.G.

17   Edwards, Merrill Lynch or whatever.  Does --

18   do we give that information to our

19   proprietary desk.  Now the reality of it is

20   there's stupidity of -- and we answer those

21   questions all the time, every time we get an

22   exam, and the issue that is -- our market

23   making desk, the information that we get from

24   our orders is meaningless.  I mean, they're

55

1    -- they're, you know, five hundred, eight

2    hundred thousand share orders.  We're not

3    getting hundred thousand share orders.  So

4    that is -- it doesn't -- even if we told the

5    proprietary guy that, yeah, we just got a

6    five hundred share order and they come in

7    every three second, less than three seconds,

8    what the hell they going to do with it?  Even

9    when we had these -- a larger orders, our

10   time slicing orders, those -- those -- we

11   have automatic lock out procedures in our --

12   where our system locks out the firm from

13   trading at the same time that we're working

14   those orders and so on and so forth, and the

15   orders that we get that we think -- the

16   people that execute the orders for, let's say

17   for Fairfield, are totally, you know, aside

18   and separate.  They never see -- no one in my

19   organization ever sees an order that we get

20   from Fairfield.

21        MR. VIJAY: So those people are they --

22   they're separate and Chinese walled away from

23   the rest of the market making business, okay.

24        MR. MADOFF: Yes.

1    MR. VIJAY:  And how many people are on

2    that team right now?

3    ·    MR. MADOFF:  Okay, there's really only

4    -- I'm the only one that can make the

5    decision in our organization as to when to

6    get in and out of the market.  We have one

7    other person, all right, that would make

8    decision when I'm (inaudible).  There are a

9    number of us that discuss, you know, when we

10   should get in and out of the market, but I'm

11   the only one that pulls the trigger.

12       MR. VIJAY: Okay.

13       MR. MADOFF:  Or if I'm not there,

14   someone else, but I'm always there.  But

15   these -- this is type of -- this kind of

16   information is not information that you would

17   have any reason to have.

18       MR. VIJAY: Okay.

19       MR. MADOFF: And you don't -- you don't

20   want to -- you don't want to have that

21   information because -- and so -- and what

22   they do is, you know, the Commission when

23   they ask questions they try and draw out

24   information.  You know, that's what they try

1    and do.  Even though they should -- they have

2    no reason to have it -- just hold on one

3    second.

4              (On Hold.)

5         MR. MADOFF: Hi, hello?

6         MR. VIJAY: Yeah, we're here.

7         MR. MADOFF: So the -- you know, the less

8    that you know about how we execute, and so on

9    and so forth, the better you are other than,

10   yes, you could -- you know, you could -- you

11   know, if they asked do you know that Madoff

12   -- do you know if Madoff has Chinese walls,

13   and you say, yes, look -- you know, your

14   position is say, listen, Madoff has been in

15   business for 45 years, you know, he executes,

16   you know, a huge percentage of the industry's

17   orders, he's -- you know, he's a well known

18   broker.  You know, we make the assumption

19   that he's -- he's doing everything properly.

20   Yes, we know he has -- you know, as part of

21   our normal relationship, we know that he has

22   Chinese walls between the various business

23   lines of his firms, but as to who executes

24   the orders in our organization, how we

58

1    execute the orders --

2         MR. VIJAY: That's not going to come up.

3         MR. MADOFF:  So then other than the fact

4    that you know that we use a model to execute

5    those -- to execute your strategy with them,

6    that's really all that you really want to

7    know because you don't want to have a

8    relationship with us that is more than it is,

9    and that that's -- and that's why we designed

10   it that way, that's why we, for example,

11   never see your clients.  We have in the past,

12   you know, on occasion but we never really saw

13   the individual clients, we would see some of

14   the -- we used to see some of the banks that

15   you used to deal with, you know, and I used

16   to -- that's why I never anybody because one

17   of the concerns -- the other concern the

18   commission has is do -- do the executing

19   brokers -- and we're not even a prime broker.

20   I know you refer to us as a prime broker, but

21   a prime broker like Morgan Stanley is

22   basically these guys do capital introduction.

23   They do margin lending.  They do all sorts of

24   other things.  They give you free rent.  They

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

59

1    give you all of these things.  We don't do

2    that.  We're -- we -- our role has always

3    been defined as the executing broker for our

4    clients, whether it be A.G. Edwards or

5    whether it be Fairfield Century that we're

6    working on on orders from them.  We never

7    execute any other orders that you have, for

8    example, in any of your other fund business.

9    We -- you know, our relationship is strictly

10   execute the split strike conversion orders

11   that -- that we execute for you and that's

12   it.  So it is -- it's not -- you know, we you

13   know are not out -- one of the other concerns

14   they used to have is does the executing

15   broker get directed brokerage.  You know,

16   like do you -- you know, do you -- do we

17   execute other trades for you be compensated

18   in that, and you know that way.  Is there any

19   soft dollar arrangements?  There's none of

20   that.  Do we do any marketing for you?  Do we

21   do -- do we provide you with any other

22   research, any of that?  We do not do that.

23   Other prime brokers do all of that stuff and

24   all of those things, relationships are -- are

*Leo & Associates * Certified Court Reporters * (781) 848-9693*

60

1     concerns for the commission.  So we -- we

2     have a very defined role and function in how

3     we operate for -- for you or anybody else,

4     and that is we are the executing broker.

5     Yes, you know, we're the -- it's our

6     strategy, it's our motto and our compensation

7     is strictly the commissions that we generate

8     from the orders, and that is -- that's it.

9     There's no other relationship involved.  So

10    any questions that they would ask you about,

11    you know, how we execute the transactions and

12    this and that, that's not something that

13    we've ever shared with you nor would we have

14    any reason.  We don't market you.  We don't

15    -- we don't -- you know, we don't know who

16    your clients are.  We don't discuss anything

17    with your clients.  We don't speak to them.

18    You know, let me just see if there's any

19    other questions.  I'm trying to cover a lot

20    with you.  We don't know who your clients

21    are.  If they ask you, you know, do you know

22    who else we execute these trades for, you

23    say, well, we know we got -- the strategy is

24    used by other funds, but you don't -- you

1   know, you don't know the amounts, you don't

2   know who because we don't discuss that with

3   -- we've never discussed that with you and we

4   don't intend to.  So you can say, yeah, we

5   know -- you know, there are other funds that

6   execute this strategy through Madoff, but you

7   don't know the size, you don't know the

8   arrangement, you don't know the thing -- you

9   know, you assume is basically the same as

10   yours are, which it is.

11       MR. VIJAY: What if the question comes up

12   whether we -- we're comfortable or we can

13   verify that we're getting sort of a pro rata

14   allocation based on our assets, other

15   particular execution in or out --

16       MR. MADOFF: You can say that you -- that

17   we've -- that we've told you, which is the

18   case, that everybody gets a pro rata

19   allocation.

20       MR. VIJAY: Okay.

21       MR. MADOFF: How do you know that?  You

22   don't, okay, but that's -- you know, that's

23   what we've told you.

24       MR. MADOFF: That's the arrangement.

62

1    MR. MADOFF: That's the way it is, so if

2    we -- if we have, you know, eight billion

3    dollars to go out and put to work, and we go

4    into the market and we only buy two million

5    the first day, then everybody gets 20 percent

6    of the allo -- you know, it's your fair share

7    of allocations. All you have to know is that

8    -- that -- that everything is allocated on a

9    pro rata basis based upon all of our clients,

10   and that's -- that's the way all brokers

11   work. So and again, you know, they don't --

12   you know, you don't have to be too brilliant

13   with these guys because you don't have to be,

14   you're not supposed to have that knowledge

15   and, you know, you wind up saying something

16   which is either wrong or, you know, it's just

17   not something you have to do. So -- and I'm

18   not -- I'm not telling you to conceal

19   anything. I'm telling you, you know, that

20   there are things that you don't -- one of the

21   problems we've had in the past is people go

22   out and they -- they, you know, even -- I'm

23   talking about like with you where guys write

24   things in a document or say things which is

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

63

1   not really -- which is not a hundred percent

2   the case, and I'll get into that in a little

3   while when I go through your notes.  I'm just

4   trying to cover the stuff that I --

5        MR. VIJAY: Sure.

6        MR. MADOFF: First, okay, so we don't

7   market.  You don't know the exact amounts on

8   what we trade for others.  We're the

9   executing broker.  We don't do any other

10  business with you.  There are terms and

11  conditions on the options just like there are

12  on the equity.  Yup, and the options are not

13  part of the model anymore.  I went over the

14  allocation.  Okay, let me just get into the

15  notes that you guys put together.  Ross, you

16  can leave the law profession now, you'll be a

17  money manager.

18        UNIDENTIFIED MALE: Well, that's where

19  the guy trained, right, he was on the options

20  floor.

21        MR. MADOFF: Right, okay, the fund

22  strategy is -- that's fine.  The relationship

23  that's all fine.  Okay, the guidelines --

24  yeah, okay, we covered.  That's fine.  I told

*Leo & Associates* *Certified Court Reporters* *(781) 848-9693*

64

1    you you don't have to make the statement

2    there's no front running possibility, that's

3    assumed. Okay, on the -- the split strike

4    strategy objective, okay. The objective of

5    the fund is to achieve capital appreciation,

6    okay, I would take out -- yeah, it's

7    submitting it anyhow, but don't say --

8    consistent monthly returns.

9         MR. VIJAY: Okay. You can delete that,

10   yeah.

11        MR. MADOFF: By identifying any profiting

12   from (inaudible) of large cap fund, that's

13   okay. You know, it's basically because, you

14   know, the consistent monthly returns is not

15   necessarily --

16        MR. VIJAY: Our objective as such.

17        MR. MADOFF: A consistent, and it's again

18   it's, look, this strategy -- and I've had

19   conversations with the commission two years

20   ago when they sent around inquiries on how

21   all -- you know, executing brokers, broker

22   dealers were dealing with funds and what the

23   strategies they use for the funds and what

24   the role is and so on and different types of

65

1    strategies and so on, and they're aware of

2    the fact that we do this -- that we do this

3    strategy for you and for others, right, and

4    basically, you know, the way we describe the

5    strategy, which is the case, is it's a

6    strategy that is -- that, you know, involves

7    putting on a bas -- buying a basket of

8    securities that replicate the S&P, all right,

9    one hundred.  And, you know, according to a

10   -- the pre-defined parameters and models, and

11   that's -- that's (inaudible) that takes care

12   of the discretionary issue.  And the purpose

13   of the strategy is to take advantage of an

14   upward move in the market, all right, that's

15   -- and the -- you're buying the securities

16   that are basically going to move with the

17   S&P, all right, and that that -- that strat

18   -- that basket of securities can be hedged

19   using broad based index options, all right,

20   to -- you know, to put a collar to limit the

21   risk of the strategy, all right, by hedging

22   it.  You know, these basket strategies, you

23   know, are not unique to us.  The model is

24   unique to us, but some people will buy the

66

1   whole S&P, you know.

2       MR. VIJAY: Can I ask you, is it part of

3   the model, is there any sort of decision

4   between stock A and stock B and the overall

5   purpose is obviously to replicate the

6   performance of the index and to track it very

7   closely, but you know is it -- is it a pre-

8   standard if the market capital were to index

9   that your really just looking for the largest

10  market caps and going down that list?

11      MR. MADOFF: In other words, it is --

12  it's important that the -- that we buy --

13  what our model defines of just, you know,

14  certain types of securities and certain

15  capitalization.  So it's not that we can --

16  we do not care whether we think IBM is going

17  to move up more than General Electric and so

18  on.  This is a market strategy that is based

19  upon the overall movement of the market.  So

20  we are basically -- if we wanted to do a pure

21  play we would buy all 100 S&P securities, but

22  the problem with doing that the more you buy

23  the more your commission costs are and the

24  more cumbersome the strategy is.  So the idea

67

1    is to basically buy a basket of securities

2    that's going to have a 95 percent correlation

3    and so the model dictates -- and, again,

4    they've seen these parameters, so they know

5    what the parameters are.  All right, they --

6    they -- so we're not trying to pick General

7    Electric because we like General Electric.

8    We're trying to -- to, you know, if the

9    market -- if the market's going to move two

10   percent in a particular day and we -- we want

11   to be able to have a basket that's all --

12   that's going to follow that move as closely

13   as possible, and the reason -- because we --

14   we're not trying to -- we're not trying to

15   pick one stock that's going to out perform or

16   possibly under perform the market.  So, yes,

17   it's basically the same securities all the

18   time because those are -- those cap waitings

19   are built into -- are built into the S&P.

20          MR. VIJAY: Right.

21          MR. MADOFF: All right, and you can --

22   you can either hedge it or not hedge it.  If

23   you wanted to be open ended both on the

24   upside and the downside, you cannot hedge it.

*Lee & Associates * Certified Court Reporters * (781) 848-9698*

68

1    We -- we don't believe in not hedging, and so

2    we'll -- we'll hedge it with -- with the --

3    with a broad base -- with a broad base index

4    with certain parameters below the market,

5    they have to be out of the money, you know,

6    on both sides and so on and so forth. But,

7    again, that is not something, so you

8    understand, that they -- you know that you

9    have to -- yeah, if you have -- you know,

10    you're not the one that's implementing the

11    strategy and you're not even the one that's

12    determined that this is a great strategy or

13    not.  I mean, this fund has been using this

14    strategy for 15 years.

15        MR. VIJAY: Right.

16        MR. MADOFF: You know, so this is -- you

17    know this strategy was put on long before you

18    even showed upon the scene.  You know, and

19    this is a -- you know, this is not a strategy

20    that is a unique strategy.  It's a market

21    index strategy and the skill of us, the skill

22    of Madoff is knowing when to get into the

23    market and get out of the market.  That's the

24    role we play.  I mean, that's the reason you

*Leo & Associates * Certified Court Reporters * (781) 848-9693*

1  choose us as opposed to some other guy.

2       MR. VIJAY: That is the interesting

3  question, but I understand that it's not

4  going to be -- I mean, wouldn't anticipate

5  that will be something that the SEC is

6  interested in or at least with this

7  discussion with us. So, I mean, it's fair to

8  leave that out or if it comes up, you know,

9  to simply --

10       MR. MADOFF: Look, you're not --

11       MR. VIJAY: Hotline our role and defer

12  that question to you if --

13       MR. MADOFF: I mean, exactly. That's not

14  a -- as I say, you know, look you never know

15  what they're going to ask because these guys

16  they thought -- it's a fishing expedition.

17       MR. VIJAY: Right.

18       MR. MADOFF: That's what they do, okay.

19  So, you know, they typically -- you know, we

20  run through this all the time. The guys come

21  in to do a books and records examination and

22  they -- they whatchamacallit -- you know,

23  they ask you a zillion different questions

24  and we look at them sometimes and we laugh,

70

1    and we say are you guys writing a book?  And

2    we say, you know, and they know that brokers

3    -- you know, because these guys they work for

4    five years at the commission then they become

5    a compliance manager at a hedge fund now.

6        MR. VIJAY: Right.

7        MR. MADOFF: Or they -- they go work for

8    proprietary trading desk.  Nobody wants to

9    stay there forever.  So nobody wants to give

10   them that information, and you know it's none

11   of their business.  That doesn't prevent them

12   from asking it, and they'll say, you know,

13   well, we just want to know -- you know, about

14   the strategy.  They know about the strategy.

15   You know, they should.  You know -- you know,

16   the issue -- I'm telling you the issue here

17   is strictly of -- this is a front -- my guess

18   would be, I don't know for sure, but I -- you

19   know, my guess would be this is an issue of

20   front running.  Is there a relationship

21   between Madoff -- you know, in your situation

22   and some of the other funds?  Does he

23   participate in the other funds?  Is he an

24   investor of yours?  Does he share in any

*Leo & Associates * Certified Court Reporters * (781) 848-9693*

1    other profits? You know, all of those types

2    of things. So the -- when the -- but if they

3    ask questions about the strategy, the

4    strategies are -- you know, they know the

5    answers that -- you know, maybe these girls,

6    these lawyers don't know it, but someone

7    there knows it. The -- you know, and again

8    it's not -- look, you have to remember that

9    if you're a typical -- I don't know how you

10    work with your other funds, these other

11    seedling funds or relationships that you have

12    with these people, but the -- typically -- I

13    mean, you'd be shocked at the lack of

14    knowledge of the typical investment manager

15    or fund manger of the fund or funds based

16    upon the primary fund they invested. You

17    know, they look at a fund, they know the

18    basic concept of the fund. You know, they

19    know, you know, if the guy's a -- but if you

20    think that somebody that's an investor with

21    ███████ in Sachs Capital knows what the

22    hell his strategy is, it changes everyday,

23    you know, and what he's investing in. They

24    don't. They're basically just -- they're

72

1   chasing performance and they're looking at a

2   track record of a particular strategy and

3   they're going in -- into that strategy.  I

4   mean, so -- I mean, when we -- when asked

5   what our role is with these various funds in

6   the past, we said the same thing a hundred

7   times, you know -- you know, we're the

8   executing broker.  Yes, we're the one that,

9   you know, put on the strategy and we are

10  rollers, we're good market timers.  Nobody

11  likes to use the term market timing anymore

12  because it got tainted because of the mutual

13  funds --

            MR. VIJAY: Right.

15          MR. MADOFF: But trading in and out of

16  the market is timing, okay, so what the -- if

17  they ask, you know, how does Mad -- do you

18  know how Madoff decides when he's going to go

19  in the market and out of the market, which is

20  a question people always ask me, not only --

21  and I'd say, you know, I'm not going to share

22  that information with you, there's all sorts

23  of -- we have -- you know, obviously, a lot

24  of black box technology, momentum models and

73

1    all sorts of things that tell us when to get

2    in and out of the market.  A regulator would

3    say is part of your information coming from

4    orders that you get from other brokerage

5    firms or institutions or -- the answer is,

6    no, that's illegal.  No, we don't -- that's,

7    you know, in case we -- should we -- in case

8    someone never told you guys, you know, that's

9    -- you know, that's not something you're

10   allowed to do.  So how do we determine how we

11   get in and out of the market, whether this is

12   a good time to put the strategy on, it's

13   based upon our feeling that the -- that the

14   market is going to move up, and that this is

15   a, you know, a time to be in the strategy and

16   the strategy is going to follow the market.

17   As to when we -- how we exit the market, by

18   the way, the model determines that.  You

19   know, we don't get out of the market when we

20   think the market is -- is necessarily going

21   to go lower.  That's a fallacy that some

22   people think.  Basically the model is

23   programmed -- this is not something you have

24   to --

74

1          MR. VIJAY: No, this is just us, yeah.

2          MR. MADOFF: But the model is programmed

3     that once certain parameters are broken it

4     automatically generates, you know, a sell

5     order to exit the market. So we -- we're

6     going to stay in the market as long as the

7     parameters -- the model does what it's

8     supposed to do.

9          MR. VIJAY: Even if we're, you know, like

10    two strikes above -- above the call strikes?

11         MR. MADOFF: Right, so there are certain

12    triggers that are built into the model.

13    Again, none of which you have great knowledge

14    of, but the model determines when we get into

15    the market, you know, and determines when we

16    get out of the market. You have various

17    models that determine that or various systems

18    that determine that. So let me just finish

19    this thing. So there's no consist -- we took

20    off.

21         MR. VIJAY: Yeah.

22         MR. MADOFF: On the split strike strategy

23    E, okay, the simultaneous purchase. I know

24    you keep saying that in your documentation,

1   but again that was -- you just have to -- you

2   don't have to say simultan -- you just say

3   the purchase of S&P put options.  This is --

4   I have no idea what the last is or not.  The

5   rest of it -- it's a -- okay, on F, the

6   market risk --

7        MR. VIJAY: Right.

8        MR. MADOFF: Okay, you -- where you go

9   onto say in brackets, which may benefit the

10  fund in rising markets, you see where --

11       MR. VIJAY: Yeah, I'm with you on that

12  point.

13       MR. MADOFF: That should be taken out,

14  the whole thing after that.  The minimum

15  correlation levels be breach, remedial action

16  --

17       MR. VIJAY: Right.

18       MR. MADOFF: Because that's --

19       MR. VIJAY: That was all something in the

20  prior trading authorization, right --

21       MR. MADOFF: Right.  You basically -- all

22  you have to basically just, you know, say is

23  that the market risk is obviously that the

24  correlation -- that the -- that the basket --

*Leo & Associates * Certified Court Reporters * (781) 848-9693*

1   the market risk is the fault that we -- that

2   number one put on -- these are -- you know,

3   we put on a position and the market goes down

4   and it's a bullish -- you know, we're looking

5   for the market to go up and the market goes

6   down.  So if -- if -- if the strategy is put

7   on -- is put on and you long the market

8   because you're basically always long in the

9   market even though you're limited -- you're

10  by the puts and by the calls.  Basically if

11  -- the strategy is implemented because the

12  market -- because the -- Madoff thinks the

13  market is going up, and the market goes the

14  other way, you know, you're going to lose to

15  the difference of the strike price of the

16  put, and --

17          UNIDENTIFIED MALE: And the second --

18          MR. MADOFF: And, you know, so that's --

19  and the second is that the correlation

20  somehow or other breaks down the 95 percent

21  correlation breaks down, but then you'll --

22  the strategy is going to be sold, it's going

23  to be exited, but there's still going to be

24  some -- you know, some basic -- look, as far

77

1    as they're concerned, the -- any market

2    strategy has a certain degree of risk, even

3    if you have puts on it you have a -- you

4    know, as they say, the correlation cannot --

5    cannot hold and by the time you exit the

6    strategy you're going to lose the difference

7    between the correlation.  It's never going to

8    be major, but you know it's not -- it's a

9    hedge strategy so therefore, you know, the

10   market risk is not that issue, and they're

11   not even going to get into that.  They

12   shouldn't be getting into that because, you

13   know, as I mentioned to, I guess, Mark, when

14   I spoke to him last -- you're still there,

15   Mark, right?

16       MARK: I'm here, Bernie.

17       MR. MADOFF: Okay, is that you know one

18   of the -- one of the concerns that everybody

19   had with the SEC looking at all of these --

20   you know, the regulation of hedge funds was

21   that they were -- that they were going to go

22   too deeply into the strategies and that they

23   were going to inhibit everybody from using

24   the strategies, and they swore to everybody,

78

1    I mean not literally, but basically they

2    assured Greenspan and the industry that they

3    were not interested in the strategies, that

4    that wasn't what they wanted.  They just

5    wanted to be able to -- to make sure

6    primarily that what they were telling clients

7    in their documentation was the case, that

8    they weren't saying they were in the stock

9    market strategy when they were in

10   commodities, and that they were -- the

11   valuations were correct that they were

12   reporting their performance was accurate and

13   things of that sort.  They said they really

14   did not have any business going into a -- or

15   weren't going to judge what people's

16   strategies were or whether they were --

17   strategies made any sense or not, but they're

18   full of shit, to describe it.  Because as you

19   can see, if that was really the case, then

20   they wouldn't be -- they wouldn't ask you

21   anything about a strategy.  They would just

22   say, okay, you know, this is the -- you know,

23   the strategy we use, it's an equity strategy

24   and we're buying equities, we're not buying

79

1   soybeans.  So, you know --

2       MR. VIJAY: I know it likely won't come

3   up and this is just more for our own

4   background, but have you ever been asked or

5   have you ever considered, you know, given --

6   given your models and your knowledge in 15

7   plus year history of sort of inverting it and

8   putting on a bear spread, would it work or

9   would it not?

10      MR. MADOFF: You could.  I mean, you

11  could do -- you could do -- you know, what we

12  call a back spread.

13      MR. VIJAY: Right.

14      MR. MADOFF: You know, you could do that.

15  You could also over weight the strategy with

16  puts.

17      MR. VIJAY: Right.

18      MR. MADOFF: There's lots of different

19  things that you can do, but basically we

20  found over -- and we used to do that years

21  ago, but we found that the best way to avoid

22  market risk is to be out of the market.

23      MR. VIJAY: Right, rather than --

24      MR. MADOFF: Rather than to try and --

80

1    rather than try and make money in a down

2    market because that's too -- it's just too

3    difficult.

4         MR. VIJAY: Mm-mm.

5         MR. MADOFF: There's not enough liquidity

6    when you want to do that, so basically the

7    strategy is when we like the market we're in

8    the strategy. When we don't like the market,

9    we're out of the market.

10        MR. VIJAY: Right.

11        MR. MADOFF: You know, the -- I think --

12   let me just see. I think -- I don't -- I

13   think I pretty much covered everything. Do

14   you have --

15        MR. VIJAY: One thing we didn't include

16   on the sheet because I -- you know, we

17   thought we're just here to talk about it

18   verbally, if the conversation with the

19   commission goes in this direction, we'll say

20   about, you know, what sorts of activities or

21   oversight do we actually, you know, conduct

22   based on the trade tickets, you know, the

23   sorts of things we talk about would be, you

24   know, the risk monitoring. We do feed the

*Leo & Associates * Certified Court Reporters * (781) 848-9698*

81

1        positions into arithmetrics --

2             MR. MADOFF: Fine?

3             MR. VIJAY: Risk reporting service and

4        so, you know, we do monitor the exposure by

5        -- by sector, the Greeks, you know,

6        sensitivities in the data as well as

7        (inaudible).  That's all I think safe stuff,

8        the standard stuff.  We do monitor on a daily

9        basis the trading activity against -- or the

10       positions against, you know, the thresholds

11       that we've outlined in the operating

12       agreement or the trading authorization, so

13       that's why it's good to have this updated

14       one, and any time, in fact, that you know

15       you're updating that document it would be

16       great to get a copy.

17            MR. MADOFF: We should have -- nothing

18       changed in the -- the reason -- the reason

19       you probably never got one, and we did send

20       them out, I wasn't sure whether you got one

21       or not, but your stuff goes different places,

22       but the parameters are identical.  You'll see

23       if you look at the two documents nothing is

24       changed in them, it's just it was there -- in

82

1    other words the parameters of the options are

2    the same and the parameters of the equities

3    are the same. That hasn't changed at all.

4    It is just, as they say, the -- it really

5    should not -- it really never should have

6    been part of a model document because the

7    purpose of this document was twofold. Number

8    one, to establish what the parameters are,

9    and so that we did not have discretion that,

10   you know, we've agreed these are the pre-set

11   parameters and we've agreed to --

12       MR. VIJAY: Abide by them.

13       MR. MADOFF: To abide by them, and it's

14   -- and when you see the ones for the -- what

15   we call the terms and conditions for trading

16   the -- trading the options, those parameters

17   are the same, but the issue would be -- or

18   made -- the other issue that we had was

19   wanting to assure ourselves that if all of a

20   sudden somebody gave this -- we found another

21   fund or another broker that was -- that was

22   not our client executing the same strategy

23   using our model, and again as to what the

24   value is or not, who the hell knows because

83

1   the reality of it it's our timing that's

2   really the issue and our execution capability

3   that's the advantage that we have, but we

4   wanted that.  But the -- so the document --

5   the model will hold up to intellectual

6   property as it is to the equity side, but

7   they said if you put the options in there,

8   you know, that would not hold up, that's too

9   broad and then what happens is it sort of --

10  it changed the intellectual property of the

11  (inaudible), so we just broke it -- we broke

12  it out and there's two -- two separate -- two

13  separate documents.  And also the reason why

14  we couldn't make the option model or the

15  parameters of the model were exact was when

16  it comes to executing them it was because it

17  didn't have certain liquidity issues in there

18  which we use -- we use when we make that

19  determination.  From their standpoint they're

20  not going to give a damn about one way or

21  another.  You have a trading authorization

22  that tells you what your parameters are for

23  the equities and what -- you wouldn't use the

24  term trading authorization on the models

84

1    because they're what's known as standing

2    instructions, terms and conditions.  I think

3    we label it -- yeah, terms and conditions for

4    option hedging strategies.  You'll see that.

5         MR. VIJAY: Right.

6         MR. MADOFF: That you have -- as far as

7    they're concerned, you can say you have

8    standard -- you have standing parameters that

9    Madoff has to follow when he executes the

10   option trade and you also -- you have certain

11   directives that he has in trading the equity

12   -- the equity piece.

13        MR. VIJAY: I know the options are still

14   -- I mean, they are all OTC at this stage, so

15   --

16        MR. MADOFF: Yes, yeah.

17        MR. VIJAY: So liquidity is important on

18   the listed counterparts when you're

19   transacting the OTC -- OTC options contracts

20   and --

21        MR. MADOFF: Yeah, those are done with --

22   those are done with derivative -- with

23   derivative dealers.

24        MR. VIJAY: Dealers, okay.

85

1          MR. MADOFF: That basically European Bank

2     and derivative banks, dealer banks. I'm just

3     trying to think. What else. And, you know,

4     I guess -- who's going to be on the call

5     Amit, just you and Mark?

6          MR. VIJAY: I think Mark will be on it.

7     Both of us will be on it.

8          MR. MADOFF: Yeah, I mean, you know with

9     these guys basically anything you can't

10    answer you basically just say I -- you know,

11    don't answer. You know, you just say -- you

12    know, I'm just not knowledgeable in that

13    aspect of it. You know, if again, if they

14    wanted to know more about the strategy, you

15    know, they know they can call me.

16         MR. VIJAY: Right.

17         MR. MADOFF: They know I'm the executing

18    broker. They know that you're not making the

19    decisions, so you don't have to be -- what

20    you basically said just recently about how

21    you monitor the risk and you monitor all of

22    that stuff, that's important. That's what

23    your job is and that's what you do and that's

24    what -- that's what today quite frankly what

*Leo & Associates * Certified Court Reporters * (781) 848-9693*

1    investment managers do in all of these fund

2    or funds.  I mean, that's what they do.  They

3    don't -- they're not -- they're not making a

4    decision when you invest whether or not the

5    strategy is a good strategy.  I mean, Mark,

6    are you -- do you guys do that with your

7    other funds?

8        MARK: Yeah, we do and Amid is heavily

9    involved in all those risk calculations for

10    --

11        MR. MADOFF: No, I mean -- I know the

12    risk calculations, but I mean you're not

13    determining whether or not this strategy,

14    other than from a performance standpoint

15    you're not involved in the execution aspects

16    of any of these strategies.

17        MARK: Almost all of our funds are

18    managed outside, and we have a sub advisory

19    relationship.  We have one small group at the

20    end of the hall that run Arlington for us and

21    that's two portfolio managers running on one

22    strategy.

23        MR. MADOFF: Good, right.  So, whatever.

24    I mean, you know, look they say -- this --

87

1    this strategy -- the relationship that we

2    have is been an established relationship for

3    a long time.  The commission knows how we --

4    how we operate, and even if they act stupid

5    on the phone call with you like they're just

6    trying to find out all of this information,

7    you know, they basically -- they should know

8    all of this unless it's just, you know, some

9    people that don't know anything, but I would

10   doubt it.  You know, because they -- and they

11   may not know anything when they speak to you

12   tomorrow, but if they wanted to -- but I

13   think, as they say, I -- my guess would be

14   from what I think is going on here is

15   basically that they are -- they're trying to

16   establish the relationship between us, and us

17   could be any broker, you know, and the funds

18   and the -- whether there's any sort of cross

19   dealing, any sort of sharing of profits that

20   they're not aware of, all of those things

21   because they -- the question that went around

22   on a number of occasions through every broker

23   that does business, you know, and I've seen

24   them.  Just like when they sent that sweet

1    questionnaire, Mark did -- you sent me a long

2    time ago.

3         MARK: Yeah.

4         MR. MADOFF: And they sent others out,

5    you know, to people in general terms. The

6    questions they all asked were do you invest

7    in any of these funds, are you a limited

8    partner in any of them, do you get

9    (inaudible) any of this stuff, is there any

10   information sharing -- all of this type of

11   stuff is they want to know -- and you see the

12   reason why you got a follow up call about

13   wanting to have this call on Wednesday is --

14   and even the questions, like you know is

15   there -- is Madoff -- you know, are there

16   other funds that are involved and is he --

17   what's his relationship with the funds, with

18   Fairfield, you know, and all of this stuff is

19   -- is there some other way that we could

20   benefit from the performance that we give you

21   outside of getting the commissions on the

22   transactions, the -- are the penny a share

23   and the dollar a contract on that sort of

24   stuff, is there anything else that he can

89

1    get?  You know, does he get any sort of

2    performance fee, is there any sort of other

3    issue like, you know, like that, you know,

4    that sort of thing?  Even if you go back to,

5    you know, the issues like -- that other

6    people have raised questions about with this

7    whole fund area, that's what they're looking

8    at in here, and when they -- they -- when

9    they did an examination for us, they asked

10   all those questions, which is standard --

11   standard questions and the answer that I gave

12   them, which are the case, are exactly what

13   I'm -- I'm giving you and basically what you

14   should respond to them.  Obviously, not that

15   we had a -- we didn't have a conversation on

16   all of this stuff, but that's basically --

17   that's what they expect to hear and but they

18   want to hear it with their own -- and I tell

19   you, they just -- it's a typical fishing

20   expedition that brokerage firms go through

21   all the time and now you guys are going to

22   wind up going through as a matter of routine.

23        MR. VIJAY: Okay, and so -- yeah, the

24   Commission's charged they might ask if we

90

1    feel that they're fair and reasonable and of

2    course at the levels that we talked about.  I

3    think it was up to four cents, right, that's

4    what they are?

5        MR. MADOFF: Four cents a share, but

6    that's what we get on the equity

7    transactions, a dollar a contract on the --

8        MR. VIJAY: Okay.

9        MR. MADOFF: On the options and the

10   treasury bills are -- there's no fee on

11   those.  Those are just cash management.

12       MR. VIJAY: This is a -- I mean, it's

13   useful because it does -- I mean, this

14   information is already known to us.  There's

15   nothing new, it just -- it just clarifies and

16   put into context what the substance of their

17   inquiry might be, and I see that it's about,

18   you know, establishing the relationship and

19   the role that we each serve and -- you know

20   and --

21       MR. MADOFF: Have any opportunity for --

22   to misuse any information, and that -- you

23   know, as I say, that's why when the first

24   question you're asked, I mean, do we call you

91

1    up and tell you what's going to get into the

2    strategy or out of the strategy, that answer

3    should be clearly no.

4         MR. VIJAY: Absolutely no.

5         MR. MADOFF: I have to send you up the

6    new -- you know, the -- which is not really

7    new, but the -- the other trading -- modified

8    trading authorization directive and the terms

9    and conditions for the options, and as I say,

10   that's not something that you have to offer

11   to give them.  They've seen it anyhow, but as

12   I say with them you don't offer anything

13   unless they --

14        MR. VIJAY: Unless they ask.

15        MR. MADOFF: You know, unless you have no

16   choice.  Mark, is there anything else that

17   you --

18        MARK: No, Bernie, I should let you know

19   the call's now at 2 o'clock on Wednesday.

20   Amit will be up here in New York.  We'll have

21   the binders in front of us, and I'll be able

22   to, you know, pass him an note or he can

23   write a question to me if we have any issues

24   that come up on the call, but we'll be --

1      we'll be together for that.

2          MR. MADOFF: Who changed the time; you

3      did or they did?

4          MARK: We did.  I wanted to give Amit

5      time to get up here just so we could --

6          MR. MADOFF: Okay.

7          MARK: I have talked to him, it is a

8      voluntary call.  It's not going to be

9      recorded.  They may --

10         MR. MADOFF: I'm sorry, I didn't hear

11     you.  What?

12         MARK: It's a voluntary call.

13         MR. MADOFF: Right.

14         MARK: It isn't testimony.  They're not

15     -- it's not going to be -- there won't be a

16     transcript.  There won't be a recording of

17     it.  They may take notes, that's about it.

18         MR. MADOFF: Who told you that; they did

19     or you asked them?

20         MARK: They did.  I asked him questions

21     about it.

22         MR. MADOFF: Oh, okay.  Okay, as far as

23     you know it's just going to be -- did they

24     tell you who's going to be on the call or

93

1    they didn't?

2         MARK: They didn't.  I'm -- I'll touch

3    base with her one more time and see who this

4    -- if this examiner's on and what role he

5    plays along with Simona and Melissa, the two

6    staff attorneys.

7         MR. MADOFF: Okay, well it's not going to

8    matter.  You might as well wait until they do

9    it because I guess --

10        MARK: Okay.

11        MR. MADOFF: You don't want them to think

12   that you're concerned about anything.  With

13   them you should -- your best off you just be,

14   you know, casual.

15        MARK: We're trying.  We're trying to be

16   cool and to just cooperate and get it over

17   with and get them out of here.  You know,

18   answer the question and move on.

19        MR. MADOFF: Okay, all right, so you'll

20   give me a call after it's finished?

21        MARK: Yeah.  Amit and I will probably

22   let you know how it went.

23        MR. MADOFF: Okay, and it's going to be 2

24   o'clock on Wednesday, okay.  What else, what

94

1    else, what else.  Okay.  Okay, I'm going to

2    send that stuff up to you and I'll check --

3    once you get it, walk, if you can give me a

4    call on my cell phone just to let me know

5    that you got it.

6         MARK: Sure.

7         MR. MADOFF: All right?

8         MARK: Okay, Bernie.

9         MR. MADOFF: Okay, great.  Amit, take

10   care.

11        MR. VIJAY: Thank you, Bernie.  Take care

12   then.

13        MR. MADOFF: Bye.

14             (Recording stops)

15

16

17

18

19

20

21

22

23

24