# Exhibit 61

**From:** Dan Lipton [DLIPTON@fairdomain01.com]
**Sent:** 8/6/2003 5:33:32 PM
**To:** Amit Vijayvergiya [amit@fggus.com]; Rob Blum [rob@fggus.com]
**CC:** Harold Greisman [harold@fggus.com]
**Subject:** RE: Fairfield Sentry Due Diligence Questionnaire

For all we know – it could be right. He's been doing this for 40 years.


Daniel E. Lipton

Fairfield Greenwich Group

919 Third Avenue - 11th Floor

New York, NY 10022

212-991-5265 - Direct

212-319-6060 - General

212-319-0450 - Fax


-----Original Message-----
From: Amit Vijayvergiya
Sent: Wednesday, August 06, 2003 1:22 PM
To: Dan Lipton; Rob Blum
Subject: FW: Fairfield Sentry Due Diligence Questionnaire


FYI…see below


One of the firms doing a DD on Sentry said that they heard from someone with an account at Madoff that there was close to $20 bill in AUM in the strategy.


This is probably a wildly erroneous estimate…

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000142692

Regards,

Amit


Amit Vijayvergiya CFA
VP & Risk Manager
Fairfield Greenwich (Bermuda) Ltd.
Suite 606
12 Church Street
Hamilton, Bermuda HM 11
Tel: 441-292-5362
Fax: 441-292-5413

www.fggus.com

-----Original Message-----
From: Janette Martin [mailto:jmartin@cbgia.com]
Sent: Wednesday, August 06, 2003 1:38 PM
To: Amit Vijayvergiya
Subject: RE: Fairfield Sentry Due Diligence Questionnaire


Hi Amit


Thanks for your prompt response. We had estimated ourselves that the amount was in the $10 billion range but then someone who also has a managed account with Madoff told us it was closer to $20 billion. Do you have a short bio on Bernard Madoff.


Thanks again


Janette

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000142693

CBG Investment Advisors Inc

500 Mamaroneck Avenue

Harrison NY 10528

Tel (914) 777 1920

Fax (914) 698 7594

e-mail jmartin@cbgia.com

e-mail for all fund reports and updates: hedge@cbgia.com


-----Original Message-----
From: Amit Vijayvergiya [mailto:amit@fggus.com]
Sent: Wednesday, August 06, 2003 12:35 PM
To: Janette Martin
Cc: Lauren Ross
Subject: RE: Fairfield Sentry Due Diligence Questionnaire


Hello Janette,


As at June 30, 2003, Madoff managed about $4.1 billion for us in the split-strike conversion strategy.  There are indeed other accounts managed by Madoff employing the same strategy however we are not aware of the precise amount of assets managed in these other accounts and, as far as we know, Madoff has not disclosed this information.


A number of these accounts are held by private high net worth individuals who have had long-standing relationships with Madoff and the details of those accounts are, as you can imagine, confidential.


We do however know that ours is the largest account in this strategy at Madoff and while we

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000142694

cannot be sure of the total amount managed, we estimate that that it is in the $8 – 10 billion range.

I hope that this information meets your requirements. Please do not hesitate to contact us if we may be of further assistance.

Regards,

Amit

Amit Vijayvergiya CFA
VP & Risk Manager
Fairfield Greenwich (Bermuda) Ltd.
Suite 606
12 Church Street
Hamilton, Bermuda HM 11
441-292-5362 – Direct
441-292-5401 -- General
441-292-5413 -- Fax

www.fggus.com

-----Original Message-----
From: Lauren Ross
Sent: Wednesday, August 06, 2003 12:56 PM
To: Amit Vijayvergiya
Subject: FW: Fairfield Sentry Due Diligence Questionnaire

Hi Amit,

Can you respond to Ms. Martin below?

Thank you,

Lauren

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED            FGGE000142695

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

-----Original Message-----
From: Janette Martin [mailto:jmartin@cbgia.com]
Sent: Wednesday, August 06, 2003 11:51 AM
To: Lauren Ross
Subject: RE: Fairfield Sentry Due Diligence Questionnaire

Sorry Lauren another quick question. Do you know how much Madoff manages in total


CBG Investment Advisors Inc

500 Mamaroneck Avenue

Harrison NY 10528

Tel (914) 777 1920

Fax (914) 698 7594

e-mail jmartin@cbgia.com

e-mail for all fund reports and updates: hedge@cbgia.com


-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Wednesday, August 06, 2003 11:48 AM
To: Janette Martin
Subject: RE: Fairfield Sentry Due Diligence Questionnaire


Hi Janette,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00014269

Please find attached a short bio.  Please let me know if this will suffice.


Kind regards,

Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

-----Original Message-----
From: Janette Martin [mailto:jmartin@cbgia.com]
Sent: Wednesday, August 06, 2003 11:00 AM
To: Lauren Ross
Subject: RE: Fairfield Sentry Due Diligence Questionnaire

Hi Lauren


Did you manage to find a short bio on Bernard Madoff for me.


Thank you and best regards


Janette Martin


CBG Investment Advisors Inc

500 Mamaroneck Avenue

Harrison NY 10528

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000142697

Tel (914) 777 1920

Fax (914) 698 7594

e-mail jmartin@cbgia.com

e-mail for all fund reports and updates: hedge@cbgia.com


-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Tuesday, August 05, 2003 12:37 PM
To: Janette Martin
Cc: Amit Vijayvergiya
Subject: Fairfield Sentry Due Diligence Questionnaire


Dear Jeannette,


Please find attached the Fairfield Sentry Due Diligence Questionnaire. You should be able to find the information we discussed in this document.


I have also copied my colleague Amit Vijayvergiya on this email. He is the Risk Manager for the Fairfield Sentry Fund in our Bermuda office. Please do not hesitate to contact us should you have any questions or require any further information.


Kind regards,

Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000142698

www.fggus.com

==================================================================
DISCLAIMER
This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00014269S