# Exhibit 76

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 6/13/2008 3:00:42 PM
**To:** gilberman@comcast.net [gilberman@comcast.net]
**CC:**
**Subject:** Re: Sentry reports for May

Thanks Gil, we also found the activity somewhat abnormal. Yes, I'd welcome the chance to talk about these trades with you. I am traveling for the next two weeks, but perhaps we can schedule to speak on June 25 or 26 if that is convenient?

Regards,
Amit


----- Original Message -----
From: Gil Berman
To: Amit Vijayvergiya
Sent: Fri Jun 13 10:57:53 2008
Subject: Sentry reports for May

Hi Amit,

Attached are my Sentry reports for May. It was a complex month in terms of options activity and, as my memo indicates, there were several unusual transactions relative to the typical matching of stock and options positions in executing the split-strike conversion strategy. All of the trades produced excess profits, as OEX traded higher on May 14th (after the early call repurchase on May 13th) and traded lower on May 20th (after the accounts had doubled up on long puts the previous day) and was also lower on May 23rd (when the accounts sold all their puts, though most of the stock and calls had been liquidated the previous day).

Though my consulting assignment is (and has always been) only to summarize the previous month's trading activity without providing editorial commentary, I must mention to you that I find the May options trading activity to be unusual and difficult to explain, and would encourage you to investigate it further. Please call me if you'd like to discuss this in more detail.

Best Regards,

Gil

GIL BERMAN
Financial Adviser
3026 3rd Street
Boulder, CO 80304
303.443.8052
303.443.7506 fax

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000633382

gilberman@comcast.net

CONFIDENTIALITY NOTICE: This electronic message contains confidential information intended solely for the use of the addressee. If you have received this message in error, please notify me immediately by reply e-mail and delete this message. Thank you.

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000633383