# Exhibit 85

**MSD 134**

```
                            Volume      I
                            Pages       1-164
                            Exhibits    1-7
```

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE SECRETARY OF THE COMMONWEALTH
SECURITIES DIVISION
ONE ASHBURTON PLACE - 17TH FLOOR
BOSTON, MASSACHUSETTS 02108

IN THE MATTER OF:

BERNARD L. MADOFF         Docket No. 2008-0087
INVESTMENT SECURITIES


ON-THE-RECORD-INTERVIEW OF **JEFFREY TUCKER**, a witness called by and on behalf of The Office of the Secretary of State, Securities Division, One Ashburton Place, Boston, Massachusetts, before Dianne E. Brown, a Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, commencing on Thursday, March 12, 2009, at 10:08 a.m.

**Lee & Associates * Certified Court Reporters * (781) 848-9693**

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited          FGG00105666

MSD 230₉₇

| | | |
|---|---|---|
| 1 | Q. | Great, thank you. And going back to you were |
| 2 | | saying in 2001 you visited Madoff's offices |
| 3 | | for a meeting with Bernard Madoff and Frank |
| 4 | | DiPascali? |
| 5 | A. | Pascali. |
| 6 | Q. | Pascali, yes. |
| 7 | A. | Yes. |
| 8 | Q. | So could you please describe that meeting? |
| 9 | A. | Yes. There had been one or both articles in |
| 10 | | 2001 had been published; the first was in MAR |
| 11 | | Hedge and the second was in Barron's and it |
| 12 | | was about Madoff and his business. And the |
| 13 | | Barron's article was clearly -- you know, was |
| 14 | | somewhat critical. Much of it I thought was, |
| 15 | | frankly, just irresponsible journalism, but |
| 16 | | Madoff called me, as I said, I think it was |
| 17 | | after the Barron's article and said, "You |
| 18 | | know, do you -- are you getting feedback from |
| 19 | | your clients?" And I said, "We have some who |
| 20 | | are concerned, but that the principal concern |
| 21 | | I have is that the assets are there." And so |
| 22 | | he said, "Come up this afternoon." He |
| 23 | | indicated that Carlo Grosso, who was one of |
| 24 | | the principals of Kingate, was in New York |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited    FGG00105762

MSD 231 98

```
1    and he was going to invite Carlo as well.
2    And I went up there that same day in the
3    afternoon and met with Bernie and Frank.  The
4    meeting started with Bernie saying "Pick any
5    dates that you want," and I selected a couple
6    of days which I believe were the prior
7    October.  Bernie then told Frank to go and
8    get the ledgers or journals and he came back
9    five or 10 minutes later and opened up what
10   he purported to be a P&S blotter which was a
11   record of each trade, the amount of shares,
12   the price, and the counterparty.  And he let
13   me just thumb through the pages and there
14   were -- it was a big journal with quite a few
15   pages for that particular day; small trades,
16   700 shares, 1,500 shares, and there were some
17   treasury trades in there as well.  So it
18   would have been at a time when we were either
19   selling or buying treasuries and I believe it
20   was probably a point where we were selling
21   treasuries to get out of cash and into the
22   market.  He then opened up another journal
23   which was purportedly the stock record for
24   Madoff Securities and let me, again, turn
```

MSD 232 99

```
 1    through it and he said, "Pick any two
 2    stocks." I picked AOL/Time Warner, we turned
 3    to that page and the page had the -- a total
 4    and then below it a listing of each --
 5    purportedly of each client and their position
 6    in shares. And I saw that we were the first
 7    name because it was done in size, Kingate was
 8    right next to us, there were some smaller
 9    funds, and I would say probably 100 names on
10    the list. My recollection is there was
11    four-million-plus AOL/Time Warner shares in
12    the firm, purportedly. He then activated --
13    he or Frank activated a screen that he said
14    would get us into their DTC account. And
15    they continued to move pages of the screen
16    until they got to the AOL page and with the
17    stock record I could compare the total number
18    AOL according to the Madoff stock record with
19    the Madoff account at DTC which had the --
20    which tied. And I knew of my own that the
21    position I saw for us was roughly what we had
22    because I was somewhat familiar with our
23    size, you know, in shares. And that was
24    essentially -- he said to me, you know, I've
```

Lee & Associates * Certified Court Reporters * (781) 848-9693

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00105764

MSD 233_{100}

```
1         got confidentiality agreements that I'm
2         breaching, but I think, you know, it's
3         important that I show this to you.  That was
4         basically the meeting.
5    Q.   So how did you know that the screen you were
6         looking at was a DTC screen?
7    A.   It had a logo.  It had a DTC logo.  It was
8         not a full-sized screen like this one here.
9             MR. AHEARN:  For the record the witness
10        is pointing to the screen from the
11        transcriptionist.
12   A.   Right, but it was -- it had a logo and then
13        he -- I could see the pages being turned
14        electronically until they got to the AOL
15        page.
16  (BY MR. GRINSPOON)
17   Q.   Had you ever seen a DTC screen before?
18   A.   No.
19   Q.   So this is the first time you'd seen a DTC
20        screen?
21   A.   Yes.
22   Q.   And you believed it was DTC screen because it
23        had a -- what did the logo say, did it say
24        DTC?
```

Lee & Associates * Certified Court Reporters * (781) 848-9693

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited              FGG00105765