**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC, <br><br> Defendants. | Adv. Pro. No. 09-01239 (CGM) |

## ORDER DENYING MOTION TO ALLOW

**WHEREAS**, on October 21, 2020, this Court ordered a briefing schedule for the motion to dismiss in the above-captioned action as follows : "Defendants' Opening Brief(s) in support of their Motion(s) to Dismiss shall be due on or before January 15, 2021; The Trustee's Opposition(s) to Defendants' Motion(s) to Dismiss shall be due on or before April 15, 2021; and Defendants' Reply Brief(s) in support of their Motion(s) to Dismiss shall be due on or before May 31, 2021," which was followed. And

**WHEREAS** this Court heard oral argument on the motion to dismiss on June 16, 2021, the record was closed, and the Court advised the parties that a written decision would issue; and

**WHEREAS** Defendants filed a motion on June 25, 2021, asking this Court for permission to file additional documents that they failed to file prior to the oral argument and in contravention of the Court's briefing schedule; and

**WHEREAS** Defendants have had over six months to prepare for this motion to dismiss; and

**WHEREAS** Defendants have failed to provide a reason for why these documents could not have been timely filed; it is hereby

**ORDERED** that the motion to allow late filed documents is **DENIED**.



**Dated: June 28, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**