UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION CORPORATION,

           Plaintiff-Applicant,

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

           Defendant.

------------------------------------------------------- x

Adv. Pro. No. 08-01789 (CGM)

SIPA LIQUIDATION

(Substantively Consolidated)

In re:

BERNARD L. MADOFF,

           Debtor.

------------------------------------------------------- x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

           Plaintiff,

    v.

LOMBARD ODIER DARIER HENTSCH & CIE,

           Defendant.

------------------------------------------------------- x

Adv. Pro. No. 12-01693 (CGM)

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

ORDERED, that Marc R. Cohen is admitted to practice, pro hac vice, in the above-referenced case to represent Defendant Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie) in Adv. Pro. No. 12-01693 in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.



**Dated: June 30, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**