EXHIBIT B
SUMMARY OF THIRTY-SIXTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2020 THROUGH MARCH 31, 2021

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,044.89 | 262.10 | 273,864.50 |
| | Sheehan, David J. | 1968 | 1,044.46 | 606.10 | 633,046.80 |
| | English, W. John | 1972 | 843.00 | 1.30 | 1,095.90 |
| | Matthias, Michael R. | 1973 | 780.98 | 51.90 | 40,532.90 |
| | Bash, Brian A. | 1975 | 841.16 | 50.40 | 42,394.40 |
| | Long, Thomas L. | 1976 | 1,038.50 | 479.20 | 497,647.60 |
| | Greene, Bruce R. | 1976 | 849.95 | 5.90 | 5,014.70 |
| | Ponto, Geraldine E. | 1982 | 1,044.60 | 612.10 | 639,402.30 |
| | Hannon, John P. | 1983 | 1,090.00 | 12.30 | 13,407.00 |
| | Montesano, Carmela T. | 1984 | 762.41 | 22.40 | 17,077.90 |
| | Smith, Elizabeth A. | 1985 | 956.00 | 7.30 | 6,978.80 |
| | Hunt, Dean D. | 1991 | 978.75 | 151.80 | 148,573.80 |
| | Goldberg, Steven H. | 1991 | 1,041.93 | 70.30 | 73,248.00 |
| | Douthett, Breaden M. | 1991 | 530.00 | 2.90 | 1,537.00 |
| | Griffin, Regina L. | 1993 | 1,045.64 | 427.10 | 446,591.90 |
| | Thomas, Erika K. | 1994 | 799.87 | 701.90 | 561,425.90 |
| | Cole, Tracy L. | 1996 | 947.94 | 476.30 | 451,501.60 |
| | Hoang, Lan | 1997 | 1,026.60 | 751.10 | 771,075.90 |
| | Murphy, Keith R. | 1997 | 1,044.65 | 304.50 | 318,095.20 |
| | Rollinson, James H. | 1998 | 916.15 | 190.80 | 174,801.10 |
| | Fish, Eric R. | 1998 | 905.44 | 315.40 | 285,577.30 |
| | Rose, Jorian L. | 1998 | 1,028.32 | 295.60 | 303,971.60 |
| | Clark, Eben P. | 1998 | 555.00 | 4.80 | 2,664.00 |
| | New, Jonathan B. | 1998 | 1,052.00 | 3.80 | 3,997.60 |
| | Warshavsky, Oren J. | 1998 | 1,049.24 | 599.00 | 628,492.10 |
| | Pergament, Benjamin D. | 1999 | 895.05 | 536.10 | 479,837.50 |
| | Bohorquez, Fernando A. | 2000 | 966.55 | 206.40 | 199,495.80 |
| | Cremona, Nicholas J. | 2000 | 1,025.84 | 801.80 | 822,519.40 |
| | Beckerlegge, Robertson D. | 2001 | 832.91 | 692.00 | 576,374.70 |
| | Bell, Stacey A. | 2001 | 909.04 | 592.90 | 538,971.00 |
| | Zeballos, Gonzalo S. | 2001 | 949.21 | 160.10 | 151,969.10 |
| | North, Geoffrey A. | 2002 | 912.13 | 711.30 | 648,794.60 |
| | Song, Brian W. | 2002 | 827.15 | 552.00 | 456,589.10 |
| | Oliver, Jason S. | 2003 | 837.70 | 577.80 | 484,024.10 |
| | Sherer, James A. | 2003 | 742.17 | 24.60 | 18,257.40 |
| | Shields, Nkosi D. | 2003 | 703.58 | 398.50 | 280,376.20 |
| | Hochmuth, Farrell A. | 2003 | 667.35 | 196.50 | 131,133.80 |
| | Malchow, Jessica P. | 2003 | 475.86 | 3.70 | 1,760.70 |
| | Allen, Brian F. | 2005 | 749.96 | 325.70 | 244,262.60 |
| | Hartman, Ruth E. | 2005 | 496.00 | 7.40 | 3,670.40 |
| | Proano, David F. | 2005 | 475.15 | 5.40 | 2,565.80 |
| | Vanderwal, Amy E. | 2006 | 910.55 | 452.70 | 412,205.90 |
| | Feil, Matthew D. | 2006 | 771.60 | 503.20 | 388,269.80 |
| | Longstaff, Carrie | 2006 | 751.74 | 601.20 | 451,943.10 |
| | Carlisle, Marie L. | 2006 | 634.06 | 323.10 | 204,863.40 |
| | Kosack, Melissa L. | 2006 | 758.28 | 771.90 | 585,313.20 |
| | McLellan, Melinda L. | 2006 | 777.00 | 2.40 | 1,864.80 |
| | Calvani, Torello H. | 2007 | 828.60 | 513.50 | 425,484.60 |
| | Forman, Jonathan A. | 2007 | 719.56 | 173.40 | 124,771.60 |
| | Patel, Tayan B. | 2007 | 625.58 | 15.60 | 9,759.10 |
| | Brown, Seanna R. | 2007 | 1,027.48 | 416.80 | 428,252.80 |
| | Giuliani, Esterina | 2007 | 910.82 | 628.60 | 572,541.20 |
| | Wasick, Joanna F. | 2007 | 902.62 | 558.10 | 503,751.00 |
| | Attard, Lauren T. | 2008 | 673.69 | 194.80 | 131,235.60 |
| | Zunno-Freaney, Kathryn M. | 2008 | 911.75 | 197.30 | 179,889.10 |
| | Usitalo, Michelle R. | 2008 | 719.16 | 379.90 | 273,207.50 |
| | McCurrach, Elizabeth G. | 2008 | 768.95 | 345.10 | 265,365.80 |
| | Shapiro, Peter B. | 2009 | 747.01 | 438.80 | 327,789.50 |
| | Markel, Tatiana | 2009 | 757.77 | 505.70 | 383,202.70 |
| | Molina, Marco | 2009 | 757.66 | 267.40 | 202,598.90 |
| | Campbell, Patrick T. | 2009 | 727.28 | 225.60 | 164,075.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Iannuzzi, Michael M. | 2010 | 541.00 | 16.90 | 9,142.90 |
| | Bent, Camille C. | 2010 | 699.92 | 560.30 | 392,163.60 |
| | Krishna, Ganesh | 2011 | 698.09 | 558.60 | 389,950.30 |
| | Wangsgard, Kendall E. | 2011 | 616.00 | 7.00 | 4,312.00 |
| | Shifrin, Maximillian S. | 2011 | 722.95 | 78.20 | 56,535.00 |
| | Crook, Darren A. | 2011 | 371.05 | 53.80 | 19,962.30 |
| | Hough, Shawn P. | 2012 | 699.90 | 530.00 | 370,944.50 |
| Partners and of Counsel Total | | | 867.26 | 21,518.40 | 18,662,013.40 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Meisels, Naomi P. | 1984 | 660.00 | 1.00 | 660.00 |
| | Bieler, Philip | 1994 | 598.80 | 542.30 | 324,728.90 |
| | Kates, Elyssa S. | 2000 | 739.35 | 4.60 | 3,401.00 |
| | DeSouza, Karen | 2001 | 300.00 | 59.80 | 17,940.00 |
| | Wlodek, Heather | 2003 | 795.17 | 398.10 | 316,557.00 |
| | Cowherd, Matthew K. | 2005 | 618.18 | 299.70 | 185,267.60 |
| | Hiatt, Eric B. | 2005 | 635.52 | 266.60 | 169,430.20 |
| | Mezibov, Jonathan G. | 2006 | 272.99 | 689.90 | 188,336.90 |
| | Goldmark, Jena B. | 2007 | 572.60 | 635.40 | 363,827.20 |
| | Choi, David | 2008 | 631.60 | 354.10 | 223,647.80 |
| | Sabella, Michael A. | 2008 | 588.44 | 401.40 | 236,201.20 |
| | Khan, Ferve E. | 2009 | 746.54 | 431.80 | 322,354.00 |
| | Mattera, Marshall J. | 2009 | 634.46 | 638.10 | 404,847.00 |
| | Nickodem, Robert G. | 2009 | 281.42 | 443.80 | 124,895.60 |
| | Boga-Lofaro, Csilla | 2010 | 518.00 | 75.50 | 39,109.00 |
| | McGourty, Cara | 2010 | 611.74 | 515.70 | 315,474.80 |
| | Maytal, Anat | 2010 | 719.81 | 485.40 | 349,395.00 |
| | Rollins, Jennifer B. | 2010 | 273.28 | 543.10 | 148,418.10 |
| | Biondo, Lindsay J. | 2010 | 280.13 | 734.60 | 205,782.80 |
| | Hansford, Melissa L. | 2010 | 279.84 | 388.10 | 108,605.80 |
| | Ubaid, Maryland H. | 2010 | 281.05 | 569.20 | 159,972.00 |
| | Mahida, Michelle Marie Hoff | 2010 | 275.00 | 227.00 | 62,425.00 |
| | Rouach, Sophie | 2010 | 498.04 | 468.60 | 233,381.20 |
| | Bernard, Zachary E. | 2010 | 496.00 | 20.20 | 10,019.20 |
| | Chandler, Tara R. | 2010 | 280.35 | 705.90 | 197,900.60 |
| | White, Jason T. | 2011 | 280.57 | 693.50 | 194,576.60 |
| | Oliva, Frank M. | 2011 | 699.88 | 639.40 | 447,500.40 |
| | Gottesman, Joel D. | 2011 | 280.53 | 464.80 | 130,392.00 |
| | Vonderhaar, Douglas A. | 2011 | 340.37 | 49.20 | 16,746.20 |
| | Durbin, Damon M. | 2011 | 316.85 | 152.80 | 48,414.70 |
| | Patrick, Stacey M. | 2011 | 279.83 | 664.50 | 185,949.80 |
| | Rose, Nicholas M. | 2011 | 616.00 | 188.90 | 116,362.40 |
| | Blanchard, Jason I. | 2011 | 740.89 | 562.90 | 417,048.50 |
| | Barhorst, Damon C. | 2011 | 268.36 | 9.40 | 2,522.60 |
| | Slavin, Jeffrey A. | 2011 | 514.73 | 46.20 | 23,780.40 |
| | Feldstein, Robyn M. | 2011 | 593.16 | 404.40 | 239,872.80 |
| | Gallagher, Christopher B. | 2012 | 700.23 | 520.90 | 364,750.90 |
| | Ackerman, Stephanie | 2012 | 648.79 | 577.90 | 374,935.10 |
| | Sloan, Victoria E. | 2012 | 300.00 | 21.90 | 6,570.00 |
| | Rice, David W. | 2012 | 590.48 | 388.30 | 229,282.20 |
| | Charlemagne, Chardaie C. | 2013 | 647.86 | 30.10 | 19,500.50 |
| | Mosher, Sarah E. | 2013 | 273.33 | 661.50 | 180,810.10 |
| | Gillingham, Ross M. | 2013 | 273.00 | 747.70 | 204,120.70 |
| | Brumbach, Maxim G. | 2013 | 272.97 | 686.70 | 187,447.30 |
| | Friedman, Matthew B. | 2013 | 562.27 | 487.90 | 274,330.50 |
| | Sterling, Nichole L. | 2013 | 505.25 | 26.50 | 13,389.20 |
| | Tanney, Michelle N. | 2013 | 650.06 | 435.90 | 283,361.10 |
| | Horning, Nathan T. | 2014 | 280.49 | 691.10 | 193,848.60 |
| | Goertemiller, Noah J. | 2014 | 273.61 | 693.50 | 189,745.30 |
| | Kennedy, Joyce R. | 2015 | 280.58 | 598.10 | 167,813.80 |
| | Weinberg, Lauren R. | 2015 | 521.17 | 329.00 | 171,466.40 |
| | Serrao, Andrew M. | 2015 | 617.79 | 298.20 | 184,224.10 |
| | Turner, Tara E. | 2015 | 576.47 | 609.20 | 351,186.80 |
| | Miguel, Nickoli X. | 2016 | 276.42 | 165.10 | 45,636.60 |
| | Cantu, Michael R. | 2016 | 279.94 | 835.20 | 233,802.40 |
| | Berry, Joshua L. | 2016 | 273.31 | 593.60 | 162,236.80 |
| | Martin, Lauren E. | 2016 | 273.16 | 661.80 | 180,777.40 |
| | Nadworny, Bari R. | 2016 | 504.92 | 40.50 | 20,449.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Molony, Matthew E. | 2016 | 272.93 | 679.90 | 185,562.90 |
| | Stewart, Matthew L. | 2016 | 273.51 | 653.50 | 178,741.30 |
| | Shalodi, Amani | 2016 | 280.26 | 740.10 | 207,419.40 |
| | Satter, Joshua A. | 2017 | 576.88 | 401.90 | 231,847.90 |
| | Dindiyal, Ariana G. | 2017 | 456.27 | 647.80 | 295,572.20 |
| | Maw, Darley | 2017 | 575.34 | 319.10 | 183,592.30 |
| | Stork, Victoria L. | 2017 | 576.94 | 544.30 | 314,028.70 |
| | Fischetti, Chloe S. | 2018 | 450.00 | 310.70 | 139,815.00 |
| | Williams, Briana D. | 2018 | 402.89 | 385.70 | 155,394.10 |
| | Gotsis, Christina O. | 2019 | 440.42 | 417.50 | 183,877.30 |
| | Corrigan, Megan A. | 2019 | 441.37 | 311.60 | 137,530.00 |
| | Yantis, Brittany A. | 2019 | 440.89 | 60.40 | 26,630.00 |
| | Silversmith, Jordan R. | 2019 | 441.76 | 303.20 | 133,940.80 |
| | Bordner, Alexa T. | 2019 | 450.78 | 84.40 | 38,045.90 |
| | Sternbach, Lauren E. | 2020 | 452.07 | 230.60 | 104,247.80 |
| | Van Duyn, Audrey J. | 2020 | 450.31 | 565.30 | 254,561.00 |
| | Waldrop, Patrick R. | 2020 | 441.00 | 1.70 | 749.70 |
| | Diaz, Yadilsa | 2021 | 485.00 | 149.00 | 72,265.00 |
| | Record, Luke E. | 2021 | 485.00 | 73.00 | 35,405.00 |
| | Gaudreau, Madison J. | #N/A | 485.00 | 88.70 | 43,019.50 |
| | Cardenas, Samantha A. | #N/A | 273.36 | 506.80 | 138,537.20 |
| Associates Total | | | 434.94 | 31,351.70 | 13,636,212.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Montani, Christine A. | #N/A | 385.57 | 442.50 | 170,614.20 |
| | Iskhakova, Yuliya | #N/A | 398.41 | 884.20 | 352,271.80 |
| | Fishelman, Benjamin D. | #N/A | 469.82 | 285.50 | 134,134.60 |
| | Gibbons, Michael E. | #N/A | 422.47 | 11.40 | 4,816.20 |
| | Landrio, Nikki M. | #N/A | 412.17 | 331.20 | 136,510.80 |
| | Nunes, Silas T. | #N/A | 338.40 | 170.60 | 57,730.80 |
| | von Collande, Constance M. | #N/A | 380.51 | 587.60 | 223,586.70 |
| | Blaber, Theresa A. | #N/A | 375.12 | 4.20 | 1,575.50 |
| | Stone, Adrian | #N/A | 336.94 | 347.70 | 117,153.00 |
| | Bryan, Katrina E. | #N/A | 366.90 | 509.50 | 186,934.50 |
| | McIntosh, Casey | #N/A | 218.00 | 11.70 | 2,550.60 |
| | Monge, Tirsa | #N/A | 384.47 | 231.20 | 88,890.50 |
| | Cabrera, Ramon C. | #N/A | 302.14 | 232.80 | 70,337.40 |
| | Godsen, Brian J. | #N/A | 188.43 | 38.50 | 7,254.50 |
| | Jesic, Mario | #N/A | 287.79 | 17.20 | 4,950.00 |
| | Glanzman, Adam J. | #N/A | 386.83 | 111.50 | 43,131.50 |
| | Szalay, Sarah M. | #N/A | 215.87 | 197.80 | 42,699.40 |
| | Oliver-Weeks, Marcella J. | #N/A | 443.51 | 659.50 | 292,496.60 |
| | Villamayor, Fidentino L. | #N/A | 403.04 | 303.50 | 122,323.40 |
| | Wong, Sun Kei | #N/A | 295.34 | 12.40 | 3,662.20 |
| | Graham, Sonya M. | #N/A | 296.29 | 25.80 | 7,644.20 |
| | Dangelmajer, Susan E. | #N/A | 373.56 | 469.30 | 175,311.70 |
| | Kinne, Tanya M. | #N/A | 368.15 | 614.50 | 226,231.00 |
| | Polanco Ortiz, Dorian A. | #N/A | 293.00 | 3.50 | 1,025.50 |
| | Chan, Angeline | #N/A | 287.90 | 417.10 | 120,084.30 |
| | Chamberlain, David R. | #N/A | 180.00 | 4.50 | 810.00 |
| | McKenna, Patrice M. | #N/A | 306.03 | 495.90 | 151,762.50 |
| | Bekier, James M. | #N/A | 491.46 | 279.90 | 137,559.40 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 374.50 | 7,701.00 | 2,884,052.80 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 867.26 | 21,518.40 | 18,662,013.40 |
| Associates Total | 434.94 | 31,351.70 | 13,636,212.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 374.50 | 7,701.00 | 2,884,052.80 |
| Blended Attorney Rate | 610.90 | | |
| Total Fees Incurred | | 60,571.10 | 35,182,278.70 |
| Less 10% Public Interest Discount | | | (3,518,227.87) |
| **Grand Total** | | | $ 31,664,050.83 |