EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-SIXTH INTERIM PERIOD
OF DECEMBER 1, 2020 THROUGH MARCH 31, 2021

|   | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 7,849.90 | 5,358,120.70 |
| 02 | Bankruptcy Court Litigation and Related Matters | 492.70 | 356,378.00 |
| 03 | Feeder Funds | 54.50 | 45,417.20 |
| 05 | Internal Office Meetings with Staff | 396.30 | 222,203.60 |
| 07 | Billing | 865.30 | 372,047.10 |
| 08 | Case Administration | 2,104.60 | 1,002,052.30 |
| 11 | Press Inquires and Responses | 128.30 | 107,169.00 |
| 12 | Document Review | 16,010.10 | 4,930,649.90 |
| 13 | Discovery - Depositions and Document Productions | 1,094.30 | 435,306.10 |
| 14 | International | 348.20 | 206,083.00 |
| 18 | Auditors | 4.00 | 4,208.00 |
| 20 | Governmental Agencies | 6.30 | 6,555.40 |
| 21 | Allocation | 65.80 | 62,059.20 |
| 000005 | Customer Claims | 882.10 | 627,356.90 |
| 000007 | Madoff Family | 229.20 | 176,747.40 |
| 000009 | Fairfield Greenwich | 3,649.70 | 2,871,073.00 |
| 000029 | Rye/Tremont | 660.40 | 399,518.80 |
| 000030 | HSBC | 2,801.00 | 2,103,088.90 |
| 000032 | LuxAlpha/UBS | 1,805.40 | 1,388,264.10 |
| 000033 | Nomura Bank International PLC | 764.20 | 505,245.80 |
| 000034 | Citibank | 122.70 | 102,983.00 |
| 000035 | Natixis | 669.80 | 479,651.20 |
| 000036 | Merrill Lynch | 97.00 | 71,024.90 |
| 000053 | Magnify | 3,996.00 | 2,635,049.10 |
| 000059 | Stanley Shapiro | 47.40 | 38,954.00 |
| 000060 | Avellino & Bienes | 4,331.80 | 3,310,981.90 |
| 000062 | Subsequent Transfer | 6,536.80 | 4,471,403.20 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 124.90 | 109,192.20 |
| 000065 | Legacy Capital Ltd | 1,577.10 | 1,178,715.10 |
| 000071 | Square One | 2,376.50 | 1,283,541.40 |
| 000073 | BNP Paribas | 261.30 | 165,114.10 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 217.50 | 156,124.20 |
| Grand Total |  | **60,571.10** | **35,182,278.70** |

**Less 10% Public Interest Discount**                                               (3,518,227.87)

**Grand Total**                                                         $   31,664,050.83

| Task/Matter Name | HOURS | AMOUNT |
|---|---|---|
| **Current Application** | | |
| Interim Compensation Requested | | $ 31,664,050.83 |
| Interim Compensation Paid | | *(28,497,645.75)* |
| Interim Compensation Deferred | | $ 3,166,405.08 |
| | | |
| **Prior Applications** | | |
| Interim Compensation Requested | | $ 1,282,372,888.98 |
| Interim Compensation Paid | | *$ (1,264,962,602.99)* |
| Interim Compensation Deferred | | $ 17,410,285.99 |