EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-SIXTH
INTERIM PERIOD OF DECEMBER 1, 2020 THROUGH MARCH 31, 2021

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | 618.20 |
| E102 | Outside Printing (E102) | 1,299.27 |
| E104 | Facsimile (E104) | 4.40 |
| E105 | Telephone (E105) | 420.00 |
| E106 | Online Research (E106) | 46,587.79 |
| E107 | Delivery Services/ Messengers (E107) | 1,304.18 |
| E108 | Postage (E108) | 653.49 |
| E112 | Court Fees (E112) | 34,173.31 |
| E113 | Subpoena Fees (E113) | 1,596.96 |
| E115 | Deposition Transcripts (E115) | 11,638.95 |
| E116 | Trial Transcripts (E116) | 2,088.55 |
| E119 | Experts (E119) | 6.25 |
| E123 | Other Professionals (E123) | 42,227.04 |
| E124 | Other (E124) | 21,895.47 |
| Grand Total | | **164,513.86** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded     $   19,322,420.01