## EXHIBIT E

### INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-SIXTH INTERIM PERIOD OF DECEMBER 1, 2020 THROUGH MARCH 31, 2021

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 1,309,171,553.31 |
| Interim Compensation Deferred | $ 20,090,152.42 |
| Holdback Amount to be Released | 10,045,076.21 |
| Holdback After Release | $ 10,045,076.21 |