**Exhibit B**

SUMMARY OF THIRTY-FIFTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2020 THROUGH MARCH 31, 2021

| Name | Year Admitted | Dec 2020 Standard Hourly Rate | Dec 2020 Total Hours Billed | Dec 2020 Total Compensation | Jan-Mar 2021 Standard Hourly Rate | Jan-Mar 2021 Total Hours Billed | Jan-Mar 2021 Total Compensation | Total Hours Billed Dec-March | Total Compensation Dec-March |
|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | |
| Howard L. Simon | 1977 | 675.00 | 93.70 | $ 63,247.50 | 695.00 | 281.10 | $ 195,364.50 | 374.80 | $ 258,612.00 |
| Kim M. Longo | 2002 | 565.00 | 112.40 | $ 63,506.00 | 585.00 | 331.70 | $ 194,044.50 | 444.10 | $ 257,550.50 |
| **Total Partners** | | | **206.10** | **$ 126,753.50** | | **612.80** | **$ 389,409.00** | **818.90** | **$ 516,162.50** |
| **Special Counsel** | | | | | | | | | |
| John J. Tepedino | 2005 | 450.00 | 213.00 | $ 95,850.00 | 465.00 | 380.40 | $ 176,886.00 | 593.40 | $ 272,736.00 |
| Alan D. Lawn | 2009 | 400.00 | 150.10 | $ 60,040.00 | 420.00 | 482.00 | $ 202,440.00 | 632.10 | $ 262,480.00 |
| **Total Special Counsel** | | | **363.10** | **$ 155,890.00** | **1,295.00** | **862.40** | **$ 379,326.00** | **1,225.50** | **$ 535,216.00** |
| **Associates** | | | | | | | | | |
| Philip M. Taylor | 2011 | | - | $ - | 470.00 | 127.40 | $ 59,878.00 | 127.40 | $ 59,878.00 |
| Karen M. Cullen | 1981 | 440.00 | | $ - | 440.00 | 221.40 | $ 97,416.00 | 221.40 | $ 97,416.00 |
| Carol LaFond | 2000 | 410.00 | 123.00 | $ 50,430.00 | 410.00 | 382.80 | $ 156,948.00 | 505.80 | $ 207,378.00 |
| Alex Jonatowski | 2007 | 375.00 | 151.80 | $ 56,925.00 | 395.00 | 478.80 | $ 189,126.00 | 630.60 | $ 246,051.00 |
| **Total Associates** | | | **274.80** | **$ 107,355.00** | | **1,210.40** | **$ 503,368.00** | **1,485.20** | **$ 610,723.00** |
| **Paraprofessionals** | | | | | | | | | |
| Matthew Corwin | | 250.00 | 7.80 | $ 1,950.00 | 255.00 | 18.60 | $ 4,743.00 | 26.40 | $ 6,693.00 |
| Carilyn Priolo | | 160.00 | 10.60 | $ 1,696.00 | 165.00 | 62.00 | $ 10,230.00 | 72.60 | $ 11,926.00 |
| **Total Paraprofessionals** | | | **18.40** | **$ 3,646.00** | | **80.60** | **$ 14,973.00** | **99.00** | **$ 18,619.00** |

| | | Hours | Total Fees |
|---|---|---|---|
| **Partners** | | 818.90 | $ 516,162.50 |
| **Special Counsel** | | 1,225.50 | $ 535,216.00 |
| **Associates** | | 1,485.20 | $ 610,723.00 |
| **Paraprofessionals** | | 99.00 | $ 18,619.00 |
| | | | |
| **Blended Attorney Rate** | 470.90 | | |
| **Blended Rate All Professionals** | 463.19 | | |
| **GRAND TOTAL** | | 3,628.60 | $ 1,680,720.50 |

{11930459:1}