## Exhibit C

SUMMARY OF THIRTY-FIFTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES INCURRED FROM DECEMBER 1, 2020 THROUGH AND INCLUDING MARCH 31, 2021

| Code Description | Amount | |
|---|---|---|
| Telephone - Reimbursements | $ | 393.10 |
| Air Courier/Messenger | $ | 504.48 |
| Online Research | $ | 828.22 |
| **TOTAL** | **$** | **1,725.80** |

{11930459:1}