**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX
LANE & MITTENDORF, LLP FOR THE THIRTY-FIFTH INTERIM PERIOD OF
DECEMBER 1, 2020 THROUGH AND INCLUDING MARCH 31, 2021

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 18.30 | $ 9,585.50 |
| | | 007 | Fee Application | 88.10 | 20,816.50 |
| | | 020 | Internal Office Meetings | 11.20 | 4,793.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 10.30 | 5,395.50 |
| 12 | Credit Suisse | 010 | Litigation | 143.70 | 63,809.50 |
| 14 | Zephyros | 010 | Litigation | 107.20 | 49,139.00 |
| 15 | Mistral | 010 | Litigation | 52.10 | 19,739.50 |
| 16 | Societe Generale | 010 | Litigation | 301.60 | 130,988.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 734.20 | 360,506.50 |
| 18 | Clariden Leu | 010 | Litigation | 325.80 | 129,696.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 60.50 | 24,296.50 |
| 20 | Coordinated Cases | 010 | Litigation | 636.70 | 282,020.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,046.30 | 532,753.50 |
| 24 | Naidot | 010 | Litigation | 92.60 | 47,181.00 |
| | | | **TOTALS** | **3,628.60** | **$ 1,680,720.50** |

{11930459:1}