IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Brad E Avergon & Cynthia B Avergon JT WROS | 000264 | 510 | Phillips Nizer LLP | Brad E Avergon & Cynthia B Avergon J/T WROS | 1ZB094 |
| Henry Siegman Susan Einsenstat J/T WROS | 008249 | 1181 | Phillips Nizer LLP | Henry Siegman Susan Eisenstat J/T WROS | 1S0425 |