**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### [PROPOSED] ORDER GRANTING TRUSTEE'S FORTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections"); and the net winner Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. __]; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on Exhibits A and B hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibits A and B hereto are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Beryl Stevens Rev Trust DTD 9/8/05 Et Al T.I.C | 006214 | 1043 | Pro Se Filing | Beryl Stevens Rev Trust DTD 9/8/05 Et Al T.I.C | 1ZA245 |
| Denton Family Irrevocable Trust, Elln Leeds And Susan Labriola Trustees | 006177 | 1872 | Phillips Nizer LLP | Denton Family Irrevocable TST DTD 9/6/06 Susan D Labriola | 1CM038 |
| Mishkin Family Trust | 004174 | 608 | Phillips Nizer LLP | Mishkin Family Trust | 1ZA030 |
| Pauline Silverstein Rev Trust UAD 4/7/86 Robert Silverstein Trustee | 010657 | 1021 | Pro Se Filing | Pauline Silverstein Rev Trust Uad 4/7/86 Robert Silverstein | 1ZB594 |
| Sheryl Weinstein & Ronald Weinstein J/T WROS | 006842 | 901 | Phillips Nizer LLP | Sheryl Weinstein & Ronald Weinstein J/T WROS | 1W0049 |
| The Allen Family Trust | 000105 | 639; 3051 | Phillips Nizer LLP; Becker & Poliakoff, LLP | The Allen Family Trust Dated 11/30/89 | 1CM406 |

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Brad E Avergon & Cynthia B Avergon JT WROS | 000264 | 510 | Phillips Nizer LLP | Brad E Avergon & Cynthia B Avergon J/T WROS | 1ZB094 |
| Henry Siegman Susan Einsenstat J/T WROS | 008249 | 1181 | Phillips Nizer LLP | Henry Siegman Susan Eisenstat J/T WROS | 1S0425 |