**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Elaine Glodstein Rev Trust DTD 11/13/97 | 004077 | 643 | Phillips Nizer LLP | Elaine Glodstein Rev Tst Dtd 11/13/97 Sidney Glodstein | 1ZA415 |
| Estate of William A Forrest & Kathleen Forrest TIC | 002310 | 1084 | Phillips Nizer LLP | Estate Of William A Forrest & Kathleen Forrest TIC | 1F0136 |
| Eugene Stern and Arlene Stern | 003285 | 2377 | Becker & Poliakoff, LLP | Eugene Stern & Arlene Stern J/T WROS | 1S0288 |
| Nancy Dver Cohen Rev Tst Dtd 11/20/00 Nancy Dver-Cohen And Ralph H Cohen Tstees | 001893 | 833 | Phillips Nizer LLP | Nancy Dver Cohen Rev Tst Dtd 11/20/00 Nancy Dver-Cohen And Ralph H Cohen Tstees | 1ZA896 |
| The Gaba Partnership | 002307 | 640 | Phillips Nizer LLP | The Gaba Partnership | 1ZA901 |
| Wohl George Partners LP | 003963 | 695 | Phillips Nizer LLP | Wohl George Partners LP | 1ZB430 |

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| David N Glodstein & Susan L Glodstein J/T WROS | 005069 | 508 | Phillips Nizer LLP | David N Glodstein & Susan L Glodstein J/T WROS | 1ZA496 |
| Mitchell Rechler and Deborah Rechler | 004178 | 4460 | Becker & Poliakoff, LLP | Mitchell Rechler & Deborah Rechler J/T WROS | 1R0106 |