# EXHIBIT 3

919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

**JENNER&BLOCK** LLP

May 15, 2020

Richard Levin
Tel  +1 212 891 1601
RLevin@jenner.com

**<u>VIA E-MAIL</u>**
Marco Molina
Matthew Feil
Andrew Serrao
Victoria Stork
Ganesh Krishna
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Re:    *Picard v. Square One Fund Ltd.,* Adv. Pro. No. 10-4330 (SMB) (Bankr. S.D.N.Y.),
       Square One's Response to Trustee's Letter re Partners Advisers' Documents

Dear Tori,

I write in response to your May 8, 2020 letter explaining the Trustee's position on Partners
Advisers' documents.  We have been diligently investigating this issue and proceeded consistent
with the parties' prior communications on the matter, which include:

- Your representations at the parties' prior meet-and-confers and in your November 5,
  2019 letter that "the Trustee is willing to work with Square One to facilitate
  production of responsive documents in a manner that does not violate any domestic or
  foreign laws and has extensive experience in doing so with other similarly situated
  defendants;"

- Your representation during the parties' January 14, 2020 meet-and-confer that the
  Trustee has used the Hague Evidence Convention to obtain documents from
  Switzerland; and

- Your representation to the Court that two years of discovery was necessary in this
  case because the Trustee needed to pursue foreign discovery.

Based on our investigation, we believe the initial set of documents provided to Square One's
prior counsel—the majority of documents produced to date are from this set—includes
documents from Partners Advisers.  This is consistent with your May 8 letter's observation that
many documents in Square One's productions have Partners Advisers branding, are on Partners
Advisers letterhead, and/or were sent from Partners Advisers email addresses.  We are working
to confirm that the initial set includes all Square One documents that were at Partners Advisers,
which would moot the issues raised in your May 8 letter.

CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC          <u>WWW.JENNER.COM</u>

May 15, 2020
Page 2


Our investigation is moving on a reasonable timeline given disruptions due to the coronavirus pandemic, and we will update the Trustee promptly once it is finished.

Please do not hesitate to contact me if you have any questions.

Sincerely,

*/s/ Richard Levin*
Richard Levin