# EXHIBIT 6

**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marco Molina
Matthew D. Feil
Ganesh Krishna
Andrew M. Serrao
Victoria L. Stork

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04330 (SMB) |
| Plaintiff, | |
| v. | **NOTICE OF RULE 30(b)(6) DEPOSITION TO SQUARE ONE FUND LTD.** |
| SQUARE ONE FUND LTD., | |
| Defendant. | |

*To:*    Richard Levin
`          Jenner & Block LLP
           919 Third Avenue, 38th Floor
           New York, NY  10022
           *Attorney for Square One Fund Ltd.*

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff, Irving H. Picard (the "Trustee"), by and through his counsel, Baker & Hostetler LLP, will take the deposition(s) upon oral examination, before a notary public or other person authorized to administer oaths at the offices of Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111, or a mutually agreed location and/or method, about information known or reasonably available to Square One Fund Ltd. ("Square One") regarding the topics in attached Exhibit A. Federal Rule 30(b)(6) requires Square One to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf, regarding these topics.  Said deposition will be taken by stenographic and videographic means by a certified court reporter and videographer. The deposition(s) will commence at 9:30 AM on August 6, 2020.  If necessary, each deposition will be adjourned until completed.

The Trustee requests that Square One provide written notice as least two business days before the date of the deposition of the name(s) and current place(s) of employment of the individual(s) designated to testify on its behalf.

Date:   July 1, 2020
          New York, New York

By:  */s Marco Molina*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marco Molina
Email:  mmolina@bakerlaw.com
Matthew D. Feil
Email:  mfeil@bakerlaw.com

2

Ganesh Krishna
Email:  gkrishna@bakerlaw.com
Andrew M. Serrao
Email:  aserrao@bakerlaw.com
Victoria L. Stork
Email:  vstork@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

## EXHIBIT A

Square One is requested to designate one or more 30(b)(6) witnesses knowledgeable and prepared to testify fully on behalf of Square One regarding the topics listed in this Exhibit A.

1.    The initial collection of documents by Square One.  Including those collected on or around May 2011 under the supervision or direction of Square One's prior counsel, including, but not limited to:

     a.    the universe of documents gathered and imaged;

     b.    the methods used in the process of searching and collecting documents, including what search terms were used, across what custodians, and over what time periods;

     c.    the efforts that Square One undertook to determine what materials were collected and the sources of those collections, including collection of Square One's documents housed at Partners Advisers, S.A. ("Partners Advisers");

     d.    to the extent Square One collected all of Square One's documents housed at Partners Advisers, the basis of Square One's belief, and the efforts Square One undertook to confirm the collection of all of Square One's documents housed at Partners Advisers; and

     e.    the process by which the documents were transferred from Square One to Square One's present counsel, Jenner & Block LLP, including any and all intermediaries.

2.    For the period between and including January 1, 1998 through the present, the system(s) used to create, transmit, store, retrieve, and delete Square One's e-mails, whether maintained by Square One, Partners Advisers, or Square Asset Management Ltd. ("SAM"),

including, but not limited to, name and version, installation dates, number of users, and location

of users' mail files.

3.      For the period between and including January 1, 1998 through the present, how

Square One's electronic documents were and are maintained, archived, and indexed, including

descriptions of hardware and software used, whether by Square One, and where this is physically

located at Square One and its' service providers including, but not limited to, Partners Advisers,

or SAM.

4.      For the period between and including January 1, 1998 through the present, how

Square One's hard-copy documents were and are maintained, archived, and indexed, whether at

Square One, Partners Advisers, or SAM.

5.      For the period between and including January 1, 1998 through the present, Square

One's corporate policies regarding the retention and/or destruction of documents, including, but

not limited to, the dates on which such policies were implemented at Square One and its service

providers including, but not limited to, Partners Advisers, and SAM.

6.      The retention and/or destruction of Square One's electronic and/or hard copy files

by Square One and its service providers including, but not limited to, Partners Advisers, or SAM.

7.      The relationship between Square One's information technology infrastructure and

Partners Advisers' information technology infrastructure, including which Square One data, if any,

is or was maintained on a Partners Advisers server and/or remains available on back-up tapes, and

which Square One data is maintained elsewhere.

8.      The nature of any issues or irregularities concerning meta data Square One has

identified with the documents searched and collected, including but not limited to: (i) the nature,

scope, and cause of such issues; (ii) what, if anything, was done to resolve those issues; and (iii) what information, if any, was lost as a result of those issues.

9.      The search and collection of documents responsive to the Trustee's First Set of Requests for Production of Documents dated August 6, 2019, including but not limited to:

a.   any/all additional custodians and media searched beyond the universe of documents obtained, and the dates of such searches;

b.   the universe of documents that Square One and/or Luc Estenne gathered and imaged, and the dates such documents were gathered;

c.   any employees and/or agents whom Square One contacted regarding the collection of documents, and the dates of those contacts;

d.   any banks and/or financial services institutions that Square One contacted regarding the collection of documents, and the dates of those contacts;

e.   any third parties that Square One contacted regarding the collection of documents, and the dates of those contacts;

f.   any electronic discovery service provider(s) that Square One retained for the collection or processing of responsive documents, and the dates of those retentions;

g.   the instructions that Square One provided to any electronic discovery service provider or other agent(s) regarding the search for responsive documents, including what search terms were used, across what custodians, and over what time periods; and

h.  the instructions that Square One provided to any electronic discovery service

provider or other agent(s) regarding the methods to be used in the collection of

responsive documents;

10.     The preservation of relevant documents in Square One's possession, custody, or

control, including, but not limited to:

a.  the individuals or entities who received notices regarding the preservation of

documents;

b.  the dates on which Square One sent preservation notices;

c.  the instructions that Square One provided regarding the preservation of

documents; and

d.  all responses Square One received regarding preservation notices; and

11.     All litigation holds issued by or on behalf of Square One, including the names and

dates of every custodian who received notice of the litigation hold and the measures they took to

preserve documents.