# EXHIBIT 9

| | |
|---|---|
| **From:** | Clark, David J. |
| **To:** | Serrao, Andrew |
| **Cc:** | Stork, Victoria |
| **Subject:** | RE: Square One Project |
| **Date:** | Tuesday, May 11, 2021 12:01:01 PM |

Hi Andrew,

Thanks, same to you. I can confirm Deloitte finished the data transfer yesterday morning, and we've started downloading the files so we can get them up on our platform.

I'm conferring with our team about availability and should have dates/times to you later today.

Best,
David

**From:** Serrao, Andrew <aserrao@bakerlaw.com>
**Sent:** Tuesday, May 11, 2021 5:23 AM
**To:** Clark, David J. <DClark@jenner.com>
**Cc:** Stork, Victoria <vstork@bakerlaw.com>
**Subject:** RE: Square One Project

External Email – Exercise Caution

Hi David,

Hope you had a good weekend. Wanted to check on the data transfer – did Deloitte finish everything up over the weekend?

Also, I wanted to see if we could arrange a meet-and-confer to discuss the project and next steps. Can you let me know your team's availability for Tuesday, June 1 to Friday, June 4? I am sure you and I will informally discuss timing in the interim, but I know our team would also like to discuss everything as a group as well.

Thanks,
Andrew

**Andrew Serrao**
BakerHostetler
aserrao@bakerlaw.com
T +1.212.589.4630

**From:** Serrao, Andrew
**Sent:** Friday, May 7, 2021 10:38 AM
**To:** Clark, David J. <DClark@jenner.com>
**Subject:** RE: Square One Project

Got it, thank you for the update David.

Best,
Andrew

**Andrew Serrao**
BakerHostetler
aserrao@bakerlaw.com
T +1.212.589.4630

---

**From:** Clark, David J. <DClark@jenner.com>
**Sent:** Friday, May 7, 2021 10:18 AM
**To:** Serrao, Andrew <aserrao@bakerlaw.com>
**Subject:** FW: Square One Project

[External Email: Use caution when clicking on links or opening attachments.]

Hi Andrew,

Please see the latest from Deloitte, which now expects that the transfer will finish over the weekend. I'll be in touch to confirm the transfer is complete as soon as we have confirmation that it is finished. Feel free to call me to discuss.

Best,
David

---

**From:** Soret, Antoine <asoret@deloitte.ch>
**Sent:** Friday, May 7, 2021 7:15 AM
**To:** Power, Bryan A. <BPower@jenner.com>; Clark, David J. <DClark@jenner.com>
**Cc:** Dillen, Bob <bobdillen@deloitte.ch>; Kheribeche, Malik KH <makheribeche@deloitte.ch>; Viret, Cedric <cviret@deloitte.ch>
**Subject:** RE: Square One Project

External Email – Exercise Caution
Hi Bryan –

I hope this email finds you well.

Quick follow up on the transfer which is still in progress. It may finish over the weekend, we will confirm the completion to you on Monday.

Have a nice Friday and weekend.

Regards

**Antoine Soret**
Manager | Deloitte Forensic | Deloitte AG

D: +41 58 279 8476 | M: +41 79 914 82 98
asoret@deloitte.ch | www.deloitte.ch

---

**From:** Soret, Antoine
**Sent:** Montag, 3. Mai 2021 11:16
**To:** Power, Bryan A. <BPower@jenner.com>; Clark, David J. <DClark@jenner.com>
**Cc:** Dillen, Bob <bobdillen@deloitte.ch>; Kheribeche, Malik KH <makheribeche@deloitte.ch>; Viret, Cedric <cviret@deloitte.ch>
**Subject:** RE: Square One Project

Hi Bryan –

I confirm that we started the upload of the data.

I will let you know about the progress but based on the first estimates it should be completed by the end of the week.

Regards

**Antoine Soret**
Manager | Deloitte Forensic | Deloitte AG
D: +41 58 279 8476 | M: +41 79 914 82 98
asoret@deloitte.ch | www.deloitte.ch

---

**From:** Soret, Antoine
**Sent:** Freitag, 30. April 2021 15:36
**To:** Power, Bryan A. <BPower@jenner.com>; Clark, David J. <DClark@jenner.com>
**Cc:** Dillen, Bob <bobdillen@deloitte.ch>; Kheribeche, Malik KH <makheribeche@deloitte.ch>; Viret, Cedric <cviret@deloitte.ch>
**Subject:** RE: Square One Project

Hi Bryan –

I confirm that you will be receiving the 2 loadfiles as described in your email.

We will initiate the upload on your platform on Monday.

Thank you and have a good day.

Regards

**Antoine Soret**
Manager | Deloitte Forensic | Deloitte AG

D: +41 58 279 8476 | M: +41 79 914 82 98
asoret@deloitte.ch | www.deloitte.ch

---

### David J. Clark

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
+1 212 891 1624 | TEL
+1 646 668 6275 | MOBILE
DClark@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.