# EXHIBIT 10

| | |
|---|---|
| **From:** | Clark, David J. |
| **To:** | Molina, Marco; Feil, Matthew D.; Krishna, Ganesh; Serrao, Andrew; Stork, Victoria |
| **Cc:** | Levin, Richard; Fischer, Brian J. |
| **Subject:** | Picard v. Square One - June Meet and Confer Follow-Up |
| **Date:** | Tuesday, June 8, 2021 11:33:50 AM |

**[External Email: Use caution when clicking on links or opening attachments.]**

Dear all,

Following up on our discussion during last week's meet and confer, we do not consent to a blanket 12-month extension of all discovery deadlines. Nothing that has happened during the near 23 months the Trustee has had for discovery in this case justifies such an extension. As discussed at the meet and confer last week, we remain open to discussing a more tailored extension grounded in the facts of the discovery process, which would include an extension for the remaining time necessary to produce an agreed set of the Partners Advisers documents and to issues raised in the Partners Advisers documents.

We reiterate that we intend to produce the responsive, non-privileged results from the Partners Advisers documents that pre-date January 1, 2011 by the end of this week. For documents after that date, due to the concerns that we raised initially and again at the meet and confer regarding the overbreadth of the Trustee's proposed search terms, we propose to revise the search term list as follows below, so as to focus on a more likely responsive and manageable set of documents.

Please let us know if the Trustee agrees to proceed with the revised list of terms.

1. "*FR048*"
2. "*007567*"
3. "*0257519*"
4. "*0980089581*"
5. (("885 Third Ave*") OR (885 w/3 third)) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
6. "BLM1S*" OR "BLMIS*" OR "Blmls*" OR "BMIS*" OR "BM1S*"
7. ("Ceretti" OR "Cerretti" OR "Cerreti") AND "Kingate*"
8. ((Chairman w/20 NASD*) OR (President w/20 NASD*) OR (Président w/20 NASD*) OR (Directeur w/20 NASD*)) /10 ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
9. "Circle Partners" AND ("Square One" or Square Asset*")
10. "Di Pascali" OR "diPascali"
11. ("dont ask * don't tell"  OR "dont ask * dont tell") AND (barron* OR baron*)
12. "Fairfield*" /2 "*Sentry*"
13. "fdipasca*"
14. "*@madoff.com"
15. (("Fraud*" /10 ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")) AND ("Estenne" OR "Muller" OR "Müller" OR "Henry")) OR (("Fraude*" /10 ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")) AND ("Estenne" OR "Muller" OR "Müller" OR "Henry"))
16. ("Friehling*" OR "Horowitz*") AND (Madoff OR "*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
17. (Front w/2 run*) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
18. ("Front?run*" OR "Frontrun*") AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
19. ("Grosso" OR "Groso") AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
20. ("Markopolos*" OR "Markopolo?s*") /2 "Harry"
21. ("Misappropriat*" OR (detourn* w/2 fonds) OR (détourn* w/2 fonds)) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
22. ("options arbitrage" OR (option* w/4 arbitrage)) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
23. ("Ponzi*" OR "Ponzy*" OR "ponz1*" OR "p0nz1*") /10 ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
24. (("Pyramid" AND "scheme") OR "Pyramide") AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
25. (((Reverse w/2 engineer) OR "reverse?engineer" OR "reverseengineer*") OR ((rétro w/2 ingénierie) OR (retro w/2 ingenierie) OR (rétro w/2 Ingenierie) OR (retro w/2 ingénierie) OR (ingénierie w/2 invers*) OR (ingenierie w/2 invers*) OR "retro?ingenierie" OR "retro?ingénierie" OR "rétro?ingenierie" OR "rétro?ingénierie" OR "retroingenierie*" OR "retroingénierie*" OR "rétroingenierie*" OR "rétroingénierie*")) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")
26. ("Splitstrik*" OR (Split w/2 strik*)) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR

      "*Maijoff*" OR "*Maydo*")
27. "Square One"
28. "Square Asset*"
29. "SQR 1" OR "SQR1" OR "Square 1" OR "Square1" OR "SquareOne" OR "SQ1*
30. "SQ 1"
31. "SQ Asset"
32. ("SSC*" OR (SS* w/3 strat*)) AND (("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*") OR ("BLM1S*" OR "BLMIS*" OR "Blmls*" OR "BMIS*" OR "BM1S*"))
33. ("too good to be true" OR "trop beau pour etre vrai" OR "trop beau pour être vrai" ) AND ("*Maddof*" OR "*Madnfff*" OR "*Madnif*" OR "*Mado*" OR "*Madqff*" OR "*Maedoff*" OR "*Maijoff*" OR "*Maydo*")

Best,
David

**David J. Clark**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
+1 212 891 1624 | TEL
+1 646 668 6275 | MOBILE
DClark@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.