# EXHIBIT 11

| | |
|---|---|
| **From:** | jbsecureftp@jenner.com |
| **To:** | Stork, Victoria; Feil, Matthew D.; Molina, Marco; Serrao, Andrew; Krishna, Ganesh |
| **Cc:** | rlevin@jenner.com; dclark@jenner.com; bfischer@jenner.com |
| **Subject:** | Picard v. Square One - Square One Production 6/11/2021 |
| **Date:** | Friday, June 11, 2021 8:25:35 PM |

**[External Email: Use caution when clicking on links or opening attachments.]**

# kgarcia@jenner.com sent you a secure message

**Access message**

All,

Attached to this email is the eleventh production for Square One, produced on 6/11/2021.

The bates range is: SQO000031953 - SQO000035470.

Included is an updated version of the spreadsheet indicating the documents that Square One has designated Confidential to date.

Please let me know if you have any issues accessing this production.

Thank you,
Kevin Garcia

Secured by Accellion

Attachments expire on Jul 12, 2021

**1 spreadsheet**
SQO001-SQO011 Confidentiality.xlsx

**1 compressed file**
SQO011.zip

This message requires that you sign in to access the message and any file attachments.

This computer system is the property of Jenner & Block LLP (the "firm") and may only be accessed by users authorized by the firm. All use of this system is monitored and logged. By accessing this system you consent to such monitoring and logging by the firm. You further agree and understand you have no expectation of privacy with respect to the firm's monitoring of your use of this system. Unauthorized use of this system is strictly prohibited and may subject the violator to civil liability and/or criminal prosecution. By accessing and using this system you acknowledge and agree to these terms and conditions.