**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>JUDD ROBBINS,<br>　　　　　　　Defendant. | Adv. Pro. No. 10-04503 (CGM) |

**NOTICE OF DEFENDANT'S BANKRUPTCY FILING**
**AND IMPOSITION OF THE AUTOMATIC STAY**

　　Plaintiff Irving H. Picard, as trustee for the substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff respectfully gives notice that on July 15, 2021, Defendant Judd Robbins filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court in the District of Idaho.

On July 16, 2021, counsel for Defendant advised that the bankruptcy filing stays all further proceedings in this action, including any scheduled court conferences and deadlines until further notice.  Accordingly, the Trustee requests that this case be taken off calendar and all case events and deadlines be stayed *sine die* until further notice of the status of the pending Idaho bankruptcy proceeding.

Dated: July 19, 2021
      New York, New York

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*