# EXHIBIT 7

CHASE

| CK# | OUT | WIRE | TRANS | IN | DEPOSIT | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1899975.563 | | -1,000,000.00 MZ | -150,000.00 MALI | | | | | |
| 330,000.00 NL | -1375,000.00 ROG | -500,000.00 B'Wood | | +500,211.75 OAKDL | +390,000.00 | 6/16 | 314,139,733.11 |
| 1579,935.00 Chera | -3,000,000.00 Fisher | -600,000.00 BWM | | +137,3107.28 TEMA | | 6/17 | 317,627,505.39 +317,600 |
| | -244,000.00 Maiser | +500,000.00 | | | | 6/18 | 313,857,522.91 |
| 500,000.00 Shull | -305,000.00 BWM | Sineka | +2017.52 | +1,190,000.00 | | 6/19 | 316,608,000.29 |
| 328,000.00 | -100,000.00 BWM | Evrrstad | +1,000,000.00 Dewalt | | | 6/20 | 291,358,009.00 |
| -600,000.00 Deadlake | -150,000.00 Davis | +3000,000.00 Manch | +654,891.00 Hayman | +1,000,000.00 Zensky | | 6/23 | 296,536,281.35 |
| 2704411.00 NL | -460,000.00 Bills | | -3855 +500,000.00 | | | 6/24 | 294,734,256.38 +4120 |
| | -600,000.00 Lewis | -9500.00 Lapides | Garlen | +800,000.00 Lwlet | | 6/25 | 261,351,809.95 |
| -1,300,000.00 Sachs | +250,000.00 Hoboken | +397,975.00 | | -Suvita +249,850.00 | | 6/26 | 300,929,895.29 |
| -1220,270.00 | -50,000.00 | 74,500,000.00 ASCT +250,000.00 | | +419,788.58 LINKER | | 6/27 | 375,129,404.13 |
| 2981,000.00 AB | -2,000,000.00 NL | -1,000,000.00 Grauz +500,000.00 | | -22,249,008.72 RED | | 6/30 | 350,233,155.38 +1340 |
| -400,000.00 Mortgomery | -1,300,000.00 Katzm | -100,000.00 Asur | +5,000,000.00 SBM | +300,000.00 Dremay | | 7/1 | 257,878.47 |
| -1,8112,446.43 | -50,000.00 Feld | +7,500,000.00 Cortrend | +7,000,000.00 InterOcean | +5,000,000.00 Alm/Simon | | 7/2 | 163,254,893.69 |
| -1,000,000.00 BldHLt | -9700.00 Bylton | +298,007.01 Stein | +291,642.78 Mich | | | 7/3 | 140,496,842.68 |
| 1251,552.44 | | +100.00 Brandoll | 15% +1590,000.00 Michele | -1,596,376 Tulsa | | | 110,026.51 |
| 1941,219.4 | -50,000.00 Talon | -1,000,000.00 Michoro | 350,000.00 Miami | +3,628,559.09 Sterling | | | |
| 130,000 Smyhears | +110,000.00 Madoff | -20,000.00 Thyco | +6000 ReLP | +16,303,938.60 Minerret | | | |
| -1,000,000.00 Pw | +93,513.90 Fisher | -1,000,000.00 Tyco | +1,450,000.00 PicRes | +1,757,878.47 - Bigus | | | |
| 1,280,375.00 | -3,000,000.00 Steller | +715,000.00 Coostl | +3,500,000.00 NCPRes | +1057 Stratton | | | |
| -550,000.00 NL | -500,000.00 Brach | -238,000.00 GMP | +355.958.56 | -550,000.00 Banners | | | |
| 250,000,000 Pickower | +2,500,000 Mad NJ | +1,000,000 SSC/Mad | +1080 MrcPac | -1,500,000 Sulwards | | | |
| 1140,820 Anwor | -52.5830.19 SJ | +650,000 SSC/Mad | +1,350 Hyres | | | | |
| +600,000 NL | +700,000 Ptures | +150,000 Thyca | +1550,000 Edstems | -1,000,000 Pueblo | | | |
| 1299935 Benn Broth | +150,000 Cohen | +1500 Schlwe | +2,000,000 Fires | +500,000 - Harmony | | | |
| +85,000,000 NCL | -100,000.00 RPDW | +1,000 Class | -1,571,444 Mosk | +100,000 Ragers | | | |
| 25128,595.04 | -260,000.00 Cale | +46,554,555.00 Madoff | +15000000.00 Asct | +1,000,000 Amcor Anclof | | | |
| -585135.99 | +150,000.00 TpFD4V | +315,585 Schulte | +300,000,000 LLC | +2,000,000 Abdox | | | |
| -1,657,000.00 | -1,700,000 Harmon | +12,000.00 Friedman | +1,913,352.98 Masters | +1,000,000 Admont | | | |
| +110,000.00 NL | -150,250 Harman | | -1,000,000 Wiltec Rech | +1,459 CK FEE | | | |

MADTSS01059432