# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
CHEMICAL BANK
+ 83710 BAL 3-28
− 65 CKS out
+ 20 WIRE IN - WESTWOOD
+ 200  "    " - PRIMEO CLB
+ 500  "    " - N SACHS
+ 1100  "    " - SCHUPAK
+ 2000  "    " - YESOD
+ 3000  "    " - BPI MULTI ADVISORS
+ 1762 My Deposit 200H CHH 500H EHY 278H ARB 784H AB
− 14200 TONY Out
− 27300 WIRE Out - BANKERS
− 32800  "    " - BK of NY
− 10000  "    " - CREDIT LYONS
+ 15000 W.L. Deposit
+22937

65000.00 MAILED Out of STATE

GIVING you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

```
                    3-29-96
Bankers Trust
 - 15322   Bal 3-28
 - 15 823  Cks out *
 -    369  at out - Monroe
 -    175  Wire Out - Marden
 -    650    "    "  - Cigna
 -   1000    "    "  - Tremont
 -   1000    "    "  - Stan (Brighton)
 -   9000  Tony Out
 + 27300   Wire In - Chem
 ─────────
 - 16 039

* 15823400 - Hand Del N.C. prof
 Drawing  15798466 - 4-1 N.C.
    "      80 mil    4-1 Picower
           545M      4-5 Picower
 Wiring Out  1.7 mil  4-1 Marden
            150 M    4-1 Marden
            100 M    4-1 Malo/Auld
            2 mil    4-1 Hadassah
            50 M     4-2 Marden
            250 M    4-2 Goodman
            1.875 M  4-3 Greenwich
            1 mil    4-4 Lagoon
```

MADTSS00244688