# EXHIBIT 8.2

WALT

MISS OUT →

| C.M. 6-30-03 | C.M. - WIRE ACTIVITY |
|---|---|
| +375722 BALANCE | ✓ -23800 WIRE out - BNP |
| | ✓ -7265 WIRE out - BNP |
| -550 CHECKS OUT * | ✓ -12000 WIRE out - TREMONT |
| | ✓ -2000 WIRE out - RPP |
| | ✓ -3000 WIRE out - STERLING |
| -1780 CHECKS OUT ** | ✓ -500 WIRE out - DORADO |
| | _____ WIRE |
| -0- N.L. DEPOSIT | _____ WIRE |
| -0- TRANS | ✓ +466 WIRE IN - Alpha Prime |
| -26959 NET WIRES **** | ✓ +520 WIRE IN - Turbo |
| | 6/27 ✓ +3620 WIRE IN - STERLING ✓ |
| +1460 MY DEPOSIT | ✓ +17000 WIRE IN - M-INVEST |
| +2340 cks Rtn | |
| +350 233 TOTAL BALANCE | -26 959 NET WIRES **** ✓ |
| | |
| *HAND DELIVER N.L. 550 000- | WIRING OUT 251M 7/1 MARDEN |
| | 3mil 7/1 Picower Fdn |
| DRAWING N.L. 1465040 - 7/1 | WIRING OUT 150 850 - 7/7 MARDEN |
| 110 000 - 7/7 | 1,852,488.57 7/11 Ston |
| | WIRING OUT possible 30 mil |
| DRAWING SPECIAL 250 mil 7/1 | 7/2 FAIRFIELD |
| Picower | |
| | WIRING OUT 2 mil 7/1 THYBO |
| MAILED IN STATE 1 427 501 - | 1,130,000 - 7/2 BNP |
| MAILED OUT STATE 352 875 - | WIRING OUT 350 M - 7/1 GREENWICH |
| | 1 mil - 7/1 Kleen |
| GIVING YOU N.L. -0- | WIRING OUT 500 M - 7/2 Pound |
| | WIRING OUT _____ |
| | WIRING OUT _____ |
| | WIRING OUT _____ |