# EXHIBIT 9

**Handwritten Ledger for 6/30/2003:**

```
CHASE
CKS out   WIRE TRANS  My Deposit  Balance           Date Balance     Comment
(1,780,376.-)  -3,000,000 Sterling -1,200,000 Tremont +466,000 Alpha +520,000 Turbo         CKS CLR
(550,000.00) NL -500,000 Morgas -238,000 BUP                    +3,625,559.03 Sterling 6/30 350,233,155.38 +1,000,000
              725,000 Ntl -2,000,000 RPP +459,523.25 +16,929,925.00 MInvest                      +1,340,000
```
MADTSS01059432

**Daily Sheet:**

```
        C.M. 6-30-03
        +375,722  BALANCE
        
    2   -550      CHECKS OUT *      (the 703 Account)
    
    1   -1780     CHECKS OUT **     (the 509 Account)
    
        -0        N.L. DEPOSIT
        
        -0        TRANS
        
        -26,959   NET WIRES ****
        
        +1,460    MY DEPOSIT
        +2,340    Cks Rtn
        
        +350,233  TOTAL BALANCE    MADTSS01309801
```

## BLMIS Customer Statements / BLMIS Bank Records:

Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | Check Bates References |
|---|---|---|---|---|---|---|---|
| 1EM379 | NTC & CO. FBO MICHAEL I ROSEN (xx4588) | 6/30/2003 | $ (14,000.00) | CW | CHECK | MDPTPP02696181-85 | JPMSAF0015632 MADWAA00310943-44 |
| 1CM635 | RUTH WASSERMAN PARTNERSHIP C/O HENRY SCHWARTZBERG | 6/30/2003 | $ (15,000.00) | CW | CHECK | MDPTPP01730106-10 | JPMSAF0015631 MADWAA00310941-42 |
| 1V0009 | NTC & CO. FBO ROBERT DANIEL VOCK xx1287 | 6/30/2003 | $ (30,000.00) | CW | CHECK | MDPTPP05595052-56 | JPMSAF0015634 MADWAA00310947-48 |
| 1CM590 | COLLINGWOOD ENTERPRISES | 6/30/2003 | $ (85,000.00) | CW | CHECK | MDPTPP01686968-72 | JPMSAF0015630 MADWAA00310939-40 |
| 1CM206 | PETER D KAMENSTEIN 665 TITICUS ROAD | 6/30/2003 | $ (100,000.00) | CW | CHECK | MDPTPP00921429-33 | JPMSAF0015627 MADWAA00310933-34 |
| 1CM321 | NTC & CO. FBO JAMES P ROBBINS (x1506) | 6/30/2003 | $ (100,000.00) | CW | CHECK | MDPTPP01142787-91 | JPMSAF0015628 MADWAA00310935-36 |
| 1CM382 | ROBERT KORN REVOCABLE TRUST | 6/30/2003 | $ (100,000.00) | CW | CHECK | MDPTPP01292492-96 | JPMSAF0015629 MADWAA00310937-38 |
| 1ZA003 | THE PETITO INVESTMENT GROUP C/O DR FRANK A PETITO NEW YORK HOSPITAL | 6/30/2003 | $ (112,500.00) | CW | CHECK | MDPTPP05752433-37 | JPMSAF0015635 MADWAA00310949-50 |
| 1S0401 | ALBERT H SMALL CHARITABLE REMAINDER UNITRUST | 6/30/2003 | $ (223,876.00) | CW | CHECK | MDPTPP05379004-08 | JPMSAF0015633 MADWAA00310945-46 |
| 1ZB046 | GROSVENOR PARTNERS LTD C/O FRANK AVELLINO | 6/30/2003 | $ (1,000,000.00) | CW | CHECK | MDPTPP06715443-55 | JPMSAF0015636 MADWAA00310951-52 |
| | | Total | $ (1,780,376.00) | | | | |

Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | 703 Statement Bates References |
|---|---|---|---|---|---|---|---|
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 6/30/2003 | $ (220,000.00) | PW | CHECK | MDPTPP04192014-17 | JPMSAB0000995-1047 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 6/30/2003 | $ (330,000.00) | PW | CHECK | MDPTPP04192014-17 | JPMSAB0000995-1047 |
| | | Total | $ (550,000.00) | | | | |

**Handwritten Ledger for 6/30/2003:**

CHASE

CKS out    WIRE TRANS    MY DEPOSIT    BALANCE    DATE    BALANCE    COMMENT

(1,780,376.—)  —3,000,000.00 STERLING  —12,500,000.00 TREMONT  +466,000.00  +3,625,559.03 STERLING  6/30  350,233,155.38  +1,000,000
(550,000.00) N.L.  —500,000.00 MORRIS  —238,000.00 BNP   +1,459,593.25  +16,999,925.00 MIDWEST              +1,340,000
                —725,000 MOLNT  —2,000,000 RPP

MADTSS01059432

**Daily Sheet:**

C.M. 6-30-03

+ 375,722  BALANCE

— 550  CHECKS OUT *

— 1,780  CHECKS OUT **

— 0  N.L. DEPOSIT

— 0  TRANS

— 26,959  NET WIRES ****

+ 1,460  MY DEPOSIT
+ 2,340  cks Rtn

+ 350,233  TOTAL BALANCE

MADTSS01309801

**BLMIS Customer Statements / BLMIS Bank Records:**

Deposits via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | 703 Statement Bates References |
|---|---|---|---|---|---|---|---|
| 1ZB463 | MAUREEN ANNE EBEL | 6/30/2003 | $ 25,000.00 | CA | CHECK | MDPTPP07017428-33 | JPMSAB0001048-099 |
| 1ZA873 | P & S ASSOCIATES GEN PTNRSHIP | 6/30/2003 | $ 179,075.38 | CA | CHECK | MDPTPP06574003-08 | JPMSAB0001048-099 |
| 1E0162 | ELISCU INVESTMENT GROUP LTD | 6/30/2003 | $ 50,000.00 | CA | CHECK | MDPTPP02106286-90 | JPMSAB0001048-099 |
| 1A0062 | AMERICAN COMMITTEE FOR SHAARE ZEDEK #2 | 6/30/2003 | $ 50,000.00 | CA | CHECK | MDPTPP00029763-67 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 100,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1ZA539 | KUNTZMAN FAMILY LLC C/O JACQUELINE GREEN | 6/30/2003 | $ 75,000.00 | CA | CHECK | MDPTPP06273693-97 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 35,478.26 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1ZA868 | WALLENSTEIN/NY PARTNERSHIP C/O DAVID WALLENSTEIN | 6/30/2003 | $ 100,000.00 | CA | CHECK | MDPTPP06565919-23 | JPMSAB0001048-099 |
| 1ZB438 | VINCENT A BARONE PARTNERSHIP | 6/30/2003 | $ 220,000.00 | CA | CHECK | MDPTPP07004048-52 | JPMSAB0001048-099 |
| 1M0102 | JENNIFER MADOFF F/B/O ROGER DAVID MADOFF C/O PETER MADOFF | 6/30/2003 | $ 39.51 | CA | CHECK | MDPTPP04520423-28 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 75,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1ZA003 | THE PETITO INVESTMENT GROUP C/O DR FRANK A PETITO NEW YORK HOSPITAL | 6/30/2003 | $ 51,000.00 | CA | CHECK | MDPTPP05752433-37 | JPMSAB0001048-099 |
| 1ZA003 | THE PETITO INVESTMENT GROUP C/O DR FRANK A PETITO NEW YORK HOSPITAL | 6/30/2003 | $ 199,000.00 | CA | CHECK | MDPTPP05752433-37 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 100,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 200,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| | | Total | $ 1,459,593.15 | | | | |

## Handwritten Ledger for 6/30/2003:

[Handwritten ledger image with annotations]
CHASE
CKS out   WIRE TRANS   MY DEPOSIT   BALANCE   DATE BALANCE   COMMENT
(1780 376.-)  -3070 000. to STERLING -1200 000. TREMONT +466- ALPHA +520 000 to TURBO       CKS RTN
(550 000.-) NL  -500 000. DORADO -23800 000. BNP  +3620 559.01 STERLING  6/30 350 233 155.00  +1000 000
              -7265 000. BNP -2000 000. RPP  +459 593.25 +16 999 975.00 M-INVEST                +1340 000
MADTSS01059432

## Daily Sheet:

[Handwritten daily sheet]
C.M. 6-30-03
+375 722 BALANCE
- 550 CHECKS OUT *
- 1780 CHECKS OUT **
- 0 N.L. DEPOSIT
- 0 TRANS
- 26 959 NET WIRES ****
+1460 MY DEPOSIT
+2340 CKS RTN
+350 233 TOTAL BALANCE

+ 23800 WIRE OUT - BNP
- 7265 WIRE OUT - BNP
- 12000 WIRE OUT - TREMONT
- 2000 WIRE OUT - RPP
- 3000 WIRE OUT - STERLING
- 500 WIRE OUT - DORADO
    WIRE
    WIRE
+ 466 WIRE IN - ALPHA PRIME
+ 520 WIRE IN - TURBO
+ 3620 WIRE IN - STERLING
+17000 WIRE IN - M-INVEST
- 26 959 NET WIRES ****
MADTSS01309801

## BLMIS Customer Statements / BLMIS Bank Records:
### Wire Transfers

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | 703 Statement Bates References |
|---|---|---|---|---|---|---|---|
| 1D0026 | DORADO INVESTMENT COMPANY | 6/30/2003 | $ (500,000.00) | CW | CHECK WIRE | MDPTPP01973765-77 | JPMSAB0001048-099 |
| 1FR036 | BNP PARIBAS SECURITIES SERVICE ATTN: SYLVAINE FOSSEN | 6/30/2003 | $ (7,265,000.00) | CW | CHECK WIRE | MDPTPP03140232-45 | JPMSAB0001048-099 |
| 1FR032 | BNP PARIBAS SECURITIES SERVICE ATTN: SYLVAINE FOSSEN | 6/30/2003 | $ (23,800,000.00) | CW | CHECK WIRE | MDPTPP03135016-29 | JPMSAB0001048-099 |
| 1T0027 | RYE SELECT BROAD MKT FUND LP C/O TREMONT PARTNERS ATTN: HARRY HODGES SUITE C300 | 6/30/2003 | $ (12,000,000.00) | CW | CHECK WIRE | MDPTPP05530544-56 | JPMSAB0001048-099 |
| 1CM349 | RPP INVESTMENT ASSOCIATES LLC | 6/30/2003 | $ (2,000,000.00) | CW | CHECK WIRE | MDPTPP01213796-800 | JPMSAB0001048-099 |
| 1KW247 | METS LIMITED PTR #2 ATTN LEN LABITA | 6/30/2003 | $ (3,000,000.00) | CW | CHECK WIRE | MDPTPP04037135-40 | JPMSAB0001048-099 |
| 1FR097 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR ALPHA PRIME FUND LIMITED | 6/30/2003 | $ 466,000.00 | CA | CHECK WIRE | MDPTPP03213795-97 | JPMSAB0001048-099 |
| 1T0052 | TURBO INVESTORS LLC C/O VENTURE MANAGEMENT | 6/30/2003 | $ 520,000.00 | CA | CHECK WIRE | MDPTPP05570010-14 | JPMSAB0001048-099 |
| 1KW156 | STERLING 15C LLC | 6/30/2003 | $ 3,620,559.00 | CA | CHECK WIRE | MDPTPP03925974-78 | JPMSAB0001048-099 |
| 1FR094 | M-INVEST LIMITED CRAIGMUIR CHAMBERS P O BOX 71 | 6/30/2003 | $ 16,999,975.00 | CA | CHECK WIRE | MDPTPP03208603-16 | JPMSAB0001048-099 |
| | | Total | $ (26,958,466) | | | | |

## BLMIS Customer Statements:
### Returned Checks

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References |
|---|---|---|---|---|---|---|
| 1KW252 | IRIS AND SAUL KATZ FAMILY FOUNDATION PM | 6/30/2003 | $ 1,340,000.00 | CW | RETURNED CHECK | MDPTPP04044579-83 MDPTPP04044584 |
| 1KW347 | FS COMPANY LLC | 6/30/2003 | $ 1,000,000.00 | CW | RETURNED CHECK | MDPTPP04106108-12 MDPTPP04106113 |
| | | Total | $ 2,340,000 | | | |