# EXHIBIT 3

**List of All Cash Transactions in the Keller Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] ||| Bates Reference to BLMIS Customer Files | Bates Reference(s) to Documents Produced to the Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 176639 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 3/20/1997 | 1,000,000 | JRNL | CHECK WIRE | n/a | n/a | n/a | n/a | n/a |
| 99500 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 1/4/1999 | 1,800,000 | CA | CHECK WIRE | **Yes** | n/a | n/a | n/a | n/a |
| 210558 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 3/8/2004 | (240,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00058423 | 10-04539_Defendant_00000910 |
| 246526 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/13/2004 | (230,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058422 | n/a |
| 42976 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/28/2004 | (200,000) | CW | CHECK | **Yes** | **Yes** | **No**[6] | AMF00058421 | 10-04539_Defendant_00000911 |
| 77991 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 9/24/2004 | (200,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058420 | n/a |
| 202894 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 12/27/2004 | (300,000) | CW | CHECK | **Yes** | **Yes**[5] | n/a | AMF00058419 | n/a |
| 311586 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/1/2005 | (275,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058418 | n/a |
| 205679 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 5/11/2005 | (250,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058416 | n/a |
| 212264 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/28/2005 | (200,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058415 | n/a |
| 210969 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 10/11/2005 | (125,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058414 | n/a |
| 147409 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2/3/2006 | (200,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058413 | n/a |
| 113693 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/3/2006 | (200,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00058412 | n/a |

**List of All Cash Transactions in the Keller Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] ||| Bates Reference to BLMIS Customer Files | Bates Reference(s) to Documents Produced to the Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 5020 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/1/2006 | (100,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058411 | *n/a* |
| 241417 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 8/24/2006 | 98,852 | CA | CHECK WIRE | **Yes** | *n/a* | *n/a* | *n/a* | *n/a* |
| 129451 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 9/20/2006 | (150,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058410 | *n/a* |
| 285998 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2/14/2007 | (200,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058409 | *n/a* |
| 271357 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/10/2007 | (300,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058408 | *n/a* |
| 254123 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/6/2007 | (125,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058407 | *n/a* |
| 249350 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 7/25/2007 | (125,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058406 | *n/a* |
| 302399 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 8/21/2007 | (100,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058405 | *n/a* |
| 132815 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 8/31/2007 | (100,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058404 | *n/a* |
| 248046 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 11/30/2007 | (100,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058403 | *n/a* |
| 306850 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 12/28/2007 | (200,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058402 | *n/a* |
| 102750 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2/21/2008 | (100,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058401 | *n/a* |
| 178020 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 3/27/2008 | (125,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00058400 | *n/a* |

**EXHIBIT 3**

**List of All Cash Transactions in the Keller Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer Files | Bates Reference(s) to Documents Produced to the Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 256244 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 5/16/2008 | (150,000) | CW | CHECK | Yes | Yes | n/a | AMF00058399 | n/a |
| 80713 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/27/2008 | (350,000) | CW | CHECK | Yes | Yes | n/a | AMF00058398 | n/a |
| 223224 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 9/2/2008 | (150,000) | CW | CHECK | Yes | Yes | n/a | AMF00058397 | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced document from the BLMIS customer file related to the Keller Family Account is a letter dated 1/3/2005 requesting a $300,000 cash withdrawal from the Keller Family Account, and contains a handwritten note "ck out 12/27." Based on this handwritten note, and because there was only one cash withdrawal in the Keller Family Account in between September 2004 and March 2005, I have reconciled this document to the $300,000 cash withdrawal dated 12/27/2004 reflected on the customer statements for the Keller Family Account.

[6] The referenced document produced to the Trustee by the Keller Family Defendants is a letter dated 6/22/2004 requesting a $300,000 cash withdrawal from the Keller Family Account. Because there is a difference in amounts, I have not considered this document reconciled to the $200,000 cash withdrawal dated 6/28/2004 reflected on the customer statements for the Keller Family Account. However, as indicated in the other columns under Reconciliation Results, I have reconciled this cash withdrawal transaction to the BLMIS bank records and correspondence included in the BLMIS customer file for the Keller Family Account.