# EXHIBIT 4

August 27, 2008

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $150,000 from Account No. 1-ZB314-3.

✓ Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

*[signature: Gerald E. Keller]*
Gerald E. Keller

*[handwritten: ✗ RECVD ✗ 8/27]*

*[handwritten: 9/2]*

AMF00058397