# EXHIBIT 5

**EXHIBIT 5**

**Results of Tracing Analysis - Keller Family Account** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder[2] | Total Amount Traced per Available Bank Records |
|---|---|---|---:|
| Citibank, NA | xxxx9107 | Keller International Publishing LLC[3] | 500,000 |
| Citibank, NA | xxxx8996 | Keller International Publishing Corp.[4] | 1,625,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 2,125,000** |

*% of Total Cash Withdrawals from the Keller Family Account in the Two Year Period*   **100%**

**Total Cash Withdrawals from the Keller Family Account in the Two Year Period**   **$ 2,125,000**

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.

[2] For each transfer that I traced to these two bank accounts, the cancelled check from BLMIS bank records was endorsed by defendant Gerald E. Keller.  *See*  **Exhibit 6**.

[3] The account holder is based on the stamp on the back of the cancelled check from BLMIS bank records.  The account holder of this account according to the bank statements produced to the Trustee by Citibank, N.A. is "Keller Intl Publishing LLC." *See* **Exhibit 6**.

[4] The account holder is based on the stamp on the back of the cancelled check from BLMIS bank records.  The account holder of this account according to the bank statements produced to the Trustee by Citibank, N.A. is "Keller International Publishin [sic]." *See* **Exhibit 6**.