# EXHIBIT 6

**Reconciliation and Tracing Results - Keller Family Account**

| | | | | | | | | | | | | BLMIS Bank Account Data | | | Tracing Results - per BLMIS Bank Records | | | Tracing Results - per Defendants' Bank Records | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder | Bank Records Bates Reference |
| 176639 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 3/20/1997 | 1,000,000 | JRNL | CHECK WIRE | Deposit | Wire | n/a - records unavailable | n/a - records unavailable | | | | n/a - Deposit | | | n/a - Deposit | | | | |
| 99500 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 1/4/1999 | 1,800,000 | CA | CHECK WIRE | Deposit | Wire | Yes | 703 Account | | | 354 | n/a - Deposit | | | n/a - Deposit | | | | |
| 210558 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 3/8/2004 | (240,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152207 | JPMSAF0021471 MADWAA00223841-42 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 246526 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/13/2004 | (230,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153811 | JPMSAF0023163 MADWAA00228959-60 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 42976 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/28/2004 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154972 | JPMSAF0024422 MADWAA00332759-60 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 77991 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 9/24/2004 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157338 | JPMSAF0027252 MADWAA00351749-50 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 202894 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 12/27/2004 | (300,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 159858 | JPMSAF0029877 MADWAA00334221-22 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 311586 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/1/2005 | (275,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162954 | JPMSAF0033283-84 MADWAA00161898-99 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 205679 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 5/11/2005 | (250,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 164280 | JPMSAF0034729 MADWAA00175548-49 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 212264 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/28/2005 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 165058 | JPMSAF0035553 MADWAA00156010-11 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 210969 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 10/11/2005 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 168733 | JPMSAF0039403 MADWAA00170021-22 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 147409 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2/3/2006 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171886 | JPMSAF0042904 MADWAA00363309-10 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 113693 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/3/2006 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 173401 | JPMSAF0044578 MADWAA00374149-50 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 5020 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/1/2006 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 175042 | JPMSAF0046395 MADWAA00211174-75 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 241417 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 8/24/2006 | 98,852 | CA | CHECK WIRE | Deposit | Wire | Yes | 703 Account | | | 39027 | n/a - Deposit | | | n/a - Deposit | | | | |
| 129451 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 9/20/2006 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177831 | JPMSAF0049072 MADWAA00209692-93 | | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 285998 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2/14/2007 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182626 | JPMSAF0053993 MADWAA00200252-53 | | Citibank, NA | xxxx9107 | Gerald E. Keller, Keller International Publishing LLC | n/a - records unavailable | | | | |

**Reconciliation and Tracing Results - Keller Family Account**

| | | | | | | | | | | *BLMIS Bank Account Data* | | | | *Tracing Results - per BLMIS Bank Records* | | | | *Tracing Results - per Defendants' Bank Records* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder | Bank Records Bates Reference |
| 271357 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 4/10/2007 | (300,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 184768 | JPMSAF0056061 MADWAA00267346-47 | | Citibank, NA | xxxx9107 | Gerald Keller, Keller International Publishing LLC | 4/12/2007 | 310,474 | xxxx9107[4] | Keller Intl Publishing LLC | CITI_000304 |
| 254123 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/6/2007 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185905 | JPMSAF0057127 MADWAA00277086-87 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 6/7/2007 | 138,671 | xxxx8996[5] | Keller International Publishin | CITI_000010 |
| 249350 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 7/25/2007 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 187832 | JPMSAF0058955 MADWAA00273163-64 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 7/26/2007 | 130,760 | xxxx8996[6] | Keller International Publishin | CITI_000012 |
| 302399 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 8/21/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188285 | JPMSAF0059365 MADWAA00280388-89 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 8/22/2007 | 102,000 | xxxx8996[7] | Keller International Publishin | CITI_000014 |
| 132815 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 8/31/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188480 | JPMSAF0059549 MADWAA00276022-23 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 9/5/2007 | 105,691 | xxxx8996[8] | Keller International Publishin | CITI_000018 |
| 248046 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 11/30/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191155 | JPMSAF0062166 MADWAA00291518-19 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 12/3/2007 | 138,707 | xxxx8996[9] | Keller International Publishin | CITI_000028 |
| 306850 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 12/28/2007 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191901 | JPMSAF0062875 MADWAA00290921-22 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 1/2/2008 | 212,790 | xxxx8996[10] | Keller International Publishin | CITI_000030 |
| 102750 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2/21/2008 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193950 | JPMSAF0064853 MADWAA00287972-73 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 2/22/2008 | 101,101 | xxxx8996[11] | Keller International Publishin | CITI_000035 |
| 178020 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 3/27/2008 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194543 | JPMSAF0065413 MADWAA00297230-31 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 3/28/2018 | 125,000 | xxxx8996 | Keller International Publishin | CITI_000039 |
| 256244 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 5/16/2008 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196522 | JPMSAF0067355 MADWAA00293507-08 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 5/19/2008 | 179,667 | xxxx8996[12] | Keller International Publishin | CITI_000047 |
| 80713 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 6/27/2008 | (350,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197401 | JPMSAF0068215 MADWAA00286036-37 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 6/30/2008 | 374,201 | xxxx8996[13] | Keller International Publishin | CITI_000051 |
| 223224 | 1ZB314 | GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 9/2/2008 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199330 | JPMSAF0070050 MADWAA00301959-60 | | Citibank, NA | xxxx8996 | Gerald E. Keller, Keller International Publishing Corp. | 9/3/2008 | 154,149 | xxxx8996[14] | Keller International Publishin | CITI_000062 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account. I have concluded that the cash withdrawal from the Keller Family Account of $300,000 on 4/10/2007 is included in the larger deposited amount of $310,474 on 4/12/2007.

[5] A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account. I have concluded that the cash withdrawal from the Keller Family Account of $125,000 on 6/6/2007 is included in the larger deposited amount of $138,671 on 6/7/2007.

[6] A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account. I have concluded that the cash withdrawal from the Keller Family Account of $125,000 on 7/25/2007 is included in the larger deposited amount of $130,760 on 7/26/2007.

**Reconciliation and Tracing Results - Keller Family Account**

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *BLMIS Bank Account Data* | | | | *Tracing Results - per BLMIS Bank Records* | | | | *Tracing Results - per Defendants' Bank Records* | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder | Bank Records Bates Reference |

[7]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $100,000 on 8/21/2007 is included in the larger deposited amount of $102,000 on 8/22/2007.

[8]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $100,000 on 8/31/2007 is included in the larger deposited amount of $105,691 on 9/5/2007.

[9]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $100,000 on 11/30/2007 is included in the larger deposited amount of $138,707 on 12/3/2007.

[10]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $200,000 on 12/28/2007 is included in the larger deposited amount of $212,790 on 1/2/2008.

[11]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $100,000 on 2/21/2008 is included in the larger deposited amount of $101,101 on 2/22/2008.

[12]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $150,000 on 5/16/2008 is included in the larger deposited amount of $179,667 on 5/19/2008.

[13]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $350,000 on 6/27/2008 is included in the larger deposited amount of $374,201 on 6/30/2008.

[14]  A deposit slip for this transaction was not available in the records produced to the Trustee related to this bank account.  I have concluded that the cash withdrawal from the Keller Family Account of $150,000 on 9/2/2008 is included in the larger deposited amount of $154,149 on 9/3/2008.