# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                               12/31/06        1
[Redacted]
[Redacted]
[Redacted]                                               1-H0024-3-0    [Redacted]


                              BALANCE FORWARD                           507,780.46

12/01                         INTEL CORP                    DIV                         1,789.20
                              DIV 11/07/06 12/01/06
12/01                         WELLS FARGO & CO NEW          DIV                         2,892.96
                              DIV 11/03/06 12/01/06
12/05                         PFIZER INC                    DIV                         5,443.20
                              DIV 11/10/06 12/05/06
12/11                         CHEVRON CORP                  DIV                         3,538.08
                              DIV 11/17/06 12/11/06
12/11                         EXXON MOBIL CORP              DIV                         5,886.72
                              DIV 11/13/06 12/11/06
12/11                         INTERNATIONAL BUSINESS MACHS  DIV                         1,436.40
                              DIV 11/10/06 12/09/06
12/11                         UNITED TECHNOLOGIES CORP      DIV                           801.36
                              DIV 11/17/06 12/10/06
12/12                         JOHNSON & JOHNSON             DIV                         3,402.00
                              DIV 11/28/06 12/12/06
12/14                         HOME DEPOT INC                DIV                         1,417.50
                              DIV 11/30/06 12/14/06
12/14                         MICROSOFT CORP                DIV                         2,671.20
                              DIV 11/16/06 12/14/06
12/15                         AMERICAN INTL GROUP INC       DIV                         1,330.56
                              DIV 12/01/06 12/15/06
12/15                         COCA COLA CO                  DIV                         1,953.00
                              DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

```
[Redacted]
[Redacted]
[Redacted]                                                                  12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                                   1-H0024-3-0      [Redacted]


12/15                              TIME WARNER INC                DIV                    693.00
                                   DIV 11/30/06 12/15/06
12/15                              WACHOVIA CORP NEW              DIV                  3,386.88
                                   DIV 11/30/06 12/15/06
12/21        15,372   1842         CITI GROUP INC                 54.580             838,389.76
12/21         3,528   3842         SCHLUMBERGER LTD               67                 236,235.00
12/21         6,300   6092         COMCAST CORP                   43.140             271,530.00
                                   CL A
12/21        12,096   8092         AT&T INC                       35.810             432,674.76
12/21        19,152  10342         CISCO SYSTEMS INC              27.730             530,318.96
12/21        12,600  12342         TIME WARNER INC                21.710             273,042.00
12/21         6,804  14592         CHEVRON CORP                   75.110             510,776.44
12/21         3,276  16592         UNITED PARCEL SVC INC          76.630             250,908.88
                                   CLASS B
12/21        32,004  18842         GENERAL ELECTRIC CO            37.630           1,203,030.52
12/21         3,024  20806         UNITED TECHNOLOGIES CORP       62.410             188,607.84
12/21         1,260  23092         GOLDMAN SACHS GROUP INC       201.700             254,092.00
12/21         6,048  25024         WACHOVIA CORP NEW              57.430             347,095.64
12/21         6,300  27342         HOME DEPOT INC                 40.080             252,252.00
12/21        10,332  29274         WELLS FARGO & CO NEW           35.750             368,956.00
12/21         8,568  31592         HEWLETT PACKARD CO             40.020             342,549.36
12/21         7,560  33524         WAL-MART STORES INC            46.640             352,296.40
12/21         4,788  35842         INTERNATIONAL BUSINESS MACHS   95.800             458,499.40
12/21        18,396  37774         EXXON MOBIL CORP               76.800           1,412,077.80
12/21        17,892  40092         INTEL CORP                     21.100             376,806.20
```

CONTINUED ON PAGE     3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                                   1-H0024-3-0      [Redacted]



12/21                     9,072 44342   JOHNSON & JOHNSON            66.780                       605,466.16
12/21                    10,584 48591   J.P. MORGAN CHASE & CO       48.410                       511,948.44
12/21                     6,300 52841   COCA COLA CO                 48.990                       308,385.00
12/21                     2,772 57091   MERRILL LYNCH & CO INC       91.960                       254,803.12
12/21                     6,552 61341   ALTRIA GROUP INC             85.910                       562,620.32
12/21                     6,804 65591   MERCK & CO                   44                           299,104.00
12/21                     3,276 69841   MORGAN STANLEY               80.620                       263,980.12
12/21                    26,712 74091   MICROSOFT CORP               30.110                       803,230.32
12/21                     4,788 80642   ABBOTT LABORATORIES          48.170                       230,446.96
12/21                     8,064 84881   AMERICAN INTL GROUP INC      72.790                       586,656.56
12/21                    12,600 86841   ORACLE CORPORATION           18.050                       226,926.00
12/21                     3,528 89131   AMGEN INC                    70.630                       249,041.64
12/21                     5,040 91091   PEPSICO INC                  63.210                       318,377.40
12/21                     3,780 93359   AMERICAN EXPRESS COMPANY     62.270                       235,229.60
12/21                    22,680 95341   PFIZER INC                   25.870                       585,824.60
12/21                    14,112 97591   BANK OF AMERICA              53.690                       757,109.28
12/21                     9,828 99591   PROCTER & GAMBLE CO          64.120                       629,778.36
12/21   16,250,000              42168   U S TREASURY BILL            99.063    16,097,737.50
                                        DUE 3/01/2007
                                              3/01/2007
12/21       15,617              46409   FIDELITY SPARTAN             1         15,617.00
                                        U S TREASURY MONEY MARKET
12/22                                   BANK OF AMERICA              DIV                            7,902.72
                                        DIV 12/01/06 12/22/06
12/29                                   FIDELITY SPARTAN             DIV                              110.86
                                        U S TREASURY MONEY MARKET
                                        DIV 12/29/06

                                        CONTINUED ON PAGE    4
```

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06           4
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]



12/29                           TRANS FROM 40 ACCT            JRNL                   292,069.00

12/29    8,375,000         2281 U S TREASURY BILL             98.682    8,264,617.50
                                DUE 4/5/2007
                                        4/05/2007
12/29       10,001         6854 FIDELITY SPARTAN              1           10,001.00
                                U S TREASURY MONEY MARKET
12/29              41,231 83587 FIDELITY SPARTAN              1                           41,231.00
                                U S TREASURY MONEY MARKET
12/29          16,600,000 88904 U S TREASURY BILL             99.166                  16,461,556.00
                                DUE 3/01/2007
                                        3/01/2007
12/29    8,375,000        97809 U S TREASURY BILL             98.780    8,272,825.00
                                DUE 3/29/2007
                                        3/29/2007

                                NEW BALANCE                                                    .02

                                SECURITY POSITIONS       MKT PRICE
         10,001                 FIDELITY SPARTAN              1
                                U S TREASURY MONEY MARKET
      8,375,000                 U S TREASURY BILL             98.780
                                DUE 3/29/2007
                                        3/29/2007
      8,375,000                 U S TREASURY BILL             98.682
                                DUE 4/5/2007
                                        4/05/2007

                                MARKET VALUE OF SECURITIES
                                     LONG             SHORT
                                16,547,443.50
```

```
[Redacted]
[Redacted]
[Redacted]                                                      12/31/06        5
[Redacted]
[Redacted]
[Redacted]                                       1-H0024-3-0   [Redacted]



                           YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                         285,425.85
                    GROSS PROCEEDS FROM SALES                     141,072,172.20
```