# EXHIBIT 9

```
            0 ·   *

       63,864·42   +
           13·99   +
       63,878·41   *

       63,878·41   ÷
           83·875  =
          761·59   *

           83·875  ×
          761·     =
       63,828·88  +I
       63,828·88   ×
            0·025  =
        1,595·72   *

        1,595·72   ÷
            4·     ×
            8·     =
        3,191·44   *

        3,191·44  +I
          761·     ×
            2·25   =
        1,712·25   *

        1,712·25   ×
            0·03125 =
           53·51  +I
       67,073·83  ◊I
       67,073·83   ÷
        1,712·25   =
           39·17   *

           39·25   ×
        1,712·25   =
       67,205·81  -I
          131·98-*I

          131·98- ÷
            0·125  =
        1,055·84-*

        1,712·00   +
        1,052·00   -
          660·00   *
```

MADTSS00401002

l + C Lipkin                                                                    56 180.81        80

| Date | Item | | | | | |
|---|---|---|---|---|---|---|
| 1/21 | Res Oil | 56 172.00 | 58 279.13 | 6 2½ 3/10 | | 8.81 |
| | 2107.13 | | | INA | | |
| 3/13 | INA | 58 268.25 | 61 181.80 | 8 2½ 5/8 | | 19.69 |
| 5/8 | Heinz | 61 187.50 | 63 864.42 | Heinz 7 2½ 7/1 | | 13.99 |
| | 2676.92 | | | Aetna | | |
| 6/30 | Aetna | 63 828.88 | 67 020.76 | 8 2½ 9/1 | | 49.53 |
| | 3191.88 | | | Amax | | |
| 9/5 | Amax | 67 008 — | 70 358.41 | 8 2½ 10/30 | | 62.29 |
| | 3350.40 | | | Rockwell | | |
| 10/30 | Rockwell | 70 404.75 | 73 925.41 | 8 2½ 12/31 | | 15.94 |
| | 3520.66 | | | Tomlinson | | |
| 12/31 | Check | 10 000 — | | " | | |
| | Check ⓐ | | 5000 — | " | | |

                                                                                68 941.35

MADTSS00400966



ICE — Aetna Life
+ Casualty 2 PFC

761 @ 83 3/8 =
                63828.88

                      41159.50
1052      39 1/8      32.88
                      ─────────
                      41126.62

660       39 1/4 = 25905—
                      20.63
                      ─────────
⅛ = 9.77              25884.37

6/23 B        ┌─────────┐
6/25 S        │ 65020.76 │
              └─────────┘      ┌──────┐
                               │ 8 — 2½│
        1712.25    (9/1)       │3191.88│
                               └──────┘

MADTSS00401003

```
             0·    *

     61,201·49   ÷
           27·5  =
      2,225·51  *

           27·5  ×
        2,225·   =
     61,187·50  +I
     61,187·50  ×
         0·025  =
      1,529·69  *

      1,529·69  ÷
            4·   ×
            7·   =
      2,676·96  *

      2,676·96  +I
        2,225·   ×
          0·75  =
      1,668·75  *

      1,668·75  ×
       0·03125  =
         52·15  +I
     63,916·61  ◊I
     63,916·61  ÷
      1,668·75  =
         38·30  *

        38·375  ×
      1,668·75  =
     64,038·28  -I
        121·67- *I

        121·67- ÷
         0·125  =
        973·36- *

      1,668·00  +
        973·00  -
        695·00  *
```







MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ           28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225   27½         61,187.50


                      37217.25
973    38¼             30 41
                      ───────
                      37186.84
695    38⅜ = 26670.63
                        21.72
                      ───────
                      26648.91
7 = 28,67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING 12/31/80

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL& GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| 12/22 | | F | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12/30 | | 1330 | | INA CORP | 30 | | 39,858.84 |
| 12/30 | | F | | INA CORP | | | 14.92 |
| 12/30 | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 12/30 | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 12/30 | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| 12/30 | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 12/30 | | F | | HEINZ COM | | | 26.67 |
| 12/30 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 12/30 | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 12/30 | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| 12/30 | | F | | AETNA LIFE COM. | | | 9.77 |
| 12/30 | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| 12/30 | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 12/30 | | F | | AMAX INC. | | | 31.24 |
| 12/30 | 2947 | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| 12/30 | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| 12/30 | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| 12/30 | | F | | ROCKWELL INTL | | | 10.23 |
| 12/30 | 2497 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 72,746.25 | |
| 12/31 | | | | CHECK | | 10,000.00 | |
| 12/31 | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

| HJ Heinz 1.70 | 3rd (?) |
|---|---|
| | P = .75 C |
| 4/9/79 - 5/18 D | P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/4/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515