# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**



```
         F O R M   F L A S H   D E F I N I T I O N
             BOX DEFINITIONS - Page 1-1
Left      Right                              Fill                      Spacing
Edge      Edge    Top    Bottom   Width   Density  Density  Number   Horiz   Vert
4         10      5      10       1       1        0        0        0       0
```

F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
       F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**



```
         DATA MAPPER - Variable Text Locations
            DTCS
                      ___ Millimeters ___
                      From From Right
Ref     Definition        Page Top Left Edge  Lines      Equation
  1  L1 Dont Print          1   5    5   100   1   NP
  2  Header Line 1          1  14.2 5.4 270    1   A3502070/1/8/12 TRIM2/135
  3  Header Line 2-3        1  17.38 5.4 270   2   A3502070/1/8/12 TRIM2/135
  4  Macro Calls            1  23.73 4  206    56  TRIM1/5
  5  Data                   1  23.73 8  206    56  COPYR4 TRIM7/67
  6                                                A3502070/1/8/12
  7  L81                    1   5    5  100     1   PG
  8
  9
 10
 11
 12
 13
 14
 15
```

F1=Flash F2=Print Def F3=Go To ___  F4=Prev Screen F5=Next Screen F9=Para Select
F10=Copy Ref ____ through _____ to Ref _____ and Step Top _____ Step Left _____
F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu