# EXHIBIT 25



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

EACH UNIT = 10,040

SCHUPT

| Acct # | Name | Units | Need | Why |
|---|---|---|---|---|
| ZR211 | Eileen | 1.5 | 15 | SHUPT |
| C1277 | J.L. IRA | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy IRA | 1.5 | 15 | S |
| ZB480 | Peg | .8 | 8 | S |
| ZB482 | Pam | .5 | 5 | S |
| R0126 | Rita | 1.5 | 15 | S |
| C1310 | JC Pens | X | (3) | Loss for Taxes |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0205 | Gregory | .5 | 5 | S |
| L0214 | Devon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | As per David K |
| D0028 | Carmen | 5.0 | 55 | S |
| W0057 | Weisser | 3.0 | 30 | REQUIRED |
| ZR179 | Mend | 21.5 | 215 | REQ |
| ZB032* | Matchir | 319.0 | 3190 | 2600 Extra P+L + to bring to 11% |
| ZA924 | Levy Aaron | 7.8 | 78 | REQ |
| ZR165 | Abe K | 1.4 | 14 | REQ |
| ZR172 | Sey K | 1.4 | 14 | REQ |
| ZR097 | Rhona Gara | .4 | 4 | REQ |
| ZB143 | Ed Jelris | 11.6 | 116 | REQ |
| ZR010 | Rich Glantz | 9.8 | 98 | REQ |
| ZB348 | Spenling | 1.0 | 10 | REQ |
| ZA041 | Manu E | .6 | 6 | REQ |
| ZA210 | Manu P | .6 | 6 | REQ |
| L0124 | Noel | 38.5 | 385 | 1/2% CAP  CAP = 77 AM from his list |
| E0116* | Manja | 92.2 | 822 | 300 Extra P+L + to bring to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | |
| 133 | NEED 129 | | 522 | |
| 155 | NEED 109 | | | |
| 159 | NEED 61 | | | |

300 + 522 = 822

12B032 NEED 50
12B046 NEED 485
12B249 NEED 55

2600 + 590 = 3190

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115

4031    P84OP13    EACH UNIT
SCHUPT    MADE 10,040

|   |   | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PEAS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | 45 PER DCR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | | 30 REQUIRED |
| 12R179 | MEND | 215 | | | 215 REQ |
| 12B032 | MAY | *6728 | | | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | | 78 REQ |
| 12R165 | ABE K | 14 | | | 14 REQ |
| 12R172 | SEY K | 14 | | | 14 REQ |
| 12R097 | RHODA G | 4 | | | 4 REQ |
| 12B143 | ED JELRIS G | 116 | | | 116 REQ |
| 12R010 | RICH G | 98 | | | 98 REQ |
| 12B348 | 2 PEARLING | 10 | | | 10 REQ |
| 12A041 | MARV E | 6 | | | 6 REQ |
| 12A210 | MARV PLOT | 6 | | | 6 REQ |
| 1L0124 | NOEL | 385 | | | (1/2 % of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116* | MARJO | *1264 | | | 300 + BRING ACCTS to 1% |

WORK CAP FROM LIST = 3,77 MM

BLU → ⊂ 11% ⊃

1E0156  NEED 90
*1E0116  NEED 170
1E0133  NEED 162
1E0155  NEED 140
1E0159  ~~DID~~ 200

964 + 300 = 1264

12B032   NEED 540
12B046   NEED 2684
12B249   NEED 904
EXTRA → 2600 ⇒ 4128

BRING TO 14%



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

(.446 EACH)   COMMENTS

| ACCT # | NAME | # NEEDED | WHY | UNITS | ETC... |
|---|---|---|---|---|---|
| 1O0002 650 | O'HARA F.P | 21 | SCH OPT ✓ | 14.0 | |
| 1O0013 147 | BERN IRA | 4 | sch ✓ | 3.0 | |
| 1O0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | |
| 1P0111 275 | G+S JOINT | 3 | sch ✓ | 2.0 | 12B5 22 |
| (1C1094) X | EILEEN ○ | 4 | sch ✓ | 3.0 | 12R2 85 |
| (1C1277) 27 | JODI IRA | 10 | sch ✓ | 7.0 | 12R3 10 |
| (1B0136) 160 | JUDY | 13 | sch ✓ | 9.0 | |
| (1B0227) 264 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | PAM | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | EILEEN IRA ○ | 6 | sch ✓ | 4.0 | |
| 1S0008 ° | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W ✓ | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 ° | ASHA | 7 | PAST PERFORMANCE ACCT N/W ✓ | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 ° | RUSS | 6 | sch ✓ | 4.0 | |
| 1L0205 ° | GREGORY | 5 | sch ✓ | 4.0 | |
| 1L0214 ° | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 ° | D.F.F | 5 | sch ✓ | 4.0 | |
| 1L0174 ° | MERRYL | 7 | sch ✓ | 5.0 | |
| 1S0431 ° | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 200 231 X | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 ° | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE TIM DEAL |
| (1R0126) 766 | RITA | 15 | sch ✓ | 10.0 | |
| 1D0070 °° | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 ° | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | ✗ | NO ACCT CAN NOT DO |
| 12R179 ° | MENDELOW S | 215 / 107.5 | REQ ✓ | 75.0 | |
| 12R180 ° | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 for '04

$392   KARY / KOO 17 ADDED   64,260   MARCH OT for 03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | M/U Each Unit | Comments etc... |
|---|---|---|---|---|---|
| 12A924 0 | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165 0 | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R172 0 | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R097 0 | Rhoda Gaaa | 4 | REQ ✓ | 3.0 | |
| 12B143 0 | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R010 0 | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348 0 | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041 0 | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210 0 | Marj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124 0 | Noel Levine | 362 | w/e o '12% list ✓ | 250.0 | 72.4 cap @ ½ % |
| 1E0165 0 | Engler Grat | 20 | needs to be 11% ✓ | 14.0 | Goes to 11% |
| 1E0156 0 | Engler QTIP ✓ | 21 | ✓ | 14.0 | 300 extra , 116 |
| 1E0116 0 | Marja ✓ | 10 | (300 extra put here) ✓ | 7.0 | |
| 1E0133 0 | Marja ✓ | 31 | ✓ | 21.0 | |
| 1E0155 0 | Engler F.T ✓ | 26 | Fixed 305 +300,160 ✓ | 18.0 | |
| 1E0159 0 | Marja IRA ✓ | 30 | p+c ✓ | 21.0 | |
| Frank ↓ | | s/B 660,000 put SP in 2005 | | DID | $600,000 Jan '05 Done |
| 12B046 0 | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032 0 | Mayfair | 108,000 + 1680 Aspen F.A = 1785000 | ✓ | 1235.0 | |
| 12B249 0 | Mayfair Bral P.P. | 270,000 | ✓ | 187.0 | |
| 12B509 0 | Aster | 42,000 | ✓ | 29.0 | |
| 12B262 0 | Strattham | 26,000 | ✓ | 18.0 | |
| 12A879 0 | Ken Joada | 20,000 | ✓ | 14.0 | |
| 12B510 0 | St James | 42000 | ✓ | 29.0 | |

690 Tot
7412 /

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMM |
|---|---|---|---|---|---|
| 1:00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C 1094 X | | 4 | | 3 | |
| 1C 1277 X | | 30 | | 22 | |
| 1B 0136 X | | 15 | | 11 | |
| 1B 0227 X | | 25 | | 19 | |
| 12B 480 X | | 16 | | 12 | |
| 12B 482 X | | 7 | | 5 | |
| 12R 211 X | | 10 | | 8 | |
| 1S 0028 0 lou 2005 | | 10 | | 8 | |
| 1R 0186 ✓ | | 5 | | 4 | |
| 1L 0157 ✓ | | 6 | | 5 | |
| 1L 0205 ✓ | | 6 | | 5 | |
| 1L 0214 ✓ | | 4 | | 3 | |
| 1D 0020 ✓ | | 7 | | 5 | |
| 1L 0174 ✓ | | 6 | | 5 | |
| 1S 0431 ✓ | | 8 | | 6 | |
| 1M 0200 ✓ | | 14 | | 11 | |
| 1I 0010 ✓ | | 17 | | 12 | |
| 1C 1328 ✓ | | 3 | | 3 | |
| 1D 0018 ✓ | | — | | — | |
| 12R 028 X | | — | | — | |
| 1R 0126 ✓ | | 8 | | 6 | |
| 1D 0070 X | | — | | — | |
| 1D 0028 X | | — | | — | |
| 1W 0057 X  X | | — | | — | |
| 12R 179 | | 108  30 | | 78 | |
| 12R 180 | | 108  30 | | 78 | |
| | | | | 346 | |
| | | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 ✓ | | 78 | | 57 | |
| 12R165 ✓ | | 14 | | 11 | |
| 12R172 ✓ | | 14 | | 11 | |
| 12R097 ✓ | | 4 | | 3 | |
| 12B143 ✓ | | 116 | | 85 | |
| 12R010 ✓ | | 98 | | 72 | |
| 12B348 ✓ | | 10 | | 8 | |
| 12A011 ✓ | | 6 | | 5 | |
| 12A210 ✓ | | 6 | | 5 | |
| 1C012 ✓ | | 351 | | 256 | |
| 1E0165 ✗ | | 11 | | 8 | |
| 1E0156 ✗ | | 11 | | 8 | 300 GOES IN |
| 1E0116 | | — | | — | IN 2006 for 05 |
| 1E0133 ✗ | | 16 | | 12 | |
| 1E0155 ✗ | | 13 | | 10 | |
| 1E0159 ✗ | | 74 | | 54 | |
| 12B046 ✗ | | 1680 | | 1227 | |
| 12B032 ✓ | | 109 | | 80 | |
| 12B249 ✗ | | 148 | | 108 | |
| 12B509 ✗ | | 356 | | 260 | |
| 12B262 ✗ | | 180 | | 132 | |
| 12A179 ✗ | | 57 | | 42 | |
| 12B510 ✓ | | 284 | | 208 | |
| | | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT# | NAME | NEED | | V/c 2086 | Not |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RACHL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | ~~58~~ 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARY ENG | 6 | | 3 | ✓ |
| 12A210 | MARY PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
|  |  |  |  |  |  |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
|  |  |  |  |  |  |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFRAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 1ZR211 | 5.0 |
| J.B IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 1ZR179 | 75.0 |
| NANCY | 1ZR180 | 86.0 |
| MAT PEN | 12B249 | ~~25.0~~ 200.0 ✓ |
| MAT | 12B032 | 2000.0 |
| GROJ | 12B046 | ~~500.0~~ 400.0 |
| LEVY | 12A924 | 58.0 |
| ABE KLEIN | 1ZR165 | 11.0 |
| SEY KLEIN | 1ZR172 | 11.0 |
| R GASA (RHODA) | 1ZR097 | 3.0 |
| ED | 12B143 | 87.0 |
| Rich | 1ZR010 | 73.0 |
| SPERLING | 12B348 | 8.0 |
| M ENG | 12A041 | 5.0 |
| M PLAT | 12A210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| | 1E0116 | 265.0 |
| | 1E0159 | 42.0 |
| | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131