# Exhibit 3

# Exhibit 3 - Example of Customer Statement from StorQM

**Header Information:**
- Customer Account Name
- Customer Address

**Account Statement Date:** 11/30/08

**Customer Account Number:** 1-S0238-3-0

**SSN or EIN:** (redacted)

**Reported Cash Balance from Prior Month:** 70.80

**Reported Inflows / Outflows, Transaction Values:**

| Settlement Date | Shares Purchased | Shares Sold | Transaction ID | Description | Price/Type | Value |
|---|---|---|---|---|---|---|
| 11/07 | | | | BALANCE FORWARD | | |
| 11/07 | | 76,656 | 11094 | CHECK | CW | 291,050.99 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | 180,000.00 |
| 11/07 | 125,000 | | 11137 | FIDELITY SPARTAN U S TREASURY BILL DUE 2/12/2009 | 99.898 | |
| 11/07 | 21,599 | | 11160 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | 1 | 21,599.00 |
| 11/12 | 4,242 | | 360 | WELLS FARGO & CO NEW | 87.270 | 126,580.60 |
| 11/12 | 3,030 | | 862 | HEWLETT PACKARD CO | 72.880 | 105,868.00 |
| 11/12 | 2,626 | | 4686 | WAL-MART STORES INC | 14.510 | 146,714.58 |
| 11/12 | 1,717 | | 5188 | INTERNATIONAL BUSINESS MACHS | 59.580 | 149,910.59 |
| 11/12 | 6,363 | | 9012 | EXXON MOBIL CORP | 38.530 | 463,989.44 |
| 11/12 | 6,969 | | 9514 | INTEL CORP | 44.660 | 101,398.19 |
| 11/12 | 3,333 | | 13840 | JOHNSON & JOHNSON | 55.370 | 198,713.14 |
| 11/12 | 4,545 | | 18165 | J.P. MORGAN CHASE & CO | 28.550 | 175,299.85 |
| 11/12 | 2,424 | | 22491 | COCA COLA CO | 21.810 | 108,351.84 |
| 11/12 | 1,414 | | 26817 | MCDONALDS CORP | | 78,349.18 |
| 11/12 | 2,626 | | 31143 | MERCK & CO | | 75,077.30 |
| 11/12 | 9,595 | | 35469 | MICROSOFT CORP | | 209,649.95 |

CONTINUED ON PAGE 2

MDPTPP05186987