# Exhibit 4

# Exhibit 4 – Example of Customer Statement from Microfilm

Annotations (callouts pointing to the statement):

- Header Information:
  - Customer Account Name
  - Customer Address
- Account Statement Date
- T/DT = Reported Trade Date
- S/DT = Reported Settlement Date
- SSN or EIN
- Customer Account Number
- Transaction ID
- Transaction Description
- Reported Price or Type
- Reported Outflows
- Reported Inflows
- Reported Cash Balance from Prior Month
- Reported Transaction Values
- Reported Cash Balance Current Month
- Shares Purportedly Purchased
- Shares Purportedly Sold
- Transactions Reported During Month
- Securities purportedly held at month end
- Shares purportedly held at month end
- Cost Basis of shares purportedly held at month end

Visible statement data (as read from the image):

| T/DT | S/DT | Trans ID | Description | Price/Type | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,496,108.72 |
| 11/28 | 12/05 | 10129 | 93 GENERAL GROWTH PPTYS | 37 1/4 | 377,305.25 | |
| | | | 4T LPFD A $0.C 1NT 1/4/85 | | | 23,537.63 |
| 11/30 | 12/07 | 2729 | 91 GENERAL GROWTH PPTYS | 8 5/8 | | |
| | | | 4T EXP 01/04/1985 | | | 303,870.00 |
| 11/30 | 12/07 | 10129 | 92 GENERAL GROWTH PPTYS | 8 5/8 | | |
| | | | PFD SH BEN INT SER A CONV 1.90 | | | 64,750.00 |
| 12/11 | 12/11 | 7400 | 93 GENERAL GROWTH PPTYS | 8 3/4 | | |
| | | | 4T EXP 01/04/1985 | | | |
| 12/18 | 12/18 | | CHECK INTERCO | | | |
| 12/18 | 12/18 | | JEWEL COS INC | RECD | 19,808.38 | |
| 12/13 | 12/18 | | JEWEL COS INC | RECD | | |
| 12/14 | 12/21 | 235 | PFD SER A CV $2.31 | DELV | | |
| 12/18 | 12/26 | | PFD SER A CV $2.31 | 80 5/8 | 110,375.63 | |
| 12/18 | 12/26 | | C INDS INC | 28 1/4 | | |
| 12/31 | 12/31 | | C INDS INC | 28 1/8 | | |
| | | | CHECK | | | 87,575.00 |
| | | | | | | 28,321.83 |
| | | | | | | 15,000.00 |
| | | | NEW BALANCE | | | 511,573.97 |

Security Positions:

| | LONG | SHORT |
|---|---|---|
| GENERAL GROWTH PPTYS 4T EXP 01/04/1985 | 10129 | |
| GENERAL GROWTH PPTYS PFD SH BEN INT SER A CONV 1.90 | 10129 | |
| GENERAL GROWTH PPTYS 4T LPFD A $0.C 1NT 1/4/85 | 1368 | |
| I.C. INDS INC | 4107 | |
| I.C. INDS INC | | |
| 2ND PFD SER 1 CONV $3.50 | | |

END OF POSITIONS

| | LONG | SHORT | DIFFERENCE |
|---|---|---|---|
| | 377,305.25 | 86,287.63 | 14,852.38CR |
| | 110,375.63 | 303,870.00 | |
| | | 115,896.88 | 5,521.25CR |
| | 487,680.88 | 509,054.51 | 3,619.46CR |

MF00364577