# Exhibit 5



Exhibit 5 - Example of a Portfolio Management Report (PMR) from Microfilm