# Exhibit 2

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| BSTSAB0326874 | BSTSAB0326875 | MADWAA00017489 | MADWAA00017489 |
| BSTSAB0414873 | BSTSAB0414873 | MADWAA00017495 | MADWAA00017497 |
| BSTSAB0574812 | BSTSAB0574812 | MADWAA00017504 | MADWAA00017510 |
| HWN00000001 | HWN00003217 | MADWAA00017557 | MADWAA00017557 |
| JPMSAB0000001 | JPMSAB0004570 | MADWAA00017560 | MADWAA00017560 |
| JPMSAF0000001 | JPMSAF0008524 | MADWAA00017592 | MADWAA00017592 |
| JPMSAF0008526 | JPMSAF0008596 | MADWAA00017602 | MADWAA00017602 |
| JPMSAF0008598 | JPMSAF0017233 | MADWAA00017605 | MADWAA00017605 |
| JPMSAF0017235 | JPMSAF0054255 | MADWAA00017609 | MADWAA00017609 |
| JPMSAF0054257 | JPMSAF0054271 | MADWAA00017616 | MADWAA00017618 |
| JPMSAF0054273 | JPMSAF0057064 | MADWAA00017624 | MADWAA00017626 |
| JPMSAF0057066 | JPMSAF0057161 | MADWAA00017667 | MADWAA00017669 |
| JPMSAF0057163 | JPMSAF0064977 | MADWAA00017682 | MADWAA00017682 |
| JPMSAF0064982 | JPMSAF0065438 | MADWAA00017727 | MADWAA00017732 |
| JPMSAF0065443 | JPMSAF0072748 | MADWAA00017736 | MADWAA00017741 |
| JPMSAF0072802 | JPMSAF0072805 | MADWAA00017745 | MADWAA00017746 |
| JPMSAF0072807 | JPMSAF0072931 | MADWAA00017753 | MADWAA00017757 |
| JPMSAG0000002 | JPMSAG0000022 | MADWAA00017759 | MADWAA00017778 |
| JPMSAG0000024 | JPMSAG0000275 | MADWAA00017786 | MADWAA00017787 |
| JPMSAG0000277 | JPMSAG0000535 | MADWAA00017797 | MADWAA00017797 |
| JPMSAG0000537 | JPMSAG0000848 | MADWAA00017800 | MADWAA00017800 |
| JPMSAG0000850 | JPMSAG0001400 | MADWAA00017804 | MADWAA00017807 |
| JPMSAG0001403 | JPMSAG0001648 | MADWAA00017821 | MADWAA00017823 |
| JPMSAG0001650 | JPMSAG0001912 | MADWAA00017833 | MADWAA00017833 |
| JPMSAH0000001 | JPMSAH0000221 | MADWAA00017882 | MADWAA00017882 |
| JPMSAH0000223 | JPMSAH0000705 | MADWAA00017885 | MADWAA00017901 |
| JPMSAH0000707 | JPMSAH0000714 | MADWAA00017903 | MADWAA00017903 |
| JPMSAH0000717 | JPMSAH0002856 | MADWAA00026582 | MADWAA00026583 |
| JPMSAH0002858 | JPMSAH0002873 | MADWAA00037196 | MADWAA00037196 |
| JPMSAI0000001 | JPMSAI0000176 | MADWAA00038379 | MADWAA00038380 |
| JPMSAI0000178 | JPMSAI0000276 | MADWAA00038598 | MADWAA00038700 |
| JPMSAI0000278 | JPMSAI0000656 | MADWAA00038705 | MADWAA00039262 |
| JPMSAI0000658 | JPMSAI0001363 | MADWAA00039264 | MADWAA00039937 |
| JPMSAI0001365 | JPMSAI0001511 | MADWAA00039939 | MADWAA00040516 |
| JPMSAI0001514 | JPMSAI0001573 | MADWAA00040518 | MADWAA00040671 |
| JPMSAI0001575 | JPMSAI0001608 | MADWAA00040673 | MADWAA00041370 |
| JPMSAI0001610 | JPMSAI0001697 | MADWAA00041372 | MADWAA00042135 |
| JPMSAI0001699 | JPMSAI0001713 | MADWAA00043870 | MADWAA00044908 |
| JPMSAI0001715 | JPMSAI0001748 | MADWAA00048071 | MADWAA00049206 |
| JPMSAI0001750 | JPMSAI0001786 | MADWAA00049208 | MADWAA00050071 |
| JPMSAI0001788 | JPMSAI0002221 | MADWAA00051674 | MADWAA00054718 |
| JPMSAI0002224 | JPMSAI0002837 | MADWAA00056483 | MADWAA00057108 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| JPMSAI0002839 | JPMSAI0003041 | MADWAA00057110 | MADWAA00057727 |
| JPMSAI0003043 | JPMSAI0003106 | MADWAA00062754 | MADWAA00062756 |
| JPMSAI0003114 | JPMSAI0003222 | MADWAA00062765 | MADWAA00063950 |
| JPMSAI0003224 | JPMSAI0003310 | MADWAA00063952 | MADWAA00064707 |
| JPMSAI0003312 | JPMSAI0003597 | MADWAA00064709 | MADWAA00065484 |
| JPMSAI0003599 | JPMSAI0003911 | MADWAA00065486 | MADWAA00066299 |
| JPMSAI0003913 | JPMSAI0004518 | MADWAA00066411 | MADWAA00066616 |
| JPMSAI0004520 | JPMSAI0005049 | MADWAA00066618 | MADWAA00067279 |
| JPMSAI0005051 | JPMSAI0007228 | MADWAA00067421 | MADWAA00070352 |
| JPMSAI0007230 | JPMSAI0007806 | MADWAA00072074 | MADWAA00072075 |
| JPMSAI0007808 | JPMSAI0011901 | MADWAA00072183 | MADWAA00073424 |
| JPMSAI0011903 | JPMSAI0014006 | MADWAA00075113 | MADWAA00075854 |
| JPMSCQ0000001 | JPMSCQ0000028 | MADWAA00075948 | MADWAA00076719 |
| JPMSDM0000001 | JPMSDM0000009 | MADWAA00076815 | MADWAA00077626 |
| JPMTAA0000002 | JPMTAA0000331 | MADWAA00083479 | MADWAA00083626 |
| JPMTAF0000001 | JPMTAF0004017 | MADWAA00085470 | MADWAA00085492 |
| JPMTAF0000001_xls | | MADWAA00085839 | MADWAA00085942 |
| MADTBB02408954 | MADTBB02408954 | MADWAA00085949 | MADWAA00087112 |
| MADTBB02408959 | MADTBB02408961 | MADWAA00087115 | MADWAA00089904 |
| MADTBB03140267 | MADTBB03140267 | MADWAA00095123 | MADWAA00095124 |
| MADTBB03342901 | MADTBB03342901 | MADWAA00095545 | MADWAA00095546 |
| MADTBB03342903 | MADTBB03342905 | MADWAA00097307 | MADWAA00098326 |
| MADTBB03343012 | MADTBB03343013 | MADWAA00098416 | MADWAA00099401 |
| MADTBB03343033 | MADTBB03343033 | MADWAA00099930 | MADWAA00100915 |
| MADTBB03343158 | MADTBB03343159 | MADWAA00102648 | MADWAA00102664 |
| MADTBB03343198 | MADTBB03343198 | MADWAA00102758 | MADWAA00105435 |
| MADTBB03343290 | MADTBB03343291 | MADWAA00105717 | MADWAA00105718 |
| MADTBB03343466 | MADTBB03343466 | MADWAA00109966 | MADWAA00112719 |
| MADTEE00045777 | MADTEE00045840 | MADWAA00115177 | MADWAA00116290 |
| MADTEE00045842 | MADTEE00045861 | MADWAA00116396 | MADWAA00116397 |
| MADTEE00045965 | MADTEE00045993 | MADWAA00116399 | MADWAA00116399 |
| MADTEE00046018 | MADTEE00046023 | MADWAA00116452 | MADWAA00119511 |
| MADTEE00114818 | MADTEE00114818 | MADWAA00119623 | MADWAA00120516 |
| MADTEE00114821 | MADTEE00114821 | MADWAA00122154 | MADWAA00124953 |
| MADTEE00115171 | MADTEE00115171 | MADWAA00127474 | MADWAA00128781 |
| MADTEE00115181 | MADTEE00115181 | MADWAA00128897 | MADWAA00129558 |
| MADTEE00115186 | MADTEE00115186 | MADWAA00129560 | MADWAA00129953 |
| MADTEE00115190 | MADTEE00115190 | MADWAA00131385 | MADWAA00132862 |
| MADTEE00115200 | MADTEE00115200 | MADWAA00139873 | MADWAA00141195 |
| MADTEE00115203 | MADTEE00115203 | MADWAA00142972 | MADWAA00143060 |
| MADTEE00115207 | MADTEE00115207 | MADWAA00143062 | MADWAA00143969 |
| MADTEE00115218 | MADTEE00115219 | MADWAA00145760 | MADWAA00145761 |
| MADTEE00115244 | MADTEE00115244 | MADWAA00145765 | MADWAA00145834 |
| MADTEE00115249 | MADTEE00115249 | MADWAA00145836 | MADWAA00148001 |
| MADTEE00115252 | MADTEE00115252 | MADWAA00148003 | MADWAA00152928 |
| MADTEE00115260 | MADTEE00115260 | MADWAA00154924 | MADWAA00154939 |
| MADTEE00115265 | MADTEE00115265 | MADWAA00154941 | MADWAA00155532 |
| MADTEE00115294 | MADTEE00115295 | MADWAA00155535 | MADWAA00155850 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00115301 | MADTEE00115302 | MADWAA00155852 | MADWAA00157736 |
| MADTEE00115305 | MADTEE00115305 | MADWAA00157739 | MADWAA00157958 |
| MADTEE00115318 | MADTEE00115318 | MADWAA00159129 | MADWAA00160261 |
| MADTEE00115321 | MADTEE00115322 | MADWAA00160324 | MADWAA00161403 |
| MADTEE00115351 | MADTEE00115352 | MADWAA00161462 | MADWAA00163125 |
| MADTEE00115354 | MADTEE00115354 | MADWAA00163192 | MADWAA00163659 |
| MADTEE00115358 | MADTEE00115359 | MADWAA00163786 | MADWAA00166192 |
| MADTEE00115362 | MADTEE00115362 | MADWAA00167061 | MADWAA00168390 |
| MADTEE00115365 | MADTEE00115365 | MADWAA00168465 | MADWAA00170342 |
| MADTEE00115367 | MADTEE00115367 | MADWAA00173050 | MADWAA00173063 |
| MADTEE00115370 | MADTEE00115370 | MADWAA00173065 | MADWAA00173856 |
| MADTEE00115374 | MADTEE00115374 | MADWAA00174952 | MADWAA00175803 |
| MADTEE00115381 | MADTEE00115382 | MADWAA00182284 | MADWAA00182287 |
| MADTEE00115423 | MADTEE00115424 | MADWAA00182291 | MADWAA00182428 |
| MADTEE00115430 | MADTEE00115430 | MADWAA00183297 | MADWAA00183389 |
| MADTEE00115436 | MADTEE00115436 | MADWAA00184733 | MADWAA00184830 |
| MADTEE00115439 | MADTEE00115439 | MADWAA00184833 | MADWAA00184833 |
| MADTEE00115443 | MADTEE00115443 | MADWAA00184835 | MADWAA00185908 |
| MADTEE00115448 | MADTEE00115448 | MADWAA00187932 | MADWAA00188087 |
| MADTEE00115457 | MADTEE00115457 | MADWAA00188421 | MADWAA00188468 |
| MADTEE00115465 | MADTEE00115465 | MADWAA00188471 | MADWAA00189684 |
| MADTEE00115469 | MADTEE00115469 | MADWAA00189687 | MADWAA00190392 |
| MADTEE00115495 | MADTEE00115496 | MADWAA00190395 | MADWAA00190614 |
| MADTEE00115500 | MADTEE00115501 | MADWAA00190907 | MADWAA00190907 |
| MADTEE00115505 | MADTEE00115505 | MADWAA00190910 | MADWAA00192504 |
| MADTEE00115508 | MADTEE00115508 | MADWAA00192574 | MADWAA00192574 |
| MADTEE00115510 | MADTEE00115510 | MADWAA00192957 | MADWAA00192958 |
| MADTEE00115531 | MADTEE00115531 | MADWAA00193339 | MADWAA00194922 |
| MADTEE00115533 | MADTEE00115533 | MADWAA00194924 | MADWAA00196539 |
| MADTEE00115539 | MADTEE00115539 | MADWAA00196674 | MADWAA00199526 |
| MADTEE00115545 | MADTEE00115546 | MADWAA00199658 | MADWAA00200393 |
| MADTEE00115565 | MADTEE00115565 | MADWAA00203196 | MADWAA00204255 |
| MADTEE00115572 | MADTEE00115572 | MADWAA00205496 | MADWAA00206829 |
| MADTEE00115574 | MADTEE00115574 | MADWAA00208816 | MADWAA00209815 |
| MADTEE00115585 | MADTEE00115585 | MADWAA00209905 | MADWAA00210734 |
| MADTEE00115593 | MADTEE00115597 | MADWAA00210846 | MADWAA00211959 |
| MADTEE00115602 | MADTEE00115603 | MADWAA00212778 | MADWAA00213679 |
| MADTEE00115642 | MADTEE00115642 | MADWAA00219788 | MADWAA00220673 |
| MADTEE00115681 | MADTEE00115682 | MADWAA00220764 | MADWAA00221559 |
| MADTEE00115689 | MADTEE00115689 | MADWAA00221698 | MADWAA00222399 |
| MADTEE00115705 | MADTEE00115705 | MADWAA00222525 | MADWAA00224474 |
| MADTEE00115750 | MADTEE00115751 | MADWAA00225280 | MADWAA00225281 |
| MADTEE00115764 | MADTEE00115765 | MADWAA00226423 | MADWAA00229292 |
| MADTEE00115781 | MADTEE00115781 | MADWAA00229406 | MADWAA00230255 |
| MADTEE00115784 | MADTEE00115784 | MADWAA00230257 | MADWAA00230258 |
| MADTEE00115787 | MADTEE00115787 | MADWAA00232930 | MADWAA00235555 |
| MADTEE00115823 | MADTEE00115824 | MADWAA00235692 | MADWAA00236391 |
| MADTEE00115828 | MADTEE00115829 | MADWAA00236393 | MADWAA00238524 |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTEE00115842 | MADTEE00115845 | MADWAA00238801 | MADWAA00238804 |
| MADTEE00115851 | MADTEE00115851 | MADWAA00239844 | MADWAA00239844 |
| MADTEE00115854 | MADTEE00115854 | MADWAA00239983 | MADWAA00239984 |
| MADTEE00115861 | MADTEE00115861 | MADWAA00242269 | MADWAA00242360 |
| MADTEE00115864 | MADTEE00115865 | MADWAA00242363 | MADWAA00243393 |
| MADTEE00115867 | MADTEE00115867 | MADWAA00243395 | MADWAA00244478 |
| MADTEE00115869 | MADTEE00115869 | MADWAA00244480 | MADWAA00245698 |
| MADTEE00115874 | MADTEE00115875 | MADWAA00247349 | MADWAA00247363 |
| MADTEE00115877 | MADTEE00115877 | MADWAA00247446 | MADWAA00250149 |
| MADTEE00115879 | MADTEE00115879 | MADWAA00253260 | MADWAA00254414 |
| MADTEE00115883 | MADTEE00115885 | MADWAA00257807 | MADWAA00260756 |
| MADTEE00115891 | MADTEE00115891 | MADWAA00261617 | MADWAA00262578 |
| MADTEE00115896 | MADTEE00115897 | MADWAA00262663 | MADWAA00263210 |
| MADTEE00115900 | MADTEE00115901 | MADWAA00263812 | MADWAA00265665 |
| MADTEE00115904 | MADTEE00115904 | MADWAA00265668 | MADWAA00266229 |
| MADTEE00115910 | MADTEE00115910 | MADWAA00266398 | MADWAA00267673 |
| MADTEE00115933 | MADTEE00115933 | MADWAA00267675 | MADWAA00268515 |
| MADTEE00115939 | MADTEE00115939 | MADWAA00268517 | MADWAA00269903 |
| MADTEE00115964 | MADTEE00115964 | MADWAA00271711 | MADWAA00273208 |
| MADTEE00115970 | MADTEE00115970 | MADWAA00273358 | MADWAA00274795 |
| MADTEE00115972 | MADTEE00115972 | MADWAA00275794 | MADWAA00275832 |
| MADTEE00115979 | MADTEE00115979 | MADWAA00275834 | MADWAA00276927 |
| MADTEE00115984 | MADTEE00115985 | MADWAA00277076 | MADWAA00278307 |
| MADTEE00116004 | MADTEE00116005 | MADWAA00278464 | MADWAA00279435 |
| MADTEE00116014 | MADTEE00116014 | MADWAA00279520 | MADWAA00280521 |
| MADTEE00116020 | MADTEE00116020 | MADWAA00284629 | MADWAA00284682 |
| MADTEE00116025 | MADTEE00116025 | MADWAA00284684 | MADWAA00285930 |
| MADTEE00116029 | MADTEE00116029 | MADWAA00285932 | MADWAA00287257 |
| MADTEE00116031 | MADTEE00116032 | MADWAA00287328 | MADWAA00288037 |
| MADTEE00116047 | MADTEE00116047 | MADWAA00288143 | MADWAA00291212 |
| MADTEE00116050 | MADTEE00116050 | MADWAA00291294 | MADWAA00292723 |
| MADTEE00116056 | MADTEE00116057 | MADWAA00292811 | MADWAA00292868 |
| MADTEE00116059 | MADTEE00116060 | MADWAA00292870 | MADWAA00293698 |
| MADTEE00116066 | MADTEE00116066 | MADWAA00293793 | MADWAA00295182 |
| MADTEE00116070 | MADTEE00116070 | MADWAA00295264 | MADWAA00296637 |
| MADTEE00116073 | MADTEE00116073 | MADWAA00296708 | MADWAA00297233 |
| MADTEE00116076 | MADTEE00116076 | MADWAA00297331 | MADWAA00300791 |
| MADTEE00116104 | MADTEE00116104 | MADWAA00301727 | MADWAA00303760 |
| MADTEE00116106 | MADTEE00116106 | MADWAA00303767 | MADWAA00304282 |
| MADTEE00116116 | MADTEE00116116 | MADWAA00304289 | MADWAA00305214 |
| MADTEE00116120 | MADTEE00116120 | MADWAA00305676 | MADWAA00308749 |
| MADTEE00116123 | MADTEE00116123 | MADWAA00308861 | MADWAA00311570 |
| MADTEE00116151 | MADTEE00116151 | MADWAA00313711 | MADWAA00314820 |
| MADTEE00116154 | MADTEE00116154 | MADWAA00316197 | MADWAA00317034 |
| MADTEE00116173 | MADTEE00116175 | MADWAA00319298 | MADWAA00320299 |
| MADTEE00116184 | MADTEE00116190 | MADWAA00321524 | MADWAA00322557 |
| MADTEE00116195 | MADTEE00116195 | MADWAA00322696 | MADWAA00323525 |
| MADTEE00116202 | MADTEE00116203 | MADWAA00323527 | MADWAA00323528 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00116207 | MADTEE00116207 | MADWAA00323659 | MADWAA00324488 |
| MADTEE00116213 | MADTEE00116214 | MADWAA00331827 | MADWAA00332811 |
| MADTEE00116218 | MADTEE00116218 | MADWAA00332939 | MADWAA00332940 |
| MADTEE00116225 | MADTEE00116226 | MADWAA00332950 | MADWAA00332951 |
| MADTEE00116230 | MADTEE00116230 | MADWAA00332953 | MADWAA00334257 |
| MADTEE00116232 | MADTEE00116233 | MADWAA00334259 | MADWAA00334315 |
| MADTEE00116235 | MADTEE00116236 | MADWAA00334420 | MADWAA00334420 |
| MADTEE00116238 | MADTEE00116238 | MADWAA00334422 | MADWAA00335377 |
| MADTEE00116241 | MADTEE00116241 | MADWAA00335525 | MADWAA00336696 |
| MADTEE00116244 | MADTEE00116244 | MADWAA00336817 | MADWAA00338287 |
| MADTEE00116263 | MADTEE00116263 | MADWAA00338289 | MADWAA00339502 |
| MADTEE00116277 | MADTEE00116277 | MADWAA00339619 | MADWAA00341017 |
| MADTEE00116293 | MADTEE00116296 | MADWAA00341019 | MADWAA00342324 |
| MADTEE00116298 | MADTEE00116300 | MADWAA00348863 | MADWAA00348863 |
| MADTEE00116303 | MADTEE00116304 | MADWAA00348865 | MADWAA00348915 |
| MADTEE00116324 | MADTEE00116324 | MADWAA00348917 | MADWAA00349664 |
| MADTEE00116327 | MADTEE00116327 | MADWAA00349666 | MADWAA00350116 |
| MADTEE00116338 | MADTEE00116340 | MADWAA00350118 | MADWAA00350547 |
| MADTEE00116343 | MADTEE00116345 | MADWAA00350549 | MADWAA00350554 |
| MADTEE00116352 | MADTEE00116352 | MADWAA00350679 | MADWAA00350679 |
| MADTEE00116354 | MADTEE00116354 | MADWAA00350681 | MADWAA00351036 |
| MADTEE00116358 | MADTEE00116359 | MADWAA00351039 | MADWAA00351802 |
| MADTEE00116361 | MADTEE00116362 | MADWAA00351901 | MADWAA00351959 |
| MADTEE00116375 | MADTEE00116375 | MADWAA00351961 | MADWAA00352850 |
| MADTEE00116382 | MADTEE00116382 | MADWAA00354673 | MADWAA00355570 |
| MADTEE00116385 | MADTEE00116385 | MADWAA00359610 | MADWAA00360493 |
| MADTEE00116389 | MADTEE00116390 | MADWAA00360495 | MADWAA00361340 |
| MADTEE00116394 | MADTEE00116394 | MADWAA00361342 | MADWAA00362441 |
| MADTEE00116398 | MADTEE00116399 | MADWAA00362941 | MADWAA00363698 |
| MADTEE00116404 | MADTEE00116404 | MADWAA00363833 | MADWAA00363844 |
| MADTEE00116414 | MADTEE00116414 | MADWAA00363846 | MADWAA00365087 |
| MADTEE00116441 | MADTEE00116441 | MADWAA00366207 | MADWAA00367264 |
| MADTEE00116457 | MADTEE00116458 | MADWAA00367370 | MADWAA00368367 |
| MADTEE00116484 | MADTEE00116485 | MADWAA00371288 | MADWAA00372615 |
| MADTEE00116487 | MADTEE00116487 | MADWAA00372618 | MADWAA00372622 |
| MADTEE00116806 | MADTEE00116806 | MADWAA00372625 | MADWAA00373864 |
| MADTEE00116839 | MADTEE00116839 | MADWAA00373989 | MADWAA00375968 |
| MADTEE00116877 | MADTEE00116877 | MADWAA00375970 | MADWAA00377062 |
| MADTEE00116887 | MADTEE00116887 | MADWAA00377065 | MADWAA00378164 |
| MADTEE00349333 | MADTEE00349333 | MADWAA00378171 | MADWAA00378566 |
| MADTEE00349335 | MADTEE00349335 | MADWAA00378590 | MADWAA00378596 |
| MADTEE00349337 | MADTEE00349337 | MADWAA00378600 | MADWAA00378606 |
| MADTEE00349426 | MADTEE00349426 | MADWAA00378608 | MADWAA00380489 |
| MADTEE00349454 | MADTEE00349455 | MADWAA00380517 | MADWAA00381326 |
| MADTEE00349522 | MADTEE00349522 | MADWAA00382284 | MADWAA00382285 |
| MADTEE00349524 | MADTEE00349524 | MADWAA00383535 | MADWAA00383541 |
| MADTEE00349526 | MADTEE00349526 | MADWAA00383562 | MADWAA00383585 |
| MADTEE00349573 | MADTEE00349575 | MADWAA00383828 | MADWAA00383834 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00349578 | MADTEE00349578 | MADWAA00383851 | MADWAA00383872 |
| MADTEE00349589 | MADTEE00349589 | MADWAA00384156 | MADWAA00384163 |
| MADTEE00349607 | MADTEE00349609 | MADWAA00384172 | MADWAA00384289 |
| MADTEE00349636 | MADTEE00349637 | MADWAA00384291 | MADWAA00384294 |
| MADTEE00349644 | MADTEE00349647 | MADWAA00384306 | MADWAA00384310 |
| MADTEE00349670 | MADTEE00349670 | MADWAA00384324 | MADWAA00384332 |
| MADTEE00409248 | MADTEE00409303 | MADWAA00384762 | MADWAA00384838 |
| MADTEE00458310 | MADTEE00458310 | MADWAA00384848 | MADWAA00385232 |
| MADTEE00499063 | MADTEE00499063 | MADWAA00385234 | MADWAA00386529 |
| MADTEE00500378 | MADTEE00500380 | MADWAA00387521 | MADWAA00388097 |
| MADTEE00599279 | MADTEE00599279 | MADWAA00389847 | MADWAA00389923 |
| MADTEE00599377 | MADTEE00599377 | MADWAA00389926 | MADWAA00391335 |
| MADTEE00602597 | MADTEE00602598 | MADWAA00391813 | MADWAA00393531 |
| MADTEE00602722 | MADTEE00602722 | MADWAA00578467 | MADWAA00579894 |
| MADTEE00631260 | MADTEE00631260 | MADWAA00593865 | MADWAA00595441 |
| MADTEE00632093 | MADTEE00632093 | MADWAA00596992 | MADWAA00596998 |
| MADTEE00635682 | MADTEE00635682 | MADWAA00597549 | MADWAA00597559 |
| MADTEE00644166 | MADTEE00644166 | MADWAA00598000 | MADWAA00598012 |
| MADTEE00644204 | MADTEE00644205 | MADWAA00598540 | MADWAA00598556 |
| MADTEE00644500 | MADTEE00644502 | MADWAA00598948 | MADWAA00598954 |
| MADTEE00644722 | MADTEE00644722 | MADWAA00599351 | MADWAA00599357 |
| MADTEE00644726 | MADTEE00644726 | MADWAA00599778 | MADWAA00599784 |
| MADTEE00644836 | MADTEE00644836 | MADWAA00600253 | MADWAA00601201 |
| MADTEE00644941 | MADTEE00644941 | MADWAA00601204 | MADWAA00602116 |
| MADTEE00645213 | MADTEE00645213 | MADWAA01072627 | MADWAA01072894 |
| MADTEE00645599 | MADTEE00645599 | MAITAA0016078 | MAITAA0016087 |
| MADTEE00645610 | MADTEE00645610 | MAITAE00000001 | MAITAE00000002 |
| MADTEE00691927 | MADTEE00695273 | MDPTFF00000294 | MDPTFF00000689 |
| MADTEE00695278 | MADTEE00696201 | MDPTPP00000001 | MDPTPP07763032 |
| MADTEE00696203 | MADTEE00701130 | MDPTPP07780250 | MDPTPP07780255 |
| MADTEE00726635 | MADTEE00726913 | MDPTQQ00000001 | MDPTQQ00908391 |
| MADTEE00727240 | MADTEE00727248 | MDPTVV00000001 | MDPTVV00346036 |
| MADTEE00727276 | MADTEE00727281 | MF00000001 | MF00010356 |
| MADTEE00727286 | MADTEE00727294 | MF00010359 | MF00010360 |
| MADTEE00727351 | MADTEE00727353 | MF00010434 | MF00010690 |
| MADTNN00110570 | MADTNN00110575 | MF00010764 | MF00010764 |
| MADTSS00196027 | MADTSS00196027 | MF00010916 | MF00010916 |
| MADTSS00196029 | MADTSS00196031 | MF00010933 | MF00015860 |
| MADTSS00196070 | MADTSS00196070 | MF00015862 | MF00054017 |
| MADTSS00196101 | MADTSS00196104 | MF00054019 | MF00054019 |
| MADTSS00196110 | MADTSS00196111 | MF00054037 | MF00054538 |
| MADTSS00196423 | MADTSS00196423 | MF00054554 | MF00054554 |
| MADTSS00196458 | MADTSS00196458 | MF00054570 | MF00054570 |
| MADTSS00196522 | MADTSS00196524 | MF00054586 | MF00054586 |
| MADTSS00196526 | MADTSS00196526 | MF00054601 | MF00054601 |
| MADTSS00196528 | MADTSS00196528 | MF00054616 | MF00054616 |
| MADTSS00201064 | MADTSS00201174 | MF00054631 | MF00054631 |
| MADTSS00329483 | MADTSS00329483 | MF00054646 | MF00054646 |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTSS00336193 | MADTSS00336193 | MF00054660 | MF00054660 |
| MADTSS00336196 | MADTSS00336196 | MF00054674 | MF00054674 |
| MADTSS00336202 | MADTSS00336202 | MF00054688 | MF00054688 |
| MADTSS00336205 | MADTSS00336205 | MF00054702 | MF00054702 |
| MADTSS00336211 | MADTSS00336211 | MF00054716 | MF00054716 |
| MADTSS00336213 | MADTSS00336213 | MF00054720 | MF00089903 |
| MADTSS00336218 | MADTSS00336219 | MF00089932 | MF00089932 |
| MADTSS00336228 | MADTSS00336228 | MF00089947 | MF00089947 |
| MADTSS00336232 | MADTSS00336232 | MF00089956 | MF00089956 |
| MADTSS00340111 | MADTSS00340111 | MF00089992 | MF00089992 |
| MADTSS00382689 | MADTSS00382689 | MF00090001 | MF00090001 |
| MADTSS00382692 | MADTSS00382692 | MF00090016 | MF00090016 |
| MADTSS01160128 | MADTSS01160128 | MF00090080 | MF00090080 |
| MADTSS01160152 | MADTSS01160152 | MF00090082 | MF00090082 |
| MADTSS01160163 | MADTSS01160163 | MF00090097 | MF00090097 |
| MADTSS01160165 | MADTSS01160165 | MF00090124 | MF00090124 |
| MADTSS01160167 | MADTSS01160167 | MF00090134 | MF00090134 |
| MADTSS01160170 | MADTSS01160204 | MF00090161 | MF00090161 |
| MADTSS01160206 | MADTSS01160206 | MF00090163 | MF00090163 |
| MADTSS01160208 | MADTSS01160208 | MF00090173 | MF00090173 |
| MADTSS01162787 | MADTSS01162793 | MF00090239 | MF00090687 |
| MADTSS01162796 | MADTSS01162796 | MF00090727 | MF00092169 |
| MADTSS01212898 | MADTSS01212900 | MF00092171 | MF00092171 |
| MADTSS01212904 | MADTSS01212904 | MF00092173 | MF00094142 |
| MADTSS01327707 | MADTSS01327709 | MF00094144 | MF00094160 |
| MADTSS01327712 | MADTSS01327715 | MF00094188 | MF00152284 |
| MADTSS01327794 | MADTSS01327795 | MF00156869 | MF00543449 |
| MADTSS01327817 | MADTSS01327817 | MF00544339 | MF00544449 |
| MADTSS01327819 | MADTSS01327821 | MF00544455 | MF00544457 |
| MADTSS01327849 | MADTSS01327851 | MF00544462 | MF00544576 |
| MADTSS01328781 | MADTSS01328781 | MF00544715 | MF00545147 |
| MADWAA00010198 | MADWAA00010198 | MF00548948 | MF00549288 |
| MADWAA00017331 | MADWAA00017332 | MF00549294 | MF00549295 |
| MADWAA00017334 | MADWAA00017335 | MF00549297 | MF00549469 |
| MADWAA00017343 | MADWAA00017343 | MF00589674 | MF00589756 |
| MADWAA00017360 | MADWAA00017360 | MF00596269 | MF00596426 |
| MADWAA00017371 | MADWAA00017371 | MOTTAA00003583 | MOTTAA00003583 |
| MADWAA00017384 | MADWAA00017384 | SECSBJ0007636 | SECSBJ0008374 |
| MADWAA00017401 | MADWAA00017407 | SECSBP0007753 | SECSBP0008458 |
| MADWAA00017418 | MADWAA00017419 | SECSCC0000001 | SECSCC0003525 |
| MADWAA00017446 | MADWAA00017446 | SECSCR0000027 | SECSCR0000036 |
| MADTSS00336514 | MADTSS00336578 | PUBLIC0591623 | PUBLIC0591643 |
| PUBLIC0628549 | PUBLIC0628554 | AMF00058395 | AMF00058483 |
| MWPTAP00531412 | MWPTAP00531424 | MWPTAP01020549 | MWPTAP01020552 |
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | 10-04539_Defendant_0000001 | 10-04539_Defendant_0001048 |
| 10-04539_KEGCAA0000001 | 10-04539_KEGCAA0000464 | CITI 000001 | CITI 000386 |
| KELLER-PISSI 000001 | KELLER-PISSI 000012 | PUBLIC0613007 | PUBLIC0613009 |
| PUBLIC0613074 | PUBLIC0613084 | | |

Checkbook File (December 2008 data) (native file format)
Great Plains accounting system (native file format)
Cohmad Cash Database (native file format)
Trustee's Initial Disclosures for Adv. No. 10-04539, dated December 21, 2015
[Defendants'] Initial Disclosures for Adv. No. 10-04539, dated December 21, 2015
Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee
    [for Adv. No. 10-04539], dated June 21, 2016
Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of
    Documents and Interrogatories to the Trustee [for Adv. No. 10-04539], dated August 5, 2016
Defendants' Second Set of Requests for Production of Documents to the Trustee [for Adv. No. 10-04539],
    dated March 22, 2017
Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of
    Documents to the Trustee [for Adv. No. 10-04539], dated April 25, 2017
Responses and Objections of Defendant Barbara Keller to Trustee's First Set of Interrogatories
    for Adv. No. 10-04539, dated June 6, 2017
Responses and Objections of Defendant Barbara Keller to Trustee's First Request for Production of Documents
    for Adv. No. 10-04539, dated June 6, 2017
Responses and Objections of Defendant Gerald Keller to Trustee's First Set of Interrogatories
    for Adv. No. 10-04539, dated June 6, 2017
Responses and Objections of Defendant Gerald E. Keller to Trustee's First Request for Production of
    Documents for Adv. No. 10-04539, dated June 6, 2017
Responses and Objections of Defendant The Gerald and Barbara Keller Family Trust to Trustee's First Set of
    Interrogatories for Adv. No. 10-04539, dated June 6, 2017
Responses and Objections of Defendant The Gerald and Barbara Keller Family Trust to Trustee's First Request for
    Production of Documents for Adv. No. 10-04539, dated June 6, 2017
Trustee's Amended Initial Disclosures for Adv. No. 10-04539, dated June 12, 2017
Transcript of and Exhibits to Deposition of Gerald E. Keller for Adv. No. 10-04539 (SMB), dated September 13, 2017
Declaration of Theresa Pissi, Certified Public Accountant for Adv. No. 10-04539, dated January 2, 2018
Trustee's Second Amended Initial Disclosures for Adv. No. 10-04539, dated November 27, 2018
Trustee's Third Amended Initial Disclosures for Adv. No. 10-04539, dated May 30, 2019
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017
Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019
Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019
Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB),
    dated May 15, 2019
Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019
Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019
Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019