# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Keller Account

|  | Keller Account 1ZB314 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $2,898,852 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($4,795,000) |
| **Total** | **($1,896,148)** |