# Exhibit 4

BLMIS ACCOUNT NO. 1ZB314 - GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 3/20/1997 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 1,000,000 | - | MDPTPP06905382 | MDPTPP06905382 | 10-04539_Defendant_0000281 |
| 1/4/1999 | CHECK WIRE | 1,800,000 | 1,800,000 | - | - | - | 2,800,000 | - | MDPTPP06905508 | MDPTPP06905512 | 10-04539_Defendant_0000562 |
| 3/8/2004 | CHECK | (240,000) | - | (240,000) | - | - | 2,560,000 | - | MDPTPP06905888 | MDPTPP06905890 | 10-04539_Defendant_0000348 |
| 4/13/2004 | CHECK | (230,000) | - | (230,000) | - | - | 2,330,000 | - | MDPTPP06905892 | MDPTPP06905900 | 10-04539_Defendant_0000356 |
| 6/28/2004 | CHECK | (200,000) | - | (200,000) | - | - | 2,130,000 | - | MDPTPP06905909 | MDPTPP06905916 | 10-04539_Defendant_0000374 |
| 9/24/2004 | CHECK | (200,000) | - | (200,000) | - | - | 1,930,000 | - | MDPTPP06905928 | MDPTPP06905932 | 10-04539_Defendant_0000390 |
| 12/27/2004 | CHECK | (300,000) | - | (300,000) | - | - | 1,630,000 | - | MDPTPP06905943 | MDPTPP06905948 | 10-04539_Defendant_0000405 |
| 4/1/2005 | CHECK | (275,000) | - | (275,000) | - | - | 1,355,000 | - | MDPTPP06905968 | MDPTPP06905970 | 10-04539_Defendant_0000068 |
| 5/11/2005 | CHECK | (250,000) | - | (250,000) | - | - | 1,105,000 | - | MDPTPP06905972 | MDPTPP06905977 | 10-04539_Defendant_0000072 |
| 6/28/2005 | CHECK | (200,000) | - | (200,000) | - | - | 905,000 | - | MDPTPP06905979 | MDPTPP06905983 | 10-04539_Defendant_0000081 |
| 10/11/2005 | CHECK | (125,000) | - | (125,000) | - | - | 780,000 | - | MDPTPP06906000 | MDPTPP06906006 | 10-04539_Defendant_0000100 |
| 2/3/2006 | CHECK | (200,000) | - | (200,000) | - | - | 580,000 | - | MDPTPP06906027 | MDPTPP06906030 | 10-04539_Defendant_0000133 |
| 4/3/2006 | CHECK | (200,000) | - | (200,000) | - | - | 380,000 | - | MDPTPP06906039 | MDPTPP06906045 | 10-04539_Defendant_0000145 |
| 6/1/2006 | CHECK | (100,000) | - | (100,000) | - | - | 280,000 | - | MDPTPP06906054 | MDPTPP06906058 | 10-04539_Defendant_0000160 |
| 8/24/2006 | CHECK WIRE | 98,852 | 98,852 | - | - | - | 378,852 | - | MDPTPP06906068 | MDPTPP06906072 | 10-04539_Defendant_0000049 |
| 9/20/2006 | CHECK | (150,000) | - | (150,000) | - | - | 228,852 | - | MDPTPP06906074 | MDPTPP06906079 | 10-04539_Defendant_0000181 |
| 2/14/2007 | CHECK | (200,000) | - | (200,000) | - | - | 28,852 | - | MDPTPP06906103 | MDPTPP06906108 | 10-04539_Defendant_0000702 |
| 4/10/2007 | CHECK | (300,000) | - | (300,000) | - | - | (271,148) | (271,148) | MDPTPP06906117 | MDPTPP06906122 | 10-04539_Defendant_0000716 |
| 6/6/2007 | CHECK | (125,000) | - | (125,000) | - | - | (396,148) | (125,000) | MDPTPP06906129 | MDPTPP06906133 | 10-04539_Defendant_0000728 |
| 7/25/2007 | CHECK | (125,000) | - | (125,000) | - | - | (521,148) | (125,000) | MDPTPP06906135 | MDPTPP06906137 | 10-04539_Defendant_0000734 |
| 8/21/2007 | CHECK | (100,000) | - | (100,000) | - | - | (621,148) | (100,000) | MDPTPP06906139 | MDPTPP06906141 | 10-04539_Defendant_0000738 |
| 8/31/2007 | CHECK | (100,000) | - | (100,000) | - | - | (721,148) | (100,000) | MDPTPP06906139 | MDPTPP06906141 | 10-04539_Defendant_0000738 |
| 11/30/2007 | CHECK | (100,000) | - | (100,000) | - | - | (821,148) | (100,000) | MDPTPP06906153 | MDPTPP06906157 | 10-04539_Defendant_0000755 |
| 12/28/2007 | CHECK | (200,000) | - | (200,000) | - | - | (1,021,148) | (200,000) | MDPTPP06906159 | MDPTPP06906163 | 10-04539_Defendant_0000122 |
| 2/21/2008 | CHECK | (100,000) | - | (100,000) | - | - | (1,121,148) | (100,000) | MDPTPP06906167 | MDPTPP06906168 | 10-04539_Defendant_0000003 |
| 3/27/2008 | CHECK | (125,000) | - | (125,000) | - | - | (1,246,148) | (125,000) | MDPTPP06906169 | MDPTPP06906171 | 10-04539_Defendant_0000005 |
| 5/16/2008 | CHECK | (150,000) | - | (150,000) | - | - | (1,396,148) | (150,000) | MDPTPP06906179 | MDPTPP06906183 | 10-04539_Defendant_0000015 |
| 6/27/2008 | CHECK | (350,000) | - | (350,000) | - | - | (1,746,148) | (350,000) | MDPTPP06906185 | MDPTPP06906187 | 10-04539_Defendant_0000021 |
| 9/2/2008 | CHECK | (150,000) | - | (150,000) | - | - | (1,896,148) | (150,000) | MDPTPP06906198 | MDPTPP06906202 | 10-04539_Defendant_0000034 |
| | Total: | | $ 2,898,852 | $ (4,795,000) | $ - | $ - | $ (1,896,148) | $ (1,896,148) | | | |