# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

July 27, 2021

**VIA ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

      Re:    *Picard v The Whitman Partnership, et al.*
                **Adv. Pro. No. 10-04610 (CGM) (Bankr. S.D.N.Y.)**

Dear Judge Morris:

      We write on behalf of the Defendants to inform Your Honor that Bernard Whitman and Judith Whitman filed a bankruptcy petition on July 26, 2021. The Petition is enclosed. This effects an automatic stay against all proceedings against the Whitman Partnership and the partners including the Summary Judgment Motion returnable on Wednesday, July 28, 2021.

                                          Respectfully submitted,

                                          */s/ Helen Davis Chaitman*

                                          Helen Davis Chaitman

HDC:leb
Encl.

cc:    *All counsel of record via ECF*

{00047052 1 }