

Fred Perkins
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Telephone: 212-735-8600
Facsimile: 212-735-8708
fperkins@morrisoncohen.com
jmoldovan@morrisoncohen.com

*Counsel to Claimant David Silver*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Defendant., | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　Debtor.<br>v.<br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　Plaintiff,<br>v.<br>ORBITA CAPITAL RETURN STRATEGY LIMITED,<br>　　　　　Defendant. | Adv. Pro. No. 11-02537 (CGM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF NOTICING LIST

Pursuant to Local Rule 2009-1(e) of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, please withdraw the appearance of Fred Perkins as counsel of record for claimant David Silver.

The undersigned further requests to be removed from the ECF notice list in these cases.

Dated: July 27, 2021

*/s/ Fred Perkins*
Fred Perkins
Joseph T. Moldovan
**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022
Telephone: 212-735-8600
Facsimile: 212-375-8708
fperkins@morrisoncohen.com
jmoldovan@morrisoncohen.com
*Counsel to Claimant David Silver*

CERTIFICATE OF SERVICE

I, Fred Perkins, hereby certify that on the 27th day of July, 2021, I caused a copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from ECF Noticing List to be served via ECF upon those parties and their counsel who are registered in the above-captioned case to receive notice.

*/s/ Fred Perkins*
*Fred Perkins*
Joseph T. Moldovan
**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022
Telephone: 212-735-8600
Facsimile: 212-375-8708
fperkins@morrisoncohen.com
jmoldovan@morrisoncohen.com

*Counsel to Claimant David Silver*