# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

July 29, 2021

**Via ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

      Re:    *Picard v. The Gerald and Barbara Keller Family Trust, et al.*
              **Adv. Pro. No. 10-04539 CGM) (Bankr. S.D.N.Y.)**

Dear Judge Morris:

    We represent the Defendants in the above referenced case. I write with the consent of counsel for the Trustee, Nicholas J. Cremona, who has approved this letter, to request a two week extension of the briefing schedule on the Trustee's motion for summary judgment as follow:

- Defendants' opposition due date is moved from August 4, 2021 to August 18, 2021;
- Trustee's reply is moved from August 11, 2021 to September 1, 2021.

    In line with the extension, the Hearing before Your Honor should also be rescheduled from August 18, 2021 to September 15, 2021.

    We thank the Court for its consideration.

                                             Respectfully submitted,

                                             */s/ Helen Davis Chaitman*

                                             Helen Davis Chaitman

HDC:leb

cc:    Nicholas, J. Cremona (ncremona@bakerlaw.com) (via Email)
        All counsel via ECF

{00047062 2 }