**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>THE GERALD AND BARBARA KELLER FAMILY TRUST, GERALD E. KELLER, in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, BARBARA KELLER, in her capacity as Trustee of the Gerald and Barbara Keller Family Trust,<br><br>          Defendants. | Adv. Pro. No. 10-04539 (CGM) |

{00047083 1 }

# CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that on July 29, 2021 I caused a true and correct copy of the following documents:

- Letter on consent requesting two-week extension.

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF and by emailing the interested parties true and correct copies via electronic transmission to the email addresses as indicated below:

<u>By electronic mail upon:</u>

Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   July 29, 2021                                              */s/ Helen Davis Chaitman*
         New York, New York

{00047083 1 }                               2