**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE ONE FUND LTD.,<br><br>Defendant. | Adv. Pro. No. 10-04330 (CGM) |

**ORDER ISSUING A LETTER OF REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL**
**DOCUMENTS IN A CIVIL OR COMMERCIAL MATTER**

Upon the Motion (the "Motion"), dated June 25, 2021, brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in Switzerland to obtain the testimony of Mr. Luc Deblue; and it appearing that due and sufficient notice of the Motion has

been given under the circumstances; and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation; and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be signed and sealed by the Court for transmission to the appropriate judicial authority in Switzerland so that valid service of process may be effectuated upon Mr. Deblue.

**SO ORDERED.**



**Dated: August 3, 2021
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**