UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>SQUARE ONE FUND LTD.,<br><br>         Defendant. | Adv. Pro. No. 10-04330 (CGM) |

### ORDER AMENDING CASE MANAGEMENT PLAN

**WHEREAS** pursuant to Federal Rules of Civil Procedure 16 and 26, as incorporated by Bankruptcy Rules 7016 and 7026, Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701, *et seq.*, and Defendant Square One Fund Ltd. ("Square One," and with the Trustee, the

"Parties"), stipulated to the Case Management Plan, which was entered by this Court on July 16, 2019 (ECF No. 178);

WHEREAS, the Parties previously agreed in Section 2(a) of the Case Management Plan that all fact discovery shall be completed on or before July 30, 2021;

WHEREAS, the Parties further agreed in Section 2(d) of the Case Management Plan that they may serve document requests as provided in Rule 34 of the Federal Rules of Civil Procedure no later than June 15, 2021;

WHEREAS, the Parties further agreed in Section 2(e) of the Case Management Plan that they may serve interrogatories in accordance with Local Rule 7033-1 no later than June 15, 2021;

WHEREAS, the Parties further agreed in Section 2(f) of the Case Management Plan that they may serve requests for admission no later than June 15, 2021;

WHEREAS, the Parties further agreed in Section 2(h) of the Case Management Plan that all depositions of fact witnesses must be completed by July 30, 2021;

WHEREAS, the Parties further agreed in Section 3(a) that all expert discovery shall be completed by March 30, 2022;

WHEREAS, the Parties further agreed in Section 3(b) of the Case Management Plan that all disclosures of expert testimony under Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be made by October 29, 2021;

WHEREAS, the Parties further agreed in Section 3(b) of the Case Management Plan that all applications for permission of the Court for expert testimony beyond the scope of the opinion covered by the disclosures shall be made by November 30, 2021;

**WHEREAS**, the Parties further agreed in Section 3(b) of the Case Management Plan that all disclosures of opposition expert testimony under Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be made by December 30, 2021;

**WHEREAS**, the Parties further agreed in Section 3(c) of the Case Management Plan that all depositions of expert witnesses must be completed by February 28, 2022;

**NOW THEREFORE**, it is ORDERED that the deadline for the Parties to:

(i)  complete all fact discovery under Section 2(a) of the Case Management Plan shall be extended from July 30, 2021 to July 29, 2022;

(ii)  serve document requests under Section 2(d) of the Case Management Plan shall be extended from June 15, 2021 to June 15, 2022;

(iii)  serve interrogatories under Section 2(e) of the Case Management Plan shall be extended from June 15, 2021 to June 15, 2022;

(iv)  serve requests for admission under Section 2(f) of the Case Management Plan shall be extended from June 15, 2021 to June 15, 2022;

(v)  conduct all depositions of fact witnesses shall be extended from July 30, 2021 to July 29, 2022;

(vi)  complete all expert discovery under Section 3(a) of the Case Management Plan shall be extended from March 30, 2022 to January 31, 2023;

(vii)  make all disclosures of expert testimony under Section 3(b) of the Case Management Plan shall be extended from October 29, 2021 to August 31, 2022;

(viii)  make all applications for permission of the Court for expert testimony beyond the scope of the opinion covered by the disclosures under Section 3(b) of the Case Management Plan shall be extended from November 30, 2021 to September 30, 2022;

3

(ix) make all disclosures of opposition expert testimony under Section 3(b) of the Case Management Plan shall be extended from December 30, 2021 to October 31, 2022; and

(x) conduct all depositions of expert witnesses under Section 3(c) of the Case Management Plan shall be extended from February 28, 2022 to December 31, 2022.



**Dated: August 3, 2021
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**

4