IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Alan English and Rita English JT WROS | 002132 | 681; 719 | Phillips Nizer LLP | Alan English and Rita English J/T WROS | 1ZA220 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Cynthia Arenson & Theodore Arenson J/T WROS | 000241 | 675 | Phillips Nizer LLP | Cynthia Arenson & Theodore Arenson J/T WROS | 1ZA020 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Marvin Englebardt Retirement Plan | 000318 | 699 | Phillips Nizer LLP | Marvin Englebardt Ret Plan | 1ZA041 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| P&M Joint Venture, and Ellen Bernfeld and Marilyn Bernfeld | 001843 | 2692 | Becker & Poliakoff, LLP | P & M Joint Venture | 1EM239 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| R R Rosenthal Associates | 000206 | 724 | Phillips Nizer LLP | R R Rosenthal Associates | 1ZA238 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Robert Avergon and Jacqueline Avergon JT WROS | 000225 | 677 | Phillips Nizer LLP | Robert Avergon Jacqueline Avergon JT WROS | 1ZB095 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Sam Preffer and Shirley Preffer and Pamela Preffer TIC | 000881 | 610 | Phillips Nizer LLP | Sam Preffer and Shirley Preffer | 1ZA087 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Steven Kurland or Renee Kurland J/T WROS | 002365 | 999 | Pro Se Filing | Steven Kurland or Renee Kurland J/T WROS | 1ZA575 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |