**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (CGM) |
| Plaintiff-Applicant, | |
| | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S FORTY-THIRD OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

Upon consideration of the motion (the "Motion") [Docket No. ___], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections"); and the Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion [Docket No. ___]; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

found and determined that the relief sought in the Motion as set forth herein is in the best
interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation
and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided
herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on
Exhibit A hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters
arising from or related to this Order.

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alan English and Rita English JT WROS | 002132 | 681; 719 | Phillips Nizer LLP | Alan English and Rita English J/T WROS | 1ZA220 |
| Cynthia Arenson & Theodore Arenson J/T WROS | 000241 | 675 | Phillips Nizer LLP | Cynthia Arenson & Theodore Arenson J/T WROS | 1ZA020 |
| Marvin Englebardt Retirement Plan | 000318 | 699 | Phillips Nizer LLP | Marvin Englebardt Ret Plan | 1ZA041 |
| P&M Joint Venture, and Ellen Bernfeld and Marilyn Bernfeld | 001843 | 2692 | Becker & Poliakoff, LLP | P & M Joint Venture | 1EM239 |
| R R Rosenthal Associates | 000206 | 724 | Phillips Nizer LLP | R R Rosenthal Associates | 1ZA238 |
| Robert Avergon and Jacqueline Avergon JT WROS | 000225 | 677 | Phillips Nizer LLP | Robert Avergon Jacqueline Avergon JT WROS | 1ZB095 |
| Sam Preffer and Shirley Preffer and Pamela Preffer TIC | 000881 | 610 | Phillips Nizer LLP | Sam Preffer and Shirley Preffer | 1ZA087 |
| Steven Kurland or Renee Kurland J/T WROS | 002365 | 999 | Pro Se Filing | Steven Kurland or Renee Kurland J/T WROS | 1ZA575 |