# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: December 1, 2020 – March 31, 2021 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 7/6/2021 ECF No. 20603 | 12/1/2020 – 3/31/2021 | $31,664,050.83 | $31,664,050.83 | $28,497,645.75 | $10,045,076.21 | $38,542,721.96 | $164,513.86 | $164,513.86 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 7/6/2021 ECF No. 20604 | 12/1/2020 – 3/31/2021 | $113,481.05 | $113,481.05 | $90,784.84 | $51,957.89 | $142,742.73 | $7,376.27 | $7,376.27 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 7/6/2021 ECF No. 20605 | 12/1/2020 – 3/31/2021 | $837,730.80 | $837,730.80 | $670,184.64 | $417,789.14 | $1,087,973.78 | $5,821.56 | $5,821.56 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 7/6/2021 ECF No. 20606 | 12/1/2020 – 3/31/2021 | $98,328.31 | $98,328.31 | $78,662.65 | $59,574.58 | $138,237.23 | $8,073.49 | $8,073.49 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 7/6/2021 ECF No. 20607 | 12/1/2020 – 3/31/2021 | $61,338.69 | $61,338.69 | $49,070.95 | $35,910.68 | $84,981.63 | $693.62 | $693.62 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 7/6/2021 ECF No. 20619 | 12/1/2020 – 3/31/2021 | $1,680,720.50 | $1,680,720.50 | $1,344,576.40 | $1,143,725.78 | $2,488,302.18 | $1,725.80 | $1,725.80 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 7/6/2021 ECF No. 20608 | 12/1/2020 – 3/31/2021 | $105,638.09 | $105,638.09 | $84,510.47 | $228,479.47 | $312,989.94 | $0 | $0 |
| Eugene F. Collins, Special Counsel to the Trustee | 7/6/2021 ECF No. 20609 | 12/1/2020 – 3/31/2021 | $24,898.51 | $24,898.51 | $19,918.80 | $11,534.65 | $31,453.45 | $37.73 | $37.73 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | 7/6/2021 ECF No. 20610 | 12/1/2020 – 3/31/2021 | $238,281.94 | $238,281.94 | $190,625.55 | $90,817.83 | $281,443.38 | $3,308.69 | $3,308.69 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 7/6/2021 ECF No. 20611 | 12/1/2020 – 3/31/2021 | $7,567.56 | $7,567.56 | $6,054.05 | $9,604.82 | $15,658.87 | $0 | $0 |
| Soffer Avocats, Special Counsel to the Trustee | 7/6/2021 ECF No. 20612 | 3/3/2021 – 3/31/2021 | $10,097.70 | $10,097.70 | $8,078.16 | $0 | $8,078.16 | $1,187.24 | $1,187.24 |
| Velitor Law, Special Counsel to the Trustee | 7/6/2021 ECF No. 20613 | 2/25/2021 – 3/31/2021 | $5,920.20 | $5,920.20 | $4,736.16 | $0 | $4,736.16 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Kelley, Wolter & Scott, P.A., Special Counsel to the Trustee | 7/6/2021 ECF No. 20614 | 8/1/2020 – 3/31/2021 | $8,303.22 | $8,303.22 | $6,642.58 | $1,401.75 | $8,044.33 | $0 | $0 |
| Werder Vigano, Special Counsel to the Trustee | 7/6/2021 ECF No. 20615 | 12/1/2020 – 3/31/2021 | $0 | $0 | $0 | $1,270.63 | $1,270.63 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 7/6/2021 ECF No. 20616 | 12/1/2020 – 3/31/2021 | $45,703.15 | $45,703.15 | $36,562.52 | $41,145.42 | $77,707.94 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 7/6/2021 ECF No. 20617 | 12/1/2020 – 3/31/2021 | $0 | $0 | $0 | $5,870.25 | $5,870.25 | $0 | $0 |

Schedule A(1)                    DATE: __/__/__                    INITIALS: __ USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

### Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,314,036,939.81 | $1,314,036,939.81 | $1,303,505,324.95 | $19,486,933.87 | $19,486,933.87 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Eugene F. Collins, Special Counsel to the Trustee | $831,046.90 | $831,046.90 | $819,512.24 | $49,439.64 | $49,439.64 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,478,790.30 | $2,478,790.30 | $2,426,832.41 | $182,191.49 | $182,191.49 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,548,763.71 | $6,548,763.71 | $6,489,189.13 | $266,721.15 | $266,721.15 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,871,424.21 | $1,871,424.21 | $1,835,513.53 | $58,218.32 | $58,218.32 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $74,561,701.70 | $74,561,701.70 | $73,768,054.53 | $782,014.21 | $782,014.21 |
| UGGC & Associés, Special Counsel to the Trustee | $2,625,205.08 | $2,625,205.08 | $2,584,059.66 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,814.30 | $321,814.30 | $320,543.67 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $13,118,611.77 | $13,118,611.77 | $12,700,819.33 | $503,576.78 | $503,576.78 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,202,357.24 | $20,202,357.24 | $19,973,877.77 | $1,277,580.28 | $1,277,580.28 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $85,902.69 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $102,699.97 | $102,699.97 | $101,298.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $206,365.45 | $206,365.45 | $196,760.64 | $365.04 | $365.04 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,523,424.84 | $1,523,424.84 | $1,432,607.01 | $22,860.15 | $22,860.15 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $58,702.46 | $58,702.46 | $52,832.22 | $54.51 | $54.51 |
| Soffer Avocats, Special Counsel to the Trustee | $10,097.70 | $10,097.70 | $8,078.16 | $1,187.24 | $1,187.24 |
| Velitor Law, Special Counsel to the Trustee | $5,920.20 | $5,920.20 | $4,736.16 | $0 | $0 |

Schedule B(1)    DATE: __/__/__    INITIALS:  : __ USBJ