IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Beryl Stevens Rev Trust DTD 9/8/05 Et Al T.I.C | 006214 | 1043 | Pro Se Filing | Beryl Stevens Rev Trust DTD 9/8/05 Et Al T.I.C | 1ZA245 |
| Denton Family Irrevocable Trust, Elln Leeds And Susan Labriola Trustees | 006177 | 1872 | Phillips Nizer LLP | Denton Family Irrevocable TST DTD 9/6/06 Susan D Labriola | 1CM038 |
| Mishkin Family Trust | 004174 | 608 | Phillips Nizer LLP | Mishkin Family Trust | 1ZA030 |
| Pauline Silverstein Rev Trust UAD 4/7/86 Robert Silverstein Trustee | 010657 | 1021 | Pro Se Filing | Pauline Silverstein Rev Trust Uad 4/7/86 Robert Silverstein | 1ZB594 |
| Sheryl Weinstein & Ronald Weinstein J/T WROS | 006842 | 901 | Phillips Nizer LLP | Sheryl Weinstein & Ronald Weinstein J/T WROS | 1W0049 |
| The Allen Family Trust | 000105 | 639; 3051 | Phillips Nizer LLP; Becker & Poliakoff, LLP | The Allen Family Trust Dated 11/30/89 | 1CM406 |

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Brad E Avergon & Cynthia B Avergon JT WROS | 000264 | 510 | Phillips Nizer LLP | Brad E Avergon & Cynthia B Avergon J/T WROS | 1ZB094 |
| Henry Siegman Susan Einsenstat J/T WROS | 008249 | 1181 | Phillips Nizer LLP | Henry Siegman Susan Eisenstat J/T WROS | 1S0425 |