**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |

## NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that on behalf of Irving H. Picard (the "Trustee"), as trustee

for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, and the substantively consolidated estate

of Bernard L. Madoff, through his counsel Baker & Hostetler LLP, the hearing scheduled to be

held on **August 18, 2021 at 10:00 a.m.** is cancelled. All matters previously scheduled on that

date have been resolved by order of this Court or have been adjourned and no matters will be

scheduled to be heard on that date.

Dated:  August 13, 2021
      New York, New York

                           By: *Nicholas J. Cremona*
                           **BAKER & HOSTETLER LLP**
                           45 Rockefeller Plaza
                           New York, New York 10111
                           Telephone: (212) 589-4200
                           Facsimile: (212) 589-4201
                           David J. Sheehan
                           Email: dsheehan@bakerlaw.com
                           Nicholas J. Cremona
                           Email: ncremona@bakerlaw.com

                           *Attorneys for Irving H. Picard, Trustee for the*
                           *Substantively Consolidated SIPA Liquidation of*
                           *Bernard L. Madoff Investment Securities LLC*
                           *and the Chapter 7 Estate of Bernard L. Madoff*