**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>            Plaintiff,<br>    v.<br><br>SYLVAN ASSOCIATES LLC f/k/a Sylvan Associates Limited Partnership; DONALD R. SHAPIRO, in his capacity as a General Partner of Sylvan Associates Limited Partnership; THE ERIC NATHAN SHAPIRO 1989 TRUST, in its capacity, as a Limited Partner of Sylvan Associates Limited Partnership; THE EMILY | Adv. Pro. No. 10-04961 (CGM) |

| |
|---|
| LAUREN SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE JULIE BETH SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE LINDSAY ARIEL SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; ROBIN L. SHAPIRO, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust; ERIC N. SHAPIRO; EMILY L. SHAPIRO; JULIE B. SHAPIRO; and LINDSAY A. SHAPIRO, |
| Defendants. |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership, The Eric Nathan Shapiro 1989 Trust, in its capacity, as a Limited Partner of Sylvan Associates Limited Partnership, The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Eric N. Shapiro, Emily L. Shapiro, Julie B. Shapiro, and Lindsay A. Shapiro,

2

("Defendants") by and through their counsel, Helen Davis Chaitman of Chaitman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against the Defendants.

2. On September 18, 2015, Defendants served an answer to the Complaint.

3. On March 15, 2021, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding, and dismissal of the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
August 12, 2021

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER HOSTETLER LLP** | By: */s/Nicholas J. Cremona* |
| 811 Main, Suite 1100 | 45 Rockefeller Plaza |
| Houston, Texas 77002 | New York, New York 10111 |
| Telephone: (713) 751-1600 | Telephone: 212.589.4200 |
| Facsimile: (713) 751-1717 | Facsimile: 212.589.4201 |
| Dean D. Hunt | David J. Sheehan |
| Email: dhunt@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
hchaitman@chaitmanllp.com

*Attorney for Defendants*

**SO ORDERED**

**Dated: August 13, 2021**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**