# EXHIBIT 2



**KELLER INTERNATIONAL PUBLISHING LLC**

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-5414
e-mail: kellpub@worldnet.att.net

*creative publishing since 1882*

July 28, 1999

Mr. Frank Di Pascali
Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Re: **Accounts 1-ZB314-3-0 and 1-ZB314-4-0**

Dear Mr. Di Pascali:

I would appreciate your changing the name of my account to the following:

      Gerald E. Keller, Trustee
      The Gerald and Barbara Keller Family Trust
      U/A June 2, 1998

Please let me know if you need any additional information.

Sincerely,

*Gerald Keller*

Gerald E. Keller
President & Publisher

GEK/mj

7/30
lft v.ml msg
that we need
copy of TST

AMF00058472