EXHIBIT 3

| | | | |
|---|---|---|---|
| ☐ VOID  ☐ CORRECTED | | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY  10022<br>DIRECT INQUIRIES TO: 212 230-2470 | 1a Date of sale<br><br>1b CUSIP No<br><br>2 Stocks, bonds, etc.<br>$ 48913477.24  Reported to IRS  ☒ Gross proceeds  ☐ Gross proceeds less commissions and option premiums | OMB No. 1545-0715<br>**1999**<br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
| PAYER'S Federal identification number<br>13-1997126 | RECIPIENT'S identification number<br>REDACTED-7569 | 3 Bartering<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer<br>or State Copy |
| RECIPIENT'S name, address, and ZIP code<br><br>GERALD E KELLER TSTEE<br>GERALD E KELLER SEP PROPERTY<br>THE GERALD & BARBARA KELLER<br>FAMILY TRUST UA 6/2/98 | 5 Description<br><br>**Regulated Futures Contracts**<br>6 Profit or (loss) realized in 1999<br>$ | 7 Unrealized profit or (loss) on open contracts—12/31/98<br>$ | For Privacy Act and Paperwork Reduction Act Notice and instructions for completing this form, see the 1999 Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (optional)<br>123314 | 2nd TIN Not.<br>☐ | 8 Unrealized profit or (loss) on open contracts—12/31/99<br>$ | 9 Aggregate profit or (loss)<br>$ | |

Form **1099-B**                                                                 Department of the Treasury - Internal Revenue Service

MADTBB03151200

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Ordinary dividends $16108.11 | OMB No. 1545-0110 **1999** Form 1099-DIV | **Dividends and Distributions** |
|---|---|---|---|
| BERNARD L. MADOFF 885 THIRD AVE. NEW YORK, NY 10022 DIRECT INQUIRIES TO: 212 230-2470 | 2a Total capital gain distr. $ | | |
| PAYER'S Federal identification number 13-1997126 | RECIPIENT'S identification number REDACTED -7569 | 2b 28% rate gain $ | 2c Unrecap. sec. 1250 gain $ | Copy C For Payer or State Copy |
| RECIPIENT'S name, address, and ZIP code GERALD E KELLER TSTEE GERALD E KELLER SEP PROPERTY THE GERALD & BARBARA KELLER FAMILY TRUST UA 6/2/98 | 2d Section 1202 gain $ | 3 Nontaxable distributions $ | For Privacy Act and Paperwork Reduction Act Notice and instructions for completing this form, see the 1999 Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 4 Federal income tax withheld $ | 5 Investment expenses $ | |
| | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | |
| Account number (optional) 1ZB314   N | 2nd TIN Not. | 8 Cash liquidation distr. $ | 9 Noncash liquidation distr. $ | |

Form **1099-DIV**   Department of the Treasury - Internal Revenue Service

MADTBB03149697

| | | |
|---|---|---|
| ☐ VOID ☐ CORRECTED | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY  10022<br>DIRECT INQUIRIES TO: 212 230-2470 | 1a Date of sale<br><br>1b CUSIP No.<br><br>2 Stocks, bonds, etc.  $ 61936117.83   Reported to IRS ☒ Gross proceeds  ☐ Gross proceeds less commissions and option premium | OMB No. 1545-0715<br><br>20**00**<br>Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
| PAYER'S Federal identification number<br>13-1997126 | RECIPIENT'S identification number<br>REDACTED -7569 | 3 Bartering  $<br>4 Federal income tax withheld  $ | Copy C<br>For Payer or State Copy |
| RECIPIENT'S name, address, and ZIP code<br><br>GERALD E KELLER TSTEE<br>GERALD E KELLER SEP PROPERTY<br>THE GERALD & BARBARA KELLER<br>FAMILY TRUST UA 6/2/98 | 5 Description<br><br>**Regulated Futures Contracts**<br>6 Profit or (loss) realized in 2000  $<br>7 Unrealized profit or (loss) on open contracts—12/31/99  $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2000 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (optional)<br>128314   M | 2nd TIN Not. ☐ | 8 Unrealized profit or (loss) on open contracts—12/31/2000  $<br>9 Aggregate profit or (loss)  $ | |

Form **1099-B**    Department of the Treasury - Internal Revenue Service

MADTBB03130843

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Date of sale or exchange | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY 10022<br><br>DIRECT INQUIRIES TO: 212 230-2470 | 1b CUSIP no. | 2004<br>Form 1099-B | |
| | 2 Stocks, bonds, etc.<br>$ 76218842.80 | Reported to IRS ☒ Gross proceeds<br>☐ Gross proceeds less commissions and option premiums | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Bartering | 4 Federal income tax withheld | |
|---|---|---|---|---|
| 13-1997126 | REDACTED-7569 | $ | $ | Copy C<br>For Payer or State Copy |

| RECIPIENT'S name, address, and ZIP code | 5 No. of shares exchanged | 6 Classes of stock exchanged | |
|---|---|---|---|
| GERALD E KELLER TSTEE<br>GERALD E KELLER SEP PROPERTY<br>THE GERALD & BARBARA KELLER<br>FAMILY TRUST UA 6/2/98 | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 7 Description | | |
| | 8 Profit or (loss) realized in 2004<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2003<br>$ | |

| CORPORATION'S name, street address, city, state, and ZIP code | 10 Unrealized profit or (loss) on open contracts—12/31/2004 | 11 Aggregate profit or (loss) | |
|---|---|---|---|
| 1ZB314         M | $ | $ | |
| Account number (optional) | 2nd TIN not. | 12 Check the box if recipient cannot take a loss on their tax return based on the amount in box 2 . . . . ☐ | |

Form 1099-B                                                                                              Department of the Treasury - Internal Revenue Service

MADTSS00766227

| | | |
|---|---|---|
| ☐ VOID  ☐ CORRECTED | | |

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Date of sale or exchange | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY  10022<br><br>DIRECT INQUIRIES TO: 212 230-2470 | 1b CUSIP no. | 2007<br>Form 1099-B | |
| | 2 Stocks, bonds, etc.<br>$ 58220493.55 | Reported to IRS ☒ Gross proceeds<br>☐ Gross proceeds less commissions and option premiums | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Bartering<br>$ | 4 Federal income tax withheld<br>$ | |
|---|---|---|---|---|
| 13-1997126 | REDACTED-7569 | | | |

| RECIPIENT'S name, address, city, and ZIP code | 5 No. of shares exchanged | 6 Classes of stock exchanged | Copy C For Payer or State Copy |
|---|---|---|---|
| GERALD E KELLER TSTEE<br>GERALD E KELLER SEP PROPERTY<br>THE GERALD & BARBARA KELLER<br>FAMILY TRUST UA 6/2/98 | | 7 Description | For Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 8 Profit or (loss) realized in 2007<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2006<br>$ | |
| CORPORATION'S name | 10 Unrealized profit or (loss) on open contracts—12/31/2007<br>$ | 11 Aggregate profit or (loss)<br>$ | |
| Account number (see instructions)<br>1Z8314  M | 2nd TIN not.<br>☐ | 12 Check the box if recipient cannot take a loss on their tax return based on the amount in box 2  ☐ | |

Form 1099-B                                                Department of the Treasury - Internal Revenue Service

MADTSS00718956

## Instructions for Payers

General and specific form instructions are provided as separate products. The products you should use for 2007 are the General Instructions for Forms 1099, 1098, 5498, and W-2G and the 2007 Instructions for Form 1099-B. A chart in the general instructions gives a quick guide to which form must be filed to report a particular payment. To order these instructions and additional forms, visit the IRS website at *www.irs.gov* or call 1-800-TAX-FORM (1-800-829-3676).

**Caution:** *Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1098, 1099, or 5498 that you print from the IRS website.*

**Due dates.** Furnish Copy B of this form to the recipient by January 31, 2008 (March 17, 2008, if reporting dispositions from widely held fixed investment trusts).

File Copy A of this form with the IRS by February 28, 2008. If you file electronically, the due date is March 31, 2008. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically. IRS does not provide a fill-in form option.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S, Foreign Person's U.S. Source Income Subject to Withholding. See the Instructions for Form 1042-S and Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). For TTY/TDD equipment, call 304-267-3367 (not toll free). The hours of operation are Monday through Friday from 8:30 a.m. to 4:30 p.m., Eastern time. The service site can also be reached by email at *mccirp@irs.gov*.

1099-B / COPY C

MADTSS00718957

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Total ordinary dividends | OMB No. 1545-0110 | |
|---|---|---|---|
| BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY  10022<br><br>DIRECT INQUIRIES TO: 212 230-2470 | $ 56188.12<br>1b Qualified dividends<br>$ | 20**07**<br>Form 1099-DIV | Dividends and Distributions |
| | 2a Total capital gain distr.<br>$ | 2b Unrecap. Sec. 1250 gain<br>$ | Copy C |
| PAYER'S federal identification number  |  RECIPIENT'S identification number | | For Payer or State Copy |
| 13-1997126 | REDACTED-7569 | | |
| RECIPIENT'S name, address, city, and ZIP code | 2c Section 1202 gain<br>$ | 2d Collectibles (28%) gain<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| GERALD E KELLER TSTEE<br>GERALD E KELLER SEP PROPERTY<br>THE GERALD & BARBARA KELLER<br>FAMILY TRUST UA 6/2/98 | 3 Nondividend distributions<br>$ | 4 Federal income tax withheld<br>$ | |
| | | 5 Investment expenses<br>$ | |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| Account number (see instructions)   2nd TIN not. | 8 Cash liquidation distributions | 9 Noncash liquidation distributions | |
| 1ZB314           M      ☐ | $ | $ | |

Form **1099-DIV**                                                                 Department of the Treasury - Internal Revenue Service

MADTSS00716865

## Instructions for Payers

General and specific form instructions are provided as separate products. The products you should use to complete Form 1099-DIV are the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G and the 2007 Instructions for Form 1099-DIV. A chart in the general instructions gives a quick guide to which form must be filed to report a particular payment. To order these instructions and additional forms, visit the IRS website at *www.irs.gov* or call 1-800-TAX-FORM (1-800-829-3676).

**Caution:** *Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1098, 1099, or 5498 that you print from the IRS website.*

**Due dates.** Furnish Copy B of this form to the recipient by January 31, 2008.

File Copy A of this form with the IRS by February 28, 2008. If you file electronically, the due date is March 31, 2008. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically. IRS does not provide a fill-in form option.

**Foreign dividend recipient.** If the recipient of the dividend is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S, Foreign Person's U.S. Source Income Subject to Withholding. See the Instructions for Form 1042-S and Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

**Need help?** If you have questions about reporting on Form 1099-DIV, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). For TTY/TDD equipment, call 304-267-3367 (not toll free). The hours of operation are Monday through Friday from 8:30 a.m. to 4:30 p.m., Eastern time. The service site can also be reached by email at *mccirp@irs.gov*.

1099-DIV / COPY C

MADTSS00716866