# EXHIBIT 4

August 27, 2008

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $150,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058397

June 25, 2008

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $350,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058398

May 12, 2008

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $150,000 from Account No. 1-ZB314-3

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Suite 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

4.8 mil        5 — 5/16/08

AMF00058399

March 24, 2008

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3-1

I would like to withdraw $125,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Suite 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

3/27

AMF00058400

February 19, 2008

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $100,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Suite 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

4.9 mil    5-2/21/08

AMF00058401

December 27, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Suite 400
Great Neck, NY 11021

Thank you,

*Oswald E. Keller*

Gerald E. Keller

5.1mil        5-12/28

AMF00058402

November 26, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $100,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Suite 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

August 29, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account No. 1-ZB314-3

I would like to withdraw $100,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722. ✓

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Suite 400
Great Neck, NY 11021

Thank you,

*Gerald E. Keller*

Gerald E. Keller

AMF00058404

August 20, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $100,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

5.1 Mil            S-8|21

AMF00058405



# KELLER INTERNATIONAL
# PUBLISHING LLC

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-5414
e-mail: info@kellerpubs.com

*creative publishing since 1882*

July 2, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $125,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058406

06/01/2007  10:22    5168299722    KELLER EAST



## KELLER INTERNATIONAL PUBLISHING LLC

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-5414
e-mail: info@kellerpubs.com

*creative publishing since 1882*

June 1, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $125,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller



AMF00058407

April 5, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $300,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing Corp.
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058408

February 12, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058409

September 15, 2006

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

 Re: Account 1-ZB314-3

I would like to withdraw $150,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

*Gerald S. Keller*

Gerald E. Keller

5.2 Mil

S-9/20

AMF00058410

May 31, 2006

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $100,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller.
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

5.3 Mil

S-6/1

AMF00058411



*creative publishing since 1882*

## KELLER INTERNATIONAL PUBLISHING LLC

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-5414
e-mail: info@kellerpubs.com

March 31, 2006

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

5.3 mil          s - 4/3

AMF00058412

RCV'D ✓

January 30, 2006

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722. ✓

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058413

October 6, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $125,000 from Account No. 1-ZB314-3

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

5.4 mil        5-10-11

AMF00058414



**KELLER INTERNATIONAL**
**PUBLISHING LLC**

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-6414
e-mail: info@kellerpubs.com

*creative publishing since 1882*

June 24, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

AMF00058415

May 10, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $250,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

*Gerald E. Keller*

Gerald E. Keller

5.6 mil

S-5/11

AMF00058416

AMF00058417

March 31, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $275,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

RECV'D
3/31 ✓

AMF00058418

January 3, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $300,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller





AMF00058419

01/06/1997  15:50   619321   KELLER WEST   PAGE  01

September 22, 2004

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

9/24

AMF00058420



**KELLER INTERNATIONAL PUBLISHING LLC**

150 Great Neck Road, Great Neck, NY 11021 USA
· 516-829-9210 • Fax: 516-829-5414
e-mail: info@kellerpubs.com

*creative publishing since 1882*

June 22, 2004

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $200,000 from Account No. 1-ZB314-3.

Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road, Room 400
Great Neck, NY 11021

Thank you,

Gerald E. Keller

RECEIVED ✓
6/22

6/28

AMF00058421

April 6, 2004

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $230,000 from account 1-ZB314-3.
Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road
Great Neck, NY 11021

Thank you,

Gerald E. Keller

6.2 mil          5 - 4/13

March 5, 2004

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Re: Account 1-ZB314-3

I would like to withdraw $240,000 from account 1-ZB314-3.
Please confirm receipt of this request to fax number 516-829-9722.

Please mail the check to:

Gerald Keller
Keller International Publishing LLC
150 Great Neck Road
Great Neck, NY 11021

Thank you,

Gerald E. Keller

CK out
38

AMF00058423



*creative publishing since 1882*

## KELLER INTERNATIONAL
## PUBLISHING LLC

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-5414
e-mail: kellpub@worldnet.att.net

August 2, 1999

Mr. Frank Di Pascali
Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

<u>Re: **Accounts 1-ZB314-3-0 and 1-ZB314-4-0**</u>

Dear Mr. Di Pascali:

Please disregard my letter of July 28, 1999.

I would appreciate your changing the name on my account to the following:

Gerald E. Keller, Trustee
(Gerald E. Keller Separate Property)
The Gerald and Barbara Keller Family Trust
U/A June 2, 1998

Enclosed is a copy of the trust.

Please let me know if you need any additional information.

Sincerely,

*Gerald Keller*

Gerald E. Keller
President & Publisher

GEK/mj

Enclosure

AMF00058429



*creative publishing since 1882*

# KELLER INTERNATIONAL
# PUBLISHING LLC

150 Great Neck Road, Great Neck, NY 11021 USA
516-829-9210 • Fax: 516-829-5414
e-mail: kellpub@worldnet.att.net

July 28, 1999

Mr. Frank Di Pascali
Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Re: **Accounts 1-ZB314-3-0 and 1-ZB314-4-0**

Dear Mr. Di Pascali:

I would appreciate your changing the name of my account to the following:

> Gerald E. Keller, Trustee
> The Gerald and Barbara Keller Family Trust
> U/A June 2, 1998

Please let me know if you need any additional information.

Sincerely,

*Gerald Keller*

Gerald E. Keller
President & Publisher

GEK/mj

7/30
lft v.ml msg
that we need
copy of TST

AMF00058472