# EXHIBIT 5

3 scanned on B1-REJ by Operator LPAYNE on Apr 14, 2009 at 08:58:18 PM - Page 4 (

**BERNARD L. MADOFF**

311    2815-

152207

3/08 20 04

PAY TO THE ORDER OF    GERALD E KELLER TSTEE    $ ***240000*00

EXACTLY ****240,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-78316-3

FOR    BERNARD L. MADOFF

By

JPMSAF0021471

38677 scanned on B1-S01 by Operator EWILLIAMS on Apr 16, 2009 at 03:10:50 PM - Page 6 of 52.
Best Copy Available



**BERNARD L. MADOFF**

62-26
311

2815-09

153811

4/13 20 04

PAY TO THE ORDER OF  GERALD E KELLER TSTEE

EXACTLY ****230,000DOLLARS00CENTS

$ ***230000•00

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-ZB314-3

FOR

DOLLARS

BERNARD L. MADOFF

By

⑈0015381⑈⑈ ⑊031100267⑈ 6301428151 509⑈ ⑈0023000000⑈

BERNARD L. MADOFF

38730 scanned on B1-REJ by Operator LPAYNE on Apr 15, 2009 at 07:01:51 PM - Page 6 of 12.

**BERNARD L. MADOFF**

62-26
311
2815-09

154972

640081580 21 062904 095036 6/28 2004

PAY TO THE ORDER OF GERALD E KELLER TSTEE $ **200000.00

EXACTLY ****200,000DOLLARS00CENTS DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-ZB314-3

FOR

BERNARD L. MADOFF

By

⑈00154972⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0020000000⑈

FOR DEPOSIT ONLY
KELLER INTERNATIONAL PUBLISHING LLC
107
CITIBANK, N.A.

021000089

1329475

0000051449
021309378
06/30/04

REDACTED

38792 scanned on B1-S15 by Operator BPITTMAN on Apr 17, 2009 at 12:39:15 PM - Page 5 of 31.



38855 scanned on B1-S15 by Operator BPITTMAN on Apr 20, 2009 at 10:31:37 AM - Page 7 of 26.



**BERNARD L. MADOFF**

62-26
311    2815-09

159858

640056126 21 :122804 095

12/27 2004

PAY TO THE ORDER OF   GERALD E KELLER TSTEE

$ ***300000.00

EXACTLY ****300,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delsware
1201 Market Street
Wilmington, DE 19801
1-ZB314-3

BERNARD L. MADOFF

FOR _____    By _____

⑈00159858⑈ ⑈031100267⑈ 6301428151 509⑈ ⑈0030000000⑈



JPMSAF0033283



JPMSAF0033284

BANKONE/36350 scanned on B1-S02 by Operator BSHELTON on Apr 23, 2009 at 12:21:58 AM - Page 4 of 16.

**BERNARD L. MADOFF**

63-26
311        2815-09

164280

5/11 2005

Pay to the order of  GERALD E KELLER TSTEE                    $ ***250000.00

******TWO HUNDRED FIFTY THOUSAND 00/100  DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZB314-3
FOR _____                    By _____

⑈00164280⑈ ⑉031100267⑉ 630142815⑈ 509⑈        ⑈0025000000⑈

JPMSAF0034729

**BERNARD L. MADOFF**

82-26
311

2815-09

165058

640034692 21 063005 09500 6/28 7 2005

PAY TO THE ORDER OF    GERALD E KELLER TSTEE    |$ ***200000.00

******TWO HUNDRED THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-78314-3

FOR _____

BERNARD L. MADOFF

BY

⑆00165058⑆ ⑈031100267⑈ 6301428151 509⑆    ⑈00 20000000⑆

021000089    8216    >0210-0008<
L78831472 64 B00199    11 J7CITIBANK,NY
1341  64003946 __ '063005 2012422627
0618994779
07012005
031000040 FRB-PH1LA
ENT=1651 TRC=1648 PK=02



3100350171

| | |
|---|---|
| Posting Date | 2005 Jul 01 |
| Prime Sequence | 68994779 |
| Amount | $200,000.00 |
| Bank | 31100267 |
| Account: | 6301428151509 |
| Serial Field | 000000165058 |
| Bank No. | 802 |
| Item type | |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0035553

23-Jan-09                                                                06Jan09-1158
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003300236573  Posting date 13-OCT-05

BERNARD L. MADOFF

168733

660027849 21  101205 095089007   10/11  2005

PAY TO THE ORDER OF GERALD E KELLER TSTEE                    $ **125000*00

******ONE HUNDRED TWENTY FIVE THOUSAND 00/100      DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                    BERNARD L. MADOFF
Wilmington, DE 19801

FOR  1-Z8314-3

⑈00168733⑈ ⑆031100267⑆ 630142815⑈ 509⑈      ⑆0012500000⑆

AcctNum: 0000630142815509 Amount: 000000012500000
Serno: 000000168733 PostDate: 20051013 Sequence: 003300236573
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
BDK: 0802031 Bank: 003300236573 Bofd: CapSRC: 79
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: ItemType:

JPMSAF0039403

23-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003400448215 Posting date 07-FEB-06

BERNARD L. MADOFF

82-26
311          2815-09

171886

2/03   2006

650105685   07   020606   095089107

Pay to the order of   GERALD E KELLER TSTEE                    $ **200000.00

******TWO HUNDRED THOUSAND 00/100   DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-ZB314-3

By

⑃0017L886⑃ ⑃03LL00267⑃ 630L428L5L 509⑃        ⑃00200000000⑃

650105685 ⑃2062006 ⑃⑃20000009508910⑃ 05 RSN 06

82100021        ⑃071000089        8216   >0210-0008<
PAID  7    599⑃02233   REDACTED 9107CITIBANK,NY
12/07/06  431    30 6L354 650105685 020606 2012422627
3400448215

AcctNum: 00006301428151509 Amount: 000000020000000
Kerpo: 0000171886 PostDate: 20060207 Sequence: 003400448215
BankNum: 0802 RecvCode: 0001 Field4: 0000 ImageStat: 05
UDK: 08020802 TranRef: 03400448215 Reru: CapSec: 74
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum:   ItemType:

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003400254788  Posting date 06-APR-06

**BERNARD L. MADOFF**

62-26
311          2815-09

660042543  07  040506  095082/37    173401
4/03    20 06

PAY
TO THE
ORDER OF    GERALD E KELLER TSTEE

$ ***200000-00

******TWO HUNDRED THOUSAND 00/100                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZB314-3
FOR

BERNARD L. MADOFF

By

⑈0017340⑈ ⑈031100267⑈ 6301428151 509⑈    ⑈00 200000000⑈

660042543 #9052806 #000000095089107 05 RSN 00

REDACTED

021000089                    >0210-0008<
B00199                       107CITIBANK,NY
1374 660042543  040506  2012422627

021000021        6664
PAID    7    83076
04/06/06  031   39  61

3400254788

AcctNum: 000006301428151509 Amount: 000000020000000
SerNo: 0000173401 PostDate: 20060406 Sequence: 003400254788
BankNum: 02600000 ABACode: 3081 Field4: 0000 ImageStat: 05
HDR: 08020603080093400254788 BOFD: CapSRC: 74
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum:  ItemType:

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003200134395  Posting date 05-JUN-06

BERNARD L. MADOFF

82-26
311    2815-09

660021017 07 C60206    CHARGE/01    175042
20 06

PAY TO THE ORDER OF  GERALD E KELLER TSTEE                                    $ ***100000.00

******ONE HUNDRED THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                          BERNARD L. MADOFF

FOR  1-Z8314-3                                          By

⑈0017504 2⑈ ⑈031100267⑈ 630 14 28 151  509⑈    ⑈00 10000000⑈

CKG: DEPOSIT         06/02/06 12:19   FC#00199 FA# 048
026-02 Acct#        REDACTED 9107      $100,000.00 ONL

660021017 0602280 2 30000000799296641 05 RSN 00

021000089      8216    >0210-0008<
B00000         CHARGE   CITIBANK,NY
2221  REDACTED 017  060206 2012422027

02300002 1      3513
PAID      7      40692
06/05/06  031    30  61

3200134395

AcctNum: 000006301428151509 Amount: 000000010000000
Serno: 000017504-2 PostDate: 20060605 Sequence: 003200134395
BankNum: 0802 CkCode: 1001 Field4: 0000 ImageStat: 05
UDK: 0802060606003200134395 BOfD: CapSRC: 74
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: ItemType:

JPMSAF0046395

23-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 007000848444  Posting date 22-SEP-06

BERNARD L. MADOFF

62-26
311    2815-09

660034722  07  092106    CHARGE    177831
9 20  2006

PAY
TO THE
ORDER OF  GERALD E KELLER TSTEE                     $ ***150000.00

******ONE HUNDRED FIFTY THOUSAND 00/100            DOLLARS

Chase Manhattan Bank Delaware              BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR   1-Z8314-3                           BY

⑈00177831⑈ ⑆031100267⑆ 6301428151 509⑈        ⑈001500000000⑈

CKG: DEPOSIT          09/21/06 12:51   FC#00199 FA# 005
030-01 Acct#         REDACT 39107    $150,000.00 ONL

660034722  09212006  0000000005165760  05 RSN 00

021000089      8216    >0210-0008<
B00000        CHARGE   CITIBANK,NY
2226 660034722 092106 2012422627

021000021    0412
PAID    7    07/23
09/22/06  033   26  61
7000048444

AcctNum: 000006301428151509 Amount: 080000015000000
Serno: 000017831 PostDate: 20060922 Sequence: 007000848444
BankNum: 0804  BankDDA: 600034722 Rtld: 0000 ImageStat: 05
UDK: C002000083 Ck#007000848444 SoEO: CapSRC: 75
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: ItemType:

23-Jan-09                                                                06Jan09-1158
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 007800771674  Posting date 20-FEB-07

BERNARD L. MADOFF

82-26
311    2815-09

182626

640052475 07 021607  CHARGE 2/14 2007

PAY TO THE ORDER OF  GERALD E KELLER TSTEE                      |$ **200000*00

******TWO HUNDRED THOUSAND 00/100
                                                          DOLLARS

Chase Manhatan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-Z8J14-3
FOR _____                          BERNARD L. MADOFF
                                              By _____

⑈0018 26 26⑈ ⑉031100 267⑈ 6301 428 151 509⑈    ⑈00 20000000⑈

649052475 02142007 0000000069105007 05 RSM 00

        021000089        8216      >0210-0008<
        800000         CHARGE     CITIBANK,NA
        1847 640052475 021607 2012422627

105  2549  23
02282097
02130921
787077167A            $200,000.00 ONL  9101 REDACTED
                      FC0019 EAR 015  12:21 70/91/20

AcctNum: 000005301428151509 Amount: 000000020000000
Serno: 0000182626 PostDate: 20070220 Sequence: 007800771674
BankNum: 0000 SBRCode: 0002 Field4: 0009 ImageStat: 05
UDK: 0802267622000800771674 Field1: 021000021 CapSRC: PO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 2549 ItemType: P

23-Jan-09                                                              06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 008300673253  Posting date 13-APR-07

**BERNARD L. MADOFF**

82-26
311    2815-09

184768

640027322 07 041207  CHARGE  4/10  20 07

PAY TO THE ORDER OF  GERALD E KELLER TSTEE                    $ ***300000.00

******THREE HUNDRED THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZB314-3
FOR _____                                        BERNARD L. MADOFF

#00184768#  #031100267#  630142B151  509#      #0030000000#

640027322 04122007 0000000044616798 05 RSH 00

021000089          8216    >0210-0008<
B00000         CHARGE  CITIBANK,NA
2235 640027322 041207 2012422627

8370673253         $300,000.00 ONL              7406 REDACTED
                   04/12/07 13:23 FC00199 FA# 021

AcctNum: 000000630142B151509  Amount: 000000030000000
Serial: 000184768  PostDate: 20070413  Sequence: 008300673253
Bank: 00000  RtKey: 9001  Field4: 0001
DRR: 08020703135B8300673253  BOFD: 021000021  ImageSeq: 20
TranCode: 000000 RoutaTran: 03110026  DocType: 8
EntryNum: 3811 ItemType: P

24-Jan-09                                                            06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008100177975  Posting date 08-JUN-07

---

**BERNARD L. MADOFF**

62-26
311    2815-09

660028707  07  060707    CHARGE 6/06    20 07

185905

PAY TO THE ORDER OF    GERALD E KELLER TSTEE

$ ***125000*00

******ONE HUNDRED TWENTY FIVE THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-ZB314-3
FOR

BERNARD L. MADOFF

⑆00185905⑆ ⑈031100267⑈ 6301428151 509⑈    /00125000000/

---

660028707 06072007 0000009963177859 05 RSN 00

021000089      B216      >0210-0008<
B00000        CHARGE    CITIBANK, NA
2230  660028707  060707  2012422627

105  3725  23
06082007
021000021

8170177975

$125,000.00 ONL
- .966
06/07/07 12:14 FCJ 00199 FAX 056

REDACTED

AcctNum: 000000301428151509  Amount: 000000012500000
Berno: 000000185905  PostDate: 200710608  Sequence: 008100177975
BankNum: 0802  AppCode: 0002  Field4: 0002  Imagestat: 05
UDR: 08020760806810017795  BofD: 021000021  CapSEC: PO
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 3725  ItemType: D

23-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 008500784116  Posting date 27-JUL-07

---

**BERNARD L. MADOFF**

82-26
311      2815-09

187832

7/25  20 07

PAY TO THE ORDER OF  GERALD E KELLER TSTEE  2014782 07 072607  CHARGE  $ ***125000.00

******ONE HUNDRED TWENTY FIVE THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-ZB314-3

BERNARD L. MADOFF

By

⑆00187832⑆ ⑈031100267⑇ 6301428151 509⑆          /00125000.00/

660014782 07262007 0000009766543848 05 RSN 00

021000089        8216      >0210-0008<
B00233          CHARGE      CITIBANK, NA
1848 660014782 072607 2012422627
M5   3158   23
6727/2007
82100021

8570784116

AcctNum: 000008301428151509  Amount: 00000001250000
Serno: 000187832  PostDate: 20070727  Segpence: 008500784116
BankNum: 02602  CkSeqNum: 4003  22614422000  ImageSeq: 02
UDR: 08020707  008500784116  8080  000000000  CapSeq: PO
TranCode: 000800  RouteTran: 03110026  DocType: B
EntryNum: 3158  ItemType: P

---

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 008600843234  Posting date 23-AUG-07

---

**BERNARD L. MADOFF**

62-26
311        2815-08

640039801 07 082207    CHARGE    188285
                                  8/21   20 07

PAY TO THE ORDER OF   GERALD E KELLER TSTEE                    |$ ***100000*00

******ONE HUNDRED THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801              BERNARD L. MADOFF
1-ZB314-3
FOR _____              BY _____

⑈00188285⑈ ⑆031100267⑆ 6301428151 509⑈        ⑈0010000000⑈

144039801 08222887 8422223511873808 83 RSN 88

021000089        8216  ·>0210-0008<
B00368           CHARGE   CITIBANK,NA
2223 640039801 082207 2012422627

008600843234

AcctNum: 0000188285
EntryNum: 3095

24-Jan-09                                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008870654916  Posting date 06-SEP-07

BERNARD L. MADOFF

62-26
311        2815-09

660042349 07 090507    CHARGE    188480
8/31    2007

PAY TO THE ORDER OF  GERALD E KELLER TSTEE                    $ **100000-00

******ONE HUNDRED THOUSAND 00/100

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR____1-ZB314-3____

BERNARD L. MADOFF

BY _____

⑈0018848O⑈ ⑆03⑈10026⑈⑆ 6301428151 509⑈          ⑆0010000000⑆

669042369 090528*7 *0000003495788*9 *5 RSN *8

021000089         8216      >0210-0008<
B00412          CHARGE    CITIBANK,NA
195   4414  ⑈222 660042349 090507 2012422627
490k2007
02?99021
9870654916

AcctNum: 000008301428151509 Amount: 000000010000000
Serno: 000188480 PostDate: 20070906 Sequence: 008870654916
BankNum: 020070906 AccExp: 00001 Field44: 0000 ImageSeq: 05
UDR: 08020090906 00008876154916 Serno: 00000000 CapSEC: PO
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 0414 ItemType: p

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008870337426  Posting date 05-DEC-07

BERNARD L. MADOFF

62-26
311       2815-08

191155

6S0098800  07  120307                     11/30    20 07

PAY
TO THE
ORDER OF   GERALD E KELLER TSTEE                              $ ***100000.00

******ONE HUNDRED THOUSAND 00/100
DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-ZB314-3                                       by  [signature]

#00191155#  #031100267#  6301428151  509#        /0010000000/

021000089    8216    >0210-0008<
B00000      CHANGE    CITIBANK,NA
2737 6S0098800 120307 2012472677

195   1987  61
198PCNT
6749442
887033742

AcctNum: 000006301428151509  Amount: 000000010000000
Verng: 0000191155 PostDate: 20071205 Sequence: 008870337426
BankNum: 0802 AB800000001 Field4: 0000 ImagesSEB: 00
UDK: 08020712080887033742 SOFD: 000000000 CapSBC: PO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 1987 ItemType: P

JPMSAF0062166

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008670172223  Posting date 03-JAN-08

BERNARD L. MADOFF

62-26
311        2815-09

191901

6S0056366  07  010208    CHK 12/28  20 07

PAY TO THE ORDER OF   GERALD E KELLER TSTEE                    $ ***200000*00

******TWO HUNDRED THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1—ZB314—3
FOR _____                              BERNARD L. MADOFF

                                                By

⑈0019190l⑈ ⑉031100267⑉ 63014 28151 509⑈          ⑈00 20000000⑈

650056366  01022008  00000000l2G191G  05 RSH  00

021000089        8216    >0210-0008<
B00000          CHARGE    CITIBANK,NA
2224 650056366  010208  2012422627

8670172223

AcctNum: 0000630142815l509 Amount: 000000020000000
Memo: 0000191901 PostDate: 20080103 Sequence: 008670172223
BankNum: 0808 Seq2: 0001 Field44: 0000 ImageStat: 05
DDA: 0020801 008670172223 RCPT: 000000000000 CaptSeq: PO
TranCode: 000000 RouteTran: 03110028 DocType: 8
EntryNum: 2260 ItemType: P

24-Jan-09                                                              06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008770270686  Posting date 25-FEB-08

BERNARD L. MADOFF

82-26
311      2815-09

193950

640017809 07 022208    CHARGE 2/21    20 08

PAY TO THE ORDER OF  GERALD E KELLER TSTEE                    |$ ***100000.00

******ONE HUNDRED THOUSAND* 00/100
DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                          BERNARD L. MADOFF
FOR  1-Z8314-3                                By

"00193950"  :031100267:  630142815l  509"    . "00l0000000,"

640017809  #2222008  0000000001062900  #5 RSN  00

021000089        8216   •>02l0-0008<
B00000          CHARGE   CITIBANK, NA
165    295   011 049 640017809 022208 2012422627
00252436
01469702
8770270686

AcctNum: 000000530142815l509  Amount: 000000010000000
Serps: 0000193950  PostDate: 20080225  Sequence: 008770270686
BankNum: 0803  BnkccSeq: 0001  Field4: 0000  ImageStat: 08
UDK: 08020803-008770270686  BOBO: 000000080  CapSec: PO
TranCode: 00000  RouteTran: 03110026  DocType: 8
EntryNum: 2545  ItemType: P

JPMSAF0064853

24-Jan-09                                                              06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008970884807  Posting date 31-MAR-08

BERNARD L. MADOFF

52-26
311                  2815-09

194543

560023558 07 032808    CHARGE
3/27  2008

PAY
TO THE    GERALD E KELLER TSTEE                              $ **125000-00
ORDER OF

******ONE HUNDRED TWENTY FIVE THOUSAND 00/100
DOLLARS

Chase Manhattan Bank Delaware                    BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR    I-ZB314-3                          BY

⑆00194543⑆ ⑆031100267⑆ 530142B151 509⑆      ⑈0012500000⑈

660023558 63282005 000000011343540 11 RSN 00

021000089    8216    >0210-0008<
B00000      CHARGE    CITIBANK, NA
2218 660023558 032808 2012422627

105  3956  61
63312998
9769995Z

AcctNum: 000005301428151509 Amount: 000000012500000
Serno: 000194543 PostDate: 20080331 Sequence: 008970884807
BankNum: 00002 TraCode: 031134; 00000 ImageSeq: 00
UDR: 080208031605897088480 SeqD: 000000000 CapSRC: PO
TranCode: 000000 RoutoTran: 03110026   DocType: 8
EntryNum: 3956 ItemType: P

24-Jan-09                                                        06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008570388224 Posting date 20-MAY-08

BERNARD L. MADOFF

62-26
311         2815-09

196522

660076028  07  051903    CHARGE
5/16      08

PAY TO THE ORDER OF GERALD E KELLER TSTEE                    |$ **150000.00

******ONE HUNDRED FIFTY THOUSAND 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 15801
1-78314-3
FOR_____                    BERNARD L. MADOFF
By

#00196522#  :031100267:  6301428151 509#          /0015000000/

660076028 05192908 0000000074998374 11 RSN 00

105    212  51    021000089      B216    >0210-0005<
800000        CHARGE    CITIBANK, NA
07494940        164A 6600/C025 051908 2012422627

8570388224

AcctNum: 00000630142815150?  Amount: 000000015000000
Serno: 000019652? PostDate: 20080520 Sequence: 00857O388224
BankNum: 0814 AppCode: 0001 FieldG4? 0001 ImageStat: 05
IDX: 080208005670377388224 DDID: 00000000001 CapSeq: PO
TranCode: 055000 Route/Tran: 03110026  DocType: 8
EntryNum: 2312 ItemType: P

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008570209784 Posting date 01-JUL-08

BERNARD L. MADOFF

02-26
311        2815-06

197401

660068038  07  063008      CHARGE
6/27    20 06

PAY TO THE ORDER OF   GERALD E KELLER TSTEE                    $ **350000.00

******THREE HUNDRED FIFTY THOUSAND 00/100

DOLLARS

Chase Manhattan Bank Delaware                          BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
1-28314-3
FOR _____                              By _____

⑈0019740⑈⑆ ⑈031100267⑈ 63014281451 509⑈    ⑈0035000000⑈

021000089          8216      >0210-0006<
B00000            CHARGE    CITIBANK,NA
JP MORGAN CHASE BANK, NA    1837  660068038  063008  2012422627
TAB (069P0.15; IN 878/2009
MCI 859-PM-24 1/5 3367 01

8570209784

AcctNum: 0000963014281S1509  Amount: 000000035000000
SerP0: 000017401  PostDate: 20080701  Sequence: 008570209784
BankNum: 00000  06021  Cks: 00000
UDK: 08020807070660570209784  Batch: 000000000  CksSBat: 05
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 3387  ItemType: P

JPMSAF0068215

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008870515386  Posting date 04-SEP-08

BERNARD L. MADOFF

62-25
311    2815-09

199330

650014430 07 090308    CHARGE
9/02  20 08

PAY TO THE ORDER OF GERALD E KELLER TSTEE    $ **150000*00

*******ONE HUNDRED FIFTY THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-2B314-3
FOR _____    By _____

BERNARD L. MADOFF

"00199330" :031100267: 630142815 509"    "00150000000"

66001443e 09032ee8 eeeee09930565949 11 RSN 00

021000089      8216    >0210-0008<
B00000    CHARGE  CITIBANK,NA
185    5909  61 2732  650014430 080308  20124276277
09042008
674797762
8870515386

AcctNum: 000096301428151509 Amount: 000000015000000
Serno: 0000199330 PostDate: 20080904 Sequence: 008870515386
BankNum: 0883 ABACode: 0001 Seqd4: 0000 ImageStat: 08
UDK: 08020883040688705153386 BOFD: 000000000 CapSEC: PO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 3309 ItemType: P

JPMSAF0070050