08-01789-cgm   Doc 20699   Filed 08/18/21   Entered 08/18/21 08:35:18   Main Document
Pg 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA) LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC,<br><br>Defendants. | Adv. Pro. No. 09-01239 (CGM) |

## STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties in the above-captioned action, as follows:

1.  The time for Defendants to answer the Second Amended Complaint is extended to,

and including, September 30, 2021.

2. The foregoing deadline is without prejudice to any future extensions of time.

3.  By agreeing to this stipulation, the parties do not waive, and expressly preserve any

and all defenses, claims, and arguments they may have.

Date:   August 16, 2021
        New York, New York

*/s/ Erika Thomas*
**Baker & Hostetler LLP**
45 Rockefeller Plaza, 11th Floor
New York, New York 10111
Telephone: (212) 589-4200
David Sheehan
Email: dsheehan@bakerlaw.com
Erika Thomas
Email: ekthomas@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the estate of
Bernard L. Madoff*

*/s/ Andrew Hammond*
**White & Case LLP**
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Andrew Hammond
Email: ahammond@whitecase.com

*Attorney for Defendant Walter Noel, Jr.*

*/s/ Peter E. Kazanoff*
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Peter E. Kazanoff
Email: pkazanoff@stblaw.com
Sarah L. Eichenberger
Email: Sarah.Eichenberger@stblaw.com

*Attorneys for Defendants Fairfield Greenwich
(Bermuda), Limited, Fairfield Greenwich Advisors
LLC, Fairfield Greenwich Limited, Fairfield
International Managers, Inc., Amit Vijayvergiya,
Philip Toub, Corina Noel Piedrahita, Greenwich
Capital Partners, and Share Management LLC*

*/s/ Daniel J. Fetterman*
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Marc E. Kasowitz
Email: mkasowitz@kasowitz.com
Daniel J. Fetterman
Email: dfetterman@kasowitz.com

*Attorneys for Defendant Jeffrey Tucker*

*/s/ Neil A. Steiner*
**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Andrew Levander
Email: andrew.levander@dechert.com
Neil Steiner
Email: neil.steiner@dechert.com

*Attorneys for Defendant Andrés Piedrahita*

*/s/ Fletcher W. Strong*
**Wollmuth Maher & Deutsch LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
William A. Maher
Email: wmaher@wmd-law.com
Fletcher W. Strong
Email: fstrong@wmd-law.com

*Attorneys for Defendants Fairfield Investment Fund Limited and Stable Fund, L.P.*

**/s/ Cecelia G. Morris**

_____

**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

**Dated: August 18, 2021**
**Poughkeepsie, New York**

