UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, *et al.*,<br><br>   Defendants. | Adv. Pro. No. 09-01364 (CGM) |

**STIPULATION TO FILE AMENDED ANSWER AND
AFFIRMATIVE DEFENSES**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Irving H. Picard,

as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll and the substantively consolidated estate of Bernard L. Madoff and Defendant Alpha Prime Fund Limited, by and through their respective counsel, that Alpha Prime Fund Limited may file an Amended Answer and Affirmative Defenses, a copy of which is attached hereto as Exhibit A.

Dated:     New York, NY
           August 18, 2021

/s/ Geoffrey A. North
**Baker & Hostetler LLP**
45 Rockefeller Plaza, 11th Floor
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com
*Attorneys for Plaintiff Irving H. Picard, trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

/s/ Todd E. Duffy
**DuffyAmedeo LLP**
132 W. 31st Street, 9th Floor
New York, NY 10001
Telephone: (212) 729-5832
Facsimile: (212) 208-2437
Todd E. Duffy
Email: tduffy@duffyamedeo.com
Douglas A. Amedeo
Email: damedeo@duffyamedeo.com

*Attorneys for Defendant Alpha Prime Fund Ltd.*

**IT IS SO ORDERED:**

**Dated: August 19, 2021**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**