# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*

hchaitman@chaitmanllp.com

August 19, 2021

**Via ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

      **Re:** *Picard v Estate of Seymour Epstein, et al.*
           **Adv. Pro. No. 10-04438 (CGM) (Bankr. S.D.N.Y.)**

Dear Judge Morris:

    I write on behalf of Defendants/Appellants with the consent of Seanna Brown, of Baker & Hostetler LLP, to respectfully request that you enter the enclosed stipulation for posting a bond pending appeal. The bond, a copy of which is enclosed, has been reviewed and approved by Ms. Brown. Once the stipulation has been entered, we will file the original bond with the Court.

                                       Respectfully submitted,

                                       */s/ Helen Davis Chaitman*

                                       Helen Davis Chaitman

HDC:aws

Enclosures (as stated)

cc:    (*Via email*)
       Seanna Brown (sbrown@bakerlaw.com)

{00047204 2 }