**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff-Appellee,<br>      v.<br>ESTATE OF SEYMOUR EPSTEIN, MURIEL EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or trusts created by the Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, HERBERT C. KANTOR, trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, and SHELBURNE SHIRT COMPANY, INC.,<br>                Defendants-Appellants. | Adv. Pro. No. 10-04438 (CGM)<br><br>Appeal No. 1:21-cv-02334-CM |

**STIPULATION FOR POSTING OF BOND PENDING APPEAL**

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), and the Defendants-Appellants hereby stipulate as follows:

WHEREAS a judgment was entered by this Court against the Defendants on February 3, 2021 (ECF No. 158); and

{00047206 1 }

WHEREAS Defendants-Appellants have appealed the judgment to the District Court; and

WHEREAS Defendants-Appellants have secured a bond pending appeal in form and amount satisfactory to the Trustee (see Ex. A hereto);

Now, therefore, pursuant to Bankruptcy Rule 8007-1, the Court directs that the original bond be filed with the Clerk of the Court within ten days of entry of this Order.

Dated:  August      , 2021

_____
Cecilia Morris, Bankruptcy Judge

CONSENTED TO:

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
sbrown@bakerlaw.com


By */s/ Seanna Brown*_____
    Seanna Brown, Esq.

Attorneys for Irving H. Picard, Trustee


Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com


By */s/ Helen Davis Chaitman*
    Helen Davis Chaitman, Esq.

Attorneys for Defendants-Appellants

{00047206 1 }