**DUFFYAMEDEO, LLP**
132 W. 31st Street, 9th Floor
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>                       Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                       Plaintiff,<br>   - against –<br>**HSBC BANK PLC, et. al.**<br>                       Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**CERTIFICATE OF SERVICE**

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a member of the law firm of DuffyAmedeo LLP, which has its address as 132 W. 31st Street, 9th Floor, New York, NY 10010.  On August 19, 2021, I caused to be served via electronic mail and/or ECF a true and correct copy of the AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF ALPHA PRIME FUND LIMITED upon those parties listed in Exhibit A annexed hereto.

2.     I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

*/s/ Todd E. Duffy*
Todd E. Duffy

Dated: August 19, 2021

**Exhibit A**

Oren Warshavsky
owarshavsky@bakerlaw.com
Geoffrey A. North
gnorth@bakerlaw.com
Tatiana Markel
tmarkel@bakerlaw.com
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Counsel to the Trustee

Joseph M. Kay
Nowell Bamberger
Cleary Gottlieb Steen & Hamilton LLP
Email: jkay@cgsh.com
Email: nbamberger@cgsh.com
One Liberty Plaza
New York, NY 10006
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.

Frank Velie
Jonathan Kortmansky
BraunHagey & Borden LLP
7 Times Square
27th Floor
New York, NY 10036
kortmansky@braunhagey.com
velie@braunhagey.com

Nicholas Kajon
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
nfk@stevenslee.com