**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM**

The Estate of Boyer Palmer and Diane Holmers and Bruce Palmer, both in their capacity as personal representatives of the Estate of Boyer Palmer (the "Claimants"), having filed an objection (Docket No. 2531) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim number 009464, hereby give notice that they withdraw their respective objection.

Dated: August 20, 2021

                                            CHAITMAN LLP

                                            */s/ Helen Chaitman*
                                            Helen Chaitman
                                            465 Park Avenue
                                            New York, NY 10022
                                            Tel. No. 888-759-1114

                                            *Attorney for Claimants*