UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789  (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

Richard G. Eaton (the "Claimant"), having filed an objection (Docket No. 840) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims #006310, 013916, 015097, 015293, and 015336, hereby gives notice that he withdraws his objection.

Dated: August 20, 2021

CHAITMAN LLP

/s/ Helen Chaitman
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorneys for Claimant*