**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

The Fern C. Palmer Revocable Trust (the "Claimant"), having filed an objection (Docket No. 2365) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim numbers 009582, 012176, and 012193, and an objection (Docket No. 3502) and an amended objection (Docket No. 3508) to the Trustee's Revised Notice of Determination of Claim, hereby gives notice that it withdraws its respective objections.

Dated: August 20, 2021

                                                              CHAITMAN LLP

                                                              */s/ Helen Chaitman*
                                                              Helen Chaitman
                                                              465 Park Avenue
                                                              New York, NY 10022
                                                              Tel. No. 888-759-1114

                                                              *Attorney for Claimants*