UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM

On October 6, 2010, Denis Castelli (the "Claimant") filed an objection (ECF No. 3022) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim number 002488. The Claimant died on April 19, 2014. Athena Arvan, as the Claimant's estate representative, hereby gives notice that she withdraws the Claimant's respective objection on his behalf.

Dated: August 25, 2021

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimant*