IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Brody Family LTD Partnership #1 | 003183 | 745 | Pro Se Filing | Brody Family Limited Partnership #1 | 1ZB311 |
| Diana P Victor | 006047 | 1143 | Dewey & LeBoeuf LLP | Diana P Victor | 1ZA126 |
| Eric F. Salzman, General Partner of Black River Associates LP | 006048 | 2184 | Pro Se Filing | Black River Associates LP | 1CM795 |