**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Nicholas J. Cremona  
Jorian L. Rose  
Amy E. Vanderwal  
Jason I. Blanchard  

Hearing Date: October 20, 2021  
Hearing Time: 10:00 a.m. (EST)  
Objections Due: September 29, 2021  
Objection Time: 4:00 p.m. (EST)  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the chapter 7 estate of Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. <br> In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

**NOTICE OF HEARING ON TRUSTEE'S FORTY-FOURTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

   **PLEASE TAKE NOTICE** that on September 1, 2021, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, ("SIPA") and the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel,

filed the motion (the "Motion") for entry of an order affirming the Trustee's claims determinations and overruling objections that appear to raise factual issues. The Motion will be heard before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on **October 20, 2021 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451−6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion you are required to serve a written objection ("Objection") so that it is received by **September 29, 2021** (the "Objection Deadline"). An Objection must be served on the Trustee and the Securities Investor Protection Corporation by mailing the Objection to the following addresses: (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq. Any Objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion. Upon receipt of an

Objection, the Trustee shall file the Objection with the Clerk of the United States Bankruptcy Court and deliver a courtesy copy to Chambers.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely served with respect to the Motion, the Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed hereto, which order may be entered without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: New York, New York                    Respectfully submitted,
      September 1, 2021

                                                                     /s/ David J. Sheehan
                                               **Baker & Hostetler LLP**
                                               45 Rockefeller Plaza
                                               New York, New York 10111
                                               Tel: (212) 589-4200
                                               Fax: (212) 589-4201
                                               David J. Sheehan
                                               Email: dsheehan@bakerlaw.com
                                               Nicholas J. Cremona
                                               Email: ncremona@bakerlaw.com
                                               Jorian L. Rose
                                               Email: jrose@bakerlaw.com
                                               Amy E. Vanderwal
                                               Email: avanderwal@bakerlaw.com
                                               Jason I. Blanchard
                                               Email: jblanchard@bakerlaw.com

                                               *Attorneys for Irving H. Picard, Trustee for the*
                                               *Substantively Consolidated SIPA Liquidation*
                                               *of Bernard L. Madoff Investment Securities LLC*
                                               *and the chapter 7 estate of Bernard L. Madoff*