UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant, | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>THE GERALD AND BARBARA KELLER FAMILY TRUST, GERALD E. KELLER, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, BARBARA KELLER, individually and in her capacity as Trustee of the Gerald and Barbara Keller Family Trust,<br><br>    Defendants. | Adv. Pro. No. 10-04539 (CGM) |

**CERTIFICATE OF SERVICE**

  I, Nicholas G. Hallenbeck, hereby certify that on September 1, 2021, I caused the

*Securities Investor Protection Corporation's Memorandum of Law in Support Of The Trustee's*

*Motion For Summary Judgment and In Support of the Trustee's Opposition to Defendants' Cross-Motion For Summary Judgment* to be served, by electronic mail, upon counsel for those parties who receive electronic service through ECF and by electronic mail or prepaid regular U.S. Mail, to those parties as set forth on the attached Schedule A.

    */s/ Nicholas G. Hallenbeck*
NICHOLAS G. HALLENBECK

## SCHEDULE A

**Helen Davis Chaitman**
Chaitman LLP
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
Email: hchaitman@chaitmanllp.com