UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendants. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(SUBSTANTIVELY CONSOLIDATED)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/20/2021 |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LOWREY. et al.,<br><br>Defendants. | 18 CIV 5381 (PAE)<br><br>Bankr. Adv. Pro. No. 10-04387 (CGM) |

## SATISFACTION OF JUDGMENT

WHEREAS, on February 8, 2019, a judgment was entered in the above action in favor of IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff as Plaintiff and against JAMES LOWREY and MARIANNE LOWREY for the sum of $582,182; against TURTLE CAY PARTNERS for the sum of $7,845,089; and against COLDBROOK ASSOCIATES PARTNERSHIP for the sum of $1,093,402, plus interest of 2.58% from February 8, 2019, and

WHEREAS, on April 9, 2019, a Supersedeas Bond was duly docketed with the Clerk of the Court, and

WHEREAS, said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: May 19, 2021
New York, New York

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

STATE OF NEW YORK ) 
) ss.: 
COUNTY OF NEW YORK )

On the 19th day of May, 2021, before me personally came Seanna R. Brown to me known and known to be a member of the firm of Baker & Hostetler LLP, attorneys for Plaintiff Irving H. Picard, Trustee for the consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, in the above-entitled action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that she executed the same.

MICHAEL M. IANNUZZI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02IA6222946
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 06/01/2022

_____
Notary Public

*Signor located in New York County. Notary located in Nassau County. Notarized pursuant to Executive Order 202.7 (as extended).*

-3-