UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :

In re: BERNARD L. MADOFF INVESTMENT    :
SECURITIES LLC,                                    :
                                                                      :         20-CV-1029 (JMF)
                               Debtor.                    :
                                                                      :         NOTICE OF INITIAL
---------------------------------------------------------------------- :        PRETRIAL CONFERENCE
                                                                       :

IRVING H. PICARD, *Trustee for the Liquidation of*  :
*Bernard L. Madoff Investment Securities LLC, and*  :
*Bernard L. Madoff*,                                     :
                                                                      :
                              Plaintiff,                :
                                                                       :
          -v-                                                         :
                                                                     :
RAR ENTREPRENEURIAL FUND, LTD. et al.,    :
                                                                     :
                          Defendants.          :
                                                                       :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 6, 2020, Defendant RAR Entrepreneurial Fund, Ltd. moved to withdraw the reference in this case.  ECF No. 1.  On February 18, 2020, Plaintiff filed a notice of consent to the motion.  ECF No. 5.  Accordingly, the motion is GRANTED on consent.  *See, e.g.*, *Buchwald v. Renco Grp.*, 539 B.R. 31, 36 (S.D.N.Y. 2015).

       It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on **March 9, 2020**, at **4:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF Rules & Instructions, which are available at https://www.nysd.uscourts.gov/electronic-case-filing.  **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts. gov/hon-jesse-m-furman.**  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

       The Clerk of Court is directed to terminate ECF Nos. 1 and 5.

       SO ORDERED.

Dated: February 24, 2020                    _____
      New York, New York                        JESSE M. FURMAN
                                              United States District Judge