UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :
        Plaintiff,                      :          12-mc-115 (JSR)
                                        : Adv. Pro. No. 08-01789 (SMB)
        -v-                             :
                                        :              ORDER
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
        Defendant.                      :
----------------------------------------x
                                        :
In re:                                  :
                                        :
MADOFF SECURITIES                       :                    8/4/14
                                        :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

    On July 10, 2014, the Court issued an Order directing counsel

to parties with individual issues not addressed by the Court's

decisions in the consolidated withdrawals to inform the Court by

letter by July 18, 2014. See ECF No. 552. The Court received several

such letters and addressed the issues they raised in separate

Orders. Any remaining motions to withdraw the reference are hereby

denied and all the adversary proceedings are returned to the

Bankruptcy Court. The Clerk of Court is directed to close all the

civil cases seeking to withdraw the reference related to this

matter.

    SO ORDERED.

Dated: New York, NY
August  _l_ , 2014                       JED S. RAKOFF, U.S.D.J.

                                1