**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Michael A. Sabella
msabella@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE M. MARDEN; THE CHARLOTTE M. MARDEN IRREVOCABLE INSURANCE TRUST, a Florida trust; NEAL J. NISSEL, as trustee; JAMES P. | Adv. Pro. No. 10-05118 (CGM) |

| |
|---|
| MARDEN; PATRICE M. AULD; ALEXANDRIA K. MARDEN; GABRIELLE Z. MARDEN; MEGHAN M. AULD; ELIZABETH C. AULD; AND O.A., a minor, |
| Defendants. |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 19027), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for September 15, 2021 has been further adjourned until **December 15, 2021 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge.

Dated:  New York, New York
        September 9, 2021

                                        BAKER & HOSTETLER LLP

                                        By: */s/ Nicholas J. Cremona*
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: 212.589.4200
                                        Facsimile: 212.589.4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Nicholas J. Cremona
                                        Email: ncremona@bakerlaw.com
                                        Michael A. Sabella
                                        Email: msabella@bakerlaw.com

                                        *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*