# EXHIBIT A

## SIPC v. BLMIS
Case No. 08-01789 (CGM)

## ACTIVE GOOD FAITH CASES

| APN | DEFENDANT(S) | NOTICED FOR CONFERENCE |
|---|---|---|
| 10-04292 | Robert Roman | |
| 10-04302 | Joan Roman | |
| 10-04341 | Marden, et al. | |
| 10-04343 | Patrice Auld, et al. | |
| 10-04348 | Marden Family Limited Partnership, et al. | |
| 10-04352 | RAR Entrepreneurial Fund LTD, et al.[1] | |
| 10-04362 | Sage Associates, et al.[2] | |
| 10-04384 | Lanx BM Investments, LLC, et al. | |
| 10-04394 | Frederic Z. Konigsberg, et al. | |
| 10-04400 | Sage Realty, et al.[3] | |
| 10-04438 | Estate of Seymour Epstein, et al.[4] | |
| 10-04468 | Ken-Wen Family Limited Partnership, et al.[5] | |
| 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. | |
| 10-04503 | Judd Robbins | |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. | Yes |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | |
| 10-04562 | Robert F. Ferber | |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al.[6] | |
| 10-04610 | The Whitman Partnership, et al. | |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | Yes |
| 10-04655 | Jaffe Family Investment Partnership, et al. | |
| 10-04667 | David Gross, et al. | |
| 10-04669 | Zieses Investment Partnership, et al.[7] | |
| 10-04702 | S&L Partnership, a New York partnership, et al. | Yes |

---

[1] *Picard v. RAR Entrepreneurial Fund LTD*, Adv. Pro. No. 10-04352 (Bankr. S.D.N.Y.) (CGM), No. 20-cv-01029 (JMF) (S.D.N.Y.)

[2] *Picard v. Sage Associates*, Adv. Pro. No. 10-04362 (Bankr. S.D.N.Y.) (CGM), No. 20-cv-10057 (AJN) (S.D.N.Y.)

[3] *Picard v. Sage Realty*, Adv. Pro. No. 10-04400 (Bankr. S.D.N.Y.) (CGM), No. 20-cv-10109 (AJN) (S.D.N.Y.)

[4] *Picard v. Estate of Seymour Epstein*, Adv. Pro. No. 10-04438 (Bankr. S.D.N.Y.) (CGM), 21-cv-02334 (CM) (S.D.N.Y.)

[5] Young Conaway Stargatt & Taylor, LLP is counsel for the Trustee in this case. BakerHostetler represents the Trustee in each of the other active Good Faith cases.

[6] *Picard v. Jacob M. Dick Rev Living Trust DTD 4/6/01*, Adv. Pro. No. 10-04570 (Bankr. S.D.N.Y.) (CGM), No. 21-cv-00706 (JPO) (S.D.N.Y.)

[7] *Picard v. Zieses Investment Partnership*, Adv. Pro. No. 10-04669 (Bankr. S.D.N.Y.) (CGM), No. 20-cv-02872 (VSB) (S.D.N.Y.)

| APN | DEFENDANT(S) | NOTICED FOR CONFERENCE |
|---|---|---|
| 10-04709 | Andrew M. Goodman[8] | |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Yes |
| 10-04752 | Kuntzman Family LLC, et al. | |
| 10-04762 | James M. Goodman[9] | |
| 10-04889 | Estate of Robert Shervyn Savin, et al. | |
| 10-04912 | Harry Smith Revocable Living Trust, et al. | |
| 10-04986 | Sharon Knee | Yes |
| 10-05079 | Estate of James M. Goodman, et al.[10] | |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | Yes |
| 10-05118 | Charlotte M. Marden | |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | |
| 10-05128 | JABA Associates LP, et al.[11] | |
| 10-05144 | Estate of Bernard J. Kessel, et al. | Yes |
| 10-05168 | Bernard Marden Profit Sharing Plan,etc.,et al. | |
| 10-05169 | Fairfield Pagma Associates,etc.,et al. | Yes |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al | |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | |
| 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | |
| 10-05394 | Glantz | |
| 10-05420 | Gunther K. Unflat, et al. | |
| Total: 44 | | |

---

[8] *Picard v. Andrew M. Goodman*, Adv. Pro. No. 10-04709 (Bankr. S.D.N.Y.) (CGM), 20-cv-04767 (MKV) (S.D.N.Y.)

[9] *Picard v. Estate of James M. Goodman*, Adv. Pro. No. 10-04762 (Bankr. S.D.N.Y.) (CGM), No. 21-cv-00907 (VSB) (S.D.N.Y.)

[10] *Picard v. Estate of James M. Goodman*, Adv. Pro. No. 10-05079 (Bankr. S.D.N.Y.) (CGM), No. 21-cv-01763 (LJL) (S.D.N.Y.)

[11] *Picard v. JABA Associates LP*, Adv. Pro. No. 10-05128(Bankr. S.D.N.Y.) (CGM), No. 21-872 (2d Cir.)