# EXHIBIT B

## SIPC v. BLMIS
Case No. 08-01789 (CGM)

### ACTIVE SUBSEQUENT TRANSFEREE CASES

| APN | DEFENDANT(S) | TRUSTEE'S COUNSEL | NOTICED FOR CONFERENCE |
|---|---|---|---|
| 10-05345 | Citibank, N.A., et al.[1] | Baker & Hostetler LLP | YES |
| 10-05346 | Merrill Lynch International | Baker & Hostetler LLP | YES |
| 10-05348 | Nomura International PLC | Baker & Hostetler LLP | YES |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | Baker & Hostetler LLP | YES |
| 10-05353 | Natixis, et al. | Baker & Hostetler LLP | YES |
| 10-05354 | ABN AMRO Bank, N.V.[2] | Baker & Hostetler LLP | |
| 10-05355 | ABN AMRO Bank (Ireland) Ltd, et al.[3] | Baker & Hostetler LLP | |
| 11-02149 | Banque Syz & Co., SA | Baker & Hostetler LLP | |
| 11-02493 | Abu Dhabi Investment Authority | Baker & Hostetler LLP | YES |
| 11-02538 | Quilvest Finance Ltd. | Baker & Hostetler LLP | YES |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | Baker & Hostetler LLP | YES |
| 11-02540 | Lion Global Investors Limited | Baker & Hostetler LLP | YES |
| 11-02541 | First Gulf Bank | Baker & Hostetler LLP | YES |
| 11-02542 | Parson Finance Panama S.A. | Baker & Hostetler LLP | YES |
| 11-02551 | Delta National Bank and Trust Company | Baker & Hostetler LLP | YES |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | Baker & Hostetler LLP | YES |
| 11-02554 | National Bank of Kuwait S.A.K. | Baker & Hostetler LLP | YES |
| 11-02568 | Cathay Life Insurance Co. LTD. | Baker & Hostetler LLP | YES |

---

[1] *Picard v. Citibank, N.A.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.) (CGM), No. 20-1333 (2d Cir.)

[2] *Picard v. ABN AMRO Bank N.A.*, Adv. Pro. No. 10-05354 (Bankr. S.D.N.Y.) (CGM), No. 20-2291 (2d Cir.)

[3] *Picard v. ABN Amro Bank (Ireland) Ltd (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited)*, Adv. Pro. No. 10-05355(Bankr. S.D.N.Y.) (CGM), No. 20-1898 (2d Cir.)

| APN | DEFENDANT(S) | TRUSTEE'S COUNSEL | NOTICED FOR CONFERENCE |
|---|---|---|---|
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | Baker & Hostetler LLP | YES |
| 11-02570 | Banca Carige S.P.A. | Baker & Hostetler LLP | YES |
| 11-02572 | Korea Exchange Bank | Baker & Hostetler LLP | YES |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | Baker & Hostetler LLP | YES |
| 11-02730 | Atlantic Security Bank | Baker & Hostetler LLP | YES |
| 11-02731 | Trincaster Corporation | Windels Marx Lane & Mittendorf, LLP | YES |
| 11-02732 | Bureau of Labor Insurance | Baker & Hostetler LLP | YES |
| 11-02733 | Naidot & Co. | Windels Marx Lane & Mittendorf, LLP | YES |
| 11-02758 | Caceis Bank Luxembourg, et al. | Young Conaway Stargatt & Taylor, LLP | YES |
| 11-02759 | Nomura International PLC | Baker & Hostetler LLP | YES |
| 11-02760 | ABN Amro Bank N.V., et al. | Baker & Hostetler LLP | YES |
| 11-02761 | KBC Investments Limited | Baker & Hostetler LLP | YES |
| 11-02762 | Lighthouse Investment Partners LLC, et al. | Baker & Hostetler LLP | YES |
| 11-02763 | Inteligo Bank LTD. | Baker & Hostetler LLP | YES |
| 11-02784 | Somers Dublin Limited et al. | Baker & Hostetler LLP | YES |
| 11-02796 | BNP Paribas Arbitrage SNC | Baker & Hostetler LLP | YES |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | Baker & Hostetler LLP | YES |
| 11-02922 | Bank Julius Baer & Co. Ltd. | Baker & Hostetler LLP | YES |
| 11-02923 | Falcon Private Bank Ltd. | Baker & Hostetler LLP | YES |
| 11-02925 | Credit Suisse AG et al. | Windels Marx Lane & Mittendorf, LLP | YES |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | Baker & Hostetler LLP | YES |
| 12-01002 | The Public Institution For Social Security | Baker & Hostetler LLP | YES |
| 12-01004 | Fullerton Capital PTE Ltd. | Baker & Hostetler LLP | YES |
| 12-01005 | SICO LIMITED | Baker & Hostetler LLP | YES |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | Baker & Hostetler LLP | YES |
| 12-01021 | Grosvenor Investment Management Limited | Baker & Hostetler LLP | YES |

| APN | DEFENDANT(S) | TRUSTEE'S COUNSEL | NOTICED FOR CONFERENCE |
|---|---|---|---|
| 12-01022 | Credit Agricole (Suisse) SA | Young Conaway Stargatt & Taylor, LLP | YES |
| 12-01023 | Arden Asset Management, et al. | Baker & Hostetler LLP | YES |
| 12-01046 | SNS Bank N.V. et al. | Baker & Hostetler LLP | YES |
| 12-01047 | KOCH INDUSTRIES, INC., | Baker & Hostetler LLP | YES |
| 12-01048 | Banco General S.A. et al. | Baker & Hostetler LLP | YES |
| 12-01194 | Kookmin Bank | Baker & Hostetler LLP | YES |
| 12-01195 | Six Sis AG | Baker & Hostetler LLP | YES |
| 12-01202 | Bank Vontobel AG et. al. | Baker & Hostetler LLP | YES |
| 12-01205 | Multi Strategy Fund Ltd., et al. | Baker & Hostetler LLP | YES |
| 12-01207 | Lloyds TSB Bank PLC | Baker & Hostetler LLP | YES |
| 12-01209 | BSI AG | Baker & Hostetler LLP | YES |
| 12-01210 | Schroder & Co. | Baker & Hostetler LLP | YES |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | Baker & Hostetler LLP | YES |
| 12-01216 | Bank Hapoalim B.M. | Baker & Hostetler LLP | YES |
| 12-01273 | Mistral (SPC) | Windels Marx Lane & Mittendorf, LLP | |
| 12-01278 | Zephyros Limited | Windels Marx Lane & Mittendorf, LLP | |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC | Baker & Hostetler LLP | YES |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. | Baker & Hostetler LLP | YES |
| 12-01566 | UKFP (Asia) Nominees | Baker & Hostetler LLP | YES |
| 12-01576 | BNP Paribas S.A. et al | Baker & Hostetler LLP | |
| 12-01577 | UBS Deutschland AG, et al. | Baker & Hostetler LLP | YES |
| 12-01669 | Barfield Nominees Limited et al | Young Conaway Stargatt & Taylor, LLP | YES |
| 12-01670 | Credit Agricole Corporate and Investment Bank et al. | Young Conaway Stargatt & Taylor, LLP | YES |

| APN | DEFENDANT(S) | TRUSTEE'S COUNSEL | NOTICED FOR CONFERENCE |
|---|---|---|---|
| 12-01676 | Clariden Leu AG | Windels Marx Lane & Mittendorf, LLP | YES |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | Windels Marx Lane & Mittendorf, LLP | YES |
| 12-01680 | Intesa Sanpaolo SpA, et al. | Young Conaway Stargatt & Taylor, LLP | YES |
| 12-01690 | EFG Bank S.A., et al. | Baker & Hostetler LLP | YES |
| 12-01693 | Banque Lombard Odier & Cie | Baker & Hostetler LLP | YES |
| 12-01694 | Banque Cantonale Vaudoise | Baker & Hostetler LLP | YES |
| 12-01695 | Bordier & Cie | Baker & Hostetler LLP | YES |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. | Baker & Hostetler LLP | YES |
| 12-01698 | Banque International a Luxembourg SA, et al. | Windels Marx Lane & Mittendorf, LLP | |
| 12-01699 | Royal Bank of Canada, et al. | Windels Marx Lane & Mittendorf, LLP | |
| 12-01700 | Caprice International Group Inc. et al. | Baker & Hostetler LLP | YES |
| 12-01701 | RD Trust, et al. (Piedrahita) | Baker & Hostetler LLP | |
| 20-01316 | Montpellier, et al. | Baker & Hostetler LLP | |
| **Total: 80** | | | |