# EXHIBIT A

### SIPC v. BLMIS
Case No. 08-01789 (CGM)

### MATTERS SCHEDULED FOR STATUS CONFERENCE
### ON SEPTEMBER 15, 2021

| APN | DEFENDANT(S) |
|---|---|
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |
| 10-04488 | South Ferry Building Company |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. |
| 10-04702 | S&L Partnership, a New York partnership, et al. |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. |
| 10-04986 | Sharon Knee |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. |
| 10-05144 | Estate of Bernard J. Kessel, et al. |
| 10-05169 | Fairfield Pagma Associates,etc.,et al. |
| 10-05286 | Legacy Capital |
| 10-05345 | Citibank |
| 10-05346 | Merrill Lynch International |
| 10-05348 | Nomura Bank International PLC |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. |
| 10-05353 | Natixis |
| 11-02493 | Abu Dhabi Investment Authority |
| 11-02538 | Quilvest Finance Ltd. |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Lion Global Investors Limited |
| 11-02541 | First Gulf Bank |
| 11-02542 | Parson Finance Panama S.A. |
| 11-02551 | Delta National Bank and Trust Company |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. |
| 11-02554 | National Bank of Kuwait S.A.K. |
| 11-02568 | Cathay Life Insurance Co. LTD. et al |
| 11-02569 | Barclays Bank (Suisse) S.A. et al |
| 11-02570 | Banca Carige S.P.A. |
| 11-02572 | Korea Exchange Bank, Individually And As Trustee For Korea Global All |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Atlantic Security Bank |
| 11-02731 | Trincaster Corporation |
| 11-02732 | Bureau of Labor Insurance |
| 11-02733 | Naidot & Co. |
| 11-02758 | Caceis Bank Luxembourg, et al. |
| 11-02759 | Nomura International PLC |
| 11-02760 | ABN Amro Bank N.V., et al. |
| 11-02761 | KBC Investments Limited |
| 11-02762 | Lighthouse Investment Partners LLC |

| APN | DEFENDANT(S) |
|---|---|
| 11-02763 | Inteligo Bank LTD. |
| 11-02784 | Somers Dublin Limited et al |
| 11-02796 | BNP Paribas Arbitrage SNC |
| 11-02910 | Merrill Lynch Bank (Suisse) SA |
| 11-02922 | Bank Julius Baer & Co. Ltd. |
| 11-02923 | Falcon Private Bank Ltd. (f/k/a AIG Privat Bank AG) |
| 11-02925 | Credit Suisse AG et al |
| 11-02929 | LGT Bank in Liechtenstein Ltd. |
| 12-01002 | The Public Institution For Social Security |
| 12-01004 | Fullerton Capital PTE Ltd. |
| 12-01005 | SICO LIMITED |
| 12-01019 | Banco Itau |
| 12-01021 | Grosvenor Investment Management |
| 12-01022 | Credit Agricole |
| 12-01023 | Arden Asset Management, et al. |
| 12-01046 | SNS Bank N.V. et al |
| 12-01047 | KOCH INDUSTRIES, INC., as successor |
| 12-01048 | Banco General S.A. et al. |
| 12-01194 | Kookmin Bank |
| 12-01195 | Six Sis AG |
| 12-01202 | Vontobel AG et. al. |
| 12-01205 | Multi Strategy Fund Ltd |
| 12-01207 | Lloyds TSB Bank PLC |
| 12-01209 | BSI AG |
| 12-01210 | Schroder & Co. |
| 12-01211 | Union Securities |
| 12-01216 | Bank Hapoalim |
| 12-01512 | ZCM Asset Holding Co |
| 12-01565 | Standard Chartered Financial Services |
| 12-01566 | UKFP (Asia) Nominees |
| 12-01577 | UBS Deutschland AG as successor |
| 12-01669 | Barfield Nominees Limited et al |
| 12-01670 | Credit Agricole Corporate and Investment Bank et al. |
| 12-01676 | Clariden Leu AG (f/k/a Clariden Bank AG) |
| 12-01677 | SOCIETE GENERALE ASSET MANAGEMENT |
| 12-01680 | Intesa Sanpaolo SpA, et al. |
| 12-01690 | EFG Bank S.A., et al. |
| 12-01693 | Lombard Odier Darier Hentsch & Cie |
| 12-01694 | Banque Cantonale Vaudoise |
| 12-01695 | Bordier & Cie |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. |
| 12-01700 | Caprice International Group Inc. et al. |