UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT SECURITIES,

        Defendant.

------------------------------------------------------------ x

In re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------ x

Adv. Pro. No. 08-01789 (CGM)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel to party-in-interest Dale Ellen Leff ("Ms. Leff") in the above-captioned proceeding and requests that she be removed from the CM/ECF noticing list and any other service list with respect to this proceeding. Effective as of September 4, 2021, the undersigned is no longer employed by Schulte Roth & Zabel LLP, counsel of record for Ms. Leff in this proceeding. Schulte Roth & Zabel LLP, through its attorney Gary Stein, will continue to represent Ms. Leff in this proceeding.

DATED: New York, New York
        September 10, 2021

Respectfully submitted,

By: /s/ Abigail Coster
Abigail Coster
BUCHANAN INGERSOLL & ROONEY PC
640 Fifth Avenue, 9th Floor
New York, NY 10019-6102
Tel.: (212) 440-4400
E-mail: abigail.coster@bipc.com