UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS
### TO TRUSTEE'S DETERMINATION OF CUSTOMER CLAIM

Dale Ellen Leff (the "Claimant"), having filed objections (the "Objections," ECF Nos. 862, 20186) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012941), hereby gives notice that she withdraws such Objections.

Dated: September 13, 2021        Schulte Roth & Zabel LLP

                       /s/Gary Stein
                       Gary Stein
                       919 Third Avenue
                       New York, New York 10022
                       Tel. No. (212) 756-2000

                       *Attorneys for the Claimant*