**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Joan Roman, in her capacity as the widow of Robert Roman (the "Claimant"), and Claimant having filed an objection (the "Objection", ECF No. 2703) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001181, 100143 and 100167), hereby gives notice that she withdraws such Objection on behalf of Robert Roman.

Dated: 9/10, 2021

By: /s/ Joan Roman