**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM`) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Joan Roman (the "Claimant"), having filed an objection (the "Objection", ECF No. 2700) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001182, 100142 and 100166), hereby gives notice that she withdraws such Objection.

Dated: 9/10, 2021

By: /s/ Joan Roman