**EXHIBIT A**

**From:** Chaitman, Helen Davis
**Sent:** Saturday, March 10, 2012 8:21 AM
**To:** Gorchkova, Julie; 'Cremona, Nicholas'; 'Day, James W.'
**Cc:** 'Warshavsky, Oren J.'; 'Hirschfield, Marc E.'
**Subject:** RE: In re Madoff: Extensions of Time to Respond to Clawback Complaints

I am very sad to report that Allen Gordon died on March 3, 2012.


**Helen Davis Chaitman**
Attorney at Law
New York
212.599.3322


**IRS Circular 230 disclosure:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Blanco, Lourdes
**Sent:** Wednesday, May 30, 2012 3:38 PM
**To:** 'David J. Sheehan (dsheehan@bakerlaw.com)'; 'Marc E. Hirschfield (mhirschfield@bakerlaw.com)'; 'Warshavsky, Oren (owarshavsky@bakerlaw.com)'; 'Nicholas Cremona (ncremona@bakerlaw.com)'
**Cc:** Chaitman, Helen Davis; Gorchkova, Julie
**Subject:** In re Madoff, Picard v. Placon2, et al. (Bankr. 10-04768 & USDC 11-08048) - William R. Cohen DECEASED

Dear Counsel:
I am paralegal to Helen Davis Chaitman. We received notice today that William R. Cohen is deceased.

Thank you,


**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes
**Sent:** Tuesday, July 17, 2012 8:13 AM
**To:** 'Marc E. Hirschfield, Esq. –'; 'James W. Day, Esq. -'; 'Nicholas J. Cremona, Esq. –'
**Cc:** Chaitman, Helen Davis; Gorchkova, Julie
**Subject:** In re Madoff, Picard v. Roth (Bankr. 10-04324, USDC 11-08410) - Mark Roth DECEASED

Dear Counsel:
We have been advised that Mark Roth passed away over the weekend.  We do not yet know who the executor of his estate is.

Thank you,
Lourdes


**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes
**Sent:** Monday, July 30, 2012 11:20 AM
**To:** 'Marc E. Hirschfield, Esq. –'; 'James W. Day, Esq. -'; 'Nicholas J. Cremona, Esq. –'
**Cc:** Chaitman, Helen Davis; Gorchkova, Julie
**Subject:** In re Madoff, Picard v. Friedman (Bankr. 10-04424, USDC 11-08266) - Shirley Friedman DECEASED

Dear Counsel:
We have been advised that Shirley Friedman passed away last week.  The executor of the estate will be Richard M. Friedman.

Thank you,
Lourdes


**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes
**Sent:** Monday, July 30, 2012 11:32 AM
**To:** 'Marc E. Hirschfield, Esq. –'; 'James W. Day, Esq. -'; 'Nicholas J. Cremona, Esq. –'
**Cc:** Chaitman, Helen Davis; Gorchkova, Julie
**Subject:** In re Madoff, Picard v. Goodman (Bankr. 10-05079, USDC 11-08110) - James M. Goodman DECEASED

Dear Counsel:
We have been advised that James M. Goodman passed away on April 22, 2012.  The administrator of the estate is Audrey M. Goodman.

Thank you,
Lourdes


**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes [mailto:LBlanco@becker-poliakoff.com]
**Sent:** Monday, December 17, 2012 1:12 PM
**To:** Hirschfield, Marc E.; Day, James W.; Cremona, Nicholas
**Cc:** Chaitman, Helen Davis; Gorchkova, Julie
**Subject:** In re Madoff, Picard v. Boyer Palmer DECEASED (Bankr. 10-04397, USDC 11-08009)(10-04826, USDC 111-08284)(10-05133, USDC 11-08277)(10-05151, USDC 11-08218)

Dear Counsel:
We were just advised that Boyer Palmer passed away December 13, 2012. We do not yet know who the executor of the estate is.

Thank you.

**Lourdes Blanco**
Paralegal

Becker & Poliakoff, LLP
45 Broadway
8th Floor
New York, NY 10006

212.599.3322 Phone
212.557.0295 Fax
LBlanco@becker-poliakoff.com
www.becker-poliakoff.com
www.beckerny.com

**Privileged Information:** This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Blanco, Lourdes
**Sent:** Tuesday, January 22, 2013 9:38 AM
**To:** 'Marc E. Hirschfield'; 'David J. Sheehan'; 'Seanna R. Brown'; 'James W. Day'
**Cc:** Chaitman, Helen Davis
**Subject:** In re Madoff, Adv Proc. No. 10-04768 & 10-05150 - CLIENTS DECEASED

Counsel:
We have been advised that two of our clients are deceased:
Bernice Plafsky passed away in November 2011.
Nathan Plafsky passed away on December 17, 2012.

Thank you.

**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes
**Sent:** Tuesday, July 29, 2014 4:08 PM
**To:** 'Marc E. Hirschfield (mhirschfield@bakerlaw.com)'; 'Farrell Hochmuth (fhochmuth@bakerlaw.com)'
**Cc:** Chaitman, Helen Davis; Gorchkova, Julie
**Subject:** In re Madoff, Picard v. Edna Kaminski (10-05150) - deceased

Counsel:
We have just been informed that Edna Kaminski died recently.  Her daughter is the executrix:

Kathryn L. Hvasta
1 Ewington Avenue
Ewing, NJ 08638
609-883-7810

Thank you.

**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes
**Sent:** Wednesday, September 17, 2014 3:59 PM
**To:** Marc E. Hirschfield (mhirschfield@bakerlaw.com); Farrell Hochmuth (fhochmuth@bakerlaw.com)
**Cc:** Chaitman, Helen Davis
**Subject:** In re Madoff, Picard v. Barbanel (10-04321) - Alice Barbanel Deceased

Counsel:
We learned today that our client, Alice Barbanel, died on April 29, 2014.  Mr. Lewis Barbanel is the executor.  You may contact Marc Landis at Phillips Nizer who is handling probate in Florida.

Thank you.

**Lourdes Blanco**
Paralegal
New York
212.599.3322

**From:** Blanco, Lourdes
**Sent:** Monday, December 22, 2014 2:29 PM
**To:** Marc E. Hirschfield (mhirschfield@bakerlaw.com)
**Cc:** Chaitman, Helen Davis
**Subject:** Picard v. Savin (10+04889) - Robert Savin deceased

Dear Mr. Hirschfield:

Please be advised that our client, Robert Savin, passed away last week.  At the moment, we have no further information.

Thank you.

**Lourdes Blanco**
Paralegal
New York
212.599.3322

Lourdes Blanco

---

**From:** Lourdes Blanco
**Sent:** Friday, November 13, 2015 1:04 PM
**To:** 'Hochmuth, Farrell'
**Cc:** Leslie Treff; Helen Chaitman; 'Carlisle, Marie L.'
**Subject:** RE: In re Madoff, Picard v. Harnick et al, (10-05157) - Steven Norton deceased

Farrell:
I was just informed that his actual date of death was October 6, 2014, not 2015.  I believe he resided in Florida.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114

---

**From:** Hochmuth, Farrell [mailto:FHochmuth@bakerlaw.com]
**Sent:** Friday, November 13, 2015 12:18 PM
**To:** Lourdes Blanco
**Cc:** Leslie Treff; Helen Chaitman; Carlisle, Marie L.
**Subject:** FW: In re Madoff, Picard v. Harnick et al, (10-05157) - Steven Norton deceased

Lourdes,

Marc Hirschfield passed along your email below to me.  Can you please let us know the state in which Mr. Norton resided at the time of his death and whether a probate estate will be opened for him?

Thank you.  Best regards, Farrell

---

**From:** Lourdes Blanco [mailto:lblanco@chaitmanllp.com]
**Sent:** Friday, November 13, 2015 10:16 AM
**To:** Hirschfield, Marc E.
**Cc:** Helen Chaitman; Leslie Treff
**Subject:** In re Madoff, Picard v. Harnick et al, (10-05157) - Steven Norton deceased

Mr. Hirschfield:
We were just notified that our client, Steven Norton, died on October 6, 2015.  Martin Harnick is his legal representative.

Thank you.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114

---

1

Lourdes Blanco

| | |
|---|---|
| **From:** | Lourdes Blanco |
| **Sent:** | Wednesday, January 13, 2016 4:02 PM |
| **To:** | Marc E. Hirschfield (mhirschfield@bakerlaw.com) |
| **Cc:** | Helen Chaitman |
| **Subject:** | Picard v. Bruno DiGiulian (10-04728) - deceased |
| | |
| **Contacts:** | Marc E. Hirschfield - Baker Hostetler |

Dear Mr. Hirschfield:

We have just been notified that our client, Bruno DiGiulian, died on December 6, 2015.  There is no probate.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114 ext. 3

| | |
|---|---|
| **From:** | Lourdes Blanco |
| **Sent:** | Thursday, April 28, 2016 2:22 PM |
| **To:** | Marc E. Hirschfield (mhirschfield@bakerlaw.com) |
| **Cc:** | Helen Chaitman |
| **Subject:** | Picard v. Shulman, et al. (10-04599, 10-04606, & 10-04852) - Alvin E. Shulman Deceased |

Dear Mr. Hirschfield:

It has been brought to my attention that our client Alvin E. Shulman died on February 26, 2016.  I have no information regarding probate.

Thank you.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114 ext. 3

Lourdes Blanco

---

| | |
|---|---|
| **From:** | Lourdes Blanco |
| **Sent:** | Wednesday, May 30, 2018 2:44 PM |
| **To:** | David J. Sheehan (dsheehan@bakerlaw.com) |
| **Cc:** | Helen Chaitman |
| **Subject:** | Picard v. Meisels ( 10-04428)  - Allen Meisels deceased |
| | |
| **Contacts:** | David J. Sheehan - Baker & Hostetler, LLP |

Dear Mr. Sheehan:

I just found out that our client Allen Meisels pass away.  I have no additional information.

Thank you.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114 ext. 3
Fax:  (888) 759-1114

Lourdes Blanco

| | |
|---|---|
| **From:** | Lourdes Blanco |
| **Sent:** | Friday, January 25, 2019 1:47 PM |
| **To:** | David J. Sheehan (dsheehan@bakerlaw.com) |
| **Cc:** | Helen Chaitman |
| **Subject:** | (10-04995) Picard v. Evelyn Berezin - deceased 12/8/2018 |
| **Attachments:** | BEREZIN, Evelyn, 2019-01-04 Certificate of Appointment of Executor #270016 (00038961xDEA57).PDF |
| **Follow Up Flag:** | Copied to Worldox (Client Files\20017\0001\00038962.MSG) |
| **Contacts:** | David J. Sheehan - Baker & Hostetler, LLP |

Dear Mr. Sheehan:
Our client, Evelyn Berezin, died on December 8, 2018.  Please see attached as a PDF file the Certificate of Appointment of Executor.

Thank you.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114 ext. 3
Fax:  (888) 759-1114

Lourdes Blanco

| | |
|---|---|
| **From:** | Lourdes Blanco |
| **Sent:** | Wednesday, June 05, 2019 8:45 AM |
| **To:** | Sheehan, David J. |
| **Cc:** | Helen Chaitman |
| **Subject:** | In re Madoff, Picard v. Heller (10-04367) - Benjamin Heller deceased |
| **Contacts:** | David J. Sheehan - Baker & Hostetler, LLP |

Dear Mr. Sheehan:

We were just notified that our client Benjamin Heller died. We have no additional information at this time.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office: (888) 759-1114 ext. 3
Fax: (888) 759-1114

1

Lourdes Blanco

| | |
|---|---|
| **From:** | Lourdes Blanco |
| **Sent:** | Wednesday, June 05, 2019 8:45 AM |
| **To:** | Sheehan, David J. |
| **Cc:** | Helen Chaitman |
| **Subject:** | In re Madoff, Picard v. Keller (10-04539) - Barbara Keller deceased |

Dear Mr. Sheehan:

We were just notified that our client Barbara Keller died.  We have no additional information at this time.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114 ext. 3
Fax:  (888) 759-1114