# EXHIBIT B

EXHIBIT B

Picard v. Keller Case No. 10-04539 (CGM)

Chart of deceased email notices to Baker & Hostetler with substitution

|  | Name of deceased | Adv. Pro. No. | Date emailed B&H | Date Substitution filed |
|---|---|---|---|---|
| 1. | Gordon, Allen | 10-04809, 10-04914 | 2012/03/10 | 2013/12/30 |
| 2. | Cohen, William | 10-04768 | 2012/05/30 | 2013/05/28 |
| 3. | Roth, Mark | 10-04324 | 2012/07/17 | 2013/07/23 |
| 4. | Friedman, Shirley | 10-04424 | 2012/07/30 | 2012/11/30 |
| 5. | Goodman, James | 10-04762, 10-05128 | 2012/07/30 | 2012/09/12 |
| 6. | Palmer, Boyer H. | 10-04397, 10-04826 (IRA), 10-05133, 10-05151 | 2012/12/17 | 2014/02/05 |
| 7. | Plafsky, Bernice | 10-04768 | 2013/01/22 | 2013/03/14 |
| 8. | Plafsky, Nathan | 10-04768, 10-05150 | 2013/01/22 | 2013/05/28 |
| 9. | Kaminski, Edna | 10-05150 | 2014-07-29 | 2015/01/07 |
| 10. | Barbanel, Alice | 10-04321 | 2014-09-17 | 2014/10/23 |
| 11. | Savin, Robert | 10-04889 | 2014-12-22 | 2017/01/13 |
| 12. | Norton, Steven | 10-05157 | 2015-11-13 | 2016/02/08 |
| 13. | DiGiulian, Bruno | 10-4728 | 2016-01-13 | 2017/05/10 |
| 14. | Shulman, Alvin E. | 10-04599, 10-04606, 10-04852 | 2016-04-28 | 2016/07/12 |
| 15. | Meisels, Allen | 10-04428 | 2018-05-30 | 2018/06/14 |
| 16. | Berezin, Evelyn | 10-04995 | 2019-01-25 | 2019/02/21 |
| 17. | Heller, Benjamin | 10-04367 | 2019-06-05 | 2019/12/11 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04914 (BRL) |
| Plaintiff, | |
| v. | |
| ALLEN GORDON, | |
| Defendant. | |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant

Allen Gordon; and

**WHEREAS**, Allen Gordon died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between

the Trustee, and Edyne Gordon, in her capacity as the executrix and primary beneficiary of the

estate of Allen Gordon, as follows:

1.      Edyne Gordon, in her capacity as the executrix and primary beneficiary of the

estate of Allen Gordon ("Defendant"), is hereby substituted into this action in place of Allen

Gordon, deceased, and the Complaint shall be deemed so amended.

2.      The Clerk of the Court is hereby directed to amend the caption to remove Allen

Gordon and substitute Edyne Gordon, in her capacity as the executrix and primary beneficiary of

the estate of Allen Gordon, as reflected on Exhibit A to this Stipulation.

3.      Undersigned counsel for Defendant: (i) expressly represents that she has the

authority to accept service of the Amended Complaint on behalf of Defendants,

(ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and

(iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of

process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly

agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment

under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under

Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee

may file one amendment without leave of court in compliance with Federal Rule of Civil

Procedure 15(a)(1)(A) or (B).

4.     Except as expressly set forth herein, the parties to this Stipulation reserve all

rights and defenses they may have.

5.     This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  December 26, 2013
        New York, New York

**BAKER & HOSTETLER LLP**

By: s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

**BECKER & POLIAKOFF**

By: /s/ _*Helen Davis Chaitman*
45 Broadway
New York, NY 10016
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
Email: hchaitman@becker-poliakoff.com

*Attorneys for Defendant Edyne Gordon*

SO ORDERED.



Dated: December 30, 2013
        New York, New York

/s/ Burton R. Lifland

_____
Burton R. Lifland
United States Bankruptcy Judge

# EXHIBIT "A"

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>EDYNE GORDON, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon,<br><br>Defendant. | Adv. Pro. No. 10-04914 (BRL) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04768 (BRL) |
| Plaintiff, | |
| v. | |
| PLACON2; WILLIAM R. COHEN, in his capacity as a Partner of Placon2; BETTY COHEN, in her capacity as a Partner of Placon2; NATHAN PLAFSKY, in his capacity as a Partner of Placon2; RONALD COHEN, in his capacity as a Partner of Placon2; ESTATE OF BERNICE PLAFSKY; and ROBERT PLAFSKY, in his capacity as the Personal Representative of the Estate of Bernice Plafsky, | |
| Defendants. | |

## STIPULATION FOR SUBSTITUTION OF DEFENDANTS AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants

10-04769-smb Doc 28-7 Filed 05/28/19 Entered 05/28/19 16:39:04 Main Document B-
Substitutions Pg 9 of 112

Placon2, William R. Cohen, in his capacity as a Partner of Placon2, Betty Cohen, in her capacity as a Partner of Placon2, Nathan Plafsky, in his capacity as a Partner of Placon2, Ronald Cohen, in his capacity as a Partner of Placon2, and Bernice Plafsky; and

**WHEREAS**, Bernice Plafsky died during the pendency of this action and the Estate of Bernice Plafsky and Robert Plafsky, in his capacity as the Personal Representative of the Estate of Bernice Plafsky were substituted on or about March 14, 2013.

**WHEREAS**, Nathan Plafsky died during the pendency of this action.

**WHEREAS**, William R. Cohen died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Robert Plafsky, as the personal representative and executor of the Estate of Nathan Plafsky, and Betty Cohen, as the personal representative and executor of the Estate of William R. Cohen, as follows:

1.      The Estate of Nathan Plafsky, and Robert Plafsky, in his capacity as the personal representative of the Estate of Nathan Plafsky are hereby substituted into this action in place of Nathan Plafsky, deceased, and the Complaint shall be deemed so amended.

2.      The Estate of William R. Cohen, and Betty Cohen, in her capacity as the executor of the Estate of William R. Cohen, are hereby substituted into this action in place of William R. Cohen, deceased, and the Complaint shall be deemed so amended.

3.      The Clerk of the Court is hereby directed to amend the caption to remove Nathan Plafsky and substitute the Estate of Nathan Plafsky and Robert Plafsky, in his capacity as the personal representative of the Estate of William R. Cohen, and remove William R. Cohen and substitute the Estate of William R. Cohen and Betty Cohen, in her capacity as the executor of the Estate of William R. Cohen.

4.      Undersigned counsel for Defendants Estate of Nathan Plafsky, Robert Plafsky, Estate of William R. Cohen, and Betty Cohen (collectively referred to as Defendants): (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants,(ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraphs 1 and 2 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

5.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

6.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  May 24, 2013

New York, New York

BAKER & HOSTETLER LLP                           BECKER & POLIAKOFF, LLP


By:  /s/ Marc E. Hirschfield                    By:  /s/  Helen Davis Chaitman
45 Rockefeller Plaza                            45 Broadway, 8th Floor
New York, New York 10111                        New York, New York 10008
Telephone:  212.589.4200                        Telephone: 212.599.3322
Facsimile:  212.589.4201                        Facsimile: 212.557.0295
David J. Sheehan                                Helen Davis Chaitman
Email:  dsheehan@bakerlaw.com                   E-mail: hchaitman@becker-poliakoff.com
Marc E. Hirschfield                             Peter W. Smith
Email:  mhirschfield@bakerlaw.com               Email: psmith@becker-poliakoff.com
                                                Julie Gorchkova
                                                Email: jgorchkova@becker-poliakoff.com

*Attorneys for Plaintiff Irving H. Picard,*     *Attorneys for Defendants Estate of Nathan*
*Trustee for the Liquidation of Bernard L.*     *Plafsky, Robert Plafsky, Estate of William R.*
*Madoff Investment Securities LLC*              *Cohen, and Betty Cohen.*


SO ORDERED.

Dated: May 28, 2013
        New York, New York


                                    /s/Burton R. Lifland_____
                                    HONORABLE BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Marc Skapof

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04768 (BRL) |
| Plaintiff, | |
| v. | |
| PLACON2; BETTY COHEN, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen; RONALD COHEN, in his capacity as a Partner of Placon2; ESTATE OF BERNICE PLAFSKY; ESTATE OF NATHAN PLAFSKY; and ROBERT PLAFSKY, in his capacity as the Personal Representative of the Estate of Bernice Plafsky and as Personal | |

Representative of the Estate of Nathan Plafsky;
ESTATE OF WILLIAM R. COHEN,

Defendants.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Case No. 11-cv-08410-JSR |
| Plaintiff, | Adv. Pro. No. 10-04324 (BRL) |
| v. | |
| BARBARA ROTH, | |
| and | |
| MARK ROTH, | |
| Defendants. | |

### STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on November 26, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants

Barbara Roth and Mark Roth; and

**WHEREAS**, Mark Roth died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between

the Trustee, and Barbara Roth as the Personal Representative of the Estate of Mark William

Roth, as follows:

1.       The Estate of Mark William Roth (the "Estate"), and Barbara Roth, in her

capacity as Personal Representative of the Estate of Mark William Roth (collectively referred to

as "Defendants"), are hereby substituted into this action in place of Mark Roth, deceased, and the

Complaint shall be deemed so amended.  Attached as Exhibit A to this Stipulation is the caption

as amended removing Mark Roth and substituting the Estate of Mark William Roth and Barbara

Roth, in her capacity as Personal Representative of the Estate of Mark William Roth.

2.       The Clerk of the Court is hereby directed to amend the caption to remove Mark

Roth and substitute the Estate of Mark William Roth and Barbara Roth, in her capacity as

Personal Representative of the Estate of Mark William Roth, as reflected on Exhibit A to this

Stipulation.

3.       Undersigned counsel for Defendants: (i) expressly represents that she has the

authority to accept service of the Amended Complaint on behalf of Defendants,

(ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and

(iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of

process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly

agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment

under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under

Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee

may file one amendment without leave of court in compliance with Federal Rule of Civil

Procedure 15(a)(1)(A) or (B).

4.     Except as expressly set forth herein, the parties to this Stipulation reserve all
rights and defenses they may have.

5.     This Stipulation may be signed by the parties in any number of counterparts, each
of which when so signed shall be an original, but all of which shall together constitute one and
the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall
be deemed an original.

Dated:  July 22, 2013

New York, New York

BAKER & HOSTETLER LLP                    BECKER & POLIAKOFF, LLP


By:  /s/ Marc E. Hirschfield               By:  /s/ Helen Davis Chaitman
45 Rockefeller Plaza                       45 Broadway, 8th Floor
New York, New York 10111                   New York, New York 10008
Telephone:  212.589.4200                   Telephone: 212.599.3322
Facsimile:  212.589.4201                   Facsimile: 212.557.0295
David J. Sheehan                           Helen Davis Chaitman
Email:  dsheehan@bakerlaw.com              E-mail: hchaitman@becker-poliakoff.com
Marc E. Hirschfield                        Peter W. Smith
Email:  mhirschfield@bakerlaw.com          Email: psmith@becker-poliakoff.com
                                           Julie Gorchkova
*Attorneys for Plaintiff Irving H. Picard,*  Email: jgorchkova@becker-poliakoff.com
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*         *Attorneys for Defendants Estate of Mark*
                                           *William Roth and Barbara Roth*



SO ORDERED.

Dated:  July 23, 2013                      /s/Burton R. Lifland_____
        New York, New York                 HONORABLE BURTON R. LIFLAND
                                           UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Marc Skapof

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Case No. 11-cv-08410-JSR |
| v. | Adv. Pro. No. 10-04324 (BRL) |
| BARBARA ROTH, ESTATE OF MARK WILLIAM ROTH, and BARBARA ROTH, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK WILLIAM ROTH, | |
| Defendants. | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-4424 (BRL) |
| Plaintiff, | |
| v. | |
| SHIRLEY FRIEDMAN, individually, and as a tenant-in-common of Gabriel Friedman & Shirley Friedman TIC; and RICHARD FRIEDMAN, | |
| Defendants. | |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against NTC & Co. LLP ("NTC"), as former custodian of an Individual Retirement Account for the benefit of Shirley Friedman; Shirley Friedman, individually, and as a tenant-in-common of Gabriel Friedman & Shirley Friedman TIC; and Richard Friedman; and

**WHEREAS**, on May 11, 2011, the Court entered an order approving a stipulation, entered into by the Trustee and NTC on May 10, 2011, dismissing NTC from this action and removing NTC from the caption for this proceeding (Doc. No. 10); and

**WHEREAS**, Shirley Friedman died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Richard Friedman, individually, and in his capacity as Executor of the Estate of Shirley Friedman, as follows:

1. The Estate of Shirley Friedman, individually, and as a tenant-in-common of Gabriel Friedman & Shirley Friedman TIC; and Richard Friedman, in his capacity as Executor of the Estate of Shirley Friedman (collectively, the "Replacement Defendants") are hereby substituted into this action in place of Shirley Friedman, individually, and as a tenant-in-common of Gabriel Friedman & Shirley Friedman TIC, and the Complaint shall be deemed so amended (the "Amended Complaint"). Attached as Exhibit A to this Stipulation is the caption as amended removing Shirley Friedman, individually, and as a tenant-in-common of Gabriel Friedman & Shirley Friedman TIC and substituting the Replacement Defendants.

2. Undersigned counsel for the Replacement Defendants and for Richard Friedman, individually (collectively, the "Defendants"):  (i) expressly represents that she has the

authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, (iii) waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

3.     The date before which Defendants may move, answer or otherwise respond to the Amended Complaint is January 18, 2013, unless further extended by agreement of the parties.

4.     Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.     This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
      November 28, 2012

By: /s/ Kim M. Longo
Howard L. Simon, Esq. (hsimon@windelsmarx.com)
Kim M. Longo, Esq. (klongo@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: New York, New York        By: /s/ Helen Davis Chaitman
      November 28, 2012        Helen Davis Chaitman, Esq. (hchaitman@becker-poliakoff.com)
                                         Peter W. Smith, Esq. (psmith@becker-poliakoff.com)
                                         Becker & Poliakoff, LLP
                                         45 Broadway, 11th Floor
                                         New York, NY, 10006

                                        *Attorneys for Defendants*

SO ORDERED.

Dated:  November 30, 2012        /s/Burton R. Lifland_____
      New York, New York        HONORABLE BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>v.<br><br>ESTATE OF SHIRLEY FRIEDMAN, individually, and as a tenant-in-common of Gabriel Friedman & Shirley Friedman TIC; and RICHARD FRIEDMAN, individually, and in his capacity as Executor of the Estate of Shirley Friedman,<br><br>          Defendants. | Adv. Pro. No. 10-4424 (BRL) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05079 (BRL) |
| Plaintiff, | |
| v. | |
| JAMES M. GOODMAN; and AUDREY M. GOODMAN, | |
| Defendants. | |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants

James M. Goodman and Audrey M. Goodman; and

**WHEREAS**, James M. Goodman died during the pendency of this action.

10-03079-sm   Doc 7   Filed 09/06/12   Entered 09/06/12 16:22:30   Main Document
Pg 2 of 3

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Audrey M. Goodman as the Personal Representative of the Estate of James M. Goodman, as follows:

1.        The Estate of James M. Goodman (the "Estate"), and Audrey M. Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman (collectively referred to as "Defendants"), are hereby substituted into this action in place of James M. Goodman, deceased, and the Complaint shall be deemed so amended.   Attached as Exhibit A to this Stipulation is the caption as amended removing James M. Goodman and substituting the Estate of James M. Goodman and Audrey M. Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman.

2.        Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, and (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants.

3.        Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

4.        This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.   A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  September 5, 2012

     New York, New York

BAKER & HOSTETLER LLP             BECKER & POLIAKOFF, LLP


By:  /s/ Marc E. Hirschfield             By:  /s/ Helen Davis Chaitman
45 Rockefeller Plaza                   45 Broadway, 8th Floor
New York, New York 10111          New York, New York 10008
Telephone:  212.589.4200           Telephone: 212.599.3322
Facsimile:  212.589.4201            Facsimile: 212.557.0295
David J. Sheehan                        Helen Davis Chaitman
Email:  dsheehan@bakerlaw.com     E-mail: hchaitman@becker-poliakoff.com
Marc E. Hirschfield                    Peter W. Smith
Email:  mhirschfield@bakerlaw.com    Email: psmith@becker-poliakoff.com
                                        Julie Gorchkova
                                        Email: jgorchkova@becker-poliakoff.com

*Attorneys for Plaintiff Irving H. Picard,*            
*Trustee for the Liquidation of Bernard L.*       *Attorneys for Defendants Estate of James*
*Madoff Investment Securities LLC*          *M. Goodman and Audrey M. Goodman*


                                  SO ORDERED.

Dated: September 6, 2012            /s/Burton R. Lifland
       New York, New York          HONORABLE BURTON R. LIFLAND
                                     UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Marc Skapof

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05079 (BRL) |
| Plaintiff, | |
| v. | |
| ESTATE OF JAMES M. GOODMAN; and AUDREY GOODMAN, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman, | |
| Defendants. | |

10-04397-smb   Doc 32-1   Filed 02/08/19   Entered 02/08/19 14:23:00   Main Document - Exhibit B - Chart and Filed Substitutions   Pg 27 of 112

08-01789-smb   Doc 20748-2   Filed 09/13/21   Entered 09/13/21 13:26:58   Exhibit B Pg 27 of 112

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04397 (SMB) |
| v. | |
| FERN C. PALMER REVOCABLE TRUST DTD 12/31/91, AS AMENDED; FERN C. PALMER, individually and in her capacity as Trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended; and BOYER H. PALMER, in his capacity as Trustee for the Fern C. Palmer | |

Revocable Trust dtd 12/31/91, as amended,

Defendant.

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, Fern C. Palmer, individually and in her capacity as Trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, and Boyer H. Palmer, in his capacity as Trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended; and

**WHEREAS**, Boyer Palmer died on December 13, 2012.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Diane Holmers and Bruce Palmer, as the Personal Representatives of the Estate of Boyer Palmer, as follows:

1.     The Estate of Boyer Palmer[1] (the "Estate"), and Diane Holmers and Bruce Palmer, each in their capacity as the Personal Representative of the Estate of Boyer Palmer (collectively referred to as "Defendants"), are hereby substituted into this action in place of Boyer Palmer, deceased, and the Complaint shall be deemed so amended.

2.     The Clerk of the Court is hereby directed to amend the caption to remove Boyer Palmer and substitute the Estate of Boyer Palmer and Diane Holmers and Bruce Palmer, each in

---

[1] The Estate of Boyer Oscar Hilmer Palmer aka Boyer H. Palmer aka Boyer Palmer, Court File No. 27-PA-PR-13-1441 in the Fourth Judicial District Court Probate Division of the State of Minnesota, County of Hennepin.

their capacity as the Personal Representative of the Estate of Boyer Palmer, as reflected on Exhibit A to this Stipulation.

3.    Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.    Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.    This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  February 5, 2014

New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

**BECKER & POLIAKOFF**

By: /s/   *Helen Davis Chaitman*
1177 Avenue of the Americas
New York, NY 10006
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
hchaitman@becker-poliakoff.com
Julie Gorchkova
jgorchkova@becker-poliakoff.com
Peter W. Smith
psmith@becker-poliakoff.com

*Attorney for Defendants Estate of Boyer*
*Palmer, Diane Holmers, in her capacity as*
*the personal representatives of the Estate of*
*Boyer Palmer, and Bruce Palmer, in his*
*capacity as the personal representatives of*
*the Estate of Boyer Palmer*

SO ORDERED.

Dated: February 5th 2014
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

## "EXHIBIT A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>FERN C. PALMER REVOCABLE TRUST DTD 12/31/91, AS AMENDED; FERN C. PALMER, individually and in her capacity as Trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as | Adv. Pro. No. 10-04397 (SMB) |

amended; ESTATE OF BOYER PALMER;
DIANE HOLMERS, in her capacity as Personal
Representative of the Estate of Boyer Palmer; and
BRUCE PALMER, in his capacity as Personal
Representative of the Estate of Boyer Palmer,

Defendants.

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
|         Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|         Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05133 (SMB) |
|         Plaintiff, | |
| v. | |
| BOYER H. PALMER, individually and in his capacity as the former general partner of B&F Palmer, L.P.; FERN C. PALMER; PAMELA K. MARXEN; KURT B. PALMER; and BRUCE N. PALMER, | |
|         Defendants. | |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Boyer H. Palmer, individually and in his capacity as the former general partner of B&F Palmer, L.P., Fern C. Palmer, Pamela K. Marxen, Kurt B. Palmer, and Bruce N. Palmer; and

**WHEREAS**, Boyer Palmer died on December 13, 2012.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Diane Holmers and Bruce Palmer, as the Personal Representatives of the Estate of Boyer Palmer, as follows:

1.     The Estate of Boyer Palmer[1] (the "Estate"), in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P., and Diane Holmers and Bruce Palmer, each in their capacity as the Personal Representative of the Estate of Boyer Palmer (collectively referred to as "Defendants"), are hereby substituted into this action in place of Boyer Palmer, deceased, and the Complaint shall be deemed so amended.

2.     The Clerk of the Court is hereby directed to amend the caption to remove Boyer Palmer and substitute the Estate of Boyer Palmer, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P., and Diane Holmers and Bruce Palmer, each in their capacity as the Personal Representative of the Estate of Boyer Palmer, as reflected on Exhibit A to this Stipulation.

---

[1] The Estate of Boyer Oscar Hilmer Palmer aka Boyer H. Palmer aka Boyer Palmer, Court File No. 27-PA-PR-13-1441 in the Fourth Judicial District Court Probate Division of the State of Minnesota, County of Hennepin.

3.      Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  February 5, 2014

New York, New York

**BAKER & HOSTETLER LLP**

By:  /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

**BECKER & POLIAKOFF**

By: /s/   *Helen Davis Chaitman*
1177 Avenue of the Americas
New York, NY 10006
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
hchaitman@becker-poliakoff.com
Julie Gorchkova
jgorchkova@becker-poliakoff.com
Peter W. Smith
psmith@becker-poliakoff.com

*Attorney for Defendants Fern C. Palmer,*
*Pamela K. Marxen, Kurt B. Palmer, and*
*Bruce N. Palmer, Estate of Boyer Palmer,*
*Diane Holmers, in her capacity as Personal*
*Representative of the Estate of Boyer*
*Palmer; and Bruce Palmer, in his capacity*
*as Personal Representative of the Estate of*
*Boyer Palmer*

SO ORDERED.

Dated: February 5th,2014
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**"EXHIBIT A"**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FERN C. PALMER; PAMELA K. MARXEN; KURT B. PALMER; and BRUCE N. PALMER; ESTATE OF BOYER PALMER, in its capacity as the estate of Boyer Palmer individually and as the | Adv. Pro. No. 10-05133 (SMB) |

former general partner of B&F Palmer, L.P.;
DIANE HOLMERS, in her capacity as Personal
Representative of the Estate of Boyer Palmer; and
BRUCE PALMER, in his capacity as Personal
Representative of the Estate of Boyer Palmer,

Defendants.

08-01789-smb    Doc 20748-2    Filed 09/13/21    Entered 09/13/21 13:26:58    Exhibit B -
Chart and Filed Substitutions    Pg 39 of 112

10-05151-smb    Doc 367    Filed 02/06/19    Entered 02/06/19 13:44:35    Main Document
Pg 1 of 4

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05151 (SMB) |
| Plaintiff, | |
| v. | |
| PALMER FAMILY TRUST; GREAT WESTERN BANK – TRUST DEPARTMENT, in its capacity as Trustee of the Palmer Family Trust; RYAN P. MURRAY; KELLY BURICH; CALLIE A. OSTENSON-MURRAY; HEIDI HOLMERS; BOYER PALMER; BRET PALMER; MEGAN | |

BURICH; DANA LEFAVOR; OSCAR PALMER;
S.P.; and BLAKE PALMER,

               Defendants.

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Palmer Family Trust, Great Western Bank – Trust Department, in its capacity as Trustee of the Palmer Family Trust, Ryan P. Murray, Kelly Burich, Callie A. Ostenson-Murray, Heidi Holmers, Boyer Palmer, Bret Palmer, Megan Burich, Dana Lefavor, Oscar Palmer, S.P., and Blake Palmer; and

**WHEREAS**, Boyer Palmer died on December 13, 2012.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Diane Holmers and Bruce Palmer, as the Personal Representatives of the Estate of Boyer Palmer, as follows:

    1.     The Estate of Boyer Palmer[1] (the "Estate"), and Diane Holmers and Bruce Palmer, each in their capacity as the Personal Representative of the Estate of Boyer Palmer (collectively referred to as "Defendants"), are hereby substituted into this action in place of Boyer Palmer, deceased, and the Complaint shall be deemed so amended.

    2.     The Clerk of the Court is hereby directed to amend the caption to remove Boyer Palmer and substitute the Estate of Boyer Palmer and Diane Holmers and Bruce Palmer, each in

---

[1] The Estate of Boyer Oscar Hilmer Palmer aka Boyer H. Palmer aka Boyer Palmer, Court File No. 27-PA-PR-13-1441 in the Fourth Judicial District Court Probate Division of the State of Minnesota, County of Hennepin.

their capacity as the Personal Representative of the Estate of Boyer Palmer, as reflected on

Exhibit A to this Stipulation.

3.        Undersigned counsel for Defendants: (i) expressly represents that she has the

authority to accept service of the Amended Complaint on behalf of Defendants,

(ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and

(iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of

process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly

agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment

under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under

Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee

may file one amendment without leave of court in compliance with Federal Rule of Civil

Procedure 15(a)(1)(A) or (B).

4.        Except as expressly set forth herein, the parties to this Stipulation reserve all

rights and defenses they may have.

5.        This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

10-05152-smb   Doc 367   Filed 02/06/14   Entered 02/06/14 13:44:35   Main Document
Pg 42 of 112

08-01789-smb   Doc 20748-2   Filed 09/13/21   Entered 09/13/21 13:26:58   Exhibit B -
Chart and Filed Substitutions     Pg 42 of 112

Dated:  February 5, 2014

New York, New York

**BAKER & HOSTETLER LLP**

By:  /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

**BECKER & POLIAKOFF**

By: /s/ *Helen Davis Chaitman*
1177 Avenue of the Americas
New York, NY 10006
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
hchaitman@becker-poliakoff.com
Julie Gorchkova
jgorchkova@becker-poliakoff.com
Peter W. Smith
psmith@becker-poliakoff.com

*Attorney for Defendants Palmer Family*
*Trust, Great Western Bank – Trust*
*Department, in its capacity as Trustee of the*
*Palmer Family Trust, Blake Palmer, Bret*
*Palmer, Callie A. Ostenson-Murray, Dana*
*Lefavor, Heidi Holmers, Kelly Burich,*
*Megan Burich, Oscar Palmer, Ryan P.*
*Murray, Sophia Palmer, Estate of Boyer*
*Palmer, Diane Holmers, in her capacity as*
*Personal Representative of the Estate of*
*Boyer Palmer, and Bruce Palmer, in his*
*capacity as Personal Representative of the*
*Estate of Boyer Palmer*

SO ORDERED.

Dated: February 6ᵗʰ, 2014
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

08-01789-smb    Doc 20748-2    Filed 09/13/21    Entered 09/13/21 13:26:58    Exhibit B -
Chart and Filed Substitutions    Pg 43 of 112

10-05151-smb    Doc 367    Filed 02/08/21    Entered 02/08/21 13:44:35    Main Document
Pg 43 of 66

**"EXHIBIT A"**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>               Plaintiff-Applicant, <br><br>v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>               Plaintiff, <br><br>v. <br><br>PALMER FAMILY TRUST; GREAT WESTERN BANK – TRUST DEPARTMENT, in its capacity as Trustee of the Palmer Family Trust; RYAN P. MURRAY; KELLY BURICH; CALLIE A. | Adv. Pro. No. 10-05151 (SMB) |

10-09151-smb   Doc 3607   Filed 02/06/19   Entered 02/06/19 13:44:35   Main Document
Pg 8 of 8

08-01789-cgm   Doc 20748-2   Filed 09/13/21   Entered 09/13/21 13:26:58   Exhibit B -
Chart and Filed Substitutions   Pg 44 of 112

OSTENSON-MURRAY; HEIDI HOLMERS;
BRET PALMER; MEGAN BURICH; DANA
LEFAVOR; OSCAR PALMER; S.P.; BLAKE
PALMER; ESTATE OF BOYER PALMER;
DIANE HOLMERS, in her capacity as Personal
Representative of the Estate of Boyer Palmer; and
BRUCE PALMER, in his capacity as Personal
Representative of the Estate of Boyer Palmer,

           Defendants.

**"EXHIBIT A"**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
|         Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|         Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
|         Plaintiff, | Adv. Pro. No. 10-04826 (SMB) |
| v. | |
| ESTATE OF BOYER PALMER; DIANE HOLMERS, in her capacity as Personal Representative of the Estate of Boyer Palmer; and BRUCE PALMER, in his capacity as Personal | |

Representative of the Estate of Boyer Palmer,

Defendants.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04768 (BRL) |
| Plaintiff, | |
| v. | |
| PLACON2; WILLIAM R. COHEN, in his capacity as a Partner of Placon2; BETTY COHEN, in her capacity as a Partner of Placon2; NATHAN PLAFSKY, in his capacity as a Partner of Placon2; BERNICE PLAFSKY, in her capacity as a Partner of Placon2; and RONALD COHEN, in his capacity as a Partner of Placon2, | |
| Defendants. | |

**STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER**

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants

Placon2, William R. Cohen, in his capacity as a Partner of Placon2, Betty Cohen, in her capacity

as a Partner of Placon2, Nathan Plafsky, in his capacity as a Partner of Placon2, Bernice Plafsky,

in her capacity as a Partner of Placon2, and Ronald Cohen, in his capacity as a Partner of Placon2; and

**WHEREAS**, Bernice Plafsky died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Robert Plafsky as the personal representative of the Estate of Bernice Plafsky, as follows:

1.      The Estate of Bernice Plafsky (the "Estate"), and Robert Plafsky, in his capacity as the personal representative of the Estate of Bernice Plafsky (collectively referred to as "Defendants"), are hereby substituted into this action in place of Bernice Plafsky, deceased.

2.      The Clerk of the Court is hereby directed to amend the caption to remove Bernice Plafsky and substitute the Estate and Robert Plafsky in his capacity as the personal representative of the Estate, as reflected on Exhibit A to this Stipulation.

3.      Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.        This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: March 11, 2013

       New York, New York

BAKER & HOSTETLER LLP

By: /s/ Marc E. Hirschfield
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

BECKER & POLIAKOFF, LLP

By: /s/ Helen Davis Chaitman
45 Broadway, 8th Floor
New York, New York 10008
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
E-mail: hchaitman@becker-poliakoff.com
Peter W. Smith
Email: psmith@becker-poliakoff.com
Julie Gorchkova
Email: jgorchkova@becker-poliakoff.com

*Attorneys for Defendants Estate of Bernice
Plafsky*

          SO ORDERED.

Dated: March 14, 2013
       New York, New York          /s/Burton R. Lifland_____
                              HONORABLE BURTON R. LIFLAND
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Marc Skapof

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PLACON2; WILLIAM R. COHEN, in his capacity as a Partner of Placon2; BETTY COHEN, in her capacity as a Partner of Placon2; NATHAN PLAFSKY, in his capacity as a Partner of Placon2; ESTATE OF BERNICE PLAFSKY; ROBERT PLAFSKY, in his capacity as a Personal Representative of the Estate of Bernice Plafsky; | Adv. Pro. No. 10-04768 (BRL) |

10-04760-bri    Doc 25    Filed 03/14/19    Entered 03/14/19 12:10:58    Main Document
Pg 5 of 5

and RONALD COHEN, in his capacity as a Partner
of Placon2,

                    Defendants.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05150 (BRL) |
| Plaintiff, | |
| v. | |
| PLAFSKY FAMILY LLC RETIREMENT PLAN; ROBERT PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; NATHAN PLAFSKY; and EDNA KAMINSKI, | |
| Defendants. | |

## STIPULATION FOR SUBSTITUTION OF DEFENDANT AND ORDER

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Plafsky Family LLC Retirement Plan, Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan, Nathan Plafsky, and Edna Kaminski; and

**WHEREAS**, Nathan Plafsky died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Robert Plafsky as the personal representative of the Estate of Nathan Plafsky, as follows:

1.      The Estate of Nathan Plafsky (the "Estate"), and Robert Plafsky, in his capacity as the personal representative of the Estate (collectively referred to as "Defendants"), are hereby substituted into this action in place of Nathan Plafsky, deceased, and the Complaint shall be deemed so amended.  Attached as Exhibit A to this Stipulation is the caption as amended removing Nathan Plafsky and substituting the Estate of Nathan Plafsky and Robert Plafsky, in his capacity as the personal representative of the Estate of Nathan Plafsky.

2.      The Clerk of the Court is hereby directed to amend the caption to remove Nathan Plafsky and substitute the Estate of Nathan Plafsky and Robert Plafsky, in his capacity as the personal representative of the Estate of Nathan Plafsky.

3.      Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.    This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  May 24, 2013

New York, New York

BAKER & HOSTETLER LLP                    BECKER & POLIAKOFF, LLP


By: /s/ Marc E. Hirschfield                    By:    /s/  Helen Davis Chaitman
45 Rockefeller Plaza                           45 Broadway, 8th Floor
New York, New York 10111                       New York, New York 10008
Telephone:  212.589.4200                       Telephone: 212.599.3322
Facsimile:  212.589.4201                       Facsimile: 212.557.0295
David J. Sheehan                               Helen Davis Chaitman
Email:  dsheehan@bakerlaw.com                  E-mail: hchaitman@becker-poliakoff.com
Marc E. Hirschfield                            Peter W. Smith
Email:  mhirschfield@bakerlaw.com              Email: psmith@becker-poliakoff.com
                                               Julie Gorchkova
                                               Email: jgorchkova@becker-poliakoff.com
*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.      *Attorneys for Defendants Estate of Nathan
Madoff Investment Securities LLC*              Plafsky and Robert Plafsky*


SO ORDERED.

Dated: May 28, 2013                            /s/Burton R. Lifland
       New York, New York                      HONORABLE BURTON R. LIFLAND
                                               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Marc Skapof

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05150 (BRL) |
| Plaintiff, | |
| v. | |
| PLAFSKY FAMILLY LLC RETIREMENT PLAN; ROBET PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; ESTATE OF NATHAN PLAFSKY; ROBERT PLAFSKY, in his capacity as Personal Representative of the Estate of Nathan Plafsky; and EDNA KAMINSKI, | |

Defendants.

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> PLAFSKY FAMILY LLC RETIREMENT PLAN; ROBERT PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; ESTATE OF NATHAN PLAFSKY; ROBERT PLAFSKY, in his capacity as Personal Representative of the Estate of Nathan Plafsky; and EDNA KAMINSKI, <br><br> Defendants. | Adv. Pro. No. 10-05150 (SMB) |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Plafsky Family LLC Retirement Plan, Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan, Nathan Plafsky, and Edna Kaminski; and

**WHEREAS**, Edna Kaminski died on June 22, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and Kathryn L. Hvasta as the personal representative of the Estate of Edna Kaminski, as follows:

1.    The Estate of Edna Kaminski[1] (the "Estate"), and Kathryn L. Hvasta, in her capacity as the personal representative of the Estate (collectively referred to as "Defendants"), are hereby substituted into this action in place of Edna Kaminski, deceased, and the Complaint shall be deemed so amended.  Attached as Exhibit A to this Stipulation is the caption as amended removing Edna Kaminski and substituting the Estate of Edna Kaminski and Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski.

2.    The Clerk of the Court is hereby directed to amend the caption to remove Edna Kaminski and substitute the Estate of Edna Kaminski and Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski, as reflected on Exhibit A to this Stipulation.

---

[1] *In the Matter of the Estate of Edna C. Kaminski, Deceased*, Docket No. 245771, State of New Jersey, Middlesex County Surrogate's Court.

3.      Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  January 6, 2015

     New York, New York

BAKER & HOSTETLER LLP

By:  */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

BECKER & POLIAKOFF, LLP

By:  */s/ Helen Davis Chaitman*
45 Broadway, 8th Floor
New York, New York 10008
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
E-mail: hchaitman@becker-poliakoff.com
Peter W. Smith
Email: psmith@becker-poliakoff.com
Julie Gorchkova
Email: jgorchkova@becker-poliakoff.com

*Attorneys for Defendants Estate of*
*Edna Kaminski and Kathryn L. Hvasta*

08-01789-cgm    Doc 20748-2    Filed 09/13/21    Entered 09/13/21 18:26:58    Main Document
Pg 5 of 7

SO ORDERED.

Dated: <u>January 6th</u>, 2015                    <u>/s/ STUART M. BERNSTEIN</u>
New York, New York                        HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05150 (SMB) |
| Plaintiff, | |
| v. | |
| PLAFSKY FAMILY LLC RETIREMENT PLAN; ROBERT PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; ESTATE OF NATHAN PLAFSKY; ROBERT PLAFSKY, in his capacity as Personal Representative of the Estate of Nathan Plafsky; ESTATE OF EDNA KAMINSKI; and KATHRYN L. HVASTA, in her capacity as Personal Representative of the Estate of | |

Edna Kaminski,

               Defendants.

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114
Telephone: (216) 861-7834
Fax: (216) 696-0740
Brett Wall (*admitted pro hac vice*)
Email: bwall@bakerlaw.com
Jason Perdion (*admitted pro hac vice*)
Email: jperdion@bakerlaw.com
David Proaño (*admitted pro hac vice*)
Email: dproano@bakerlaw.com
Gretchen Lange (*admitted pro hac vice*)
Email: glange@bakerlaw.com
Darren Crook (*admitted pro hac vice*)
Email: dcrook@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT BARBANEL,<br><br>and<br><br>ESTATE OF ALICE BARBANEL,<br><br>and<br><br>HERBERT BARBANEL, in his capacity as Executor of the Estate of Alice Barbanel,<br><br>Defendants. | Adv. Pro. No. 10-04321 (SMB) |

## STIPULATION TO CORRECT TITLE OF PARTY SUBSTITUTED FOR DEFENDANT ALICE BARBANEL
## AND ORDER

**WHEREAS**, through a *Stipulation for Substitution of Defendant Alice Barbanel* submitted and approved on October 20, 2014, the Estate of Alice Barbanel[1] (the "Estate"), and Herbert Barbanel, in his capacity as Executor of the Estate (collectively referred to as "Defendants") were substituted into this action in place of Alice Barbanel, deceased; and

**WHEREAS**, Herbert Barbanel is the <u>Personal Representative</u> of the Estate; and

---

[1] The Estate of Alice Barbanel, Circuit Court of Palm Beach County, FL, File #50 2014 CP002958 XXXX MB.

**WHEREAS**, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff, and the Defendants wish to amend Herbert Barbanel's title from "Executor of the Estate of Alice Barbanel" to "the Personal Representative of the Estate of Alice Barbanel" for purposes of this action to avoid any confusion concerning the identity of the parties substituted for defendant Alice Barbanel.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Herbert Barbanel, in his capacity as the Personal Representative of the Estate of Alice Barbanel, as follows:

1.    Herbert Barbanel's title is amended from "Executor of the Estate of Alice Barbanel" to "the Personal Representative of the Estate of Alice Barbanel" for purposes of this action, and the complaint shall be deemed so amended.

2.    The Clerk of the Court is hereby directed to amend the caption to amend Herbert Barbanel's title from "Executor of the Estate of Alice Barbanel" to "the Personal Representative of the Estate of Alice Barbanel," as reflected on Exhibit A to this Stipulation.

3.    Counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B), that the Trustee's right to amend under Federal Rule of Civil

10-04323-smb   Doc 44-7   Filed 10/23/14   Entered 10/23/14 08:09:54   Main Document
Pg 44 of 59

Procedure 15(a)(1)(A) or (B) is expressly reserved, and that the Trustee may file one amendment

without leave of court in compliance with Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all

rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  October 22, 2014

New York, New York

**BAKER & HOSTETLER LLP**

By:  /s/      Nicholas Cremona
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas Cremona
Email:  ncremona@bakerlaw.com

1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114
Telephone: (216) 861-7834
Fax: (216) 696-0740
Brett Wall (*admitted pro hac vice*)
Email: bwall@bakerlaw.com
Jason Perdion (*admitted pro hac vice*)
Email: jperdion@bakerlaw.com
David Proaño (*admitted pro hac vice*)
Email: dproano@bakerlaw.com
Gretchen Lange (*admitted pro hac vice*)
Email: glange@bakerlaw.com
Darren Crook (*admitted pro hac vice*)
Email: dcrook@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of
Bernard L. Madoff*

**BECKER & POLIAKOFF LLP**

By: */s/ Helen Davis Chaitman (by email consent)*
45 Broadway, 8th Floor
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
Helen Davis Chaitman
Email: hchaitman@bplegal.com
Julie Gorchkova
Email: jgorchkova@bplegal.com
Peter W. Smith
Email: psmith@bplegal.com

SO ORDERED.
Dated:  October 22nd, 2014
New York, New York

  /s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04321 |
| v. | |
| HERBERT BARBANEL, | |
| and | |
| ESTATE OF ALICE BARBANEL, | |
| and | |
| HERBERT BARBANEL, in his capacity as the Personal Representative of the Estate of Alice Barbanel, | |
| Defendants. | |

300339224.1

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@gmail.com
Elyssa S. Kates
Email: ekates@bakerlaw.com


*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04889 (SMB) |
| Plaintiff, | |

v.

ROBERT S. SAVIN,

                    Defendant.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Defendant Robert S. Savin; and

**WHEREAS**, Robert S. Savin died on December 18, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shevryn Savin[1] (the "Estate"), as follows:

1.      The Estate and Barbara L. Savin, in her capacity as Personal Representative of the Estate, ("Defendants"), are hereby substituted into this action in place of Robert S. Savin, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2.      The Clerk of the Court is hereby directed to amend the caption to remove Robert S. Savin  and substitute the Estate and Barbara L. Savin, in her capacity as Personal Representative of the Estate, as reflected on Exhibit A to this Stipulation.

3.      Undersigned counsel for the Estate and Barbara L. Savin, in her capacity as Personal Representative of the Estate: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons

---

[1] File No. 502016CP005287XXXXMB, in the Circuit Court for Palm Beach County, Florida, Probate Division.

and the Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.    Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.    This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:   January 13, 2017

*/s/ Elyssa S. Kates*

David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

_/s/ Helen Davis Chaitman_
Helen Davis Chaitman
Email: Hchaitman@chaitmanllp.com
Jennifer Allim
Email: jallim@chaitmanllp.com
**Chaitman LLP**
465 Park Avenue
New York, NY  10022
Telephone:  (908) 303-4568
Fax:  (888) 759-1114

*Attorneys for Defendant Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert S. Savin*


SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: January 13, 2017
New York, New York

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com


*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>THE ESTATE OF ROBERT SHERVYN SAVIN, and BARBARA L. SAVIN, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin,<br><br>          Defendants. | Adv. Pro. No. 10-04889 (SMB) |

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05157 (SMB) |
| v. | |
| THE HARNICK BROTHERS PARTNERSHIP, MARTIN R. HARNICK & STEVEN P. NORTON PARTNERS, MARTIN HARNICK, individually and in his, capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, STEVEN P. | |

NORTON, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, THE ESTATE OF STEVEN HARNICK, THE STEVEN HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, BARBARA JUNE LANG, individually and in her capacities as the personal representative of the ESTATE OF STEVEN HARNICK and trustee of the THE STEVEN HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, MICHELLE GLATER, and PAMELA HARNICK,

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT STEVEN P. NORTON WITH PREJUDICE

**WHEREAS**, on December 3, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against The Harnick Brothers Partnership, Martin R. Harnick & Steven P. Norton Partners, Martin Harnick, individually and in his, capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Steven P. Norton, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, The Estate of Steven Harnick, The Steven Harnick Revocable Living Trust dated April 2, 2002, Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust dated April 2, 2002, Michelle Glater, and Pamela Harnick (collectively, "Defendants");

**WHEREAS**, Defendant Steven P. Norton died on October 6, 2014; and

2

**WHEREAS**, the Parties have met and conferred to negotiate a consensual dismissal of Defendant Steven P. Norton from the above-captioned adversary proceeding.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendant Steven P. Norton, by and through his counsel, Chaitman, LLP (collectively, the "Parties"), as follows:

1.      On December 3, 2010, the Trustee filed and served the Complaint against Defendants.

2.      On December 14, 2011, the Trustee filed and served an Amended Complaint against Defendants.

3.      On September 18, 2015, Defendants filed an Answer to the Amended Complaint.

4.      On November 13, 2015, counsel for Defendant Steven P. Norton notified the Trustee of Defendant Steven P. Norton's death on October 6, 2014.

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Steven P. Norton in the above-captioned adversary proceeding.

6.      The Parties reserve all rights, claims and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights, claims and defenses.  Nothing contained in this Stipulation can or shall be construed as an adjudication on the merits of claims that the Parties may have against each other or any other party, or as an admission or acknowledgement of any claim or defense as against the other by either Party.

7.      Upon the dismissal of Steven P. Norton, the caption for this Proceeding is hereby amended to delete Steven P. Norton from the caption.  The amended caption of the Proceeding

10-05157-smb   Doc 62   Filed 02/08/19   Entered 02/08/19 09:21:52   Main Document
Pg 79 of 112

08-01789-cgm   Doc 20742-2   Filed 09/13/21   Entered 09/13/21 18:26:58   Exhibit B -
Chart and Filed Substitutions   Pg 79 of 112

shall appear as indicated on Exhibit A to this stipulation.

     8.     The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

     9.     This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
       February 5, 2016

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*

**CHAITMAN, LLP**

By: */s/ Helen Davis Chaitman*
465 Park Avenue
New York, NY 10022
(908) 303-4568 (cell)
Office and Fax:  (888) 759-1114
Helen Davis Chaitman
helendavischaitman@gmail.com

*Attorney for Defendants*

SO ORDERED

Dated: <u>February 8th</u>,2016
New York, New York

                                     /s/ STUART M. BERNSTEIN_____
                                     HONORABLE STUART M. BERNSTEIN
                                     UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05157 (SMB) |
| v. | |
| THE HARNICK BROTHERS PARTNERSHIP, MARTIN R. HARNICK & STEVEN P. NORTON PARTNERS, MARTIN HARNICK, individually and in his, capacities as general partner of The Harnick Brothers Partnership and Martin R. | |

Harnick & Steven P. Norton Partners, THE
ESTATE OF STEVEN HARNICK, THE STEVEN
HARNICK REVOCABLE LIVING TRUST
DATED APRIL 2, 2002, BARBARA JUNE
LANG, individually and in her capacities as the
personal representative of the ESTATE OF
STEVEN HARNICK and trustee of the THE
STEVEN HARNICK REVOCABLE LIVING
TRUST DATED APRIL 2, 2002, MICHELLE
GLATER, and PAMELA HARNICK,

Defendants.

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
Farrell A. Hochmuth

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment SecuritiesLLC and
the Estate of Bernard L. Madoff*

**Hearing Date: May 31, 2017**
**Time: 10:00am**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>v.<br><br>BRUNO L. DI GIULIAN,<br><br>                    Defendant. | Adv. Pro. No. 10-04728 (SMB) |

10-04728-smb    Doc 66    Filed 05/30/17    Entered 05/30/17 13:22:24    Main Document
Pg 3 of 4

08-01789-cgm    Doc 20748-2    Filed 09/13/21    Entered 09/13/21 13:26:58    Exhibit R -
Chart and Filed Substitutions    Pg 85 of 112

## NOTICE OF MOTION FOR SUBSTITUTION OF DEFENDANT

PLEASE TAKE NOTICE that upon the accompanying Motion, Irving H. Picard, as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, will move the Court for entry of the proposed Order, submitted herewith, substituting the Estate of Bruno L. Di Giulian and Patsy Di Giulian, in her capacity as personal representative of the Estate of Bruno L. Di Giulian, deceased, as Defendants in this action, on Wednesday May 31, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Samuel M. Bernstein at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

PLEASE TAKE FURTHER NOTICE that any response or objection to the Motion must be in writing, conform to applicable rules of this Court and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in accordance with General Order 242 by no later than 5:00 p.m. on Wednesday May 24, 2017 (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Samuel M. Bernstein) and must be served upon (a) Baker and Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan and Nicholas J. Cremona, and (b) Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

PLEASE TAKE FURTHER NOTICE that notice of this motion will be provided by U.S.

Mail or email to all defendants in this adversary proceeding pursuant to the Order Establishing

Notice Procedures (Adv. Pro. No. 08-01789 (SMB); ECF No. 4560). The Trustee submits that no

other or further notice is required.

Dated: May 10, 2017                            /s/ *David J. Sheehan*
      New York, NY                    Baker & Hostetler LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201
                                        David J. Sheehan
                                        Email:  dsheehan@bakerlaw.com
                                        Nicholas J. Cremona
                                        Email:  ncremona@bakerlaw.com

                                        *Attorneys for Irving H. Picard, Trustee for the*
                                        *Substantively Consolidated SIPA Liquidation*
                                        *of Bernard L. Madoff Investment Securities*
                                        *LLC and the Estate of Bernard L. Madoff*

08-01789-smb Doc 20748-2 Filed 09/16/21 Entered 09/16/21 13:26:58 Exhibit B-
Proposed Order and its Ex. A Pg 87 of 112
10-04728-smb Doc 661 Filed 09/16/21 Entered 09/16/21 13:32:25 Exhibit B-
Chart and Filed Substitutions - Proposed Order and its Ex. A Pg 87 of 112

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04728 (SMB) |
| Plaintiff, | |
| v. | |
| BRUNO L. DI GIULIAN, | |
| Defendant. | |

## [PROPOSED] ORDER ON MOTION FOR SUBSTITUTION OF DEFENDANT

This cause having come before the Court on May 31, 2017 on the motion ("Motion") of

Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff

Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et

seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, for entry of an

order substituting the Estate of Bruno L. Di Giulian and Patsy Di Giulian in her capacity as

personal representative of the estate of Bruno L. Di Giulian, as Defendants in this action

08-01789-smb    Doc 20748-12    Filed 09/13/21    Entered 09/13/21 13:26:58    Exhibit B-
Proposed Order and its Ex. A    Pg 2 of 3
10-04728-smb    Doc 661-2    Filed 09/10/17    Entered 09/10/17 11:32:25    Exhibit B-
Clear and Filed Substitutions    Pg 88 of 112

pursuant to Rule 25(a)(1).    Due notice of the Motion having been given, and upon the

proceedings before the Court and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED; and

2.    The Estate of Bruno L. Di Giulian and Patsy Di Giulian in her capacity as

personal representative of the Estate of Bruno L. Di Giulian, are hereby substituted as

Defendants.    The Clerk of the Court is hereby directed to amend the caption to remove Bruno L.

Di Giulian and substitute the Estate of Bruno L. Di Giulian, and Patsy R. Di Giulian, in her

capacity as personal representative of the Estate of Bruno L. Di Giulian, as reflected on Exhibit

A to this Order.

SO ORDERED:

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE


Dated: _____, 2017
         New York, New York

## EXHIBIT A

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04728(SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF BRUNO L. DI GIULIAN, and PATSY DI GIULIAN, in her capacity as Personal Representative of the Estate of Bruno L. Di Giulian, | |
| Defendants. | |

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04599 (SMB) |
| Plaintiff, | |
| v. | |
| ALVIN E. SHULMAN, | |

|  |
|---|
| Defendant. |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Alvin Shulman; and

**WHEREAS**, Alvin Shulman died on February 26, 2016.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Alan Goldberg in his capacity as Personal Representative of the Estate of Alvin Shulman, as follows:

1.      The Estate of Alvin E. Shulman[1] (the "Estate"), and Alan Goldberg, in his capacity as Personal Representative of the Estate ("Defendants"), are hereby substituted into this action in place of Alvin Shulman, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2.      The Clerk of the Court is hereby directed to amend the caption to remove Alvin Shulman and substitute the Estate of Alvin E. Shulman and Alan Goldberg, in his capacity as Personal Representative of the Estate, as reflected on Exhibit A to this Stipulation.

3.      Undersigned counsel for the Estate, and Alan Goldberg in his capacity as Personal Representative of the Estate: (i) expressly represents that she has the authority to accept service

---

[1] The Estate of Alvin E. Shulman, Court File No. 2016-*001829 CP02 in the Circuit Court for Miami-Dade County, Florida, Probate Division.

of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the

Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on

insufficiency of process or insufficiency of service of process of the summons and Amended

Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in

Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure

15(a)(1)(A) or (B).

    4.    Except as expressly set forth herein, the parties to this Stipulation reserve all

rights and defenses they may have.

    5.    This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  July 12, 2016

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

*/s/ Nicholas J. Cremona*
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

**CHAITMAN, LLP**

By: _/s/ Helen Davis Chaitman_
Helen Davis Chaitman
Email: Hchaitman@chaitmanllp.com
**Chaitman LLP**
465 Park Avenue
New York, NY  10022
Telephone:  (908) 303-4568
Fax:  (888) 759-1114

*Attorney for Defendant Alvin Shulman*

SO ORDERED

/s/ STUART M. BERNSTEIN

Dated: July 12th, 2016          HON. STUART M. BERNSTEIN
New York, New York          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04599 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF ALVIN SHULMAN; and ALAN GOLDBERG, in his capacity as the | |

Personal Representative of the Estate of Alvin
Shulman,

           Defendant.

**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04606 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF FLORENCE W. SHULMAN; ALAN M. GOLDBERG, in his capacity as Personal Representative of the Estate of Florence W. Shulman; KEVIN SHULMAN in his capacity as Trustee of the Florence Shulman Pourover Trust; CARAN RUGA ROSS, in her capacity as Trustee of the Florence Shulman Pourover Trust; | |

08-01789-smb   Doc 20743-2   Filed 09/13/21   Entered 09/13/21 13:26:58   Exhibit B -
Chart and Filed Substitutions   Pg 97 of 112

10-04608-smb   Doc 48   Filed 04/30/12   Entered 04/30/12 18:00:55   Main Document
Pg 2 of 3

FLORENCE SHULMAN POUROVER TRUST, in
its own capacity and in its capacity as a Limited
Partner of FAS Partners, L.P.; FAS PARTNERS,
L.P.; SHULMAN FAMILY CORPORATION, in
its capacity as General Partner of FAS Partners,
L.P.; ALVIN E. SHULMAN POUROVER
TRUST, in its capacity as Limited Partner of FAS
Partners, L.P.; and ALVIN E. SHULMAN, in his
capacity as Trustee for the Alvin E. Shulman
Pourover Trust,

     Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above
captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the
following deadlines are hereby made applicable to this adversary proceeding:

1.     Fact Discovery shall be completed by: August 28, 2017.

2.     The Disclosure of Case-in-Chief Experts shall be due: November 17, 2017.

3.     The Disclosure of Rebuttal Experts shall be due: January 17, 2018.

4.     The Deadline for Completion of Expert Discovery shall be: February 15, 2018.

5.     The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
February 22, 2018.

6.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
or before March 8, 2018.

7.     The Deadline for Conclusion of Mediation shall be:  On or before July 6, 2018.

Dated: New York, New York  
      April 10, 2017

Of Counsel:

**BAKER HOSTETLER LLP**  
811 Main, Suite 1100  
Houston, Texas 77002  
Telephone: (713) 751-1600  
Facsimile: (713) 751-1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALVIN E. SHULMAN POUROVER TRUST; KEVIN SHULMAN in his capacity as Co-Trustee | Adv. Pro. No. 10-04599 (SMB) |

of the Alvin E. Shulman Pourover Trust, and Caran Ruga Ross, in her capacity as Co-Trustee for the Alvin E. Shulman Pourover Trust,

    Defendants.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04428 (SMB) |
| Plaintiff, | |
| v. | |
| Allen Meisels, | |
| Defendant. | |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant

Allen Meisels ("Meisels"); and

**WHEREAS**, Meisels died on or about May 30, 2017.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, Peggy A. Meisels, Executrix of the Estate of Meisels[1], and David T. Muldberg, Executor of the Estate of Meisels, as follows:

1.      The Estate of Meisels, Peggy A. Meisels, in her capacity as Executrix of the Estate of Meisels, and David T. Muldberg, in his capacity as Executor of the Estate of Meisels (collectively referred to as "Defendants"), are hereby substituted into this action in place of Meisels, deceased, and the Complaint shall be deemed so amended.

2.      The Clerk of the Court is hereby directed to amend the caption to remove Meisels and substitute the Estate of Meisels, Peggy A. Meisels in her capacity as Executrix of the Estate of Meisels, and David T. Muldberg, in his capacity as Executor of the Estate of Meisels, as reflected on Exhibit A to this Stipulation.

3.      Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants.

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.      This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

---

[1] *In the Matter of the Estate of Allen Meisels*, Deceased, State of New Jersey, County of Essex, Surrogate's Court, Docket Number 2017-1651.

Dated:  June 13, 2018

New York, New York

**BAKER & HOSTETLER LLP**

By: s/ *Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
Email: hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York  10022
Telephone:  212.541.2115
Fax:  212.541.1462

*Attorney for Defendants*

SO ORDERED:

Dated: June 13, 2018
New York, New York

_____/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>THE ESTATE OF ALLEN MEISELS, PEGGY A. MEISELS, in her capacity as Executrix of the Estate of Allen Meisels, and DAVID T. MULDBERG, in his capacity as Executor of the Estate of Allen Meisels,<br><br>      Defendants. | Adv. Pro. No. 10-04428 (SMB) |

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>     Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>     Plaintiff, <br><br>   v. <br><br> TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ, EVELYN BEREZIN WILENITZ, individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, and SARA SEIMS, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, <br><br>     Defendants. | Adv. Pro. No. 10-04995 (SMB) |

10-04995-smb   Doc 131   Filed 09/13/21   Entered 09/13/21 13:26:58   Main Document
Pg 106 of 112

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Trust U/Art Fourth O/W/O Israel Wilenitz, Evelyn Berezin Wilenitz ("Wilenitz"), and Sara Seims; and

**WHEREAS**, Wilenitz died on or about December 8, 2018.[1]

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, Kathleen P. Mullinix, Executrix of the Estate of Evelyn Berezin Wilenitz ("Estate of Wilenitz"):

1.    The Estate of Wilenitz and Kathleen P. Mullinix, in her capacity as Executrix of the Estate of Wilenitz (together the "Defendants"), are hereby substituted into this action in place of Wilenitz, deceased, and the Complaint shall be deemed so amended.

2.    The Clerk of the Court is hereby directed to amend the caption to remove Wilenitz and substitute the Estate of Wilenitz and Kathleen P. Mullinix, in her capacity as Executrix of the Estate of Wilenitz, as reflected on Exhibit A to this Stipulation.

3.    Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Complaint on behalf of Defendants, (ii) waives service of the summons and the Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Complaint on behalf of Defendants.

---

[1] Probate Proceeding, Will of Evelyn Berezin a/k/a Evelyn Berezin Wilenitz, File No. 2018-4748, in the Surrogate's Court of the State of New York, County of New York.

4.       Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.       This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  February 20, 2019
        New York, New York

**BAKER & HOSTETLER LLP**                        **CHAITMAN LLP**

By: s/ *Nicholas J. Cremona*                     By:  /s/ *Helen Davis Chaitman*
45 Rockefeller Plaza                               Helen Davis Chaitman
New York, New York 10111                           Email: hchaitman@chaitmanllp.com
Telephone: 212.589.4200                            465 Park Avenue
Facsimile: 212.589.4201                            New York, New York 10022
David J. Sheehan                                   Telephone:  212.541.2115
Email: dsheehan@bakerlaw.com                       Fax:  212.541.1462
Nicholas J. Cremona
Email: ncremona@bakerlaw.com                       *Attorney for Defendants*

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*

SO ORDERED:

Dated: **February 20ᵗʰ, 2019**                   **/s/ STUART M. BERNSTEIN**
New York, New York                               HONORABLE STUART M. BERNSTEIN
                                                 UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04995 (SMB) |
| Plaintiff, | |
| v. | |
| TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ, ESTATE OF EVELYN BEREZIN WILENITZ, KATHLEEN P. MULLINIX, as Executrix of the Estate of Evelyn Berezin Wilenitz, and SARA SEIMS, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, | |
| Defendants. | |

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Fernando A. Bohorquez, Jr.

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04367 (SMB) |
| Plaintiff, | |
| v. | |
| BENJAMIN T. HELLER, | |
| Defendant. | |

08-01789-smb    Doc 20748-2    Filed 09/13/21    Entered 09/13/21 18:26:58    Main Document
Pg 110 of 4

### STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendant Benjamin T. Heller; and

**WHEREAS**, Benjamin T. Heller died on or about April 24, 2019.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, and the Estate of Benjamin T. Heller (the "Heller Estate" or "Defendant"), as follows:

1. The Heller Estate is hereby substituted into this action in place of Benjamin T. Heller, deceased, and the Complaint shall be deemed so amended (the "Amended Complaint").

2. The Clerk of the Court is hereby directed to amend the caption to remove Benjamin T. Heller and substitute the Heller Estate, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for the Heller Estate: (i) expressly represent that they have the authority to accept service of the Amended Complaint on behalf of Defendant, (ii) waive service of the summons and the Amended Complaint on behalf of Defendant, and (iii) hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendant.

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

08-01789-smb    Doc 20748-2    Filed 09/13/21    Entered 09/13/21 18:26:58    Exhibit B -
Chart and Filed Substitutions    Pg 111 of 112

10-04367-smb    Doc 94    Filed 12/10/19    Entered 12/10/19 14:34:18    Main Document
Pg 4 of 4

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: December 11, 2019
New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Fernando A. Bohorquez, Jr.
Email: fbohorquez@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

**CHAITMAN LLP**

By: /s/ *Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Telephone:  212.541.2115
Facsimile:  212.541.1462
Email: hchaitman@chaitmanllp.com

*Attorneys for the Estate of Benjamin T.
Heller*

SO ORDERED:

Dated: **December 11ᵗʰ, 2019**
New York, New York

/s/ **STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

08-01789-smb   Doc 20742-2   Filed 09/13/21   Entered 09/13/21 18:26:58   Exhibit B-
Chart and Filed Substitutions   Pg 112 of 112

10-04367-smb   Doc 94   Filed 12/10/19   Entered 12/10/19 14:34:18   Main Document
Pg 112 of 112

## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                    Plaintiff,<br><br>            v.<br><br>THE ESTATE OF BENJAMIN T. HELLER,<br><br>                                    Defendant. | Adv. Pro. No. 10-04367 (SMB) |