# EXHIBIT C

# Amy Sanchez

| | |
|---|---|
| **From:** | Carlisle, Marie L. <mcarlisle@bakerlaw.com> |
| **Sent:** | Thursday, September 09, 2021 9:42 AM |
| **To:** | Helen Chaitman; Cremona, Nicholas J. |
| **Cc:** | Lance Gotthoffer; Hunt, Dean D. |
| **Subject:** | RE: Transcript of the deposition of Gerald Keller |

Helen,

If you'd like a copy of the transcript from Mr. Keller's deposition, please reach out to Bendish Reporting at 877-404-2193 to purchase a copy.

Thanks,

Marie

---

**From:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Sent:** Friday, September 3, 2021 10:57 AM
**To:** Carlisle, Marie L. <mcarlisle@bakerlaw.com>; Cremona, Nicholas J. <ncremona@bakerlaw.com>
**Cc:** Lance Gotthoffer <lgotthoffer@chaitmanllp.com>
**Subject:** Transcript of the deposition of Gerald Keller

[External Email: Use caution when clicking on links or opening attachments.]

Would you please email to me the complete deposition transcript of Gerald Keller? We don't have a copy of it and need it to respond to your summary judgment papers. Thanks.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,

1

destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.