**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants The Gerald and Barbara Keller Family Trust, Gerald E. Keller, in his capacity as Trustee of the Gerald and Barbara Keller Family Trust,*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GERALD AND BARBARA KELLER FAMILY TRUST, GERALD E. KELLER, in his capacity as Trustee of the Gerald and Barbara Keller Family Trust,<br><br>    Defendants. | Adv. Pro. No. 10-04539 (CGM) |

## DECLARATION OF IRWIN LEVINE IN SUPPORT OF DEFENDANTS' CROSS-MOTION TO DISMISS THE COMPLAINT

I, Irwin Levine, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct based upon my personal knowledge:

1. I have been the Chief Financial Officer of Keller International Publishing Corp. ("Keller Publishing") for the past 30 years.

2. The Gerald and Barbara Keller Family Trust (the "Trust") had agreed, in 1997, to make loans to Keller Publishing whenever I determined that such financing was needed.

3. The procedure by which these loans were executed is accurately set forth in Mr. Keller's declaration filed on August 17, 2021.

4. The loan amounts owed to the Trust by Keller Publishing were always reflected on the financial statements of Keller Publishing. See, for example, Ex. A hereto.

September 11, 2021

_Irwin Levine_
Irwin Levine