# EXHIBIT A

KELLER INTERNATIONAL PUBLISHING CORP                02-25-09
BALANCE SHEET
DECEMBER 31, 2008

### ASSETS

**CURRENT ASSETS:**

| | |
|---|---:|
| Cash | 147,813.64 |
| Accounts receivable - net | 360,632.82 |
| Marketable securities, at cost (mkt $12,114) | 3,743.53 |
| Loans receivable - employees | 6,176.46 |
| Loans receivable - K. Keller | 137,490.39 |
| Loans receivable - Berger | 198,344.82 |
| Prepaid expenses | 10,650.17 |
| | 864,851.83 |
| | |
| Property and equipment - net | 0.00 |
| Cash value of life insurance - net | 136,388.17 |
| Deposits and other assets | 19,006.50 |
| Notes receivable - B2bPortales | 119,646.48 |
| Goodwill and other intangibles | 0.00 |
| | 275,041.15 |
| | |
| | 1,139,892.98 |

AND STOCKHOLDERS' EQUITY

**CURRENT LIABILITIES:**

| | |
|---|---:|
| Accounts payable | 391,181.93 |
| Deferred income | 43,691.06 |
| | 434,872.99 |

**OTHER**

| | |
|---|---:|
| Deferred gain on sale | 119,646.48 |
| Loans payable - J. Keller | 2,134,616.97 |
| | 2,254,263.45 |

**STOCKHOLDERS' EQUITY**

| | |
|---|---:|
| Common stock | 10,000.00 |
| Retained earnings | (1,559,243.46) |
| | (1,549,243.46) |
| | |
| | 1,139,892.98 |

**2:00 PM**
**09/11/21**
**Accrual Basis**

# Keller International Publishing Corp.
## Balance Sheet
### As of June 30, 2021

|  | Jun 30, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 0120 · Cash - Chase GA | 45,067.73 |
| 012000 · First Foundation Bank | 173,452.71 |
| **Total Checking/Savings** | 218,520.44 |
| **Accounts Receivable** | |
| 030000 · Accounts Receivable | |
| 031000 · Receivables | 571,938.42 |
| **Total 030000 · Accounts Receivable** | 571,938.42 |
| **Total Accounts Receivable** | 571,938.42 |
| **Other Current Assets** | |
| 039500 · Reserve for Bad Debts | -37,000.00 |
| 052500 · Loan - Berger | 747,118.90 |
| 065000 · Miscellaneous Deposits | 850.00 |
| 079000 · Prepaid Expenses- Admin | |
| Prepaid Ca Franchise Taxes | 617.00 |
| **Total 079000 · Prepaid Expenses- Admin** | 617.00 |
| 080000 · Prepaid Insurance | -16.37 |
| **Total Other Current Assets** | 711,569.53 |
| **Total Current Assets** | 1,502,028.39 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | |
| 151000 · Office Equipment | 131,665.20 |
| 151500 · Office Equipment - CA | 5,407.57 |
| 152000 · Office Equipment -IL | 25,946.87 |
| 152500 · Office Equipment - France | 6,567.51 |
| 153000 · Telephone - NY | 25,442.64 |
| 153100 · Telephone - IL | 2,701.05 |
| 155000 · Autos | 44,701.98 |
| 156500 · Office Equipment - VA | 13,294.98 |
| 159000 · Accumulated Depreciation - Equi | -259,098.06 |
| 161000 · Furniture - NY | 9,933.26 |
| 169000 · Accumulated Depreciation - Furn | -6,563.00 |
| **Total 15000 · Furniture and Equipment** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 181000 · Cash Value Life Insurance | 195,112.87 |
| **Total Other Assets** | 195,112.87 |
| **TOTAL ASSETS** | **1,697,141.26** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 221000 · Accounts Payable | 79,492.76 |
| **Total Accounts Payable** | 79,492.76 |

Page 1

2:00 PM
09/11/21
Accrual Basis

# Keller International Publishing Corp.
## Balance Sheet
### As of June 30, 2021

|  | Jun 30, 21 |
|---|---:|
| **Other Current Liabilities** |  |
| 037000 · Keller Properties LLC | -88,614.00 |
| 037500 · Vence Ventures LLC | 61,706.68 |
| 051000 · Loan -GEK | 2,025,356.40 |
| 219000 · First Foundation Bank Loan-PPP2 | 212,610.00 |
| 231000 · Accrued Expenses | 127,348.64 |
| 240200 · Accrued Commissions - KK | -5,000.04 |
| 241500 · Accrued Commissions - Giordano | -400.00 |
| 244800 · Accrued Commissions - Letschert | -34.63 |
| 245200 · Accrued Commissions- Janson | -3,750.00 |
| 254000 · NYS Unemployment Tax | 842.97 |
| 254500 · Fed Unemployment Tax | 73.80 |
| 255000 · Disability Insurance Payable | -165.78 |
| 256000 · CA Franchise Tax | -800.00 |
| **Total Other Current Liabilities** | 2,329,174.04 |
| **Total Current Liabilities** | 2,408,666.80 |
| **Long Term Liabilities** |  |
| 220500 · SBA Loan | 149,900.00 |
| 2710-00 · Loan - Bradford Berger Gift Trt | 262,500.00 |
| 2720-00 · Loan - Kelly Keller Gift Trt | 162,500.00 |
| 2730-00 · Loan - Lisa Keller Gift Trt | 162,500.00 |
| 2740-00 · Loan - Lindsay Berger Gift Trt | 162,500.00 |
| **Total Long Term Liabilities** | 899,900.00 |
| **Total Liabilities** | 3,308,566.80 |
| **Equity** |  |
| 300000 · Opening Balance Equity | -85.13 |
| 310000 · Capital Stock | 10,000.00 |
| 320000 · Retained Earnings | -679,850.70 |
| 330000 · Capital - KIPC | -1,331,735.42 |
| Net Income | 390,245.71 |
| **Total Equity** | -1,611,425.54 |
| **TOTAL LIABILITIES & EQUITY** | **1,697,141.26** |