**CHAITMAN LLP**

Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro No. 10-04539 (CGM) |
| Plaintiff, | |
| v. | |
| THE GERALD AND BARBARA KELLER FAMILY TRUST, and GERALD E. KELLER, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that on August 17, 2021, I caused a true and correct copy of the following documents:

- Defendants' Reply Memorandum of Law in Further Support of Their Cross-Motion for Summary Judgment Dismissing the Complaint;
- Declaration of Irwin Levine in Further Support of Defendants' Cross-Motion for Summary Judgment Dismissing the Complaint with Exhibit A; and
- Declaration of Helen Davis Chaitman in Further Support of Defendants' Cross-Motion for Summary Judgment Dismissing the Complaint with Exhibits A – C;

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail upon:

Dean Hunt, Esq. dhunt@bakerlaw.com
Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:    September 13, 2021
New York, New York

CHAITMAN LLP
By: _/s/ Helen Davis Chaitman_
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

_Attorney for Defendants_