UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01670 (BRL) |
| Plaintiff, | |
| v. | |
| CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK D/B/A CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, F/K/A CALYON S.A. D/B/A CRÉDIT AGRICOLE MIAMI PRIVATE BANK, SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A., | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP, by the undersigned counsel, hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Crédit Agricole Corporate and Investment Bank ("Crédit Agricole").

Crédit Agricole so moves with a full reservation of its rights and defenses, and this Notice of Appearance shall not be deemed to be a waiver of any rights or defenses, including without limitation any defenses based on the lack of jurisdiction of the District Court or the Bankruptcy Court, or the capacity to be sued.

Dated: September 13, 2021
      New York, New York

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By: */s/ Elizabeth Vicens*
                          Elizabeth Vicens

                          One Liberty Plaza
                          New York, New York 10006
                          (212) 225-2000
                          (212) 225-3999 (facsimile)
                          evicens@cgsh.com

                          *Attorney for Crédit Agricole Corporate and Investment Bank*