UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-1022 (BRL) |
| Plaintiff, | |
| v. | |
| CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP, by the undersigned counsel, hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as Crédit Agricole (Suisse) S.A. and Crédit Agricole S.A. (together, the "Crédit Agricole Defendants").

The Crédit Agricole Defendants so move with a full reservation of their rights and defenses, and this Notice of Appearance shall not be deemed to be a waiver of any rights or

defenses, including without limitation any defenses based on the lack of jurisdiction of the District Court or the Bankruptcy Court, or the capacity to be sued.

Dated: September 13, 2021
      New York, New York

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By: */s/ Elizabeth Vicens*
                    Elizabeth Vicens

                    One Liberty Plaza
                    New York, New York 10006
                    (212) 225-2000
                    (212) 225-3999 (facsimile)
                    evicens@cgsh.com

                    *Attorney for the Crédit Agricole Defendants*