UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                     :   Adv. Pro. No. 08-01789 (BRL)

          Plaintiff-Applicant,                     :

          v.                                                   :   SIPA Liquidation

BERNARD L. MADOFF                                                :
INVESTMENT SECURITIES LLC,                                       :   (Substantively Consolidated)
                                                                 :
          Defendant.
----------------------------------------------------------------- X

IRVING H. PICARD, Trustee for the Liquidation of  :   Adv. Pro. No. 12-01670 (BRL)
Bernard L. Madoff Investment Securities LLC,
                                                  :
          Plaintiff,
                                                  :
          v.
                                                  :
CRÉDIT AGRICOLE CORPORATE AND
INVESTMENT BANK D/B/A CRÉDIT                      :
AGRICOLE PRIVATE BANKING MIAMI, F/K/A
CALYON S.A. D/B/A CRÉDIT AGRICOLE                 :
MIAMI PRIVATE BANK, SUCCESSOR IN
INTEREST TO CREDIT LYONNAIS S.A.,                 :

          Defendants.                            :

----------------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP, by the undersigned counsel, hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Crédit Agricole Corporate and Investment Bank ("Crédit Agricole").

Crédit Agricole so moves with a full reservation of its rights and defenses, and this Notice of Appearance shall not be deemed to be a waiver of any rights or defenses, including without limitation any defenses based on the lack of jurisdiction of the District Court or the Bankruptcy Court, or the capacity to be sued.

Dated: September 13, 2021
      New York, New York

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By: */s/ Lina Bensman*
                      Lina Bensman

                      One Liberty Plaza
                      New York, New York 10006
                      (212) 225-2000
                      (212) 225-3999 (facsimile)
                      lbensman@cgsh.com

                      *Attorney for Crédit Agricole Corporate and Investment Bank*