UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jeffrey Shankman (the "Claimant"), having filed an objection (the "Objection," Docket No. 650) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010631), hereby gives notice that he withdraws such Objection.

_____
JEFFREY SHANKMAN, *pro se*