**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | |
| In re: | |
| BERNARD L. MADOFF, Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2021, the Status Report on SIPA Liquidation

Proceeding and Related Adversary Proceedings Pending Before the Honorable Cecelia G. Morris

was filed electronically. Notice of this filing was sent through the Court's Electronic Case Filing

System and via electronic transmission to the email addresses designated for delivery and/or by

placing true and correct copies thereof in sealed packages designated for regular U.S. Mail,

postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 16, 2021
        New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

## SCHEDULE A

---

**Pro Se Defendants**

---

David Gross, Individually and as Joint Tenant
Email: Davidgross63@gmail.com


Douglas J. Sturlingh, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev
Living Trust Dtd 4/6/01
Clearwater, FL 33755

Gunther K. Unflat, individually and as joint tenant
Email: unflat@ltis.net


Irma Gross, Individually and as Joint Tenant
Email: Davidgross63@gmail.com


Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust
Foster City, CA 94404

Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991
Foster City, CA 94404

Margaret Unflat, individually and as joint tenant
Email: unflat@ltis.net


Sharon Knee
Palm Beach Gardens, FL 33418

Tamiami Tower Corporation
MIAMI, FL 33143

Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa
R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of
Trust Dated November 20, 1991
Foster City, CA 94404

---

**Defendant Counsel**

---

Andrew B. Kratenstein
Darren Azman
Michael R. Huttenlocher
McDermott Will & Emery LLP

Email: akratenstein@mwe.com
Email: dazman@mwe.com
Email: mhuttenlocher@mwe.com
Attorney For: Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage
Associates and individually as Beneficiary of Sage Associates, Ann M. Sage Passer, in her
capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage
Realty, Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and
individually as Beneficiary of Sage Associates, and as the Personal Representative of the Estate
of Lillian M. Sage, Malcolm H. Sage, in his capacity as partner or joint venturer of Sage Realty
and individually as Beneficiary of Sage Realty, and as the Personal Representative of the Estate
of Lillian M. Sage, Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage
Associates and individually as Beneficiary of Sage Associates, Martin A. Sage, in his capacity
as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Sage
Associates, Sage Realty

Andrew Gordon
Gregory Laufer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: agordon@paulweiss.com
Email: glaufer@paulweiss.com
Attorney For: Citco Bank Netherland NV Dublin, Citco Global Custody NV

Ari MacKinnon
Breon S. Peace
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: bpeace@cgsh.com
Email: tkessler@cgsh.com
Attorney For: BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH

Arthur H. Ruegger
Carole Neville
Dentons US LLP
Email: arthur.ruegger@dentons.com
Email: carole.neville@dentons.com
Attorney For: Carla Goldworm, Luke Goldworm as trustee and as an individual, S&L
Partnership, a New York partnership, Samuel Goldworm as trustee and as an individual, Trust
for the Benefit of Luke Goldworm, Trust For The Benefit Of Samuel Goldworm

Barry R. Lax
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney For: Bonnie Joyce Kansler, as executor, Estate of Marjorie Kleinman a/k/a Marjorie
Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC, Robert F. Ferber, Seyfair LLC,
Seymour Kleinman

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney For: Bonnie Joyce Kansler, as executor, Diana L. Messing, Estate of Marjorie
Kleinman a/k/a Marjorie Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC,
Robert F. Ferber, Samdia Family L.P., a Delaware Limited Partnership, Samuel L. Messing,
Seyfair LLC, Seymour Kleinman

Bryan Ha
Bryan Ha
Email: bhanyc@gmail.com
Attorney For: EJS Associates, L.P., Elaine Ostrin, Grace & Company, Jelris & Associates, L.P.,
Lakeview Investment, LP, Law & Mediation Offices of Richard M. Glantz, A Professional
Corporation, Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as
personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of
Thelma Glantz, The Estate of Edward R. Glantz, The Estate of Thelma Glantz, The Glantz-
Ostrin Trust II, Vista Management Co.

Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: richardsignorelli@gmail.com; rsignorelli@nycLITIGATOR.com
Attorney For: EJS Associates, L.P., Elaine Ostrin, Grace & Company, Jelris & Associates, L.P.,
Lakeview Investment, LP, Law & Mediation Offices of Richard M. Glantz, A Professional
Corporation, Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as
personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of
Thelma Glantz, The Estate of Edward R. Glantz, The Estate of Thelma Glantz, The Glantz-
Ostrin Trust II, Vista Management Co.

Daniel Marotta
Gabor & Marotta LLC
Email: dan@gabormarottalaw.com
Attorney For: Stuart Leventhal, Stuart Leventhal 2001 Irrevocable Trust

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney For: Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a
General Partner of the Ken Wen Family Limited Partnership

David C. Rose
Patrick Sibley
Richard Levy, Jr.
Pryor Cashman LLP
Email: drose@pryorcashman.com
Email: psibley@pryorcashman.com
Email: rlevy@pryorcashman.com
Attorney For: Alexandria K. Marden, B&C Marden LLC, a Delaware limited liability company,

Bernard A. Marden Revocable Trust, a Florida Trust, Bernard Marden Profit Sharing Plan, Charlotte Marden (aka Chris Marden), as trustee and as an individual, Charlotte M. Marden, Elizabeth C. Auld, Estate of Bernard A. Marden, Gabrielle Z. Marden, Iris Zurawin Marden, James P. Marden, James P. Marden, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, James P. Marden, as trustee, as personal representative, and as an individual, Marden Family Limited Partnership, a Delaware limited partnership, Meghan M. Auld, Merritt Kevin Auld, Neal J. Nissel, as trustee, Olivia G. Auld, Patrice M. Auld, Patrice M. Auld, Patrice M. Auld, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, Patrice M. Auld, as trustee, as personal representative, and as an individual, The Charlotte M. Marden Irrevocable Insurance Trust

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney For: James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust

Eric D. Dowell
Pryor Cashman LLP
Email: edowell@pryorcashman.com
Attorney For: Bernard Marden Profit Sharing Plan, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, Merritt Kevin Auld, Patrice M. Auld, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Attorney For: Kuntzman Family LLC

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Allan Inger, Andrea J. Marks, as trustee and beneficiary of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, as executor and beneficiary of the Estate of Jacob M. Dick, and as trustee of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Andrew Goodman, Article 8.1 Trust, Audrey Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman, Audrey M Goodman, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman, Barbara Keller, individually and in her capacity as Trustee of the Gerald and Barbara Keller Family Trust, Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin, Barry Inger, Bernard Whitman Revocable Living Trust U/A/D 8/5/86, Bernard Whitman, in his capacity as Trustee for the Bernard Whitman Revocable Living Trust u/a/d 8/5/86, a partner in The Whitman Partnership, Caryn Zieses, Debra S. Zieses, Doron Tavlin Trust U/A 2/4/91, Doron Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of James M Goodman, Gerald E. Keller, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, Goodman Charitable Foundation, in its capacity as a limited

6

partner of JABA Associates LP, Harry Smith Revocable Living Trust, Irrevocable Trust FBO Ethan Siegel, in its capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Jacob M. Dick Rev Living Trust dtd 4/6/01, Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Judd Robbins, Judith Gattegno, in her capacity as a member of the Kuntzman Family L.L.C., Judith Whitman Revocable Living Trust U/A/D 8/5/86, Judith Whitman, in her capacity as Trustee for The Judith Whitman Revocable Living Trust u/a/d 8/5/86, a partner in the Whitman Partnership, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, Laura Ann Smith, as Trustee of the Harry Smith Revocable Living Trust and individually, Marshall Zieses, Neil R. Zieses, Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein, RAR Entrepreneurial Fund, LTD., Reid Doral Ashley, a minor, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick RevLiving Trust Dtd 4/6/01, Rio Jocelyn Breen, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein, Susan B. Alswager, Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Suzanne Breen, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01, The Estate of James M. Goodman, The Estate of Robert Shervyn Savin, The Gerald and Barbara Keller Family Trust U/A June 2, 1998, The Whitman Partnership, Zieses Investment Partnership

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Bradermak Equities Corp., Bradermak, Ltd., Frederic Z. Konigsberg, Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership, Lee Rautenberg, Susan M. Konigsberg

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney For: APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc. PSP f/b/o Jan Stahl, Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl, Geri Stahl, H. Peter Steil, Jan Stahl, PJS Trading, Inc. PSP f/b/o Jan Stahl

Laurence May
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
Email: lmay@eisemanlevine.com
Attorney For: 151797 Canada Inc.

Mark S. Roher
Law Office of Mark S. Roher, P.A.
Email: mroher@markroherlaw.com

Attorney For: Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Janice G. Coppersmith, individually, S. James Coppersmith, individually, Seymour W. Zises in his capacity as trustee, The S. James Coppersmith Charitable Remainder Unitrust

Stephen Goldstein
Law Offices of Stephen Goldstein
Email: Sgoldlaw@gmail.com
Attorney For: Dancing $ LLC, a Montana limited liability company, Eric Waldman, Srione, LLC, an Idaho limited liability company

Philip H. Stillman
Stillman & Associates
Email: pstillman@stillmanassociates.com
Attorney For: Dancing $ LLC, a Montana limited liability company, Eric Waldman, Srione, LLC, an Idaho limited liability company

Richard A. Kirby
R|K Invest Law, PBC
Email: kirby@investlaw.net
Attorney For: Edara Partnership, Lanx BM Investments, LLC, Sarah Trust, The Lanx Fund II, LP, Wolfson Cousins, LP

Richard B. Feldman
Rosenberg Feldman Smith LLP
Email: rfeldman@rfs-law.com
Attorney For: Bernard Kessel Inc. Pension Plan and Trust, Estate Of Bernard J. Kessel, Iris Steel, in her capacity as Trustee of the Bernard Kessel Inc. Pension Plan and Trust and as Executrix of the Bernard J. Kessel Estate

Robert R. Miller
Lax & Neville, LLP
Email: rmiller@laxneville.com
Attorney For: Bonnie Joyce Kansler, as executor, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC, Seyfair LLC, Seymour Kleinman

Wayne A. Silver
Law Office of Wayne A. Silver
Email: ws@waynesilverlaw.com
Attorney For: Bruce Jaffe, Jaffe Family Investment Partnership

Alan B. Vickery
David Ata
Jenna C. Smith
Steven I. Froot
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Email: data@bsfllp.com
Email: jsmith@bsfllp.com
Email: sfroot@bsfllp.com
Attorney For: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: sshimshak@paulweiss.com
Attorney For: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

Amiad M. Kushner
Jennifer Fiorica Delgado
Maya Ginsburg
Michael B. Himmel
Zachary D. Rosenbaum
Lowenstein Sandler LLP
Email: akushner@lowenstein.com
Email: jdelgado@lowenstein.com
Email: mginsburg@lowenstein.com
Email: mhimmel@lowenstein.com
Email: zrosenbaum@lowenstein.com
Attorney For: BUREAU OF LABOR INSURANCE

Andreas A. Frischknecht
Erin E. Valentine
Peter R. Chaffetz
Yasmine Lahlou
Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Email: peter.chaffetz@chaffetzlindsey.com
Email: yasmine.lahlou@chaffetzlindsey.com
Attorney For: SIX SIS AG

Andrew Ditchfield
Elliot Moskowitz
Davis Polk & Wardwell LLP
Email: andrew.ditchfield@davispolk.com
Email: elliot.moskowitz@davispolk.com
Attorney For: Eurizon Capital SGR SpA (as Successor in Interest to Eurizon Investimenti SGR

SpA, f/k/a Nextra Investment Management SGR SpA, and Eurizon Alternative Investments SGR
Spa, f/k/a Nextra Alternative Inv, Eurizon Low Volatility f/k/a Nextra Low Volatility, Eurizon
Low Volatility II f/k/a Nextra Low Volatility II, Eurizon Low Volatility PB f/k/a Nextra Low
Volatility PB, Eurizon Medium Volatility f/k/a Nextra Medium Volatility, Eurizon Medium
Volatility II f/k/a Nextra Medium Volatility II, Eurizon Total Return f/k/a Nextra Total Return,
Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA

Andrew Gordon
Gregory Laufer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: agordon@paulweiss.com
Email: glaufer@paulweiss.com
Attorney For: Citco Bank Netherland NV Dublin, Citco Global Custody NV

Andrew J. Finn
Diane Lee McGimsey
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: finna@sullcrom.com
Email: mcgimseyd@sullcrom.com
Email: nelless@sullcrom.com
Attorney For: STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD.,
f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, STANDARD CHARTERED
FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL
SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK
(LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Krämer, STANDARD
CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.

Andrew M. Troop
Eric Fishman
Rahman Connelly
Samuel S. Cavior
PILLSBURY WINTHROP SHAW PITTMAN LLP
Email: andrew.troop@pillsburylaw.com
Email: eric.fishman@pillsburylaw.com
Email: rahman.connelly@pillsburylaw.com
Email: Samuel.Cavior@pillsburylaw.com
Attorney For: FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG)

Andrew P. Propps
John J. Kuster
Sidley Austin LLP
Email: apropps@sidley.com
Email: jkuster@sidley.com
Attorney For: KBC INVESTMENTS LIMITED

Anthony L. Paccione
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney For: Barfield Nominees Limited, Guernroy Limited, Lloyds TSB Bank PLC, Northern
Trust Corporation, RBC ALTERNATIVE ASSETS, L.P., RBC DEXIA INVESTOR SERVICES
BANK S.A., RBC DEXIA INVESTOR SERVICES ESPANA S.A, RBC DEXIA INVESTOR
SERVICES TRUST, RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA,
ROYAL BANK OF CANADA (ASIA) LIMITED, Royal Bank of Canada (Channel Islands)
Limited, ROYAL BANK OF CANADA (SUISSE) S.A., ROYAL BANK OF CANADA
TRUST COMPANY (JERSEY) LIMITED

Ari MacKinnon
Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: bpeace@cgsh.com
Attorney For: BNP PARIBAS ARBITRAGE SNC, BNP Paribas Arbitrage SNC, BNP Paribas
Bank & Trust (Cayman) Limited, BNP Paribas S.A., BNP PARIBAS S.A. D/B/A BNP
PARIBAS - DUBLIN BRANCH, BNP Paribas Securities Services S.A.

Benjamin Mills
Jonathan C. Cross
Scott S. Balber
Herbert Smith Freehills NY LLP
Email: Benjamin.Mills@hsf.com
Email: jonathan.cross@hsf.com
Email: scott.balber@hsf.com
Attorney For: BANK HAPOALIM (SWITZERLAND) LTD., BANK HAPOALIM B.M.

Benjamin W. Loveland
Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: benjamin.loveland@wilmerhale.com
Email: charles.platt@wilmerhale.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com
Email: mcademartori@sheppardmullin.com
Attorney For: Union Arbitrage Strategy Fund, Union Securities Investment Trust Co., Ltd.,
Union USD Global Arbitrage A Fund, Union USD Global Arbitrage Fund

Bradley Fishman
Wuersch & Gering LLP
Email: bradley.fishman@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Asset
Management Inc.

Brian J. Butler
Sara C. Temes
Bond, Schoeneck & King, PLLC
Email: bbutler@bsk.com
Email: stemes@bsk.com
Attorney For: OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus,
UMR Select Alternatif

Brian H. Polovoy
Shearman & Sterling LLP
Email: bpolovoy@shearman.com
Attorney For: Nomura International PLC, NOMURA INTERNATIONAL PLC

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney For: UKFP (ASIA) NOMINEES LIMITED

Briton Sparkman
George M. Chalos
Chalos & Co., P.C.
Email: bsparkman@chaloslaw.com
Email: gmc@chaloslaw.com
Attorney For: First Gulf Bank

Bruce Ginsberg
H. Seiji Newman
Joseph Cioffi
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: hnewman@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Bloom Asset Holdings Fund, IXIS Corporate & Investment Bank, Natixis, Natixis
Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC)

Carl H. Loewenson, Jr.
Gerardo Gomez Galvis
Morrison & Foerster LLP

Email: cloewenson@mofo.com
Email: GGomezGalvis@mofo.com
Attorney For: PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, SafeHand
Investments, Strongback Holdings Corporation

Carlos J. Canino
Eugene E. Stearns
Matthew M. Graham
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Email: ccanino@stearnsweaver.com
Email: estearns@stearnsweaver.com
Email: mgraham@stearnsweaver.com
Attorney For: David Mayer

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank (Switzerland) Ltd., Citibank, N.A., Citicorp North America, Inc.,
Citigroup Global Markets Limited

Christopher Harris
Thomas J. Giblin
Latham & Watkins LLP
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com
Attorney For: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank
(Ireland) Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions
Custodial Services (Ireland) Ltd.), ABN AMRO Fund Services (Isle of Man) Nominees Limited,
f/k/a Fortis (Isle Of Man) Nominees Limited

D. Farrington Yates
Kobre and Kim
Email: farrington.yates@kobrekim.com
Attorney For: EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico
(Bahamas) Bank & Trust Limited, EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere
d'Investissements S.A.M., EFG BANK S.A., f/k/a EFG Private Bank S.A.

Daniel Bernstein
Kent A. Yalowitz
Arnold & Porter Kaye Scholer LLP
Email: daniel.bernstein@apks.com
Email: Kent.Yalowitz@apks.com
Attorney For: Fullerton Capital Pte Ltd.

Daniel H. Tabak
Cohen & Gresser LLP

Email: dtabak@cohengresser.com
Attorney For: David Mayer, Prince Assets LTD. (f/k/a Prince Assets LDC) - Cayman Islands,
Prince Capital Partners LLC, Prince Resources LDC - Cayman Islands

Shiva Eftekhari
William J. Sushon
O'Melveny & Myers LLP
Email: seftekhari@omm.com
Email: wsushon@omm.com
Attorney For: Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG,
Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG, Credit Suisse
AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit
Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit
Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse
Securities (USA) LLC, Credit Suisse Wealth Management Limited, Mistral (SPC), Zephyros
Limited

Daniel S. Shamah
O'Melveny and Myers LLP
Email: dshamah@omm.com
Attorney For: Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG,
Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG, Credit Suisse
AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit
Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit
Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse
Securities (USA) LLC, Credit Suisse Wealth Management Limited, Mistral (SPC), Zephyros
Limited

Daniel Schimmel
Foley Hoag, LLP
Email: dschimmel@foleyhoag.com
Attorney For: CACEIS BANK, CACEIS BANK LUXEMBOURG

Daphne T. Ha
Gary J. Mennitt
Dechert LLP
Email: daphne.ha@dechert.com
Email: gary.mennitt@dechert.com
Attorney For: Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M.)

David E. Brodsky
Diarra Guthrie
Joaquin Terceño
S. Ellie Norton
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com

Email: dguthrie@cgsh.com
Email: jterceno@cgsh.com
Email: snorton@cgsh.com
Attorney For: SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED

David J. Mark
Kasowitz Benson Torres LLP
Email: dmark@kasowitz.com
Attorney For: Banca Carige S.P.A.

David W. Parham
Akerman LLP
Email: david.parham@akerman.com
Attorney For: CATHAY LIFE INSURANCE CO. LTD.

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com
Attorney For: PARSON FINANCE PANAMA
Eric M. Kay
Quinn Emanuel Urquhart & Sullivan, LLP
Email: erickay@quinnemanuel.com
Attorney For: ABU DHABI INVESTMENT AUTHORITY

Eric B. Halper
McKool Smith
Email: ehalper@mckoolsmith.com
Attorney For: BANK JULIUS BAER & CO. LTD.

Eric B. Fisher
Lindsay A. Bush
Binder & Schwartz LLP
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com
Attorney For: Khronos Group LTD. (f/k/a Montpellier Resources LTD.) - Bermuda, Khronos
Liquid Opportunities Fund LTD - Cayman Islands, Montpellier International LTD. - Bermuda,
Montpellier USA Holdings LLC - Bermuda, Rafael Mayer

Erica Klipper
Jeri Buzzetta
Samuel L. Raymond
Cleary Gottlieb Steen & Hamilton LLP
Email: eklipper@cgsh.com
Email: jbuzzetta@cgsh.com
Email: sraymond@cgsh.com
Attorney For: Citibank (Switzerland) Ltd.


Eugene R. Licker
Ballard Spahr LLP
Email: lickere@ballardspahr.com
Attorney For: LIGHTHOUSE DIVERSIFIED FUND LIMITED, LIGHTHOUSE PARTNERS
LLC, LIGHTHOUSE SUPERCASH FUND LIMITED


Eugene R. Licker
Loeb & Loeb LLP
Email: elicker@loeb.com
Attorney For: LIGHTHOUSE DIVERSIFIED FUND LIMITED, LIGHTHOUSE PARTNERS
LLC, LIGHTHOUSE SUPERCASH FUND LIMITED


Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika
AG


George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo, SNS
BANK N.V., SNS GLOBAL CUSTODY B.V.


Gregg M. Mashberg
Marissa Tillem
Proskauer Rose LLP
Email: gmashberg@proskauer.com
Email: mtillem@proskauer.com
Attorney For: GROSVENOR AGGRESSIVE GROWTH FUND LIMITED, GROSVENOR
BALANCED GROWTH FUND LIMITED, GROSVENOR INVESTMENT MANAGEMENT
LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, LION GLOBAL INVESTORS
LIMITED

Gregory F. Hauser
Wuersch & Gering LLP
Email: gregory.hauser@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, LGT Bank (Switzerland)
Ltd. as successor in interest to Dresdner Bank (Schweiz) AG, LGT BANK IN
LIECHTENSTEIN, Vontobel Asset Management Inc.
Heather Lamberg Kafele
Winston & Strawn LLP
Email: hkafele@winston.com
Attorney For: Naidot & Co.

Hugh Murtagh
Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: hmurtagh@cgsh.com
Email: lfriedman@cgsh.com
Attorney For: CRÉDIT AGRICOLE (SUISSE) S.A., Credit Agricole Corporate and Investment
Bank d/b/a Credit Agricole Private Banking Miami, f/k/a Calyon S.A. d/b/a Credit Agricole
Miami Private Bank, successor in interest to Credit Lyonnais S.A., CREDIT AGRICOLE S.A.,
a.k.a. BANQUE DU CREDIT AGRICOLE

James L. Bromley
Samantha L. Fidler
Sullivan & Cromwell LLP
Email: bromleyj@sullcrom.com
Email: fidlers@sullcrom.com
Attorney For: DELTA NATIONAL BANK AND TRUST COMPANY

James N. Lawlor
John D. Giampolo
Wollmuth Maher & Deutsch LLP
Email: jlawlor@wmd-law.com
Email: jgiampolo@wmd-law.com
Attorney For: Korea Investment Trust Management Company

Jascha D. Preuss
Wuersch & Gering LLP
Email: jascha.preuss@wg-law.com
Attorney For: LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz)
AG, LGT BANK IN LIECHTENSTEIN

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney For: BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia
Private Bank (Switzerland) Ltd.), BANQUE INTERNATIONALE A LUXEMBOURG S.A.

(f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A.

Joanna Shally
Shearman & Sterling LLP
Email: jshally@shearman.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., INTELIGO BANK LTD.-PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: jzulack@fzwz.com
Attorney For: BANQUE CANTONALE VAUDOISE, BORDIER & CIE, Lombard Odier Darier Hentsch & Cie, Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P., Lyxor Asset Management S.A., as Successor in Interest to Barep Asset Management S.A., Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager Diversified Fund), SG AM AI Premium Fund L.P. (f/k/a SG AM Alternative Diversified U.S. L.P.), SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified Fund), Socgen Nominees (UK) Limited, Societe Generale Bank & Trust S.A., Societe Generale Holding de Participations S.A., as Successor in Interest to Barep Asset Management S.A, Societe Generale Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe Generale S.A., as Trustee for Lyxor Premium Fund

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Attorney For: KOCH INDUSTRIES. INC.

Jordan E. Stern
Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: jstern@beckerglynn.com
Email: zlandsman@beckerglynn.com
Attorney For: THE SUMITOMO TRUST AND BANKING CO., LTD

Joshua E. Abraham
Butzel Long
Email: abraham@butzel.com
Attorney For: Banco General SA, BG Valores, f/k/a Defendant Wall Street Securities S.A.

Keith R. Palfin
Shearman & Sterling LLP
Email: Keith.Palfin@Shearman.com

Attorney For: BANCO ITAÚ EUROPA INTERNATIONAL, BANCO ITAÚ EUROPA
LUXEMBOURG S.A.

Kevin L. Mallen
Latham & Watkins LLP
Email: kevin.mallen@lw.com
Attorney For: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank
(Ireland) Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions
Custodial Services (Ireland) Ltd.)

Leo Muchnik
Greenberg Traurig, LLP
Email: muchnikl@gtlaw.com
Attorney For: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT
LLC, ARDEN ENDOWMENT ADVISERS, LTD.

Michael B. Weitman
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
Email: mweitman@westermanllp.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT
LLC, ARDEN ENDOWMENT ADVISERS, LTD.

Marc J. Gottridge
Hogan Lovells US LLP
Email: marc.gottridge@hoganlovells.com
Attorney For: BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., BARCLAYS
PRIVATE BANK & TRUST LIMITED

Marc R. Cohen
Mayer Brown LLP
Email: mcohen@mayerbrown.com
Attorney For: Lombard Odier Darier Hentsch & Cie

Martin J. Crisp
Robert S. Fischler
Ropes & Gray
Email: martin.crisp@ropesgray.com
Email: robert.fischler@ropesgray.com
Attorney For: SCHRODER & CO. BANK AG

Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP
Email: mfeldberg@reichmanjorgensen.com
Attorney For: ABN AMRO BANK N.V., ABN AMRO Bank N.V. (presently known as The
Royal Bank of Scotland, N.V.)

Michael T. Driscoll
Seong H. Kim
Sheppard Mullin Richter & Hampton LLP
Email: mdriscoll@sheppardmullin.com
Email: shkim@sheppardmullin.com
Attorney For: MERITZ FIRE & MARINE INSURANCE CO. LTD.

Nathaniel Asher
Pamela Miller
O'Melveny and Myers LLP
Email: nasher@omm.com
Email: pmiller@omm.com
Attorney For: MERRILL LYNCH BANK (SUISSE) SA, Merrill Lynch International

Pascale Bibi
Cleary Gottlieb Steen & Hamilton LLP
Email: pbibi@cgsh.com
Attorney For: Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited

Richard W. Trotter
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: trotter@thsh.com
Attorney For: Odyssey

Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: siciliano@thsh.com
Attorney For: Odyssey

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney For: KOOKMIN BANK, Korea Exchange Bank, Individually And As Trustee For
Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, NATIONAL BANK OF
KUWAIT

Richard A. Cirillo
Richard A. Cirillo, Esq.
Email: racirilloesq@gmail.com
Attorney For: KOOKMIN BANK, Korea Exchange Bank, Individually And As Trustee For

Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, NATIONAL BANK OF
KUWAIT

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., BANCO ITAÚ EUROPA
INTERNATIONAL, BANCO ITAÚ EUROPA LUXEMBOURG S.A., INTELIGO BANK
LTD.-PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: Banque Syz & Co., SA, TRINCASTER CORPORATION, UNIFORTUNE
ASSET MANAGEMENT SGR SPA, UNIFORTUNE CONSERVATIVE FUND

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: rlack@fklaw.com
Attorney For: CDP Capital Tactical Alternative Investments, MULTI-STRATEGY FUND
LIMITED

Rosa Evergreen
Scott B. Schreiber
Arnold & Porter Kaye Scholer LLP
Email: Rosa.Evergreen@apks.com
Email: Scott.Schreiber@apks.com
Attorney For: ATLANTIC SECURITY BANK, Platinum All Weather Fund Limited

Sarah Dowd
Binder & Schwartz LLP
Email: sdowd@binderschwartz.com
Attorney For: Rafael Mayer

Taylor Hahn
O'Melveny and Myers LLP
Email: thahn@omm.com
Attorney For: Merrill Lynch International

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney For: QUILVEST FINANCE LIMITED

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP

Email: tmoloney@cgsh.com
Attorney For: SICO Limited, SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED

Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: tkessler@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas S.A., BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH, BNP Paribas Securities Services S.A.

---

**Government Parties**

---

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com


Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
New York, NY 10008

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov


Securities and Exchange Commission
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov


Securities and Exchange Commission
Terri Swanson
Email: swansont@sec.gov


Securities Investor Protection Corporation Kenneth Caputo
Email: k.caputo@sipc.org

Securities Investor Protection Corporation Nate Kelley
Email: nkelley@sipc.org


Securities Investor Protection Corporation
Josephine Wang
Email: jwang@sipc.org


Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org


U.S. Department of Justice, Tax Division
Washington, DC 20530

---

## BLMIS Customers

Alan G. Cosner
Email: alan@cosnerlaw.com


Alder Family Foundation
Email: lovormon@aol.com


Amy Cappellazzo
Email: joannerosen@gmail.com


Andy Huang
Email: andy.huang@ipcg.com.sg


Arlene R. Chinitz
Email: arlenerc54@hotmail.com


Aruna Muchhal
Email: muchhal@netvigator.com


Au Yuet Shan
Email: eau203@gmail.com

Bernard W. Braverman
Email: berniebraverman@gmail.com


Birgit Peters
Email: birgit.peters2010@yahoo.com


Capital Bank
Email: berthold.troiss@capitalbank.at


Carole Coyle
Email: bionicdoll@aol.com


Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk


Chien-Liang Shih
Email: gary.libra@gmail.com


Chi-Hua Liao
Jhubei City, Hsinchu County,
Taiwan

Crisbo S.A.
Email: arroyo@rya.es; arroyoignacio@hotmail.com


David B. Epstein (IRA Bene)
Email: david1943@comcast.net


David Drucker
Email: daved628@aol.com


Donald P. Weber
Email: mdweb27@me.com


Fifty-Ninth Street Investors LLC
Email: mguzzino@resnicknyc.com

FJ Associates, S.A.
Email: pabst@mantomgmt.com


Fondo General De Inversion Centro America-No, S.A.
Email: pabst@mantomgmt.com


Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com


Gloria Sandler
Email: mauricesandler@gmail.com


Goore Partnership
Email: hyassky@aol.com


Harriet Rubin
Las Vegas, NV 89117

Howard Stern
Email: hstern@wzssa.com


Ilse Della-Rowere
Vienna, 1210
Austria

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com


Jane Delaire
Email: j.delaire@yahoo.com


Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com


Joanne Rosen
Email: joannerosen@gmail.com

John B. Malone
Email: doctor1000@earthlink.net

John H. Petito
Lumberville, PA 18933

John Stirling Gale
Email: galejs@gmail.com

Jose Haidenblit
Email: chore55@yahoo.com

Kamal Kishore Muchhal
Email: muchhal@netvigator.com

Kenneth Springer
Wellington, FL 33414

KHI Overseas Ltd
Hong Kong

KR Erwin Hawle
4865 Nussdorf am Attersee,
Austria

Krates, S.A.
Email: pabst@mantomgmt.com

Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com

Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lindel Coppell
Email: lindencoppell@gmail.com

Marcia Roses Schachter
Email: marciroses@aol.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Martha Alice Gilluly
Email: marny@corsair2.com

Martin Wimick
Email: mwinick@hotmail.com

Matthew F. Carroll
Email: mattfcarroll@msn.com

Maurice Sandler
Email: mauricesandler@gmail.com

MLSMK Investments Co
Email: stanleymkatz@mac.com

Nancy Dver Cohen
Email: ndver@comcast.net

Ng Shok Len
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
Taikoo Shing,,
Hong Kong

Nicholas Kardasis
Email: gdnite@earthlink.net


Panagiotis Moutzouris
Voula GR-16673,
Greece

Partricia M. Hynes
Email: rreardon@stblaw.com


Paul Maddocks
Email: maddockspaul@gmail.com


Peerstate Equity Fund L.P.
c/o Lou Prochilo
Northport, NY 11768

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net


PFC Nominees Limited
Email: info@pfcintl.com


Phyllis Pressman
Email: peplady5@gmail.com


Ralph Schiller
Email: optics58@gmail.com


Rausch Rudolf
Email: rudolf.rausch@gmail.com


Remy Investments Corp
London W1G 9QD,
England,  United Kingdom

Richard G. Corey
Charleston, WV 25302

Richard Hoefer
Email: richard.hoefer@utanet.at

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer
Email: bobjen8@bigpond.com

Robins Family Limited Partnership
Email: charles.robins@weil.com

Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

Samuel Frederick Rohdie
Email: srohdie@bellsouth.net

Shao-Po Wang
New Taipei City 236,,
Taiwan

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com

Stephen Hill
Email: leyla.hill@hos.com

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com


The Gottesman Fund
Email: dgottesman@firstmanhattan.com


Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com


Wim C. Helsdingen
Email: wc.helsdingen@casema.nl


Gary Stein
Schulte, Roth & Zabel LLP
Email: gary.stein@srz.com
Attorney For: Dale Ellen Leff

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor

---

**Notices of Appearance**

---

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: attrnylwyr@yahoo.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,

Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Andrea J. Robinson
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D.
Madoff, The Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James
H. Cohen, Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen
Special Trust, The Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque
Privee and counsel for the Pascucci Family

Barry G Sher
Paul Hastings LLP
Email: barrysher@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited

Barry R. Lax
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Benjamin W. Loveland
Wilmer Cutler Pickering Hale and Dorr LLP
Email: benjamin.loveland@wilmerhale.com
Attorney For: BSI AG

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brenda R. Sharton
Daniel M. Glosband
David J. Apfel
Goodwin Procter LLP
Email: bsharton@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust,
Jeffrey A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E.
Lesser 11/97 Rev. Trust, Russell deLucia

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Brendan M. Scott

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and
Luxembourg Investment Fund, Paul Laplume

Bryan Ha
Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Email: richardsignorelli@gmail.com; rsignorelli@nycLITIGATOR.com
Attorney For: Richard E. Signorelli

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com

Email: rmccord@certilmanbalin.com
Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L.
Certilman and Joyce Certilman

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: SNR Customers

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: Sterling Equities Associates and Certain Affiliates

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management
Limited, KML Asset Management LLC

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney For: Defendant Oppenheimer Acquisition Corp.

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com

Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Dr. Michael Schur, Edith A. Schur

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney For: David Bolton

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent
of H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B
Fitzmaurice, Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J.
Rausher, Natasha Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz,
Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Richard Abramowitz &
Pomerantz, Rita S. Katz (n/k/a Rita Starr Katz Davey), Robin S. Abramowitz, Samuel D. Davis,
Theresa A. Wolfe, Thomas R. Fitzmaurice, Traci D. Davis, Trustees Richard Abramowitz and
Howard L. Pomerantz, Vladimir Rabinovich, Wendy Sager Pomerantz

David S. Stone
Stone & Magnanini, LLP
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Dean Nicyper
Withers Bergman, LLP
Email: Dean.Nicyper@withersworldwide.com
Attorney For: Von Rautenkranz Nachfolger Special Investments LLC

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Deirdre Norton Hykal

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney For: Douglas R. Hirsch

Elise S. Frejka
Frejka PLLC

Email: EFrejka@FREJKA.com
Attorney For: Elise Scherr Frejka

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers

Erin Joyce Letey
Joseph E. Shickich, Jr.
Riddell Williams P.S.
Email: eletey@riddellwilliams.com
Email: jshickich@riddellwilliams.com
Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Fletcher W. Strong
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Attorney For: Robert F. Weinberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney For: Iron Mountain Information Management, Inc.

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney For: Gary S. Lee

Gary Stein
Schulte, Roth & Zabel LLP
Email: gary.stein@srz.com
Attorney For: The Pati H. Gerber Defendants

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney For: Gary Woodfield

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney For: George R. Hirsch

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP

Email: george.shuster@wilmerhale.com
Attorney For: BSI AG, SNS Bank N.V., SNS Global Custody B.V.

Glenn P. Warmuth
Paula J. Warmuth
Stim & Warmuth, P.C.
Email: gpw@stim-warmuth.com
Email: pjw@stim-warmuth.com
Attorney For: Creditors, Michael Most and Marjorie Most

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Aaron Blecker

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney For: Harold D. Jones

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Marsha Peshkin et al.

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney For: Rosenman Family LLC

James H. Hulme
Arent Fox LLP
Email: hulme.james@arentfox.com
Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S.
Gewirz, Carl S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited
Partnership, Estate of Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC, Robert
H. Smith Revocable Trust, Robert P. Kogod

James M. Ringer, Esq.
Stuart I. Rich, Esq.
Meister Seelig & Fein LLP
Email: jmr@msf-law.com
Email: sir@msf-law.com
Attorney For: Jasper Investors Group LLC ("Jasper")

Jeff E. Butler
Clifford Chance U.S. LLP

Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Lavin & Associates, P.C.
Email: jlavin@lavinassociates.com
Attorney For: John J. Lavin

John M. Conlon
Mayer Brown LLP
Email: jconlon@mayerbrown.com
Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena
Automovilista Ramo de vida

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment
Securities LLC Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor
Baadarani, Shosharma Remark Victor

Lalit K. Jain
Law Offices of Lalit K. Jain Esq
Email: lkjesq@lkjesq.com
Attorney For: Dean Loren

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marianna Udem
ASK, LLP
Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney For: Mark S. Cohen

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis
Revocable Trust

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney For: Lawrence Torn

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: Marshall R. King

Matthew A. Kupillas
Milberg Tadler Phillips Grossman LLP
Email: mkupillas@milberg.com
Attorney For: June Pollack

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust,
Constance R. Sisler, individually, and in her capacity as Settlor and Trustee of the CRS
Revocable Trust, CRS Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust,
Robert Auerbach Revocable Trust, Robert Auerbach, individually, Robert S. Bernstein, S.
James Coppersmith Charitable Remainder Unitrust

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A
Johnson, Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D
Johnson, Crescenzio J Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus,

Diane T. Levin, Dominick F. Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr., Everett L. Dargan, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Gerald A Wilson, Giuseppa A Boccanfuso, Giuseppe C. Basili, Grace A. Nash, Harold Murtha, Trustee of Murtha Enterprises, Inc. Profit-Sharing Plan, Jacqueline A Johnson, Jaime R Johnson, Jing W. Davis (now known as Amy Davis),, Joanne Verses, Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E Corish Estate, Margaret Pace, Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T. Nash, Midlands Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent of N.A.S., Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as Trustee of the Sol Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash, Trustee of Margherita M. Basili Retirement Plan and individually, William Sklar, William Sklar, Trustee of Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, WR Johnson Co. Pension and Profit Sharing Plan

Michael I. Goldberg
Akerman LLP
Email: michael.goldberg@akerman.com
Attorney For: Michael I. Goldberg

Michael J. Riela
Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: Riela@thsh.com
Email: Siciliano@thsh.com
Attorney For: Odyssey Alternative Fund Limited

Michael Lago, Esq.
Morrison Cohen LLP
Email: bankruptcy@morrisoncohen.com
Attorney For: Customer Claimant David Silver

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney For: Michael V. Blumenthal

Michael V. Ciresi
Ciresi Conlin LLP
Email: MVC@CiresiConlin.com
Attorney For: Michael V. Ciresi

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com

Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary
M. Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M & B
Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss

Paul D. Moore
Duane Morris LLP
Email: PDMoore@duanemorris.com
Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the
Eleanore C. Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-
trustee of the Eleanore C. Unflat Living Trust, The Eleanore C. Unflat Living Trust

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan
Participants

Richard A. Kirby
R|K Invest Law, PBC
Email: kirby@investlaw.net
Attorney For: Richard A. Kirby

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Richard G. Haddad

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Richard Galler

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, FGLS Equity LLC, Joan L. Fisher, The Trust U/A VIII of the Will
of Gladys C. Luria F/B/O Carl T. Fisher

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP

Robert A. Abrams
Steven H. Newman
Katsky Korins LLP
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein
Revocable Trust, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer
Spring McPherson, Jonathan Cash, Richard L. Cash Declaration of Trust Dated September
19,1994, Richard Spring, S. H. & Helen R. Scheuer Family Foundation, The Jeanne T. Spring
Trust, The Spring Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney For: Attorney for the United States of America

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney For: Carol Rosen

Sanford P. Dumain, Esq.
Milberg Tadler Phillips Grossman LLP
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal, Judith
Rock Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The Unofficial
Committee of Certain Claim Holders

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack,
Shirley Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Brian H. Gerber

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate of
Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees,
Jay Rosen Executors, Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels Family
LTD Partnership

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle")

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney For: Carl J. Shapiro et al.

Stephen M. Honig
Duane Morris LLP
Email: smhonig@duanemorris.com
Attorney For: Eleanore C. Unflat, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-
trustee of the Eleanore C. Unflat Living Trust, The Eleanore C. Unflat Living Trust

Steven I. Froot
Boies, Schiller & Flexner LLP
Email: sfroot@bsfllp.com
Attorney For: ZCM Asset Holding Company (Bermuda) LLC

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A",
Alyse Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth
U/W/O Robert E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as
trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell
Greengrass, Michael Shrage, Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC,
Robert and Alyse Klufer Family Trust "A", Trust Under Article Fourth U/W/O Robert E. Klufer

Tony Miodonka
Finn Dixon & Herling LLP

Email: tmiodonka@fdh.com
Attorney For: Tony Miodonka

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney For: Vivian R. Drohan

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney For: Will R. Tansey

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@habiblaw.net
Attorney For: Anthony F. Russo

Kevin C. Kelly
Mark G. Hanchet
Mayer Brown LLP
Email: kkelly@mayerbrown.com
Email: mhanchet@mayerbrown.com


Kevin C. Kelly
Mark G. Hanchet
Mayer Brown LLP
Email: kkelly@mayerbrown.com
Email: mhanchet@mayerbrown.com