**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L MADOFF INVESTMENT SECURITIES, LLC <br><br> Defendant. | Adv. Pro No.: 08-01789 (SMB) <br><br> SIPA Liquidation |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| In re <br><br> IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PUBLIC INSTITUTION FOR SOCIAL SECURITY, <br><br> Defendant. | Adv. Pro. No.: 12-01002 (CGM) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Joseph P. Davis, Esq. to be admitted, *pro hac vice*, to represent The Public Institution for Social Security (the "**Client**"), in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts and, if applicable, and the bar of the U.S. District Court for the

District of Massachusetts and Eastern District of Michigan, the U.S. Courts of Appeal for the First, Second, Third and Ninth Circuits and the U.S. Supreme Court, it is hereby:

**ORDERED,** that Joseph P. Davis, Esq., is admitted to practice, *pro hac vice*, in the above captioned adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



**Dated: September 17, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**