**SUBSEQUENT TRANSFERS TO THE HEBREW UNIVERSITY OF JERUSALEM**

| Column 1<br>Date | Column 2<br>Two Year Transfers | Column 3<br>Six Year Transfers | Column 4<br>Full History Transfers |
|---|---|---|---|
| 11/8/1994 | - | - | 103,738 [1] |
| 2/6/1995 | - | - | 131,000 |
| 3/15/1995 | - | - | 365,157 |
| 6/7/1995 | - | - | 51,721 |
| 8/23/1995 | - | - | 112,604 |
| 12/6/1995 | - | - | 250,000 |
| 12/27/1995 | - | - | 48,541 |
| 12/29/1995 | - | - | 10,000 |
| 5/13/1996 | - | - | 150,515 |
| 6/24/1996 | - | - | 400,097 |
| 10/16/1996 | - | - | 212,387 |
| 12/31/1996 | - | - | 369,066 |
| 6/2/1997 | - | - | 399,124 |
| 12/12/1997 | - | - | 426,791 |
| 2/2/1998 | - | - | 299,995 |
| 3/3/1998 | - | - | 374,201 |
| 4/20/1998 | - | - | 180,000 |
| 5/21/1998 | - | - | 157,050 |
| 9/2/1998 | - | - | 772,366 |
| 11/2/1998 | - | - | 343,625 |
| 2/11/1999 | - | - | 560,274 |
| 3/24/1999 | - | - | 379,494 |
| 5/4/1999 | - | - | 535,408 |
| 7/1/1999 | - | - | 404,352 |
| 8/5/1999 | - | - | 312,446 |
| 10/26/1999 | - | - | 177,526 |
| 12/16/1999 | - | - | 161,689 |
| 12/19/1999 | - | - | 65,963 |
| 2/15/2000 | - | - | 187,054 |
| 5/4/2000 | - | - | 471,404 |
| 6/29/2000 | - | - | 235,729 |
| 8/14/2000 | - | - | 263,105 |
| 10/4/2000 | - | - | 631,727 |
| 12/26/2000 | - | - | 909,789 |
| 3/7/2001 | - | - | 525,695 |
| 5/14/2001 | - | - | 563,382 |
| 9/6/2001 | - | - | 480,183 |
| 10/14/2001 | - | - | 692,913 |
| 11/5/2001 | - | - | 187,500 |
| 2/6/2002 | - | - | 1,023,532 |
| 5/7/2002 | - | - | 720,168 |
| 10/7/2002 | - | - | 1,305,188 |
| 11/27/2002 | - | - | 50,000 |
| 2/3/2003 | - | 1,785,710 | 1,785,710 |
| 4/2/2003 | - | 58,000 | 58,000 |
| 7/21/2003 | - | 1,998,400 | 1,998,400 |
| 8/3/2003 | - | 754 | 754 [1] |

**SUBSEQUENT TRANSFERS TO THE HEBREW UNIVERSITY OF JERUSALEM**

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Date** | **Two Year Transfers** | **Six Year Transfers** | **Full History Transfers** |
| 9/30/2003 | - | 708,031 | 708,031 |
| 12/10/2003 | - | 1,525,160 | 1,525,160 |
| 5/17/2004 | - | 514,000 | 514,000 |
| 10/27/2004 | - | 2,672,526 | 2,672,526 |
| 12/9/2004 | - | 205,100 | 205,100 |
| 7/11/2005 | - | 345,633 | 345,633 |
| 8/4/2005 | - | 843,718 | 843,718 |
| 12/29/2005 | - | 165,612 | 165,612 |
| 3/8/2006 | - | 1,322,257 | 1,322,257 |
| 9/6/2006 | - | 1,027,324 | 1,027,324 |
| 11/1/2006 | - | 561,045 | 561,045 |
| 12/21/2006 | 912,596 | 912,596 | 912,596 |
| 8/8/2007 | 835,658 | 835,658 | 835,658 |
| 3/20/2008 | 1,392,362 | 1,392,362 | 1,392,362 |
| 11/19/2008 | 839,141 | 839,141 | 839,141 |
| Total: | $ 3,979,757 | $ 17,713,027 | $ 33,715,524 |

[1] Amount converted from New Israeli Shekels.