**SUBSEQUENT TRANSFERS TO YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM**

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| Date | Two Year Transfers | Six Year Transfers | Full History Transfers |
| 2/26/2001 | | | 49,102 |
| 11/5/2001 | | | 137,653 |
| 6/17/2002 | | | 7,404 [1] |
| 9/4/2002 | | | 1,720 [1] |
| 2/10/2003 | | 941 | 941 [1] |
| 3/16/2003 | | 8,104 | 8,104 [1] |
| 7/1/2003 | | 506 | 506 [1] |
| 7/16/2003 | | 7,779 | 7,779 [1] |
| 11/16/2003 | | 5,186 | 5,186 [1] |
| 12/15/2003 | | 1,593 | 1,593 [1] |
| 4/1/2004 | | 16,874 | 16,874 [1] |
| 7/15/2004 | | 2,491 | 2,491 [1] |
| 11/1/2004 | | 16,013 | 16,013 [1] |
| 12/7/2004 | | 1,008 | 1,008 [1] |
| 2/2/2005 | | 5,142 | 5,142 [1] |
| 5/10/2005 | | 5,166 | 5,166 [1] |
| 7/14/2005 | | 38,134 | 38,134 |
| 8/4/2005 | | 33,465 | 33,465 |
| 1/2/2006 | | 1,545 | 1,545 [1] |
| 5/1/2006 | | 577 | 577 [1] |
| 9/1/2006 | | 237 | 237 [1] |
| 7/2/2007 | 1,380 | 1,380 | 1,380 [1] |
| 10/1/2007 | 1,317 | 1,317 | 1,317 [1] |
| 11/19/2007 | 4,258 | 4,258 | 4,258 [1] |
| 1/3/2008 | 6,111 | 6,111 | 6,111 [1] |
| 3/13/2008 | 17,694 | 17,694 | 17,694 [1] |
| 3/31/2008 | 3,613 | 3,613 | 3,613 [1] |
| 6/2/2008 | 2,770 | 2,770 | 2,770 [1] |
| 7/1/2008 | 499 | 499 | 499 [1] |
| 9/29/2008 | 2,037 | 2,037 | 2,037 [1] |
| 11/3/2008 | 507 | 507 | 507 [1] |
| 12/1/2008 | 17,747 | 17,747 | 17,747 [1] |
| Total: | $ 57,934 | $ 202,693 | $ 398,573 |

[1] Amount converted from New Israeli Shekels.