**SUBSEQUENT TRANSFERS TO BEN-GURION UNIVERSITY OF THE NEGEV**

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Date** | **Two Year Transfers** | **Six Year Transfers** | **Full History Transfers** |
| 11/5/1998 | - | - | 22,500 |
| 2/15/2000 | - | - | 22,500 |
| 9/11/2000 | - | - | 500,000 |
| 12/10/2000 | - | - | 22,500 |
| 3/7/2001 | - | - | 56,219 |
| 11/22/2001 | - | - | 30,097 |
| 1/14/2002 | - | - | 25,785 |
| 2/11/2002 | - | - | 78,675 |
| 6/4/2002 | - | - | 146,901 |
| 12/16/2002 | - | 64,997 | 64,997 |
| 2/3/2003 | - | 355,869 | 355,869 |
| 6/25/2003 | - | 320,593 | 320,593 |
| 10/1/2003 | - | 142,433 | 142,433 |
| 12/11/2003 | - | 584,529 | 584,529 |
| 3/9/2004 | - | 850,569 | 850,569 |
| 8/5/2004 | - | 862,872 | 862,872 |
| 10/28/2004 | - | 795,651 | 795,651 |
| 12/6/2004 | - | 206,442 | 206,442 |
| 3/14/2005 | - | 1,484,010 | 1,484,010 |
| 7/11/2005 | - | 346,003 | 346,003 |
| 11/21/2005 | - | 827,865 | 827,865 |
| 3/6/2006 | - | 299,124 | 299,124 |
| 5/4/2006 | - | 316,105 | 316,105 |
| 7/26/2006 | - | 499,616 | 499,616 |
| 12/12/2006 | 1,541,048 | 1,541,048 | 1,541,048 |
| 2/8/2007 | 1,040,775 | 1,040,775 | 1,040,775 |
| 4/11/2007 | 501,946 | 501,946 | 501,946 |
| 7/10/2007 | 3,000 | 3,000 | 3,000 |
| 8/2/2007 | 944,262 | 944,262 | 944,262 |
| 10/10/2007 | 760,161 | 760,161 | 760,161 |
| 10/15/2007 | 30,000 | 30,000 | 30,000 |
| 12/26/2007 | 716,438 | 716,438 | 716,438 |
| 5/21/2008 | 739,068 | 739,068 | 739,068 |
| 7/31/2008 | 657,316 | 657,316 | 657,316 |
| 10/28/2008 | 424,885 | 424,885 | 424,885 |
| Total: | $ 7,358,899 | $ 15,315,577 | $ 16,220,754 |