**SUBSEQUENT TRANSFERS TO B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD.**

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Date** | **Two Year Transfers** | **Six Year Transfers** | **Full History Transfers** |
| 3/1/2002 | - | - | 38,940 [1] |
| 3/4/2002 | - | - | 168,667 |
| 10/16/2002 | - | - | 83,854 [1] |
| 11/20/2002 | - | - | 101,902 |
| 2/3/2003 | - | 106,980 | 106,980 |
| 2/7/2003 | - | 37,964 | 37,964 [1] |
| 6/25/2003 | - | 252,722 | 252,722 |
| 7/1/2003 | - | 110,869 | 110,869 [1] |
| 12/11/2003 | - | 223,991 | 223,991 |
| 12/11/2003 | - | 273,489 | 273,489 [1] |
| 5/17/2004 | - | 273,198 | 273,198 |
| 6/1/2004 | - | 91,623 | 91,623 [1] |
| 10/28/2004 | - | 83,553 | 83,553 |
| 12/6/2004 | - | 96,204 | 96,204 |
| **Total:** | $ - | $ 1,550,593 | $ 1,943,957 |

[1] Amount converted from New Israeli Shekels.