**SUBSEQUENT TRANSFERS TO THE WEIZMANN INSTITUTE OF SCIENCE**

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Date** | **Two Year Transfers** | **Six Year Transfers** | **Full History Transfers** |
| 4/20/1998 | - | - | 135,000 |
| 11/5/1998 | - | - | 135,000 |
| 2/15/2000 | - | - | 260,762 |
| 5/4/2000 | - | - | 550,000 |
| 6/29/2000 | - | - | 129,238 |
| 8/14/2000 | - | - | 400,000 |
| 4/23/2001 | - | - | 200,000 |
| 6/6/2001 | - | - | 145,684 |
| 7/3/2001 | - | - | 574 [1] |
| 9/3/2001 | - | - | 192,522 |
| 10/14/2001 | - | - | 445,496 |
| 3/4/2002 | - | - | 754,840 |
| 10/7/2002 | - | - | 1,328,074 |
| 1/7/2003 | - | 29,000 | 29,000 |
| 2/13/2003 | - | 1,000 | 1,000 [1] |
| 4/8/2003 | - | 662,798 | 662,798 |
| 4/15/2003 | - | 200,000 | 200,000 |
| 6/3/2003 | - | 82,000 | 82,000 |
| 11/4/2003 | - | 166,349 | 166,349 |
| 12/10/2003 | - | 400,000 | 400,000 |
| 3/9/2004 | - | 236,000 | 236,000 |
| 5/17/2004 | - | 139,000 | 139,000 |
| 7/8/2004 | - | 61,000 | 61,000 |
| 10/28/2004 | - | 70 | 70 [1] |
| 12/16/2004 | - | 247,750 | 247,750 |
| 3/14/2005 | - | 293,020 | 293,020 |
| 9/19/2005 | - | 1,163,289 | 1,163,289 |
| 12/28/2005 | - | 44,166 | 44,166 |
| 6/6/2006 | - | 770,050 | 770,050 |
| 12/25/2006 | 618,921 | 618,921 | 618,921 |
| 2/13/2007 | 110,000 | 110,000 | 110,000 |
| 8/8/2007 | 530,828 | 530,828 | 530,828 |
| 12/26/2007 | 391,483 | 391,483 | 391,483 |
| 6/2/2008 | 2,203 | 2,203 | 2,203 [1] |
| **Total:** | **$ 1,653,435** | **$ 6,148,927** | **$ 10,826,117** |

[1] Amount converted from New Israeli Shekels.