**SUBSEQUENT TRANSFERS TO BAR ILAN UNIVERSITY**

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Date** | **Two Year Transfers** | **Six Year Transfers** | **Full History Transfers** |
| 5/21/1998 | - | - | 55,750 |
| 5/19/1999 | - | - | 119,995 |
| 12/16/1999 | - | - | 87,745 |
| 8/24/2000 | - | - | 80,000 |
| 9/26/2000 | - | - | 146,146 |
| 6/19/2001 | - | - | 197,359 |
| 2/11/2002 | - | - | 130,770 |
| 5/7/2002 | - | - | 400,000 |
| 8/12/2002 | - | - | 29,540 |
| 4/2/2003 | - | 169,632 | 169,632 |
| 8/28/2003 | - | 750,000 | 750,000 |
| 10/1/2003 | - | 327,053 | 327,053 |
| 3/9/2004 | - | 49,462 | 49,462 |
| 7/8/2004 | - | 650,441 | 650,441 |
| 12/6/2004 | - | 329,037 | 329,037 |
| 7/14/2005 | - | 395,399 | 395,399 |
| 12/28/2005 | - | 1,182,557 | 1,182,557 |
| 3/16/2006 | - | 600,000 | 600,000 |
| 6/6/2006 | - | 298,625 | 298,625 |
| 12/19/2006 | 1,056,894 | 1,056,894 | 1,056,894 |
| 1/1/2007 | 3,091 | 3,091 | 3,091 [1] |
| 8/2/2007 | 364,776 | 364,776 | 364,776 |
| 12/26/2007 | 1,668,604 | 1,668,604 | 1,668,604 |
| 7/31/2008 | 941,543 | 941,543 | 941,543 |
| **Total:** | **$ 4,034,908** | **$ 8,787,114** | **$ 10,034,418** |

[1] Amount converted from New Israeli Shekels.