## IN RE: BLMIS. CASE NO: 08-01789 (CGM)

## EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Davina Greenspan Lori Friedman JT WROS | 001974 008425 | 864 | SNR Denton US LLP | Davina Greenspan Lori Friedman JT WROS | 1ZA194 |
| Mark Rechler and Jacqueline Rechler | 004305 | 4459 | Becker & Poliakoff, LLP | Mark Rechler & Jacqueline Rechler J/T WROS | 1R0086 |
| Rabb Partners | 008703 008805 | 2074 | Becker & Poliakoff, LLP | Rabb Partners | 1CM554 |
| Robert J Vogel &/OR Barbara J Vogel J/T WROS | 001002 | 424 | Phillips Nizer LLP | Robert J Vogel &/OR Barbara J Vogel J/T WROS | 1ZA931 |