IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Davina Greenspan Lori Friedman JT WROS | 001974 008425 | 864 | SNR Denton US LLP | Davina Greenspan Lori Friedman JT WROS | 1ZA194 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Glenn Rechler and Tracey Weaver | 007218 007504 | 2839 | Becker & Poliakoff, LLP | Glenn Rechler and Tracey Weaver J/T WROS | 1R0242 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Gross Associates C/O Herb Gross | 002972 | 684 942 | Phillips Nizer LLP | Gross Associates C/O Herb Gross | 1ZA170 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Lawrence Roth and Jeannette Roth | 011378 | 2378 | Becker & Poliakoff, LLP | Lawrence Roth & Jeannette Roth TIC | 1R0159 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Mark Rechler and Jacqueline Rechler | 004305 | 4459 | Becker & Poliakoff, LLP | Mark Rechler & Jacqueline Rechler J/T WROS | 1R0086 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Rabb Partners | 008703 008805 | 2074 | Becker & Poliakoff, LLP | Rabb Partners | 1CM554 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Robert J Vogel &/OR Barbara J Vogel J/T WROS | 001002 | 424 | Phillips Nizer LLP | Robert J Vogel &/OR Barbara J Vogel J/T WROS | 1ZA931 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| The D Stone Industries Inc. Profit Sharing Plan | 014303 | 3095 | Becker & Poliakoff, LLP | D Stone Industries Inc. Profit Sharing Plan | 1S0201 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |