**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### [PROPOSED] ORDER GRANTING TRUSTEE'S FORTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections"); and the Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. __]; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on Exhibits A and B hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibits A and B hereto are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Glenn Rechler and Tracey Weaver | 007218 007504 | 2839 | Becker & Poliakoff, LLP | Glenn Rechler and Tracey Weaver J/T WROS | 1R0242 |
| Gross Associates C/O Herb Gross | 002972 | 684 942 | Phillips Nizer LLP | Gross Associates C/O Herb Gross | 1ZA170 |
| Lawrence Roth and Jeannette Roth | 011378 | 2378 | Becker & Poliakoff, LLP | Lawrence Roth & Jeannette Roth TIC | 1R0159 |
| The D Stone Industries Inc. Profit Sharing Plan | 014303 | 3095 | Becker & Poliakoff, LLP | D Stone Industries Inc. Profit Sharing Plan | 1S0201 |

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Davina Greenspan Lori Friedman JT WROS | 001974 008425 | 864 | SNR Denton US LLP | Davina Greenspan Lori Friedman JT WROS | 1ZA194 |
| Mark Rechler and Jacqueline Rechler | 004305 | 4459 | Becker & Poliakoff, LLP | Mark Rechler & Jacqueline Rechler J/T WROS | 1R0086 |
| Rabb Partners | 008703 008805 | 2074 | Becker & Poliakoff, LLP | Rabb Partners | 1CM554 |
| Robert J Vogel &/OR Barbara J Vogel J/T WROS | 001002 | 424 | Phillips Nizer LLP | Robert J Vogel &/OR Barbara J Vogel J/T WROS | 1ZA931 |