# **EXHIBIT B**

**Proposed Order**

08-01789-cgm Doc 20776-2 Filed 10/01/21 Entered 10/01/21 13:53:26 Ex. B Pg 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (CGM)  SIPA Liquidation  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |

### ORDER GRANTING THE TRUSTEE'S APPLICATION TO RETAIN BOWMAN AND BROOKE LLP AS SPECIAL COUNSEL

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Bowman and Brooke LLP ("Bowman") as special counsel, and upon the declaration of Mr. William Purnell submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Court finds that Bowman is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3. The Trustee is authorized to retain Bowman as special counsel to the Trustee as provided in the Application.