**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Kenneth E. Citron and Leslie Shapiro Citron (the "Claimants"), having filed an objection (the "Objection", Docket No. 2591) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#013658) for Account 1C1251, hereby give notice that they withdraw such Objection.

Dated: October 4, 2021

              **LAX & NEVILLE LLP**

              By: */s/ Barry R. Lax*
              350 Fifth Avenue, Suite 4640
              New York, New York 10118
              Telephone: 212.566.4531
              Facsimile: 212.566.4531
              Barry R. Lax
              Email: blax@laxneville.com

              *Attorneys for Claimants Kenneth E. Citron and*
              *Leslie Shapiro Citron*