**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXSS        )
                                    )  ss:
COUNTY OF DALLAS  )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 4, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S FORTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20772)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S FORTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20773)

3. NOTICE OF HEARING ON TRUSTEE'S FORTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20774)

Executed on October 4, 2021

_____
Tassie Powers Barr

Sworn to and subscribed before me this 4th day of Oct., 2021



_____
(SEAL)

_____
Notary Public (Mary S. Betik)

# Exhibit A

Exhibit A
10/04/2021

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| SNR Denton US LLP | Attn: Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | USA | Counsel |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | USA | Counsel |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | USA | Counsel |