**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05383 (CGM) |
| Plaintiff, | |
| v. | |
| STANLEY SHAPIRO, *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER FOR**
**<u>DISMISSAL OF ACTION WITH PREJUDICE</u>**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, defendants the Estate of Stanley Shapiro, the Estate of Renee Shapiro, S&R Investment Co., David Shapiro, Leslie Shapiro Citron, and Kenneth Citron (collectively, "Defendants", and together with the Trustee, the "Parties"), by and through their counsel, state as follows:

**WHEREAS**, on December 9, 2010, the Trustee commenced this adversary proceeding (this "Action") by filing a complaint against Defendants to recover transfers received from BLMIS. Adv. Pro. No. 10-05383, ECF No. 1;

**WHEREAS**, on or about April 2, 2020, the Parties entered into a settlement agreement (the "Settlement") that resolved the Trustee's claims; ECF No. 152;

**WHEREAS**, on April 27, 2020, the Bankruptcy Court entered an order under Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure approving the Settlement; and

**WHEREAS**, the Parties have complied with and carried out the terms of the Settlement.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and **SO ORDERED**, by the Bankruptcy Court:

1. In accordance with Federal Rule of Civil Procedure 41(a), applicable here under Federal Rule of Bankruptcy Procedure 7041, the Trustee voluntarily dismisses the Action with prejudice.

2. This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

Date: October 4, 2021
New York, New York

| **BAKER & HOSTETLER LLP** | **LAX & NEVILLE LLP** |

By: */s/ David J. Sheehan*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Plaintiff*

By: */s/ Barry R. Lax*
350 Fifth Avenue, Suite 4640
New York, New York 10020
Telephone: (212) 696-1900
Facsimile: (212) 566-4531
Barry R. Lax
Email: blax@laxneville.com

*Attorneys for Defendants*



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

**Dated: October 5, 2021**
**Poughkeepsie, New York**