# IN RE: BLMIS. CASE NO: 08-01789 (CGM)

## EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alan H Rosenthal and Linda S Rosenthal | 005114 | 611 | Phillips Nizer LLP | Alan H Rosenthal & Linda S Rosenthal | 1CM246 |
| Annette Jungreis and Irving Jungreis Trustees; Annette Jungreis Trust 5/13/93 | 005059 | 572 | Phillips Nizer LLP | Annette Jungreis and Irving Jungreis Trustees | 1ZB303 |
| Irving Jungreis and Annette Jungreis Trustees; Irving Jungreis Trust 5/13/93 | 005057 | 573 | Phillips Nizer LLP | Irving Jungreis and Annette Jungreis Trustees | 1ZB304 |
| Michael Epstein & Joan B Epstein J/T WROS | 005707 | 682 | Phillips Nizer LLP | Michael Epstein & Joan B Epstein J/T WROS | 1ZB471 |
| The Breier Group | 006449 | 1023 | Phillips Nizer LLP | The Breier Group | 1ZA098 |
| The Lawrence Family Trust, George Lawrence and Theresa Lawrence, Trustees | 003372 | 2444 | Becker & Poliakoff, LLP | Lawrence Family Trust George Lawrence | 1L0128 |
| The Sanford Harwood Family Limited Partnership | 005665 | 571 | Phillips Nizer LLP | The Sanford Harwood Family Limited Partnership | 1ZB353 |

# IN RE: BLMIS. CASE NO: 08-01789 (CGM)

## EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Brody Family LTD Partnership #1 | 003183 | 745 | Pro Se Filing | Brody Family Limited Partnership #1 | 1ZB311 |
| Diana P Victor | 006047 | 1143 | Dewey & LeBoeuf LLP | Diana P Victor | 1ZA126 |
| Eric F. Salzman, General Partner of Black River Associates LP | 006048 | 2184 | Pro Se Filing | Black River Associates LP | 1CM795 |