UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, BNP PARIBAS ARBITRAGE, SNC,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04457 (CMG) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 2090-1, BNP Paribas Arbitrage, SNC, by and through its undersigned counsel, hereby moves this Court for entry of an Order withdrawing the appearance of Breon S. Peace, as counsel of record for Defendants and removal as counsel from the Court's CM/ECF system service list for the above- referenced action.

As grounds therefore, the undersigned states that Breon S. Peace will no longer be affiliated with Cleary Gottlieb Steen & Hamilton LLP as of October 13, 2021. Defendants will continue to be represented by Ari D. MacKinnon of Cleary Gottlieb Steen & Hamilton LLP,

who has appeared as counsel of record and will continue to serve as counsel for Defendants in this case.

Dated: October 12, 2021

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Breon S. Peace*
Breon S. Peace
One Liberty Plaza
New York, NY 10006
T: 212-225-2000
F: 212-225-3999
E-Mail: bpeace@cgsh.com

*Attorney for BNP Paribas Arbitrage, SNC*

CERTIFICATE OF SERVICE

I, Breon S. Peace, hereby certify that on October 12, 2021, I caused the foregoing document, filed through the CM/ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 12, 2021    /s/ Breon S. Peace
                           Breon S. Peace