UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, BNP PARIBAS ARBITRAGE, SNC,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04457 (CMG) |

**[PROPOSED] ORDER GRANTING MOTION OF
BREON S. PEACE TO WITHDRAW AS COUNSEL**

The motion to withdraw the appearance of Breon S. Peace as counsel of record on behalf of BNP Paribas Arbitrage, SNC, pursuant to Local Rule 2090-1 of this Court, in the above captioned action, and for removal of Breon S. Peace from the CM/ECF service list for this matter, is hereby **GRANTED**.

SO ORDERED

Hon. Cecelia G. Morris
United States Bankruptcy Judge

08-01789-cgm    Doc 20795-1    Filed 10/12/21    Entered 10/12/21 16:42:30    Proposed Order    Pg 2 of 2