UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BNP PARIBAS ARBITRAGE SNC,<br><br>    Defendants. | Adv. Pro. No. 11-02796 (CMG) |

## [PROPOSED] ORDER GRANTING MOTION OF BREON S. PEACE TO WITHDRAW AS COUNSEL

The motion to withdraw the appearance of Breon S. Peace as counsel of record on behalf of BNP Paribas Arbitrage SNC, pursuant to Local Rule 2090-1 of this Court, in the above captioned action, and for removal of Breon S. Peace from the CM/ECF service list for this matter, is hereby **GRANTED.**

SO ORDERED

_____
Hon. Cecelia G. Morris
United States Bankruptcy Judge