UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER GRANTING THE TRUSTEE'S APPLICATION TO RETAIN
LUKINS & ANNIS P.S. AS SPECIAL COUNSEL
*NUNC PRO TUNC* AS OF SEPTEMBER 16, 2021**

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Lukins & Annis P.S. ("Lukins") as special counsel, *nunc pro tunc*, as of September 16, 2021, and upon the declaration of Mr. Jonathon Hallin submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Court finds that Lukins is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

1

3. The Trustee is authorized to retain Lukins as special counsel to the Trustee as provided in the Application, *nunc pro tunc*, as of September 16, 2021.



Dated: October 12, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge