**CHAITMAN LLP**
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants/ Appellants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE GERALD AND BARBARA KELLER FAMILY TRUST, and GERALD E. KELLER, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust,<br><br>　　　　　Defendants. | Adv. Pro No. 10-04539 (CGM) |

**JOINT NOTICE OF APPEAL**

　　　　PLEASE TAKE NOTICE that Defendants hereby jointly appeal pursuant to 28 U.S.C. § 158(a)(1)

and Federal Rules of Bankruptcy Procedure 8003(a) and (b) and 8004 to the United States District Court

{00047358 2 }　　　　　　　　　　　　　1

for the Southern District of New York from the Memorandum Decision Granting SIPA Trustee's Motion for Summary Judgment and Denying Defendants' Cross Motion for Summary Judgment entered by the Bankruptcy Court for the Southern District of New York in the above-captioned adversary proceeding on September 30, 2021 (the "Decision") [ECF. No. 136]. A copy of the Decision is annexed hereto.

The names of all parties to the Decision appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>By: Marie L. Carlisle<br>Nicholas J. Cremona<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Liquidation of Bernard L. Madoff*<br>*Investment Securities LLC* | Securities Investor Protection Corp.<br>805 Fifteenth Street, N.W. Suite 800<br>Washington, DC 20005<br>Telephone: (202) 371-8300<br>Facsimile: (202) 371-6728<br>By: Kevin H. Bell<br><br>*Attorneys for SIPC* |

Dated: October 13, 2021
New York, New York

CHAITMAN LLP

*/s/ Helen Davis Chaitman*
By: Helen Davis Chaitman
465 Park Avenue
New York, New York 1002
Telephone & Facsimile: 888-759-1114

*Attorneys for Appellants*