**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN AND THERESA R. | Adv. Pro. No. 10-05124 (CGM) |

RYAN REVOCABLE LIVING TRUST
and THE LAWRENCE J. RYAN BY-PASS
TRUST UNDER DECLARATION OF TRUST
DATED 11/20/1991,

                    Defendants.

## NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S
## MOTION TO STRIKE DEFENDANTS' ANSWER

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion to Strike

Defendants' Answer (ECF No. 97) previously scheduled on October 20, 2021 has been

adjourned to **December 15, 2021 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge.


Dated: October 15, 2021
       New York, New York                    By: */s/ Nicholas J. Cremona*
                                             **BAKER & HOSTETLER LLP**
                                             45 Rockefeller Plaza
Of Counsel:                                  New York, New York 10111
                                             Telephone: 212.589.4200
**BAKER HOSTETLER LLP**                      Facsimile: 212.589.4201
811 Main, Suite 1100                         David J. Sheehan
Houston, Texas 77002                         Email: dsheehan@bakerlaw.com
Telephone: (713) 751-1600                    Nicholas J. Cremona
Facsimile: (713) 751-1717                    Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

                                             *Attorneys for Irving H. Picard, Trustee for the*
                                             *Substantively Consolidated SIPA Liquidation*
                                             *of Bernard L. Madoff Investment Securities*
                                             *LLC and the Chapter 7 Estate of Bernard L.*
                                             *Madoff*