**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S**
**DETERMINATION OF CERTAIN CUSTOMER CLAIMS**

The Lawrence J. Ryan and Theresa R. Ryan Revocable Trust (the "Claimant"), having filed an objection (Docket No. 2836) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #852, hereby gives notice that it withdraws its objection.

Dated: October 14, 2021

                */s/ Theresa R. Ryan*
                Theresa R. Ryan
                217 Shearwater Isle
                Foster City, CA  94404-1431

                *Trustee for Claimant*