**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S**
**DETERMINATION OF CERTAIN CUSTOMER CLAIMS**

The Lawrence J. Ryan By-Pass Trust (the "Claimant"), having filed an objection and amended objection (Docket Nos. 3084 and 3093) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #856, hereby gives notice that it withdraws its objection and amended objection.

Dated: October 14, 2021

/s/ *Theresa R. Ryan*
Theresa R. Ryan
217 Shearwater Isle
Foster City, CA  94404-1431

*Trustee for Claimant*