UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>RICHARD EATON,<br><br>      Defendant. | Adv. Pro. No. 10-05377 (CGM) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

  Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Richard Eaton (the "Defendant") (collectively, the "Parties"), hereby stipulate and agree to the following:

  1.  On December 9, 2010, the Trustee filed and served the Complaint against Defendant.

2. On August 13, 2015, Defendant served an answer on the Trustee.

3. On August 20, 2021, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding, and dismissal of the adversary proceeding, subject to the right to re-open the adversary proceeding for any uncured failure of Defendant to perform the obligations under the terms of the settlement agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be

deemed an original.

Dated: New York, New York
    October 18, 2021

| | |
|---|---|
| **CHAITMAN LLP** | **BAKER & HOSTETLER LLP** |
| By: */s/  Helen Davis Chaitman* | By: */s/   Nicholas J. Cremona* |
| Helen Davis Chaitman | 45 Rockefeller Plaza |
| Chaitman LLP | New York, New York 10111 |
| 465 Park Avenue | Telephone: 212.589.4200 |
| New York, New York 10022 | Facsimile: 212.589.4201 |
| Telephone: (908) 303-4568 | David J. Sheehan |
| Facsimile: (888) 759-1114 | Email: dsheehan@bakerlaw.com |
| Email: hchaitman@chaitmanllp.com | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |
| *Attorneys for Defendant* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

**SO ORDERED.**



**Dated: October 19, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**