**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY,<br><br>　　　　　Defendants. | Adv. Pro. No. 21-01190 (CGM) |

**STIPULATION AND ORDER**

WHEREAS, on September 27, 2021, Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa-lll, substantively consolidated with the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, filed a complaint commencing the above-captioned action ("Complaint") against The Hebrew University of Jerusalem, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd., Ben-Gurion

University of the Negev, B.G. Negev Technologies and Applications Ltd., The Weizmann Institute of Science, and Bar Ilan University (collectively, "Defendants"); and

WHEREAS, counsel for the Trustee and undersigned counsel for the Defendants conferred regarding a response date to the complaint and related issues; now therefore:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that:

1.  The time for the Defendants to move, answer or otherwise respond to the Trustee's Complaint is extended up to and including January 10, 2022.

2.  Counsel for the Defendants accepts service of the Complaint and the Defendants waive any defense in this action based on insufficiency of process or insufficiency of service of process.

3.  Except as expressly set forth herein, the Trustee and Defendants reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

5.  Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

6.  A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

Dated: October 19, 2021  
       New York, New York

By: */s/ David J. Sheehan*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Tracy L. Cole

Ganesh Krishna
Keith R. Murphy
Fernando A. Bohorquez
Michelle N. Tanney

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 Estate of Bernard L. Madoff*


By: */s/ Emil A. Kleinhaus*
**WACHTELL, LIPTON, ROSEN & KATZ LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1332
Facsimile: (212) 403-2332
Emil A. Kleinhaus
Email: EAKleinhaus@WLRK.com

*Attorneys for The Hebrew University of Jerusalem, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd., Ben-Gurion University of the Negev, B.G. Negev Technologies and Applications Ltd., The Weizmann Institute of Science, and Bar Ilan University*

**SO ORDERED.**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**

**Dated: October 20, 2021
Poughkeepsie, New York**

3