**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff(s),<br><br>    -v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant(s) | Adv. Pro. No. 08-01789-CGM<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>       Debtor<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff(s),<br><br>    -v-<br><br>CATHAY LIFE INSURANCE CO. LTD.,<br><br>       Defendant(s). | Adv. Pro. No. 11-02568-CGM |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Carter Bryce Benson, to be admitted, *pro hac vice*, to represent Cathay Life Insurance Co., LTD., (the "Client") a Defendant in the above referenced adversary proceeding, and upon movants certification that the movant is member in good standing of the bar of the State of Texas and, the bar of the U.S. District of Texas, it is hereby

60404780;1

**ORDERED**, that Carter Bryce Benson, is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



**Dated: October 25, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

60404780;1