**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>SAGE REALTY, *et al.*,<br><br>       Defendants. | Adv. Pro. No. 10-04400 (CGM) |

**NOTICE OF WITHDRAWAL OF CLAIM OBJECTION**
**BY SAGE REALTY**

Sage Realty (the "Claimant"), having filed an objection on May 19, 2010, ECF No. 2297, to the Trustee's Notice of Determination of Claim regarding Claimant's customer claim number 010157, hereby gives notice that it withdraws such Objection with prejudice. The parties agree that this withdrawal is without prejudice to any arguments regarding alleged liability for avoidable transfers in the above-referenced adversary proceeding.

- 2 -

Dated:  October 22, 2021
       New York, New York

**BAKER & HOSTETLER LLP**    **McDERMOTT WILL & EMERY LLP**

By: */s/ Seanna R. Brown*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
Seanna R. Brown
Email:  sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of BLMIS and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Andrew B. Kratenstein*
One Vanderbilt Avenue
New York, New York 10017-3852
Tel: (212) 547-5695
Andrew B. Kratenstein
Email: akratenstein@mwe.com

*Attorneys for Defendants*