UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

v.

BERNARD L MADOFF INVESTMENT
SECURITIES, LLC,

        Defendant.
-------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------X
IRVING H PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

v.

LILLIAN M SAGE, IN HER CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES;

MALCOLM H. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES;

MARTIN A. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES; AND

ANN M. SAGE PASSER, IN HER CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES.

        Defendants.
-------------------------------------------------------X

Adv. Pro No. 08-01789 (CGM)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-4362 (CGM)

## **ORDER REOPENING ADVERSARY PROCEEDING**

The above captioned Adversary having been closed in error on September 7, 2021; it is hereby

ORDERED that the case be reopened pursuant to Federal Rule of Civil Procedure 60(a).



**Dated: October 26, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**