UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Samdia Family L.P. (the "Claimant"), having filed an objection (the "Objection", [Docket No. 762]) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001490), hereby gives notice that it withdraws such Objection.

Dated: 9/28, 2021

Brian J. Neville on behalf of Samdia Family L.P.
Lax & Neville LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Brian J. Neville
bneville@laxneville.com

4849-6364-2811.6