## IN RE: BLMIS. CASE NO: 08-01789 (CGM)

## EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| M & M in M LLC | 007929 | 3531 | Becker & Poliakoff, LLP | M & M in M LLC c/o Donald Rechler | 1M0183 |