IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Bridgewater Pension Tstees & A Marshal as Trustees; Pathfinder Private Pension | 001510 | 1127 | Pro Se Filing | Bridgewater Pension Tstees & A Marshal as Trustees | 1FN043 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Howard Glass | 000825 | 2512 | Pro Se Filing | Howard J Glass | 1G0271 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| M & M in M LLC | 007929 | 3531 | Becker & Poliakoff, LLP | M & M in M LLC c/o Donald Rechler | 1M0183 | **Customer Issue**: BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| NTC & CO. FBO Jerry Lawrence (85442) | 004005 | 1783 | Pro Se Filing | Millennium Trust Company, LLC FBO Jerry Lawrence (85442) | 1ZR091 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| NTC & CO. FBO Robert F Gammons | 008859 | 821 | Pro Se Filing | Millennium Trust Company, LLC FBO Robert F Gammons (96462) | 1ZR138 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Risa E. Zucker | 001082 | 1983 | Pro Se Filing | Risa Zucker Trustee U/A/D 12/12/06 | 1ZA262; 1ZA531 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Ronald Joseph and Marie Elsie Joseph | 009675 | 2419 | The Law Office of Marjory Cajoux | Madeleine Faustin Joseph | 1J0020 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Ronald Joseph and Marie Elsie Joseph | 006050; 001321 | 3248; 2842 | The Law Office of Marjory Cajoux | Maggie Faustin | 1J0034 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |