UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>       Plaintiff,<br><br> -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Defendant. | Case No. 08-01789 (CGM)<br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

       Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br> -against-<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED<br><br>       Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

 I, Laurie A. Morgan, request admission, *pro hac vice*, before the Honorable Judge Cecelia G. Morris, to represent Tensyr Limited in Adv. Pro. No. 10-05353.

 I certify that I am a member in good standing of the bar of the State of New Jersey.

 I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 1, 2021        FRESHFIELDS BRUCKHAUS DERINGER US LLP
       New York, New York

                                By:   */s/ Laurie A. Morgan*
                                         Laurie A. Morgan
                                         Freshfields Bruckhaus Deringer US LLP
                                         601 Lexington Avenue, 31st Floor
                                         New York, NY 10022
                                         (212) 230-4607
                                         laurie.morgan@freshfields.com

                                         *Attorney for Tensyr Limited*

## **CERTIFICATE OF SERVICE**

    I, Laurie A. Morgan, Association in the New York office of Freshfields Bruckhaus Deringer, hereby certify that on November 1, 2021, I caused to be served a copy of the foregoing Motion for Admission to Practice, *pro hac vice* with proposed form of order through the Court's electronic case filing system.

Dated:  November 1, 2021        FRESHFIELDS BRUCKHAUS DERINGER US LLP
        New York, New York

                                    By:    */s/ Laurie A. Morgan*
                                              Laurie A. Morgan
                                              Freshfields Bruckhaus Deringer US LLP
                                              601 Lexington Avenue, 31st Floor
                                              New York, NY 10022
                                              (212) 230-4607
                                              laurie.morgan@freshfields.com

                                              *Attorney for Tensyr Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

　　　　　　　　Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE* OF LAURIE A. MORGAN

　　Upon the motion of Laurie A. Morgan to be admitted, *pro hac vice*, to represent Tensyr

Limited in Adv. Pro. No. 10-05353, it is hereby **ORDERED** that:

      Laurie A. Morgan is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Tensyr Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
      New York, New York                 _____  
                                                        THE HONORABLE CECELIA G. MORRIS  
                                                        UNITED STATES BANKRUPTCY JUDGE