UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )  ss:
COUNTY OF DALLAS      )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 1, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S FORTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 20823)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S FORTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 20824)

3. NOTICE OF HEARING ON TRUSTEE'S FORTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 20825)

Executed on November 1, 2021

_____
Tassie Powers Barr

Sworn to and subscribed before me this 1st day of Nov., 2021

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____
(SEAL)    Notary Public

2

# Exhibit A

Exhibit A
11/01/2021

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| The Law Office of Marjory Cajoux | Attn: Marjory Cajoux | 406 Atlantic Avenue | Brooklyn | NY | 11217 | Counsel |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |