**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04384 (CGM) |
| LANX BM INVESTMENTS, LLC, THE LANX FUND II, LP, WOLFSON COUSINS, LP, EDARA PARTNERSHIP, and SARAH TRUST, | |
| Defendants. | |

## <u>MEDIATOR'S FINAL REPORT</u>

David Geronemus, the mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

1.      The mediation of the Adversary Proceeding took place on October 12 and 13, 2021

via a virtual Zoom conference.

2.       The parties negotiated in good faith and were able to reach a mutually satisfactory

resolution of the disputes involved in the Adversary Proceeding.

3.       Accordingly, this matter should be deemed concluded.

Dated: November 2, 2021
        New York, New York

                                         _/s/David Geronemus_____
                                         David Geronemus, Mediator