EXHIBIT B
SUMMARY OF THIRTY-SEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2021 THROUGH JULY 31, 2021

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | | | | | |
| | Picard, Irving H. | 1966 | 1,052.00 | 241.60 | 254,163.20 |
| | Sheehan, David J. | 1968 | 1,052.00 | 649.60 | 683,379.20 |
| | Matthias, Michael R. | 1973 | 787.00 | 16.50 | 12,985.50 |
| | Bash, Brian A. | 1975 | 847.00 | 12.60 | 10,672.20 |
| | Greene, Bruce R. | 1976 | 865.00 | 2.40 | 2,076.00 |
| | Long, Thomas L. | 1976 | 1,045.00 | 504.50 | 527,202.50 |
| | Ponto, Geraldine E. | 1982 | 1,052.00 | 155.00 | 163,060.00 |
| | Montesano, Carmela T. | 1984 | 764.00 | 4.60 | 3,514.40 |
| | Hunt, Dean D. | 1991 | 987.00 | 122.20 | 120,611.40 |
| | Douthett, Breaden M. | 1991 | 530.00 | 1.80 | 954.00 |
| | Goldberg, Steven H. | 1991 | 1,052.00 | 121.40 | 127,712.80 |
| | Griffin, Regina L. | 1993 | 1,052.00 | 487.90 | 513,270.80 |
| | Thomas, Erika K. | 1994 | 805.00 | 670.10 | 539,430.50 |
| | Cohen, Adam I. | 1994 | 700.00 | 21.00 | 14,700.00 |
| | Cole, Tracy L. | 1996 | 954.00 | 521.50 | 497,511.00 |
| | Hoang, Lan | 1997 | 1,033.00 | 826.90 | 854,187.70 |
| | Murphy, Keith R. | 1997 | 1,052.00 | 349.30 | 367,463.60 |
| | Warshavsky, Oren J. | 1998 | 1,052.00 | 710.90 | 747,866.80 |
| | Fish, Eric R. | 1998 | 912.00 | 289.20 | 263,750.40 |
| | Rollinson, James H. | 1998 | 917.00 | 286.20 | 262,445.40 |
| | Rose, Jorian L. | 1998 | 1,033.00 | 172.60 | 178,295.80 |
| | Clark, Eben P. | 1998 | 571.00 | 10.40 | 5,938.40 |
| | Pergament, Benjamin D. | 1999 | 900.00 | 617.20 | 555,480.00 |
| | Cremona, Nicholas J. | 2000 | 1,033.00 | 730.20 | 754,296.60 |
| | Bohorquez, Fernando A. | 2000 | 975.00 | 252.90 | 246,577.50 |
| | Beckerlegge, Robertson D. | 2001 | 838.00 | 572.50 | 479,755.00 |
| | Bell, Stacey A. | 2001 | 915.00 | 608.30 | 556,594.50 |
| | Zeballos, Gonzalo S. | 2001 | 951.00 | 90.10 | 85,685.10 |
| | Song, Brian W. | 2002 | 833.00 | 666.30 | 555,027.90 |
| | North, Geoffrey A. | 2002 | 917.00 | 743.20 | 681,514.40 |
| | Sherer, James A. | 2003 | 749.00 | 23.40 | 17,526.60 |
| | Oliver, Jason S. | 2003 | 843.00 | 632.00 | 532,776.00 |
| | Shields, Nkosi D. | 2003 | 709.00 | 446.00 | 316,214.00 |
| | Hochmuth, Farrell A. | 2003 | 674.00 | 51.20 | 34,508.80 |
| | Malchow, Jessica P. | 2003 | 485.00 | 2.30 | 1,115.50 |
| | Allen, Brian F. | 2005 | 751.00 | 220.00 | 165,220.00 |
| | Hartman, Ruth E. | 2005 | 496.00 | 3.30 | 1,636.80 |
| | Vanderwal, Amy E. | 2006 | 917.00 | 581.40 | 533,143.80 |
| | Carlisle, Marie L. | 2006 | 638.00 | 533.10 | 340,117.80 |
| | Longstaff, Carrie | 2006 | 756.00 | 625.00 | 472,500.00 |
| | Kosack, Melissa L. | 2006 | 764.00 | 770.00 | 588,280.00 |
| | Feil, Matthew D. | 2006 | 776.00 | 617.40 | 479,102.40 |
| | McLellan, Melinda L. | 2006 | 777.00 | 5.00 | 3,885.00 |
| | Wasick, Joanna F. | 2007 | 910.00 | 473.90 | 431,249.00 |
| | Forman, Jonathan A. | 2007 | 724.00 | 152.50 | 110,410.00 |
| | Calvani, Torello H. | 2007 | 833.00 | 558.90 | 465,563.70 |
| | Giuliani, Esterina | 2007 | 917.00 | 492.60 | 451,714.20 |
| | Patel, Tayan B. | 2007 | 627.00 | 6.50 | 4,075.50 |
| | Brown, Seanna R. | 2007 | 1,033.00 | 550.30 | 568,459.90 |
| | Usitalo, Michelle R. | 2008 | 725.00 | 390.40 | 283,040.00 |
| | McCurrach, Elizabeth G. | 2008 | 776.00 | 12.80 | 9,932.80 |
| | Attard, Lauren T. | 2008 | 679.00 | 180.10 | 122,287.90 |
| | Zunno-Freaney, Kathryn M. | 2008 | 917.00 | 113.10 | 103,712.70 |
| | Markel, Tatiana | 2009 | 764.00 | 595.70 | 455,114.80 |
| | Shapiro, Peter B. | 2009 | 751.00 | 363.80 | 273,213.80 |
| | Molina, Marco | 2009 | 764.00 | 171.50 | 131,026.00 |
| | Campbell, Patrick T. | 2009 | 732.00 | 205.60 | 150,499.20 |
| | Iannuzzi, Michael M. | 2010 | 541.00 | 15.40 | 8,331.40 |
| | Bent, Camille C. | 2010 | 704.00 | 735.10 | 517,510.40 |
| | Shifrin, Maximillian S. | 2011 | 725.00 | 106.40 | 77,140.00 |
| | Krishna, Ganesh | 2011 | 704.00 | 773.70 | 544,684.80 |
| | Hough, Shawn P. | 2012 | 704.00 | 553.60 | 389,734.40 |
| Partners and of Counsel Total | | | 870.64 | 21,420.90 | 18,649,849.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 602.00 | 650.70 | 391,721.40 |
| | Wlodek, Heather | 2003 | 802.00 | 324.10 | 259,928.20 |
| | Hiatt, Eric B. | 2005 | 638.00 | 305.60 | 194,972.80 |
| | Cowherd, Matthew K. | 2005 | 622.00 | 446.20 | 277,536.40 |
| | Mezibov, Jonathan G. | 2006 | 275.00 | 682.20 | 187,605.00 |
| | Goldmark, Jena B. | 2007 | 576.00 | 765.20 | 440,755.20 |
| | Choi, David | 2008 | 638.00 | 343.00 | 218,834.00 |
| | Sabella, Michael A. | 2008 | 594.00 | 431.80 | 256,489.20 |
| | Khan, Ferve E. | 2009 | 751.00 | 581.10 | 436,406.10 |
| | Sloan, Victoria E. | 2009 | 300.00 | 19.20 | 5,760.00 |
| | Mattera, Marshall J. | 2009 | 638.00 | 543.40 | 346,689.20 |
| | Nickodem, Robert G. | 2009 | 282.00 | 641.20 | 180,818.40 |
| | McGourty, Cara | 2010 | 616.00 | 523.70 | 322,599.20 |
| | Boga-Lofaro, Csilla | 2010 | 518.00 | 31.80 | 16,472.40 |
| | Biondo, Lindsay J. | 2010 | 282.00 | 769.20 | 216,914.40 |
| | Bernard, Zachary E. | 2010 | 496.00 | 2.00 | 992.00 |
| | Ubaid, Maryland H. | 2010 | 282.00 | 609.30 | 171,822.60 |
| | Mahida, Michelle Marie Hoff | 2010 | 275.00 | 780.60 | 214,665.00 |
| | Rouach, Sophie | 2010 | 501.00 | 517.30 | 259,167.30 |
| | Rollins, Jennifer B. | 2010 | 275.00 | 637.10 | 175,202.50 |
| | Maytal, Anat | 2010 | 725.00 | 502.10 | 364,022.50 |
| | Hansford, Melissa L. | 2010 | 282.00 | 531.70 | 149,939.40 |
| | Chandler, Tara R. | 2010 | 282.00 | 783.70 | 221,003.40 |
| | Cardenas, Samantha A. | 2011 | 275.00 | 172.00 | 47,300.00 |
| | Vonderhaar, Douglas A. | 2011 | 341.00 | 53.90 | 18,379.90 |
| | Feldstein, Robyn M. | 2011 | 594.00 | 193.20 | 114,760.80 |
| | White, Jason T. | 2011 | 282.00 | 728.10 | 205,324.20 |
| | Rose, Nicholas M. | 2011 | 616.00 | 460.90 | 283,914.40 |
| | Durbin, Damon M. | 2011 | 319.00 | 22.10 | 7,049.90 |
| | Blanchard, Jason I. | 2011 | 745.00 | 416.10 | 309,994.50 |
| | Slavin, Jeffrey A. | 2011 | 516.00 | 39.30 | 20,278.80 |
| | Patrick, Stacey M. | 2011 | 282.00 | 660.40 | 186,232.80 |
| | Gottesman, Joel D. | 2011 | 282.00 | 372.20 | 104,960.40 |
| | Oliva, Frank M. | 2011 | 704.00 | 636.30 | 447,955.20 |
| | Gallagher, Christopher B. | 2012 | 704.00 | 455.00 | 320,320.00 |
| | Ackerman, Stephanie | 2012 | 653.00 | 762.50 | 497,912.50 |
| | Rice, David W. | 2012 | 594.00 | 360.50 | 214,137.00 |
| | Sterling, Nichole L. | 2013 | 508.00 | 18.00 | 9,144.00 |
| | Tanney, Michelle N. | 2013 | 653.00 | 510.90 | 333,617.70 |
| | Brumbach, Maxim G. | 2013 | 275.00 | 659.30 | 181,307.50 |
| | Mosher, Sarah E. | 2013 | 275.00 | 664.20 | 182,655.00 |
| | Friedman, Matthew B. | 2013 | 567.00 | 421.00 | 238,707.00 |
| | Gillingham, Ross M. | 2013 | 275.00 | 763.30 | 209,907.50 |
| | Charlemagne, Chardaie C. | 2013 | 653.00 | 95.10 | 62,100.30 |
| | Goertemiller, Noah J. | 2014 | 275.00 | 743.30 | 204,407.50 |
| | Horning, Nathan T. | 2014 | 282.00 | 724.90 | 204,421.80 |
| | Gases, Matthew D. | 2014 | 558.00 | 16.80 | 9,374.40 |
| | Serrao, Andrew M. | 2015 | 622.00 | 583.40 | 362,874.80 |
| | Weinberg, Lauren R. | 2015 | 523.00 | 231.40 | 121,022.20 |
| | Kennedy, Joyce R. | 2015 | 282.00 | 28.80 | 8,121.60 |
| | Turner, Tara E. | 2015 | 581.00 | 645.60 | 375,093.60 |
| | Berry, Joshua L. | 2016 | 275.00 | 612.60 | 168,465.00 |
| | Stewart, Matthew L. | 2016 | 275.00 | 638.40 | 175,560.00 |
| | Cantu, Michael R. | 2016 | 282.00 | 769.90 | 217,111.80 |
| | Shalodi, Amani | 2016 | 282.00 | 749.90 | 211,471.80 |
| | Nadworny, Bari R. | 2016 | 508.00 | 262.40 | 133,299.20 |
| | Martin, Lauren E. | 2016 | 275.00 | 666.60 | 183,315.00 |
| | Molony, Matthew E. | 2016 | 275.00 | 718.20 | 197,505.00 |
| | Dindiyal, Ariana G. | 2017 | 459.00 | 641.00 | 294,219.00 |
| | Stork, Victoria L. | 2017 | 581.00 | 590.60 | 343,138.60 |
| | Satter, Joshua A. | 2017 | 581.00 | 389.80 | 226,473.80 |
| | Maw, Darley | 2017 | 581.00 | 61.10 | 35,499.10 |
| | Wafelbakker, Tess N. | 2018 | 359.00 | 4.60 | 1,651.40 |
| | Fischetti, Chloe S. | 2018 | 450.00 | 565.10 | 254,295.00 |
| | Gotsis, Christina O. | 2019 | 443.00 | 288.20 | 127,672.60 |
| | Bordner, Alexa T. | 2019 | 454.00 | 291.60 | 132,386.40 |
| | Corrigan, Megan A. | 2019 | 443.00 | 228.40 | 101,181.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Yantis, Brittany A. | 2019 | 443.00 | 95.10 | 42,129.30 |
| | Silversmith, Jordan R. | 2019 | 443.00 | 406.80 | 180,212.40 |
| | Sullivan, Kayley B. | 2020 | 510.00 | 337.00 | 171,870.00 |
| | Van Duyn, Audrey J. | 2020 | 454.00 | 402.50 | 182,735.00 |
| | Sternbach, Lauren E. | 2020 | 454.00 | 273.20 | 124,032.80 |
| | Diaz, Yadilsa | 2021 | 485.00 | 427.20 | 207,192.00 |
| | Record, Luke E. | 2021 | 485.00 | 242.50 | 117,612.50 |
| | Gaudreau, Madison J. | 2021 | 485.00 | 240.60 | 116,691.00 |
| Associates Total | | | 443.70 | 32,764.00 | 14,537,311.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Montani, Christine A. | #N/A | 388.00 | 607.00 | 235,516.00 |
| | Fishelman, Benjamin D. | #N/A | 472.00 | 536.00 | 252,992.00 |
| | Iskhakova, Yuliya | #N/A | 401.00 | 875.90 | 351,235.90 |
| | Chan, Angeline | #N/A | 289.00 | 397.80 | 114,964.20 |
| | Gibbons, Michael E. | #N/A | 425.00 | 7.90 | 3,357.50 |
| | von Collande, Constance M. | #N/A | 383.00 | 585.70 | 224,323.10 |
| | Nunes, Silas T. | #N/A | 343.00 | 56.20 | 19,276.60 |
| | Stone, Adrian | #N/A | 340.00 | 280.40 | 95,336.00 |
| | Blaber, Theresa A. | #N/A | 378.00 | 33.60 | 12,700.80 |
| | McKenna, Patrice M. | #N/A | 308.00 | 610.20 | 187,941.60 |
| | Bryan, Katrina E. | #N/A | 369.00 | 837.20 | 308,926.80 |
| | Graham, Sonya M. | #N/A | 297.00 | 9.70 | 2,880.90 |
| | Monge, Tirsa | #N/A | 388.00 | 336.80 | 130,678.40 |
| | Szalay, Sarah M. | #N/A | 217.00 | 212.00 | 46,004.00 |
| | Glanzman, Adam J. | #N/A | 389.00 | 143.00 | 55,627.00 |
| | Villamayor, Fidentino L. | #N/A | 406.00 | 168.00 | 68,208.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 446.00 | 679.70 | 303,146.20 |
| | Belanger, Christina I. | #N/A | 360.00 | 2.50 | 900.00 |
| | Dangelmajer, Susan E. | #N/A | 376.00 | 481.50 | 181,044.00 |
| | Cabrera, Ramon C. | #N/A | 304.00 | 202.80 | 61,651.20 |
| | Polanco Ortiz, Dorian A. | #N/A | 293.00 | 62.90 | 18,429.70 |
| | Kinne, Tanya M. | #N/A | 370.00 | 660.90 | 244,533.00 |
| | Bekier, James M. | #N/A | 494.00 | 285.90 | 141,234.60 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | 379.13 | 8,073.60 | 3,060,907.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 870.64 | 21,420.90 | 18,649,849.80 |
| Associates Total | 443.70 | 32,764.00 | 14,537,311.80 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 379.13 | 8,073.60 | 3,060,907.50 |
| Blended Attorney Rate | 612.48 | | |
| Total Fees Incurred | | 62,258.50 | 36,248,069.10 |
| **Less 10% Public Interest Discount** | | | (3,624,806.91) |
| **Grand Total** | | | $ 32,623,262.19 |