EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-SEVENTH INTERIM PERIOD
OF APRIL 1, 2021 THROUGH JULY 31, 2021

|  | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 7,841.70 | $ 5,331,615.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 737.70 | 464,996.40 |
| 03 | Feeder Funds | 754.30 | 728,017.50 |
| 04 | Asset Search Recovery and Sale | 35.40 | 28,779.60 |
| 05 | Internal Office Meetings with Staff | 317.20 | 171,205.00 |
| 07 | Billing | 919.50 | 404,675.00 |
| 08 | Case Administration | 1,884.70 | 903,111.10 |
| 11 | Press Inquires and Responses | 169.80 | 145,847.60 |
| 12 | Document Review | 15,144.90 | 4,681,247.10 |
| 13 | Discovery - Depositions and Document Productions | 668.20 | 306,381.30 |
| 14 | International | 335.90 | 202,482.20 |
| 21 | Allocation | 12.60 | 13,146.10 |
| 000005 | Customer Claims | 618.60 | 419,650.10 |
| 000007 | Madoff Family | 235.70 | 200,943.70 |
| 000009 | Fairfield Greenwich | 4,552.50 | 3,290,373.50 |
| 000029 | Rye/Tremont | 1,052.40 | 632,084.10 |
| 000030 | HSBC | 3,189.40 | 2,460,518.60 |
| 000032 | LuxAlpha/UBS | 1,149.40 | 901,030.50 |
| 000033 | Nomura Bank International PLC | 655.70 | 447,365.30 |
| 000035 | Natixis | 560.10 | 353,104.10 |
| 000036 | Merrill Lynch | 22.20 | 15,237.90 |
| 000053 | Magnify | 6,748.80 | 3,900,803.60 |
| 000059 | Stanley Shapiro | 36.60 | 27,760.20 |
| 000060 | Avellino & Bienes | 3,747.40 | 2,979,954.20 |
| 000062 | Subsequent Transfer | 6,016.70 | 3,933,469.90 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 146.70 | 129,967.80 |
| 000065 | Legacy Capital Ltd | 2,224.90 | 1,689,365.70 |
| 000071 | Square One | 2,165.30 | 1,281,019.50 |
| 000073 | BNP Paribas | 314.20 | 203,916.00 |
| Grand Total |  | **62,258.50** | **36,248,069.10** |

**Less 10% Public Interest Discount**  (3,624,806.91)

**Grand Total**  $ 32,623,262.19

| Task/Matter Name | HOURS | AMOUNT |
|---|---|---|
| **Current Application** | | |
| Interim Compensation Requested | | $ 32,623,262.19 |
| Interim Compensation Paid | | *(29,360,935.98)* |
| Interim Compensation Deferred | | $ 3,262,326.21 |
| | | |
| **Prior Applications** | | |
| Interim Compensation Requested | | $ 1,314,036,939.81 |
| Interim Compensation Paid | | *$ (1,303,505,324.95)* |
| Interim Compensation Deferred | | $ 10,531,614.86 |