EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-SEVENTH
INTERIM PERIOD OF APRIL 1, 2021 THROUGH JULY 31, 2021

| | | |
|---|---|---:|
| E101 | Copying (E101) | 419.00 |
| E106 | Online Research (E106) | 35,233.35 |
| E107 | Delivery Services/ Messengers (E107) | 3,010.76 |
| E108 | Postage (E108) | 474.08 |
| E110 | Out-of-Town Travel (E110) | 43,851.95 |
| E112 | Court Fees (E112) | 907.48 |
| E113 | Subpoena Fees (E113) | 492.00 |
| E115 | Deposition Transcripts (E115) | 909.00 |
| E116 | Trial Transcripts (E116) | 1,015.56 |
| E119 | Experts (E119) | 31,291.98 |
| E123 | Other Professionals (E123) | 54,699.68 |
| E124 | Other (E124) | 386,954.27 |
| Grand Total | | **559,259.11** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded     $ 19,486,933.87