# Exhibit B

SUMMARY OF THIRTY-SIXTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2021 THROUGH JULY 31, 2021

| Name | Year Admitted | Apr-Jul 2021 Standard Hourly Rate | Apr-Jul 2021 Total Hours Billed | Apr-Jul 2021 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 695.00 | 238.30 | $ 165,618.50 |
| Kim M. Longo | 2002 | 585.00 | 407.90 | $ 238,621.50 |
| **Total Partners** | | | **646.20** | **$404,240.00** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 465.00 | 591.50 | $ 275,047.50 |
| Alan D. Lawn | 2009 | 420.00 | 529.70 | $ 222,474.00 |
| Brian W. Kreutter | 2003 | 420.00 | 1.20 | $ 504.00 |
| **Total Special Counsel** | | | **1,122.40** | **$498,025.50** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 446.80 | $ 196,592.00 |
| Carol LaFond | 2000 | 410.00 | 556.50 | $ 228,165.00 |
| Alex Jonatowski | 2007 | 395.00 | 623.40 | $ 246,243.00 |
| **Total Associates** | | | **1,626.70** | **$671,000.00** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 255.00 | 53.70 | $ 13,693.50 |
| Carilyn Priolo | | 165.00 | 140.50 | $ 23,182.50 |
| **Total Paraprofessionals** | | | **194.20** | **$ 36,876.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 646.20 | 404,240.00 |
| **Special Counsel** | 1,122.40 | 498,025.50 |
| **Associates** | 1,626.70 | 671,000.00 |
| **Paraprofessionals** | 194.20 | 36,876.00 |
| | | |
| **Blended Attorney Rate** | 463.37 | |
| **Blended Rate All Professionals** | 448.57 | |
| **GRAND TOTAL** | **3,589.50** | **$ 1,610,141.50** |

{11969997:1}