## Exhibit C

SUMMARY OF THIRTY-SIXTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2021 THROUGH AND INCLUDING JULY 31, 2021

| Code Description | Amount | |
|---|---|---:|
| Reproduction | $ | 35.00 |
| Telephone - Reimbursements | $ | 87.04 |
| Postage | $ | 11.50 |
| Air Courier/Messenger | $ | 479.71 |
| Online Research | $ | 8,454.59 |
| Filing Fees | $ | 70.00 |
| Professional Services | $ | 225.00 |
| Search Fees | $ | 300.20 |
| **TOTAL** | **$** | **9,663.04** |

{11969997:1}