**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX
LANE & MITTENDORF, LLP FOR THE THIRTY-SIXTH INTERIM PERIOD OF
APRIL 1, 2021 THROUGH AND INCLUDING JULY 31, 2021

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 11.40 | $ 5,429.00 |
| | | 007 | Fee Application | 106.90 | 23,428.50 |
| | | 020 | Internal Office Meetings | 18.30 | 8,925.50 |
| | | 041 | Discovery, Document Review, Document Production | 0.90 | 396.00 |
| 12 | Credit Suisse | 010 | Litigation | 584.60 | 239,499.00 |
| 13 | Solon Capital | 010 | Litigation | 4.10 | 1,650.50 |
| 14 | Zephyros | 010 | Litigation | 36.20 | 15,622.50 |
| 15 | Mistral | 010 | Litigation | 34.50 | 14,836.00 |
| 16 | Societe Generale | 010 | Litigation | 380.10 | 175,247.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 100.10 | 46,892.50 |
| 18 | Clariden Leu | 010 | Litigation | 256.70 | 116,865.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 275.60 | 118,105.00 |
| 20 | Coordinated Cases | 010 | Litigation | 1,288.50 | 588,823.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 463.10 | 241,276.00 |
| 24 | Naidot | 010 | Litigation | 28.50 | 13,145.50 |
| | | | **TOTALS** | **3,589.50** | **$ 1,610,141.50** |

{11969997:1}