UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br> -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

      Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br> -against-<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED<br><br>      Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE* OF LAURIE A. MORGAN

Upon the motion of Laurie A. Morgan to be admitted, *pro hac vice*, to represent Tensyr Limited in Adv. Pro. No. 10-05353, it is hereby **ORDERED** that:

Laurie A. Morgan is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Tensyr Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



Dated: November 4, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge