**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Bernard L. Madoff

Case No.: 08-01789

Chapter ___

Debtor

-------------------------------------------------------------x

Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC     Plaintiff

Adversary Proceeding No.: 12-01697

v.

ABN AMRO Fund Services (Isle of Man)
Nominees Limited, f/k/a Fortis (Isle of
Man) Nominees Limited, et. al. Defendant

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Rosa J. Evergreen , to be admitted, *pro hac vice*, to represent  Platinum All Weather Fund Limited , (the "Client") a  defendant  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Dist. of Columbia & Va  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Virginia , it is hereby

**ORDERED**, that  Rosa J. Evergreen , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

/s/ Cecelia G. Morris

Dated: November 4, 2021
Poughkeepsie, New York

**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**