UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Bernard L. Madoff

                                     Debtor

Case No.: 08-01789

Chapter ___

-----------------------------------------------------------x

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

                                     Plaintiff

v.

Atlantic Security Bank

                                     Defendant

Adversary Proceeding No.: 11-02730

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Rosa J. Evergreen**, to be admitted, *pro hac vice*, to represent **Atlantic Security Bank**, (the "Client") a **defendant** in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Dist. of Columbia & Va** and, if applicable, the bar of the U.S. District Court for the **Eastern** District of **Virginia**, it is hereby

**ORDERED**, that **Rosa J. Evergreen**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



Dated: November 4, 2021
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge