## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of November, 2021, the foregoing **Trustee's Objection to Defendant Kenneth W. Brown's Motion to Compel Responses to Requests for Production of Documents Addressed to Ken-Wen Limited Family Partnership and Wendy Brown** was (1) filed through the Court's CM/ECF system and (2) served upon the following by electronic mail:

| | |
|---|---|
| David B. Bernfeld, Esq.<br>Bernfeld, DeMatteo & Bernfeld LLP<br>600 Third Avenue<br>New York, NY 10016<br>Telephone: (212) 661-1661<br>Facsimile: (212) 557-9610<br>Email: davidbernfeld@bernfeld-dematteo.com<br>dbblaw@hotmail.com | Mark S. Roher<br>Law Office of Mark S. Roher, P.A.<br>1806 N. Flamingo Road, Suite 300<br>Pembroke Pines, Florida 33324<br>Telephone: (954) 353-2200<br>Facsimile: (877) 654-0090<br>Email: mroher@markroherlaw.com<br>amanda@markroherlaw.com |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2021        /s/ *Michael S. Neiburg*
                                Michael S. Neiburg