**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 10-04468 (CGM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,<br><br>    Defendants. | |

**JOINT STIPULATION AND ORDER REGARDING (I) ADJOURNING DEFENDANT'S MOTION TO COMPEL *SINE DIE*, (II) BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S <u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa–*lll*, substantively consolidated with the chapter 7 estate of Bernard L. Madoff

("Madoff"), and defendant Kenneth W. Brown (the "Defendant", collectively, the "Parties"), by

and through the Parties' undersigned counsel, state as follows:

28800028.2

**WHEREAS** on October 29, 2021, Defendant filed his *Motion to Compel Defendants Ken-Wen Family Limited Partnership and Wendy Brown to Respond to First Requests for Production of Documents* [Docket No. 172];

**WHEREAS** on November 5, 2021, the Trustee filed his *Objection to Defendant Kenneth W. Brown's Motion to Compel Defendants Ken-Wen Family Limited Partnership and Wendy Brown to Respond to First Requests for Production of Documents* [Docket No. 173];

**WHEREAS** on November 5, 2021, Defendant filed his *Motion for Summary Judgment* [Docket No. 174]; and

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. Defendant's Motion to Compel shall be removed from the Agenda for the November 17, 2021 Omnibus Hearing and adjourned *sine die*.

2. The Trustee shall file and serve his opposition to Defendant's motion for summary judgment and cross-motion for summary judgment on or before December 1, 2021.

3. Defendant shall file his reply in support of his motion for summary judgment, and opposition to the Trustee's cross-motion on or before December 22, 2021.

4. The Trustee shall file his reply to Defendant's opposition to his cross-motion on or before January 5, 2022.

28800028.2

5.  The Parties shall appear for a hearing on the Defendant's motion for summary judgment and the Trustee's cross-motion for summary judgment on above-referenced motions on January 19, 2022 at 10:00 A.M. (EST).

Dated: November 12, 2021
New York, New York

*/s/ Michael S. Neiburg*
**Young Conaway Stargatt & Taylor, LLP**
Matthew B. Lunn
Michael S. Neiburg
Justin P. Duda
Rockefeller Center
1270 Avenue of the Americas,
Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Email:  *mlunn@ycst.com*
   *mneiburg@ycst.com*
   *jduda@ycst.com*

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*/s/ Mark S. Roher*
**Law Office of Mark S. Roher, P.A.**
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33324
Telephone: (954) 353-2200
Facsimile: (877) 654-0090
Email: *mroher@markroherlaw.com*

*Attorney for Defendant Kenneth W. Brown*



**Dated: November 15, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

28800028.2