UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )  ss:
COUNTY OF DALLAS         )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 12, 2021, I caused to be served, via email transmittal, and via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000777)

Executed on November 16, 2021.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 16th day of Nov., 2021

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____
Mary S. Betik

(SEAL)                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER T000777**
**11/12/2021**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X |  | Redacted for Confidentiality Reasons |  |  |  |  |  |  |
|  | X | Redacted for Confidentiality Reasons |  |  |  |  |  |  |