**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Gunther K. Unflat (IRA) (the "Claimant"), having filed objections (collectively, the "Objections", Docket Nos. 615, 703) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#000732, #000733), hereby gives notice that he withdraws such Objections.

Dated: September 10, 2021

                                                                                               /s/ Elise S. Frejka
                                                        FREJKA PLLC
                                                        415 East 52nd Street – Suite 3
                                                        New York, New York 10022
                                                        Telephone: (212) 641-0800
                                                        Fascimile: (212) 641-0820
                                                        Efrejka@frejka.com