**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Gunther Unflat and Margaret Unflat JT/WROS (the "Claimants"), having filed an objection (the "Objection", Docket Nos. 2113) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#000734, #000735), hereby give notice that they withdraw such Objection.

Dated: September 10, 2021

/s/ Elise S. Frejka
FREJKA PLLC
415 East 52nd Street – Suite 3
New York, New York 10022
Telephone: (212) 641-0800
Fascimile: (212) 641-0820
Efrejka@frejka.com