# EXHIBIT 14

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Ltd
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

ROBERT F FERBER

PERIOD ENDING 11/30/98
PAGE 1

Redacted

YOUR ACCOUNT NUMBER 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 8,111.50 |
| 11/17 | | | | CHECK WIRE | CA | | 600,000.00 |
| 11/17 | 600,000 | | 1552 | U S TREASURY BILL DUE 2/11/1999 2/11/1999 | 98.980 | 593,880.00 | |
| 11/17 | 6,120 | | 1553 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,120.00 | |
| 11/23 | | 2,020,000 | 11498 | U S TREASURY BILL DUE 2/11/1999 2/11/1999 | 99.030 | | 2,000,406.00 |
| 11/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/23/98 | DIV | | 17.55 |
| 11/23 | | 10,518 | 7790 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,518.00 |
| 11/24 | 700 | | 5440 | BANC ONE CORP | 52 3/8 | 36,662.50 | |
| 11/24 | 595 | | 9050 | ORACLE CORPORATION | 33 1/8 | 19,709.38 | |
| 11/24 | 875 | | 12660 | PEPSICO INC | 37 3/8 | 32,703.13 | |
| 11/24 | 630 | | 15189 | AMERICAN INTL GROUP INC | 91 | 57,330.00 | |
| 11/24 | 805 | | 16270 | PROCTER & GAMBLE CO | 89 3/4 | 72,248.75 | |
| 11/24 | 665 | | 18799 | AMERITECH CORP | 55 1/2 | 36,907.50 | |
| 11/24 | 1,085 | | 19880 | AT & T CORP | 62 11/16 | 68,015.94 | |
| 11/24 | 280 | | 22409 | AMERICAN EXPRESS COMPANY | 101 1/2 | 28,420.00 | |
| 11/24 | 1,330 | | 23490 | WAL-MART STORES INC | 72 15/16 | 97,006.88 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

ROBERT F FERBER

Redacted

PERIOD ENDING: 11/30/98
PAGE: 2

YOUR ACCOUNT NUMBER: 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted-8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/24 | 595 | | 26019 | BOEING CO | 43 | 25,585.00 | |
| 11/24 | 1,470 | | 27100 | EXXON CORP | 70 1/4 | 103,267.50 | |
| 11/24 | 1,050 | | 29629 | BANKAMERICA CORP NEW | 61 1/8 | 64,181.25 | |
| 11/24 | 945 | | 33239 | BELL ATLANTIC CORP | 55 1/4 | 52,211.25 | |
| 11/24 | 595 | | 36849 | BRISTOL MYERS SQUIBB COMPANY | 118 1/4 | 70,358.75 | |
| 11/24 | 1,400 | | 40459 | CITI GROUP INC | 44 3/8 | 62,125.00 | |
| 11/24 | 945 | | 44069 | CISCO SYSTEMS INC | 73 | 68,985.00 | |
| 11/24 | 700 | | 47679 | DU PONT E I DE NEMOURS & CO | 60 1/4 | 42,175.00 | |
| 11/24 | 1,225 | | 51289 | THE WALT DISNEY CO | 28 3/8 | 34,759.38 | |
| 11/24 | 735 | | 54899 | FORD MOTOR COMPANY | 54 3/16 | 39,827.81 | |
| 11/24 | 1,960 | | 58509 | GENERAL ELECTRIC CO | 91 5/8 | 179,585.00 | |
| 11/24 | 385 | | 62119 | GENERAL MOTORS CORP | 72 3/16 | 27,792.19 | |
| 11/24 | 630 | | 65729 | HEWLETT PACKARD CO | 59 | 37,170.00 | |
| 11/24 | 560 | | 69339 | INTERNATIONAL BUSINESS MACHS | 158 5/8 | 88,830.00 | |
| 11/24 | 1,015 | | 72949 | INTEL CORP | 111 | 112,665.00 | |
| 11/24 | 805 | | 76559 | JOHNSON & JOHNSON | 86 7/8 | 69,934.38 | |
| 11/24 | 1,505 | | 80169 | COCA COLA CO | 71 1/4 | 107,231.25 | |
| 11/24 | 420 | | 83779 | MCDONALDS CORP | 70 1/2 | 29,610.00 | |
| 11/24 | 490 | | 87389 | MOBIL CORP | 73 | 35,770.00 | |
| 11/24 | 700 | | 90999 | MERCK & CO | 149 3/8 | 104,562.50 | |
| 11/24 | 1,505 | | 94609 | MICROSOFT CORP | 110 1/2 | 166,302.50 | |
| 11/30 | 49,439 | | 35914 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 49,439.00 | |
| | | | | NEW BALANCE | | | 2,318.79 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,085 | | | AT & T CORP | 62 3/16 | | |
| | | | | CONTINUED ON PAGE  3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

ROBERT F FERBER

Redacted

PERIOD ENDING 11/30/98
PAGE 3

YOUR ACCOUNT NUMBER 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 280 | | | AMERICAN EXPRESS COMPANY | 100 1/16 | | |
| | 630 | | | AMERICAN INTL GROUP INC | 94 | | |
| | 665 | | | AMERITECH CORP | 54 1/8 | | |
| | 700 | | | BANC ONE CORP | 51 1/2 | | |
| | 1,050 | | | BANKAMERICA CORP NEW | 65 3/16 | | |
| | 945 | | | BELL ATLANTIC CORP | 55 5/8 | | |
| | 595 | | | BOEING CO | 40 5/8 | | |
| | 595 | | | BRISTOL MYERS SQUIBB COMPANY | 122 | | |
| | 945 | | | CISCO SYSTEMS INC | 75 3/8 | | |
| | 1,400 | | | CITI GROUP INC | 50 1/4 | | |
| | 1,505 | | | COCA COLA CO | 70 1/16 | | |
| | 1,225 | | | THE WALT DISNEY CO | 32 3/16 | | |
| | 700 | | | DU PONT E I DE NEMOURS & CO | 58 7/8 | | |
| | 1,470 | | | EXXON CORP | 75 | | |
| | 735 | | | FORD MOTOR COMPANY | 55 1/16 | | |
| | 1,960 | | | GENERAL ELECTRIC CO | 90 3/8 | | |
| | 385 | | | GENERAL MOTORS CORP | 69 7/8 | | |
| | 630 | | | HEWLETT PACKARD CO | 62 9/16 | | |
| | 1,015 | | | INTEL CORP | 107 5/8 | | |
| | 560 | | | INTERNATIONAL BUSINESS MACHS | 165 1/8 | | |
| | 805 | | | JOHNSON & JOHNSON | 81 1/4 | | |
| | 420 | | | MCDONALDS CORP | 70 1/16 | | |
| | 700 | | | MERCK & CO | 155 1/8 | | |
| | 1,505 | | | MICROSOFT CORP | 122 | | |
| | 490 | | | MOBIL CORP | 86 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

|   | BERNARD L. MADOFF
Investment Securities
New York □ London | 885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061 |   | Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222 |

ROBERT F FERBER

**PERIOD ENDING** 11/30/98  
**PAGE** 4

Redacted

**YOUR ACCOUNT NUMBER** 1-CM524-3-0  
**YOUR TAX PAYER IDENTIFICATION NUMBER** Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 595 |  |  | ORACLE CORPORATION | 34 1/4 |  |  |
|  | 875 |  |  | PEPSICO INC | 38 11/16 |  |  |
|  | 805 |  |  | PROCTER & GAMBLE CO | 87 5/8 |  |  |
|  | 49,439 |  |  | FIDELITY SPARTAN
U S TREASURY MONEY MARKET | 1 |  |  |
|  | 1,330 |  |  | WAL-MART STORES INC | 75 5/16 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES
    LONG            SHORT
2,071,618.74 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

ROBERT F FERBER

PERIOD ENDING: 11/30/98
PAGE: 5

YOUR ACCOUNT NUMBER: 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,754.46 |
| | | | | GROSS PROCEEDS FROM SALES | | | 13,948,634.99 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

10-04562_Ferber_0000006