# EXHIBIT 15

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

ROBERT F FERBER

PERIOD ENDING 1/31/01
PAGE 1

Redacted

YOUR ACCOUNT NUMBER 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | .51 |
| 1/02 |  |  |  | MERCK & CO DIV 12/08/00  1/02/01 | DIV |  | 402.56 |
| 1/02 |  |  |  | PEPSICO INC DIV 12/08/00  1/02/01 | DIV |  | 103.60 |
| 1/18 |  | 925,000 | 74276 | U S TREASURY BILL DUE 5/17/2001  5/17/2001 | 98.340 |  | 909,645.00 |
| 1/18 |  | 925,000 | 78167 | U S TREASURY BILL DUE 5/24/2001  5/24/2001 | 98.220 |  | 908,535.00 |
| 1/18 |  |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/18/01 | DIV |  | 69.37 |
| 1/18 |  | 22,200 | 70273 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  | 22,200.00 |
| 1/19 | 650 |  | 1863 | BRISTOL MYERS SQUIBB COMPANY | 66 13/16 | 43,428.13 |  |
| 1/19 | 572 |  | 1909 | TYCO INTERNATIONAL LTD | 59 5/8 | 34,105.50 |  |
| 1/19 | 1,742 |  | 5711 | CITI GROUP INC | 52 7/16 | 91,346.13 |  |
| 1/19 | 520 |  | 5757 | VIACOM INC CLASS B NON VOTING SHS | 54 15/16 | 28,567.50 |  |
| 1/19 | 2,418 |  | 9559 | CISCO SYSTEMS INC | 38 | 91,884.00 |  |
| 1/19 | 884 |  | 9605 | VERIZON COMMUNICATIONS | 55 1/8 | 48,730.50 |  |
| 1/19 | 702 |  | 13407 | THE WALT DISNEY CO | 32 | 22,464.00 |  |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

|   | BERNARD L. MADOFF INVESTMENT SECURITIES LLC New York ☐ London | 885 Third Avenue New York, NY 10022 (212) 230-2424 800 334-1343 Fax (212) 838-4061 | | | Affiliated with Madoff Securities International Limited 12 Berkeley Street Mayfair, London W1X 5AD Tel 020 7493 6222 |

ROBERT F FERBER

Redacted

PERIOD ENDING 1/31/01  PAGE 2

YOUR ACCOUNT NUMBER 1-CM524-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | 572 | | 13453 | WELLS FARGO & CO NEW | 48 1/2 | 27,742.00 | |
| 1/19 | 728 | | 17255 | EMC CORPORATION MASS | 70 | 50,960.00 | |
| 1/19 | 1,508 | | 17301 | WAL-MART STORES INC | 53 7/16 | 80,583.75 | |
| 1/19 | 3,406 | | 21103 | GENERAL ELECTRIC CO | 45 7/8 | 156,250.25 | |
| 1/19 | 1,144 | | 21149 | EXXON MOBIL CORP | 81 5/8 | 93,379.00 | |
| 1/19 | 780 | | 24951 | HOME DEPOT INC | 48 1/2 | 37,830.00 | |
| 1/19 | 572 | | 28799 | INTERNATIONAL BUSINESS MACHS | 92 7/8 | 53,124.50 | |
| 1/19 | 2,210 | | 32647 | INTEL CORP | 31 3/4 | 70,167.50 | |
| 1/19 | 468 | | 36492 | JOHNSON & JOHNSON | 94 | 43,992.00 | |
| 1/19 | 624 | | 40340 | JP MORGAN CHASE & CO | 53 1/2 | 33,384.00 | |
| 1/19 | 832 | | 44188 | COCA COLA CO | 57 1/16 | 47,476.00 | |
| 1/19 | 1,092 | | 48036 | LUCENT TECHNOLOGIES INC | 18 5/8 | 20,338.50 | |
| 1/19 | 780 | | 51884 | MERCK & CO | 81 1/8 | 63,277.50 | |
| 1/19 | 1,742 | | 55732 | MICROSOFT CORP | 53 1/8 | 92,543.75 | |
| 1/19 | 364 | | 59580 | MORGAN STANLEY DEAN WITTER CO | 83 5/8 | 30,439.50 | |
| 1/19 | 1,014 | | 63428 | NORTEL NETWORKS CORP HLDS CO | 32 | 32,448.00 | |
| 1/19 | 1,820 | | 74972 | ORACLE CORPORATION | 32 5/8 | 59,377.50 | |
| 1/19 | 468 | | 78820 | PEPSICO INC | 45 3/4 | 21,411.00 | |
| 1/19 | 806 | | 82622 | AMERICAN INTL GROUP INC | 82 1/4 | 66,293.50 | |
| 1/19 | 2,132 | | 82668 | PFIZER INC | 41 | 87,412.00 | |
| 1/19 | 364 | | 86470 | AMGEN INC | 59 15/16 | 21,817.25 | |
| 1/19 | 442 | | 86516 | PROCTER & GAMBLE CO | 70 3/4 | 31,271.50 | |
| 1/19 | 1,456 | | 90318 | AOL TIME WARNER INC | 46.270 | 67,369.12 | |
| 1/19 | 442 | | 90364 | PHARMACIA CORP | 54 7/8 | 24,254.75 | |
| 1/19 | 442 | | 94166 | AMERICAN EXPRESS COMPANY | 48 | 21,216.00 | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

ROBERT F FERBER

**PERIOD ENDING** 1/31/01
**PAGE** 3

**Redacted**

**YOUR ACCOUNT NUMBER** 1-CM524-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER** Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | 1,222 | | 94212 | AT & T CORP | 24 3/8 | 29,786.25 | |
| 1/19 | 572 | | 98014 | BANK OF AMERICA | 48 | 27,456.00 | |
| 1/19 | 572 | | 98060 | TEXAS INSTRUMENTS INC | 47 13/16 | 27,348.75 | |
| 1/26 | | 442 | 45342 | AMERICAN EXPRESS COMPANY | 46 3/4 | | 20,663.50 |
| 1/26 | 50,000 | | 49067 | U S TREASURY BILL DUE 5/17/2001 5/17/2001 | 98.470 | 49,235.00 | |
| 1/31 | 16,866 | | 53760 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,866.00 | |
| | | | | NEW BALANCE | | | 16,042.91 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,456 | | | AOL TIME WARNER INC | 52.560 | | |
| | 1,222 | | | AT & T CORP | 23.990 | | |
| | 806 | | | AMERICAN INTL GROUP INC | 85.020 | | |
| | 364 | | | AMGEN INC | 70 5/16 | | |
| | 572 | | | BANK OF AMERICA | 53.820 | | |
| | 650 | | | BRISTOL MYERS SQUIBB COMPANY | 61.890 | | |
| | 2,418 | | | CISCO SYSTEMS INC | 37 7/16 | | |
| | 1,742 | | | CITI GROUP INC | 55.970 | | |
| | 832 | | | COCA COLA CO | 58 | | |
| | 702 | | | THE WALT DISNEY CO | 30.450 | | |
| | 728 | | | EMC CORPORATION MASS | 75.990 | | |
| | 1,144 | | | EXXON MOBIL CORP | 84.150 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | Affiliated with |
|---|---|
| **BERNARD L. MADOFF** | Madoff Securities International Limited |
| INVESTMENT SECURITIES LLC | 12 Berkeley Street |
| New York ☐ London | Mayfair, London W1X 5AD |
| | Tel 020 7493 6222 |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROBERT F FERBER

**Redacted**

PERIOD ENDING 1/31/01    PAGE 4

YOUR ACCOUNT NUMBER  1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER  Redacted -8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,406 | | | GENERAL ELECTRIC CO | 46 | | |
| | 780 | | | HOME DEPOT INC | 48.200 | | |
| | 2,210 | | | INTEL CORP | 37 | | |
| | 572 | | | INTERNATIONAL BUSINESS MACHS | 112 | | |
| | 624 | | | JP MORGAN CHASE & CO | 54.990 | | |
| | 468 | | | JOHNSON & JOHNSON | 93.130 | | |
| | 1,092 | | | LUCENT TECHNOLOGIES INC | 18.600 | | |
| | 780 | | | MERCK & CO | 82.180 | | |
| | 1,742 | | | MICROSOFT CORP | 61 1/16 | | |
| | 364 | | | MORGAN STANLEY DEAN WITTER CO | 84.750 | | |
| | 1,014 | | | NORTEL NETWORKS CORP HLDS CO | 38.230 | | |
| | 1,820 | | | ORACLE CORPORATION | 29 1/8 | | |
| | 468 | | | PEPSICO INC | 44.070 | | |
| | 2,132 | | | PFIZER INC | 45.150 | | |
| | 442 | | | PHARMACIA CORP | 56.020 | | |
| | 442 | | | PROCTER & GAMBLE CO | 71.840 | | |
| | 16,866 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 572 | | | TEXAS INSTRUMENTS INC | 43.800 | | |
| | 572 | | | TYCO INTERNATIONAL LTD | 61.600 | | |
| | 50,000 | | | U S TREASURY BILL DUE 5/17/2001  5/17/2001 | 98.580 | | |
| | 884 | | | VERIZON COMMUNICATIONS | 54.950 | | |
| | 520 | | | VIACOM INC CLASS B NON VOTING SHS | 55.200 | | |

CONTINUED ON PAGE  5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | | Affiliated<br>Madoff Securities International Lim<br>12 Berkeley Stre<br>Mayfair, London W1X 5Al<br>Tel 020 7493 6222 |

ROBERT F FERBER

PERIOD ENDING: 1/31/01
PAGE: 5

Redacted

YOUR ACCOUNT NUMBER: 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted -8794

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,508 | | | WAL-MART STORES INC | 56.800 | | |
| | 572 | | | WELLS FARGO & CO NEW | 51.510 | | |
| | | | | MARKET VALUE OF SECURITIES<br>　　　　LONG　　　　　　　　SHORT<br>1,903,870.59 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

ROBERT F FERBER

**Redacted**

PERIOD ENDING: 1/31/01
PAGE: 6

YOUR ACCOUNT NUMBER: 1-CM524-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted-8794

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 575.53 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,838,843.50 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES