# EXHIBIT 18

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------X
SECURITIES INVESTOR PROTECTION )
CORPORATION,                   )
                               )
            Plaintiff,         ) Adv. Pro. No.
                               )
     v.                        ) 08-01789 (SMB)
                               )
BERNARD L. MADOFF INVESTMENT   ) SIPA Liquidation
SECURITIES LLC,                )
                               ) (Substantively
            Defendant.         )  Consolidated)
_____)
In re:                         )
                               )
BERNARD L. MADOFF,             )
                               )
            Debtor.            )
_____)
IRVING H. PICARD, Trustee for  )
the Liquidation of Bernard L.  )
Madoff Investment Securities   ) Adv. Pro. No.
LLC,                           ) 10-04562 (SMB)
            Plaintiff,         )
                               )
     v.                        )
                               )
ROBERT F. FERBER,              )
                               )
            Defendant.         )
-------------------------------X


VIDEOTAPED DEPOSITION OF ROBERT FOXWELL FERBER
Towson, Maryland
Tuesday, June 20, 2017; 10:01 a.m.




Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR,
CCR, CLR, RSA, LiveDeposition Authorized Reporter

Picard v Ferber                          Robert Ferber 6/20/2017

Page 2

1                    Tuesday, June 20, 2017

2                         10:01 a.m.

3

4

5            VIDEOTAPED DEPOSITION OF ROBERT FOXWELL

6    FERBER held at the law offices of:

7

8

9

10          Royston, Mueller, McLean & Reid, LLP

11              102 W. Pennsylvania Avenue

12               Towson, Maryland 21204

13

14

15

16          Pursuant to notice, before Cindy L. Sebo,

17   Registered Merit Reporter, Certified Real-Time

18   Reporter, Registered Professional Reporter,

19   Certified Shorthand Reporter, Certified Court

20   Reporter, Certified LiveNote Reporter, Real-Time

21   Systems Administrator, LiveDeposition Authorized

22   Reporter, and a Notary Public in and for the

23   State of Maryland.

24

25

Picard v Ferber                    Robert Ferber 6/20/2017

Page 3

```
 1               A P P E A R A N C E S:

 2    For the Trustee Irving H. Picard:

 3         PETER B. SHAPIRO, ESQUIRE
           ROBERTSON BECKERLEGGE, ESQUIRE (Via Telephone)
 4         BAKER & HOSTETLER LLP
           45 Rockefellar Plaza
 5         New York, New York. 10111
           212.589.4200
 6         pshapiro@bakerlaw.com
           rbeckerlegge@bakerlaw.com
 7

 8    For the Witness:

 9         JENNIFER ALLIM, ESQUIRE (Via telephone)
           CHAITMAN LLP
10         465 Park Avenue
           New York, New York 10022
11         888.759.1114
           jallim@chaitmanllp.com
12

13    ALSO PRESENT:

14         FRANKLIN SEARS, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 4

```
 1                         -  -  -
 2                    I N D E X
 3                         -  -  -
 4   WITNESS                                        PAGE
 5   ROBERT FOXWELL FERBER
 6      By Mr. Shapiro                              11
 7
 8                         -  -  -
 9                  E X H I B I T S
10                         -  -  -
11   FERBER
     DEPOSITION
12   EXHIBITS          DESCRIPTION                  PAGE
13   Number 1          Customer Agreement, Bates
14                     stamped AMF00264935 through
15                     AMF00264937                  27
16
     Number 2          Customer Claim, Bates
17                     stamped MWPTAP00509210
18                     through MWPTAP00509222       37
19
20   Number 3          Responses and Objections of
21                     Defendant Robert F. Ferber
22                     to Trustee's First Set of
23                     Requests for Production of
24                     Documents                    39
25
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 5

```
 1                         -  -  -

 2                E X H I B I T S (Continued)

 3                         -  -  -

 4    FERBER
      DEPOSITION
 5    EXHIBITS           DESCRIPTION                    PAGE

 6    Number 4          Defendant Robert F. Ferber's

 7                      Responses and Objections to

 8                      Trustee's First Set of

 9                      Interrogatories                45

10
      Number 5          Verification                   46
11

12    Number 6          Answer and Affirmative

13                      Defenses                       55

14
      Number 7          BLMIS account statement,
15
                        Bates stamped
16
                        MADC0114_00000002              63
17

18    Number 8          Letter, Ferber to Madoff

19                      Securities, December 1,

20                      2000, Bates stamped

21                      AMF00264926                    73

22

23

24

25
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 6

1                              -  -  -

2              E X H I B I T S (Continued)

3                              -  -  -

4   FERBER
    DEPOSITION
5   EXHIBITS        DESCRIPTION                    PAGE

6   Number 9        Copy of Check Number 113263,

7                   Bates stamped MADWAA00141126

8                   MADWAA00141127                 74

9
    Number 10       Fidelity Investment Report,
10
                    December 1, 2000 to December
11
                    31, 2000, Bates stamped
12
                    FMR_SIPC_141105 through
13
                    FMR_SIPC_141109               77
14

15  Number 11       Letter, Ferber to Pascali,

16                  March 29, 2007, Bates

17                  stamped AMF00264913            78

18
    Number 12       Copy of Check Number 183386,
19
                    Bates stamped MADWAA00266636
20
                    MADWAA00266637                 79
21

22

23

24

25

Picard v Ferber                              Robert Ferber 6/20/2017

Page 7

```
 1                          -  -  -
 2              E X H I B I T S (Continued)
 3                          -  -  -
 4    FERBER
      DEPOSITION
 5    EXHIBITS          DESCRIPTION                    PAGE
 6    Number 13        Fidelity Investment Report,
 7                     April 1, 2007 to April 30,
 8                     2007, Bates stamped
 9                     FMR_SIPC_141105 through
10                     FMR_SIPC_141109               80
11
      Number 14        Letter, Ferber to Pascali,
12                     September 29, 2008, Bates
13                     stamped AMF00264912           83
14
15    Number 15        Copy of Check Number 200467,
16                     Bates stamped MADWAA00284983
17                     through MADWAA00284984        84
18
      Number 16        Fidelity Investment Report,
19                     October 1, 2008 to October
20                     31, 2008, Bates stamped
21                     FMR_SIPC_141494 through
22                     FMR_SIPC_141499               85
23
24
25
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 8

```
 1                      -  -  -

 2            E X H I B I T S (Continued)

 3                      -  -  -

 4   FERBER
     DEPOSITION
 5   EXHIBITS        DESCRIPTION                  PAGE

 6   Number 17       Check Wire, March 17, 1998,

 7                   Bates stamped

 8                   10-04562_Ferber_0001024       86

 9
     Number 18       Check Wire, November 17, 1998,
10
                     Bates stamped
11
                     10-04562_Ferber_0001020 through
12
                     10-04562_Ferber_0001022       87
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 9

```
 1                 P R O C E E D I N G S

 2

 3                 Towson, Maryland

 4         Tuesday, June 20, 2017; 10:01 a.m.

 5

 6                 THE VIDEOGRAPHER:  We are now on

 7         the record.  Today is Tuesday, June the

 8         20th, 2017, and the time is 10:01 a.m.

 9                 My name is Franklin Sears, the

10         video -- the video technician for --

11         in association with Bendish Reporting.

12                 This deposition is being held

13         in the office of Royston, Mueller,

14         McLean & Reid, LLP, the location, 2 --

15         I'm sorry -- 102 West Pennsylvania

16         Avenue, Towson, Maryland 21204.

17                 The caption of this case is

18         Securities Investor Protection

19         Corporation versus Bernie L. Madoff

20         Investment Securities LLC, filed in

21         the United -- United States Bankruptcy

22         Court, Southern District of New York.

23         Adversary Proceeding Number is

24         08-01789 (SMB).

25                 The name of the witness is
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 10

```
 1            Robert Ferber.
 2                 At this time, the attorneys
 3            will identify themselves and the
 4            parties they represent, and
 5            then -- identify the people you
 6            represent.
 7                 MR. SHAPIRO:  Okay.
 8            Peter Shapiro, with BakerHostetler.  I
 9            represent the trustee, Irving Picard.
10                 MR. BECKERLEGGE:  Robertson
11            Beckerlegge from Baker & Hostetler for
12            the trustee.
13                 MS. ALLIM:  Jennifer Allim from
14            Helen Davis Chaitman LLP for the
15            witness, Robert Ferber.
16                 THE VIDEOGRAPHER:  And the court
17            reporter, Cindy Sebo, will swear in the
18            witness.
19                      -  -  -
20            ROBERT FOXWELL FERBER,
21     after having been first duly sworn, was
22       examined and testified as follows:
23                      -  -  -
24            THE VIDEOGRAPHER:  The
25            deposition will now begin.
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
 1                    -  -  -

 2         EXAMINATION BY COUNSEL FOR THE TRUSTEE

 3                    -  -  -

 4    BY MR. SHAPIRO:

 5         Q.     Good morning, Mr. Ferber.  My

 6    name is Peter Shapiro.  I'll be taking your

 7    deposition today regarding the adverse

 8    proceeding captioned Picard v. Ferber.  As

 9    you've heard my colleague, Rob Beckerlegge,

10    who is on the phone, we both represent the

11    trustee in this adversary proceeding.

12              I'll be asking you a series of

13    questions.  If at any time I ask a question that

14    you don't understand, please let me know.  I'll

15    do my best to rephrase it or repeat it.  And

16    please don't guess at your answers.  You know,

17    if you don't know, that's a perfectly acceptable

18    answer.

19         A.     Okay.

20         Q.     As you can see, your -- your

21    testimony is being transcribed by the court

22    reporter, so you need to answer my questions

23    verbally.  Please say yes or no and not just

24    nod your head.

25         A.     Right.
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 12

```
 1              Q.     Also, in order for the reporter

 2        to accurately take down everything that's

 3        said, I will ask that you wait until I finish

 4        asking my question before you start answering.

 5        And I'll do my best to wait until you finish

 6        answering before I ask my -- my next question.

 7                     If you need a break at any time,

 8        please let me know.  I just ask that if there's

 9        a question pending, you finish your response

10        before -- before we take a break.

11                     Your counsel may object to certain

12        questions that I ask, but unless your counsel

13        directs you not to answer, you must answer the

14        question.

15                     So throughout the deposition, I'm

16        going to be, you know, asking you questions

17        about Bernard L. Madoff Investment Securities.

18        I will refer to this entity as "BLMIS" just for

19        convenience.  If I'm talking about Bernard L.

20        Madoff as a person, I'll refer to him as

21        "Mr. Madoff" or "Madoff."  And if I use the term

22        "transfer" today, I'm simply referring to money

23        that either you deposited or withdrew from your

24        BLMIS account --

25              A.     Um-hum.
```

Picard v Ferber                      Robert Ferber 6/20/2017

 1                Q.       -- which is 1CM5 -- -524.

 2                        There's a litigation protective

 3     order that governs this case.  The purpose of

 4     the order is to protect the confidentiality of

 5     certain documents and evidence.  I -- I provided

 6     a copy of the order to your counsel before this

 7     first began.

 8                        Can you confirm that you signed

 9     the protective order?

10          A.      No, I don't know if I did or not.

11                Q.      Okay.  I will just need you to

12     read aloud one section.  This is -- this is

13     Section 10(f) of the litigation protective

14     order.

15                        A witness at any deposition in the

16     actions or Rule 2004 examination and such

17     witness's counsel provided that before providing

18     any confidential material to any witness or

19     counsel pursuant to this subparagraph: (1) The

20     party intending to disclose the confidential

21     material (the noticing party) shall make a

22     good-faith effort to provide notice of its

23     intent to use the confidential material to the

24     producing party and any party to whom the

25     confidential material relates at least four

Picard v Ferber                    Robert Ferber 6/20/2017

Page 14

```
 1      days -- four business days prior to the

 2      deposition and in all instances shall provide

 3      such notice at least two business days prior to

 4      the deposition; (2) Such notice shall include

 5      the name of the deponent to whom the noticing

 6      party intends to disclose the confidential

 7      material, the date and time of the deposition,

 8      and the Bates range for all confidential

 9      material to be disclosed; (3) If the producing

10      party objects to the -- the disclosure of

11      confidential material, the producing party must

12      notify the noticing party in writing prior to

13      the deposition and simultaneously request an

14      informal conference with the Court, and a

15      noticing party shall not be permitted to

16      disclose the confidential material to any

17      witness absent a court order or consent of the

18      producing party; and (4), All witnesses and

19      their counsel shall be provided with a copy of

20      this order and shall thereafter be bound by this

21      order.  Counsel taking the deposition or

22      Rule 2004 examination shall designate all

23      portions of the transcript relating to the

24      confidential material as confidential.

25                  Okay.
```

Picard v Ferber                          Robert Ferber 6/20/2017

                                                          Page 15

 1                    Do you -- do you have any

 2      questions about that?

 3            A.      No.

 4            Q.      Okay.  Have you ever been

 5      deposed before?

 6            A.      Yes.

 7            Q.      Do you remember when?

 8            A.      Years ago -- that's why it took me

 9      a while -- relating to a patent troll --

10      basically a trolling suit.

11            Q.      Okay.  And that -- that involved

12      your company, the --

13            A.      Right --

14            Q.      Okay.

15            A.      -- yeah.

16            Q.      And do you recall what -- what

17      subjects you testified about?

18            A.      About GPS tracking patent.

19            Q.      Okay.  And have you ever test --

20      testified at trial before?

21            A.      No.

22            Q.      And have you ever given any

23      testimony or been interviewed in connection

24      with Madoff fraud?

25            A.      When you say "interviewed," what

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                    Page 16
   1      do you mean?
   2              Q.      Have -- have -- have you been
   3      called to testify in any case?
   4              A.      No.
   5              Q.      Have you been quoted in any
   6      articles or broadcasts regarding the Madoff
   7      fraud?
   8              A.      Yeah, I think there has been an
   9      article, again, many years ago --
  10              Q.      Okay.
  11              A.      -- a -- a blurb that was, you
  12      know, written about me and -- and Madoff, that's
  13      all.
  14              Q.      Okay.  Did you remember what
  15      publication that was or . . .
  16              A.      The Baltimore Sun papers, or Sun,
  17      some Sun something.
  18              Q.      Right.
  19                      And do -- do you remember --
  20      excuse me.
  21                      Do you remember when that was?
  22              A.      2000- -- it's a guess, 2009.
  23              Q.      Okay.  Okay.  Are you taking any
  24      medication that may impair your ability to
  25      answer questions accurately today?
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 17

```
 1              A.      No.
 2              Q.      Are you taking any medication
 3      that might affect your memory?
 4              A.      No.
 5              Q.      And do you understand that --
 6      that in this deposition, you're under oath the
 7      same that you would be at a trial?
 8              A.      Right.
 9              Q.      Is there any reason that you
10      will not be able to answer the questions
11      truthfully --
12              A.      No.
13              Q.      -- or accurately?
14              A.      Correct.
15              Q.      What did you -- what did you do
16      to prepare for today's deposition?
17              A.      Really, not much, to tell -- I
18      mean, I'm here to listen and answer your
19      questions.  I don't know the questions you're
20      asking me, so . . .
21              Q.      Okay.  Did -- did you review any
22      documents?
23              A.      Yeah.
24              Q.      Which -- what documents did you
25      look at?
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                    Page 18
 1              A.      I reviewed -- I could pull them up
 2      on my computer, or just from memory, like,
 3      deposits and withdrawal statement, a -- maybe it
 4      was called an affidavit, from my accountant;
 5      and, you know, an e-mail that encompassed those
 6      attachments from my attorney.
 7              Q.      Okay.
 8              A.      That's it.
 9              Q.      Okay.  And -- and -- and those
10      documents helped you refresh your recollection
11      about the -- you know, the Madoff fraud and --
12      and your -- your account and . . .
13              A.      Maybe -- maybe marginally so.
14              Q.      Okay.  And do you know if -- if
15      all of those documents have been -- have been
16      produced in this case?
17              A.      I'm sorry?
18              Q.      Do you know if all those
19      documents that you looked at -- have they been
20      produced in this case?  Do you know?
21              A.      What do you mean "produced"?
22              Q.      Have -- have -- have you given
23      them -- given them to your counsel?
24              A.      Counsel would have them because
25      you-all produced them --
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 19
 1              Q.      Okay.

 2              A.      -- so . . .

 3              Q.      Okay.

 4              A.      -- I have to assume, right?

 5              Q.      Okay.  And have you spoken to --

 6      have you spoken to anyone else about today's

 7      testimony?

 8              A.      My wife maybe.  You mean relating

 9      to the case or personally?

10              Q.      Relating to the case.

11              A.      Oh, no one that -- other than my

12      attorney --

13              Q.      Okay.

14              A.      -- right.

15              Q.      Okay.  And when did you speak to

16      your attorney?

17              A.      Well, yesterday, but one other

18      time -- are you talking about relating to the

19      deposition --

20              Q.      Yes.

21              A.      -- or are you talking about in

22      total?

23              Q.      No, just relating to the

24      deposition.

25              A.      Yeah.
```

Picard v Ferber                        Robert Ferber 6/20/2017

                                                            Page 20

 1                   So yesterday and then last week
 2       sometime.
 3               Q.    Okay.  And so what -- what
 4       was -- that's all right.  Never mind.
 5                   Okay.  So can you just please
 6       state your full name for the record?
 7               A.    Robert Foxwell Ferber.
 8               Q.    And are you known by any other
 9       names, other than that?
10               A.    No.
11               Q.    And what is your date of birth?
12               A.    9/7/58.
13               Q.    And for the record, what is your
14       home address?
15               A.    1807 Circle Road, Towson, Maryland
16       21204.
17               Q.    Can you please state your
18       educational history starting from after high
19       school?
20               A.    Well, I have a Bachelor's degree
21       in economics and finance, and I started a
22       Master's -- an MBA degree, but moved to New York
23       and didn't finish.
24               Q.    Okay.  And where -- where is
25       your Bachelor's degree from?

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 21
  1              A.      From Towson State University -- or

  2      now Towson University.

  3              Q.      Okay.  And do you -- do you

  4      remember the date that you got that -- when

  5      you graduated?

  6              A.      Well, 1981, so I don't know the

  7      month --

  8              Q.      Okay.

  9              A.      -- yeah.

 10              Q.      And -- and -- and any other

 11      degrees or certificates or . . .

 12              A.      Not of any relevance.

 13              Q.      Are you currently employed?

 14              A.      Yes.

 15              Q.      And what is your position or

 16      title?

 17              A.      President of CargoTel,

 18      Incorporated.

 19              Q.      And how long have you been in

 20      that position?

 21              A.      Time adds up, so 14 -- 14 years,

 22      thereabouts.

 23              Q.      And that's how long you've been

 24      with the company is --

 25              A.      Right.  Yeah.
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 22

1            Q.    Okay.  And before that, did
2      you -- what was your position before that?
3            A.    I was with E-Loan.  It's a -- it's
4      an online mortgage company.
5            Q.    And what was your position
6      there?
7            A.    Senior vice president.
8            Q.    Okay.  And do you -- do you --
9      do you recall how -- when -- when you started
10     there?
11           A.    No, but I was there two years.  It
12     would have been right before CargoTel, so
13     roughly do the math.
14           Q.    Okay.  And then before E-Loan?
15           A.    Car -- well, it would be EVRI,
16     Incorporated, had a -- a -- it traded under the
17     name of a couple products, which would be
18     CarFinance.com, which was one of them.
19           Q.    Okay.  And I guess regarding
20     your -- your current -- your current position,
21     what -- what are your sort of day-to-day
22     responsibilities?
23           A.    Well, it's to oversee CargoTel
24     more on a financial standpoint than a day-to-day
25     management standpoint, and I'm focused on a -- I

Picard v Ferber                          Robert Ferber 6/20/2017

Page 23

1       would call it a division of -- of CargoTel and

2       getting that up and running, so most of my

3       effort is spent there.

4               Q.    Okay.  So why don't we move over

5       to -- to BLMIS?

6                     When did you first hear about

7       Bernie Madoff or BLMIS?

8               A.    I guess it would be in 1990 --

9       well, I -- I was -- I had worked in New York,

10      and I -- you know, it was a pretty large

11      market-making company, so when you say "first

12      heard of," I knew the name back many years prior

13      to my involvement.

14              Q.    Um-hum.  And so who first

15      introduced you to -- to BLMIS?

16              A.    Yeah.  See, that's a -- that's a

17      difficult one, because I associated

18      Bernie Madoff company with the trading, right,

19      stock trade -- stock -- you know, market-maker

20      business, so when you say that, it's a little

21      bit misleading because I really knew about the

22      trading operation many years ago, and then I

23      was -- or I learned, I guess I -- I should say,

24      about the investment arm.  I guess it would be

25      1997.

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 24

 1               Q.     Okay.  And you mean the

 2     investment advisory business when you say

 3     that?

 4               A.     Right.

 5               Q.     And -- and who introduced you to

 6     that, or how did you learn about the

 7     investment advisory business?

 8               A.     A investor in our company, and

 9     they had mentioned to me, oh, there's, you know,

10     this -- it really -- again, I'm not focused on

11     the exact names, right, but I viewed them as a

12     broker, so they -- well, they -- they were a

13     broker, so it's not -- that's an accurate

14     statement.

15                      So I was introduced to

16     Bernard Madoff Brokerage, right, and -- and then

17     I heard that he had sort of a -- this -- this

18     low-risk -- I guess you call it a split

19     strike -- or, you know, people referred to it as

20     different things, but where you hedge in theory,

21     obviously, hedging the -- the, you know, stock

22     purchases with, you know, puts and, you know,

23     that sort of thing.

24               Q.     Okay.  And -- and who was that

25     investor who introduced you?
```

Picard v Ferber                           Robert Ferber 6/20/2017

```
                                                    Page 25

 1              A.     It was Michael Pascucci.

 2              Q.     And you just knew him because he

 3     was an --

 4              A.     He was an --

 5              Q.     -- investor in your company at

 6     the time?

 7              A.     -- investor.

 8                     Right, exactly.

 9              Q.     Okay.  And so -- so why did you

10     decide to invest with BLMIS?

11              A.     Right.  I guess what -- what I

12     just said, in that it was a hedged investment

13     portfolio that was made up of blue-chip stocks

14     that were hedged in some way where you would not

15     get a return that was as great as, say, if you

16     had all your money in the market but your

17     volatility would be lower --

18              Q.     So --

19              A.     -- so --

20              Q.     I'm sorry.  Go ahead.

21              A.     -- so that's what I was -- what's

22     why -- I mean --

23              Q.     Okay.

24              A.     -- to answer your question, that's

25     why I had invested.
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                     Page 26
 1              Q.    So -- so the strategy appealed

 2      to you?

 3              A.    Right.

 4              Q.    Did you -- did you speak with

 5      anyone at BL- -- at BLMIS before you invested?

 6              A.    I may have.  It would have been a

 7      short conversation.  It was not Bernard Madoff.

 8      Like, I remember that.  But I think I did speak

 9      to someone, but it was more operational than it

10      was investment philosophy --

11              Q.    And do you --

12              A.    -- like, how to transfer, you

13      know, how to get an account open.

14              Q.    And do you recall -- you don't

15      recall who that was?

16              A.    No.

17              Q.    Okay.  And do you recall in

18      those discussions if there was, you know, a

19      minimum investment requirement or any other

20      investment requirements that . . .

21              A.    I recall it was a million dollars.

22      That may not have been an actual number, but

23      that's what I recall it was.  And maybe that's

24      what was assumed it -- it was.  I -- I -- you

25      know.
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                        Page 27

  1              Q.     And did you receive any

  2    materials from -- from BLMIS before you

  3    invested?

  4              A.     Yeah, I think it was just your --

  5    like, a basic package, and that included an

  6    agreement that you sign to -- to start an

  7    account.  So -- it's -- it's -- you know, I just

  8    can't remember -- I remember getting something,

  9    but I can't remember the content, other than

 10    part of it was an agreement --

 11              Q.     Okay.

 12              A.     -- and I don't have those

 13    documents, and I don't -- you know . . .

 14              Q.     Did you ever speak or meet with

 15    Madoff?

 16              A.     No.

 17              Q.     So let's -- you mentioned that

 18    there was an agreement.

 19                    MR. SHAPIRO:  I'm going to --

 20              I'm going to ask that this be marked as

 21              Exhibit 1.

 22                       -  -  -

 23                    (Ferber Deposition Exhibit Number

 24                     1, Customer Agreement, Bates

 25                     stamped AMF00264935 through
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 28
 1                     AMF00264937, marked for

 2                     identification, as of this

 3                     date.)

 4                       -  -  -

 5      BY MR. SHAPIRO:

 6            Q.     Have you seen this document

 7      before?

 8            A.     This is probably the document that

 9      I was referring to.  I don't remember -- I

10      don't -- I just don't remember it.  Has that --

11      but I can say that that's my signature.  At

12      least, it certainly appears to be.

13            Q.     Okay.  So -- so this looks like

14      the customer agreement you were -- you were

15      referring to?

16            A.     Right.  Um-hum.

17                   And does that -- I'm sorry.

18                   Does that -- do we have a copy of

19      that or . . .

20            Q.     It was -- it was --

21            A.     -- can we --

22            Q.     -- it was produced to your

23      counsel, yes.

24            A.     Okay.  So I have it.  Okay.  I

25      just want to make a note to that.
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                              Page 29

 1                    Okay.

 2          Q.      And -- excuse me.

 3                    Did you communicate with anyone at

 4     BLMIS about transfers in -- into and out of your

 5     account?

 6          A.      Well, that call that I was

 7     referring to was really more about that than it

 8     was anything else.

 9          Q.      Um-hum.  I mean, but over --

10     over the course of your investment with --

11     with BLMIS, did you ever communicate with

12     anybody, you know, in terms of withdrawals or

13     deposits?

14          A.      Yeah, both withdrawal -- both

15     deposits and withdrawals.  Again, I just can't

16     remember who it was, you know.  I can't remember

17     how many times; I can't remember who.  It wasn't

18     very often --

19          Q.      Okay.

20          A.      -- but I don't know who, when and

21     how many times.

22          Q.      And was it by phone?

23          A.      By phone, and then I believe at

24     least once, maybe a letter, fax -- you know, a

25     letter that was signed and faxed, or something
```

Picard v Ferber                          Robert Ferber 6/20/2017

1      along those lines.

2              Q.      Okay.  And do you -- when --

3      when you communicated by -- by fax or letter,

4      did you -- do you recall any -- that you were

5      instructed to direct it to anybody in

6      particular's attention or . . .

7              A.      Now that you bring that up, I

8      think I -- I think -- yeah, I shouldn't say, I'm

9      not sure.  I -- I do remember a name, but I just

10     can't remember the name, right --

11             Q.      Okay.

12             A.      -- but, yeah, to answer your

13     question, yes, but I just can't remember who.

14             Q.      Okay.  And what -- what -- what

15     was the nature of your communication with

16     them?

17             A.      The only -- yeah, the only time I

18     communicated with them I'm quite certain is for

19     deposits or withdrawals, to add money to the

20     account or withdraw money from the account.  I

21     don't think I had any other communication.

22             Q.      Okay.  So you never talked to

23     them about strategy or how it was working, or

24     anything like that?

25             A.      No, in part because I got trading

Picard v Ferber                    Robert Ferber 6/20/2017

Page 31

1     slips; I got -- I got monthly statements; I had

2     enough of a background in -- in finance to

3     understand, you know, the philosophy and -- and

4     how it worked.

5               Did I ever have a question

6     about -- I -- I can't recall, but there wasn't

7     much communication.  The communication was --

8     entirely or almost entirely revolved around

9     deposits, withdrawals; maybe one question, but I

10    can't remember.

11              Q.    And what types of documents did

12    you receive from BLMIS?

13              A.    You mean relating to withdrawals

14    and deposits, or in total?

15              Q.    In general.

16              A.    Oh, okay.

17              The primary documents were trading

18    confirmation slips that would come in the mail,

19    you know, daily or weekly or whenever, and then

20    a monthly statement, and then a yearly tax

21    document.

22              Q.    Was there any other

23    correspondence or . . .

24              A.    I can't -- I mean, that -- I --

25    I -- you know, it's like a stock -- you know, I

Picard v Ferber                     Robert Ferber 6/20/2017

```
                                                     Page 32
 1    probably threw it away if there was.
 2               Q.     All right.
 3                      And did -- did you review the
 4    confirmations?
 5               A.     You mean each -- no.
 6               Q.     Okay.  And did you review the --
 7    your -- your monthly statement?
 8               A.     Yes, I -- I would say I reviewed
 9    it.
10                      Did I look at each line item
11    religiously?  No --
12               Q.     Okay.
13               A.     -- but I did -- I did make sure,
14    you know, the -- the amounts seemed right and,
15    you know, the things seemed to be in balance.
16    Let's put it that way.
17               Q.     Okay.  And did you keep copies
18    in your personal records?
19               A.     As far as I'm aware, I have
20    sent -- well, basically, I have sent everything
21    that I'm aware of to you-all -- or actually to
22    my attorney, who then forwarded it to you-all.
23               Q.     All right.  And did you give
24    copies to an accountant?
25               A.     Copies of all that stuff?
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 33

1          Q.      Yeah.

2          A.      Well, each -- there's two

3    different things.  The -- what I was just

4    telling you about is all one big lump, right?

5                  The accountant every -- during tax

6    season, I would take -- you know, I have a file,

7    obviously.  I have a file of all the trading

8    slips, a file of the statements and the tax

9    document.  And I would send that along with, of

10   course, all my other tax documents to the

11   accountant.  And the accountant would prepare my

12   tax return.

13         Q.      All right.  Did counsel ask you

14   to search for documents when you -- when you

15   engaged counsel?

16         A.      Search for documents, I don't know

17   if that's the right word.  But they said that if

18   I have any documents, to produce them --

19         Q.      Okay.  And --

20         A.      -- and that's what I did.

21         Q.      And as you said, you -- you gave

22   all those to your counsel?

23         A.      Right, um-hum.

24         Q.      So I wonder, have you -- have you

25   you ever heard of COMAD?

Picard v Ferber                    Robert Ferber 6/20/2017

Page 34

1           A.    COMAD?

2                 No, I don't think so.

3           Q.    Okay.  And you said

4    Mike Pascucci introduced you to BLMIS.

5                 Do you have an understanding of

6    where he worked or how he heard of BLMIS?

7           A.    No, I don't.

8           Q.    Okay.  So do you know

9    Richard Spring?

10          A.    I'm sorry, say --

11          Q.    Richard Spring.

12          A.    Hum-um, no.

13          Q.    No?

14                And are you aware if anyone earned

15   a fee or a commission for referring you to BLMIS

16   or . . .

17          A.    No.

18          Q.    Okay.  Okay.

19                So when did you first hear that

20   BLMIS was a fraud?

21          A.    Well, I don't know the exact day,

22   but it was probably the day after it came out in

23   the news, so whenever that was.

24          Q.    And how did you find out?

25          A.    I found out, I guess, through the

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 35
  1    paper -- you know, reading the paper.
  2             Q.    And once you heard the news,
  3    what steps did you take with -- with respect
  4    to your account?
  5             A.    Well, after I -- after I picked
  6    myself off the floor, well, there really wasn't
  7    much in the way of steps to take.  I -- you
  8    know, I mean, this gets into the -- kind of the
  9    heart of the matter.
 10                   I did, and I still -- still do,
 11    believe that it's an insured stock brokerage
 12    account, and SIPC is supposed to insure
 13    $500,000.  And I assumed my worst-case scenario
 14    would be I would get a check from SIPC for
 15    $500,000 and I would end up with, you know, a
 16    loss and, you know, write off at least part of
 17    that -- at least part of that loss and what the
 18    net, you know -- that's -- that was going
 19    through -- that's what was going through my
 20    head.
 21             Q.    Okay.  Did you try to contact
 22    anyone at BLMIS and -- and --
 23             A.    No.
 24             Q.    -- after -- okay.
 25             A.    It's obvious, based upon the news,
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 36

1    that that would be a futile effort.

2         Q.     Did you file a claim with the

3    trustee for your -- for the BLMIS account?

4         A.     Yes.

5         Q.     And did anyone assist you in

6    filing the claim?

7         A.     Yeah, I guess my attorney, I

8    believe, reviewed that before -- I'm pretty sure

9    counsel did review that before I filed it.

10        Q.     Okay.  Do you recall how many

11   times you -- you spoke with counsel --

12        A.     In total?

13        Q.     -- regarding your claim?

14               No, regarding your claim.

15        A.     Well, when you say "spoke" to,

16   counsel may send a general e-mail and -- and

17   communicate that way, so versus, like, literally

18   speaking.

19               So right, so I'm not sure how to

20   answer that.

21        Q.     Okay.  I -- I mean, how many

22   times did you communicate with counsel

23   specifically regarding your claim?

24        A.     Regarding the claim part?

25        Q.     Yeah.

Picard v Ferber                    Robert Ferber 6/20/2017

Page 37

1              A.      I don't know how many times, but a

2       few.

3              Q.      Okay.  And do you recall what

4       you did to prepare the claim?

5              A.      It was a form, and I filled out

6       the form, pretty straightforward, so . . .

7              Q.      Did -- did you review any

8       documents?

9              A.      Oh, yeah, um-hum.

10             Q.      And which documents were those?

11             A.      Well, documents that I sent to

12      you -- not all of them, but, right.

13             Q.      So -- so your customer

14      statements and joint confirmations?

15             A.      Right.  I had to dig through --

16      you know, go up in the attic.

17                     MR. SHAPIRO:  I'm going to ask

18               that this be marked as Exhibit 2.

19                       -  -  -

20               (Ferber Deposition Exhibit Number

21                2, Customer Claim, Bates stamped

22                MWPTAP00509210 through

23                MWPTAP00509222, marked for

24                identification, as of this

25

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                      Page 38

  1                      date.)

  2                         -  -  -

  3        BY MR. SHAPIRO:

  4                Q.      Have you seen this document

  5        before?

  6                A.      Yeah.  Um-hum.

  7                Q.      And what -- what is that

  8        document?

  9                A.      Customer claim.

 10                Q.      Okay.  And on Page 4, is that --

 11        is that your signature?

 12                A.      Uh-huh.

 13                Q.      And do you know the result of

 14        filing the claim?

 15                A.      What does that mean?

 16                Q.      Do you know if the -- the

 17        trustee accepted or denied liability?

 18                A.      Oh, I -- I see.  Declined the

 19        claim, right.

 20                        MR. SHAPIRO:  So I'm going to

 21                ask that --

 22                        THE WITNESS:  It's not a

 23                paperless society, is it?

 24                (Laughter.)

 25                        MR. SHAPIRO:  I'm going to --
```

Picard v Ferber                          Robert Ferber 6/20/2017

                                                          Page 39

 1              I'm going to ask that this be marked as

 2              Exhibit Number 3.

 3                       -  -  -

 4              (Ferber Deposition Exhibit Number

 5               3, Responses and Objections of

 6               Defendant Robert F. Ferber to

 7               Trustee's First Set of Requests

 8               for Production of Documents,

 9               marked for identification, as of

10               this date.)

11                       -  -  -

12   BY MR. SHAPIRO:

13         Q.    Okay.  Do you recognize that

14   document?

15              (Whereupon, the witness reviews

16               the material provided.)

17              THE WITNESS:  Yeah -- yeah, I

18         think I remember -- I mean, it's -- I'm

19         not -- yeah, I mean, I -- I -- I

20         remember seeing something like this.

21   BY MR. SHAPIRO:

22         Q.    Okay.  If you can just read the

23   name of the document just for the record.

24         A.    Yeah.

25         Q.    I think it's at the top of

Picard v Ferber                          Robert Ferber 6/20/2017

Page 40

1    the -- the second page.

2              A.     Oh.

3                     Responses and Objections of

4    Defendant Robert F. Ferber to Trustee's First

5    Set of Request for Production of Documents.

6              Q.     Okay.  Did you speak with your

7    counsel regarding this document?

8              A.     I would imagine so.  I -- I would

9    imagine so.  I -- I don't -- when you say,

10   again, speaking, if that means e-mailing back

11   and forth or, you know, verbal communication,

12   I -- I can't recall, but I -- I -- I really just

13   vaguely remember this document, so, you know.

14             Q.     Okay.  So you don't recall any

15   specifics about your communication with

16   counsel or how many times or . . .

17             A.     No.

18             Q.     Okay.  And what steps did you

19   take to identify any responsive documents that

20   you may have -- that you may have had in

21   providing these responses?

22             A.     What steps did I -- well, is this

23   a document that I saw and then sent all my

24   information shortly thereafter to you-all?

25                    I don't know -- you know what I'm

Picard v Ferber                    Robert Ferber 6/20/2017

Page 41

1     saying?  I don't know what the timing -- I don't

2     know what the date is on this versus -- but,

3     anyway, I can -- maybe I can answer the question

4     this way, that -- that I guess there was this

5     document, but I had all my documents up in the

6     attic, and when I needed to produce them, I just

7     went up to the attic; I packaged them all up;

8     and I sent them off.

9          Q.     Okay.  So -- so you'll see in

10    Trustee's Requests 1, 2, 7, 9 and 10 that your

11    response indicated that -- that any such

12    documents will be -- will -- will be produced.

13             So have you -- have you

14    produced --

15         A.     I mean, I produced everything that

16    I have.  So I don't need to really review it.

17         Q.     Okay.

18             Okay.  And so can you please read

19    Document Request Number 3, as well as your

20    response.

21         A.     Is that on Page 2 or . . .

22         Q.     It's -- no, sorry.  Yeah, sorry,

23    it's --

24         A.     Oh, yeah.

25             Three, Your bank and brokerage

Picard v Ferber                     Robert Ferber 6/20/2017

                                                        Page 42

1        records, for the period between and including

2        December 11th, 2006 and December 31st, 2009, for

3        any accounts that received initial transfers,

4        including monthly statements, cancelled checks

5        and incoming/outgoing wire transfer records.

6                Q.     Okay.  And could you read your

7        response?

8                A.     Oh.

9                       Three, Does not dispute the

10       deposits and withdrawals in the period, as I

11       just outlined.  Therefore, the trustee has no

12       legitimate interest in bank records for this

13       period.  However, if responding party has any

14       such records, radicated [sic] records will be

15       produced --

16               Q.     Okay.  So --

17               A.     -- I don't know exactly what that

18       means, but okay.

19               Q.     Is it true that you admit the

20       deposits and withdrawals, you know, from --

21       from and to your BLMIS account from the period

22       December 11th, 2006 to --

23                      MS. ALLIM:  Objection.

24               Objection.

25                      THE COURT REPORTER:  Pardon?

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                              Page 43
 1                    THE WITNESS:  She said

 2            "objection."

 3                    MS. ALLIM:  Objection.

 4                    MR. SHAPIRO:  What -- what's the

 5            basis of your objection?

 6                    MS. ALLIM:  Objection to form.

 7    BY MR. SHAPIRO:

 8            Q.    Okay.  Is it true that you admit

 9    the deposits and withdrawals from December 11,

10    2006 through December 11, 2008?

11            A.    Didn't she say I'm supposed to

12    object to that?

13                    You know, that box is not really

14    clear.

15            Q.    It's not --

16                    MR. SHAPIRO:  Counsel, are you

17            directing the witness not to answer?

18                    MS. ALLIM:  Yeah, you can answer

19            the question.  I'm objecting to the

20            form of the question, how he phrased

21            the question to you.

22                    THE WITNESS:  I'm sorry.  Say it

23            again.

24                    MR. SHAPIRO:  So you -- could

25            you say the last part again?
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 44
 1                     You kind of -- the -- the
 2          speaker isn't terribly good in here.
 3                     MS. ALLIM:  Yeah.  I'm objecting
 4          to the form of the question in how
 5          counsel phrased the question to you,
 6          but you can proceed to answer.
 7                     THE WITNESS:  I'm sorry.  Say it
 8          again.
 9                     MS. ALLIM:  I'm sorry.  Okay.  I
10          said I objected to the form of the
11          question.  Counsel asked if you admit
12          the deposits and withdrawals, so your
13          response says that responding party
14          does not dispute the deposits and
15          withdrawals in the period from
16          December 11th, 2006 to December 11th,
17          2008.
18                     Therefore, I objected to the
19          form of the question in which counsel
20          asked, but you can answer the question
21          to the best of your knowledge.
22                     THE WITNESS:  Say it again.
23     BY MR. SHAPIRO:
24          Q.    Okay.  So --
25                     MS. ALLIM:  Can you rephrase the
```

Picard v Ferber                    Robert Ferber 6/20/2017

---

Page 45

1              question for him?

2                    MR. SHAPIRO:  I -- I --

3                    THE WITNESS:  Yeah, he did once.

4                    MR. SHAPIRO:  I understand.

5     BY MR. SHAPIRO:

6         Q.    So is it true that you're not

7     disputing the deposits and withdrawals to and

8     from your BLMIS account from the period

9     December 11th, 2006 to December 11th, 2008?

10                   THE WITNESS:  And, Jennifer,

11                   that's okay to answer how he's phrased?

12                   MS. ALLIM:  Yeah.

13                   THE WITNESS:  Correct, I do not

14                   dispute.

15                   MR. SHAPIRO:  I'm going to ask

16                   that this be marked as

17                   Exhibit Number 4.

18                       -  -  -

19                   (Ferber Deposition Exhibit Number

20                    4, Defendant Robert F. Ferber's

21                    Responses and Objections to

22                    Trustee's First Set of

23                    Interrogatories, marked for

24                    identification, as of this

25

---

Picard v Ferber                           Robert Ferber 6/20/2017

Page 46

```
 1                         date.)

 2                            -  -  -

 3    BY MR. SHAPIRO:

 4            Q.      Do you recognize this document?

 5                    (Whereupon, the witness reviews

 6                     the material provided.)

 7                    THE WITNESS:  Yeah, um-hum, I

 8          remember this.

 9    BY MR. SHAPIRO:

10            Q.      Can you just read -- read the

11    name of that document just for the record.

12            A.      Um-hum.

13                    Defendant Robert F. Ferber's

14    Responses and Objections to Trustee's First Set

15    of Interrogatories.

16            Q.      Thank you.

17                    MR. SHAPIRO:  I'm going to ask

18          that this be marked as Exhibit

19          Number 5.

20                       -  -  -

21                    (Ferber Deposition Exhibit Number

22                     5, Verification, marked for

23                     identification, as of this

24                     date.)

25                       -  -  -
```

Picard v Ferber                        Robert Ferber 6/20/2017

```
                                                        Page 47
 1                    THE WITNESS:  Am I finished with
 2           this?  Or just hold on to it?
 3     BY MR. SHAPIRO:
 4           Q.     Hold on to that --
 5           A.     Okay.
 6           Q.     -- and just -- so on
 7     Exhibit Number 5, is that your signature?
 8           A.     Yeah.
 9           Q.     Okay.  And do you recall
10     reviewing these responses?
11           A.     On this first sheet (indicating)?
12           Q.     Yes.
13           A.     Yeah, I believe so, yes.
14           Q.     Okay.  Could you please read
15     Interrogatory Number 2 as well as your answer?
16           A.     Identify the reasons for -- is
17     that what you're talking about?
18           Q.     Um-hum.
19           A.     Answer -- well, let me -- identify
20     the reasons for each transfer.  Answer:
21     Withdrawals were indirectly reinvested into
22     BLMIS through a Tremont fund and not used for
23     the benefit of the account holder and,
24     therefore, not calculable withdrawals.  Other
25     withdrawals were taken to pay applicable
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                 Page 48
 1      Texas -- taxes on reported short-term capital
 2      gains in the account for living expenses of the
 3      responding party.
 4           Q.    Okay.  So do you know what --
 5      what "indirectly reinvested into BLMIS through
 6      a Tremont fund" means?
 7           A.    Well, this would -- you know, this
 8      would have pertained to my first withdrawal -- I
 9      can't remember the year, but long -- yeah, like
10      2000 or -- or you have a -- and I can remember
11      taking some of the money there and basically
12      diversifying my investment and that's -- I mean,
13      that has to be what -- what I'm referring to
14      there.
15           Q.    Okay.  And so -- when -- when
16      did you begin investing with Tremont?
17           A.    I wish I had the exact year, I --
18      I -- so maybe 2001, thereabout --
19           Q.    Okay.
20           A.    -- I could get an exact date, but
21      just off the top of my head . . .
22           Q.    Okay.  And do you remember which
23      fund it was because there --
24           A.    There's much -- I'm sorry.
25      There's market neutral fund, yeah, and --
```

Picard v Ferber                         Robert Ferber 6/20/2017

Page 49

1    something Technology.  I can't remember the name

2    of it anymore.  Yeah.  It was a fund name.

3         Q.    Okay.  Did you know, at the

4    time, that Tremont was invested with BLMIS?

5         A.    No.  Hardly anything to laugh at,

6    but, yeah, unfortunately, I got double-whammied.

7         Q.    Okay.  Do -- do you recall how

8    much you invested with them?

9         A.    Again, I'd have to go back and get

10   the numbers.

11              You're probably aware the

12   investment in Tremont is a 100 -- is not

13   100 percent in Madoff.  They, I guess -- I'm not

14   sure how much you're aware.

15              So I don't -- I can't recall how

16   much it was, and it -- but it was a very long

17   time ago, and I actually -- this -- this market

18   neutral fund, I didn't withdraw any money.  In

19   fact, I gave them notice when things were -- in

20   2008 that I wanted to close the account, but

21   what happened was before the account was closed

22   out, this whole Madoff thing, you know, came

23   about, and then I never got my money back from

24   the -- from Tremont.

25              And then this market neutral --

Picard v Ferber                           Robert Ferber 6/20/2017

                                                                    Page 50

1        market neutral fund -- I think that's what it's

2        called -- they then liquidated over a period of

3        time.  And then, I ended up getting the

4        worst-case scenario, where I did not withdraw

5        any money out of the market neutral fund.  And

6        then the trustee reached an agreement with

7        Tremont, and they basically took my money and

8        other people's money that were in the account to

9        pay the trustee.

10                   So I not only didn't withdraw

11       money from that account, but got clawed back to

12       that account, and that account has subsequently

13       been closed.  In fact, I just got a -- a notice

14       which was rather disheartening, to tell you the

15       truth, because that gives me the impression that

16       I'm not seeing any future recoveries.

17                   I mean, why else would they close

18       it?

19            Q.    So did you -- you just made that

20       one initial investment with Tremont?

21            A.    No, I -- see, I wish I -- I didn't

22       concentrate on Tremont because I didn't think

23       this was part of the conversation.  So I don't

24       really know the dates.  But, you know, I -- I

25       can't answer it, because I just don't know when

Picard v Ferber                          Robert Ferber 6/20/2017

Page 51

1      and how much, but I could answer that if I did

2      some research.

3          Q.    Okay.  So with respect to

4      the -- the withdrawal that you took and then

5      invested in Tremont, how did that -- you --

6      you requested a check from BLMIS made out to

7      you, correct, and then you took that and

8      invested in -- into Tremont; is that correct?

9          A.    Well, I wouldn't -- well, first of

10     all, I don't know if it was a check.  Maybe it

11     was.  I -- I can't recall how it was

12     actually distributed.  You would probably, I

13     assume, have that -- those records.

14               And I wouldn't say the money went

15     from there to here -- you know, it didn't work

16     that way.  It was just that I had monies to

17     invest; I didn't want to have too much of a

18     concentration in Madoff; and it was more of a

19     redistribution, portfolio balancing-type thing.

20     So I didn't view that the monies directly went

21     from Madoff and then directly into -- to

22     Tremont.  It just didn't work that way.

23     That's -- that would be misleading to imply it

24     did.

25          Q.    Understood.

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 52
 1                    Okay.  Going -- so going back to
 2      your answer, to Interrogatory Number 2, can you
 3      please explain what "not used for the benefit of
 4      the account holder" means?
 5            A.    I can't -- I just can't remember
 6      that sentence, and it -- I -- no, I'm not sure
 7      what that means.
 8            Q.    Okay.  Was -- was the -- was the
 9      Tremont account in your name?
10            A.    Yes.
11            Q.    Okay.  So would you please turn
12      to Interrogatory Number 4, so just below
13      there --
14            A.    Um-hum.
15            Q.    -- on the same page?
16                  You state that you cannot identify
17      deposits into the account.
18                  In answering this, did you take
19      any steps to determine whether you could or
20      could not identify any deposits?
21            A.    Yeah.  I mean, I -- I didn't have
22      cancelled checks.  I didn't have -- I -- I just
23      can't remember the form.  I think that -- that
24      maybe I had received a wire, but I'm not
25      certain.  I remembered receiving a check, but I
```

Page 53

1    didn't really have much in the way of records

2    associated with that.

3         Q.    Okay.  And did you speak with

4    anyone -- other than counsel, did you speak

5    with anyone, like an accountant or a banker,

6    or anything like that?

7         A.    No.

8         Q.    So if you could turn to

9    Interrogatory 7 and 8.

10               You -- you state that the taxing

11   authorities benefited from withdrawals, and that

12   you paid taxes based on the short-term capital

13   gains that Madoff --

14        A.    Um-hum.

15        Q.    -- reported each year.

16               Which taxing authorities were

17   these?

18        A.    Well, IRS, and then whatever state

19   I was living in at the time.

20        Q.    Okay.  And in -- in which years

21   were they paid?

22        A.    Well, every year that I had a --

23   well, ever since I'm 16.  But every year that I

24   had the Madoff account, I paid taxes on those --

25   on the income.

Picard v Ferber                    Robert Ferber 6/20/2017

Page 54

1          Q.     Okay.  So which withdrawals from
2     your BLMIS account were made for the purposes
3     of paying taxes?
4          A.     Again, that's a -- it's not like a
5     left-pocket/right-pocket thing.  You -- you --
6     obviously, you have to make payments to the IRS,
7     so I would take money and make that payment.
8     And, obviously, if -- if I kept paying taxes on
9     the Madoff income, I would need to withdraw
10    monies to pay taxes because it would nec- -- you
11    know, necessitate it.  But it wasn't like, Oh,
12    I'm withdrawing X dollars from Madoff to pay X
13    amount in taxes.
14               You -- you follow me?
15         Q.     I do.
16         A.     There was an indirect correlation.
17         Q.     Okay.  So -- so you -- you --
18    you couldn't show, you know, for example, that
19    a certain portion of this withdrawal was made
20    to -- was used to pay taxes?
21         A.     No, just like anybody else,
22    frankly, you make a withdrawal; it goes into an
23    account; that account has other monies going in
24    and out; and then come tax time, you make a
25    payment to IRS and the state.  And that's what

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 55
  1    occurred here.

  2              Q.    Okay.

  3                    MR. SHAPIRO:  I'm going to ask

  4              that this be marked as Exhibit 6.

  5                         -  -  -

  6                    (Ferber Deposition Exhibit Number

  7                     6, Answer and Affirmative

  8                     Defenses, marked for

  9                     identification, as of this

 10                     date.)

 11                         -  -  -

 12    BY MR. SHAPIRO:

 13              Q.    Okay.  Do you recognize that

 14    document?

 15                    (Whereupon, the witness reviews

 16                     the material provided.)

 17                    THE WITNESS:  Yeah, I -- I

 18              remember the size of it.

 19    BY MR. SHAPIRO:

 20              Q.    And -- and what is it?

 21              A.    It's called -- whoops -- Answer

 22    and Affirmative Defenses.

 23              Q.    Okay.  Do you recall when you

 24    first saw it?

 25              A.    No.
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
 1            Q.     Do you recall if you saw it
 2     before August 13th, 2015?
 3            A.     No, I don't recall.
 4            Q.     Okay.  Did -- did anybody ever
 5     show it to you?
 6            A.     Well, I've seen it, so, obviously,
 7     yeah.
 8            Q.     Okay.  Were you involved
 9     in -- in drafting or editing the answer in
10     this case?
11            A.     Yeah, I mean, I -- I -- when you
12     say "drafting," no.  I mean, this was my -- this
13     is counsel who was responding to this, but, of
14     course, obviously, I would have to go through
15     this to -- to identify what -- you know, some of
16     this, frankly, I remember reading it and saying,
17     you know, I really don't know what that means.
18     And I'd have to -- I'd have to literally go
19     through this to, you know -- you know, to answer
20     that question.
21            Q.     But you -- you -- you --
22            A.     I did look -- I did look at the
23     document.  I did read each of these sort of
24     bullet points.  Some of them I didn't really
25     know what the purpose was or the -- you know,
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                              Page 57
 1     what it really meant, so . . .
 2            Q.     And did you speak with -- with
 3     anyone regarding the document?
 4            A.     Yeah, um-hum.
 5            Q.     With counsel?
 6            A.     With counsel, right.
 7            Q.     Anyone else?
 8            A.     No.
 9            Q.     Okay.  Do you recall how -- how
10     often you spoke with counsel about it?
11            A.     About this specific document?
12            Q.     Yeah, about the answer.  Yeah.
13            A.     Again, "speak" -- there was an
14     e-mail communication; I remember that.  And then
15     there was a verbal communication.  I believe it
16     was just those two times, where we basically
17     went through it.  I responded, and then there
18     was a call.
19                   That's it.
20            Q.     Okay.  Did you review any
21     documents -- excuse me -- to -- to confirm
22     that the statements in the answer were
23     correct?
24            A.     I may have.  I -- I just don't
25     recall.
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 58

 1                      Again, I would have to go through

 2       the bullet points here to jog my memory if I --

 3       what I did for any particular item to research

 4       it.  I -- so I can't answer that question

 5       without actually going through the thing.

 6              Q.     Okay.  So if you would turn to

 7       Page 20 in Paragraph 16 at the bottom.

 8              A.     The Defendant is Entitled to

 9       setoff --

10                     Right?

11              Q.     Yes.  That one.

12              A.     Do you want me to read it?

13              Q.     Sure.

14              A.     -- recoupment, and/or equitable

15       adjustment because each year Defendant was

16       required to pay taxes on the fictitious profits

17       reported on, among other things, IRS Form 1099

18       and other information reported by BLMIS or

19       Madoff to the IRS, state or local taxing

20       authorities.

21              Q.     Okay.  Do you know how much

22       money was paid in taxes based on, you know,

23       your BLMIS income in total?

24              A.     Well, my accountant did an

25       analysis of that.  You-all have all that

Picard v Ferber                          Robert Ferber 6/20/2017

Page 59

```
1    information, so that's what it is.  You know --
2         Q.    Okay.  And did you file joint
3    returns, or did you file single --
4         A.    Yeah, joint -- joint returns.
5         Q.    So you -- you don't know
6    personally how much was paid to the IRS in,
7    say, 2007?
8         A.    No, because, like you, if I asked
9    you at a particular -- you know, it's just not
10   an answerable question.  You know, you -- you
11   don't pay income tax on a particular line item;
12   you pay income tax on a total number.  And that
13   total number encompassed Madoff, salary, ba, ba,
14   ba, ba, ba.
15        Q.    Have you retained an expert in
16   this case?
17        A.    An expert?
18        Q.    Um-hum.
19        A.    What do you mean "expert"?
20        Q.    An -- an -- an --
21        A.    Like, an attorney?
22        Q.    No, just an -- an expert
23   witness, say, about your -- your taxes or any
24   other matter.
25        A.    No.
```

Picard v Ferber                            Robert Ferber 6/20/2017

```
                                                        Page 60
 1              Q.      Okay.  Do you know if your
 2      counsel did?
 3              A.      No -- about -- for me,
 4      specifically?
 5              Q.      Yes.
 6              A.      I did -- I certainly doubt it.
 7              Q.      Okay.  And are you familiar with
 8      Charles Becker?
 9              A.      Yeah, um-hum.
10              Q.      And who is he?
11              A.      My accountant.
12              Q.      And how long have you known him
13      for?
14              A.      Well, a long time.  He's been
15      doing my tax returns -- I think it was
16      probably -- now, I don't know the exact year,
17      but it was certainly from when I started Madoff
18      and probably sooner than that -- earlier than --
19      than that.
20              Q.      And -- excuse me.
21                      When did you start talking to him
22      with respect to this litigation?
23              A.      Just when -- I don't know if we
24      got a letter or there was something where we
25      need to calculate what taxes we paid on Madoff
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                    Page 61

 1    profits.  So I asked him to do that for me.  So

 2    I don't know what date that was, but, you know,

 3    it was just a -- a request of mine that I would

 4    have him go in and -- and do that.

 5              Q.    So that request wasn't from

 6    counsel; that was --

 7              A.    No.

 8              Q.    -- that was your request?

 9              A.    Right.

10              Q.    So you've had discussions with

11    Mr. Becker regarding this litigation without

12    counsel being present?

13              A.    No, not about litigation.  The

14    only conversations I've had with him is really

15    relating to my taxes.  I mean, he was aware,

16    obviously, that Madoff -- I was a Madoff client,

17    but he wasn't giving me any -- or getting any

18    advice, or anything like that.  He was doing my

19    taxes, right.

20              Q.    Right.  But you had discussions

21    with him in terms of preparing, you know, his

22    tax analysis for this case?

23              A.    Right, there wasn't much

24    discussion.  I mean, it's -- he had all

25    my -- everything is on his computers.  It's
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 62

1    broken down.  You know, he knows what the Madoff

2    income is.

3              He has my accounting -- you know,

4    my tax returns, all the way back from, I guess,

5    you know, before Madoff.  So I sent him an

6    e-mail, followed up the e-mail with a call, and

7    I said, Chuck, can you -- this is a situation; I

8    need to calculate, you know, this amount.

9              And I think he sort of did a

10   similar thing for the -- that first go -- you

11   know, that first go-around where -- you know,

12   I've forgotten what you call it, but when the

13   IRS had that ruling, right.

14             So I guess it's somewhat similar

15   to that.

16        Q.    Okay.  So let's turn to

17   Affirmative -- Affirmative Defense 20.  It's

18   on the next page --

19        A.    Uh-huh.

20        Q.     -- and that states that the

21   trustee has fraudulently calculated

22   Defendant's liability by charging Defendant

23   with -- with withdrawals that the trustee has

24   no proof were taken.

25             With respect to the withdrawals

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                      Page 63

  1      from your BLMIS account, which do you contend

  2      that the trustee has no proof of?

  3           A.    Well, I don't know if I've ever

  4      really gotten proof.  I mean, I've gotten a

  5      document -- I've gotten, like, a spreadsheet,

  6      but that -- in my eyes, I can write up a

  7      spreadsheet; that's not proof.  Right?

  8                 You can say whatever you say, put

  9      it on a spreadsheet, and send it to me.

 10                 That's all I have at this point.

 11           Q.    Okay.  But you have --

 12                 Okay.

 13                 MR. SHAPIRO:  So I'm going to

 14           ask that -- that this be marked as

 15           Exhibit 7.

 16                      -  -  -

 17                 (Ferber Deposition Exhibit Number

 18                  7, BLMIS account statement,

 19                  Bates stamped MADC0114_00000002,

 20                  marked for identification, as of

 21                  this date.)

 22                      -  -  -

 23                 THE WITNESS:  Um-hum.

 24                 (Whereupon, the witness reviews

 25                  the material provided.)
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                    Page 64
 1                   THE WITNESS:  BLMIS Account
 2              Number -- I can't read it, but, you
 3              know, my account number, Robert F.
 4              Ferber.
 5     BY MR. SHAPIRO:
 6              Q.    Do you recognize that document
 7     at all?
 8              A.    Yeah, um-hum.  I've gotten a copy
 9     of this document from my -- from counsel.
10              Q.    Okay.  So that -- that's -- that
11     was the Exhibit B to the -- to the trustee's
12     complaint in this case --
13              A.    Um-hum.
14              Q.    -- and that -- you know, it --
15     it lists the withdrawals and deposits from
16     your account, 1CM524.
17                   So regarding those, are -- are
18     there -- are there any withdrawals that you --
19     there that you contend that the trustee has no
20     proof of?
21              A.    Well, I haven't seen like -- I --
22     I've never seen a check wire evidence.  I've
23     never seen the check evidence.  I'd like to be
24     able to see the actual checks that were cleared
25     on these accounts.  I'd like to see the wire.
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 65

1    I'd like to see where the -- where the money

2    came from.  That sort of thing.

3            Q.    Okay.  Well, we'll -- we'll be

4    doing that shortly --

5            A.    Okay.

6            Q.    -- and so -- so your -- your --

7    your contention is -- is based -- is simply

8    based on that you haven't seen the cancelled

9    checks or . . .

10           A.    Right.  Yeah.

11           Q.    Okay.

12           A.    Are we finished with this stuff?

13           Q.    No, no.

14                 Let's go to Defense Number 27.

15                 And could you just read that

16   paragraph?

17           A.    The trustee's claims are barred,

18   in whole or part, for failure to properly credit

19   inter-account transfers, profit withdrawals and

20   other adjustments.

21           Q.    So are there any inter-account

22   transfers which you contend you did not

23   receive full credit for?

24           A.    Inter-account transfer is when

25   there's maybe two Madoff accounts.

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 66
 1                     Is that -- I don't know what

 2      inter-account transfers is.

 3                     I'm assuming that's what that

 4      means.  Right?

 5             Q.     Yeah.  And, basically, if you

 6      had -- you had one account and you add -- you

 7      asked -- you asked BLMIS to transfer some

 8      money from that account to another account

 9      and --

10             A.     Another --

11             Q.     -- there was no check

12      involved --

13             A.     -- Madoff account?

14             Q.     -- or wire involved, yes.

15             A.     I see.

16                     I mean, no, I only have one

17      account, so, right.  It's not applicable -- not

18      applicable.

19             Q.     Okay.  So you also state that

20      the trustee failed to properly credit profit

21      withdrawals.

22                     What do you mean by that?

23             A.     Yeah, I can't remember this line.

24      I mean, I'm reading it.  I -- I just -- I don't

25      know -- you know --
```

Picard v Ferber                         Robert Ferber 6/20/2017

Page 67

1              Q.      Okay.

2              A.      -- I -- I just don't recall

3      reading it, so I'm not sure what it means.

4              Q.      Okay.  So -- so what is your

5      basis for disputing the trustee's

6      calculations?

7                      THE WITNESS:  Yeah, I --

8                      Jennifer, I -- is there any problem

9                      with answering that question?  I mean,

10                     I -- I -- I just don't recall this

11                     Point Number 27, so . . .

12                     MS. ALLIM:  Sure.  Objection.

13                     He answered the question, he doesn't

14                     recall.

15     BY MR. SHAPIRO:

16             Q.      Okay.  Can you identify any

17     transfers that are profit withdrawals?

18             A.      I'm sorry.  Say again.

19             Q.      Can you identify any transfers

20     that are profit withdraw -- withdrawals?

21             A.      No, not specifically.

22                     I mean, is profit based on a FIFO

23     or LIFO basis?  I mean, you could -- right?  You

24     could get into different arguments about that,

25     so it sounds like an easy question, but it's

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 68
  1    more difficult.
  2            Q.      Okay.  So are you aware of any
  3    documents showing that -- you know, that any
  4    of these transfers were profit -- were profit
  5    withdrawals?
  6            A.      No, again, I -- you know, the --
  7    the term "profit withdrawal" is something that's
  8    arguable in how you define it, but I had a stock
  9    brokerage account.  It said that I had a balance
 10    of X amount and I take, you know, Y amount out
 11    of it.
 12                    What is profit and what is
 13    principal, I never really thought about.  So,
 14    you know, I don't know how to answer that
 15    question.
 16            Q.      Okay.  So why don't we turn
 17    to Paragraph 37?
 18            A.      Um-hum.
 19                    Am I supposed to read it?
 20            Q.      Yeah, sure --
 21            A.      Oh, okay.
 22            Q.      -- that would be great.
 23            A.      The withdrawals the trustee seeks
 24    to recover were legally compelled under federal
 25    and state securities laws.
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 69

```
 1              Q.    Okay.  To which laws are you
 2       referring there?
 3              A.    This is another one I can't
 4       recall, this -- this blurb.
 5              Q.    Were you required to withdraw
 6       any amounts from your BLMIS account at any
 7       time?
 8              A.    As a practical matter, to pay
 9       taxes and things like that, that's a legal -- I
10       mean, otherwise, you know, I'm -- I'm -- then
11       I'm acting illegally, so I don't know.
12              Q.    Okay.  But the -- these -- these
13       weren't compelled under -- under the
14       securities laws?
15              A.    I don't know anything about
16       securities laws to answer that question,
17       so . . .
18                    That's a -- that's a legal
19       sentence that your typical investor would not be
20       able to answer.  You -- you would need to know
21       security laws to be able to answer that --
22              Q.    Okay.
23              A.    -- it's not answerable.
24              Q.    Okay.  So let's turn to 42,
25       which is at the bottom of that page --
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                   Page 70
 1                 A.      Um-hum.  There --
 2                 Q.      -- could -- could you read that?
 3                 A.      Yeah.
 4                         There can be no liability of any
 5         recipient of funds who, as a matter of law or
 6         contract, was required to transfer any portion
 7         of the funds to a third party.
 8                 Q.      Were you required by law to
 9         transfer any portion of the funds to a third
10         party?
11                 A.      Any liability?  Any liability?
12                         (Whereupon, the witness reviews
13                          the material provided.)
14                         THE WITNESS:  I mean, it's
15                 saying there can be no liability of any
16                 recipient of funds who, as a matter of
17                 law, was required to transfer any
18                 portion of the funds -- I just don't
19                 see how it applies.  I'm not sure what
20                 it -- it really means.
21         BY MR. SHAPIRO:
22                 Q.      Okay.  So let's turn the page to
23         Paragraph 43.
24                         Again, could you -- could you read
25         that?
```

Picard v Ferber                    Robert Ferber 6/20/2017

 1          A.      Forty-three?

 2               The Defendant cannot be liable for

 3     withdrawals that Defendant was legally compelled

 4     to transfer to state and federal taxing

 5     authorities.

 6          Q.      Okay.  Could you identify for me

 7     any transfers that you were compelled to take

 8     in order to pay taxing authorities?

 9          A.      Well, what I said earlier, I mean,

10     you're -- you're effectively compelled, because

11     if you -- if I did not make withdrawals and I

12     was paying taxes on that income, at some point,

13     I wouldn't have any money or I wouldn't be

14     paying my taxes.

15               So in a de facto basis, yeah, I'm

16     legally compelled to transfer funds to state and

17     federal taxing authorities, because if I didn't,

18     then I -- I -- you know --

19          Q.      I mean, you --

20          A.      -- I either wouldn't -- I wouldn't

21     be able to afford, you know, to continue to, you

22     know, pay taxes -- well . . .

23          Q.      Okay.  So let's turn to 46 --

24          A.      Um-hum.

25          Q.      -- the answer states that the

Picard v Ferber                        Robert Ferber 6/20/2017

Page 72

```
 1    trustee has failed to properly credit you with

 2    all your deposits.

 3                I guess just looking at Exhibit B

 4    there, are you aware of any deposits the trustee

 5    has not credited?

 6         A.    Deposits?

 7                Well, one thing I would like to be

 8    able to see is the actual information about the

 9    deposits that I've made.  But what -- what --

10    what I see appears to be correct in this -- it's

11    a spreadsheet document, BLMIS account

12    number blah, blah, blah, Robert F. Ferber

13    document.

14         Q.    Okay.  So -- so you're not aware

15    of any other deposits that are not on

16    Exhibit 7?

17         A.    Correct.

18         Q.    Okay.

19         A.    But what I'm saying is, I would

20    like to be able to see the backup of the ones

21    that are on that sheet, and the same thing with

22    the withdrawals.

23         Q.    Right.

24                MR. SHAPIRO:  Okay.  I'm going

25                to ask that be marked as Exhibit 8.
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 73
 1                        -  -  -
 2                  (Ferber Deposition Exhibit Number
 3                   8, Letter, Bates stamped
 4                   AMF00264926, marked for
 5                   identification, as of this
 6                   date.)
 7                        -  -  -
 8                  THE WITNESS:  Thanks.
 9       BY MR. SHAPIRO:
10            Q.    Have you seen this document
11       before?
12            A.    I guess so.  I mean, it has my
13       signature on it.  It's back in year 2000,
14       so . . .
15                  Uh-huh, yeah.
16            Q.    So I'm just going to actually
17       just read the Bates number just for the
18       record.  It's AMF00264926.  This document was
19       produced to you on December 21st, 2015.
20                  When you responded to our
21       discovery -- to the trustee's discovery
22       requests, did you review -- review this
23       document?
24            A.    I'm sorry.  You're referring to
25       this now (indicating)?
```

Picard v Ferber                           Robert Ferber 6/20/2017

```
                                                    Page 74

  1             Q.     No, I'm referring to -- to

  2       Exhibit 8.

  3             A.     Okay.  Well, this date is 2000 --

  4             Q.     No --

  5             A.     -- year 2000.

  6                    You're talking about when

  7       we were -- I'm sorry.

  8             Q.     I'm talking about when

  9       the -- the trustee produced it to -- to you on

 10       December 21st, 2015.

 11             A.     Oh, this document (indicating)?

 12             Q.     Yes.

 13             A.     I -- I don't remember seeing it.

 14       It may be in the sea of documents, but I -- I

 15       don't -- I'm not saying this document isn't

 16       legitimate.  I'm just saying I don't remember

 17       it.

 18             Q.     Okay.

 19                    MR. SHAPIRO:  I'll ask that be

 20                 marked as Exhibit 9.

 21                        -  -  -

 22                 (Ferber Deposition Exhibit Number

 23                  9, Copy of Check Number 113263,

 24                  Bates stamped MADWAA00141126

 25                  through MADWAA00141127, marked
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 75

```
 1                    for identification, as of this
 2                    date.)
 3                     -  -  -
 4                    THE WITNESS:  Thanks.
 5                    (Whereupon, the witness reviews
 6                     the material provided.)
 7                    THE WITNESS:  Um-hum.
 8     BY MR. SHAPIRO:
 9          Q.    Have you seen that document
10     before?
11          A.    I -- yeah, I -- I guess.
12          Q.    And is that your signature --
13          A.    I mean, I deposited, it, right,
14     according to this, you know, so . . .
15          Q.    So that is your signature?
16          A.    Yeah, uh-huh.
17          Q.    Again -- again, this was
18     produced on December 21st, 2015.
19                 You don't remember ever -- ever
20     seeing it?
21          A.    I don't specifically remember
22     the -- you know, this -- this check --
23          Q.    Okay.
24          A.     -- but, obviously, I've deposited
25     it and -- one thing that's odd is the name.
```

Picard v Ferber                          Robert Ferber 6/20/2017

                                                              Page 76

 1                    Doesn't that strike you as being

 2     odd?

 3              Q.     Which name?

 4              A.     It says Bernard L. Madoff.  It

 5     doesn't say Securities.  It doesn't say --

 6     what's it -- from him personally.

 7              Q.     To be honest, I'm not sure.

 8              A.     It is a little weird, isn't it?

 9              Q.     Potentially, it was -- it was a

10     sole proprietorship, so -- it's not that

11     weird.

12              A.     Oh.

13              Q.     But that -- that's your

14     signature.  It's a cancelled check, correct --

15              A.     Right.  But I think who the check

16     was drawn on is an important item --

17              Q.     Okay.  And so --

18              A.     -- and -- and our counsel has --

19              Q.     Yes.

20              A.     -- I have a copy of this,

21     basically?

22              Q.     Yes.

23              A.     Okay.

24              Q.     And does this -- does -- does

25     this date and amount correspond to a transfer

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                    Page 77
 1     listed on Exhibit 7?
 2              A.      Yeah, uh-huh.
 3                      MR. SHAPIRO:  I'm going to be
 4              asked -- ask that this be marked as
 5              Exhibit 9 --
 6                      THE COURT REPORTER:  Ten
 7                      MR. SHAPIRO:  Oh.  It's 10.
 8                      -  -  -
 9                      (Ferber Deposition Exhibit Number
10                       10, Fidelity Investment Report,
11                       Bates stamped FMR_SIPC_141105
12                       through FMR_SIPC_141109, marked
13                       for identification, as of this
14                       date.)
15                      -  -  -
16                      THE WITNESS:  It's a stock
17              brokerage account of some sort.
18     BY MR. SHAPIRO:
19              Q.      Have you seen it before?
20              A.      Not that I recall.
21              Q.      Okay.  Okay.  Could you turn to
22     Page 4?
23              A.      Two, 3 -- 4, uh-huh.
24              Q.      And you see about halfway down,
25     on 12/11, it said -- says, Deposit received,
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 78

1      $1 million?

2            A.     12/11, $1,000,030.17, or

3      something -- no.

4                  Where --

5            Q.     About halfway --

6            A.     Oh, Deposit received.

7                  Yeah.  Okay.

8                  I see 12/11.  That's year 2000.

9      Right.  Um-hum.  Yeah.

10           Q.     Do you recall if that was the

11     million-dollar with -- the million-dollar

12     withdrawal you requested from BLMIS?

13           A.     Yeah, I imagine.  The dates are

14     about the same, right, maybe a couple of days

15     off.

16                 Yeah, so it must be.

17           Q.     Okay.

18                 MR. SHAPIRO:  I'm going to ask

19                 this be marked as Exhibit 11.

20                        -  -  -

21                 (Ferber Deposition Exhibit Number

22                  11, Letter, Bates stamped

23                  AMF00264913, marked for

24                  identification, as of this

25

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 79
 1                      date.)

 2                         -   -   -

 3      BY MR. SHAPIRO:

 4              Q.      I'm sorry.  This is Bates Number

 5      AMF00264913.

 6                      (Whereupon, the witness reviews

 7                       the material provided.)

 8      BY MR. SHAPIRO:

 9              Q.      Have you seen that document

10      before?

11              A.      I don't recall it, but it does

12      appear to have my signature.

13              Q.      Okay.  Again, this was produced

14      on December 21st, 2015.

15                      Do -- do you recall --

16              A.      You know, I remember communicating

17      with them.  And I guess you need to send them a

18      quick note, a fax obviously here, and this is

19      what I sent.

20              Q.      Okay.

21                      MR. SHAPIRO:  I'll ask this be

22              marked Exhibit Number 12.

23                      This is MADWAA00266636.

24                         -   -   -

25                      (Ferber Deposition Exhibit Number
```

Picard v Ferber                         Robert Ferber 6/20/2017

                                                        Page 80

 1                    12, Copy of Check 183386, Bates

 2                    stamped MADWAA00266636 through

 3                    MADWAA00266637, marked for

 4                    identification, as of this

 5                    date.)

 6                      -  -  -

 7                    THE WITNESS:  Uh-huh.

 8       BY MR. SHAPIRO:

 9            Q.    Have you seen this document

10       before?

11            A.    Yeah.  I -- it has my signature on

12       it as depositing it.

13            Q.    Okay.  Again, do you recall if

14       you reviewed it before you responded to the

15       trustee's discovery request?

16            A.    If I reviewed this document?

17                    I don't recall reviewing it, no.

18                    MR. SHAPIRO:  I ask this be

19                 marked Exhibit 13.

20                      -  -  -

21                    (Ferber Deposition Exhibit Number

22                    13, Fidelity Investment Report,

23                    Bates stamped FMR_SIPC_141105

24                    through FMR_SIPC_141109, marked

25                    for identification, as of this

Picard v Ferber                    Robert Ferber 6/20/2017

Page 81

 1                    date.)

 2                        -  -  -

 3                    MR. SHAPIRO:  Again, this is

 4            FMR_SIPC_141402 [verbatim].

 5                    THE WITNESS:  The Fidelity

 6            statement.

 7     BY MR. SHAPIRO:

 8            Q.    Um-hum.  Have you seen --

 9            A.    Um-hum.

10            Q.    -- have you seen that document

11     before?

12            A.    I don't recall it.

13            Q.    So if you could turn to Page 3.

14                    Again, about halfway down, it

15     says, 4/16, deposit received, $1 million?

16            A.    Um-hum.

17            Q.    And do you recall -- is that

18     the -- the million-dollar withdrawal you

19     requested?

20                    (Whereupon, the witness reviews

21                     the material provided.)

22                    THE WITNESS:  I -- I'm not --

23            I'm less certain as the other one,

24            because there's, what, 16 days or

25            something went by; it seems a little

Picard v Ferber                          Robert Ferber 6/20/2017

Page 82

```
 1              odd.  So I -- I -- I can't say for
 2              certain --
 3     BY MR. SHAPIRO:
 4              Q.    Okay.
 5              A.    -- but it probably is.
 6              Q.    Okay.  So on -- on Exhibit -- I
 7     just want to show you Exhibit 12 --
 8              A.    Uh-huh.
 9              Q.    -- again, you can just see what
10     the -- the date that that was cancelled.
11              A.    What do you mean "cancelled"?
12              Q.    So the date it was -- the date
13     it was stamped.
14              A.    The date it was stamped?
15              Q.    Yeah.
16              A.    Okay.
17                    (Whereupon, the witness reviews
18                     the material provided.)
19     BY MR. SHAPIRO:
20              Q.    I was thinking of postage
21     stamps.
22              A.    Oh.  This is 4/17, or something,
23     okay.  It's odd, it was such a long period of
24     time.
25                    Uh-huh.
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                      Page 83
 1              Q.    That date roughly corresponds --

 2              A.    Yes.

 3              Q.    -- with the date --

 4              A.    Yes --

 5              Q.    -- on the statement?

 6              A.    -- it does, uh-huh.

 7                    MR. SHAPIRO:  I'll ask this be

 8         marked Exhibit 14.

 9                    -  -  -

10                    (Ferber Deposition Exhibit Number

11                     14, Letter, Bates stamped

12                     AMF00264912, marked for

13                     identification, as of this

14                     date.)

15                    -  -  -

16                    MR. SHAPIRO:  And this is

17         Bates Number AMF00264912.

18                    THE WITNESS:  Um-hum.

19         BY MR. SHAPIRO:

20              Q.    Have you seen this before?

21              A.    Yeah, um-hum.  Yeah.

22              Q.    And is that your signature?

23              A.    Yes, it is.

24              Q.    And, again, do you recall

25         reviewing it before responding to the
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 84

1        trustee's discovery request?

2              A.      Well, in this one, I actually -- I

3        guess because it's sooner, I remember it, but I

4        don't remember the trustee request part.

5              Q.      Okay.

6                      MR. SHAPIRO:  I'll ask that

7              that's stamped Exhibit 15.

8                      -  -  -

9                      (Ferber Deposition Exhibit Number

10                       15, Copy of Check, Bates stamped

11                       MADWAA00284983 through

12                       MADWAA00284984, marked for

13                       identification, as of this

14                       date.)

15                     -  -  -

16                     MR. SHAPIRO:  And it's

17             Bates Number MADWAA00284983.

18                     (Whereupon, the witness reviews

19                      the material provided.)

20                     THE WITNESS:  Um-hum.

21       BY MR. SHAPIRO:

22             Q.      Have you seen that before?

23             A.      Yeah, um-hum.

24             Q.      And that's -- is that your

25       signature?

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                        Page 85
  1            A.      Yeah.

  2                    MR. SHAPIRO:  I will ask that --

  3            this is Exhibit 16.

  4                      -  -  -

  5                    (Ferber Deposition Exhibit Number

  6                     16, Fidelity Investment Report,

  7                     Bates stamped FMR_SIPC_141497

  8                     through FMR_SIPC_141499, marked

  9                     for identification, as of this

 10                     date.)

 11                      -  -  -

 12                    MR. SHAPIRO:  This is

 13            Bates Number FMR_SIPC_141497.

 14     BY MR. SHAPIRO:

 15            Q.      So have you seen this document

 16     before?

 17            A.      I don't recall.

 18            Q.      Okay.  Can you turn to Page 4?

 19            A.      Um-hum.

 20            Q.      And up toward the top of the

 21     page, it says on 10/2 there was a deposit

 22     received for $1,500,000.

 23            A.      Right, um-hum.

 24            Q.      Was that the -- the 1.5 million

 25     withdrawal -- dollar withdrawal you requested
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                          Page 86
 1      from BLMIS?

 2              A.      It must be.

 3              Q.      Okay.  Okay.

 4                      MR. SHAPIRO:  I'm going to ask

 5              this be marked Exhibit 17.

 6                          -  -  -

 7                      (Ferber Deposition Exhibit Number

 8                       17, Check Wire, Bates stamped

 9                       10-04562_FERBER_0001024, marked

10                       for identification, as of this

11                       date.)

12                          -  -  -

13                      MR. SHAPIRO:  And this is

14              Document 10-04562_FERBER_0001024.

15      BY MR. SHAPIRO:

16              Q.      Have you seen that document

17      before?

18              A.      Yeah, I saw this when I was

19      pulling together this stuff to send off, yes.

20              Q.      And can you describe the

21      document for me?

22              A.      Oh.  Just a piece of paper that

23      says, Credited to your -- credited your check

24      wire, $1,250,000; it has my name on it --

25              Q.      Um-hum.  And does --
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 87
  1              A.     -- I'd like to see -- I mean, I --

  2       I assume you have actual documents associated

  3       with this deposit, right?

  4                     There was -- because we know -- a

  5       piece of paper well, you know --

  6              Q.     Does -- does that correspond

  7       with -- with one of the --

  8              A.     Yes.

  9              Q.     -- transactions marked on --

 10              A.     Yes, it does.

 11              Q.     Okay.

 12              A.     And are you able to correspond

 13       that wire to the actual bank account?

 14                     I mean, you need to have some way

 15       to -- I mean, if you're doing the withdrawals,

 16       you need to do the deposits, right?

 17                     So you have to -- to -- you're

 18       looking at a piece of paper.  Is the piece of

 19       paper really meaningful?

 20                     It's not meaningful until you

 21       actually back it up with a bank transaction,

 22       right?

 23                     MR. SHAPIRO:  All right.  Let's

 24              mark Exhibit 18, please.

 25                     -  -  -
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                        Page 88
    1                    (Ferber Deposition Exhibit Number

    2                     18, Check Wire, Bates stamped

    3                     10-04562_Ferber_0001020 through

    4                     10-04562_Ferber_0001022, marked

    5                     for identification, as of this

    6                     date.)

    7                      -  -  -

    8                    MR. SHAPIRO:  This is

    9            Bates Number 10-04562_FERBER_0001020.

   10                    THE WITNESS:  Um-hum.

   11    BY MR. SHAPIRO:

   12            Q.    Do you recognize this document?

   13            A.    No.  I mean, I --

   14            Q.    Okay.  Could -- could you

   15    describe it for me again?

   16            A.    It's a check wire, Bernard L.

   17    Madoff Investment Securities accredited to your

   18    account, check wire, $600,000, with my name and

   19    address.

   20            Q.    Okay.  And so the -- the --

   21    could you describe the next page?

   22            A.    Um-hum.

   23                    It's a client notification per --

   24    from Prudential Securities, instructing them to

   25    send 600,000 in Fed funds to Chase Banks,
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                      Page 89
  1      Account Number 021- -- a bunch of zeros and a
  2      21, to the benefit of Robert F. Ferber.
  3           Q.     Okay.
  4                  Well, I -- I think the beneficiary
  5      is Bernard L. Madoff, right?
  6                  I think it --
  7           A.     Oh.
  8           Q.     -- the originator is -- is --
  9           A.     Oh.  Okay.  Right.
 10           Q.     -- is Robert F. Ferber; is
 11      that --
 12           A.     Okay.  Yeah.  You're right.
 13           Q.     -- is that correct?
 14           A.     Yeah, you're -- you're right.
 15           Q.     And does that correspond to --
 16      to a transaction on Exhibit 7?
 17           A.     Yes.
 18           Q.     Okay.  And so I -- and can you
 19      just turn to the last page there?
 20                  And could -- could you describe
 21      that?
 22           A.     We sent $1,250,000 in Fed funds to
 23      Chase NYC.  And then a bunch of account numbers.
 24                  Do you want me to go through that?
 25           Q.     No, no.  That's fine.
```

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                    Page 90
  1              A.      Okay.

  2                      Beneficiary: Bernard J. Madoff

  3      [sic] Investment -- something.  Beneficiary

  4      information: FBO, Robert F. Ferber.

  5              Q.      Okay.  And -- and this page and

  6      the previous page are -- who -- who created

  7      this document?

  8              A.      Well, Prudential Securities,

  9      obviously, right?

 10              Q.      And -- and is that where you

 11      have an account?

 12              A.      Yes, um-hum.

 13              Q.      Okay.  Okay.  So other than

 14      these transactions that we've discussed, are

 15      you aware of any others -- any other deposits

 16      into your BLMIS account?

 17              A.      Dep- -- I'm not aware of any

 18      deposits or withdrawals, right.

 19              Q.      Okay.  And not withdrawals

 20      either?

 21              A.      Right.

 22              Q.      Okay.  And so other than what

 23      you've testified to today, do you plan to

 24      offer any other testimony at trial regarding

 25      the deposits, withdrawals, or transfers?
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 91

1              A.     I guess I could, but I -- I -- I

2       would imagine I would speak to counsel for

3       something like that.  I mean, that's -- am

4       I -- forever hold your peace, I don't know --

5              Q.     Okay.  But you --

6              A.     -- but --

7              Q.     -- you don't know what that

8       would be, right now?

9              A.     No, I do not know what that would

10      be.  I would have to speak to counsel.

11             Q.     Okay.  And is there any other

12      information that you want to share with me

13      regarding, you know, what we discussed, your

14      BLMIS account and . . .

15             A.     Kind of an open-ended question,

16      right?

17                    Yes.  I mean, I -- obviously, I'll

18      speak to counsel, but I am kind of intrigued

19      where -- where's the evidence of the deposits on

20      the Madoff side?

21                    I mean, you're showing my side of

22      it, but, obviously, there's -- there's a --

23      there's a -- there's another entry.  So I would

24      be interested in -- in -- in seeing that,

25      particularly in light -- I think it's very weird

Picard v Ferber                    Robert Ferber 6/20/2017

```
                                                   Page 92
 1      that the checks just had somebody's name on it.
 2      I mean -- instead of like Bernard -- you know,
 3      the legal name.
 4                   I mean, when I got checks for a
 5      business, you have a legal name on it.  And when
 6      you open an account, it has to be in the legal
 7      name, because you have a tax ID number, and the
 8      tax ID number has to match with the name on the
 9      account, and -- otherwise, the bank won't open
10      the account.
11                   So it just seems -- that strikes
12      me as odd.
13           Q.    Okay.  Understood.
14           A.    Well, that's a really open-ended
15      question.  I'm not used to such open-ended
16      questions.
17                   And that's the question
18      specifically relating to my account with Madoff,
19      right, your question --
20           Q.    Correct.
21           A.    -- versus in general?
22                   Okay.
23                   I don't -- I don't think so.
24           Q.    Okay.
25                   MR. SHAPIRO:  Okay.  I think --
```

Picard v Ferber                          Robert Ferber 6/20/2017

```
                                                        Page 93
 1               I think that -- that concludes.
 2                    THE WITNESS:  Oh.  We're done
 3          done?
 4                    MR. SHAPIRO:  I think we're done
 5          done.
 6                    THE VIDEOGRAPHER:  Okay.  This
 7          concludes the video deposition of
 8          Robert Ferber.
 9                    MR. SHAPIRO:  Wait, sorry.
10                    Jennifer, did you have
11          anything?
12                    MS. ALLIM:  No.  I just -- I
13          want to reserve our right to review the
14          transcript and issue a statement of
15          changes --
16                    THE COURT REPORTER:  I'm sorry?
17                    The connection is terrible
18          here.
19                    MS. ALLIM:  -- reserve our right
20          to review the transcript and issue a
21          statement of changes if it is deemed
22          necessary.
23                    THE WITNESS:  She's just saying
24          to review the transcript; is that
25          right?
```

Picard v Ferber                    Robert Ferber 6/20/2017

                                                        Page 94

1                      MR. SHAPIRO:  Yeah, and make a

2            statement of changes --

3                      MS. ALLIM:  Yeah.

4                      MR. SHAPIRO:  -- if necessary.

5                      MS. ALLIM:  Yes.

6                      MR. SHAPIRO:  Okay.

7                      THE VIDEOGRAPHER:  This

8            concludes the video deposition of

9            Robert Ferber.  The time now is

10           11:42 a.m.

11

12                          -  -  -

13                    (Witness excused.)

14                          -  -  -

15           (Deposition concluded at 11:42 a.m.)

16

17

18

19

20

21

22

23

24

25

Picard v Ferber                          Robert Ferber 6/20/2017

```
 1              C E R T I F I C A T E

 2   COUNTY OF PRINCE GEORGE'S:

 3   STATE OF MARYLAND:

 4              I, Cindy L. Sebo, a Notary Public

 5   within and for the Jurisdiction aforesaid, do

 6   hereby certify that the foregoing deposition of

 7   ROBERT FERBER, was taken before me, pursuant

 8   to notice, at the time and place indicated; that

 9   said deponent was by me duly sworn to tell the

10   truth, the whole truth, and nothing but the truth;

11   that the testimony of said deponent was correctly

12   recorded in machine shorthand by me and thereafter

13   transcribed under my supervision with

14   computer-aided transcription; that the deposition

15   is a true record of the testimony given by the

16   witness; and that I am neither of counsel nor

17   kin to any party in said action, nor interested

18   in the outcome thereof.

19

20

21   _____

22        Cindy L. Sebo, RMR, CRR, RPR, CSR,

23           CCR, CLR, RSA, LiveDeposition

24        Authorized Reporter and Notary Public

25
```

Picard v Ferber                    Robert Ferber 6/20/2017

Page 96

 1                 INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4    carefully and make any necessary corrections.  You

 5    should state the reason in the appropriate space on

 6    the errata sheet for any corrections that are made.

 7              After doing so, please sign the errata

 8    sheet and date it.

 9              You are signing same subject to the

10    changes you have noted on the errata sheet, which will

11    be attached to your deposition.

12              It is imperative that you return the

13    original errata sheet to the deposing attorney within

14    thirty (30) days of receipt of the deposition

15    transcript by you.  If you fail to do so, the

16    deposition transcript may be deemed to be accurate and

17    may be used in court.

18

19

20

21

22

23

24

25

Picard v Ferber                          Robert Ferber 6/20/2017

Page 97

```
 1                    E R R A T A
 2    PAGE  LINE  CHANGE
 3    _____ _____ _____
 4    Reason For
      Change: _____
 5
      PAGE  LINE  CHANGE
 6
 7    _____ _____ _____
      Reason For
 8    Change: _____
 9    PAGE  LINE  CHANGE
10    _____ _____ _____
11    Reason For
      Change: _____
12
      PAGE  LINE  CHANGE
13
14    _____ _____ _____
      Reason For
15    Change: _____
16    PAGE  LINE  CHANGE
17    _____ _____ _____
18    Reason For
      Change: _____
19
      PAGE  LINE  CHANGE
20
21    _____ _____ _____
      Reason For
22    Change: _____
      PAGE  LINE  CHANGE
23
24    _____ _____ _____
      Reason For
25    Change: _____
```

Picard v Ferber                          Robert Ferber 6/20/2017

Page 98

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3          I, _____, do

 4   hereby certify that I have read the foregoing

 5   pages, 1 to 94, and that the same is a correct

 6   transcription of the answers given by me to the

 7   questions therein propounded, except for the

 8   corrections or changes in form or substance, if

 9   any, noted in the attached errata sheet.

10

11

12   _____      _____

13    DATE                    SIGNATURE

14

15

16

17   Subscribed and sworn to before me

18   this _____ day of_____, 20_____.

19

20

21    My Commission expires:

22

23   _____

24   _____

25         Notary Public
```

Picard v Ferber                                    Robert Ferber 6/20/2017

## A

**a.m**
1:21 2:2 9:4,8 94:10,15
**ability**
16:24
**able**
17:10 64:24 69:20,21
71:21 72:8,20 87:12
**absent**
14:17
**acceptable**
11:17
**accepted**
38:17
**account**
5:14 12:24 18:12 26:13
27:7 29:5 30:20,20
35:4,12 36:3 42:21
45:8 47:23 48:2 49:20
49:21 50:8,11,12,12
52:4,9,17 53:24 54:2
54:23,23 63:1,18 64:1
64:3,16 66:6,8,8,13
66:17 68:9 69:6 72:11
77:17 87:13 88:18
89:1,23 90:11,16
91:14 92:6,9,10,18
**accountant**
18:4 32:24 33:5,11,11
53:5 58:24 60:11
**accounting**
62:3
**accounts**
42:3 64:25 65:25
**accredited**
88:17
**accurate**
24:13 96:16
**accurately**
12:2 16:25 17:13
**ACKNOWLEDGM...**
98:1
**acting**
69:11

**action**
95:17
**actions**
13:16
**actual**
26:22 64:24 72:8 87:2
87:13
**add**
30:19 66:6
**address**
20:14 88:19
**adds**
21:21
**adjustment**
58:15
**adjustments**
65:20
**Administrator**
2:21
**admit**
42:19 43:8 44:11
**Adv**
1:4,12
**adversary**
9:23 11:11
**adverse**
11:7
**advice**
61:18
**advisory**
24:2,7
**affect**
17:3
**affidavit**
18:4
**Affirmative**
5:12 55:7,22 62:17,17
**afford**
71:21
**aforesaid**
95:5
**ago**
15:8 16:9 23:22 49:17
**agreement**
4:13 27:6,10,18,24

28:14 50:6
**ahead**
25:20
**Allim**
3:9 10:13,13 42:23
43:3,6,18 44:3,9,25
45:12 67:12 93:12,19
94:3,5
**aloud**
13:12
**AMF00264912**
7:13 83:12,17
**AMF00264913**
6:17 78:23 79:5
**AMF00264926**
5:21 73:4,18
**AMF00264935**
4:14 27:25
**AMF00264937**
4:15 28:1
**amount**
54:13 62:8 68:10,10
76:25
**amounts**
32:14 69:6
**analysis**
58:25 61:22
**and/or**
58:14
**answer**
5:12 11:18,22 12:13,13
16:25 17:10,18 25:24
30:12 36:20 41:3
43:17,18 44:6,20
45:11 47:15,19,20
50:25 51:1 52:2 55:7
55:21 56:9,19 57:12
57:22 58:4 68:14
69:16,20,21 71:25
**answerable**
59:10 69:23
**answered**
67:13
**answering**
12:4,6 52:18 67:9

**answers**
11:16 98:6
**anybody**
29:12 30:5 54:21 56:4
**anymore**
49:2
**anyway**
41:3
**appealed**
26:1
**appear**
79:12
**appears**
28:12 72:10
**applicable**
47:25 66:17,18
**applies**
70:19
**appropriate**
96:5
**April**
7:7,7
**arguable**
68:8
**arguments**
67:24
**arm**
23:24
**article**
16:9
**articles**
16:6
**asked**
44:11,20 59:8 61:1
66:7,7 77:4
**asking**
11:12 12:4,16 17:20
**assist**
36:5
**associated**
23:17 53:2 87:2
**association**
9:11
**assume**
19:4 51:13 87:2

Picard v Ferber                    Robert Ferber 6/20/2017

**assumed**
26:24 35:13
**assuming**
66:3
**attached**
96:11 98:9
**attachments**
18:6
**attention**
30:6
**attic**
37:16 41:6,7
**attorney**
18:6 19:12,16 32:22
36:7 59:21 96:13
**attorneys**
10:2
**August**
56:2
**authorities**
53:11,16 58:20 71:5,8
71:17
**Authorized**
1:25 2:21 95:24
**Avenue**
2:11 3:10 9:16
**aware**
32:19,21 34:14 49:11
49:14 61:15 68:2 72:4
72:14 90:15,17

**B**

**B**
3:3 4:9 5:2 6:2 7:2 8:2
64:11 72:3
**ba**
59:13,13,14,14,14
**Bachelor's**
20:20,25
**back**
23:12 40:10 49:9,23
50:11 52:1 62:4 73:13
87:21
**background**
31:2

**backup**
72:20
**Baker**
3:4 10:11
**BakerHostetler**
10:8
**balance**
32:15 68:9
**balancing-type**
51:19
**Baltimore**
16:16
**bank**
41:25 42:12 87:13,21
92:9
**banker**
53:5
**Bankruptcy**
1:1 9:21
**Banks**
88:25
**barred**
65:17
**based**
35:25 53:12 58:22 65:7
65:8 67:22
**basic**
27:5
**basically**
15:10 32:20 48:11 50:7
57:16 66:5 76:21
**basis**
43:5 67:5,23 71:15
**Bates**
4:13,16 5:15,20 6:7,11
6:16,19 7:8,12,16,20
8:7,10 14:8 27:24
37:21 63:19 73:3,17
74:24 77:11 78:22
79:4 80:1,23 83:11,17
84:10,17 85:7,13 86:8
88:2,9
**Becker**
60:8 61:11
**Beckerlegge**

3:3 10:10,11 11:9
**began**
13:7
**believe**
29:23 35:11 36:8 47:13
57:15
**Bendish**
9:11
**beneficiary**
89:4 90:2,3
**benefit**
47:23 52:3 89:2
**benefited**
53:11
**Bernard**
1:6,9,12 12:17,19
24:16 26:7 76:4 88:16
89:5 90:2 92:2
**Bernie**
9:19 23:7,18
**best**
11:15 12:5 44:21
**big**
33:4
**birth**
20:11
**bit**
23:21
**BL-**
26:5
**blah**
72:12,12,12
**BLMIS**
5:14 12:18,24 23:5,7
23:15 25:10 26:5 27:2
29:4,11 31:12 34:4,6
34:15,20 35:22 36:3
42:21 45:8 47:22 48:5
49:4 51:6 54:2 58:18
58:23 63:1,18 64:1
66:7 69:6 72:11 78:12
86:1 90:16 91:14
**blue-chip**
25:13
**blurb**

16:11 69:4
**bottom**
58:7 69:25
**bound**
14:20
**box**
43:13
**break**
12:7,10
**bring**
30:7
**broadcasts**
16:6
**broken**
62:1
**broker**
24:12,13
**brokerage**
24:16 35:11 41:25 68:9
77:17
**bullet**
56:24 58:2
**bunch**
89:1,23
**business**
14:1,3 23:20 24:2,7
92:5

**C**

**C**
3:1 9:1 95:1,1
**calculable**
47:24
**calculate**
60:25 62:8
**calculated**
62:21
**calculations**
67:6
**call**
23:1 24:18 29:6 57:18
62:6,12
**called**
16:3 18:4 50:2 55:21
**cancelled**

BENDISH REPORTING
877.404.2193

Picard v Ferber                               Robert Ferber 6/20/2017

42:4 52:22 65:8 76:14
82:10,11
**capital**
48:1 53:12
**caption**
9:17
**captioned**
11:8
**Car**
22:15
**carefully**
96:4
**CarFinance.com**
22:18
**CargoTel**
21:17 22:12,23 23:1
**case**
9:17 13:3 16:3 18:16
18:20 19:9,10 56:10
59:16 61:22 64:12
**CCR**
1:25 95:23
**certain**
12:11 13:5 30:18 52:25
54:19 81:23 82:2
**certainly**
28:12 60:6,17
**certificates**
21:11
**Certified**
2:17,19,19,20
**certify**
95:6 98:4
**Chaitman**
3:9 10:14
**Change**
97:2,4,5,8,9,11,12,15
97:16,18,19,22,22,25
**changes**
93:15,21 94:2 96:10
98:8
**charging**
62:22
**Charles**
60:8

**Chase**
88:25 89:23
**check**
6:6,18 7:15 8:6,9 35:14
51:6,10 52:25 64:22
64:23 66:11 74:23
75:22 76:14,15 80:1
84:10 86:8,23 88:2,16
88:18
**checks**
42:4 52:22 64:24 65:9
92:1,4
**Chuck**
62:7
**Cindy**
1:24 2:16 10:17 95:4
95:22
**Circle**
20:15
**claim**
4:16 36:2,6,13,14,23
36:24 37:4,21 38:9,14
38:19
**claims**
65:17
**clawed**
50:11
**clear**
43:14
**cleared**
64:24
**client**
61:16 88:23
**close**
49:20 50:17
**closed**
49:21 50:13
**CLR**
1:25 95:23
**colleague**
11:9
**COMAD**
33:25 34:1
**come**
31:18 54:24

**commission**
34:15 98:21
**communicate**
29:3,11 36:17,22
**communicated**
30:3,18
**communicating**
79:16
**communication**
30:15,21 31:7,7 40:11
40:15 57:14,15
**company**
15:12 21:24 22:4 23:11
23:18 24:8 25:5
**compelled**
68:24 69:13 71:3,7,10
71:16
**complaint**
64:12
**computer**
18:2
**computer-aided**
95:14
**computers**
61:25
**concentrate**
50:22
**concentration**
51:18
**concluded**
94:15
**concludes**
93:1,7 94:8
**conference**
14:14
**confidential**
13:18,20,23,25 14:6,8
14:11,16,24,24
**confidentiality**
13:4
**confirm**
13:8 57:21
**confirmation**
31:18
**confirmations**

**32:4 37:14**
**connection**
15:23 93:17
**consent**
14:17
**Consolidated**
1:7
**contact**
35:21
**contend**
63:1 64:19 65:22
**content**
27:9
**contention**
65:7
**continue**
71:21
**Continued**
5:2 6:2 7:2 8:2
**contract**
70:6
**convenience**
12:19
**conversation**
26:7 50:23
**conversations**
61:14
**copies**
32:17,24,25
**copy**
6:6,18 7:15 13:6 14:19
28:18 64:8 74:23
76:20 80:1 84:10
**Corporation**
1:3 9:19
**correct**
17:14 45:13 51:7,8
57:23 72:10,17 76:14
89:13 92:20 98:5
**corrections**
96:4,6 98:8
**correctly**
95:11
**correlation**
54:16

Picard v Ferber                                    Robert Ferber 6/20/2017

Page 102

correspond
76:25 87:6,12 89:15
correspondence
31:23
corresponds
83:1
counsel
 11:2 12:11,12 13:6,17
  13:19 14:19,21 18:23
  18:24 28:23 33:13,15
  33:22 36:9,11,16,22
  40:7,16 43:16 44:5,11
  44:19 53:4 56:13 57:5
  57:6,10 60:2 61:6,12
  64:9 76:18 91:2,10,18
  95:16
COUNTY
95:2
couple
22:17 78:14
course
29:10 33:10 56:14
court
 1:1 2:19 9:22 10:16
  11:21 14:14,17 42:25
  77:6 93:16 96:17
created
90:6
credit
65:18,23 66:20 72:1
credited
72:5 86:23,23
CRR
1:24 95:22
CSR
1:24 95:22
current
22:20,20
currently
21:13
customer
 4:13,16 27:24 28:14
  37:13,21 38:9

———————— D ————————

D
4:2 9:1
daily
31:19
date
 14:7 20:11 21:4 28:3
  38:1 39:10 41:2 46:1
  46:24 48:20 55:10
  61:2 63:21 73:6 74:3
  75:2 76:25 77:14 79:1
  80:5 81:1 82:10,12,12
  82:14 83:1,3,14 84:14
  85:10 86:11 88:6 96:8
  98:13
dates
50:24 78:13
Davis
10:14
day
34:21,22 98:18
day-to-day
22:21,24
days
 14:1,1,3 78:14 81:24
  96:14
de
71:15
Debtor
1:10
December
 5:19 6:10,10 42:2,2,22
  43:9,10 44:16,16 45:9
  45:9 73:19 74:10
  75:18 79:14
decide
25:10
Declined
38:18
deemed
93:21 96:16
Defendant
 1:7,16 4:21 5:6 39:6
  40:4 45:20 46:13 58:8
  58:15 62:22 71:2,3
Defendant's

62:22
Defense
62:17 65:14
Defenses
5:13 55:8,22
define
68:8
degree
20:20,22,25
degrees
21:11
denied
38:17
Dep-
90:17
deponent
14:5 95:9,11 98:1
deposed
15:5
deposing
96:13
deposit
77:25 78:6 81:15 85:21
  87:3
deposited
12:23 75:13,24
depositing
80:12
deposition
 1:19 2:5 4:11 5:4 6:4
  7:4 8:4 9:12 10:25
  11:7 12:15 13:15 14:2
  14:4,7,13,21 17:6,16
  19:19,24 27:23 37:20
  39:4 45:19 46:21 55:6
  63:17 73:2 74:22 77:9
  78:21 79:25 80:21
  83:10 84:9 85:5 86:7
  88:1 93:7 94:8,15
  95:6,14 96:3,11,14,16
deposits
 18:3 29:13,15 30:19
  31:9,14 42:10,20 43:9
  44:12,14 45:7 52:17
  52:20 64:15 72:2,4,6

72:9,15 87:16 90:15
  90:18,25 91:19
describe
86:20 88:15,21 89:20
DESCRIPTION
4:12 5:5 6:5 7:5 8:5
designate
14:22
determine
52:19
different
24:20 33:3 67:24
difficult
23:17 68:1
dig
37:15
direct
30:5
directing
43:17
directly
51:20,21
directs
12:13
disclose
13:20 14:6,16
disclosed
14:9
disclosure
14:10
discovery
73:21,21 80:15 84:1
discussed
90:14 91:13
discussion
61:24
discussions
26:18 61:10,20
disheartening
50:14
dispute
42:9 44:14 45:14
disputing
45:7 67:5
distributed

Picard v Ferber                                    Robert Ferber 6/20/2017

51:12
**District**
1:1 9:22
**diversifying**
48:12
**division**
23:1
**document**
28:6,8 31:21 33:9 38:4
  38:8 39:14,23 40:7,13
  40:23 41:5,19 46:4,11
  55:14 56:23 57:3,11
  63:5 64:6,9 72:11,13
  73:10,18,23 74:11,15
  75:9 79:9 80:9,16
  81:10 85:15 86:14,16
  86:21 88:12 90:7
**documents**
4:24 13:5 17:22,24
  18:10,15,19 27:13
  31:11,17 33:10,14,16
  33:18 37:8,10,11 39:8
  40:5,19 41:5,12 57:21
  68:3 74:14 87:2
**doing**
60:15 61:18 65:4 87:15
  96:7
**dollar**
85:25
**dollars**
26:21 54:12
**double-whammied**
49:6
**doubt**
60:6
**drafting**
56:9,12
**drawn**
76:16
**duly**
10:21 95:9

---
E
---
**E**
3:1,1 4:2,9 5:2 6:2 7:2

8:2 9:1,1 95:1,1 97:1
**E-Loan**
22:3,14
**e-mail**
18:5 36:16 57:14 62:6
  62:6
**e-mailing**
40:10
**earlier**
60:18 71:9
**earned**
34:14
**easy**
67:25
**economics**
20:21
**editing**
56:9
**educational**
20:18
**effectively**
71:10
**effort**
13:22 23:3 36:1
**either**
12:23 71:20 90:20
**employed**
21:13
**encompassed**
18:5 59:13
**ended**
50:3
**engaged**
33:15
**entirely**
31:8,8
**Entitled**
58:8
**entity**
12:18
**entry**
91:23
**equitable**
58:14
**errata**

96:6,7,10,13 98:9
**ESQUIRE**
3:3,3,9
**evidence**
13:5 64:22,23 91:19
**EVRI**
22:15
**exact**
24:11 34:21 48:17,20
  60:16
**exactly**
25:8 42:17
**examination**
11:2 13:16 14:22
**examined**
10:22
**example**
54:18
**excuse**
16:20 29:2 57:21 60:20
**excused**
94:13
**Exhibit**
27:21,23 37:18,20 39:2
  39:4 45:17,19 46:18
  46:21 47:7 55:4,6
  63:15,17 64:11 72:3
  72:16,25 73:2 74:2,20
  74:22 77:1,5,9 78:19
  78:21 79:22,25 80:19
  80:21 82:6,7 83:8,10
  84:7,9 85:3,5 86:5,7
  87:24 88:1 89:16
**EXHIBITS**
4:12 5:5 6:5 7:5 8:5
**expenses**
48:2
**expert**
59:15,17,19,22
**expires**
98:21
**explain**
52:3
**eyes**
63:6

---
F
---
**F**
1:15 4:21 5:6 39:6 40:4
  45:20 46:13 64:3
  72:12 89:2,10 90:4
  95:1
**fact**
49:19 50:13
**facto**
71:15
**fail**
96:15
**failed**
66:20 72:1
**failure**
65:18
**familiar**
60:7
**far**
32:19
**fax**
29:24 30:3 79:18
**faxed**
29:25
**FBO**
90:4
**Fed**
88:25 89:22
**federal**
68:24 71:4,17
**fee**
34:15
**Ferber**
1:15,19 2:6 4:5,11,21
  5:4,18 6:4,15 7:4,11
  8:4 10:1,15,20 11:5,8
  20:7 27:23 37:20 39:4
  39:6 40:4 45:19 46:21
  55:6 63:17 64:4 72:12
  73:2 74:22 77:9 78:21
  79:25 80:21 83:10
  84:9 85:5 86:7 88:1
  89:2,10 90:4 93:8
  94:9 95:7

**Ferber's**
5:6 45:20 46:13
**fictitious**
58:16
**Fidelity**
6:9 7:6,18 77:10 80:22
  81:5 85:6
**FIFO**
67:22
**file**
33:6,7,8 36:2 59:2,3
**filed**
9:20 36:9
**filing**
36:6 38:14
**filled**
37:5
**finance**
20:21 31:2
**financial**
22:24
**find**
34:24
**fine**
89:25
**finish**
12:3,5,9 20:23
**finished**
47:1 65:12
**first**
4:22 5:8 10:21 13:7
  23:6,11,14 34:19 39:7
  40:4 45:22 46:14
  47:11 48:8 51:9 55:24
  62:10,11
**floor**
35:6
**FMR_SIPC_141105**
6:12 7:9 77:11 80:23
**FMR_SIPC_141109**
6:13 7:10 77:12 80:24
**FMR_SIPC_141402**
81:4
**FMR_SIPC_141494**
7:21

**FMR_SIPC_141497**
85:7,13
**FMR_SIPC_141499**
7:22 85:8
**focused**
22:25 24:10
**follow**
54:14
**followed**
62:6
**follows**
10:22
**foregoing**
95:6 98:4
**forever**
91:4
**forgotten**
62:12
**form**
37:5,6 43:6,20 44:4,10
  44:19 52:23 58:17
  98:8
**forth**
40:11
**Forty-three**
71:1
**forwarded**
32:22
**found**
34:25
**four**
13:25 14:1
**Foxwell**
1:19 2:5 4:5 10:20 20:7
**Franklin**
3:14 9:9
**frankly**
54:22 56:16
**fraud**
15:24 16:7 18:11 34:20
**fraudulently**
62:21
**full**
20:6 65:23
**fund**

47:22 48:6,23,25 49:2
  49:18 50:1,5
**funds**
70:5,7,9,16,18 71:16
  88:25 89:22
**futile**
36:1
**future**
50:16

---
### G
---

**G**
9:1
**gains**
48:2 53:13
**general**
31:15 36:16 92:21
**GEORGE'S**
95:2
**getting**
23:2 27:8 50:3 61:17
**give**
32:23
**given**
15:22 18:22,23 95:15
  98:6
**gives**
50:15
**giving**
61:17
**go**
25:20 37:16 49:9 56:14
  56:18 58:1 61:4 62:10
  65:14 89:24
**go-around**
62:11
**goes**
54:22
**going**
12:16 27:19,20 35:18
  35:19 37:17 38:20,25
  39:1 45:15 46:17 52:1
  52:1 54:23 55:3 58:5
  63:13 72:24 73:16
  77:3 78:18 86:4

**good**
11:5 44:2
**good-faith**
13:22
**gotten**
63:4,4,5 64:8
**governs**
13:3
**GPS**
15:18
**graduated**
21:5
**great**
25:15 68:22
**guess**
11:16 16:22 22:19 23:8
  23:23,24 24:18 25:11
  34:25 36:7 41:4 49:13
  62:4,14 72:3 73:12
  75:11 79:17 84:3 91:1

---
### H
---

**H**
1:11 3:2 4:9 5:2 6:2 7:2
  8:2
**halfway**
77:24 78:5 81:14
**happened**
49:21
**head**
11:24 35:20 48:21
**hear**
23:6 34:19
**heard**
11:9 23:12 24:17 33:25
  34:6 35:2
**heart**
35:9
**hedge**
24:20
**hedged**
25:12,14
**hedging**
24:21
**held**

Picard v Ferber                                    Robert Ferber 6/20/2017

Page 105

2:6 9:12
**Helen**
10:14
**helped**
18:10
**high**
20:18
**history**
20:18
**hold**
47:2,4 91:4
**holder**
47:23 52:4
**home**
20:14
**honest**
76:7
**Hostetler**
3:4 10:11
**Hum-um**
34:12

--- **I** ---

**ID**
92:7,8
**identification**
28:2 37:24 39:9 45:24
   46:23 55:9 63:20 73:5
   75:1 77:13 78:24 80:4
   80:25 83:13 84:13
   85:9 86:10 88:5
**identify**
10:3,5 40:19 47:16,19
   52:16,20 56:15 67:16
   67:19 71:6
**illegally**
69:11
**imagine**
40:8,9 78:13 91:2
**impair**
16:24
**imperative**
96:12
**imply**
51:23

**important**
76:16
**impression**
50:15
**include**
14:4
**included**
27:5
**including**
42:1,4
**income**
53:25 54:9 58:23 59:11
   59:12 62:2 71:12
**incoming/outgoing**
42:5
**Incorporated**
21:18 22:16
**indicated**
41:11 95:8
**indicating**
47:11 73:25 74:11
**indirect**
54:16
**indirectly**
47:21 48:5
**informal**
14:14
**information**
40:24 58:18 59:1 72:8
   90:4 91:12
**initial**
42:3 50:20
**instances**
14:2
**instructed**
30:5
**instructing**
88:24
**INSTRUCTIONS**
96:1
**insure**
35:12
**insured**
35:11
**intending**

13:20
**intends**
14:6
**intent**
13:23
**inter-account**
65:19,21,24 66:2
**interest**
42:12
**interested**
91:24 95:17
**Interrogatories**
5:9 45:23 46:15
**Interrogatory**
47:15 52:2,12 53:9
**interviewed**
15:23,25
**intrigued**
91:18
**introduced**
23:15 24:5,15,25 34:4
**invest**
25:10 51:17
**invested**
25:25 26:5 27:3 49:4,8
   51:5,8
**investing**
48:16
**investment**
1:6,12 6:9 7:6,18 9:20
   12:17 23:24 24:2,7
   25:12 26:10,19,20
   29:10 48:12 49:12
   50:20 77:10 80:22
   85:6 88:17 90:3
**investor**
1:2 9:18 24:8,25 25:5,7
   69:19
**involved**
15:11 56:8 66:12,14
**involvement**
23:13
**IRS**
53:18 54:6,25 58:17,19
   59:6 62:13

13:20
**Irving**
1:11 3:2 10:9
**issue**
93:14,20
**item**
32:10 58:3 59:11 76:16

--- **J** ---

**J**
90:2
**jallim@chaitmanllp....**
3:11
**Jennifer**
3:9 10:13 45:10 67:8
   93:10
**jog**
58:2
**joint**
37:14 59:2,4,4
**June**
1:21 2:1 9:4,7
**Jurisdiction**
95:5

--- **K** ---

**keep**
32:17
**kept**
54:8
**kin**
95:17
**kind**
35:8 44:1 91:15,18
**knew**
23:12,21 25:2
**know**
11:14,16,17 12:8,16
   13:10 16:12 17:19
   18:5,11,14,18,20 21:6
   23:10,19 24:9,19,21
   24:22,22 26:13,18,25
   27:7,13 29:12,16,20
   29:24 31:3,19,25,25
   32:14,15 33:6,16 34:8
   34:21 35:1,8,15,16,18

37:1,16 38:13,16
40:11,13,25,25 41:1,2
42:17,20 43:13 48:4,7
49:3,22 50:24,24,25
51:10,15 54:11,18
56:15,17,17,19,19,25
56:25 58:21,22 59:1,5
59:9,10 60:1,16,23
61:2,2,21 62:1,3,5,8
62:11,11 63:3 64:3,14
66:1,25,25 68:3,6,10
68:14,14 69:10,11,15
69:20 71:18,21,22
75:14,22 79:16 87:4,5
91:4,7,9,13 92:2

**knowledge**
44:21
**known**
20:8 60:12
**knows**
62:1

**L**

**L**
1:6,9,12,24 2:16 9:19
12:17,19 76:4 88:16
89:5 95:4,22
**large**
23:10
**laugh**
49:5
**Laughter**
38:24
**law**
2:6 70:5,8,17
**laws**
68:25 69:1,14,16,21
**learn**
24:6
**learned**
23:23
**left-pocket/right-poc...**
54:5
**legal**
69:9,18 92:3,5,6

**legally**
68:24 71:3,16
**legitimate**
42:12 74:16
**let's**
27:17 32:16 62:16
65:14 69:24 70:22
71:23 87:23
**letter**
5:18 6:15 7:11 29:24
29:25 30:3 60:24 73:3
78:22 83:11
**liability**
38:17 62:22 70:4,11,11
70:15
**liable**
71:2
**LIFO**
67:23
**light**
91:25
**line**
32:10 59:11 66:23 97:2
97:5,9,12,16,19,22
**lines**
30:1
**liquidated**
50:2
**Liquidation**
1:6,12
**listed**
77:1
**listen**
17:18
**lists**
64:15
**literally**
36:17 56:18
**litigation**
13:2,13 60:22 61:11,13
**little**
23:20 76:8 81:25
**LiveDeposition**
1:25 2:21 95:23
**LiveNote**

2:20
**living**
48:2 53:19
**LLC**
1:6,13 9:20
**LLP**
2:10 3:4,9 9:14 10:14
**local**
58:19
**location**
9:14
**long**
21:19,23 48:9 49:16
60:12,14 82:23
**look**
17:25 32:10 56:22,22
**looked**
18:19
**looking**
72:3 87:18
**looks**
28:13
**loss**
35:16,17
**low-risk**
24:18
**lower**
25:17
**lump**
33:4

**M**

**machine**
95:12
**MADC0114_00000002**
5:16 63:19
**Madoff**
1:6,9,12 5:18 9:19
12:17,20,21,21 15:24
16:6,12 18:11 23:7,18
24:16 26:7 27:15
49:13,22 51:18,21
53:13,24 54:9,12
58:19 59:13 60:17,25
61:16,16 62:1,5 65:25

66:13 76:4 88:17 89:5
90:2 91:20 92:18
**MADWAA00141126**
6:7 74:24
**MADWAA00141127**
6:8 74:25
**MADWAA00266636**
6:19 79:23 80:2
**MADWAA00266637**
6:20 80:3
**MADWAA00284983**
7:16 84:11,17
**MADWAA00284984**
7:17 84:12
**mail**
31:18
**management**
22:25
**March**
6:16 8:6
**marginally**
18:13
**mark**
87:24
**marked**
27:20 28:1 37:18,23
39:1,9 45:16,23 46:18
46:22 55:4,8 63:14,20
72:25 73:4 74:20,25
77:4,12 78:19,23
79:22 80:3,19,24 83:8
83:12 84:12 85:8 86:5
86:9 87:9 88:4
**market**
25:16 48:25 49:17,25
50:1,5
**market-maker**
23:19
**market-making**
23:11
**Maryland**
1:20 2:12,23 9:3,16
20:15 95:3
**Master's**
20:22

Picard v Ferber                    Robert Ferber 6/20/2017

**match**
92:8
**material**
13:18,21,23,25 14:7,9
  14:11,16,24 39:16
  46:6 55:16 63:25
  70:13 75:6 79:7 81:21
  82:18 84:19
**materials**
27:2
**math**
22:13
**matter**
35:9 59:24 69:8 70:5
  70:16
**MBA**
20:22
**McLean**
2:10 9:14
**mean**
16:1 17:18 18:21 19:8
  24:1 25:22 29:9 31:13
  31:24 32:5 35:8 36:21
  38:15 39:18,19 41:15
  48:12 50:17 52:21
  56:11,12 59:19 61:15
  61:24 63:4 66:16,22
  66:24 67:9,22,23
  69:10 70:14 71:9,19
  73:12 75:13 82:11
  87:1,14,15 88:13 91:3
  91:17,21 92:2,4
**meaningful**
87:19,20
**means**
40:10 42:18 48:6 52:4
  52:7 56:17 66:4 67:3
  70:20
**meant**
57:1
**medication**
16:24 17:2
**meet**
27:14
**memory**

17:3 18:2 58:2
**mentioned**
24:9 27:17
**Merit**
2:17
**Michael**
25:1
**Mike**
34:4
**million**
26:21 78:1 81:15 85:24
**million-dollar**
78:11,11 81:18
**mind**
20:4
**mine**
61:3
**minimum**
26:19
**misleading**
23:21 51:23
**money**
12:22 25:16 30:19,20
  48:11 49:18,23 50:5,7
  50:8,11 51:14 54:7
  58:22 65:1 66:8 71:13
**monies**
51:16,20 54:10,23
**month**
21:7
**monthly**
31:1,20 32:7 42:4
**morning**
11:5
**mortgage**
22:4
**move**
23:4
**moved**
20:22
**Mueller**
2:10 9:13
**MWPTAP00509210**
4:17 37:22
**MWPTAP00509222**

4:18 37:23

---
**N**
---
**N**
3:1 4:2 9:1
**name**
9:9,25 11:6 14:5 20:6
  22:17 23:12 30:9,10
  39:23 46:11 49:1,2
  52:9 75:25 76:3 86:24
  88:18 92:1,3,5,7,8
**names**
20:9 24:11
**nature**
30:15
**nec-**
54:10
**necessary**
93:22 94:4 96:4
**necessitate**
54:11
**need**
11:22 12:7 13:11 41:16
  54:9 60:25 62:8 69:20
  79:17 87:14,16
**needed**
41:6
**neither**
95:16
**net**
35:18
**neutral**
48:25 49:18,25 50:1,5
**never**
20:4 30:22 49:23 64:22
  64:23 68:13
**New**
1:1 3:5,5,10,10 9:22
  20:22 23:9
**news**
34:23 35:2,25
**nod**
11:24
**Notary**
2:22 95:4,24 98:25

**note**
28:25 79:18
**noted**
96:10 98:9
**notice**
2:16 13:22 14:3,4
  49:19 50:13 95:8
**noticing**
13:21 14:5,12,15
**notification**
88:23
**notify**
14:12
**November**
8:9
**number**
4:13,16,20 5:6,10,12
  5:14,18 6:6,6,9,15,18
  6:18 7:6,11,15,15,18
  8:6,9 9:23 26:22
  27:23 37:20 39:2,4
  41:19 45:17,19 46:19
  46:21 47:7,15 52:2,12
  55:6 59:12,13 63:17
  64:2,3 65:14 67:11
  72:12 73:2,17 74:22
  74:23 77:9 78:21 79:4
  79:22,25 80:21 83:10
  83:17 84:9,17 85:5,13
  86:7 88:1,9 89:1 92:7
  92:8
**numbers**
49:10 89:23
**NYC**
89:23

---
**O**
---
**O**
9:1
**oath**
17:6
**object**
12:11 43:12
**objected**
44:10,18

Picard v Ferber                    Robert Ferber 6/20/2017

Page 108

**objecting**
43:19 44:3
**objection**
42:23,24 43:2,3,5,6
67:12
**Objections**
4:20 5:7 39:5 40:3
45:21 46:14
**objects**
14:10
**obvious**
35:25
**obviously**
24:21 33:7 54:6,8 56:6
56:14 61:16 75:24
79:18 90:9 91:17,22
**occurred**
55:1
**October**
7:19,19
**odd**
75:25 76:2 82:1,23
92:12
**offer**
90:24
**office**
9:13
**offices**
2:6
**oh**
19:11 24:9 31:16 37:9
38:18 40:2 41:24 42:8
54:11 68:21 74:11
76:12 77:7 78:6 82:22
86:22 89:7,9 93:2
**okay**
10:7 11:19 13:11 14:25
15:4,11,14,19 16:10
16:14,23,23 17:21
18:7,9,14 19:1,3,5,13
19:15 20:3,5,24 21:3
21:8 22:1,8,14,19
23:4 24:1,24 25:9,23
26:17 27:11 28:13,24
28:24 29:1,19 30:2,11

30:14,22 31:16 32:6
32:12,17 33:19 34:3,8
34:18,18 35:21,24
36:10,21 37:3 38:10
39:13,22 40:6,14,18
41:9,17,18 42:6,16,18
43:8 44:9,24 45:11
47:5,9,14 48:4,15,19
48:22 49:3,7 51:3
52:1,8,11 53:3,20
54:1,17 55:2,13,23
56:4,8 57:9,20 58:6
58:21 59:2 60:1,7
62:16 63:11,12 64:10
65:3,5,11 66:19 67:1
67:4,16 68:2,16,21
69:1,12,22,24 70:22
71:6,23 72:14,18,24
74:3,18 75:23 76:17
76:23 77:21,21 78:7
78:17 79:13,20 80:13
82:4,6,16,23 84:5
85:18 86:3,3 87:11
88:14,20 89:3,9,12,18
90:1,5,13,13,19,22
91:5,11 92:13,22,24
92:25 93:6 94:6
**once**
29:24 35:2 45:3
**ones**
72:20
**online**
22:4
**open**
26:13 92:6,9
**open-ended**
91:15 92:14,15
**operation**
23:22
**operational**
26:9
**order**
12:1 13:3,4,6,9,14
14:17,20,21 71:8
**original**

96:13
**originator**
89:8
**outcome**
95:18
**outlined**
42:11
**oversee**
22:23

---

**P**

**P**
3:1,1 9:1
**package**
27:5
**packaged**
41:7
**page**
4:4,12 5:5 6:5 7:5 8:5
38:10 40:1 41:21
52:15 58:7 62:18
69:25 70:22 77:22
81:13 85:18,21 88:21
89:19 90:5,6 97:2,5,9
97:12,16,19,22
**pages**
98:5
**paid**
53:12,21,24 58:22 59:6
60:25
**paper**
35:1,1 86:22 87:5,18
87:19
**paperless**
38:23
**papers**
16:16
**paragraph**
58:7 65:16 68:17 70:23
**Pardon**
42:25
**Park**
3:10
**part**
27:10 30:25 35:16,17

36:24 43:25 50:23
65:18 84:4
**particular**
58:3 59:9,11
**particular's**
30:6
**particularly**
91:25
**parties**
10:4
**party**
13:20,21,24,24 14:6,10
14:11,12,15,18 42:13
44:13 48:3 70:7,10
95:17
**Pascali**
6:15 7:11
**Pascucci**
25:1 34:4
**patent**
15:9,18
**pay**
47:25 50:9 54:10,12,20
58:16 59:11,12 69:8
71:8,22
**paying**
54:3,8 71:12,14
**payment**
54:7,25
**payments**
54:6
**peace**
91:4
**pending**
12:9
**Pennsylvania**
2:11 9:15
**people**
10:5 24:19
**people's**
50:8
**percent**
49:13
**perfectly**
11:17

Picard v Ferber                              Robert Ferber 6/20/2017

**period**
42:1,10,13,21 44:15
   45:8 50:2 82:23
**permitted**
14:15
**person**
12:20
**personal**
32:18
**personally**
19:9 59:6 76:6
**pertained**
48:8
**Peter**
3:3 10:8 11:6
**philosophy**
26:10 31:3
**phone**
11:10 29:22,23
**phrased**
43:20 44:5 45:11
**Picard**
1:11 3:2 10:9 11:8
**picked**
35:5
**piece**
86:22 87:5,18,18
**place**
95:8
**Plaintiff**
1:4,13
**plan**
90:23
**Plaza**
3:4
**please**
11:14,16,23 12:8 20:5
   20:17 41:18 47:14
   52:3,11 87:24 96:3,7
**point**
63:10 67:11 71:12
**points**
56:24 58:2
**portfolio**
25:13 51:19

**portion**
54:19 70:6,9,18
**portions**
14:23
**position**
21:15,20 22:2,5,20
**postage**
82:20
**Potentially**
76:9
**practical**
69:8
**prepare**
17:16 33:11 37:4
**preparing**
61:21
**present**
3:13 61:12
**president**
21:17 22:7
**pretty**
23:10 36:8 37:6
**previous**
90:6
**primary**
31:17
**PRINCE**
95:2
**principal**
68:13
**prior**
14:1,3,12 23:12
**Pro**
1:4,12
**probably**
28:8 32:1 34:22 49:11
   51:12 60:16,18 82:5
**problem**
67:8
**proceed**
44:6
**proceeding**
9:23 11:8,11
**produce**
33:18 41:6

**produced**
18:16,20,21,25 28:22
   41:12,14,15 42:15
   73:19 74:9 75:18
   79:13
**producing**
13:24 14:9,11,18
**Production**
4:23 39:8 40:5
**products**
22:17
**Professional**
2:18
**profit**
65:19 66:20 67:17,20
   67:22 68:4,4,7,12
**profits**
58:16 61:1
**proof**
62:24 63:2,4,7 64:20
**properly**
65:18 66:20 72:1
**propounded**
98:7
**proprietorship**
76:10
**protect**
13:4
**Protection**
1:2 9:18
**protective**
13:2,9,13
**provide**
13:22 14:2
**provided**
13:5,17 14:19 39:16
   46:6 55:16 63:25
   70:13 75:6 79:7 81:21
   82:18 84:19
**providing**
13:17 40:21
**Prudential**
88:24 90:8
**pshapiro@bakerlaw....**
3:6

**Public**
2:22 95:4,24 98:25
**publication**
16:15
**pull**
18:1
**pulling**
86:19
**purchases**
24:22
**purpose**
13:3 56:25
**purposes**
54:2
**pursuant**
2:16 13:19 95:7
**put**
32:16 63:8
**puts**
24:22

---
**Q**
---
**question**
11:13 12:4,6,9,14
   25:24 30:13 31:5,9
   41:3 43:19,20,21 44:4
   44:5,11,19,20 45:1
   56:20 58:4 59:10 67:9
   67:13,25 68:15 69:16
   91:15 92:15,17,19
**questions**
11:13,22 12:12,16 15:2
   16:25 17:10,19,19
   92:16 98:7
**quick**
79:18
**quite**
30:18
**quoted**
16:5

---
**R**
---
**R**
3:1 9:1 95:1 97:1,1
**radicated**

Picard v Ferber                    Robert Ferber 6/20/2017

Page 110

42:14
**range**
14:8
**rbeckerlegge@baker...**
3:6
**reached**
50:6
**read**
13:12 39:22 41:18 42:6
46:10,10 47:14 56:23
58:12 64:2 65:15
68:19 70:2,24 73:17
96:3 98:4
**reading**
35:1 56:16 66:24 67:3
**Real-Time**
2:17,20
**really**
17:17 23:21 24:10 29:7
35:6 40:12 41:16
43:13 50:24 53:1
56:17,24 57:1 61:14
63:4 68:13 70:20
87:19 92:14
**reason**
17:9 96:5 97:4,7,11,14
97:18,21,24
**reasons**
47:16,20
**recall**
15:16 22:9 26:14,15,17
26:21,23 30:4 31:6
36:10 37:3 40:12,14
47:9 49:7,15 51:11
55:23 56:1,3 57:9,25
67:2,10,14 69:4 77:20
78:10 79:11,15 80:13
80:17 81:12,17 83:24
85:17
**receipt**
96:14
**receive**
27:1 31:12 65:23
**received**
42:3 52:24 77:25 78:6

81:15 85:22
**receiving**
52:25
**recipient**
70:5,16
**recognize**
39:13 46:4 55:13 64:6
88:12
**recollection**
18:10
**record**
9:7 20:6,13 39:23
46:11 73:18 95:15
**recorded**
95:12
**records**
32:18 42:1,5,12,14,14
51:13 53:1
**recoupment**
58:14
**recover**
68:24
**recoveries**
50:16
**redistribution**
51:19
**refer**
12:18,20
**referred**
24:19
**referring**
12:22 28:9,15 29:7
34:15 48:13 69:2
73:24 74:1
**refresh**
18:10
**regarding**
11:7 16:6 22:19 36:13
36:14,23,24 40:7 57:3
61:11 64:17 90:24
91:13
**Registered**
2:17,18
**Reid**
2:10 9:14

**reinvested**
47:21 48:5
**relates**
13:25
**relating**
14:23 15:9 19:8,10,18
19:23 31:13 61:15
92:18
**relevance**
21:12
**religiously**
32:11
**remember**
15:7 16:14,19,21 21:4
26:8 27:8,8,9 28:9,10
29:16,16,17 30:9,10
30:13 31:10 39:18,20
40:13 46:8 48:9,10,22
49:1 52:5,23 55:18
56:16 57:14 66:23
74:13,16 75:19,21
79:16 84:3,4
**remembered**
52:25
**repeat**
11:15
**rephrase**
11:15 44:25
**Report**
6:9 7:6,18 77:10 80:22
85:6
**reported**
1:24 48:1 53:15 58:17
58:18
**reporter**
1:25 2:17,18,18,19,20
2:20,22 10:17 11:22
12:1 42:25 77:6 93:16
95:24
**Reporting**
9:11
**represent**
10:4,6,9 11:10
**request**
14:13 40:5 41:19 61:3

61:5,8 80:15 84:1,4
**requested**
51:6 78:12 81:19 85:25
**requests**
4:23 39:7 41:10 73:22
**required**
58:16 69:5 70:6,8,17
**requirement**
26:19
**requirements**
26:20
**research**
51:2 58:3
**reserve**
93:13,19
**respect**
35:3 51:3 60:22 62:25
**responded**
57:17 73:20 80:14
**responding**
42:13 44:13 48:3 56:13
83:25
**response**
12:9 41:11,20 42:7
44:13
**responses**
4:20 5:7 39:5 40:3,21
45:21 46:14 47:10
**responsibilities**
22:22
**responsive**
40:19
**result**
38:13
**retained**
59:15
**return**
25:15 33:12 96:12
**returns**
59:3,4 60:15 62:4
**review**
17:21 32:3,6 36:9 37:7
41:16 57:20 73:22,22
93:13,20,24
**reviewed**

Picard v Ferber                                    Robert Ferber 6/20/2017

18:1 32:8 36:8 80:14
80:16
**reviewing**
47:10 80:17 83:25
**reviews**
39:15 46:5 55:15 63:24
70:12 75:5 79:6 81:20
82:17 84:18
**revolved**
31:8
**Richard**
34:9,11
**right**
11:25 15:13 16:18 17:8
19:4,14 20:4 21:25
22:12 23:18 24:4,11
24:16 25:8,11 26:3
28:16 30:10 32:2,14
32:23 33:4,13,17,23
36:19 37:12,15 38:19
57:6 58:10 61:9,19,20
61:23 62:13 63:7
65:10 66:4,17 67:23
72:23 75:13 76:15
78:9,14 85:23 87:3,16
87:22,23 89:5,9,12,14
90:9,18,21 91:8,16
92:19 93:13,19,25
**RMR**
1:24 95:22
**Road**
20:15
**Rob**
11:9
**Robert**
1:15,19 2:5 4:5,21 5:6
10:1,15,20 20:7 39:6
40:4 45:20 46:13 64:3
72:12 89:2,10 90:4
93:8 94:9 95:7
**Robertson**
3:3 10:10
**Rockefellar**
3:4
**roughly**

22:13 83:1
**Royston**
2:10 9:13
**RPR**
1:24 95:22
**RSA**
1:25 95:23
**Rule**
13:16 14:22
**ruling**
62:13
**running**
23:2

─────── **S** ───────

**S**
3:1 4:9 5:2 6:2 7:2 8:2
9:1
**salary**
59:13
**saw**
40:23 55:24 56:1 86:18
**saying**
41:1 56:16 70:15 72:19
74:15,16 93:23
**says**
44:13 76:4 77:25 81:15
85:21 86:23
**scenario**
35:13 50:4
**school**
20:19
**sea**
74:14
**search**
33:14,16
**Sears**
3:14 9:9
**season**
33:6
**Sebo**
1:24 2:16 10:17 95:4
95:22
**second**
40:1

**section**
13:12,13
**securities**
1:2,6,12 5:19 9:18,20
12:17 68:25 69:14,16
76:5 88:17,24 90:8
**security**
69:21
**see**
11:20 23:16 38:18 41:9
50:21 64:24,25 65:1
66:15 70:19 72:8,10
72:20 77:24 78:8 82:9
87:1
**seeing**
39:20 50:16 74:13
75:20 91:24
**seeks**
68:23
**seen**
28:6 38:4 56:6 64:21
64:22,23 65:8 73:10
75:9 77:19 79:9 80:9
81:8,10 83:20 84:22
85:15 86:16
**send**
33:9 36:16 63:9 79:17
86:19 88:25
**Senior**
22:7
**sent**
32:20,20 37:11 40:23
41:8 62:5 79:19 89:22
**sentence**
52:6 69:19
**September**
7:12
**series**
11:12
**Set**
4:22 5:8 39:7 40:5
45:22 46:14
**setoff**
58:9
**Shapiro**

3:3 4:6 10:7,8 11:4,6
27:19 28:5 37:17 38:3
38:20,25 39:12,21
43:4,7,16,24 44:23
45:2,4,5,15 46:3,9,17
47:3 55:3,12,19 63:13
64:5 67:15 70:21
72:24 73:9 74:19 75:8
77:3,7,18 78:18 79:3
79:8,21 80:8,18 81:3
81:7 82:3,19 83:7,16
83:19 84:6,16,21 85:2
85:12,14 86:4,13,15
87:23 88:8,11 92:25
93:4,9 94:1,4,6
**share**
91:12
**sheet**
47:11 72:21 96:6,8,10
96:13 98:9
**short**
26:7
**short-term**
48:1 53:12
**shorthand**
2:19 95:12
**shortly**
40:24 65:4
**show**
54:18 56:5 82:7
**showing**
68:3 91:21
**sic**
42:14 90:3
**side**
91:20,21
**sign**
27:6 96:7
**signature**
28:11 38:11 47:7 73:13
75:12,15 76:14 79:12
80:11 83:22 84:25
98:13
**signed**
13:8 29:25

Picard v Ferber                                    Robert Ferber 6/20/2017

| | | | |
|---|---|---|---|
| **signing** | **space** | **starting** | **Substantively** |
| 96:9 | 96:5 | 20:18 | 1:7 |
| **similar** | **speak** | **state** | **suit** |
| 62:10,14 | 19:15 26:4,8 27:14 | 2:23 20:6,17 21:1 | 15:10 |
| **simply** | 40:6 53:3,4 57:2,13 | 52:16 53:10,18 54:25 | **Sun** |
| 12:22 65:7 | 91:2,10,18 | 58:19 66:19 68:25 | 16:16,16,17 |
| **simultaneously** | **speaker** | 71:4,16 95:3 96:5 | **supervision** |
| 14:13 | 44:2 | **statement** | 95:13 |
| **single** | **speaking** | 5:14 18:3 24:14 31:20 | **supposed** |
| 59:3 | 36:18 40:10 | 32:7 63:18 81:6 83:5 | 35:12 43:11 68:19 |
| **SIPA** | **specific** | 93:14,21 94:2 | **sure** |
| 1:6 | 57:11 | **statements** | 30:9 32:13 36:8,19 |
| **SIPC** | **specifically** | 31:1 33:8 37:14 42:4 | 49:14 52:6 58:13 67:3 |
| 35:12,14 | 36:23 60:4 67:21 75:21 | 57:22 | 67:12 68:20 70:19 |
| **situation** | 92:18 | **states** | 76:7 |
| 62:7 | **specifics** | 1:1 9:21 62:20 71:25 | **swear** |
| **size** | 40:15 | **steps** | 10:17 |
| 55:18 | **spent** | 35:3,7 40:18,22 52:19 | **sworn** |
| **slips** | 23:3 | **stock** | 10:21 95:9 98:17 |
| 31:1,18 33:8 | **split** | 23:19,19 24:21 31:25 | **Systems** |
| **SMB** | 24:18 | 35:11 68:8 77:16 | 2:21 |
| 1:5,13 9:24 | **spoke** | **stocks** | |
| **society** | 36:11,15 57:10 | 25:13 | **T** |
| 38:23 | **spoken** | **straightforward** | **T** |
| **sole** | 19:5,6 | 37:6 | 4:9 5:2 6:2 7:2 8:2 95:1 |
| 76:10 | **spreadsheet** | **strategy** | 95:1 97:1 |
| **somebody's** | 63:5,7,9 72:11 | 26:1 30:23 | **take** |
| 92:1 | **Spring** | **strike** | 12:2,10 33:6 35:3,7 |
| **somewhat** | 34:9,11 | 24:19 76:1 | 40:19 52:18 54:7 |
| 62:14 | **stamped** | **strikes** | 68:10 71:7 |
| **sooner** | 4:14,17 5:15,20 6:7,11 | 92:11 | **taken** |
| 60:18 84:3 | 6:17,19 7:8,13,16,20 | **stuff** | 47:25 62:24 95:7 |
| **sorry** | 8:7,10 27:25 37:21 | 32:25 65:12 86:19 | **talked** |
| 9:15 18:17 25:20 28:17 | 63:19 73:3 74:24 | **subject** | 30:22 |
| 34:10 41:22,22 43:22 | 77:11 78:22 80:2,23 | 96:9 | **talking** |
| 44:7,9 48:24 67:18 | 82:13,14 83:11 84:7 | **subjects** | 12:19 19:18,21 47:17 |
| 73:24 74:7 79:4 93:9 | 84:10 85:7 86:8 88:2 | 15:17 | 60:21 74:6,8 |
| 93:16 | **stamps** | **subparagraph** | **tax** |
| **sort** | 82:21 | 13:19 | 31:20 33:5,8,10,12 |
| 22:21 24:17,23 56:23 | **standpoint** | **Subscribed** | 54:24 59:11,12 60:15 |
| 62:9 65:2 77:17 | 22:24,25 | 98:17 | 61:22 62:4 92:7,8 |
| **sounds** | **start** | **subsequently** | **taxes** |
| 67:25 | 12:4 27:6 60:21 | 50:12 | 48:1 53:12,24 54:3,8 |
| **Southern** | **started** | **substance** | 54:10,13,20 58:16,22 |
| 1:1 9:22 | 20:21 22:9 60:17 | 98:8 | 59:23 60:25 61:15,19 |

Picard v Ferber                                    Robert Ferber  6/20/2017

| | | | |
|---|---|---|---|
| 69:9 71:12,14,22 | **thereof** | **top** | 15:10 |
| **taxing** | 95:18 | 39:25 48:21 85:20 | **true** |
| 53:10,16 58:19 71:4,8 | **thing** | **total** | 42:19 43:8 45:6 95:15 |
| 71:17 | 24:23 49:22 51:19 54:5 | 19:22 31:14 36:12 | **trustee** |
| **technician** | 58:5 62:10 65:2 72:7 | 58:23 59:12,13 | 1:11 3:2 10:9,12 11:2 |
| 9:10 | 72:21 75:25 | **Towson** | 11:11 36:3 38:17 |
| **Technology** | **things** | 1:20 2:12 9:3,16 20:15 | 42:11 50:6,9 62:21,23 |
| 49:1 | 24:20 32:15 33:3 49:19 | 21:1,2 | 63:2 64:19 66:20 |
| **telephone** | 58:17 69:9 | **tracking** | 68:23 72:1,4 74:9 |
| 3:3,9 | **think** | 15:18 | 84:4 |
| **tell** | 16:8 26:8 27:4 30:8,8 | **trade** | **trustee's** |
| 17:17 50:14 95:9 | 30:21 34:2 39:18,25 | 23:19 | 4:22 5:8 39:7 40:4 |
| **telling** | 50:1,22 52:23 60:15 | **traded** | 41:10 45:22 46:14 |
| 33:4 | 62:9 76:15 89:4,6 | 22:16 | 64:11 65:17 67:5 |
| **Ten** | 91:25 92:23,25 93:1,4 | **trading** | 73:21 80:15 84:1 |
| 77:6 | **thinking** | 23:18,22 30:25 31:17 | **truth** |
| **term** | 82:20 | 33:7 | 50:15 95:10,10,10 |
| 12:21 68:7 | **third** | **transaction** | **truthfully** |
| **terms** | 70:7,9 | 87:21 89:16 | 17:11 |
| 29:12 61:21 | **thirty** | **transactions** | **try** |
| **terrible** | 96:14 | 87:9 90:14 | 35:21 |
| 93:17 | **thought** | **transcribed** | **Tuesday** |
| **terribly** | 68:13 | 11:21 95:13 | 1:21 2:1 9:4,7 |
| 44:2 | **Three** | **transcript** | **turn** |
| **test** | 41:25 42:9 | 14:23 93:14,20,24 | 52:11 53:8 58:6 62:16 |
| 15:19 | **threw** | 96:15,16 | 68:16 69:24 70:22 |
| **testified** | 32:1 | **transcription** | 71:23 77:21 81:13 |
| 10:22 15:17,20 90:23 | **time** | 95:14 98:6 | 85:18 89:19 |
| **testify** | 9:8 10:2 11:13 12:7 | **transfer** | **two** |
| 16:3 | 14:7 19:18 21:21 25:6 | 12:22 26:12 42:5 47:20 | 14:3 22:11 33:2 57:16 |
| **testimony** | 30:17 49:4,17 50:3 | 65:24 66:7 70:6,9,17 | 65:25 77:23 |
| 11:21 15:23 19:7 90:24 | 53:19 54:24 60:14 | 71:4,16 76:25 | **types** |
| 95:11,15 | 69:7 82:24 94:9 95:8 | **transfers** | 31:11 |
| **Texas** | **times** | 29:4 42:3 65:19,22 | **typical** |
| 48:1 | 29:17,21 36:11,22 37:1 | 66:2 67:17,19 68:4 | 69:19 |
| **Thank** | 40:16 57:16 | 71:7 90:25 | |
| 46:16 | **timing** | **Tremont** | |
| **Thanks** | 41:1 | 47:22 48:6,16 49:4,12 | **U** |
| 73:8 75:4 | **title** | 49:24 50:7,20,22 51:5 | |
| **theory** | 21:16 | 51:8,22 52:9 | **uh-huh** |
| 24:20 | **today** | **trial** | 38:12 62:19 73:15 |
| **thereabout** | 9:7 11:7 12:22 16:25 | 15:20 17:7 90:24 | 75:16 77:2,23 80:7 |
| 48:18 | 90:23 | **troll** | 82:8,25 83:6 |
| **thereabouts** | **today's** | 15:9 | **um-hum** |
| 21:22 | 17:16 19:6 | **trolling** | 12:25 23:14 28:16 29:9 |
| | | | 33:23 37:9 38:6 46:7 |
| | | | 46:12 47:18 52:14 |

Picard v Ferber                                    Robert Ferber 6/20/2017

53:14 57:4 59:18 60:9
63:23 64:8,13 68:18
70:1 71:24 75:7 78:9
81:8,9,16 83:18,21
84:20,23 85:19,23
86:25 88:10,22 90:12
**understand**
11:14 17:5 31:3 45:4
**understanding**
34:5
**Understood**
51:25 92:13
**unfortunately**
49:6
**United**
1:1 9:21,21
**University**
21:1,2
**use**
12:21 13:23

――――――― V ―――――――

**v**
1:5,14 11:8
**vaguely**
40:13
**verbal**
40:11 57:15
**verbally**
11:23
**verbatim**
81:4
**Verification**
5:10 46:22
**versus**
9:19 36:17 41:2 92:21
**vice**
22:7
**video**
9:10,10 93:7 94:8
**VIDEOGRAPHER**
3:14 9:6 10:16,24 93:6
94:7
**VIDEOTAPED**
1:19 2:5

**view**
51:20
**viewed**
24:11
**volatility**
25:17

――――――― W ―――――――

**W**
2:11
**wait**
12:3,5 93:9
**want**
28:25 51:17 58:12 82:7
89:24 91:12 93:13
**wanted**
49:20
**wasn't**
29:17 31:6 35:6 54:11
61:5,17,23
**way**
25:14 32:16 35:7 36:17
41:4 51:16,22 53:1
62:4 87:14
**we'll**
65:3,3
**we're**
93:2,4
**we've**
90:14
**week**
20:1
**weekly**
31:19
**weird**
76:8,11 91:25
**went**
41:7 51:14,20 57:17
81:25
**weren't**
69:13
**West**
9:15
**whoops**
55:21

**wife**
19:8
**wire**
8:6,9 42:5 52:24 64:22
64:25 66:14 86:8,24
87:13 88:2,16,18
**wish**
48:17 50:21
**withdraw**
30:20 49:18 50:4,10
54:9 67:20 69:5
**withdrawal**
18:3 29:14 48:8 51:4
54:19,22 68:7 78:12
81:18 85:25,25
**withdrawals**
29:12,15 30:19 31:9,13
42:10,20 43:9 44:12
44:15 45:7 47:21,24
47:25 53:11 54:1
62:23,25 64:15,18
65:19 66:21 67:17,20
68:5,23 71:3,11 72:22
87:15 90:18,19,25
**withdrawing**
54:12
**withdrew**
12:23
**witness**
3:8 4:4 9:25 10:15,18
13:15,18 14:17 38:22
39:15,17 43:1,17,22
44:7,22 45:3,10,13
46:5,7 47:1 55:15,17
59:23 63:23,24 64:1
67:7 70:12,14 73:8
75:4,5,7 77:16 79:6
80:7 81:5,20,22 82:17
83:18 84:18,20 88:10
93:2,23 94:13 95:16
96:1
**witness's**
13:17
**witnesses**
14:18

**wonder**
33:24
**word**
33:17
**work**
51:15,22
**worked**
23:9 31:4 34:6
**working**
30:23
**worst-case**
35:13 50:4
**wouldn't**
51:9,14 71:13,13,20,20
**write**
35:16 63:6
**writing**
14:12
**written**
16:12

――――――― X ―――――――

**X**
1:2,17 4:2,9 5:2 6:2 7:2
8:2 54:12,12 68:10

――――――― Y ―――――――

**Y**
68:10
**yeah**
15:15 16:8 17:23 19:25
21:9,25 23:16 27:4
29:14 30:8,12,17 33:1
36:7,25 37:9 38:6
39:17,17,19,24 41:22
41:24 43:18 44:3 45:3
45:12 46:7 47:8,13
48:9,25 49:2,6 52:21
55:17 56:7,11 57:4,12
57:12 59:4 60:9 64:8
65:10 66:5,23 67:7
68:20 70:3 71:15
73:15 75:11,16 77:2
78:7,9,13,16 80:11
82:15 83:21,21 84:23

Picard v Ferber                          Robert Ferber 6/20/2017

Page 115

85:1 86:18 89:12,14
94:1,3
**year**
48:9,17 53:15,22,23
58:15 60:16 73:13
74:5 78:8
**yearly**
31:20
**years**
15:8 16:9 21:21 22:11
23:12,22 53:20
**yesterday**
19:17 20:1
**York**
1:1 3:5,5,10,10 9:22
20:22 23:9
**you-all**
18:25 32:21,22 40:24
58:25

**Z**
**zeros**
89:1

**0**
**021-**
89:1
**08-01789**
1:5 9:24

**1**
**1**
4:13 5:19 6:10 7:7,19
13:19 27:21,24 41:10
78:1 81:15 98:5
**1,000,030.17**
78:2
**1,250,000**
86:24 89:22
**1,500,000**
85:22
**1.5**
85:24
**10**
6:9 41:10 77:7,10

**10-04562**
1:13
**10-04562_Ferber_00...**
8:11 88:3,9
**10-04562_Ferber_00...**
8:12 88:4
**10-04562_Ferber_00...**
8:8 86:9,14
**10(f)**
13:13
**10/2**
85:21
**10:01**
1:21 2:2 9:4,8
**100**
49:12,13
**10022**
3:10
**10111**
3:5
**102**
2:11 9:15
**1099**
58:17
**11**
4:6 6:15 43:9,10 78:19
78:22
**11:42**
94:10,15
**113263**
6:6 74:23
**11th**
42:2,22 44:16,16 45:9
45:9
**12**
6:18 79:22 80:1 82:7
**12/11**
77:25 78:2,8
**13**
7:6 80:19,22
**13th**
56:2
**14**
7:11 21:21,21 83:8,11
**15**

7:15 84:7,10
**16**
7:18 53:23 58:7 81:24
85:3,6
**17**
8:6,6,9 86:5,8
**18**
8:9 87:24 88:2
**1807**
20:15
**183386**
6:18 80:1
**1981**
21:6
**1990**
23:8
**1997**
23:25
**1998**
8:6,9
**1CM5**
13:1
**1CM524**
64:16

**2**
**2**
4:16 9:14 14:4 37:18
37:21 41:10,21 47:15
52:2
**20**
1:21 2:1 9:4 58:7 62:17
98:18
**2000**
5:20 6:10,11 48:10
73:13 74:3,5 78:8
**2000-**
16:22
**2001**
48:18
**2004**
13:16 14:22
**200467**
7:15
**2006**

42:2,22 43:10 44:16
45:9
**2007**
6:16 7:7,8 59:7
**2008**
7:12,19,20 43:10 44:17
45:9 49:20
**2009**
16:22 42:2
**2015**
56:2 73:19 74:10 75:18
79:14
**2017**
1:21 2:1 9:4,8
**20th**
9:8
**21**
89:2
**212.589.4200**
3:5
**21204**
2:12 9:16 20:16
**21st**
73:19 74:10 75:18
79:14
**27**
4:15 65:14 67:11
**29**
6:16 7:12

**3**
**3**
4:20 14:9 39:2,5 41:19
77:23 81:13
**30**
7:7 96:14
**31**
6:11 7:20
**31st**
42:2
**37**
4:18 68:17
**39**
4:24

Picard v Ferber                    Robert Ferber 6/20/2017

---

**4**

**4**
5:6 14:18 38:10 45:17
   45:20 52:12 77:22,23
   85:18
**4/16**
81:15
**4/17**
82:22
**42**
69:24
**43**
70:23
**45**
3:4 5:9
**46**
5:10 71:23
**465**
3:10

---

**5**

**5**
5:10 46:19,22 47:7
**500,000**
35:13,15
**524**
13:1
**55**
5:13

---

**6**

**6**
5:12 55:4,7
**600,000**
88:18,25
**63**
5:16

---

**7**

**7**
5:14 41:10 53:9 63:15
   63:18 72:16 77:1
   89:16
**73**
5:21

---

**74**
6:8
**77**
6:13
**78**
6:17
**79**
6:20

---

**8**

**8**
5:18 53:9 72:25 73:3
   74:2
**80**
7:10
**83**
7:13
**84**
7:17
**85**
7:22
**86**
8:8
**87**
8:12
**888.759.1114**
3:11

---

**9**

**9**
6:6 41:10 74:20,23
   77:5
**9/7/58**
20:12
**94**
98:5

---