# EXHIBIT 7

CHASE

| CKS OUT | WIRE TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|
| (1899975.56) (330000.00) NL | -1000000.00 MS -150000.00 MARDEN -4000.00 OAKDALE -1375000.00 RDG -500000.00 [illegible] -3000000.00 [illegible] -600000.00 RABN | +562211.75 | CROEUSUS +390000.00 | 6/16 | 314 139 733.11 | |
| -72000.00 CHELA (1579935.00) | -250000.00 MANSEL +5000000.00 TREMA | +372107.28 | | 6/17 | 317 627 505.39 | 17600- |
| -500000.00 SHAW (328000.00) | -144000.00 BLM -3050000.00 RUBIN -1500000.00 [illegible] - 62017.52 Smeling? | +1190000.00 | | 6/18 | 313 857 522.91 | |
| -600000.00 BIRDLAKE (2704411.00) | -150000.00 ANS? ENTIS? -400000.00 -50000.00 MARGON? +3000000.00 EVENSTAD +1000000.00 SCHWARTZ | +654891.00 | +1000000.00 HAYMAN +1000000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300000 - BFS +600000 - BFS (623500-) | -75000 - SHAPS? +5000000 - Litwin? -600000 [illegible] -4500000 [illegible] -2000000 - BNP? +5000000 - Litwin +247850.09 | | +300000.00 Bremer? | 6/20 | 291 588 009.00 | |
| -1300000.00 SACHS (1220270.00) | +250000.00 OSWOLFOLE? +250000.00 [illegible] -500000.00 [illegible] +2000000 - SLAVIN +32000.00 LAZURUS +3999975 - CARLSTON +800000.00 LEHRER | 636567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2981000.00) | +2000000.00 [illegible] -45000.00 [illegible] -1000000.00 [illegible] +298387.57 PELNICK? +250000.00 [illegible] -500000.00 [illegible] +1000000 SHEAKMAN | +419788.58 | INT ADJ 4/24 AS PER DAN B. -2244008.72 | 6/24 | 294 734 256.38 | [illegible] +180[illegible] |
| -70000.00 KOAN? -4000000.00 HUBBARD (18112446.43) | -2000000.00 MERCA? -500000.00 SCHIFF -1400000.00 [illegible] -1300000.00 KAPLAN -1700000.00 [illegible] -2000000.00 [illegible] | +700000.00 | | 6/25 | 261 351 809.95 | |
| -10000000.00 BRANCH (1251557.44) | +70000.00 ELGIN? +78000.00 CADMUS +100000.00 BERMAN +290000.00 STEIN | +291642.78 | +5000000.00 ALM-FIALLINI? | 6/26 | 300 929 895.29 | [illegible] |
| -500000 Jalon (1841219.46) | -[illegible] Jacobs -[illegible] -10000000 Engravers -20000000 Thypa? 1008646.53 [illegible] -1600000 Pashoot? | 1000000 - Mitchell? 702955.71 | -1200000 [illegible] +1596396.00 Azzeron? -90000 [illegible] | 6/27 | | T20000 - |
| +3000000 - Sonnebers? Sec +50000000.00 BLM | +10000000 - MADF +496518.90 Fisher +1500000 - Kunin +1000000 - Smith +2750000 [illegible] | +2200000.00 Cottage | +45000000 - BLM SPEC | 6/27 | 375 9[illegible] 404.13 | [illegible] |
| (1780376.-) (550000.00) NL | -3000000.00 STERLING -500000.00 [illegible] -725000 [illegible] -12000000 [illegible] TREMONT -238000.00 BNP -2000000 RFP +46600 - ALPHA | +1459593.25 | +520000.00 TURBO +3626559.07 STERLING +16939935.00 M INVEST | 6/30 | 350 233 155.38 | CKS [illegible] +1000000 +134000 |
| (250000000-) [illegible] (2000) Annette (1405040-) NL | -300000 - Picower -251000 - [illegible] (2208350.50) | -100000 - Klein -350000 - [illegible] -300000 - Thybo | -100000 - Marden +[illegible] Nedhe? +1759716 | +757898.47 - Bigos +425817.50 - Bremer | 7/1 | | |
| +12999985 - Bergen? +600000 - Masons | +5767 [illegible] +10000 [illegible] +9500 [illegible] | -20000 - Hay -[illegible] Cogan -47500 - LWT | +2224945 [illegible] +3529956.53 Lamb? -[illegible] Harris | -59100 BLM spec | | 11[illegible]669 026.51 | |
| (1500) (5257350.55) | -4200 - Wilson -500000 - [illegible] -1130000 - BNP | +15000 - Robins -[illegible] Schair -1000000 [illegible] | +100000 - Hyman -70000 - Downsview +1571666.68 | +500000 - Turbo +180000 - [illegible] Many | 7/2 | 110 496 862.64 | |
| (2695525.04) | -4629535.92 [illegible] -500000 - [illegible] -500000 - Low | +1000000.00 Kay +4684555.00 Cahil? -7500 [illegible] | +3000000.00 Ascot -155000.00 | +1000000.00 Audax +2000000.00 Broad MKT | 7/3 | 140041336.68 | |
| (677000.00) (110000.00) NL | +1800000.00 RPPIW? +2700000.00 Friedman -150850 - Harden | +3715685.00 Lucerne? +12000.00 Amer Masters | [illegible] Pashon? +1913882 [illegible] | +400000.00 RBD +600000 [illegible] Orch | 7/7 | 1632548[illegible].69 | CK R[illegible] +14000- +8000- |