# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
- 65 Cks out
+ 20 Wire In - Westwood
+ 200 " " - Primeo CLB
+ 500 " " - N Sachs
+ 1100 " " - Schupak
+ 2000 " " - Yesod
+ 3000 " " - BPI Multi Advisors
+ 1762 My Deposit 200H C+M 500H E+M
                   278H ARB 784A+B
- 14200 Tony Out
- 27300 Wire Out - Bankers
- 32800 " " - Bk of NY
- 10000 " " - Credit Lyons
+ 15000 W.C. Deposit
  +22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  BAL 3-28
- 15 823  CKS out *
-    369  at Out - Monroe
-    175  WIRE Out - Marden
-    650    "      "   - Cigna
-   1000   "      "   - Tremont
-   1000   "      "   - Stan (Brighton)
-   9000  Tony Out
+ 27300  WIRE In - Chem
―――――――――――――
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1 N.C.
    "      80 mil    4-1 Picower
           545 M     4-5 Picower
Wiring Out  1.7 mil  4-1 Marden
            150 M    4-1 Marden
            100 M    4-1 Malo/Auld
            2 mil    4-1 Hadassah
            50 M     4-2 Marden
            250 M    4-2 Goodman
            1.875 M  4-3 Greenwich
            1 mil    4-4 Lagoon

MADTSS00244688