# EXHIBIT 8.2

WAIT

MISS OUT →

| C.M. 6-30-03 | C.M. = WIRE ACTIVITY |
|---|---|
| +375722 BALANCE | ✓-23800 WIRE out - BNP |
|  | ✓- 7265 WIRE out - BNP |
| -550 CHECKS OUT * | ✓-12000 WIRE out - TREMONT |
|  | ✓-2000 WIRE out - RPP |
|  | ✓-3000 WIRE out - STERLING |
| -1780 CHECKS OUT ** | ✓-500 WIRE out - DORADO |
|  | _____ WIRE |
| ✓✓  -0- N.L. DEPOSIT |  |
|  | _____ WIRE |
| ✓✓  -0- TRANS | ✓+46.6 WIRE IN - ALPHA PRIME |
| -26959 NET WIRES **** | ✓+520 WIRE IN - TURBO |
|  | 6/29  ✓+3620 WIRE IN - STERLING ✓ |
| ✓✓ +1460 MY DEPOSIT | ✓+17000 WIRE IN - M-INVEST |
| +2340 Cks Rta |  |
| +350 233 TOTAL BALANCE | -26 959 NET WIRES **** ✓ |
|  |  |
| *HAND DELIVER N.L. 550 000 - | WIRING OUT 251M 7/1 MARDEN |
|  | 3 mil 7/1 Picower Fdn |
| ✗ DRAWING N.L. 1 465 040 - 7/1 | WIRING OUT 150 850 - 7/7 MARDEN |
| 110 000 - 7/7 | 1,852,488.57 7/11 STON |
|  | WIRING OUT possible 30 mil |
| ✗ DRAWING SPECIAL 250 mil 7/1 | 7/2 FAIRFIELD |
| Picower |  |
|  | WIRING OUT 2mil 7/1 THYBO |
| MAILED IN STATE 1 427 501 - | 1,130,000 - 7/2 BNP |
| MAILED OUT STATE 352 875 - | WIRING OUT 350 M - 7/1 GREENWICH |
|  | 1 mil - 7/1 Kleen |
|  | WIRING OUT 500M - 7/2 Pound |
| ✗ GIVING YOU N.L. -0- | WIRING OUT _____ |
|  | WIRING OUT _____ |
|  | WIRING OUT _____ |