# EXHIBIT 18

**EXHIBIT 18**

## Interest Earned on Treasury Bills vs. Total BLMIS Customer Withdrawals

| Year | Interest on Treasury Bills in JPMC G 13414[1] | Interest on Treasury Bills in Six of the 8 Brokerage Accounts[2] | Total Interest on Treasury Bills | BLMIS Customer Account Withdrawals | Total Interest on Treasury Bills as a Percentage of Total Customer Withdrawals |
|---|---|---|---|---|---|
| 1999 | - | - | - | (17,094,362,049) | 0.000% |
| 2000 | - | 228,692 | 228,692 | (25,701,619,696) | 0.001% |
| 2001 | - | 23,571,829 | 23,571,829 | (37,580,007,654) | 0.063% |
| 2002 | - | 10,578,325 | 10,578,325 | (3,562,747,041) | 0.297% |
| 2003 | - | 5,730,370 | 5,730,370 | (3,633,638,884) | 0.158% |
| 2004 | - | 2,713,150 | 2,713,150 | (3,496,044,947) | 0.078% |
| 2005 | - | 8,857,550 | 8,857,550 | (4,756,769,572) | 0.186% |
| 2006 | - | 1,844,124 | 1,844,124 | (4,309,434,582) | 0.043% |
| 2007 | 40,814,517 | 4,492,903 | 45,307,420 | (4,423,143,152) | 1.024% |
| 2008 | 69,165,452 | 4,083,461 | 73,248,913 | (10,498,547,083) | 0.698% |
| **Total** | $ 109,979,969 | $ 62,100,403 | $ 172,080,372 | $ (115,056,314,661) | **0.150%** |

[1] *See* **Exhibit 12** for the detail of the purchases and sales/redemptions of Treasury Bills held in the JPMC G 13414 Account, including the proceeds/interest earned on each sale.

[2] *See* **Exhibit 16** for the detail of the purchases and sales/redemptions of Treasury Bills held in six of the 8 Brokerage Accounts, including the proceeds/interest earned on each sale.