# EXHIBIT 14

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FAIRFIELD PAGMA ASSOCIATES LP

11 BROOK HILLS CIRCLE
WHITE PLAINS         NY    10605

PERIOD ENDING: 10/31/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZA994-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5435

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 486,647.11 | |
| 10/01 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 1,254.00 |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/08 10/01/08 | DIV | | 327.36 |
| 10/01 | | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | | 1,354.32 |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | | 415.80 |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL DIV 9/15/08 10/10/08 | DIV | | 1,853.28 |
| 10/31 | 5,205 | | 10182 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,205.00 | |
| | | | | NEW BALANCE | | | 486,647.35 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 31,189 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 50,000 | | | U S TREASURY BILL DUE 12/18/2008        12/18/2008 | 99.923 | | |
| | 7,800,000 | | | U S TREASURY BILL DUE 2/12/2009        2/12/2009 | 99.879 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG                SHORT 7,871,712.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00246875

|     |                              | Affiliated with                        |
| --- | ---------------------------- | -------------------------------------- |
|     |                              | Madoff Securities International Limited |
|     |                              | 12 Berkeley Street                     |
|     | 885 Third Avenue             | Mayfair, London W1J 8DT                |
|     | New York, NY 10022           | Tel 020 7493 6222                      |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

FAIRFIELD PAGMA ASSOCIATES LP

11 BROOK HILLS CIRCLE
WHITE PLAINS    NY  10605

PERIOD ENDING: 10/31/08
PAGE: 2

YOUR ACCOUNT NUMBER: 1-ZA994-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5435

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
|     |     |     |     | YEAR-TO-DATE SUMMARY |     |     |     |
|     |     |     |     | DIVIDENDS |     |     | 54,611.30 |
|     |     |     |     | GROSS PROCEEDS FROM SALES |     |     | 46,260,032.56 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00246876