# EXHIBIT 16

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

_1ZA994-3040_
ACCOUNT NUMBER

## PARTNERSHIP ACCOUNT AGREEMENT

To: Bernard L. Madoff Investment Securities
885 Third Avenue
New York, New York 10022

In connection with your carrying a partnership account (which may be a joint venture) in the name of _Fairfield Pagma Associates LTD_, a duly organized partnership or joint venture (referred to herein as the "Partnership") of which each of the following persons is a General Partner:

Print Name(s) of General Partner(s) | Signature(s) of General Partner(s)
--- | ---
_Seymour Kleinman_ | _Seymour Kleinman_
_Marjorie Kleinman_ | _Marjorie Kleinman_

(attach additional pages hereto if necessary)

by signing above, each General Partner hereby confirms that such person has unlimited liability for the obligations of the Partnership and each and every General Partner shall have authority on behalf of the Partnership to establish and maintain one or more accounts with Bernard L. Madoff Investment Securities.
The authority hereby conferred and the representations herein made shall remain in effect until written notice to the contrary is received by you.
Bernard L. Madoff Investment Securities is instructed to direct all notices or communications including demands, notices, confirmations, reports and statements of account, for the Partnership in connection with the Partnership account as follows:

Name: _Seymour Kleinman_    Address: 13 CEDARWOOD ROAD WHITE PLAINS, N. Y. 10605

X _Seymour Kleinman_
/(Signature of General Partner)

_Seymour Kleinman_
(Print Name of General Partner)

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00026868