# EXHIBIT 2

**Documents Considered**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| BARSAA0018762 | BARSAA0019722 | FMRSAA0113363 | FMRSAA0113974 |
| BARSAA0020681 | BARSAA0020724 | FMRSAA0114358 | FMRSAA0114363 |
| BARSAD0000001 | BARSAD0000075 | FMRSAA0114386 | FMRSAA0114993 |
| BARSAD0000090 | BARSAD0000102 | FMRSAA0119976 | FMRSAA0119988 |
| BNYSAQ0000001 | BNYSAQ0000039 | JPISAA0000011 | JPISAA0000096 |
| BNYSAS0000579 | BNYSAS0000598 | JPMSAA0019864 | JPMSAA0019955 |
| BOASAA0004550 | BOASAA0004643 | JPMSAA0019986 | JPMSAA0019988 |
| BSTSAA0037217 | BSTSAA0037301 | JPMSAA0019990 | JPMSAA0020020 |
| BSTSAA0037303 | BSTSAA0037494 | JPMSAA0020022 | JPMSAA0020077 |
| BSTSAA0037496 | BSTSAA0042902 | JPMSAA0020079 | JPMSAA0020079 |
| BSTSAA0042904 | BSTSAA0046102 | JPMSAB0000001 | JPMSAB0004570 |
| BSTSAA0046107 | BSTSAA0046408 | JPMSAF0000001 | JPMSAF0008524 |
| BSTSAB0277074 | BSTSAB0277079 | JPMSAF0008526 | JPMSAF0008596 |
| BSTSAB0298680 | BSTSAB0298685 | JPMSAF0008598 | JPMSAF0017233 |
| BSTSAB0320274 | BSTSAB0320279 | JPMSAF0017235 | JPMSAF0054255 |
| BSTSAB0342694 | BSTSAB0342699 | JPMSAF0054257 | JPMSAF0054271 |
| BSTSAB0363742 | BSTSAB0363745 | JPMSAF0054273 | JPMSAF0057064 |
| BSTSAB0386965 | BSTSAB0386970 | JPMSAF0057066 | JPMSAF0057161 |
| BSTSAB0395057 | BSTSAB0395062 | JPMSAF0057163 | JPMSAF0064977 |
| BSTSAB0409281 | BSTSAB0409286 | JPMSAF0064982 | JPMSAF0065438 |
| BSTSAB0426853 | BSTSAB0426858 | JPMSAF0065443 | JPMSAF0072748 |
| BSTSAB0443883 | BSTSAB0443886 | JPMSAF0072802 | JPMSAF0072805 |
| BSTSAB0461231 | BSTSAB0461236 | JPMSAF0072807 | JPMSAF0072931 |
| BSTSAB0480801 | BSTSAB0480806 | JPMSAG0000002 | JPMSAG0000022 |
| BSTSAB0504597 | BSTSAB0504602 | JPMSAG0000024 | JPMSAG0000275 |
| BSTSAB0511539 | BSTSAB0511548 | JPMSAG0000277 | JPMSAG0000535 |
| BSTSAB0523475 | BSTSAB0523484 | JPMSAG0000537 | JPMSAG0000848 |
| BSTSAB0539931 | BSTSAB0539940 | JPMSAG0000850 | JPMSAG0001400 |
| BSTSAB0558095 | BSTSAB0558104 | JPMSAG0001403 | JPMSAG0001648 |
| BSTSAB0575349 | BSTSAB0575356 | JPMSAG0001650 | JPMSAG0001912 |
| BSTSAB0585477 | BSTSAB0585480 | JPMSAH0000001 | JPMSAH0000221 |
| BSTSAB0590959 | BSTSAB0590964 | JPMSAH0000223 | JPMSAH0000705 |
| BSTSAB0601017 | BSTSAB0601020 | JPMSAH0000707 | JPMSAH0000714 |
| BSTSAB0607037 | BSTSAB0607040 | JPMSAH0000717 | JPMSAH0002856 |
| BSTSAB0623907 | BSTSAB0623910 | JPMSAH0002858 | JPMSAH0002873 |
| BSTSAB0634899 | BSTSAB0634906 | JPMSAI0000001 | JPMSAI0000176 |
| BSTSAC0000002 | BSTSAC0000072 | JPMSAI0000178 | JPMSAI0000276 |
| BSTSAC0000074 | BSTSAC0000144 | JPMSAI0000278 | JPMSAI0000656 |
| BSTSAC0000146 | BSTSAC0000227 | JPMSAI0000658 | JPMSAI0001363 |
| BSTSAC0000229 | BSTSAC0000304 | JPMSAI0001365 | JPMSAI0001511 |
| BSTSAC0000306 | BSTSAC0000383 | JPMSAI0001514 | JPMSAI0001573 |
| BSTSAC0000385 | BSTSAC0000400 | JPMSAI0001575 | JPMSAI0001608 |
| BSTSAC0000402 | BSTSAC0000443 | JPMSAI0001610 | JPMSAI0001697 |
| BSTSAC0000445 | BSTSAC0000556 | JPMSAI0001699 | JPMSAI0001713 |
| BSTSAC0000558 | BSTSAC0000574 | JPMSAI0001715 | JPMSAI0001748 |
| CSSSAA0002987 | CSSSAA0003031 | JPMSAI0001750 | JPMSAI0001786 |
| CSSSAA0003063 | CSSSAA0003278 | JPMSAI0001788 | JPMSAI0002221 |
| FMRSAA0001062 | FMRSAA0001065 | JPMSAI0002224 | JPMSAI0002837 |
| FMRSAA0001107 | FMRSAA0001320 | JPMSAI0002839 | JPMSAI0003041 |
| FMRSAA0001381 | FMRSAA0001500 | JPMSAI0003043 | JPMSAI0003106 |
| FMRSAA0001529 | FMRSAA0001986 | JPMSAI0003114 | JPMSAI0003222 |

**Documents Considered**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| JPMSAI0003224 | JPMSAI0003310 | MADTEE00351835 | MADTEE00351836 |
| JPMSAI0003312 | JPMSAI0003597 | MADTEE00351843 | MADTEE00351844 |
| JPMSAI0003599 | JPMSAI0003911 | MADTEE00351847 | MADTEE00351849 |
| JPMSAI0003913 | JPMSAI0004518 | MADTEE00351891 | MADTEE00351891 |
| JPMSAI0004520 | JPMSAI0005049 | MADTEE00351893 | MADTEE00351893 |
| JPMSAI0005051 | JPMSAI0007228 | MADTEE00351897 | MADTEE00351897 |
| JPMSAI0007230 | JPMSAI0007806 | MADTEE00351906 | MADTEE00351909 |
| JPMSAI0007808 | JPMSAI0011901 | MADTEE00351913 | MADTEE00351913 |
| JPMSAI0011903 | JPMSAI0014006 | MADTEE00351918 | MADTEE00351919 |
| JPMSCQ0000001 | JPMSCQ0000028 | MADTEE00351954 | MADTEE00351955 |
| JPMSDM0000001 | JPMSDM0000009 | MADTEE00351958 | MADTEE00351958 |
| JPMTAA0000002 | JPMTAA0000331 | MADTEE00351960 | MADTEE00351964 |
| JPMTAC0000001 | JPMTAC0000064 | MADTEE00352046 | MADTEE00352049 |
| JPMTAD0000001 | JPMTAD0000282 | MADTEE00352057 | MADTEE00352058 |
| JPMTAF0000001 | JPMTAF0004017 | MADTEE00352083 | MADTEE00352083 |
| JPMTAF0000001_xls | | MADTEE00352092 | MADTEE00352092 |
| MADTBA00002901 | MADTBA00002901 | MADTEE00409248 | MADTEE00409303 |
| MADTBA00173384 | MADTBA00173384 | MADTEE00459201 | MADTEE00459201 |
| MADTBA00303169 | MADTBA00303173 | MADTEE00468283 | MADTEE00468287 |
| MADTBA00306272 | MADTBA00306272 | MADTEE00496651 | MADTEE00496653 |
| MADTEE00045777 | MADTEE00045840 | MADTEE00556462 | MADTEE00556462 |
| MADTEE00045842 | MADTEE00045861 | MADTEE00643694 | MADTEE00643699 |
| MADTEE00045965 | MADTEE00045993 | MADTEE00691927 | MADTEE00695273 |
| MADTEE00046018 | MADTEE00046023 | MADTEE00695278 | MADTEE00696201 |
| MADTEE00115173 | MADTEE00115173 | MADTEE00696203 | MADTEE00701130 |
| MADTEE00116474 | MADTEE00116475 | MADTEE00726635 | MADTEE00726913 |
| MADTEE00347576 | MADTEE00347578 | MADTNN00107555 | MADTNN00107557 |
| MADTEE00348321 | MADTEE00348326 | MADTNN00126735 | MADTNN00126735 |
| MADTEE00351103 | MADTEE00351106 | MADTSS00264003 | MADTSS00264005 |
| MADTEE00351308 | MADTEE00351308 | MADTSS01200856 | MADTSS01200856 |
| MADTEE00351347 | MADTEE00351347 | MADTSS01239478 | MADTSS01239480 |
| MADTEE00351365 | MADTEE00351365 | MADTSS01241811 | MADTSS01241811 |
| MADTEE00351636 | MADTEE00351692 | MADTSS01305790 | MADTSS01305792 |
| MADTEE00351701 | MADTEE00351708 | MADTSS01306306 | MADTSS01306311 |
| MADTEE00351711 | MADTEE00351728 | MADTSS01330097 | MADTSS01330122 |
| MADTEE00351730 | MADTEE00351735 | MADTSS01330453 | MADTSS01330642 |
| MADTEE00351761 | MADTEE00351761 | MADTSS01330664 | MADTSS01330683 |
| MADTEE00351763 | MADTEE00351768 | MADTSS01330686 | MADTSS01330687 |
| MADTEE00351770 | MADTEE00351779 | MADTSS01330691 | MADTSS01330761 |
| MADTEE00351781 | MADTEE00351781 | MADTSS01330770 | MADTSS01330868 |
| MADTEE00351784 | MADTEE00351785 | MADTSS01330901 | MADTSS01331161 |
| MADTEE00351787 | MADTEE00351787 | MADTSS01337031 | MADTSS01337033 |
| MADTEE00351791 | MADTEE00351792 | MADTSS01380147 | MADTSS01380163 |
| MADTEE00351795 | MADTEE00351795 | MADTSS01380171 | MADTSS01380186 |
| MADTEE00351797 | MADTEE00351798 | MADTSS01380236 | MADTSS01380238 |
| MADTEE00351801 | MADTEE00351802 | MADWAA00004137 | MADWAA00004138 |
| MADTEE00351805 | MADTEE00351806 | MADWAA00027100 | MADWAA00027100 |
| MADTEE00351808 | MADTEE00351813 | MADWAA00027102 | MADWAA00027102 |
| MADTEE00351815 | MADTEE00351817 | MADWAA00028713 | MADWAA00028714 |
| MADTEE00351819 | MADTEE00351831 | MADWAA00028716 | MADWAA00028716 |
| MADTEE00351833 | MADTEE00351833 | MADWAA00028718 | MADWAA00028718 |

**Documents Considered**  **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00028885 | MADWAA00028885 | MADWAA00085470 | MADWAA00085492 |
| MADWAA00028934 | MADWAA00028934 | MADWAA00085839 | MADWAA00085942 |
| MADWAA00029203 | MADWAA00029203 | MADWAA00085949 | MADWAA00087112 |
| MADWAA00029274 | MADWAA00029274 | MADWAA00087115 | MADWAA00089904 |
| MADWAA00029399 | MADWAA00029399 | MADWAA00095123 | MADWAA00095124 |
| MADWAA00029702 | MADWAA00029702 | MADWAA00095545 | MADWAA00095546 |
| MADWAA00030101 | MADWAA00030101 | MADWAA00097307 | MADWAA00098326 |
| MADWAA00030151 | MADWAA00030151 | MADWAA00098416 | MADWAA00099401 |
| MADWAA00030377 | MADWAA00030377 | MADWAA00099930 | MADWAA00100915 |
| MADWAA00036702 | MADWAA00036705 | MADWAA00102648 | MADWAA00102664 |
| MADWAA00036708 | MADWAA00036709 | MADWAA00102758 | MADWAA00105435 |
| MADWAA00036805 | MADWAA00036805 | MADWAA00105717 | MADWAA00105718 |
| MADWAA00036977 | MADWAA00036979 | MADWAA00109966 | MADWAA00112719 |
| MADWAA00036992 | MADWAA00036995 | MADWAA00115177 | MADWAA00116290 |
| MADWAA00037192 | MADWAA00037200 | MADWAA00116452 | MADWAA00119511 |
| MADWAA00037202 | MADWAA00037202 | MADWAA00119623 | MADWAA00120516 |
| MADWAA00037209 | MADWAA00037210 | MADWAA00122154 | MADWAA00124953 |
| MADWAA00037637 | MADWAA00037643 | MADWAA00127474 | MADWAA00128781 |
| MADWAA00037650 | MADWAA00037651 | MADWAA00128897 | MADWAA00129558 |
| MADWAA00037992 | MADWAA00037994 | MADWAA00129560 | MADWAA00129953 |
| MADWAA00038344 | MADWAA00038357 | MADWAA00130050 | MADWAA00130050 |
| MADWAA00038379 | MADWAA00038381 | MADWAA00130345 | MADWAA00130346 |
| MADWAA00038390 | MADWAA00038391 | MADWAA00130353 | MADWAA00130354 |
| MADWAA00038598 | MADWAA00038700 | MADWAA00130956 | MADWAA00130956 |
| MADWAA00038705 | MADWAA00039262 | MADWAA00130958 | MADWAA00130958 |
| MADWAA00039264 | MADWAA00039937 | MADWAA00130961 | MADWAA00130966 |
| MADWAA00039939 | MADWAA00040516 | MADWAA00131133 | MADWAA00131134 |
| MADWAA00040518 | MADWAA00040671 | MADWAA00131304 | MADWAA00131305 |
| MADWAA00040673 | MADWAA00041370 | MADWAA00131312 | MADWAA00131313 |
| MADWAA00041372 | MADWAA00042135 | MADWAA00131385 | MADWAA00132862 |
| MADWAA00043870 | MADWAA00044908 | MADWAA00139873 | MADWAA00141195 |
| MADWAA00048071 | MADWAA00049206 | MADWAA00142972 | MADWAA00143060 |
| MADWAA00049208 | MADWAA00050071 | MADWAA00143062 | MADWAA00143969 |
| MADWAA00051674 | MADWAA00054718 | MADWAA00145760 | MADWAA00145761 |
| MADWAA00056483 | MADWAA00057108 | MADWAA00145763 | MADWAA00145763 |
| MADWAA00057110 | MADWAA00057727 | MADWAA00145765 | MADWAA00145834 |
| MADWAA00062754 | MADWAA00062756 | MADWAA00145836 | MADWAA00148001 |
| MADWAA00062765 | MADWAA00063950 | MADWAA00148003 | MADWAA00152928 |
| MADWAA00063952 | MADWAA00064707 | MADWAA00154924 | MADWAA00154939 |
| MADWAA00064709 | MADWAA00065484 | MADWAA00154941 | MADWAA00155532 |
| MADWAA00065486 | MADWAA00066299 | MADWAA00155535 | MADWAA00155850 |
| MADWAA00066411 | MADWAA00066616 | MADWAA00155852 | MADWAA00157736 |
| MADWAA00066618 | MADWAA00067279 | MADWAA00157739 | MADWAA00157958 |
| MADWAA00067421 | MADWAA00070352 | MADWAA00159129 | MADWAA00160261 |
| MADWAA00072074 | MADWAA00072075 | MADWAA00160324 | MADWAA00161403 |
| MADWAA00072183 | MADWAA00073424 | MADWAA00161462 | MADWAA00163125 |
| MADWAA00075113 | MADWAA00075854 | MADWAA00163192 | MADWAA00163659 |
| MADWAA00075948 | MADWAA00076719 | MADWAA00163786 | MADWAA00166192 |
| MADWAA00076815 | MADWAA00077626 | MADWAA00167061 | MADWAA00168390 |
| MADWAA00083479 | MADWAA00083626 | MADWAA00168465 | MADWAA00170342 |
| MADWAA00083926 | MADWAA00083931 | MADWAA00173050 | MADWAA00173063 |

**Documents Considered**  **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00173065 | MADWAA00173856 | MADWAA00212778 | MADWAA00213679 |
| MADWAA00174952 | MADWAA00175803 | MADWAA00216133 | MADWAA00216137 |
| MADWAA00178058 | MADWAA00178071 | MADWAA00219788 | MADWAA00220673 |
| MADWAA00178079 | MADWAA00178080 | MADWAA00220764 | MADWAA00221559 |
| MADWAA00178357 | MADWAA00178357 | MADWAA00221698 | MADWAA00222399 |
| MADWAA00178359 | MADWAA00178359 | MADWAA00222525 | MADWAA00224474 |
| MADWAA00178361 | MADWAA00178366 | MADWAA00225280 | MADWAA00225281 |
| MADWAA00178462 | MADWAA00178467 | MADWAA00226423 | MADWAA00229292 |
| MADWAA00178474 | MADWAA00178474 | MADWAA00229406 | MADWAA00230255 |
| MADWAA00178648 | MADWAA00178661 | MADWAA00230257 | MADWAA00230258 |
| MADWAA00182284 | MADWAA00182287 | MADWAA00232930 | MADWAA00235555 |
| MADWAA00182291 | MADWAA00182428 | MADWAA00235692 | MADWAA00236391 |
| MADWAA00183297 | MADWAA00183389 | MADWAA00236393 | MADWAA00238524 |
| MADWAA00184733 | MADWAA00184830 | MADWAA00238531 | MADWAA00238532 |
| MADWAA00184833 | MADWAA00184833 | MADWAA00238566 | MADWAA00238567 |
| MADWAA00184835 | MADWAA00185908 | MADWAA00238768 | MADWAA00238769 |
| MADWAA00185910 | MADWAA00185911 | MADWAA00238801 | MADWAA00238804 |
| MADWAA00185926 | MADWAA00185927 | MADWAA00239059 | MADWAA00239062 |
| MADWAA00185931 | MADWAA00185944 | MADWAA00239843 | MADWAA00239845 |
| MADWAA00187932 | MADWAA00188087 | MADWAA00239852 | MADWAA00239853 |
| MADWAA00188102 | MADWAA00188105 | MADWAA00239876 | MADWAA00239876 |
| MADWAA00188114 | MADWAA00188142 | MADWAA00239879 | MADWAA00239880 |
| MADWAA00188248 | MADWAA00188256 | MADWAA00239983 | MADWAA00239984 |
| MADWAA00188263 | MADWAA00188263 | MADWAA00240164 | MADWAA00240165 |
| MADWAA00188265 | MADWAA00188268 | MADWAA00242269 | MADWAA00242360 |
| MADWAA00188421 | MADWAA00188468 | MADWAA00242363 | MADWAA00243393 |
| MADWAA00188471 | MADWAA00189684 | MADWAA00243395 | MADWAA00244478 |
| MADWAA00189687 | MADWAA00190392 | MADWAA00244480 | MADWAA00245698 |
| MADWAA00190395 | MADWAA00190614 | MADWAA00247349 | MADWAA00247363 |
| MADWAA00190638 | MADWAA00190649 | MADWAA00247446 | MADWAA00250149 |
| MADWAA00190907 | MADWAA00190907 | MADWAA00253260 | MADWAA00254414 |
| MADWAA00190910 | MADWAA00192504 | MADWAA00257807 | MADWAA00260756 |
| MADWAA00192509 | MADWAA00192510 | MADWAA00261617 | MADWAA00262578 |
| MADWAA00192515 | MADWAA00192517 | MADWAA00262663 | MADWAA00263210 |
| MADWAA00192530 | MADWAA00192555 | MADWAA00263812 | MADWAA00265665 |
| MADWAA00192574 | MADWAA00192584 | MADWAA00265668 | MADWAA00266229 |
| MADWAA00192589 | MADWAA00192604 | MADWAA00266398 | MADWAA00267673 |
| MADWAA00192924 | MADWAA00192927 | MADWAA00267675 | MADWAA00268515 |
| MADWAA00192931 | MADWAA00192931 | MADWAA00268517 | MADWAA00269903 |
| MADWAA00192940 | MADWAA00192943 | MADWAA00271711 | MADWAA00273208 |
| MADWAA00192948 | MADWAA00192952 | MADWAA00273358 | MADWAA00274795 |
| MADWAA00192957 | MADWAA00192958 | MADWAA00275794 | MADWAA00275832 |
| MADWAA00193339 | MADWAA00194922 | MADWAA00275834 | MADWAA00276927 |
| MADWAA00194924 | MADWAA00196539 | MADWAA00277076 | MADWAA00278307 |
| MADWAA00196674 | MADWAA00199526 | MADWAA00278464 | MADWAA00279435 |
| MADWAA00199658 | MADWAA00200393 | MADWAA00279520 | MADWAA00280521 |
| MADWAA00203196 | MADWAA00204255 | MADWAA00284629 | MADWAA00284682 |
| MADWAA00205496 | MADWAA00206829 | MADWAA00284684 | MADWAA00285930 |
| MADWAA00208816 | MADWAA00209815 | MADWAA00285932 | MADWAA00287257 |
| MADWAA00209905 | MADWAA00210734 | MADWAA00287328 | MADWAA00288037 |
| MADWAA00210846 | MADWAA00211959 | MADWAA00288143 | MADWAA00291212 |

**Documents Considered**                                                                                       **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00291294 | MADWAA00292723 | MADWAA00371288 | MADWAA00372615 |
| MADWAA00292811 | MADWAA00292868 | MADWAA00372618 | MADWAA00372622 |
| MADWAA00292870 | MADWAA00293698 | MADWAA00372625 | MADWAA00373864 |
| MADWAA00293793 | MADWAA00295182 | MADWAA00373989 | MADWAA00375968 |
| MADWAA00295264 | MADWAA00296637 | MADWAA00375970 | MADWAA00377062 |
| MADWAA00296708 | MADWAA00297233 | MADWAA00377065 | MADWAA00378164 |
| MADWAA00297331 | MADWAA00300791 | MADWAA00378171 | MADWAA00378566 |
| MADWAA00301727 | MADWAA00303760 | MADWAA00378590 | MADWAA00378596 |
| MADWAA00303767 | MADWAA00304282 | MADWAA00378600 | MADWAA00378606 |
| MADWAA00304289 | MADWAA00305214 | MADWAA00378608 | MADWAA00380489 |
| MADWAA00305676 | MADWAA00308749 | MADWAA00380494 | MADWAA00380500 |
| MADWAA00308861 | MADWAA00311570 | MADWAA00380517 | MADWAA00381326 |
| MADWAA00313711 | MADWAA00314820 | MADWAA00381334 | MADWAA00381382 |
| MADWAA00316197 | MADWAA00317034 | MADWAA00381387 | MADWAA00381387 |
| MADWAA00319298 | MADWAA00320299 | MADWAA00381398 | MADWAA00381401 |
| MADWAA00321524 | MADWAA00322557 | MADWAA00381880 | MADWAA00381880 |
| MADWAA00322696 | MADWAA00323525 | MADWAA00381882 | MADWAA00381882 |
| MADWAA00323527 | MADWAA00323528 | MADWAA00381889 | MADWAA00381894 |
| MADWAA00323659 | MADWAA00324488 | MADWAA00381908 | MADWAA00381908 |
| MADWAA00331827 | MADWAA00332811 | MADWAA00381915 | MADWAA00381929 |
| MADWAA00332939 | MADWAA00332940 | MADWAA00382284 | MADWAA00382285 |
| MADWAA00332950 | MADWAA00332951 | MADWAA00382365 | MADWAA00382376 |
| MADWAA00332953 | MADWAA00334257 | MADWAA00382585 | MADWAA00382598 |
| MADWAA00334259 | MADWAA00334315 | MADWAA00382837 | MADWAA00382846 |
| MADWAA00334420 | MADWAA00334420 | MADWAA00383021 | MADWAA00383044 |
| MADWAA00334422 | MADWAA00335377 | MADWAA00383173 | MADWAA00383198 |
| MADWAA00335525 | MADWAA00336696 | MADWAA00383312 | MADWAA00383357 |
| MADWAA00336817 | MADWAA00338287 | MADWAA00383409 | MADWAA00383422 |
| MADWAA00338289 | MADWAA00339502 | MADWAA00383535 | MADWAA00383541 |
| MADWAA00339619 | MADWAA00341017 | MADWAA00383562 | MADWAA00383599 |
| MADWAA00341019 | MADWAA00342324 | MADWAA00383805 | MADWAA00383808 |
| MADWAA00348863 | MADWAA00348863 | MADWAA00383815 | MADWAA00383817 |
| MADWAA00348865 | MADWAA00348915 | MADWAA00383828 | MADWAA00383834 |
| MADWAA00348917 | MADWAA00349664 | MADWAA00383851 | MADWAA00383872 |
| MADWAA00349666 | MADWAA00350116 | MADWAA00383882 | MADWAA00383883 |
| MADWAA00350118 | MADWAA00350547 | MADWAA00383897 | MADWAA00383924 |
| MADWAA00350549 | MADWAA00350554 | MADWAA00383926 | MADWAA00383926 |
| MADWAA00350679 | MADWAA00350679 | MADWAA00383943 | MADWAA00383956 |
| MADWAA00350681 | MADWAA00351036 | MADWAA00384156 | MADWAA00384163 |
| MADWAA00351039 | MADWAA00351802 | MADWAA00384170 | MADWAA00384289 |
| MADWAA00351901 | MADWAA00351959 | MADWAA00384291 | MADWAA00384294 |
| MADWAA00351961 | MADWAA00352850 | MADWAA00384303 | MADWAA00384303 |
| MADWAA00354673 | MADWAA00355570 | MADWAA00384306 | MADWAA00384310 |
| MADWAA00359610 | MADWAA00360493 | MADWAA00384324 | MADWAA00384356 |
| MADWAA00360495 | MADWAA00361340 | MADWAA00384387 | MADWAA00384387 |
| MADWAA00361342 | MADWAA00362441 | MADWAA00384392 | MADWAA00384394 |
| MADWAA00362941 | MADWAA00363698 | MADWAA00384415 | MADWAA00384426 |
| MADWAA00363833 | MADWAA00363844 | MADWAA00384431 | MADWAA00384443 |
| MADWAA00363846 | MADWAA00365087 | MADWAA00384762 | MADWAA00384838 |
| MADWAA00366207 | MADWAA00367264 | MADWAA00384848 | MADWAA00386529 |
| MADWAA00367370 | MADWAA00368367 | MADWAA00387521 | MADWAA00388097 |

**Documents Considered**                                                                                                                                           **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00388105 | MADWAA00388106 | MTSSAA0000028 | MTSSAA0000118 |
| MADWAA00389847 | MADWAA00389923 | PCISAA0000001 | PCISAA0000020 |
| MADWAA00389926 | MADWAA00391337 | SECSAG0000157 | SECSAG0000204 |
| MADWAA00391813 | MADWAA00393531 | SECSAH0000306 | SECSAH0001455 |
| MADWAA00395737 | MADWAA00395739 | SECSAH0001640 | SECSAH0001642 |
| MADWAA00397110 | MADWAA00397112 | SECSAH0001769 | SECSAH0002228 |
| MADWAA00578467 | MADWAA00579894 | SECSAH0002255 | SECSAH0002346 |
| MADWAA00593865 | MADWAA00595441 | SECSBA0000029 | SECSBA0000075 |
| MADWAA00596992 | MADWAA00596998 | SECSBE0001066 | SECSBE0001523 |
| MADWAA00597549 | MADWAA00597559 | SECSBF0000586 | SECSBF0001372 |
| MADWAA00598000 | MADWAA00598012 | SECSBF0001481 | SECSBF0001591 |
| MADWAA00598540 | MADWAA00598556 | SECSBF0001683 | SECSBF0001832 |
| MADWAA00598948 | MADWAA00598954 | SECSBF0002160 | SECSBF0002857 |
| MADWAA00599351 | MADWAA00599357 | SECSBF0002883 | SECSBF0002895 |
| MADWAA00599778 | MADWAA00599784 | SECSBJ0005595 | SECSBJ0007170 |
| MADWAA00600253 | MADWAA00601201 | SECSBJ0007307 | SECSBJ0010032 |
| MADWAA00601204 | MADWAA00602116 | SECSBJ0010037 | SECSBJ0010278 |
| MADWAA01072627 | MADWAA01072894 | SECSBJ0010544 | SECSBJ0010799 |
| MAITAA0013488 | MAITAA0013491 | SECSBJ0011725 | SECSBJ0011938 |
| MAITAA0013944 | MAITAA0013951 | SECSBJ0012894 | SECSBJ0014702 |
| MAITAA0015875 | MAITAA0015950 | SECSBJ0014794 | SECSBJ0015642 |
| MAITAA0016078 | MAITAA0016087 | SECSBJ0015662 | SECSBJ0015946 |
| MAITAA0016138 | MAITAA0016143 | SECSBP0006076 | SECSBP0006404 |
| MAITAA0016167 | MAITAA0016174 | SECSBP0007753 | SECSBP0008458 |
| MAITAA0016334 | MAITAA0016346 | SECSBP0014993 | SECSBP0019420 |
| MAITAA0016431 | MAITAA0016436 | SECSCC0000001 | SECSCC0003525 |
| MAITAA0016914 | MAITAA0016920 | SECSCC0000001_xls | |
| MAITAA0017727 | MAITAA0017730 | SECSCQ0000050 | SECSCQ0000131 |
| MAITAD00000001 | MAITAD00000002 | SECSCQ0000133 | SECSCQ0000148 |
| MAITAE00000001 | MAITAE00000002 | SECSCQ0000185 | SECSCQ0000216 |
| MCFSAA0000003 | MCFSAA0000129 | SECSCQ0000252 | SECSCQ0000263 |
| MDPTPP00000001 | MDPTPP07766402 | SECSCQ0000265 | SECSCQ0000276 |
| MELSAB0000001 | MELSAB0000026 | SECSCR0000001 | SECSCR0000051 |
| MELSAB0000089 | MELSAB0000108 | SECSCR0000058 | SECSCR0000086 |
| MESTABJ00000001 | MESTABJ00000002 | SECSEE0000082 | SECSEE0000426 |
| MSYSAB0000100 | MSYSAB0000446 | UBSSAA0000084 | UBSSAA0000218 |
| MSYSAE0000001 | MSYSAE0008084 | WFCSAA0000049 | WFCSAA0000098 |
| MTRSAA0000001 | MTRSAA0000039 | WSASAA0000006 | WSASAA0000082 |
| AMF00026818 | AMF00026877 | MF00195958 | MF00195961 |
| MF00106437 | MF00106438 | MF00195962 | MF00195962 |
| MF00106439 | MF00106439 | MF00202926 | MF00202927 |
| MF00121460 | MF00121461 | MF00202928 | MF00202928 |
| MF00121462 | MF00121462 | MF00204903 | MF00204904 |
| MF00131798 | MF00131801 | MF00204905 | MF00204905 |
| MF00131802 | MF00131802 | MF00216517 | MF00216518 |
| MF00143971 | MF00143973 | MF00216519 | MF00216519 |
| MF00143974 | MF00143974 | MF00226434 | MF00226436 |
| MF00172873 | MF00172874 | MF00226437 | MF00226437 |
| MF00172875 | MF00172875 | MF00241996 | MF00241998 |
| MF00193010 | MF00193012 | MF00241999 | MF00241999 |
| MF00193013 | MF00193013 | MF00249219 | MF00249220 |

**Documents Considered**  EXHIBIT 2

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MF00249221 | MF00249221 | MWPTAP00119608 | MWPTAP00119625 |
| MF00255498 | MF00255499 | MWPTAP00246855 | MWPTAP00246886 |
| MF00255500 | MF00255500 | MWPTAP00306403 | MWPTAP00306414 |
| MF00266019 | MF00266020 | MWPTAP00306415 | MWPTAP00306427 |
| MF00266021 | MF00266021 | MWPTAP00330431 | MWPTAP00330438 |
| MF00271418 | MF00271419 | MWPTAP00347213 | MWPTAP00347218 |
| MF00271420 | MF00271420 | MWPTAP00347219 | MWPTAP00347228 |
| MF00282933 | MF00282935 | MWPTAP00383242 | MWPTAP00383248 |
| MF00282936 | MF00282936 | MWPTAP00383249 | MWPTAP00383256 |
| MF00292341 | MF00292343 | MWPTAP00383257 | MWPTAP00383277 |
| MF00292344 | MF00292344 | MWPTAP00383278 | MWPTAP00383285 |
| MF00298689 | MF00298691 | MWPTAP00383286 | MWPTAP00383293 |
| MF00298692 | MF00298693 | MWPTAP00383294 | MWPTAP00383315 |
| MF00309949 | MF00309950 | MWPTAP00405775 | MWPTAP00405787 |
| MF00309951 | MF00309951 | MWPTAP00408678 | MWPTAP00408715 |
| MF00336586 | MF00336587 | MWPTAP00437371 | MWPTAP00437395 |
| MF00336588 | MF00336588 | MWPTAP00493765 | MWPTAP00493781 |
| MF00338023 | MF00338025 | MWPTAP00498152 | MWPTAP00498158 |
| MF00338026 | MF00338026 | MWPTAP00498159 | MWPTAP00498167 |
| MF00340499 | MF00340501 | MWPTAP00546691 | MWPTAP00546698 |
| MF00340502 | MF00340502 | MWPTAP00548144 | MWPTAP00548150 |
| MF00346460 | MF00346461 | MWPTAP00553333 | MWPTAP00553340 |
| MF00346462 | MF00346462 | MWPTAP00553341 | MWPTAP00553348 |
| MF00354370 | MF00354371 | MWPTAP00553349 | MWPTAP00553356 |
| MF00354372 | MF00354372 | MWPTAP00553357 | MWPTAP00553364 |
| MF00389900 | MF00389901 | MWPTAP00553365 | MWPTAP00553372 |
| MF00389902 | MF00389902 | MWPTAP00553373 | MWPTAP00553380 |
| MF00392462 | MF00392463 | MWPTAP00553381 | MWPTAP00553388 |
| MF00392464 | MF00392464 | MWPTAP00553389 | MWPTAP00553396 |
| MF00395144 | MF00395145 | MWPTAP00553397 | MWPTAP00553404 |
| MF00395146 | MF00395146 | MWPTAP00553405 | MWPTAP00553412 |
| MF00402750 | MF00402751 | MWPTAP00558981 | MWPTAP00558989 |
| MF00402752 | MF00402752 | MWPTAP00566423 | MWPTAP00566454 |
| MF00408979 | MF00408981 | MWPTAP00568878 | MWPTAP00568886 |
| MF00408982 | MF00408982 | MWPTAP00574252 | MWPTAP00574258 |
| MF00415098 | MF00415100 | MWPTAP00575295 | MWPTAP00575302 |
| MF00415101 | MF00415101 | MWPTAP00575303 | MWPTAP00575310 |
| MF00422127 | MF00422127 | MWPTAP00575311 | MWPTAP00575318 |
| MF00422128 | MF00422128 | MWPTAP00575319 | MWPTAP00575326 |
| MF00438741 | MF00438742 | MWPTAP00593809 | MWPTAP00593814 |
| MF00438743 | MF00438743 | MWPTAP00593919 | MWPTAP00593924 |
| MF00443063 | MF00443063 | MWPTAP00593925 | MWPTAP00593930 |
| MF00448707 | MF00448708 | MWPTAP01019678 | MWPTAP01019682 |
| MF00448709 | MF00448709 | | |

Checkbook File (available in native format)
Great Plains accounting system (available in native format)
Stipulation For Transfer of Funds By J.P. Morgan Chase Bank to Trustee, *In re Bernard L. Madoff,* No. 08-01789
   (S.D.N.Y. Apr. 7, 2009) (Dkt. No. 148)
Plaintiff's Initial Disclosures
Defendants' Initial Disclosures Pursuant to Rule 26(a)(1) (12/18/2015)