# EXHIBIT 4 (EXCERPT)

**JPMC 703 Account Activity Summary**
**December 1998 - December 2008**

|  |  | # | | Amount |
|---|---|---:|---|---:|
| **Beginning Bank Ledger Balance (12/1/1998)** | | | $ | 1,683,834 |
| *Customer Transactions* | | | | |
| Incoming Customer Wires | [1] | 10,305 | | 36,643,660,331 |
| Incoming Customer Checks | [2] | 4,023 | | 78,815,672,530 |
| Federal Home Loan Bank Transactions (Incoming) | [3] | 24 | | 264,939,785 |
| **Subtotal - Customer Inflows** | | **14,352** | | **115,724,272,646** |
| Outgoing Customer Wires | [1] | 9,497 | | (27,834,034,250) |
| Outgoing Customer Checks | | 5,016 | | (80,290,347,270) |
| Transfers to JPMC 509 Account | [4] | 2,537 | | (6,988,328,181) |
| Transfers to Bankers Trust 599 Account | [5] | 106 | | (849,975,000) |
| Tax Payments | | 126 | | (375,489,164) |
| Reimbursements to BONY 621 Account | | 2 | | (261,816,950) |
| Federal Home Loan Bank Transactions (Outgoing) | [3] | 1 | | (46,587,319) |
| **Subtotal - Customer Outflows** | | **17,285** | | **(116,646,578,133)** |
| **Net Customer Flows** | | **31,637** | $ | **(922,305,487)** |
| *Investment Flows* | | | | |
| Overnight Sweep - Investment | | 1,957 | | (29,321,695,287) |
| Overnight Sweep - Return of Principal & Interest | | 3,784 | | 29,324,755,543 |
| Overnight Deposit - Investment | | 2,384 | | (167,616,800,000) |
| Overnight Deposit - Return of Principal & Interest | | 2,386 | | 167,645,155,663 |
| Commercial Paper - Investment | | 1,022 | | (77,800,400,000) |
| Commercial Paper - Return of Principal & Interest | | 2,044 | | 77,809,963,692 |
| Certificate of Deposit - Investment | | 1,753 | | (326,313,900,000) |
| Certificate of Deposit - Return of Principal & Interest | | 2,973 | | 327,104,039,244 |
| Treasury Bills - Investment | | 333 | | (16,486,662,003) |
| Treasury Bills - Return of Principal & Interest | | 139 | | 16,696,706,194 |
| **Total Net Investment Flows** | | **18,775** | $ | **1,041,163,046** |
| *Other Transactions* | | | | |
| Other Incoming Wires | | 83 | | 2,393,496,814 |
| Cancelled/Reversed Wires or Checks | | 137 | | 19,367 |
| Other Incoming Checks | | 4 | | 301,405 |
| Other Outgoing Wires | | 113 | | (1,951,921,147) |
| MSIL Transactions (not related to 1FN023) | | 22 | | (165,203,647) |
| Other Outgoing Checks | | 126 | | (163,746,831) |
| Loan and Related Interest | | 10 | | (3,483,099) |
| Bank Charges | | 79 | | (596,988) |
| **Total Other Transactions** | | **574** | $ | **108,865,874** |
| **Ending Bank Ledger Balance (12/31/2008)** | | **50,986** | $ | **229,407,266** |

**Notes**

[1] Amounts include **$183,884,318** in incoming wires from MSIL, and **$329,967,666** in outgoing wires to MSIL, that were tied to cash transactions in the 1FN023 ("MADOFF SECURITIES INTL LTD") account.

[2] Incoming checks between December 1998 and December 2008 includes checks totaling **$3,196,365** that were not related to a BLMIS customer account, including $1,000 from Erin Reardon, $1,686,165 from David Kugel, $250,000 and $437,000 from Jerry O'Hara.

[3] Incoming amount includes **$243,225,000** in principal proceeds from securities that were "received free" from BLMIS customers and subsequently redeemed by Madoff, and **$21,714,785** in interest earned on these securities. Outgoing amount represents securities purchased by Madoff and delivered to certain BLMIS customers in April 2008. This activity was reconciled to multiple BLMIS customer account transactions.

[4] Checks were written from the 509 Account to both BLMIS customers and non-BLMIS customers. Total amount of checks to non-customers from the 509 Account was $**30,805,198.**

[5] There were outflows from the Bankers Trust 599 Account to both BLMIS customers and non-BLMIS customers. Total outflows to non-BLMIS customers from this account was **$21,555,532**, including **$19,500,000** to MSIL and **$2,055,532** to other payees.