# EXHIBIT 5
# (EXCERPT)

**JPMC 509 Account Activity Summary**
**December 1, 1998 - December 31, 2008**

| | Source / Recipient | # | Amount | | |
|---|---|---|---|---|---|
| **Beginning Balance (12/1/1998)** | | | | $ | - |
| ***JPMC '703 Account Funding Transfers*** | | | | | |
| Account Funding Transfers [1] | Transfers from JPMC '703 Account | 2,506 | 6,946,586,996 | | |
| | Adjustments to JPMC '703 Funding Amounts | 8 | (2,682,038) | | |
| | **Subtotal: Account Funding Transactions** | **2,514** | **6,943,904,958** | | |
| Estimated Account Funding Transfers [2] | Estimated Transfers from JPMC '703 Account - Oct. 1999 | 20 | 44,423,223 | | |
| **Total Incoming Transfers** | | | | $ | 6,988,328,181 |
| ***Outgoing Check Payments*** | | | | | |
| Outgoing Checks | Reconciled Customer Checks [3] | 92,577 | (6,882,498,434) | | |
| | Less: Cancelled Reconciled Customer Checks [4] | (195) | 13,625,256 | | |
| | Unreconciled Customer Checks - check copy unavailable [5] | 2,215 | (84,030,452) | | |
| | Non-BLMIS Customer Checks | 100 | (30,931,198) | | |
| | Unidentified Outgoing Checks | | (1,228,225) | | |
| | **Subtotal: Outgoing Checks** | **94,697** | **(6,985,063,053)** | | |
| **Total Outgoing Check Payments** | | | | $ | (6,985,063,053) |
| **Total Activity: December 1, 1998 - December 31, 2008** | | | $ | 3,265,128 | |
| **Ending Balance (12/31/2008)** | | | | $ | 3,265,128 |

**Notes**

[1] Account funding transfers (and related adjustments) were reconciled to both the JPMC 509 Account and the JPMC 703 Account activity.

[2] Account funding activity for October 1999 was estimated based on the JPMC 703 Account activity, as the October 1999 statement for the JPMC 509 account could not be located.

[3] Amount represents BLMIS customer "CHECK" withdrawal transactions per the BLMIS customer statements that were reconciled to available images of cancelled checks. Descriptions on the BLMIS customer statements for these transactions include variations such as "CHECK DISTRIBUTION". The reconciliation of customer checks was based on a review of available cancelled checks.

[4] Amount represents the Reconciled Customer Check transactions that were subsequently cancelled per the BLMIS customer statements.

[5] Amount represents customer "CHECK" withdrawal transactions per the BLMIS customer statements that could not be reconciled to a cancelled check because the cancelled check was not available. Descriptions on the BLMIS customer statements for these transactions include variations such as "CHECK DISTRIBUTION".