# EXHIBIT 7

**List of All Cash Transactions in the Fairfield Pagma Account**

| | | | | | | | Reconciliation Results [4] | | |
|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Bates Reference to BLMIS Customer File[4] |
| 492911 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/1/1993 | 158,118 | CA | CHECK | n/a | n/a | n/a |
| 509101 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/10/1993 | 50,000 | CA | CHECK | n/a | Yes | AMF00026864 |
| 482181 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/14/1993 | 76,000 | CA | CHECK | n/a | n/a | n/a |
| 488644 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/24/1993 | 12,000 | CA | CHECK | n/a | n/a | n/a |
| 432906 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 1/12/1994 | (43,000) | CW | CHECK | n/a | Yes | AMF00026862 AMF00026863 |
| 498350 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/31/1994 | 35,000 | CA | CHECK | n/a | Yes | AMF00026861 |
| 425906 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/19/1994 | 45,000 | CA | CHECK | n/a | Yes | AMF00026860 |
| 464862 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/2/1994 | 80,000 | CA | CHECK | n/a | n/a | n/a |
| 440652 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/21/1994 | (50,000) | CW | CHECK | n/a | Yes | AMF00026858 |
| 441654 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/19/1995 | 65,000 | CA | CHECK | n/a | Yes | AMF00026857 |
| 455478 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/15/1995 | 82,000 | CA | CHECK | n/a | Yes | AMF00026856 |
| 264116 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/14/1995 | (90,000) | CW | CHECK | n/a | Yes | AMF00026854 |
| 179184 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/15/1996 | 93,000 | CA | CHECK | n/a | Yes | AMF00026853 |
| 285876 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/8/1996 | 76,000 | CA | CHECK | n/a | Yes | AMF00026852 |
| 194357 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 7/12/1996 | (20,000) | CW | CHECK | n/a | Yes | AMF00026851 |
| 61365 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 9/13/1996 | (28,000) | CW | CHECK | n/a | Yes | AMF00026850 |
| 179070 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/27/1996 | (110,000) | CW | CHECK | n/a | Yes | AMF00026849 |
| 280582 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/6/1997 | 100,000 | CA | CHECK | n/a | Yes | AMF00026848 |
| 13989 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 8/28/1997 | (20,000) | CW | CHECK | n/a | Yes | AMF00026847 |
| 298184 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/17/1997 | (110,000) | CW | CHECK | n/a | Yes | AMF00026846 |
| 45168 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/2/1998 | 30,000 | CA | CHECK | n/a | Yes | AMF00026845 |
| 289336 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 1/16/2001 | 600,000 | CA | CHECK | Yes | n/a | n/a |
| 260791 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 1/15/2002 | 300,000 | CA | CHECK | Yes | n/a | n/a |
| 216403 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/12/2002 | 300,000 | CA | CHECK | Yes | n/a | n/a |
| 57568 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/20/2003 | 400,000 | CA | CHECK | Yes | Yes | AMF00026843 |
| 266151 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/25/2004 | (300,000) | CW | CHECK | Yes | Yes | AMF00026842 |
| 232975 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/6/2005 | (200,000) | CW | CHECK | Yes | Yes | AMF00026841 |

## List of All Cash Transactions in the Fairfield Pagma Account

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] BLMIS Bank Records[3] | BLMIS Customer File | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| 296842 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/8/2005 | (325,000) | CW | CHECK | Yes | Yes | AMF00026840 |
| 261396 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 7/19/2005 | (100,000) | CW | CHECK | Yes | Yes | AMF00026839 |
| 262379 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 8/17/2005 | (125,000) | CW | CHECK | Yes | Yes | AMF00026838 |
| 228515 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/13/2005 | (100,000) | CW | CHECK | Yes | Yes | AMF00026837 |
| 60909 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/9/2006 | (350,000) | CW | CHECK | Yes | Yes | AMF00026833 |
| 169311 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/28/2006 | (250,000) | CW | CHECK | Yes | Yes | AMF00026832 |
| 117238 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/25/2006 | (250,000) | CW | CHECK | Yes | Yes | AMF00026831 |
| 114853 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 9/7/2006 | (100,000) | CW | CHECK | Yes | Yes | AMF00026830 |
| 253761 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 11/21/2006 | (250,000) | CW | CHECK | Yes | Yes | AMF00026829 |
| 152647 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/9/2007 | (750,000) | CW | CHECK | Yes | Yes | AMF00026828 |
| 293042 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/18/2007 | (150,000) | CW | CHECK | Yes | Yes | AMF00026827 |
| 312718 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/14/2007 | (200,000) | CW | CHECK | Yes | Yes | AMF00026826 |
| 34251 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/19/2008 | 350,000 | CA | CHECK | Yes | Yes | AMF00026825 |
| 294292 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/30/2008 | (50,000) | CW | CHECK | Yes | Yes | AMF00026822 AMF00026824 |
| 249764 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/2/2008 | (100,000) | CW | CHECK | Yes | Yes | AMF00026822-23 |
| 81015 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 7/14/2008 | (100,000) | CW | CHECK | Yes | Yes | AMF00026821 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10**.

[4] The "n/a" designation indicates where records could not be located and/or are otherwise unavailable.