# EXHIBIT 8

# FAIRFIELD PAGMA ASSOCIATES, LP

Redacted

May 27, 2008

Bernard L. Madoff Investment Securities
885 Third Avenue
New York, N Y 10022

RE: A/C 1-AZ994-3-0

Dear Sirs:

We would like to withdraw the sum of Fifty Thousand Dollars ($50,000) from the above account,

Sincerely

SEYMOUR KLEINMAN

5/30

AMF00026824