# EXHIBIT 9

**EXHIBIT 9**

## Results of Receiving Bank Analysis - Fairfield Pagma Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number(s) | Account Holder | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---:|
| Citibank, NA | xxxx3743 | Fairfield Pagma Assoc., L.P. | 1,350,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** $ | **1,350,000** |

*% of Total Cash Withdrawals from the Fairfield Pagma Account in the Two Year Period*    **100%**

**Total Cash Withdrawals from the Fairfield Pagma Account in the Two Year Period** $    **1,350,000**

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 10**.