# EXHIBIT 10

**Reconciliation and Tracing Results - Fairfield Pagma Account**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder[3] |
| 492911 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/1/1993 | 158,118 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 509101 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/10/1993 | 50,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 482181 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/14/1993 | 76,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 488644 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/24/1993 | 12,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 432906 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 1/12/1994 | (43,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 498350 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/31/1994 | 35,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 425906 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/19/1994 | 45,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 464862 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/2/1994 | 80,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 440652 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/21/1994 | (50,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 441654 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/19/1995 | 65,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 455478 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/15/1995 | 82,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 264116 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/14/1995 | (90,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 179184 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/15/1996 | 93,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 285876 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/8/1996 | 76,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 194357 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 7/12/1996 | (20,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 61365 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 9/13/1996 | (28,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 179070 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/27/1996 | (110,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 280582 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/6/1997 | 100,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 13989 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 8/28/1997 | (20,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 298184 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/17/1997 | (110,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 45168 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/2/1998 | 30,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 289336 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 1/16/2001 | 600,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 9763 | 5286 | n/a - deposit | | |
| 260791 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 1/15/2002 | 300,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 745 | JPMSAI0001667 JPMSAI0001680 | 15006 | 7676 | n/a - deposit | | |
| 216403 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/12/2002 | 300,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 751 | JPMSAI0001929 JPMSAI0001937 | 15397 | 7915 | n/a - deposit | | |
| 57568 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/20/2003 | 400,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | | JPMSAI0003540 | 21173 | 10283 | n/a - deposit | | |

**Reconciliation and Tracing Results - Fairfield Pagma Account**

| | | | | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder[3] |
| 266151 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/25/2004 | (300,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 154933 | JPMSAF0024381 MADWAA00339675-76 | | | | *n/a - prior to Two Year Period* | | |
| 232975 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/6/2005 | (200,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 163561 | JPMSAF0033943 MADWAA00163048-49 | | | | *n/a - prior to Two Year Period* | | |
| 296842 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/8/2005 | (325,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 164708 | JPMSAF0035198 MADWAA00160882-83 | | | | *n/a - prior to Two Year Period* | | |
| 261396 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 7/19/2005 | (100,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 166379 | JPMSAF0036907 MADWAA00157815-16 | | | | *n/a - prior to Two Year Period* | | |
| 262379 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 8/17/2005 | (125,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 166833 | JPMSAF0037384 MADWAA00155649-50 | | | | *n/a - prior to Two Year Period* | | |
| 228515 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 12/13/2005 | (100,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 169774 | JPMSAF0040555 MADWAA00364580-81 | | | | *n/a - prior to Two Year Period* | | |
| 60909 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/9/2006 | (350,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 171975 | JPMSAF0042992 MADWAA00363467-68 | | | | *n/a - prior to Two Year Period* | | |
| 169311 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/28/2006 | (250,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 172738 | JPMSAF0043830 MADWAA00375931-32 | | | | *n/a - prior to Two Year Period* | | |
| 117238 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 4/25/2006 | (250,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 174390 | JPMSAF0045669 MADWAA00367468-69 | | | | *n/a - prior to Two Year Period* | | |
| 114853 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 9/7/2006 | (100,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 177623 | JPMSAF0048880 MADWAA00209318-19 | | | | *n/a - prior to Two Year Period* | | |
| 253761 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 11/21/2006 | (250,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 179830 | JPMSAF0051149 MADWAA00213554-55 | | | | *n/a - prior to Two Year Period* | | |
| 152647 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 3/9/2007 | (750,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 183007 | JPMSAF0054354 MADWAA00203780-81 | | | | Citibank, NA | xxxx3743 | Fairfield Pagma Assoc , L P |
| 293042 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/18/2007 | (150,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 185505 | JPMSAF0056751 MADWAA00278820-21 | | | | Citibank, NA | xxxx3743 | Fairfield Pagma Assoc , L P |
| 312718 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/14/2007 | (200,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 186091 | JPMSAF0057300 MADWAA00277428-29 | | | | Citibank, NA | xxxx3743 | Fairfield Pagma Assoc , L P |
| 34251 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 2/19/2008 | 350,000 | CA | CHECK | | Deposit | Check | Yes | | 703 Account | 1160 | JPMSAI0012622 JPMSAI0012628 | 46580 | 18829 | | *n/a - deposit* | | |
| 294292 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 5/30/2008 | (50,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 196754 | JPMSAF0067582 MADWAA00295536-37 | | | | Citibank, NA | xxxx3743 | Fairfield Pagma Assoc , L P |
| 249764 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 6/2/2008 | (100,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 196807 | JPMSAF0067638 MADWAA00295632-33 | | | | Citibank, NA | xxxx3743 | Fairfield Pagma Assoc , L P |
| 81015 | 1ZA994 | FAIRFIELD PAGMA ASSOCIATES LP | 7/14/2008 | (100,000) | CW | CHECK | | Withdrawal | Check | Yes | | 509 Account | 198621 | JPMSAF0069399 MADWAA00294841-42 | | | | Citibank, NA | xxxx3743 | Fairfield Pagma Assoc , L P |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of our analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Analysis - December 1998 to December 2008", which are attached as **Exhibits 4** and **5**, respectively.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.