# EXHIBIT 1

[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06          1
[Redacted]
[Redacted]
[Redacted]                                                   1-H0024-3-0      [Redacted]


                                        BALANCE FORWARD                      507,780.46

12/01                                   INTEL CORP                  DIV           1,789.20
                                        DIV 11/07/06 12/01/06
12/01                                   WELLS FARGO & CO NEW        DIV           2,892.96
                                        DIV 11/03/06 12/01/06
12/05                                   PFIZER INC                  DIV           5,443.20
                                        DIV 11/10/06 12/05/06
12/11                                   CHEVRON CORP                DIV           3,538.08
                                        DIV 11/17/06 12/11/06
12/11                                   EXXON MOBIL CORP            DIV           5,886.72
                                        DIV 11/13/06 12/11/06
12/11                                   INTERNATIONAL BUSINESS MACHS DIV         1,436.40
                                        DIV 11/10/06 12/09/06
12/11                                   UNITED TECHNOLOGIES CORP    DIV            801.36
                                        DIV 11/17/06 12/10/06
12/12                                   JOHNSON & JOHNSON           DIV           3,402.00
                                        DIV 11/28/06 12/12/06
12/14                                   HOME DEPOT INC              DIV           1,417.50
                                        DIV 11/30/06 12/14/06
12/14                                   MICROSOFT CORP              DIV           2,671.20
                                        DIV 11/16/06 12/14/06
12/15                                   AMERICAN INTL GROUP INC     DIV           1,330.56
                                        DIV 12/01/06 12/15/06
12/15                                   COCA COLA CO                DIV           1,953.00
                                        DIV 12/01/06 12/15/06

                                        CONTINUED ON PAGE    2

MDPTPP03456817

[Redacted]
[Redacted]
[Redacted]                                                          12/31/06          2
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]


| Date | Shares | Acct | Security | Price | Amount |
|---|---|---|---|---|---|
| 12/15 | | | TIME WARNER INC | DIV | 693.00 |
| | | | DIV 11/30/06 12/15/06 | | |
| 12/15 | | | WACHOVIA CORP NEW | DIV | 3,386.88 |
| | | | DIV 11/30/06 12/15/06 | | |
| 12/21 | 15,372 | 1842 | CITI GROUP INC | 54.580 | 838,389.76 |
| 12/21 | 3,528 | 3842 | SCHLUMBERGER LTD | 67 | 236,235.00 |
| 12/21 | 6,300 | 6092 | COMCAST CORP | 43.140 | 271,530.00 |
| | | | CL A | | |
| 12/21 | 12,096 | 8092 | AT&T INC | 35.810 | 432,674.76 |
| 12/21 | 19,152 | 10342 | CISCO SYSTEMS INC | 27.730 | 530,318.96 |
| 12/21 | 12,600 | 12342 | TIME WARNER INC | 21.710 | 273,042.00 |
| 12/21 | 6,804 | 14592 | CHEVRON CORP | 75.110 | 510,776.44 |
| 12/21 | 3,276 | 16592 | UNITED PARCEL SVC INC | 76.630 | 250,908.88 |
| | | | CLASS B | | |
| 12/21 | 32,004 | 18842 | GENERAL ELECTRIC CO | 37.630 | 1,203,030.52 |
| 12/21 | 3,024 | 20806 | UNITED TECHNOLOGIES CORP | 62.410 | 188,607.84 |
| 12/21 | 1,260 | 23092 | GOLDMAN SACHS GROUP INC | 201.700 | 254,092.00 |
| 12/21 | 6,048 | 25024 | WACHOVIA CORP NEW | 57.430 | 347,095.64 |
| 12/21 | 6,300 | 27342 | HOME DEPOT INC | 40.080 | 252,252.00 |
| 12/21 | 10,332 | 29274 | WELLS FARGO & CO NEW | 35.750 | 368,956.00 |
| 12/21 | 8,568 | 31592 | HEWLETT PACKARD CO | 40.020 | 342,549.36 |
| 12/21 | 7,560 | 33524 | WAL-MART STORES INC | 46.640 | 352,296.40 |
| 12/21 | 4,788 | 35842 | INTERNATIONAL BUSINESS MACHS | 95.800 | 458,499.40 |
| 12/21 | 18,396 | 37774 | EXXON MOBIL CORP | 76.800 | 1,412,077.80 |
| 12/21 | 17,892 | 40092 | INTEL CORP | 21.100 | 376,806.20 |

CONTINUED ON PAGE    3

MDPTPP03456818

[Redacted]
[Redacted]
[Redacted]                                                              12/31/06          3
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0        [Redacted]


| Date | | Shares/Units | CUSIP | Description | Price | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 12/21 | | 9,072 | 44342 | JOHNSON & JOHNSON | 66.780 | | 605,466.16 |
| 12/21 | | 10,584 | 48591 | J.P. MORGAN CHASE & CO | 48.410 | | 511,948.44 |
| 12/21 | | 6,300 | 52841 | COCA COLA CO | 48.990 | | 308,385.00 |
| 12/21 | | 2,772 | 57091 | MERRILL LYNCH & CO INC | 91.960 | | 254,803.12 |
| 12/21 | | 6,552 | 61341 | ALTRIA GROUP INC | 85.910 | | 562,620.32 |
| 12/21 | | 6,804 | 65591 | MERCK & CO | 44 | | 299,104.00 |
| 12/21 | | 3,276 | 69841 | MORGAN STANLEY | 80.620 | | 263,980.12 |
| 12/21 | | 26,712 | 74091 | MICROSOFT CORP | 30.110 | | 803,230.32 |
| 12/21 | | 4,788 | 80642 | ABBOTT LABORATORIES | 48.170 | | 230,446.96 |
| 12/21 | | 8,064 | 84881 | AMERICAN INTL GROUP INC | 72.790 | | 586,656.56 |
| 12/21 | | 12,600 | 86841 | ORACLE CORPORATION | 18.050 | | 226,926.00 |
| 12/21 | | 3,528 | 89131 | AMGEN INC | 70.630 | | 249,041.64 |
| 12/21 | | 5,040 | 91091 | PEPSICO INC | 63.210 | | 318,377.40 |
| 12/21 | | 3,780 | 93359 | AMERICAN EXPRESS COMPANY | 62.270 | | 235,229.60 |
| 12/21 | | 22,680 | 95341 | PFIZER INC | 25.870 | | 585,824.60 |
| 12/21 | | 14,112 | 97591 | BANK OF AMERICA | 53.690 | | 757,109.28 |
| 12/21 | | 9,828 | 99591 | PROCTER & GAMBLE CO | 64.120 | | 629,778.36 |
| 12/21 | 16,250,000 | | 42168 | U S TREASURY BILL | 99.063 | 16,097,737.50 | |
| | | | | DUE 3/01/2007 | | | |
| | | | | 3/01/2007 | | | |
| 12/21 | 15,617 | | 46409 | FIDELITY SPARTAN | 1 | 15,617.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/22 | | | | BANK OF AMERICA | DIV | | 7,902.72 |
| | | | | DIV 12/01/06 12/22/06 | | | |
| 12/29 | | | | FIDELITY SPARTAN | DIV | | 110.86 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 12/29/06 | | | |

                                                CONTINUED ON PAGE     4

MDPTPP03456819

[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06        4
[Redacted]
[Redacted]
[Redacted]                                                       1-H0024-3-0       [Redacted]


12/29                                         TRANS FROM 40 ACCT          JRNL                         292,069.00

12/29   8,375,000              2281 U S TREASURY BILL            98.682    8,264,617.50
                                    DUE 4/5/2007
                                         4/05/2007
12/29      10,001              6854 FIDELITY SPARTAN                1          10,001.00
                                    U S TREASURY MONEY MARKET
12/29                   41,231 83587 FIDELITY SPARTAN               1                                   41,231.00

                                    U S TREASURY MONEY MARKET
12/29             16,600,000 88904 U S TREASURY BILL            99.166                             16,461,556.00

                                    DUE 3/01/2007
                                         3/01/2007
12/29   8,375,000            97809 U S TREASURY BILL            98.780     8,272,825.00
                                    DUE 3/29/2007
                                         3/29/2007

                                    NEW BALANCE                                                              .02


                                    SECURITY POSITIONS         MKT PRICE
            10,001               FIDELITY SPARTAN                1
                                    U S TREASURY MONEY MARKET
         8,375,000               U S TREASURY BILL             98.780
                                    DUE 3/29/2007
                                         3/29/2007
         8,375,000               U S TREASURY BILL             98.682
                                    DUE 4/5/2007
                                         4/05/2007

                                    MARKET VALUE OF SECURITIES
                                         LONG              SHORT
                                    16,547,443.50

MDPTPP03456820

[Redacted]
[Redacted]
[Redacted]                                                                12/31/06          5
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0    [Redacted]


                        YEAR-TO-DATE SUMMARY

                DIVIDENDS                                              285,425.85
                GROSS PROCEEDS FROM SALES                          141,072,172.20

MDPTPP03456821