# EXHIBIT 9

```
                    0 ·   *

   63,864·42   +
        13·99   +
   63,878·41   *

   63,878·41   ÷
        83·875   =
       761·59   *

        83·875   ×
           761·   =
   63,828·88   +I
   63,828·88   ×
        0·025   =
     1,595·72   *

     1,595·72   ÷
             4·   ×
             8·   =
     3,191·44   *

     3,191·44   +I
           761·   ×
           2·25   =
     1,712·25   *

     1,712·25   ×
        0·03125   =
          53·51   +I
   67,073·83   ◊I
   67,073·83   ÷
     1,712·25   =
          39·17   *

          39·25   ×
     1,712·25   =
   67,205·81   -I
        131·98 -*I

        131·98 -÷
          0·125   =
     1,055·84 -*

     1,712·00   +
     1,052·00   -
        660·00   *
```

MADTSS00401002

Lipkin

56 180.81   80

| | | | | |
|---|---|---|---|---|
| 1/21 Res Oil 2107.13 | 56 172.00 | 58 279.13 | 6 2½ 3/10 INA | 8.81 |
| 3/13 INA | 58 268.25 | 61 181.80 | 8 2½ 5/8 Heinz | 79.69 |
| 5/8 Heinz 2676.92 | 61 187.50 | 63 864.42 | 7 2½ 7/1 Aetna | 73.99 |
| 6/30 Aetna 3191.88 | 63 828.88 | 67 020.76 | 8 2½ 9/1 Amax | 49.53 |
| 9/5 Amax 3350.40 | 67 008— | 70 358.40 | 8 2½ 10/30 Rockwell | 62.29 |
| 10/30 Rockwell 3520.66 | 70 404.75 | 73 925.41 | 8 2½ 12/31 Tomerson | 15.94 |
| 12/31 Check | 10 000— | | '' | |
| Check | | 5000— | '' | |

68 941.35

MADTSS00400966



MADTSS00401003

```
                    0 ·    *

    61,201·49  ÷
          27·5  =
     2,225·51  *

          27·5  ×
       2,225·  =
    61,187·50  +I
    61,187·50  ×
        0·025  =
     1,529·69  *

     1,529·69  ÷
            4·  ×
            7·  =
     2,676·96  *

     2,676·96  +I
       2,225·  ×
         0·75  =
     1,668·75  *

     1,668·75  ×
      0·03125  =
          52·15  +I
    63,916·61  ◊I
    63,916·61  ÷
     1,668·75  =
          38·30  *

          38·375  ×
       1,668·75  =
    64,038·28  -I
         121·67-*I

         121·67-÷
           0·125  =
         973·36-*

      1,668·00  +
        973·00  -
        695·00  *
```

MADTSS00400994



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX    235130
WATS (800) 221-2242

REDACTED

MEMBERS
NASD    NSCC    SIAC    DTC    SIPC

COMPARISON DUPLICATE







**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX  235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| | | |
|---|---|---|
| FRACTIONAL SHARES | HEINZ | 28.67 |

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225   27 1/2      61.187.50

973      38 1/4      37 217.25
                        30  41
                     37 186.84

695 · 38 3/8 = 26 670. 63
                          21. 72
                     26 648. 91

7 = 28, 67

MADTSS00400993

# Bernard L. Madoff
### INVESTMENT SECURITIES

Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| | 12/31/80 | | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1502 | | | BALANCE FORWARDED | | | 56,180.31 |
| 22 | | | | RESERVE OIL & GAS | | | |
| 22 | | 653 | | $1.75 PFD | 46 1/2 | 56,172.90 | 21,528.59 |
| 22 | 110 | | | RESERVE OIL & GAS COM | 33 | | 36,734.96 |
| 30 | | | | RESERVE OIL & GAS COM | 33 1/8 | | 16.26 |
| 30 | 714 | | | INA CORP | 29 7/8 | | 21,308.44 |
| 30 | 1330 | | | INA CORP | 30 | | 39,850.44 |
| | | | | INA CORP | | | 14.02 |
| | 2225 | | | INA CORP $1.90 PFD | 27 1/2 | 61,187.50 | |
| | 2226 | | | HEINZ $1.70 PFD | 21 3/8 | 58,263.25 | |
| | 973 | | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | 695 | | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | | HEINZ COM | | | 26.67 |
| 761 | 1052 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | 1330 | | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | 660 | | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | | AETNA LIFE COM. | | | 9.77 |
| | 521 | | | AWAK INC. | 51 1/4 | | 26,684.97 |
| | 850 | | | AWAK INC. | 51 3/8 | | 43,642.19 |
| | | | | AWAK INC. | | | 31.24 |
| | | | | AWAK INC $3. PFD | 64 | 67,008.00 | |
| | 1016 | | | ROCKWELL INT'L | 34 1/8 | | 61,936.58 |
| | 350 | | | ROCKWELL INT'L | 34 1/4 | | 11,960.50 |
| | | | | ROCKWELL INT'L | | | 10.23 |
| | 2697 | | | ROCKWELL INT'L $4.00 PFD | 29 1/4 | 78,606.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.53 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

HJ Heinz  170     3rd (V )

TP = .75 e

| | |
|---|---|
| 4/9/79 - 5/18 D | 1P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/4/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/2/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/22/80 - 1/20/81 | ~~1/24~~ - 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 2/30/81 - 9/16 | |

MADWAA00497515