# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
            F O R M   F L A S H   D E F I N I T I O N
               BOX DEFINITIONS - Page 1-1

  Left     Right                    Fill                       Spacing
  Edge     Edge   Top   Bottom  Width  Density Density  Number  Horiz  Vert
  4        10     5     10      1      1       0        0       0      0

  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____
  _____  _____  ____  _____  _____  _____ _____  _____  _____  ____

  F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
  F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
       F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
                  DTCS
                         ___ Millimeters ___
                         From  From  Right
  Ref      Definition    Page  Top   Left  Edge  Lines     Equation
   1  L1 Dont Print       1    5     5     100   1    NP
   2  Header Line 1       1    14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
   3  Header Line 2-3     1    17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
   4  Macro Calls         1    23.73 4     206   56   TRIM1/5
   5  Data                1    23.73 8     206   56   COPYR4 TRIM7/67
   6                                                  A3502070/1/8/12
   7  L81                 1    5     5     100   1    PG
   8  _____
   9  _____
  10  _____
  11  _____
  12  _____
  13  _____
  14  _____
  15  _____

  F1=Flash F2=Print Def F3=Go To ___  F4=Prev Screen F5=Next Screen F9=Para Select
  F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
  F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```