# EXHIBIT 25



Each Unit = 10,040

Schupt

| Acct # | Name | Units | Need | Why |
|---|---|---|---|---|
| ZR211 | Eileen | 1.5 | 15 | Shupt |
| C1277 | J.L. Ira | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy Ira | 1.5 | 15 | S |
| 2B480 | Peg | .8 | 8 | S |
| 2B482 | Pam | .5 | 5 | S |
| R0126 | Rita | 1.5 | 15 | S |
| C1340 | JC Pens | X | (3) | Loss for Taxes |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0205 | Gregory | .5 | 5 | S |
| L0214 | Devon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | As per David K |
| D0028 | Carmen | 5.0 | 55 | S |
| W0057 | Weisser | 3.0 | 30 | (Required) |
| ZR179 | Mend | 21.5 | 215 | (Req) |
| 2B032* | Matchir | 319.0 | 3190 | 2600 extra P+L + to bring to 11% |
| ZA924 | Levy Aaron | 7.8 | 78 | (Req) |
| ZR165 | Abe K | 1.4 | 14 | (Req) |
| ZR172 | Sey K | 1.4 | 14 | (Req) |
| ZR097 | Rhona Gaba | .4 | 4 | (Req) |
| 2B143 | Ed Jelris | 11.6 | 116 | (Req) |
| ZR010 | Rich Glantz | 9.8 | 98 | (Req) |
| 2B348 | Spenling | 1.0 | 10 | (Req) |
| ZA041 | Mann E | .6 | 6 | (Req) |
| ZA210 | Mann P | .6 | 6 | (Req) |
| L0124 | Noel | 38.5 | 385 | 1/2 % Cap   Cap = 77 mm from his list |
| E0116* | Mansta | 92.2 | 822 | 300 extra P+L + to bring to 11% |
| 1E0165 | New * | | | |
| 1E0156 | Need 78 | | | |
| 116 | Need 145 | | | |
| 133 | Need 129 | | | |
| 155 | Need 109 | 522 | | |
| 159 | Need 61 | | | |

300 + 522 = 822

12B032 Need 50
12B046 Need 485
12B249 Need 55

2600 + 590 = 3190

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115

4031

PG 4 OF 11
SCHUPT

EACH UNIT
MADE 10,040

| Code | Name | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PEAS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | 45 PER DLR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | | 30 REQUIRED |
| 12R179 | MEND | 215 | | | 215 REQ |
| 12B032 | MAY | *6728 | | | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | | 78 REQ |
| 12R165 | ABE K | 14 | | | 14 REQ |
| 12R172 | SEY K | 14 | | | 14 REQ |
| 12R097 | RHODA G | 4 | | | 4 REQ |
| 12B143 | ED JELRIS G | 116 | | | 116 REQ |
| 12R010 | Rich G | 98 | | | 98 REQ |
| 12B348 | 2 PEARLING | 10 | | | 10 REQ |
| 12A041 | MARV E | 6 | | | 6 REQ |
| 12A210 | MARV PLOT | 6 | | | 6 REQ |
| 1L0124 | NOEL | 385 | | | (1/2 % of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116 * | MARJO *1264 | | | | 300 + BRING ACCTS to 1% |

MOVE TO SPLIT

WORK CAP FROM WOT = 2.77 MM

BLM → 11%

1E0156  NEED 90
*1E0116  NEED 170
1E0133  NEED 162
1E0155  NEED 140
1E0159  ~~DID~~ 200

964 + 300 = 1264

12B032    NEED 540
12B046    NEED 2684
12B249    NEED 904
EXTRA → 2600 ⇒ A128

BRING TO 14%

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117



(1,446 EACH)   Comments

| ACCT # | NAME | # NEEDED | WHY | UNITS | ETC... |
|---|---|---|---|---|---|
| 10 0002 650 | O'HARA F.P | 21 | SCHUPT ✓ | 14.0 | |
| 10 0013 147 | BERN IRA | 4 | sch ✓ | 3.0 | |
| 10 0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | |
| 1P0111 275 | G+S JOINT | 3 | sch ✓ | 2.0 | 12B5 42 |
| (1C1094) X | EILEEN ○ | 4 | sch ✓ | 3.0 | 12R2 85 |
| (1C1277) 27 | JODI IRA | 10 | sch ✓ | 7.0 | 12R3 10 |
| (1B0136) 160 | JUDY | 13 | sch ✓ | 9.0 | |
| (1B0227) 264 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | PAM | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | EILEEN IRA ○ | 6 | sch ✓ | 4.0 | |
| 150008 0 | J. SALA + DEBI | 14 | PAST PERSON ACCT N/W ✓ | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 0 | ASHA | 7 | PAST PEFORMANCE ACCT N/W ✓ | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 . | RUSS | 6 | sch ✓ | 4.0 | |
| 1L0205 0 | GREGORY | 5 | sch ✓ | 4.0 | |
| 1L0214 . | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 . | D.E.F | 5 | sch ✓ | 4.0 | |
| 1L0174 . | MERRYL | 7 | sch ✓ | 5.0 | |
| 150431 0 | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 200 231 X | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 . | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE TIM DEAL |
| (1R0126) 106 | RITA | 15 | sch ✓ | 10.0 | |
| 1D0070 00 | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 . | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 0 | MENDELOW S | 215 107.5 | REQ ✓ | 75.0 | |
| 12R180 2 | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 FOR V.04

43 92   KARY 1K0017 ADDED   64,260  MARCH OT   for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | M4G each Unit | Comments etc... |
|---|---|---|---|---|---|
| 12A924° | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165° | Abe Kleiman | 14 | REQ ✓ | 10.0 | |
| 12R172° | Seymore Kleiman | 14 | REQ ✓ | 10.0 | |
| 12R097° | Rhoda Gaga | 4 | REQ ✓ | 3.0 | |
| 12B143° | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041° | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210° | Manj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124° | Noel Levine | 362 | w/c @ 12% list ✓ | 250.0 | 72.4 cap @ ½% |
| | | | | | |
| 1E0165° | Engler Grat | 20 | needs to be 11% ✓ | 14.0 | goes to 11% |
| 1E0156° | Engler QTip ✓ | 21 | ✓ | 14.0 | |
| 1E0116° | Marja ✓ | 1.0 | (300 extra put here) ✓ | 7.0 | 300 extra, 116 |
| 1E0133° | Marja ✓ | 31 | ✓ | 21.0 | |
| 1E0155° | Engler F.T ✓ | 26 | fixed 10% + 300/60 p+c ✓ | 18.0 | |
| 1E0159° | Marja IRA ✓ | 30 | ✓ | 21.0 | |
| Frank ↓ | | s/b 660,000 put SP in 2005 ✓ | | DID | $600,000 Jan '05 Done |
| 12B046° | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032° | Mayfair | 108,000 + 1680 Aspen F.A = 1,785,000 p.p. | ✓ | 1235.0 | |
| 12B249° | Mayfair Bdd | 270,000 | ✓ | 187.0 | |
| 12B509° | Aster | 42,000 | ✓ | 29.0 | |
| 12B262° | Strattham | 26,000 | ✓ | 18.0 | |
| 12A879° | Ken Joada | 20,000 | ✓ | 14.0 | |
| 12B510° | St James | 42000 | ✓ | 29.0 | |

690 T&T
74,120

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMM |
|---|---|---|---|---|---|
| 100002 X |  | 25 |  | 19 | to 14 |
| 100013 X |  | 7 |  | 5 |  |
| 100018 X |  | 6 |  | 5 |  |
| 1P011 X |  | 10 |  | 8 |  |
| 1C 1094 X |  | 4 |  | 3 |  |
| 1C 1277 X |  | 30 |  | 22 |  |
| 1B 0136 X |  | 15 |  | 11 |  |
| 1B 0227 X |  | 25 |  | 19 |  |
| 12B 480 X |  | 16 |  | 12 |  |
| 12B 482 X |  | 7 |  | 5 |  |
| 12R 211 X |  | 10 |  | 8 |  |
| 1S 0028 0 (Jan 2005) |  | 10 |  | 8 |  |
| 1R 0186 ✓ |  | 5 |  | 4 |  |
| 1L 0157 ✓ |  | 6 |  | 5 |  |
| 1L 0205 ✓ |  | 6 |  | 5 |  |
| 1L 0214 ✓ |  | 4 |  | 3 |  |
| 1D 0020 ✓ |  | 7 |  | 5 |  |
| 1L 0174 ✓ |  | 6 |  | 5 |  |
| 1S 0431 ✓ |  | 8 |  | 6 |  |
| 1M 0200 ✓ |  | 14 |  | 11 |  |
| 1I 0010 ✓ |  | 17 |  | 12 |  |
| 1C 1328 ✓ |  | 3 |  | 3 |  |
| 1D 0018 ✓ |  | — |  | — |  |
| 12R 028 X |  | — |  | — |  |
| 1R 0126 ✓ |  | 8 |  | 6 |  |
| 1D 0070 X |  | — |  | — |  |
| 1D 0028 X |  | — |  | — |  |
| 1W 0057 X | X | — |  | — |  |
| 12R 179 |  | 108 | ux 30 | 78 |  |
| 12R 180 |  | 108 | ux 30 | 78 |  |
|  |  |  | 2016 | 346 |  |
|  |  |  |  | TOTAL 3008 |  |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 ✓ | | 78 | | 57 | |
| 12R165 ✓ | | 14 | | 11 | |
| 12R172 ✓ | | 14 | | 11 | |
| 12R097 ✓ | | 4 | | 3 | |
| 12B143 ✓ | | 116 | | 85 | |
| 12R010 ✓ | | 98 | | 72 | |
| 12B348 ✓ | | 10 | | 8 | |
| 12A011 ✓ | | 6 | | 5 | |
| 12A210 ✓ | | 6 | | 5 | |
| 1C012 ✓ | | 351 | | 256 | |
| 1E0165 ✗ | | 11 | | 8 | |
| 1E0156 ✗ | | 11 | | 8 | 300 GOES IN IN 2006 for 05 |
| 1E0116 ✓ | | — | | — | |
| 1E0133 ✗ | | 16 | | 12 | |
| 1E0155 ✗ | | 13 | | 10 | |
| 1E0159 ✗ | | 74 | | 54 | |
| 12B046 ✗ | | 1680 | | 1227 | |
| 12B032 ✓ | | 109 | | 80 | |
| 12B249 ✗ | | 148 | | 108 | |
| 12B509 ✗ | | 356 | | 260 | |
| 12B262 ✗ | | 180 | | 132 | |
| 12A879 ✗ | | 57 | | 42 | |
| 12B510 ✗ | | 284 | | 208 | |
| | | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEW | | V c 2086 | Not |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPH | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | $15 | | 55 | ✓ |
| 12R180 | NANCY M | $15 | | 55 | ✓ |
| 12A924 | JOEL LEUS | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | 57 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARY ENG | 6 | | 3 | ✓ |
| 12A210 | MARY PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 (A) | KAREN | — | ALREADY KOKO OVER W/(A) | — | ✗ |
| 1L0214 (A) | DEVON LIPKIN | — | ALREADY KOKO OVER W/(A) | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 (A) | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 (A) | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | Dorothy-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 12R211 | 5.0 |
| JB IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 12R179 | 75.0 |
| NANCY | 12R180 | 86.0 |
| MAY PEN | 12B249 | ~~15.0~~ 200.0 ✓ |
| MAY | 12B032 | 2000.0 |
| GROJ | 12B046 | ~~500.0~~ 400.0 |
| LEVY | 12A924 | 58.0 |
| ABE KLEIN | 12R165 | 11.0 |
| SEY KLEIN | 12R172 | 11.0 |
| 1R HODA (649A) | 12R097 | 3.0 |
| ED | 12B143 | 87.0 |
| Rich | 12R010 | 73.0 |
| SPERLING | 12B348 | 8.0 |
| M ENG | 12A041 | 5.0 |
| M PLAT | 12A210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| M PLAT | 1E0116 | 265.0 |
| (IRA) | 1E0159 | 42.0 |
| | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131