# Exhibit 3

# Exhibit 3 - Example of Customer Statement from StorQM



**SSN or EIN**

**Reported Inflows**

70.80

**Reported Cash Balance from Prior Month**

**Account Statement Date**

11/30/08       1

1-S0238-3-0

291,050.

180,000.00

CW
DIV

21,599.00

**Reported Outflows**

**Customer Account Number**

**Reported Price or Type**

**Reported Transaction Values**

126,580.60
105,868.00
146,714.58
149,910.59
463,989.44
101,398.19
198,713.14
175,299.85
108,351.84
78,349.18
28.550
75,077.30
209,649.95

BALANCE FORWARD

CHECK
FIDELITY SPARTAN
U S TREASURY MONEY MARKET
DIV 11/07/08
76,656 11094 FIDELITY SPARTAN
                U S TREASURY MONEY MARKET
125,000 11137 U S TREASURY BILL
                DUE 2/12/2009
                2/12/2009
        11160 FIDELITY SPARTAN
                U S TREASURY MONEY MARKET
        360 WELLS FARGO & CO NEW
        862 HEWLETT PACKARD CO
       4686 WAL-MART STORES INC
       5188 INTERNATIONAL BUSINESS MACHS
       9012 EXXON MOBIL CORP
       9514 INTEL CORP
      13840 JOHNSON & JOHNSON
      18165 J.P. MORGAN CHASE & CO
      22491 COCA COLA CO
      26817 MCDONALDS CORP
      31143 MERCK & CO
      35469 MICROSOFT CORP

        CONTINUED ON PAGE     2

99.898

1

87,270
72.880
14.510
59.580
38.530
44.660
55.370

21.810

**Transaction ID**

**Transaction Description**

**Shares Purportedly Sold**

**Shares Purportedly Purchased**

21,599

4,242
3,030
2,626
1,717
6,363
6,969
3,333
4,545
2,424
1,414
2,626
9,595

11/07
11/07

11/07
11/07

11/07

11/12
11/12
11/12
11/12
11/12
11/12
11/12
11/12
11/12
11/12
11/12
11/12
11/12

**Header Information:**
- Customer Account Name
- Customer Address

**Reported Settlement Date**

**Transactions Reported During Month**

MDPTPP05186987