# Exhibit 7



Exhibit 7 - Excerpt from the Spiral Notebooks