# Exhibit 3




Exhibit 3 - Example of Customer Statement from StorQM