# Exhibit 5



Exhibit 5 – Example of a Portfolio Management Report (PMR) – from Microfilm