# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Ferber Account

|  | **Ferber Account 1CM524** |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $1,850,000 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($3,500,000) |
| **Total** | **($1,650,000)** |