# Exhibit 4

**BLMIS ACCOUNT NO. 1CM524 - ROBERT F FERBER**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANT: Bates Ref |
| 3/17/1998 | CHECK WIRE | 1,250,000 | 1,250,000 | - | - | - | 1,250,000 | - | MDPTPP01584234 | MDPTPP01584238 | 10-04562_Ferber_0000008 |
| 11/17/1998 | CHECK WIRE | 600,000 | 600,000 | - | - | - | 1,850,000 | - | MDPTPP01584284 | MDPTPP01584288 | 10-04562_Ferber_0000002 |
| 12/7/2000 | CHECK | (1,000,000) | - | (1,000,000) | - | - | 850,000 | - | MDPTPP01584431 | MDPTPP01584435 | 10-04562_Ferber_0002115 |
| 3/30/2007 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (150,000) | (150,000) | MDPTPP01584886 | MDPTPP01584891 | 10-04562_Ferber_0008737 |
| 9/30/2008 | CHECK | (1,500,000) | - | (1,500,000) | - | - | (1,650,000) | (1,500,000) | MDPTPP01584974 | MDPTPP01584978 | 10-04562_Ferber_0009517 |
| | Total: | | $ 1,850,000 | $ (3,500,000) | $ - | $ - | $ (1,650,000) | $ (1,650,000) | | | |