**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No.: 08-01789 (CGM) |
| | SIPA Liquidation |
| Plaintiff-Applicant, | |
| | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------x

In Re:

    BERNARD L. MADOFF,

    Debtor.

------------------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, ESQ., TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED SIPA LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND THE ESTATE OF BERNARD L. MADOFF, | Adv. Pro. No.: 10-05354 (CGM) |
| Plaintiff, | |
| vs. | |
| ABN AMRO BANK N.V. (PRESENTLY KNOWN AS THE ROYAL BANK OF SCOTLAND, N.V.). | |
| Defendant. | |

------------------------------------------------------------x

**ORDER REOPENING CASE AND SCHEDULING A HEARING**

Pursuant to the Stipulation and Order entered by the District Court vacating this Court's judgment and remanding the case for further proceedings, it is

**ORDERED** that the case be reopened to effectuate the order.  A hearing will be conducted via videoconference utilizing Zoom on January 19, 2022 at 10:00 AM.  Parties are required to register via the eCourt Appearance tool at least three (3) days in advance of the hearing.



**Dated: November 16, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**