**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA, S.A.,<br><br>　　　　　Defendant. | Adv. Pro. No. 10-05351 (CGM) |

**ORDER GRANTING MOTION OF**
**KEITH R. PALFIN TO WITHDRAW AS COUNSEL**

　　The motion of Keith R. Palfin to withdraw as counsel of record in the above captioned action for Defendant Banco Bilbao Vizcaya Argentaria, S.A., and for removal of Keith R. Palfin from all notice and service lists for this matter, is hereby **GRANTED**.



**Dated: December 1, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**