**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,  Plaintiff,  v.  NAIDOT & CO.,  Defendant. | Adv. Pro. No. 11-02733 (CGM) |

## ORDER GRANTING MOTION OF
## KEITH R. PALFIN TO WITHDRAW AS COUNSEL

The motion of Keith R. Palfin to withdraw as counsel of record in the above captioned action for Defendant Naidot & Co., and for removal of Keith R. Palfin from all notice and service lists for this matter, is hereby **GRANTED**.



**Dated: December 1, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**