**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02763 (CGM) |
| v. | |
| INTELIGO BANK LTD. PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH, | |
| Defendant. | |

**ORDER GRANTING MOTION OF**
**KEITH R. PALFIN TO WITHDRAW AS COUNSEL**

The motion of Keith R. Palfin to withdraw as counsel of record in the above captioned action for Defendant Inteligo Bank Ltd. Panama Branch, f/k/a Blubank Ltd. Panama Branch, and for removal of Keith R. Palfin from all notice and service lists for this matter, is hereby **GRANTED**.



**Dated: December 1, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**