**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Barbara Engel | 000868 | 2693 | Becker & Poliakoff, LLP | Barbara Engel | 1E0111 |
| Feiner Living Trust | 005552 | 750 | Pro Se Filing | Phyllis Feiner Harvey Feiner Trustees | 1ZB241 |
| Robert Andelman and Elizabeth Andelman JT WROS | 000412 | 954 | Pro Se Filing | Robert Andelman & Elizabeth P Andelman JT WROS | 1ZA266 |
| Robert Berzner and Jane Berzner TIC | 002196 | 598 | Pro Se Filing | Robert Berzner and Jane Berzner TIC | 1ZA809 |
| Robert Denerstein | 000903 | 2480 | Pro Se Filing | Robert L Denerstein | 1D0064 |
| Ruth Wilk and Elliot Wilk WROS | 013289 | 2814 | Pro Se Filing | Ruth Wilk or Elliot Wilk WROS | 1W0040 |
| The George Jacobs Trust, Howard S Jacobs Trustee | 001966 | 2036 | Pro Se Filing | George Jacobs TST DTD 12/88 George Jacobs TTEE | 1CM090 |
| Wilk Investment Club | 005991 | 928 | Pro Se Filing | Wilk Investment Club | 1W0085 |