IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT C – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Barbara Engel | 000868 | 2693 | Becker & Poliakoff, LLP | Barbara Engel | 1E0111 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Feiner Living Trust | 005552 | 750 | Pro Se Filing | Phyllis Feiner Harvey Feiner Trustees | 1ZB241 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Robert Andelman and Elizabeth Andelman JT WROS | 000412 | 954 | Pro Se Filing | Robert Andelman & Elizabeth P Andelman JT WROS | 1ZA266 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Robert Berzner and Jane Berzner TIC | 002196 | 598 | Pro Se Filing | Robert Berzner and Jane Berzner TIC | 1ZA809 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Robert Denerstein | 000903 | 2480 | Pro Se Filing | Robert L Denerstein | 1D0064 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Ruth Wilk and Elliot Wilk Wros | 013289 | 2814 | Pro Se Filing | Ruth Wilk or Elliot Wilk WROS | 1W0040 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| The George Jacobs Trust, Howard S Jacobs Trustee | 001966 | 2036 | Pro Se Filing | George Jacobs TST DTD 12/88 George Jacobs TTEE | 1CM090 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Wilk Investment Club | 005991 | 928 | Pro Se Filing | Wilk Investment Club | 1W0085 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |