**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Michael S. Neiburg
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 10-04468 (CGM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and | |

28046556.7

> WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,
>
>         Defendants.

**NOTICE OF (I) OPPOSITION TO DEFENDANT KENNETH W. BROWN'S MOTION FOR SUMMARY JUDGMENT, (II) CROSS MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KENNETH W. BROWN, AND (III) MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KEN-WEN FAMILY LIMITED PARTNERSHIP**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, Counterstatement of Material Facts in Support of Trustee's Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown, and Statement of Material Facts in Support of Trustee's Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership, the Declarations of Michael S. Neiburg, Esq., Bruce G. Dubinsky, Lisa M. Collura, and Matthew B. Greenblatt in Support of Trustee's Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown and Statement of Material Facts in Support of Trustee's Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership,[1] with all exhibits annexed thereto, and upon all the prior pleadings and proceedings herein, Irving H. Picard, as trustee (the "Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC, by and through his counsel, moves this Court, before the Honorable Cecelia G. Morris, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, for an order (I) denying Defendant Kenneth W. Brown's Motion for Summary Judgment and (II) granting the Trustee's (1) Cross Motion Summary Judgment as to Defendant Kenneth W. Brown

---

[1] The Trustee reached a settlement agreement with Wendy Brown, agreeing to voluntarily dismiss her from this matter with prejudice. *See Stipulation and Order for Voluntary Dismissal of Defendant Wendy Brown with Prejudice*, ECF No. 162.

28046556.7

and (2) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership on Count One of the Trustee's Complaint pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure, together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant Ken-Wen Family Limited Partnership's opposition to Trustee's Motion for Summary Judgment shall be served and filed on or before December 15, 2021.

**PLEASE TAKE FURTHER NOTICE** that Defendant Kenneth W. Brown's reply in support of his Motion for Summary Judgment and his opposition to Trustee's Cross Motion for Summary Judgment shall be served and filed on or before December 22, 2021.

**PLEASE TAKE FURTHER NOTICE** that Trustee's reply in support of his Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership shall be served and filed on or before December 29, 2021.

**PLEASE TAKE FURTHER NOTICE** that Trustee's reply in support of his Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown shall be served and filed on or before January 5, 2022.

**PLEASE TAKE FURTHER NOTICE** that oral argument for the above-referenced motions is set for January 19, 2022, at 10:00 a.m. (EST).

| | |
|---|---|
| Dated: December 1, 2021<br>New York, New York | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Matthew B. Lunn<br>Michael S. Neiburg (admitted *pro hac vice*)<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: mlunn@ycst.com<br>          mneiburg@ycst.com<br>          jduda@ycst.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* |