# EXHIBIT 12

08-01789-cgm Doc 20928-12 Filed 12/01/21 Entered 12/01/21 18:22:04 Exhibit 12 Pg 2 of 2
10-04468-smb Doc 82 Filed 12/19/17 Entered 12/19/17 09:37:08 Main Document Pg 16 of 16
Exhibit B

**BLMIS ACCOUNT NO. 1EM226 - KEN-WEN FAMILY LP LTD**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers | 2-Year Principal Transfers |
| 1/4/1993 | TRANS FROM E & M 2 (1E0002) | 535,163 [1] | - | - | 340,000 | - | 340,000 | - | - |
| 8/31/1993 | CHECK | 30,000 | 30,000 | - | - | - | 370,000 | - | - |
| 11/9/1993 | CHECK | 25,000 | 25,000 | - | - | - | 395,000 | - | - |
| 2/7/1994 | CHECK | 75,000 | 75,000 | - | - | - | 470,000 | - | - |
| 7/13/1994 | CHECK | 25,000 | 25,000 | - | - | - | 495,000 | - | - |
| 8/29/1994 | CHECK | 25,000 | 25,000 | - | - | - | 520,000 | - | - |
| 11/21/1994 | CHECK | 74,000 | 74,000 | - | - | - | 594,000 | - | - |
| 5/22/1995 | CHECK | 35,000 | 35,000 | - | - | - | 629,000 | - | - |
| 9/8/1995 | CHECK | 25,000 | 25,000 | - | - | - | 654,000 | - | - |
| 10/16/1995 | CHECK | 75,000 | 75,000 | - | - | - | 729,000 | - | - |
| 1/11/1996 | CHECK | 25,000 | 25,000 | - | - | - | 754,000 | - | - |
| 7/18/1996 | CHECK | 34,000 | 34,000 | - | - | - | 788,000 | - | - |
| 9/6/1996 | CHECK | 50,000 | 50,000 | - | - | - | 838,000 | - | - |
| 4/18/1997 | CHECK | 55,000 | 55,000 | - | - | - | 893,000 | - | - |
| 6/10/1997 | CHECK | 35,000 | 35,000 | - | - | - | 928,000 | - | - |
| 7/10/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,028,000 | - | - |
| 8/14/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,128,000 | - | - |
| 10/9/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,228,000 | - | - |
| 2/26/1998 | CHECK | 50,000 | 50,000 | - | - | - | 1,278,000 | - | - |
| 5/26/1999 | CHECK | (450,000) | - | (450,000) | - | - | 828,000 | - | - |
| 4/28/2000 | CHECK WIRE | (501,000) | - | (501,000) | - | - | 327,000 | - | - |
| 1/23/2004 | CHECK | (375,000) | - | (375,000) | - | - | (48,000) | - | - |
| 2/10/2004 | CHECK | (55,000) | - | (55,000) | - | - | (103,000) | - | - |
| 5/7/2004 | CHECK | (450,000) | - | (450,000) | - | - | (553,000) | - | - |
| 2/16/2005 | CHECK | (220,000) | - | (220,000) | - | - | (773,000) | - | - |
| 12/2/2005 | CHECK | (250,000) | - | (250,000) | - | - | (1,023,000) | - | - |
| 2/16/2006 | CHECK | (250,000) | - | (250,000) | - | - | (1,273,000) | - | - |
| 4/17/2006 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (1,873,000) | - | - |
| 6/26/2007 | CHECK | (150,000) | - | (150,000) | - | - | (2,023,000) | (150,000) | - |
| 12/31/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,523,000) | (500,000) | - |
| 1/24/2008 | CHECK WIRE | (3,000,000) | - | (3,000,000) | - | - | (5,523,000) | (3,000,000) | - |
| 11/17/2008 | CHECK | (200,000) | - | (200,000) | - | - | (5,723,000) | (200,000) | - |
| | Total: | | $ 938,000 | $ (7,001,000) | $ 340,000 | $ - | $ (5,723,000) | $ (3,850,000) | $ - |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the applicable principal was transferred into this account on this date.