# EXHIBIT 21

Madoff Investment Sec

ATTN: ERIN Ref acct# 1-EM226-3-0

Please Mail Check

to Ken-Wen FLP LTD

for $200,000 as requested

to 405 SW Atlanta dr

Lantana, Fl 33462

Thank You

Kenneth Brown Flp

11/17

P | F EXHIBIT 17
WITNESS: K. Brown
DATE: 1-27-20
DAUGHTERS REPORTING, INC.    FC

*WILL BE
RE-FUNDING
ACCT.
(3.0) IN

MADTSS01171665