# EXHIBIT 27

## COLLATERAL ASSIGNMENT OF LIFE INSURANCE POLICY

THIS ASSIGNMENT is made this 27th day of April, 2009 by and between KENNETH W. BROWN, Individually, and KBCB FAMILY LIMITED PARTNERSHIP, LTD., a Florida Limited Partnership ("Borrower"), PARADISE BANK, a Florida banking corporation ("Lender"), KEN-WEN FAMILY LIMITED PARTNERSHIP ("KEN-WEN") and WENDY BROWN AS TRUSTEE OF THE CURTIS ALEXANDER BROWN, BERTON ROBERT BROWN, AND BRADLEY HARRISON BROWN TRUST U/A/D AUGUST 30, 1986, as Trustee.("Trustee")

### WITNESSETH:

WHEREAS, Lender has agreed to modify that certain loan in favor of Borrower in the principal amount of **Three Million and Twenty-Five Thousand and No/100 Dollars ($3,025,000.00)** ("Loan").

WHEREAS, Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee are the owners of those three (3) certain life insurance policies issued by Nationwide Life Insurance Co. The Best of America ("Policy" or "Policies")

1. Kenneth W. Brown is the owner of Policy Number N100044560 and he hereby assigns all of his interest in Policy Number N100044560

2. Ken-Wen Family Limited Partnership is the owner of Policy Number N101492610 and it hereby assigns all of its interest in Policy Number N101492610

3. The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 are the owner of Policy Number N100047700 and it hereby assigns all of its interest in Policy Number N100047700

WHEREAS, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee herby consent and agree to encumber their interests in and to the applicable Policies and confirm that they will receive a material benefit as a result of the Loan and its modification.

WHEREAS, as a condition of making the Loan to Borrower, Lender has required Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee to collaterally assign all of Borrower's right, title, and interest in and to the Policy to Lender as additional collateral for such Loan.

Page 1 of 8

NOW, THEREFORE, for and in consideration of Lender making the Loan to Borrower and other good and valuable consideration, Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee do hereby grant a continuing first priority security interest in, and do hereby assign, grant, bargain, sell, transfer, pledge, hypothecate, and convey to Lender all of Borrower's, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee right, title, and interest in and to the Policy, in all increases and profits therefrom, in all cash surrender values generated thereby, in all substitutions therefor, and in all proceeds thereof in any form (collectively the "Collateral"), for so long as the Loan shall remain outstanding. During such time as the Loan shall remain outstanding, Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee shall not further encumber, pledge, hypothecate, or assign the Collateral or any interest therein.

Until the occurrence of an event of default ("Event of Default") as defined in the loan documents executed and delivered by Borrower to Lender in conjunction herewith and the expiration of any applicable grace period, Borrower reserves the right to receive all income of, increases in, or proceeds of the Collateral. Upon the occurrence of an Event of Default and the expiration of any applicable grace period, however, this Assignment shall immediately thereupon become absolute, and Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee shall thereafter not receive any income, increases, or proceeds thereof. In the event Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee receives such income, increases, or proceeds of the Collateral subsequent to the occurrence of an Event of Default and the expiration of any applicable grace period, Borrower, Ken-Wen and The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986 and Trustee shall immediately pay such sums so received to Lender. The Lender may thereupon apply the net cash receipts of the Collateral to the payment of the indebtedness due by Borrower under the Loan.

In addition to the foregoing, as this Assignment constitutes a security agreement and creates a security interest in the Collateral pursuant to the Uniform Commercial Code as adopted in Florida, upon the happening of any Event of Default and the expiration of any applicable grace period, the Lender's rights with respect to the Collateral shall be those of a secured party under the Uniform Commercial Code as adopted in Florida, as well as all other rights under applicable Federal and State securities laws from time to time in effect. The Lender shall also have any additional rights granted herein and in any other agreement now or hereafter in effect between the Borrower and the Lender. Without limiting the generality of the foregoing, Lender's rights shall include the right to exercise any and all options and to make any and all elections with respect to the Collateral as are authorized or permitted thereunder.

Notwithstanding anything to the contrary contained herein, this Assignment shall not impose or create any obligations or duties upon Lender greater than or in addition to the customary and usual obligations and duties of Lender to Borrower.

This Assignment shall be binding upon and inure to the benefit of the successors and assigns of the respective parties hereto and shall be construed in accordance with the laws of the

10-04468_Paradise Bank_00000120

State of Florida. The rights and remedies of the parties hereunder shall be determined in accordance with such laws.

The Insurer hereby consents to this Assignment, acknowledges the terms and contents hereof, and agrees that, so long as such Assignment is in full force and effect, the Insurer shall pay any and all income, increases, and proceeds arising out of or relating to the Policy, including, without limitation, death benefits and cash surrender value payments, only to Lender or its successors or assigns.

IN WITNESS WHEREOF, Borrower, Lender, and Insurer have caused this instrument to be executed as of the day and year first above written.

Signed, sealed, and delivered
in the presence of:

_____
Witness #1
Print Name Below
Blaine C. Dickenson

_____
Witness #2
Print Name Below
Margaret L. Dinnen

BORROWER:

_____
KENNETH W. BROWN

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this 22nd day of April, 2009, by KENNETH W. BROWN, who is personally known to me or has produced _____ as identification and who did not take an oath.

[Notary Seal: BLAINE C. DICKENSON, MY COMMISSION # DD 573692, EXPIRES: August 21, 2010]

_____
Notary Public State of Florida

My commission expires:

Page 3 of 8

Signed. Signed, sealed, and delivered in the presence of:

_____
Witness #1
Print Name Below
Carolyn Sovec

_____
Witness #2
Print Name Below
Patricia Dunn

**KBCB FAMILY LIMITED PARTNERSHIP, LTD.**, a Florida limited Partnership

By: **KBCB MANAGEMENT, INC.**, a Florida corporation, its General Partner

By: _____
**WENDY BROWN**, President

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this 10 day of June, 2009, by **WENDY BROWN**, as President of **KBCB Management, Inc.**, a Florida corporation the general partner of **KBCB FAMILY LIMITED PARTNERSHIP, LTD.**, a Florida limited partnership, who is personally known to me or has produced KNOWN / DR. Lic. as identification and who did not take an oath.

_____
Notary Public State of Florida

My commission expires: 11/27/10



Page 4 of 8

Signed, Signed, sealed, and delivered
in the presence of:

_____
Witness #1
Print Name Below
Blaine C Dickenson

_____
Witness #2
Print Name Below
MARGARET C. Dinnen

KEN-WEN FAMILY LIMITED
PARTNERSHIP, LTD., a Florida limited
Partnership

By: _____
KENNETH BROWN, General Partner

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 22nd day of April, 2009, by KENNETH BROWN, as General Partner of Ken-Wen Family Limited Partnership, Ltd, a Florida limited partnership, who is personally known to me or has produced _____ as identification and who did not take an oath.


BLAINE C. DICKENSON
MY COMMISSION # DD 573692
EXPIRES: August 21, 2010

_____
Notary Public, State of Florida

My commission expires:

Signed, Signed, sealed, and delivered
in the presence of:

_____
Witness #1
Print Name Below
CAROLYN SOREF

_____
Witness #2
Print Name Below
Patricia Dunn

KEN-WEN FAMILY LIMITED
PARTNERSHIP, LTD., a Florida limited
Partnership

By: _____
WENDY BROWN, General Partner

Page 5 of 8

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _10_ day of _June_, 2009, by WENDY BROWN, as General Partner of Ken-Wen Family Limited Partnership, Ltd, a Florida limited partnership, who is personally known to me or has produced _Known / Dr. Lic._ as identification and who did not take an oath.

_Sandra L Romodka_
Notary Public State of Florida

My commission expires: 11/27/10

Signed, Signed, sealed, and delivered
in the presence of:

_[signature]_
Witness #1
Print Name Below:
_Carolyn Sczce_

_[signature]_
Witness #2
Print Name Below:
_Ratnaca Dunn_

Wendy Brown as Trustee of
The Curtis Alexander Brown, Berton
Robert Brown, and Bradley Harrison
Brown Trust U/A/D August 30, 1986

By: _Wendy Brown_
Wendy Brown, as Trustee

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _10_ day of _June_, 2009, by WENDY BROWN, as Trustee of The Curtis Alexander Brown, Berton Robert Brown, and Bradley Harrison Brown Trust U/A/D August 30, 1986, who is personally known to me or has produced _Known / Dr. Lic._ as identification and who did not take an oath.

_Sandra L Romodka_
Notary Public State of Florida

My commission expires: 11/27/10

Page 6 of 8

Witness #1  DENNIS GAVIN
Print Name Below

Witness #2  Joanne Costello
Print Name Below  Joanne Costello

**LENDER:**

**PARADISE BANK**, a Florida banking corporation
2420 N. Federal Highway, Boca Raton, FL 33431

By: _____
DAVID W. ENGLERT
Print Name
Its: EXECUTIVE VICE PRESIDENT

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this 10 day of Jun 2009, by David W Englert, as Executive Vice President of Paradise Bank, a Florida banking corporation, who is personally known to me or has produced _____ as identification and who did not take an oath.

_____
Notary Public State of Florida

My commission expires:



VALERIE A. PAPAJ
Notary Public - State of Florida
My Comm. Expires Dec 5, 2012
Commission # DD 813218

Page 7 of 8

*[signature]*
Witness # 1
Print Name Below:
Tanesha Reed

*[signature]*
Witness #2
Print Name Below:
Lisa Crosby

INSURER:

Nationwide Life Insurance Company/
The Best of America
By: *[signature]*
JAIMEY BLY
Print Name

Its: MANAGER, Policy Admin.

Policy Number: N100044560
Policy Number: N101492610
Policy Number: N100047700

STATE OF ~~FLORIDA~~ Ohio
COUNTY OF ~~~~ Franklin

The foregoing instrument was acknowledged before me this 2nd day of July, 2009, by Jaimey Bly, as Team Manager of Nationwide Life Insurance Company/The Best America, who is personally known to me or has produced _____ as identification and who did not take an oath.

*[signature] Cynthia L Bragg*
Notary Public State of ~~Florida~~ Ohio

CYNTHIA L. BRAGG
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 1-16-201

My commission expires: 1/16/2013


RECEIVED AND RECORDED
THIS 2 DAY OF July, 2009
NATIONWIDE LIFE INSURANCE
COMPANY

*[signature]* Patricia R. Hatler
Secretary

Page 8 of 8

10-04468_Paradise Bank_00000126