# EXHIBIT 15

FAX 212 858-7061

Madoff Investment Securities LLC
  Attention Frank DiPascali

Reference: Ken-Wen Family LP Acct # 1EM226-3-0

Please wire transfer $150,000
One Hundred + fifty thousand dollars...

to Ken-Wen Family LTD Partnership
Acct ▮▮▮▮▮▮▮▮▮748
ABA  ▮▮▮▮▮▮▮▮▮795
Paradise Bank
Boca Raton, Fl 33431

Spoke to client
No wire  6/21
         3:59

Thank you
Kenneth W Brown GP
(1-800-881-4246)

3.4 mil   5-6/26

P|F EXHIBIT 10
WITNESS: K. Brown
DATE: 1-27-20
DAUGHTERS REPORTING, INC.   FC

AMF00282553