# EXHIBIT 16



CONFIDENTIAL

MADWAA00273442



MADWAA00273443

CONFIDENTIAL