# EXHIBIT 17

FAX 212 858 4061

FREE ~~MADOFF~~ (FED) INVESTMENT Securities LLC
ATTENTION FRANK DiPASCALI

Reference: KEN-WEN Family LP Act# 1EM226-3-(

Please Wire Transfer (FED) $500,000
~~For Hundred Fifty~~ Thousand Dollars.
~~Five Hundred~~

to Ken-Wen Family Ltd Partnership    Address: 405 SW Atlantic Dr
Lantana, FL 33462

✓ ACCT [REDACTED] 748 ✓
✓ ABA [REDACTED] 795 ✓
✓ PARADISE BANK ✓         Profile: KENWEN ✓
BOCA RATON, FL 33431
OR FORWARD TO US

Thank You                3.6 mil

Kenneth W Brown GP         5-12/31

(1-800-881-4246)

EXHIBIT 14
WITNESS: K Brown
DATE: 1-27-20
DAUGHTERS REPORTING, INC.  FC

AMF00282552