# EXHIBIT 18

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

00000032 CEN 802 7 00108 - NNN  1 000000007  H1 0000

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

December 01, 2007 -
December 31, 2007

Page 1 of 52

Account Number
           703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer
Service Professional.



**Future DDA Statements will be Printed on Both Sides.**

In an effort to help reduce paper consumption, JPMorgan Chase, will begin printing DDA
statements on both sides.  This change will begin with statements printed after January 20,
2008.

If you would like to eliminate paper statements altogether, Internet-based statements are
also available.  Please contact your service representative to sign up for Internet statements
or visit www.jpmorganchase.com/visit/ecodda for more information..

JPMorgan Chase continues to improve our services and strives to minimize our impact to
the environment.

**Commercial Checking**

**Summary**

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $188,333.03 |
| Opening Collected Balance |  | $.03 |
| Deposits and Credits | 192 | $13,567,434,695.88 |
| Withdrawals and Debits | 302 | $13,566,863,619.86 |
| Checks Paid | 7 | $17,100.00 |
| Ending Ledger Balance | | $742,309.05 |
| Ending Collected Balance | | $.05 |
| Sweep Investment Account(s): | | |
| Other | | $32,435,254.00 |
| Combined Ledger Balance | | $33,177,563.05 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is
subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge
to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty
days of the mailing or availability of the first statement on which the error or charge appears.

EXHIBIT 12
WITNESS: K Brown
DATE: 1-27-20
DAUGHTERS REPORTING, INC.    FC

JPMSAB0003405

18-Dec-08                                                                              18Dec08-344

**JPMorganChase** ⬡

December 01, 2007 -
December 31, 2007

Page 2 of 52

Account Number
⬛703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/01 | | OPENING LEDGER BALANCE | *** Balance *** | $188,333.03 |
| 12/01 | | OPENING COLLECTED BALANCE | *** Balance *** | $.03 |
| 12/03 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP113007 . TRN: 3342003165XN YOUR REF: 31Y9996828334 | | $10,842,343.00 |
| 12/03 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9813800337JK YOUR REF: 01569190 | | $500,439,444.44 |
| 12/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HERALD FDSPC -HERUSA SE PORT 1REF: MSBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERALD FD SPC- HERALD USA SEGREGATE PORTFOLIO ONE/AC-1FR109 ORG=/GBHBEU58767712 HERALD FDSPC -HERUSA SE PSSN: 6323135 TRN: 5802700337FC YOUR REF: 4X03127HD0312949 | | $60,000,000.00 |
| 12/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: RYE SELECT BROAD MARKET PORTFORYE, NY 10580 REF: MBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=RYE SELECT BROAD MARKET PORTFOLIO RYE, NY 10580 OBI=RYE SELECT BROAD MSSN: 0319580 TRN: 5729100337FC YOUR REF: ADD-ON | | $30,000,000.00 |
| 12/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: DEFENDER LTD REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=DEFENDER LTD OGB=BANK OF BERMUDA LTD, THE DUBLIN IRELAND OBI=REF 1FR132 DEFENDER SSN: 0331945 TRN: 5947000337FC YOUR REF: 7J03127R10304459 | | $21,000,000.00 |
| 12/03 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY ROSP INVESTMENTS, LOOR NEW YORK, NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=NINE THIRTY ROSP INVESTMENTS, LLC/AC-1N0041 RFB=O/B CITIBMAD: 1209I1Q8024C007915 TRN: 0786307337FF YOUR REF: O/B CITIBANK NYC | | $18,550,000.00 |
| 12/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HIFL HERMES WORLD USD FUND REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LAGOON INVESTMENT D ACCOUNT/AC-1FR01830 ORG=/GBHBEU58768295 HIFL HERMES WORLD USD FUND OGB=HSBC BANK PLC SSN: 0152629 TRN: 2802800337FC YOUR REF: 4X03127H52916742 | | $10,000,000.00 |

JPMSAB0003406

18-Dec-08                                                                                          18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 3 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: RYE SELECT BROAD MARKET FUND LRYE, NY 10580 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=RYE SELECT BROAD MARKET FUND,LP RYE, NY 10580 OBI=RYE SELECT BROAD MARSSN: -0320126 TRN: 5736900337FC YOUR REF: ADD-ON | | $10,000,000.00 |
| 12/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: RYE SELECT BROAD MARKET PRIME RYE,NY 10580 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=RYE SELECT BROAD MARKET PRIME FD LP RYE,NY 10580 OBI=RYE SELECT BROAD SSN: 0320476 TRN: 5747400337FC YOUR REF: ADD-ON | | $10,000,000.00 |
| 12/03 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: MAXAM ABSOLUTE RETURN FUND LP DARIEN, CT 06820-5421 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK AMER NYC OBI=FFC MAXAM ABSOLUTE RETURN FUND LP FFC:MAD: 1203687HUGR001628 TRN: 0211301337FF YOUR REF: O/B BK AMER NYC | | $4,800,000.00 |
| 12/03 | | CHIPS CREDIT VIA: BRANCH BANKING & TRUST CO./0160 B/O: BENEFICIAL PARTNERS 2 LLC BETHESDA MD 20817-4737 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/0005152173093 BETHESDA MD 20817-4737 OBI=FBO: BENEFICIAL PARTNERS #/2 SSN: 0341551 TRN: 6167000337FC YOUR REF: O/B BB&T NC | | $3,000,000.00 |
| 12/03 | | BOOK TRANSFER CREDIT B/O: LEHMAN BROS INC NEW YORK NY 10019- ORG: STERN CHARITABLE FOUNDATION C/ORCA CORPORATION OGB: LEHMAN INVESTMENT INC. NETWORK MANAGEMENT REF:/ACC/LEHMAN REF-LC39P20/BNF/STERN CHARITABLE TRIST FFC BERNARD L MADOFF A/C. 140 081 703 TRN: 2789000337FQ YOUR REF: SWF OF 07/12/03 | | $1,182,000.00 |
| 12/03 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: THE BEATRICE WANG PARTNERSHIP FORT LEE NJ 07024-4152 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 .ORG=/003816092801 FORT LEE NJ 07024-4152 BBI=/REC/FOR AC OF THE BEATRICE WSSN: 0286112 TRN: 5074600337FC YOUR REF: 01071203002300NY | | $100,000.00 |
| 12/03 | | DEPOSIT            2086<br>1 DAY FLOAT      12/04        $148,400.00<br>2 DAY FLOAT      12/05        $47,500.00<br>3 DAY FLOAT      12/06        $3,000.00 | | $198,500.00 |

18-Dec-08                                                                                    18Dec08-344

**JPMorganChase ⬡**

December 01, 2007 –
December 31, 2007

Page 4 of 52

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/03 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $10,642,343.00 RATE=04.09% FOR INVESTMENT DATED 11/30/07. REF=CPSWP113007 TRN: 3371000923XP YOUR REF: 31Y9970923337 | | $3,627.27 |
| 12/03 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071130 TO 071203 RATE 4.4516 TRN: 0733700215AN YOUR REF: NC021125261203D701 | | $85,031,532.52 |
| 12/03 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9815000337JK YOUR REF: M02202231037D012 | $525,000,000.00 | |
| 12/03 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368-ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1599100337JO YOUR REF: JOOI | $10,000,000.00 | |
| 12/03 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089-A/C: HELEN TSANOS SHENMAN REVOCABLLIVING TRUST REF: BNF-FFC-ACC, 01334715, HELEN TSANOSSHENMAN REVOCABLE LIVING TRUST IMAD: 1203810GC08C004762 TRN: 1599280337JO YOUR REF: SHENMANH | $2,150,000.00 | |
| 12/03 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST-INVESTMENTS OMNI INBOUND TRN: 1599300337JO YOUR REF: RIPINV | $2,000,000.00 | |
| 12/03 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: H. IRWIN LEVY SSN: 0330062 TRN: 1599400337JO YOUR REF: HILEVY | $1,000,000.00 | |
| 12/03 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: 1776 K STREET ASSOCIATES LP WASHINGTON,DC 20009 IMAD: 1203810GC08C004783 TRN: 1599500337JO YOUR REF: CAP OF 07/12/03 | $750,000.00 | |
| 12/03 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: WELLS FARGO BANK N.A WEST DENVER CO BEN: KATZ GROUP LIMITED PARTNERSHIPBOULDER, CO. REF: TELEBEN IMAD: 1203810GC01C003799 TRN: 1599600337JO YOUR REF: JOOI | $500,000.00 | |
| 12/03 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: HOWARD WEINGROW IMAD: 1203810GC03C003366 TRN: 1599700337JO YOUR REF: WEINGROWH | $500,000.00 | |
| 12/03 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY LTD PART PALM BEACH FLA 33480 SSN: 0330118 TRN: 1599800337JO YOUR REF: CAP OF 07/12/03 | $145,000.00 | |

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ●**

December 01, 2007 -
December 31, 2007

Page 5 of 52

Account Number
█████ 703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/03 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P MARDEN,PATRICE AUILD NEW YORK,N.Y. REF: TELEBEN SSN: 0330172 TRN: 1599900337JO YOUR REF: JOOI | $25,000.00 | |
| 12/03 | | BOOK TRANSFER DEBIT A/C: VOLKSBANK HUNGARY MAGYARORSZAGBUDAPEST HUNGARY-H 1088 TRN: 1600000337JO YOUR REF: SWAYIST | $20,000.00 | |
| 12/03 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P MARDEN,PATRICE AUILD NEW YORK,N.Y. REF: TELEBEN SSN: 0330176 TRN: 160010037JO YOUR REF: JOOI | $9,000.00 | |
| 12/03 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: PATRICIA BESSOUDO COL. GUADALUPE INN,MEXICO DF 01020 REF: TELEBEN SSN: 0330055 TRN: 1600200337JO YOUR REF: JOOI | $3,000.00 | |
| 12/03 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071203 TO 071204 RATE 4.4505 TRN: 0733700577AN YOUR REF: ND0220869112030701 | $190,000,000.00 | |
| 12/03~ | | FUNDING XFER TO 00630142815150 TRN: 0190000269RF | $1,614,804.00 | |
| 12/03 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120307. YOUR REF: 31Y9996733337 | $31,161,475.00 | |
| 12/03 | | CLOSING LEDGER BALANCE | *** Balance *** | $258,900.26 |
| 12/03 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.26 |
| 12/04 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120307 . TRN: 3372003112XN YOUR REF: 31Y9996733337 | | $31,161,475.00 |
| 12/04 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2089600338JK YOUR REF: 01713504 | | $400,351,555.56 |
| 12/04 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: GREENWICH SENTRY, L.P. 2 BLOOR STREET EAST, SUITE 2700 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GREENWICH SENTRY LP/AC-1G009230 RFB=CF10546316A OBI=GREEN/MAD: 12048108984C007631 TRN: 0552209338FF YOUR REF: CF10546316A | | $5,500,000.00 |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase ⚙

December 01, 2007 -
December 31, 2007

Page 6 of 52

Account Number
703.

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/04 | | FED WIRE CREDIT VIA: RBS CITIZENS, N.A./011500120 B/O: MICHAEL P ALBERT 1998 TRUST LENOX MA 01240 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B RBS CITIZENS OBI=FBO:MICHAEL P ALBERT 1998 TRUST REF:IMAD: 1204A1B7A41C001599 TRN: 060440233BFF YOUR REF: O/B RBS CITIZENS | | $375,000.00 |
| 12/04 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: MERIDA ASSOCIATES INC WEST PALM BEACH FL 33406 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071204150308 OBI=FBO MERIDA ASSOCIATES INC ACCT 1M013530 IMAD: 120403B7502C00123B TRN: 0239903338FF YOUR REF: 071204150308 | | $160,000.00 |
| 12/04 | | CHIPS CREDIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 B/O: PERRY FINANCE INC GUERNSEY GY1 1DB REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/20295610487G GUERNSEY GY1 1DB OGB=ROYAL BANK OF SCOTLAND INTL LTD ST SSN: 0208110 TRN: 3766500338FC YOUR REF: 03511915B01-103 | | $34,972.00 |
| 12/04 | | DEPOSIT          2007
1 DAY FLOAT          12/05          $89,300.00
2 DAY FLOAT          12/06          $3,200.00 | | $92,500.00 |
| 12/04 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $31,161,476.00 RATE=04.09% FOR INVESTMENT DATED 12/03/07. REF=CPSWP120307 TRN: 3381000915XP YOUR REF: 31Y8970915338 | | $3,531.63 |
| 12/04 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071203 TO 071204 RATE 4.4505 TRN: 0733800213AN YOUR REF: NC0220686112040701 | | $190,023,489.01 |
| 12/04 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2091300338JK YOUR REF: M02315964047004 | $450,000,000.00 | |
| 12/04 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 1204810CC04C001598 TRN: 09B1900338JO YOUR REF: LLXINV | $16,000,000.00 | |
| 12/04 | | BOOK TRANSFER DEBIT A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL ORG: BERNAR L MADOFF 88 5 THIRD AVE NE TRN: 098200338JO YOUR REF: CAP OF 07/12/04 | $3,600,000.00 | |

JPMSAB0003410

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

December 01, 2007 -
December 31, 2007

Page 7 of 52

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | ⁻Debit | Amount |
|---|---|---|---|---|
| 12/04 | | FEDWIRE DEBIT VIA: EURO AMER NYC/021001486 A/C: PERGAMENT EQUITIES LLC NEW YORK,NY 10022 REF: TELEBEN IMAD: 1204B10GC01C002209 TRN: G982100338JO YOUR REF: JODI | $1,500,000.00 | |
| 12/04 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MRP. FAMILY HOLDINGS,LLC ROSLYN,NEW YORK 11576-1126 REF: TELEBEN SSN: 0254135 TRN: 0982200338JO YOUR REF: JODI | $700,000.00 | |
| 12/04⁻ | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4B9 UNITED KINGDOM ORG: BERNARD L MADOFF 88 S THIRD AVENUE NE REF: BNF-SORT CODE 56-00-20 HOLBORN CIRCUS BRANCH TRN: 0982300338JO YOUR REF: ERIN | $286,000.00 | |
| 12/04 | | FEDWIRE DEBIT VIA: AMTRUST BK CLEVE/241070433 A/C: LORI A. FRIEDMAN & DAVINA GREELONDON NW8 3RU REF: TELEBEN IMAD: 1204B10GC02C002184 TRN: 0982400338JO YOUR REF: JODI | $15,000.00 | |
| 12/04 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071204 TO 071205 RATE 4.4005 TRN: 0733800469AN YOUR REF: NO0231961612040701 | $130,000,000.00 | |
| 12/04 | | FUNDING XFER TO 000301428151509 TRN: 0190000242RF | $8,524,172.42 | |
| 12/04 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120407 . YOUR REF: 31Y9996736338 | $16,208,185.00 | |
| 12/04 | | ORIG CO NAME:IRS                     ORIG ID:3387702000 DESC DATE:120407 CO ENTRY DESCR:USATAXPYMTSECCCD TRACE#:021000023022241 EED:071204   IND ID:220773800230426 IND NAME:BERNARD L MADOFF TRN: 3383022241TC | $1,001,866.86 | |
| 12/04 | | CHECK PAID #   15456 | $2,000.00 | |
| 12/04 | | CLOSING LEDGER BALANCE | *** Balance *** | $144,200.1B |
| 12/04 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.1B |
| 12/05 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120407 . TRN: 3382003072XN YOUR REF: 31Y9996736338 | | $16,208,185.00 |
| 12/05 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4722400339JK YOUR REF: 01852624 | | $440,385,711.11 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

December 01, 2007 -
December 31, 2007

Page 8 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/05 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: THEMA USD POOL REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=THEMA USD POOL OGB=BANK OF BERMUDA LTD..THE DUBLIN IRELAND OBI=REF 1FN095 THEMA SSN: 0292548 TRN: 5307700339FC... YOUR REF: 7J05127R10505557 | | $14,860,000.00 |
| 12/05 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: RONALD L ZARRELLA - MASTER A/CROCHESTER NY 14604 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=0000278214053 OBI=REF: RONALD L. ZARRELLA ACCT NO: 120039IMAD: 1205I1B7031R001647 TRN: 0407607339FF YOUR REF: 0000278214053 | | $5,000,000.00 |
| 12/05 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: STEWART L ALEDORT MD P.C. WASHINGTON DC 20007 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071205350008 OBI=FBO STEWART ALEDORT PC EMPLOYEES BENEFITIMAD: 1205E3B7509C090039 TRN: 0163801339FF YOUR REF: 071205350008 | | $6,787.50 |
| 12/05 | | DEPOSIT        2088 1 DAY FLOAT        12/06        $10,000.00 | | $28,000.00 |
| 12/05 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMM. PAPER. PRINCIPAL= $16,208,185.00 RATE=04.11% FOR INVESTMENT DATED 12/04/07. REF=CPSWP120407 TRN: 3391000894XP YOUR REF: 31Y8970894339 | | $1,850.43 |
| 12/05 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071204 TO 071205 RATE 4.4005 TRN: 0733900203AN YOUR REF: NC0231901612050701 | | $130,015,890.80 |
| 12/05 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4726900339JK YOUR REF: M02422022D570434 | $450,000,000.00 | |
| 12/05 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BERNHARD FAMILY PARTNERSHIP SSN: 0274229 TRN: 1323800339JO YOUR REF: BERNFAMPAR | $725,000.00 | |
| 12/05 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: GROSVENOR PARTNERS, LTD IMAD: 1205B1OGC06C002711 TRN: 1323900339JO YOUR REF: GROSVEN | $500,000.00 | |

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 9 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/05 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: CITCO BANKING CORPORATION N.V.WILLEMSTAD, NETHERLANDS ANTILLES BEN: GRENWICH SENTRY PARTNERS L.P.HAMILTON, BERMUDA HM 11 SSN: 0274232 TRN: 1324000339JO YOUR REF: GSPTR | $325,000.00 | |
| 12/05 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMLY LTD PARTNERSHIP IMAD: 1205810GC08C003334 TRN: 1324100339JO YOUR REF: FLMARD | $100,000.00 | |
| 12/05 | | BOOK TRANSFER DEBIT A/C: ESTATE OF LILLIAN B STEINBERG NEW YORK NY 10016 ORG: BERNARD L. MADOFF 88 S THIRD AVE., NE TRN: 1324200339JO YOUR REF: JODI | $50,000.00 | |
| 12/05 | | BOOK TRANSFER DEBIT A/C: JOANN SALA OR JOSEPH KELLY BAY SHORE, NY 117067815 TRN: 1324300339JO YOUR REF: SALAJOA | $35,000.00 | |
| 12/05 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN AND PATRICE M AUSEATTLE WASHINGTON 98102 REF: TELEBEN IMAD: 1205810GC07C003207 TRN: 1324400339JO YOUR REF: JODI | $31,000.00 | |
| 12/05 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071205 TO 071206 RATE 4.4005 TRN: 0733900493AN YOUR REF: ND0243092712050701 | $140,000,000.00 | |
| 12/05 | | FUNDING XFER TO 086301428151509 TRN: 0190000255RF | $3,167,078.49 | |
| 12/05 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120507 . YOUR REF: 31Y998714339 | $11,702,345.00 | |
| 12/05 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $16,200.53 |
| 12/05 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.53 |
| 12/06 | | REDEMPTION OR CALL GIS REF: T307340ABH6 CUSTODY ACT: G 13414 REDM TD: 12/06/07 SETTLE DATE: 12/06/07BXR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795859 UNITED STATES TREASURY BILLS UNITED TRN: 00000800Z7ST | | $300,000,000.00 |
| 12/06 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120507 . TRN: 3392093084XN YOUR REF: 31Y996714339 | | $11,702,345.00 |
| 12/06 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7253800340JK YOUR REF: 01988358 | | $450,395,500.00 |

JPMSAB0003413

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 10 of 52

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/06 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: 1/GROUPEMENT FIN 2/5-11 LAVINGTON STREET PC: REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT FRT033424MNY OBI=FFC GROUPEMENT FINANCIER A/C FR095 B9IMAD: 1206810898 4C007978 TRN: 0480709340FF YOUR REF: TT FRT033424MNY | | $5,000,000.00 |
| 12/06 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: EQUITY TRADING PORTFOLIO LTD I1043 BW AMSTERDAM REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=EQUITY TRADING PORTFOLIO FUND LIMIT ED/AC-1FR124 RFB=CF48IMAD: 1206810899 3C000942 TRN: 0057807340FF YOUR REF: CF48178302A | | $2,000,000.00 |
| 12/06 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: FLORENCE L GREENBERG TRUST PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY. 10022-4834/AC-000000001400 RFB=071208150386 OBI=FBO FLORENCE L GREENBERG ACCOUNT NUMBER IMAD: 1206E3875 02C001312 TRN: 0259303340FF YOUR REF: 071206150386 | | $190,000.00 |
| 12/06 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: JUDIE BOXILL JUPITER FL 33477 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071208150337 OBI=FBO JUDIE CAMUS BOXILL ACCT NUM 1Z8055 B IMAD: 1206E3875 02C001619 TRN: 0326007340FF YOUR REF: 071206150337 | | $100,000.00 |
| 12/06 | | FED WIRE CREDIT VIA: WACHOVIA BANK OF DELAWARE,N.A/031100869 B/O: HERBERT BOXILL JUPITER FL 33477 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071206500008 OBI=FBO HERBERT J BOXILL ACCOUNT 1ZB054 B BI=IMAD: 1206E3875 08C000052 TRN: 0340107340FF YOUR REF: 071206500008 | | $100,000.00 |
| 12/06 | | -DEPOSIT          2089 | | $50,000.00 |
| 12/06 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $11,702,345.00 RATE=04.07% FOR INVESTMENT DATED 12/05/07. REF=CPSWP120507 TRN: 3401000893XP YOUR REF: 31Y9970893340 | | $1,321.02 |
| 12/06 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071205 TO 071206 RATE 4.4005 TRN: 0734000217AN YOUR REF: NC0243082712060701 | | $140,017,113.17 |

18-Dec-08                                                                                      18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ◯

December 01, 2007 -
December 31, 2007

Page 11 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/06 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7255200340JK YOUR REF: M025386580670011 | $475,000,000.00 | |
| 12/06 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: ALEXANDRE AND LORI CHEMLA IMAD: 1206B10GC07C003141 TRN: 1265500340JO YOUR REF: CHEMLA | $1,000,000.00 | |
| 12/06 | | BOOK TRANSFER DEBIT A/C: THE CHARYTAN FAMILY C&M PARTNENEW ROCHELLE NY 10804- TRN: 1265900340JO YOUR REF: CHARFAM | $680,000.00 | |
| 12/06 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: MARJETT, LLC IMAD: 1206B10GC02C002622 TRN: 1265700340JO YOUR REF: MARJET | $523,250.00 | |
| 12/06 | | FEDWIRE DEBIT VIA: NATIONAL CITY BANK/083000056 A/C: KENNETH SPRINGER REVOCABLE TRUIMAD: 1206B10GC02C002623 TRN: 1265800340JO YOUR REF: KENSPRING | $500,000.00 | |
| 12/06 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES MARDEN AND IRIS ZURAWIN 1125 PARK AVENUE,NEW YORK,NY 10128 REF: TELEBEN SSN: 0268143 TRN: 1265900340JO YOUR REF: JODI | $150,000.00 | |
| 12/06 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE CHAIS FAMILY FOUNDATION BEVERLY HILLS,CA. REF: TELEBEN/TIME/11:22 IMAD: 1206B10GC02C002627 TRN: 1266000340JO YOUR REF: JODI | $100,000.00 | |
| 12/06 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY FOUNDATION NEW YORK,N.Y. REF: TELEBEN SSN: 0263890 TRN: 1266100340JO YOUR REF: JODI | $50,000.00 | |
| 12/06 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: MARK HUGH CHAIS BEVERLY HILLS,CA. 90210-3530 REF: TELEBEN/TIME/11:24 IMAD: 1206B10GC07C003143 TRN: 1266200340JO YOUR REF: JODI | $50,000.00 | |
| 12/06 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071206 TO 071207 RATE 4.4005 TRN: 0734000463AN YOUR REF: ND0254156512060701 | $110,000,000.00 | |
| 12/06 | | FUNDING XFER TO 006301428151509 TRN: 019000024GRF | $4,684,000.00 | |
| 12/06 | | PURCHASE OF SECURITIES GIS REF: T307340BT46 CUSTODY ACT: G 13414 PURC TD: 12/06/07 SETTLE DATE: 12/06/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C90 UNITED STATES TREASURY BILLS UNITED TRN: 0000075423ST | $49,653,500.00 | |

18-Dec-08                                                                                              18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 12 of 52

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/06 | | PURCHASE OF SECURITIES GIS REF: T307340BT5J CUSTODY ACT: G 13414 PURC TD: 12/06/07 SETTLE DATE: 12/06/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C90 UNITED STATES TREASURY BILLS UNITED TRN: 000007542457 | $49,653,500.00 | |
| 12/06 | | PURCHASE OF SECURITIES GIS REF: T307340BTGN CUSTODY ACT: G 13414 PURC TD: 12/06/07 SETTLE DATE: 12/06/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C90 UNITED STATES TREASURY BILLS UNITED TRN: 000007542557 | $49,653,500.00 | |
| 12/06 | | PURCHASE OF SECURITIES GIS REF: T307340BT7S CUSTODY ACT: G 13414 PURC TD: 12/06/07 SETTLE DATE: 12/06/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C90 UNITED STATES TREASURY BILLS UNITED TRN: 000007542557 | $49,653,500.00 | |
| 12/06 | | PURCHASE OF SECURITIES GIS REF: T307340BT7W CUSTODY ACT: G 13414 PURC TD: 12/06/07 SETTLE DATE: 12/06/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C90 UNITED STATES TREASURY BILLS UNITED TRN: 000007565557 | $49,653,500.00 | |
| 12/06 | | PURCHASE OF SECURITIES GIS REF: T307340BT79 CUSTODY ACT: G 13414 PURC TD: 12/06/07 SETTLE DATE: 12/06/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C90 UNITED STATES TREASURY BILLS UNITED TRN: 000007565557 | $49,653,500.00 | |
| 12/06 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120607 . YOUR REF: 31Y9996713340 | $18,821,731.00 | |
| 12/06 | | CHECK PAID #   15458 | $2,500.00 | |
| 12/06 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.72 |
| 12/06 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.72 |
| 12/07 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP120607 . TRN: 3402003074XN YOUR REF: 31Y9996713340 | | $18,821,731.00 |
| 12/07 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9445400341JK YOUR REF: 02106351 | | $520,457,022.22 |
| 12/07 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY MF INVESTMENTS, LLNEW YORK, NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=NINE THIRTY MF INVESTMENTS, LL/AC-1N003630 RFB=O/B CITIBANMAD: 12076108021C005182 TRN: 0502808341FF YOUR REF: O/B CITIBANK NYC | | $4,000,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 –
December 31, 2007

Page 13 of 52

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/07 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/0799 B/O: ISOS FUND REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=ISOS FUND OGB=SYCOBSN1XXX OBI=REF: ISOS INVESTMENTS DECEMBER 2007 BBI=/OCMT/USD450000./BNF/JPMORGAN CHASESSN: 0037572 TRN: 0495000341FC YOUR REF: 3233977RC399616 | | $450,000.00 |
| 12/07 | | FED WIRE CREDIT VIA: COMPASS BANK/062001186 B/O: BBB'S INVESTMENT GROUP DALLAS, TX 75248-2240 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B COMPASS BANK OBI=FBO: BBB'S INVESTMENT GROUP, LTD/AC-IMAD: 1207F2QC2S0C001447. TRN: 0679500341FF YOUR REF: O/B COMPASS BANK | | $232,169.00 |
| 12/07 | | DEPOSIT      2090 1 DAY FLOAT        12/10        $104,800.00 2 DAY FLOAT        12/11        $19,000.00 3 DAY FLOAT        12/12        $1,200.00 | | $150,000.00 |
| 12/07 | | INTEREST ON-END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER: PRINCIPAL= $18,821,731.00 RATE=04.06% FOR INVESTMENT DATED 12/06/07. REF=CPSWP120607 TRN: 341100089TXP YOUR REF: 31Y9970897341 | | $2,122.67 |
| 12/07 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071206 TO 071207 RATE 4.4005 TRN: NC025415651207070 YOUR REF: NC025415651207070 | | $110,013,446.06 |
| 12/07 | | BOOK TRANSFER DEBIT A/C: D323522645 CHISA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY-10004 TRN: 9446600341JK YOUR REF: M02620059707770162 | $525,000,000.00 | |
| 12/07 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: BANK OF AMERICA N.A N.J NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 IMAD: 1207B1QGC01C002503 TRN: 1496500341JO YOUR REF: CAP OF 07/12/07 | $2,000,000.00 | |
| 12/07 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: HSBC BANK PLC LONDON LONDON E14 5HQ, ENGLAND BEN: HSSL REDEMPTION PROCEEDS ACCOUL-2014 LUXEMBOURG REF: BNF-REF - THEMA WISE SSN: 0267314 TRN: 1496600341JO YOUR REF: CAP OF 07/12/07 | $550,000.00 | |
| 12/07 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON, MASS. BEN: MARC B. WOLFOW 1995 FAMILY TRUIMAD: 1207B1QGC05C002499 TRN: 1496700341JO YOUR REF: WOLFAM | $500,000.00 | |

JPMSAB0003417

18-Dec-08                                                                                      18Dec08-344

**JPMorganChase O** 

December 01, 2007 -
December 31, 2007

Page 14 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/07 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071207 TO 071210 RATE 4.3515 TRN: 0734100537AN YOUR REF: ND0252471512070701 | $110,000,000.00 | |
| 12/07 | | FUNDING XFER TO 005301428151509 TRN: 019D0002438F | $1,765,326.91 | |
| 12/07 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER.CPSWP120707 . YOUR REF: 31Y936732341 | $14,176,164.00 | |
| 12/07 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $125,000.76 |
| 12/07 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.75 |
| 12/10 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER.CPSWP120707 . TRN: 3412003075XN YOUR REF: 31Y936732341 | | $14,176,164.00 |
| 12/10 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1514400344JK YOUR REF: 02202231 | | $525,454,276.83 |
| 12/10 | | FED WIRE CREDIT VIA: BOSTON PRIVATE BANK & TRUST CO/011002343 B/O: TURBO INVESTORS LLC NEWTON MA REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BOSTON PRIVA OBI=FBO TURBO INVESTORS LLC ACCN 1-T 005MAD: 1210A1B7A31C000016 TRN: 0181203344FF YOUR REF: O/B BOSTON PRIVA | | –$1,000,000.00 |
| 12/10 | | DEPOSIT        2091 1 DAY FLOAT        12/11        $1,500.00 | | $1,500.00 |
| 12/10 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMM. PAPER. PRINCIPAL = $14,176,164.00 RATE=03.92% FOR INVESTMENT DATED 12/07/07. REF=CPSWP120707 TRN: 3441000909XP YOUR REF: 31Y9970909344 | | $4,630.89 |
| 12/10 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071207 TO 071210 RATE 4.3515 TRN: 0734400249AN YOUR REF: NC0262471512100701 | | $110,039,889.39 |
| 12/10 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1518700344JK YOUR REF: M02698037107304I | $245,000,000.00 | |
| 12/10 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ANNETTE & RUDY BONGIORNO NORTHHILLS, NY 11030 REF: TELEBEN SSN: 0271117 TRN: 0830800344JO YOUR REF: JOOI | $10,000.00 | |

JPMSAB0003418

18-Dec-08

18Dec08-344

**JPMorganChase** ◯

December 01, 2007 -
December 31, 2007

Page 15 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



### Commercial Checking
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/10 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071210 TO 071211 RATE 4.3305 TRN: 0734400497AN YOUR REF: ND027B097712100701 | $390,000,000.00 | |
| 12/10 | | FUNDING XFER TO 005301428151509 TRN: 0190000244RF | $5,509,389.55 | |
| 12/10 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121007. YOUR REF: 31Y9996700344 | $10,260,366.00 | |
| 12/10 | | CLOSING LEDGER BALANCE | *** Balance *** | $21,700.31 |
| 12/10 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.31 |
| 12/11 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP-JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121007 . TRN: 3442003058XN YOUR REF: 31Y9996700344 | | -$10,260,366.00 |
| 12/11 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3546800345JK YOUR REF: 02315964 | | $450,389,375.00 |
| 12/11 | | FED WIRE CREDIT-VIA: CITIBANK/021000089 B/O: M.J. INVESTMENT, L.L.C C/O STU018 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF -NEW YORK NY 10022-4834/AC-000000001400 BNF=M J INVESTMENT,L L C/AC-1M014630 RFB=O/B CITIBANK NYC OBI/MAD: 121181Q802ZC005046 TRN: 0520208345FF YOUR REF: O/B CITIBANK-NYC | | $1,500,000.00 |
| 12/11 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: KAY MANAGEMENT COMPANY INC SILVER SPRING, MD 20910-3638 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HGLC ASSOCIATES, LLP/AC-1H014130 ORG=/000004701816 SILVER SPRING, MD 2SSN: 0290232 TRN: 516B100345FC YOUR REF: 0107121100558 3NY | | $1,194,000.00 |
| 12/11 | | BOOK TRANSFER CREDIT B/O: LUCERNE TEXTILES INC NEW YORK NY 10018-6508 REF: FBO: LUCERNE TEXTILES PENSION PLAN AND TRUST 1-CM803-3-0 TRN: 0210800345ES YOUR REF: BPL OF 07/12/11 | | $16,841.00 |
| 12/11 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=PHILIP DATLOF CM235 SSN: 0281657 TRN: 5016800345FC YOUR REF: 1180988 | | $14,887.07 |
| 12/11 | | DEPOSIT       2092 1 DAY FLOAT       12/12       $204,212.00 | | $328,212.00 |

18-Dec-08

18Dec08-344

**JPMorganChase** ⬤

December 01, 2007 -
December 31, 2007

Page 16 of 52

**Account Number** 703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/11 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $10,260,366.00 RATE=03.92% FOR INVESTMENT DATED 12/10/07. REF=CPSWP121007 TRN: 3451000803XP YOUR REF: 31Y8970903345 | | $1,117.24 |
| 12/11 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071210 TO 071211 RATE 4.3305 TRN: 0734500153AN YOUR REF: NC0270097712110701 | | $390,046,913.97 |
| 12/11 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3554700345JK YOUR REF: M0277770111170302 | $240,000,000.00 | |
| 12/11 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368- ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1048500345JO YOUR REF: JODI | $2,500,000.00 | |
| 12/11 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368-- ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1041100345JO YOUR REF: JODI | $1,000,000.00 | |
| 12/11 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10035-6710 BEN: O.D.D. INVESTMENTS,L.P. CARLSTEAD,N.J. REF: TELEBEN SSN: 0245061 TRN: 1041000345JO YOUR REF: JODI | $1,000,000.00 | |
| 12/11 | | FEDWIRE DEBIT VIA: WASH MUT BANK/021272723 A/C: ANDREW M. SCHWARTZ IMAD: 1211810GC08C002890 TRN: 1041200345JO YOUR REF: ANDARTZ | $800,000.00 | |
| 12/11 | | FEDWIRE DEBIT VIA: CITIBANK FSB CT/221172610 A/C: THOMAS L.STARK,HILARY M.STARK RIVERSIDE,CT 06878 REF: TELEBEN IMAD: 1211810GC07C002695 TRN: 1041300345JO YOUR REF: JODI | $600,000.00 | |
| 12/11 | | BOOK TRANSFER DEBIT A/C: 00000000066196221 TRN: 1041400345JO YOUR REF: CAP OF 07/12/11 | $500,000.00 | |
| 12/11 | | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA/0103 A/C: LLOYDS BANK PLC GENEVA, SWITZERLAND BEN: TURRET CORPORATION REF: BNF-FFC-ACC- 163317 (USD) TURRET CORPORATION SSN: 0245113 TRN: 1041500345JO YOUR REF: TURCORP | $50,000.00 | |
| 12/11 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON E1 9EG UNITED KINGDOM ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF: TELEBEN TRN: 1041600345JO YOUR REF: JODI | $20,000.00 | |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 17 of 52

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/11 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071211 TO 071212 RATE 4.2104 TRN: 0734500439AN YOUR REF: ND0278665512110701 | $290,000,000.00 | |
| 12/11 | | FUNDING XFER TO 0053014281S1589 TRN: 0190000251RF | $3,356,817.84 | |
| 12/11 | | PURCHASE OF SECURITIES GIS REF: T307345CIP6 CUSTODY ACT: G 13414 PURC TD: 12/11/07 SETTLE DATE: 12/11/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795040 UNITED STATES TREASURY BILLS UNITED TRN: 00000B6624ST | $49,601,388.89 | |
| 12/11 | | PURCHASE OF SECURITIES GIS REF: T307345CISD CUSTODY ACT: G 13414 PURC TD: 12/11/07 SETTLE DATE: 12/11/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795040 UNITED STATES TREASURY BILLS UNITED TRN: 00000B6625ST | $49,601,388.89 | |
| 12/11 | | PURCHASE OF SECURITIES GIS REF: T307345CITS CUSTODY ACT: G 13414 PURC TD: 12/11/07 SETTLE DATE: 12/11/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795040 UNITED STATES TREASURY BILLS UNITED TRN: 00000B6626ST | $49,601,388.89. | |
| 12/11 | | PURCHASE OF SECURITIES GIS REF: T307345CIU8 CUSTODY ACT: G 13414 PURC TD: 12/11/07 SETTLE DATE: 12/11/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795040 UNITED STATES TREASURY BILLS UNITED TRN: 00000B6627ST | $49,601,388.89 | |
| 12/11 | | PURCHASE OF SECURITIES GIS REF: T307345CIWE CUSTODY ACT: G 13414 PURC TD: 12/11/07 SETTLE DATE: 12/11/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795040 UNITED STATES TREASURY BILLS UNITED TRN: 00000B6628ST | $49,601,388.89 | |
| 12/11 | | PURCHASE OF SECURITIES GIS REF: T307345CIWL CUSTODY ACT: G 13414 PURC TD: 12/11/07 SETTLE DATE: 12/11/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795040 UNITED STATES TREASURY BILLS UNITED TRN: 00000B6688ST | $49,601,388.89 | |
| 12/11 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121107. YOUR REF: 31Y9996714346 | $16,133,849.00 | |
| 12/11 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $205,412.41 |
| 12/11 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.41 |
| 12/12 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121107 . TRN: 3452003072XN YOUR REF: 31Y9996714345 | | $16,133,849.00 |
| 12/12 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6378800346JK YOUR REF: 02422022 | | $450,391,125.00 |

18-Dec-08                                                                                      18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 –
December 31, 2007

Page 18 of 52

**Account Number** ██████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: L. W CAPITAL LIMITED USD CLIENT ID NUMBER 423041 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=*180051-10187537 CLIENT ID NUMBER 423041 OG8=COUTTS AND COMPANY LONDONSSN: 0281979 TRN: 5137800346FC YOUR REF: 01774023101-103 | | $2,450,000.00 |
| 12/12 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MKTS INC OUTGAMHERST NY 14226- ORG/39112608 JUDIE CAMUS BOXILL 3MIRALS COVE BLVD JUPITER FL 33477400GB: CITIGROUP GLOBAL MARKETS INC NEW YORK NY TRN: 2185600346JD YOUR REF: SWF OF 07/12/12 | | $200,000.00 |
| 12/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=DORIS M PEARLMAN 1-PSSN: 0289346 TRN: 5279000346FC YOUR REF: 1184768 | | $39,000.00 |
| 12/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=ROBERT E. MAY M0077 SSN: 0289323 TRN: 5278200346FC YOUR REF: 1184749 | | $20,025.00 |
| 12/12 | | DEPOSIT        2094 1 DAY FLOAT        12/13        $105,259.27 2 DAY FLOAT        12/14        $103,800.00 3 DAY FLOAT        12/17        $6,200.00 | | $715,259.27 |
| 12/12 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $16,133,049.00 RATE=03.81% FOR INVESTMENT DATED 12/11/07. REF=CPSWP121107 TRN: 3461000087XP YOUR REF: 31Y9970897346 | | $1,707.50 |
| 12/12 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071211 TO 071212 RATE 4.2104 TRN: 0734600189AN YOUR REF: NC027865512120701 | | $290,033,917.94 |
| 12/12 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY.10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6380400346JK YOUR REF: M029112021270225 | $460,000,000.00 | |
| 12/12 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 TRN: 133950036JO YOUR REF: CAP OF 07/12/12 | $14,510,000.00 | |

JPMSAB0003422

15-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

**Page 19 of 52**

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/12 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: PETER B. MADOFF IMAD: 1212B1QGC07C005645 TRN: 2922600346JO YOUR REF: PMADF | $9,000,000.00 | |
| 12/12 | | BOOK TRANSFER DEBIT A/C: 000000000089999651 ORG: BERNARD L. MADOFF 88 5 THIRD AVENUE NE BEN/026560005 JEROME & ANNE C. FISHER REF: TELEBEN TRN: 1339600346JO YOUR REF: JODI | $1,500,000.00 | |
| 12/12 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: FIRST UNION BANK ABA-067006432 BEN: LUCKY CO. PALM BEACH, FL 33480-3948 REF: TELEBEN IMAD: 1212B1QGC04C002677 TRN: 1339700346JO YOUR REF: JODI | $500,000.00 | |
| 12/12 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071212 TO 071213 RATE 4.1504 TRN: 0734600459AN YOUR REF: ND029165751212O701 | $120,000,000.00 | |
| 12/12 | | FUNDING XFER TO 066301428151509 TRN 019000000243RF | $2,271,738.57 | |
| 12/12 | | PURCHASE OF SECURITIES GIS REF: T307346B5QA CUSTODY ACT: G 13414 PURC TD: 12/12/07 SETTLE DATE: 12/12/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D57 UNITED STATES TREASURY BILLS US TRE TRN: 0000120557ST | $49,586,305.56 | |
| 12/12 | | PURCHASE OF SECURITIES GIS REF: T307346B5QV CUSTODY ACT: G 13414 PURC TD: 12/12/07 SETTLE DATE: 12/12/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D57 UNITED STATES TREASURY BILLS US TRE TRN: 0000120558ST | $49,586,305.56 | |
| 12/12 | | PURCHASE OF SECURITIES GIS REF: T307346B5RK CUSTODY ACT: G 13414 PURC TD: 12/12/07 SETTLE DATE: 12/12/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D57 UNITED STATES TREASURY BILLS US TRE TRN: 0000120655ST | $49,586,305.56 | |
| 12/12 | | PURCHASE OF SECURITIES GIS REF: T307346B5RS CUSTODY ACT: G 13414 PURC TD: 12/12/07 SETTLE DATE: 12/12/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D57 UNITED STATES TREASURY BILLS US TRE TRN: 0000120657ST | $49,586,305.56 | |
| 12/12 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWF121207 . YOUR REF: 31Y9996699346 | $13,748,076.00 | |
| 12/12 | | CLOSING LEDGER BALANCE | *** Balance *** | $215,259.21 |
| 12/12 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.21 |
| 12/13 | | REDEMPTION OR CALL GIS REF: T307347ABIE CUSTODY ACT: G 13414 REDM TD: 12/13/07 SETTLE DATE: 12/13/07BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795B67 UNITED STATES TREASURY BILLS LIMITED TRN: 0000007768SST | | $300,000,000.00 |
| 12/13 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWF121207 . TRN: 3462003075XN YOUR REF: 31Y9996699346 | | $13,748,076.00 |

18-Dec-08                                                                                          18Dec08-344

**JPMorganChase 🠚**

December 01, 2007 -
December 31, 2007

Page 20 of 52

Account Number ███703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/13 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9250300347JK YOUR REF: 02538858 | | $475,411,906.94 |
| 12/13 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: WOLPOW MARC B-CUST BOSTON, MA 02199 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001430 BNF=MARC B WOLPOW/AC-1-W0100-3-0 RFB=O/B MELLON TRUST BBI=/TIIMAD: 1213A1QC028C004190 TRN: 0883607347FF YOUR REF: O/B MELLON TRUST | | $159,600.00 |
| 12/13 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001430 RFB=MT071213006128 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 12138208921C001632 TRN: 0545702347FF YOUR REF: MT071213006128 | | $19,931.14 |
| 12/13 | | DEPOSIT        2095 | | $265,764.30 |
| | | 1 DAY FLOAT        12/14        $207,572.00 | | |
| | | 2 DAY FLOAT        12/17        $8,192.30 | | |
| 12/13 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL = $13,748,076.00 RATE=03.72% FOR INVESTMENT DATED 12/12/07. REF=CPSWP121207 TRN: 3471000886XP YOUR REF: 31Y9970886347 | | $1,420.63 |
| 12/13 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071212 TO 071213 RATE 4.1504 TRN: 0734700187AN YOUR REF: NC0291657612130701 | | $120,013,834.90 |
| 12/13 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9260500347JK YOUR REF: M0300716313O332 | $450,000,000.00 | |
| 12/13 | | FEDWIRE DEBIT VIA: CITICORP FL/266086554 A/C: JEFFRY M.& BARBARA PICOWER FDNPALM BEACH,FL, 33480 REF: TELEBEN IMAD: 1213810GC08C002924 TRN: 1089500347JO YOUR REF: CAP OF 07/12/13 | $4,500,000.00 | |
| 12/13 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: ALEXANDRE AND LORI CHEMLA IMAD: 1213810GC03C001932 TRN: 1089500347JO YOUR REF: CHEMLA | $1,500,000.00 | |

18-Dec-08                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** O

December 01, 2007 -
December 31, 2007

Page 21 of 52

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/13 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: ST. JAMES ASSOCIATES FL. 33308-2001 MAD: 1213B1QGC07C002618 TRN: 108970034730 YOUR REF: CAP OF 07/12/13 | $1,000,000.00 | |
| 12/13 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071213 TO 071214 RATE 4.0804 TRN: 0734780435AN YOUR REF: N003031613121307701 | $135,000,000.00 | |
| 12/13 | | FUNDING XFER TO 066301428151509 TRN: 0190000248RF | $5,677,237.62 | |
| 12/13 | | PURCHASE OF SECURITIES GIS REF: T307347BY9E CUSTODY ACT: G 13414 PURC TD: 12/13/07 SETTLE DATE: 12/13/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D65 UNITED STATES TREASURY BILLS UNITED TRN: 0000085497ST | $49,552,000.00 | |
| 12/13 | | PURCHASE OF SECURITIES GIS REF: T307347BZAC CUSTODY ACT: G 13414 PURC TD: 12/13/07 SETTLE DATE: 12/13/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D65 UNITED STATES TREASURY BILLS UNITED TRN: 0000085498ST | $49,552,000.00 | |
| 12/13 | | PURCHASE OF SECURITIES GIS REF: T307347BZAM CUSTODY ACT: G 13414 PURC TD: 12/13/07 SETTLE DATE: 12/13/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D65 UNITED STATES TREASURY BILLS UNITED TRN: 0000086572ST | $49,552,000.00 | |
| 12/13 | | PURCHASE OF SECURITIES GIS REF: T307347BZBV CUSTODY ACT: G 13414 PURC TD: 12/13/07 SETTLE DATE: 12/13/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D65 UNITED STATES TREASURY BILLS UNITED TRN: 0000081081ST | $49,552,000.00 | |
| 12/13 | | PURCHASE OF SECURITIES GIS REF: T307347BZB5 CUSTODY ACT: G 13414 PURC TD: 12/13/07 SETTLE DATE: 12/13/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D65 UNITED STATES TREASURY BILLS UNITED TRN: 0000098667ST | $49,552,000.00 | |
| 12/13 | | PURCHASE OF SECURITIES GIS REF: T307347BZB7 CUSTODY ACT: G 13414 PURC TD: 12/13/07 SETTLE DATE: 12/13/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D65 UNITED STATES TREASURY BILLS UNITED TRN: 0000100505ST | $49,552,000.00 | |
| 12/13 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121307 . YOUR REF: 31Y99966B9347 | $14,516,891.00 | |
| 12/13 | | CHECK PAID #    15459 | $3,000.00 | |
| 12/13 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $325,764.50 |
| 12/13 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.50 |
| 12/14 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121307 . TRN: 3472003051XN YOUR REF: 31Y99966B9347 | | $14,516,891.00 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ⭘**

December 01, 2007 -
December 31, 2007

Page 22 of 52

**Account Number**
763

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/14 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA-NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: -SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2215500348JK YOUR REF: 02625597 | | $525,448,145.93 |
| 12/14 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: AA ALTERNATIVE ADVANTAGE PLC LRK INVESTMENT REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=AA ALTERNATIVE ADVANTAGE PLC LANDMA RK INVESTMENT-OGB=HSBC INSTITUTIONSSN: 0336060.TRN: 5979400348FC YOUR REF: 7J14127RI1405221 | | $8,500,000.00 |
| 12/14 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: KAY INVESTMENT GROUP LLC SILVER SPRING MD 20910-3638 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/003930545645 SILVER SPRING-MD 20910-3638 BBI=/REC/FBO: KAY INVESTMENTSSN: 0393217 TRN: 701750034BFC YOUR REF: 01071214011374NN | | $8,350,000.00 |
| 12/14 | | FED WIRE CREDIT VIA: PNC BANK,NA/031207607 B/O: ARSENAL CAPITAL GROUP LLC FKA 10019-4702 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=VERTELLUS CARRY OBI=FBO: MARDEN FAMILY LIMITED PARTNERSHIMAD: 121403B74V5C000307 TRN: 0226302348FF YOUR REF: VERTELLUS CARRY | | $6,486,888.00 |
| 12/14 | | FED WIRE CREDIT VIA: PNC BANK,NA/031207607 B/O: ARSENAL CAPITAL MANAGEMENT LP NEW YORK, NY 10019-4702 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=VERTELLUSCONWST OBI=FBO: MARDEN FAMILY LIMITED PARTNERSHIMAD: 121403B74V5C000271 TRN: 0212700340FF YOUR REF: VERTELLUSCONIVST | | $844,593.00 |
| 12/14 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: ROBERT COLEMAN- 467 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=FBO RC ASSOCIATES A/C 1 CM 689 BBI=/IMAD: 121481Q8023C002701 TRN: 0123803348FF YOUR REF: O/B CITIBANK NYC | | $150,000.00 |
| 12/14 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80292-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=DONNA OLSHAN BONVENTSSN: 0346095 TRN: 6161800348FC YOUR REF: 1189679 | | $44,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

December 01, 2007 -
December 31, 2007

Page 23 of 52

Account Number
███703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/14 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=PETER BONVENTRE CM7OSSN: 0346089 TRN: 6162000348FC YOUR REF: 1189681 | | $20.09 |
| 12/14 | | DEPOSIT    2096 | | $104,000.00 |
| | | 1 DAY FLOAT    12/17    $34,560.00 | | |
| | | 2 DAY FLOAT    12/18    $66,720.00 | | |
| | | 3 DAY FLOAT    12/19    $2,720.00 | | |
| 12/14 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $14,515,891.00 RATE=03.68% FOR INVESTMENT DATED 12/13/07. REF=CPSWP121307 TRN: 3481000883XP YOUR REF: 31Y997088334B | | $1,483.95 |
| 12/14 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071213 TO 071214 RATE 4.0804 TRN: 0734800209AN YOUR REF: NC0303161312140701 | | $135,015,301.73 |
| 12/14 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2220400348JK YOUR REF: M031555531470155 | $475,000,000.00 | |
| 12/14 | | BOOK TRANSFER DEBIT A/C: LORRAINE L FRIEDMAN REV TRUST NEW YORK NY 10017- TRN: 235050034BJO YOUR REF: LORFRIED | $7,000,000.00 | |
| 12/14 | | BOOK TRANSFER DEBIT A/C: JLC &/OR KLC NEW YORK NY 10022- TRN: 2350600348JO YOUR REF: JEANNE | $6,500,000.00 | |
| 12/14 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: HELEN TSANOS SHEINMAN REVOCABLE LIVING TRUST REF: BNF-FFC-ACC, 01334716, HELEN TSANOSSHEINMAN REVOCABLE LIVING TRUST SSN: 0308295 TRN: 2350700348JO YOUR REF: SHEINMANN | $1,000,000.00 | |
| 12/14 | | BOOK TRANSFER DEBIT A/C: MR.JEFFREY LEVY-HINTE NEW YORK NY 10003- ORG: BERNARD L. MADOFF 88 5.THIRD AVE. NEW YORK,NY 10022 TRN: 2350800348JO YOUR REF: CAP OF 07/12/14 | $1,000,000.00 | |
| 12/14 | | BOOK TRANSFER DEBIT A/C: 90000000099999951 ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE BEN:/020311 ARTHUR AND ROCHELLE BELFER FDN REF: TELEBEN TRN: 2350900348JO YOUR REF: JODI | $800,000.00 | |

THIS PAGE IS PART OF A STATEMENT.REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 24 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/14 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JF FOUNDATIONS,L.L.C. STREET,56TH FLOOR,NEW YORK,NY 10019REF: TELEBEN SSN: 0308301 TRN: 2351000348JO YOUR REF: JODI— | $700,000.00 | |
| 12/14 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: GF FOUNDATIONS, L.L.C. STREET,56TH FL.,NEW YORK,NY 10019 REF: TELEBEN SSN: 0308302 TRN: 2351100348JO YOUR REF: JODI | $600,000.00 | |
| 12/14 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN AND PATRICE M AUSEATTLE WASHINGTON 98102 REF: TELEBEN IMAD: 1214B1QGC06C002587 TRN: 2351200348JO YOUR REF: JODI | $60,000.00 | |
| 12/14 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: THE CHARLOTTE M.MARDEN · IRRE.INPALM BEACH, FL. 33480 REF: TELEBEN SSN: 0308393 TRN: 2351300348JO YOUR REF: JODI | $37,500.00 | |
| 12/14 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L.MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071214 TO 071217 RATE 4.1514 TRN: 07348095507AN YOUR REF: ND0318186312149701 | $185,000,000.00 | |
| 12/14 | | FUNDING XFER TO 006301428151509 TRN: 0190000243RF | $1,031,924.35 | |
| 12/14 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121407 . YOUR REF: 31Y9996680348 | $20,949,269.00 | |
| 12/14 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $118,392.75 |
| 12/14 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.75 |
| 12/17 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121407 . TRN: 348200304DXN YOUR REF: 31Y9996680348 | | $20,949,269.00 |
| 12/17 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TBFFS)NEW YORK NY 10004 TRN: 4870200351JK YOUR REF: 02698037 | | $245,209,134.72 |
| 12/17 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: L. W CAPITAL LIMITED USD CLIENT ID NUMBER 423041 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/180091-10187537 CLIENT ID NUMBER 423041 OGB=COUTTS AND COMPANY LONDONSSN: 0360808 TRN: 6713000351FC YOUR REF: 01797241101-103 | | $1,924,958.00 |

18-Dec-08                                                                                                18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 〇

December 01, 2007 -
December 31, 2007

Page 25 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/17 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY-10022-4834/AC-000000001490 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MDSSN: 6354078 TRN: 6589200351FC YOUR REF: 1190553 | | $500,000.00 |
| 12/17 | | FED WIRE CREDIT VIA: FIRST REPUBLIC BANK/321081669 B/O: WINCO REAL ESTATE SERVICES CALABASAS,CA 91302- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001490 RFB=O/B FST REP BK S OBI=FBO: WINCO REAL ESTATE SVCS DBPP 9/2IMAD: 1217L1878H1C000370 TRN: 0678314351FF YOUR REF: O/B FST REP BK S | | $240,000.00 |
| 12/17 | | DEPOSIT       2097 | | $1,199,200.00 |
| | | 1 DAY FLOAT       12/18       $835,000.00 | | |
| | | 2 DAY FLOAT       12/19       $111,348.00 | | |
| | | 3 DAY FLOAT       12/20       $2,852.00 | | |
| 12/17 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $20,948,269.00 RATE=03.58% FOR INVESTMENT DATED 12/14/07. REF=CPSWP121407 TRN: 3511000883XP YOUR REF: 31Y6970883351 | | $6,424.44 |
| 12/17 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071214 TO 071217 RATE 4.1514 TRN: 0735100219AN YOUR REF: NC0315186312170701 | | $185,064,001.21 |
| 12/17 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY-10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4672000351JK YOUR REF: M032526971770040 | $250,000,000.00 | |
| 12/17 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE LAMBETH CO. BEVERLY HILLS REF: TELEBEN/TIME/11:03 IMAD: 1217B1QGC07C002627 TRN: 0985200351JO YOUR REF: JODI | $24,000,000.00 | |
| 12/17 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE BRIGHTON CO. CA. REF:/TIME/11:03 IMAD: 1217B1QGC04C092328 TRN: 0985300351JO YOUR REF: BRIGHTON | $12,000,000.00 | |
| 12/17 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE POPHAM CO. BEVERLY HILLS, CA REF: TELEBEN/TIME/11:03 IMAD: 1217B1QGC03C002634 TRN: 0985400351JO YOUR REF: JODI | $7,000,000.00 | |

18-Dec-08                                                                                                18Dec08-344

**JPMorganChase**

December 01, 2007 -
December 31, 2007

Page 26 of 52

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/17 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368- ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 0985500351JO YOUR REF: JODI | $1,500,000.00 | |
| 12/17 | | FEDWIRE DEBIT VIA: PEAPACK GLADSTONE/021205237 A/C: PULVER FAMILY FOUNDATION PALM BEACH GARDENS,FL. 33410 REF:/TIME/11:03 IMAD: 1217B1OGC05C002599 TRN: 098550035JO YOUR REF: CAP OF 07/12/17. | $750,000.00 | |
| 12/17 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368- ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 0985700351JO YOUR REF: JODI | $500,000.00 | |
| 12/17 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071217 TO 071218 RATE 4.2304 TRN: 0735100461AN YOUR REF: ND0325775512170701 | $135,000,000.00 | |
| 12/17 | | FUNDING XFER TO 000301428151509 TRN: 019000024BRF | $12,683,355.99 | |
| 12/17 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121707 . YOUR REF: 31Y9996703351 | $10,735,266.00 | |
| 12/17 | | ACCOUNT ANALYSIS SETTLEMENT CHARGE | $24,127.22 | |
| 12/17 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,018,640.91 |
| 12/17 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.91 |
| 12/18 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121707 . TRN 3512003091XN YOUR REF: 31Y9996703351 | | $10,735,266.00 |
| 12/18 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7053300352JK YOUR REF: 02777701 | | $240,199,266.67 |
| 12/18 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: THEMA USD POOL REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=THEMA USD POOL OGB=HSBC INSTITUTIONAL TRUST SERVICES ( DUBLIN OBI=REF 1FN095 THEMA SSN: 0293051 TRN: 52B8000352FC YOUR REF: 7J1B127R11804900 | | $23,777,000.00 |
| 12/18 | | FED WIRE CREDIT VIA: NORTHERN TRUST CO/071000152 B/O: ZEMSKY TUA SAM STUART, FL 34996-1958 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ZEMSKY FAMILY FOUNDATION/AC-1-Z0025-3-0 RFB=7099951101 BBIMAD: 1218G1B7BEEC004304 TRN: 0590608352FF YOUR REF: 7099951101 | | $750,000.00 |

18-Dec-08                                                                                           18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

December 01, 2007 -
December 31, 2007

Page 27 of 52

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: DAVID L GOLDRICH 2516 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=FBO: DAVID L. GOLRICH ACCT 1-CM010-3IMAD: 1218B1Q8024C086647 TRN: 0611308352FF YOUR REF: O/B CITIBANK NYC | | $100,000.00 |
| 12/18 | | DEPOSIT          2098 | | $170,215.88 |
| | | 1 DAY FLOAT          12/19          $140,215.88 | | |
| | | 2 DAY FLOAT          12/20          $29,400.00 | | |
| | | 3 DAY FLOAT          12/21          $600.00 | | |
| 12/18 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $10,735,266.00 RATE=03.79% FOR INVESTMENT DATED 12/17/07. REF=CPSWP121707 TRN: 352100090ZXP YOUR REF: 31Y9970902352 | | $1,130.18 |
| 12/18 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071217 TO 071218 RATE 4.2304 TRN: 0735200159AN YOUR REF: NC0325775512180701 | | $135,015,864.34 |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7055300352JK YOUR REF: M0334449418700015 | $245,000,000.00 | |
| 12/18 | | FEDWIRE DEBIT VIA: BARCLAYS PLC/026002574 A/C: BARCLAYS CAP SEC LTD LONDON LONDON.ENGLAND BEN: MADOFF SEC INTL LTD LONDON LONDON REF: TELE TELEBEN BNF/TIME/11:45 IMAD: 1218B1GGC01C002719 TRN: 1704000352JO YOUR REF: JODI | $13,498,708.50 | |
| 12/18 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 1218B1GGC02C003089 TRN: 1704100352JO YOUR REF: LIXONV | $3,000,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704200352JO YOUR REF: JODI | $2,625,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704300352JO YOUR REF: JODI | $1,875,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704400352JO YOUR REF: JODI | $1,500,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704500352JO YOUR REF: JODI | $1,275,000.00 | |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase ⬤

December 01, 2007 –
December 31, 2007

Page 28 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704600352JO YOUR REF: JODI | $1,275,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704700352JO YOUR REF: JODI | $1,275,000.00 | |
| 12/18 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH DEL MAR,CA 92625 BEN: CROUL FAMILY TRUST REF: TELEBEN/TIME/11:46 IMAD: 1218B1QGC07C003387 TRN: 1704800352JO YOUR REF: JODI | $1,053,794.17 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1704900352JO YOUR REF: JODI | $750,000.00 | |
| 12/18 | | FEDWIRE DEBIT VIA: BB&T FLORIDA/263191387 A/C: S&P ASSOCIATES, GENERAL PARTNE210, FORT LAUDERDALE,FL. 33308 IMAD: 1218B1QGC08C002531 TRN: 1705000352JO YOUR REF: CAP OF 07/12/18 | $540,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705100352JO YOUR REF: JODI | $450,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705200352JO YOUR REF: JODI | $450,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705300352JO YOUR REF: JODI | $450,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705400352JO YOUR REF: JODI | $450,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705500352JO YOUR REF: JODI | $375,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705600352JO YOUR REF: JODI | $375,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON E1 8EG UNITED KINGDOM BEN:/246081533 ASSOCIADOS INVESTIMENTO LTD TRN: 1705700352JO YOUR REF: ASSOCNEW | $300,000.00 | |
| 12/18 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1705800352JO YOUR REF: JODI | $135,000.00 | |

18-Dec-08                                                                                18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 29 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/18 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: ROYAL BANK OF SCOTLAND INT'L LST. HELIER JERSEY, CHANNEL ISLANDS BEN: ROYAL BANK OF SCOTLAND (GUERNSST PETER PORT,GUERNSEY,C.I. REF: BNF-FFC-ACC.202956104876 PERRY FINANCE INC. SSN: 0282698 TRN: 1705900352JO YOUR REF: PERFINAN | $36,000.00 | |
| 12/18 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071218 TO 071219 RATE 4.1504 TRN: 0735230405AN YOUR REF: ND0334895712180701 | $110,000,000.00 | |
| 12/18 | | FUNDING XFER TO 000301428151509 TRN: 0190000261RF | $11,163,643.85 | |
| 12/18 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121807 . TRN: 3522093104XN YOUR REF: 31Y9996721352 | $13,628,102.00 | |
| 12/18 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $287,135.26 |
| 12/18 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.26 |
| 12/19 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121807 . TRN: 3522093104XN YOUR REF: 31Y9996721352 | | $13,628,102.00 |
| 12/19 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 95013003353JK YOUR REF: 02911202 | | $400,326,666.67 |
| 12/19 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: LEONARD MILLER MIAMI BCH. FL 33154 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071219150451 OBI=FOR FURTHER CREDIT LEONARD MILLER TRUST IMAD: 1219E3B7502C001514 TRN: 0313114353FF YOUR REF: 071219150451 | | $8,000,000.00 |
| 12/19 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: AMERICAN SOCIETY FOR TECHNION NY 10022 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=FBO AMERICAN SOCIETY FOR TECHNION 1 IMAD: 1219E1Q8023C007166 TRN: 0724607353FF YOUR REF: O/B CITIBANK NYC | | $5,000,000.00 |
| 12/19 | | BOOK TRANSFER CREDIT B/O: PICTET ET CIE GENEVA 1211 GENEVA 11 SWITZERLAND ORG:/04PC0002AVV 1/PASIFIN CO INC BVI OGB: PICTET ET CIE GENEVA 29 BOULEVARD GEORGES-FAVON REF: PASIFIN INC. CO. A/C 1 FR001 4/CHGS/USD25.00/OCMT/USD3200000,/ TRN: 5711200352FS YOUR REF: SWF OF 07/12/18 | | $3,199,975.00 |

18-Dec-08

18Dec08-344

**JPMorganChase O** 

December 01, 2007 -
December 31, 2007

Page 30 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/19 | | BOOK TRANSFER CREDIT B/O: CONTINENTAL STOCK TRANSFER & TNEW YORK NY 10004-1123 ORG: CST&T-DOMINICK VACANTE REORG DEPT. REF: PMT FOR SHARES OF SUMMER INFANT INC. TRN: 2892500353JO YOUR REF: CAP OF 07/12/19 | | $850,000.00 |
| 12/19 | | BOOK TRANSFER CREDIT B/O: KLEINWORT BENSON (CHANNEL ISLAST HELIER JERSEY CHANNEL ISLANDS IJKORG:/000553350 TROTANOY INVS CO LTD/KBC CUST REF: BERNARD L MADOFF ACC NO:140081703 REF:TROTANOY INVESTMENT COMPANY GUERNSEY/OCMT/USD724498./BNF/1FR04530 TROTANOY INVESTMENT COMPANY LTD TRN: 9105800353JS YOUR REF: SWF OF 07/12/19 | | $724,498.00 |
| 12/19 | | FED WIRE CREDIT VIA: M&I MARSHALL & ILSLEY BANK/075000051 B/O: MARINA ASSOCIATES ST LOUIS PARK MN 55416 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B MARSHALL & I OBI=FBO: MOLLY J BADER & SYENEY BADER TRBMAD: 1219G1QX261C001393 TRN: 0653507353FF YOUR REF: O/B MARSHALL & I | | $570,000.00 |
| 12/19 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004357 B/O: BRAMAN FAMILY IRREVOCABLE MIAMI, FL 33137-5024 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=PURPOSE: INVESTMENT OF FUNDS. FFCT BBMAD: 1219F5B7021C000015 TRN: 0113613353FF YOUR REF: O/B CITY NB OF F | | $190,181.81 |
| 12/19 | | DEPOSIT       2099 1 DAY FLOAT       12/20       $58,695.00 | | $58,695.00 |
| 12/19 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL = $13,628,102.00 RATE=03.78% FOR INVESTMENT DATED 12/18/07. REF =CPSWP121807 TRN: 3531000904XP YOUR REF: 31Y9970904353 | | $1,430.95 |
| 12/19 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071218 TO 071219 RATE 4.1504 TRN: 0735300159AN YOUR REF: NC0334885712190701 | | $110,012,681.99 |
| 12/19 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9505700353JK YOUR REF: M034401661970237 | $360,000,000.00 | |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

December 01, 2007 -
December 31, 2007

Page 31 of 52

Account Number
▒▒▒703



BERNARD L MADOFF INVESTMENT SECURITIES

**Commercial Checking**
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/19 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: BANK OF BERMUDA LTD CLEARING APEMBROKE BERMUDA BEN: GROUPEMENT FINANCIER LIMITED ONZ UNITED KINGDOM IMAD: 1219B1QGC01C00316S TRN: 1499900353JO YOUR REF: GRPFIN | $7,000,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: JOSEPH P. SALA IMAD: 1219B1QGC07C003494 TRN: 1500000353JO YOUR REF: JPSALA | $2,000,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: SEW PREFERRED LTD PARTNERSHIP IMAD: 1219B1QGC02C003060 TRN: 1500100353JO YOUR REF: SEWPTR | $1,895,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: MBE PREFERRED LTD PARTNERSHIP IMAD: 1219B1QGC02C003061 TRN: 1500200353JO YOUR REF: MBEPTR | $1,560,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: ALTOUR INTERNATIONAL NEW YORK, NY 10020 IMAD: 1219B1QGC05C002763 TRN: 1500300353JO YOUR REF: CAP OF 07/12/19 | $1,400,000.00 | |
| 12/19 | | CHIPSDEBIT VIA: CITIBANK/0008 A/C: STUART J. RABIN 152 WEST 57TH STREET,56TH FLOOR REF: TELEBEN SSN: 0299798 TRN: 1500500353JO YOUR REF: JODI | $500,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: VALLEY PASSAIC/021201383 A/C: LISA S. AUFZIEN 7 MORAN RD,W. ORANGE NJ, REF:/TIME/11:27 IMAD: 1219B1QGC01C002715 TRN: 1500400353JO YOUR REF: CAP OF 07/12/19 | $500,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 1219B1QGC04C002787 TRN: 1500600353JO YOUR REF: FLMARD | −$50,000.00 | |
| 12/19 | | FEDWIRE DEBIT VIA: WASH MUT BANK/321180749 A/C: IRWIN,CAROL LIPKIN DELRAY BEACH FA REF: TELEBEN IMAD: 1219B1QGC05C002771 TRN: 1500700353JO YOUR REF: JODI | $25,000.00 | |
| 12/19 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071219 TO 071220 RATE 4.0964 TRN: 073530417AN YOUR REF: NO0344606212190701 | $145,000,000.00 | |
| 12/19 | | FUNDING XFER TO 0063014Z815150B TRN: 0190000254RF | $3,574,875.68 | |
| 12/19 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121907. YOUR REF: 31Y9986696353 | $19,150,443.00 | |
| 12/19 | | CHECK PAID #    15461 | $2,500.00 | |
| 12/19 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $101,547.00 |
| 12/19 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |

18-Dec-08

18Dec08-344

**JPMorganChase** 

December 01, 2007 -
December 31, 2007

Page 32 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/20 | | REDEMPTION OR CALL CIS REF: T307354ABPS CUSTODY ACT: G 13414 REDM TO: 12/20/07 SETTLE DATE: 12/20/07BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795075 UNITED STATES TREASURY BILLS US TRE TRN: 000005969?ST | | -$300,000,000.00 |
| 12/20 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP121907 . TRN: 35320939057XN YOUR REF: 31Y99966396353 | | $19,150,443.00 |
| 12/20 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1737900354JK YOUR REF: 03007163 | | $450,367,500.00 |
| 12/20 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: LEMTAG ASSOCIATES DELRAY BEACH FL 33445-7055 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/003765598197 DELRAY BEACH FL 33445-7055 OBI=FBO LEMTAG ASSOCIATED, ACSSN: 0355935 TRN: 7150400354FC YOUR REF: 0107122000175SNN | | $1,800,000.00 |
| 12/20 | | FED WIRE CREDIT VIA: PNC BANK, NA/043000096 B/O: CHARISSA MITCHELL REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=20071201254ISCW OBI=FFC 1-N0034-4-0 FRED LEVINGER BBI=/TIME/13:41 IMAD: 122003B74V9C001838 TRN: 0510713354FF YOUR REF: 20071201254ISCW | | $1,767,000.00 |
| 12/20 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=JAMES P. ROBBINS CMGSSN: 0375401 TRN: 7536300354FC YOUR REF: 1196466 | | $44,762.60 |
| 12/20 | | DEPOSIT      2100<br>1 DAY FLOAT      12/21      $81,900.00<br>2 DAY FLOAT      12/24      $282,000.00<br>3 DAY FLOAT      12/26      $18,000.00 | | $381,900.00 |
| 12/20 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $19,150,443.00 RATE=03.72% FOR INVESTMENT DATED 12/19/07. REF=CPSWP121907 TRN: 3541000888XP YOUR REF: 31Y9970889354 | | $1,978.88 |
| 12/20 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071219 TO 071220 RATE 4.0804 TRN: 0735400165AN YOUR REF: NC0344608212200701 | | $145,016,435.19 |

JPMSAB0003436

18-Dec-08                                                                                      18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 –
December 31, 2007

**Page 33 of 52**

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/20 | | BOOK TRANSFER DEBIT A/C: D323522845 CHISA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1739200354JK YOUR REF: MG35255192070427 | $450,000,000.00 | |
| 12/20 | | FEDWIRE DEBIT VIA: STERLING NYC/026007773 A/C: THE POUND GROUP NEW YORK,N.Y. REF: TELEBEN/TIME/1138 IMAD: 1220B1QGC02C003857 TRN: 1723500354JO YOUR REF: JODI | $3,500,000.00 | |
| 12/20 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS PRIME BROKER BEN: INDEPENDENCE CAPITAL CORP. IMAD: 1220B1QGC07C004718 TRN: 1723600354JO YOUR REF: INDEPEN | $2,000,000.00 | |
| 12/20 | | BOOK TRANSFER DEBIT A/C: 0000000009999851 ORG: BERNARD L. MADOFF 88 5 THIRD AVENUE NE BEN: Q78392000 GERARD LEEDS LIFETIME TST TAX RES REF: TELE TELEBEN BNF TRN: 1723700354JO YOUR REF: JODI | $1,350,000.00 | |
| 12/20 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: KWIAT FAMILY INVESTMENTS,LLC IMAD: 1220B1QGC04C003501 TRN: 1723800354JO YOUR REF: KWIAT | $1,200,000.00 | |
| 12/20 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: 1919 M STREET ASSOCIATES LP IMAD: 1220B1QGC08C004957 TRN: 1723900354JO YOUR REF: MSTREET | $1,000,000.00 | |
| 12/20 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: LORING WOLCOTT & COOLIDGE OFFIBEN: MARGARET & RICHARD LIPMANSON FSSN: 0355503 TRN: 1724000354JO YOUR REF: LIPMANSON | $580,000.00 | |
| 12/20 | | FEDWIRE DEBIT VIA: BB&T FLORIDA/263191387 A/C: P&S ASSOCIATES,GENERAL PARTNERLAUDERDALE, FL. 33308 IMAD: 1220B1QGC08C003753 TRN: 1724100354JO YOUR REF: CAP OF 07/12/20 | $540,000.00 | |
| 12/20 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN AND PATRICE M AUSEATTLE WASHINGTON 98102 REF: TELEBEN IMAD: 1220B1QGC04C003502 TRN: 1724200354JO YOUR REF: JODI | $50,000.00 | |
| 12/20 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071220 TO 071221 RATE 4.1504 TRN: 0735400489AN YOUR REF: ND0352933112200701 | $145,000,000.00 | |
| 12/20 | | FUNDING XFER TO 0063014281151509 TRN: 0190000239RF | $2,395,265.47 | |
| 12/20 | | PURCHASE OF SECURITIES GIS REF: T307354B90V CUSTODY ACT: G 13414 PURC TD: 12/20/07 SETTLE DATE: 12/20/078XR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795073 UNITED STATES TREASURY BILLS UNITED TRN: 0000382276ST | $49,552,000.00 | |

18-Dec-08                                                                                                    18Dec08-344

**JPMorganChase** 

December 01, 2007 -
December 31, 2007

Page 34 of 52

Account Number
_____703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/20 | | PURCHASE OF SECURITIES GIS REF: T307354B02C CUSTODY ACT: G 13414 PURC TD: 12/20/07 SETTLE DATE: 12/20/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795073 UNITED STATES TREASURY BILLS UNITED TRN: 000008227BST | $49,552,000.00 | |
| 12/20 | | PURCHASE OF SECURITIES GIS REF: T307354B03A CUSTODY ACT: G 13414 PURC TD: 12/20/07 SETTLE DATE: 12/20/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795073 UNITED STATES TREASURY BILLS UNITED TRN: 000008302SST | $49,552,000.00 | |
| 12/20 | | PURCHASE OF SECURITIES GIS REF: T307354B03J CUSTODY ACT: G 13414 PURC TD: 12/20/07 SETTLE DATE: 12/20/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795073 UNITED STATES TREASURY BILLS UNITED TRN: 000008303QST | $49,552,000.00 | |
| 12/20 | | PURCHASE OF SECURITIES GIS REF: T307354B03N CUSTODY ACT: G 13414 PURC TD: 12/20/07 SETTLE DATE: 12/20/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795073 UNITED STATES TREASURY BILLS UNITED TRN: 000008303IST | $49,552,000.00 . | |
| 12/20 | | PURCHASE OF SECURITIES GIS REF: T307354B03B CUSTODY ACT: G 13414 PURC TD: 12/20/07 SETTLE DATE: 12/20/07BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795073 UNITED STATES TREASURY BILLS UNITED TRN: 00000874B0ST | $49,552,000.00 | |
| 12/20 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122007 . YOUR REF: 31Y959671335 4 | $13,491,801.00 | |
| 12/20 | | CLOSING LEDGER BALANCE . | *** Balance *** | $382,500.20 |
| 12/20 | | CLOSING COLLECTED BALANCE | *** Balance *** | $20 |
| 12/21 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122007 . TRN: 35420030700N YOUR REF: 31Y959671335 4 | | $13,491,801.00 |
| 12/21 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TIFFS)NEW YORK NY 10004 TRN: 3963100355JK YOUR REF: 03155563 | | $475,387,916.57 |
| 12/21 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: OPTIMAL STRATEGIC US EQUITY REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=OPTIMAL STRATEGIC US EQUITY OGB=HSBC INSTITUTIONAL TRUST SERVICES ( DUBLIN OBI=REF 1FR00830 1FR00840 OPTESSX: 0325840 TRN: 5956200355FC YOUR REF: 7JZ1127R12106391 | | $30,000,000.00 |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ◯

December 01, 2007 –
December 31, 2007

**Page 35 of 52**

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/21 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: MARTIN L SCHULMAN 212 MIDDLE ND STE 6 GREAT NECK NY 11021 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARTIN L SCHULMAN GREAT NECK NY 11021 US/AC-150546 RFB=00IMAD: 1221I197035R003007 TRN: 0702614355FF YOUR REF: 0001609222196 | | $2,000,000.00 |
| 12/21 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING ONEWARK DE 19713- ORG/C88197006 THE JOSEPH GURWIN REVOCABLE TRUST REF: BENE.THE ROSALIND AND JOSEPH GURWINFOUNDATION INC. TRN: 0264100355ES YOUR REF: 0S1 OF 07/12/21 | | $1,000,000.00 |
| 12/21 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: BRAMAN FAMILY IRREVOCABLE MIAMI, FL 33137-5024 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=PURPOSE: INVESTMENT OF FUNDS. FFCT BIMAD: 1221F6B7021C000102 TRN: 0288607355FF YOUR REF: O/B CITY NB OF F | | $661,601.00 |
| 12/21 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: STACY LIN DEUTSCH 222 E 67TH SEW YORK NY 10021 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=STACY L DEUTSCH/AC-1CM99230 RFB=O/B MELLON BANK BBI=/OCMTIMAD: 1221D3OCI20C004763 TRN: 0504903355FF YOUR REF: O/B MELLON BANK | | $200,000.00 |
| 12/21 | | FED WIRE CREDIT VIA: VOLUNTEER CORPORATE CREDIT UNI/2641823395 B/O: JANE O'CONNER REF: CHASE NYC/CTR/BNF=BERNARD L.MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=1-ZA03230 OBI=JANE OCONNER LIVING TRUST TO CREDIT JANE OCONNER TRUST BBI=/TIME/10:42 IMAD: 1221QMGFT008000486 TRN: 0197213355FF YOUR REF: 1-ZA03230 | | $100,000.00 |
| 12/21. | | FED WIRE CREDIT VIA: FIRST REPUBLIC BANK/321081669 B/O: RICHARD B SHAPIRO CALABASAS,CA 91302- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B FST REF BK S OBI=FBO: RICHARD SHAPIRO #/1-S0492-3 BBI=IMAD: 1221L1878HIC000816 TRN: 0747201355FF YOUR REF: O/B FST REP BK S | | $100,000.00 |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

December 01, 2007 -
December 31, 2007

**Page 36 of 52**

Account Number
⬛703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/21 | | FED WIRE CREDIT VIA: COMMERCE BANK, NATIONAL ASSOCA/026013673 B/O: MARK & CAROL ENTERPRISES, INC SOUTHHAMPTON, NY 11968- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MDET-7A4N7Q OBI=FBX MCE ACCT 1-MO209-3 BBI=/TIME/13:25 IMAD: 1221C1B76E1C001624 TRN: 0454802355FF YOUR REF: MDET-7A4N7Q | | $75,000.00 |
| 12/21 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER, PRINCIPAL = $13,401,801.00 RATE=03.68% FOR INVESTMENT DATED 12/20/07. REF=CPSWP122007 TRN: 3551000893XP YOUR REF: 31Y9970893355 | | $1,369.96 |
| 12/21 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071220 TO 071221 RATE 4.1504 TRN: 0735500227AN YOUR REF: NC0352933112210701 | | $145,016,717.17 |
| 12/21 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3971400355JK YOUR REF: M036DG8222171757 | $400,000,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: NORTHERN CHGO/071000152 A/C: TRUST SERVICES BEN: COLDBROOK ASSOCIATES REF:/TIME/11:46 IMAD: 1221B1QGC08C004302 TRN: 1875300355JO YOUR REF: COLDBROOK | $2,390,377.26 | |
| 12/21 | | BOOK TRANSFER DEBIT A/C: 066196221 NATIONAL FINANCIAL SERVICES TRN: 1875400355JO YOUR REF: BEVRO8B | $2,000,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: WELLS FARGO BK NA ABA-121042882 BEN: JELRIS AND ASSOCIATES SAN RAFAEL,CA 94903 IMAD: 1221B1QGC07C004216 TRN: 1875500355JO YOUR REF: CAP OF 07/12/21 | $1,700,000.00 | |
| 12/21 | | BOOK TRANSFER DEBIT A/C: 9301011483 GOLDMAN SACHS & CO. TRN: 1875600355JO YOUR REF: GOLDEN | $1,000,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: UBS AG STAMFORD BRANCH/0799 A/C: UBS FINANCIAL SERV RETAIL INCOBEN: GARY R GERSON TTEE.GARY R. GERREF: BNF-FFC-ACC, GO95170,GARY R GERSON TTEE ,GARY R. GERSON REVOCABLE TRUST DTD 12/06/2005 SSN: 0304592 TRN: 1875900355JO YOUR REF: GERSON | $1,000,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: NORTH SHORE UNIVERSITY HOSPITASSN: 0304574 TRN: 1875700355JO YOUR REF: HOSP FUND | $1,000,000.00 | |

JPMSAB0003440

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

December 01, 2007 –
December 31, 2007

Page 37 of 52

Account Number
703



BERNARD L. MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/21 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: ASPEN FINE ARTS CO. DC.PLAN IMAD: 1221B1QGC05C002691 TRN: 1875800355JO YOUR REF: ASPDCP | $1,000,000.00 | |
| 12/21 | | BOOK TRANSFER DEBIT A/C: CONTINENTAL STOCK TRANSFER & TNEW YORK NY 10004-1123 ORG: BERNARD L MADOFF NEW YORK NY 10022-4834 REF: REV YR ENTRY DD 19-DEC-07 YR REF NONREF FOR 850,000.00/USD-PER BERNARD L. MADOFF UNABLE TO APPLY TRN 2092500353JO/BNF/OUR REF. JFM9818-19DEC07 TRN: 1022100355II YOUR REF: W0336-190EC07 | $850,000.00 | |
| 12/21 | | BOOK TRANSFER DEBIT A/C: 00000000059999651 TRN: 1876000355JO YOUR REF: CAP OF 07/12/21 | -$750,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: THE BANK OF BERMUDA, LIMITED HAMILTON, BERMUDA BEN: ONE REGENT MARKET NEUTRAL FUNDHAMILTON HM 11 BERMUDA SSN: 0304597 TRN: 1876100355JO YOUR REF: ONEREGENT | $700,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: EJS AND ASSOCIATES IMAD: 1221B1QGC03C003698 TRN: 1876300355JO YOUR REF: EJSASS | $700,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: FAMMAD, LLC IMAD: 1221B1QGC06C003351 TRN: 1876200355JO YOUR REF: FAMMAD | $700,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: WAINWRIGHT BOSTON/011002550 A/C: THE CAROLINE AND SIGMUND SCHOTCAMBRIDGE,MA. 02139 IMAD: 1221B1QGC07C004217 TRN: 1875400355JO YOUR REF: CAP OF 07/12/21 | $650,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: CITIGROUP GLOBAL MARKETS INC. NEW YORK, NEW YORK 10004 BEN: N. NASSAU CARDIOLOGY ASSOC PC PENSION TRUST DTD 5/1/72 SSN: 0304540 TRN: 1876500355JO YOUR REF: NASS CARDIO | $624,921.50 | |
| 12/21 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: WELLS FARGO BK NA ABA-121042882 BEN: GRACE AND COMPANY SAN RAFAEL,CA 94903 REF: TELEBEN IMAD: 1221B1QGC08C004303 TRN: 1876600355JO YOUR REF: JODI | $600,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: OSTRIN FAMILY PARTNERSHIP SAN RAFAEL, CA. 94903 IMAD: 1221B1QGC01C002891 TRN: 1876700355JO YOUR REF: CAP OF 07/12/21 | $600,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JEANETTE B. & ROBERT J. LEAF SSN: 0304549 TRN: 1877000355JO YOUR REF: JRLEAF | $500,000.00 | |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⭘

December 01, 2007 -
December 31, 2007

Page 38 of 52

Account Number
███703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/21 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: VANGUARD INCOMING WIRE ACCOUNTBEN: DONALD P. REMEY,UA 5-23-2007 NTRUST - TRUST ACCOUNT REF: IFO-F/C FUND #0045- TAX EXEMPT MONEY MARKET , A/C# 88021329396,A/CNAME.DONALD P. REMEY,UA 5-23-2007,SSN: 0304615 TRN: 1877100355JO YOUR REF: NANDON | $500,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: PBG CONCENTRATION ACCOUNT BEN: NINE THIRTY VC INVESTMENTS, LLST., 56TH FLOOR,NEW YORK NY 10019 SSN: 0304612 TRN: 1876900355JO YOUR REF: CAP OF 07/12/21 | $500,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: VALLEY PASSAIC/021201383 A/C: JONATHAN N. AUFZIEN NEW YORK, NY 10023 REF:/TIME/11:46 IMAD: 1221B1OGC03C003699 TRN: 1876800355JO YOUR REF: CAP OF 07/12/21 | $500,000.00 | |
| 12/21 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: SYLVIA ANN JOEL SCARSDALE, NEW YORK, 10583-6941 REF: TELEBEN SSN: 0304622 TRN: 1877200355JO YOUR REF: JOOI | $250,000.00 | |
| 12/21 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: THE BERNARD MARDEN PROFIT SHARPLAN REF: BNF-FFC-ACC- 400006615, THE BERNARDMARDEN PROFIT SHARING PLAN IMAD: 1221B1OGC04C003465 TRN: 187730035JO YOUR REF: MARDPSP | $93,005.00 | |
| 12/21 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071221 TO 071224 RATE 4.2014 TRN: 0735500491AN YOUR REF: N0035130151 2210701 | $230,000,000.00 | |
| 12/21 | | FUNDING XFER TO 00630142815 1509 TRN: 019000024 9RF | $2,204,438.68 | |
| 12/21 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122107. YOUR REF: 31Y99B6727355 | $17,214,163.00 | |
| 12/21 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $300,000.56 |
| 12/21 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.56 |
| 12/24 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122107 . TRN: 355200307BXN YOUR REF: 31Y99B6727355 | | $17,214,163.00 |
| 12/24 | | DEPOSIT | | $1,701,351.43 |
| 12/24 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5339000358JK YOUR REF: 03252697 | | $250,204,186.67 |

JPMSAB0003442

18-Dec-08                                                                                                18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⃝

December 01, 2007 -
December 31, 2007

Page-39 of 52

Account Number
███████703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/24 | | FED WIRE CREDIT VIA: REDWOOD CREDIT UNION/321177586 B/O: ALAN DREIFUSS OCCIDENTAL, CA REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B RDWD CU S RO OBI=FBO: GREENE/LEDERMAN LLC ACCT # 1G03IMAD: 1224OMGFT004002479 TRN: 0485809358FF YOUR REF: O/B RDWD CU S RO | | $30,000.00 |
| 12/24 | | DEPOSIT     2936 | | $2,701,310.00 |
| | | 1 DAY FLOAT          12/26          $2,657,310.00 | | |
| 12/24 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $17,214,163.00 RATE=03.67% FOR INVESTMENT DATED 12/21/07. REF=CPSWP122107 TRN: 3581000902XP YOUR REF: 31YB970992358 | | $5,264.67 |
| 12/24 | | JP MORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071221 TO 071224 RATE 4.2014 TRN: 073580011 13AN YOUR REF: NC03513015122407O1 | | $230,080,528.18 |
| 12/24 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT-TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5340300358JK YOUR REF: M036438872470103 | $260,000,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 1224810GCD2C001356 TRN: 0213700358JO YOUR REF: LUOINV | $15,000,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: AMERICAN COMMITTEE FOR SHAARE HOSPITAL IN JERUSALEM,INC. IMAD: 1224810GC08C001237 TRN: 0213800358JO YOUR REF: SHAARE | $8,000,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: CHARLES SCHWAB & CO., INC NEW YORK BEN: ALVIN RUSH GREAT NECK, NEW YORK 11021 REF: TELE TELEBEN BNF IMAD: 1224810CDC02C001357 TRN: 0213900358JO YOUR REF: JOOI | $4,000,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: SUNTRUST BANK SOUTH FLORIDA ABA-067008076 BEN: WESTWOOD PARTNERS BOCA RATON,FL. 33496 REF: TELEBEN IMAD: 1224810GC04C001201 TRN: 0214000358JO YOUR REF: CAP OF 07/12/24 | $2,800,000.00 | |
| 12/24 | | BOOK TRANSFER DEBIT A/C: COHEN POOLED ASSETS NEW YORK NY 10016-5010 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN:.. 0214100358JO YOUR REF: CAP OF 07/12/24 | $2,000,000.00 | |

18-Dec-08                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

December 01, 2007 -
December 31, 2007

Page 40 of 52

Account Number
███703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/24 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: CHARLES L & MARY KAPLAN FOUND IMAD: 1224810GC02C001358 TRN: 0214200358JO YOUR REF: KAPLAN | $1,225,000.00 | |
| 12/24 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L. MADOFF BB 5 THIRD AVENUE NE BEN/O26560005 JEROME & ANNE C. FISHER REF: TELEBEN TRN: 021440035BJO YOUR REF: JODI | $1,000,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: DOWNTOWN INVESTORS LTD PARTNER WASHINGTON, D.C. 20036 IMAD: 1224810GC08C001238 TRN: 021430035BJO YOUR REF: CAP OF 07/12/24 | $1,000,000.00 | |
| 12/24 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: O.O.D. INVESTMENTS,L.P. CARLSTEAD,N.J. REF: TELEBEN SSN: 0208622 TRN: 0214500358JO YOUR REF: JODI | -$1,000,000.00 | |
| 12/24 | | BOOK TRANSFER DEBIT A/C: BERNARD OLIZIEL BOCA RATON FL 33432- ORG: BERNARD L. MADOFF BB 5 THIRD AVENUE NE TRN: 0214600358JO YOUR REF: CAP OF 07/12/24 | $704,392.37 | |
| 12/24 | | FEDWIRE DEBIT VIA: JOHNSON BK AZ PHO/122105359 A/C: LEONARD AND TERRY CAMPAGNA BUILD N221 REF: TELEBEN IMAD: 1224810GC02C001359 TRN: 0214700358JO YOUR REF: JODI | $700,000.00 | |
| 12/24 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 ORG: BERNARD L. MADOFF BB 5 THIRD AVENUE NE BEN/O26817009 JEROME & ANNE C FISHER CHAR FDN REF: TELEBEN TRN: 0214800358JO YOUR REF: JODI | $600,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: MFRS BUF/022000046 A/C: FUND FOR THE POOR,INC MELVILLE, NEW YORK 11747 REF:/TIME/08:54 IMAD: 1224810GC04C001202 TRN: 0214900358JO YOUR REF: CAP OF 07/12/24 | $600,000.00 | |
| 12/24 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: CAROLYN B. HALSEY SSN: 0208632 TRN: 0215000358JO YOUR REF: HALSEY | $600,000.00 | |
| 12/24 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: . BEN: NARC B. WOLPOW IMAD: 1224810GC07C001369 TRN: 0215100358JO YOUR REF: CAP OF 07/12/24 | $549,000.00 | |
| 12/24 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: ROBERT FISCH SSN: 0208638 TRN: 0215200358JO YOUR REF: FISCH | $20,000.00 | |

JPMSAB0003444

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 41 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/24 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071224 TO 071226 RATE 4.2009 TRN: 0735800253AN YOUR REF: ND035439131224070I | $170,080,000.00 | |
| 12/24 | | FUNDING XFER TO 008301428151509 TRN: 0190000251RF | $5,030,646.31 | |
| 12/24 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122407. YOUR REF: 31Y8986731350 | $24,732,435.00 | |
| 12/24 | | CLOSING LEDGER BALANCE | *** Balance *** | $2,675,310.83 |
| 12/24 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.83 |
| 12/26 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122407. TRN: 3582003080XN YOUR REF: 31Y6996731350 | | $24,732,435.00 |
| 12/26 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6040400360JK YOUR REF: 03440166 | | $360,295,400.00 |
| 12/26 | | BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS SAMEDAY CDT RETTAMPA FL 33610- ORG: MSR/0959 BANK OF AMERICA N.A. REF: REVERSAL OF ENTRY DD12/25/07 TRN1501900360JOBECAUSE UTA ACCT PURGED/BNF/OUR REF.JPM5B31-26DEC07 JPMORGAN CHASEREF0245708360FF REFBLUE S TAR TRN: 1221300360II YOUR REF: BLUE STAR | | $42,350,923.08 |
| 12/26 | | BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS SAMEDAY CDT RETTAMPA FL 33610- ORG: ABA/031207807 PNC BANK/NA REF: REVERSAL OF ENTRY DD12/26/07 TRN1502200360JOBECAUSE UTA AC CLOSED./BNF/OUR REF.JPM7021-26DEC07 JPMORGAN CHASEREF051250236OFF REFKANTSJ TRN: 1488800360II YOUR REF: KANTSJ | | $2,500,000.00 |
| 12/26 | | FED WIRE CREDIT VIA: MERCANTILE BANK/066113772 B/O: WILLIAM E WEISMAN MIAMI BEACH, FL 33139- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B MERCANTILE B OBI=FBO: WILLIAM E WEISMAN REVOCABLE TRU IMAD: 1226F3B7491C000090 TRN: 0361901360FF YOUR REF: O/B MERCANTILE B | | $104,933.45 |
| 12/26 | | DEPOSIT          2937 | | $198,500.00 |
| | | 1 DAY FLOAT          12/27          $195,499.98 | | |
| | | 2 DAY FLOAT          12/28          $3,000.00 | | |
| 12/26 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $24,732,435.00 RATE=03.77% FOR INVESTMENT DATED 12/24/07. REF=CFSWP122407 TRN: 3801000907XP YOUR REF: 31Y9970907360 | | $5,180.08 |

JPMSAB0003445

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

December 01, 2007 -
December 31, 2007

Page 42 of 52

**Account Number** 703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/26 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADDOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071224 TO 071226 RATE 4.2009 TRN: 0736009209AN YOUR REF: NC0364391312260701 | | $170,038,675.92 |
| 12/26 | | BOOK-TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6044100360JK YOUR REF: M0367071B2670996 | $320,000,000.00 | |
| 12/26- | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: BLUE STAR INVESTORS, LLC IMAD: 1226B1OGC08C002811 TRN: 1501900360JO YOUR REF: BLUE STAR | $42,350,923.08 | |
| 12/26 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: BLUE STAR INVESTORS,LLC IMAD: 1226B1OGC02C004082 TRN: 3035900360JO YOUR REF: BLUE STAR INV | $42,350,923.08 | |
| 12/26 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: KML ASSET MANAGEMENT,LLC NORTH PLAINFIELD, N.J. 07061 REF: TELEBEN IMAD: 1226B1OGC08C002812 TRN: 150200036OJO YOUR REF: JODI | $12,000,000.00 | |
| 12/26 | | BOOK TRANSFER DEBIT A/C: KML ASSET MANAGEMENT LLC NORTH PLAINFIELD NJ 07060-6501 TRN: 180710036OJO YOUR REF: KML ASSET | $12,000,000.00 | |
| 12/26 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: MILES Q. FITERMAN NONEXEMPT MATRUST REF: BNF-FFC-ACC, 1939178974, MILES Q-FITERMAN NONEXEMPT MARITALTRUSTIMAD: 1226B1OGC07C002756 TRN: 1502100360JO YOUR REF: MFITDMT | $3,356,231.00 | |
| 12/26 | | FEDWIRE DEBIT VIA: PNCBANK NJ/031207607 A/C: STEVEN AND JANE KANTOR IMAD: 1226B1OGC03C002314 TRN: 150220036OJO YOUR REF: KANTSJ | $2,500,000.00 | |
| 12/26 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: MILES & SHIRLEY FITERMAN CHARIFOUNDATION IMAD: 1226B1OGC01C002770 TRN: 1502300360JO YOUR REF: MSFITERMAN | $1,700,000.00 | |
| 12/26 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH DEL MAR,CA 92625 BEN: CROUL FAMILY TRUST REF: TELEBEN/TIME/11:21 IMAD: 1226B1OGC07C002757 TRN: 150240036OJO YOUR REF: JODI | $130,331.00 | |
| 12/26 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: CREDIT SUISSE GENEVA SWITZERLAND 1211 BEN: SOUTHEY INTERNATIONAL LIMITED PRINCIPALITY OF ANDORRA FRANCE REF: REF-IBAN: CH5404251042248762000 SSN: 0184544 TRN: 1502500360JO YOUR REF: CAP OF 07/12/26 | $32,000.00 | |

JPMSAB0003446

18-Dec-08

18Dec08-344

**JPMorganChase** 

December 01, 2007 -
December 31, 2007

Page 43 of 52

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/26 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071226 TO 071227 RATE 4.9804 TRN: 0736000489AN YOUR REF: ND03672955512260701 | $145,000,000.00 | |
| 12/26 | | FUNDING XFER TO 006301428151509 TRN: 0190000251RF | $5,467,549.49 | |
| 12/26 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER: CPSWP122607. YOUR REF: 31Y9996735360 | $15,813,410.00 | |
| 12/26 | | CHECK PAID # 15463 | $2,500.00 | |
| 12/26 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $198,498.71 |
| 12/26 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.71 |
| 12/27 | | RETURN OF PRINCIPAL – END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER: CPSWP122607. TRN: 3602003083XN YOUR REF: 31Y9996735360 | | $15,813,410.00 |
| 12/27 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7840800361JK YOUR REF: 03525519 | | $450,367,500.00 |
| 12/27 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MKTS INC OUTGAMHERST NY 14226- ORG/22423648 MONTE AHUJA USHA AHUEESMONTE USHA AHUJA FAM TR CO RICK OGB: CITIGROUP GLOBAL MARKETS INC NEW YORK NY TRN: 5247000351JD YOUR REF: SWF OF 07/12/27 | | $6,495,842.00 |
| 12/27 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MKTS INC OUTGAMHERST NY 14226- ORG/22424488 MONTE AHUJA USHA AHUEESM AHUJA FAM TR J AHUJA FAM TR DTOGB: CITIGROUP GLOBAL MARKETS INC NEW YORK NY REF: 9461234339 TRN: 5246900351JD YOUR REF: SWF OF 07/12/27 | | $3,504,058.36 |
| 12/27 | | FED WIRE CREDIT VIA: PNC BANK,NA/031207507 B/O: ARSENAL CAPITAL GROUP LLC FKA 10019-4702 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=REMAINING CARRY OBI=FBO: MARDEN FAMILY LIMITED PARTNERSHIIMAD: 1227D3B74V5C000847 TRN: 0570207361FF YOUR REF: REMAINING CARRY | | $203,797.00 |
| 12/27 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: M+R TRUST PARTNERSHIP 1814 FRANKLIN ST STE 800 94512 REF: NBEK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=M + R TRUST PARTNERSHIP/AC-1M0239 ORG=/04031040101 1814 FRANKLIN ST STSSN: 0300713 TRN: 5500000361FC YOUR REF: O/B CITIBANK NYC | | $5,000.00 |
| 12/27 | | DEPOSIT 2938 | | $39,000.00 |
| | | 1 DAY FLOAT 12/28 $15,000.00 | | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 44 of 52

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

**Commercial Checking**
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/27 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL = $15,813,410.00 RATE=03.77% FOR INVESTMENT DATED 12/26/07. REF = CPSWP122607 TRN: 3611000812XP YOUR REF: 31Y9970912361 | | $1,655.02 |
| 12/27 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071226 TO 071227 RATE 4.0B04 TRN: 0736100155AN- YOUR REF: NC0367295512270701 | | $145,016,435.19 |
| 12/27 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7847100361JK YOUR REF: M0373679227702O0 | $425,000,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MARDEN FAMILY LTD PART PALM BEACH,FLA 33480 IMAD: 1227B10GC05C003140 TRN: 1732000361JO YOUR REF: CAP OF 07/12/27 | $7,000,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: NORTHERN CHGO/071000152 A/C: MASTER TRUST ACCOUNT BEN: HAR INVESTORS, LLC REF:/TIME/11:27 IMAD: 1227B10GC08C004053 TRN: 1732100361JO-- YOUR REF: HARINV | $4,710,000.00 | |
| 12/27 | | BOOK TRANSFER DEBIT A/C: PJ ADMSTR LLC NEW YORK NY 10017- ORG: BERNARD L. MADOFF B8 5 THIRD AVE., NE TRN: 1732200361JO YOUR REF: CAP OF 07/12/27 | $3,640,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: ESKO PROPERTIES, INC. BEN: M PARTNERS PALM BEACH, FL. 33480 IMAD: 1227B10GC04C003109 TRN: 1732300361JO YOUR REF: CAP OF 07/12/27 | $3,000,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: PNCBANK NJ/031207607 A/C: STEVEN AND JANE KANTOR NEW YORK, NY 10021 REF: TELEBEN IMAD: 1227B10GC03C003210 TRN 1732400361JO YOUR REF: JODI | $2,500,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: CORNERSTONEPALATIN/071926155 A/C: JOHN & ANITA RUSSELL IMAD: 1227B10GC07C003907 TRN: 1732500361JO YOUR REF: JRUSSELL | $2,100,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: EASTERN BANK LYNN/011301798 A/C: ARBOR PLACE,LIMITED PARTNERSHISALEM MASSACHUSETTS REF: TELEBEN IMAD: 1227B10GC04C003110 TRN: 1732600361JO YOUR REF: JODI | $1,200,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: CHARLES HERZKA AND MIRIAM HERZIMAD: 1227B10GC08C003009 TRN: 1732700361JO YOUR REF: HERZKA | $1,000,000.00 | |

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⚪

December 01, 2007 -
December 31, 2007

Page 45 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/27 | | FEDWIRE DEBIT VIA: NATIONAL CITY BANK/043000122 A/C: CADMUS INVESTMENT PARTNERS,L.PPITTSBURGH, PA 15220-2747 REF: TELEBEN IMAD: 1227810GC08C004054 TRN: 1732800361JO YOUR REF: JOOI | $550,000.00 | |
| 12/27 | | CHIPS DEBIT VIA: UBS AG STAMFORD BRANCH/0799 A/C: UBS FINANCIAL SERV RETAIL INCOBEN: GERALD BRATTER SSN: 0304741 TRN: 17330003611JO YOUR REF: BRATTER | $500,000.00 | |
| 12/27 | | FEDWIRE DEBIT VIA: EASTERN BANK LYNN/011301790 A/C: SHETLAND PROP EMPLOY SAV & RETSALEM MASSACHUSETTS 01970 REF: TELEBEN IMAD: 1227810GC07C003908 TRN: 1732900351JO YOUR REF: JOOI | $500,000.00 | |
| 12/27 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071227 TO 071228 RATE 4.0804 TRN: 0736100413AN YOUR REF: N00374033912270701 | $135,000,000.00 | |
| 12/27 | | FUNDING XFER TO 00630142815 1509 TRN: 0190000243RF | $13,668,552.24 | |
| 12/27 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122707. YOUR REF: 31Y9996755361 | $21,258,746.00 | |
| 12/27 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $18,000.04 |
| 12/27 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.04 |
| 12/28 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122707. TRN: 3612003100XN YOUR REF: 31Y9996755361 | | $21,258,746.00 |
| 12/28 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9569600362JK YOUR REF: 03606822 | | $400,326,666.67 |
| 12/28 | | CHIPS CREDIT VIA: HSBC BANK USA/0109 B/O: AA ALT ADV LM INV FD IE REF: NBNF=BERNARD L MADOFF NEW YORK NY -10022-4834/AC-000000001400 ORG=AA ALT ADV LM INV FD IE OGB=HSBC INSTITUTIONAL TRUST SERVICES ( DUBLIN OBI=REF 1FR133 LANDMARK INVESTMENTSSIC 0319633 TRN: 57664003G2FC YOUR REF: 7J28127R12804460 | | $13,000,000.00 |
| 12/28 | | FED WIRE CREDIT VIA: MECHANICS BANK/121102036 B/O: CARLSTON FAMILY PARTNERSHIP ORINDA, CA 94563-0000 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B MECH BK RICH OBI=FOR FURTHER CREDIT TO CARLSTON FAMILIMAD: 1228QMGFT004003363 TRN: 0780509362FF YOUR REF: O/B MECH BK RICH | | $2,775,000.00 |

JPMSAB0003449

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

December 01, 2007 –
December 31, 2007

Page 46 of 52

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/28 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: KAEMPFER MANAGEMENT SERVICES, ARLINGTON: VA 22202 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=CLIENT #1S023030 OBI=1620 K STREET ASSOCIATES BBI=/TIME/0IMAD: 1228E3875D5C000066 TRN: 0358108362FF YOUR REF: CLIENT #1S023030 | | .$500,000.00 |
| 12/28 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: ARMADILLO 05141000 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=FBO: HUNKERING DOWN, LLC ACCT 1CM87 BIMAD: 1228108022C002316 TRN: 0064508362FF YOUR REF: O/B CITIBANK NYC | | $500,000.00 |
| 12/28 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MDSSN: 0326991 TRN: 5896400362FC. YOUR REF: 1210232 | | $400,000.00 |
| 12/28 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT07122800705 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 1228820892 1C002004 TRN: 0538908362FF YOUR REF: MT071228007025 | | $38,080.02 |
| 12/28 | | DEPOSIT         2939 | | $640,810.00 |
| | | 1 DAY FLOAT         12/31         $349,800.00 | | |
| | | 2 DAY FLOAT         01/02         $277,861.40 | | |
| | | 3 DAY FLOAT         01/03         $8,148.60 | | |
| 12/28 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL = $21,258,746.00 RATE = 03.81% FOR INVESTMENT DATED 12/27/07. REF = CPSWP122707 TRN: 3621000936XP YOUR REF: 31Y6970936362 | | $2,249.98 |
| 12/28 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071227 TO 071228 RATE 4.0804 TRN: 0736200197AN YOUR REF: MC0374033912280701 | | $135,015,301.73 |
| 12/28 | | BOOK TRANSFER DEBIT A/C: 9301011483 GOLDMAN, SACHS & CO. TRN: 1857700362JO YOUR REF: ABRAMSON | $1,250,000.00 | |
| 12/28 | | BOOK TRANSFER DEBIT A/C: 000000000999991651 TRN: 1857800362JO YOUR REF: CAP OF 07/12/28 | $1,000,000.00 | |

JPMSAB0003450

18-Dec-08                                                                                    18Dec08-344

**JPMorganChase O**

December 01, 2007 -
December 31, 2007

Page 47 of 52

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/28 | | FEDWIRE DEBIT VIA: NATIONAL CITY OH/041000124 A/C: SHELDON G. ADELMAN BEACHWOOD,OHIO 44122 REF: TELEBEN IMAD: 1228810GC05C003097 TRN: 1857980362JO YOUR REF: CAP OF 07/12/28 | $1,000,000.00 | |
| 12/28 | | CHIPS DEBIT VIA: ISRAEL DISCOUNT BANK OF NEW YO/0976 A/C: MR. ELIE & MRS. MARION WIESEL NEW YORK, NY 10021 SSN: 0291731.. TRN: 1868000362JO YOUR REF: JODI | $700,000.00 | |
| 12/28 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA PA/031201467 A/C: SEI PRIVATE TRUST COMPANY BEN: THE ABBIT FAMILY TRUST IMAD: 1228810GC01C003163 TRN: 1868100362JO YOUR REF: ABBIT | $700,000.00 | |
| 12/28 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: WELLS FARGO BANK,NA MINNEAPOLIS MN 55479 BEN: MINNETONKA MOCCASIN CO,INC MINNEAPOLIS,MN REF: TELEBEN IMAD: 1228810GC04C002519 TRN: 1868200362JO YOUR REF: JODI | $600,000.00 | |
| 12/28 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: BARRY S. GLASSMAN OR ALICE GLAFLORIDA 33498 IMAD: 1228810GC05C003698 TRN: 1869300362JO YOUR REF: JODI | $525,000.00 | |
| 12/28 | | BOOK TRANSFER DEBIT A/C: TED M GOLDBERG WARREN, NJ 07059 TRN: 1868400362JO YOUR REF: TLGOLD | $500,000.00 | |
| 12/28 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ANNETTE & RUDY BONGIORNO NORTHHILLS, NY 11030 REF: TELEBEN SSN: 0291868 TRN: 1868500362JO YOUR REF: JODI | $25,000.00 | |
| 12/28 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071228 TO 071231 RATE 4.0013 TRN: 0736280501AM YOUR REF: N00381030712280701 | $540,000,000.00 | |
| 12/28 | | FUNDING XFER TO 006301428151509 TRN: 0190000249RF | $4,572,147.36 | |
| 12/28 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122807 . YOUR REF: 31Y9996851362 | $22,964,797.00 | |
| 12/28 | | CHECK PAID #    15465 | $2,100.00 | |
| 12/28 | | CLOSING LEDGER BALANCE | *** Balance *** | $635,803.98 |
| 12/28 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.98 |
| 12/31 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP122807 . TRN: 3622003232XN YOUR REF: 31Y9996851362 | | $22,964,797.00 |

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344**

 **JPMorganChase** ⬡

December 01, 2007 -
December 31, 2007

**Page 48 of 52**

Account Number
▮▮▮▮763



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/31 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 0905300355JK YOUR REF: 03643897 | | $260,215,872.22 |
| 12/31 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: GARY S. HOLMES . MN 55415 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GARY S. HOLMES REVOCABLE TRUST/AC-1H0175 RFB=O/B MELLON TIMAD: 1231A1OCI28C001565 TRN: 0408303365FF YOUR REF: O/B MELLON TRUST | | $12,000,000.00 |
| 12/31 | | FED WIRE CREDIT VIA: SIGNATURE BANK/026013576 B/O: CHARLES HERZKA OR BROOKLYN NY 11210 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-00000001400 RFB=O/B SIGNATURE BA OBI=B/O=CHARLES HERZKA REF=F/B/O CHARLESIMAD: .1231B687262F000229 TRN: 0462713365FF YOUR REF: O/B SIGNATURE BA | | $1,000,000.00 |
| 12/31 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: WOLFSON COUSINS, LP 1 STATE STNEW YORK NY 10004 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-00000001400 BNF=LANX BM INVESTMENT/AC-1L022830 RFB=O/B CITIBANK NYC OBI=YIMAD: 1231810B023C009523 TRN: 0842807365FF YOUR REF: O/B CITIBANK NYC | | $750,000.00 |
| 12/31 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: EDARA PARTNERS C/O ZEV WOLFSON04 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LANX BM INVESTMENT/AC-1L022830 RFB=O/B CITIBANK NYC OBI=YIMAD: 1231810B024C009580 TRN: 0839003365FF YOUR REF: O/B CITIBANK NYC | | $450,000.00 |
| 12/31 | | CHIPS CREDIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 B/O: CARDINAL MANAGEMENT INC . CASTRIES SAINTE-LUCIE REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/LU3500291816B0568400 . CASTRIES SAINTE-LUCIE OGB=DEXIA BANQUE INTERNASSN: 0014994 TRN: 018460035SFC YOUR REF: COR1227AA3851796 | | $73,000.00 |

JPMSAB0003452

18-Dec-08                                                                                                        18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬡

December 01, 2007 -
December 31, 2007

Page 49 of 52

**Account Number**
▮▮▮▮703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/31 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248.B/O: STEPHANIE AND MATTHEW FITERMANMINNEAPOLIS MN 55427-4596 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400.RFB=FW09634365648759 OBI=STEPHANIE AND MATTHEW FITERMAN TRADIIMAD: 1231I1B7034R002457 TRN: 0648502365FF YOUR REF: FW09634365648759 | | $72,000.00 |
| 12/31 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=BELLE LIEBLEIN L01495SSN: 0335675 TRN: 5607000365FC YOUR REF: 1212773 | | $12,268.14 |
| 12/31 | | DEPOSIT           2940 | | $498,817.00 |
| | | 1 DAY FLOAT        01/02        $281,300.00 | | |
| | | 2 DAY FLOAT        01/03        $173,000.00 | | |
| | | 3 DAY FLOAT        01/04        $2,900.00 | | |
| 12/31 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER; PRINCIPAL= $22,984,797.00 RATE=03.88% FOR INVESTMENT DATED 12/28/07. REF=CPSWP122807 TRN: 3651000984XP YOUR REF: 31Y9976984365 | | $7,425.27 |
| 12/31 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071228 TO 071231 RATE 4.0013 TRN: 0736500233AN YOUR REF: NC0381030712310701 | | $540,180,059.85 |
| 12/31 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFSINEW YORK NY 10004 TRN: 0906300365JK YOUR REF: M03844440317017S | $300,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MORGAN STANLEY & CO NEW YORK BEN: ASCOT PARTNERS LP NEW YORK, NY 10022 REF: TELE TELEBEN BNF IMAD: 1231B10GC03C001479 TRN: 0177300365JO YOUR REF: JODI | $175,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: PBG CONCENTRATION ACCOUNT BEN: NINE THIRTY ROSP INVESTMENTS,LIMAD: 1231B1QGC04C001847 TRN: 0433200365JO YOUR REF: NINTHROSP | $16,900,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MDG INVESTMENT, L.L.C. STREET,5ETH FLOOR,NEW YORK,NY 10019REF: TELEBEN IMAD: 1231B1QGC03C001939 TRN: 0433300365JO YOUR REF: JODI | $11,500,000.00 | |

18-Dec-08                                                                                      18Dec08-344

**JPMorganChase** 

December 01, 2007 -
December 31, 2007

Page 50 of 52

Account Number
[REDACTED]703



BERNARD L MADOFF INVESTMENT SECURITIES

**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: PBG CONCENTRATION ACCOUNT BEN: NINE THIRTY MF INVESTMENTS,LLCIMAD: 1231B1QGC07C002379 TRN: 0433400365JO YOUR REF: MFNINE | $11,500,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MJ INVESTMENT, L.L.C. 152 WEST 57TH STREET,56TH FLOOR REF: TELEBEN IMAD: 1231B1QGC07C002379 TRN: 0433500365JO YOUR REF: JODI | $6,000,000.00 | |
| 12/31 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST- INVESTMENTS OMNI INBOUND TRN: 1313900365JO YOUR REF: BELFER TWO CORP | $5,400,604.19 | |
| 12/31 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. BEN: THYBO STABLE FUND IMAD: 1231B1QGC01C001097 TRN: 0177400365JO YOUR REF: THYSTABLE | $5,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: AUDAX MANAGEMENT COMPANY, LLC 02199 IMAD: 1231B1QGC04C001304 TRN: 0177500365JO YOUR REF: CAP OF 07/12/31 | $5,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: PBG CONCENTRATION ACCOUNT BEN: NINE THIRTY RM INVESTMENTS,LLCIMAD: 1231B1QGC03C001940 TRN: 0433600365JO YOUR REF: RMTHIRTY | $5,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: JF FOUNDATIONS,L.L.C. STREET,56TH FLOOR,NEW YORK,NY 10019REF: TELEBEN IMAD: 1231B1QGC07C002369 TRN: 0433700365JO YOUR REF: JODI | $4,500,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: PBG CONCENTRATION ACCOUNT BEN: NINE THIRTY FEF INVESTMENTS,LLIMAD: 1231B1QGC06C001674 TRN: 0433800365JO YOUR REF: NTHIRFEF | $4,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: HOLD'EM INVESTMENT,L.L.C. NEW YORK,NY 10019 REF: TELEBEN IMAD: 1231B1QGC07C002384 TRN: 0433900365JO YOUR REF: JODI | $3,300,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: JF-CRUT,L.L.C. ST. 56TH FL, NEW YORK, NY 10019 REF: TELEBEN IMAD: 1231B1QGC07C002385 TRN: 0434000365JO YOUR REF: JODI | $3,150,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: GF FOUNDATIONS, L.L.C. STREET,56TH FL.,NEW YORK,NY 10019 REF: TELEBEN IMAD: 1231B1QGC08C002525 TRN: 0434100365JO YOUR REF: JODI | $2,100,000.00 | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

December 01, 2007 –
December 31, 2007

Page 51 of 52

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: EDG INVESTMENT,L.L.C. ST,56TH FL. NEW YORK,NY 10019 REF: TELEBEN IMAD: 1231B1QGC08C001575 TRN: 0434200365JO YOUR REF: JODI | $2,000,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: GF-CRUT,LLC IMAD: 1231B1QGC05C001855 TRN: 0434300365JO YOUR REF: GFCRUT | $1,515,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: ASTER ASSOCIATES FORT LAUDERDALE, FLORIDA 3330B-4721IMAD: 1231B1QGC01C001098 TRN: 017760036SJO YOUR REF: CAP OF 07/12/31 | $1,500,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: GF-CRATS, LLC STREET,56TH FL. NEW YORK,NY 10019 IMAD: 1231B1QGC07C002386 TRN: 0434400365JO YOUR REF: CAP OF 07/12/31 | $1,500,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: MERSON FAMILY INVESTMENTS,LLC IMAD: 1231B1QGC05C001309 TRN: 017770036SJO YOUR REF: MERFAM | $1,000,000.00 | |
| 12/31 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MDG 1994 GRAT, LLC SSN: 0229538 TRN: 0434500365JO YOUR REF: MDGGRAT | $900,000.00 | |
| 12/31 | | BOOK TRANSFER DEBIT A/C: COHEN POOLED ASSETS NEW YORK NY 10016-5010 ORG: BERNARD L. MADOFF B8 5 THIRD AVENUE NE TRN: 017750036SJO YOUR REF: CAP OF 07/12/31 | $500,000.00 | |
| 12/31 | | FEDWIRE DEBIT VIA: PARADISE BANK/067015795 A/C: KEN-WEN FAMILY LTD PARTNERSHIPIMAD: 1231B1QGC01C001099 TRN: 017780036SJO YOUR REF: KENWEN | $500,000.00 | |
| 12/31 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 16022 REF: TO ESTABLISH YOUR DEPOSIT FR 071231 TO 080102 RATE 3.0005 TRN: 073650052SAN YOUR REF: N00384894712310701 | $235,080,000.00 | |
| 12/31 | | FUNDING XFER TO 006301428151509 TRN: 0190000252RF | $2,914,382.22 | |
| 12/31 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP123107. YOUR REF: 31V99569B91365 | $32,435,254.00 | |
| 12/31 | | CHECK PAID # 15466 | $2,500.00 | |
| 12/31 | | CLOSING LEDGER BALANCE | *** Balance *** | $742,309.05 |
| 12/31 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.05 |

JPMSAB0003455

18-Dec-08

18Dec08-344

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344**

**JPMorganChase** ⭘

December 01, 2007 -
December 31, 2007

Page 52 of 52

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Checks Paid**

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
| 15456 | 12/04 | $2,000.00 | 15461* | 12/19 | $2,500.00 | 15466 | 12/31 | $2,500.00 |
| 15458* | 12/06 | $2,500.00 | 15463* | 12/26 | $2,500.00 | | | |
| 15459 | 12/13 | $3,000.00 | 15465* | 12/28 | $2,100.00 | | | |

**Total     7 check(s)**                                                                                          **$17,100.00**
* indicates gap in sequence

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMSAB0003456