# EXHIBIT 19

fax 212 838 4061

Madoff Investment Securities LLC
Attn Frank DiPascali

Reference Ken-Wen Family LP Acct # 1EM226-3-0

Please Liquidate ($3,000,000) Three Millions from the account and wire transfer Proceeds to

Ken-Wen Family LP ✓
Acct ███████ 248 ✓
ABA ███████ 795 ✓
Paradise Bank ✓ 2420 N Federal Hwy
Boca Raton, FL 33431 ✓

Sincerely,
Kenneth W Brown GP

KENWEN
5'1'24
3.1 mil

PH EXHIBIT 13
WITNESS: K Brown
DATE: 1-27-20
DAUGHTERS REPORTING, INC.  FC

MADTSS01171666