# EXHIBIT 20



**JPMorganChase**

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

00000034 CEN 602 7 03208 - NNN  1 000000003  H1 0000

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

January 01, 2008 -
January 31, 2008

Page 1 of 63

Account Number
703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer
Service Professional.



## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $742,308.05 |
| Opening Collected Balance | | $.05 |
| Deposits and Credits | 318 | $11,641,419,080.00 |
| Withdrawals and Debits | 254 | $11,638,795,777.79 |
| Checks Paid | 3 | $7,000.00 |
| Ending Ledger Balance<br>Ending Collected Balance | | $3,358,611.26<br>$.26 |
| Sweep Investment Account(s):<br>Other | | $17,795,141.00 |
| Combined Ledger Balance | | $21,153,752.26 |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/01 | | OPENING LEDGER BALANCE | *** Balance *** | $742,308.05 |
| 01/01 | | OPENING COLLECTED BALANCE | *** Balance *** | $.05 |
| 01/02 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO<br>COMMERCIAL PAPER. CPSWP123107 . TRN: 3652003246XN<br>YOUR REF: 31Y9996891365 | | $32,435,254.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is
subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge
to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty
days of the mailing or availability of the first statement on which the error or charge appears.

EXHIBIT 15
WITNESS:
DATE:
DAUGHTERS REPORTING, INC.   FC

JPMSAB0004132

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

January 01, 2008 -
January 31, 2008

Page 2 of 63

Account Number
█████ 703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/02 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2700800002JK YOUR REF: 03670718 | | $320,256,355.56 |
| 01/02 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: SENATOR EQUITY SP ONE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SENATOR FD SPC/AC-1FR128 ORG=/GBH8EU67045945 SENATOR EQUITY SP ONE OGB=HSBC BANK PLC LONDON OBI=RFB SUB BSSN: 0222932 TRN 3938000002FC YOUR REF: 4X02018H40212555 | | $35,500,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: C/O CITCO (CANADA) INC. TORONTO, ONTARIO M4W 1A8 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GREENWICH SENTRY LP/AC-1G009230 RFB=CF11558116A OBI=GREENIMAB: 0102810SB4C007615 TRN: 0709913002FF YOUR REF: CF11558116A | | $34,900,000.00 |
| 01/02 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: RYE SELECT BROAD MARKET PORTFORYE, NY 10580 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=RYE SELECT BROAD MARKET PORTFOLIO RYE, NY 10580 OBI=RYE SELECT BROAD MSSN: 0208093 TRN: 3610100002FC YOUR REF: ADD-ON | | $30,000,000.00 |
| 01/02 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: RYE SELECT BROAD MARKET FUND,LRYE, NY 10580 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=RYE SELECT BROAD MARKET FUND,LP RYE, NY 10580 OBI=RYE SELECT BROAD MARSSN: 0209024 TRN: 3628600002FC YOUR REF: ADD-ON | | $20,000,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: MAXAM ABSOLUTE RETURN FUND LP DARIEN, CT 06820-5421 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK AMER NYC OBI=FFC MAXAM ABSOLUTE RETURN FUND LP FFCIMAB: 0102B967HU4R003567 TRN: 0612107002FF YOUR REF: O/B BK AMER NYC | | $15,000,000.00 |
| 01/02 | | BOOK TRANSFER CREDIT B/O: CMB COMMERCIAL LOAN OUTGOING WHOUSTON TX 77252-8046 ORG: KML ASSET MANAGEMENT LLC 457 W END AVE REF: OBLIGATION 703140437 TRN: 94924D0002ES YOUR REF: OS4 OF 08/01/02 | | $12,000,000.00 |

18-Dec-08

18Dec08-344

JPMorganChase **O**

January 01, 2008 -
January 31, 2008

Page 3 of 63

**Account Number**
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/02 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: KML ASSET MANAGEMENT LLC 457 W, NJ 07081 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=KML ASSET MANAGEMENT, LLC 11/AC-1K01623 RFB=O/B CITIBANK IMAD: 0102B1Q8022C006101 TRN: 0873207002FF YOUR REF: O/B CITIBANK NYC | | $11,000,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA/053000219 B/O: THE KESSLER NOMINEE PARTNERSHIBOSTON MA 021160000 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=000000190940866B OBI=FFC: THE KESSLER NOMINEE PARTNERSHIPIMAD: 0102E39750 1C006300 TRN: 0712213002FF YOUR REF: 000000190940866B | | $8,000,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: MAXAM ABSOLUTE RETURN FUND LP DARIEN, CT 06820-5421 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK AMER NYC OBI=FFC MAXAM ABSOLUTE RETURN FUND LP FFCIMAD: 0102E6B7HII3R003813 TRN: 0593503002FF YOUR REF: O/B BK AMER NYC | | $5,000,000.00 |
| 01/02 | | CHIPS CREDIT VIA: HSBC BANK BANK USA/0108 B/O: HIFL HERMES WORLD USD FUND REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LAGOON INVESTMENT D ACCOUNT/AC-1FR01630 ORG=/GBHBEU58768295 HIFL HERMES WORLD USD FUND OGB=HSBC BANK PLC SSN: 0057795 TRN: 1099400002FC YOUR REF: 4X02018HC2800596 | | $4,000,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/031201467 B/O: PALKO ASSOCIATES WYOMISSING PA 19510 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=8801024003366 OBI=FFC TO PALKO ASSOCIATES ACCOUNT #1 CM563IMAD: 0102E3B75DAC004303 TRN: 0522009002FF YOUR REF: 88010240033G | | $3,000,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: PNC BANK,NA/031207607 B/O: STEVEN KANTOR N PLAINFIELD NJ 07060 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=X OBI=FFC FBO STEVEN & JANE KANTOUR ACCT #1K01493 BBI=/TIMAD: 0102D3B74V5C000855 TRN: 0640713002FF YOUR REF: X | | $2,500,000.00 |

18-Dec-08                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase ○

January 01, 2008 -
January 31, 2008

Page 4 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/02 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: EQUITY TRADING PORTFOLIO LTD I1043 BW AMSTERDAM REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=EQUITY TRADING PORTFOLIO FUND LIMIT ED/AC-1FR124 RFB=CF48IMAD: 0102B1Q8983C000918 TRN: 0060814002FF YOUR REF: CF48694402A | | $1,700,000.00 |
| 01/02 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: HAROLD SWARTZ 1997 IRREVOCABLENEW YORK NY 10022-0000 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/004811201298 NEW YORK NY 10022-0000 OBI=FBO HAROLD SCHWARTZ 19997 IRRSSN: 0287185 TRN: 5111170002FC YOUR REF: 0108010200460 2NN | | $1,500,000.00 |
| 01/02 | | BOOK TRANSFER B/O: PAUL G LEVY GREENWICH CT 08831- ORG/000000000000739257927 PAUL G LEVY REF: FBO PAUL LEVY ACT. # 1-CM937-3-0 TRN: 0621100002ES YOUR REF: 0S1 OF 08/01/02 | | $1,000,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: FIDUCIARY TRUST CO INTERNATION/02S007922 B/O: SCHWART M - CASH ROCKVILLE MD 20852 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B FIDUCIARY TR OBI=FFC: MARTIN SCHWARTZBERG A/C# 1-CM68IMAD: 0102B1QFB21X000567 TRN: 0853508002FF YOUR REF: O/B FIDUCIARY TR | | $994,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: MARJORIE SCHWARTZBERG 11200 ROLE PIKE ROCKVILLE MD 20852 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARTIN SCHWARTZBERG NEW YORK NY US/AC-1-CM-685-3 RFB=0001IMAD: 0102I1B7035R002799 TRN: 0747303002FF YOUR REF: 0001323883352 | | $756,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/031201467 B/O: PALKO ASSOCIATES WYOMISSING PA 19610 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080102400332 OBI=FFC TO PALKO ASSOCIATES ACCOUNT #1 CM563IMAD: 0102E3B750AC004291 TRN: 0521514002FF YOUR REF: 080102400332 | | $635,000.00 |
| 01/02 | | BOOK TRANSFER CREDIT B/O: J BLAKE O'NEILL OR ALEXANDRA CESSEX FELLS, NJ 070211200 REF: FBO JOHN.D.O'NEILL LIMITED PATNERSHIP ACCT # ICM480 TRN: 0902B00002ES YOUR REF: DCD OF 08/01/02 | | $600,000.00 |

JPMSAB0004135

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 5 of 63

Account Number
▓▓▓▓703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/02 | | FED WIRE CREDIT VIA: UNITED BANKERS BANK/091001322 B/O: THOMAS MOSCOE MINNETONKA, MN 55345 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B UNITED BKRS OBI=FC: THOMAS MOSCOE - BBI=/BNF/ACCT#1-EIMAD: 0102I1B78Q1C000480 TRN: 0649002002FF YOUR REF: O/B UNITED BKRS | | $500,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: STEVEN SCHIFF MIAMI, FL 33176-1700 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=FBO STEVEN SCHIFF, MIAMI, FL., USA -IMAD: 0102F6B7021C000127 TRN: 0350402002FF YOUR REF: O/B CITY NB OF F | | $100,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: LWT ASSOCIATES, LLC FALLS CHURCH, VA 22043-4203 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080102250091 OBI=REFERENCE 1#: LWT ASSOCIATES, LLC, ALLANIMAD: 0102E3B7505C000689 TRN: 0332701002FF YOUR REF: 080102250091 | | $60,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: UNITED BANKERS BANK/091001322 B/O: JOYCE G MOSCOE REV TRUST KEY BISCAYNE, FL 33149 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B UNITED BKRS OBI=FFC: MOSCOE CHILDRENS PARTNERSHIP, ACIMAD: 0102I1B78Q1C000491 TRN: 0643413002FF YOUR REF: O/B UNITED BKRS | | $60,000.00 |
| 01/02 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: AHT ASSOCIATES LLC FALLS CHURCH, VA 22043 2411 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080102250080 OBI=REF: AHT PARTNERS (1.A0001.3.0 FOR THE AIMAD: 0102E3B75D5C000604 TRN: 0298208002FF YOUR REF: 080102250080 | | $50,000.00 |
| 01/02 | | DEPOSIT        2941 1 DAY FLOAT    01/03    $405,000.00 2 DAY FLOAT    01/04    $23,760.00 3 DAY FLOAT    01/07    $240.00 | | $429,000.00 |
| 01/02 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $32,435,254.00 RATE=04.20% FOR INVESTMENT DATED 12/31/07. REF=CPSWP123107 TRN: 0021001008XP YOUR REF: 31Y9971008002 | | $7,568.22 |

18-Dec-08                                                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

Page 6 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/02 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071231 TO 080102 RATE 3.0005 TRN: 0800200249AN YOUR REF: NC0384804701020801 | | $235,939,173.19 |
| 01/02 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2714300002JK YOUR REF: N0392950050270508 | $325,900,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: CHARLES SCHWAB BK/121202211 A/C: RALPH FINE REVOCABLE TRUST IMAD: 0102B1QGC03C003259 TRN: 1597300002JO YOUR REF: RFINE | $2,000,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: NEUE BANK AG VADUZ LIECHTENSTEIN 9490 BEN: KESAGAMI LIMITED HONG KONG REF: BNF-FFC-ACC, 131130.101 USD KESAGAMI LIMITED, HONG KONG IMAD: 0102B1QGC01C003214 TRN: 1697200002JO YOUR REF: KESAGAMI | $2,000,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: THE VANGUARD GROUP MONEY MARKET FUND BEN: DPF INVESTORS IMAD: 0102B1QGC08C004397 TRN: 1697400002JO YOUR REF: DPFINV | $1,500,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: FIRST TENN/084000026 A/C: MORGAN KEEGAN & CO., INC. BEN: JOYCE ZEGER GREENBERG TRUSTEE REF:/TIME/11:39 IMAD: 0102B1QGC03C003280 TRN: 1697500002JO YOUR REF: JOYCEZG | $1,388,661.68 | |
| 01/02 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA PA/031201467 A/C: PAUL KOZLOFF FAM LTD PARTNERSH19610 IMAD: 0102B1QGC01C003215 TRN: 1697600002JO YOUR REF: CAP OF 08/01/02 | $500,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: F122000661/121000359 A/C: BANK OF AMERICA,NATIONAL HOLLYWOOD CA 90028-7364 BEN: MYCO REF:/TIME/11:39 IMAD: 0102B1QGC05C003283 TRN: 1597700002JO YOUR REF: MYCO | $500,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: DAVID LUSTIG LOS GATOS,CA. 95030 REF: TELEBEN/TIME/11:40 IMAD: 0102B1QGC03C003261 TRN: 1697800002JO YOUR REF: JODI | $500,000.00 | |
| 01/02 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: CITCO BANKING CORPORATION N.V.WILLEMSTAD, NETHERLANDS ANTILLES BEN: GREENWICH SENTRY PARTNERS L.P.HAMILTON, BERMUDA HM 11 SSN: 0228853 TRN: 1697900002JO YOUR REF: GSPTR | $450,000.00 | |
| 01/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY LTD PART PALM BEACH,FLA 33480 SSN: 0228865 TRN: 1698000002JO YOUR REF: CAP OF 08/01/02 | $134,000.00 | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 7 of 63

Account Number
▮▮▮▮703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/02 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 0102B1QGC05C003284 TRN: 1698200002JO YOUR REF: FLMARD | $100,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: EMILY CHAIS BEVERLY HILLS,CA. 90210 REF:/TIME/11:39 IMAD: 0102B1QGC01C003216 TRN: 1698100002JO YOUR REF: CAP OF 08/01/02 | $100,000.00 | |
| 01/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P MARDEN,PATRICE AULD NEW YORK,N.Y. REF: TELEBEN SSN: 0228816 TRN: 1698300002JO YOUR REF: JODI | $35,000.00 | |
| 01/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P MARDEN,PATRICE AULD NEW YORK,N.Y. REF: TELEBEN SSN: 0228846 TRN: 1698400002JO YOUR REF: JODI | $9,000.00 | |
| 01/02 | | FEDWIRE DEBIT VIA: US BK NEV RENO/121201694 A/C: DONNA M. MARINCH OR JOANN CRUPB9134-7801 IMAD: 0102B1QGC05C003288 TRN: 1698500002JO YOUR REF: DMMJC | $4,500.00 | |
| 01/02 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080102 TO 080103 RATE 4.1504 TRN: 0800280480AN YOUR REF: ND0393437001020004 | $365,000,000.00 | |
| 01/02 | | FUNDING XFER TO 006301428151509 TRN: 0190000248RF | $972,500.00 | |
| 01/02 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010208. YOUR REF: 31Y99968480O2 | $50,000,000.00 | |
| 01/02 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $28,571,998.34 |
| 01/02 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $27,959,850.34 |
| 01/03 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010208 . TRN: 0022003195XN YOUR REF: 31Y99968480O2 | | $50,000,000.00 |
| 01/03 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4726300003JK YOUR REF: 03735792 | | $425,347,083.33 |
| 01/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: THEMA USD POOL REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=THEMA USD POOL OGB=HSBC BANK PLC LONDON OBI=REF 1FN095 THEMA USD POOL POOL REF: 4282300003FC YOUR REF: 7J03018R10304005 | | $32,570,000.00 |

JPMSAB0004138

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 〇

January 01, 2008 -
January 31, 2008

Page 8 of 63

Account Number
███ 703

BERNARD L MADOFF INVESTMENT SECURITIES

**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/03 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: MAXAM ABSOLUTE RETURN FUND LP DARIEN, CT 06820-5421 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK AMER NYC OBI=FFC MAXAM ABSOLUTE RETURN FUND LP FFCIMAD: 0103I86B7HU2R004151 TRN: 0673414003FF YOUR REF: O/B BK AMER NYC | | $9,900,000.00 |
| 01/03 | | FED WIRE CREDIT VIA: FIRST REPUBLIC BANK/321081669 B/O: MOT FAMILY INVESTORS LTD LP PENNGROVE,CA 94951- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B FST REP BK S OBI=FOR CREDIT TO MOT FAMILY INVESTORS LIMAD: 0103L1B79H1C000693 TRN: 0672214003FF YOUR REF: O/B FST REP BK S | | $5,750,000.00 |
| 01/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: THEMA FUND LTD USD REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=THEMA WISE INVESTMENTS LTD/AC-1FR093 ORG=/GBHBEU50776560 THEMA FUND LTD USD OGB=HSBC BANK PLC LONDON OBI=SSN: 0252826 TRN: 4552100003FC YOUR REF: 4X03018H70308015 | | $2,500,000.00 |
| 01/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: JENNIFER PRIESTLEY CLIENT ID NUMBER 55597 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=BARBARA BONFIGLI/AC-1ZAB313 ORG=/180091-46190140 CLIENT ID NUMBER 55595SN 0124424 TRN: 2069800003FC YOUR REF: 0181056B001-103 | | $1,400,000.00 |
| 01/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: JENNIFER PRIESTLEY CLIENT ID NUMBER 55597 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JENNIFER PRIESTLEY/AC-1FN05639 ORG=/180091-46190140 CLIENT ID NUMBER 55SN: 0191393 TRN: 3359600003FC YOUR REF: 01811107101-103 | | $1,000,000.00 |
| 01/03 | | BOOK TRANSFER B/O: CUMBERLAND PARTNERS NEW YORK NY 10036-7703 ORG/000000000000008121942 CUMBERLAND PARTNERS REF: BENE.ALFRED A.SHASHA HARTINA Z.SHASHA U/T/A 6/8/1994 FBO ALFRED A.SHASHA TRN: 0549800003ES YOUR REF: OS1 OF 08/01/03 | | $1,000,000.00 |
| 01/03 | | FED WIRE CREDIT VIA: EASTERN BANK/011301798 B/O: ROBERT I LAPPIN SALEM, MA 01970-5986 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B EASTERN BANK OBI=FBO ROBERT I LAPPIN CHARITABLE FOUNDIMAD: 0103A1B7AA1C000145 TRN: 0391814003FF YOUR REF: O/B EASTERN BANK | | $350,000.00 |

JPMSAB0004139

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 9 of 63

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/03 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: DAVID N HURWITZ PLEDGED TO ML Y 18019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=DAVID N. HURWITZ/AC-1H01673 RFB=O/B MELLON BANK BBI=/OCMT IMAD: 0103030CI20C004550 TRN: 0508403003FF YOUR REF: O/B MELLON BANK | | $300,000.00 |
| 01/03 | | DEPOSIT         2942 | | $825,924.00 |
| | | 1 DAY FLOAT         01/04         $500,000.00 | | |
| | | 2 DAY FLOAT         01/07         $153,958.56 | | |
| | | 3 DAY FLOAT         01/08         $10,465.44 | | |
| 01/03 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $50,000,000.00 RATE=03.85% FOR INVESTMENT DATED 01/02/08. REF=CPSWP010208 TRN: 0031001054XP YOUR REF: 319971054003 | | $5,319.44 |
| 01/03 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080102 TO 080103 RATE 4.1504 TRN: 0800300169AN YOUR REF: NC0393437001030801 | | $365,042,081.15 |
| 01/03 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4728200003JK YOUR REF: M040207820370031 | $375,000,000.00 | |
| 01/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC, LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOUL-2014 LUXEMBOURG REF: BNF-REF- ALPHA PRIME EQUITY HEDGED FUND IMAD: 0103810GC04C002319 TRN: 1253000003JO YOUR REF: CAP OF 08/01/03 | $11,000,000.00 | |
| 01/03 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 0103810GC02C002133 TRN: 1253100003JO YOUR REF: LUXINV | $9,000,000.00 | |
| 01/03 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: JEFFREY ALLAN BERMAN IMAD: 0103B1QGC05C002063 TRN: 1253200003JO YOUR REF: BERMAN | $3,852,283.84 | |
| 01/03 | | FEDWIRE DEBIT VIA: BKATLANTIC/267083763 A/C: THE KORN FAMILY LIMITED PARTNE PALM BEACH GARDENS,FLORIDA 33410 REF: TELEBEN IMAD: 0103810GC04C002323 TRN: 1253300003JO YOUR REF: JODI | $1,636,507.00 | |
| 01/03 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: CITIGROUP GLOBAL MARKETS INC. BEN: TODD RECHLER IMAD: 0103B1QGC03C002363 TRN: 1253400003JO YOUR REF: TODD RECHLER | $1,519,524.24 | |

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ⬠**

January 01, 2008 –
January 31, 2008

**Page 10 of 63**

**Account Number**
⬛⬛⬛⬛703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/03 | | BOOK TRANSFER DEBIT A/C: 9301011483 GOLDMAN SACHS & CO. TRN: 1253500003JO YOUR REF: DRCHAM | $1,500,000.00 | |
| 01/03 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: BETTY A. GINSBURG REVOCABLE TRIMAD: 010381QGC01C002502 TRN: 1253600003JO YOUR REF: BGINSTST | $1,000,000.00 | |
| 01/03 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: RMGF LIMITED PARTNERSHIP # 21W,FLORAL PARK,NY 11005 REF: TELEBEN SSN: 0211499 TRN: 1253700003JO YOUR REF: JODI | $879,382.64 | |
| 01/03 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES MARDEN AND IRIS ZURAWIN 1125 PARK AVENUE,NEW YORK,NY 10128 REF: TELEBEN SSN: 0211512 TRN: 1253800003JO YOUR REF: JODI | $750,000.00 | |
| 01/03 | | BOOK TRANSFER DEBIT A/C: 000000000400700980 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF: TELEBEN TRN: 1253900003JO YOUR REF: JODI | $700,000.00 | |
| 01/03 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: SILVERSTEIN INVESTMENT CLUB IMAD: 010381QGC05C002064 TRN: 1254000003JO YOUR REF: SILVERSTEIN | $655,000.00 | |
| 01/03 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: DCI TRADING PARTNERSHIP LLC SSN: 0211506 TRN: 1254100003JO YOUR REF: DCIPTR | $500,000.00 | |
| 01/03 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4BB UNITED KINGDOM ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF: BNF-SORT CODE 56-00-20 HOLBORN CIRCUS BRANCH TRN: 1254200003JO YOUR REF: ERIN | $258,000.00 | |
| 01/03 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4BB UNITED KINGDOM ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF: BNF-SORT CODE 56-00-20 HOLBORN CIRCUS BRANCH TRN: 1254300003JO YOUR REF: ERIN | $200,000.00 | |
| 01/03 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: PICTET AND CIE PICTCHGG BEN: EASTSIDE INVESTMENTS LTD 1204 GENEVA, SWITZERLAND REF: TELEBEN SSN: 0211516 TRN: 1254400003JO YOUR REF: JODI | $150,000.00 | |
| 01/03 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080103 TO 080104 RATE 4.1804 TRN: 0800300481AN YOUR REF: ND0402439401030801 | $470,000,000.00 | |
| 01/03 | | FUNDING XFER TO 005301428151509 TRN: 0190000249RF | $4,757,192.00 | |

JPMSAB0004141

18-Dec-08                                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⚙

January 01, 2008 -
January 31, 2008

Page 11 of 63

Account Number
███ 703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/03 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010308. YOUR REF: 31Y9996812003 | $36,388,817.00 | |
| 01/03 | | ORIG CO NAME:IRS          ORIG ID:3387702000 DESC DATE:010308 CO ENTRY DESCR:USATAXPMTSEC:CCD TRACE#:021000028844519 EED:080103  IND ID:220840300229982 IND NAME:BERNARD L MADOFF TRN: 0028844519TC | $4,115,276.47 | |
| 01/03 | | CLOSING LEDGER BALANCE | *** Balance *** | $700,423.07 |
| 01/03 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.07 |
| 01/04 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010308 . TRN: 0032003178XN YOUR REF: 31Y9996812003 | | $36,388,817.00 |
| 01/04 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: KAY INVESTMENT GROUP LLC SILVER SPRING MD 20910-3638 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=-/003930545845 SILVER SPRING MD 20910-3638 OBI=FBO KAY INVESTMENT GROUPSSN: 0281126 TRN: 5121200004FC YOUR REF: 01980104006349NY | | $27,500,000.00 |
| 01/04 | | BOOK TRANSFER CREDIT B/O: MOUNT CAPITAL ASSET SUBSIDIARYDUBLIN 2 IRELAND REF: FFC MOUNT CAPITAL ASSET SUBSIDIARY ACCT FR085 - TRANSFER TO PB 05934MOUNT CAPITAL ASSET SUBSIDIARY/BNF/140 081 703 BERNARD L MADOFF TRN: 2512700004JO YOUR REF: CAP OF 08/01/04 | | $10,000,000.00 |
| 01/04 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: J F FOUNDATION, LLC. ATTN: SW YORK, N.Y. 10018 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JF FOUNDATIONS LLC/AC-1J004730 RFB=O/B CITIBANK NYC OBI=YIMAD: 0104B1Q8021C004228 TRN: 03B3701004FF YOUR REF: O/B CITIBANK NYC | | $1,900,000.00 |
| 01/04 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: THE GURWIN FAMILY FOUNDATION PALM BEACH FL 33480-3954 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=THE GURWIN FAMILY FOUNDATION/AC-1G037830 RFB=O/B BK OF NYIMAD: 0104B1G8154C002735 TRN: 0230802004FF YOUR REF: O/B BK OF NYC | | $1,054,292.08 |
| 01/04 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY CF INVESTMENTS, LL10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF =NINE THIRTY CF INVESTMENTS, LL/AC-1N004030 RFB=O/B CITIBAIMAD: 0104B1Q8022C005917 TRN: 0640314004FF YOUR REF: O/B CITIBANK NYC | | $1,050,000.00 |

JPMSAB0004142

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase 

January 01, 2008 –
January 31, 2008

Page 12 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/04 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: JF-CRUT, LLC C/O JFI CARNEGIE 19 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JF CRUT LLC/AC-1J004330 RFB=O/B CITIBANK NYC OBI=Y BBI=/TIMAD: 0104B1Q8023C004274 TRN: 0383901004FF YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |
| 01/04 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713-ORG/064956008 HAROLD L STRAUSS REF:/ACC/SECURITIES LLC NO NAME GIVEN TRN: 0244480004ES YOUR REF: OS1 OF 08/01/04 | | $900,000.00 |
| 01/04 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713-ORG/064955000 MARLENE BARASCH STRAUSS TRN: 0250500004ES YOUR REF: OS1 OF 08/01/04 | | $700,000.00 |
| 01/04 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: GF FOUNDATIONS, LLC C/O STUARTL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GF FOUNDATIONS, LLC/AC-1G032330 RFB=O/B CITIBANK NYC OBI=IMAD: 0104B1Q8021C004231 TRN: 0384001004FF YOUR REF: O/B CITIBANK NYC | | $500,000.00 |
| 01/04 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: R FLAX + L BELL TTEE THE LIVERH AVENUE EUGENE OR 97401 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=00010311699333 OBI=THE LIVERPOOL TRUST L0311 BBI=/CHGS/USDIMAD: 0104I1B7836R001404 TRN: 0332202004FF YOUR REF: 0001031699333 | | $188,229.85 |
| 01/04 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: JUDIE BOXILL JUPITER FL 33477 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080104150540 OBI=FBO JUDIE CAMUS BOXILL 1ZB055 BBI=/TIME/IMAD: 0104E3B7502C001691 TRN: 0392809004FF YOUR REF: 080104150540 | | $125,000.00 |
| 01/04 | | FED WIRE CREDIT VIA: WACHOVIA BANK OF DELAWARE,N.A/031100859 B/O: HERBERT BOXILL JUPITER FL 33477 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080104500028 OBI=FBO HERBERT J BOXILL ACCOUNT 1ZB054 BBI=IMAD: 0104E3B75DBC000104 TRN: 0392203004FF YOUR REF: 080104500028 | | $100,000.00 |

JPMSAB0004143

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 13 of 63

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/04 | | DEPOSIT          2943<br>1 DAY FLOAT          01/07          $193,640.00<br>2 DAY FLOAT          01/08          $148,510.40<br>3 DAY FLOAT          01/09          $5,809.60 | | $449,160.00 |
| 01/04 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO.<br>COMML PAPER. PRINCIPAL=$36,388,917.00 RATE=03.77% FOR<br>INVESTMENT DATED 01/03/08. REF=CPSWP010308 TRN:<br>0041001017XP<br>YOUR REF: 31Y9971017004 | | $3,810.72 |
| 01/04 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOOFF 10022<br>REF: TO REPAY YOUR DEPOSIT FR 080103 TO 080104 RATE 4.1804<br>TRN: 0800400203AN<br>YOUR REF: NC040243401040801 | | $470,054,578.49 |
| 01/04 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG:<br>JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM<br>DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7185800004JK<br>YOUR REF: M041325020470105 | $325,000,000.00 | |
| 01/04 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: STEVEN SCHIFF<br>MIAMI,FL REF: TELEBEN IMAD: 0104810GC06C001734 TRN:<br>1000800004JO<br>YOUR REF: JODI | $1,600,000.00 | |
| 01/04 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: NORMAN,IRMA<br>BRAMAN FOUNDATION,MIAMI,FLORIDA REF: TELEBEN IMAD:<br>0104810GC01C001942 TRN: 1000700004JO<br>YOUR REF: JODI | $800,000.00 | |
| 01/04 | | BOOK TRANSFER DEBIT A/C: MR JEFFREY LEVY-HINTE NEW YORK NY<br>10003- ORG: BERNARD L. MADOFF 88 5 THIRD AVE. NEW YORK,NY<br>10022 TRN: 1000900004JO<br>YOUR REF: CAP OF 08/01/04 | $500,000.00 | |
| 01/04 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL<br>LYNCH NEW YORK,N.Y. BEN: WEISS SCHOENFELD FLP FLORAL<br>PARK,N.Y. REF: TELE TELEBEN BNF/TIME/10:20 IMAD:<br>0104810GC01C001944 TRN: 1000800004JO<br>YOUR REF: JODI | $500,000.00 | |
| 01/04 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT<br>KEVIN AND PATRICE M AU,SEATTLE WASHINGTON 98102 REF:<br>TELEBEN IMAD: 0104810GC08C002396 TRN: 1001000004JO<br>YOUR REF: JODI | $43,000.00 | |
| 01/04 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON E1 8EG UNITED<br>KINGDOM ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF:<br>TELEBEN TRN: 1001100004JO<br>YOUR REF: JODI | $20,000.00 | |

18-Dec-08                                                                                    18Dec08-344
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬡

January 01, 2008 -
January 31, 2008

**Page 14 of 63**

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/04 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080104 TO 080107 RATE 4.1514 TRN: 0800400547AN YOUR REF: ND0413734001040801 | $170,000,000.00 | |
| 01/04 | | FUNDING XFER TO 000301429151509 TRN: 01900002458F | $9,296,898.60 | |
| 01/04 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01040B. YOUR REF: 31Y999675004 | $44,330,590.00 | |
| 01/04 | | CLOSING LEDGER BALANCE | *** Balance *** | $523,822.61 |
| 01/04 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.61 |
| 01/07 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01040B . TRN: 0942003237XN YOUR REF: 31Y999675004 | | $44,330,590.00 |
| 01/07 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9376700007JK YOUR REF: 03844420 | | $300,234,500.00 |
| 01/07 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: 1/GROUPEMENT FIN 2/5-11 LAVINGTON STREET PC: REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT FRT047886MNY OBI=FFC GROUPEMENT FINANCIER AC FR096 REFIMAD: 0107B1Q8984C008075 TRN: 0567507007FF YOUR REF: TT FRT047886MNY | | $10,800,000.00 |
| 01/07 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: NINE THIRTY MONT-BLANC INV. LNEW YORK 10019 NY US REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/0420182001 NEW YORK 10019 NY US OGB=CITIBANK INTERNATIONAL PLC LONDONSSN: 0192794 TRN: 352550000FFC YOUR REF: O/B CITIBANK NYC | | $1,400,000.00 |
| 01/07 | | FED WIRE CREDIT VIA: NORTHERN TRUST NATIONAL ASSOCI/066008850 B/O: POTAMKIN FAMILY INVESTMENT LLCNEW YORK NY 10019-3551 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BFB=O/B NORTHERN TR OBI=FOR FURTHER CREDIT TO: POTAMKIN FAMILIMAD: 0107G1B76EAC000120 TRN: 0269901007FF YOUR REF: O/B NORTHERN TR | | $12,000.00 |
| 01/07 | | DEPOSIT          2944 | | $17,000.00 |
| 01/07 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $44,330,590.00 RATE=03.71% FOR INVESTMENT DATED 01/04/08. REF=CPSWP01040B TRN: 0971001112XP YOUR REF: 31Y9971112007 | | $13,705.53 |

JPMSAB0004145

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ○

January 01, 2008 -
January 31, 2008

Page 15 of 63

Account Number
███ 703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/07 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080104 TO 080107 RATE 4.1514 TRN: 0800700245AN YOUR REF: NC0413734001070801 | | $170,058,811.93 |
| 01/07 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS/NEW YORK NY 10004 TRN: 9377300007.JK YOUR REF: N0422357207700S9 | $325,000,000.00 | |
| 01/07 | | FEDWIRE DEBIT VIA: PEAPACK GLADSTONE/021205237 A/C: DAVID PULVER SPECIAL ACCOUNT COBBLEFIELD DR. MENDHAM,NJ 07945 REF: TELEBEN/TIME/11:42 IMAD: 0107B1QGC02C002586 TRN: 1785500007JO YOUR REF: JODI | $11,000,000.00 | |
| 01/07 | | BOOK TRANSFER DEBIT A/C: LEHMAN BROS INC-INCOMING CUST NEW YORK NY 10019 TRN: 1785700007JO YOUR REF: LOEBJ | $500,000.00 | |
| 01/07 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ALTOUR INTERNATIONAL NEW YORK, NY 10020 SSN: 0292318 TRN: 1785600007JO YOUR REF: CAP OF 08/01/07 | $500,000.00 | |
| 01/07 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080107 TO 080108 RATE 4.1684 TRN: 0800700449AN YOUR REF: N00422968501070801 | $155,000,000.00 | |
| 01/07 | | FUNDING XFER TO 0065014281151509 TRN: 0190000250RF | $13,103,016.92 | |
| 01/07 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010708 . YOUR REF: 31Y9996857007 | $22,119,429.00 | |
| 01/07 | | CHECK PAID # 15468 | $2,000.00 | |
| 01/07 | | **CLOSING LEDGER BALANCE** | *** Balance *** | **$165,984.15** |
| 01/07 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | **$.15** |
| 01/08 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010708 . TRN: 0072003228XN YOUR REF: 31Y9996857007 | | $22,119,429.00 |
| 01/08 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 162820000BJK YOUR REF: 03344494 | | $245,690,250.00 |
| 01/08 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: DEFENDER LTD HSBC 67574568 HOUSE HARCOURT ST DUBLIN 2 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=DEFENDER LTD HSBC 67574568 HOUSE HARCOURT ST DUBLIN 2 OGB=HSBC INSTITUSSN: 0268263 TRN: 4799600008FC YOUR REF: 7J08018R10805260 | | $70,000,000.00 |

18-Dec-08                                                                                              18Dec08-344

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344**

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 16 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/08 | | BOOK TRANSFER B/O: THE PHILOCTETES CENTER INC NEW YORK NY 10028- ORG/000000000000739186043 THE PHILOCTETES CENTER INC TRN: 0702000008ES YOUR REF: OS1 OF 08/01/08 | | $2,000,000.00 |
| 01/08 | 12/31 | BOOK TRANSFER CREDIT B/O: BERNARD L MADOFF NEW YORK NY 10022-4834 ORG/IE22CITC00000021280501 EQUITY TRADING PORTFOLIO LTD INVESTREF: REVERSE AND REINSTATE OUR PRIOR POSTING DATE 02-JAN-08 TO 31-DEC-07 REF 0060814002FF/BNF/JPMORGAN CHASE BANK, N.A. REFE TRN: 1434500008II YOUR REF: 9014-08JAN08 | | $1,700,000.00 |
| 01/08 | | FED WIRE CREDIT VIA: SUNTRUST BANK, ATLANTA/061000104 B/O: 305 PARTNERS LIMITED PARTNERSHPALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=1 2008008001786 OBI=PARTIAL 12/31/07 REDEMPTION UNAUDITEDIMAD: 0108F1OCZ58C004304 TRN: 0495801008FF YOUR REF: 1 2008008001786 | | $1,672,593.00 |
| 01/08 | | DEPOSIT        2946 | | $796,543.84 |
| | | 1 DAY FLOAT        01/09        $525,029.81 | | |
| | | 2 DAY FLOAT        01/10        $1,727.84 | | |
| | | 3 DAY FLOAT        01/11        $6.19 | | |
| 01/08 | | DEPOSIT        2948 | | $137,900.74 |
| | | 1 DAY FLOAT        01/09        $126,504.00 | | |
| | | 2 DAY FLOAT        01/10        $11,283.26 | | |
| | | 3 DAY FLOAT        01/11        $113.48 | | |
| 01/08 | | DEPOSIT        2947 | | $18,909.51 |
| | | 2 DAY FLOAT        01/10        $18,720.42 | | |
| | | 3 DAY FLOAT        01/11        $189.09 | | |
| 01/08 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL = $22,119,429.00 RATE=03.69% FOR INVESTMENT DATED 01/07/08. REF=CPSWP010708 TRN: 0081001101XP YOUR REF: 31Y9971101008 | | $2,261.10 |
| 01/08 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080107 TO 080108 RATE 4.1604 TRN: 0809800159AN YOUR REF: NC0422988501080801 | | $155,017,913.18 |
| 01/08 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1629200008JK YOUR REF: M043173750871648 | $300,000,000.00 | |

JPMSAB0004147

18-Dec-08

18Dec08-344

**JPMorganChase** ○

January 01, 2008 -
January 31, 2008

Page 17 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/08 | 01/02 | BOOK TRANSFER DEBIT A/C: BERNARD L MADOFF NEW YORK NY 10022-4834 ORG:/IE22CITC00000021280501 EQUITY TRADING PORTFOLIO LTD INVESTREF: REVERSE AND REINSTATE OUR PRIOR POSTING DATE 02-JAN-08 TO 31-DEC-07REF 0060814002FF/BN7/JPMORGAN CHASE BANK, N.A. REFE TRN: 14345000008II YOUR REF: 9014-08JAN08 | $1,700,000.00 | |
| 01/08 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: ST. JAMES ASSOCIATES FL. 33308-2001 IMAD: 0108B1QGC07C003051 TRN: 1404500008JO YOUR REF: CAP OF 08/01/08 | $1,200,000.00 | |
| 01/08 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: O.D.D. INVESTMENTS,L.P. CARLSTEAD,N.J. REF: TELEBEN SSN: 0248815 TRN: 1404600008JO YOUR REF: JODI | $1,000,000.00 | |
| 01/08 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: OSTRIN FAMILY PARTNERSHIP SAN RAFAEL, CA. 94903 IMAD: 0108B1QGC05C002198 TRN: 1404700008JO YOUR REF: CAP OF 08/01/08 | $850,000.00 | |
| 01/08 | | BOOK TRANSFER DEBIT A/C: MAURICE J COHN MANHASSET NY 11030- ORG: BERNARD L. MADOFF 88 5 THIRD AVENUE NE TRN: 1404800008JO YOUR REF: JOBI | $525,000.00 | |
| 01/08 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST- INVESTMENTS OMNI INBOUND TRN: 1405100008JO YOUR REF: CSALMAN | $500,000.00 | |
| 01/08 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST-INVESTMENTS OMNI INBOUND TRN: 1405500008JO YOUR REF: JSALMAN | $500,000.00 | |
| 01/08 | | FEDWIRE DEBIT VIA: CHEMICAL MIDLAND/072410013 A/C: ANNA JUNIA DOAN TRUST IMAD: 0108B1QGC05C002199 TRN: 1405200008JO YOUR REF: DOANTST | $500,000.00 | |
| 01/08 | | FEDWIRE DEBIT VIA: CITIBANK FSB CT/221172610 A/C: THOMAS L.STARK,HILARY M.STARK RIVERSIDE,CT 06878 REF: TELEBEN IMAD: 0108B1QGC07C003053 TRN: 1405400008JO YOUR REF: JODI | $500,000.00 | |
| 01/08 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: 1000 CONNECTICUT AVE. ASSOC WASHINGTON, DC 20036 IMAD: 0108B10GC02C002912 TRN: 1404900008JO YOUR REF: CAP OF 08/01/08 | $500,000.00 | |
| 01/08 | | FEDWIRE DEBIT VIA: COMM BK MARLTON/031201360 A/C: KURT J. LANCE IMAD: 0108B1QGC04C002484 TRN: 1405000008JO YOUR REF: LANCEKJ | $500,000.00 | |

18-Dec-08                                                                                                 18Dec08-344

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase** ⭘

January 01, 2008 -
January 31, 2008

**Page 18 of 63**

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/08 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: FIRST CLEARING LLC BEN: ARTHUR GOLDBERG IMAD: 0108810GC04C002485 TRN: 1405390008JO YOUR REF: ARTGOLD | $500,000.00 | |
| 01/08 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: ROYAL BANK OF SCOTLAND INT'L LST. HELIER JERSEY, CHANNEL ISLANDS BEN: EBTL:MAD0001/2/8NA HELIER JERSEY JE4 9WG SSN: 0248809 TRN: 1405600008JO YOUR REF: MARSHEB | $54,000.00 | |
| 01/08 | | BOOK TRANSFER DEBIT A/C: SOCIETE GENERALE 94727 FONTENAYS.BOIS FRANCE ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE BEN:/00050994658 MLLE EMILIE APFELBAUM REF: TELE TELEBEN BNF TRN: 1571100008JO YOUR REF: JODI | $8,690.00 | |
| 01/08 | | CHIPS DEBIT VIA: SOCIETE GENERALE NA INC./0422 A/C: SOCIETE GENERALE PARIS BEN: MR AND MRS APFELBAUM 75006 PARIS REF: TELE TELEBEN BNF SSN: 0257365 TRN: 1571200008JO YOUR REF: JODI | $6,480.00 | |
| 01/08 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080108 TO 080109 RATE 4.2004 TRN: 0800800419AN YOUR REF: ND0432294401080801 | $160,000,000.00 | |
| 01/08 | | FUNDING XFER TO 000301428151509 TRN: 0190000244RF | $12,731,492.50 | |
| 01/08 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010808 . YOUR REF: 31Y9996835008 | $16,964,642.00 | |
| 01/08 | | CLOSING LEDGER BALANCE | *** Balance *** | $690,480.02 |
| 01/08 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.02 |
| 01/09 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010808 . TRN: 008200317BXN YOUR REF: 31Y9996835008 | | $16,964,642.00 |
| 01/09 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3960000008JK YOUR REF: 03929505 | | $325,265,416.57 |
| 01/09 | | FED WIRE CREDIT VIA: THE NORTHERN TRUST INTL BKING/026001122 B/O: ROBECO SAGE CAPITAL INTL LIMITSTYNE HOUSE, UPPER HATCH STREET REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTHERN INT OBI=FFC: FUND FOR THE POOR, INC. ACCOUNTIMAD: 0109G1B76E2C001582 TRN: 0307601009FF YOUR REF: O/B NORTHERN INT | | $1,500,000.00 |

JPMSAB0004149

**JPMorganChase** ⚪

January 01, 2008 -
January 31, 2008

Page 19 of 63

Account Number
[REDACTED] 703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/09 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=JEANETTE W. LOEB L01SSN: 0289926 TRN: 5222200009FC YOUR REF: 1223925 | | $1,336,916.33 |
| 01/09 | | FED WIRE CREDIT VIA: THE NORTHERN TRUST INTL BKING/026001122 B/O: ROBECO SAGE CAPITAL INTL LIMITSTYNE HOUSE, UPPER HATCH STREET REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTHERN INT OBI=FFC: PASCUCCI FAMILY FOUNDATION ACCOIMAD: 0109G1B76E2C001584 TRN: 0320802009FF YOUR REF: O/B NORTHERN INT | | $1,000,000.00 |
| 01/09 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK/122016066 B/O: STEWART TITLE OF CALIFORNIA HOLD MAIL: SPECIALTY DEPOSITS 913 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=ESC.E071213976 OBI=SANDLER SKLAR PROP.2920 ALMA AVE. MANHIMAD: 0109L2LFCX1C001088 TRN: 0570313009FF YOUR REF: ESC.E071213976 | | $658,728.49 |
| 01/09 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=RICHARD LEE WALTER ESSN: 0289897 TRN: 5221300009FC YOUR REF: 1223929 | | $39,342.90 |
| 01/09 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=MARIA BARONE ZW049 SSN: 0289899 TRN: 5221400009FC YOUR REF: 1223932 | | $11,532.90 |
| 01/09 | | FED WIRE CREDIT VIA: SUNTRUST BANK, ATLANTA/061000104 B/O: 305 PARTNERS LIMITED PARTNERSHPALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=1 2008009002138 OBI=PARTIAL 12/31/07 REDEMPTION UNAUDITEDIMAD: 0109F10C20BC005206 TRN: 0568902009FF YOUR REF: 1 2008009002138 | | $7,667.00 |
| 01/09 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=CHARLES E NADLER EM-SSN: 0289904 TRN: 5221700009FC YOUR REF: 1223934 | | $6,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬭

January 01, 2008 -
January 31, 2008

Page 20 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/09 | | DEPOSIT           2949 | | $2,921,756.00 |
| | | 1 DAY FLOAT          01/10        $2,421,756.00 | | |
| | | 2 DAY FLOAT          01/11        $490,000.00 | | |
| | | 3 DAY FLOAT          01/14        $10,000.00 | | |
| 01/09 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $16,964,642.00 RATE=03.67% FOR INVESTMENT DATED 01/08/08. REF=CPSWP010808 TRN: 0091001071XP YOUR REF: 31Y9971071009 | | $1,729.45 |
| 01/09 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080108 TO 080109 RATE 4.2004 TRN: 0900900171AN YOUR REF: NC0432294401090801 | | $160,018,668.84 |
| 01/09 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3985200009JK YOUR REF: M044203860970288 | $350,000,000.00 | |
| 01/09 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC, LONDON BEN: HSSL REDEMPTION PROCEEDS ACCDUL UXEMBOURG REF: BNF-REF, HERALD FUND SPC- HERALD USA SEGREGATED PORTFOLIO ONE P00IMAR: 0109B10GC03C00222D TRN: 1222100009JO YOUR REF: HERALD | $20,000,000.00 | |
| 01/09 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: AHT ASSOCIATES, LLC FALLS CHURCH, VIRGINIA 22046 REF: TELEBEN IMAD: 0109B10GC03C002224 TRN: 1222200009JO YOUR REF: JODI | $1,233,431.43 | |
| 01/09 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: RICHARD AND JOAN BERNHARD SANDS POINT, NY 11050 REF: TELEBEN SSN: 0251380 TRN: 1222300009JO YOUR REF: JODI | $825,000.00 | |
| 01/09 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/056009650 A/C: BRANCH FAMILY DEVELOPMENT,LLC BELTSVILLE, MARYLAND 20705 REF: TELEBEN IMAD: 0109B10GC08C002867 TRN: 1222400009JO YOUR REF: JODI | $600,000.00 | |
| 01/09 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: MEYER NORTHLAKE PARTNERS, L.P.IMAD: 0109B10GC03C002225 TRN: 1222500009JO YOUR REF: MEYERNLP | $535,000.00 | |
| 01/09 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080109 TO 080110 RATE 4.1804 TRN: 0800900485AN YOUR REF: N00443784801090801 | $110,000,000.00 | |
| 01/09 | | FUNDING XFER TO 000301428151509 TRN: 0190000249RF | $8,545,983.80 | |

JPMSAB0004151

18-Dec-08                                                                                    18Dec08-344

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

JPMorganChase ⚪

January 01, 2008 -
January 31, 2008

Page 21 of 63

Account Number
███████703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/09 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010908 . YOUR REF: 31Y9996816009 | $15,729,671.00 | |
| 01/09 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $2,953,794.37 |
| 01/09 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $3.37 |
| 01/10 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP010908 . TRN: 0092003147XN YOUR REF: 31Y9996816009 | | $15,729,671.00 |
| 01/10 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6782200010JK YOUR REF: 04020782 | | $375,306,250.00 |
| 01/10 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: STEPHANIE AND MATTHEW FITERMANMINNEAPOLIS MN 55427-4595 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW09634010860800 OBI=MSM INVESTMENT GROUP LLC MADOFF ACCOMAD: 011011B7033R001885 TRN: 0274501010FF YOUR REF: FW09634010860800 | | $1,000,000.00 |
| 01/10 | | FED WIRE CREDIT VIA: COLONIAL BANK N.A./062001319 B/O: E J RIBAKOFF PALM BEACH,FL 33480- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B COLONIAL BAN BBI=/BNF/FBO: EUGENE J RIBAKOFF ACCOUNT IMAD: 0110F2QCZ58C001479 TRN: 0537813910FF YOUR REF: O/B COLONIAL BAN | | $600,000.00 |
| 01/10 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: THOMAS J BERNFELD NEW YORK NY 10023-5562 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000258905282 NEW YORK NY 10023-5562 OBI=FBO:THOMAS BERNFELD 1-EM018-3SSN: 0228459 TRN: 4151609010FC YOUR REF: 01080110000021NN | | $577,000.00 |
| 01/10 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: MALT R. TTEE M. WOLPOW FAM TR-BOSTON, MA 02109 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARC B WOLPOW 1995 FAMILY TRUST/AC-1-W0117-3-0 RFB=O/B MEIMAD: 0110A10CI28C003803 TRN: 0562308010FF YOUR REF: O/B MELLON TRUST | | $150,000.00 |

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 22 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/10 | | FED WIRE CREDIT VIA: US BANK SOUTH DAKOTA/091408501 B/O: WAY TRUST TRUST ACCOUNT SIOUX FALLS,SD,57104 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080110022632 OBI=FFC: W. DUNCAN MACMILLAN 1969 TR FFC ACCIMAD: 0110L3LF151C002449 TRN: 0510108010FF YOUR REF: 080110022632 | | $110,631.00 |
| 01/10 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=NANCY PORTNOY ZR236 SSN: 0298400 TRN: 5337100010FC YOUR REF: 1225008 | | $100,000.00 |
| 01/10 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: FREDERICK KONIGSBERG 52 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=CREDIT TO ACCOUNT OF FREDERIC SUSAN IMAD: 0110810B022C002615 TRN: 0150708010FF YOUR REF: O/B CITIBANK NYC | | $43,950.00 |
| 01/10 | | DEPOSIT     2950 1 DAY FLOAT     01/11     $876,250.00 2 DAY FLOAT     01/14     $65,750.00 3 DAY FLOAT     01/15     $3,000.00 | | $1,241,000.00 |
| 01/10 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $15,729,671.00 RATE=03.66% FOR INVESTMENT DATED 01/09/08. REF=CPSWP010908 TRN: 0101001065XP YOUR REF: 311Y971065010 | | $1,599.18 |
| 01/10 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080109 TO 080110 RATE 4.1884 TRN: 0801000199AN YOUR REF: NC84437B4801100801 | | $110,012,773.69 |
| 01/10 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6784000010JK YOUR REF: M045705731070354 | $300,000,000.00 | |
| 01/10 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: ROBERT K. LIFTON IMAD: 0110810GC07C003024 TRN: 1306200010JO YOUR REF: LIFTONR | $1,000,000.00 | |
| 01/10 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: ALEXANDRE AND LORI CHEMLA IMAD: 0110810GC02C002562 TRN: 1306300010JO YOUR REF: CHEMLA | $500,000.00 | |

JPMSAB0004153

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

**Page 23 of 63**

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/10 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: MARK HUGH CHAIS BEVERLY HILLS,CA. 90210-3530 REF: TELEBEN/TIME/11:14 IMAD: 0110810GC07C003025 TRN: 1305400010JO YOUR REF: JODI | $100,000.00 | |
| 01/10 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080110 TO 080111 RATE 4.2505 TRN: 0801000435AN YOUR REF: ND0457946501160801 | $195,000,000.00 | |
| 01/10 | | FUNDING XFER TO 0053014281515509 TRN: 0190000241RF | $4,397,826.05 | |
| 01/10 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01100B . YOUR REF: 31Y9999818010 | $15,381,035.00 | |
| 01/10 | | CHECK PAID # 15470 | $2,500.00 | |
| 01/10 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,445,308.19 |
| 01/10 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.19 |
| 01/11 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01100B . TRN: 0102003173XN YOUR REF: 31Y9995818010 | | $15,381,035.00 |
| 01/11 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10084 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9122800011JK YOUR REF: 04132502 | | $325,265,416.67 |
| 01/11 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: M+R TRUST PARTNERSHIP 1814 FRANKLIN ST STE 800 94612 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=M + R TRUST PARTNERSHIP/AC-1M0239 RFB=O/B CITIBANK NYC OBIMAD: 0111810B023C007417 TRN: 0726913011FF YOUR REF: CREDIT O/B CITIBANK NYC | | $4,995,000.00 |
| 01/11 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: M.J. INVESTMENT, L.L.C C/O STU019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=M.J. INVESTMENT, LLC/AC-1M014630 RFB=O/B CITIBANK NYC OBI=YIMAD: 0111810B024C006571 TRN: 0620002011FF YOUR REF: O/B CITIBANK NYC | | $3,000,000.00 |
| 01/11 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: MDG INVESTMENT, LLC C/O STUARTST 56TH FL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MDG INVESTMENT, LLC/AC-1M014730 RFB=O/B CITIBANK NYC OBI=IMAD: 0111810B024C008707 TRN: 0635909011FF YOUR REF: O/B CITIBANK NYC | | $1,300,000.00 |

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 –
January 31, 2008

Page 24 of 63

Account Number
▮▮▮▮703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/11 | | FED WIRE CREDIT VIA: ALPINE BANK/102103407 B/O: WHITESTAR CAPITAL LP PHILADELPHIA PA 19103 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B ALPINE GLENW OBI=FBO: BERNARD L MADOFF ACCT#/ 1FR 121 IMAD: 0111QMGFT005003935 TRN: 0716305011FF YOUR REF: O/B ALPINE GLENW | | $1,094,000.00 |
| 01/11 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: EDG INVESTMENT LLC C/O JFI CARL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=EDG INVESTMENT, LLC/AC-1E016830 RFB=O/B CITIBANK NYC OBI=IMAD: 0111B1Q8021C006553 TRN: 0639701011FF YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |
| 01/11 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: SLG INVESTMENT, L.L.C. C/O JFI6TH FL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SLG INVESTMENT LLC/AC-1S049830 RFB=O/B CITIBANK NYC OBI=YIMAD: 0111B1Q8021C006487 TRN: 0617902011FF YOUR REF: O/B CITIBANK NYC | | $800,000.00 |
| 01/11 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MDSSN: 0303173 TRN: 5367300011FC YOUR REF: 1228358 | | $500,000.00 |
| 01/11 | | FED WIRE CREDIT VIA: CAPITAL ONE N.A./021407912 B/O: DCS BFS FAMILY PARTNERSHIP II GARDEN CITY NY 11530-3205 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTH FORK B OBI=FBO DCS BFS FAMILY PARTNERSHIP II L/PIMAD: 0111B1Q8431C001390 TRN: 0503014011FF YOUR REF: O/B NORTH FORK B | | $360,000.00 |
| 01/11 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=DAVID M. SERXNER ZR1SSN: 0303139 TRN: 5364600011FC YOUR REF: 1228358 | | $130,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

**Page 25 of 63**

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/11 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=DORIS M PEARLMAN P0GSN: 0303159 TRN: 5363900011FC YOUR REF: 1228380 | | $30,000.00 |
| 01/11 | | DEPOSIT 2951 1 DAY FLOAT 01/14 $75,000.00 2 DAY FLOAT 01/15 $195,572.29 | | $270,572.29 |
| 01/11 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $15,381,035.00 RATE=03.66% FOR INVESTMENT DATED 01/10/08. REF=CPSWP011008 TRN: 0111001055XP YOUR REF: 31Y9971055011 | | $1,563.74 |
| 01/11 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080110 TO 080111 RATE 4.2505 TRN: 0801100173AN YOUR REF: NC0457846501110801 | | $185,021,842.85 |
| 01/11 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9124100011JK YOUR REF: M046835871170148 | $300,000,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: CITCO BANK NEDERLAND N.V. DUBLIN IRELAND BEN: . REF: BNF-FFC- ACC- , IBAN: IE23CITC00000035810501, FAIRFIELD SENTRY LIMITED, 12 CHURCHST. SUITE 606 HAMILIMAD: 0111B1QGC05C002401 TRN: 1324500011JO YOUR REF: CAP OF 08/01/11 | $70,000,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: AUDAX MANAGEMENT COMPANY, LLC 02159 IMAD: 0111B1QGC06C003988 TRN: 2461000011JO YOUR REF: CAP OF 08/01/11 | $13,000,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: KAY INVESTMENT GROUP,LLC SILVER SPRING,MD 20910 REF: TELEBEN IMAD: 0111B1QGC03C002190 TRN: 1324500011JO YOUR REF: JODI | $11,486,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: VERDEWAY INVESTMENT PTNRS,LLC IMAD: 0111B1QGC04C002873 TRN: 1324700011JO YOUR REF: VERDE | $3,000,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC/021001033 A/C: FIDELITY GROUP OF FUNDS BEN: BRIERPATCH INVESTMENT LP WELLESLEY,MASS 02481-1418 IMAD: 0111B1QGC07C003292 TRN: 1324800011JO YOUR REF: CAP OF 08/01/11 | $1,600,000.00 | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344



January 01, 2008 -
January 31, 2008

Page 26 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/11 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: S.PAUL AND LAUREN C. SACKS AVENTURA, FL. 33180 REF: TELEBEN IMAD: 0111B1QGC07C003293 TRN: 1324900011JO YOUR REF: JODI | $660,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: FIFTH THIRD CINCI/042000314 A/C: BEAR LAKE PARTNERS MUSKEGON,MI. 48440 REF: TELEBEN/TIME/11:08 IMAD: 0111B1QGC06C002430 TRN: 1325000011JO YOUR REF: JODI | $500,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: WASH MUT BANK/021272723 A/C: IRENE J. REDLEAF IMAD: 0111B1QGC07C003295 TRN: 1325200011JO YOUR REF: REDLEAF | $500,000.00 | |
| 01/11 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: ALBERT H. SMALL WASHINGTON, D.C. 20036, SUITE 230 REF: TELEBEN IMAD: 0111B1QGC03C002192 TRN: 1325100011JO YOUR REF: CAP OF 08/01/11 | $500,000.00 | |
| 01/11 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080111 TO 080114 RATE 4.2114 TRN: 0801100467AN YOUR REF: ND0468881001110801 | $110,000,000.00 | |
| 01/11 | | FUNDING XFER TO 0663014281515O9 TRN: 0190000247RF | $5,055,314.21 | |
| 01/11 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01110B . YOUR REF: 31Y9996829011 | $23,934,192.00 | |
| 01/11 | | CLOSING LEDGER BALANCE | *** Balance *** | $349,322.53 |
| 01/11 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.53 |
| 01/14 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01110B . TRN: 0112003180XN YOUR REF: 31Y9996829011 | | $23,934,192.00 |
| 01/14 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1139600014JK YOUR REF: 04223572 | | $325,265,416.67 |
| 01/14 | | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLBOSTON MA 02109-3614 ORG//PXS8248811 ADRIENNE J JAME EX OGB: NATIONAL FINANCIAL SERVICES COBANK RECONCILIATION D-7 TRN: 3149700014FT YOUR REF: SWF OF 08/01/14 | | $4,000,000.00 |
| 01/14 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: ALTERNATIVE ADVANTAGE PLC LANDHOUSE HARCOURT ST REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=ALTERNATIVE ADVANTAGE PLC LANDMARK HOUSE HARCOURT ST OGB=HSBC INSTITUTSSN: 0303525 TRN: 5474300014FC YOUR REF: 7J14018R11405669 | | $1,700,000.00 |

JPMSAB0004157

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 27 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/14 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MARKETS INC AMHERST NY 14226-1016 ORG:/4281074510 52 RIVER COURSE ASSOCIATE LLC ATTN WOG8: CITIGROUP GLOBAL MARKETS INC C/O SALOMON SMITH BARNEY INC REF:/OCMT/USD1500000,/ TRN: 2804900014JS YOUR REF: SWF OF 08/01/14 | | $1,500,000.00 |
| 01/14 | | FED WIRE CREDIT VIA: NORTHERN TRUST NATIONAL ASSOCI/066009650 B/O: GROFFMAN, LLC PALM BEACH FL 33480-7002 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTHERN TR OBI=FFC: GOFFMAN LLC ACCT #1CM922 BBI=/TIIMAD: 0114G1B7GEAC000025 TRN: 0134814014FF YOUR REF: O/B NORTHERN TR | | $112,000.00 |
| 01/14 | | FED WIRE CREDIT VIA: CAPITAL ONE N.A./021407912 B/O: 1998 CLUB STEIN FAMILY PARTNERGARDEN CITY NY 11530-3205 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTH FORK B OBI=FBO: 1998 CLUB STEIN FAMILY PARTNERSIMAD: 0114B1Q8431C000528 TRN: 0317009014FF YOUR REF: O/B NORTH FORK B | | $100,000.00 |
| 01/14 | | DEPOSIT   2952 | | $343,444.06 |
| | | 1 DAY FLOAT      01/15      $238,444.06 | | |
| | | 2 DAY FLOAT      01/16      $105,000.00 | | |
| 01/14 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $23,934,102.00 RATE=03.55% FOR INVESTMENT DATED 01/11/08. REF=CPSWP01110B TRN: 01410010B2XP YOUR REF: 31Y9971062014 | | $7,298.90 |
| 01/14 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080111 TO 080114 RATE 4.2114 TRN: 0801400213AN YOUR REF: NC046888100114080I | | $110,038,605.14 |
| 01/14 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1142100014JK YOUR REF: M0477159614T0393 | $300,000,000.00 | |
| 01/14 | | BOOK TRANSFER DEBIT A/C: UNION BANCAIRE PRIVEE 1211 GENEVA SWITZERLAND BEN:/0129263627 M-INVEST LTD. TRN: 1474100014JO YOUR REF: MINVEST | $25,000,000.00 | |
| 01/14 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: KAY INVESTMENT GROUP,LLC SILVER SPRING,MD 20910 REF: TELEBEN IMAD: 0114B1OGC03C002933 TRN: 1474200014JO YOUR REF: JODI | $2,335,000.00 | |

18-Dec-08

18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

**Page 28 of 63**

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/14 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: MERSON LIMITED PARTNERSHIP BOCA RATON, FL. 33134 IMAD: 0114B1QGC01C902654 TRN: 1474300014JO YOUR REF: CAP OF 08/01/14 | $1,000,000.00 | |
| 01/14 | | BOOK TRANSFER DEBIT A/C: EDITH SCHUR NEW YORK NY 10019-6222 TRN: 1474400014JO YOUR REF: ESCHUR | $500,000.00 | |
| 01/14 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: THE CHARLOTTE M.MARDEN IRRE INPALM BEACH, FL. 33480 REF: TELEBEN SSN: 0287892 TRN: 1474500014JO YOUR REF: JODI | $37,500.00 | |
| 01/14 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080114 TO 080115 RATE 4.1504 TRN: 0801400509AN YOUR REF: ND0477599401140801 | $110,000,000.00 | |
| 01/14 | | FUNDING XFER TO 006301428151509 TRN: 0190000242RF | $10,757,557.75 | |
| 01/14 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011408 . YOUR REF: 31Y9996801014 | $17,186,116.00 | |
| 01/14 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $542,016.55 |
| 01/14 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.55 |
| 01/15 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011408 . TRN: 0142003150XN YOUR REF: 31Y9996801014 | | $17,186,116.00 |
| 01/15 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3458700015JK YOUR REF: 04317375 | | $300,245,000.00 |
| 01/15 | | FED WIRE CREDIT VIA: STERLING NATIONAL BANK/026007773 B/O: FARRELL FRITZ, P.C. UNIONDALE 115561320 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B STERLING NYC OBI=FFC: THE EDWARD&SUSAN BLUMENFELD 200IMAD: 0115B6B7IM1CC00174 TRN: 0773514015FF YOUR REF: O/B STERLING NYC | | $6,994,363.31 |
| 01/15 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG/Q94482009 JEFFREY FISHER REV TRUST 6/7/07 REF: BERNARD L MADOFF INVESTMENT SECURITIES LLC FFC:JEFFREY H FISHERSEPARATE PROP REV TRUST DTD 6/7/07 F0217 TRN: 02915000156S YOUR REF: OS1 OF 08/01/15 | | $5,000,000.00 |

JPMSAB0004159

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

Page 29 of 63

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/15 | | BOOK TRANSFER CREDIT B/O: ADRIENNE J JAME OR LISA S JAMEWOODBURY, NY 117973007 REF: FFC TO: JAME ASSOC LLC #1J00069/BNF/0DA/140 091 703 JPMORGAN CHASEBANK, NATIONAL ASSOC 1 PIERREPON T PLAZA, 8TH FL BROOKLYN NY 11201 US TRN: 0515200015ES YOUR REF: DCD OF 08/01/15 | | $1,000,000.00 |
| 01/15 | | FED WIRE CREDIT VIA: STERLING NATIONAL BANK/026007773 B/O: FARRELL FRITZ, P.C. UNIONDALE 115561320 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B STERLING NYC OBI=FFC: THE BRAD BLUMENFELD CHARITABLE IMAD: 0115B6B7IM1C000175 TRN: 0766102015FF YOUR REF: O/B STERLING NYC | | $990,000.00 |
| 01/15 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/031201467 B/O: PAUL J KOZLOFF FAMILY WYOMISSING PA 19610 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080115400318 OBI=FBO PAUL J KOZLOFF FAMILY LIMITED PARTNEIMAD: 0115E3975DAC003291 TRN: 0408302015FF YOUR REF: 080115400318 | | $900,000.00 |
| 01/15 | | FED WIRE CREDIT VIA: UNITED STATES TRUST CO OF NEW/021001318 B/O: CHRISTINE WERNER POUND RIDGE NY 10576-1623 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B US TR NYC OBI=PHILIP WERNER & CHRISTINE WERNER J/W WBIMAD: 0115BCBFNI1A000780 TRN: 0770002015FF YOUR REF: O/B US TR NYC | | $850,000.00 |
| 01/15 | | DEPOSIT      2953 1 DAY FLOAT        01/16        $235,900.00 2 DAY FLOAT        01/17        $85,280.00 3 DAY FLOAT        01/18        $1,089,256.00 | | $1,510,436.00 |
| 01/15 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $17,186,116.00 RATE=03.65% FOR INVESTMENT DATED 01/14/08. REF=CPSWP011408 TRN: 0151001057XP YOUR REF: 31Y9971057015 | | $1,747.25 |
| 01/15 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOOFF 10022 REF: TO REPAY YOUR DEPCSIT FR 080114 TO 080115 RATE 4.1504 TRN: 0801508205AN YOUR REF: NC0477599401150801 | | $110,012,681.99 |
| 01/15 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3459000015JK YOUR REF: M049879791570089 | $300,000,000.00 | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ◯

January 01, 2008 -
January 31, 2008

Page 30 of 63

Account Number
1703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/15 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: 1000 CONNECTICUT AVE. ASSOC WASHINGTON, DC 20036 IMAD: 0115B1QGC07C003214 TRN: 1133300015JO YOUR REF: CAP OF 08/01/15 | $1,000,000.00 | |
| 01/15 | | BOOK TRANSFER DEBIT A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL ORG: BERNAR L MADOFF BB 5 THIRD AVE NE TRN: 1133400015JO YOUR REF: CAP OF 08/01/15 | $750,000.00 | |
| 01/15 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ALTOUR INTERNATIONAL NEW YORK, NY 10020 SSN: 0295021 TRN: 1133700015JO YOUR REF: CAP OF 08/01/15 | $500,000.00 | |
| 01/15 | | FEDWIRE DEBIT VIA: WASH MUT BANK/021272723 A/C: ANDREW M. SCHWARTZ IMAD: 0115B1QGC02C002627 TRN: 1133500015JO YOUR REF: ANDARTZ | $500,000.00 | |
| 01/15 | | CHIPS DEBIT VIA: BANK LEUMI USA/0279 A/C: SUZANNE SCHWARTZ SSN: 0295018 TRN: 1133600015JO YOUR REF: SUESCH | $500,000.00 | |
| 01/15 | | BOOK TRANSFER DEBIT A/C: DEXIA BANQUE INTERNATIONALE L-2953 LUXEMBOURG LUXEMBOURG TRN: 1133800015JO YOUR REF: CARDINAL | $73,000.00 | |
| 01/15 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: PATRICIA BESSOUDO COL GUABALUPE INN,MEXICO DF 01020 REF: TELEBEN SSN: 0294985 TRN: 1133900015JO YOUR REF: JODI | $3,000.00 | |
| 01/15 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080115 TO 080116 RATE 4.2004 TRN: 0901500423AN YOUR REF: ND0489475201150801 | $110,000,000.00 | |
| 01/15 | | FUNDING XFER TO 0953014281151509 TRN: 0190000254RF | $8,093,724.64 | |
| 01/15 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSW P011509 . YOUR REF: 31Y9996801015 | $22,258,264.00 | |
| 01/15 | | ACCOUNT ANALYSIS SETTLEMENT CHARGE | $28,936.15 | |
| 01/15 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,515,436.32 |
| 01/15 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.32 |
| 01/16 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSW P011509 . TRN: 015200315BXN YOUR REF: 31Y9996801015 | | $22,258,264.00 |
| 01/16 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6516500016JK YOUR REF: 04428386 | | $350,285,833.33 |

JPMSAB0004161

18-Dec-08

18Dec08-344

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

**Page 31 of 63**

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/16 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: 1/GROUPEMENT FIN 2/5-11 LAVINGTON STREET PC: REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT FRT052738MNY OBI=FFC GROUPEMENT FINANCIER A/CFR096 BBIIMAD: 0116B1Q8984C006486 TRN: 0428202016FF YOUR REF: TT FRT052738MNY | | $12,000,000.00 |
| 01/16 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: ABRAMSON FAMILY FOUNDATION INCWASHINGTON DC 20005-3807 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/6420801300 WASHINGTON DC 20006-3807 OGB=/40611172 ATTN: OBI=FURTHERCRSSN: 0312935 TRN: 5715800016FC YOUR REF: O/B CITIBANK NYC | | $1,250,000.00 |
| 01/16 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: LORING WOLCOTTCOOLIDGE OFFICE BOSTON, MA 92110-0000 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/009417539715 BOSTON, MA 02110-0000 OGB=BANK OF AMERICA/MAX OBI=FBO MASSN: 0344335 TRN: 6254900016FC YOUR REF: O/B BK AMER NYC | | $1,200,000.00 |
| 01/16 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: JOSEPH SLOVES ASPEN CO 81611-3028 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW706S3016B6S240 OBI=FOR FURTHER CREDIT TO BERNARD L MADOIMAD: 0116I1B7037R002224 TRN: 0573809016FF YOUR REF: FW706S3016B6S240 | | $500,000.00 |
| 01/16 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: ROBERT BERNSTEIN OR COCONUT GROVE FL 33133-5435 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=01080116010105NN OBI=FBO: ROBERT BERNSTEIN 180280-3 BBI=//IMAD: 0116B687HU7R004000 TRN: 0607007016FF YOUR REF: 01080116010105NN | | $75,000.00 |
| 01/16 | | BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS PREVIOUS DAY TAMPA FL 33610- ORG: MBR/0509 WACHOVIA BANK NATIONAL ASSOCIATION REF: REVERSAL OF ENTRY D001/15/08 TRN1133600015JOWACHOVI A BK RTN STSBNF AC CLSD/BNF/OUR REF.JPM15B4-16JAN08 JPMORGAN CHASEREF044210001GFC REFJOOI TRN: 0750100015II YOUR REF: JOOI | | $3,000.00 |
| 01/16 | | DEPOSIT     2954 | | $3,282,439.38 |
| | | 1 DAY FLOAT     01/17     $2,835,266.00 | | |
| | | 2 DAY FLOAT     01/18     $424,951.65 | | |
| | | 3 DAY FLOAT     01/22     $22,221.73 | | |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 32 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/16 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $22,268,264.00 RATE=03.70% FOR INVESTMENT DATED 01/15/08. REF=CPSWP011508 TRN: 0161001052XP YOUR REF: 31Y8971052016 | | $2,288.68 |
| 01/16 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080115 TO 080116 RATE 4.2004 TRN: 0801600153AN YOUR REF: NC0489475201160801 | | $110,012,834.83 |
| 01/16 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6525400016JK YOUR REF: M050140831670408 | $350,000,000.00 | |
| 01/16 | | FEDWIRE DEBIT VIA: PNCBANK NJ/031207607 A/C: KML ASSET MANAGEMENT, LLC NORTH PLAINFIELD,NJ,07061 REF: TELEBEN IMAD: 0116B1QGC03C002548 TRN: 1635500016JO YOUR REF: JODI | $1,500,000.00 | |
| 01/16 | | CHIPS DEBIT VIA: BARCLAYS BANK PLC/0257 A/C: BARCLAYS BANK PLC LONDON EC3 NHJ, ENGLAND BEN: LADY V DE ROTHSCHILD REF: BNF-FFC-ACC-, 00119334 SORT CODE, 20-44-90 SSN: 0272335 TRN: 1635600016JO YOUR REF: VROTH | $1,000,000.00 | |
| 01/16 | | CHIPS DEBIT VIA: UBS AG STAMFORD BRANCH/0799 A/C: UBS (LUXEMBOURG) S.A. 2010 LUXEMBOURG, LUXEMBOURG SSN: 0272346 TRN: 1635700016JO YOUR REF: LUXINV | $1,000,000.00 | |
| 01/16 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: MALIBU TRADING AND INVESTMENT IMAD: 0116B1QGC01C002201 TRN: 1635800016JO YOUR REF: MALIBU | $600,000.00 | |
| 01/16 | | BOOK TRANSFER DEBIT A/C: NEIL D YELSEY PELHAM NY 10803-2501 ORG: BERNARD L. MADOFF 88 5 THIRD AVENUE NE TRN: 1635900016JO YOUR REF: JODI | $500,000.00 | |
| 01/16 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: YOUNG FAMILY PARTNERS, LLC SSN: 0272417 TRN: 1636000016JO YOUR REF: YOUNGFAM | $500,000.00 | |
| 01/16 | | FEDWIRE DEBIT VIA: CY NATL. BK LA/122016066 A/C: THE CHAIS FAMILY FOUNDATION BEVERLY HILLS,CA. REF: TELEBEN/TIME/11:18 IMAD: 0116B1QGC02C002658 TRN: 1636100016JO YOUR REF: JODI | $500,000.00 | |
| 01/16 | | FEDWIRE DEBIT VIA: WASH MUT BANK/321180748 A/C: IRWIN,CAROL LIPKIN DELRAY BEACH FA REF: TELEBEN IMAD: 0116B1QGC02C002659 TRN: 1636200016JO YOUR REF: JODI | $25,000.00 | |

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

Page 33 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/16 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080116 TO 080117 RATE 4.1404 TRN: 0801600413AN YOUR REF: NO0505467601160801 | $110,000,000.00 | |
| 01/16 | | FUNDING XFER TO 006301428151509 TRN: 0190000254RF | $6,817,287.27 | |
| 01/16 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011608. YOUR REF: 31Y999635015 | $25,495,835.00 | |
| 01/16 | | CLOSING LEDGER BALANCE | *** Balance *** | $4,456,974.27 |
| 01/16 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.27 |
| 01/17 | | REDEMPTION OR CALL GIS REF: T308017ABLE CUSTODY ACT: G 13414 REDM TD: 01/17/08 SETTLE DATE: 01/17/08BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795C33 UNITED STATES TREASURY BILLS UNITED TRN: 0000075289ST | | $300,000,000.00 |
| 01/17 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011608. TRN: 0162003185XN YOUR REF: 31Y999635015 | | $25,495,835.00 |
| 01/17 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9446000017JK YOUR REF: 04570573 | | $300,245,000.00 |
| 01/17 | | BOOK TRANSFER CREDIT B/O: STERLING METS L P FLUSHING NY 11368- REF: 1KW247-3-0 TRN: 0002100017GP YOUR REF: PHN OF 08/01/17 | | $10,000,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001089 B/O: ADLER ASSOCIATES CHEVY CHASE, MD 20815 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=12-629990 OBI=/RFB/FBO ADLER ASSOC/RFB/AC 1-A0148-3 BBI=/IMAD: 0117B108983C001994 TRN: 0336713017FF YOUR REF: 12-629990 | | $4,750,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: SIGNATURE BANK/026013576 B/O: CHARLES HERZKA OR BROOKLYN NY 11210 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B SIGNATURE BA OBI=B/O=CHARLES HERZKA REF=F/B/O CHARLESIMAD: 0117B6872B2F000436 TRN: 0555808017FF YOUR REF: O/B SIGNATURE BA | | $2,500,000.00 |

JPMSAB0004164

**THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344**

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 34 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/17 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: PLUMBERS STEAMFITTERS LOCAL 28SHINGTON ST SYRACUSE NY 13202 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=PLUMBERS STEAMFITTERS LOCAL 267 INSURANCE FUND/AC-1P00573IMAD: 0117D3GC20C003858 TRN: 0487313017FF YOUR REF: O/B MELLON BANK | | $2,000,000.00 |
| 01/17 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/8799 B/O: ISOS FUND REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=ISOS FUND OGB=SYCOBSN1XXX OBI=REF: ISOS INVESTMENTS JANUARY 2008 BBI=/OCMT/USD1000000,/BNF/JPMORGAN CHASESSN: 0030838 TRN: 0318200017FC YOUR REF: 333554TRC409953 | | $1,000,000.00 |
| 01/17 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: FRED A DAIBES EDGEWATER NJ 07020-0036 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/0900551261339 EDGEWATER NJ 07020-0036 BBI=/REC/FBO DAIBES ENTERPRISES SSN: 0349434 TRN: 0108011700775NY YOUR REF: 0108011700775NY | | $1,000,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: KEY SERVICES CORPORATION/021300077 B/O: LOCAL 73 HEALTH AND WELFARE FUOSWEGO, NY 13126 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B KEY BANK ALB OBI=FBO THE PLUMMERS AND STEAMFITTERS LOIMAD: 0117D1B74P3C000240 TRN: 0351609017FF YOUR REF: O/B KEY BANK ALB | | $500,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A/026009593 B/O: MERIDIAN HORIZON FUND II LP ALBANY, NY 12211-2396 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=1937763B BBI=/BNF/FFC FUND FOR THE POOR INC AC 1 CM574 3 IMAD: 0117B6B7HU4R00339S TRN: 0551314017FF YOUR REF: 1837763B | | $500,000.00 |
| 01/17 | | BOOK TRANSFER CREDIT B/O: HOWARD WENDY GREENWICH CT 06831-5172 ORG: HOWARD WENDY OR DIANA WENDY TRN: 0859300017FE YOUR REF: EPI OF 08/01/17 | | $250,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: UNITED BANKERS BANK/091001322 B/O: FELSEN MOSCOE MITCHELL & ASSOCEDEN PRAIRIE, MN 55344 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B UNITED BKRS OBI=FFC: ACCT #16M057-3, FELSEN MOSCOE MIIMAD: 0117I1878O1C000281 TRN: 0395007017FF YOUR REF: O/B UNITED BKRS | | $250,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase ⬡

January 01, 2008 -
January 31, 2008

**Page 35 of 63**

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/17 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: BERNSTEIN ROBERT E REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=13455702 OBI=FBO ROBERT BERNSTEIN FILE #/ 1B0290-3 BBI=/TIME/10:47 IMAD: 0117E3B75D5C000311 TRN: 0192807017FF YOUR REF: 13455702 | | $175,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: THE MILLER REVOCABLE TRUST SCOTTSDALE AZ 85259-2529 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW01396017261050 OBI=FBO- DR LAURENCE J MILLER AND DR APRIMAD: 0117I1B7039R002469 TRN: 0522903917FF YOUR REF: FW01396017261050 | | $125,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: FAIRWAY II LLC MINNEAPOLIS MN 55416-3151 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW09634017643640 OBI=FBO FAIRWAY PARTNERSHIP II ACCOUNT 1IMAD: 0117I1B7032R001271 TRN: 0354307017FF YOUR REF: FW09634017643640 | | $72,000.00 |
| 01/17 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080117008132 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0117B2Q8921C001800 TRN: 0595701017FF YOUR REF: MT080117008132 | | $1,136.68 |
| 01/17 | | DEPOSIT          2955 <br> 1 DAY FLOAT          01/18          $1,015,500.00 <br> 2 DAY FLOAT          01/22          $846,000.00 <br> 3 DAY FLOAT          01/23          $54,000.00 | | $2,593,500.00 |
| 01/17 | | DEPOSIT          2956 <br> 1 DAY FLOAT          01/18          $225,000.00 <br> 2 DAY FLOAT          01/22          $37.27 <br> 3 DAY FLOAT          01/23          $.38 | | $225,037.65 |
| 01/17 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $25,495,835.00 RATE=02.67% FOR INVESTMENT DATED 01/16/08. REF=CPSWP011608 TRN: 0171001074XP YOUR REF: 31Y9971074017 | | $2,599.16 |
| 01/17 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080116 TO 080117 RATE 4.1404 TRN: 0801700177AN YOUR REF: NC0505467601170801 | | $110,012,651.44 |

JPMSAB0004166

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 36 of 63

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/17 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9452800017JK YOUR REF: M051990261770257 | $325,000,000.00 | |
| 01/17 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: DREYFUS BASIC U.S. GOV'T M/M FBEN: GERALD ROSENBERG SSN: 0291306 TRN: 1309300017JO YOUR REF: ROSENEG | $1,000,000.00 | |
| 01/17 | | BOOK TRANSFER DEBIT A/C: PAUL SIROTKIN ROSLYN HARBOR NY 11576-1116 ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1309400017JO YOUR REF: JOOI | $750,000.00 | |
| 01/17 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: RICHARD M. SCHLANGER IMAD: 0117B1QGC06C002628 TRN: 1309500017JO YOUR REF: SCHLANGER | $500,000.00 | |
| 01/17 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067052200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 0117B1QGC02C002803 TRN: 1309600017JO YOUR REF: FLMARD | $115,000.00 | |
| 01/17 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080117 TO 080118 RATE 4.1404 TRN: 0801790433AN YOUR REF: ND0520662201170801 | $120,000,000.00 | |
| 01/17 | | FUNDING XFER TO 0063014281S1509 TRN: 0190000241RF | $1,046,641.48 | |
| 01/17 | | PURCHASE OF SECURITIES GIS REF: T308017BKC9 CUSTODY ACT: G 13414 PURC TD: 01/17/08 SETTLE DATE: 01/17/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D81 UNITED STATES TREASURY BILLS UNITED TRN: 0000070435ST | $49,613,250.00 | |
| 01/17 | | PURCHASE OF SECURITIES GIS REF: T308017BKD0 CUSTODY ACT: G 13414 PURC TD: 01/17/08 SETTLE DATE: 01/17/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D81 UNITED STATES TREASURY BILLS UNITED TRN: 0000070436ST | $49,613,250.00 | |
| 01/17 | | PURCHASE OF SECURITIES GIS REF: T308017BKE6 CUSTODY ACT: G 13414 PURC TD: 01/17/08 SETTLE DATE: 01/17/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D81 UNITED STATES TREASURY BILLS UNITED TRN: 0000070440ST | $49,613,250.00 | |
| 01/17 | | PURCHASE OF SECURITIES GIS REF: T308017BKE7 CUSTODY ACT: G 13414 PURC TD: 01/17/08 SETTLE DATE: 01/17/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D81 UNITED STATES TREASURY BILLS UNITED TRN: 0000071660ST | $49,613,250.00 | |
| 01/17 | | PURCHASE OF SECURITIES GIS REF: T308017BKKP CUSTODY ACT: G 13414 PURC TD: 01/17/08 SETTLE DATE: 01/17/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D81 UNITED STATES TREASURY BILLS UNITED TRN: 0000071661ST | $49,613,250.00 | |

08-01789-cgm Doc 20928-39 Filed 12/01/21 Entered 12/01/21 18:22:04 Exhibit
20-Redacted Pg 38 of 64

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 37 of 63

**Account Number**
[REDACTED]703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/17 | | PURCHASE OF SECURITIES GIS REF: T308017BKK1 CUSTODY ACT: G 13414 PURC TD: 01/17/08 SETTLE DATE: 01/17/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D81 UNITED STATES TREASURY BILLS UNITED TRN: 0000071662ST | $49,613,250.00 | |
| 01/17 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011708 . YOUR REF: 31Y9996841017 | $16,376,627.00 | |
| 01/17 | | CLOSING LEDGER BALANCE | *** Balance *** | $3,676,965.72 |
| 01/17 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.72 |
| 01/18 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011708 . TRN: 01720031930N YOUR REF: 31Y9996841017 | | $16,376,627.00 |
| 01/18 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2067600018JK YOUR REF: 04683587 | | $300,245,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY FEF INVESTMENTS, L10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=NINE THIRTY FEF INVESTMENTS LL/AC-1N00333 RFB=O/B CITIBANIMAD: 0118B1O8024C006316 TRN: 0597208018FF YOUR REF: O/B CITIBANK NYC | | $1,400,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY MF INVESTMENTS, LL10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=NINE THIRTY MF INVESTMENTS, LL/AC-1N003530 RFB=O/B CITIBAIMAD: 0118B1O8022C006252 TRN: 0608603018FF YOUR REF: O/B CITIBANK NYC | | $1,250,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY RM INVESTMENTS, LL10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=NINE THIRTY RM INVESTMENTS, LL/AC-1N003530 RFB=O/B CITIBAIMAD: 0118B1O8023C006511 TRN: 0610602018FF YOUR REF: O/B CITIBANK NYC | | $1,200,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: J F FOUNDATION, L.L.C. ATTN: SW YORK, N.Y. 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=J F FOUNDATIONS, LLC/AC-1J004730 RFB=O/B CITIBANK NYC OBI=IMAD: 0118B1O8021C006725 TRN: 0702903018FF YOUR REF: O/B CITIBANK NYC | | $1,200,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 38 of 63

Account Number
▮▮▮▮▮703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/18 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: LORING WOLCOTT&COOLIDGE OFFICEBOSTON, MA 02110-0000 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK AMER NYC OBI=FFC MARGARET & RICHARD LITMANSON FOUNIMAD: 0118B587HU5R003512 TRN: 0478603018FF YOUR REF: O/B BK AMER NYC | | $1,000,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: NINE THIRTY VC INVESTMENTS, LL10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=NINE THIRTY VC INVESTMENTS, LL/AC-1N003030 RFB=O/B CITIBAIMAD: 01188108024C008314 TRN: 0590107018FF YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: GF FOUNDATIONS, LLC C/O STUARTL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GF FOUNDATIONS, LLC/AC-1G032330 RFB=O/B CITIBANK NYC OBI=IMAD: 01188108022C006959 TRN: 0691801018FF YOUR REF: O/B CITIBANK NYC | | $800,000.00 |
| 01/18 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: L. W CAPITAL LIMITED USD CLIENT ID NUMBER 423841 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/1B0091-10187537 CLIENT ID NUMBER 423041 OGB=COUTTS AND COMPANY LONDONSSN: 0284877 TRN: 5140808018FC YOUR REF: 01825292901-103 | | $550,500.00 |
| 01/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: MDG 1994 GRAT, LLC C/O JFI 152TH ST, 56TH FL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MDG 1994 GRAT, LLC/AC-1M02233 RFB=O/B CITIBANK NYC OBI=Y IMAD: 01188108022C005313 TRN: 0478309018FF YOUR REF: O/B CITIBANK NYC | | $200,000.00 |
| 01/18 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT08O118096275 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0118B2Q8921C001629 TRN: 0519708018FF YOUR REF: MT08O118096275 | | $85,942.84 |
| 01/18 | | DEPOSIT                2957<br>1 DAY FLOAT          01/22          $522,000.00<br>2 DAY FLOAT          01/23          $91,200.00<br>3 DAY FLOAT          01/24          $4,800.00 | | $1,243,000.00 |

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬡

January 01, 2008 –
January 31, 2008

Page 39 of 63

Account Number
███ 703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/18 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL = $16,376,627.00 RATE=03.67% FOR INVESTMENT DATED 01/17/08. REF=CPSWP01170B TRN: 0161001068XP YOUR REF: 31Y8971068018 | | $1,669.51 |
| 01/18 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080117 TO 080118 RATE 4.1404 TRN: 0801800189AN YOUR REF: NC052065220118080I | | $120,013,801.57 |
| 01/18 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2071600018JK YOUR REF: M0531684018659944 | $300,000,000.00 | |
| 01/18 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON UNITED KINGDOM E14 5-HQ BEN: THEMA HEDGED US EQUITY FD HARCOURT STREET DUBLIN 2 IRELAND REF: BNF-SORT CODE 40-05-15 IMAD: 0118B1QGC07C003018 TRN: 1115600018JO YOUR REF: CAP OF 08/01/18 | $2,500,000.00 | |
| 01/18 | | BOOK TRANSFER DEBIT A/C: 99999851 TRUST-INVESTMENTS OMNI INBOUND TRN: 1115700018JO YOUR REF: JESSFDN | $2,000,000.00 | |
| 01/18 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS FINANCIAL SERV RETAIL INCOBEN: RICHARD SHAPIRO IMAD: 0118B1QGC08C002987 TRN: 1115800018JO YOUR REF: RICHARDS | $2,000,000.00 | |
| 01/18 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 0118B1QGC08C002987 TRN: 1115900018JO YOUR REF: LUXINV | $1,500,000.00 | |
| 01/18 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH DEL MAR,CA 92625 BEN: CROUL FAMILY TRUST REF: TELEBEN/TIME/10:49 IMAD: 0118B1QGC07C003021 TRN: 1116000018JO YOUR REF: JODI | $1,060,000.00 | |
| 01/18 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: CITIGROUP GLOBAL MARKETS INC. NEW YORK, NEW YORK 10004 BEN: LONG ISLAND MUSEUM OF ART,HISTCARRIAGES SSN: 0288423 TRN: 1116100018JO YOUR REF: LIMART | $1,000,000.00 | |
| 01/18 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: NATWEST OFFSHORE LTD ST. HELIER JERSEY,CHANNEL IS JE4BQGBEN: TECNO DEVELOPMENT & RESEARCH LREF: BNF-FFC- ACC-954439055816, TECNO DEVELOPMENT & RESEARCH LTD, REF: SORT CODE 60-95-44 SSN: 0288426 TRN: 1116200018JO YOUR REF: TECNO | $750,000.00 | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬡

January 01, 2008 -
January 31, 2008

**Page 40 of 63**

**Account Number**
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/18 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080118 TO 080122 RATE 4.0818 TRN: 0801800417AN YOUR REF: N0053169500118080I | $115,900,000.00 | |
| 01/18 | | FUNDING XFER TO 00630142815150 9 TRN: 0190006243RF | $1,702,794.11 | |
| 01/18 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP011808 . YOUR REF: 31Y999682201B | $21,190,454.00 | |
| 01/18 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,540,258.53 |
| 01/18 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.53 |
| 01/22 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01180B . TRN: 0182003165XN YOUR REF: 31Y998682201B | | $21,190,454.00 |
| 01/22 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6395000022JK YOUR REF: 04887979 | | $300,241,500.00 |
| 01/22 | | FED WIRE CREDIT VIA: HSBC BANK USA/021091088 B/O: 1/GROUPEMENT FIN 2/5-11 LAVINGTON STREET PC: REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT FRT055108MNY OBI=FFC GROUPEMENT FINANCIER A/C FR096 BBIMAD: 0122B1Q8983C004980 TRN: 0559632022FF YOUR REF: TT FRT055108MNY | | $10,000,000.00 |
| 01/22 | | BOOK TRANSFER CREDIT B/O: STERLING METS L P FLUSHING NY 11368- REF: REF: ACT 1KW247-3-0 TRN: 0003800022GP YOUR REF: PHN OF 08/01/22 | | $8,000,000.00 |
| 01/22 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: DAVID N HURWITZ 128 CENTRAL PA11B NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=DAVID N. HURWITZ/AC-1H01673 RFB=O/B MELLON BANK BBI=/OCMTIMAD: 0122D30Cl20C002444 TRN: 0346303022FF YOUR REF: O/B MELLON BANK | | $2,100,000.00 |
| 01/22 | | FED WIRE CREDIT VIA: NORTHERN TRUST NATIONAL ASSOCI/066009650 B/O: BRANCH FAMILY DEVELOPMENT LLC BELTSVILLE MD 20705-2548 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTHERN TR OBI=FURTHER CREDIT BRANCH FAMILY DEV LLC IMAD: 0122G1B76EAC000391 TRN: 0693702022FF YOUR REF: O/B NORTHERN TR | | $1,400,000.00 |

JPMSAB0004171

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

Page 41 of 53

**Account Number**
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/22 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: STEVEN SCHIFF MIAMI, FL 33176-1700 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=FBO STEVEN SCHIFF, MIAMI, FL., USA -IMAD: 0122F6B7021C000080 TRN: 0323807022FF YOUR REF: O/B CITY NB OF F | | $1,000,000.00 |
| 01/22 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: SANDERSON LONDON LIMITED U CLIENT ID NUMBER 484593 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/180051-10378057 CLIENT ID NUMBER 484593 OGB=COUTTS AND COMPANY LONDONS3N: 0543193 TRN: 9839200022FC YOUR REF: 01827477391-103 | | $991,000.00 |
| 01/22 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: ALLEN REID MADY LAND 425 E 58TAFT 46H ANEW YORK NY 100222300 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= ALLEN REID AND MADY LAND J T WROS/AC-1CM71230 RFB=PBB0122IMAD: 0122B1Q8984C007536 TRN: 0252208022FF YOUR REF: PBB012210094900 | | $500,000.00 |
| 01/22 | | FED WIRE CREDIT VIA: U.S. BANK NATIONAL ASSOCIATION/091000022 B/O: GEORGE SOUAID IRA ROLLOVER 80266 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080122019257 OBI=FBO 1 CM75B 3 O G SOUAID IRA BBI=-/BNF/W2IMAD: 0122J1Q5040C002068 TRN 0475414022FF YOUR REF: 080122019257 | | $500,000.00 |
| 01/22 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD CSSN: 0527113 TRN: 9539100022FC YOUR REF: 1242549 | | $379,080.00 |
| 01/22 | | FED WIRE CREDIT VIA: MERCANTILE BANK/063113772 B/O: WILLIAM E WEISMAN MIAMI BEACH,FL. 33139- REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B MERCANTILE B OBI=FBO: WILLIAM E WEISMAN REVOCABLE TRUIMAD: 0122F3B7491C000074 TRN: 0388002022FF YOUR REF: O/B MERCANTILE B | | $236,286.44 |

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 42 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/22 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: IRWIN CANTOR 2 BAY CLUB DR APT 21W REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=IRWIN CANTOR GLORIA CANTOR JT/W80S/AC-018732739 RFB=O/B BIMAD: 0122B1QB152C008829 TRN: 0575401022FF YOUR REF: O/B BK OF NYC | | $100,000.00 |
| 01/22 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: IRA FBO IRWIN CANTOR 2 BAY CLUB DR APT 21W REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=IRWIN CANTOR PROFIT SHARING PLAN/AC-012793680 RFB=O/B BK IMAD: 0122B1QB154C007809 TRN: 0581907022FF YOUR REF: O/B BK OF NYC | | $20,000.00 |
| 01/22 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=DORIS M PEARLMAN P0099SSN: 0527116 TRN: 9539300022FC YOUR REF: 1242573 | | $9,000.00 |
| 01/22 | | DEPOSIT        2959 | | $1,547,040.39 |
| | | 1 DAY FLOAT        01/23        $652,589.61 | | |
| | | 2 DAY FLOAT        01/24        $756,693.73 | | |
| | | 3 DAY FLOAT        01/25        $47,757.05 | | |
| 01/22 | | DEPOSIT        2959 | | $1,500.00 |
| | | 1 DAY FLOAT        01/23        $1,500.00 | | |
| 01/22 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL= $21,190,454.00 RATE=03.55% FOR INVESTMENT DATED 01/18/08. REF=CPSWP011808 TRN: 0221081057XP YOUR REF: 31Y9971057022 | | $8,593.92 |
| 01/22 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080118 TO 080122 RATE 4.0818 TRN: 0802200151AN YOUR REF: NC0521695001228801 | | $115,952,156.97 |
| 01/22 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10094 TRN: 6396700022JK YOUR REF: M055441522270058 | $330,000,000.00 | |
| 01/22 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: SCHIFF FAMILY HLDGS.NEVADA LTDMIAMI FL REF: TELEBEN IMAD: 0122B1QGC01C002947 TRN: 3074800022JO YOUR REF: JOOI | $1,000,000.00 | |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase 

January 01, 2008 –
January 31, 2008

**Page 43 of 63**

**Account Number**
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/22 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH DEL MAR,CA 92625 BEN: CROUL FAMILY TRUST REF: TELEBEN/TIME/10:36 IMAD: 0122B1QGC06C003014 TRN: 3074900022JO YOUR REF: JODI | $775,000.00 | |
| 01/22 | | FEDWIRE DEBIT VIA: F121000358/121000358 A/C: SUNIL AND NAVINDER DHIR FAMILYSHERMAN OAKS, CALIFORNIA. 91403 REF:/TIME/10:35 IMAD: 0122B1QGC01C002948 TRN: 3075000022JO YOUR REF: CAP OF 08/01/22 | $500,000.00 | |
| 01/22 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080122 TO 080123 RATE 3.4603 TRN: 0802220485AN YOUR REF: ND0555454701220801 | $110,000,000.00 | |
| 01/22 | | FUNDING XFER TO 006301428151509 TRN: 0190000250RF | $1,669,049.41 | |
| 01/22 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012208 . YOUR REF: 31Y9996843022 | $19,264,201.00 | |
| 01/22 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,608,539.84 |
| 01/22 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.84 |
| 01/23 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012208 . TRN: 0222003214XN YOUR REF: 31Y9996843022 | | $19,264,201.00 |
| 01/23 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9401600023JK YOUR REF: 05044083 | | $350,285,833.33 |
| 01/23 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: HAROLD GREENBERG WASHINGTON DC 20016-4752 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/001442544913 WASHINGTON DC 20016-4752 OBI=FBO SYLVIA HAROLD GREENBERGSSN: 0242095 TRN: 4449400023FC YOUR REF: 0108012300147NN | | $4,750,000.00 |
| 01/23 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: O.D.D. INVESTMENT L.P. CARLSTADT NJ 07072-2015 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/009417040500 CARLSTADT NJ 07072-2015 BBI=/REC/FFC TO A C 100015-3-0 OGSN: 0363826 TRN: 6461600023FC YOUR REF: 0108012300947NY | | $600,000.00 |

JPMSAB0004174

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 44 of 53

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/23 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: GF-CRUT, LLC C/O JFI 152 W 57T56TH FL NEW YORK NY 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GF CRUT, LLC/AC-1C036830 RFB=O/B CITIBANK NYC OBI=Y BBI=/IMAD: 0123B1Q8021C004318 TRN: 0379114023FF YOUR REF: O/B CITIBANK NYC | | $300,000.00 |
| 01/23 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: MALT R. TTEE M. WOLPOW FAM TR-BOSTON, MA 02199 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARC B. WOLPOW 1995 FAMILY TRUST/AC-1-W91117-3-0 RFB=O/B MIMAD: 0123A1QCI28C003716 TRN: 0540213023FF YOUR REF: O/B MELLON TRUST | | $180,000.00 |
| 01/23 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: STEWART L ALEDORT MD WASHINGTON DC 20007 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080123350029 OBI=FBO STEWART L ALEDORT MD NUMBER 1A0161 BIMAD: 0123E3B75D9C000107 TRN: 0398813023FF YOUR REF: 080123350029 | | $50,000.00 |
| 01/23 | | DEPOSIT        2960<br>1 DAY FLOAT        01/24        $25,000.00<br>2 DAY FLOAT        01/25        $134,319.14<br>3 DAY FLOAT        01/28        $2,700.19 | | $162,019.33 |
| 01/23 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $19,264,201.00 RATE=03.55% FOR INVESTMENT DATED 01/22/08. REF=CPSWP012208 TRN: 0231001109XP YOUR REF: 31Y9971109023 | | $1,899.65 |
| 01/23 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080122 TO 080123 RATE 3.4603 TRN: 0802300163AN YOUR REF: NC0555454701230801 | | $110,010,573.23 |
| 01/23 | | ORIG CO NAME:LOLLIPOP        ORIG ID:1251923462 DESC DATE: CO ENTRY DESCR:PAYMENTS SEC:CCD TRACE#:021000024884795 EED:080123 IND ID:MADOFF        IND NAME:BERNARD L. MADOFF SEC. NTE*"FBO: LOLLIPOP ASSOCIATES, LP A CCOUNT #1-EM425-3-0\ TRN: 02224847951C | | $120,490.00 |
| 01/23 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9408400023JK YOUR REF: M657004102370158 | $375,000,000.00 | |

JPMSAB0004175

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 46 of 63

Account Number
▓▓▓▓▓703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/24 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012308 . TRN: 0232003142XN YOUR REF: 31Y9996806023 | | $13,447,203.00 |
| 01/24 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2482200024JK YOUR REF: 05199026 | | $325,261,625.00 |
| 01/24 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: EDWARD BLUMENFELD SYOSSET NY 11791 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000043249168 SYOSSET NY 11791 BBI=/REC/FBO: EDWARD BLUMENFELD A C 1 BSSN: 0376408 TRN: 6784000024FC YOUR REF: 0108012400826274NV | | $5,000,000.00 |
| 01/24 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=STUART PERLEN PG085 SSN: 0346412 TRN: 6234700024FC YOUR REF: 1247546 | | $385,000.00 |
| 01/24 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: FAIRWAY II LLC MINNEAPOLIS MN 55416-3151 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW00963402445BB70 OBI=FBO FAIRWAY PARTNERSHIP II ACCOUNT 1IMAD: 0124118703SR000733 TRN: 0217809024FF YOUR REF: FW00934024458B70 | | $200,000.00 |
| 01/24 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: BONNIE LITWIN SIDOFF + MICHAELATIN OR 97062 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=BONNIE SIDOFF TUALATIN OR 97062 US/AC-1-28556-3-0 RFB=000IMAD: 012411B7036R001408 TRN: 0356407024FF YOUR REF: 0001344166914 | | $50,000.00 |
| 01/24 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: STEWART L ALEDORT MD WASHINGTON DC 20007 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080124350017 OBI=FBO STEWART L ALEDORT MD NUMBER 1A9161 BIMAD: 0124E3B75D9C000145 TRN: 0447113024FF YOUR REF: 080124350017 | | $50,000.00 |

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** 

January 01, 2008 –
January 31, 2008

**Page 47 of 63**

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/24 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=SHERYL WEINSTEIN W0053SSN: 0346413 TRN: 6234B00024FC YOUR REF: 1247547 | | $8,500.00 |
| 01/24 | | DEPOSIT 2961 | | $926,000.00 |
| | | 1 DAY FLOAT 01/25 $223,750.00 | | |
| | | 2 DAY FLOAT 01/28 $491,250.00 | | |
| | | 3 DAY FLOAT 01/29 $10,000.00 | | |
| 01/24 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML. PAPER. PRINCIPAL = $13,447,203.00 RATE=02.94% FOR INVESTMENT DATED 01/23/08. REF=CPSWP012308 TRN: 0241001051XP YOUR REF: 31Y0971051024 | | $1,098.19 |
| 01/24 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080123 TO 080124 RATE 3.4003 TRN: 0802400157AN YOUR REF: NC0570870001240801 | | $90,008,500.80 |
| 01/24 | | BOOK TRANSFER DEBIT A/C: D323522545 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2490300024JK YOUR REF: M0SB441042470523 | $325,000,000.00 | |
| 01/24 | | FEDWIRE DEBIT VIA: PARADISE BANK/067015795 A/C: KEN-WEN FAMILY LTD PARTNERSHIP/MAD: 0124B1OGC07C003367 TRN: 1617080024JO YOUR REF: KENWEN | $3,000,000.00 | |
| 01/24 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: CREDIT SUISSE SWF-CRESCHZZ80G BEN: STRAND INTERNATIONAL INVEST. I,JERUSALEM 92422 REF: TELEBEN SSN: 0317022 TRN: 1617100024JO YOUR REF: JODI | $1,000,000.00 | |
| 01/24 | | CHIPS DEBIT VIA: STANDARD CHARTERED PLC/0256 A/C: STANDARD CHARTERED BANK HONG KCENTRAL HONG KONG BEN: ONESCO INTERNATIONAL LTD. CENTRAL HONG KONG SSN: 0317027 TRN: 1617200024JO YOUR REF: CAP OF 08/01/24 | $501,000.00 | |
| 01/24 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: CREDIT SUISSE ZURICH-RIGIPLATZ SWITZERLAND BEN: MAGNIFY INC. REF: BNF=ATTN:MR. BEAT STEINER SSN: 0317029 TRN: 1617300024JO YOUR REF: MAGNEW | $350,000.00 | |
| 01/24 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080124 TO 080125 RATE 3.3903 TRN: 0802400415AN YOUR REF: ND0595226301240801 | $90,000,000.00 | |

JPMSAB0004178

18-Dec-08

18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

Page 48 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/24 | | FUNDING XFER TO 006301428151509 TRN: 0190000250RF | $1,772,773.45 | |
| 01/24 | | PURCHASE OF SECURITIES GIS REF: T308024BOUF CUSTODY ACT: G 13414 PURC TD: 01/24/08 SETTLE DATE: 01/24/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D99 UNITED STATES TREASURY BILLS UNITED TRN: 000006459GST | $49,751,013.89 | |
| 01/24 | | PURCHASE OF SECURITIES GIS REF: T308024BOVG CUSTODY ACT: G 13414 PURC TD: 01/24/08 SETTLE DATE: 01/24/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D99 UNITED STATES TREASURY BILLS UNITED TRN: 0000064597ST | $49,751,013.89 | |
| 01/24 | | PURCHASE OF SECURITIES GIS REF: T308024BOVP CUSTODY ACT: G 13414 PURC TD: 01/24/08 SETTLE DATE: 01/24/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D99 UNITED STATES TREASURY BILLS UNITED TRN: 0000064597ST | $49,751,013.89 | |
| 01/24 | | PURCHASE OF SECURITIES GIS REF: T308024BOVV CUSTODY ACT: G 13414 PURC TD: 01/24/08 SETTLE DATE: 01/24/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D99 UNITED STATES TREASURY BILLS UNITED TRN: 0000064599ST | $49,751,013.89 | |
| 01/24 | | PURCHASE OF SECURITIES GIS REF: T308024BOW8 CUSTODY ACT: G 13414 PURC TD: 01/24/08 SETTLE DATE: 01/24/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D99 UNITED STATES TREASURY BILLS UNITED TRN: 0000064600ST | $49,751,013.89 | |
| 01/24 | | PURCHASE OF SECURITIES GIS REF: T308024BOYG CUSTODY ACT: G 13414 PURC TD: 01/24/08 SETTLE DATE: 01/24/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795D99 UNITED STATES TREASURY BILLS UNITED TRN: 0000064602ST | $49,751,013.89 | |
| 01/24 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012408. YOUR REF: 31Y999681302 4 | $15,269,563.00 | |
| 01/24 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $909,776.79 |
| 01/24 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.79 |
| 01/25 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012408. TRN: 0242003150XN YOUR REF: 31Y999681302 4 | | $15,269,563.00 |
| 01/25 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TIFFS)NEW YORK NY 10004 TRN: 5217700025JK YOUR REF: 65316840 | | $300,241,500.00 |
| 01/25 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: LFI LLC LITTLETON CO USA80127 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=SBB OBI=FFC LFI LLC ACCT# 1-CM737-3-0 BBI=/TIME/16:14 IMAD: 0125B2Q8921C002282 TRN: 0708109025FF YOUR REF: SBB | | $700,000.00 |

18-Dec-08                                                                    18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID Q18Dec08-344

**JPMorganChase** ⬡

January 01, 2008 –
January 31, 2008

Page 49 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/25 | | FED WIRE CREDIT VIA: CAPITAL ONE N.A./021407912 B/O: G BRIICE LIFTON NEW HYDE PARK NY 11042-1205 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTH FORK B OBI=FBO: G BRUCE LIFTON ACCT # 1-KW163-30MAD: 0125B1Q8431C000381 TRN: 0271301025FF YOUR REF: O/B NORTH FORK B | | $200,000.00 |
| 01/25 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: NETWORK CONSULTANTS INC 606114554 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000980172244 606114554 OGB=GCNXIIVDD456 CHICAGO, IL. 60603 BBI=/CHGS/USSSN: 0352724 TRN: 6294300025FC YOUR REF: O/B CITIBANK NYC | | $200,000.00 |
| 01/25 | | BOOK TRANSFER B/O: MRS HARRIETTE LEVINE NEW YORK NY 10021-ORG/0000000000739390260 MRS HARRIETTE LEVINE TRN: 0604100025ES YOUR REF: OS1 OF 08/01/25 | | $58,000.00 |
| 01/25 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: TELL (1836 CONSULT) REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=13611129 BBI=/TIME/14:32 IMAD: 0125E3B75DSC001380 TRN: 0543002025FF YOUR REF: 13611129 | | $25,000.00 |
| 01/25 | | DEPOSIT    2962    1 DAY FLOAT    01/28    $65,000.00    2 DAY FLOAT    01/29    $556,712.28    3 DAY FLOAT    01/30    $32,578.11 | | $1,306,290.39 |
| 01/25 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMM. PAPER. PRINCIPAL= $15,269,563.00 RATE=02.96% FOR INVESTMENT DATED 01/24/08. REF=CPSWP012408 TRN: 0251001059XP YOUR REF: 31Y9971059025 | | $1,255.50 |
| 01/25 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADDOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080124 TO 080125 RATE 3.3903 TRN: 0802500223AN YOUR REF: NC0585226301250801 | | $90,008,475.78 |
| 01/25 | | BOOK TRANSFER DEBIT A/C: 0323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5228100025JK YOUR REF: M0596656832570285 | $300,000,000.00 | |
| 01/25 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: ROBERT A. INGRAM & ANDREA INGRSSN: 0311724 TRN: 1416200025JO YOUR REF: INGRAM | $750,000.00 | |

JPMSAB0004180

**JPMorganChase** 

January 01, 2008 -
January 31, 2008

Page 50 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/25 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: SYLVIA ANN JOEL SCARSDALE, NEW YORK,10583-6941 REF: TELEBEN SSN: 0311717 TRN: 1416300025JO YOUR REF: JOBI | $300,000.00 | |
| 01/25 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080125 TO 080128 RATE 3.3909 TRN: 0802500511AN YOUR REF: ND0597417501250801 | $90,000,000.00 | |
| 01/25 | | FUNDING XFER TO 0063014281515D9 TRN: 0190000243RF | $2,153,890.82 | |
| 01/25 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01250B. YOUR REF: 31Y896821025 | $14,557,730.00 | |
| 01/25 | | CLOSING LEDGER BALANCE | *** Balance *** | $1,158,240.64 |
| 01/25 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.64 |
| 01/28 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01250B. TRN: 0252003193XN YOUR REF: 31Y8996821025 | | $14,557,730.00 |
| 01/28 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7494600028JK YOUR REF: 04771596 | | $300,476,000.00 |
| 01/28 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: ANDREW BEHAR OJAI CA05 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000197609623 OJAI CAUS OGB=/000197609623 OJAI CA 93023 OBI=FOR BENEF:SSN: 0400687 TRN: 7301500028FC YOUR REF: 0108012801306DNN | | $500,000.00 |
| 01/28 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: ISADEX INC BSNAA4T237425334 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ISADEX INC. NASSAU/AC-1FR03830 ORG=ISADEX INC BSNAA4T237425334 OGB=BANSSN: 0297062 TRN: 5375300028FC YOUR REF: O/B CITIBANK NYC | | $400,000.00 |
| 01/28 | | DEPOSIT     2963 1 DAY FLOAT      01/29      $131,083.00 2 DAY FLOAT      01/30      $588,000.00 3 DAY FLOAT      01/31      $12,000.00 | | $1,981,083.00 |
| 01/28 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL = $14,557,730.00 RATE=02.97% FOR INVESTMENT DATED 01/25/08. REF=CPSWP01250B TRN: 0281001057XP YOUR REF: 31Y9971057028 | | $3,603.03 |

JPMSAB0004181

18-Dec-08

`

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

JPMorganChase ⚫

January 01, 2008 -
January 31, 2008

Page 51 of 63

**Account Number**
▪▪▪▪703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/28 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080125 TO 080128 RATE 3.3909 TRN: 0802800191AN YOUR REF: NC0597417901280801 | | $90,025,432.13 |
| 01/28 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7497500028JK YOUR REF: M0507393928700089 | $300,000,000.00 | |
| 01/28 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: SOUTH FERRY #2,LP NEW YORK,NY 10004 REF: TELEBEN IMAD: 0128B1GGC03C001522 TRN: 0B3840002BJO YOUR REF: STNFERRY | $8,000,000.00 | |
| 01/28 | | BOOK TRANSFER DEBIT A/C: FORTIS BANK (NEDERLAND) N.V. AMSTERDAM NETHERLANDS REF: BNF-FFC-ACC, USD 990089591, SQUARE ONE FUND TRN: 0838500028JO YOUR REF: SQONE | $500,000.00 | |
| 01/28 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080128 TO 080129 RATE 3.3903 TRN: 0802800471AN YOUR REF: ND0608002901280801 | $85,000,000.00 | |
| 01/28 | | FUNDING XFER TO 006301428151509 TRN: 0190000245RF | $1,319,718.73 | |
| 01/28 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012B0B. YOUR REF: 31Y9996834028 | $13,051,997.00 | |
| 01/28 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,330,373.07 |
| 01/28 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.07 |
| 01/29 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012B0B . TRN: 0282003192XN YOUR REF: 31Y9996834028 | | $13,051,997.00 |
| 01/29 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9700380029JK YOUR REF: 05544152 | | $330,221,375.00 |
| 01/29 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: D STONE INDUSTRIES INC PSP WEST PALM BEACH FL 33401-5594 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080129150097 OBI=FFC DANS STONE INDUSTRIES PSP ACCOUNT # IMAD: 0129E3B7502C000523 TRN: 0138714029FF YOUR REF: 080129150097 | | $650,000.00 |

JPMSAB0004182

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

JPMorganChase ◯

January 01, 2008 -
January 31, 2008

Page 52 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/29 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MKTS INC OUTC AMHERST NY 14226- ORG:/84300468 AOL TIME WARNER CO SBARNEY 333 W34TH STREET STOCK PLAN OGB: CITIGROUP GLOBAL MARKETS INC NEW YORK NY REF:/BNF/BERNARD L MADOFF NEW YORK NY TRN: 1104200029JO YOUR REF: SWF OF 08/01/29 | | $95,970.56 |
| 01/29 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=DAVID MARZOUK M0180 SSN: 0364027 TRN: 6617600029FC YOUR REF: 1257414 | | $90,475.00 |
| 01/29 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=RONALD WEINSTEIN W0054SSN: 0319744 TRN: 5813600029FC YOUR REF: 1255833 | | $8,500.00 |
| 01/29 | | DEPOSIT        2964 | | $1,439,199.45 |
| | | 1 DAY FLOAT      01/30      $1,260,658.40 | | |
| | | 2 DAY FLOAT      01/31      $152,590.00 | | |
| | | 3 DAY FLOAT      02/01      $2,000.00 | | |
| 01/29 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $13,051,997.00 RATE=02.97% FOR INVESTMENT DATED 01/28/08. REF=CPSWP012808 TRN: 0291001051XP YOUR REF: 3119971051029 | | $1,076.79 |
| 01/29 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080128 TO 080129 RATE 3.3903 TRN: 0802900141AN YOUR REF: NC0808000290129080I | | $85,008,004.90 |
| 01/29 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9701500029JK YOUR REF: M08172741297O203 | $320,000,000.00 | |
| 01/29 | | FEDWIRE DEBIT VIA: PNCBANK PITT/043000096 A/C: JEFFREY EISENSTADT FUND IMAD: 0129B1QGC08C003238 TRN: 1613400029JO YOUR REF: JEFFEISEN | $3,000,000.00 | |
| 01/29 | | FEDWIRE DEBIT VIA: CITIBANK FSB CT/221172610 A/C: JEFFREY BERMAN FOUNDATION IMAD: 0129B1QGC02C002811 TRN: 1613500029JO YOUR REF: J.BERMAN FDN | $1,592,910.05 | |

JPMSAB0004183

18-Dec-08

18Dec08-344

**JPMorganChase ○**

January 01, 2008 -
January 31, 2008

**Page 53 of 63**

**Account Number**
███████ 703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/29 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: ST. JAMES ASSOCIATES FL. 33308-2801 IMAD: 0129B1QGC04C002608 TRN: 1613600029JO YOUR REF: CAP OF 08/01/29 | $500,000.00 | |
| 01/29 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 0129B1QGC08C003242 TRN: 1613700029JO YOUR REF: FLMARD | $100,000.00 | |
| 01/29 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080129 TO 080130 RATE 3.3903 TRN: 0802900406AN YOUR REF: ND0617784601290801 | $95,000,000.00 | |
| 01/29 | | FUNDING XFER TO 066301428151509 TRN: 0190000247RF | $1,507,304.83 | |
| 01/29 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012908. YOUR REF: 31Y999687I029 | $8,049,020.00 | |
| 01/29 | | CLOSING LEDGER BALANCE | *** Balance *** | $2,047,736.89 |
| 01/29 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.89 |
| 01/30 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP012908. TRN: 0292003234XN YOUR REF: 31Y999687I029 | | $8,049,020.00 |
| 01/30 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1936700030JK YOUR REF: 05700410 | | $375,247,187.50 |
| 01/30 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: AA ALTERNATIVE ADVANTAGE PLC LHOUSE HARCOURT ST REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=AA ALTERNATIVE ADVANTAGE PLC LANDMA HOUSE HARCOURT ST OGB=HSBC INSTITUSSN: 0355566 TRN: 6541500030FC YOUR REF: 7J30018R13005987 | | $15,900,000.00 |
| 01/30 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/CB8198004 JOSEPH GURWIN FOUNDATION REF:/ACC/A/C 140081703 NO NAME GIVEN TRN: 0313600030ES YOUR REF: OS1 OF 08/01/30 | | $10,000,000.00 |
| 01/30 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: EQUITY TRADING PORTFOLIO LTD J1043 BW AMSTERDAM REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=EQUITY TRADING PORTFOLIO FUND LIMIT ED/AC-1FR124 RFB=CF49IMAD: 0130B1Q8983C002116 TRN: 0096909030FF YOUR REF: CF49380302A | | $1,950,000.00 |

JPMSAB0004184

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ◯

January 01, 2008 -
January 31, 2008

**Page 54 of 63**

**Account Number**
▇▇▇▇▇703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/30 | | FED WIRE CREDIT VIA: EASTERN BANK/011301798 B/O: ARBOR PLACE LIMITED SALEM, MA 01970-5988 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B EASTERN BANK OBI=FBO ARBOR PLACE LP ACCT #1 A 0039 3 IMAD: 0130A1B7AA1C000138 TRN: 0370714030FF YOUR REF: O/B EASTERN BANK | | $1,900,000.00 |
| 01/30 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: PARA INTERNATIONAL FUND LTD CITCO FUND SERVICES (CAYMAN) LTD. REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JOSEPH AND ROSALIND GURWIN FOUNDATION INC/AC-1G037830 RFMAD: 0130B1QB94C003999 TRN: 0230003030FF YOUR REF: CF207470058 | | $1,166,697.00 |
| 01/30 | | **DEPOSIT**      2966 | | $160,000.00 |
| | | 1 DAY FLOAT           01/31           $35,000.00 | | |
| 01/30 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $8,049,020.00 RATE=02.97% FOR INVESTMENT DATED 01/29/08. REF=CPSWP012908 TRN: 0301001093XP YOUR REF: 3119971093030 | | $664.04 |
| 01/30 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080129 TO 080130 RATE 3.3903 TRN: 0803000177AN YOUR REF: NC051778490130080 | | $95,008,946.65 |
| 01/30 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1957100030JK YOUR REF: M08257023307030Z | $400,000,000.00 | |
| 01/30 | | BOOK TRANSFER DEBIT A/C: JLC &/OR KLC NEW YORK NY 10022- TRN: 1797900030JO YOUR REF: JEANNE | $6,500,000.00 | |
| 01/30 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: ROBERT A. AND ANDREA INGRAM IMAD: 0130B1QGC07C003572 TRN: 1798000030JO YOUR REF: INGRAM | $1,100,000.00 | |
| 01/30 | | BOOK TRANSFER DEBIT A/C: COHEN POOLED ASSETS NEW YORK NY 10016-5010 ORG: BERNARD L. MADOFF BB 5 THIRD AVENUE NE TRN: 1798200030JO YOUR REF: CAP OF 08/01/30 | $500,000.00 | |
| 01/30 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: STEVEN SCHIFF MIAMI,FL REF: TELEBEN IMAD: 0130B1QGC02C003125 TRN: 1798100030JO YOUR REF: JODI | $500,000.00 | |

JPMSAB0004185

18-Dec-08

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 55 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/30 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: FIRST CLEARING CORP BEN: ROBERT M. FISHBEIN ARMONK, NY 10504 IMAD: 0130810GC01C903034 TRN: 1798300030JO YOUR REF: CAP OF 08/01/30 | $350,000.00 | |
| 01/30 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080130 TO 080131 RATE 2.9602 TRN: 0803000393AN YOUR REF: ND0526974401300801 | $75,000,000.00 | |
| 01/30 | | FUNDING XFER TO 006301428151509 TRN: 0190000242RF | $2,142,344.83 | |
| 01/30 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01300B. YOUR REF: 317996949030 | $25,135,407.00 | |
| 01/30 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $201,500.25 |
| 01/30 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.25 |
| 01/31 | | REDEMPTION OR CALL GIS REF: T308031ABQV CUSTODY ACT: G 13414 REDM TD: 01/31/08 SETTLE DATE: 01/31/08BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795C58 UNITED STATES TREASURY BILLS UNITED TRN: 000007341357 | | $300,000,000.00 |
| 01/31 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP01300B. TRN: 0302003328XN YOUR REF: 317996949030 | | $25,135,407.00 |
| 01/31 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4935400031JK YOUR REF: 05844104 | | $325,214,229.17 |
| 01/31 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: SENATOR EQUITY SP ONE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SENATOR FUND SPC/AC-1FR128 ORG=/GBHBEU57045945 SENATOR EQUITY SP ONE OGB=HSBC BANK PLC LONDON OBI=RFB SUBSSN: 0367414 TRN: 6614500031FC YOUR REF: 4X31018H63118019 | | $30,500,000.00 |
| 01/31 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: ALPHA PRIME EQ HEDGED FUND USDREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ALPHA PRIME FD LTD/AC-1FR097 ORG=/GBHBEU58762745 ALPHA PRIME EQ HEDGED FUND USD OGB=HSBC BANK PLC LONDON SSN: 0367345 TRN: 6612900031FC YOUR REF: 4X31018H43118029 | | $4,500,000.00 |
| 01/31 | 01/02 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 12/31/2007 - PREVIOUS AMT: $32,435,254.00 CURRENT AMT: $34,135,254.00 TRN: 0312000805XP YOUR REF: EEY8810805031 | | $1,700,000.00 |

18-Dec-08

18Dec08-344

**JPMorganChase** ○

January 01, 2008 –
January 31, 2008

Page 56 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | | FED WIRE CREDIT VIA: SUNTRUST BANK, ATLANTA/061000104 B/O: HELLER BROTHERS PACKING CORP (WINTER GARDEN, FL 32787 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B SUNTRUST ATL OBI=FBO HELLER BROS PARTNERSHIP LTD ACCTIMAD: 0131F1QCZ68C002365 TRN: 0267208031FF YOUR REF: O/B SUNTRUST ATL | | $1,100,000.00 |
| 01/31 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: DCA REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=13709783 OBI=FBO: DCA GRANTOR TRUST ACCT # 1-A0144-3-0 BBI=/TIME/13:32 IMAD: 0131E3B7505C001189 TRN: 0495102031FF YOUR REF: 13709783 | | $900,000.00 |
| 01/31 | | FED WIRE CREDIT VIA: SUNTRUST BANK, ATLANTA/061000104 B/O: HELLER BROTHERS PACKING CORP (WINTER GARDEN, FL 32787 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B SUNTRUST ATL OBI=FBO: INDIAN WELLS A/C 1H006930 BBI=/IMAD: 0131F1QCZ68C002037 TRN: 0229613031FF YOUR REF: O/B SUNTRUST ATL | | $500,000.00 |
| 01/31 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD CSSN: 0384921 TRN: 6830030031FC YOUR REF: 1259981 | | $348,591.00 |
| 01/31 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080131005534 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 01318208921C001743 TRN: 0597313031FF YOUR REF: MT080131005534 | | $144,843.57 |
| 01/31 | | FED WIRE CREDIT VIA: M&I MARSHALL & ILSLEV BANK/075000051 B/O: MOLLY J BADER MINNETONKA MN 55305-4439 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B MARSHALL & I OBI=FFC: BERNARD L MADOFF FBO: MOLLY J.BIMAD: 0131G1QX261C002370 TRN: 0925501031FF YOUR REF: O/B MARSHALL & I | | $122,974.00 |
| 01/31 | 01/23 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/22/2008 - PREVIOUS AMT: $19,264,201.00 CURRENT AMT: $19,264,599.00 TRN: 0312000818XP YOUR REF: EEY8B10818931 | | $398.00 |

JPMSAB0004187

18-Dec-08

18Dec08-344

**JPMorganChase ⬡**

January 01, 2008 -
January 31, 2008

**Page 57 of 63**

**Account Number**
███████703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | 01/24 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/23/2008<br>- PREVIOUS AMT: $13,447,203.00 CURRENT AMT: $13,447,601.00<br>TRN: 0312000819XP<br>YOUR REF: EEY9810819031 | | $398.00 |
| 01/31 | 01/25 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/24/2008<br>- PREVIOUS AMT: $15,269,563.00 CURRENT AMT: $15,269,961.00<br>TRN: 0312000820XP<br>YOUR REF: EEY9810820031 | | $398.00 |
| 01/31 | 01/28 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/25/2008<br>- PREVIOUS AMT: $14,557,730.00 CURRENT AMT: $14,558,128.00<br>TRN: 0312000821XP<br>YOUR REF: EEY9810821031 | | $398.00 |
| 01/31 | 01/30 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/29/2008<br>- PREVIOUS AMT: $8,049,020.00 CURRENT AMT: $8,049,418.00 TRN:<br>0312000823XP<br>YOUR REF: EEY9810823031 | | $398.00 |
| 01/31 | 01/07 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/04/2008<br>- PREVIOUS AMT: $44,330,590.00 CURRENT AMT: $44,330,987.00<br>TRN: 0312000807XP<br>YOUR REF: EEY9810807031 | | $397.00 |
| 01/31 | 01/10 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/09/2008<br>- PREVIOUS AMT: $15,729,671.00 CURRENT AMT: $15,730,068.00<br>TRN: 0312000810XP<br>YOUR REF: EEY9810810031 | | $397.00 |
| 01/31 | 01/11 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/10/2008<br>- PREVIOUS AMT: $15,381,035.00 CURRENT AMT: $15,381,432.00<br>TRN: 0312000811XP<br>YOUR REF: EEY9810811031 | | $397.00 |
| 01/31 | 01/14 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/11/2008<br>- PREVIOUS AMT: $23,934,102.00 CURRENT AMT: $23,934,499.00<br>TRN: 0312000812XP<br>YOUR REF: EEY9810812031 | | $397.00 |
| 01/31 | 01/15 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/14/2008<br>- PREVIOUS AMT: $17,186,116.00 CURRENT AMT: $17,186,513.00<br>TRN: 0312000813XP<br>YOUR REF: EEY9810813031 | | $397.00 |
| 01/31 | 01/16 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/15/2008<br>- PREVIOUS AMT: $22,268,264.00 CURRENT AMT: $22,268,661.00<br>TRN: 0312000814XP<br>YOUR REF: EEY9810814031 | | $397.00 |
| 01/31 | 01/17 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/16/2008<br>- PREVIOUS AMT: $25,495,835.00 CURRENT AMT: $25,496,232.00<br>TRN: 0312000815XP<br>YOUR REF: EEY9810815031 | | $397.00 |

**JPMorganChase O**

January 01, 2008 -
January 31, 2008

Page 58 of 63

Account Number
703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | 01/18 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/17/2008 - PREVIOUS AMT: $16,376,627.00 CURRENT AMT: $16,377,024.00 TRN: 0312000816XP YOUR REF: EEY8810816031 | | $397.00 |
| 01/31 | 01/22 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/18/2008 - PREVIOUS AMT: $21,190,454.00 CURRENT AMT: $21,190,851.00 TRN: 0312000817XP YOUR REF: EEY8810817031 | | $397.00 |
| 01/31 | 01/29 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/28/2008 - PREVIOUS AMT: $13,051,997.00 CURRENT AMT: $13,052,394.00 TRN: 0312000822XP YOUR REF: EEY8810822031 | | $397.00 |
| 01/31 | | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/30/2008 - PREVIOUS AMT: $25,136,407.00 CURRENT AMT: $25,136,804.00 TRN: 0312000824XP YOUR REF: EEY8810824031 | | $397.00 |
| 01/31 | 01/04 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/03/2008 - PREVIOUS AMT: $36,388,817.00 CURRENT AMT: $36,389,213.00 TRN: 0312000806XP YOUR REF: EEY8810806031 | | $396.00 |
| 01/31 | 01/08 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/07/2008 - PREVIOUS AMT: $22,119,429.00 CURRENT AMT: $22,119,825.00 TRN: 0312000808XP YOUR REF: EEY8810808031 | | $396.00 |
| 01/31 | 01/09 | CHANGE IN REPAYMENT FOR SWEEP INVESTMENT DATED 01/08/2008 - PREVIOUS AMT: $16,964,642.00 CURRENT AMT: $16,965,038.00 TRN: 0312000809XP YOUR REF: EEY8810809031 | | $396.00 |
| 01/31 | | DEPOSIT        2967<br>1 DAY FLOAT        02/01        $3,351,611.02<br>2 DAY FLOAT        02/04        $4,700.00<br>3 DAY FLOAT        02/05        $300.00 | | $9,356,611.02 |
| 01/31 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL = $25,136,407.00 RATE=02.79% FOR INVESTMENT DATED 01/30/08. REF=CPSWP013008 TRN: 0311001153XP YOUR REF: 31Y9971153031 | | $1,948.07 |
| 01/31 | 01/02 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 12/31/2007 - PREVIOUS AMT: $7,568.22 CURRENT AMT: $7,964.90 REFERENCE=EEY8810805031 TRN: 0312005020XP YOUR REF: EEY8810805031 | | $396.68 |
| 01/31 | 01/22 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/18/2008 - PREVIOUS AMT: $8,593.92 CURRENT AMT: $8,594.08 REFERENCE=EEY8810817031 TRN: 0312005032XP YOUR REF: EEY8810817031 | | $.16 |

**JPMorganChase** ⬤

January 01, 2008 -
January 31, 2008

Page 59 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | 01/07 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/04/2008 - PREVIOUS AMT: $13,705.53 CURRENT AMT: $13,705.65 REFERENCE=EEY9810807031 TRN: 0312005022XP YOUR REF: EEY9810807031 | | $.12 |
| 01/31 | 01/14 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/11/2008 - PREVIOUS AMT: $7,299.90 CURRENT AMT: $7,300.02 REFERENCE=EEY9810812031 TRN: 0312005027XP YOUR REF: EEY9810812031 | | $.12 |
| 01/31 | 01/28 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/25/2008 - PREVIOUS AMT: $3,603.03 CURRENT AMT: $3,603.15 REFERENCE=EEY9810821031 TRN: 0312005036XP YOUR REF: EEY9810821031 | | $.12 |
| 01/31 | 01/04 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/03/2008 - PREVIOUS AMT: $3,810.72 CURRENT AMT: $3,810.76 REFERENCE=EEY9810806031 TRN: 0312005021XP YOUR REF: EEY9810806031 | | $.04 |
| 01/31 | 01/08 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/07/2008 - PREVIOUS AMT: $2,261.10 CURRENT AMT: $2,261.14 REFERENCE=EEY9810808031 TRN: 0312005023XP YOUR REF: EEY9810808031 | | $.04 |
| 01/31 | 01/09 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/08/2008 - PREVIOUS AMT: $1,729.45 CURRENT AMT: $1,729.49 REFERENCE=EEY9810809031 TRN: 0312005024XP YOUR REF: EEY9810809031 | | $.04 |
| 01/31 | 01/10 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/09/2008 - PREVIOUS AMT: $1,599.18 CURRENT AMT: $1,599.22 REFERENCE=EEY9810810031 TRN: 0312005025XP YOUR REF: EEY9810810031 | | $.04 |
| 01/31 | 01/11 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/10/2008 - PREVIOUS AMT: $1,563.74 CURRENT AMT: $1,563.78 REFERENCE=EEY9810811031 TRN: 0312005026XP YOUR REF: EEY9810811031 | | $.04 |
| 01/31 | 01/15 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/14/2008 - PREVIOUS AMT: $1,747.26 CURRENT AMT: $1,747.30 REFERENCE=EEY9810813031 TRN: 0312005028XP YOUR REF: EEY9810813031 | | $.04 |
| 01/31 | 01/16 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/15/2008 - PREVIOUS AMT: $2,298.68 CURRENT AMT: $2,298.72 REFERENCE=EEY9810814031 TRN: 0312005029XP YOUR REF: EEY9810814031 | | $.04 |
| 01/31 | 01/17 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/16/2008 - PREVIOUS AMT: $2,599.16 CURRENT AMT: $2,599.20 REFERENCE=EEY9810815031 TRN: 0312005030XP YOUR REF: EEY9810815031 | | $.04 |

JPMSAB0004190

08-01789-cgm   Doc 20928-39   Filed 12/01/21   Entered 12/01/21 18:22:04   Exhibit
20-Redacted   Pg 61 of 64
18-Dec-08
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344
18Dec08-344

**JPMorganChase ○**

January 01, 2008 –
January 31, 2008

Page 60 of 63

Account Number
███████703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | 01/18 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/17/2008 - PREVIOUS AMT: $1,659.51 CURRENT AMT: $1,659.55 REFERENCE=EEY9810816031 TRN: 0312005031XP YOUR REF: EEY9810816031 | | $.04 |
| 01/31 | 01/23 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/22/2008 - PREVIOUS AMT: $1,899.66 CURRENT AMT: $1,899.70 REFERENCE=EEY9810818031 TRN: 0312005033XP YOUR REF: EEY9810818031 | | $.04 |
| 01/31 | 01/30 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/29/2008 - PREVIOUS AMT: $564.04 CURRENT AMT: $564.08 REFERENCE=EEY9810823031 TRN: 0312005038XP YOUR REF: EEY9810823031 | | $.04 |
| 01/31 | 01/24 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/23/2008 - PREVIOUS AMT: $1,098.19 CURRENT AMT: $1,098.22 REFERENCE=EEY9810819031 TRN: 0312005034XP YOUR REF: EEY9810819031 | | $.03 |
| 01/31 | 01/25 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/24/2008 - PREVIOUS AMT: $1,255.50 CURRENT AMT: $1,255.53 REFERENCE=EEY9810820031 TRN: 0312005035XP YOUR REF: EEY9810820031 | | $.03 |
| 01/31 | 01/29 | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/28/2008 - PREVIOUS AMT: $1,076.79 CURRENT AMT: $1,076.82 REFERENCE=EEY9810822031 TRN: 0312005037XP YOUR REF: EEY9810822031 | | $.03 |
| 01/31 | | CHANGE IN INTEREST FOR SWEEP INVESTMENT DATED 01/30/2008 - PREVIOUS AMT: $1,948.07 CURRENT AMT: $1,948.10 REFERENCE=EEY9810824031 TRN: 0312005039XP YOUR REF: EEY9810824031 | | $.03 |
| 01/31 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADDOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 080130 TO 080131 RATE 2.9692 TRN: 0803100269AN YOUR REF: NC0626974401310901 | | $75,006,167.17 |
| 01/31 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4943000031JK YOUR REF: M06418 1833170424 | $325,000,000.00 | |
| 01/31 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: HUNKERING DOWN, LLC CHAPPAQUA,NY 10514 SSN: 0358998 TRN: 1809400031JO YOUR REF: HUNKDOWN | $1,000,000.00 | |
| 01/31 | | FEDWIRE DEBIT VIA: PNCBANK PITT/043000096 A/C: ESTATE OF RUTH M. SILVER,JOAN SAROFF, EXECUTRIX REF: BNF-FFC-ACC- 1025673169, ESTATE OF RUTH M. SILVER,JOAN M. SAROFF, EXECUTRIX IMAD: 0131B1OGC06C003289 TRN: 1809500031JO YOUR REF: NONREF | $737,673.81 | |

JPMSAB0004191

18-Dec-08

18Dec08-344

**JPMorganChase O**

January 01, 2008 –
January 31, 2008

Page 61 of 63

Account Number
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | 12/31 | CHANGE IN SWEEP INVESTMENT DATED 12/31/2007 - PREVIOUS AMT: $32,435,254.00 CURRENT AMT: $34,135,254.00 TRN: 0312007338XP YOUR REF: EEY9810805031 | $1,700,000.00 | |
| 01/31 | 01/22 | CHANGE IN SWEEP INVESTMENT DATED 01/22/2008 - PREVIOUS AMT: $19,284,201.00 CURRENT AMT: $19,284,599.00 TRN: 0312007351XP YOUR REF: EEY9810818031 | $398.00 | |
| 01/31 | 01/23 | CHANGE IN SWEEP INVESTMENT DATED 01/23/2008 - PREVIOUS AMT: $13,447,203.00 CURRENT AMT: $13,447,601.00 TRN: 0312007352XP YOUR REF: EEY9810819031 | $398.00 | |
| 01/31 | 01/24 | CHANGE IN SWEEP INVESTMENT DATED 01/24/2008 - PREVIOUS AMT: $15,259,563.00 CURRENT AMT: $15,259,961.00 TRN: 0312007353XP YOUR REF: EEY9810820031 | $398.00 | |
| 01/31 | 01/25 | CHANGE IN SWEEP INVESTMENT DATED 01/25/2008 - PREVIOUS AMT: $14,557,730.00 CURRENT AMT: $14,558,128.00 TRN: 0312007354XP YOUR REF: EEY9810821031 | $398.00 | |
| 01/31 | 01/29 | CHANGE IN SWEEP INVESTMENT DATED 01/29/2008 - PREVIOUS AMT: $8,049,020.00 CURRENT AMT: $8,049,418.00 TRN: 0312007356XP YOUR REF: EEY9810823031 | $398.00 | |
| 01/31 | 01/04 | CHANGE IN SWEEP INVESTMENT DATED 01/04/2008 - PREVIOUS AMT: $44,330,590.00 CURRENT AMT: $44,330,987.00 TRN: 0312007340XP YOUR REF: EEY9810807031 | $397.00 | |
| 01/31 | 01/09 | CHANGE IN SWEEP INVESTMENT DATED 01/09/2008 - PREVIOUS AMT: $15,729,671.00 CURRENT AMT: $15,730,068.00 TRN: 0312007343XP YOUR REF: EEY9810810031 | $397.00 | |
| 01/31 | 01/10 | CHANGE IN SWEEP INVESTMENT DATED 01/10/2008 - PREVIOUS AMT: $15,381,035.00 CURRENT AMT: $15,381,432.00 TRN: 0312007344XP YOUR REF: EEY9810811031 | $397.00 | |
| 01/31 | 01/11 | CHANGE IN SWEEP INVESTMENT DATED 01/11/2008 - PREVIOUS AMT: $23,934,102.00 CURRENT AMT: $23,934,499.00 TRN: 0312007345XP YOUR REF: EEY9810812031 | $397.00 | |
| 01/31 | 01/14 | CHANGE IN SWEEP INVESTMENT DATED 01/14/2008 - PREVIOUS AMT: $17,186,116.00 CURRENT AMT: $17,186,513.00 TRN: 0312007346XP YOUR REF: EEY9810813031 | $397.00 | |
| 01/31 | 01/15 | CHANGE IN SWEEP INVESTMENT DATED 01/15/2008 - PREVIOUS AMT: $22,268,264.00 CURRENT AMT: $22,268,661.00 TRN: 0312007347XP YOUR REF: EEY9810814031 | $397.00 | |
| 01/31 | 01/16 | CHANGE IN SWEEP INVESTMENT DATED 01/16/2008 - PREVIOUS AMT: $25,495,835.00 CURRENT AMT: $25,496,232.00 TRN: 0312007348XP YOUR REF: EEY9810815031 | $397.00 | |
| 01/31 | 01/17 | CHANGE IN SWEEP INVESTMENT DATED 01/17/2008 - PREVIOUS AMT: $16,376,627.00 CURRENT AMT: $16,377,024.00 TRN: 0312007349XP YOUR REF: EEY9810816031 | $397.00 | |
| 01/31 | 01/18 | CHANGE IN SWEEP INVESTMENT DATED 01/18/2008 - PREVIOUS AMT: $21,190,454.00 CURRENT AMT: $21,190,851.00 TRN: 0312007350XP YOUR REF: EEY9810817031 | $397.00 | |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec09-344

JPMorganChase ⬤

January 01, 2008 -
January 31, 2008

Page 62 of 63

Account Number
▇▇▇▇▇703

BERNARD L MADOFF INVESTMENT SECURITIES   .

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | 01/28 | CHANGE IN SWEEP INVESTMENT DATED 01/28/2008 - PREVIOUS AMT: $13,051,997.00 CURRENT AMT: $13,052,394.00 TRN: 0312007355XP YOUR REF: EEY9810822031 | $397.00 | |
| 01/31 | 01/30 | CHANGE IN SWEEP INVESTMENT DATED 01/30/2008 - PREVIOUS AMT: $25,136,407.00 CURRENT AMT: $25,136,804.00 TRN: 0312007357XP YOUR REF: EEY9810824031 | $397.00 | |
| 01/31 | 01/03 | CHANGE IN SWEEP INVESTMENT DATED 01/03/2008 - PREVIOUS AMT: $36,388,817.00 CURRENT AMT: $36,389,213.00 TRN: 0312007338XP YOUR REF: EEY9810806031 | $396.00 | |
| 01/31 | 01/07 | CHANGE IN SWEEP INVESTMENT DATED 01/07/2008 - PREVIOUS AMT: $22,119,429.00 CURRENT AMT: $22,119,825.00 TRN: 0312007341XP YOUR REF: EEY9810808031 | $396.00 . | |
| 01/31 | 01/08 | CHANGE IN SWEEP INVESTMENT DATED 01/08/2008 - PREVIOUS AMT: $16,964,642.00 CURRENT AMT: $16,965,038.00 TRN: 0312007342XP YOUR REF: EEY9810809031 | $396.00 | |
| 01/31 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080131 TO 080201 RATE 2.9602 TRN: 0803100575AN YOUR REF: ND0642362291310891 | $125,000,000.00 | |
| 01/31 | | FUNDING XFER TO 000301428151509 TRN: 0190000249RF | $1,923,236.92 | |
| 01/31 | | PURCHASE OF SECURITIES GIS REF: T308031BFPZ CUSTODY ACT: G 13414 PURC TD: 01/31/08 SETTLE DATE: 01/31/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795E23 UNITED STATES TREASURY BILLS UNITED TRN: 0000084957ST | $49,719,416.67 | |
| 01/31 | | PURCHASE OF SECURITIES GIS REF: T308031BFF7 CUSTODY ACT: G 13414 PURC TD: 01/31/08 SETTLE DATE: 01/31/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795E23 UNITED STATES TREASURY BILLS UNITED TRN: 0000084959ST | $49,719,416.67 | |
| 01/31 | | PURCHASE OF SECURITIES GIS REF: T308031BFRP CUSTODY ACT: G 13414 PURC TD: 01/31/08 SETTLE DATE: 01/31/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795E23 UNITED STATES TREASURY BILLS UNITED TRN: 0000084961ST | $49,719,416.67 | |
| 01/31 | | PURCHASE OF SECURITIES GIS REF: T308031BFR8 CUSTODY ACT: G 13414 PURC TD: 01/31/08 SETTLE DATE: 01/31/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795E23 UNITED STATES TREASURY BILLS UNITED TRN: 0000084964ST | $49,719,416.67 | |
| 01/31 | | PURCHASE OF SECURITIES GIS REF: T308031BFSK CUSTODY ACT: G 13414 PURC TD: 01/31/08 SETTLE DATE: 01/31/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795E23 UNITED STATES TREASURY BILLS UNITED TRN: 0000084966ST | $49,719,416.67 | |
| 01/31 | | PURCHASE OF SECURITIES GIS REF: T308031BFS9 CUSTODY ACT: G 13414 PURC TD: 01/31/08 SETTLE DATE: 01/31/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795E23 UNITED STATES TREASURY BILLS UNITED TRN: 0000084967ST | $49,719,416.67 | |

18-Dec-08

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18Dec08-344

**JPMorganChase** ⬡

January 01, 2008 –
January 31, 2008

**Page 63 of 63**

**Account Number**
703



BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 01/31 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP013108 . YOUR REF: 31Y9996991031 | $17,795,141.00 | |
| 01/31 | | CHECK PAID # 15472 | $2,500.00 | |
| 01/31 | | CLOSING LEDGER BALANCE | *** Balance *** | $3,358,611.26 |
| 01/31 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.26 |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 15468 | 01/07 | $2,000.00 | 15470* | 01/10 | $2,500.00 | 15472* | 01/31 | $2,500.00 |

**Total**   3 check(s)   $7,000.00
* indicates gap in sequence

Your service charges, fees and earnings credit have been calculated through account analysis.