# EXHIBIT 21

Madoff Investment Sec[urities]
ATTN: ERIN  Ref acct # 1-EM226-3-0

Please Mail Check

to Ken-Wen Ap LTD

for $200,000 as requested

to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Lantana, Fl 33462

Thank you

Kenneth Brown Ap

11/17

*WILL BE
RE-FUNDING
ACCT.
(3.0) IN

EXHIBIT 17
WITNESS: K Brown
DATE: 1-27-20
DAUGHTERS REPORTING, INC.  FC

MADTSS01171665