# EXHIBIT 22



MADWAA00285701

MADWAA00285702