# EXHIBIT 7

CHASE

| CKS OUT | WIRE TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|
| (1899975.56) (330000.00) NL | -1000000.00 AS -150000.00 MARDEN -4000.00 OAKDALE; -1375000.00 ROG -500000.00 [illegible]; -3000000.00 [illegible] -600000.00 [illegible] | +562211.75 | +390000.00 CROESUS | 6/16 | 314139733.11 | |
| -72000.00 CHELA (1579935.00) | -250000.00 MANSEL +5000000.00 THEMA | +372107.28 | | 6/17 | 317627505.39 | 7600- |
| -500000.00 SHALL (328000.00) | -144000.00 BLM -3050000.00 [illegible] -1500000.00 [illegible] -62017.52 [illegible] | +1190000.00 | | 6/18 | 313857522.91 | |
| -600000.00 BIRDLAKE (2704411.00) | -150000.00 [illegible] +3000000.00 EVENSTAD -400000.00 [illegible] -50000.00 MARDEN | +654891.00 +1000000.00 SCHWARTZ | +1000000.00 HAYMAN +1000000.00 ZEMSKY | 6/19 | 316608002.91 | |
| +300000 - BFS +600000 - BFS (923500-) | -75000 [illegible] +5000000 [illegible]; -600000 [illegible] -27000000 [illegible]; -4500000 [illegible] -2000000 BNP | +5000000 - L+Win +247850.09 | +300000.00 Berman | 6/20 | 291 [illegible] 009.00 | |
| -1300000.00 SACHS (1220270.00) | +250000.00 [illegible] +32000.00 LAZURUS; +250000.00 [illegible] +3999975 CARLSTON +800000.00 LEHRER; -500000.00 [illegible] +2000000 SLAVIN | 636567.35 | | 6/23 | 296536281.35 | |
| (2000.00) AE (2981000.00) | +2000000.00 [illegible] +298387.50 PELNICK +1000000 SHEARMAN; -45000.00 [illegible] +250000.00 [illegible]; -1000000.00 [illegible] -500000.00 [illegible] | +419788.58 | INT ADJ 4/24 AS PER DAN B. -2244008.72 | 6/24 | 294734256.38 | [illegible] +180 [illegible] |
| -670000.00 [illegible] -4000000.00 Hubbard (18112446.43) | -2000000.00 [illegible] -500000.00 SCHIFF -1400000.00 [illegible]; -1300000.00 KAPLAN -1700000.00 [illegible]; -2000000 [illegible] | +700000.00 | | 6/25 | 261351809.95 | |
| -10000000.00 BRANCH +70000.00 [illegible] (1251557.44) | +78000.00 CADMUS +100000.00 BERMAN +290000.00 STEIN | +291642.78 | +5000000.00 [illegible] | 6/26 | 300929895.29 | |
| -500000 Jalon (1841219.46) | -[illegible] Jacobs -20000000 [illegible] 1008646.53 [illegible]; -[illegible]; -1000000 [illegible] -1600000 [illegible] | 1000000 - Mittleman 702955.71 | -1200000 [illegible] -1596396 [illegible] -90000 [illegible] | 6/27 | | [illegible] |
| +3000000 - Sonnenberg +50000000.00 BLM | +10000000 - [illegible] +1500000 - Kuhn; +996518.90 Fisher +975000 [illegible] | +2200000.00 Cottage | +45000000 - BLM SPEC | 6/27 | 375920404.13 | [illegible] |
| (1780376-) (550000.00) NL | -3000000.00 STERLING -1200000 [illegible] TREMONT +46600 - Alpha; -500000.00 [illegible] -2380000.00 BNP; -7215000 [illegible] -2000000.00 RPP | +1459593.25 | +520000.00 TURBO +3626559.00 STERLING +16999975.00 M INVEST | 6/30 | 350233155.38 | CKS [illegible] +1000000 +134000 |
| (250000000-) [illegible] (2000) Annette (1405040-) NL | -3500000 PICOWER -1000000 [illegible]; -251000 [illegible] -350000 [illegible]; (2208510.50) -2500000 Thybo; +7576 [illegible] -Rose [illegible]; -9500 [illegible] -47500 -LWT | +1759716 [illegible]; +2224945 [illegible]; +3529956.53 [illegible] | +757898.47 - Bigos +425817.50 - Berman | 7/1 | | |
| +12999985 - [illegible] +600000 - Masons | | | -59100 BLM SPEC | | 119669026.51 | |
| (1500) (5857350.55) | -42000 [illegible] +15000 - Robins; -500000 [illegible] -[illegible] Schiff; -1150000 - BNP -1000000 [illegible] | +1000000 - Hypres; +[illegible] - Downsview; +1571666.68 | +500000 - Turbo +1800000 - [illegible] | 7/2 | 110496862.64 | |
| (2695525.04) | -[illegible] Grant +1000000.00 [illegible]; -Spodden Cow +4654555.00 [illegible]; -4654535.92 [illegible] -75000 [illegible] | +30000000.00 Ascot +155000.00 | +1000000.00 Avalex +2000000.00 Broad MKT | 7/3 | 140041336.68 | |
| (677000.00) (110000.00) NL | +1800000.00 RPPIND +3715585.[illegible]; +2700000.00 FRIEDMAN AMER MASTERS; -150850 - HARDEN +12000000.00 | +1913822 [illegible] PASHAW +400000.00 RBD | +600000 [illegible] | 7/7 | 163254892.69 | CK RET +14000- +8000- |