# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
CHEMICAL BANK
+ 83710 BAL 3-28
- 65 CKS out
+ 20 WIRE IN - WESTWOOD
+ 200   "    "  - PRIMEO CLB
+ 500   "    "  - N SACHS
+ 1100  "    "  - SCHUPAK
+ 2000  "    "  - YESOD
+ 3000  "    "  - BPI MULTI ADVISORS
+ 1762 My Deposit 200H CrH 500H EtH
                  278H ARB 784 ArB
- 14200 TONY Out
- 27300 WIRE Out - BANKERS
- 32800  "    "  - BK of NY
- 10000  "    "  - CREDIT LYONS
+ 15000 W.L. Deposit
  +22937

65000.00 MAILED Out of STATE

GIVING you 16 mil 4-1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322   BAL 3-28
- 15 823  CKS out *
-    369  ot out - Monroe
-    175  Wire Out - Marden
-    650    "    "   - Cigna
-   1000    "    "   - Tremont
-   1000    "    "   - Stan (Brighton)
-   9000  Tony Out
+ 27 300  Wire In - Chem
_____
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1 N.C.
    "        80 mil    4-1 Picower
Wiring Out  545 M     4-5 Picower
            1.7 mil   4-1 Marden
            150 M     4-1 Marden
            100 M     4-1 Malc/Auld
            2 mil     4-1 Hadassah
            50 M      4-2 Marden
            250 M     4-2 Goodman
            1.875 M   4-3 Greenwich
            1 mil     4-4 Lagoon

MADTSS00244688