# EXHIBIT 9

**EXHIBIT 9**

## Handwritten Ledger for 6/30/2003:

CHASE

| CKS OUT | WIRE | TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|---|
| (1 780 376.–) (1) <br> (550 000.00) NL (2) | –3 000 000.00 STERLING – 12 000 000.00 TREMONT + 466 000 – ALPHA + 520 000.00 TURBO – 500 000.00 DOUGS – 238 000.00 BNP + 3 625 559.00 STERLING 72 500.00 DLJ – 2 000 000.00 RIP + 1 459 593.25 + 16 999 975.00 M INVEST | | | | 6/30 | 350 233 155.38 | CKS CLEAR + 1 000 000 + 1 340 000 |

MADTSS01059432

## Daily Sheet:

C.M. 6-30-03

+375722 BALANCE

(2) –550 CHECKS OUT * (the 703 Account)

(1) –1780 CHECKS OUT** (the 509 Account)

—0— N.L. DEPOSIT

—0— TRANS

–26959 NET WIRES ****

+1460 MY DEPOSIT
+2340 cks Rtn

+350 233 TOTAL BALANCE MADTSS01309801

## BLMIS Customer Statements / BLMIS Bank Records:

Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | Check Bates References |
|---|---|---|---|---|---|---|---|
| 1EM379 | NTC & CO. FBO MICHAEL I ROSEN (xx4588) | 6/30/2003 | $ (14,000.00) | CW | CHECK | MDPTPP02696181-85 | JPMSAF0015632 MADWAA00310943-44 |
| 1CM635 | RUTH WASSERMAN PARTNERSHIP C/O HENRY SCHWARTZBERG | 6/30/2003 | $ (15,000.00) | CW | CHECK | MDPTPP01730106-10 | JPMSAF0015631 MADWAA00310941-42 |
| 1V0009 | NTC & CO. FBO ROBERT DANIEL VOCK xx1287 | 6/30/2003 | $ (30,000.00) | CW | CHECK | MDPTPP05595052-56 | JPMSAF0015634 MADWAA00310947-48 |
| 1CM590 | COLLINGWOOD ENTERPRISES | 6/30/2003 | $ (85,000.00) | CW | CHECK | MDPTPP01686968-72 | JPMSAF0015630 MADWAA00310939-40 |
| 1CM206 | PETER D KAMENSTEIN 665 TITICUS ROAD | 6/30/2003 | $ (100,000.00) | CW | CHECK | MDPTPP00921429-33 | JPMSAF0015627 MADWAA00310933-34 |
| 1CM321 | NTC & CO. FBO JAMES P ROBBINS (x1506) | 6/30/2003 | $ (100,000.00) | CW | CHECK | MDPTPP01142787-91 | JPMSAF0015628 MADWAA00310935-36 |
| 1CM382 | ROBERT KORN REVOCABLE TRUST | 6/30/2003 | $ (100,000.00) | CW | CHECK | MDPTPP01292492-96 | JPMSAF0015629 MADWAA00310937-38 |
| 1ZA003 | THE PETITO INVESTMENT GROUP C/O DR FRANK A PETITO NEW YORK HOSPITAL | 6/30/2003 | $ (112,500.00) | CW | CHECK | MDPTPP05752433-37 | JPMSAF0015635 MADWAA00310949-50 |
| 1S0401 | ALBERT H SMALL CHARITABLE REMAINDER UNITRUST | 6/30/2003 | $ (223,876.00) | CW | CHECK | MDPTPP05379004-08 | JPMSAF0015633 MADWAA00310945-46 |
| 1ZB046 | GROSVENOR PARTNERS LTD C/O FRANK AVELLINO | 6/30/2003 | $ (1,000,000.00) | CW | CHECK | MDPTPP06715443-55 | JPMSAF0015636 MADWAA00310951-52 |
| | | **Total** | **$ (1,780,376.00)** (1) | | | | |

Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | 703 Statement Bates References |
|---|---|---|---|---|---|---|---|
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 6/30/2003 | $ (220,000.00) | PW | CHECK | MDPTPP04192014-17 | JPMSAB0000995-1047 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 6/30/2003 | $ (330,000.00) | PW | CHECK | MDPTPP04192014-17 | JPMSAB0000995-1047 |
| | | **Total** | **$ (550,000.00)** (2) | | | | |

**EXHIBIT 9**

## Handwritten Ledger for 6/30/2003:

CHASE

| CKS OUT | WIRE | TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|---|
| (1780 376.-) (550 000.00) NL | [illegible] | [illegible] | +1459593.25 | +16 999 925.00 MINVEST | 6/30 | 350 233 155.38 | +7 000 000 +1340.00 |

MADTSS01059432

## Daily Sheet:

C.M. 6-30-03

+375722 BALANCE

-550 CHECKS OUT *

-1780 CHECKS OUT**

—0— N.L. DEPOSIT

—0— TRANS

-26959 NET WIRES ****

+1460 MY DEPOSIT
+2340 cks rtn

+350 233 TOTAL BALANCE

MADTSS01309801

## BLMIS Customer Statements / BLMIS Bank Records:

Deposits via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | 703 Statement Bates References |
|---|---|---|---|---|---|---|---|
| 1ZB463 | MAUREEN ANNE EBEL | 6/30/2003 | $ 25,000.00 | CA | CHECK | MDPTPP07017428-33 | JPMSAB0001048-099 |
| 1ZA873 | P & S ASSOCIATES GEN PTNRSHIP | 6/30/2003 | $ 179,075.38 | CA | CHECK | MDPTPP06574003-08 | JPMSAB0001048-099 |
| 1E0162 | ELISCU INVESTMENT GROUP LTD | 6/30/2003 | $ 50,000.00 | CA | CHECK | MDPTPP02106286-90 | JPMSAB0001048-099 |
| 1A0062 | AMERICAN COMMITTEE FOR SHAARE ZEDEK #2 | 6/30/2003 | $ 50,000.00 | CA | CHECK | MDPTPP00029763-67 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 100,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1ZA539 | KUNTZMAN FAMILY LLC C/O JACQUELINE GREEN | 6/30/2003 | $ 75,000.00 | CA | CHECK | MDPTPP06273693-97 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 35,478.26 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1ZA868 | WALLENSTEIN/NY PARTNERSHIP C/O DAVID WALLENSTEIN | 6/30/2003 | $ 100,000.00 | CA | CHECK | MDPTPP06565919-23 | JPMSAB0001048-099 |
| 1ZB438 | VINCENT A BARONE PARTNERSHIP | 6/30/2003 | $ 220,000.00 | CA | CHECK | MDPTPP07004048-52 | JPMSAB0001048-099 |
| 1M0102 | JENNIFER MADOFF F/B/O ROGER DAVID MADOFF C/O PETER MADOFF | 6/30/2003 | $ 39.51 | CA | CHECK | MDPTPP04520423-28 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 75,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1ZA003 | THE PETITO INVESTMENT GROUP C/O DR FRANK A PETITO NEW YORK HOSPITAL | 6/30/2003 | $ 51,000.00 | CA | CHECK | MDPTPP05752433-37 | JPMSAB0001048-099 |
| 1ZA003 | THE PETITO INVESTMENT GROUP C/O DR FRANK A PETITO NEW YORK HOSPITAL | 6/30/2003 | $ 199,000.00 | CA | CHECK | MDPTPP05752433-37 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 100,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 6/30/2003 | $ 200,000.00 | CA | CHECK | MDPTPP00149127-40 | JPMSAB0001048-099 |
| | | **Total** | **$ 1,459,593.15** | | | | |

**EXHIBIT 9**

## Handwritten Ledger for 6/30/2003:

CHASE

CKS out | WIRE | TRANS | My Deposit | BALANCE | DATE BALANCE | COMMENT

(1,780 376.-) (550,000.00) NL | - 3,000,000.00 STERLING - 500,000.00 DORADO - 7,265,000.00 BNP - 23,800,000.00 BNP - 12,000,000.00 TREMONT - 2,000,000.00 RPP + 466,000 - ALPHA + 520,000.00 TURBO + 3,620,559.00 STERLING + 16,999,975.00 M-INVEST | + 1,459,593.25 | | 6/30 $350,233,155.00 | CKS CERT + 1,000,000 + 1340,000

4 5

MADTSS01059432

## Daily Sheet:

C.M. 6-30-03

+ 375,722 BALANCE

- 550 CHECKS OUT *

- 1780 CHECKS OUT**

—0— N.L. DEPOSIT

—0— TRANS

4 - 26,959 NET WIRES ****

+ 1460 MY DEPOSIT

5 + 2340 Cks Rtn

+ 350,233 TOTAL BALANCE

✓ - 23800 WIRE out - BNP
✓ - 7265 WIRE out - BNP
✓ - 12,000 WIRE out - TREMONT
✓ - 2000 WIRE out - RPP
✓ - 3000 WIRE out - STERLING
✓ - 500 WIRE out - DORADO
WIRE
WIRE
✓ + 466 WIRE IN - ALPHA PRIME
✓ + 520 WIRE IN - TURBO
✓ + 3620 WIRE IN - STERLING
✓ + 17000 WIRE IN - M-INVEST
4 - 26,959 NET WIRES **** ✓

MADTSS01309801

## BLMIS Customer Statements / BLMIS Bank Records:

### Wire Transfers

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References | 703 Statement Bates References |
|---|---|---|---|---|---|---|---|
| 1D0026 | DORADO INVESTMENT COMPANY | 6/30/2003 | $ (500,000.00) | CW | CHECK WIRE | MDPTPP01973765-77 | JPMSAB0001048-099 |
| 1FR036 | BNP PARIBAS SECURITIES SERVICE ATTN: SYLVAINE FOSSEN | 6/30/2003 | $ (7,265,000.00) | CW | CHECK WIRE | MDPTPP03140232-45 | JPMSAB0001048-099 |
| 1FR032 | BNP PARIBAS SECURITIES SERVICE ATTN: SYLVAINE FOSSEN | 6/30/2003 | $ (23,800,000.00) | CW | CHECK WIRE | MDPTPP03135016-29 | JPMSAB0001048-099 |
| 1T0027 | RYE SELECT BROAD MKT FUND LP C/O TREMONT PARTNERS ATTN: HARRY HODGES SUITE C300 | 6/30/2003 | $ (12,000,000.00) | CW | CHECK WIRE | MDPTPP05530544-56 | JPMSAB0001048-099 |
| 1CM349 | RPP INVESTMENT ASSOCIATES LLC | 6/30/2003 | $ (2,000,000.00) | CW | CHECK WIRE | MDPTPP01213796-800 | JPMSAB0001048-099 |
| 1KW247 | METS LIMITED PTR #2 ATTN LEN LABITA | 6/30/2003 | $ (3,000,000.00) | CW | CHECK WIRE | MDPTPP04037135-40 | JPMSAB0001048-099 |
| 1FR097 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR ALPHA PRIME FUND LIMITED | 6/30/2003 | $ 466,000.00 | CA | CHECK WIRE | MDPTPP03213795-97 | JPMSAB0001048-099 |
| 1T0052 | TURBO INVESTORS LLC C/O VENTURE MANAGEMENT | 6/30/2003 | $ 520,000.00 | CA | CHECK WIRE | MDPTPP05570010-14 | JPMSAB0001048-099 |
| 1KW156 | STERLING 15C LLC | 6/30/2003 | $ 3,620,559.00 | CA | CHECK WIRE | MDPTPP03925974-78 | JPMSAB0001048-099 |
| 1FR094 | M-INVEST LIMITED CRAIGMUIR CHAMBERS P O BOX 71 | 6/30/2003 | $ 16,999,975.00 | CA | CHECK WIRE | MDPTPP03208603-16 | JPMSAB0001048-099 |
| | | **Total** | **$ (26,958,466)** 4 | | | | |

## BLMIS Customer Statements:

### Returned Checks

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References |
|---|---|---|---|---|---|---|
| 1KW252 | IRIS AND SAUL KATZ FAMILY FOUNDATION PM | 6/30/2003 | $ 1,340,000.00 | CW | RETURNED CHECK | MDPTPP04044579-83 MDPTPP04044584 |
| 1KW347 | FS COMPANY LLC | 6/30/2003 | $ 1,000,000.00 | CW | RETURNED CHECK | MDPTPP04106108-12 MDPTPP04106113 |
| | | **Total** | **$ 2,340,000** 5 | | | |