# EXHIBIT 12

**Treasury Bill Activity in JPMC G 13414 Account - Purchases, Sales/Redemptions, and Interest**

| CUSIP | Maturity Date | 703 ID(s)[1] | Purchases of Treasury Bills ||| 703 ID(s)[1] | Sales/Redemptions of Treasury Bills |||| Redeemed or Sold Prior to Maturity |
| | | | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | | Sale/ Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 912795ZL8 | 6/14/2007 | 41739 41758 41759 41760 41761 41762 41787 | 3/13/2007 3/14/2007 3/15/2007 | $ 300,000,000 | $ 296,235,125 | 43075 | 6/14/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,764,875 | Redeemed |
| 912795ZM6 | 6/21/2007 | 41781 41782 41783 41784 41785 41786 | 3/15/2007 | $ 300,000,000 | $ 296,035,083 | 43171 | 6/21/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,964,917 | Redeemed |
| 912795ZU8 | 8/9/2007 | 42596 42597 42598 42599 42600 42601 | 5/9/2007 | $ 300,000,000 | $ 296,373,667 | 43844 | 8/9/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,626,333 | Redeemed |
| 912795ZZ7 | 9/13/2007 | 43082 43083 43084 43085 43086 43087 | 6/14/2007 | $ 300,000,000 | $ 296,572,333 | 44295 | 9/13/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,427,667 | Redeemed |
| 912795A27 | 9/20/2007 | 43188 43189 43190 43191 43192 43193 | 6/21/2007 | $ 300,000,000 | $ 296,534,417 | 44371 | 9/20/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,465,583 | Redeemed |
| 912795A68 | 10/18/2007 | 43624 43625 43626 43853 43854 43855 | 7/24/2007 8/9/2007 | $ 300,000,000 | $ 296,872,625 | 44740 | 10/18/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,127,375 | Redeemed |
| 912795A76 | 10/25/2007 | 43621 43622 43623 43856 43857 43858 | 7/24/2007 8/9/2007 | $ 300,000,000 | $ 296,597,302 | 44825 | 10/25/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,402,698 | Redeemed |
| 912795A92 | 11/8/2007 | 43934 43935 43936 43937 | 8/15/2007 | $ 200,000,000 | $ 197,908,056 | 45008 | 11/8/2007 | $ 200,000,000 | $ 200,000,000 | $ 2,091,944 | Redeemed |
| 912795B26 | 11/15/2007 | 43956 43957 43958 43959 43960 43961 | 8/16/2007 | $ 300,000,000 | $ 296,724,000 | 45071 | 11/15/2007 | $ 300,000,000 | $ 300,000,000 | $ 3,276,000 | Redeemed |
| 912795B59 | 12/6/2007 | 44389 44390 44391 44392 44393 44394 | 9/20/2007 | $ 300,000,000 | $ 297,542,417 | 45346 | 12/6/2007 | $ 300,000,000 | $ 300,000,000 | $ 2,457,583 | Redeemed |
| 912795B67 | 12/13/2007 | 44316 44317 44318 44319 44320 44321 | 9/13/2007 | $ 300,000,000 | $ 297,027,333 | 45450 | 12/13/2007 | $ 300,000,000 | $ 300,000,000 | $ 2,972,667 | Redeemed |
| 912795B75 | 12/20/2007 | 43820 43821 43822 43823 43824 43825 | 8/7/2007 | $ 300,000,000 | $ 294,763,125 | 45574 | 12/20/2007 | $ 300,000,000 | $ 300,000,000 | $ 5,236,875 | Redeemed |

**Treasury Bill Activity in JPMC G 13414 Account - Purchases, Sales/Redemptions, and Interest**

| CUSIP | Maturity Date | 703 ID(s)[1] | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | 703 ID(s)[1] | Sale/Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *Purchases of Treasury Bills* | | | | *Sales/Redemptions of Treasury Bills* | | | | | |
| 912795C33 | 1/17/2008 | 44756 44757 44758 44759 44760 44761 | 10/18/2007 | $ 300,000,000 | $ 296,943,917 | 46063 | 1/17/2008 | $ 300,000,000 | $ 300,000,000 | $ 3,056,083 | Redeemed |
| 912795C41 | 1/24/2008 | 44842 44843 44844 44845 44846 44847 | 10/25/2007 | $ 300,000,000 | $ 297,050,083 | 46172 | 1/24/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,949,917 | Redeemed |
| 912795C58 | 1/31/2008 | 44936 44937 44938 44939 44940 44941 | 11/1/2007 | $ 300,000,000 | $ 297,103,167 | 46263 | 1/31/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,896,833 | Redeemed |
| 912795C66 | 2/7/2008 | 45022 45023 45024 45025 | 11/8/2007 | $ 200,000,000 | $ 198,159,778 | 46440 | 2/7/2008 | $ 200,000,000 | $ 200,000,000 | $ 1,840,222 | Redeemed |
| 912795C90 | 2/28/2008 | 45368 45369 45370 45371 45372 45373 | 12/6/2007 | $ 300,000,000 | $ 297,921,000 | 46691 | 2/28/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,079,000 | Redeemed |
| 912795D32 | 3/13/2008 | 45087 45088 45089 45090 45091 45092 | 11/15/2007 | $ 300,000,000 | $ 296,725,021 | 46899 | 3/13/2008 | $ 300,000,000 | $ 300,000,000 | $ 3,274,979 | Redeemed |
| 912795D40 | 3/20/2008 | 45422 45423 45424 45425 45426 45427 | 12/11/2007 | $ 300,000,000 | $ 297,608,333 | 47003 | 3/20/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,391,667 | Redeemed |
| 912795D57 | 3/27/2008 | 45445 45446 45447 45448 | 12/12/2007 | $ 200,000,000 | $ 198,345,222 | 47091 | 3/27/2008 | $ 200,000,000 | $ 200,000,000 | $ 1,654,778 | Redeemed |
| 912795D65 | 4/3/2008 | 45464 45465 45466 45467 45468 45469 | 12/13/2007 | $ 300,000,000 | $ 297,312,000 | 47262 | 4/3/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,688,000 | Redeemed |
| 912795D73 | 4/10/2008 | 45594 45595 45596 45597 45598 45599 | 12/20/2007 | $ 300,000,000 | $ 297,312,000 | 47369 | 4/10/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,688,000 | Redeemed |
| 912795D81 | 4/17/2008 | 46091 46092 46093 46094 46095 46096 | 1/17/2008 | $ 300,000,000 | $ 297,679,500 | 47483 | 4/17/2008 | $ 300,000,000 | $ 300,000,000 | $ 2,320,500 | Redeemed |
| 912795D99 | 4/24/2008 | 46191 46192 46193 46194 46195 46196 | 1/24/2008 | $ 300,000,000 | $ 298,506,083 | 47579 | 4/24/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,493,917 | Redeemed |
| 912795E23 | 5/1/2008 | 46342 46343 46344 46345 46346 46347 | 1/31/2008 | $ 300,000,000 | $ 298,316,500 | 47666 | 5/1/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,683,500 | Redeemed |

**Treasury Bill Activity in JPMC G 13414 Account - Purchases, Sales/Redemptions, and Interest**

| CUSIP | Maturity Date | 703 ID(s)[1] | Purchases of Treasury Bills | | | 703 ID(s)[1] | Sales/Redemptions of Treasury Bills | | | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | | Sale/ Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | | |
| 912795E31 | 5/8/2008 | 46455 46456 46457 46458 | 2/7/2008 | $ 200,000,000 | $ 198,958,556 | 47773 | 5/8/2008 | $ 200,000,000 | $ 200,000,000 | $ 1,041,444 | Redeemed |
| 912795E64 | 5/29/2008 | 46704 46705 46706 46707 46708 46709 | 2/28/2008 | $ 300,000,000 | $ 298,498,500 | 48026 | 5/29/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,501,500 | Redeemed |
| 912795E80 | 6/12/2008 | 46911 46912 46913 46914 46915 46916 | 3/13/2008 | $ 300,000,000 | $ 298,915,583 | 48260 | 6/12/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,084,417 | Redeemed |
| 912795E98 | 6/19/2008 | 47021 47022 47023 47024 47025 47026 | 3/20/2008 | $ 300,000,000 | $ 299,393,333 | 48362 | 6/19/2008 | $ 300,000,000 | $ 300,000,000 | $ 606,667 | Redeemed |
| 912795F22 | 6/26/2008 | 47106 47107 47108 47109 | 3/27/2008 | $ 200,000,000 | $ 199,357,944 | 48465 | 6/26/2008 | $ 200,000,000 | $ 200,000,000 | $ 642,056 | Redeemed |
| 912795F30 | 7/3/2008 | 47285 47286 47287 47288 47289 47290 | 4/3/2008 | $ 300,000,000 | $ 298,976,250 | 48586 | 7/3/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,023,750 | Redeemed |
| 912795F48 | 7/10/2008 | 47389 47390 47391 47392 47393 47394 | 4/10/2008 | $ 300,000,000 | $ 299,021,750 | 48680 | 7/10/2008 | $ 300,000,000 | $ 300,000,000 | $ 978,250 | Redeemed |
| 912795F55 | 7/17/2008 | 47508 47509 47510 47511 47512 47513 | 4/17/2008 | $ 300,000,000 | $ 299,207,542 | 48783 | 7/17/2008 | $ 300,000,000 | $ 300,000,000 | $ 792,458 | Redeemed |
| 912795F63 | 7/24/2008 | 47593 47594 47595 47596 47597 47598 | 4/24/2008 | $ 300,000,000 | $ 299,105,167 | 48886 | 7/24/2008 | $ 300,000,000 | $ 300,000,000 | $ 894,833 | Redeemed |
| 912795F71 | 7/31/2008 | 47688 47689 47690 47691 47692 47693 | 5/1/2008 | $ 300,000,000 | $ 298,953,500 | 48976 | 7/31/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,046,500 | Redeemed |
| 912795F89 | 8/7/2008 | 47787 47788 47789 47790 | 5/8/2008 | $ 200,000,000 | $ 199,198,694 | 49091 | 8/7/2008 | $ 200,000,000 | $ 200,000,000 | $ 801,306 | Redeemed |
| 912795G39 | 8/28/2008 | 48046 48047 48048 48049 48050 48051 | 5/29/2008 | $ 300,000,000 | $ 298,589,500 | 49353 | 8/28/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,410,500 | Redeemed |

**Treasury Bill Activity in JPMC G 13414 Account - Purchases, Sales/Redemptions, and Interest**

| CUSIP | Maturity Date | 703 ID(s)[1] | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | 703 ID(s)[1] | Sale/Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *Purchases of Treasury Bills* | | | | *Sales/Redemptions of Treasury Bills* | | | | | |
| 912795G54 | 9/11/2008 | 47822 47823 47824 47825 47826 47827 48282 48283 48284 48285 48286 48287 | 5/12/2008 6/12/2008 | $ 600,000,000 | $ 596,997,125 | 49592 | 9/11/2008 | $ 600,000,000 | $ 600,000,000 | $ 3,002,875 | Redeemed |
| 912795G62 | 9/18/2008 | 47828 47829 47830 47831 48377 48378 48379 48380 48381 48382 | 5/12/2008 6/19/2008 | $ 500,000,000 | $ 497,410,417 | 49706 | 9/18/2008 | $ 500,000,000 | $ 500,000,000 | $ 2,589,583 | Redeemed |
| 912795G70 | 9/25/2008 | 48480 48481 48482 48483 | 6/26/2008 | $ 200,000,000 | $ 199,107,694 | 49816 | 9/25/2008 | $ 200,000,000 | $ 200,000,000 | $ 892,306 | Redeemed |
| 912795G88 | 10/2/2008 | 48605 48606 48607 48608 48609 48610 | 7/3/2008 | $ 300,000,000 | $ 298,638,792 | 49940 | 10/2/2008 | $ 300,000,000 | $ 300,000,000 | $ 1,361,208 | Redeemed |
| 912795G96 | 10/9/2008 | 48699 48700 48701 48702 48703 48704 | 7/10/2008 | $ 300,000,000 | $ 298,635,000 | 49965 49966 49967 49968 49969 49970 | 10/3/2008 | $ 300,000,000 | $ 299,995,000 | $ 1,360,000 | Sold |
| 912795H20 | 10/16/2008 | 48800 48801 48802 48803 48804 48805 | 7/17/2008 | $ 300,000,000 | $ 298,987,625 | 50097 50098 50099 50100 50101 50102 | 10/14/2008 | $ 300,000,000 | $ 299,992,000 | $ 1,004,375 | Sold |
| 912795H38 | 10/23/2008 | 48907 48908 48909 48910 48911 48912 | 7/24/2008 | $ 300,000,000 | $ 298,900,417 | 50158 50159 50160 50161 50162 50163 | 10/16/2008 | $ 300,000,000 | $ 299,994,167 | $ 1,093,750 | Sold |
| 912795H46 | 10/30/2008 | 49002 49003 49004 49005 49006 49007 | 7/31/2008 | $ 300,000,000 | $ 298,748,750 | 50244 50245 50246 50247 50248 50249 | 10/22/2008 | $ 300,000,000 | $ 299,972,000 | $ 1,223,250 | Sold |
| 912795H53 | 11/6/2008 | 49114 49115 49116 49117 N/A[2] | 8/7/2008 9/18/2008 | $ 300,000,000 | $ 298,743,694 | 50329 50330 50331 50332 50333 50334 | 10/29/2008 | $ 300,000,000 | $ 299,983,333 | $ 1,239,639 | Sold |
| 912795H95 | 12/4/2008 | 49369 49370 49371 49372 49373 49374 | 8/28/2008 | $ 300,000,000 | $ 298,685,167 | 50335 50336 50337 50338 50339 50340 | 10/29/2008 | $ 300,000,000 | $ 299,895,000 | $ 1,209,833 | Sold |
| 912795J28 | 12/11/2008 | 49610 49611 49612 49613 49614 49615 | 9/11/2008 | $ 300,000,000 | $ 298,763,917 | 50341 50342 50343 50344 50460 50461 | 10/29/2008 11/4/2008 | $ 300,000,000 | $ 299,879,056 | $ 1,115,139 | Sold |

**Treasury Bill Activity in JPMC G 13414 Account - Purchases, Sales/Redemptions, and Interest**

| CUSIP | Maturity Date | *Purchases of Treasury Bills* 703 ID(s)[1] | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | *Sales/Redemptions of Treasury Bills* 703 ID(s)[1] | Sale/Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 912795J36 | 12/18/2008 | 50364 50365 | 10/29/2008 | $ 100,000,000 | $ 99,950,000 | 50462 50463 | 11/4/2008 | $ 100,000,000 | $ 99,953,556 | $ 3,556 | Sold |
| 912795J69 | 1/8/2009 | 48827 48828 48829 48830 48863 | 7/18/2008 7/22/2008 | $ 250,000,000 | $ 247,892,708 | 50345 50346 50347 50466 50467 | 10/29/2008 11/4/2008 | $ 250,000,000 | $ 249,758,500 | $ 1,865,792 | Sold |
| 912795J77 | 1/15/2009 | 48849 48850 48851 48864 48865 | 7/21/2008 7/22/2008 | $ 250,000,000 | $ 247,743,000 | 50348 50349 50350 50468 50469 | 10/29/2008 11/4/2008 | $ 250,000,000 | $ 249,720,250 | $ 1,977,250 | Sold |
| 912795J85 | 1/22/2009 | 50366 50367 | 10/29/2008 | $ 100,000,000 | $ 99,853,611 | 50470 50471 | 11/4/2008 | $ 100,000,000 | $ 99,894,667 | $ 41,056 | Sold |
| 912795J93 | 1/29/2009 | 50368 50369 | 10/29/2008 | $ 100,000,000 | $ 99,813,444 | 50472 50473 | 11/4/2008 | $ 100,000,000 | $ 99,885,333 | $ 71,889 | Sold |
| 912795K26 | 2/5/2009 | 49616 49617 49618 49619 49620 49621 | 9/11/2008 | $ 300,000,000 | $ 297,960,375 | 50418 50419 50420 50421 50517 50518 | 11/3/2008 11/5/2008 | $ 300,000,000 | $ 299,595,556 | $ 1,635,181 | Sold |
| 912795K34 | 2/12/2009 | 49833 49834 49835 49836 | 9/25/2008 | $ 200,000,000 | $ 198,958,667 | 50474 50475 50519 50520 | 11/4/2008 11/5/2008 | $ 200,000,000 | $ 199,690,333 | $ 731,667 | Sold |
| 912795K42 | 2/19/2009 | 49725 49726 49727 49728 49729 49730 49731 49771 49772 49773 | 9/18/2008 9/22/2008 | $ 500,000,000 | $ 497,604,444 | 50422 50423 50424 50425 50426 50427 50476 50477 50558 50559 | 11/3/2008 11/4/2008 11/10/2008 | $ 500,000,000 | $ 499,193,722 | $ 1,589,278 | Sold |
| 912795K59 | 2/26/2009 | 50370 50371 | 10/29/2008 | $ 100,000,000 | $ 99,766,667 | 50560 50561 | 11/10/2008 | $ 100,000,000 | $ 99,883,000 | $ 116,333 | Sold |
| 912795K67 | 3/5/2009 | 49752 49753 | 9/19/2008 | $ 100,000,000 | $ 99,768,056 | 50574 50575 | 11/12/2008 | $ 100,000,000 | $ 99,934,083 | $ 166,028 | Sold |
| 912795K75 | 3/12/2009 | 49852 49853 49854 49855 | 9/26/2008 | $ 200,000,000 | $ 198,656,000 | 50478 50479 50576 50577 | 11/4/2008 11/12/2008 | $ 200,000,000 | $ 199,657,111 | $ 1,001,111 | Sold |
| 912795K83 | 3/19/2009 | 49992 50014 50062 50063 50131 50132 | 10/3/2008 10/6/2008 10/8/2008 10/14/2008 | $ 300,000,000 | $ 298,320,000 | 50480 50481 50482 50483 50578 50579 | 11/4/2008 11/12/2008 | $ 300,000,000 | $ 299,353,278 | $ 1,033,278 | Sold |
| | | | | $ 16,700,000,000 | $ 16,586,249,976 | | Total | $ 16,700,000,000 | $ 16,696,229,944 | $ 109,979,969 | |

[1] *See* **Exhibit 4** for 703 Account transactions related to the Treasury Bills. *See also* statements titled "All Trade Activity" for the JPMC G 13414 account: JPMSAA0019992-94; JPMSAA0019996-20020; and JPMSAA0020022-77.

[2] The JPMC G 13414 Account Activity Report and the Lehman 435 Account statement for September 2008 reflect two transfers of Treasury Bills having a total face value of $100 million from the Lehman 435 Account (one of the 8 Brokerage Accounts) to the JPMC G 13414 Account. According to the Lehman 435 Account statements, these Treasury Bills were purchased for a total of $99,587,972 on 8/7/2008. *See* SECSAH0001353, SECSAH0001373, and JPMSAA0020056.