# EXHIBIT 2

**Documents Considered**                                                    **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | MDPTPP02435973 | MDPTPP02435978 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | MDPTPP02435987 | MDPTPP02435990 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | MDPTPP02435999 | MDPTPP02436006 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | MDPTPP02436088 | MDPTPP02436093 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | MDPTPP02436118 | MDPTPP02436122 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | MDPTPP02436124 | MDPTPP02436126 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | MDPTPP02436166 | MDPTPP02436171 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | MF00115966 | MF00115968 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | MF00125676 | MF00125680 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | MF00189551 | MF00189552 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MF00231358 | MF00231359 |
| 10-04468_BRKCAA0000001 | 10-04468_BRKCAA0000383 | MF00307638 | MF00307639 |
| 10-04468_Paradise Bank_00000001 | 10-04468_Paradise Bank_00000700 | MF00320021 | MF00320022 |
| AMF00282547 | AMF00282620 | MF00322903 | MF00322905 |
| JPMSAB0002636 | JPMSAB0002689 | MF00333741 | MF00333742 |
| JPMSAB0003405 | JPMSAB0003456 | MF00383018 | MF00383019 |
| JPMSAB0004132 | JPMSAB0004194 | MF00437540 | MF00437541 |
| JPMSAF0020706 | JPMSAF0020706 | SBCSAB0001005 | SBCSAB0001005 |
| JPMSAF0021024 | JPMSAF0021024 | SBCSAB0001379 | SBCSAB0001397 |
| JPMSAF0023604 | JPMSAF0023604 | SBCSAB0002071 | |
| JPMSAF0031969 | JPMSAF0031969 | SBCSAB0003070 | SBCSAB0003070 |
| JPMSAF0040305 | JPMSAF0040305 | SBCSAB0003494 | SBCSAB0003513 |
| JPMSAF0043060 | JPMSAF0043060 | SBCSAB0014129 | SBCSAB0014136 |
| JPMSAF0057469 | JPMSAF0057469 | SBCSAB0017102 | SBCSAB0017121 |
| JPMSAF0072418 | JPMSAF0072418 | SBCSAB0017569 | SBCSAB0017569 |
| JPMTAF0000001 | | SBCSAB0020409 | SBCSAB0020424 |
| MADTSS01171661 | MADTSS01171738 | SBCSAB0020976 | |
| MADWAA00038598 | MADWAA00038685 | SBCSAB0020996 | |
| MADWAA00173733 | MADWAA00173734 | SBCSAB0021157 | |
| MADWAA00185581 | MADWAA00185582 | SBCSAB0021158 | |
| MADWAA00220290 | MADWAA00220291 | SBCSAB0021191 | |
| MADWAA00229960 | MADWAA00229961 | SBCSAB0021333 | SBCSAB0021350 |
| MADWAA00238491 | MADWAA00238492 | SBCSAB0022201 | |
| MADWAA00273442 | MADWAA00273443 | SBCSAB0022258 | SBCSAB0022275 |
| MADWAA00285701 | MADWAA00285702 | SBCSAB0022713 | |
| MADWAA00363581 | MADWAA00363582 | SBCSAB0022714 | |
| MADWAA00364170 | MADWAA00364171 | SBCSAB0023827 | |
| MDPTPP02435237 | MDPTPP02435241 | SBCSAB0024502 | |
| MDPTPP02435279 | MDPTPP02435284 | SBCSAB0024559 | |
| MDPTPP02435292 | MDPTPP02435297 | SBCSAB0024560 | |
| MDPTPP02435334 | MDPTPP02435340 | SBCSAB0025009 | SBCSAB0025022 |
| MDPTPP02435347 | MDPTPP02435352 | SBCSAB0025155 | |
| MDPTPP02435354 | MDPTPP02435359 | SBCSAB0025168 | |
| MDPTPP02435361 | MDPTPP02435366 | SBCSAB0025175 | |
| MDPTPP02435374 | MDPTPP02435377 | SBCSAB0025273 | |
| MDPTPP02435397 | MDPTPP02435400 | SBCSAB0025769 | SBCSAB0025783 |
| MDPTPP02435495 | MDPTPP02435499 | SBCSAB0025913 | |
| MDPTPP02435559 | MDPTPP02435561 | SBCSAB0025928 | |
| MDPTPP02435834 | MDPTPP02435840 | SBCSAB0026076 | |
| MDPTPP02435843 | MDPTPP02435847 | SBCSAC0022026 | SBCSAC0022030 |
| MDPTPP02435862 | MDPTPP02435868 | SBCSAC0022041 | SBCSAC0022044 |
| MDPTPP02435918 | MDPTPP02435922 | | |

**Documents Considered**                                                                              **EXHIBIT 2**

Plaintiff's Initial Disclosures

Plaintiff's Amended Initial Disclosures

Defendants' Initial Disclosures

Answers to Trustee's First Set of Requests for Admission by Defendants [sic] Ken-Wen Family Limited Partnership

Response to Trustee's First Set of Requests for Production of Documents by Defendant Ken-Wen Family Limited Partnership

Answers to First Set of Interrogatories by Ken-Wen Family Limited Partnership

Defendant Kenneth W. Brown's First Request for Production of Documents on Plaintiff

Plaintiff Irving H. Picard's Responses and Objections to Defendant Kenneth W. Brown's First Request for Production of Documents

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of Kenneth William Brown for Adv. No. 10-04468 (SMB), dated January 27, 2020