# EXHIBIT 3

**List of All Cash Transactions in the Ken-Wen Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results [4] | | | Bates References to BLMIS Customer Files[4] | Bates Reference(s) to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 568761 | 1EM226 | KEN-WEN FAMILY LP LTD | 8/31/1993 | 30,000 | CA | CHECK | n/a | Yes[5] | n/a | AMF00282607 MADTSS01171725 | n/a |
| 569073 | 1EM226 | KEN-WEN FAMILY LP LTD | 11/9/1993 | 25,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 568656 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/7/1994 | 75,000 | CA | CHECK | n/a | Yes[6] | n/a | AMF00282606 MADTSS01171724 | n/a |
| 557772 | 1EM226 | KEN-WEN FAMILY LP LTD | 7/13/1994 | 25,000 | CA | CHECK | n/a | Yes | n/a | AMF00282604 MADTSS01171722 | n/a |
| 568708 | 1EM226 | KEN-WEN FAMILY LP LTD | 8/29/1994 | 25,000 | CA | CHECK | n/a | Yes[7] | n/a | AMF00282603 MADTSS01171721 | n/a |
| 568140 | 1EM226 | KEN-WEN FAMILY LP LTD | 11/21/1994 | 74,000 | CA | CHECK | n/a | Yes | n/a | AMF00282601 MADTSS01171719 | n/a |
| 575014 | 1EM226 | KEN-WEN FAMILY LP LTD | 5/22/1995 | 35,000 | CA | CHECK | n/a | Yes[7] | n/a | AMF00282592 MADTSS01171710 | n/a |
| 572054 | 1EM226 | KEN-WEN FAMILY LP LTD | 9/8/1995 | 25,000 | CA | CHECK | n/a | Yes[8] | n/a | AMF00282590 MADTSS01171708 | n/a |
| 562783 | 1EM226 | KEN-WEN FAMILY LP LTD | 10/16/1995 | 75,000 | CA | CHECK | n/a | Yes | n/a | AMF00282588 MADTSS01171706 | n/a |
| 133506 | 1EM226 | KEN-WEN FAMILY LP LTD | 1/11/1996 | 25,000 | CA | CHECK | n/a | Yes | n/a | AMF00282587 MADTSS01171705 | n/a |
| 293624 | 1EM226 | KEN-WEN FAMILY LP LTD | 7/18/1996 | 34,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 304231 | 1EM226 | KEN-WEN FAMILY LP LTD | 9/6/1996 | 50,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 223790 | 1EM226 | KEN-WEN FAMILY LP LTD | 4/18/1997 | 55,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 53963 | 1EM226 | KEN-WEN FAMILY LP LTD | 6/10/1997 | 35,000 | CA | CHECK | n/a | Yes | n/a | AMF00282583 MADTSS01171701 | n/a |
| 220581 | 1EM226 | KEN-WEN FAMILY LP LTD | 7/10/1997 | 100,000 | CA | CHECK | n/a | Yes | n/a | AMF00282582 MADTSS01171700 | n/a |
| 264329 | 1EM226 | KEN-WEN FAMILY LP LTD | 8/14/1997 | 100,000 | CA | CHECK | n/a | Yes | n/a | AMF00282581 MADTSS01171699 | n/a |
| 291022 | 1EM226 | KEN-WEN FAMILY LP LTD | 10/9/1997 | 100,000 | CA | CHECK | n/a | Yes | n/a | AMF00282579 MADTSS01171697 | n/a |
| 67245 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/26/1998 | 50,000 | CA | CHECK | n/a | Yes | n/a | AMF00282578 MADTSS01171696 | n/a |
| 153356 | 1EM226 | KEN-WEN FAMILY LP LTD | 5/26/1999 | (450,000) | CW | CHECK | Yes | Yes | n/a | AMF00282576 MADTSS01171693 | n/a |

**List of All Cash Transactions in the Ken-Wen Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates References to BLMIS Customer Files[4] | Bates Reference(s) to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 258511 | 1EM226 | KEN-WEN FAMILY LP LTD | 4/28/2000 | (501,000) | CW | CHECK WIRE | Yes | n/a | Yes | n/a | SBCSAB0024502[10] SBCSAB0024559[10] |
| 67928 | 1EM226 | KEN-WEN FAMILY LP LTD | 1/23/2004 | (375,000) | CW | CHECK | Yes | Yes[9] | Yes | AMF00282562 MADTSS01171679 | SBCSAB0022201[10] |
| 53868 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/10/2004 | (55,000) | CW | CHECK | Yes | Yes | Yes | AMF00282561 MADTSS01171678 | SBCSAB0022201[10] |
| 152211 | 1EM226 | KEN-WEN FAMILY LP LTD | 5/7/2004 | (450,000) | CW | CHECK | Yes | Yes | Yes | AMF00282560 MADTSS01171677 | SBCSAB0022201[10] |
| 101888 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/16/2005 | (220,000) | CW | CHECK | Yes | Yes | Yes | AMF00282559 MADTSS01171676 | SBCSAB0022713[10] |
| 184956 | 1EM226 | KEN-WEN FAMILY LP LTD | 12/2/2005 | (250,000) | CW | CHECK | Yes | Yes | Yes | AMF00282556 MADTSS01171671 | SBCSAB0022713[10] |
| 25853 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/16/2006 | (250,000) | CW | CHECK | Yes | Yes | Yes | AMF00282555 MADTSS01171670 | SBCSAB0002071[10] |
| 159376 | 1EM226 | KEN-WEN FAMILY LP LTD | 4/17/2006 | (600,000) | CW | CHECK WIRE | Yes | Yes | Yes | AMF00282554 MADTSS01171669 | SBCSAB0002071[10] |
| 220916 | 1EM226 | KEN-WEN FAMILY LP LTD | 6/26/2007 | (150,000) | CW | CHECK | Yes | Yes[7] | n/a | AMF00282553 MADTSS01171668 | n/a |
| 54313 | 1EM226 | KEN-WEN FAMILY LP LTD | 12/31/2007 | (500,000) | CW | CHECK WIRE | Yes | Yes[7] | n/a | AMF00282552 MADTSS01171667 | n/a |
| 221050 | 1EM226 | KEN-WEN FAMILY LP LTD | 1/24/2008 | (3,000,000) | CW | CHECK WIRE | Yes | Yes | n/a | AMF00282551 MADTSS01171666 | n/a |
| 167361 | 1EM226 | KEN-WEN FAMILY LP LTD | 11/17/2008 | (200,000) | CW | CHECK | Yes | Yes[7] | n/a | AMF00282550 MADTSS01171665 | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced documents from the BLMIS customer file related to the Ken-Wen Family Account are copies of a letter that references a $30,000 deposit into the Ken-Wen Family Account, but does not indicate a date. As there is only one cash deposit transaction of $30,000 into the Ken-Wen Family Account, I have concluded that these documents reconcile to the cash deposit transaction of $30,000 dated 8/31/1993 as reflected on the customer statements for the Ken-Wen Family Account.

**List of All Cash Transactions in the Ken-Wen Family Account**

| | | | | | | | Reconciliation Results [4] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates References to BLMIS Customer Files[4] | Bates Reference(s) to Documents Produced to the Trustee[4] |

[6] The referenced documents from the BLMIS customer file related to the Ken-Wen Family Account are copies of a letter stating "please find 2 checks for 75,000 each for accts # 1EM 225-3 & # 1EM 226-3" but does not identify a date. There are two cash deposit transactions of $75,000 into the Ken-Wen Family Account. However, as reflected on the corresponding BLMIS customer statements, on 2/7/1994, $75,000 was deposited into the Ken-Wen Family Account and $75,000 was deposited into 1EM225, which is a BLMIS customer account under the name "JEFFERY R WERNER 11/1/98 TRUST VIOLET M WERNER" and is at issue in a separate proceeding (Adv. Pro. No. 10-04561). Therefore, I have concluded that these documents reconcile to the cash deposit transaction of $75,000 dated 2/7/1994 as reflected on the customer statements for the Ken-Wen Family Account.

[7] The referenced documents from the BLMIS customer file related to the Ken-Wen Family Account are letters referencing a cash deposit into or cash withdrawal from the Ken-Wen Family Account, and contain a handwritten notation of a month and day, but do not specify a year. In each case, there is only one cash transaction in the amount referenced in the letter on the day indicated by the handwritten notation, and therefore, I have concluded that these documents reconcile to the cash transactions as reflected on the customer statements for the Ken-Wen Family Account.

[8] The referenced documents from the BLMIS customer file related to the Ken-Wen Family Account are copies of a letter requesting to "add this" to account 1EM22[6] with a handwritten notation "Rec 9/8/95," but does not indicate the amount to be added. As there is only one cash deposit into the Ken-Wen Family Account on 9/8/1995, I have concluded that these documents reconcile to the cash deposit transaction of $25,000 dated 9/8/1995 as reflected on the customer statements for the Ken-Wen Family Account.

[9] The referenced documents from the BLMIS customer file related to the Ken-Wen Family Account are copies of a letter dated 1/15/2004 requesting withdrawals of $125,000 and $220,000, totaling $345,000, which was crossed out. However, the documents also contain a handwritten notation "CK OUT 1/23 375,000." I have concluded that these documents reconcile to the cash withdrawal transaction of $375,000 dated 1/23/2004 as reflected on the customer statements for the Ken-Wen Family Account. Further, based on my review of the documents contained in the customer file for the Ken-Wen Family Account, I have not found any instance of the Ken-Wen Family Defendants communicating to BLMIS any disagreement with respect to the accuracy of this $375,000 cash withdrawal transaction as reflected on the customer statements for the Ken-Wen Family Account. Further, as reflected in the other columns of **Exhibit 3**, I have reconciled this cash withdrawal transaction to available BLMIS bank records and documents produced to the Trustee.

[10] The referenced documents are electronic spreadsheets containing several tabs. The tabs that I used in my reconciliation analysis are titled "RECON."