# EXHIBIT 4

FAX 2128384061

Madoff Investment Securities LLC
ATTN Frank DiPascali

Reference Ken-Wen Family LP Acct # 1EM226-3-0

Please Liquidate (3,000,000) Three Millions from the full account and Wire Transfer Proceeds to

Ken-Wen Family LP ✓
Acct 0121005748 ✓
ABA 067015795 ✓
Paradise Bank ✓ 2420 N Federal Hwy
Boca Raton, FL 33431 ✓

Sincerely,
Kenneth W Brown GP

KENWEN ✓

5'1'24

3.1 mil

GP

AMF00282551