# EXHIBIT 5

# EXHIBIT 5

**Results of Receiving Bank Analysis - Ken-Wen Family Account** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---:|
| Paradise Bank | xxxxxx5748 | Ken-Wen Family Ltd Partnership | 3,650,000 |
| Bank of America, NA | xxxxxxxx9251 | Ken Wen Family | 200,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 3,850,000** |
| | | *% of Total Cash Withdrawals from the Ken-Wen Family Account in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Ken-Wen Family Account in the Two Year Period** | **$ 3,850,000** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.