# EXHIBIT 6

**Reconciliation and Tracing Results - Ken-Wen Family Account**

| | | | | | | | | | | | BLMIS Bank Account Data | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check or Wire | Reconciled to BLMIS Bank Records | | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder[3] |
| 568761 | 1EM226 | KEN-WEN FAMILY LP LTD | 8/31/1993 | 30,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 569073 | 1EM226 | KEN-WEN FAMILY LP LTD | 11/9/1993 | 25,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 568656 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/7/1994 | 75,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 557772 | 1EM226 | KEN-WEN FAMILY LP LTD | 7/13/1994 | 25,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 568708 | 1EM226 | KEN-WEN FAMILY LP LTD | 8/29/1994 | 25,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 568140 | 1EM226 | KEN-WEN FAMILY LP LTD | 11/21/1994 | 74,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 575014 | 1EM226 | KEN-WEN FAMILY LP LTD | 5/22/1995 | 35,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 572054 | 1EM226 | KEN-WEN FAMILY LP LTD | 9/8/1995 | 25,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 562783 | 1EM226 | KEN-WEN FAMILY LP LTD | 10/16/1995 | 75,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 133506 | 1EM226 | KEN-WEN FAMILY LP LTD | 1/11/1996 | 25,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 293624 | 1EM226 | KEN-WEN FAMILY LP LTD | 7/18/1996 | 34,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 304231 | 1EM226 | KEN-WEN FAMILY LP LTD | 9/6/1996 | 50,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 223790 | 1EM226 | KEN-WEN FAMILY LP LTD | 4/18/1997 | 55,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 53963 | 1EM226 | KEN-WEN FAMILY LP LTD | 6/10/1997 | 35,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 220581 | 1EM226 | KEN-WEN FAMILY LP LTD | 7/10/1997 | 100,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 264329 | 1EM226 | KEN-WEN FAMILY LP LTD | 8/14/1997 | 100,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 291022 | 1EM226 | KEN-WEN FAMILY LP LTD | 10/9/1997 | 100,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 67245 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/26/1998 | 50,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | | n/a - records unavailable | | | | n/a - deposit | | |
| 153356 | 1EM226 | KEN-WEN FAMILY LP LTD | 5/26/1999 | (450,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 92427 | MADWAA00185581-82 | | n/a - prior to Two Year Period | | |
| 258511 | 1EM226 | KEN-WEN FAMILY LP LTD | 4/28/2000 | (501,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | | 703 Account | | | 6312 | n/a - prior to Two Year Period | | |
| 67928 | 1EM226 | KEN-WEN FAMILY LP LTD | 1/23/2004 | (375,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 151492 | JPMSAF0020706 MADWAA00238491-92 | | n/a - prior to Two Year Period | | |
| 53868 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/10/2004 | (55,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 151777 | JPMSAF0021024 MADWAA00229960-61 | | n/a - prior to Two Year Period | | |
| 152211 | 1EM226 | KEN-WEN FAMILY LP LTD | 5/7/2004 | (450,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 154208 | JPMSAF0023604 MADWAA00220290-91 | | n/a - prior to Two Year Period | | |
| 101888 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/16/2005 | (220,000) | CW | CHECK | Withdrawal | Check | Yes | | 509 Account | 161685 | JPMSAF0031969 MADWAA00173733-34 | | n/a - prior to Two Year Period | | |

**EXHIBIT 6**

**Reconciliation and Tracing Results - Ken-Wen Family Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184956 | 1EM226 | KEN-WEN FAMILY LP LTD | 12/2/2005 | (250,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169542 | JPMSAF0040305 MADWAA00364170-71 | | *n/a - prior to Two Year Period* | | |
| 25853 | 1EM226 | KEN-WEN FAMILY LP LTD | 2/16/2006 | (250,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172044 | JPMSAF0043060 MADWAA00363581-82 | | *n/a - prior to Two Year Period* | | |
| 159376 | 1EM226 | KEN-WEN FAMILY LP LTD | 4/17/2006 | (600,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 37601 | *n/a - prior to Two Year Period* | | |
| 220916 | 1EM226 | KEN-WEN FAMILY LP LTD | 6/26/2007 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186272 | JPMSAF0057469 MADWAA00273442-43 | | Paradise Bank | xxxxxx5748 | Ken-Wen Family LP Ltd[4] |
| 54313 | 1EM226 | KEN-WEN FAMILY LP LTD | 12/31/2007 | (500,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 45770 | Paradise Bank | xxxxxx5748 | Ken-Wen Family Ltd Partnership |
| 221050 | 1EM226 | KEN-WEN FAMILY LP LTD | 1/24/2008 | (3,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 46185 | Paradise Bank | xxxxxx5748 | Ken-Wen Family Ltd Partnership |
| 167361 | 1EM226 | KEN-WEN FAMILY LP LTD | 11/17/2008 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201790 | JPMSAF0072418 MADWAA00285701-02 | | Bank of America, NA | xxxxxxxx9251 | Ken Wen Family |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The copy of the cancelled check from BLMIS records was stamped "Credit to the account of the within named payee" indicating that the bank received the check without the payee's endorsement. The check was made payable to "Ken-Wen Family LP Ltd" which I included as the potential bank account holder based on BLMIS bank records.