# APPENDIX A

**INTENTIONALLY OMITTED**