# **EXHIBIT 2**

4/30/95 REDACTED                                           1-H0024-3-0        1

| T/DT | S/DT | LONG | SHORT | | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 216,440.40 |
| 4/03 | 4/03 | | | CHECK | | CW | 200,000.00 | |
| 4/03 | 4/03 | | | AMERICAN INTL GROUP INC | | DIV | | 196.08 |
| | | | | DIV 3/03/95 3/17/95 | | | | |
| 4/03 | 4/03 | | | COCA COLA CO | | DIV | | 1,705.00 |
| | | | | DIV 3/15/95 4/01/95 | | | | |
| 4/03 | 4/03 | | | EASTMAN KODAK CO | | DIV | | 744.00 |
| | | | | DIV 3/01/95 4/03/95 | | | | |
| 4/03 | 4/03 | | | MERCK & CO | | DIV | | 2,232.00 |
| | | | | DIV 3/09/95 4/03/95 | | | | |
| 4/03 | 4/03 | | | SEARS ROEBUCK & CO | | DIV | | 744.00 |
| | | | | DIV 2/28/95 4/03/95 | | | | |
| 4/12 | 4/12 | | | HEWLETT PACKARD CO | | DIV | | 421.50 |
| | | | | DIV 3/22/95 4/12/95 | | | | |
| 4/17 | 4/17 | | | CHRYSLER CORP | | DIV | | 744.00 |
| | | | | DIV 3/15/95 4/14/95 | | | | |
| 4/17 | 4/17 | | | WAL-MART STORES INC | | DIV | | 655.70 |
| | | | | DIV 3/21/95 4/14/95 | | | | |
| 4/13 | 4/21 | 1405 | 57406 | HEWLETT PACKARD CO | 123 | 1/2 | | 173,517.50 |
| 4/17 | 4/24 | 9673 | 102 | AT & T CORP | 51 | 3/8 | | 496,950.38 |
| 4/17 | 4/24 | 5776 | 2453 | FORD MOTOR COMPANY | 27 | 3/8 | | 158,118.00 |
| 4/17 | 4/24 | 9836 | 4808 | GENERAL ELECTRIC CO | 55 | 1/4 | | 543,439.00 |
| 4/17 | 4/24 | 4371 | 7162 | GENERAL MOTORS CORP | 43 | 7/8 | | 191,777.63 |
| 4/17 | 4/24 | 3279 | 9517 | INTERNATIONAL BUSINESS MACHS | 87 | 7/8 | | 288,142.13 |
| 4/17 | 4/24 | 2343 | 11872 | INTEL CORP | 96 | | | 224,928.00 |
| 4/17 | 4/24 | 3747 | 14224 | JOHNSON & JOHNSON | 61 | 7/8 | | 231,845.63 |
| 4/17 | 4/24 | 4059 | 16579 | MCDONALDS CORP | 35 | 3/8 | | 143,587.13 |
| 4/17 | 4/24 | 2497 | 18934 | MINNESOTA MNG & MFG CO | 58 | 3/8 | | 145,762.38 |
| 4/17 | 4/24 | 2186 | 21289 | MOBIL CORP | 90 | | | 196,740.00 |
| 4/17 | 4/24 | 7491 | 23643 | MERCK & CO | 43 | 5/8 | | 326,794.88 |
| 4/17 | 4/24 | 4838 | 28351 | PEPSICO INC | 40 | 3/4 | | 197,148.50 |
| 4/17 | 4/24 | 1874 | 30706 | SEARS ROEBUCK & CO | 52 | 1/2 | | 98,385.00 |
| 4/17 | 4/24 | 13114 | 35132 | WAL-MART STORES INC | 25 | 3/8 | | 332,767.75 |
| 4/17 | 4/24 | 7180 | 37487 | EXXON CORP | 67 | 5/8 | | 485,547.50 |
| 4/17 | 4/24 | 1718 | 64807 | AMERICAN INTL GROUP INC | 104 | 3/4 | | 179,960.50 |
| 4/17 | 4/24 | 3122 | 67162 | AMERITECH CORP | 43 | 7/8 | | 136,977.75 |
| 4/17 | 4/24 | 2964 | 69517 | AMOCO CORP | 62 | 1/2 | | 185,250.00 |
| 4/17 | 4/24 | 936 | 71872 | ATLANTIC RICHFIELD CO | 115 | 1/8 | | 107,757.00 |
| 4/17 | 4/24 | 1874 | 74227 | BOEING CO | 55 | 3/8 | | 103,772.75 |
| 4/17 | 4/24 | 2029 | 76566 | BANKAMERICA CORP | 49 | 1/4 | | 99,928.25 |
| 4/17 | 4/24 | 2498 | 78908 | BELL ATLANTIC CORP | 54 | | | 134,892.00 |
| 4/17 | 4/24 | 2811 | 81263 | BRISTOL MYERS SQUIBB COMPANY | 64 | | | 179,904.00 |

CONTINUED ON PAGE 2

MF00183202

4/30/95 REDACTED  1-H0024-3-0  2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/17 | 4/24 | | 1874 | 83618 CHRYSLER CORP | 48 | 3/8 | 90,654.75 |
| 4/17 | 4/24 | | 2340 | 85973 CITICORP | 47 | 3/8 | 110,857.50 |
| 4/17 | 4/24 | | 3903 | 88327 DU PONT E I DE NEMOURS & CO | 62 | 1/8 | 242,473.88 |
| 4/17 | 4/24 | | 3121 | 90682 THE WALT DISNEY CO | 54 | 5/8 | 170,484.63 |
| 4/17 | 4/24 | | 1561 | 93037 DOW CHEMICAL CO | 72 | 1/8 | 112,587.13 |
| 4/17 | 4/24 | | 1873 | 95392 EASTMAN KODAK CO | 53 | 1/8 | 99,503.13 |
| 4/17 | 4/24 | | 7803 | 97746 COCA COLA CO | 58 | | 452,574.00 |
| 4/24 | 4/24 | | | FIDELITY CASH RESERVES SBI DIV 4/24/95 | DIV | | 256.26 |
| 4/24 | 4/24 | | 67848 | 40953 FIDELITY CASH RESERVES SBI | 1 | | 67,848.00 |
| 4/25 | 4/25 | | | GENERAL ELECTRIC CO DIV 3/07/95 4/25/95 | DIV | | 4,003.65 |
| 4/21 | 4/28 | 3618 | | 368 MCI COMMUNICATIONS CORP | 22 | | 79,596.00 |
| 4/21 | 4/28 | 2144 | | 2735 MINNESOTA MNG & MFG CO | 58 | 1/2 | 125,424.00 |
| 4/21 | 4/28 | 2010 | | 5102 MOBIL CORP | 92 | | 184,920.00 |
| 4/21 | 4/28 | 6700 | | 7469 MERCK & CO | 42 | 1/8 | 282,237.50 |
| 4/21 | 4/28 | 4154 | | 14570 PEPSICO INC | 40 | 1/2 | 168,237.00 |
| 4/21 | 4/28 | 2010 | | 16937 SEARS ROEBUCK & CO | 53 | 1/2 | 107,535.00 |
| 4/21 | 4/28 | 1206 | | 19304 SCHLUMBERGER LTD | 62 | 7/8 | 75,827.25 |
| 4/21 | 4/28 | 3350 | | 21671 SOUTHERN CO | 21 | | 70,350.00 |
| 4/21 | 4/28 | 8174 | | 24038 AT & T CORP | 49 | 1/2 | 404,613.00 |
| 4/21 | 4/28 | 12194 | | 26405 WAL-MART STORES INC | 24 | 3/8 | 297,228.75 |
| 4/21 | 4/28 | 6432 | | 28772 EXXON CORP | 69 | 1/4 | 445,416.00 |
| 4/21 | 4/28 | 1608 | | 43559 AMERICAN INTL GROUP INC | 103 | | 165,624.00 |
| 4/21 | 4/28 | 2814 | | 45926 AMERITECH CORP | 44 | | 123,816.00 |
| 4/21 | 4/28 | 2546 | | 48293 AMOCO CORP | 64 | | 162,944.00 |
| 4/21 | 4/28 | 804 | | 50660 ATLANTIC RICHFIELD CO | 115 | 1/2 | 92,862.00 |
| 4/21 | 4/28 | 2546 | | 53027 AMERICAN EXPRESS COMPANY | 35 | | 89,110.00 |
| 4/21 | 4/28 | 1742 | | 55394 BOEING CO | 55 | 1/4 | 96,245.50 |
| 4/21 | 4/28 | 1876 | | 57761 BANKAMERICA CORP | 49 | 3/4 | 93,331.00 |
| 4/21 | 4/28 | 2278 | | 60128 BELL ATLANTIC CORP | 53 | 3/4 | 122,442.50 |
| 4/21 | 4/28 | 2680 | | 62495 BRISTOL MYERS SQUIBB COMPANY | 64 | 1/8 | 171,355.00 |
| 4/21 | 4/28 | 1876 | | 64862 CHRYSLER CORP | 44 | 1/2 | 83,482.00 |
| 4/21 | 4/28 | 2010 | | 67229 CITICORP | 46 | 3/4 | 93,967.50 |
| 4/21 | 4/28 | 2814 | | 69596 DU PONT E I DE NEMOURS & CO | 63 | | 177,282.00 |
| 4/21 | 4/28 | 2680 | | 71963 THE WALT DISNEY CO | 54 | 1/2 | 146,060.00 |
| 4/21 | 4/28 | 1340 | | 74330 DOW CHEMICAL CO | 70 | | 93,800.00 |
| 4/21 | 4/28 | 1742 | | 76697 EASTMAN KODAK CO | 56 | 5/8 | 98,640.75 |
| 4/21 | 4/28 | 5360 | | 79064 FORD MOTOR COMPANY | 27 | | 144,720.00 |
| 4/21 | 4/28 | 8978 | | 81431 GENERAL ELECTRIC CO | 54 | 3/8 | 488,178.75 |
| 4/21 | 4/28 | 3886 | | 83798 GENERAL MOTORS CORP | 43 | 3/8 | 168,555.25 |
| 4/21 | 4/28 | 2680 | | 86165 HEWLETT PACKARD CO | 63 | 3/4 | 170,850.00 |
| 4/21 | 4/28 | 3082 | | 88532 INTERNATIONAL BUSINESS MACHS | 89 | 3/8 | 275,453.75 |
| 4/21 | 4/28 | 2144 | | 90899 INTEL CORP | 92 | 3/4 | 198,856.00 |
| 4/21 | 4/28 | 3350 | | 93266 JOHNSON & JOHNSON | 63 | | 211,050.00 |

CONTINUED ON PAGE 3

4/30/95 REDACTED                              1-H0024-3-0         3

| 4/21 | 4/28 | 6700  | 95633 COCA COLA CO            | 57 3/8 | 384,412.50 |          |
|------|------|-------|-------------------------------|--------|------------|----------|
| 4/21 | 4/28 | 3618  | 98000 MCDONALDS CORP          | 34 3/4 | 125,725.50 |          |
| 4/28 | 4/28 |       | DOW CHEMICAL CO               | DIV    |            | 1,014.65 |
|      |      |       | DIV 3/31/95 4/28/95           |        |            |          |
| 4/28 | 4/28 | 38434 | 33529 FIDELITY CASH RESERVES SBI | 1   | 38,434.00  |          |

NEW BALANCE                                                        480,951.42

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| AT & T CORP | 8174 | 404,613.00 | | 404,613.00 |
| AMERICAN EXPRESS COMPANY | 2546 | 89,110.00 | | 89,110.00 |
| AMERICAN INTL GROUP INC | 1608 | 165,624.00 | | 165,624.00 |
| AMERITECH CORP | 2814 | 123,816.00 | | 123,816.00 |
| AMOCO CORP | 2546 | 162,944.00 | | 162,944.00 |
| ATLANTIC RICHFIELD CO | 804 | 92,862.00 | | 92,862.00 |
| BANKAMERICA CORP | 1876 | 93,331.00 | | 93,331.00 |
| BELL ATLANTIC CORP | 2278 | 122,442.50 | | 122,442.50 |
| BOEING CO | 1742 | 96,245.50 | | 96,245.50 |
| BRISTOL MYERS SQUIBB COMPANY | 2680 | 171,855.00 | | 171,855.00 |
| CHRYSLER CORP | 1876 | 83,482.00 | | 83,482.00 |
| CITICORP | 2010 | 93,967.50 | | 93,967.50 |
| COCA COLA CO | 6700 | 384,412.50 | | 384,412.50 |
| THE WALT DISNEY CO | 2680 | 146,060.00 | | 146,060.00 |
| DOW CHEMICAL CO | 1340 | 93,800.00 | | 93,800.00 |
| DU PONT E I DE NEMOURS & CO | 2814 | 177,282.00 | | 177,282.00 |
| EASTMAN KODAK CO | 1742 | 98,640.75 | | 98,640.75 |
| EXXON CORP | 6637 | 445,416.00 | | 445,416.00 |
| FIDELITY CASH RESERVES SBI | 384 | 38,434.00 | | 38,434.00 |
| FORD MOTOR COMPANY | 5360 | 144,720.00 | | 144,720.00 |
| GENERAL ELECTRIC CO | 8978 | 488,178.75 | | 488,178.75 |
| GENERAL MOTORS CORP | 3886 | 168,555.25 | | 168,555.25 |
| HEWLETT PACKARD CO | 2680 | 170,850.00 | | 170,850.00 |
| INTEL CORP | 2144 | 198,856.00 | | 198,856.00 |
| INTERNATIONAL BUSINESS MACHS | 3082 | 275,453.75 | | 275,453.75 |
| JOHNSON & JOHNSON | 3350 | 211,050.00 | | 211,050.00 |
| MCI COMMUNICATIONS CORP | 3618 | 79,596.00 | | 79,596.00 |
| MCDONALDS CORP | 3618 | 125,725.50 | | 125,725.50 |
| MERCK & CO | 6700 | 282,237.50 | | 282,237.50 |
| MINNESOTA MNG & MFG CO | 2144 | 125,424.00 | | 125,424.00 |

CONTINUED ON PAGE 4

MF00183204

4/30/95 REDACTED                                1-H0024-3-0            4

| | | | |
|---|---|---:|---:|
| MOBIL CORP | 2010 | 184,920.00 | 184,920.00 |
| PEPSICO INC | 4154 | 168,237.00 | 168,237.00 |
| SCHLUMBERGER LTD | 1206 | 75,827.25 | 75,827.25 |
| SEARS ROEBUCK & CO | 2010 | 107,535.00 | 107,535.00 |
| SOUTHERN CO | 3350 | 70,350.00 | 70,350.00 |
| WAL-MART STORES INC | 12194 | 297,228.75 | 297,228.75 |
| | END OF POSITIONS | 6,259,082.50 | 480,951.42CR |

MF00183205