# EXHIBIT 9

```
                    0 ·    *

               63,864·42   +
                   13·99   +
               63,878·41   *

               63,878·41   ÷
                   83·875  =
                  761·59   *

                   83·875  ×
                  761·     =
               63,828·88   +I
               63,828·88   ×
                    0·025  =
                1,595·72   *

                1,595·72   ÷
                    4·     ×
                    8·     =
                3,191·44   *

                3,191·44   +I
                  761·     ×
                    2·25   =
                1,712·25   *

                1,712·25   ×
                    0·03125 =
                   53·51   +I
               67,073·83   ◊I
               67,073·83   ÷
                1,712·25   =
                   39·17   *

                   39·25   ×
                1,712·25   =
               67,205·81   -I
                  131·98-  *I

                  131·98-  ÷
                    0·125  =
                1,055·84-  *

                1,712·00   +
                1,052·00   -
                  660·00   *
```

L & C Lipkin                                                    56,180.81        80

| Date | Item | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6 2½ 3/10 | 8.81 |
|  | 2107.13 |  |  | INA |  |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8 2½ 5/8 | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz 7 2½ 7/1 | 13.99 |
|  | 2676.92 |  |  |  |  |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | Aetna 8 2½ 9/1 | 49.53 |
|  | 3,191.88 |  |  |  |  |
| 9/5 | Amax | 67,008— | 70,358.41 | Amax 8 2½ 10/30 | 62.29 |
|  | 3350.40 |  |  |  |  |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | Rockwell 8 2½ 12/31 | 15.94 |
|  | 3520.66 |  |  |  |  |
| 12/31 | Check | 10,000— |  | Tomlinson " |  |
|  | Check Ⓐ |  | 5000— | " |  |

                                                                68,941.35

MADTSS00400966



MADTSS00401003

```
                    0.      *

          61,201.49  ÷
                27.5 =
           2,225.51  *

                27.5 ×
           2,225.    =
          61,187.50  +I
          61,187.50  ×
               0.025 =
           1,529.69  *

           1,529.69  ÷
                 4.  ×
                 7.  =
           2,676.96  *

           2,676.96  +I
           2,225.    ×
                0.75 =
           1,668.75  *

           1,668.75  ×
             0.03125 =
               52.15 +I
          63,916.61  ◊I
          63,916.61  ÷
           1,668.75  =
               38.30 *

              38.375 ×
           1,668.75  =
          64,038.28  -I
             121.67- *I

             121.67- ÷
               0.125 =
             973.36- *

           1,668.00  +
             973.00  -
             695.00  *
```

MADTSS00400994



(Rotated form — Bernard L. Madoff Investment Securities, 110 Wall Street, New York, NY 10005)

- IDENTIFICATION NO.: 0646
- QUANTITY: 2225
- SECURITY DESCRIPTION: HEINZ 1.70 CONV PFD
- TRADE DATE: 4/28/80
- SETTLEMENT DATE: 5/5/80
- PRICE: 27 1/2
- PRINCIPAL: 61187.500
- NET AMOUNT: 61187.50

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400986

Exhibit 9



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | C.H. NUMBER | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | REDACTED | | | | | | | 4/30/80 | 5/7/80 |

IDENTIFICATION NO. / CONTRA PARTY / CODES / SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 973 | | HEINZ | | | | | 37186.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/4 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE



MADTSS00400990



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX  235130
WATS (800) 221-2242

WE HAVE THIS DAY  Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| | |
|---|---|
| FRACTIONAL SHARES   HEINZ | 28.67 |

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225  27½     61,187.50


973   38¼     37217.25
              30  41
              ────────
              37186.84

695 · 38⅜ = 26670.63
              21.72
              ────────
              26648.91

7 = 28,67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

YOUR ACCOUNT NUMBER
YOUR TAX PAYER IDENTIFICATION NUMBER
PERIOD ENDING 12/31/80
PAGE

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/1 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| 12/22 | | F | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12/30 | | 1330 | | INA CORP | 30 | | 39,858.84 |
| 12/30 | | F | | INA CORP | | | 14.92 |
| 12/5 | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 12/5 | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 12/17 | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| 12/17 | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 12/17 | | F | | HEINZ COM | | | 26.67 |
| 12/30 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 12/2 | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 12/2 | | 660 | | AETNA LIFE COM. | 39 1/2 | | 25,884.37 |
| 12/2 | | F | | AETNA LIFE COM. | | | 9.77 |
| 12/3 | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| 12/3 | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 12/3 | | F | | AMAX INC. | | | 31.24 |
| 12/5 | | | | AMAX INC $3. PFD | 64 | | |
| 12/26 | 2947 | | | ROCKWELL INT'L | 34 1/8 | 67,008.00 | |
| 12/26 | | 1816 | | ROCKWELL INT'L | 34 1/4 | | 61,934.58 |
| 12/26 | | 350 | | ROCKWELL INT'L | 34 1/4 | | 11,980.50 |
| 12/26 | | F | | ROCKWELL INT'L | | | 10.23 |
| 12/30 | 2497 | | | ROCKWELL INT'L $4.90 PFD | 29 1/4 | 73,046.75 | |
| 12/23 | | | | CHECK | | 10,000.00 | |
| 12/31 | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

| HJ Heinz 170 | 3rd (V) |
|---|---|
|  | P=.35 C |
| 4/9/79 - 5/18 D | /P=1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/2/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/1/84~~ - 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 |  |

MADWAA00497515