# EXHIBIT 13

Exhibit 13

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 1/4/2000 | 1 | 747525103 | QCOM | 73,000 | 55.000 | 54.960 | 160.00 | 175.31 | 105.04 |
| 5/15/2000 | 3 | 68389X105 | ORCL | (1,927) | 77.000 | 77.040 | 70.63 | 77.00 | 0.04 |
| 6/2/2000 | 1 | 60505104 | BAC | 75,000 | 69.625 | 69.585 | 59.25 | 61.00 | 8.58 |
| 7/24/2000 | 21 | 742718109 | PG | (9,445) | 62.000 | 62.040 | 59.00 | 62.00 | 0.04 |
| 9/5/2000 | 8 | 747525103 | QCOM | 38,200 | 58.313 | 58.273 | 59.38 | 61.63 | 1.10 |
| 9/5/2000 | 16 | 747525103 | QCOM | 36,050 | 58.250 | 58.210 | 59.38 | 61.63 | 1.16 |
| 9/5/2000 | 15 | 747525103 | QCOM | 110,800 | 58.375 | 58.335 | 59.38 | 61.63 | 1.04 |
| 9/21/2000 | 1 | 713448108 | PEP | (57) | 48.375 | 48.375 | 42.06 | 43.94 | 4.44 |
| 10/12/2000 | 69 | 589331107 | MRK | (524,812) | 77.688 | 77.728 | 75.56 | 77.69 | 0.04 |
| 10/12/2000 | 250 | 478160104 | JNJ | (917,755) | 97.500 | 97.540 | 94.63 | 97.50 | 0.04 |
| 1/3/2001 | 10 | 717081103 | PFE | 1,924,020 | 40.563 | 40.563 | 42.50 | 46.44 | 1.94 |
| 1/3/2001 | 23 | 717081103 | PFE | 2,383,380 | 40.563 | 40.523 | 42.50 | 46.44 | 1.98 |
| 2/2/2001 | 1 | 549463107 | LU | (168) | 18.960 | 19.000 | 17.69 | 18.99 | 0.01 |
| 2/2/2001 | 1 | 589331107 | MRK | (120) | 85.310 | 85.350 | 83.55 | 85.32 | 0.03 |
| 2/16/2001 | 3,826 | 46625H100 | JPM | (3,688,594) | 52.590 | 52.630 | 50.25 | 52.00 | 0.63 |
| 3/26/2001 | 1 | 00184A105 | AOL | (672) | 39.900 | 39.940 | 40.00 | 41.50 | 0.06 |
| 3/26/2001 | 1 | 110122108 | BMY | (300) | 58.510 | 58.550 | 56.40 | 58.00 | 0.55 |
| 3/26/2001 | 1 | 345370860 | F | (288) | 29.810 | 29.850 | 28.40 | 29.55 | 0.30 |
| 3/26/2001 | 1 | 459200101 | IBM | (276) | 92.600 | 92.640 | 93.75 | 95.66 | 1.11 |
| 3/26/2001 | 1 | 25816109 | AXP | (204) | 38.760 | 38.800 | 37.27 | 38.66 | 0.14 |
| 3/26/2001 | 1 | 458140100 | INTC | (1,044) | 27.063 | 27.103 | 27.88 | 29.56 | 0.77 |
| 3/26/2001 | 1 | 478160104 | JNJ | (216) | 91.950 | 91.990 | 85.02 | 87.50 | 4.49 |
| 3/26/2001 | 1 | 589331107 | MRK | (360) | 72.070 | 72.110 | 69.55 | 71.90 | 0.21 |
| 3/26/2001 | 1 | 172967101 | C | (780) | 46.300 | 46.340 | 43.12 | 44.40 | 1.94 |
| 3/26/2001 | 1 | 17275R102 | CSCO | (1,116) | 20.813 | 20.853 | 17.50 | 19.19 | 1.66 |
| 3/26/2001 | 1 | 369604103 | GE | (1,536) | 41.100 | 41.140 | 40.05 | 41.00 | 0.14 |
| 3/26/2001 | 1 | 437076102 | HD | (360) | 42.500 | 42.540 | 41.00 | 42.01 | 0.53 |
| 3/26/2001 | 1 | 191216100 | KO | (384) | 48.400 | 48.440 | 44.50 | 46.10 | 2.34 |
| 3/26/2001 | 1 | 594918104 | MSFT | (828) | 54.313 | 54.353 | 55.56 | 57.50 | 1.21 |
| 3/26/2001 | 1 | 92343V104 | VZ | (420) | 48.880 | 48.920 | 46.55 | 48.00 | 0.92 |
| 3/26/2001 | 1 | 882508104 | TXN | (276) | 32.510 | 32.550 | 34.97 | 38.50 | 2.42 |
| 3/26/2001 | 1 | 30231G102 | XOM | (540) | 81.260 | 81.300 | 77.79 | 78.74 | 2.56 |
| 3/26/2001 | 1 | 31162100 | AMGN | (156) | 63.938 | 63.978 | 56.50 | 59.69 | 4.29 |
| 3/26/2001 | 1 | 68389X105 | ORCL | (864) | 15.430 | 15.470 | 15.62 | 16.58 | 0.15 |
| 3/26/2001 | 1 | 742718109 | PG | (204) | 65.900 | 65.940 | 59.25 | 61.10 | 4.84 |
| 3/26/2001 | 1 | 46625H100 | JPM | (288) | 45.150 | 45.190 | 41.65 | 42.99 | 2.20 |
| 3/26/2001 | 1 | 713448108 | PEP | (228) | 42.680 | 42.720 | 42.95 | 44.13 | 0.23 |
| 3/26/2001 | 1 | 949746101 | WFC | (264) | 48.030 | 48.070 | 45.85 | 46.83 | 1.24 |
| 3/26/2001 | 1 | 428236103 | HPQ | (312) | 30.500 | 30.540 | 31.25 | 32.10 | 0.71 |
| 3/26/2001 | 1 | 617446448 | MS | (168) | 60.730 | 60.770 | 53.31 | 55.68 | 5.09 |
| 3/27/2001 | 16 | 717081103 | PFE | (49,005) | 39.980 | 40.020 | 38.54 | 40.00 | 0.02 |
| 3/30/2001 | 1 | 26874107 | AIG | (30) | 80.500 | 80.540 | 78.95 | 80.50 | 0.04 |
| 3/30/2001 | 1 | 30231G102 | XOM | (45) | 81.000 | 81.040 | 79.00 | 81.00 | 0.04 |
| 3/30/2001 | 1 | 949746101 | WFC | (22) | 49.470 | 49.510 | 48.17 | 49.47 | 0.04 |
| 3/30/2001 | 1 | 60505104 | BAC | (21) | 54.750 | 54.790 | 53.18 | 54.76 | 0.03 |
| 3/30/2001 | 1 | 713448108 | PEP | (19) | 43.950 | 43.990 | 42.70 | 43.95 | 0.04 |
| 3/30/2001 | 1 | 717081103 | PFE | (81) | 40.950 | 40.990 | 39.60 | 40.95 | 0.04 |
| 6/18/2001 | 38 | 92343V104 | VZ | 2,020,144 | 52.120 | 52.080 | 52.09 | 52.90 | 0.01 |
| 6/18/2001 | 38 | 458140100 | INTC | 4,931,528 | 27.470 | 27.430 | 27.44 | 28.54 | 0.01 |
| 6/21/2001 | 40 | 369604103 | GE | 8,826,930 | 50.400 | 50.360 | 50.38 | 52.42 | 0.02 |
| 6/26/2001 | 14 | 263534109 | DD | (14,261) | 47.530 | 47.570 | 45.82 | 47.54 | 0.03 |
| 8/21/2001 | 327 | 97023105 | BA | 994,884 | 51.970 | 51.930 | 51.94 | 53.31 | 0.01 |
| 8/21/2001 | 327 | 882508104 | TXN | 1,989,768 | 32.530 | 32.490 | 32.50 | 33.99 | 0.01 |
| 8/22/2001 | 1 | 589331107 | MRK | (3,277) | 71.220 | 71.260 | 69.15 | 71.24 | 0.02 |
| 8/22/2001 | 1 | 25816109 | AXP | (1,867) | 37.230 | 37.270 | 36.18 | 37.23 | 0.04 |
| 8/28/2001 | 1 | 254687106 | DIS | (84) | 27.800 | 27.840 | 25.65 | 26.63 | 1.21 |
| 10/31/2001 | 1 | 589331107 | MRK | 28,188 | 63.810 | 63.770 | 63.80 | 64.96 | 0.03 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2001 | 1 | 617446448 | MS | 13,945 | 48.920 | 48.880 | 48.92 | 51.20 | 0.04 |
| 10/31/2001 | 1 | 459200101 | IBM | 21,384 | 108.070 | 108.030 | 108.07 | 111.12 | 0.04 |
| 11/13/2001 | 175 | 713448108 | PEP | (1,810,875) | 49.440 | 49.480 | 48.80 | 49.47 | 0.01 |
| 11/30/2001 | 5 | 110122108 | BMY | 589,100 | 53.400 | 53.360 | 53.72 | 54.70 | 0.36 |
| 12/20/2001 | 5 | 478160104 | JNJ | (575,400) | 58.800 | 58.840 | 57.73 | 58.83 | 0.01 |
| 1/3/2002 | 250 | 263534109 | DD | 691,356 | 42.720 | 42.680 | 42.70 | 44.40 | 0.02 |
| 1/3/2002 | 250 | 68389X105 | ORCL | 4,090,523 | 14.120 | 14.080 | 14.10 | 15.34 | 0.02 |
| 1/3/2002 | 250 | 17275R102 | CSCO | 5,300,396 | 19.520 | 19.480 | 19.50 | 20.80 | 0.02 |
| 1/3/2002 | 250 | 25816109 | AXP | 921,808 | 35.920 | 35.880 | 35.89 | 36.68 | 0.01 |
| 1/7/2002 | 250 | 68389X105 | ORCL | 5,067,545 | 15.300 | 15.260 | 15.27 | 15.76 | 0.01 |
| 1/7/2002 | 1 | 747525103 | QCOM | (50,950) | 51.700 | 51.740 | 47.10 | 50.42 | 1.32 |
| 1/7/2002 | 10 | 747525103 | QCOM | (190,800) | 51.890 | 51.930 | 47.10 | 50.42 | 1.51 |
| 1/15/2002 | 1 | 594918104 | MSFT | (157,000) | 69.600 | 69.640 | 68.50 | 69.62 | 0.02 |
| 2/14/2002 | 250 | 26874107 | AIG | (2,242,571) | 77.820 | 77.860 | 76.03 | 77.37 | 0.49 |
| 2/25/2002 | 254 | 60505104 | BAC | 812,402 | 61.480 | 61.440 | 61.45 | 63.47 | 0.01 |
| 2/25/2002 | 254 | 594918104 | MSFT | 2,736,512 | 57.920 | 57.880 | 57.89 | 59.89 | 0.01 |
| 3/1/2002 | 5 | 06423A103 | ONE | 215,400 | 35.750 | 35.710 | 35.72 | 36.65 | 0.01 |
| 3/19/2002 | 47 | 46625H100 | JPM | (14,527) | 36.090 | 36.130 | 35.56 | 36.09 | 0.04 |
| 3/20/2002 | 1 | 254687106 | DIS | (1,536) | 24.570 | 24.610 | 23.82 | 24.38 | 0.23 |
| 4/8/2002 | 8 | 742718109 | PG | (5,010) | 90.290 | 90.330 | 89.25 | 90.29 | 0.04 |
| 4/8/2002 | 8 | 17275R102 | CSCO | (28,693) | 16.180 | 16.220 | 15.49 | 16.20 | 0.02 |
| 4/8/2002 | 8 | 437076102 | HD | (8,952) | 49.500 | 49.540 | 48.30 | 49.50 | 0.04 |
| 4/8/2002 | 1 | 590188108 | MER | (1,330) | 53.450 | 53.490 | 52.00 | 53.45 | 0.04 |
| 4/8/2002 | 8 | 68389X105 | ORCL | (20,774) | 12.340 | 12.380 | 11.77 | 12.37 | 0.01 |
| 4/18/2002 | 253 | 617446448 | MS | (1,189,734) | 55.420 | 55.460 | 54.21 | 55.45 | 0.01 |
| 4/30/2002 | 255 | 17275R102 | CSCO | 6,839,950 | 14.040 | 14.000 | 14.01 | 14.98 | 0.01 |
| 5/6/2002 | 255 | 35229103 | BUD | 815,770 | 53.620 | 53.580 | 53.59 | 53.95 | 0.01 |
| 5/6/2002 | 255 | 06423A103 | ONE | 1,142,078 | 39.980 | 39.940 | 39.95 | 41.55 | 0.01 |
| 5/17/2002 | 255 | 369604103 | GE | (13,963,834) | 33.430 | 33.470 | 32.25 | 33.45 | 0.02 |
| 5/17/2002 | 5 | 742718109 | PG | (357,000) | 93.600 | 93.640 | 92.73 | 93.62 | 0.02 |
| 6/4/2002 | 3,732 | 00184A105 | AOL | (6,167,718) | 17.470 | 17.510 | 17.01 | 17.50 | 0.01 |
| 6/28/2002 | 1 | 92343V104 | VZ | (1,664) | 40.150 | 40.190 | 38.46 | 40.15 | 0.04 |
| 6/28/2002 | 1 | 46625H100 | JPM | (1,248) | 33.920 | 33.960 | 32.55 | 33.92 | 0.04 |
| 6/28/2002 | 1 | 428236103 | HPQ | (1,872) | 15.280 | 15.320 | 14.81 | 15.29 | 0.03 |
| 6/28/2002 | 1 | 902973304 | USB | (1,196) | 23.350 | 23.390 | 22.91 | 23.35 | 0.04 |
| 7/24/2002 | 4,095 | 30231G102 | XOM | 21,333,078 | 30.520 | 30.480 | 30.50 | 34.15 | 0.02 |
| 7/24/2002 | 4,095 | 717081103 | PFE | 19,965,573 | 25.150 | 25.110 | 25.13 | 27.98 | 0.02 |
| 7/26/2002 | 3 | 31162100 | AMGN | (75) | 43.360 | 43.400 | 40.77 | 43.38 | 0.02 |
| 7/26/2002 | 3 | 589331107 | MRK | (130) | 46.000 | 46.040 | 43.69 | 46.00 | 0.04 |
| 7/26/2002 | 3 | 26874107 | AIG | (155) | 56.820 | 56.860 | 53.00 | 56.84 | 0.02 |
| 7/26/2002 | 3 | 68389X105 | ORCL | (325) | 9.330 | 9.370 | 8.82 | 9.35 | 0.02 |
| 7/26/2002 | 3 | 06423A103 | ONE | (70) | 34.650 | 34.690 | 33.75 | 34.65 | 0.04 |
| 7/26/2002 | 3 | 902973304 | USB | (115) | 19.670 | 19.710 | 18.29 | 19.70 | 0.01 |
| 7/31/2002 | 1 | 594918104 | MSFT | (704) | 47.980 | 48.020 | 46.36 | 48.00 | 0.02 |
| 7/31/2002 | 1 | 902973304 | USB | (253) | 21.390 | 21.430 | 20.39 | 21.39 | 0.04 |
| 7/31/2002 | 1 | 478160104 | JNJ | (374) | 53.000 | 53.040 | 49.45 | 53.00 | 0.04 |
| 7/31/2002 | 1 | 06423A103 | ONE | (154) | 38.910 | 38.950 | 37.17 | 38.92 | 0.03 |
| 7/31/2002 | 1 | 742718109 | PG | (165) | 88.990 | 89.030 | 86.75 | 89.00 | 0.03 |
| 7/31/2002 | 1 | 369604103 | GE | (1,287) | 32.200 | 32.240 | 30.24 | 32.20 | 0.04 |
| 7/31/2002 | 1 | 589331107 | MRK | (286) | 49.600 | 49.640 | 47.26 | 49.60 | 0.04 |
| 7/31/2002 | 1 | 68389X105 | ORCL | (715) | 10.010 | 10.050 | 9.58 | 10.01 | 0.04 |
| 7/31/2002 | 1 | 60505104 | BAC | (198) | 66.500 | 66.540 | 64.28 | 66.50 | 0.04 |
| 7/31/2002 | 1 | 717081103 | PFE | (803) | 32.350 | 32.390 | 30.76 | 32.36 | 0.03 |
| 7/31/2002 | 1 | 428236103 | HPQ | (396) | 14.150 | 14.190 | 13.10 | 14.15 | 0.04 |
| 8/9/2002 | 7 | 26874107 | AIG | (15,190) | 66.950 | 66.990 | 64.60 | 66.95 | 0.04 |
| 8/9/2002 | 7 | 585055106 | MDT | (6,860) | 41.400 | 41.440 | 40.10 | 41.41 | 0.03 |
| 8/14/2002 | 264 | 30231G102 | XOM | (13,860,988) | 36.470 | 36.510 | 34.91 | 36.50 | 0.01 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 9/24/2002 | 3 | 30231G102 | XOM | 478,000 | 31.830 | 31.790 | 31.80 | 32.57 | 0.01 |
| 10/1/2002 | 20 | 594918104 | MSFT | 261,500 | 42.320 | 42.280 | 43.19 | 46.25 | 0.91 |
| 10/14/2002 | 1 | 549463107 | LU | 265,000 | 0.600 | 0.560 | 0.58 | 0.70 | 0.02 |
| 10/16/2002 | 279 | 60505104 | BAC | 1,593,189 | 65.120 | 65.080 | 65.09 | 67.00 | 0.01 |
| 10/21/2002 | 6 | 35229103 | BUD | (1,240) | 54.970 | 55.010 | 54.12 | 55.00 | 0.01 |
| 10/21/2002 | 6 | 88579Y101 | MMM | (620) | 129.000 | 129.040 | 123.43 | 129.00 | 0.04 |
| 10/21/2002 | 6 | 742718109 | PG | (1,860) | 92.190 | 92.230 | 90.12 | 92.19 | 0.04 |
| 10/21/2002 | 6 | 263534109 | DD | (1,488) | 42.200 | 42.240 | 40.68 | 42.22 | 0.02 |
| 10/21/2002 | 6 | 00184A105 | AOL | (6,944) | 13.050 | 13.090 | 12.25 | 13.07 | 0.02 |
| 10/24/2002 | 4 | 92343V104 | VZ | 255,000 | 35.600 | 35.560 | 36.38 | 37.40 | 0.82 |
| 10/28/2002 | 2 | 92343V104 | VZ | 170,000 | 35.600 | 35.560 | 36.85 | 38.11 | 1.29 |
| 10/29/2002 | 2 | 92343V104 | VZ | 225,000 | 35.600 | 35.560 | 36.07 | 37.75 | 0.51 |
| 10/31/2002 | 1 | 713448108 | PEP | (1,491) | 44.100 | 44.140 | 43.19 | 44.10 | 0.04 |
| 11/1/2002 | 9 | 17275R102 | CSCO | 332,000 | 10.880 | 10.840 | 10.92 | 11.83 | 0.08 |
| 11/14/2002 | 277 | 428236103 | HPQ | (1,851,021) | 16.990 | 17.030 | 16.30 | 17.02 | 0.01 |
| 12/10/2002 | 5 | 194162103 | CL | (405,000) | 54.110 | 54.150 | 53.24 | 54.14 | 0.01 |
| 12/12/2002 | 5 | 931142103 | WMT | (729,000) | 52.400 | 52.440 | 51.26 | 52.42 | 0.02 |
| 1/2/2003 | 1 | 549463107 | LU | (175,000) | 1.450 | 1.490 | 1.28 | 1.47 | 0.02 |
| 1/3/2003 | 1 | 549463107 | LU | (135,000) | 1.450 | 1.490 | 1.42 | 1.47 | 0.02 |
| 1/3/2003 | 1 | 549463107 | LU | (225,000) | 1.440 | 1.480 | 1.42 | 1.47 | 0.01 |
| 1/6/2003 | 321 | 263534109 | DD | 1,266,298 | 43.430 | 43.390 | 43.40 | 44.89 | 0.01 |
| 1/7/2003 | 283 | 60505104 | BAC | 1,828,032 | 70.860 | 70.820 | 70.83 | 71.86 | 0.01 |
| 1/8/2003 | 282 | 00184A105 | AOL | 4,308,276 | 13.840 | 13.800 | 13.81 | 14.18 | 0.01 |
| 1/9/2003 | 4,160 | 458140100 | INTC | 18,749,300 | 16.880 | 16.840 | 16.86 | 17.38 | 0.02 |
| 1/28/2003 | 3 | 97023105 | BA | (19,593) | 31.520 | 31.560 | 30.59 | 31.55 | 0.01 |
| 1/31/2003 | 1 | 02209S103 | MO | (336) | 37.870 | 37.910 | 36.99 | 37.87 | 0.04 |
| 2/19/2003 | 282 | 30231G102 | XOM | (8,607,088) | 33.980 | 34.020 | 33.47 | 33.93 | 0.09 |
| 2/19/2003 | 279 | 97023105 | BA | (1,051,850) | 30.180 | 30.220 | 29.59 | 30.18 | 0.04 |
| 2/19/2003 | 282 | 617446448 | MS | (1,410,703) | 36.930 | 36.970 | 36.06 | 36.93 | 0.04 |
| 2/19/2003 | 282 | 369604103 | GE | (12,725,279) | 23.350 | 23.390 | 22.71 | 23.35 | 0.04 |
| 2/20/2003 | 279 | 458140100 | INTC | (6,344,957) | 17.070 | 17.110 | 16.82 | 17.10 | 0.01 |
| 2/21/2003 | 5 | 931142103 | WMT | (568,000) | 49.100 | 49.140 | 47.90 | 49.13 | 0.01 |
| 2/21/2003 | 4,151 | 428236103 | HPQ | (9,230,666) | 18.420 | 18.460 | 17.72 | 18.44 | 0.02 |
| 3/13/2003 | 119 | 478160104 | JNJ | 5,458,497 | 54.250 | 54.210 | 54.23 | 55.60 | 0.02 |
| 3/13/2003 | 119 | 25816109 | AXP | 2,315,726 | 31.940 | 31.900 | 31.93 | 33.18 | 0.03 |
| 3/20/2003 | 119 | 263534109 | DD | (1,395,774) | 39.810 | 39.850 | 38.99 | 39.84 | 0.01 |
| 3/20/2003 | 119 | 254687106 | DIS | (2,791,596) | 17.190 | 17.230 | 16.25 | 17.22 | 0.01 |
| 3/21/2003 | 129 | 902973304 | USB | (2,888,199) | 21.070 | 21.110 | 20.40 | 21.10 | 0.01 |
| 5/1/2003 | 1 | 549463107 | LU | (19,444) | 1.800 | 1.840 | 1.76 | 1.82 | 0.02 |
| 5/5/2003 | 123 | 17275R102 | CSCO | 4,650,492 | 15.390 | 15.350 | 15.36 | 15.77 | 0.01 |
| 5/8/2003 | 4,107 | 902973304 | USB | 4,502,181 | 22.190 | 22.150 | 22.16 | 22.67 | 0.01 |
| 5/8/2003 | 4,104 | 458140100 | INTC | 15,194,010 | 18.880 | 18.840 | 18.85 | 19.27 | 0.01 |
| 5/12/2003 | 5 | 60505104 | BAC | (304,000) | 74.690 | 74.730 | 73.51 | 74.72 | 0.01 |
| 5/16/2003 | 12 | 00184A105 | AOL | (47,382) | 14.240 | 14.280 | 13.72 | 14.25 | 0.03 |
| 5/16/2003 | 12 | 437076102 | HD | (25,032) | 29.160 | 29.200 | 28.62 | 29.19 | 0.01 |
| 5/23/2003 | 12 | 35229103 | BUD | (13,532) | 52.470 | 52.510 | 51.75 | 52.50 | 0.01 |
| 5/23/2003 | 12 | 428236103 | HPQ | (49,182) | 18.490 | 18.530 | 18.25 | 18.50 | 0.03 |
| 5/27/2003 | 1 | 60505104 | BAC | (1,026) | 74.990 | 75.030 | 73.03 | 75.00 | 0.03 |
| 5/27/2003 | 122 | 458140100 | INTC | 5,135,598 | 18.700 | 18.660 | 18.67 | 19.79 | 0.01 |
| 5/27/2003 | 1 | 585055106 | MDT | (798) | 49.490 | 49.530 | 48.18 | 49.50 | 0.03 |
| 5/27/2003 | 1 | 92343V104 | VZ | (1,824) | 37.470 | 37.510 | 36.33 | 37.47 | 0.04 |
| 5/27/2003 | 1 | 949746101 | WFC | (1,140) | 48.240 | 48.280 | 46.87 | 48.26 | 0.02 |
| 5/27/2003 | 1 | 458140100 | INTC | (4,446) | 19.780 | 19.820 | 18.67 | 19.79 | 0.03 |
| 6/16/2003 | 121 | 585055106 | MDT | (1,338,505) | 50.080 | 50.120 | 49.27 | 50.08 | 0.04 |
| 7/2/2003 | 127 | 594918104 | MSFT | 10,111,420 | 26.310 | 26.270 | 26.45 | 26.93 | 0.18 |
| 7/3/2003 | 127 | 254687106 | DIS | 1,050,874 | 19.960 | 19.920 | 19.93 | 20.57 | 0.01 |
| 7/7/2003 | 4,258 | 68389X105 | ORCL | 17,607,921 | 12.320 | 12.280 | 12.29 | 12.76 | 0.01 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 7/25/2003 | 23 | 60505104 | BAC | (13,719) | 83.500 | 83.540 | 81.75 | 83.53 | 0.01 |
| 7/25/2003 | 23 | 589331107 | MRK | (20,972) | 57.500 | 57.540 | 56.24 | 57.52 | 0.02 |
| 7/25/2003 | 23 | 25816109 | AXP | (11,778) | 45.600 | 45.640 | 43.98 | 45.61 | 0.03 |
| 7/25/2003 | 23 | 17275R102 | CSCO | (64,141) | 19.080 | 19.120 | 18.20 | 19.10 | 0.02 |
| 7/25/2003 | 23 | 30231G102 | XOM | (61,544) | 35.760 | 35.800 | 35.17 | 35.79 | 0.01 |
| 7/25/2003 | 23 | 458140100 | INTC | (59,572) | 24.910 | 24.950 | 23.73 | 24.94 | 0.01 |
| 7/31/2003 | 1 | 17275R102 | CSCO | (5,022) | 19.780 | 19.820 | 19.40 | 19.81 | 0.01 |
| 7/31/2003 | 1 | 428236103 | HPQ | (2,170) | 21.750 | 21.790 | 21.00 | 21.76 | 0.03 |
| 7/31/2003 | 1 | 35229103 | BUD | (620) | 52.490 | 52.530 | 51.65 | 52.50 | 0.03 |
| 7/31/2003 | 1 | 590188108 | MER | (682) | 54.940 | 54.980 | 53.28 | 54.96 | 0.02 |
| 8/1/2003 | 1 | 97023105 | BA | 88,000 | 41.100 | 41.060 | 32.38 | 33.00 | 8.06 |
| 8/5/2003 | 1 | 97023105 | BA | 100,000 | 40.090 | 40.050 | 31.22 | 32.18 | 7.87 |
| 8/5/2003 | 1 | 46625H100 | JPM | 37,000 | 22.300 | 22.260 | 32.73 | 33.70 | 10.47 |
| 8/5/2003 | 1 | 46625H100 | JPM | 60,000 | 23.000 | 22.960 | 32.73 | 33.70 | 9.77 |
| 8/5/2003 | 1 | 46625H100 | JPM | 50,000 | 22.500 | 22.460 | 32.73 | 33.70 | 10.27 |
| 8/5/2003 | 1 | 97023105 | BA | 23,000 | 39.980 | 39.940 | 31.22 | 32.18 | 7.76 |
| 8/6/2003 | 1 | 97023105 | BA | 100,000 | 40.200 | 40.160 | 31.00 | 32.26 | 7.90 |
| 8/6/2003 | 1 | 97023105 | BA | 30,000 | 40.140 | 40.100 | 31.00 | 32.26 | 7.84 |
| 8/6/2003 | 1 | 46625H100 | JPM | 50,000 | 23.530 | 23.490 | 32.50 | 33.27 | 9.01 |
| 8/6/2003 | 1 | 46625H100 | JPM | 40,000 | 23.500 | 23.460 | 32.50 | 33.27 | 9.04 |
| 8/7/2003 | 1 | 46625H100 | JPM | 50,000 | 23.410 | 23.370 | 32.52 | 33.08 | 9.15 |
| 8/7/2003 | 1 | 97023105 | BA | 60,000 | 40.870 | 40.830 | 31.35 | 31.98 | 8.85 |
| 8/7/2003 | 1 | 97023105 | BA | 95,000 | 40.980 | 40.940 | 31.35 | 31.98 | 8.96 |
| 8/7/2003 | 1 | 46625H100 | JPM | 55,000 | 23.430 | 23.390 | 32.52 | 33.08 | 9.13 |
| 8/8/2003 | 1 | 31162100 | AMGN | 2,190 | 66.760 | 66.720 | 66.80 | 68.00 | 0.08 |
| 8/8/2003 | 1 | 46625H100 | JPM | 45,000 | 25.110 | 25.070 | 32.66 | 33.24 | 7.59 |
| 8/8/2003 | 1 | 97023105 | BA | 70,000 | 41.240 | 41.200 | 31.92 | 32.53 | 8.67 |
| 8/8/2003 | 1 | 88579Y101 | MMM | (730) | 139.950 | 139.990 | 138.50 | 139.95 | 0.04 |
| 8/8/2003 | 1 | 594918104 | MSFT | 18,104 | 25.510 | 25.470 | 25.50 | 25.98 | 0.03 |
| 8/8/2003 | 1 | 17275R102 | CSCO | 11,826 | 17.570 | 17.530 | 17.55 | 17.77 | 0.02 |
| 8/8/2003 | 1 | 902973304 | USB | (3,212) | 23.910 | 23.950 | 23.65 | 23.93 | 0.02 |
| 8/8/2003 | 1 | 931142103 | WMT | (7,446) | 57.770 | 57.810 | 57.16 | 57.79 | 0.02 |
| 8/8/2003 | 1 | 97023105 | BA | 60,000 | 41.170 | 41.130 | 31.92 | 32.53 | 8.60 |
| 8/8/2003 | 1 | 46625H100 | JPM | 37,000 | 25.090 | 25.050 | 32.66 | 33.24 | 7.61 |
| 8/8/2003 | 1 | 31162100 | AMGN | (2,190) | 66.760 | 66.800 | 66.80 | 68.00 | - |
| 8/8/2003 | 1 | 428236103 | HPQ | (5,110) | 20.080 | 20.120 | 19.43 | 20.09 | 0.03 |
| 8/12/2003 | 1 | 97023105 | BA | 70,000 | 40.460 | 40.420 | 32.06 | 32.62 | 7.80 |
| 8/12/2003 | 125 | 194162103 | CL | (804,311) | 56.110 | 56.150 | 55.12 | 56.14 | 0.01 |
| 8/12/2003 | 125 | 17275R102 | CSCO | (10,270,099) | 17.810 | 17.850 | 17.55 | 17.84 | 0.01 |
| 8/12/2003 | 125 | 68389X105 | ORCL | (7,685,610) | 12.140 | 12.180 | 11.81 | 12.16 | 0.02 |
| 8/12/2003 | 125 | 437076102 | HD | (3,351,538) | 33.100 | 33.140 | 32.60 | 33.13 | 0.01 |
| 8/12/2003 | 125 | 594918104 | MSFT | (15,683,239) | 25.740 | 25.780 | 25.45 | 25.77 | 0.01 |
| 8/12/2003 | 125 | 949746101 | WFC | (2,413,070) | 50.390 | 50.430 | 49.86 | 50.42 | 0.01 |
| 8/12/2003 | 1 | 46625H100 | JPM | 38,000 | 25.320 | 25.280 | 33.30 | 33.78 | 8.02 |
| 8/12/2003 | 125 | 931142103 | WMT | (6,395,625) | 58.770 | 58.810 | 57.90 | 58.80 | 0.01 |
| 8/12/2003 | 125 | 92343V104 | VZ | (4,021,827) | 36.070 | 36.110 | 35.23 | 36.10 | 0.01 |
| 8/12/2003 | 125 | 30231G102 | XOM | (9,753,985) | 36.720 | 36.760 | 36.35 | 36.75 | 0.01 |
| 8/12/2003 | 1 | 46625H100 | JPM | 65,000 | 25.260 | 25.220 | 33.30 | 33.78 | 8.08 |
| 8/13/2003 | 1 | 97023105 | BA | 125,000 | 39.690 | 39.650 | 32.23 | 32.73 | 6.92 |
| 8/13/2003 | 1 | 46625H100 | JPM | 40,000 | 24.600 | 24.560 | 33.13 | 33.83 | 8.57 |
| 8/13/2003 | 1 | 97023105 | BA | 90,000 | 39.580 | 39.540 | 32.23 | 32.73 | 6.81 |
| 8/13/2003 | 1 | 46625H100 | JPM | 50,000 | 24.540 | 24.500 | 33.13 | 33.83 | 8.63 |
| 8/14/2003 | 1 | 97023105 | BA | 75,000 | 36.510 | 36.470 | 32.12 | 33.05 | 3.42 |
| 8/14/2003 | 1 | 191216100 | KO | 40,000 | 51.750 | 51.710 | 44.47 | 45.17 | 6.54 |
| 8/14/2003 | 1 | 191216100 | KO | 70,000 | 51.880 | 51.840 | 44.47 | 45.17 | 6.67 |
| 8/14/2003 | 125 | 589331107 | MRK | (3,953,261) | 53.370 | 53.410 | 52.53 | 53.40 | 0.01 |
| 8/14/2003 | 1 | 97023105 | BA | 150,000 | 36.600 | 36.560 | 32.12 | 33.05 | 3.51 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 8/14/2003 | 1 | 46625H100 | JPM | 50,000 | 23.610 | 23.570 | 33.21 | 33.95 | 9.64 |
| 8/14/2003 | 1 | 46625H100 | JPM | 47,000 | 23.700 | 23.660 | 33.21 | 33.95 | 9.55 |
| 8/14/2003 | 125 | 191216100 | KO | (4,272,621) | 45.140 | 45.180 | 44.47 | 45.17 | 0.01 |
| 8/14/2003 | 125 | 25816109 | AXP | (2,235,568) | 45.600 | 45.640 | 44.73 | 45.63 | 0.01 |
| 8/14/2003 | 1 | 97023105 | BA | 90,000 | 36.480 | 36.440 | 32.12 | 33.05 | 3.39 |
| 8/14/2003 | 1 | 46625H100 | JPM | 48,000 | 23.650 | 23.610 | 33.21 | 33.95 | 9.60 |
| 8/15/2003 | 1 | 191216100 | KO | 75,000 | 52.190 | 52.150 | 44.81 | 45.12 | 7.03 |
| 8/15/2003 | 1 | 97023105 | BA | 50,000 | 37.590 | 37.550 | 32.66 | 33.15 | 4.40 |
| 8/15/2003 | 1 | 97023105 | BA | 50,000 | 37.370 | 37.330 | 32.66 | 33.15 | 4.18 |
| 8/15/2003 | 1 | 191216100 | KO | 100,000 | 52.260 | 52.220 | 44.81 | 45.12 | 7.10 |
| 8/15/2003 | 1 | 191216100 | KO | 30,000 | 52.070 | 52.030 | 44.81 | 45.12 | 6.91 |
| 8/15/2003 | 1 | 97023105 | BA | 80,000 | 37.700 | 37.660 | 32.66 | 33.15 | 4.51 |
| 8/19/2003 | 1 | 191216100 | KO | 45,000 | 52.210 | 52.170 | 43.94 | 44.87 | 7.30 |
| 8/19/2003 | 1 | 191216100 | KO | 40,000 | 52.180 | 52.140 | 43.94 | 44.87 | 7.27 |
| 8/20/2003 | 1 | 191216100 | KO | 70,000 | 51.700 | 51.660 | 43.66 | 44.03 | 7.63 |
| 8/20/2003 | 1 | 191216100 | KO | 40,000 | 51.630 | 51.590 | 43.66 | 44.03 | 7.56 |
| 8/21/2003 | 1 | 191216100 | KO | 90,000 | 52.510 | 52.470 | 43.47 | 44.19 | 8.28 |
| 8/22/2003 | 1 | 191216100 | KO | 33,000 | 52.520 | 52.480 | 43.20 | 44.07 | 8.41 |
| 8/22/2003 | 1 | 191216100 | KO | 50,000 | 52.690 | 52.650 | 43.20 | 44.07 | 8.58 |
| 8/22/2003 | 1 | 191216100 | KO | 65,000 | 52.760 | 52.720 | 43.20 | 44.07 | 8.65 |
| 8/26/2003 | 1 | 191216100 | KO | 50,000 | 52.990 | 52.950 | 43.64 | 44.50 | 8.45 |
| 8/26/2003 | 1 | 191216100 | KO | 50,000 | 53.050 | 53.010 | 43.64 | 44.50 | 8.51 |
| 8/27/2003 | 1 | 191216100 | KO | 90,000 | 52.780 | 52.740 | 43.75 | 44.23 | 8.51 |
| 8/27/2003 | 1 | 191216100 | KO | 60,000 | 52.890 | 52.850 | 43.75 | 44.23 | 8.62 |
| 8/28/2003 | 1 | 277461109 | EK | 100,000 | 28.290 | 28.250 | 27.35 | 28.03 | 0.22 |
| 9/3/2003 | 127 | 594918104 | MSFT | 10,443,807 | 27.400 | 27.360 | 27.38 | 28.40 | 0.02 |
| 9/5/2003 | 127 | 46625H100 | JPM | 1,831,456 | 35.210 | 35.170 | 34.16 | 34.69 | 0.48 |
| 9/16/2003 | 2 | 590188108 | MER | (768) | 55.370 | 55.410 | 54.00 | 55.40 | 0.01 |
| 9/16/2003 | 127 | 30231G102 | XOM | (9,624,791) | 37.680 | 37.720 | 37.27 | 37.71 | 0.01 |
| 9/16/2003 | 127 | 60505104 | BAC | (2,152,032) | 77.610 | 77.650 | 76.74 | 77.64 | 0.01 |
| 9/16/2003 | 127 | 437076102 | HD | (3,349,804) | 33.290 | 33.330 | 32.54 | 33.32 | 0.01 |
| 9/16/2003 | 127 | 31162100 | AMGN | (1,803,718) | 69.810 | 69.850 | 68.54 | 69.84 | 0.01 |
| 9/16/2003 | 2 | 949746101 | WFC | (1,344) | 50.580 | 50.620 | 50.06 | 50.59 | 0.03 |
| 9/17/2003 | 127 | 00184A105 | AOL | (5,030,708) | 16.470 | 16.510 | 15.94 | 16.50 | 0.01 |
| 9/17/2003 | 125 | 902973304 | USB | (2,109,986) | 24.230 | 24.270 | 23.95 | 24.25 | 0.02 |
| 9/18/2003 | 127 | 97023105 | BA | (524,465) | 36.330 | 36.370 | 35.48 | 36.34 | 0.03 |
| 9/18/2003 | 4,256 | 369604103 | GE | (29,807,817) | 32.170 | 32.210 | 31.71 | 32.18 | 0.03 |
| 9/18/2003 | 4,256 | 68389X105 | ORCL | (15,725,062) | 12.400 | 12.440 | 12.14 | 12.41 | 0.03 |
| 10/2/2003 | 126 | 458140100 | INTC | 9,936,311 | 27.630 | 27.590 | 28.41 | 28.95 | 0.82 |
| 10/3/2003 | 1 | 549463107 | LU | 75,000 | 2.200 | 2.160 | 2.19 | 2.26 | 0.03 |
| 10/28/2003 | 15 | 437076102 | HD | (3,993) | 37.500 | 37.540 | 36.28 | 37.50 | 0.04 |
| 10/28/2003 | 15 | 594918104 | MSFT | (18,844) | 27.210 | 27.250 | 26.88 | 27.22 | 0.03 |
| 10/28/2003 | 15 | 949746101 | WFC | (2,856) | 54.910 | 54.950 | 53.62 | 54.94 | 0.01 |
| 10/28/2003 | 15 | 713448108 | PEP | (2,992) | 48.500 | 48.540 | 47.41 | 48.50 | 0.04 |
| 10/28/2003 | 15 | 717081103 | PFE | (13,563) | 31.500 | 31.540 | 30.93 | 31.50 | 0.04 |
| 10/28/2003 | 15 | 931142103 | WMT | (7,562) | 58.760 | 58.800 | 57.78 | 58.77 | 0.03 |
| 10/28/2003 | 15 | 478160104 | JNJ | (5,135) | 50.540 | 50.580 | 49.85 | 50.55 | 0.03 |
| 10/28/2003 | 15 | 68389X105 | ORCL | (9,277) | 11.980 | 12.020 | 11.55 | 12.00 | 0.02 |
| 10/28/2003 | 15 | 25816109 | AXP | (2,279) | 47.540 | 47.580 | 46.46 | 47.54 | 0.04 |
| 10/28/2003 | 15 | 742718109 | PG | (2,279) | 97.680 | 97.720 | 96.68 | 97.71 | 0.01 |
| 10/28/2003 | 15 | 172967101 | C | (8,989) | 47.580 | 47.620 | 46.75 | 47.58 | 0.04 |
| 10/28/2003 | 15 | 369604103 | GE | (17,272) | 28.520 | 28.560 | 28.23 | 28.54 | 0.02 |
| 10/28/2003 | 15 | 459200101 | IBM | (2,992) | 89.900 | 89.940 | 88.52 | 89.90 | 0.04 |
| 11/5/2003 | 2 | 191216100 | KO | (540) | 46.960 | 47.000 | 46.53 | 46.99 | 0.01 |
| 11/5/2003 | 2 | 887317105 | TWX | (1,008) | 15.600 | 15.640 | 15.33 | 15.63 | 0.01 |
| 11/5/2003 | 2 | 30231G102 | XOM | (1,458) | 36.340 | 36.380 | 35.93 | 36.37 | 0.01 |
| 12/10/2003 | 3 | 268648102 | EMC | 1,456,700 | 12.290 | 12.250 | 12.26 | 12.93 | 0.01 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/2003 | 137 | 459200101 | IBM | (553,962) | 93.220 | 93.260 | 92.67 | 93.25 | 0.01 |
| 12/22/2003 | 3 | 149123101 | CAT | 636,800 | 24.990 | 24.950 | 83.69 | 84.95 | 58.74 |
| 12/29/2003 | 3 | 149123101 | CAT | (636,800) | 27.480 | 27.520 | 83.90 | 84.76 | 56.38 |
| 1/16/2004 | 1 | 110122108 | BMY | 216 | 29.990 | 29.950 | 29.97 | 30.31 | 0.02 |
| 1/16/2004 | 1 | 172967101 | C | (567) | 49.690 | 49.730 | 49.07 | 49.69 | 0.04 |
| 1/16/2004 | 1 | 742718109 | PG | (144) | 99.970 | 100.010 | 98.62 | 99.97 | 0.04 |
| 1/16/2004 | 1 | 458140100 | INTC | (711) | 33.370 | 33.410 | 32.68 | 33.38 | 0.03 |
| 1/16/2004 | 1 | 428236103 | HPQ | (333) | 25.670 | 25.710 | 25.26 | 25.70 | 0.01 |
| 1/16/2004 | 1 | 478160104 | JNJ | (324) | 51.490 | 51.530 | 50.43 | 51.49 | 0.04 |
| 1/16/2004 | 1 | 68389X105 | ORCL | (567) | 15.020 | 15.060 | 14.67 | 15.03 | 0.03 |
| 1/27/2004 | 42 | 02209S103 | MO | (15,226) | 55.000 | 55.040 | 54.61 | 55.00 | 0.04 |
| 2/2/2004 | 6 | 713448108 | PEP | (2,304) | 48.140 | 48.180 | 47.07 | 48.17 | 0.01 |
| 2/5/2004 | 4 | 913017109 | UTX | (4,597) | 94.500 | 94.540 | 93.61 | 94.50 | 0.04 |
| 2/5/2004 | 37 | 92343V104 | VZ | (47,148) | 36.890 | 36.930 | 36.40 | 36.91 | 0.02 |
| 2/5/2004 | 37 | 02209S103 | MO | (34,562) | 55.230 | 55.270 | 54.84 | 55.23 | 0.04 |
| 2/25/2004 | 1 | 31162100 | AMGN | (500) | 64.700 | 64.740 | 63.07 | 64.54 | 0.20 |
| 3/11/2004 | 3 | 549463107 | LU | 290,000 | 1.600 | 1.560 | 3.75 | 3.97 | 2.19 |
| 3/11/2004 | 2 | 549463107 | LU | 580,000 | 1.590 | 1.550 | 3.75 | 3.97 | 2.20 |
| 3/11/2004 | 2 | 549463107 | LU | 640,000 | 1.580 | 1.540 | 3.75 | 3.97 | 2.21 |
| 3/12/2004 | 2 | 549463107 | LU | 310,000 | 1.500 | 1.460 | 3.84 | 3.96 | 2.38 |
| 3/12/2004 | 2 | 549463107 | LU | 490,000 | 1.510 | 1.470 | 3.84 | 3.96 | 2.37 |
| 3/12/2004 | 2 | 549463107 | LU | 620,000 | 1.520 | 1.480 | 3.84 | 3.96 | 2.36 |
| 3/12/2004 | 3 | 549463107 | LU | 257,000 | 1.530 | 1.490 | 3.84 | 3.96 | 2.35 |
| 4/5/2004 | 139 | 17275R102 | CSCO | 7,578,340 | 24.290 | 24.250 | 24.28 | 24.83 | 0.03 |
| 4/13/2004 | 15 | 31162100 | AMGN | (2,908) | 58.350 | 58.390 | 58.54 | 59.41 | 0.15 |
| 4/13/2004 | 15 | 17275R102 | CSCO | (15,918) | 23.510 | 23.550 | 23.59 | 24.45 | 0.04 |
| 4/15/2004 | 2 | 549463107 | LU | (160,000) | 4.290 | 4.330 | 4.17 | 4.32 | 0.01 |
| 4/26/2004 | 1 | 17275R102 | CSCO | (1,640) | 24.110 | 24.150 | 23.03 | 23.54 | 0.61 |
| 4/26/2004 | 1 | 31162100 | AMGN | (300) | 58.030 | 58.070 | 58.54 | 59.59 | 0.47 |
| 4/27/2004 | 11 | 458140100 | INTC | (14,769) | 26.820 | 26.860 | 26.87 | 27.29 | 0.01 |
| 4/27/2004 | 2 | 594918104 | MSFT | (768) | 27.460 | 27.500 | 27.13 | 27.37 | 0.13 |
| 4/27/2004 | 2 | 17275R102 | CSCO | (492) | 24.110 | 24.150 | 22.87 | 23.59 | 0.56 |
| 4/27/2004 | 2 | 31162100 | AMGN | (90) | 58.030 | 58.070 | 58.75 | 59.99 | 0.68 |
| 5/20/2004 | 4,296 | 254687106 | DIS | (6,872,557) | 23.150 | 23.190 | 22.86 | 23.18 | 0.01 |
| 6/3/2004 | 142 | 589331107 | MRK | 2,972,925 | 47.600 | 47.560 | 47.57 | 48.26 | 0.01 |
| 6/4/2004 | 4,389 | 594918104 | MSFT | 40,067,563 | 25.970 | 25.930 | 25.94 | 26.24 | 0.01 |
| 6/4/2004 | 4,389 | 713448108 | PEP | 6,442,311 | 53.920 | 53.880 | 53.89 | 54.68 | 0.01 |
| 6/14/2004 | 1 | 369604103 | GE | (5,412) | 31.570 | 31.610 | 31.30 | 31.58 | 0.03 |
| 6/21/2004 | 142 | 428236103 | HPQ | (3,139,267) | 21.040 | 21.080 | 20.78 | 21.04 | 0.04 |
| 8/13/2004 | 4,415 | 428236103 | HPQ | 11,363,957 | 16.400 | 16.360 | 16.38 | 16.94 | 0.02 |
| 8/13/2004 | 4,415 | 25816109 | AXP | 4,632,967 | 49.320 | 49.280 | 49.29 | 49.60 | 0.01 |
| 8/16/2004 | 142 | 594918104 | MSFT | 12,846,645 | 26.990 | 26.950 | 26.96 | 27.20 | 0.01 |
| 8/18/2004 | 142 | 902973304 | USB | 2,360,022 | 28.800 | 28.760 | 28.77 | 29.06 | 0.01 |
| 8/23/2004 | 1 | 30231G102 | XOM | (4,134) | 44.490 | 44.530 | 44.85 | 45.55 | 0.32 |
| 8/26/2004 | 15 | 902973304 | USB | (10,498) | 29.100 | 29.140 | 28.70 | 29.11 | 0.03 |
| 8/26/2004 | 15 | 594918104 | MSFT | (60,096) | 27.320 | 27.360 | 27.39 | 27.60 | 0.03 |
| 9/10/2004 | 1 | 68389X105 | ORCL | (3,348) | 10.490 | 10.530 | 10.04 | 10.50 | 0.03 |
| 9/10/2004 | 1 | 31162100 | AMGN | (810) | 56.530 | 56.570 | 57.02 | 59.06 | 0.45 |
| 9/10/2004 | 1 | 88579Y101 | MMM | (486) | 84.690 | 84.730 | 83.53 | 84.71 | 0.02 |
| 9/14/2004 | 142 | 437076102 | HD | (2,279,258) | 38.170 | 38.210 | 37.50 | 38.20 | 0.01 |
| 9/14/2004 | 142 | 594918104 | MSFT | (10,890,418) | 27.480 | 27.520 | 27.27 | 27.51 | 0.01 |
| 11/1/2004 | 145 | 38141G104 | GS | 525,096 | 97.830 | 97.790 | 97.80 | 98.91 | 0.01 |
| 11/15/2004 | 29 | 887317105 | TWX | (9,351) | 17.380 | 17.420 | 17.18 | 17.40 | 0.02 |
| 11/15/2004 | 29 | 458140100 | INTC | (13,262) | 23.770 | 23.810 | 23.41 | 23.79 | 0.02 |
| 11/19/2004 | 1 | 30231G102 | XOM | (1,659) | 50.380 | 50.420 | 49.99 | 50.40 | 0.02 |
| 12/16/2004 | 144 | 902973304 | USB | (2,187,759) | 30.260 | 30.300 | 29.77 | 30.28 | 0.02 |
| 12/16/2004 | 144 | 887317105 | TWX | (5,313,129) | 19.470 | 19.510 | 19.10 | 19.50 | 0.01 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/2004 | 144 | 68389X105 | ORCL | (5,729,845) | 14.160 | 14.200 | 13.98 | 14.17 | 0.03 |
| 12/16/2004 | 144 | 428236103 | HPQ | (3,542,086) | 21.030 | 21.070 | 20.53 | 21.06 | 0.01 |
| 12/23/2004 | 1 | 20002101 | ALL | (5,562) | 51.730 | 51.770 | 50.93 | 51.76 | 0.01 |
| 1/11/2005 | 3 | 458140100 | INTC | (22,500) | 23.230 | 23.270 | 22.40 | 22.78 | 0.49 |
| 1/26/2005 | 1 | 24702R101 | DELL | (150) | 40.270 | 40.310 | 40.44 | 40.85 | 0.13 |
| 1/26/2005 | 1 | 68389X105 | ORCL | (305) | 13.510 | 13.550 | 13.61 | 14.01 | 0.06 |
| 1/27/2005 | 2 | 717081103 | PFE | (60,025) | 24.690 | 24.730 | 24.55 | 24.72 | 0.01 |
| 2/4/2005 | 3 | 30231G102 | XOM | (4,134) | 55.290 | 55.330 | 54.28 | 55.32 | 0.01 |
| 2/4/2005 | 3 | 60505104 | BAC | (2,597) | 46.890 | 46.930 | 46.30 | 46.90 | 0.03 |
| 2/4/2005 | 3 | 437076102 | HD | (1,431) | 42.420 | 42.460 | 41.45 | 42.43 | 0.03 |
| 2/4/2005 | 3 | 458140100 | INTC | (4,028) | 23.030 | 23.070 | 22.37 | 23.02 | 0.05 |
| 2/4/2005 | 3 | 478160104 | JNJ | (1,908) | 66.240 | 66.280 | 65.46 | 66.24 | 0.04 |
| 2/4/2005 | 3 | 594918104 | MSFT | (6,996) | 26.090 | 26.130 | 26.14 | 26.37 | 0.01 |
| 2/4/2005 | 3 | 92343V104 | VZ | (1,802) | 36.850 | 36.890 | 36.03 | 36.88 | 0.01 |
| 2/4/2005 | 3 | 617446448 | MS | (689) | 58.680 | 58.720 | 57.35 | 58.70 | 0.02 |
| 2/4/2005 | 3 | 172967101 | C | (3,339) | 49.780 | 49.820 | 49.14 | 49.79 | 0.03 |
| 2/15/2005 | 1 | 902973304 | USB | (230) | 30.340 | 30.380 | 30.10 | 30.36 | 0.02 |
| 2/15/2005 | 1 | 60505104 | BAC | (490) | 47.050 | 47.090 | 46.76 | 47.07 | 0.02 |
| 2/16/2005 | 72 | 17275R102 | CSCO | (108,121) | 17.550 | 17.590 | 17.68 | 17.95 | 0.09 |
| 2/16/2005 | 72 | 68389X105 | ORCL | (82,912) | 13.150 | 13.190 | 13.23 | 13.46 | 0.04 |
| 2/16/2005 | 3 | 260543103 | DOW | (4,498) | 53.870 | 53.910 | 53.21 | 53.90 | 0.01 |
| 2/16/2005 | 72 | 31162100 | AMGN | (20,471) | 62.850 | 62.890 | 63.03 | 63.89 | 0.14 |
| 2/23/2005 | 2 | 902973304 | USB | (18,790) | 30.290 | 30.330 | 29.35 | 29.99 | 0.34 |
| 2/23/2005 | 2 | 590188108 | MER | (8,948) | 60.530 | 60.570 | 58.07 | 58.65 | 1.92 |
| 5/25/2005 | 24 | 428236103 | HPQ | (36,387) | 22.820 | 22.860 | 22.47 | 22.83 | 0.03 |
| 5/25/2005 | 24 | 459200101 | IBM | (20,193) | 76.000 | 76.040 | 75.17 | 76.03 | 0.01 |
| 5/25/2005 | 24 | 31162100 | AMGN | (15,225) | 61.330 | 61.370 | 62.11 | 62.54 | 0.74 |
| 6/6/2005 | 1 | 68389X105 | ORCL | 30,551 | 12.420 | 12.380 | 12.55 | 12.72 | 0.17 |
| 6/6/2005 | 1 | 717081103 | PFE | 51,045 | 28.010 | 27.970 | 27.98 | 28.22 | 0.01 |
| 6/6/2005 | 1 | 92343V104 | VZ | 19,065 | 35.020 | 34.980 | 34.99 | 35.21 | 0.01 |
| 6/6/2005 | 1 | 68389X105 | ORCL | (30,551) | 12.420 | 12.460 | 12.55 | 12.72 | 0.09 |
| 6/6/2005 | 1 | 887317105 | TWX | 31,564 | 17.020 | 16.980 | 16.99 | 17.31 | 0.01 |
| 6/6/2005 | 1 | 110122108 | BMY | (13,530) | 25.420 | 25.460 | 25.14 | 25.44 | 0.02 |
| 6/6/2005 | 1 | 20030N101 | CMCSA | (15,201) | 31.550 | 31.590 | 31.63 | 32.05 | 0.04 |
| 6/6/2005 | 1 | 594918104 | MSFT | 69,054 | 25.320 | 25.280 | 25.31 | 25.50 | 0.03 |
| 6/6/2005 | 1 | 20030N101 | CMCSA | 15,201 | 31.550 | 31.510 | 31.63 | 32.05 | 0.12 |
| 6/6/2005 | 1 | 31162100 | AMGN | (8,610) | 60.900 | 60.940 | 61.00 | 62.05 | 0.06 |
| 6/6/2005 | 1 | 172967101 | C | (35,670) | 47.690 | 47.730 | 47.31 | 47.70 | 0.03 |
| 6/6/2005 | 1 | 254687106 | DIS | 14,145 | 27.080 | 27.040 | 27.06 | 27.46 | 0.02 |
| 6/6/2005 | 1 | 31162100 | AMGN | 8,610 | 60.900 | 60.860 | 61.00 | 62.05 | 0.14 |
| 6/21/2005 | 7 | 742718109 | PG | (12,586) | 54.330 | 54.370 | 54.00 | 54.36 | 0.01 |
| 6/23/2005 | 156 | 742718109 | PG | (3,283,109) | 54.300 | 54.340 | 53.57 | 54.31 | 0.03 |
| 8/15/2005 | 5 | 68389X105 | ORCL | (90,000) | 13.090 | 13.130 | 13.22 | 13.38 | 0.09 |
| 9/8/2005 | 1 | 428236103 | HPQ | (94,800) | 27.850 | 27.890 | 27.50 | 27.87 | 0.02 |
| 9/8/2005 | 1 | 191216100 | KO | (74,725) | 44.280 | 44.320 | 43.68 | 44.29 | 0.03 |
| 9/8/2005 | 1 | 20030N101 | CMCSA | (73,300) | 29.830 | 29.870 | 30.16 | 30.76 | 0.29 |
| 9/8/2005 | 1 | 931142103 | WMT | (109,909) | 45.860 | 45.900 | 45.32 | 45.86 | 0.04 |
| 9/26/2005 | 4,429 | 428236103 | HPQ | (12,570,791) | 29.100 | 29.140 | 28.65 | 29.10 | 0.04 |
| 9/26/2005 | 4,429 | 17275R102 | CSCO | (27,613,235) | 18.150 | 18.190 | 17.87 | 18.18 | 0.01 |
| 9/26/2005 | 4,429 | 617446448 | MS | (4,716,783) | 52.530 | 52.570 | 51.86 | 52.56 | 0.01 |
| 10/20/2005 | 1 | 68389X105 | ORCL | (661,649) | 12.380 | 12.420 | 12.11 | 12.41 | 0.01 |
| 10/26/2005 | 37 | 20030N101 | CMCSA | (16,949) | 26.980 | 27.020 | 27.57 | 27.92 | 0.55 |
| 11/1/2005 | 1 | 887317105 | TWX | 708 | 17.570 | 17.530 | 17.57 | 17.95 | 0.04 |
| 11/1/2005 | 1 | 742718109 | PG | 528 | 55.250 | 55.210 | 55.25 | 56.72 | 0.04 |
| 11/1/2005 | 1 | 20030N101 | CMCSA | (336) | 26.800 | 26.840 | 27.74 | 28.29 | 0.90 |
| 11/1/2005 | 1 | 20030N101 | CMCSA | 336 | 26.800 | 26.760 | 27.74 | 28.29 | 0.98 |
| 11/1/2005 | 1 | 02209S103 | MO | 312 | 74.210 | 74.170 | 74.19 | 75.20 | 0.02 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 11/4/2005 | 1 | 984121103 | XRX | (132,000) | 13.890 | 13.930 | 13.85 | 13.92 | 0.01 |
| 11/8/2005 | 1 | 717081103 | PFE | (91,000) | 22.220 | 22.260 | 21.87 | 22.24 | 0.02 |
| 11/15/2005 | 2 | 20030N101 | CMCSA | (2,548) | 26.320 | 26.360 | 26.38 | 26.72 | 0.02 |
| 11/22/2005 | 1 | 97023105 | BA | (1,571) | 69.100 | 69.140 | 68.09 | 69.10 | 0.04 |
| 11/22/2005 | 7 | 92343V104 | VZ | (13,056) | 31.870 | 31.910 | 31.56 | 31.90 | 0.01 |
| 11/22/2005 | 7 | 931142103 | WMT | (11,843) | 50.200 | 50.240 | 48.72 | 50.23 | 0.01 |
| 11/22/2005 | 7 | 31162100 | AMGN | (5,920) | 83.410 | 83.450 | 83.64 | 84.50 | 0.19 |
| 11/23/2005 | 1 | 742718109 | PG | (174) | 57.010 | 57.050 | 56.35 | 57.01 | 0.04 |
| 11/25/2005 | 2 | 949746101 | WFC | (3,150) | 64.310 | 64.350 | 64.02 | 64.34 | 0.01 |
| 11/25/2005 | 2 | 369604103 | GE | (19,950) | 36.190 | 36.230 | 35.92 | 36.22 | 0.01 |
| 11/25/2005 | 2 | 589331107 | MRK | (4,200) | 30.990 | 31.030 | 30.66 | 31.01 | 0.02 |
| 1/10/2006 | 1 | 172967101 | C | (18,176) | 48.540 | 48.580 | 48.08 | 48.55 | 0.03 |
| 1/10/2006 | 1 | 478160104 | JNJ | (10,857) | 63.100 | 63.140 | 62.50 | 63.10 | 0.04 |
| 1/10/2006 | 1 | 617446448 | MS | (3,948) | 59.220 | 59.260 | 58.58 | 59.22 | 0.04 |
| 1/10/2006 | 1 | 31162100 | AMGN | (4,507) | 77.340 | 77.380 | 77.60 | 78.95 | 0.22 |
| 1/10/2006 | 1 | 254687106 | DIS | (6,760) | 25.320 | 25.360 | 25.00 | 25.33 | 0.03 |
| 1/10/2006 | 1 | 46625H100 | JPM | (12,583) | 40.730 | 40.770 | 40.07 | 40.75 | 0.02 |
| 1/25/2006 | 1 | 37833100 | AAPL | 8,000 | 72.220 | 72.180 | 73.25 | 77.50 | 1.07 |
| 1/26/2006 | 4 | 913017109 | UTX | (9,665) | 57.520 | 57.560 | 56.48 | 57.55 | 0.01 |
| 1/26/2006 | 4 | 97023105 | BA | (7,907) | 68.720 | 68.760 | 67.32 | 68.75 | 0.01 |
| 1/26/2006 | 58 | 594918104 | MSFT | (164,765) | 27.150 | 27.190 | 26.31 | 26.72 | 0.47 |
| 2/23/2006 | 49 | 31162100 | AMGN | (32,435) | 73.730 | 73.770 | 74.32 | 75.12 | 0.55 |
| 2/28/2006 | 2 | 882508104 | TXN | (6,093) | 29.850 | 29.890 | 29.30 | 29.87 | 0.02 |
| 3/13/2006 | 2 | 110122108 | BMY | (487,183) | 22.940 | 22.980 | 22.74 | 22.96 | 0.02 |
| 3/13/2006 | 1 | 590188108 | MER | (704) | 78.700 | 78.740 | 77.31 | 78.73 | 0.01 |
| 3/15/2006 | 1 | 24702R101 | DELL | (174) | 29.400 | 29.440 | 29.50 | 29.78 | 0.06 |
| 3/27/2006 | 2 | 345370860 | F | (317,500) | 8.150 | 8.190 | 8.05 | 8.18 | 0.01 |
| 3/27/2006 | 2 | 35229103 | BUD | (272,000) | 43.080 | 43.120 | 42.87 | 43.11 | 0.01 |
| 3/27/2006 | 164 | 717081103 | PFE | (4,907,657) | 26.000 | 26.040 | 25.69 | 26.02 | 0.02 |
| 4/4/2006 | 164 | 68389X105 | ORCL | 5,114,718 | 13.790 | 13.750 | 13.78 | 13.91 | 0.03 |
| 4/10/2006 | 1 | 20030N101 | CMCSA | (48,072) | 27.240 | 27.280 | 27.33 | 27.72 | 0.05 |
| 4/10/2006 | 1 | 68389X105 | ORCL | (84,126) | 13.820 | 13.860 | 13.62 | 13.85 | 0.01 |
| 4/10/2006 | 1 | 31162100 | AMGN | (26,039) | 70.110 | 70.150 | 70.34 | 71.53 | 0.19 |
| 4/10/2006 | 1 | 191216100 | KO | (46,069) | 41.480 | 41.520 | 41.22 | 41.50 | 0.02 |
| 4/25/2006 | 70 | 428236103 | HPQ | (61,760) | 33.010 | 33.050 | 32.35 | 33.04 | 0.01 |
| 4/25/2006 | 70 | 852061100 | S | (64,750) | 25.030 | 25.070 | 24.64 | 25.05 | 0.02 |
| 4/28/2006 | 1 | 949746101 | WFC | (63) | 69.080 | 69.120 | 66.85 | 69.11 | 0.01 |
| 5/1/2006 | 1 | 166764100 | CVX | 2,401 | 61.020 | 60.980 | 61.11 | 62.00 | 0.13 |
| 5/1/2006 | 1 | 852061100 | S | 3,169 | 24.800 | 24.760 | 24.78 | 25.20 | 0.02 |
| 5/1/2006 | 1 | 437076102 | HD | (2,305) | 39.930 | 39.970 | 40.09 | 40.78 | 0.12 |
| 5/1/2006 | 1 | 902973304 | USB | 1,921 | 31.440 | 31.400 | 30.89 | 31.37 | 0.03 |
| 5/1/2006 | 1 | 437076102 | HD | 2,305 | 39.930 | 39.890 | 40.09 | 40.78 | 0.20 |
| 5/1/2006 | 1 | 30231G102 | XOM | (6,554) | 63.080 | 63.120 | 63.32 | 64.33 | 0.20 |
| 5/1/2006 | 1 | 428236103 | HPQ | 3,050 | 32.470 | 32.430 | 32.57 | 33.00 | 0.14 |
| 5/1/2006 | 1 | 902973304 | USB | (1,921) | 31.440 | 31.480 | 30.89 | 31.37 | 0.11 |
| 5/1/2006 | 1 | 931142103 | WMT | 2,689 | 45.030 | 44.990 | 45.54 | 46.58 | 0.55 |
| 5/1/2006 | 1 | 166764100 | CVX | (2,401) | 61.020 | 61.060 | 61.11 | 62.00 | 0.05 |
| 5/1/2006 | 1 | 428236103 | HPQ | (3,050) | 32.470 | 32.510 | 32.57 | 33.00 | 0.06 |
| 5/1/2006 | 1 | 806857108 | SLB | (1,344) | 69.140 | 69.180 | 69.35 | 71.64 | 0.17 |
| 5/1/2006 | 1 | 806857108 | SLB | 1,344 | 69.140 | 69.100 | 69.35 | 71.64 | 0.25 |
| 5/1/2006 | 1 | 931142103 | WMT | (2,689) | 45.030 | 45.070 | 45.54 | 46.58 | 0.47 |
| 5/1/2006 | 1 | 30231G102 | XOM | 6,554 | 63.080 | 63.040 | 63.32 | 64.33 | 0.28 |
| 5/25/2006 | 82 | 369604103 | GE | (241,635) | 34.420 | 34.460 | 34.02 | 34.43 | 0.03 |
| 5/25/2006 | 82 | 00206R102 | T | (89,368) | 25.700 | 25.740 | 25.40 | 25.71 | 0.03 |
| 5/25/2006 | 82 | 92343V104 | VZ | (67,444) | 31.150 | 31.190 | 30.71 | 31.15 | 0.04 |
| 5/25/2006 | 82 | 24702R101 | DELL | (53,997) | 24.370 | 24.410 | 24.01 | 24.36 | 0.05 |
| 5/25/2006 | 82 | 458140100 | INTC | (135,516) | 18.040 | 18.080 | 17.74 | 18.06 | 0.02 |

**Split-Strike Conversion IA Business Equity Price Analysis**
**Analyzed Time Period[1]**

| Trade Date | Number of Transactions | CUSIP | Ticker | Total Shares | IA Business Price[2] | IA Business Actual Price[3] | Market Low[4] | Market High[4] | Difference[5] |
|---|---|---|---|---|---|---|---|---|---|
| 5/25/2006 | 82 | 742718109 | PG | (76,606) | 55.260 | 55.300 | 54.86 | 55.28 | 0.02 |
| 5/25/2006 | 85 | 38141G104 | GS | (10,917) | 147.320 | 147.360 | 144.68 | 147.32 | 0.04 |
| 5/25/2006 | 82 | 437076102 | HD | (49,124) | 38.400 | 38.440 | 37.93 | 38.40 | 0.04 |
| 5/25/2006 | 82 | 191216100 | KO | (48,094) | 44.370 | 44.410 | 43.85 | 44.37 | 0.04 |
| 6/5/2006 | 1 | 589331107 | MRK | (351) | 34.000 | 34.040 | 33.41 | 34.03 | 0.01 |
| 6/5/2006 | 1 | 428236103 | HPQ | (455) | 32.410 | 32.450 | 31.57 | 32.42 | 0.03 |
| 8/15/2006 | 2 | 20030N101 | CMCSA | (972) | 34.030 | 34.070 | 34.37 | 34.75 | 0.30 |
| 8/15/2006 | 2 | 2824100 | ABT | (684) | 48.660 | 48.700 | 48.19 | 48.69 | 0.01 |
| 8/15/2006 | 2 | 191216100 | KO | (936) | 44.320 | 44.360 | 44.11 | 44.35 | 0.01 |
| 8/24/2006 | 44 | 166764100 | CVX | (15,657) | 66.730 | 66.770 | 65.62 | 66.73 | 0.04 |
| 8/24/2006 | 44 | 949746101 | WFC | (23,498) | 35.210 | 35.250 | 34.97 | 35.24 | 0.01 |
| 8/28/2006 | 11 | 46625H100 | JPM | (13,275) | 46.020 | 46.060 | 45.31 | 46.04 | 0.02 |
| 8/28/2006 | 11 | 887317105 | TWX | (16,292) | 16.500 | 16.540 | 16.38 | 16.53 | 0.01 |
| 9/12/2006 | 1,629 | 97023105 | BA | (1,249,027) | 76.300 | 76.300 | 73.61 | 74.38 | 1.92 |
| 9/12/2006 | 3 | 97023105 | BA | (40) | 76.300 | 76.340 | 73.61 | 74.38 | 1.96 |
| 9/13/2006 | 2 | 369604103 | GE | (1,188) | 34.830 | 34.870 | 34.49 | 34.84 | 0.03 |
| 10/31/2006 | 3 | 25816109 | AXP | (17,837) | 57.810 | 57.850 | 57.46 | 57.81 | 0.04 |
| 10/31/2006 | 3 | 46625H100 | JPM | 51,560 | 47.440 | 47.400 | 47.43 | 48.08 | 0.03 |
| 11/27/2006 | 59 | 20030N101 | CMCSA | (20,564) | 39.000 | 39.000 | 39.21 | 39.71 | 0.21 |
| 11/27/2006 | 1 | 20030N101 | CMCSA | (5) | 39.000 | 39.040 | 39.21 | 39.71 | 0.17 |
| 11/27/2006 | 59 | 458140100 | INTC | (57,327) | 20.940 | 20.940 | 20.95 | 21.49 | 0.01 |
| 11/28/2006 | 5 | 20825C104 | COP | 673,200 | 64.200 | 64.160 | 64.36 | 65.58 | 0.20 |
| 12/12/2006 | 1 | 20030N101 | CMCSA | (225) | 42.760 | 42.760 | 42.83 | 43.23 | 0.07 |
| 12/22/2006 | 188 | 589331107 | MRK | (3,262,673) | 44.610 | 44.610 | 42.78 | 43.42 | 1.19 |
| 2/23/2007 | 4 | 929903102 | WB | (96) | 58.770 | 58.810 | 57.43 | 58.77 | 0.04 |
| 12/11/2007 | 3 | 38259P508 | GOOG | (24) | 698.030 | 698.070 | 698.78 | 720.99 | 0.71 |
| 12/11/2007 | 3 | 458140100 | INTC | (592) | 26.880 | 26.880 | 26.91 | 27.82 | 0.03 |
| 12/11/2007 | 3 | 68389X105 | ORCL | (400) | 21.000 | 21.000 | 21.01 | 21.70 | 0.01 |
| 1/30/2008 | 1 | 31162100 | AMGN | (16,000) | 47.990 | 48.030 | 47.24 | 48.02 | 0.01 |
| 4/1/2008 | 979 | 38259P508 | GOOG | 13,161 | 446.900 | 446.860 | 446.87 | 466.50 | 0.01 |
| 4/23/2008 | 1 | 20030N101 | CMCSA | (5,148) | 19.510 | 19.510 | 19.53 | 20.07 | 0.02 |
| 5/19/2008 | 1 | 37833100 | AAPL | (80,000) | 188.750 | 188.790 | 181.30 | 188.69 | 0.10 |
| 8/22/2008 | 10 | 38259P508 | GOOG | (626) | 488.390 | 488.390 | 489.48 | 494.88 | 1.09 |
| 8/22/2008 | 10 | 38259P508 | GOOG | (102) | 488.390 | 488.430 | 489.48 | 494.88 | 1.05 |
| 8/25/2008 | 3 | 35229103 | BUD | 5,928 | 67.650 | 67.610 | 67.65 | 67.90 | 0.04 |
| 8/25/2008 | 1 | 20030N101 | CMCSA | (23,712) | 19.930 | 19.970 | 20.77 | 21.61 | 0.80 |
| 8/25/2008 | 3 | 20030N101 | CMCSA | 23,712 | 19.930 | 19.890 | 20.77 | 21.61 | 0.88 |
| 8/25/2008 | 3 | 68389X105 | ORCL | 31,863 | 22.210 | 22.170 | 22.19 | 22.71 | 0.02 |
| 9/10/2008 | 1 | 17275R102 | CSCO | (222) | 22.890 | 22.890 | 22.97 | 23.32 | 0.08 |
| 11/7/2008 | 1 | 31162100 | AMGN | (13) | 58.870 | 58.910 | 56.40 | 58.88 | 0.03 |
| Total | | 99,972 | | | | | | | |

1. The Analyzed Time Period consists of January 2000 through November 2008.
2. IA Business Price based on Settled Cash (SETCSH17) and includes a $0.04 commission, where appropriate.
3. IA Business Actual Price based on Settled Cash (SETCSH17) and excludes a $0.04 commission, where appropriate.
4. Actual Market High and Market Low as reported by Bloomberg.
5. For trades in which the IA Business Price exceeded the Market High price, the difference is between the IA Business Price and the Market High price. For trades in which the IA Busines Price fell below the Market Low price, the difference is between the Market Low price and the IA Business Price.