# EXHIBIT 21

## Excerpt from DTCABAL data file

```
Browse : JCP/DTCABAL2(DTCABAL)
Record :      1   of      12 by  18             Column :    1    200 by 131
Control : _____

....+....1....+....2....+....3....+....4....+....5....+....6....+....7....+....8....+....9....+....0....+....1....+
             *************Beginning of data***************
001957109010                        000000006461011109400000000001226AT&T CORP            <0000000AT&T CORP             <
001957109014334042292                000000006461011109400000000185378AT&T CORP            <0000000AT&T CORP             <
001957109014810111688                000000006461011109400000000077652AT&T CORP            <0000000AT&T CORP             <
001957109014841092887                000000006461011109400000000126149AT&T CORP            <0000000AT&T CORP             <
001957109014849090779                000000006461011109400000000093745AT&T CORP            <0000000AT&T CORP             <
001957109014930062686                000000006461011109400000000173247AT&T CORP            <0000000AT&T CORP             <
001957109014956102986                000000006461011109400000000144259AT&T CORP            <0000000AT&T CORP             <
001957109022                         000000006461010261100000001442510AT&T CORP            <0000000AT&T CORP             <
002824100010                         00000000646101110940000000006703ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
002824100022                         00000000646101026110000000740900ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
003387107010                         000000006461011049400000000005000ABEX INC CLASS A    +0000000ABEX INC CLASS A    +
004898102010                         000000006461004259400000000020289ACRO ENERGY CORP    +0000110ACRO ENERGY CORP    +
             *************End of Data*********************
```

## Portion of DTC021 RPG II Code



```
0001 H   16            1             DTC021
0002 F************************************************************BTS002
0003 F*  PROCEDURE: DTCPPST1                        *BTS002
0004 F*  DTC021- PRINT DTC PARTICIPANT POSITION STATEMENT REPORT.  *BTS002
0005 F*       NO LONGER DOWN LOAD TO [REDACTED] NTED ON AS/400     *BTS002
0005 F*       LASER USING FORMSPRINT.              *BTS002
0005 F*             CREATED 11-08-95  [REDACTED]   *BTS002
0003 F*                                            *BTS002
0006 F************************************************************BTS002
0017 FDTCAPIBAIPE F2000 200      DISK
0012 FPRINT    O  F 198 198      PRINTER           BTS002
0012 F*                                            BTS002
0010 E         CHIL    42  1     CHILLS ARRAY   BKCS3J
0017 E*                                            DTC005
0018 IDTCAPIBANS  01                               DTC004
0022 I                  1  12 CUSTYPL1            DTC004
0022 I                  1   9 CUSIP L2            DTC004
0022 I                 10  12 ACTTYP              DTC004
0023 I                 13 150 PLBANK              DTC004
0023 I                 16 210 LOANDT              DTC004
0023 I                 22 280 SERIAL              DTC004
0023 I                 29  29 REORCD              DTC004
0022 I                 30  32 RAMSCD              BKTR64
0023 I                 33 340 RAMSEQ              BKTR64
0024 I                 35 400 TRADDT              BKTR64
0024 I                 41 450 PART#               BKTR64
```

**DTCS Box Definition Screen**

```
              F O R M   F L A S H   D E F I N I T I O N
                     BOX DEFINITIONS - Page 1-1
 Left    Right                                   Fill            Spacing
 Edge    Edge    Top   Bottom  Width  Density  Density  Number  Horiz   Vert
 4       10      5     10      1      1        0        0       0       0
 ____    ____    ___   ____    ___    ___      ___      ___     ___     ___
 ...

F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
   F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
                  DTCS
                         Millimeters
                       From From  Right
 Ref       Definition        Page Top  Left  Edge   Lines    Equation
   1  L1 Dont Print          1    5    5     100    1     NP
   2  Header Line 1          1    14.2 5.4   270    1     A3502070/1/8/12 TRIM2/135
   3  Header Line 2-3        1    17.38 5.4  270    2     A3502070/1/8/12 TRIM2/135
   4  Macro Calls            1    23.73 4    206    56    TRIM1/5
   5  Data                   1    23.73 8    206    56    COPYR4 TRIM7/67
   6                                                      A3502070/1/8/12
   7  L61                    1    5    5     100    1     PG
   8
   9
  10
  11
  12
  13
  14
  15

F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
  F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```