# EXHIBIT 24

# EXHIBIT 24

```
ACCOUNT #    1-H0024-3 [Redacted]                         REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                        INITIAL INVESTMENT                                    24,779,091.54CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR       8,231,648.02
                        ADJUSTMENTS
                        CAPITAL ADDITIONS
                        CAPITAL WITHDRAWALS                                   16,565,905.02
                        NET WORKING CAPITAL                                    8,213,186.52CR
                        BENCHMARK RATE OF RETURN                 18.00 %
                        BENCHMARK RETURN FOR 365 DAYS                          1,496,404.94CR
                        CAPITAL GAINS AND LOSSES                                  10,720.00CR
                        DIVIDENDS AND INTEREST                                     7,741.50CR
                        REALIZED P/L                                              18,461.50CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR           1,477,943.44-
                        CURRENT CASH BALANCE
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                        TOTAL EQUITY
                        PRIOR YEAR END EQUITY                 16,547,443.52CR
                        ANNUALIZED RETURN FOR CURRENT YEAR         22.59 %
                        PROJECTED ANNUALIZED RATE OF RETURN        22.53 %
                        BUYING POWER              OVER/UNDER         9,710-
```

MDPTQQ00341006