# EXHIBIT 25



Exhibit 25

MADTSS01124251

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

2003 SCHUPT

EACH UNIT = 10,040

| Acct # | NAME | UNITS | NEED | WHY |
|---|---|---|---|---|
| 2R211 | EILEEN | 1.5 | 15 | SHUPT |
| C1277 | J.L IRA | 2.0 | 20 | S |
| B0136 | JUDY | 1.5 | 15 | S |
| B0227 | JUDY IRA | 1.5 | 15 | S |
| 2B480 | PEG | .8 | 8 | S |
| 2B482 | PAM | .5 | 5 | S |
| R0126 | RITA | 1.5 | 15 | S |
| ~~C1210~~ | JL PENS | X | (3) | LOSS FOR TAXES |
| S0431 | MYRA | 1.0 | 10 | S |
| L0174 | MERRYL | .8 | 8 | S |
| D0020 | DOLINSKI | .8 | 8 | S |
| L0205 | GREGORY | .5 | 5 | S |
| L0214 | DEJON | .2 | 2 | S |
| L0157 | RUSSELL | .5 | 5 | S |
| K0093 | HEATHER K | 3.5 | 35 | AS PER DAVID K |
| D0028 | CARMEN | 5.0 | ~~50~~ 55 | S |
| W0057 | WEISSER | 3.0 | 30 | REQUIRED |
| 2R179 | MEND | 21.5 | 215 | REQ |
| 2B032* | MATLAIR | 319.0 | 3190 | 2600 EXTRA P+L + to BRING TO 11% |
| 2A924 | LEVY AARON | 7.8 | 78 | REQ |
| 2R165 | ABE K | 1.4 | 14 | REQ |
| 2R172 | SEY K | 1.4 | 14 | REQ |
| 2R097 | Rhona Gaba | .4 | 4 | REQ |
| 2B143 | ED JELRIS | 11.6 | 116 | REQ |
| 2R010 | Rich Glantz | 9.8 | 98 | REQ |
| 2B348 | SPERLING | 1.0 | 10 | REQ |
| 2A041 | MANU E | .6 | 6 | REQ |
| 2A210 | MANU P | .6 | 6 | REQ |
| L0124 | NOËL | 38.5 | 385 | 1/2% CAP CAP = 77 from his LIST |
| E0116* | MANJIA | 92.2 | 822 | 300 EXTRA P+L + to BRING to 11% |
| 1E0165 | NEW * | | | |

1E0156 NEED 78
116 NEED 145
133 NEED 129
155 NEED 109
159 NEED 61
= 522

300 + 522 = 822

12B032 NEED 50
12B046 NEED 485
12B249 NEED 55

2600 + 590 = 3190

MADTSS01124115

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124115



Exhibit 25

MADTSS01124117

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124117

Exhibit 25

2004

| ACCT # | NAME | # NEEDED | WHY | | (1.446 EACH) UNITS | COMMENTS ETC... |
|---|---|---|---|---|---|---|
| 100002 650 | O'HARA F.P | 21 | SCHUPT | ✓ | 14.0 | |
| 100013 147 | BERN IRA | 4 | sch | ✓ | 3.0 | |
| 100018 143 | J+B JOINT | 3 | sch | ✓ | 2.0 | |
| 1P0111 275 | G+J JOINT | 3 | sch | ✓ | 2.0 | 12B583 12R2ES 12R310 |
| 1C1094 X | EILEEN ○ | 4 | sch | ✓ | 3.0 | |
| 1C1277 27 | JODI IRA | 10 | sch | ✓ | 7.0 | |
| 1B0136 160 | JUDY | 13 | sch | ✓ | 9.0 | |
| 1B0227 284 | JUDY IRA | 8 | sch | ✓ | 6.0 | |
| 12B480 400 | PEGGY | 15 | sch | ✓ | 10.0 | |
| 12B482 116 | PAM | 4 | sch | ✓ | 3.0 | |
| 12R211 51 | EILEEN IRA ○ | 6 | sch | ✓ | 4.0 | |
| 150008 | J. SALA + DEMI | 14 | PAST PERFORM ACCT N/W | ✓ | 10.0 | ACC CAUGHT UP TO 11/01/04 |
| 1R0186 | ASHA | 7 | PAST PERFORMANCE ACCT N/W | ✓ | 5.0 | ACC CAUGHT TO 12/31/04 |
| 1L0157 | RUSS | 6 | sch | ✓ | 4.0 | |
| 1L0205 | GREGORY | 5 | sch | ✓ | 4.0 | |
| 1L0214 | DEVON | 5 | sch | ✓ | 4.0 | |
| 1D0020 | D.F.F | 5 | sch | ✓ | 4.0 | |
| 1L0174 | MERRYL | 7 | sch | ✓ | 5.0 | |
| 150431 | MYRA | 7 | sch | ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch | ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch | ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch | ✓ | 4.0 | |
| 100018 200 231 X | MOM | 91 | sch | ✓ | 63.0 | |
| 12R028 | SARAH COHEN | * | sch | ✓ | 1.0 | * ACCT CLOSED ONE TIM DEAL |
| 1R0126 46 | RITA | 15 | sch | ✓ | 10.0 | |
| 1D0070 | CARMEN | 75 | sch | ✓ | 52.0 | |
| 1D0028 | CARMEN | 65 | sch | ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | | X | NO ACCT CAN NOT DO |
| 12R179 | MENDELOW S | 107.5 / 215 ÷ 2 | REQ | ✓ | 75.0 | |
| 12R180 | MENDELOW N | 107.5 | REQ | ✓ | 75.0 | |

65,000 OPT TRD 3/05 FOR 2004

1382

KARY 1K0017 ADDED

64,260 MARCH 04 FOR 03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

Exhibit 25

| ACCT # | NAME | $ NEEDED | WHY? | 14.6 EACH UNIT | COMMENTS ETC... |
|---|---|---|---|---|---|
| 12A924 | JOEL LEVY | 78 | REQ ✓ | 54.0 | |
| 12R165 | ABE KLEINMAN | 14 | REQ ✓ | 10.0 | |
| 12R172 | SEYMORE KLEINMAN | 14 | REQ ✓ | 10.0 | |
| 12R097 | RHODA GABA | 4 | REQ ✓ | 3.0 | |
| 12B143 | JECRIS | 116 | REQ ✓ | 80.0 | |
| 12R010 | R. GLANTZ IRA | 98 | REQ ✓ | 68.0 | |
| 12B348 | JERRY SPERLING | 10 | REQ ✓ | 7.0 | |
| 12A041 | MARJ ENG | 6 | REQ ✓ | 4.0 | |
| 12A210 | MARJ PLATEIS | 6 | REQ ✓ | 4.0 | |
| 1L0124 | NOEL LEVINE | 362 | w/e @ 1/2% LIST ✓ | 250.0 | 72.4 cap @ 1/2% |
| | | | | | |
| ~~[struck out]~~ | | | | | |
| 1E0165 | ENGLER GRAT | 20 | needs to be 11% ✓ | 14.0 | GOES to 11% |
| 1E0156 | ENGLER QTIP | 21 | ✓ | 14.0 | |
| 1E0116 | MARJA | 1.0 | 300 EXTRA PUT HERE ✓ | 7.0 | 300 EXTRA 116 |
| 1E0133 | MARJA | 31 | ✓ | 21.0 | |
| 1E0155 | ENGLER F.T | 26 | FIXED 3/05 + 300,160 PTC ✓ | 18.0 | |
| 1E0159 | MARJA IRA | 30 | ✓ | 21.0 | |
| | | | | | |
| FRANK ↓ | | S/B 660,000 PUT SP IN 2005 | | DID | $600,000 JAN 05 DONE |
| 12B046 | GROSVENOR | 66,000 | ✓ | 46.0 | |
| 12B032 | MAYFAIR | 104,000 + 1680 ASPEN F.A = 1785000 | ✓ | 1235.0 | |
| 12B249 | MAYFAIR BOND O.P. | 270,000 | ✓ | 187.0 | |
| 12B509 | ASTER | 42,000 | ✓ | 29.0 | |
| 12B262 | STRATTHAM | 26,000 | ✓ | 18.0 | |
| 12A879 | KEN JORDAN | 20,000 | ✓ | 14.0 | |
| 12B510 | ST JAMES | 42000 [struck out] | ✓ | 29.0 | |

6990 T67
74120

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

Exhibit 25

| ACCT | NAME | $ NEEDED | WHY | 1370 | COMMENTS |
|---|---|---|---|---|---|
| 1-00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C1094 X | | 4 | | 3 | |
| 1C 1277 X | | 30 | | 22 | |
| 1B 0136 X | | 15 | | 11 | |
| 1B0227 X | | 25 | | 19 | |
| 12B480 X | | 16 | | 12 | |
| 12B 482 X | | 7 | | 5 | |
| 12R 211 X | | 10 | | 8 | |
| 1S0008 OK for 2005 | | 10 | | 8 | |
| 1R0186 ✓ | | 5 | | 4 | |
| 1L0157 ✓ | | 6 | | 5 | |
| 1L0205 ✓ | | 6 | | 5 | |
| 1L0214 ✓ | | 4 | | 3 | |
| 1D0020 ✓ | | 7 | | 5 | |
| 1L0174 ✓ | | 6 | | 5 | |
| 1S0431 ✓ | | 8 | | 6 | |
| 1M0200 ✓ | | 14 | | 11 | |
| 1I0010 ✓ | | 17 | | 12 | |
| 1C1328 ✓ | | 3 | | 3 | |
| 1D0018 ✓ | | — | | — | |
| 12R028 X | | — | | — | |
| 1R0126 ✓ | | 8 | | 6 | |
| 1D0070 X | | — | | — | |
| 1D0028 X | | — | | — | |
| 1W0057 X | X | — | | — | |
| 12R179 | | 108 | WT 130 | 78 | |
| 12R180 | | 108 | WT 130 | 78 | |
| | | | 2006 | 346 | TOTAL 3008 |

MADTSS01124093

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093

Exhibit 25

| ACCT | NAME | NEED | WHY ? | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |
| 12A924 | ✓ | 78 | | 57 | |
| 12R165 | ✓ | 14 | | 11 | |
| 12R172 | ✓ | 14 | | 11 | |
| 12R097 | ✓ | 4 | | 3 | |
| 12B143 | ✓ | 116 | | 85 | |
| 12R010 | ✓ | 98 | | 72 | |
| 12B348 | ✓ | 10 | | 8 | |
| 12A041 | ✓ | 6 | | 5 | |
| 12A210 | ✓ | 6 | | 5 | |
| 1C0124 | ✓ | 351 | | 256 | |
| | | | | | |
| 1E0165 | X | 11 | | 8 | |
| 1E0156 | X | 11 | | 8 | |
| 1E0116 | ✓ | — | | — | 300 GOES IN IN 2006 FOR 05 |
| 1E0133 | X | 16 | | 12 | |
| 1E0155 | X | 13 | | 10 | |
| 1E0159 | X | 74 | | 54 | |
| | | | | | |
| | | | | | |
| 12B046 | X | 1680 | | 1227 | |
| 12B032 | ✓ | 109 | | 80 | |
| 12B249 | X | 148 | | 108 | |
| 12B509 | X | 356 | | 260 | |
| 12B262 | X | 180 | | 132 | |
| 12A879 | X | 57 | | 42 | |
| 12B510 | X | 284 | | 208 | |
| | | | | | |
| | | | | 2662 ✓ | |

MADTSS01124093

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

Exhibit 25

| ACCT # | NAME | NEED | | UNITS @ 2086 | NOTES |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPH | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| | | | | | |
| 1ZR179 | STEVE M | 115 | | 55 | ✓ |
| 1ZR180 | NANCY M | 115 | | 55 | ✓ |
| | | | | | |
| 1ZA924 | JOEL LEVY | 78 | | 38 | ✓ |
| 1ZR165 | ABE K | 14 | | 7 | ✓ |
| 1ZR172 | SEYMORE K | 14 | | 7 | ✓ |
| 1ZR097 | RHODA GARA | 4 | | 2 | ✓ |
| 1ZB143 | JECRIS | 116 | | 56 | ✓ |
| 1ZR010 | R. GLANTZ | 98 | | 47 | ✓ |
| 1ZB348 | SPERLING | 10 | | 5 | ✓ |
| 1ZA041 | MARV ENG | 6 | | 3 | ✓ |
| 1ZA210 | MARV PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| | | | | | |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| | | | | | |
| 1ZB032 | MAYFAIR | 1680 | | 805 | ✓ |
| | | | | | |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

CLOSED 6/26/07

MADTSS01124089

MADTSS01124089

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

Exhibit 25

2906 EACH

| ACCT # | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
| | | | | | |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
| | | | | | |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 (A) | KAREN | — | ALREADY KOKO OVER w/ (A) | — | X |
| 1L0214 (A) | DEVON LIPKIN | — | ALREADY w/ KOKO OVER (A) | — | X |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | X |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 (A) | SYDNEY LIP | — | ALREADY OVER 25 | — | X |
| 1L0319 (A) | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | X |
| 1D0069 | Dorothy-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

MADTSS01120262

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262

Exhibit 25

4/6/2000

| | | | |
|---|---|---|---|
| CARMEN | 1D0028-40 | 12.0 | |
| WEISSER | 1W0057 | 23.0 | |
| JC IRA | 1C1277 | 5.0 | |
| E+J | 1C1094 | 2.0 | |
| E-IRA | 1ZR211 | 5.0 | |
| J.B IRA | 1B0227 | 5.0 | |
| JB | 1B0136 | 6.0 | |
| R.R | 1R0126 | 5.0 | |
| STEVE | 1ZR179 | 75.0 | |
| NANCY | 1ZR180 | 86.0 | |
| MAY PEN | 1ZB249 | ~~475.0~~ 200.0 | |
| MAY | 1ZB032 | 2000.0 | |
| GROS | 1ZB046 | ~~500.0~~ 400.0 | |
| LEVY | 1ZA924 | 58.0 | |
| ABE KLEIN | 1ZR165 | 11.0 | |
| SEY KLEIN | 1ZR172 | 11.0 | |
| GABA IRA | 1ZR097 | 3.0 | |
| ED | 1ZB143 | 87.0 | |
| Rich | 1ZR010 | 73.0 | |
| SPALDING | 1ZB348 | 8.0 | |
| M ENG | 1ZA041 | 5.0 | |
| M PLAT | 1ZA210 | 5.0 | |
| LEVINE | 1L0124 | 280.0 | |
| MARTA | 1E0116 | [crossed out] | 265.0 |
| | 1E0159 | [crossed out] | 42.0 |
| | 1E0155 | [crossed out] | 30.0 |
| | 1E0133 | | 36.0 |
| | 1E0156 | | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131