# Exhibit 4



**Exhibit 4 – Example of Customer Statement from Microfilm**