# Exhibit 6

**Exhibit 6 – Example of a Portfolio Management Transaction Report (PMT Report) from Microfilm**

