# Exhibit 7

# Exhibit 7 – Excerpt from the Spiral Notebooks

