# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Ken-Wen Family Account

|  | 1E0002 | Ken-Wen Family Account 1EM226 |
|---|---:|---:|
| **INFLOWS** | | |
| Cash Deposits | $7,301,388 | $938,000 |
| Transfers of Principal (In) | 10,505,619 | 340,000[a] |
| **Principal Available** | **$17,807,007** | **$1,278,000** |
| **OUTFLOWS** | | |
| Cash Withdrawals | ($650,275) | ($7,001,000) |
| Transfers of Principal (Out) | (17,557,058)[a] | 0 |
| **Total Outflows** | **($18,207,333)** | **($7,001,000)** |
| **Total** | **($400,326)** | **($5,723,000)** |

[a] The $17,557,058 was transferred from BLMIS Account 1E0002 into other BLMIS accounts; one of those transfers was an inter-account transfer of principal in the amount of $340,000 into the Ken-Wen Family Account. (*See* **Exhibits 4A** and **4B**.)