# Exhibit 4A

BLMIS ACCOUNT NO. 1E0002 (FORMERLY 100511) - BERNARD L MADOFF E & M ACCT #2 C/O MENDEL ENGLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 5/11/1988 | CHECK | 100,000 | 100,000 | - | - | - | 100,000 | - | MF00535221 | MF00535221 |
| 6/7/1988 | CHECK | 100,000 | 100,000 | - | - | - | 200,000 | - | MF00536742 | MF00536742 |
| 6/7/1988 | CHECK | 100,000 | 100,000 | - | - | - | 300,000 | - | MF00536742 | MF00536742 |
| 6/7/1988 | CHECK | 100,000 | 100,000 | - | - | - | 400,000 | - | MF00536742 | MF00536742 |
| 6/7/1988 | CHECK | 50,000 | 50,000 | - | - | - | 450,000 | - | MF00536742 | MF00536742 |
| 6/7/1988 | CHECK | 100,000 | 100,000 | - | - | - | 550,000 | - | MF00536742 | MF00536742 |
| 6/7/1988 | CHECK | 100,000 | 100,000 | - | - | - | 650,000 | - | MF00536742 | MF00536742 |
| 6/7/1988 | CHECK | 100,000 | 100,000 | - | - | - | 750,000 | - | MF00536742 | MF00536742 |
| 6/10/1988 | CHECK | 140,000 | 140,000 | - | - | - | 890,000 | - | MF00536742 | MF00536742 |
| 6/10/1988 | CHECK | 50,000 | 50,000 | - | - | - | 940,000 | - | MF00536742 | MF00536742 |
| 6/10/1988 | CHECK | 127,000 | 127,000 | - | - | - | 1,067,000 | - | MF00536742 | MF00536742 |
| 10/4/1988 | CHECK | 37,300 | 37,300 | - | - | - | 1,104,300 | - | MF00532283 | MF00532283 |
| 10/4/1988 | CHECK | 25,800 | 25,800 | - | - | - | 1,130,100 | - | MF00532283 | MF00532283 |
| 2/1/1989 | TRANS FROM E & M INTERIM (1E0000) | 100,000 | - | - | 100,000 | - | 1,230,100 | - | MF00041381 | MF00041381 |
| 2/1/1989 | TRANS FROM E & M INT (1E0000) | 250,000 | - | - | 250,000 | - | 1,480,100 | - | MF00041381 | MF00041381 |
| 6/1/1989 | TRANS FROM E & M INTERIM (1E0000) | 42,000 [1] | - | - | 41,823 | - | 1,521,923 | - | MF00046863 | MF00046863 |
| 6/1/1989 | TRANS FROM E & M INTERIM (1E0000) | 55,000 [1] | - | - | 54,768 | - | 1,576,691 | - | MF00046863 | MF00046863 |
| 7/3/1989 | CHECK | 200,000 | 200,000 | - | - | - | 1,776,691 | - | MF00047504 | MF00047504 |
| 12/1/1989 | CHECK | 150,000 | 150,000 | - | - | - | 1,926,691 | - | MF00053024 | MF00053024 |
| 12/8/1989 | CHECK | 50,000 | 50,000 | - | - | - | 1,976,691 | - | MF00053024 | MF00053024 |
| 1/2/1990 | TRANS FROM INTERIM (1E0000) | 150,228 [1] | - | - | 149,975 | - | 2,126,666 | - | MF00022022 | MF00022022 |
| 2/1/1990 | TRANS FROM INTERIM A/C (1E0000) | 20,061 [1] | - | - | 20,027 | - | 2,146,693 | - | MF00023347 | MF00023347 |
| 2/28/1990 | TRANS FROM E & M INTERIM (1E0000) | 124,914 [1] | - | - | 124,617 | - | 2,271,310 | - | MF00023347 | MF00023347 |
| 4/2/1990 | TRANS FROM E & M INTERIM (1E0000) | 55,330 [1] | - | - | 55,179 | - | 2,326,489 | - | MF00031307 | MF00031307 |
| 4/2/1990 | TRANS FROM E & M INTERIM (1E0000) | 28,056 [1] | - | - | 27,980 | - | 2,354,469 | - | MF00031307 | MF00031307 |
| 4/2/1990 | TRANS FROM E & M INTERIM (1E0000) | 35,016 [1] | - | - | 34,920 | - | 2,389,389 | - | MF00031307 | MF00031307 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 150,253 [1] | - | - | 149,981 | - | 2,539,370 | - | MF00037586 | MF00037586 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 100,169 [1] | - | - | 99,987 | - | 2,639,357 | - | MF00037586 | MF00037586 |
| 5/1/1990 | TRANS FROM INTERIM ACCT (1E0000) | 100,417 [1] | - | - | 100,234 | - | 2,739,591 | - | MF00037586 | MF00037586 |
| 5/17/1990 | CHECK | (34,454) | - | (34,454) | - | - | 2,705,137 | - | MF00037586 | MF00037586 |
| 6/1/1990 | TRANS TO M JAFFE (101022) | (496,370) [2] | - | - | - | (450,000) | 2,255,137 | - | MF00038934 | MF00038934 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 150,063 [1] | - | - | 149,947 | - | 2,405,084 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 200,168 [1] | - | - | 200,013 | - | 2,605,098 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 25,011 [1] | - | - | 24,991 | - | 2,630,089 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 100,101 [1] | - | - | 100,024 | - | 2,730,113 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 100,084 [1] | - | - | 100,007 | - | 2,830,119 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 25,011 [1] | - | - | 24,991 | - | 2,855,110 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 100,042 [1] | - | - | 99,965 | - | 2,955,075 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 25,011 [1] | - | - | 24,991 | - | 2,980,066 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 265,279 [1] | - | - | 265,073 | - | 3,245,140 | - | MF00034485 | MF00034486 |
| 7/2/1990 | TRANS FROM E & M INT (1E0000) | 25,011 [1] | - | - | 24,991 | - | 3,270,131 | - | MF00034485 | MF00034486 |
| 8/1/1990 | TRANS TO MOSCOE PERSONAL (101350) | (134,280) [2] | - | - | - | (100,000) | 3,170,131 | - | MF00035996 | MF00035997 |
| 8/1/1990 | TRANS TO FELSEN PERSONAL (100645) | (144,194) [2] | - | - | - | (100,000) | 3,070,131 | - | MF00035996 | MF00035997 |
| 8/1/1990 | TRANS FROM E&M INTERIM (1E0000) | 100,022 [1] | - | - | 99,977 | - | 3,170,108 | - | MF00035996 | MF00035997 |
| 8/1/1990 | TRANS FROM E&M INTERIM (1E0000) | 100,022 [1] | - | - | 99,977 | - | 3,270,085 | - | MF00035996 | MF00035997 |
| 8/1/1990 | TRANS ADJUSTMENT (1E0000) | 4 | - | - | 4 | - | 3,270,089 | - | MF00035996 | MF00035997 |
| 8/1/1990 | TRANS FROM E&M INTERIM (1E0000) | 100,022 [1] | - | - | 99,977 | - | 3,370,066 | - | MF00035996 | MF00035997 |

**BLMIS ACCOUNT NO. 1E0002 (FORMERLY 100511) - BERNARD L MADOFF E & M ACCT #2 C/O MENDEL ENGLER**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 9/4/1990 | TRANS FROM INTERIM (1E0000) | 100,143 [1] | - | - | 100,002 | - | 3,470,068 | - | MF00026591 | MF00026591 |
| 9/4/1990 | TRANS FROM INTERIM (1E0000) | 100,287 [1] | - | - | 100,145 | - | 3,570,213 | - | MF00026591 | MF00026591 |
| 9/4/1990 | TRANS FROM INTERIM (1E0000) | 75,092 [1] | - | - | 74,986 | - | 3,645,199 | - | MF00026591 | MF00026591 |
| 9/4/1990 | TRANS FROM INTERIM (1E0000) | 4,002 [1] | - | - | 3,997 | - | 3,649,196 | - | MF00026591 | MF00026591 |
| 9/4/1990 | TRANS FROM INTERIM (1E0000) | 107,066 [1] | - | - | 106,915 | - | 3,756,111 | - | MF00026591 | MF00026591 |
| 9/4/1990 | TRANS FROM INTERIM (1E0000) | 19,012 [1] | - | - | 18,985 | - | 3,775,095 | - | MF00026591 | MF00026591 |
| 10/1/1990 | TRANS FROM E & M INTERIM (1E0000) | 50,031 [1] | - | - | 49,965 | - | 3,825,060 | - | MF00028212 | MF00028213 |
| 10/1/1990 | TRANS FROM E & M INTERIM (1E0000) | 100,061 [1] | - | - | 99,930 | - | 3,924,990 | - | MF00028212 | MF00028213 |
| 10/1/1990 | TRANS FROM E & M INTERIM (1E0000) | 100,348 [1] | - | - | 100,216 | - | 4,025,206 | - | MF00028212 | MF00028213 |
| 11/1/1990 | TRANS FROM INTERIM (1E0000) | 35,038 | - | - | 35,038 | - | 4,060,244 | - | MF00032797 | MF00032797 |
| 12/3/1990 | CHECK | 100,000 | 100,000 | - | - | - | 4,160,244 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS TO E & M INTERIM (1E0000) | (162,058) | - | - | - | (162,058) | 3,998,186 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 100,020 | - | - | 100,020 | - | 4,098,206 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 100,201 | - | - | 100,201 | - | 4,198,407 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 250,503 | - | - | 250,503 | - | 4,448,910 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 50,151 | - | - | 50,151 | - | 4,499,061 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 400,080 | - | - | 400,080 | - | 4,899,141 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 250,503 | - | - | 250,503 | - | 5,149,644 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 100,221 | - | - | 100,221 | - | 5,249,865 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 100,020 | - | - | 100,020 | - | 5,349,885 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 100,040 | - | - | 100,040 | - | 5,449,925 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 50,020 | - | - | 50,020 | - | 5,499,946 | - | MF00024778 | MF00024779 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 250,503 | - | - | 250,503 | - | 5,750,448 | - | MF00024778 | MF00024779 |
| 1/2/1991 | CHECK | 100,000 | 100,000 | - | - | - | 5,850,448 | - | MF00494896 | MF00494896 |
| 1/2/1991 | TRANS FROM E&M INTERIM (1E0000) | 50,058 [1] | - | - | 38,434 | - | 5,888,883 | - | MF00494896 | MF00494896 |
| 1/2/1991 | TRANS FROM E&M INTERIM (1E0000) | 100,019 [1] | - | - | 76,795 | - | 5,965,678 | - | MF00494896 | MF00494896 |
| 2/1/1991 | CHECK | 400,000 | 400,000 | - | - | - | 6,365,678 | - | MF00493076 | MF00493077 |
| 2/1/1991 | TRANS FROM INTERIM (1E0000) | 50,009 [1] | - | - | 49,987 | - | 6,415,664 | - | MF00493076 | MF00493077 |
| 2/1/1991 | TRANS FROM INTERIM (1E0000) | 200,037 [1] | - | - | 199,947 | - | 6,615,611 | - | MF00493076 | MF00493077 |
| 2/5/1991 | CHECK | 200,000 | 200,000 | - | - | - | 6,815,611 | - | MF00493076 | MF00493077 |
| 2/5/1991 | CHECK | 58,000 | 58,000 | - | - | - | 6,873,611 | - | MF00493076 | MF00493077 |
| 3/1/1991 | CHECK | 101,500 | 101,500 | - | - | - | 6,975,111 | - | MF00541279 | MF00541280 |
| 3/1/1991 | CHECK | 73,500 | 73,500 | - | - | - | 7,048,611 | - | MF00541279 | MF00541280 |
| 3/1/1991 | TRANS FROM INTERIM (1E0000) | 50,195 [1] | - | - | 50,075 | - | 7,098,687 | - | MF00541279 | MF00541280 |
| 3/1/1991 | TRANS FROM INTERIM (1E0000) | 38,118 [1] | - | - | 38,028 | - | 7,136,714 | - | MF00541279 | MF00541280 |
| 3/12/1991 | TRANS FROM E & M 4 A/O 3/1/91 (1E0004) | 100,000 | - | - | 100,000 | - | 7,236,714 | - | MF00541279 | MF00541280 |
| 4/1/1991 | CHECK | 43,000 | 43,000 | - | - | - | 7,279,714 | - | MF00489209 | MF00489210 |
| 5/1/1991 | CHECK | 20,000 | 20,000 | - | - | - | 7,299,714 | - | MF00487409 | MF00487410 |
| 5/1/1991 | CHECK | 300,000 | 300,000 | - | - | - | 7,599,714 | - | MF00487409 | MF00487410 |
| 5/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 66,461 [1] | - | - | 66,344 | - | 7,666,059 | - | MF00487409 | MF00487410 |
| 5/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 50,016 [1] | - | - | 49,929 | - | 7,715,988 | - | MF00487409 | MF00487410 |
| 5/2/1991 | CHECK | (30,000) | - | (30,000) | - | - | 7,685,988 | - | MF00487409 | MF00487410 |
| 6/3/1991 | CHECK | 9,854 | 9,854 | - | - | - | 7,695,842 | - | MF00485713 | MF00485714 |
| 6/3/1991 | CHECK | 191,293 | 191,293 | - | - | - | 7,887,135 | - | MF00485713 | MF00485714 |
| 6/3/1991 | CHECK WIRE | 200,000 | 200,000 | - | - | - | 8,087,135 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 200,065 [1] | - | - | 199,958 | - | 8,287,093 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 25,028 [1] | - | - | 25,015 | - | 8,312,108 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 100,032 [1] | - | - | 99,979 | - | 8,412,087 | - | MF00485713 | MF00485714 |

BLMIS ACCOUNT NO. 1E0002 (FORMERLY 100511) - BERNARD L MADOFF E & M ACCT #2 C/O MENDEL ENGLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 100,032 [1] | - | - | 99,979 | - | 8,512,066 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 45,117 [1] | - | - | 45,093 | - | 8,557,158 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 52,239 [1] | - | - | 52,211 | - | 8,609,370 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 386,458 [1] | - | - | 386,252 | - | 8,995,621 | - | MF00485713 | MF00485714 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 22,968 [1] | - | - | 22,956 | - | 9,018,578 | - | MF00485713 | MF00485714 |
| 7/1/1991 | CHECK | 500,000 | 500,000 | - | - | - | 9,518,578 | - | MF00483792 | MF00483793 |
| 7/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 9,618,578 | - | MF00483792 | MF00483793 |
| 7/1/1991 | CHECK | 30,000 | 30,000 | - | - | - | 9,648,578 | - | MF00483792 | MF00483793 |
| 7/1/1991 | CHECK | 60,000 | 60,000 | - | - | - | 9,708,578 | - | MF00483792 | MF00483793 |
| 7/1/1991 | CHECK | 25,000 | 25,000 | - | - | - | 9,733,578 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 56,981 [1] | - | - | 56,890 | - | 9,790,468 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 20,042 [1] | - | - | 20,010 | - | 9,810,478 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 40,722 [1] | - | - | 40,657 | - | 9,851,134 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 75,024 [1] | - | - | 74,905 | - | 9,926,039 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 20,019 [1] | - | - | 19,987 | - | 9,946,027 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 50,032 [1] | - | - | 49,953 | - | 9,995,979 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 50,612 [1] | - | - | 50,531 | - | 10,046,511 | - | MF00483792 | MF00483793 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 30,063 [1] | - | - | 30,015 | - | 10,076,525 | - | MF00483792 | MF00483793 |
| 8/1/1991 | CHECK | 150,000 | 150,000 | - | - | - | 10,226,525 | - | MF00481747 | MF00481748 |
| 8/1/1991 | TRANS FROM INTERIM (1E0000) | 100,257 [1] | - | - | 100,084 | - | 10,326,609 | - | MF00481747 | MF00481748 |
| 9/3/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,089 [1] | - | - | 99,927 | - | 10,426,536 | - | MF00479656 | MF00479657 |
| 9/3/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,059 [1] | - | - | 99,897 | - | 10,526,434 | - | MF00479656 | MF00479657 |
| 10/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,067 [1] | - | - | 99,932 | - | 10,626,365 | - | MF00477506 | MF00477507 |
| 10/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,013 [1] | - | - | 99,878 | - | 10,726,244 | - | MF00477506 | MF00477507 |
| 12/2/1991 | CHECK | 100,000 | 100,000 | - | - | - | 10,826,244 | - | MF00473242 | MF00473243 |
| 12/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 150,097 [1] | - | - | 149,930 | - | 10,976,173 | - | MF00473242 | MF00473243 |
| 12/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,026 [1] | - | - | 99,915 | - | 11,076,088 | - | MF00473242 | MF00473243 |
| 12/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,206 [1] | - | - | 100,095 | - | 11,176,183 | - | MF00473242 | MF00473243 |
| 1/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,027 [1] | - | - | 99,948 | - | 11,276,130 | - | MF00471328 | MF00471328 |
| 1/3/1992 | CHECK | 300,000 | 300,000 | - | - | - | 11,576,130 | - | MF00471328 | MF00471328 |
| 2/3/1992 | CHECK | 100,000 | 100,000 | - | - | - | 11,676,130 | - | MF00469544 | MF00469545 |
| 2/3/1992 | TRANS FROM E & M INTERIM (1E0000) | 75,106 [1] | - | - | 74,963 | - | 11,751,093 | - | MF00469544 | MF00469545 |
| 2/3/1992 | TRANS FROM E & M INTERIM (1E0000) | 25,026 [1] | - | - | 24,978 | - | 11,776,071 | - | MF00469544 | MF00469545 |
| 3/2/1992 | TRANS FROM E&M INTERIM (1E0000) | 125,168 [1] | - | - | 125,031 | - | 11,901,102 | - | MF00467410 | MF00467411 |
| 3/2/1992 | TRANS FROM E&M INTERIM (1E0000) | 100,336 [1] | - | - | 100,226 | - | 12,001,328 | - | MF00467410 | MF00467411 |
| 4/1/1992 | CHECK | 40,000 | 40,000 | - | - | - | 12,041,328 | - | MF00465172 | MF00465173 |
| 4/1/1992 | CHECK WIRE | 400,000 | 400,000 | - | - | - | 12,441,328 | - | MF00465172 | MF00465173 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 248,049 [1] | - | - | 247,617 | - | 12,688,944 | - | MF00465172 | MF00465173 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 300,512 [1] | - | - | 299,988 | - | 12,988,932 | - | MF00465172 | MF00465173 |
| 4/9/1992 | CHECK | (22,891) | - | (22,891) | - | - | 12,966,041 | - | MF00465172 | MF00465173 |
| 4/9/1992 | CHECK | (10,059) | - | (10,059) | - | - | 12,955,982 | - | MF00465172 | MF00465173 |
| 5/1/1992 | TRANS FROM INTERIM (1E0000) | 100,044 [1] | - | - | 99,943 | - | 13,055,925 | - | MF00462952 | MF00462953 |
| 5/1/1992 | TRANS FROM INTERIM (1E0000) | 300,131 [1] | - | - | 299,829 | - | 13,355,754 | - | MF00462952 | MF00462953 |
| 6/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 13,455,754 | - | MF00460938 | MF00460939 |
| 6/1/1992 | CHECK | 150,000 | 150,000 | - | - | - | 13,605,754 | - | MF00460938 | MF00460939 |
| 7/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 13,705,754 | - | MF00458925 | MF00458926 |

BLMIS ACCOUNT NO. 1E0002 (FORMERLY 100511) - BERNARD L MADOFF E & M ACCT #2 C/O MENDEL ENGLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 7/1/1992 | CHECK | 200,000 | 200,000 | - | - | - | 13,905,754 | - | MF00458925 | MF00458926 |
| 7/1/1992 | CHECK | 200,000 | 200,000 | - | - | - | 14,105,754 | - | MF00458925 | MF00458926 |
| 7/1/1992 | TRANS FROM E & M INT *(1E0000)* | 100,051 [1] | - | - | 99,941 | - | 14,205,695 | - | MF00458925 | MF00458926 |
| 7/1/1992 | TRANS FROM E & M INT *(1E0000)* | 373,302 [1] | - | - | 372,894 | - | 14,578,589 | - | MF00458925 | MF00458926 |
| 7/1/1992 | TRANS FROM E & M INT *(1E0000)* | 175,284 [1] | - | - | 175,092 | - | 14,753,681 | - | MF00458925 | MF00458926 |
| 7/8/1992 | CHECK | (5,000) | - | (5,000) | - | - | 14,748,681 | - | MF00458925 | MF00458926 |
| 7/13/1992 | CHECK | (125,000) | - | (125,000) | - | - | 14,623,681 | - | MF00458925 | MF00458926 |
| 7/21/1992 | CHECK | (28,963) | - | (28,963) | - | - | 14,594,718 | - | MF00458925 | MF00458926 |
| 7/21/1992 | CHECK | (26,187) | - | (26,187) | - | - | 14,568,531 | - | MF00458925 | MF00458926 |
| 8/3/1992 | CHECK | 100,000 | 100,000 | - | - | - | 14,668,531 | - | MF00456982 | MF00456983 |
| 8/3/1992 | CHECK | (140,276) | - | (140,276) | - | - | 14,528,255 | - | MF00456982 | MF00456983 |
| 8/3/1992 | TRANS FROM INTERIM *(1E0000)* | 100,035 [1] | - | - | 99,941 | - | 14,628,196 | - | MF00456982 | MF00456983 |
| 9/1/1992 | CHECK | 412,824 | 412,824 | - | - | - | 15,041,020 | - | MF00455015 | MF00455016 |
| 9/1/1992 | CHECK | (40,000) | - | (40,000) | - | - | 15,001,020 | - | MF00455015 | MF00455016 |
| 9/1/1992 | TRANS FROM INTERIM *(1E0000)* | 100,008 [1] | - | - | 99,947 | - | 15,100,967 | - | MF00455015 | MF00455016 |
| 9/1/1992 | TRANS FROM INTERIM *(1E0000)* | 100,064 [1] | - | - | 100,003 | - | 15,200,970 | - | MF00455015 | MF00455016 |
| 10/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 15,300,970 | - | MF00452662 | MF00452663 |
| 10/1/1992 | CHECK | (13,000) | - | (13,000) | - | - | 15,287,970 | - | MF00452662 | MF00452663 |
| 10/1/1992 | TRANS FROM INTERIM *(1E0000)* | 100,056 [1] | - | - | 99,942 | - | 15,387,912 | - | MF00452662 | MF00452663 |
| 10/14/1992 | CHECK | (22,512) | - | (22,512) | - | - | 15,365,400 | - | MF00452662 | MF00452663 |
| 10/14/1992 | CHECK | (80,381) | - | (80,381) | - | - | 15,285,019 | - | MF00452662 | MF00452663 |
| 10/30/1992 | CXL CHECK 10/14/92 | 80,381 | - | 80,381 | - | - | 15,365,400 | - | MF00452662 | MF00452663 |
| 10/30/1992 | CHECK | (6,533) | - | (6,533) | - | - | 15,358,867 | - | MF00452662 | MF00452663 |
| 11/2/1992 | CHECK | 300,000 | 300,000 | - | - | - | 15,658,867 | - | MF00450436 | MF00450437 |
| 11/2/1992 | TRANS FROM INTERIM *(1E0000)* | 100,040 [1] | - | - | 99,958 | - | 15,758,825 | - | MF00450436 | MF00450437 |
| 12/1/1992 | CHECK | 20,000 | 20,000 | - | - | - | 15,778,825 | - | MF00444182 | MF00444183 |
| 12/1/1992 | CHECK | 40,000 | 40,000 | - | - | - | 15,818,825 | - | MF00444182 | MF00444183 |
| 12/1/1992 | CHECK | 40,000 | 40,000 | - | - | - | 15,858,825 | - | MF00444182 | MF00444183 |
| 12/1/1992 | CHECK | 150,000 | 150,000 | - | - | - | 16,008,825 | - | MF00444182 | MF00444183 |
| 12/1/1992 | TRANS FROM INTERIM *(1E0000)* | 225,089 [1] | - | - | 224,935 | - | 16,233,760 | - | MF00444182 | MF00444183 |
| 1/4/1993 | TRANS TO 1EM11430 *(1EM114)* | (547,712) [2] | - | - | - | (230,000) | 16,003,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM12530 *(1EM125)* | (293,506) [2] | - | - | - | (200,000) | 15,803,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM16530 *(1EM165)* | (270,565) [2] | - | - | - | (200,000) | 15,603,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM22630 *(1EM226)* | (535,163) [2] | - | - | - | (340,000) | 15,263,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM02030 *(1EM020)* | (555,253) [2] | - | - | - | (500,000) | 14,763,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM07030 *(1EM070)* | (255,333) [2] | - | - | - | (170,000) | 14,593,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM14830 *(1EM148)* | (449,089) [2] | - | - | - | (400,000) | 14,193,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM10330 *(1EM103)* | (368,332) [2] | - | - | - | (240,000) | 13,953,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM04630 *(1EM047)* | (276,693) [2] | - | - | - | (200,000) | 13,753,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM04730 *(1EM046)* | (456,330) [2] | - | - | - | (200,000) | 13,553,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM09630 *(1EM096)* | (434,543) [2] | - | - | - | (400,000) | 13,153,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM12230 *(1EM122)* | (2,081,802) [2] | - | - | - | (1,375,000) | 11,778,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM16830 *(1EM168)* | (740,284) [2] | - | - | - | (320,000) | 11,458,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | CHECK | (10,000) | - | (10,000) | - | - | 11,448,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM11730 *(1EM117)* | (640,573) [2] | - | - | - | (510,000) | 10,938,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM02230 *(1EM022)* | (430,896) [2] | - | - | - | (300,000) | 10,638,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | CHECK | (13,000) | - | (13,000) | - | - | 10,625,760 | - | MF00437599 | MF00437600 |

**BLMIS ACCOUNT NO. 1E0002 (FORMERLY 100511) - BERNARD L MADOFF E & M ACCT #2 C/O MENDEL ENGLER**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/4/1993 | TRANS TO 1EM06430 (1EM064) | (325,927) [2] | - | - | - | (180,000) | 10,445,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM16330 (1EM163) | (491,937) [2] | - | - | - | (350,000) | 10,095,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM07630 (1EM076) | (179,031) [2] | - | - | - | (120,000) | 9,975,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM08130 (1EM081) | (1,542,685) [2] | - | - | - | (1,500,000) | 8,475,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM09430 (1EM094) | (673,766) [2] | - | - | - | (500,000) | 7,975,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM08330 (1EM083) | (434,262) [2] | - | - | - | (260,000) | 7,715,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM20130 (1EM201) | (634,843) [2] | - | - | - | (600,000) | 7,115,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM06730 (1EM067) | (478,853) [2] | - | - | - | (350,000) | 6,765,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM20230 (1EM202) | (198,621) [2] | - | - | - | (125,000) | 6,640,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM05830 (1EM058) | (159,121) [2] | - | - | - | (100,000) | 6,540,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM12830 (1EM128) | (292,965) [2] | - | - | - | (200,000) | 6,340,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM13730 (1EM137) | (412,794) [2] | - | - | - | (400,000) | 5,940,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM13630 (1EM136) | (267,008) [2] | - | - | - | (200,000) | 5,740,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM21930 (1EM219) | (133,504) [2] | - | - | - | (100,000) | 5,640,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM22730 (1EM227) | (663,389) [2] | - | - | - | (500,000) | 5,140,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM00330 (1EM003) | (374,870) [2] | - | - | - | (160,000) | 4,980,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM16430 (1EM164) | (491,937) [2] | - | - | - | (350,000) | 4,630,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM19830 (1EM198) | (290,329) [2] | - | - | - | (190,000) | 4,440,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM22430 (1EM224) | (4,461,702) [2] | - | - | - | (3,250,000) | 1,190,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM22330 (1EM223) | (251,914) [2] | - | - | - | (175,000) | 1,015,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM23230 (1EM232) | (137,285) [2] | - | - | - | (100,000) | 915,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM19030 (1EM190) | (364,953) [2] | - | - | - | (250,000) | 665,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM19530 (1EM195) | (184,068) [2] | - | - | - | (120,000) | 545,760 | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM20030 (1EM200) | (935,481) [2] | - | - | - | (900,000) | (354,240) | - | MF00437599 | MF00437600 |
| 1/4/1993 | TRANS TO 1EM12030 (1EM120) | (253,726) [2] | - | - | - | (180,000) | (534,240) | - | MF00437599 | MF00437600 |
| 1/8/1993 | CHECK WIRE | 256,316 | 256,316 | - | - | - | (277,924) | - | MF00437599 | MF00437600 |
| 1/11/1993 | CHECK | (50,000) | - | (50,000) | - | - | (327,924) | - | MF00437599 | MF00437600 |
| 1/19/1993 | CXL CHECK 1/11/93 | 50,000 | - | 50,000 | - | - | (277,924) | - | MF00437599 | MF00437600 |
| 1/19/1993 | CHECK | (38,629) | - | (38,629) | - | - | (316,553) | - | MF00437599 | MF00437600 |
| 1/19/1993 | CHECK | (33,773) | - | (33,773) | - | - | (350,326) | - | MF00437599 | MF00437600 |
| 1/20/1993 | CHECK | (50,000) | - | (50,000) | - | - | (400,326) | - | MF00437599 | MF00437600 |
| | | Total: | $ 7,301,388 | $ (650,275) | $ 10,505,619 | $ (17,557,058) | $ (400,326) | $ - | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.