# Exhibit 4B

Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for the Ken-Wen Family Account

**BLMIS ACCOUNT NO. 1EM226 - KEN-WEN FAMILY LP LTD**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| | Transaction Description as Reported on | Amount as Reported on | | | | | | 2-Year Amount Withdrawn | | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **in Excess of Principal** | **Beg Bates** | **End Bates** |
| 1/4/1993 | TRANS FROM E & M 2 (*1E0002*) | 535,163 [1] | - | - | 340,000 | - | 340,000 | - | MF00437540 | MF00437541 |
| 8/31/1993 | CHECK | 30,000 | 30,000 | - | - | - | 370,000 | - | MF00383018 | MF00383019 |
| 11/9/1993 | CHECK | 25,000 | 25,000 | - | - | - | 395,000 | - | MF00333741 | MF00333742 |
| 2/7/1994 | CHECK | 75,000 | 75,000 | - | - | - | 470,000 | - | MF00307638 | MF00307639 |
| 7/13/1994 | CHECK | 25,000 | 25,000 | - | - | - | 495,000 | - | MF00231358 | MF00231359 |
| 8/29/1994 | CHECK | 25,000 | 25,000 | - | - | - | 520,000 | - | MF00322903 | MF00322905 |
| 11/21/1994 | CHECK | 74,000 | 74,000 | - | - | - | 594,000 | - | MF00320021 | MF00320022 |
| 5/22/1995 | CHECK | 35,000 | 35,000 | - | - | - | 629,000 | - | MF00189551 | MF00189552 |
| 9/8/1995 | CHECK | 25,000 | 25,000 | - | - | - | 654,000 | - | MF00125676 | MF00125680 |
| 10/16/1995 | CHECK | 75,000 | 75,000 | - | - | - | 729,000 | - | MF00115966 | MF00115968 |
| 1/11/1996 | CHECK | 25,000 | 25,000 | - | - | - | 754,000 | - | MDPTPP02435237 | MDPTPP02435241 |
| 7/18/1996 | CHECK | 34,000 | 34,000 | - | - | - | 788,000 | - | MDPTPP02435279 | MDPTPP02435284 |
| 9/6/1996 | CHECK | 50,000 | 50,000 | - | - | - | 838,000 | - | MDPTPP02435292 | MDPTPP02435297 |
| 4/18/1997 | CHECK | 55,000 | 55,000 | - | - | - | 893,000 | - | MDPTPP02435334 | MDPTPP02435340 |
| 6/10/1997 | CHECK | 35,000 | 35,000 | - | - | - | 928,000 | - | MDPTPP02435347 | MDPTPP02435352 |
| 7/10/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,028,000 | - | MDPTPP02435354 | MDPTPP02435359 |
| 8/14/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,128,000 | - | MDPTPP02435361 | MDPTPP02435366 |
| 10/9/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,228,000 | - | MDPTPP02435374 | MDPTPP02435377 |
| 2/26/1998 | CHECK | 50,000 | 50,000 | - | - | - | 1,278,000 | - | MDPTPP02435397 | MDPTPP02435400 |
| 5/26/1999 | CHECK | (450,000) | - | (450,000) | - | - | 828,000 | - | MDPTPP02435495 | MDPTPP02435499 |
| 4/28/2000 | CHECK WIRE | (501,000) | - | (501,000) | - | - | 327,000 | - | MDPTPP02435559 | MDPTPP02435561 |
| 1/23/2004 | CHECK | (375,000) | - | (375,000) | - | - | (48,000) | - | MDPTPP02435834 | MDPTPP02435840 |
| 2/10/2004 | CHECK | (55,000) | - | (55,000) | - | - | (103,000) | - | MDPTPP02435843 | MDPTPP02435847 |
| 5/7/2004 | CHECK | (450,000) | - | (450,000) | - | - | (553,000) | - | MDPTPP02435862 | MDPTPP02435868 |
| 2/16/2005 | CHECK | (220,000) | - | (220,000) | - | - | (773,000) | - | MDPTPP02435918 | MDPTPP02435922 |
| 12/2/2005 | CHECK | (250,000) | - | (250,000) | - | - | (1,023,000) | - | MDPTPP02435973 | MDPTPP02435978 |
| 2/16/2006 | CHECK | (250,000) | - | (250,000) | - | - | (1,273,000) | - | MDPTPP02435987 | MDPTPP02435990 |
| 4/17/2006 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (1,873,000) | - | MDPTPP02435999 | MDPTPP02436006 |
| 6/26/2007 | CHECK | (150,000) | - | (150,000) | - | - | (2,023,000) | (150,000) | MDPTPP02436088 | MDPTPP02436093 |
| 12/31/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,523,000) | (500,000) | MDPTPP02436118 | MDPTPP02436122 |
| 1/24/2008 | CHECK WIRE | (3,000,000) | - | (3,000,000) | - | - | (5,523,000) | (3,000,000) | MDPTPP02436124 | MDPTPP02436126 |
| 11/17/2008 | CHECK | (200,000) | - | (200,000) | - | - | (5,723,000) | (200,000) | MDPTPP02436166 | MDPTPP02436171 |
| | | **Total:** | **$ 938,000** | **$ (7,001,000)** | **$ 340,000** | **$ -** | **$ (5,723,000)** | **$ (3,850,000)** | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. To determine the amount of principal available to be transferred from BLMIS Account 1E0002 into the Ken-Wen Family Account, I performed a present value calculation. Applying this methodology, the amount of principal credited into the Ken-Wen Family Account from this inter-account transfer was limited to the calculated amount of available principal of $340,000.