**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 10-04468 (CGM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,<br><br>Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

  Melissa L. Romano, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, special counsel for IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned cases, and that on the 1st day of December, 2021, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties listed on the attached Schedule A:

28872693.2

- Notice of (I) Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, (II) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown, and (III) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership [Docket No. 20925]

- Trustee's Memorandum of Law in Support of (I) Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, (II) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown, and (III) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership [Docket No. 20926]

- Trustee's (I) Objections, Responses, and Counterstatement of Material Facts to Defendant Kenneth W. Brown's Motion for Summary Judgment and (II) Statement of Material Facts Pursuant to Fed. R. Civ. P. 56, Fed. R. Bankr. P. 7056 and Local Rule 7056-1 in Support of Trustee's (A) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown and (B) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership [Docket No. 20927]

- Declaration of Michael S. Neiburg in Support of Trustee's (I) Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, (II) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown and (III) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership [Docket No. 20928]

- Declaration of Lisa M. Collura, CPA, CFE, CFF [Docket No. 20929]

- Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF [Docket No. 20930]

- Declaration of Matthew B. Greenblatt, CPA/CFF, CFE [Docket No. 20931]

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Melissa L. Romano

AFFIRMED TO AND SUBSCRIBED before me this 2 day December, 2021.

Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 7, 2024

28872693.2

## Schedule A

David B. Bernfeld, Esq.
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
Email: *davidbernfeld@bernfeld-dematteo.com*
  *dbblaw@hotmail.com*

**Electronic Mail & Federal Express**

Mark S. Roher
Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33324
Telephone: (954) 353-2200
Facsimile: (877) 654-0090
Email: *mroher@markroherlaw.com*
  *amanda@markroherlaw.com*

**Electronic Mail & Federal Express**

28872693.2