**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Bridgewater Pension Tstees & A Marshal as Trustees; Pathfinder Private Pension | 001510 | 1127 | Pro Se Filing | Bridgewater Pension Tstees & A Marshal as Trustees | 1FN043 |
| Howard Glass | 000825 | 2512 | Pro Se Filing | Howard J Glass | 1G0271 |
| NTC & CO. FBO Jerry Lawrence (85442) | 004005 | 1783 | Pro Se Filing | Millennium Trust Company, LLC FBO Jerry Lawrence (85442) | 1ZR091 |
| NTC & CO. FBO Robert F Gammons | 008859 | 821 | Pro Se Filing | Millennium Trust Company, LLC FBO Robert F Gammons (96462) | 1ZR138 |
| Risa E. Zucker | 001082 | 1983 | Pro Se Filing | Risa Zucker Trustee U/A/D 12/12/06 | 1ZA262; 1ZA531 |
| Ronald Joseph and Marie Elsie Joseph | 009675 | 2419 | The Law Office of Marjory Cajoux | Madeleine Faustin Joseph | 1J0020 |
| Ronald Joseph and Marie Elsie Joseph | 006050; 001321 | 3248; 2842 | The Law Office of Marjory Cajoux | Maggie Faustin | 1J0034 |

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| M & M in M LLC | 007929 | 3531 | Becker & Poliakoff, LLP | M & M in M LLC c/o Donald Rechler | 1M0183 |