# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: April 1, 2021 – July 31, 2021 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 11/3/2021 ECF No. 20833 | 4/1/2021 – 7/31/2021 | $32,623,262.19 | $32,623,262.19 | $29,360,935.98 | $0 | $29,360,935.98 | $559,259.11 | $559,259.11 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/3/2021 ECF No. 20838 | 4/1/2021 – 7/31/2021 | $79,008.53 | $79,008.53 | $63,206.82 | $0 | $63,206.82 | $5,135.55 | $5,135.55 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 11/3/2021 ECF No. 20837 | 4/1/2021 – 7/31/2021 | $1,362,703.62 | $1,362,703.62 | $1,090,162.90 | $0 | $1,090,162.90 | $71,982.64 | $71,982.64 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 11/3/2021 ECF No. 20839 | 4/1/2021 – 7/31/2021 | $177,207.11 | $177,207.11 | $141,765.69 | $0 | $141,765.69 | $13,796.57 | $13,796.57 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/3/2021 ECF No. 20835 | 4/1/2021 – 7/31/2021 | $85,902.80 | $85,902.80 | $68,722.24 | $0 | $68,722.24 | $1,162.81 | $1,162.81 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/3/2021 ECF No. 20834 | 4/1/2021 – 7/31/2021 | $1,610,141.50 | $1,610,141.50 | $1,288,113.20 | $0 | $1,288,113.20 | $9,663.04 | $9,663.04 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 11/3/2021 ECF No. 20836 | 4/1/2021 – 7/31/2021 | $116,597.26 | $116,597.26 | $93,277.81 | $0 | $93,277.81 | $11,262.96 | $11,262.96 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/3/2021 ECF No. 20841 | 4/1/2021 – 7/31/2021 | $20,070.21 | $20,070.21 | $16,056.17 | $0 | $16,056.17 | $0 | $0 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | 11/3/2021 ECF No. 20842 | 4/1/2021 – 7/31/2021 | $4,351.05 | $4,351.05 | $3,480.84 | $0 | $3,480.84 | $78.55 | $78.55 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 11/3/2021 ECF No. 20843 | 4/1/2021 – 7/31/2021 | $19,584.18 | $19,584.18 | $15,667.34 | $0 | $15,667.34 | $0 | $0 |
| Soffer Avocats, Special Counsel to the Trustee | 11/3/2021 ECF No. 20846 | 4/1/2021 – 7/31/2021 | $35,322.54 | $35,322.54 | $35,322.54 | $2,019.54 | $37,342.08 | $143.50 | $143.50 |
| Velitor Law, Special Counsel to the Trustee | 11/3/2021 ECF No. 20848 | 4/1/2021 – 7/31/2021 | $36,223.20 | $36,223.20 | $28,978.56 | $0 | $28,978.56 | $0 | $0 |

4876-5920-1284.2

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Kelley, Wolter & Scott, P.A., Special Counsel to the Trustee | 11/3/2021 ECF No. 20844 | 4/1/2021 – 7/31/2021 | $2,000.00 | $2,000.00 | $1,600.00 | $0 | $1,600.00 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | 11/3/2021 ECF No. 20847 | 4/26/2021 – 7/31/2021 | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $11,210.40 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 11/3/2021 ECF No. 20840 | 3/1/2021 – 7/31/2021 | $84,047.94 | $84,047.94 | $67,238.35 | $0 | $67,238.35 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 11/3/2021 ECF No. 20845 | 4/1/2021 – 7/31/2021 | $43,302.37 | $43,302.37 | $34,641.90 | $0 | $34,641.90 | $110.73 | $110.73 |

Schedule A(1)    DATE: __/__/__    INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

4876-5920-1284.2

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

### Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,346,660,202.00 | $1,346,660,202.00 | $1,332,866,260.93 | $20,046,192.98 | $20,046,192.98 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Eugene F. Collins, Special Counsel to the Trustee | $851,117.11 | $851,117.11 | $835,568.41 | $49,439.64 | $49,439.64 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,557,798.83 | $2,557,798.83 | $2,490,039.23 | $187,327.04 | $187,327.04 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,725,970.82 | $6,725,970.82 | $6,630,954.82 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,957,327.01 | $1,957,327.01 | $1,904,235.77 | $59,381.13 | $59,381.13 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $76,171,843.20 | $76,171,843.20 | $75,056,167.73 | $791,677.25 | $791,677.25 |
| UGGC & Associés, Special Counsel to the Trustee | $2,709,253.02 | $2,709,253.02 | $2,651,298.01 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,814.30 | $321,814.30 | $320,543.67 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $14,481,315.39 | $14,481,315.39 | $13,790,982.23 | $575,559.42 | $575,559.42 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,318,954.50 | $20,318,954.50 | $20,067,155.58 | $1,288,843.24 | $1,288,843.24 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $85,902.69 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $104,699.97 | $104,699.97 | $102,898.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $225,949.63 | $225,949.63 | $212,427.98 | $365.04 | $365.04 |

B-2

4876-5920-1284.2

| **Applicant** | **Total Interim Compensation Requested** | **Total Interim Compensation Awarded** | **Total Paid** | **Total Expenses Requested** | **Total Expenses Awarded** |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,527,775.89 | $1,527,775.89 | $1,436,087.85 | $22,938.70 | $22,938.70 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $102,004.83 | $102,004.83 | $87,474.12 | $165.24 | $165.24 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $42,143.40 | $42,143.40 | $33,714.72 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $0 |

Schedule B(1)    DATE: __/__/__    INITIALS: :__ USBJ

4876-5920-1284.2