**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Robert F. Ferber (the "Claimant"), having filed an objection (the "Objection", ECF No. 471) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#011327, 100371 and 100380), hereby gives notice that he withdraws such Objection.

Dated: 12/2, 2021

                     /s/ Brian J. Neville
                     Brian J. Neville on behalf of Robert F. Ferber
                     Lax & Neville LLP
                     1450 Broadway, 35th Floor
                     New York, New York 10018
                     Telephone: 212.696.1999
                     Facsimile: 212.566.4531
                     Brian J. Neville
                     bneville@laxneville.com