UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>*Defendant*. | Adv. Pro. No. 08-01789 (CGM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>UBS DEUTSCHLAND AG as successor in interest to Dresdner Bank LateinAmerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>*Defendants*. | Adv. Pro. No. 12-01577 (CGM) |

**CORPORATE OWNERSHIP STATEMENT OF LGT BANK (SWITZERLAND) LTD.**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for LGT Bank (Switzerland) Ltd., as successor to Dresdner Bank (Schweiz) AG, certifies that LGT Bank (Switzerland) Ltd. is wholly owned by LGT Holding Denmark ApS. LGT Holding Denmark ApS is wholly owned by LGT UK Holdings Ltd. LGT UK Holdings Ltd. is wholly owned by LGT Group Holding Ltd. LGT Group Holding Ltd. is wholly owned by LGT Group Foundation. LGT Group Foundation is wholly owned by Prince of Liechtenstein

Foundation. No publicly listed corporation owns 10% or more of LGT Bank (Switzerland) Ltd.'s total share capital.

| | |
|---|---|
| Dated: December 7, 2021<br>New York, New York | WUERSCH & GERING LLP<br><br>By: /s/ Jascha D. Preuss<br>Jascha D. Preuss<br>jascha.preuss@wg-law.com<br>Gregory F. Hauser<br>gregory.hauser@wg-law.com<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Telephone: (212) 509-5050<br>Facsimile: (212) 509-9559<br><br>*Attorneys for Defendant LGT Bank (Switzerland) Ltd., successor in interest to Dresdner Bank (Schweiz) AG* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021 I caused the foregoing Corporate Ownership Statement to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

Dated: December 7, 2021
New York, New York

WUERSCH & GERING LLP

By: /s/ Jascha D. Preuss
Jascha D. Preuss
jascha.preuss@wg-law.com
Gregory F. Hauser
gregory.hauser@wg-law.com
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559

*Attorneys for Defendant LGT Bank (Switzerland) Ltd., successor in interest to Dresdner Bank (Schweiz) AG*