UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SB) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | Adv. Pro. No. 08-99000 (CGM)<br><br>Administratively Consolidated |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>  Defendant. | Adv. Pro. No. 11-02929 (CGM) |

**CORPORATE OWNERSHIP STATEMENT OF LGT BANK IN LIECHTENSTEIN LTD.**

  Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant LGT Bank in Liechtenstein Ltd. certifies that LGT Bank in Liechtenstein Ltd. is wholly owned by LGT Group Holding Ltd. LGT Group Holding Ltd. is wholly owned by LGT Group Foundation. LGT Group Foundation is wholly owned by Prince of Liechtenstein

Foundation. No publicly listed corporation owns 10% or more of LGT Bank in Liechtenstein Ltd.'s total share capital.

| | |
|---|---|
| Dated: December 7, 2021<br>New York, New York | WUERSCH & GERING LLP<br><br>By: /s/ Jascha D. Preuss<br>Jascha D. Preuss<br>jascha.preuss@wg-law.com<br>Gregory F. Hauser<br>gregory.hauser@wg-law.com<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Telephone: (212) 509-5050<br>Facsimile: (212) 509-9559<br><br>*Attorneys for Defendant LGT Bank in Liechtenstein Ltd.* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021 I caused the foregoing Corporate Ownership Statement to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

Dated: December 7, 2021
      New York, New York

WUERSCH & GERING LLP

By: /s/ Jascha D. Preuss
Jascha D. Preuss
jascha.preuss@wg-law.com
Gregory F. Hauser
gregory.hauser@wg-law.com
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Facsimile: (212) 509-9559

*Attorneys for Defendant LGT Bank in Liechtenstein Ltd.*