**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK J. AVELLINO, *et al.*,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05421 (CGM) |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**
**<u>ON MOTIONS FOR SUMMARY JUDGMENT</u>**

The plaintiff and defendants by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS** on February 26, 2021, the above-referenced case was reassigned from Judge Stuart M. Bernstein to Judge Cecelia G. Morris [ECF No. 203]; and

**WHEREAS** on December 8, 2021, counsel for plaintiff submitted a letter to the Court requesting a Rule 7056-1(a) pre-motion conference and requesting leave to file a motion for summary judgment; and

**WHEREAS** on December __, 2021, counsel for defendants submitted a letter to the Court requesting a Rule 7056-1(a) pre-motion conference and requesting leave to file a motion for summary judgment; and

**WHEREAS** the Court grants leave to the Parties to file motions for summary judgment.

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. The Parties shall file and serve their motions for summary judgment on or before **February 3, 2022**.

2. The Parties shall file and serve their oppositions to the motions for summary judgment on or before **April 5, 2022**.

3. The Parties shall file their replies in support of their motions for summary judgment on or before **May 23, 2022**.

4. The Parties shall appear for a hearing on the motions on a date and time to be determined by the Court.

Date:   New York, New York
        December 8, 2021

| | |
|---|---|
| */s/  Esterina Giuliani* | */s/  Gary A. Woodfield* |
| **BAKER & HOSTETLER LLP** | **NASON YEAGER GERSON HARRIS & FUMERO, P.A.** |
| New York, NY  10111 | 3001 PGA Boulevard, Suite 305 |
| Telephone: (212) 589-4200 | Palm Beach Gardens, FL 33410 |
| Facsimile: (212) 589-4201 | Tel: (561) 686-3307 |
| David J. Sheehan | Facsimile: (561) 686-5442 |
| Email: dsheehan@bakerlaw.com | Gary A. Woodfield |
| Kathryn M. Zunno | Email:  gwoodfield@nasonyeager.com |
| Email: kzunno@bakerlaw.com | |
| Esterina Giuliani | *Attorney for Defendants* |
| Email: egiuliani@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

3