**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 15, 2021 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05421; Picard v. Frank J. Avellino, et al.**

    A. Notice of Adjournment of Pre-Trial Conference; hearing not held and adjourned to 12/15/2021 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 11/17/2021) [ECF No. 221]

**Status**:   This matter is going forward.

2. **10-05421; Picard v. Frank J. Avellino, et al.**

   A. Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) filed by Esterina Giuliani on behalf of Irving H. Picard (Filed: 12/8/2021) [ECF No. 223]

   B. Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) filed by Gary A Woodfield on behalf of Defendants (Filed: 12/9/2021) [ECF No. 225]

   **Related Documents**:

   C. Notice of Hearing to consider the Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) filed by Gary A Woodfield (Filed: 12/9/2021) [ECF No. 226]

   D. Notice of Hearing to consider the Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) Filed by Esterina Giuliani (Filed: 12/9/2021) [ECF No. 227]

   **Status**:   This matter is going forward.

Dated: December 10, 2021
New York, New York

Respectfully submitted,

/s/ Nicholas J. Cremona
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*