**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br>v.<br><br>BORDIER & CIE,<br><br>    Defendant. | Adv. Pro. No. 12-01695 (CGM) |

**STIPULATION AND ORDER TO DISMISS ALLEGED TRANSFERS**
**FROM KINGATE GLOBAL FUND LTD. AND KINGATE EURO FUND LTD.**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the estate of Bernard L. Madoff, and defendant Bordier & Cie ("Bordier," and with the Trustee, the "Parties"), by and through their respective, undersigned counsel, stipulate as follows:

**WHEREAS**, on June 6, 2012, the Trustee commenced the above-captioned adversary proceeding by filing a complaint (the "Complaint") against Bordier, to recover subsequent transfers allegedly received from Fairfield Sentry Limited ("Fairfield Sentry"), Kingate Global Fund Ltd. ("Kingate Global"), and Kingate Euro Fund Ltd. ("Kingate Euro," and together with Kingate Global, the "Kingate Funds"). ECF No. 1; and

**WHEREAS**, on August 6, 2019, the Court entered an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure approving a settlement agreement ("Settlement Agreement") by and among the Trustee and the Kingate Funds. *Picard v. Ceretti*, Adv. Pro. No. 09-01161 (CGM) (Bankr. S.D.N.Y. Aug. 6, 2019), ECF No. 417. The Settlement Agreement was a full and final settlement and satisfaction of the Trustee's claims against the Kingate Funds. *Picard v. Ceretti*, Adv. Pro. No. 09-01161 (CGM) (Bankr. S.D.N.Y. July 17, 2019), ECF No. 413-2. The release granted by the Trustee in the Settlement Agreement extended to the Kingate Funds' shareholders to the extent that any such shareholders, like Bordier, received transfers of money from the Kingate Funds but did not include a release of claims that the Trustee may bring that are unrelated to the Kingate Funds' investments in or withdrawals from BLMIS. *Id.*;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and **SO ORDERED**, by the Court:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, as incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure, the Trustee amends his Complaint to dismiss Count Two against Bordier. Specifically, the Trustee's claims to recover subsequent transfers that Bordier allegedly received from Kingate Global, totaling approximately $134,959, are hereby dismissed.

2.	Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, as incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure, the Trustee amends his Complaint to dismiss Count Three against Bordier.  Specifically, the Trustee's claims to recover subsequent transfers that Bordier allegedly received from Kingate Euro, totaling approximately $140,894, are hereby dismissed.

[*Remainder of Page Intentionally Left Blank*]

3. This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

Dated: December 8, 2021
New York, New York

| **BAKER & HOSTETLER LLP** | **ALLEGAERT BERGER & VOGEL LLP** |
|---|---|
| By: /s/ Torello H. Calvani<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Torello H. Calvani<br>Email: tcalvani@bakerlaw.com<br>Joanna F. Wasick<br>Email: jwasick@bakerlaw.com<br>Heather R. Wlodek<br>Email: hwlodek@bakerlaw.com | By: /s/ John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Telephone: 212.571.0550<br>Facsimile: 212.571.0555<br>John F. Zulack<br>Email: jzulack@abv.com<br><br>*Attorney for Defendant Bordier & Cie* |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**

**Dated: December 13, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

4