**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> FULLERTON CAPITAL PTE LTD., <br><br> Defendant. | Adv. Pro. No. 12-01004 (CGM) |

**STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*., and the estate of Bernard L. Madoff, individually, and defendant Fullerton Capital PTE Ltd. ("Defendant"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

Defendant shall respond to the Complaint by March 18, 2022. If Defendant files a motion to dismiss the Complaint, such motion shall set forth any and all grounds for

dismissal at the pleading stage. The Trustee shall respond to the motion by May 18, 2022, and Defendant shall file its reply by June 17, 2022.

If Defendant files such a motion to dismiss the Complaint, then the parties shall seek oral argument on the motion at such time as the Court deems proper.

Dated:     December 9, 2021
           New York, New York

By: /s/ *Nicholas J. Cremona*　　　　　　　　By: /s/ *Kent A. Yalowitz*
**BAKER & HOSTETLER LLP**　　　　　　　　**ARNOLD & PORTER LLP**
45 Rockefeller Plaza　　　　　　　　　　　250 West 55th Street
New York, New York 10111　　　　　　　　New York, New York 10019
Telephone: (212) 589-4200　　　　　　　　Telephone: (212) 836-8000
Facsimile: (212) 589-4201　　　　　　　　Facsimile: (212) 836-8689
David J. Sheehan　　　　　　　　　　　　Kent A. Yalowitz
Email: dsheehan@bakerlaw.com　　　　　　Email: kent.yalowitz@arnoldporter.com
Nicholas J. Cremona　　　　　　　　　　　Daniel Bernstein
Email: ncremona@bakerlaw.com　　　　　　Email: Daniel.bernstein@arnoldporter.com
Robyn M. Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*Attorneys for Defendant Fullerton Capital PTE Ltd.*

**SO ORDERED.**



**Dated: December 13, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**