UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>HSBC BANK PLC, et al.,<br><br>         Defendants. | Adv. Pro. No. 09-1364 (CGM) |

### DISCOVERY ARBITRATOR'S SEVENTH DISCOVERY ORDER

   By a Stipulation "so ordered" on December 1, 2020, I directed that fact discovery in this matter be concluded by December 7, 2021. (ECF No. 656).

   By letter dated December 6, 2021, the parties have jointly requested that this cut-off date be extended due to the volume of discovery that remains outstanding and their discussions concerning a potential resolution of at least some of the remaining issues in this matter.

   Accordingly, the deadline to complete fact discovery is adjourned sine die on the condition that the parties submit by January 21, 2022, a proposed amended case management

schedule.  The proposed schedule should be accompanied by a letter explaining why any further extensions requested are justified.

        SO ORDERED.

Dated:      New York, New York
             December 6, 2021.

                                      Hon. Frank Maas (Ret.)
                                      Discovery Arbitrator