**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | Adv. Pro. No. 10-04468 (CGM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,<br><br>　　　　Defendants. | |

**AMENDED JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON (I) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (II) PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KENNETH W. BROWN, AND (III) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KEN-WEN <u>FAMILY LIMITED PARTNERSHIP</u>**

Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa–*lll*, substantively consolidated with the chapter 7 estate of Bernard L. Madoff

("Madoff"), and defendant Ken-Wen Family Limited Partnership ("Ken-Wen") and defendant

1

28894774.5

Kenneth W. Brown ("Defendant Brown" and together "Defendants," and, collectively with the Trustee, the "Parties"), by and through the Parties' undersigned counsel, state as follows:

**WHEREAS** on November 5, 2021, Defendant Kenneth W. Brown filed his *Motion for Summary Judgment* [Docket No. 174] ("Brown Motion"); and

**WHEREAS** on December 1, 2021, the Trustee filed the *Notice of (I) Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, (II) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown, and (III) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership* [Docket No. 178] and the *Trustee's (I) Objections, Responses, and Counterstatement of Material Facts to Defendant Kenneth W. Brown's Motion for Summary Judgment and (II) Statement of Material Facts Pursuant to Fed. R. Civ. P. 56, Fed. R. Bankr. P. 7056 and Local Rule 7056-1 in Support of Trustee's (A) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown and (B) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership* [Docket No. 180];

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. Defendant Ken-Wen shall file its opposition to the Trustee's motion for summary judgment on or before January 21, 2022.

2. Defendant Brown shall file his reply in support of the Brown Motion, and his opposition to the Trustee's cross-motion for summary judgment on or before January 21, 2022.

3. The Trustee shall file his reply to Defendant Ken-Wen's opposition to the Trustee's motion for summary judgment on or before February 4, 2022.

4. The Trustee shall file his reply to Defendant Brown's opposition to the

28894774.5

Trustee's cross-motion for summary judgment on or before February 4, 2022.

5.  The Parties shall appear for a hearing on the above-referenced motions on February 16, 2022 at 10:00 A.M. (EST).

Dated: December 15, 2021
New York, New York

| | |
|---|---|
| /s/ Michael S. Neiburg | /s/ Mark S. Roher |
| **Young Conaway Stargatt & Taylor, LLP** | **Law Office of Mark S. Roher, P.A.** |
| Matthew B. Lunn | 1806 N. Flamingo Road, Suite 300 |
| Michael S. Neiburg (admitted *pro hac vice*) | Pembroke Pines, Florida 33324 |
| Justin P. Duda | Telephone: (954) 353-2200 |
| Rockefeller Center | Facsimile: (877) 654-0090 |
| 1270 Avenue of the Americas, Suite 2210 | Email: *mroher@markroherlaw.com* |
| New York, New York 10020 | |
| Telephone: (212) 332-8840 | *Attorney for Defendant Kenneth W. Brown* |
| Facsimile: (212) 332-8855 | |
| Email: *mlunn@ycst.com* | |
| *mneiburg@ycst.com* | /s/ David B. Bernfeld |
| *jduda@ycst.com* | David B. Bernfeld |
| | **Bernfeld, Dematteo & Bernfeld, LLP** |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | 54 N. Broadway, 3rd Floor |
| | Tarrytown, New York 10591 |
| | Telephone: (212) 404-7003 |
| | Email: *davidbernfeld@bernfeld-dematteo.com* |
| | |
| | *Attorney for Defendant Ken-Wen Family Limited Partnership* |



**Dated: December 16, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

28894774.5