**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01694 (CGM) |
| BANQUE CANTONALE VAUDOISE, | |
| Defendant. | |

**STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and defendant Banque Cantonale Vaudoise ("Defendant"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 6, 2012, the Trustee filed his original complaint ("Complaint") in the above-captioned adversary proceeding against Defendant to recover an alleged subsequent transfer Defendant allegedly received from Fairfield Sentry Limited. ECF. No. 1;

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant shall respond to the Complaint by March 7, 2022. The Trustee shall respond to the motion by May 6, 2022, and Defendant shall file its reply by June 6, 2022.

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files such a motion to dismiss the Complaint, then the parties shall seek oral argument on the motion at the Court's first available convenience.

**IT IS HEREBY STIPULATED AND AGREED**, that the Trustee and Defendant reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

**IT IS HEREBY STIPULATED AND AGREED**, that the above deadlines granted by this Stipulation are without prejudice to either party seeking future extensions of time.

Dated: December 20, 2021
New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **ALLEGAERT BERGER & VOGEL LLP** |
| By: */s/ Torello H. Calvani* | By: */s/ John F. Zulack* |
| 45 Rockefeller Plaza | 111 Broadway, 20th Floor |
| New York, New York 10111 | New York, New York 10006 |
| Telephone: 212.589.4200 | Telephone: 212.571.0550 |
| Facsimile: 212.589.4201 | Facsimile: 212.571.0555 |
| David J. Sheehan | John F. Zulack |
| Email: dsheehan@bakerlaw.com | Email: jzulack@abv.com |
| Torello H. Calvani | |
| Email: tcalvani@bakerlaw.com | *Attorney for Defendant Banque Cantonale Vaudoise* |
| Tara E. Turner | |
| Email: tturner@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | |

**SO ORDERED.**

**Dated: December 20, 2021**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**