**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS             )
                                    )    ss:

COUNTY OF DALLAS        )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 17, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. MOTION FOR AN ORDER APPROVING THIRTEENTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING THIRTEENTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 20963)

2. AFFIDAVIT OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR AN ORDER APPROVING THE THIRTEENTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING THIRTEENTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 20964)

Executed on December 21, 2021

_____

Tassie Powers Barr

Sworn to and subscribed before me this 21st day of Dec., 2021



MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____

(SEAL)

_____

Notary Public

2

Exhibit A

Exhibit A

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/7/21

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons