**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01693 (CGM) |
| LOMBARD ODIER DARIER HENTSCH, | |
| Defendant. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned appears as counsel for Irving H. Picard,

Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L.

Madoff. All notices given or required to be given in this case and all papers filed in this case

should be served upon undersigned counsel.

Dated:  December 22, 2021
        New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Tara E. Turner*

Tara E. Turner
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.5894.201
Email: tturner@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the
Chapter 7 Estate of Bernard L. Madoff*