**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>   Plaintiff,<br><br>v.<br><br>BANQUE CANTONALE VAUDOISE,<br><br>   Defendant. | Adv. Pro. No. 12-01694 (CGM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

Dated: December 22, 2021
New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Tara E. Turner*
Tara E. Turner
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: tturner@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*