# EXHIBIT A

| | |
|---|---|
| **From:** | Brian Neville |
| **To:** | Matthias, Michael; Barry Lax; Robert Miller |
| **Cc:** | Lovullo, Lisa |
| **Subject:** | RE: 10-05169 Fairfield Pagma Associates, LP |
| **Date:** | Wednesday, January 27, 2016 11:44:00 AM |
| **Attachments:** | death certificate.pdf |

Michael,

We received the death certificate for Seymour Kleinman. We still wish to withdraw as counsel and will reach out to you shortly regarding doing so but wanted to get this to you as we have both been waiting for it for so long.

Brian J. Neville

Lax & Neville LLP



1450 Broadway, 35th Floor

New York, NY 10018

T: 212.696.1999

F: 212.566.4531

E: bneville@laxneville.com

www.laxneville.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and return the original to the sender without making a copy. Thank you.

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**State File Number:** 5902
**Register Number:** 469

| Field | Value |
|---|---|
| 1. Name | Seymour Kleinman |
| 2. Sex | Male |
| 3A. Date of Death | 09 / 08 / 2015 |
| 3B. Hour | 5:33 p.m. |
| 4A. Place of Death | Private Residence |
| 4C. Name of Facility | 11 Brook Hills Circle |
| 4D. Locality | City — White Plains |
| 4E. County of Death | Westchester |
| 4G. Was decedent transferred from another institution? | No |
| 5. Date of Birth | 06 / 28 / 1924 |
| 6A. Age in Years | 91 yrs. |
| 7A. City and State of Birth | Bronx, New York |
| 8. Served in U.S. Armed Forces | Yes, 1943-1946 |
| 9. Decedent of Hispanic Origin? | No, not Spanish/Hispanic/Latino |
| 10. Decedent's Race | White/Caucasian |
| 11. Decedent's Education | Bachelor's degree |
| 13. Marital Status | Married |
| 14. Surviving Spouse | Judith V. Shapiro |
| 15A. Usual Occupation | Accountant |
| 15B. Kind of Business or Industry | Accounting |
| 15C. Name and Locality of Company | N/A |
| 16A. Residence (State or Country) | New York |
| 16B. County | Westchester |
| 16C. Locality | City — White Plains |
| 16D. Street and Number of Residence | 11 Brook Hills Circle |
| 16E. Zip Code | 10605 |
| 17. Birth Name of Father/Parent | Joseph Kleinman |
| 18. Birth Name of Mother/Parent | Ida Schneider |
| 19A. Name of Informant | Judith V. Kleinman |
| 19B. Mailing Address | 11 Brook Hills Circle – White Plains, New York 10605 |
| 20A. Disposition | Burial |
| 20A (date) | 09 / 10 / 2015 |
| 20B. Place of Burial | Wellwood Cemetery |
| 20C. Location | Farmingdale, New York |
| 21A. Name and Address of Funeral Home | Riverside Memorial Chapel, 21 West Broad Street, Mount Vernon, New York 10552 |
| 21B. Registration Number | 01479 |
| 22A. Name of Funeral Director | Angelo Ambrosino |
| 22C. Registration Number | 10061 |
| 23B. Date Filed | 9 / 9 / 2015 |
| 24B. Date Issued | 9 / 9 / 2015 |
| 25A. Certifier's Name | Maxwell Chait, MD, License No. 116529 |
| 25A. Date | 9 / 9 / 15 |
| 26A. Attending physician attended deceased from | 2000 to 9-8-15 |
| 26B. Deceased last seen alive | 8-27-15 |
| 26C. Pronounced Dead | 9-8-15 at 5:33 PM |
| 27. Manner of Death | Natural Cause |
| 28. Case Referred to Coroner or Medical Examiner | No |
| 29A. Autopsy | No |

### 30. Death was caused by:

**PART I. Immediate Cause:**
(A) Congestive Heart [illegible]
(B) ASHD

**PART II. Other Significant Conditions contributing to death:** DM, HBP, [illegible]

Did tobacco use contribute to death? No

I hereby certify that the foregoing is a true and correct copy of the death record on file with the Office of the City Clerk, 255 Main Street, White Plains, NY
IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Corporate Seal of The City of White Plains, NY
Registrar of Vital Statistics of The City of White Plains, NY