# EXHIBIT B

| | |
|---|---|
| **From:** | Matthias, Michael |
| **To:** | Brian Neville; Barry Lax |
| **Cc:** | Steven Davis; Mary Grace White |
| **Subject:** | RE: APN 10-05169 Fairfield Pagma Associates, LP |
| **Date:** | Thursday, March 9, 2017 6:57:01 PM |

Brian,

Thanks for your quick response.

I am in communication with Mr. Miller. He has asked me to consider dismissing Seymour Kleinman and Seyfair LLC, but has not mentioned any of the other defendants. I am actually in the process of preparing a response to his request, which reminded me of the adversary proceeding and prompted my email to you.

Let's give it a couple of weeks and see where my discussions with Mr. Miller lead. I will not take any action with respect to the discovery without another 15 day notice to you and hopefully we can figure something out.

Michael

**From:** Brian Neville [mailto:bneville@laxneville.com]
**Sent:** Thursday, March 09, 2017 3:44 PM
**To:** Matthias, Michael; Barry Lax
**Cc:** Steven Davis; Mary Grace White
**Subject:** RE: APN 10-05169 Fairfield Pagma Associates, LP

Michael,

We have not been able to communicate with our client. As you know Seymour Kleinman died some time ago. The last time I was able to get his daughter on the phone she screamed at me to stop doing work for the case and hung up on me. If we cannot communicate with our clients, we will need to set a call with the court in an effort to resolve this matter. I know a lawyer by the name of Yoram Miller is trying to help them, but he has not appeared. We cannot respond to discovery without communication from a client. Sorry, it seems we will have to involve the court. We have been trying to withdraw from the case for two years.

Brian J. Neville

Lax & Neville LLP



1450 Broadway, 35th Floor
New York, NY 10018
T: 212.696.1999
F: 212.566.4531
E: bneville@laxneville.com
www.laxneville.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible

for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and return the original to the sender without making a copy. Thank you.

**From:** Matthias, Michael [mailto:mmatthias@bakerlaw.com]
**Sent:** Thursday, March 09, 2017 6:19 PM
**To:** Barry Lax <blax@laxneville.com>; Brian Neville <bneville@laxneville.com>
**Subject:** FW: APN 10-05169 Fairfield Pagma Associates, LP

Barry and Brian,

Responses to the discovery served in this matter on January 25, 2017 are past due. Please be advised that if we are not in receipt of responses, without objections which are deemed waived as a result of the failure to timely respond, by March 17, 2017 we will have no alternative other than to file a motion with respect thereto. If that is necessary please let us know whether you will agree to any discovery motion being heard by Judge Maas, the Discovery Arbitrator appointed by Judge Bernstein in this matter.

Michael

Michael R. Matthias
BakerHostetler
mmatthias@bakerlaw.com
310.442.8802

**From:** Matthias, Michael
**Sent:** Wednesday, January 25, 2017 4:11 PM
**To:** Barry Lax (blax@laxneville.com); 'bneville@laxneville.com'
**Subject:** APN 10-05169 Fairfield Pagma Associates, LP

Barry and Brian,

Attached for service are:

1. Trustee's First Set of Interrogatories to Defendant Fairfield Pagma Associates, LP;
2. Trustee's First Set of Requests for Production of Documents to Defendant Fairfield Pagma Associates, LP:
3. Trustee's First Set of Requests for Admission to Defendant Fairfield Pagma Associates, LP; and
4. Trustee's First Set of Requests for Production of Documents to Defendant Estate of Marjorie Kleinman A/K/A Marjorie Helene Kleinman, Bonnie Joyce Kansler, as Executor.

Copies will also be serve by First Class mail.

Michael

**Michael Matthias**
Partner

**BakerHostetler**

11601 Wilshire Boulevard | Suite 1400
Los Angeles, CA 90025-0509
T 310.442.8802

[mmatthias@bakerlaw.com](mailto:mmatthias@bakerlaw.com)
[bakerlaw.com](http://bakerlaw.com)



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.