# EXHIBIT C

December 14, 2021 | 3:16 pm

# COVID-19 Vaccines

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

FIND PROVIDER >

## Department of State
### Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** FAIRFIELD PAGMA ASSOCIATES, L.P.
**DOS ID:** 1700778
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED PARTNERSHIP
**DURATION DATE/LATEST DATE OF DISSOLUTION:** 12/31/2010
**SECTIONOF LAW:** 121-201 LPA - LIMITED PARTNERSHIP
**ENTITY STATUS:** Inactive
**DATE OF INITIAL DOS FILING:** 02/08/1993
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 02/08/1993
**INACTIVE DATE:** 12/31/2010
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:**
**COUNTY:** Westchester
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** New York, United States
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process Name and Address**

**Name:** SEYMOUR KLEINMAN

**Address:** 13 CEDARWOOD ROAD, WHITE PLAINS, NY, United States, 10605

**Chief Executive Officer's Name and Address**

**Name:**

**Address:**

**Principal Executive Office Address**

**Address:**

**Registered Agent Name and Address**

**Name:**

**Address:**

**Entity Primary Location Name and Address**

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |