# EXHIBIT A

F 041213000 907

CSC 45
DRAW DOWN

# ARTICLES OF ORGANIZATION

## OF

/CC

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
FILED  DEC 13 2004
TAX $_____0_____
BY:_____LB_____

## FAIRFOX LLC

FILED
2004 DEC 13 PM 4:21

(UNDER SECTION 203 OF THE LIMITED LIABILITY COMPANY LAW)

RECEIVED
2004 DEC 13 AM 11:08

PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NEW YORK 10036

Ref# 077474JS1

FILED
2004 DEC 13 PM 2:28

3

0412130000 935

** TOTAL PAGE.11 **

IN WITNESS WHEREOF, this certificate has been subscribed this 8th day of December, 2004, by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

Bonnie J. Kansler
Sole Organizer

0505/00298-000   NYWORD/315385v2

F 0412130 00 907

# Articles of Organization
## of
## FairFox LLC

(Under Section 203 of the Limited Liability Company Law)

**FIRST:** The name of the limited liability company is FairFox LLC.

**SECOND:** The county within this state in which the office of the limited liability company is to be located is New York County.

**THIRD:** The Secretary of State of the State of New York is designated as agent of the limited liability company upon whom process against it may be served. The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

> c/o Marjorie H. Kleinman
> 35 Sutton Place, Apt 6D
> New York, NY 10022

**FOURTH:** The Articles of Organization are effective upon filing.

**FIFTH:** The limited liability company is to be managed by one or more members.

0809/00296-000  NYWORD/316358v1

/

*State of New York* }
*Department of State* } *ss:*

*I hereby certify that the annexed copy has been compared with the original document filed by the Department of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on* **December 13, 2004**



*Secretary of State*

DOS-200 (Rev. 03/02)

DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

FILING RECEIPT

===============================================================================

ENTITY NAME: FAIRFOX LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)          COUNTY: NEWY

SERVICE COMPANY: CORPORATION SERVICE COMPANY          SERVICE CODE: 45 *

===============================================================================

FILED:12/13/2004 DURATION:********  CASH#:041213000935 FILM #:041213000907

ADDRESS FOR PROCESS                                          EXIST DATE
------------------                                          ----------
C/O MARJORIE H. KLEINMAN                                    12/13/2004
35 SUTTON PLACE, APT 6D
NEW YORK, NY 10022

REGISTERED AGENT
----------------

===============================================================================

| FILER | FEES | 260.00 | PAYMENTS | 260.00 |
|---|---|---|---|---|
| ----- |  | ---- |  | -------- |
|  | FILING | 200.00 | CASH | 0.00 |
|  | TAX | 0.00 | CHECK | 0.00 |
| PROSKAUER ROSE LLP | CERT | 0.00 | CHARGE | 0.00 |
| 1585 BROADWAY | COPIES | 10.00 | DRAWDOWN | 260.00 |
|  | HANDLING | 50.00 | BILLED | 0.00 |
| NEW YORK, NY 10036 |  |  | REFUND | 0.00 |
|  |  |  | ------ |  |

===============================================================================

077474JS1                                              DOS-1025  (11/89)

*F* 0412130009*20*

CSC 45
DRAW DOWN

FILED
2004 DEC 13 PM 4:21

# ARTICLES OF ORGANIZATION

## OF

## SEYFAIR LLC

*I CC*

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   DEC 13 2004
TAX $___0___
BY: ___LB___

(UNDER SECTION 203 OF THE LIMITED LIABILITY COMPANY LAW)

RECEIVED
2004 DEC 13 AM 11: 08

PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NEW YORK 10036

*Ref# 077474JS1*

0809/00296-000 NYWORD/316358v2

2004 DEC 13 PM 2:28
FILED
3

0412130009*49*

IN WITNESS WHEREOF, this certificate has been subscribed this 8th day of December, 2004, by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

Bonnie J. Kaksler
Sole Organizer

F 041213000 92

## Articles of Organization
### of
### SeyFair LLC

(Under Section 203 of the Limited Liability Company Law)

**FIRST:**     The name of the limited liability company is SeyFair LLC.

**SECOND:**     The county within this state in which the office of the limited liability company is to be located is Westchester County.

**THIRD:**     The Secretary of State of the State of New York is designated as agent of the limited liability company upon whom process against it may be served. The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

c/o Seymour Kleinman
11 Brook Hill Circle
White Plains, NY  10605-5004

**FOURTH:**     The Articles of Organization are effective upon filing.

**FIFTH:**     The limited liability company is to be managed by one or more members.

0809/00296-000  NYWORD/316358v2

*State of New York* }
*Department of State* } **SS:**

*I hereby certify that the annexed copy has been compared with the original document filed by the Department of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on* **December 13, 2004**



*Secretary of State*

DOS-200 (Rev. 03/02)

DIVISION OF CORPORATIONS AND STATE RECORDS                    ALBANY, NY 12231-0001

FILING RECEIPT
========================================================================
ENTITY NAME: SEYFAIR LLC


DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)          COUNTY: WEST

SERVICE COMPANY: CORPORATION SERVICE COMPANY              SERVICE CODE: 45 *

========================================================================
FILED:12/13/2004 DURATION:*********  CASH#:041213000949 FILM #:041213000920

ADDRESS FOR PROCESS                                       EXIST DATE
-----------------------                                   ----------
C/O SEYMOUR KLEINMAN                                      12/13/2004
11 BROOK HILL CIRCLE
WHITE PLAINS, NY 10605-5004

REGISTERED AGENT
----------------

========================================================================
FILER                        FEES      260.00   PAYMENTS     260.00
-----                        ----               --------
                             FILING    200.00   CASH           0.00
                             TAX         0.00   CHECK          0.00
PROSKAUER ROSE LLP           CERT        0.00   CHARGE         0.00
1585 BROADWAY                COPIES     10.00   DRAWDOWN     260.00
                             HANDLING   50.00   BILLED         0.00
NEW YORK, NY 10036                              REFUND         0.00
                                                ------
========================================================================
077474JS1                                       DOS-1025 (11/89)