# EXHIBIT A

651107

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

### 2007
For calendar year 2007, or tax year beginning _____, 2007
ending _____,

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -2,068. | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | 539. | | | |
| 6a | Ordinary dividends | 8,572. | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | 81,348. | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) C | 69,823. | | | |
| | F* | -39,033. | | | |
| 12 | Section 179 deduction | | 19 | Distributions A | 80,148. |
| 13 | Other deductions | | 20 | Other information A | 9,111. |
| 14 | Self-employment earnings (loss) A | -2,068. | | | |

*See attached statement for additional information.

### Part I — Information About the Partnership

A Partnership's employer identification number
13-3695435

B Partnership's name, address, city, state, and ZIP code
FAIRFIELD PAGMA ASSOCIATES, LP
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

C IRS Center where partnership filed return
Cincinnati, OH

D ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

E Partner's identifying number
57-1217446

F Partner's name, address, city, state, and ZIP code
SEYFAIR LLC
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605

G ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

H ☒ Domestic partner    ☐ Foreign partner

I What type of entity is this partner? Partnership

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

K Partner's share of liabilities at year end:
Nonrecourse............ $
Qualified nonrecourse financing....... $
Recourse............. $

L Partner's capital account analysis:
Beginning capital account........... $ 35,000.
Capital contributed during the year..... $
Current year increase (decrease)....... $ 119,181.
Withdrawals and distributions......... $ ( 80,148.)
Ending capital account............ $ 74,033.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2007
Partner 108    PTPA0312L 12/31/07

651107

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

## Schedule K-1 (Form 1065) — 2007

For calendar year 2007, or tax year beginning _____, 2007 ending _____

Department of the Treasury — Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
13-3695435

**B** Partnership's name, address, city, state, and ZIP code
FAIRFIELD PAGMA ASSOCIATES, LP
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
57-1217433

**F** Partner's name, address, city, state, and ZIP code
FAIRFOX, LLC
35 SUTTON PLACE APT 6D
NEW YORK, NY 10001

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? Partnership

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

**K** Partner's share of liabilities at year end:
Nonrecourse............. $ _____
Qualified nonrecourse financing...... $ _____
Recourse................ $ _____

**L** Partner's capital account analysis:
Beginning capital account............. $ 50,000.
Capital contributed during the year...... $ _____
Current year increase (decrease)........ $ 42,496.
Withdrawals and distributions......... $ ( 81,529.)
Ending capital account............... $ 10,967.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -2,069. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | 539. |
| 6a | Ordinary dividends | 8,716. |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | 82,774. |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) C | -8,431. |
| | F* | -39,033. |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) A | -2,069. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions A | 81,529. |
| 20 | Other information A | 9,255. |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2007

Partner 109

PTPA0312L   12/31/07

651108

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2008**
For calendar year 2008, or tax year beginning _____, 2008 ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) B | -33,375. | | | |
| | | | 19 | Distributions | |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | 20 | Other information | |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

### Part I — Information About the Partnership

A Partnership's employer identification number
13-3695435

B Partnership's name, address, city, state, and ZIP code
FAIRFIELD PAGMA ASSOCIATES, LP
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

C IRS Center where partnership filed return
Ogden, UT

D ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

E Partner's identifying number
57-1217446

F Partner's name, address, city, state, and ZIP code
SEYFAIR LLC
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605

G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I What type of entity is this partner? Partnership

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

K Partner's share of liabilities at year end:
Nonrecourse ............... $
Qualified nonrecourse financing ... $
Recourse .................. $

L Partner's capital account analysis:
Beginning capital account ............ $ 35,000.
Capital contributed during the year .... $
Current year increase (decrease) ....... $ -33,375.
Withdrawals and distributions .......... $
Ending capital account ................ $ 1,625.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book   ☐ Other (explain)

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2008
Partner 108   PTPA0312L   12/15/08

651108
OMB No. 1545-0099

☐ Final K-1   ☐ Amended K-1

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2008**
For calendar year 2008, or tax
year beginning _____, 2008
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**  ► See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
13-3695435

**B** Partnership's name, address, city, state, and ZIP code
FAIRFIELD PAGMA ASSOCIATES, LP
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
57-1217433

**F** Partner's name, address, city, state, and ZIP code
FAIRFOX, LLC
35 SUTTON PLACE APT 6D
NEW YORK, NY 10001

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? Partnership

**J** Partner's share of profit, loss, and capital (see instructions):
| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K** Partner's share of liabilities at year end:
Nonrecourse ................ $
Qualified nonrecourse financing ... $
Recourse .................. $

**L** Partner's capital account analysis:
Beginning capital account ....... $ 50,000.
Capital contributed during the year ... $
Current year increase (decrease) ... $ -47,500.
Withdrawals and distributions ..... $
Ending capital account .......... $ 2,500.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 Other income (loss) B | -47,500. | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.
Partner 109

Schedule K-1 (Form 1065) 2008
PTPA0312L 12/15/08