# EXHIBIT A

651105

| Schedule K-1 (Form 1065) | **2005** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
13-3695435

**B** Partnership's name, address, city, state, and ZIP code

FAIRFIELD PAGMA ASSOCIATES, L.P.
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

**G** Partner's identifying number
57-1217446

**H** Partner's name, address, city, state, and ZIP code

SEYFAIR LLC
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605

**I** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member
**J** ☒ Domestic partner    ☐ Foreign partner
**K** What type of entity is this partner? PARTNERSHIP

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**M** Partner's share of liabilities at year end:
Nonrecourse .................. $ _____
Qualified nonrecourse financing ... $ _____
Recourse ................... $ 0.

**N** Partner's capital account analysis:
Beginning capital account ........ $ _____
Capital contributed during the year ... $ 35,000.
Current year increase (decrease) ..... $ 74,981.
Withdrawals & distributions ....... $( 74,983.)
Ending capital account .......... $ 34,998.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | -2,378. | 15 Credits & credit recapture | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | | | |
| 5 Interest income | 175. | | |
| 6a Ordinary dividends | 8,521. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | 89,004. | | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions  A | 74,983. |
| 9c Unrecaptured sec 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 20 Other information  A | 8,696. |
| 11 Other income (loss)  F* | -20,341. | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss)  A | 0. | | |

*See attached statement for additional information.

For IRS Use Only

| Schedule K-1 (Form 1065) | **2005** For calendar year 2005, or tax | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | −2,377. | 15 Credits & credit recapture | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | | | |
| 5 Interest income | 176. | | |
| 6a Ordinary dividends | 8,657. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | 90,494. | | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions  A | 76,608. |
| 9c Unrecaptured sec 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 20 Other information  A | 8,833. |
| 11 Other income (loss)  F* | −20,341. | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss)  A | 0. | | |

**Part I    Information About the Partnership**

A  Partnership's employer identification number
13-3695435

B  Partnership's name, address, city, state, and ZIP code

FAIRFIELD PAGMA ASSOCIATES, L.P.
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY  10605-5004

C  IRS Center where partnership filed return
OGDEN, UT

D  ☐ Check if this is a publicly traded partnership (PTP)
E  ☐ Tax shelter registration number, if any _____
F  ☐ Check if Form 8271 is attached

**Part II    Information About the Partner**

G  Partner's identifying number
57-1217433

H  Partner's name, address, city, state, and ZIP code

FOXFAIR LLC
35 SUTTON PLACE APT 6D
NEW YORK, NY  10001

I  ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member
J  ☒ Domestic partner   ☐ Foreign partner
K  What type of entity is this partner?  PARTNERSHIP

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

M  Partner's share of liabilities at year end:
Nonrecourse  $ _____
Qualified nonrecourse financing  $ _____
Recourse  $ 0.

N  Partner's capital account analysis:
Beginning capital account  $ _____
Capital contributed during the year  $ 50,000.
Current year increase (decrease)  $ 76,609.
Withdrawals & distributions  $( 76,608.)
Ending capital account  $ 50,001.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2005

511261
01-11-06

115

13181009  788958 FAIR5435        2005.05000  FAIRFIELD PAGMA ASSOCIATES  FAIR5433

651105

| Schedule K-1 (Form 1065) | **2005** | [X] Final K-1  [ ] Amended K-1   OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2005, or tax year beginning _____ ending _____ | **Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate Instructions.

### Part I — Information About the Partnership

A  Partnership's employer identification number
13-3695435

B  Partnership's name, address, city, state, and ZIP code

FAIRFIELD PAGMA ASSOCIATES, L.P.
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

C  IRS Center where partnership filed return
OGDEN, UT

D  [ ] Check if this is a publicly traded partnership (PTP)
E  [ ] Tax shelter registration number, if any _____
F  [ ] Check if Form 8271 is attached

### Part II — Information About the Partner

G  Partner's identifying number
[redacted]

H  Partner's name, address, city, state, and ZIP code

SEYMOUR KLEINMAN
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

I  [X] General partner or LLC member-manager     [ ] Limited partner or other LLC member
J  [X] Domestic partner     [ ] Foreign partner
K  What type of entity is this partner? INDIVIDUAL

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

M  Partner's share of liabilities at year end:
Nonrecourse ............ $ _____
Qualified nonrecourse financing ............ $ _____
Recourse ............ $ 0.

N  Partner's capital account analysis:
Beginning capital account ............ $ 35,000.
Capital contributed during the year ............ $ _____
Current year increase (decrease) ............ $ 0.
Withdrawals & distributions ............ $( 35,000.)
Ending capital account ............ $ 0.

[X] Tax basis     [ ] GAAP     [ ] Section 704(b) book
[ ] Other (explain)

**Part III items:**
1. Ordinary business income (loss)  0.
2. Net rental real estate income (loss)
3. Other net rental income (loss)
4. Guaranteed payments
5. Interest income
6a. Ordinary dividends
6b. Qualified dividends
7. Royalties
8. Net short-term capital gain (loss)
9a. Net long-term capital gain (loss)
9b. Collectibles (28%) gain (loss)
9c. Unrecaptured sec 1250 gain
10. Net section 1231 gain (loss)
11. Other income (loss)
12. Section 179 deduction
13. Other deductions
14. Self-employment earnings (loss)  A  0.
15. Credits & credit recapture
16. Foreign transactions
17. Alternative min tax (AMT) items
18. Tax-exempt income and nondeductible expenses
19. Distributions  A  35,000.
20. Other information

*See attached statement for additional information.

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2005

511261
01-11-06

29

3181009 788958 FAIR5435          2005.05000  FAIRFIELD PAGMA ASSOCIATES  FAIR5433

651105

| Schedule K-1 (Form 1065) | **2005** | [X] Final K-1  [ ] Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits & credit recapture | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions  A  50,000. | |
| 9c Unrecaptured sec 1250 gain | | 20 Other information | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss)  A  0. | | | |

**Part I   Information About the Partnership**

A Partnership's employer identification number
13-3695435

B Partnership's name, address, city, state, and ZIP code

FAIRFIELD PAGMA ASSOCIATES, L.P.
11 BROOK HILLS CIRCLE
WHITE PLAINS, NY 10605-5004

C IRS Center where partnership filed return
OGDEN, UT

D [ ] Check if this is a publicly traded partnership (PTP)
E [ ] Tax shelter registration number, if any _____
F [ ] Check if Form 8271 is attached

**Part II   Information About the Partner**

G Partner's identifying number
[redacted]

H Partner's name, address, city, state, and ZIP code

MARGE KLEINMAN
35 SUTTON PLACE
NEW YORK, NY 10022

I [X] General partner or LLC member-manager       [ ] Limited partner or other LLC member
J [X] Domestic partner       [ ] Foreign partner
K What type of entity is this partner? __INDIVIDUAL__

L Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

M Partner's share of liabilities at year end:
  Nonrecourse ............................ $ _____
  Qualified nonrecourse financing ...... $ _____
  Recourse ................................ $ 0.

*See attached statement for additional information.

N Partner's capital account analysis:
  Beginning capital account .............. $ 50,000.
  Capital contributed during the year .... $ _____
  Current year increase (decrease) ....... $ 0.
  Withdrawals & distributions ............ $( 50,000.)
  Ending capital account ................. $ 0.

[X] Tax basis     [ ] GAAP     [ ] Section 704(b) book
[ ] Other (explain)

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.       Schedule K-1 (Form 1065) 2005

511261
01-11-06

30

3181009 788958 FAIR5435       2005.05000 FAIRFIELD PAGMA ASSOCIATES FAIR5433