**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 11-02730 (CGM) |
| Plaintiff, | |
| v. | |
| ATLANTIC SECURITY BANK, | |
| Defendant. | |

## STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated

liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the estate of Bernard L.

Madoff, and Defendant ASB Bank Corp., as successor by merger to Atlantic Security Bank

("ASB," and with the Trustee, the "Parties"), by and through their respective, undersigned counsel,

stipulate as follows:

**WHEREAS**, on September 22, 2011, the Trustee commenced the above-captioned adversary proceeding by filing a complaint (the "Complaint") against ASB, then known as Atlantic Security Bank, ECF No. 1;

and **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and **SO ORDERED**, by the Court:

1.     The caption for the Complaint is amended to reflect the current name of ASB, consistent with the attached Exhibit A, and ASB Bank Corp. is hereby substituted as Defendant in the above-captioned adversary proceeding in place of Atlantic Security Bank.

2.     Defendant shall respond to the Complaint by March 25, 2022. If Defendant files a motion to dismiss the Complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage. The Trustee shall respond to the motion by May 24, 2022, and Defendant shall file its reply by June 23, 2022.

3.     If Defendant files such a motion to dismiss the Complaint, then the parties shall seek oral argument on the motion at the Court's first available convenience, subject to the availability of the undersigned counsel for the parties.

4.     By entering into this stipulation, Defendant does not waive or forfeit their defense that they are not subject to personal jurisdiction in this adversary proceeding, and the Parties reserve all of their respective rights, arguments, objections and defenses, including without limitation, in the case of Defendant, that the Court lacks personal jurisdiction over them.

*[Signatures and Order appear on next page]*

Dated:  December 22, 2021
     New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Torello H. Calvani*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC and the
estate of Bernard L. Madoff*

**SO ORDERED.**

**ARNOLD & PORTER KAYE SCHOLER
LLP**

By: */s/ Rosa J. Evergreen*
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999
Scott B. Schreiber
Email: scott.schreiber@arnoldporter.com
Rosa J. Evergreen
Email: rosa.evergreen@arnoldporter.com

*Attorneys for ASB Bank Corp. (f/k/a Atlantic
Security Bank)*

/s/ Cecelia G. Morris

**Dated: December 27, 2021
Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**