IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT C – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Albert Reaven | 004500 | 2273 | Kohrman Jackson & Krantz PLL | Albert Reaven | 1R0011 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Albert Reaven Living Trust Dated 5/8/01 | 004501 100071 | 2273 | Kohrman Jackson & Krantz PLL | Albert Reaven Living Trust Dated 5/8/01 | 1R0139 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Alice Schindler | 001146 | 2058 | Pro Se Filing | Alice Schindler | 1ZA294 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| The Reaven Group | 004498 100070 100424 | 2094 2273 | Kohrman Jackson & Krantz PLL | Reaven Group | 1ZA354 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue:** BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers:** BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| The Richard, Lawrence, Linda and Ruth Reavens Trust | 004499 100069 100365 100413 | 2094 2273 | Kohrman Jackson & Krantz PLL | Richard W Reaven Lawrence Reaven Linda Reaven | 1R0140 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue:** BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers:** BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Richard W. Reaven, Lawrence Reaven, Linda Reaven and Ruth Reaven Trust | 004497 | 2273 | Kohrman Jackson & Krantz PLL | Richard W Reaven Lawrence Reaven Linda Reaven | 1R0012 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Calculation Issue:** BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers:** BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Rona Mast | 001432 015655 | 2437 | Becker & Poliakoff, LLP | Rona Mast | 1M0101 | **Inter-Account Transfers:** BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Trust Dated 10/31/96 F/B/O Ryan Tavlin, Harvey Krauss And Doron A. Tavlin, Trustees | 000306 | 2913 | Pro Se Filing | Ryan Tavlin Trust UA 10/31/96 Doron A Tavlin | 1T0036 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |