**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S FORTY-EIGHTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections"); and the Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion, [Docket No. __]; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on Exhibit A are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Albert Reaven | 004500 | 2273 | Kohrman Jackson & Krantz PLL | Albert Reaven | 1R0011 |
| Albert Reaven Living Trust Dated 5/8/01 | 004501 100071 | 2273 | Kohrman Jackson & Krantz PLL | Albert Reaven Living Trust Dated 5/8/01 | 1R0139 |
| Alice Schindler | 001146 | 2058 | Pro Se Filing | Alice Schindler | 1ZA294 |
| The Reaven Group | 004498 100070 100424 | 2094 2273 | Kohrman Jackson & Krantz PLL | Reaven Group | 1ZA354 |
| The Richard, Lawrence, Linda and Ruth Reavens Trust | 004499 100069 100365 100413 | 2094 2273 | Kohrman Jackson & Krantz PLL | Richard W Reaven Lawrence Reaven Linda Reaven | 1R0140 |
| Richard W. Reaven, Lawrence Reaven, Linda Reaven and Ruth Reaven Trust | 004497 | 2273 | Kohrman Jackson & Krantz PLL | Richard W Reaven Lawrence Reaven Linda Reaven | 1R0012 |
| Rona Mast | 001432 015655 | 2437 | Becker & Poliakoff, LLP | Rona Mast | 1M0101 |
| Trust Dated 10/31/96 F/B/O Ryan Tavlin, Harvey Krauss And Doron A. Tavlin, Trustees | 000306 | 2913 | Pro Se Filing | Ryan Tavlin Trust UA 10/31/96 Doron A Tavlin | 1T0036 |