**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

Hearing Date: January 19, 2022
Hearing Time:  10:00 a.m. (EST)
Objections Due: December 31, 2021
Objection Time:  4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S FORTY-SEVENTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, by and

through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1. On August 31, 2020, this Court entered the Order (I) Establishing Omnibus Procedures for the Adjudication of Objections to the Trustee's Claims Determinations that Appear to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm His Claims Determinations and Overrule Such Objections on an Omnibus Basis (the "Omnibus Procedures Order") (ECF No. 19746).

2. As authorized by the Omnibus Procedures Order, on December 1, 2021, the Trustee filed the Forty-Seventh Omnibus Motion to Affirm the Trustee's Claims Determinations and Overrule Objections that Appear to Raise Factual Issues (the "Motion") (ECF No. 20918), together with the Declaration of Vineet Sehgal in support of the Motion (the "Sehgal Declaration") (ECF No. 20919).

3. Under the Omnibus Procedures Order, claimants that oppose the relief requested by the Trustee in an omnibus motion are required to serve a written objection on the Trustee by the deadline indicated on the notice of hearing for that motion.

4. The deadline for serving the Trustee with objections to the Motion expired on December 31, 2021, at 4:00 p.m.

5. Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) all claimants (and their counsel) listed on Exhibits A and B annexed to the Sehgal Declaration; (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (the "Notice Procedures Order") (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) the Securities Investor

Protection Corporation. (*See* Affidavits of Service at ECF Nos. 20921, 20946).

6. To date, counsel for the Trustee has not received an objection, responsive pleading, or request for a hearing with respect to the Motion. Counsel for the Trustee also reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to serve an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

7. An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion, and Exhibits A and B thereto, will be submitted to the Court along with this certificate.

8. Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: New York, New York<br>January 5, 2022 | Respectfully submitted,<br><br>  /s/ David J. Sheehan<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Amy E. Vanderwal<br>Email: avanderwal@bakerlaw.com<br>Jason I. Blanchard<br>Email: jblanchard@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the*<br>*Substantively Consolidated SIPA Liquidation*<br>*of Bernard L. Madoff Investment Securities LLC*<br>*and the chapter 7 estate of Bernard L. Madoff* |