**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LION GLOBAL INVESTORS LIMITED, <br><br> Defendant. | Adv. Pro. No. 11-02540 (CGM) |

## STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant Lion Global Investors Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on August 18, 2011, the Trustee commenced adversary proceeding number 11-02540 (the "Action") by filing a complaint asserting claims against Defendant to, among

other things, recover transfers allegedly received from Fairfield Sentry Limited, pursuant to 11 U.S.C. § 550 (the "Complaint");

**WHEREAS**, the Complaint was dismissed and then, following an appeal by the Trustee, reinstated;

**IT IS STIPULATED AND AGREED,** that the deadline for the Defendant to respond to the Complaint in the Action shall be April 1, 2022. If Defendant files a motion to dismiss the Complaint, the deadline for the Trustee to respond to the motion shall be June 1, 2022, and the deadline for the Defendant to file a reply shall be July 1, 2022.

[*Remainder of page intentionally left blank*]

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files a motion to dismiss the Complaint, then the parties shall request oral argument on the motion at the Court's first available convenience after Defendant's reply is filed.

Dated:    January 4, 2022
         New York, New York

By: /s/ *Robertson Beckerlegge*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com
Robyn M. Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: /s/ *Ehud Barak*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Ehud Barak, Esq.
Email: ebarak@proskauer.com
Russell T. Gorkin, Esq.
Email: rgorkin@proskauer.com

*Attorneys for Lion Global Investors, Limited*

**SO ORDERED.**

**Dated: January 6, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**