**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

| |
|---|
| In re: |
| BERNARD L. MADOFF, |
| Debtor. |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01577 (CGM) |
| UBS DEUTSCHLAND AG as successor in interest to Dresdner Bank LateinAmerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Irving H. Picard,

Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L.

Madoff.  All notices given or required to be given in this case and all papers filed in this case

should be served upon undersigned counsel.

Dated: January 7, 2022
Houston, Texas

**BAKER & HOSTETLER LLP**

*/s/ Dean D. Hunt*
Dean D. Hunt
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1346
Facsimile: 713.751.1600
Email: dhunt@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the
Chapter 7 Estate of Bernard L. Madoff*