**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01021 (CGM) |
| GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENNOR BALANCED GROWTH FUND LIMITED, AND GROSVENOR AGGRESSIVE GROWTH FUND LIMITED, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Irving H. Picard,

Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L.

Madoff.  All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

|  |  |
|---|---|
| Dated:  January 7, 2022<br>            Houston, Texas | **BAKER & HOSTETLER LLP**<br><br>*/s/ Farrell A. Hochmuth*<br>Farrell A. Hochmuth<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Telephone: 713.646.1383<br>Facsimile: 713.751.1600<br>Email: fhochmuth@bakerlaw.com<br><br>*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |