```
                                                    Page 1

 1    UNITED STATES BANKRUPTCY COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    Adv. Pro. No. 08-01789 (SMB)

 4    SIPA LIQUIDATION (Substantively Consolidated)

 5    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 6    SECURITIES INVESTOR PROTECTION CORPORATION,

 7                    Plaintiff,

 8            v.

 9    BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

10                    Defendant.

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12    In the Matter of:

13    BERNARD L. MADOFF,

14                    Debtor.

15    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16    Adv. Pro. No. 09-01305 (SMB)

17    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18    IRVING H. PICARD, Trustee for the Liquidation

19    of Bernard L. Madoff Investment Securities LLC,

20                    Plaintiff,

21            v.

22    COHMAD SEC. CORP., ET AL.,

23                    Defendant.

24

25
```

Page 2



1   - - - - - - - - - - - - - - - - - - - - - - - - - - x

2   Adv. Pro. No. 10-04925 (SMB)

3   - - - - - - - - - - - - - - - - - - - - - - - - - - x

4   IRVING H. PICARD, Trustee for the Liquidation

5   of Bernard L. Madoff Investment Securities LLC,

6              Plaintiff,

7         v.

8   ALVIN GINDEL REVOCABLE TRUST, A FLORIDA TRUST, ET AL.,

9              Defendant.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - x

11  Adv. Pro. No. 10-04401 (SMB)

12  - - - - - - - - - - - - - - - - - - - - - - - - - - x

13  IRVING H. PICARD, Trustee for the Liquidation

14  of Bernard L. Madoff Investment Securities LLC,

15             Plaintiff,

16        v.

17  ROSE GINDEL TRUST, ET AL.,

18             Defendant.

19  - - - - - - - - - - - - - - - - - - - - - - - - - - x

20

21

22

23

24

25

Page 3

1    Adv. Pro. No. 10-04861 (SMB)

2    - - - - - - - - - - - - - - - - - - - - - - - - - x

3    IRVING H. PICARD, Trustee for the Liquidation

4    of Bernard L. Madoff Investment Securities LLC,

5                    Plaintiff,

6            v.

7    HAROLD J. HEIN,

8                    Defendant.

9    - - - - - - - - - - - - - - - - - - - - - - - - - x

10   Adv. Pro. No. 10-05286 (SMB)

11   - - - - - - - - - - - - - - - - - - - - - - - - - x

12   IRVING H. PICARD, Trustee for the Liquidation

13   of Bernard L. Madoff Investment Securities LLC,

14                   Plaintiff,

15           v.

16   LEGACY CAPITAL LTD.,

17                   Defendant.

18   - - - - - - - - - - - - - - - - - - - - - - - - - x

19

20                   United States Bankruptcy Court

21                   One Bowling Green

22                   New York, NY  10004

23

24                   September 5, 2019

25                   10:06 AM

1    B E F O R E :

2    HON STUART M. BERNSTEIN

3    U.S. BANKRUPTCY JUDGE

4

5    ECRO:    JONATHAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HEARING re Application for Interim Professional Compensation

2    / Twenty-Ninth Application of Windels Marx Lane &

3    Mittendorf, LLP for Allowance of Interim Compensation for

4    Services Rendered and Reimbursement of Actual and Necessary

5    Expenses Incurred from December 1, 2018 through March 31,

6    2019 and Request for Partial Release of Holdback for Windels

7    Marx Lane & Mittendorf, LLP, Special Counsel, period:

8    12/1/2018 to 3/31/2019, fee:$1,818,000.0, expenses:

9    $15,764.90.

10

11   Application for Interim Professional Compensation /Thirtieth

12   Application of Trustee and Baker & Hostetler LLP for

13   Allowance of Interim Compensation for Services Rendered and

14   Reimbursement of Actual and Necessary Expenses Incurred from

15   December 1, 2018 through March 31, 2019 for Baker &

16   Hostetler, L.L.P., Trustee's Attorney, period: 12/1/2018 to

17   3/31/2019, fee:$31008908.43, expenses: $495,036.96.

18

19   Application for Interim Professional Compensation

20   /Application of Schiltz & Schiltz as Special Counsel to the

21   Trustee for Allowance of Interim Compensation for Services

22   Rendered and Reimbursement of Expenses Incurred from

23   December 1, 2018 through March 31, 2019 and for Release of a

24   Portion of Fees Held Back for Schiltz & Schiltz, Special

25   Counsel, period: 12/1/2018 to 3/31/2019, fee:$17,403.93,

Page 6

1   expenses: $1,131.26.

2

3   Application for Interim Professional Compensation

4   /Application of Higgs & Johnson (Formerly Higgs Johnson

5   Truman Bodden & Co.) as Special Counsel to the Trustee for

6   Allowance of Interim Compensation for Services Rendered and

7   Reimbursement of Expenses Incurred from December 1, 2018

8   through March 31, 2019 and for Release of a Portion of Fees

9   Held Back for Higgs & Johnson, Special Counsel, period:

10  12/1/2018 to 3/31/2019, fee:$10,863.86, expenses: $101.00.

11

12  Application for Interim Professional Compensation /

13  Application of Soroker Agmon Nordman as Special Counsel to

14  the Trustee for Allowance of Interim Compensation for

15  Services Rendered and Reimbursement of Expenses Incurred

16  from December 1, 2018 through March 31, 2019 and for Release

17  of a Portion of Fees Held Back for Sorokor - Agmon, Special

18  Counsel, period: 12/1/2018 to 3/31/2019, fee:$444,872.64,

19  expenses: $2,075.95.

20

21  Application for Interim Professional Compensation

22  /Application of Graf & Pitkowitz Rechtsanwalte GMBH as

23  Special Counsel to the Trustee for Allowance of Interim

24  Compensation for Services Rendered and Reimbursement of

25  Expenses Incurred from December 1, 2018 through March 31,

1  2019 and for Release of a Portion of Fees Held Back for Graf

2  & Pitkowitz Rechtsanwalte GMBH, Special Counsel, period:

3  12/1/2018 to 3/31/2019, fee:$73,147.11, expenses: $2,295.78.

4

5  Application for Interim Professional Compensation

6  /Application of Ritter Schierscher Rechtsanwalte as Special

7  Counsel to the Trustee for Release of a Portion of Fees Held

8  Back.

9

10  Application for Interim Professional Compensation

11  /Application of Young Conaway Stargatt & Taylor, LLP as

12  Special Counsel to the Trustee for Allowance of Interim

13  Compensation for Services Rendered and Reimbursement of

14  Expenses Incurred from December 1, 2018 through March 31,

15  2019 and for Release of a Portion of Fees Held Back for

16  Young Conaway Stargatt & Taylor, LLP, Special Counsel,

17  period: 12/1/2018 to 3/31/2019, fee:$14,316.03, expenses:

18  $28.02.

19

20  Application for Interim Professional Compensation

21  /Application of Williams, Barristers & Attorneys as Special

22  Counsel to the Trustee for Allowance of Interim Compensation

23  for Services Rendered from December 1, 2018 through March

24  31, 2019 and for Release of a Portion of Fees Held Back for

25  Williams, Barristers & Attorneys, Special Counsel, period:

1   12/1/2018 to 3/31/2019, fee:$167,417.10, expenses: $0.

2

3   Application for Interim Professional Compensation

4   /Application of UGGC & Associates as Special Counsel to the

5   Trustee for Allowance of Interim Compensation for Services

6   Rendered from December 1, 2018 through March 31, 2019 and

7   for Release of a Portion of Fees Held Back for UGGC &

8   Associates, Special Counsel, period: 12/1/2018 to 3/31/2019,

9   fee:$84,140.21, expenses: $0.

10

11  Application for Interim Professional Compensation

12  /Application of Browne Jacobson, LLP as Special Counsel to

13  the Trustee for Allowance of Interim Compensation for

14  Services Rendered and Reimbursement of Expenses Incurred

15  from December 1, 2018 through March 31, 2019 and for Release

16  of a Portion of Fees Held Back for Browne Jacobson, LLP,

17  Special Counsel, period: 12/1/2018 to 3/31/2019,

18  fee:$684,411.85, expenses: $30,257.92.

19

20  Application for Interim Professional Compensation

21  /Application of Eugene F. Collins as Special Counsel to the

22  Trustee for Allowance of Interim Compensation for Services

23  Rendered and Reimbursement of Expenses Incurred from

24  December 1, 2018 through March 31, 2019 and for Release of a

25  Portion of Fees Held Back for Eugene F. Collins, Special

1   Counsel, period: 12/1/2018 to 3/31/2019, fee:$17,158.65,

2   expenses: $5.47.

3

4   Application for Interim Professional Compensation

5   /Application of Robbins, Russell, Englert, Orseck,

6   Untereiner & Sauber LLP as Special Counsel to the Trustee

7   for Allowance of Interim Compensation for Services Rendered

8   and Reimbursement of Expenses Incurred from December 1, 2018

9   through March 31, 2019 and for Release of a Portion of Fees

10  Held Back for Robbins, Russell, Englert, Orseck, Untereiner

11  & Sauber LLP, Special Counsel, period: 12/1/2018 to

12  3/31/2019, fee:$4,070.25, expenses: $121.88.

13

14  Application for Interim Professional Compensation

15  /Application of Scaletta Law Firm, PLLC as Special Counsel

16  to the Trustee for Allowance of Interim Compensation for

17  Services Rendered and Reimbursement of Expenses Incurred

18  from December 1, 2018 through March 31, 2019 and for Release

19  of a Portion of Fees Held Back for Scaletta Law Firm, PLLC,

20  Special Counsel, period: 12/1/2018 to 3/31/2019,

21  fee:$17,277.30, expenses: $42.44.

22

23  Application for Interim Professional Compensation

24  /Application of SCA Creque as Special Counsel to the Trustee

25  for Allowance of Interim Compensation for Services Rendered

1   from August 1, 2018 through March 31, 2019 and for Release

2   of a Portion of Fees Held Back for SCA Creque, Special

3   Counsel, period: 8/1/2018 to 3/31/2019, fee:$2,705.62,

4   expenses: $160.00.

5

6   Application for Interim Professional Compensation

7   /Application of Kugler Kandestin, L.L.P. as Special Counsel

8   to the Trustee for a Release of a Portion of Fees Previously

9   Held for the Prior Compensation Periods

10

11   Application for Interim Professional Compensation

12   /Application of Werder Vigano as Special Counsel to the

13   Trustee for Allowance of Interim Compensation for Services

14   Rendered from December 1, 2018 through March 31, 2019 and

15   for Release of a Portion of Fees Held Back for Werder

16   Vigano, Special Counsel, period: 12/1/2018 to 3/31/2019,

17   fee:$429.96, expenses: $0.00.

18

19   Application for Interim Professional Compensation

20   /Application of Bedell Cristin Guernsey Partnership as

21   Special Counsel to the Trustee for a Release of a Portion of

22   Fees Previously Held for the Prior Compensation Periods.

23

24   Application for Interim Professional Compensation /

25   Application of Munari Giudici Maniglio Panfili E Associates

1    as Special Counsel to the Trustee for a Release of a Portion

2    of Fees Previously Held for the Prior Compensation Periods.

3

4    Application for Interim Professional Compensation /

5    Application of La Tanzi, Spaulding & Landreth, P.C. as

6    Special Counsel to the Trustee for a Release of a Portion of

7    Fees Previously Held for the Prior Compensation Periods.

8

9    Application for Interim Professional Compensation

10   /Application of Kelley, Wolter & Scott, Professional

11   Association as Special Counsel to the Trustee for a Release

12   of a Portion of Fees Previously Held for the Prior

13   Compensation Periods.

14

15   Application for Interim Professional Compensation

16   /Application of Cochran Allan as Special Counsel to the

17   Trustee for a Release of a Portion of Fees Previously Held

18   for the Prior Compensation Periods.

19

20   09-01305-smb - Irving H. Picard, Trustee for the Liquidation

21   of B v. Kurzrok et al

22   Conference

23

24   10-04357-smb - Irving H. Picard, Trustee for the Liquidation

25   of B v. Greiff

1    Conference (also applies to Adv. Proc. Nos. 10-04925, 10-

2    04401, 10-04861)

3

4    10-05286-smb - Irving H. Picard, Trustee for the Liquidation

5    of B v. Legacy Capital Ltd. et al

6    Pre-Trial Conference

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 13

```
 1    A P P E A R A N C E S :

 2

 3    BAKERHOSTETLER

 4         Attorneys for the Trustee

 5         45 Rockefeller

 6         New York, NY 10111

 7

 8    BY:  DEAN D. HUNT

 9         OREN J. WARSHAVSKY

10         JASON OLIVER

11         TATIANA MARKEL

12         DAVID J. SHEEHAN

13         FRANK M. OLIVA

14         NICHOLAS J. CREMONA

15         KATHYRN M. ZUNNO

16

17    STEVENS & LEE

18         Attorneys for Legacy Capital

19         485 Madison Avenue, 20th Floor

20         New York, NY 10022

21

22    BY:  NICHOLAS F. KAJON

23

24

25
```

Page 14

1                    P R O C E E D I N G S

2              THE COURT:  Madoff.  Let's start with the fee

3    applications.  I think some of the counsel may be delayed

4    downstairs.

5              MR. SHEEHAN:  Good morning, Your Honor.

6              THE COURT:  Good morning.

7              MR. SHEEHAN:  Today is the return date, the 30th,

8    interim fee application of the trustee and his counsel,

9    Irving Picard and BakerHostetler.

10             THE COURT:  How many days is that, Mr. Bell?

11             MR. BELL:  3,920.

12             THE COURT:  Thank you.  Go ahead.

13             MR. SHEEHAN:  What I'd like to talk about here

14   this morning just a little bit, as Your Honor knows, I talk

15   about the foreign counsel.  And two of the foreign counsel

16   who have very expansive applications are the ones in London,

17   and that's Browne Jacobson, and ones in Bermuda, and that's

18   Williams (indiscernible).

19             And the reason for that, of course, is, as Your

20   Honor is well aware, the Kingate case has settled.  The

21   reason that settled is because all the intense work during

22   the (indiscernible) period, which caused them to create

23   large billable hours during that period of time.  There were

24   depositions that took place and a lot of motion practice in

25   England.  A lot of depositions in Bermuda as well.

1    So those two applications are reflective of what

2  actually happened in Kingate, which shouldn't actually occur

3  until the last reporting period.  But going back to the 30th

4  one, that's when all the time is accumulated there.

5    A lot of time is also accumulated in the Israeli

6  action.  That's Magnify.  Your Honor is familiar with that,

7  of course.

8    THE COURT:  What's happening with that?  Wasn't

9  there mediation in that?

10    MR. SHEEHAN:  Well, actually, there's two

11  mediations going on as we speak.  Well, not two at the same

12  time, I should say.  Israel happened already in May.

13  There's another one about to commence next week.  There's an

14  effort to both resolve the U.S. action, of course, and the

15  Israeli action.  We're trying to (indiscernible).  The other

16  side hopefully will see the wisdom of doing that and get rid

17  of the case, which we would like to do.  But if it doesn't,

18  we'll proceed.  Disclosure has taken place, discovery on

19  both sides.  More of a disclosure in Israel than there is

20  discovery.  Here, just like England, give them all your

21  documents, and that's what we've done.  So that's another

22  one of the larger applications.

23    In terms of the firm itself, as you know, we're

24  here fairly often.  You know what's going on in most of the

25  cases.  We are proceeding apace with the appeal to the Court

Page 16

1    that that is happening, the opposition we just filed on last

2    week.  We are now preparing our response to that.  And a

3    petition for certiorari said that's going to take us

4    probably into the beginning of next year until that's

5    decided.

6              In the interim, we are working on the over 80

7    cases that are now encompassed by that ruling, so they will

8    be prepared so that Your Honor doesn't say, well, what were

9    you doing for the last eight months?  Which you may say

10   anyway, but we'll -- yeah.

11             THE COURT:  Probably.

12             MR. SHEEHAN:  But in any event --

13             THE COURT:  Or the last 10 years.

14             MR. SHEEHAN:  We're trying to forestall you from

15   saying that to us, at least too often.

16             THE COURT:  How many days?

17             MR. SHEEHAN:  In any event, we're working pretty

18   hard on all those cases.  And we're revisiting, of course,

19   the standards that apply to each of them so that we can

20   craft our amended complaints to comply with those new

21   standards that are placed.

22             There are also the continuing cases, and many of

23   them are now before Your Honor here today, and subsequently

24   we shall see them, various motions to dismiss, trials, etc.

25             In the good-faith cases, I become very active.

Page 17

1    You know, the Nelson case and other cases that are before

2    Your Honor right now.  But behind those are over 100 good-

3    faith cases still yet to be tried.  We'd like to resolve

4    them.  We thought there would be a cascading event at some

5    point in those cases.  That is not happening.  We tried to

6    settle other cases.  That doesn't seem to happen either.

7    We've had insurmountable obstacles to get past.

8            So in any event, the teams have been working very

9    hard.  Of course, we always have.  Mr. (indiscernible) as a

10   trustee from -- of the estate of Bernie Madoff.  And he is

11   here, and his firm has been instrumental of course in

12   assisting as in all these cases, not just in the cases where

13   there's conflict but also cases beyond our capabilities

14   where we need the assistance of outside counsel.

15           There are other counsel I haven't mentioned here

16   this morning.  All these applications have been made before

17   Your Honor.  I should note that in all of them there is a

18   request to allow the holdback up to 50 percent for our firm

19   as well as for all the others.  This is a recognition by

20   SIPC of the work that has been achieved to date.  There is

21   still an extensive holdback associated with each of the

22   firms, so they take that into account in allowing us to go

23   forward with that.

24           So at the end of the day what I would ask Your

25   Honor is to approve the application of Baker, the trustee,

Page 18

1     and all of the associate counsel.  Thank you.

2          THE COURT:  Thank you.  Mr. Bell?  Sorry I stole

3     your thunder.

4          MR. BELL:  No, Your Honor.  I'm Kevin Bell on

5     behalf of the Securities Investor Protection Corporation.

6     This is the 129th month of the liquidation proceeding.

7     We're dealing with Baker's fees for months 120 through 123.

8     We -- meaning me -- read every entry of every invoice of --

9     that Baker sends to us.  We ask questions.  We make comments

10    if there are revisions.

11         THE COURT:  I assume you read every one of the --

12    somebody reads every one of the applications.

13         MR. BELL:  I read every one.

14         THE COURT:  Okay, not just Baker's.

15         MR. BELL:  Hm?

16         THE COURT:  Not just Baker's.

17         MR. BELL:  I'm sorry?  Not just Baker.  No, I have

18    -- Windels puts in a lot of hours too, and then we --

19    actually, I think we have 24 fee applications up for the

20    Court, and all those invoices get vetted by me, and I make

21    my comments, and there are adjustments that are made as we

22    go forward.

23         Mr. Sheehan's given you a summary of all the

24    actions that are going on, and he and I, I think, talk

25    multiple times a day regarding this, or I talk to the

Page 19

1    specific Baker or Windels lawyer that are dealing with these

2    matters.

3             We have submitted our recommendations, and I would

4    highlight two points there.  With regard to Baker, this is

5    the 30th fee application, and in Paragraph 6, we point out

6    that with the 10 percent discount that we had negotiated in

7    the beginning of the case and the adjustments, the total

8    adjustment's about 14.7 percent of fees that they would

9    normally charge ordinary clients.

10            This is the 29th fee application of Windels Marx,

11   and in -- we note in Paragraph 3 that the reduction there is

12   16.65 percent across the board.  Similar adjustments have

13   been made.

14            As you know, this is the once-a-year catchup on

15   reducing the holdback, and SIPC is very supportive of that.

16   The firm shouldn't be carrying that type of holdback.  We

17   figure the holdback as -- if the Court approves the

18   reduction, the holdback that would still be going forward is

19   sufficient.

20            As we -- as we move forward, Mr. Sheehan's given

21   you a snapshot of the future.  There are, I think, little --

22   129 active good-faith cases.  Six of them are in the process

23   of settling.  Most of them are with a couple of counsel, and

24   you've seen some of that happening in the last month -- week

25   or so.  Hopefully we could get to that point in time.

1          We have received last week the petition for

2    certiorari in the extraterritoriality, and that work will be

3    being done by SIPC and the trustee in responding to that, so

4    that'll be a big tranche of work as we move forward in this

5    month, 129th and through future.

6          THE COURT:  When is the response due?

7          MR. BELL:  Well, if -- the other side had had

8    asked for a 30-day extension because of what they filed.  I

9    expect that the trustee and SIPC will ask for 30 days, so

10   it'll be the eve of Halloween if the Court grants the normal

11   30-day extension.

12         And so figure they'll reply and the package will

13   go to the Court sometime around Thanksgiving or thereabouts

14   based on the best prognostication of reading the Supreme

15   Court practice.

16         So we'll see how quickly the Court has a

17   conference and decides whether cert is granted or not.  And

18   that will predict how the 88 underlying cases that are tied

19   up in the decision you made, Your Honor, and that the

20   circuit made will be addressed, and that will be another

21   tranche of work that we will see going into the future.

22         THE COURT:  All right.

23         MR. BELL:  SIPC as well aware of what we're --

24         THE COURT:  Hold it down, please.

25         MR. BELL:  -- of what we're doing -- and as Your

Page 21

```
 1    Honor knows, the order you entered on the 10th -- the 10th

 2    allocation distribution motion was actualized by

 3    distributions to customers on February 22nd of this year so

 4    that in this what some people call the biggest fraud, the

 5    biggest Ponzi in world's history, the trustee has delivered

 6    into the hands of each and every one of the victims who had

 7    an allowed claim 66.633 percent.

 8              I think if the BVI and Bermuda courts approve the

 9    Kingate settlement as Your Honor did on August 8th, that

10    there will be an 11th allocation motion in the near future,

11    and I think that will bring us up to near --

12              THE COURT:  Hold on for a second.

13              MR. BELL:  -- 69 to 70 percent distribution.

14              THE COURT:  Hold it down back there, please.  If

15    you want to talk, talk out in the hallway.

16              MR. BELL:  So based on all those and SIPC's

17    recommendation and statutory provision, which Your Honor

18    always cites to me, SIPC would ask the Court to approve

19    these fee applications.

20              THE COURT:  Is -- are -- is the estate

21    administratively insolvent?

22              MR. BELL:  Until we get to the point --

23              THE COURT:  Until you get 100 percent.  I

24    understand that.

25              MR. BELL:  100 percent distribution, which --
```

Page 22

```
 1                THE COURT:  What's -- what's --

 2                MR. BELL:  I'm always hopeful, Your Honor.

 3                THE COURT:  Yeah, I know.

 4                MR. BELL:  You know, maybe the Mets make the World

 5      Series this year.  Who knows?  So --

 6                THE COURT:  Could happen.

 7                MR. BELL:  Hey, look.  They beat the Nationals

 8      yesterday, so --

 9                THE COURT:  Big deal.

10                MR. BELL:  But they lost the night before with

11      seven runs in the bottom of the ninth, so you never know.

12                THE COURT:  They should've only played eight

13      innings.

14                MR. BELL:  And we never know what the Supreme

15      Court's going to do on the petition for certiorari, and we

16      don't know what's going to happen in those 88 cases that

17      will be back before Your Honor.

18                THE COURT:  Mh hmm.

19                MR. BELL:  So the potential is there, but at this

20      moment in time on these fee applications, this estate is not

21      solvent.

22                THE COURT:  Okay.

23                MR. BELL:  And so therefore the SIPA statute

24      provisions are in play, and SIPC strongly recommends your

25      approval.
```

1           THE COURT:  Is there anyone else who wants to be

2      heard in connection with the fee applications?  Hearing no

3      response and in light of SIPC's recommendation and the

4      constraints on the Court, I will grant the applications.

5      You can submit an order.

6           MR. BELL:  Thank you, Your Honor.

7           MR. SHEEHAN:  Thank you, Your Honor.

8           THE COURT:  We'll do the pretrial conferences now,

9      or the conferences.  You can take that.

10          All right.  Let's start with, I guess the estate

11     of Berman is the first named defendant.  Who's handling

12     these for the trustee?

13          MS. ZUNNO:  I am, Your Honor.

14          THE COURT:  Okay.

15          MS. ZUNNO:  Hello, Your Honor.  Kathryn Zunno of

16     BakerHostetler on behalf of the trustee.

17          THE COURT:  All right.  The reason that I

18     scheduled this conference is I'm not inclined to grant any

19     further extensions.  This case is over 10 years old.  The

20     deadline for expert discovery is when?

21          MS. ZUNNO:  It's 45 days after -- the first

22     trigger for an expert disclosure is 45 days after the close

23     of discovery.

24          And if I could just give a little bit of context,

25     Your Honor, for the request --

Page 24

1            THE COURT:  Sure.

2            MS. ZUNNO:  -- I think that would be helpful.  The

3    two main reasons for the request, first, is to conclude a

4    mediation that's currently pending before Judge Cyganowski.

5    And two, hopefully finalize that settlement with three of

6    the remaining five defendants in the case, normally Richard

7    Spring who was a Cohmad registered representative, and two

8    of his related trusts.

9            We are inches away from finalizing that

10   settlement, and I would --

11           THE COURT:  You know, I've been hearing about this

12   for years, I think.

13           MS. ZUNNO:  I -- probably about a year.

14           THE COURT:  Right.

15           MS. ZUNNO:  I agree.  Without revealing

16   confidential --

17           THE COURT:  I'm not interested in confidential

18   discussions.

19           MS. ZUNNO:  -- settlement discussions, we are

20   working very hard to finish it.

21           THE COURT:  Right.

22           MS. ZUNNO:  The mediator, Judge Cyganowski, is

23   supportive of the extra time to get it across the finish

24   line.  We are, I would hope, a day or two away from

25   finalizing the term sheet.  And then we just need a couple

1    of weeks to finalize the settlement agreement itself.  Given

2    all the effort that's been put into this, it'll be -- we

3    really would like to see it get there, and we hope we can.

4            And once that settlement is finalized -- which

5    again we hope is very imminent -- there are only two

6    defendants left in the case.  One is Morton Kurzrok who is

7    -- who would then be the only remaining Cohmad registered

8    representative and the only remaining bad-faith defendant in

9    the case.  And the other is Jane Delaire who is a good-faith

10   defendant -- essentially, a good-faith defendant against

11   whom we've made clear to her we are only seeking the two-

12   year fictitious profit transfer number in connection with

13   her IA account.

14           And we've been very successful in this case,

15   streamlining it and funneling the number of defendants and

16   the issues.  We started with 30 defendants.  Since discovery

17   opened, we've settled with 18 more, and we would hope that

18   the extra time will help either resolve the remaining two,

19   you know, cases against the remaining defendants and just

20   give us the opportunity to essentially wrap up discovery.

21   There are a couple of additional depositions that need to be

22   done, but discovery is significantly complete.

23           THE COURT:  It should be after 10 years.

24           Look, I hear you.  There's nothing that prevents

25   you from settling this case.  This case has been going on,

1    as I said, for 10 years.  You can complete the mediation.

2    If you can settle it, fine.  Otherwise, I'm just inclined to

3    schedule a trial and try it.

4              MS. ZUNNO:  I mean, I would propose, Your Honor,

5    if six months is too long if we could do a month or two just

6    to --

7              THE COURT:  You told me you're two days away from

8    a term sheet in the mediation.  If there -- if that matter

9    is settled in principle, you can come back to me, but you

10   have two defendants who are not settling in the case.  The

11   case should be tried.

12             MS. ZUNNO:  We just need some time to complete

13   depositions of those remaining defendants --

14             THE COURT:  Right.  And --

15             MS. ZUNNO:  -- and there are strategic

16   considerations surrounding --

17             THE COURT:  Well --

18             MS. ZUNNO:  -- the decision to hold on that

19   because the case is significantly streamlined without the

20   Spring defendants and the Berman defendants who settled two

21   days after we submitted the amended case management plan.

22   So --

23             THE COURT:  Well --

24             MS. ZUNNO:  -- we really are looking for just a

25   short amount of time to wrap it up.  And if six months is

Page 27

1    too long, we're happy to shorten it.

2              THE COURT:  You're hondling with me.

3              Yes, sir.

4              MR. NEWMAN:  Good morning, Your Honor.  Steve

5    Newman on behalf of the Spring defendants.  I echo what the

6    trustee's counsel has said regarding the mediation that's

7    ongoing.  Part of it has been a lot of scheduling with the

8    mediator, Judge Cyganowski, but she has really been

9    extremely helpful in this case.  We were miles apart not

10   that long ago, and she's really been bringing us to the cusp

11   of the deal.  And a lot of the delay has been purely a

12   matter of scheduling and availability with what I would call

13   shuttle diplomacy, her scheduling times to talk to one side

14   and then the other, and then trying to figure out how to

15   come up with common ground.

16             I think we've been very productive in the recent

17   weeks.  If Your Honor has any questions, she indicated she'd

18   be willing to talk to Your Honor to let you know --

19             THE COURT:  I don't want to hear about the

20   mediation.  Certainly I don't want to hear from the

21   mediator.  That would be inappropriate.

22             You can -- as I said, you can complete your

23   mediation and you can complete your discovery.  This case is

24   an old case.  It's one of the oldest adversary proceedings.

25   And you should complete your discovery.  If you can settle

Page 28

```
 1    it, fine.  If not, just try it.

 2             MS. ZUNNO:  I just need to know one thing, Your

 3    Honor.  The end of discovery, if you don't grant the -- any

 4    extension, is in several days.

 5             THE COURT:  Mh hmm.

 6             MS. ZUNNO:  And that's not enough time to --

 7             THE COURT:  Why haven't you completed this --

 8             MS. ZUNNO:  -- notice depictions of the two

 9    remaining defendants.

10             THE COURT:  Who are the two defendants that you

11    want at this point?

12             MS. ZUNNO:  One is Morton Kurzrok, who I mentioned

13    is -- would be the last remaining registered representative

14    against whom we've alleged bad faith.  The other is a good-

15    faith defendant named Jane Delaire, who's proceeding pro se.

16             THE COURT:  Mh hmm.

17             MS. ZUNNO:  And because there are so few transfers

18    at issue with those two defendants, the remaining discovery

19    is significantly streamlined once we reach the settlement

20    with the Spring defendants, particularly in light of the

21    fact that we settled with three other defendants several

22    weeks ago.

23             THE COURT:  How much time do you need to complete

24    their depositions?

25             MS. ZUNNO:  We could do it within -- usually get
```

1    -- we give 30 days' notice.  We get the deposition notices

2    out.  Two months.

3            THE COURT:  Get your deposition notices out.  I

4    will just extend it as to those two witnesses, the 30 days,

5    so get your deposition notices out today.

6            MS. ZUNNO:  Okay.

7            THE COURT:  All right.  You can submit a modified

8    order.

9            MS. ZUNNO:  Thank you, Your Honor.

10            MR. NEWMAN:  Thank you, Your Honor.

11            THE COURT:  Okay.  Next is the matter -- the four

12    cases with Mr. Ruger.

13            MR. CREMONA:  Good morning, Your Honor.

14            THE COURT:  Good morning.

15            MR. CREMONA:  Dean Hunt and Nick Cremona for the

16    trustee.  I think we can make this very quick.  Mr. Ruger

17    and I have conferred.  We've agreed that we will conduct the

18    initial mediation session or resolve each of these cases via

19    the hardship process by the end of October, subject to any

20    availability issues his clients may have which we'll work

21    out.  And each party will submit its mediation statement 10

22    days prior to the mediation session.  That's for all four

23    cases.

24            THE COURT:  Do you -- do you have mediators in

25    this case?

1       MR. CREMONA:  Yes, we do.  I think Debbie

2   (indiscernible) --

3       THE COURT:  Okay.

4       MR. CREMONA:  -- has been assigned to all of them.

5   If not, we will work to make sure that we have the right

6   mediator in place.

7       THE COURT:  So you're telling me that by the end

8   of October, these cases will either be settled or settled in

9   principle or not?

10      MR. CREMONA:  Well, I think, you know, sometimes

11  in the mediation sessions, things come up that require a

12  little bit of additional time, but we will -- we will have

13  at least had our initial mediation session, so we'll know

14  whether or not we're going to get them resolved.

15      THE COURT:  All right.  What I'll do is -- is this

16  going to be embodied in an order or is this just going to --

17  handshake agreement that you have?

18      MR. CREMONA:  We can submit an order, or it's on

19  the record here today, if that's fine with you.

20      THE COURT:  All right.  I need one of those

21  matters count sheets, the sheet that has the, you know, the

22  daily matters count.  (Indiscernible) shows how many cases I

23  have on a particular day.

24      All right.  I'm going to give you a date in

25  November.  Say November 14th, okay?  Come back, another

1    conference.  You tell me the status.

2            MR. CREMONA:  Okay.  Will do, Your Honor.

3            THE COURT:  At 10:00.

4            MR. CREMONA:  Thank you very much.  I appreciate

5    your time.

6            THE COURT:  Next is Legacy.  It is time to

7    schedule a trial in this case?

8            MR. WARSHAVSKY:  Yes, Your Honor.  Owen Warshavsky

9    of -- excuse me -- of BakerHostetler for the trustee, Your

10   Honor.  The parties would like to schedule a trial for the

11   week of December 16th -- is it December 18th is the -- the

12   week of December 16th.

13           THE COURT:  I don't know if that's going to work.

14   I'm missing part of my calendar to schedule it.  Oh, I got

15   it.  Okay.  December 16th.  How long do you think the trial

16   is going to take?  There aren't many issues left.

17           MR. WARSHAVSKY:  There are not many issues.  We

18   think one day.  I think, in the discussion with counsel for

19   defendants earlier this week, I think they thought it might

20   spill over to a second day.  I'll let them explain it.  But

21   I think a lot of it will be on submission, Your Honor.

22           THE COURT:  I prefer to do it earlier in December.

23           MR. WARSHAVSKY:  Your Honor, part of the

24   constraint on it is the availability of Mr. Dubinsky who may

25   be a, I guess, a rebuttal witness for the trustee.  And

Page 32

1    getting his -- locking his schedule down has been tough for

2    us.  He's become a bit of a star, and --

3              THE COURT:  I'll give you December 16th but, you

4    know, that's around the holiday time, so I may or may not be

5    here, and it may have to be moved.  So why don't you get

6    some additional dates from Mr. Dubinsky.

7              MR. WARSHAVSKY:   Okay.  Thank you, Your Honor.

8              THE COURT:  All right.

9              MR. WARSHAVSKY:  We will do.

10             THE COURT:  10:00.  Okay.  See you then.

11             MR. WARSHAVSKY:  Thank you, Your Honor.

12             MAN 1:  Thank you, Your Honor.

13             THE COURT:  Make sure you exchange exhibits and

14   witness lists a week before.  Give me the exhibits on an

15   electronic disk.  It's easier than loose leaves, frankly.

16   Okay?

17             MR. WARSHAVSKY:  We will do, Your Honor.  Thank

18   you.

19             THE COURT:  And separate the exhibits.  Don't give

20   me 10,000 pages, one exhibit, one document.  Okay?

21             MR. WARSHAVSKY:  We will.  Thank you, Your Honor.

22             THE COURT:  Thank you.

23             (Whereupon these proceedings were concluded at

24   10:31 AM)

25

Page 33

1                          C E R T I F I C A T I O N

2

3          I, Sonya Ledanski Hyde, certified that the foregoing

4      transcript is a true and accurate record of the proceedings.

5

6

7

8      Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20      Veritext Legal Solutions

21      330 Old Country Road

22      Suite 300

23      Mineola, NY 11501

24

25      Date:  September 9, 2019

[& - allan]                                                                                          Page 1

| & |
|---|
| **&**   5:2,7,12,15,20 5:24 6:4,5,9,22 7:2,11,16,21,25 8:4,7 9:6,11 11:5 11:10 13:17 |

| 0 |
|---|
| **0**   8:1,9
**0.00.**   10:17
**04401**   12:2
**08-01789**   1:3
**09-01305**   1:16 11:20 |

| 1 |
|---|
| **1**   5:5,15,23 6:7,16 6:25 7:14,23 8:6 8:15,24 9:8,18 10:1,14 32:12
**1,131.26.**   6:1
**1,818,000.0**   5:8
**10**   12:1 16:13 19:6 23:19 25:23 26:1 29:21
**10,000**   32:20
**10,863.86**   6:10
**10-04357**   11:24
**10-04401**   2:11
**10-04861**   3:1 12:2
**10-04925**   2:2 12:1
**10-05286**   3:10 12:4
**100**   17:2 21:23,25
**10004**   3:22
**10022**   13:20
**101.00.**   6:10
**10111**   13:6
**10:00**   31:3 32:10
**10:06**   3:25
**10:31**   32:24
**10th**   21:1,1
**11501**   33:23 |

| **11th**   21:10
**12/1/2018**   5:8,16 5:25 6:10,18 7:3 7:17 8:1,8,17 9:1 9:11,20 10:16
**120**   18:7
**121.88.**   9:12
**12151**   33:7
**123**   18:7
**129**   19:22
**129th**   18:6 20:5
**14,316.03**   7:17
**14.7**   19:8
**14th**   30:25
**15,764.90.**   5:9
**16.65**   19:12
**160.00.**   10:4
**167,417.10**   8:1
**16th**   31:11,12,15 32:3
**17,158.65**   9:1
**17,277.30**   9:21
**17,403.93**   5:25
**18**   25:17
**18th**   31:11 |
|---|

| 2 |
|---|
| **2,075.95.**   6:19
**2,295.78.**   7:3
**2,705.62**   10:3
**2018**   5:5,15,23 6:7 6:16,25 7:14,23 8:6,15,24 9:8,18 10:1,14
**2019**   3:24 5:6,15 5:23 6:8,16 7:1,15 7:24 8:6,15,24 9:9 9:18 10:1,14 33:25
**20th**   13:19
**22nd**   21:3
**24**   18:19
**28.02.**   7:18 |

| **29th**   19:10 |
|---|

| 3 |
|---|
| **3**   19:11
**3,920**   14:11
**3/31/2019**   5:8,17 5:25 6:10,18 7:3 7:17 8:1,8,17 9:1 9:12,20 10:3,16
**30**   20:8,9,11 25:16 29:1,4
**30,257.92.**   8:18
**300**   33:22
**30th**   14:7 15:3 19:5
**31**   5:5,15,23 6:8 6:16,25 7:14,24 8:6,15,24 9:9,18 10:1,14
**31008908.43**   5:17
**330**   33:21 |

| 4 |
|---|
| **4,070.25**   9:12
**42.44.**   9:21
**429.96**   10:17
**444,872.64**   6:18
**45**   13:5 23:21,22
**485**   13:19
**495,036.96.**   5:17 |

| 5 |
|---|
| **5**   3:24
**5.47.**   9:2
**50**   17:18 |

| 6 |
|---|
| **6**   19:5
**66.633**   21:7
**684,411.85**   8:18
**69**   21:13 |

| 7 |
|---|
| **70**   21:13
**73,147.11**   7:3 |

| 8 |
|---|
| **8/1/2018**   10:3
**80**   16:6
**84,140.21**   8:9
**88**   20:18 22:16
**8th**   21:9 |

| 9 |
|---|
| **9**   33:25 |

| a |
|---|
| **account**   17:22 25:13
**accumulated**   15:4 15:5
**accurate**   33:4
**achieved**   17:20
**action**   15:6,14,15
**actions**   18:24
**active**   16:25 19:22
**actual**   5:4,14
**actualized**   21:2
**additional**   25:21 30:12 32:6
**addressed**   20:20
**adjustment's**   19:8
**adjustments**   18:21 19:7,12
**administratively**   21:21
**adv**   1:3,16 2:2,11 3:1,10 12:1
**adversary**   27:24
**agmon**   6:13,17
**ago**   27:10 28:22
**agree**   24:15
**agreed**   29:17
**agreement**   25:1 30:17
**ahead**   14:12
**al**   1:22 2:8,17 11:21 12:5
**allan**   11:16 |

alleged  28:14
allocation  21:2,10
allow  17:18
allowance  5:3,13
  5:21 6:6,14,23
  7:12,22 8:5,13,22
  9:7,16,25 10:13
allowed  21:7
allowing  17:22
alvin  2:8
amended  16:20
  26:21
amount  26:25
anyway  16:10
apace  15:25
apart  27:9
appeal  15:25
application  5:1,2
  5:11,12,19,20 6:3
  6:4,12,13,21,22
  7:5,6,10,11,20,21
  8:3,4,11,12,20,21
  9:4,5,14,15,23,24
  10:6,7,11,12,19
  10:20,24,25 11:4
  11:5,9,10,15,16
  14:8 17:25 19:5
  19:10
applications  14:3
  14:16 15:1,22
  17:16 18:12,19
  21:19 22:20 23:2
  23:4
applies  12:1
apply  16:19
appreciate  31:4
approval  22:25
approve  17:25
  21:8,18
approves  19:17
asked  20:8
assigned  30:4

assistance  17:14
assisting  17:12
associate  18:1
associated  17:21
associates  8:4,8
  10:25
association  11:11
assume  18:11
attorney  5:16
attorneys  7:21,25
  13:4,18
august  10:1 21:9
availability  27:12
  29:20 31:24
avenue  13:19
aware  14:20
  20:23

### b

b  4:1 11:21,25
  12:5
back  5:24 6:9,17
  7:1,8,15,24 8:7,16
  8:25 9:10,19 10:2
  10:15 15:3 21:14
  22:17 26:9 30:25
bad  25:8 28:14
baker  5:12,15
  17:25 18:9,17
  19:1,4
baker's  18:7,14
  18:16
bakerhostetler
  13:3 14:9 23:16
  31:9
bankruptcy  1:1
  3:20 4:3
barristers  7:21,25
based  20:14 21:16
beat  22:7
bedell  10:20
beginning  16:4
  19:7

behalf  18:5 23:16
  27:5
bell  14:10,11 18:2
  18:4,4,13,15,17
  20:7,23,25 21:13
  21:16,22,25 22:2
  22:4,7,10,14,19
  22:23 23:6
berman  23:11
  26:20
bermuda  14:17
  14:25 21:8
bernard  1:9,13,19
  2:5,14 3:4,13
bernie  17:10
bernstein  4:2
best  20:14
beyond  17:13
big  20:4 22:9
biggest  21:4,5
billable  14:23
bit  14:14 23:24
  30:12 32:2
board  19:12
bodden  6:5
bottom  22:11
bowling  3:21
bring  21:11
bringing  27:10
browne  8:12,16
  14:17
bvi  21:8

### c

c  13:1 14:1 33:1,1
calendar  31:14
call  21:4 27:12
capabilities  17:13
capital  3:16 12:5
  13:18
carrying  19:16
cascading  17:4
case  14:20 15:17
  17:1 19:7 23:19

24:6 25:6,9,14,25
  25:25 26:10,11,19
  26:21 27:9,23,24
  29:25 31:7
cases  15:25 16:7
  16:18,22,25 17:1
  17:3,5,6,12,12,13
  19:22 20:18 22:16
  25:19 29:12,18,23
  30:8,22
catchup  19:14
caused  14:22
cert  20:17
certainly  27:20
certified  33:3
certiorari  16:3
  20:2 22:15
charge  19:9
circuit  20:20
cites  21:18
claim  21:7
clear  25:11
clients  19:9 29:20
close  23:22
cochran  11:16
cohmad  1:22 24:7
  25:7
collins  8:21,25
come  26:9 27:15
  30:11,25
commence  15:13
comments  18:9,21
common  27:15
compensation  5:1
  5:3,11,13,19,21
  6:3,6,12,14,21,24
  7:5,10,13,20,22
  8:3,5,11,13,20,22
  9:4,7,14,16,23,25
  10:6,9,11,13,19
  10:22,24 11:2,4,7
  11:9,13,15,18

[complaints - england]                                                    Page 3

complaints 16:20
complete 25:22
  26:1,12 27:22,23
  27:25 28:23
completed 28:7
comply 16:20
conaway 7:11,16
conclude 24:3
concluded 32:23
conduct 29:17
conference 11:22
  12:1,6 20:17
  23:18 31:1
conferences 23:8
  23:9
conferred 29:17
confidential 24:16
  24:17
conflict 17:13
connection 23:2
  25:12
considerations
  26:16
consolidated 1:4
constraint 31:24
constraints 23:4
context 23:24
continuing 16:22
corp 1:22
corporation 1:6
  18:5
counsel 5:7,20,25
  6:5,9,13,18,23 7:2
  7:7,12,16,22,25
  8:4,8,12,17,21 9:1
  9:6,11,15,20,24
  10:3,7,12,16,21
  11:1,6,11,16 14:3
  14:8,15,15 17:14
  17:15 18:1 19:23
  27:6 31:18
count 30:21,22

country 33:21
couple 19:23
  24:25 25:21
course 14:19 15:7
  15:14 16:18 17:9
  17:11
court 1:1 3:20
  14:2,6,10,12 15:8
  15:25 16:11,13,16
  18:2,11,14,16,20
  19:17 20:6,10,13
  20:15,16,22,24
  21:12,14,18,20,23
  22:1,3,6,9,12,18
  22:22 23:1,4,8,14
  23:17 24:1,11,14
  24:17,21 25:23
  26:7,14,17,23
  27:2,19 28:5,7,10
  28:16,23 29:3,7
  29:11,14,24 30:3
  30:7,15,20 31:3,6
  31:13,22 32:3,8
  32:10,13,19,22
court's 22:15
courts 21:8
craft 16:20
create 14:22
cremona 13:14
  29:13,15,15 30:1
  30:4,10,18 31:2,4
creque 9:24 10:2
cristin 10:20
currently 24:4
cusp 27:10
customers 21:3
cyganowski 24:4
  24:22 27:8

d

d 13:8 14:1
daily 30:22
date 14:7 17:20
  30:24 33:25

dates 32:6
david 13:12
day 17:24 18:25
  20:8,11 24:24
  30:23 31:18,20
days 14:10 16:16
  20:9 23:21,22
  26:7,21 28:4 29:1
  29:4,22
deadline 23:20
deal 22:9 27:11
dealing 18:7 19:1
dean 13:8 29:15
debbie 30:1
debtor 1:14
december 5:5,15
  5:23 6:7,16,25
  7:14,23 8:6,15,24
  9:8,18 10:14
  31:11,11,12,15,22
  32:3
decided 16:5
decides 20:17
decision 20:19
  26:18
defendant 1:10,23
  2:9,18 3:8,17
  23:11 25:8,10,10
  28:15
defendants 24:6
  25:6,15,16,19
  26:10,13,20,20
  27:5 28:9,10,18
  28:20,21 31:19
delaire 25:9 28:15
delay 27:11
delayed 14:3
delivered 21:5
depictions 28:8
deposition 29:1,3
  29:5
depositions 14:24
  14:25 25:21 26:13

28:24
diplomacy 27:13
disclosure 15:18
  15:19 23:22
discount 19:6
discovery 15:18
  15:20 23:20,23
  25:16,20,22 27:23
  27:25 28:3,18
discussion 31:18
discussions 24:18
  24:19
disk 32:15
dismiss 16:24
distribution 21:2
  21:13,25
distributions 21:3
district 1:2
document 32:20
documents 15:21
doing 15:16 16:9
  20:25
downstairs 14:4
dubinsky 31:24
  32:6
due 20:6

e

e 4:1,1 10:25 13:1
  13:1 14:1,1 33:1
earlier 31:19,22
easier 32:15
echo 27:5
ecro 4:5
effort 15:14 25:2
eight 16:9 22:12
either 17:6 25:18
  30:8
electronic 32:15
embodied 30:16
encompassed 16:7
england 14:25
  15:20

englert 9:5,10
entered 21:1
entry 18:8
essentially 25:10
  25:20
estate 17:10 21:20
  22:20 23:10
et 1:22 2:8,17
  11:21 12:5
eugene 8:21,25
eve 20:10
event 16:12,17
  17:4,8
exchange 32:13
excuse 31:9
exhibit 32:20
exhibits 32:13,14
  32:19
expansive 14:16
expect 20:9
expenses 5:5,8,14
  5:17,22 6:1,7,10
  6:15,19,25 7:3,14
  7:17 8:1,9,14,18
  8:23 9:2,8,12,17
  9:21 10:4,17
expert 23:20,22
explain 31:20
extend 29:4
extension 20:8,11
  28:4
extensions 23:19
extensive 17:21
extra 24:23 25:18
extraterritoriality
  20:2
extremely 27:9

f

f 4:1 8:21,25
  13:22 33:1
fact 28:21
fairly 15:24

faith 16:25 17:3
  19:22 25:8,9,10
  28:14,15
familiar 15:6
february 21:3
fee 5:8,17,25 6:10
  6:18 7:3,17 8:1,9
  8:18 9:1,12,21
  10:3,17 14:2,8
  18:19 19:5,10
  21:19 22:20 23:2
fees 5:24 6:8,17
  7:1,7,15,24 8:7,16
  8:25 9:9,19 10:2,8
  10:15,22 11:2,7
  11:12,17 18:7
  19:8
fictitious 25:12
figure 19:17 20:12
  27:14
filed 16:1 20:8
finalize 24:5 25:1
finalized 25:4
finalizing 24:9,25
fine 26:2 28:1
  30:19
finish 24:20,23
firm 9:15,19
  15:23 17:11,18
  19:16
firms 17:22
first 23:11,21 24:3
five 24:6
floor 13:19
florida 2:8
foregoing 33:3
foreign 14:15,15
forestall 16:14
formerly 6:4
forward 17:23
  18:22 19:18,20
  20:4

four 29:11,22
frank 13:13
frankly 32:15
fraud 21:4
funneling 25:15
further 23:19
future 19:21 20:5
  20:21 21:10

g

g 14:1
getting 32:1
gindel 2:8,17
giudici 10:25
give 15:20 23:24
  25:20 29:1 30:24
  32:3,14,19
given 18:23 19:20
  25:1
gmbh 6:22 7:2
go 14:12 17:22
  18:22 20:13
going 15:3,11,24
  16:3 18:24 19:18
  20:21 22:15,16
  25:25 30:14,16,16
  30:24 31:13,16
good 14:5,6 16:25
  17:2 19:22 25:9
  25:10 27:4 28:14
  29:13,14
graf 6:22 7:1
grant 23:4,18
  28:3
granted 20:17
grants 20:10
green 3:21
greiff 11:25
ground 27:15
guernsey 10:20
guess 23:10 31:25

h

h 1:18 2:4,13 3:3
  3:12 11:20,24
  12:4
halloween 20:10
hallway 21:15
handling 23:11
hands 21:6
handshake 30:17
happen 17:6 22:6
  22:16
happened 15:2,12
happening 15:8
  16:1 17:5 19:24
happy 27:1
hard 16:18 17:9
  24:20
hardship 29:19
harold 3:7
hear 25:24 27:19
  27:20
heard 23:2
hearing 5:1 23:2
  24:11
hein 3:7
held 5:24 6:9,17
  7:1,7,15,24 8:7,16
  8:25 9:10,19 10:2
  10:9,15,22 11:2,7
  11:12,17
hello 23:15
help 25:18
helpful 24:2 27:9
hey 22:7
higgs 6:4,4,9
highlight 19:4
history 21:5
hm 18:15
hmm 22:18 28:5
  28:16
hold 20:24 21:12
  21:14 26:18

[holdback - matters]                                                                                   Page 5

**holdback** 5:6
  17:18,21 19:15,16
  19:17,18
**holiday** 32:4
**hon** 4:2
**hondling** 27:2
**honor** 14:5,14,20
  15:6 16:8,23 17:2
  17:17,25 18:4
  20:19 21:1,9,17
  22:2,17 23:6,7,13
  23:15,25 26:4
  27:4,17,18 28:3
  29:9,10,13 31:2,8
  31:10,21,23 32:7
  32:11,12,17,21
**hope** 24:24 25:3,5
  25:17
**hopeful** 22:2
**hopefully** 15:16
  19:25 24:5
**hostetler** 5:12,16
**hours** 14:23 18:18
**hunt** 13:8 29:15
**hyde** 12:25 33:3,8

**i**

**ia** 25:13
**imminent** 25:5
**inappropriate**
  27:21
**inches** 24:9
**inclined** 23:18
  26:2
**incurred** 5:5,14
  5:22 6:7,15,25
  7:14 8:14,23 9:8
  9:17
**indicated** 27:17
**indiscernible**
  14:18,22 15:15
  17:9 30:2,22
**initial** 29:18 30:13

**innings** 22:13
**insolvent** 21:21
**instrumental**
  17:11
**insurmountable**
  17:7
**intense** 14:21
**interested** 24:17
**interim** 5:1,3,11
  5:13,19,21 6:3,6
  6:12,14,21,23 7:5
  7:10,12,20,22 8:3
  8:5,11,13,20,22
  9:4,7,14,16,23,25
  10:6,11,13,19,24
  11:4,9,15 14:8
  16:6
**investment** 1:9,19
  2:5,14 3:4,13
**investor** 1:6 18:5
**invoice** 18:8
**invoices** 18:20
**irving** 1:18 2:4,13
  3:3,12 11:20,24
  12:4 14:9
**israel** 15:12,19
**israeli** 15:5,15
**issue** 28:18
**issues** 25:16 29:20
  31:16,17
**it'll** 20:10 25:2

**j**

**j** 3:7 13:9,12,14
**jacobson** 8:12,16
  14:17
**jane** 25:9 28:15
**jason** 13:10
**johnson** 6:4,4,9
**jonathan** 4:5
**judge** 4:3 24:4,22
  27:8

**k**

**kajon** 13:22
**kandestin** 10:7
**kathryn** 23:15
**kathyrn** 13:15
**kelley** 11:10
**kevin** 18:4
**kingate** 14:20
  15:2 21:9
**know** 15:23,24
  17:1 19:14 22:3,4
  22:11,14,16 24:11
  25:19 27:18 28:2
  30:10,13,21 31:13
  32:4
**knows** 14:14 21:1
  22:5
**kugler** 10:7
**kurzrok** 11:21
  25:6 28:12

**l**

**l** 1:9,13,19 2:5,14
  3:4,13
**l.l.p.** 5:16 10:7
**la** 11:5
**landreth** 11:5
**lane** 5:2,7
**large** 14:23
**larger** 15:22
**law** 9:15,19
**lawyer** 19:1
**leaves** 32:15
**ledanski** 12:25
  33:3,8
**lee** 13:17
**left** 25:6 31:16
**legacy** 3:16 12:5
  13:18 31:6
**legal** 33:20
**light** 23:3 28:20
**line** 24:24
**liquidation** 1:4,18
  2:4,13 3:3,12

11:20,24 12:4
  18:6
**lists** 32:14
**little** 14:14 19:21
  23:24 30:12
**llc** 1:9,19 2:5,14
  3:4,13
**llp** 5:3,7,12 7:11
  7:16 8:12,16 9:6
  9:11
**locking** 32:1
**london** 14:16
**long** 26:5 27:1,10
  31:15
**look** 22:7 25:24
**looking** 26:24
**loose** 32:15
**lost** 22:10
**lot** 14:24,25 15:5
  18:18 27:7,11
  31:21

**m**

**m** 4:2 13:13,15
**madison** 13:19
**madoff** 1:9,13,19
  2:5,14 3:4,13 14:2
  17:10
**magnify** 15:6
**main** 24:3
**man** 32:12
**management**
  26:21
**maniglio** 10:25
**march** 5:5,15,23
  6:8,16,25 7:14,23
  8:6,15,24 9:9,18
  10:1,14
**markel** 13:11
**marx** 5:2,7 19:10
**matter** 1:12 26:8
  27:12 29:11
**matters** 19:2
  30:21,22

[mean - previously]                                                                    Page 6

**mean** 26:4
**meaning** 18:8
**mediation** 15:9
  24:4 26:1,8 27:6
  27:20,23 29:18,21
  29:22 30:11,13
**mediations** 15:11
**mediator** 24:22
  27:8,21 30:6
**mediators** 29:24
**mentioned** 17:15
  28:12
**mets** 22:4
**mh** 22:18 28:5,16
**miles** 27:9
**mineola** 33:23
**missing** 31:14
**mittendorf** 5:3,7
**modified** 29:7
**moment** 22:20
**month** 18:6 19:24
  20:5 26:5
**months** 16:9 18:7
  26:5,25 29:2
**morning** 14:5,6
  14:14 17:16 27:4
  29:13,14
**morton** 25:6
  28:12
**motion** 14:24 21:2
  21:10
**motions** 16:24
**move** 19:20 20:4
**moved** 32:5
**multiple** 18:25
**munari** 10:25

**n**

**n** 13:1 14:1 33:1
**named** 23:11
  28:15
**nationals** 22:7
**near** 21:10,11

**necessary** 5:4,14
**need** 17:14 24:25
  25:21 26:12 28:2
  28:23 30:20
**negotiated** 19:6
**nelson** 17:1
**never** 22:11,14
**new** 1:2 3:22 13:6
  13:20 16:20
**newman** 27:4,5
  29:10
**nicholas** 13:14,22
**nick** 29:15
**night** 22:10
**ninth** 5:2 22:11
**nordman** 6:13
**normal** 20:10
**normally** 19:9
  24:6
**nos** 12:1
**note** 17:17 19:11
**notice** 28:8 29:1
**notices** 29:1,3,5
**november** 30:25
  30:25
**number** 25:12,15
**ny** 3:22 13:6,20
  33:23

**o**

**o** 4:1 14:1 33:1
**obstacles** 17:7
**occur** 15:2
**october** 29:19
  30:8
**oh** 31:14
**okay** 18:14 22:22
  23:14 29:6,11
  30:3,25 31:2,15
  32:7,10,16,20
**old** 23:19 27:24
  33:21
**oldest** 27:24

**oliva** 13:13
**oliver** 13:10
**once** 19:14 25:4
  28:19
**ones** 14:16,17
**ongoing** 27:7
**opened** 25:17
**opportunity**
  25:20
**opposition** 16:1
**order** 21:1 23:5
  29:8 30:16,18
**ordinary** 19:9
**oren** 13:9
**orseck** 9:5,10
**outside** 17:14
**owen** 31:8

**p**

**p** 13:1,1 14:1
**p.c.** 11:5
**package** 20:12
**pages** 32:20
**panfili** 10:25
**paragraph** 19:5
  19:11
**part** 27:7 31:14
  31:23
**partial** 5:6
**particular** 30:23
**particularly**
  28:20
**parties** 31:10
**partnership** 10:20
**party** 29:21
**pending** 24:4
**people** 21:4
**percent** 17:18
  19:6,8,12 21:7,13
  21:23,25
**period** 5:7,16,25
  6:9,18 7:2,17,25
  8:8,17 9:1,11,20
  10:3,16 14:22,23

  15:3
**periods** 10:9,22
  11:2,7,13,18
**petition** 16:3 20:1
  22:15
**picard** 1:18 2:4,13
  3:3,12 11:20,24
  12:4 14:9
**pitkowitz** 6:22 7:2
**place** 14:24 15:18
  30:6
**placed** 16:21
**plaintiff** 1:7,20
  2:6,15 3:5,14
**plan** 26:21
**play** 22:24
**played** 22:12
**please** 20:24
  21:14
**pllc** 9:15,19
**point** 17:5 19:5,25
  21:22 28:11
**points** 19:4
**ponzi** 21:5
**portion** 5:24 6:8
  6:17 7:1,7,15,24
  8:7,16,25 9:9,19
  10:2,8,15,21 11:1
  11:6,12,17
**potential** 22:19
**practice** 14:24
  20:15
**pre** 12:6
**predict** 20:18
**prefer** 31:22
**prepared** 16:8
**preparing** 16:2
**pretrial** 23:8
**pretty** 16:17
**prevents** 25:24
**previously** 10:8
  10:22 11:2,7,12
  11:17

principle 26:9
30:9
prior 10:9,22 11:2
11:7,12,18 29:22
pro 1:3,16 2:2,11
3:1,10 28:15
probably 16:4,11
24:13
proc 12:1
proceed 15:18
proceeding 15:25
18:6 28:15
proceedings
27:24 32:23 33:4
process 19:22
29:19
productive 27:16
professional 5:1
5:11,19 6:3,12,21
7:5,10,20 8:3,11
8:20 9:4,14,23
10:6,11,19,24
11:4,9,10,15
profit 25:12
prognostication
20:14
propose 26:4
protection 1:6
18:5
provision 21:17
provisions 22:24
purely 27:11
put 25:2
puts 18:18

**q**

questions 18:9
27:17
quick 29:16
quickly 20:16

**r**

r 4:1 13:1 14:1
33:1

reach 28:19
read 18:8,11,13
reading 20:14
reads 18:12
really 25:3 26:24
27:8,10
reason 14:19,21
23:17
reasons 24:3
rebuttal 31:25
received 20:1
rechtsanwalte
6:22 7:2,6
recognition 17:19
recommendation
21:17 23:3
recommendations
19:3
recommends
22:24
record 30:19 33:4
reducing 19:15
reduction 19:11
19:18
reflective 15:1
regard 19:4
regarding 18:25
27:6
registered 24:7
25:7 28:13
reimbursement
5:4,14,22 6:7,15
6:24 7:13 8:14,23
9:8,17
related 24:8
release 5:6,23 6:8
6:16 7:1,7,15,24
8:7,15,24 9:9,18
10:1,8,15,21 11:1
11:6,11,17
remaining 24:6
25:7,8,18,19
26:13 28:9,13,18

rendered 5:4,13
5:22 6:6,15,24
7:13,23 8:6,14,23
9:7,17,25 10:14
reply 20:12
reporting 15:3
representative
24:7 25:8 28:13
request 5:6 17:18
23:25 24:3
require 30:11
resolve 15:14 17:3
25:18 29:18
resolved 30:14
responding 20:3
response 16:2
20:6 23:3
return 14:7
revealing 24:15
revisions 18:10
revisiting 16:18
revocable 2:8
richard 24:6
rid 15:16
right 17:2 20:22
23:10,17 24:14,21
26:14 29:7 30:5
30:15,20,24 32:8
ritter 7:6
road 33:21
robbins 9:5,10
rockefeller 13:5
rose 2:17
ruger 29:12,16
ruling 16:7
runs 22:11
russell 9:5,10

**s**

s 13:1 14:1
sauber 9:6,11
saying 16:15
sca 9:24 10:2

scaletta 9:15,19
schedule 26:3
31:7,10,14 32:1
scheduled 23:18
scheduling 27:7
27:12,13
schierscher 7:6
schiltz 5:20,20,24
5:24
scott 11:10
se 28:15
sec 1:22
second 21:12
31:20
securities 1:6,9,19
2:5,14 3:4,13 18:5
see 15:16 16:24
20:16,21 25:3
32:10
seeking 25:11
seen 19:24
sends 18:9
separate 32:19
september 3:24
33:25
series 22:5
services 5:4,13,21
6:6,15,24 7:13,23
8:5,14,22 9:7,17
9:25 10:13
session 29:18,22
30:13
sessions 30:11
settle 17:6 26:2
27:25
settled 14:20,21
25:17 26:9,20
28:21 30:8,8
settlement 21:9
24:5,10,19 25:1,4
28:19
settling 19:23
25:25 26:10

seven 22:11
she'd 27:17
sheehan 13:12
  14:5,7,13 15:10
  16:12,14,17 23:7
sheehan's 18:23
  19:20
sheet 24:25 26:8
  30:21
sheets 30:21
short 26:25
shorten 27:1
should've 22:12
shows 30:22
shuttle 27:13
side 15:16 20:7
  27:13
sides 15:19
signature 33:7
significantly
  25:22 26:19 28:19
similar 19:12
sipa 1:4 22:23
sipc 17:20 19:15
  20:3,9,23 21:18
  22:24
sipc's 21:16 23:3
sir 27:3
six 19:22 26:5,25
smb 1:3,16 2:2,11
  3:1,10 11:20,24
  12:4
snapshot 19:21
solutions 33:20
solvent 22:21
somebody 18:12
sonya 12:25 33:3
  33:8
soroker 6:13
sorokor 6:17
sorry 18:2,17
southern 1:2

spaulding 11:5
speak 15:11
special 5:7,20,24
  6:5,9,13,17,23 7:2
  7:6,12,16,21,25
  8:4,8,12,17,21,25
  9:6,11,15,20,24
  10:2,7,12,16,21
  11:1,6,11,16
specific 19:1
spill 31:20
spring 24:7 26:20
  27:5 28:20
standards 16:19
  16:21
star 32:2
stargatt 7:11,16
start 14:2 23:10
started 25:16
statement 29:21
states 1:1 3:20
status 31:1
statute 22:23
statutory 21:17
steve 27:4
stevens 13:17
stole 18:2
strategic 26:15
streamlined 26:19
  28:19
streamlining
  25:15
strongly 22:24
stuart 4:2
subject 29:19
submission 31:21
submit 23:5 29:7
  29:21 30:18
submitted 19:3
  26:21
subsequently
  16:23

substantively 1:4
successful 25:14
sufficient 19:19
suite 33:22
summary 18:23
supportive 19:15
  24:23
supreme 20:14
  22:14
sure 24:1 30:5
  32:13
surrounding
  26:16

t

t 33:1,1
take 16:3 17:22
  23:9 31:16
taken 15:18
talk 14:13,14
  18:24,25 21:15,15
  27:13,18
tanzi 11:5
tatiana 13:11
taylor 7:11,16
teams 17:8
tell 31:1
telling 30:7
term 24:25 26:8
terms 15:23
thank 14:12 18:1
  18:2 23:6,7 29:9
  29:10 31:4 32:7
  32:11,12,17,21,22
thanksgiving
  20:13
thereabouts 20:13
thing 28:2
things 30:11
think 14:3 18:19
  18:24 19:21 21:8
  21:11 24:2,12
  27:16 29:16 30:1
  30:10 31:15,18,18

31:19,21
thirtieth 5:11
thought 17:4
  31:19
three 24:5 28:21
thunder 18:3
tied 20:18
time 14:23 15:4,5
  15:12 19:25 22:20
  24:23 25:18 26:12
  26:25 28:6,23
  30:12 31:5,6 32:4
times 18:25 27:13
today 14:7 16:23
  29:5 30:19
told 26:7
total 19:7
tough 32:1
tranche 20:4,21
transcribed 12:25
transcript 33:4
transfer 25:12
transfers 28:17
trial 12:6 26:3
  31:7,10,15
trials 16:24
tried 17:3,5 26:11
trigger 23:22
true 33:4
truman 6:5
trust 2:8,8,17
trustee 1:18 2:4
  2:13 3:3,12 5:12
  5:21 6:5,14,23 7:7
  7:12,22 8:5,13,22
  9:6,16,24 10:8,13
  10:21 11:1,6,11
  11:17,20,24 12:4
  13:4 14:8 17:10
  17:25 20:3,9 21:5
  23:12,16 29:16
  31:9,25

**trustee's**  5:16
  27:6
**trusts**  24:8
**try**  26:3 28:1
**trying**  15:15
  16:14 27:14
**twenty**  5:2
**two**  14:15 15:1,10
  15:11 19:4 24:3,5
  24:7,24 25:5,11
  25:18 26:5,7,10
  26:20 28:8,10,18
  29:2,4
**type**  19:16

**u**

**u.s.**  4:3 15:14
**uggc**  8:4,7
**underlying**  20:18
**understand**  21:24
**united**  1:1 3:20
**untereiner**  9:6,10
**usually**  28:25

**v**

**v**  1:8,21 2:7,16 3:6
  3:15 11:21,25
  12:5
**various**  16:24
**veritext**  33:20
**vetted**  18:20
**victims**  21:6
**vigano**  10:12,16

**w**

**want**  21:15 27:19
  27:20 28:11
**wants**  23:1
**warshavsky**  13:9
  31:8,8,17,23 32:7
  32:9,11,17,21
**we've**  15:21 17:7
  25:11,14,17 27:16
  28:14 29:17

**week**  15:13 16:2
  19:24 20:1 31:11
  31:12,19 32:14
**weeks**  25:1 27:17
  28:22
**werder**  10:12,15
**williams**  7:21,25
  14:18
**willing**  27:18
**windels**  5:2,6
  18:18 19:1,10
**wisdom**  15:16
**witness**  31:25
  32:14
**witnesses**  29:4
**wolter**  11:10
**work**  14:21 17:20
  20:2,4,21 29:20
  30:5 31:13
**working**  16:6,17
  17:8 24:20
**world**  22:4
**world's**  21:5
**wrap**  25:20 26:25

**x**

**x**  1:5,11,15,17 2:1
  2:3,10,12,19 3:2,9
  3:11,18

**y**

**yeah**  16:10 22:3
**year**  16:4 19:14
  21:3 22:5 24:13
  25:12
**years**  16:13 23:19
  24:12 25:23 26:1
**yesterday**  22:8
**york**  1:2 3:22 13:6
  13:20
**young**  7:11,16

**z**

**zunno**  13:15
  23:13,15,15,21