BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT STATEMENT    11/21/1994

Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496


THE BERGER FUNDS
1-800-551-5849

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

WHERE IS MY
877 318 3852   IRA funds

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    No. 4806    Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| 1/10 | 1/10 | BEGINNING BALANCE | | | |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 379.7450 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 44.6690 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 6.1940 |
| 3/07 | 3/07 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 11.6080 |
| 3/16 | 3/16 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 28.9350 |
| 3/25 | 3/25 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 5.7970 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 6.0500 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 17.9320 |
| | | | 12.00 | | 6.2760 |

Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Dividends and Cap. Gains
1994 Contributions

Account Value:    507.206 Shares at    $15.93 =    $8,079.79

Total Shares Held    507.206
1993 Contributions    209.00

Primary Beneficiary    IRMA GROSS SAME
Secondary Beneficiary

Pri. Benef. Birthdate    Sec. Benef. Birthdate    Participant Birthdate

---

BERGER ONE HUNDRED FUND, INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

1-800-551-5849

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    No. 4806    Chk Dgt 6


THE BERGER FUND

To Invest By Mail:
Purchases into this account, this stub and your check enclosed envelope.

BERGER ONE HUNDRED
FUND INC
P.O. BOX 419529
K.C. MO 64141-6529

1994 Shareowner Contribution    $ _____

Fee Amount    $ _____

DEALER INFORMATION

08405610 01993334806 0000043

**Fiserv Investment Support Services**

PO Box 173859
Denver, CO 80217-3859
Phone: 800-962-4238

IRS

**DAVID GROSS**
Account Number: 019400910001

Date: JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

Account Type: IRA

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

## Account Allocation

*CASH 100.0%
Total: 100.0%

## Account Summary

| Asset Class | Market Value |
|---|---|
| *CASH | $936.47 |
| Total Assets | $936.47 |



Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

## Activity Summary

| | Current Period | Year-to-Date |
|---|---|---|
| Beginning Value at Market | $935.37 | $1,418,125.95 |
| Contributions | $0.00 | $0.00 |
| Rollover | $0.00 | $0.00 |
| Dividend/Interest Income | $1.10 | $1.30 |
| Other Receipts | $0.00 | $0.00 |
| Distributions | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Other Disbursements | $0.00 | $0.00 |
| Other Transactions | $0.00 | ($1,417,190.78) |
| Account Activity Difference | | |
| Ending Value at Market | $936.47 | $936.47 |

[handwritten annotations: $33,805 50 4/8, $33,805 50, CASE 504 - 802 11/13]

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Page 1 of 3

Account number: 0091   Simple IRA

Preliminary Statement
12/20/94

SSN: 1207

David Gross
52 Morgan Drive
Old Westbury, NY  11568

Statement for 10/01/94 thru 12/19/94

Transaction Summary

| No. | Date | Transaction | Codes | Amount |
|---|---|---|---|---|
| | | Beginning balance | | $.00 |
| 1 | 12/02/94 | #291770 - Establishment Fees Rec | TE CP | 25.00 |
| 2 | 12/02/94 | #291771 - Trust Administration Fee | T  CP | 58.00 |
| 3 | 12/02/94 | #291770 - Transfer fee to RAI | Y  PC | 25.00- |
| 4 | 12/02/94 | #291771 - Transfer fee to RAI | Y  PC | 58.00- |
| 5 | 12/13/94 | TFPT ACORN FUND | C  CP | 106,321.38 |
| 6 | 12/13/94 | To Bernard L. Madoff Investments | *  BC | 106,321.38- |
| 7 | 12/14/94 | TFPT-AMERICAN CAPITAL COMSTOCK FD-A | C  CP | 46,535.47 |
| 8 | 12/14/94 | TFPT-BERGER ONE HUNDRED FUND, INC. | C  CP | 7,597.95 |
| 9 | 12/14/94 | To Bernard L. Madoff Investments | *  BC | 46,535.47- |
| 10 | 12/14/94 | To Bernard L. Madoff Investments | *  BC | 7,597.95- |
| 11 | 12/19/94 | TFPT KAUFMANN FUND INC | C  CP | 52,245.66 |
| 12 | 12/19/94 | TFPT JANUS FUND | C  CP | 71,323.82 |
| 13 | 12/19/94 | To Bernard L. Madoff Investments | *  BC | 52,245.66- |
| 14 | 12/19/94 | To Bernard L. Madoff Investments | *  BC | 71,323.82- |
| | | Ending balance | | $.00 |
| | | Total Account Value this period | | $.00 |
| | | Total Account Value last period | | $.00 |
| | | Difference | | $.00 |

Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

DELIVERING HIGH PERFORMANCE SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
Post Office Box 3017 ▪ Winter Park, Florida 32790 ▪ Phone 407-644-2002 ▪ Toll Free 1-800-325-4352 ▪ FAX 407-740-5149



# RETIREMENT ACCOUNTS
### INCORPORATED

December 13, 1994

Bernard L. Madoff
Attn: Erin Reardon

RE: Retirement Accounts, Inc. Cust. IRA
FBO: David Gross ▇0091)
A/C# ▇61-3-0▇

Dear Sir and/or Madam:

We acknowledge that the above client has established an Individual Retirement Account with our firm. We agree to accept the transfer/rollover authorized by our client. Please contact Darla McLaughlin upon receipt of the letter should you require further direction regarding the transfer.

The new registration or payee on checks should read as follows:

    Retirement Accounts, Inc. Cust. IRA
    FBO: David Gross ▇0091)
    P.O. Box 3017
    Winter Park, FL 32790
    TAX ID #59-1609927

If you have any questions, please call.

Sincerely,

Retirement Accounts, Inc.
Authorized Signer

G  David Gross
   7248 Ballantrae Ct
   Boca Raton, FL 33496

/hkr



Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

---

DELIVERING HIGH PERFORMANCE SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
Post Office Box 3017 ▪ Winter Park, Florida 32790 ▪ Phone 407-644-2002 ▪ Toll Free 1-800-325-4352 ▪ FAX 407-740-5149

BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT STATEMENT  11/21/1994

Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496



THE BERGER FUNDS
1-800-551-5849

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY  11568-1010

WHERE IS MY
877 319 3852 IRA

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    806    Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| 1/10 | 1/10 | BEGINNING BALANCE | | | |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 379.7450 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 44.6690 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 6.1940 |
| 3/07 | 3/07 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 11.6080 |
| 3/16 | 3/16 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 28.9350 |
| 3/25 | 3/25 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 5.7970 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 6.0500 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 17.9320 |
| | | | 12.00 | | 6.2760 |



Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Dividends and Cap. Gains
1994 Contributions

Total Shares Held  507.206
1993 Contributions  209.00

Account Value:  507.206 Shares at  $15.93 = $8,079.79

Primary Beneficiary  IRMA GROSS
Secondary Beneficiary  SAME

Pri. Benef. Birthdate       Sec. Benef. Birthdate       Participant Birthdate

---

BERGER ONE HUNDRED FUND, INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY  11568-1010

1-800-551-5849

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    806    Chk Dgt 6

THE BERGER FUNDS

To Invest By Mail:
Purchases into this account, this stub and your check enclosed envelope.

BERGER ONE HUNDRED FUND INC
P.O. BOX 419529
K.C. MO 64141-6529

1994 Shareowner Contribution  $_____

Fee Amount  $_____

DEALER INFORMATION

08405610 01993348066 0000043

*ITEM #1*



# RETIREMENT ACCOUNTS INCORPORATED

Account number: ░░0091    Simple IRA

David Gross
52 Morgan Drive
Old Westbury, NY  11568

Preliminary Statement
12/20/94

SSN: ░░░░1207

Statement for 10/01/94 thru 12/19/94

## Transaction Summary

| No. | Date | Transaction | Codes | | Amount |
|---|---|---|---|---|---|
| | | Beginning balance | | | $.00 |
| 1 | 12/02/94 | #291770 - Establishment Fees Rec | TE | CP | 25.00 |
| 2 | 12/02/94 | #291771 - Trust Administration Fee | T | CP | 58.00 |
| 3 | 12/02/94 | #291770 - Transfer fee to RAI | Y | PC | 25.00- |
| 4 | 12/02/94 | #291771 - Transfer fee to RAI | Y | PC | 58.00- |
| 5 | 12/13/94 | TFPT ACORN FUND | C | CP | 106,321.38 |
| 6 | 12/13/94 | To Bernard L. Madoff Investments | * | BC | 106,321.38- |
| 7 | 12/14/94 | TFPT-AMERICAN CAPITAL COMSTOCK FD-A | C | CP | 46,535.47 |
| 8 | 12/14/94 | TFPT-BERGER ONE HUNDRED FUND, INC. | C | CP | 7,597.95 |
| 9 | 12/14/94 | To Bernard L. Madoff Investments | * | BC | 46,535.47- |
| 10 | 12/14/94 | To Bernard L. Madoff Investments | * | BC | 7,597.95- |
| 11 | 12/19/94 | TFPT KAUFMANN FUND INC | C | CP | 52,245.66 |
| 12 | 12/19/94 | TFPT JANUS FUND | C | CP | 71,323.82 |
| 13 | 12/19/94 | To Bernard L. Madoff Investments | * | BC | 52,245.66- |
| 14 | 12/19/94 | To Bernard L. Madoff Investments | * | BC | 71,323.82- |

Ending balance   $.00

Total Account Value this period   $.00
Total Account Value last period   $.00
Difference   $.00



Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

