

**DOROTHY JACKS, CFA, AAS**
PALM BEACH COUNTY PROPERTY APPRAISER
301 N. OLIVE AVENUE, 1st FLOOR
WEST PALM BEACH FL 33401
(561) 355-2866

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE PAID
WEST PALM BCH. FL
PERMIT NO. 214

RETURN SERVICE REQUESTED

**2018 HOMESTEAD RECEIPT**
KEEP THIS FOR YOUR RECORDS
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PROPERTY CONTROL NUMBER
00 42 46 33 04 000 2570

EXEMPTIONS RENEWED FOR THIS PROPERTY:
HOMESTEAD

Legal Description
ST ANDREWS COUNTRY CLUB PL 4
LT 257

JAN 03 2022

GROSS DAVID &
GROSS IRMA
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

72239

888 473 2943

---

IMPORTANT! If you have sold, rented or changed the ownership of your property, including through divorce, separation, death or marriage since January 1, of last year; or if you no longer qualify for the exemption(s) on this property, Florida law requires you to notify the Property Appraiser's Office.

HOMESTEAD EXEMPTION is granted to permanent Florida residents only. If you or your spouse are receiving a residency based exemption or benefit in another county, state or country, you are not eligible for exemption. This property must be your permanent residence. A permanent residence is the address listed on your driver's license, the place where you register your cars, file your income tax and vote. If this property is not your permanent residence, or you are not a resident of Florida, you must notify the Property Appraiser.

IF YOU MOVE TO A NEW HOME, THE HOMESTEAD EXEMPTION DOES NOT TRANSFER AUTOMATICALLY. To receive a new or additional exemption, you must make the application before **March 1**. If you move to another home anywhere within the state of Florida you may be eligible to take your homestead cap savings with you. To be eligible you must apply for and receive a homestead exemption on your new property within two years of leaving your previous homesteaded property and submit a (DR-501T) Homestead Assessment Difference form to the Property Appraiser's Office.

**DOROTHY JACKS, CFA, AAS, PALM BEACH COUNTY PROPERTY APPRAISER**
MAY WE HELP YOU? PLEASE CALL OR VISIT ANY OF OUR LOCATIONS:

DOWNTOWN SERVICE CENTER – (561) 355-2866 – 301 N Olive Avenue, 1st Floor, West Palm Beach, FL 33401
SOUTH COUNTY SERVICE CENTER – (561) 276-1250 – 14925 Cumberland Drive, Delray Beach, FL 33446
NORTH COUNTY SERVICE CENTER – (561) 624-6521 – 3188 PGA Boulevard, Palm Beach Gardens, FL 33410
MID-WESTERN COMM. SERVICE CTR – (561) 784-1220 – 200 Civic Center Way, Ste 200, Royal Palm Beach, FL 33411
WEST COUNTY SERVICE CENTER – (561) 996-4890 – 2976 State Road 15, Belle Glade, FL 33430
Visit our website at: www.pbcgov.com/papa

IF YOU HAVE ANY QUESTIONS CONCERNING ANY EXEMPTION ON THIS FORM, CALL YOUR PALM BEACH COUNTY PROPERTY APPRAISER AT ONE OF THE NUMBERS ABOVE

**DOROTHY JACKS, CFA, AAS**
PALM BEACH COUNTY PROPERTY APPRAISER
301 N. OLIVE AVENUE, 1st FLOOR
WEST PALM BEACH FL 33401
(561) 355-2866

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE PAID
WEST PALM BCH. FL
PERMIT NO. 214

RETURN SERVICE REQUESTED

**2018 HOMESTEAD RECEIPT**
KEEP THIS FOR YOUR RECORDS
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**PROPERTY CONTROL NUMBER**
00 42 46 33 04 000 2570

**Legal Description**
ST ANDREWS COUNTRY CLUB PL 4
LT 257

**EXEMPTIONS RENEWED FOR THIS PROPERTY:**
HOMESTEAD

GROSS DAVID &
GROSS IRMA
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

72239

**IMPORTANT!** If you have sold, rented or changed the ownership of your property, including through divorce, separation, death or marriage since January 1, of last year; or if you no longer qualify for the exemption(s) on this property, Florida law requires you to notify the Property Appraiser's Office.

HOMESTEAD EXEMPTION is granted to permanent Florida residents only. If you or your spouse are receiving a residency based exemption or benefit in another county, state or country, you are not eligible for exemption. This property must be your permanent residence. A permanent residence is the address listed on your driver's license, the place where you register your cars, file your income tax and vote. If this property is not your permanent residence, or you are not a resident of Florida, you must notify the Property Appraiser.

IF YOU MOVE TO A NEW HOME, THE HOMESTEAD EXEMPTION DOES NOT TRANSFER AUTOMATICALLY. To receive a new or additional exemption, you must make the application before March 1. If you move to another home anywhere within the state of Florida you may be eligible to take your homestead cap savings with you. To be eligible you must apply for and receive a homestead exemption on your new property within two years of leaving your previous homesteaded property and submit a (DR-501T) Homestead Assessment Difference form to the Property Appraiser's Office.

**DOROTHY JACKS, CFA, AAS, PALM BEACH COUNTY PROPERTY APPRAISER**
MAY WE HELP YOU? PLEASE CALL OR VISIT ANY OF OUR LOCATIONS:

DOWNTOWN SERVICE CENTER – (561) 355-2866 – 301 N Olive Avenue, 1st Floor, West Palm Beach, FL 33401
SOUTH COUNTY SERVICE CENTER – (561) 276-1250 – 14925 Cumberland Drive, Delray Beach, FL 33446
NORTH COUNTY SERVICE CENTER – (561) 624-6521 – 3188 PGA Boulevard, Palm Beach Gardens, FL 33410
MID-WESTERN COMM. SERVICE CTR – (561) 784-1220 – 200 Civic Center Way, Ste 200, Royal Palm Beach, FL 33411
WEST COUNTY SERVICE CENTER – (561) 996-4890 – 2976 State Road 15, Belle Glade, FL 33430
Visit our website at: www.pbcgov.com/papa

IF YOU HAVE ANY QUESTIONS CONCERNING ANY EXEMPTION ON THIS FORM, CALL YOUR PALM BEACH COUNTY PROPERTY APPRAISER AT ONE OF THE NUMBERS ABOVE



**RETIREMENT ACCOUNTS INCORPORATED**

December 13, 1994

#6

Bernard L. Madoff
Attn: Erin Reardon

RE: Retirement Accounts, Inc. Cust. IRA
    FBO: David Gross (███091)
    A/C# ███████1-3-0

Dear Sir and/or Madam:

We acknowledge that the above client has established an Individual Retirement Account with our firm. We agree to accept the transfer/rollover authorized by our client. Please contact Darla McLaughlin upon receipt of the letter should you require further direction regarding the transfer.

The new registration or payee on checks should read as follows:

    Retirement Accounts, Inc. Cust. IRA
    FBO: David Gross ███091)
    P.O. Box 3017
    Winter Park, FL  32790
    TAX ID #59-1609927

If you have any questions, please call.

Sincerely,

*[signature]*

Retirement Accounts, Inc.
Authorized Signer

/hkr

G  David Gross
   7248 Ballantrae Ct
   Boca Raton, FL  33496

DELIVERING HIGH PERFORMANCE SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
Post Office Box 3017 ▪ Winter Park, Florida 32790 ▪ Phone 407-644-2002 ▪ Toll Free 1-800-325-4352 ▪ FAX 407-740-5149

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

September 23, 2020

**VIA ECF**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  *David Gross's Submission, Adv. Pro. No. 08-01789, ECF No. 19797*

Dear Judge Bernstein:

We represent Irving Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa-*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff.

This letter responds to Mr. Gross's most recent submission, in which Mr. Gross appears to assert that the Trustee is holding up the FINRA arbitration Mr. Gross initiated against certain of the Cohmad defendants. The first page of Mr. Gross's submission is undated, but it appears that the second page was written in 2015. On April 1, 2019, the Court issued an Order (the "April 2019 Order") that, among other things, vacated the injunction that preliminarily enjoined the FINRA arbitration. *Picard v. Gross*, Adv. Pro. No. 10-4667, ECF No. 108. It is unclear whether Mr. Gross has moved forward with the FINRA arbitration; however, pursuant to the Court's April 2019 Order, he is certainly free to do so. The Trustee has adhered to the April 2019 Order.

Mr. Gross's submission also contains hand-written notes asking to "please account for all pension accounts." Over the past month or so, Mr. Gross has been sending documents to the Trustee and AlixPartners via fax and first-class mail with a similar message, almost on a daily basis. A few weeks ago, I spoke to Mr. Gross in order to find out the purpose of the recent flurry of correspondence. Mr. Gross indicated that he believes the Trustee owes him money.

We refer the Court to a letter the Trustee filed on February 14, 2019, ECF No. 18478 ("2019 Letter"), responding to a submission made by Mr. Gross under similar circumstances. In that letter, the Trustee indicated the steps that were taken to assist Mr. Gross in understanding

The Honorable Stuart M. Bernstein
September 23, 2020
Page 2

that he is a net winner and does not hold an allowable claim against the BLMIS estate. When speaking to Mr. Gross in recent weeks, he appeared to suggest that he's looking for an accounting. I explained that we provided all relevant documents to him in hard copy in 2017. Unfortunately, Mr. Gross does not recall receiving that documentation from the Trustee. However, as documented in Exhibit C to the 2019 Letter, the Trustee made a hard-copy document production in March 2017. I have spoken to Mr. Gross at least a dozen times over the last few years, have sent him letters and emails, yet he does not appear to remember who I am. We have explained to Mr. Gross that he may retain counsel, but he refuses to do so.

In an effort to resolve this matter and avoid further burdening this Court, the Trustee will re-produce all relevant account documents to Mr. Gross. However, the Trustee remains concerned that these measures will not conclude this inquiry because, as documented in Exhibit C to the 2019 Letter, the Trustee's prior production of these documents only further confused Mr. Gross.

We hope that the above and the Trustee's production of the relevant documents sufficiently addresses Mr. Gross's submission. We welcome any further guidance from the Court.

Respectfully submitted,

*s/Tatiana Markel*

Tatiana Markel

cc:   Mr. David Gross, *pro se* (via first-class mail and email)

Mrs. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

8/7/97

CHARLES SCHWAB & CO. INC
P O BOX 628291
ORLANDO, FLORIDA 32862-9915

TO WHOM IT MAY CONCERN,

I AM WRITTING YOU IN REFERENCE TO ACCOUNT ███4141. PLEASE FORWARD ALL THE KAUFMANN FUND IN THIS ACCOUNT KAUFX TO THE FOLLOWING RETIREMENTS ACCOUNT INC. ACCOUNT NUMBER ███0001 SS ███1207 DAVID GROSS. ENCLOSED IS COPY OF MY LAST STATMENT

THANK YOU,

RETIREMENT ACCOUNTS INC.
P O BOX 173785
DENVER. CO. 80217-3785

TELEPHONE 303 294 5959    FAX 303 294 5899

PART OF MADOFF

# RETIREMENT ACCOUNTS INCORPORATED — IRA TRANSFER FORM

Post Office Box 3017, Winter Park, Florida 32790-3017, 1-800-325-4352

Use for IRA-to-IRA Transfers and Qualified Plan-to-IRA Direct Rollovers
(Please Type or Print Clearly)

## Current Institution's Information
- Name: ALGER FUND
- Address: 30 MONTGOMERY ST.
- Dept/Suite: _____
- City, State, Zip: Jersey City, NJ 07302
- Current Account: [redacted] —100

## RE: Customer's Information
- Name: Nancy Gross IRA Rollover
- Address: 52 Michigan Dr.
- City, State, Zip: City Westbury, NY 11560
- Phone: 516-656-5735    SSN: 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
- NOTE TO CURRENT RAI IRA CUSTOMERS: Please write your current five digit account number here: [redacted]09

## Customer's Instructions to Current Institution

I have adopted a Self-Directed Individual Retirement Account with Retirement Accounts Incorporated (RAI). RAI will provide acceptance and delivery instructions be and/or on additional sheets as necessary. In the case of "distribution via direct rollover" of Qualified Plan assets, please DO NOT transfer ineligible assets such as investment or asset funded in whole or part with "after-tax contributions to a Qualified Plan." Please also provide RAI a detailed list naming each Qualified Plan as distributed via direct rollover and each asset's value that will make up your Form 1099R report total. Please transfer my IRA eligible assets to RAI as follows:

[X] Please TERMINATE your administration of my above referenced [X] IRA or [ ] Qualified Plan and transfer ALL eligible assets. Please see attached statement.
[ ] Please make only a PARTIAL transfer of my [ ] IRA or [ ] Qualified Plan assets as indicated below.

| ACTION TO BE TAKEN (check one) | | ASSET INFORMATION | | |
|---|---|---|---|---|
| RE-REGISTER | SELL & TRANSFER CASH | QUANTITY | ASSET DESCRIPTION | ESTIMATED VALUE |
| | X | All | Small Capital | 12477.94 |
| | | All | Growth | 9616.89 |
| | | All | Income + Growth | 19058.57 |
| | | | | |

If I owe any outstanding annual fees and/or termination fees, please do the following:
[ ] BILL ME for fees if I have enclosed no fee payment check or if the amount of any enclosed check is insufficient.
[ ] DEDUCT all fees if I have enclosed no fee payment check or any fees in excess of any enclosed fee payment check.

If I am age 70 & 1/2 or older and you have not made the full required minimum distribution to me for the current tax year and/or the prior tax year, please do the followin
[ ] CONTACT ME immediately to arrange for my required minimum distribution(s) prior to transfer of assets to RAI.
[ ] Provide RAI written notice of the TWO PRECEDING YEAR'S ENDING TOTAL VALUE of my account so that RAI may calculate my required minimum distribu

Authorized By: X _Nancy Gross_    Date: 11-28-94    Signature Guarantee: [stamp]
Customer's Signature
(Please check with your Current Institution to determine if a signature gua

## RAI's Acceptance and Delivery Instructions (RAI will complete this section.)

We acknowledge that the above named customer has established a Self-Directed Individual Retirement Account with RAI. We agree to accept transfer of any el assets.
[ ] Additional delivery instructions are attached and valid only if bearing the guaranteed signature of an authorized signer of RAI evidenced by corporate resolution.
[X] Assets should be re-registered and/or checks made payable as follows:

RETIREMENT ACCOUNTS INC CUST IRA
FBO _David Gross_ [redacted]091
P.O. Box 3017
Winter Park, FL 32790-3017
Tax Identification Number 59-1609927
For Overnight Delivery Only:
663 Harold Avenue, Winter Park, FL 32789

Accepted By: _[signature]_    Date: 12-__
Retirement Accounts Incorporated

TRF9401 COPYRIGHT 1994

---

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT STATEMENT   11/21/1994

Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

THE BERGER FUND
1-800-551-58..

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

WHERE IS MY
877 319 3852 IRA ....

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    No. #806    Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| 1/10 | 1/10 | BEGINNING BALANCE | | | |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 379.7450 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 44.6690 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 6.1940 |
| 3/07 | 3/07 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 11.6080 |
| 3/16 | 3/16 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 28.9350 |
| 3/25 | 3/25 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 5.7970 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 6.0500 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 17.9320 |
| | | | 12.00 | | 6.2760 |

Dividends and Cap. Gains
1994 Contributions
Account Value:
Primary Beneficiary  IRMA GROSS  507.206 Shares at  $15.93 = $8,079.79
SAME

Total Shares Held    507.206
1993 Contributions    209.00
Secondary Beneficiary

Pri. Benef. Birthdate ___ Sec. Benef. Birthdate ___ Participant Birthdate ___

BERGER ONE HUNDRED FUND, INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

1-800-551-5849

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    No. #806    Chk Dgt 6

To Invest By Mail:
Purchases into this account...
this stub and your check...
enclosed envelope.

BERGER ONE HUNDRED
FUND INC
P.O. BOX 419529
K.C. MO 64141-6529

1994 Shareowner Contribution  $ _____

Fee Amount  $ _____

DEALER INFORMATION

08405610 01993348066 0000043

**MADOFF VICTIM FUND**
**P.O. BOX 6310**
**SYRACUSE, NY 13217-6310**


*7000057*
**DAVID GROSS**
**ARI H JAFFEE KOHRMAN JACKSON & KRANTZ PLL**
**2001 SPRING RD STE 700**
**OAK BROOK, IL 60523**


Petition ID:    **7000057**

**Please write the above Peition ID number on your claim form.   For additional information and answers to Frequently Asked Questions, please visit our website.**

# www.madoffvictimfund.com

https://www.usa.gov › federal-agencies › internal-reven...

### Internal Revenue Service | USAGov

The **Internal Revenue Service (IRS)** administers and enforces U.S. federal tax laws.

https://play.google.com › store › apps › details › id=go...

### IRS2Go - Apps on Google Play

Check your refund status, make a payment, find free tax preparation assistance, sign up for helpful tax tips, generate a login security code, and follow the ...

★★★★☆ Rating: 3.9 · 64,218 votes · Free · Android · Finance

https://cloud.google.com › security › irs1075

### IRS Publication 1075 - Compliance | Google Cloud

**Google** Cloud offers State Agencies **IRS 1075** support for protecting Federal Tax Information.

https://support.google.com › paymentscenter › answer

### Required merchant tax forms - Google payments center help

**Google** is required to report gross amounts (without adjustment for refunds ... United States **Internal Revenue Service (IRS)** by Internal Revenue Code §6050W.

https://www.hrblock.com › tax-center › irs › forms › irs...

### IRS Phone Numbers and Website | H&R Block

Information on new and changing tax laws; Links and information for your state taxes; Online tools and calculators; Your refund status. To contact the **IRS**, call ...

https://turbotax.intuit.com

### TurboTax® Official Site: File Taxes Online, Tax Filing Made Easy

**IRS** penalties. ... Guarantee for free guidance from a trained tax professional. **IRS** E-File ... Download on the Apple App Store · Get it on **Google** Play ...

Ad · https://www.commonsearches.net/

### Find IRS tax help center - Top IRS tax help center

Discover **IRS** tax help center. Learn More With These Top Searches. Explore **IRS** tax help center. Learn More With These Top Searches.

### Related searches

| | |
|---|---|
| 🔍 irs **stimulus check** | 🔍 irs **payment** |
| 🔍 irs **phone number** | 🔍 irs **refund status** |
| 🔍 **irs.gov stimulus** | 🔍 **get my payment** |
| 🔍 **irs.gov refund** | 🔍 **irs.gov stimulus check tracking** |

Goooooooooogle >
1 2 3 4 5 6 7 8 9 10   Next

📍 33496, Boca Raton, FL - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# Gmail

**david gross <davidgross63@gmail.com>**

## Wells Fargo Bill Pay: eBill Has Not Arrived

**Wells Fargo Online** <Billpay@wellsfargo.com>  Tue, Dec 21, 9:18 AM
Reply-To: Wells Fargo Online <Billpay@wellsfargo.com>
To: <DAVIDGROSS63@gmail.com>

Based on your normal billing cycle, your next eBill for the following payee(s) should have arrived by now. As you requested, we are alerting you that the payee's eBill has not arrived.

| Payee Name (Nickname) | Last eBill Received | eBill Expected |
|---|---|---|
| BARCLAYS BANK DELAWAR | 04/24/2016 | 12/10/2021 |

An eBill may be late for a number of reasons. For example:
   * Some payees do not send an eBill if there is no account activity in a statement period.
   * A federal holiday immediately prior to the expected arrival date may delay delivery.

If you have questions about your late eBill, please contact your payee directly. If you have already received your eBill, please disregard this notice.

If you have questions about your Bill Pay service, call Wells Fargo Online Customer Service at 1-800-956-4442.
========================= Please do not reply to this automated email.

https://www.usa.gov › federal-agencies › internal-reven...

**Internal Revenue Service | USAGov**

The **Internal Revenue Service (IRS)** administers and enforces U.S. federal tax laws.

https://play.google.com › store › apps › details › id=go...

**IRS2Go - Apps on Google Play**

Check your refund status, make a payment, find free tax preparation assistance, sign up for helpful tax tips, generate a login security code, and follow the ...
★★★★☆ Rating: 3.9 · 64,218 votes · Free · Android · Finance

https://cloud.google.com › security › irs1075

**IRS Publication 1075 - Compliance | Google Cloud**

**Google** Cloud offers State Agencies **IRS** 1075 support for protecting Federal Tax Information.

https://support.google.com › paymentscenter › answer

**Required merchant tax forms - Google payments center help**

**Google** is required to report gross amounts (without adjustment for refunds ... United States **Internal Revenue Service (IRS)** by Internal Revenue Code §6050W.

https://www.hrblock.com › tax-center › irs › forms › irs...

**IRS Phone Numbers and Website | H&R Block**

Information on new and changing tax laws; Links and information for your state taxes; Online tools and calculators; Your refund status. To contact the **IRS**, call ...

https://turbotax.intuit.com

**TurboTax® Official Site: File Taxes Online, Tax Filing Made Easy**

**IRS** penalties. ... Guarantee for free guidance from a trained tax professional. **IRS** E-File ... Download on the Apple App Store · Get it on **Google** Play ...

Ad · https://www.commonsearches.net/

**Find IRS tax help center - Top IRS tax help center**

Discover **IRS** tax help center. Learn More With These Top Searches. Explore **IRS** tax help center. Learn More With These Top Searches.

Related searches

| | |
|---|---|
| 🔍 irs **stimulus check** | 🔍 irs **payment** |
| 🔍 irs **phone number** | 🔍 irs **refund status** |
| 🔍 **irs.gov stimulus** | 🔍 **get my payment** |
| 🔍 **irs.gov refund** | 🔍 **irs.gov stimulus check tracking** |



Goooooooooogle >
1  2  3  4  5  6  7  8  9  10    Next

● 33496, Boca Raton, FL - From your IP address - Update location

Help    Send feedback    Privacy    Terms

**Exhibit A**
**Remaining Good Faith Actions**

|     | Adv. Pro. No. | Case Nickname | Defendants |
| --- | --- | --- | --- |
| 15. | 10-05133 | Boyer H. Palmer, individually, et al. | Bruce N. Palmer |
|     |     |     | Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer |
|     |     |     | Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer |
|     |     |     | Estate of Boyer Palmer, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P. |
|     |     |     | Fern C. Palmer |
|     |     |     | Kurt B. Palmer |
| 16. | 10-04826 | Boyer Palmer | Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer |
|     |     |     | Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer |
|     |     |     | Estate of Boyer Palmer |
| 17. | 10-05194 | Bruce D. Pergament, et al. | Bruce D. Pergament Individually, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament |
|     |     |     | Eric B. Woldenberg, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz |
|     |     |     | Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust fbo Linda Horowitz |
|     |     |     | Murray Pergament 1999 Trust FBO Bruce Pergament |
|     |     |     | Richard Horowitz |
| 18. | 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. | Bruce Leventhal |
|     |     |     | Bruce Leventhal 2001 Irrevocable Trust |