Home    About the Special Master    Frequently Asked Questions    Claim Forms    News    Contact Us



# MADOFF VICTIM FUND
DEPARTMENT OF JUSTICE ASSET FORFEITURE DISTRIBUTION PROGRAM



Supplemental Claim Filing FAQs    Prepopulated Forms DIR Mailed 1/16

## Indirect Investors in Madoff Securities

### Who is an Indirect Investor?

As described in the below Form IND, an indirect investor is a person or entity who invested funds in a pooled investment vehicle that, in turn, transferred some or all of the funds to a Madoff Securities account. For purposes of MVF, the person or entity that was the ultimate source of the funds invested in Madoff Securities is the eligible victim, meaning the person who took funds out of any of their other assets and invested them with Madoff Securities.



Click above to obtain a Form IND
to be completed by Indirect Investors.

__January 10, 2014__ - *We have updated Form IND to clarify placement of information. Feel free to continue to use the initial version, or the updated Form above.*

Mail completed claim forms to: **Madoff Victim Fund, PO Box 6310, Syracuse NY 13217**

For any questions regarding your petitioner status, the eligibility requirements or the claims process, please email our customer service representatives.

Home    USAO Website    SIPA Trustee Website    Remission Regulations    RCB Privacy Policy

© 2014 - RCB Fund Services, LLC.



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

MADOFF VICTIM FUND
P.O. BOX 6310
SYRACUSE, NY 13217-6310

*7000057*

DAVID  GROSS
ARI H JAFFEE KOHRMAN JACKSON & KRANTZ PLL
2001 SPRING RD STE 700
OAK BROOK, IL 60523

Petition ID:   <u>7000057</u>

Please write the above Peition ID number on your claim form.   For additional information and
answers to Frequently Asked Questions, please visit our website.

# www.madoffvictimfund.com



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT STATEMENT    11/21/1994

Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496



1-800-551-584

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

*WHERE IS MY*
*877 319 3852 IRA*

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    No. 4806    Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | | 379.7450 |
| 1/10 | 1/10 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 44.6650 |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 6.1940 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 11.6080 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 28.9350 |
| 3/07 | 3/07 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 5.7970 |
| 3/16 | 3/16 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 6.0500 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 17.9320 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 6.2760 |
| | | | 12.00 | | |

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Dividends and Cap. Gains
1994 Contributions

Total Shares Held    507.206
1993 Contributions    209.00

Account Value:
Primary Beneficiary    IRMA GROSS    SAME    507.206 Shares at    $15.93 =    $8,079.79
Secondary Beneficiary

Pri. Benef. Birthdate          Sec. Benef. Birthdate          Participant Birthdate

BERGER ONE HUNDRED FUND. INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

1-800-551-5849

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422



IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    Account No. 4806    Chk Dgt 6

To Invest By Mail
Purchases into this account,
this stub and your check
enclosed envelope.

BERGER ONE HUNDRED
FUND INC
P.O. BOX 419529
KC MO 64141-6529

1994 Shareowner Contribution    $

Fee Amount    $

DEALER INFORMATION

08405610 019933348066 0000043

**Fiserv** | Investment
Support
Services

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

*IRS*

**For the Account of :**
DAVID GROSS

Account Number: ███████0001

Date: JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

Account Type: IRA

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

## Account Allocation



◫ *CASH  100.0%
Total:  100.0%

## Account Summary

| Asset Class | Market Value |
| --- | --- |
| *CASH | $936.47 |
| **Total Assets** | $936.47 |

David Gross
7248 Ballantrae Ct
Boca Raton, FL  33496-1422

*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.  No other investments
are FDIC insured through this institution.

## Activity Summary

| | Current Period | Year-to-Date |
| --- | --- | --- |
| Beginning Value at Market | $935.37 | $1,418,125.95 |
| Contributions | $0.00 | $0.00 |
| Rollover | $0.00 | $0.00 |
| Dividend/Interest Income | $1.10 | $1.30 |
| Other Receipts | $0.00 | $0.00 |
| Distributions | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Other Disbursements | $0.00 | $0.00 |
| Other Transactions | $0.00 | ($1,417,190.78) |
| Account Activity Difference | | |
| Ending Value at Market | $936.47 | $936.47 |

*(handwritten: 633.808 50 48 / CASE 509 ~ 803 1123)*



David Gross
7248 Ballantrae Ct
Boca Raton, FL  33496-1422

BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT
STATEMENT          11/21/1994

Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496


THE BERGER FUNDS
1-800-551-5849

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY  11568-1010

*WHERE IS MY IRA FUNDS*
*877 319 3852*

IDENT. NO. OR SOC. SEC. NO.  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
Fund No. 43     No. 4806     Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | | 379.7450 |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 44.6690 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 6.1940 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 11.6080 |
| 3/07 | 3/07 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 28.9350 |
| 3/16 | 3/16 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 5.7970 |
| 3/25 | 3/25 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 6.0500 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 17.9320 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 6.2760 |
| | | | 12.00 | | |


David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Dividends and Cap. Gains
1994 Contributions

Total Shares Held        507.206
1993 Contributions       209.00

Account Value:        507.206 Shares at      $15.93 =     $8,079.79

Primary Beneficiary    IRMA GROSS
Secondary Beneficiary  SAME

Pri. Benef. Birthdate [redacted]     Sec. Benef. Birthdate        Participant Birthdate [redacted]

---

BERGER ONE HUNDRED FUND, INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY  11568-1010

1-800-551-5849

IDENT. NO. OR SOC. SEC. NO.  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
Fund No. 43     Account No. 4806     Chk Dgt 6

THE BERGER FUNDS

To Invest By Mail
Purchases into this account.
this stub and your check.
enclosed envelope.

BERGER ONE HUNDRED
FUND INC
P.O. BOX 419529
K.C. MO  64141-6529

1994 Shareowner
Contribution        $

Fee Amount        $

DEALER INFORMATION


() 0    08405610 019933348066 0000043