MVF - Indirect Investor

Home   About the Special Master   Frequently Asked Questions   Claim Forms   News   Contact Us



# MADOFF VICTIM FUND
DEPARTMENT OF JUSTICE ASSET FORFEITURE DISTRIBUTION PROGRAM

Supplemental Claim Filing FAQs    Prepopulated Forms DIR Mailed 1/16

## Indirect Investors in Madoff Securities

**Who is an Indirect Investor?**

As described in the below Form IND, an indirect investor is a person or entity who invested funds in a pooled investment vehicle that, in turn, transferred some or all of the funds to a Madoff Securities account. For purposes of MVF, the person or entity that was the ultimate source of the funds invested in Madoff Securities is the eligible victim, meaning the person who took funds out of any of their other assets and invested them with Madoff Securities.



Click above to obtain a Form IND
to be completed by Indirect Investors.

**January 10, 2014** - We have updated Form IND to clarify placement of information. Feel free to continue to use the initial version, or the updated Form above.

Mail completed claim forms to: Madoff Victim Fund, PO Box 6310, Syracuse NY 13217

For any questions regarding your petitioner status, the eligibility requirements or the claims process, please _email_ our customer service representatives.

Home   USAO Website   SIPA Trustee Website   Remission Regulations   RCB Privacy Policy

© 2014 - RCB Fund Services, LLC.



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

JAN 03 2022

http://www.madoffvictimfund.com/Indirect_Investor.shtml

1/22/2014

MADOFF VICTIM FUND
P.O. BOX 6310
SYRACUSE, NY 13217-6310

7000057
DAVID GROSS
ARI H JAFFEE KOHRMAN JACKSON & KRANTZ PLL
2001 SPRING RD STE 700
OAK BROOK, IL 60523

Petition ID: 057

Please write the above Peition ID number on your claim form. For additional information and answers to Frequently Asked Questions, please visit our website.

www.madoffvictimfund.com


David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT STATEMENT     11/21/1994



Ms. Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

THE BERGER FUND
1-800-551-58..

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

WHERE IS MY
877 319 3852 IRA (number)

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    Account No. ...806    Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| 1/10 | 1/10 | BEGINNING BALANCE | | | |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 379.7450 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 44.6690 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 6.1940 |
| 3/07 | 3/07 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 11.6080 |
| 3/16 | 3/16 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 28.9350 |
| 3/25 | 3/25 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 5.7970 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 6.0500 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 17.9320 |
| | | | 12.00 | | 6.2760 |



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Dividends and Cap. Gains
1994 Contributions

Total Shares Held     507.206
1993 Contributions    209.00

Account Value:
507.206 Shares at $15.93 = $8,079.79

Primary Beneficiary: IRMA GROSS SAME
Secondary Beneficiary:

Pri. Benef. Birthdate ███    Sec. Benef. Birthdate    Participant Birthdate ███

BERGER ONE HUNDRED FUND, INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

1-800-551-5849

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    Account No. ...806    Chk Dgt 6



To Invest By Mail:
Purchases into this account,
this stub and your check
enclosed envelope.

BERGER ONE HUNDRED FUND INC
P.O. BOX 419529
K.C. MO 64141-6529

1994 Shareowner Contribution    $ _____

Fee Amount    $ _____

DEALER INFORMATION

08405610 01993348066 0000043

**Fiserv Investment Support Services**

PO Box 173859
Denver, CO 80217-3859
Phone: 800-962-4238

IRS

For the Account of:
DAVID GROSS

Account Number: ■■■■001

Date: JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

Account Type: IRA

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

## Account Allocation



*CASH 100.0%
Total: 100.0%

## Account Summary

| Asset Class | Market Value |
|---|---|
| *CASH | $936.47 |
| Total Assets | $936.47 |

*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

## Activity Summary

| | Current Period | Year-to-Date |
|---|---|---|
| Beginning Value at Market | $935.37 | $1,418,125.95 |
| Contributions | $0.00 | $0.00 |
| Rollover | $0.00 | $0.00 |
| Dividend/Interest Income | $1.10 | $1.30 |
| Other Receipts | $0.00 | $0.00 |
| Distributions | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Other Disbursements | $0.00 | $0.00 |
| Other Transactions | $0.00 | ($1,417,190.78) |
| Account Activity Difference | $936.47 | $936.47 |
| Ending Value at Market | | |

Handwritten: $932.80 & 50.48  CASE 509 - 803 11/15



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Page 1 of 3

BERGER ONE HUNDRED FUND, INC.
P.O. BOX 419958
KANSAS CITY MO 64141-6958

RETIREMENT STATEMENT    11/21/1994

Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496



THE BERGER FUND
1-800-551-584

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

WHERE IS MY
577 319 3852 IRA funds

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    Account No. ████ 4806    Chk Dgt 6

| Confirm Date | Trade Date | Transaction | Dollar Amount of Transaction | Share Price | Shares This Transaction |
|---|---|---|---|---|---|
| 1/10 | 1/10 | BEGINNING BALANCE | | | |
| 1/24 | 1/24 | PARTICIPANT ROLLOVER | 750.00 | 16.7900 | 379.7450 |
| 2/03 | 2/03 | PARTICIPANT ROLLOVER | 104.50 | 16.8700 | 44.6690 |
| 2/16 | 2/16 | PARTICIPANT ROLLOVER | 200.00 | 17.2300 | 6.1940 |
| 3/07 | 3/07 | PARTICIPANT ROLLOVER | 500.00 | 17.2800 | 11.6080 |
| 3/16 | 3/16 | 1993 PARTICIPANT CONTRIB. | 100.00 | 17.2500 | 28.9350 |
| 3/25 | 3/25 | PARTICIPANT ROLLOVER | 104.00 | 17.1900 | 5.7970 |
| 3/25 | 3/25 | 1993 PARTICIPANT CONTRIB. | 300.00 | 16.7300 | 6.0500 |
| 11/21 | 11/21 | 1994 ANNUAL MAINT FEE RCVD | 105.00 | 16.7300 | 17.9320 |
| | | | 12.00 | | 6.2760 |



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Dividends and Cap. Gains
1994 Contributions

Total Shares Held    507.206
1993 Contributions    209.00

Account Value:
Primary Beneficiary    IRMA GROSS    507.206 Shares at    $15.93 =    $8,079.79
Secondary Beneficiary    SAME

Pri. Benef. Birthdate ████    Sec. Benef. Birthdate    Participant Birthdate ████

BERGER ONE HUNDRED FUND, INC.

INV FIDUCIARY TRUST CO CUST
IRA R/O DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

1-800-551-5849

IDENT. NO. OR SOC. SEC. NO. 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
Fund No. 43    Account No. ████4806    Chk Dgt 6

To Invest By Mail:
Purchases into this account, this stub and your check enclosed envelope.

BERGER ONE HUNDRED FUND INC
P.O. BOX 419529
K.C. MO 64141-6529

1994 Shareowner Contribution    $ _____

Fee Amount    $ _____

DEALER INFORMATION

0   0    08405610 01993348066 0000043



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422