# Exhibit A

## COUNTS AND DEFENDANTS REMAINING IN AMENDED COMPLAINT
## POST-MTD DECISION
## (BY COUNTS)

| COUNTS | DEFENDANTS |
|---|---|
| **Count I** - Avoid & Recover 2 Year Initial Transfers Intent to Defraud, Bankr. Code §§ 548(a)(1)(A) & 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners |
| **Count II** - Avoid & Recover 2 Year Initial Transfers Constructive Fraud, Bankr. Code §§ 548(a)(1)(B) & 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners |
| **Count III** - Avoid & Recover 6 Year Initial Transfers Intent to Defraud, N.Y.D.C.L. §§ 276, 278, Bankr. Code §§ 544, 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners<br>Kenn Jordan Associates |
| **Count IV** - Avoid & Recover 6 Year Initial Transfers Constructive Fraud/Insolvent | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino |

| COUNTS | DEFENDANTS |
|---|---|
| N.Y.D.C.L §§273, 278 and Bankr. Code §§ 544, 550 | Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners<br>Kenn Jordan Associates |
| **Count V** - Avoid & Recover 6 Year Initial Transfers Constructive Fraud/Unreas. Small Capital N.Y.D.C.L. §§274, 278, Bankr. Code §§544, 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners<br>Kenn Jordan Associates |
| **Count VI** - Avoid & Recover 6 Year Initial Transfers Constructive Fraud/Intent to Incur Debts, N.Y.D.C.L. §§ 274, 278, Bankr. Code §§ 544, 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners<br>Kenn Jordan Associates |
| **Count VII** - Recovery of <u>All</u> Transfers – Discovery Rule N.Y.D.C.L. § 278, Bankr. Code §§ 544, 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Mayfair Ventures, G.P.<br>Aster Associates<br>St. James Associates<br>Strattham Partners<br>Kenn Jordan Associates |

| COUNTS | DEFENDANTS |
|---|---|
| **Count VIII** – Preferential Transfers Bankr. Code §§ 547(b), 550 | Strattham Partners |
| **Count IX** -- Recovery Subsequent Transfers N.Y.D.C.L. §§ 276-a, 278, Bankr. Code §§ 544, 550 | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Grosvenor Partners, Ltd.<br>Aster Associates<br>Strattham Partners<br>Kenn Jordan Associates<br>Ascent, Inc.<br>Mayfair Bookkeeping Services, Inc.<br>Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as amended<br>Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992<br>Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 under Agreement dated June 24, 1992<br>Frank J. Avellino Revocable Trust Number One under the Declaration of Trust Number One dated June 10, 1988<br>Nancy Carroll Avellino Revocable Trust under the Trust Agreement dated May 18, 1992<br>27 Cliff, LLC<br>The Avellino Family Foundation, Inc.<br>Rachel A. Rosenthal<br>Rachel Anne Rosenthal Trust U/A dated June 29, 1990<br>The Rachel Anne Rosenthal Trust #3<br>Heather C. Lowles<br>Heather Carroll Lowles Trust U/A dated June 29, 1990<br>Tiffany Joy Lowles Trust U/A dated June 29, 1990<br>Melanie A. Lowles<br>Melanie Ann Lowles Trust U/A dated June 29, 1990<br>Taylor Ashley McEvoy Trust U/A dated June 24, 1992<br>Madison Alyssa McEvoy Trust U/A dated June 29, 1990<br>S.A. Grantor Retained Annuity Trust |
| **Count X** - Objection to/Disallowance of Customer Claims Bankr. Code §§ 502(a), SIPA 78fff-2 | Strattham Partners<br>Kenn Jordan Associates<br>Mayfair Bookkeeping Services, Inc. |

3

| COUNTS | DEFENDANTS |
|---|---|
| **Count XI** - Equitable Disallowance of Customer Claims | Strattham Partners<br>Kenn Jordan Associates<br>Mayfair Bookkeeping Services, Inc. |
| **Count XII** - Equitable Subordination of Customer Claims Bankr. Code §§ 510(c) and 105(a) | Strattham Partners<br>Kenn Jordan Associates<br>Mayfair Bookkeeping Services, Inc. |
| **Count XIII** - General Partner Liability | Frank J. Avellino<br>Estate of Michael S. Bienes<br>Nancy C. Avellino<br>Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes<br>Thomas G. Avellino<br>Mayfair Ventures, G.P.<br>Ascent Inc.<br>27 Cliff, LLC<br>Rachel A. Rosenthal<br>Rachel Anne Rosenthal Trust U/A dated June 29, 1990<br>The Rachel Anne Rosenthal Trust #3<br>Heather C. Lowles<br>Heather Carroll Lowles Trust U/A dated June 29, 1990<br>Tiffany Joy Lowles Trust U/A dated June 29, 1990<br>Melanie Ann Lowles Trust U/A dated June 29, 1990<br>Taylor Ashley McEvoy Trust U/A dated June 24, 1992<br>Madison Alyssa McEvoy Trust U/A dated June 29, 1990<br>S.A. Grantor Retained Annuity Trust |