**Exhibit B**

# DEFENDANTS AND COUNTS REMAINING IN AMENDED COMPLAINT
## POST-MTD DECISION
### (BY DEFENDANTS' NAMES)

| DEFENDANTS | COUNTS |
|---|---|
| Frank J. Avellino | I-VII, IX, XIII |
| Estate of Michael S. Bienes | I-VII, IX, XIII |
| Nancy C. Avellino | I-VII, IX, XIII |
| Dianne K. Bienes, individually and as personal representative of the Estate of Michael S. Bienes | I-VII, IX, XIII |
| Thomas G. Avellino | I-VII, IX, XIII |
| Grosvenor Partners, Ltd. | I-VII, IX |
| Mayfair Ventures, G.P. | I-VII, XIII |
| Aster Associates | I-VII, IX |
| St. James Associates | I-VII |
| Strattham Partners | I-XII |
| Kenn Jordan Associates | III-VII, IX-XII |
| Ascent, Inc. | IX, XIII |
| Mayfair Bookkeeping Services, Inc. | IX-XII |
| Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as amended | IX |
| Frank J. Avellino Grantor Retained Annuity Trust Agreement dated June 24, 1992 | IX |
| Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992 | IX |
| Frank J. Avellino Revocable Trust Number One under the Declarations of Trust Number One dated June 10, 1988 | IX |
| Nancy Carroll Avellino Revocable Trust under the Trust | IX |

| DEFENDANTS | COUNTS |
|---|---|
| Agreement dated May 18, 1992 | |
| 27 Cliff, LLC | IX, XIII |
| The Avellino Family Foundation, Inc. | IX |
| Rachel A. Rosenthal | IX, XIII |
| Rachel Anne Rosenthal Trust U/A dated June 29, 1990 | IX, XIII |
| The Rachel Anne Rosenthal Trust #3 | IX, XIII |
| Heather C. Lowles | IX, XIII |
| Heather Carroll Lowles Trust U/A dated June 29, 1990 | IX, XIII |
| Tiffany Joy Lowles Trust U/A dated June 29, 1990 | IX, XIII |
| Melanie A. Lowles | IX |
| Melanie Ann Lowles Trust U/A dated June 29, 1990 | IX, XIII |
| Taylor Ashley McEvoy Trust U/A dated June 24, 1992 | IX, XIII |
| Madison Alyssa McEvoy Trust U/A dated June 29, 1990 | IX, XIII |
| S.A. Grantor Retained Annuity Trust | IX, XIII |