# EXHIBIT 1

**LAX & NEVILLE LLP**
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Brian J. Neville, Esq. (BN8251)
Barry R. Lax, Esq. (BL1302)
Raquel Kraus, Esq. (RK9556)

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION : No. 08-01789 (SMB)
CORPORATION, :
: SIPA Liquidation
Plaintiff-Applicant, :
: (Substantively Consolidated)
v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant, :
------------------------------------------------------------X
In re: :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES, LLC, :
:
Debtor. :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation : Adv. Proc. No. 10-ap-5169 (SMB)
of Bernard L. Madoff Investment Securities, LLC, :
:
Plaintiff, :
:
v. :
:
FAIRFIELD PAGMA ASSOCIATES, LP, a New :
York limited Partnership, SEYMOUR :
KLEINMAN, ESTATE OF MARJORIE :
KLEINMAN aka MARJORIE HELENE :
KLEINMAN, FAIRFOX LLC, a New York limited :
Liability company, and SEYFAIR, LLC, a :

1

New York limited liability company,           :
                                              :
                    Defendants.               :
----------------------------------------------X

## DEFENDANTS' INITIAL DISCLOSURES
## PURSUANT TO RULE 26(a)(1)

Defendants Fairfield Pagma Associates, LP, Seymour Kleinman[1], Estate of Marjorie Kleinman aka Marjorie Helene Kleinman and Bonnie Joyce Kansler as executor of the Estate of Marjorie Kleinman,[2] Fairfox LLC, and Seyfair, LLC ("Defendants"), by and through their attorneys, Lax & Neville LLP, hereby make the following Initial Disclosures pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(A), as made applicable to this adversary proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure, and reserve the right to file additional and/or supplemental disclosures:

**Rule 26(a)(1)(A)(i). The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Upon information and belief, the Defendants disclose the following individuals, or where deceased, the estates of individuals, that they may use to support their claims. Current or last known addresses, where in the possession of the Defendants, are provided below. The Defendants reserve their right to supplement this list as other individuals and/or entities become known, and/or as different subjects become relevant.

At the present time, the Defendants identify the following individuals and entities that he may use to support his claims:

---

[1] Mr. Seymour Kleinman passed away September 8, 2015.
[2] Mrs. Marjorie Kleinman passed away on October 26, 2014. Pursuant to the Stipulation for Substitution of Defendants and Order, dated April 7, 2015, The Estate of Marjorie Kleinman aka Marjorie Helene Kleinman and Bonnie Joyce Kansley as executrix of The Estate of Marjorie Kleinman aka Marjorie Helene Kleinman, have been substituted into the action in place of Marjorie Kleinman, deceased.

2

1. Defendant, Bonnie Joyce Kansler as executrix of the Estate of Marjorie Kleinman, has knowledge of the transactions at issue, and can be contacted through defense counsel, Brian J. Neville, Esq., Lax & Neville LLP, 1450 Broadway, 35th Floor, New York, New York 10018.

**Rule 26(a)(1)(A)(ii). A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Upon information and belief, the Defendants are in possession of and disclose the following documents that they may use to support their claims. Any omissions are inadvertent. Consequently, the Defendants reserve their right to supplement this list and the production of materials as other documents become known and/or as different subjects become relevant.

1. Fairfield Pagma Associates, LP tax returns (2005 – 2008)
2. Bernard L. Madoff Investment Securities LLC ("BLMIS") Monthly Account Statement (January 2004 – December 2008)
3. BLMIS Trade Confirmations (January – December 2008)

**Rule 26(a)(1)(A)(iii). A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not Applicable.

**Rule 26(a)(1)(A)(iv).** For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

To the Defendants' knowledge, there are no insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the instant action, or to indemnify or reimburse for payments made to satisfy the judgment.

**Dated: New York, New York**
**December 18, 2015**

                                          **LAX & NEVILLE LLP**

By:   */s/ Brian J. Neville*
       Brian J. Neville, Esq. (BN8251)
       Barry R. Lax, Esq. (BL1302)
       Raquel Kraus, Esq. (RK9556)
       1450 Broadway, 35th Floor
       New York, New York 10018
       Telephone: (212) 696-1999
       Facsimile: (212) 566-4531

       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 18th day of December, 2015 by electronic mail and First Class mail upon the following:

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Email: mhirschfield@bakerlaw.com

By: _____
Brian J. Neville, Esq.
*An Attorney for Defendants*

5