# EXHIBIT 2

FAIRFIELD PAGMA ASSOCIATES, L.P.

---

LTD.    PARTNER'S NAME

---

GEORGE J. AZAR, JR.

GEORGE J. AZAR, JR. I R A

DALE BERG

I. DONALD BOWDEN

ENID BRODER

ENID BRODER, I R A

SIDNEY BRODER

LINDA DAVIDSON

JOHANNA FASHIONS, INC.

GUSTINE GANES

GUSTINE GANES, I R A

THEODORE AND MYLDRED GREEN, JT. TEN

FRANKLIN R. GREENE

ANNE C. GRISANTI, I R A

BONNIE KANSLER, CUST FOR AMANADA KANSLER

ADAM KANSLER

ADAM KANSLER, I R A

DALE KLEINMAN, I R A

MATHEW KANSLER

MATHEW KANSLER, I R A

AMANADA KANSLER, I R A

~~SEYMOUR KLEINMAN~~

~~MARJORIE KLEINMAN~~

T/B/O SEYMOUR KLEINMAN

CAROLE LARAQUE, I R A

RONNI SUE LEO, I R A

AMF00026869

MWPTAP00901946

RONNI SUE LEO

RONNI S. LEO, CUST FOR PAMELA B. LEO

ROBERT LEVINE, PROFIT SHARING KEOGH

ROBERT LEVINE, MONEY PURCHASE FUND, KEOGH

DAVID AND MARILYN LIPSCHER

STEVEN J. LIPSCHER, I R A

DEBORAH MURPHY, CUST FOR ALANA MURPHY

SUE ROSECRANS

ROBERT J. ROSTAN, KEOGH PROFIT SHARING PLAN

ROBERT J. ROSTAN, KEOGH MONEY PURCHASE PLAN

ROBIN SABITH SCHWARTZ

JEFFREY A. SCHWARTZ, I R A

CHANTAL SEJOUR, I R A

GEORGES SEJOUR, I R A

THE SHAPIRO REVOCABLE FAMILY TRUST

RUTH SHAPIRO

SOUTH SHORE JOBBING CO. INC.

DEBRA WEINER, CUST FOR GENNA I. WEINER

DEBRA WEINER, CUST FOR PHARYL I. WEINER

FLORENCE WEINER, I R A

VERNON AND DEBRA WEINER

GERDA WELSER, I R A

HOWARD AND IRMA YALKUT

AMF00026870

MWPTAP00901947