# EXHIBIT 4

**Baker&Hostetler** LLP

11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509

T 310.820.8800
F 310.820.8859
www.bakerlaw.com

June 14, 2016

Michael R. Matthias
direct dial: 310.442.8802
mmatthias@bakerlaw.com

**VIA E-MAIL (blax@laxneville.com; bneville@laxneville.com; rmiller@laxneville.com)
and FEDEX**

Barry R. Lax
Brian J. Neville
Robert Miller
Lax Neville, LLP
1450 Broadway, 35th Floor
New York, New York 10018

  Re: *BLMIS Adv. Pro. No. 10-05169 – Fairfield Pagma Associates LP*

Gentlemen:

Enclosed please find 3 discs containing the documents being produced by the Trustee in connection with the Initial Disclosures.  Two discs contain what we refer to as the Core Account Documents for the subject BLMIS account number 1ZA994 and related account 1F0067.  The other contains Bank Transfer Documents for the subject account.

These discs are passwords protected.  The passwords will be sent to you by email.

Sincerely,

Michael R. Matthias
Of Baker & Hostetler LLP

Enclosures

  Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
 Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

4840-9225-8909.1