# EXHIBIT 6

# BakerHostetler

Baker&Hostetler LLP

11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509

T 310.820.8800
F 310.820.8859
www.bakerlaw.com

Michael R. Matthias
direct dial:  310.442.8802
mmatthias@bakerlaw.com

August 24, 2017

**VIA E-MAIL (bneville@laxneville.com)**
**AND FEDERAL EXPRESS**

Brian J. Neville
Lax & Neville, LLP
1450 Broadway, 35th Floor
New York, New York 10018

Re:    *Picard v. Fairfield Pagma Associates, LP, et al.*
       *Adv. Pro. No. 10-05169 (SMB)*

Dear Brian:

Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, enclosed please find four (4) discs, which contain the following:

- Expert Report of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, MAFF (with Exhibits and Appendices);

- Expert Report of Lisa M. Collura, CPA, CFE, CFF – Proof of Transfers to the Fairfield Pagma Defendants (with Exhibits);

- Expert Report of Matthew B. Greenblatt, CPA/CFF, CFE, Senior Managing Director – Methodology For The Principal Balance Calculation (with Exhibits);

- Expert Report of Matthew B. Greenblatt, CPA/CFF, CFE, Senior Managing Director – Principal Balance Calculation as Applied to the Fairfield Pagma Defendants (with Exhibits).

The discs have been encrypted and passwords will be provided to you via email.

Further, please be advised that along with the exhibits to these reports, you may access additional documents that are in the Trustee's possession through E-Data Room 1.  Please contact me to obtain credentials to access E-Data Room 1 if you do not already have them.

Brian J. Neville
August 24, 2017
Page 2

If you have any questions, please feel free to contact me.

Very truly yours,

Michael R. Matthias

Enclosures