**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PARSON FINANCE PANAMA S.A.,<br><br>    Defendant. | Adv. Pro. No. 11-02542 (CGM) |

## <u>AMENDED STIPULATION AND ORDER</u>

Plaintiff Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant Parson Finance Panama S.A. ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, the Parties previously entered into a stipulation, so ordered by the Court, setting forth a schedule for Defendant's response to the complaint in this action. *See* Adv. Pro. No. 11-02542 (CGM) (Bankr. S.D.N.Y. Dec. 13, 2021), ECF No. 90;

**WHEREAS**, the Parties seek to amend the agreed-upon schedule due to a scheduling conflict;

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant shall respond to the complaint in this action, Adv. Pro. No. 11-02542 (CGM) (Bankr. S.D.N.Y. Aug. 18, 2011), ECF No. 1, by February 18, 2022. If Defendant files a motion to dismiss the complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage. The Trustee shall respond to the motion by April 19, 2022, and Defendant shall file its reply by May 19, 2022.

*[Remainder of Page Intentionally Left Blank]*

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files such a motion to dismiss the complaint, then the parties shall seek oral argument on the motion at the Court's first available convenience.

Dated:      January 12, 2022
            New York, New York

By: /s/ Matthew D. Feil
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Matthew D. Feil
Email:  mfeil@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ Douglas A. Kellner
**KELLNER HERLIHY GETTY & FRIEDMAN LLP**
470 Park Avenue South – 7th Floor
New York, New York 10016
Telephone: (212) 889-2821
Facsimile: (212) 684-6224
Douglas A. Kellner
Email: dak@khgflaw.com
Eugene Getty
Email: efg@khgflaw.com

*Attorneys for Defendant Parson Finance Panama S.A.*

**SO ORDERED.**



/s/ Cecelia G. Morris

_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

**Dated: January 13, 2022**
**Poughkeepsie, New York**