**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 19, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05311; Picard v. UBS AG,** *et al.*

    A.  Notice of Hearing on Status Conference filed by Clerk of Court, United States Bankruptcy Court, SDNY, with hearing to be held on 12/15/2021 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 9/2/2021) [ECF No. 267]

    B.    Notice of Adjournment of Hearing / Status Conference filed by Oren Warshavsky on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. with hearing to be held on 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Warshavsky, Oren) (Filed: 12/10/2021) [ECF No. 268]

    C.    Notice of Adjournment of Hearing RE: Status Conference hearing not held and adjourned to 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Kinchen, Gwen). (Entered: 12/15/2021) [ECF No. 270]

    **Status**:    This matter is going forward.

2. **10-04285; Picard v. UBS AG, *et al.***

    A.    Letter to Chambers Requesting Addition of Adversary Proceeding to Omnibus Hearing on January 19, 2022 Filed by Brett S. Moore on behalf of Luxalpha SICAV as represented by its Liquidators Maitre Alain Rukavina and Paul LaPlume (Filed: 1/05/2022) [ECF No. 269]

    B.    Notice of Hearing to consider the Letter to Chambers Requesting Addition of Adversary Proceeding to Omnibus Hearing on January 19, 2022 Filed by Brett S. Moore on behalf of Luxalpha SICAV as represented by its Liquidators Maitre Alain Rukavina and Paul LaPlume (related document(s)269) filed by Clerk of Court, United States Bankruptcy Court, SDNY, with hearing to be held on 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 01/07/2022) [ECF No. 270]

    **Status**:    This matter is going forward.

3. **10-05354; Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)**

    A.    Order Reopening Case and Scheduling a Hearing signed on 11/16/2021. Hearing to be held on 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (DuBois, Linda) (Entered: 11/16/2021) [ECF No. 214]

    **Status**:    This matter is going forward.

4. **10-05421; Picard v. Frank J. Avellino, *et al.***

   A. Notice of Adjournment of Hearing RE: Pre-Trial Conference; hearing held and adjourned to 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 12/15/2021) [ECF No. 228]

   B. Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) filed by Esterina Giuliani on behalf of Irving H. Picard (Filed: 12/8/2021) [ECF No. 223]

   C. Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) filed by Gary A Woodfield on behalf of Defendants (Filed: 12/9/2021) [ECF No. 225]

   D. Letter to the Honorable Cecelia G. Morris re: adjourned Rule 7056-1(a) Conference. Filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 1/12/2022) [ECF No. 233]

   **Related Documents**:

   E. Notice of Hearing to consider the Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) filed by Gary A Woodfield (Filed: 12/9/2021) [ECF No. 226]

   F. Notice of Hearing to consider the Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) Filed by Esterina Giuliani (Filed: 12/9/2021) [ECF No. 227]

   G. Notice of Adjournment of Hearing RE: Notice of Hearing to consider the Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) Filed by Gary A Woodfield (related document(s)225) filed by Clerk of Court, United States Bankruptcy Court, SDNY; hearing held and adjourned to 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 12/15/2021) [ECF No. 230]

   H. Notice of Adjournment of Hearing RE: Hearing to consider the Letter to the Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant to Rule 7056-1(a) Filed by Esterina Giuliani on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (related document(s)223) filed by Clerk of Court, United States Bankruptcy Court, SDNY; hearing held and adjourned to 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 12/15/2021) [ECF No. 231]

   I. Transcript regarding Hearing Held on 12/15/2021 At 10:00 AM RE: Pre-Trial Conference.; Notice of Hearing to Consider the Letter To The Honorable Cecelia G. Morris Requesting Pre-Motion Conference Pursuant To Rule 7056-1(A).; Etc.

  Remote electronic access to the transcript is restricted until 3/17/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 227, 222, 223, 225, 221, 226). Notice of Intent to Request Redaction Deadline Due By 12/27/2021. Statement of Redaction Request Due By 1/7/2022. Redacted Transcript Submission Due By 1/18/2022. Transcript access will be restricted through 3/17/2022. (Ramos, Jonathan) (Entered: 12/17/2021) [ECF No. 232]

**Status**:  This matter is going forward.

## CONTESTED MATTERS

1. **10-05169; Picard v. Fairfield Pagma,** *et al.*

   A. Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/17/2021) [ECF No. 95]

   B. Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/17/2021) [ECF No. 96]

   C. Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed 11/17/2021) [ECF No. 97]

   D. Declaration of Lisa M. Collura, CPA, CFE, CFF filed by David J. Sheehan on behalf of Irving H. Picard (Filed 11/17/2021) [ECF No. 98]

   E. Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by David J. Sheehan on behalf of Irving H. Picard (Filed 11/17/2021) [ECF No. 99]

   F. Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by David J. Sheehan on behalf of Irving H. Picard (Filed 11/17/2021) [ECF No. 100]

**Opposition Due**:  December 22, 2021

**Opposition Filed**:

   G. Defendant's Memorandum of Law in Opposition to Trustee's Motion for Summary Judgment filed by Barry R. Lax on behalf of Estate of Marjorie Kleinman (Filed: 12/22/2021) [ECF No. 105]

H.      Defendants' Rule 56.1 Response to the Trustee's Statement of Material Facts filed by Barry R. Lax on behalf of Estate of Marjorie Kleinman (Filed: 12/22/2021) [ECF No. 104]

I.      Declaration of Brian J. Neville filed by Barry R. Lax on behalf of Estate of Marjorie Kleinman (Filed: 12/22/2021) [ECF No. 106]

J.      Declaration of Adam Kansler filed by Barry R. Lax on behalf of Estate of Marjorie Kleinman (Filed: 12/22/2021) [ECF No. 107]

K.      Declaration of Bonnie Joyce Kansler filed by Barry R. Lax on behalf of Estate of Marjorie Kleinman (Filed: 12/22/2021) [ECF No. 108]

**Replies Due**: January 12, 2022

**Replies Filed**:

L.      Trustee's Reply Memorandum of Law in Further Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 1/12/2022) [ECF No. 116]

M.      Trustee's Responses and Objections to Defendants' Statement of Additional Material Facts filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 1/12/2022) [ECF No. 117]

N.      Declaration of Maximillian S. Shifrin in Further Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 1/12/2022) [ECF No. 118]

**Related Documents**:

O.      Notice of Trustee's Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/17/2021) [ECF No. 94]

P.      Stipulation and Order Modifying Briefing Schedule signed on 12/1/2021. (DuBois, Linda) (Entered: 12/02/2021) [ECF No. 102]

Q.      Notice of Adjournment of Hearing re: Motion for Summary Judgment /Notice of Trustee's Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff; Hearing not held and adjourned to 1/19/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Kinchen, Gwen). (Entered: 12/15/2021) [ECF No. 103]

**Status**:    This matter is going forward.

Dated: January 14, 2022
New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*