**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>         v.<br><br>HSBC BANK PLC, <u>et</u> <u>al.</u>,<br><br>                          Defendants. | Adv. Pro. No. 09-1364 (CGM) |

**DISCOVERY ARBITRATOR'S EIGHTH DISCOVERY ORDER**

By Order dated December 6, 2021, I directed that the parties submit a proposed amended case management schedule by January 21, 2022. The Order further provided that the schedule be accompanied by a letter explaining why any further extensions requested were justified.

By letter dated January 19, 2022, counsel have jointly requested a sixty-day extension of the foregoing submission date so that they can continue to negotiate discovery issues and discuss a potential settlement of this proceeding.

It appearing that the parties are proceeding in good faith, counsel's request is granted and the date for submission of a proposed amended case management schedule is hereby adjourned to March 22, 2022.

SO ORDERED.

Dated:      New York, New York
            January 19, 2021.

_____
Hon. Frank Maas (Ret.)
Discovery Arbitrator

2