# Exhibit 7

# Exhibit 7 - Excerpt from the Spiral Notebooks



| Date | Account Name | Account # | Amount |
|---|---|---|---|
| 7/22 | | 1ZB04430 | 10,000.00 |
| 7/3 | | 1ZA58630 | 40,188.81 |
| 7/3 | | 1ZA96530 | 10,000.00 |
| 7/23 | | 1G008730 | 100,000.00 |
| 7/23 | | 1G008730 | 400,000.00 |
| 7/26 | | 1C002750 | 2,000,000.00 |
| 7/26 | | 1C002750 | 3,000,000.00 |
| 7/26 | | 1EM11930 | 55000.00 |
| 7/26 | | 1W96530 | 25000.00 |
| 7/26 | | 1CA96530 | 7000.00 |
| 7/26 | | 1ZB99130 | 100000.00 |
| 7/26 | | 1ZB06830 | 100000.00 |
| 7/26 | | 1503660 | 10000.00 |
| 7/26 | | 1V00053O | 25000.00 |
| 7/26 | | 1W004810 | 8000.00 |
| 7/26 | | 1EM05230 | 300,000.00 w.ire |
| 7/26 | | 1CM08330 | 140,000.00 wire |
| 7/26 | | 1ZK13130 | 500,000.00 wire |
| 7/26 | | 1C002750 | 2,000,000.00 |
| 7/26 | | 1C002750 | 2,000,000.00 |
| 7/26 | | 1-003750 | 3,000,000.00 |
| 7/27 | | 1ZA04630 | 90000.00 |
| 7/27 | | 1ZA0443D | 9000.00 |
| 7/27 | | 1ZA02230 | 9000.00 |
| 7/27 | | 1506110 | 9000.00 |

HWN00000104

Sandy 1993 Ck In
Jan 10, 1994

HWN00000082