# ATTACHMENT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05169 (SMB) |
| Plaintiff, | |
| v. | |
| FAIRFIELD PAGMA ASSOCIATES, LP, a New York limited partnership, SEYMOUR KLEINMAN, ESTATE OF MARJORIE KLEINMAN A/K/A MARJORIE HELENE KLEINMAN, BONNIE JOYCE KANSLER, as executor, FAIRFOX, LLC, a New York limited liability company, and SEYFAIR, LLC, a New York limited liability company, | |
| Defendants. | |

**EXPERT REPORT OF**
**MATTHEW B. GREENBLATT, CPA/CFF, CFE**
**SENIOR MANAGING DIRECTOR**
**FTI CONSULTING, INC.**

**PRINCIPAL BALANCE CALCULATION**
**AS APPLIED TO**
**THE FAIRFIELD PAGMA DEFENDANTS**

**August 24, 2017**

**Table of Contents**

    Page

I. INTRODUCTION ..................................................................................................................1

II. DESCRIPTION OF ACTIVITY IN THE FAIRFIELD PAGMA ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION ..................................................................................................................2

    A. Summary of Activity in BLMIS Account 1F0067 and the Inter-Account Transfers Into the Fairfield Pagma Account ...........................................................3

    B. Description of the Inter-Account Transfers and Cash Deposits Into the Fairfield Pagma Account ..............................................................................................5

    C. Description of the Cash Withdrawals and Inter-Account Transfers Out of the Fairfield Pagma Account .....................................................................................5

III. SIGNATURE AND RIGHT TO MODIFY .........................................................................6

IV. LIST OF EXHIBITS ...............................................................................................................7

## I. INTRODUCTION

1. As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS. I am a Senior Managing Director at FTI. Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2. As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3. The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS. Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4. This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS account associated with Fairfield Pagma Associates, LP, Seymour Kleinman, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Bonnie Joyce Kansler, Fairfox, LLC, and Seyfair, LLC (collectively, the "Defendants")[2], in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS accounts impacting the Principal Balance Calculation for BLMIS Account 1ZA994 (the "Fairfield Pagma Account").

5. This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I

---

[1] The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

[2] The original defendants in this adversary proceeding were Fairfield Pagma Associates, LP, Seymour Kleinman, Marjorie Kleinman, Fairfox, LLC, and Seyfair, LLC. Marjorie Kleinman died during the pendency of this action on October 26, 2014. The Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman and Bonnie Joyce Kansler, as executor of the Estate, were substituted as defendants for Marjorie Kleinman on April 7, 2015.

1

intend to provide testimony regarding my analyses and conclusions consistent with this report. FTI is being compensated at a rate of $637 per hour for my professional time incurred in performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

6. The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

## II. DESCRIPTION OF ACTIVITY IN THE FAIRFIELD PAGMA ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION

7. The Fairfield Pagma Account was maintained with BLMIS beginning in January 1993. Throughout its account history with BLMIS, the Fairfield Pagma Account had a total of 43 cash deposit and withdrawal transactions. In addition to these cash transactions, there were two inter-account transfers from BLMIS Account 1F0067 into the Fairfield Pagma Account. There were also the following inter-account transfers out of the Fairfield Pagma Account: (i) one inter-account transfer into BLMIS Account 1ZB484; and (ii) one inter-account transfer into BLMIS Account 1ZB483.

8. The cash deposit and withdrawal transactions, as well as the inter-account transfers, all impacted the Principal Balance Calculation for the Fairfield Pagma Account. Each of these transactions was reflected on the Customer Statements between January 1993 and November 2008.

9. As described in the Principal Balance Calculation Report, the amount of the transfer of funds from one BLMIS account to another BLMIS account (an inter-account transfer[3]) is limited to the amount of principal available in the *transferor's* account at the time of the transfer. Only the portion of the inter-account transfers between BLMIS accounts for which the transferor had actual principal could be transferred. As such, all inter-account transfers have been analyzed and the transferee's account has been credited only up to the amount of principal available in the transferor's account on the day of the inter-account transfer.

---

[3] An inter-account transfer is defined as a non-cash transaction between BLMIS customer accounts in which no new funds entered or left BLMIS, but rather a book entry occurred at BLMIS to internally adjust the balances of those accounts. These book entries did not reflect any transfers of cash because there was no actual movement of cash. Rather, these inter-account transfers merely changed reported value in the purported "equity" maintained in the BLMIS customers' accounts. (*See* Principal Balance Calculation Report, ¶¶17, 27-28, 32-34.)

2

10.    Thus, in order to perform the Principal Balance Calculation for the Fairfield Pagma Account, BLMIS Account 1F0067 was analyzed to determine the amount of principal available in that account that could be transferred into the Fairfield Pagma Account.

11.    **Exhibit 3** to this report (Summary Schedule of Cash and Principal Activity in the Fairfield Pagma Account) provides a summary of the activity in the BLMIS accounts that impacted the Principal Balance Calculation for the Fairfield Pagma Account.

12.    **Exhibits 4A** and **4B** to this report provide detailed schedules for the Principal Balance Calculation for BLMIS Account 1F0067 and the Fairfield Pagma Account, respectively.

### A. Summary of Activity in BLMIS Account 1F0067 and the Inter-Account Transfers Into the Fairfield Pagma Account

13.    On November 19, 1992, BLMIS Account 1F0067 was opened with a cash deposit via wire in the amount of $7,406,754, all representing principal.

14.    This one cash deposit provided BLMIS Account 1F0067 with $7,406,754 of principal.

15.    Between November 19, 1992 and December 11, 2008, BLMIS Account 1F0067 reflected a total of two cash withdrawals totaling $5,740,022 – an amount which included both principal *__and__* fictitious profits.

16.    On January 22, 1993, there were seven inter-account transfers from BLMIS Account 1F0067 into BLMIS Accounts 1ZA993, 1ZA989, 1ZA992, 1ZA990, 1ZA991 and the Fairfield Pagma Account in the aggregate amount of $1,700,318, as reflected on the Customer Statements:

- $94,274 into BLMIS Account 1ZA993;
- $116,031 into BLMIS Account 1ZA989;
- $230,183 into BLMIS Account 1ZA992;
- $460,590 into the Fairfield Pagma Account;
- $124,549 into BLMIS Account 1ZA990;
- $200,000 into the Fairfield Pagma Account; and
- $474,691 into BLMIS Account 1ZA991.

17.    As of that date, BLMIS Account 1F0067 had only $1,666,754 of principal available that could be transferred. At the direction of Trustee's counsel, and pursuant to

3

correspondence in the customer file for BLMIS Account 1F0067, I divided the $1,666,754 of principal as follows:

- 5.5445% into BLMIS Account 1ZA993;
- 6.8241% into BLMIS Account 1ZA989;
- 13.5376% into BLMIS Account 1ZA992;
- 27.0885% into the Fairfield Pagma Account;
- 7.3250% into BLMIS Account 1ZA990;
- 11.7625% into the Fairfield Pagma Account; and
- 27.9178% into BLMIS Account 1ZA991.[4]

18.  Applying that methodology, BLMIS Accounts 1ZA993, 1ZA989, 1ZA992, 1ZA990, 1ZA991 and the Fairfield Pagma Account were each credited with the following amount of principal:

- $92,413 of principal into BLMIS Account 1ZA993 (equal to 5.5445% of $1,666,754);
- $113,741 of principal into BLMIS Account 1ZA989 (equal to 6.8241% of $1,666,754);
- $225,639 of principal into BLMIS Account 1ZA992 (equal to 13.5376% of $1,666,754);
- $451,498 of principal into the Fairfield Pagma Account (equal to 27.0885% of $1,666,754);
- $122,090 of principal into BLMIS Account 1ZA990 (equal to 7.3250% of $1,666,754);
- $196,052 of principal into the Fairfield Pagma Account (equal to 11.7625% of $1,666,754); and
- $465,321 of principal into BLMIS Account 1ZA991 (equal to 27.9178% of $1,666,754).[5]

---

[4] According to the correspondence at **MADTBB03078430** and **MADTBB03078432**, between Seymour Kleinman and BLMIS, Seymour Kleinman directed inter-account transfers from BLMIS Account 1F0067 as follows: (i) $474,691 into "Bonnie Kansler" (BLMIS Account 1ZA991); (ii) $116,031 into "Seymour Kleinman" (BLMIS Account 1ZA989); (iii) $124,549 into "Judith V. Schwartz" (BLMIS Account 1ZA990); (iv) $94,274 into "Dale Kleinman" (BLMIS Account 1ZA993); (v) $230,183 into "Marjorie Kleinman" (BLMIS Account 1ZA992); (vi) $200,000 into "Fairfield Pagma Associates LP" (the Fairfield Pagma Account); and (vii) $460,590 into "Fairfield Pagma Associates LP" (the Fairfield Pagma Account). (*See also* **MADTBB03078434**-**MADTBB03078435**.)

19.     The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibit 4A** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1F0067; *see also* **Exhibit 4B** for the Detailed Schedule for the Principal Balance Calculation for the Fairfield Pagma Account.)

**B.      Description of the Inter-Account Transfers and Cash Deposits Into the Fairfield Pagma Account**

20.     On January 22, 1993, the Fairfield Pagma Account was opened with two inter-account transfers from BLMIS Account 1F0067 in the amounts of $460,590 and $200,000, as reflected on the Customer Statements.  However, as discussed above, the Fairfield Pagma Account was only credited with $451,498 and $196,052 of principal from these inter-account transfers, respectively.  The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4A** and **4B**.)

21.     Subsequent to these initial inter-account transfers, there were 18 cash deposits via checks into the Fairfield Pagma Account in the aggregate amount of $2,852,118, all representing principal.

22.     In sum, these two inter-account transfers and 18 cash deposits provided the Fairfield Pagma Account with a total of $3,499,668 of principal.  (*See* **Exhibit 3**.)

**C.      Description of the Cash Withdrawals and Inter-Account Transfers Out of the Fairfield Pagma Account**

23.     Between January 22, 1993 and December 11, 2008, the Fairfield Pagma Account reflected a total of 25 cash withdrawals totaling $4,171,000 – an amount which included both principal ***and*** fictitious profits.

24.     On September 25, 2003, there were two inter-account transfers from the Fairfield Pagma Account into BLMIS Accounts 1ZB484 and 1ZB483 in the aggregate amount of $576,597: (i) $138,563 into BLMIS Account 1ZB484; and (ii) $438,034 into BLMIS Account 1ZB483, as reflected on the Customer Statements.  As of the date of these inter-account transfers, the Fairfield Pagma Account had sufficient principal to transfer the full amounts into

---

[5]     *See* Principal Balance Calculation Report, ¶¶17, 27-28, 32-34 for a full explanation of inter-account transfers of principal between BLMIS customer accounts; *see also* footnote 4.

BLMIS Accounts 1ZB484 and 1ZB483. Therefore, a total of $576,597 was credited as principal into BLMIS Accounts 1ZB484 and 1ZB483. (*See* **Exhibit 4B**.)

25. The Principal Balance Calculation for the Fairfield Pagma Account demonstrates that between January 22, 1993 and December 11, 2008, $4,747,597 was withdrawn from or transferred within BLMIS ($4,171,000 withdrawn in cash and $576,597 transferred into BLMIS Accounts 1ZB484 and 1ZB483), which consisted of $3,499,668 of principal and an additional $1,247,929 of funds withdrawn in excess of principal, representing fictitious profits. The $1,247,929 of fictitious profits was withdrawn within the two-year period prior to December 11, 2008. (*See* **Exhibit 4B**.)

### III.   SIGNATURE AND RIGHT TO MODIFY

26. This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

_____

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: August 24, 2017

## IV. LIST OF EXHIBITS

**Exhibit 1** – Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2** – Documents Considered

**Exhibit 3** – Summary Schedule of Cash and Principal Activity in the Fairfield Pagma Account

**Exhibit 4A** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1F0067

**Exhibit 4B** – Detailed Schedule for the Principal Balance Calculation for the Fairfield Pagma Account