# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Fairfield Pagma Account

|  | 1F0067 | Fairfield Pagma Account 1ZA994 |
|---|---:|---:|
| **INFLOWS** | | |
| Cash Deposits | $7,406,754 | $2,852,118 |
| Transfers of Principal (In) | 0 | 647,550 |
| **Principal Available** | **$7,406,754** | **$3,499,668** |
| **OUTFLOWS** | | |
| Cash Withdrawals | ($5,740,022) | ($4,171,000) |
| Transfers of Principal (Out) | (1,666,754)[a] | (576,597)[b] |
| **Total Outflows** | **($7,406,776)** | **($4,747,597)** |
| **Total** | **($22)** | **($1,247,929)** |

[a] The $1,666,754 was transferred from BLMIS Account 1F0067 into other BLMIS accounts; two of those transfers were inter-account transfers of principal in the aggregate amount of $647,550 into the Fairfield Pagma Account. (*See* **Exhibits 4A** and **4B**.)

[b] The $576,597 was transferred from the Fairfield Pagma Account into BLMIS Accounts 1ZB484 and 1ZB483. (*See* **Exhibit 4B**.)