# Exhibit 4A

**Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1F0067**

BLMIS ACCOUNT NO. 1F0067 - FAIRFIELD PAGMA ASSOC LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 11/19/1992 | CHECK WIRE | 7,406,754 | 7,406,754 | - | - | - | 7,406,754 | MF00450666 | MF00450666 |
| 1/8/1993 | CHECK WIRE | (5,740,000) | - | (5,740,000) | - | - | 1,666,754 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO D KLEINMAN (1ZA993) | (94,274) [1] | - | - | - | (92,413) | 1,574,341 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO S KLEINMAN (1ZA989) | (116,031) [1] | - | - | - | (113,741) | 1,460,600 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO M KLEINMAN (1ZA992) | (230,183) [1] | - | - | - | (225,639) | 1,234,961 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO FAIRFIELD PAGMA LP (1ZA994) | (460,590) [1] | - | - | - | (451,498) | 783,463 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO J SCHWARTZ (1ZA990) | (124,549) [1] | - | - | - | (122,090) | 661,373 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO FAIRFIELD PAGMA LP (1ZA994) | (200,000) [1] | - | - | - | (196,052) | 465,321 | MF00437839 | MF00437839 |
| 1/22/1993 | TRANS TO B KANSLER (1ZA991) | (474,691) [1] | - | - | - | (465,321) | - | MF00437839 | MF00437839 |
| 4/30/1993 | CHECK | (22) | - | (22) | - | - | (22) | MF00387920 | MF00387920 |
| | Total: | | $ 7,406,754 | $ (5,740,022) | $ - | $ (1,666,754) | $ (22) | | |

[1] On January 22, 1993, there were seven inter-account transfers from BLMIS Account 1F0067 into BLMIS Accounts 1ZA993, 1ZA989, 1ZA992, 1ZA990, 1ZA991, and the Fairfield Pagma Account in the aggregate amount of $1,700,318, as reflected on the Customer Statements. As of that date, BLMIS Account 1F0067 had only $1,666,754 of principal available that could be transferred. At the direction of Trustee's counsel and pursuant to correspondence in the customer file for BLMIS Account 1F0067, I divided the $1,666,754 of principal as follows: (i) 5.5445% into BLMIS Account 1ZA993; (ii) 6.8241% into BLMIS Account 1ZA989; (iii) 13.5376% into BLMIS Account 1ZA992; (iv) 27.0885% into the Fairfirled Pagma Account; (v) 7.3250% into BLMIS Account 1ZA990; (vi) 11.7625% into the Fairfirled Pagma Account; and (vii) 27.9178% into BLMIS Account 1ZA991. Applying that methodology, BLMIS Accounts 1ZA993, 1ZA989, 1ZA992, 1ZA990, 1ZA991, and the Fairfield Pagma Account were credited as follows: (i) $92,413 of principal into BLMIS Account 1ZA993 (equal to 5.5445% of $1,666,754); (ii) $113,741 of principal into BLMIS Account 1ZA989 (equal to 6.8241% of $1,666,754); (iii) $225,639 of principal into BLMIS Account 1ZA992 (equal to 13.5376% of $1,666,754); (iv) $451,498 of principal into the Fairfield Pagma Account (equal to 27.0885% of $1,666,754); (v) $122,090 of principal into BLMIS Account 1ZA990 (equal to 7.3250% of $1,666,754); (vi) $196,052 of principal into the Fairfield Pagma Account (equal to 11.7625% of $1,666,754); and (vii) $465,321 of principal into BLMIS Account 1ZA991 (equal to 27.9178% of $1,666,754). The remaining balance of these reported inter-account transfers constituted fictitious profits. (See MADTBB03078430, MADTBB03078432, and MADTBB03078434-MADTBB03078435.)