# Exhibit 4B

**Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for the Fairfield Pagma Account**

BLMIS ACCOUNT NO. 1ZA994 - FAIRFIELD PAGMA ASSOCIATES LP

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/22/1993 | TRANS FROM FAIRFIELD PAGMA (1F0067) | 460,590 [1] | - | - | 451,498 | - | 451,498 | MF00443063 | MF00443063 |
| 1/22/1993 | TRANS FROM FAIRFIELD PAGMA (1F0067) | 200,000 [1] | - | - | 196,052 | - | 647,550 | MF00443063 | MF00443063 |
| 3/1/1993 | CHECK | 158,118 | 158,118 | - | - | - | 805,668 | MF00392462 | MF00392463 |
| 3/10/1993 | CHECK | 50,000 | 50,000 | - | - | - | 855,668 | MF00392462 | MF00392463 |
| 4/14/1993 | CHECK | 76,000 | 76,000 | - | - | - | 931,668 | MF00389900 | MF00389901 |
| 5/24/1993 | CHECK | 12,000 | 12,000 | - | - | - | 943,668 | MF00422127 | MF00422127 |
| 1/12/1994 | CHECK | (43,000) | - | (43,000) | - | - | 900,668 | MF00340499 | MF00340501 |
| 3/31/1994 | CHECK | 35,000 | 35,000 | - | - | - | 935,668 | MF00298689 | MF00298691 |
| 4/19/1994 | CHECK | 45,000 | 45,000 | - | - | - | 980,668 | MF00292341 | MF00292343 |
| 5/2/1994 | CHECK | 80,000 | 80,000 | - | - | - | 1,060,668 | MF00282933 | MF00282935 |
| 12/21/1994 | CHECK | (50,000) | - | (50,000) | - | - | 1,010,668 | MF00241996 | MF00241998 |
| 4/19/1995 | CHECK | 65,000 | 65,000 | - | - | - | 1,075,668 | MF00195958 | MF00195961 |
| 5/15/1995 | CHECK | 82,000 | 82,000 | - | - | - | 1,157,668 | MF00193010 | MF00193012 |
| 12/14/1995 | CHECK | (90,000) | - | (90,000) | - | - | 1,067,668 | MDPTPP06668387 | MDPTPP06668391 |
| 4/15/1996 | CHECK | 93,000 | 93,000 | - | - | - | 1,160,668 | MDPTPP06668414 | MDPTPP06668417 |
| 5/8/1996 | CHECK | 76,000 | 76,000 | - | - | - | 1,236,668 | MDPTPP06668420 | MDPTPP06668426 |
| 7/12/1996 | CHECK | (20,000) | - | (20,000) | - | - | 1,216,668 | MDPTPP06668434 | MDPTPP06668439 |
| 9/13/1996 | CHECK | (28,000) | - | (28,000) | - | - | 1,188,668 | MDPTPP06668447 | MDPTPP06668451 |
| 12/27/1996 | CHECK | (110,000) | - | (110,000) | - | - | 1,078,668 | MDPTPP06668464 | MDPTPP06668468 |
| 5/6/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,178,668 | MDPTPP06668496 | MDPTPP06668499 |
| 8/28/1997 | CHECK | (20,000) | - | (20,000) | - | - | 1,158,668 | MDPTPP06668513 | MDPTPP06668517 |
| 12/17/1997 | CHECK | (110,000) | - | (110,000) | - | - | 1,048,668 | MDPTPP06668536 | MDPTPP06668539 |
| 2/2/1998 | CHECK | 30,000 | 30,000 | - | - | - | 1,078,668 | MDPTPP06668547 | MDPTPP06668550 |
| 1/16/2001 | CHECK | 600,000 | 600,000 | - | - | - | 1,678,668 | MDPTPP06668763 | MDPTPP06668768 |
| 1/15/2002 | CHECK | 300,000 | 300,000 | - | - | - | 1,978,668 | MDPTPP06668830 | MDPTPP06668835 |
| 2/12/2002 | CHECK | 300,000 | 300,000 | - | - | - | 2,278,668 | MDPTPP06668837 | MDPTPP06668841 |
| 2/20/2003 | CHECK | 400,000 | 400,000 | - | - | - | 2,678,668 | MDPTPP06668912 | MDPTPP06668916 |
| 9/25/2003 | TRANS TO 1ZB48430 (1ZB484) | (138,563) | - | - | - | (138,563) | 2,540,105 | MDPTPP06668958 | MDPTPP06668964 |
| 9/25/2003 | TRANS TO 1ZB48330 (1ZB483) | (438,034) | - | - | - | (438,034) | 2,102,071 | MDPTPP06668958 | MDPTPP06668964 |
| 6/25/2004 | CHECK | (300,000) | - | (300,000) | - | - | 1,802,071 | MDPTPP06669016 | MDPTPP06669023 |
| 4/6/2005 | CHECK | (200,000) | - | (200,000) | - | - | 1,602,071 | MDPTPP06669076 | MDPTPP06669078 |
| 6/8/2005 | CHECK | (325,000) | - | (325,000) | - | - | 1,277,071 | MDPTPP06669086 | MDPTPP06669090 |
| 7/19/2005 | CHECK | (100,000) | - | (100,000) | - | - | 1,177,071 | MDPTPP06669092 | MDPTPP06669094 |
| 8/17/2005 | CHECK | (125,000) | - | (125,000) | - | - | 1,052,071 | MDPTPP06669096 | MDPTPP06669098 |
| 12/13/2005 | CHECK | (100,000) | - | (100,000) | - | - | 952,071 | MDPTPP06669120 | MDPTPP06669125 |
| 2/9/2006 | CHECK | (350,000) | - | (350,000) | - | - | 602,071 | MDPTPP06669134 | MDPTPP06669137 |
| 3/28/2006 | CHECK | (250,000) | - | (250,000) | - | - | 352,071 | MDPTPP06669139 | MDPTPP06669144 |
| 4/25/2006 | CHECK | (250,000) | - | (250,000) | - | - | 102,071 | MDPTPP06669146 | MDPTPP06669152 |
| 9/7/2006 | CHECK | (100,000) | - | (100,000) | - | - | 2,071 | MDPTPP06669179 | MDPTPP06669183 |
| 11/21/2006 | CHECK | (250,000) | - | (250,000) | - | - | (247,929) | MDPTPP06669192 | MDPTPP06669195 |
| 3/9/2007 | CHECK | (750,000) | - | (750,000) | - | - | (997,929) | MDPTPP06669213 | MDPTPP06669217 |
| 5/18/2007 | CHECK | (150,000) | - | (150,000) | - | - | (1,147,929) | MDPTPP06669227 | MDPTPP06669230 |
| 6/14/2007 | CHECK | (200,000) | - | (200,000) | - | - | (1,347,929) | MDPTPP06669232 | MDPTPP06669236 |
| 2/19/2008 | CHECK | 350,000 | 350,000 | - | - | - | (997,929) | MDPTPP06669269 | MDPTPP06669270 |
| 5/30/2008 | CHECK | (50,000) | - | (50,000) | - | - | (1,047,929) | MDPTPP06669280 | MDPTPP06669284 |

**Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for the Fairfield Pagma Account**

**BLMIS ACCOUNT NO. 1ZA994 - FAIRFIELD PAGMA ASSOCIATES LP**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **Beg Bates** | **End Bates** |
| 6/2/2008 | CHECK | (100,000) | - | (100,000) | - | - | (1,147,929) | MDPTPP06669286 | MDPTPP06669288 |
| 7/14/2008 | CHECK | (100,000) | - | (100,000) | - | - | (1,247,929) | MDPTPP06669290 | MDPTPP06669291 |
| | | Total: | $ 2,852,118 | $ (4,171,000) | $ 647,550 | $ (576,597) | $ (1,247,929) | | |

[1] On January 22, 1993, there were seven inter-account transfers from BLMIS Account 1F0067 into BLMIS Accounts 1ZA993, 1ZA989, 1ZA992, 1ZA990, 1ZA991, and the Fairfield Pagma Account in the aggregate amount of $1,700,318, as reflected on the Customer Statements. As of that date, BLMIS Account 1F0067 had only $1,666,754 of principal available that could be transferred. At the direction of Trustee's counsel and pursuant to correspondence in the customer file for BLMIS Account 1F0067, I divided the $1,666,754 of principal as follows: (i) 5.5445% into BLMIS Account 1ZA993; (ii) 6.8241% into BLMIS Account 1ZA989; (iii) 13.5376% into BLMIS Account 1ZA992; (iv) 27.0885% into the Fairfirled Pagma Account; (v) 7.3250% into BLMIS Account 1ZA990; (vi) 11.7625% into the Fairfirled Pagma Account; and (vii) 27.9178% into BLMIS Account 1ZA991. Applying that methodology, BLMIS Accounts 1ZA993, 1ZA989, 1ZA992, 1ZA990, 1ZA991, and the Fairfield Pagma Account were credited as follows: (i) $92,413 of principal into BLMIS Account 1ZA993 (equal to 5.5445% of $1,666,754); (ii) $113,741 of principal into BLMIS Account 1ZA989 (equal to 6.8241% of $1,666,754); (iii) $225,639 of principal into BLMIS Account 1ZA992 (equal to 13.5376% of $1,666,754); (iv) $451,498 of principal into the Fairfield Pagma Account (equal to 27.0885% of $1,666,754); (v) $122,090 of principal into BLMIS Account 1ZA990 (equal to 7.3250% of $1,666,754); (vi) $196,052 of principal into the Fairfield Pagma Account (equal to 11.7625% of $1,666,754); and (vii) $465,321 of principal into BLMIS Account 1ZA991 (equal to 27.9178% of $1,666,754). The remaining balance of these reported inter-account transfers constituted fictitious profits. (*See* MADTBB03078430, MADTBB03078432, and MADTBB03078434-MADTBB03078435.)