**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>QUILVEST FINANCE LTD.,<br><br>        Defendant. | Adv. Pro. No. 11-02538 (CGM) |

**STIPULATION AND ORDER**

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant Quilvest Finance, Ltd. (now known as QS Finance Ltd.) ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on August 18, 2011, the Trustee commenced adversary proceeding number 11-02538 (the "Action") against Defendant to, among other things, recover transfers allegedly received from Fairfield Sentry Limited, and from others, pursuant to 11 U.S.C. § 550.

**IT IS HEREBY STIPULATED AND AGREED,** that the deadline for the Defendant to respond to the Complaint in the Action shall be March 4, 2022. If Defendant files a motion to dismiss the Complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage, in accordance with Rule 12 of the Federal Rules of Civil Procedure. The deadline for the Trustee to respond to the motion shall be May 4, 2022, and the deadline for the Defendant to file a reply shall be June 3, 2022.

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files a motion to dismiss the Complaint, then the parties shall request oral argument on the motion at the Court's first available convenience. The deadlines established by this Stipulation and Order are without prejudice to either Party seeking future extensions of time.

**IT IS HEREBY STIPULATED AND AGREED**, that the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Dated:      January 19, 2022
            New York, New York

By: /s/ *Robertson D. Beckerlegge*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Robyn M. Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SO ORDERED.**

By: /s/ *Thomas E. Lynch*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Thomas E. Lynch
Email: telynch@jonesday.com

*Attorneys for Quilvest Finance Ltd. (now known as QS Finance Ltd.)*



**Dated: January 20, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**