UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                            )   ss:
COUNTY OF DALLAS   )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 19, 2022, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000778)

Executed on January 19, 2022.

_____
Tassie Powers Barr

Sworn to and subscribed before me this __19th__ day of __January__, 2022

MARY S BETIK
Notary ID #4866693
My Commission Expires
March 12, 2026

_____
Mary S. Betik

(SEAL)                           Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER T000778**
1/19/2022

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for Confidentiality Reasons | | | | | | |
| | X | Redacted for Confidentiality Reasons | | | | | | |