IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| The Daprex Profit Sharing and 401(k) Plan | 002411 | 2859 2860 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 |
| Florence Roth | 000712 | 2449 | Milberg LLP | Florence Roth | 1R0047 |
| Janet Jaffin Revocable Trust | 002511 | 2815 | Jaspan Schlesinger LLP | Janet Jaffin Revocable Trust | 1CM093 |
| Jennie Brett | 000048 | 2515 2795 | Thomas E. Brett, Esq. | Jennie Brett | 1B0060 |
| Jennie Brett | 000047 | 2794 | Thomas E. Brett, Esq. | Jennie Brett | 1B0192 |
| Jonathan Schwartz as Trustee for the benefit of Nancy M. Riehm | 004891 | 2774 | Becker & Poliakoff, LLP | Jonathan Schwartz As Trustee FBO Nancy M Riehm | 1ZB496 |
| Konigsberg Wolf & Co. PC 401-K Plan #2 | 001604 | 2857 | Norman A. Kaplan, Esq. | Konigsberg Wolf & Co PC 401-K Plan #2 | 1K0106 |
| Robert Hirsch and/or Lee Hirsch J/T WROS | 001340 | 908 | Phillips Nizer LLP | Robert Hirsch And/Or Lee Hirsch J/T WROS | 1ZA828 |