**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT C – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| The Daprex Profit Sharing and 401(k) Plan | 002411 | 2859 2860 | Becker & Poliakoff, LLP | Daprex Profit Sharing And 401K Plan | 1D0053 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Florence Roth | 000712 | 2449 | Milberg LLP | Florence Roth | 1R0047 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Janet Jaffin Revocable Trust | 002511 | 2815 | Jaspan Schlesinger LLP | Janet Jaffin Revocable Trust | 1CM093 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Jennie Brett | 000048 | 2515 2795 | Thomas E. Brett, Esq. | Jennie Brett | 1B0060 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Jennie Brett | 000047 | 2794 | Thomas E. Brett, Esq. | Jennie Brett | 1B0192 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Jonathan Schwartz as Trustee for the benefit of Nancy M. Riehm | 004891 | 2774 | Becker & Poliakoff, LLP | Jonathan Schwartz As Trustee FBO Nancy M Riehm | 1ZB496 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Konigsberg Wolf & Co. PC 401-K Plan #2 | 001604 | 2857 | Norman A. Kaplan, Esq. | Konigsberg Wolf & Co PC 401-K Plan #2 | 1K0106 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Robert Hirsch and/or Lee Hirsch J/T WROS | 001340 | 908 | Phillips Nizer LLP | Robert Hirsch And/Or Lee Hirsch J/T WROS | 1ZA828 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |