**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 11-02572 (CGM) |
| Plaintiff, | |
| v. | |
| KOREA EXCHANGE BANK, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III, | |
| Defendant. | |

## STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff, and defendant Korea Exchange Bank ("Defendant"), by and through their respective and undersigned counsel, state as follows:

      **IT IS HEREBY STIPULATED AND AGREED**, that, the deadline for the Defendant to respond to the First Amended Complaint in the Action (ECF No. 30, filed on June 6, 2012) shall be May 16, 2022. If Defendant files a motion to dismiss, such motion shall set forth any and all grounds for dismissal required to be asserted at the pleading stage. The deadline for the Trustee to respond to the motion shall be July 15, 2022, and the deadline for the Defendant to file a reply shall be August 15, 2022.

      **IT IS FURTHER STIPULATED AND AGREED**, that if Defendant files a motion to dismiss, then the parties shall request oral argument on the motion at the Court's first available convenience.

Dated:     January 26, 2022
             New York, New York

| | |
|---|---|
| By: */s/ David J. Sheehan* | By: */s/ Richard A. Cirillo* |
| **BAKER & HOSTETLER LLP** | **RICHARD A. CIRILLO, ESQ.** |
| 45 Rockefeller Plaza | 246 East 33rd Street #1 |
| New York, New York 10111 | New York, New York 10016 |
| Telephone: (212) 589-4200 | Telephone: (971) 541-6778 |
| Facsimile: (212) 589-4201 | Richard A. Cirillo |
| David J. Sheehan | Email: richard@Cirillo-Law.com |
| Email: dsheehan@bakerlaw.com | |
| Eric R. Fish | *Attorney for Defendant Korea Exchange Bank* |
| Email: efish@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |



**Dated: January 27, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**