UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>KOOKMIN BANK,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 12-01194 (CGM) |

## STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff, and defendant Kookmin Bank ("Defendant," and with the Trustee, the "Parties"), by and through their respective and undersigned counsel, state as follows:

**IT IS HEREBY STIPULATED AND AGREED**, that, the deadline for the Defendant to respond to the complaint in the Action (ECF No. 1) shall be March 7, 2022. If Defendant files a motion to dismiss the complaint, such motion shall set forth any and all grounds for dismissal

required to be asserted at the pleading stage. The deadline for the Trustee to respond to the motion shall be May 6, 2022, and the deadline for the Defendant to file a reply shall be June 6, 2022.

      **IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files a motion to dismiss the complaint, then the parties shall request oral argument on the motion at the Court's first available convenience.

Dated:       January 26, 2022
                New York, New York

| | |
|---|---|
| By: /s/ David J. Sheehan<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Eric R. Fish<br>Email: efish@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ Richard A. Cirillo<br>**RICHARD A. CIRILLO, ESQ.**<br>246 East 33rd Street #1<br>New York, New York 10016<br>Telephone: (971) 541-6778<br>Richard A. Cirillo<br>Email: richard@Cirillo-Law.com<br><br>*Attorneys for Defendant Kookmin Bank* |

**Dated: January 27, 2022**
**Poughkeepsie, New York**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**