**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANQUE LOMBARD ODIER & CIE SA,<br><br>　　　　　　Defendant. | Adv. Pro. No. 12-01693 (CGM) |

**STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and defendant Banque Lombard Odier & Cie SA ("Defendant"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 6, 2012, the Trustee filed his original complaint ("Complaint") in the above-captioned adversary proceeding against Defendant to recover alleged subsequent transfers Defendant allegedly received from Fairfield Sentry Limited, Fairfield Sigma Limited, and Kingate Global Fund, Ltd.  ECF. No. 1; and

**WHEREAS**, pursuant to Stipulation and Order dated on or about the date hereof, the Trustee's claims to recover alleged subsequent transfers that Defendant allegedly received from Kingate Global Fund Ltd. were dismissed.

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant shall respond to the Complaint by January 28, 2022.  The Trustee shall respond to the motion by March 29, 2022, and Defendant shall file its reply by April 28, 2022.

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files such a motion to dismiss the Complaint, then the parties shall seek oral argument on the motion at the Court's first available convenience.

**IT IS HEREBY STIPULATED AND AGREED**, that the Trustee and Defendant reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

**IT IS HEREBY STIPULATED AND AGREED**, that the above deadlines granted by this Stipulation are without prejudice to either party seeking future extensions of time.

Dated:   January 27, 2022
         New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Torello H. Calvani*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Tara E. Turner
Email: tturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**ALLEGAERT BERGER & VOGEL LLP**

By: */s/ John F. Zulack*
111 Broadway, 20th Floor
New York, New York 10006
Telephone: 212.571.0550
Facsimile: 212.571.0555
John F. Zulack
Email: jzulack@abv.com

*Attorney for Defendant Banque Lombard Odier & Cie SA*

**MAYER BROWN LLP**

By: */s/ Kevin C. Kelly*
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.506.2500
Mark G. Hanchet
Email: mhanchet@mayerbrown.com
Kevin C. Kelly
Email: kkelly@mayerbrown.com

Marc R. Cohen
1999 K St NW
Washington, DC 20006
Tel. No.: (202) 263-5282
Email: mcohen@mayerbrown.com

*Attorneys for Defendant Banque Lombard Odier & Cie SA*

**SO ORDERED.**



**Dated: January 27, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**