**Department of the Treasury
Internal Revenue Service**

FRESNO    CA    93888-0025

In reply refer to: 1042978289
May 26, 2021    LTR 129C    0
         1207   200312   30
                        00008328
BODC: SB

DAVID & IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON  FL  33496



080239

Taxpayer identification number: ▮▮▮▮1207
Tax Periods: Dec. 31, 2003
Form: 1040

Dear Taxpayer:

We are responding to your inquiry dated Mar. 08, 2021.

Our records show we issued a check for $163,414.00 on Aug. 07, 2009. If you did not receive the refund, please complete and return Form 3911, Taxpayer Statement Regarding Refund, both spouses must sign the Form 3911. You can either mail the Form 3911 to: Fresno Refund Inquiry Unit, 5045 E Butler Avenue, Mail Stop 2007, Fresno, CA 93888 or fax your information to 855-332-3068.

If you suspect you're a victim of tax-related identity theft, visit IRS.gov/Identity Theft to learn what steps you should take.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 800-TAX-FORM (800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you in the spaces below.

Telephone number  (561) 483-4543    Hours  all hours

Keep a copy of this letter for your records.

Thank you for your cooperation.





# POLIAKOFF, LLP

NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

WWW.BECKER-POLIAKOFF.COM
WWW.BECKERNY.COM

August 1, 2013

<u>By Fax: (561) 483-4543</u>
<u>& Regular Mail</u>

David Gross
7248 Ballantrae Court
Boca Raton, FL 334986-1422

<u>Madoff / Cohmad</u>

Dear David:

I have been following your activities with respect to Cohmad. Unfortunately, I cannot represent you in that matter. The legal fees would be astronomical. Moreover,

Helen Davis Chaitman

HDC:leb

LEGAL AND BUSINESS STRATEGISTS

{N0031309 }

TOTAL P.01

May 26, 2021    LTR 129C    0
1042978289
1207    200312    30
00008329

DAVID & IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON    FL    33496

Sincerely yours,

*Ursula S. Dean*
URSULA DEAN
OPERATIONS MANAGER, OPERATIONS 2

Enclosures:
Copy of this letter
Envelope



[handwritten: DID NOT RECIEVE SHOW PROOF OF CANCELED CHECK]



Mr. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

# POLIAKOFF, LLP

NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

WWW.BECKER-POLIAKOFF.COM
WWW.BECKERNY.COM

August 1, 2013

**By Fax: (561) 483-4543**
**& Regular Mail**

David Gross
7248 Ballantrae Court
Boca Raton, FL 334986-1422

**Madoff / Cohmad**

Dear David:

I have been following your activities with respect to Cohmad. Unfortunately, I cannot represent you in that matter. The legal fees would be astronomical. Moreover,

Helen Davis Chaitman

HDC:leb

LEGAL AND BUSINESS STRATEGISTS

{N0031309 }

TOTAL P.01

## Other Actions You May Wish To Take

If you do not agree with the changes to your account or if you have questions about this notice, you may call 1-800-829-8374.

Retain a copy of this notice with your federal tax records.

For tax forms, instructions and information visit www.irs.gov. Access to this site will not provide you with any taxpayer account information.

*Handwritten annotations:*

ADD
NEW YORK STATE TAX
APPROXIMATELY
500,000 DOLLARS
INCLUDING FEES
SINCE 1987 —

DID NOT RECIEVE
THIS CHECK

TAX YEARS       0. *
                0. *
REFUND          0. *

2003    163,414.   +
2004    171,703.   +
2005    93,018.    +
2006    135,566.   +
2007    134,371.   +
2008    4,391.     +

TOTAL → 729,263.   *

729,263.   +

| First Name | M.I. | Last Name | State | Congress District | Party | Address | City | State | ZipCode | Phone | Fax | Aide Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jane | | Harman | CA | 36 | D | 2400 Rayburn HOB | Washington | DC | 20515-0536 | 202-225-8220 | 202-226-7290 | |
| Laura | | Richardson | CA | 37 | D | 1725 Longworth HOB | Washington | DC | 20515-0537 | 202-225-7924 | 202-225-7926 | |
| Grace | F. | Napolitano | CA | 38 | D | 1610 Longworth HOB | Washington | DC | 20515-0538 | 202-225-5256 | 202-225-0027 | |
| Loretta | | Sanchez | CA | 39 | D | 1114 Longworth HOB | Washington | DC | 20515-0547 | 202-225-6676 | 202-225-5859 | |
| Edward | R. | Royce | CA | 40 | R | 2185 Rayburn HOB | Washington | DC | 20515-0540 | 202-225-4111 | 202-226-0335 | Michael.Ahern@mail.house.gov |
| Jerry | | Lewis | CA | 41 | R | 2112 Rayburn HOB | Washington | DC | 20515-0541 | 202-225-5861 | 202-225-6498 | |
| Gary | G. | Miller | CA | 42 | R | 2349 Rayburn HOB | Washington | DC | 20515-0542 | 202-225-3201 | 202-225-3414 | John.Rothrock@mail.house.gov |
| Joe | | Baca | CA | 43 | D | 2245 Rayburn HOB | Washington | DC | 20515-0543 | 202-225-6161 | 202-225-8671 | Jack.Cummins@mail.house.gov |
| Ken | | Calvert | CA | 44 | R | 2201 Rayburn HOB | Washington | DC | 20515-0544 | 202-225-1986 | 202-225-2004 | |
| Mary | | Bono Mack | CA | 45 | R | 104 Cannon HOB | Washington | DC | 20515-0545 | 202-225-5330 | 202-225-2961 | |
| Dana | | Rohrabacher | CA | 46 | R | 2300 Rayburn HOB | Washington | DC | 20515-0546 | 202-225-2415 | 202-225-0145 | |
| Loretta | | Sanchez | CA | 47 | D | 1114 Longworth HOB | Washington | DC | 20515 | 202-225-2965 | 202-225-5859 | |
| John | | Campbell | CA | 48 | R | 1507 Longworth HOB | Washington | DC | 20515-0548 | 202-225-5611 | 202-225-9177 | Wes.McClelland@mail.house.gov |
| Darrell | E. | Issa | CA | 49 | R | 2347 Rayburn HOB | Washington | DC | 20515-0549 | 202-225-3906 | 202-225-3303 | |
| Brian | P. | Bilbray | CA | 50 | R | 2348 Rayburn HOB | Washington | DC | 20515-0550 | 202-225-0508 | 202-225-2558 | |
| Bob | | Filner | CA | 51 | D | 2428 Rayburn HOB | Washington | DC | 20515-0551 | 202-225-8045 | 202-225-9073 | |
| Duncan | | Hunter | CA | 52 | R | 1429 Longworth HOB | Washington | DC | 20515-0552 | 202-225-5672 | 202-225-0235 | |
| Susan | A. | Davis | CA | 53 | D | 1526 Longworth HOB | Washington | DC | 20515-0553 | 202-225-2040 | 202-226-5172 | |
| Diana | | DeGette | CO | 1 | D | 2335 Rayburn HOB | Washington | DC | 20515-0601 | 202-225-4431 | 202-225-5657 | |
| Jared | | Polis | CO | 2 | D | 501 Cannon HOB | Washington | DC | 20515-0602 | 202-225-2161 | 202-226-7840 | |
| Scott | | Tipton | CO | 3 | R | 218 Cannon HOB | Washington | DC | 20515 | 202-225-4761 | 202-226-9669 | |
| Cory | | Gardner | CO | 4 | R | 213 Cannon HOB | Washington | DC | 20515 | 202-225-4676 | 202-225-5870 | |
| Doug | | Lamborn | CO | 5 | R | 437 Cannon HOB | Washington | DC | 20515-0605 | 202-225-4422 | 202-225-1942 | |
| Mike | | Coffman | CO | 6 | R | 1508 Longworth HOB | Washington | DC | 20515-0606 | 202-225-7882 | 202-226-4623 | |
| Ed | | Perlmutter | CO | 7 | D | 415 Cannon HOB | Washington | DC | 20515-0607 | 202-225-2645 | 202-225-5278 | danielle.radovich@mail.house.gov |
| John | B. | Larson | CT | 1 | D | 106 Cannon HOB | Washington | DC | 20515-0701 | 202-225-2265 | 202-225-1031 | |
| Joe | | Courtney | CT | 2 | D | 215 Cannon HOB | Washington | DC | 20515-0702 | 202-225-2076 | 202-225-4977 | |
| Rosa | L. | DeLauro | CT | 3 | D | 2413 Rayburn HOB | Washington | DC | 20515-0703 | 202-225-3661 | 202-225-4890 | |
| James | A. | Himes | CT | 4 | D | 214 Cannon HOB | Washington | DC | 20515-0704 | 202-225-5541 | 202-225-9629 | benjamin.turner@mail.house.gov |
| Christopher | S. | Murphy | CT | 6 | D | 412 Cannon HOB | Washington | DC | 20515-0705 | 202-225-4476 | 202-225-4488 | |
| Eleanor | Ho | Norton | DC | 0 | D | 2136 Rayburn HOB | Washington | DC | 20515-5100 | 202-225-8050 | | |
| John | | Carney | DE | 0 | D | 1429 Longworth HOB | Washington | DC | 20515 | 202-225-4165 | 202-225-2291 | Sam.Hodas@mail.house.gov |
| Jeff | | Miller | FL | 1 | R | 2439 Rayburn HOB | Washington | DC | 20515-0901 | 202-225-4136 | 202-225-0181 | |
| Steve | | Southerland | FL | 2 | R | 1229 Longworth HOB | Washington | DC | 20515 | 202-225-5235 | 202-225-5615 | |
| Corrine | | Brown | FL | 3 | D | 2336 Rayburn HOB | Washington | DC | 20515-0903 | 202-225-0123 | 202-225-2256 | |
| Ander | | Crenshaw | FL | 4 | R | 440 Cannon HOB | Washington | DC | 20515-0904 | 202-225-2501 | 202-225-2504 | |
| Richard | | Nugent | FL | 5 | R | 1517 Longworth HOB | Washington | DC | 20515 | 202-225-1002 | 202-226-6559 | |
| Cliff | | Stearns | FL | 6 | R | 2370 Rayburn HOB | Washington | DC | 20515-0906 | 202-225-5744 | 202-225-3973 | |
| John | L. | Mica | FL | 7 | R | 2313 Rayburn HOB | Washington | DC | 20515-0907 | 202-225-4035 | 202-226-0821 | |
| Daniel | | Webster | FL | 8 | R | 1039 Longworth HOB | Washington | DC | 20515 | 202-225-2176 | 202-225-0999 | |
| Gus | M. | Bilirakis | FL | 9 | R | 1124 Longworth HOB | Washington | DC | 20515-0909 | 202-225-5755 | 202-225-4085 | |
| C. | W. | Young | FL | 10 | R | 2407 Rayburn HOB | Washington | DC | 20515-0910 | 202-225-5961 | 202-225-0425 | |
| Kathy | | Castor | FL | 11 | D | 317 Cannon HOB | Washington | DC | 20515-0911 | 202-225-3376 | 202-225-5652 | |
| Dennis | | Ross | FL | 12 | R | 404 Cannon HOB | Washington | DC | 20515 | 202-225-1252 | 202-226-0585 | |
| Vern | | Buchanan | FL | 13 | R | 218 Cannon HOB | Washington | DC | 20515-0913 | 202-225-5015 | 202-226-0828 | |
| Connie | | Mack | FL | 14 | R | 115 Cannon HOB | Washington | DC | 20515-0914 | 202-225-2536 | 202-225-6820 | |
| Bill | | Posey | FL | 15 | R | 132 Cannon HOB | Washington | DC | 20515-0915 | 202-225-3671 | 202-225-3516 | Nicole.McCleary@mail.house.gov |
| Thomas | J. | Rooney | FL | 16 | R | 1529 Longworth HOB | Washington | DC | 20515-0916 | 202-225-5792 | 202-225-3132 | |
| Frederica | S. | Wilson | FL | 17 | D | 208 Cannon HOB | Washington | DC | 20515 | 202-225-4506 | 202-226-0777 | |
| Ileana | | Ros-Lehtinen | FL | 18 | R | 2470 Rayburn HOB | Washington | DC | 20515-0918 | 202-225-3931 | 202-225-5620 | |
| Ted | | Deutch | FL | 19 | D | 1024 Longworth HOB | Washington | DC | 20515 | 202-225-3001 | | |
| Debbie | | Wasserman Schultz | FL | 20 | D | 118 Cannon HOB | Washington | DC | 20515 | 202-225-7931 | 202-226-2052 | |
| Mario | | Diaz-Balart | FL | 21 | R | 2244 Rayburn HOB | Washington | DC | 20515-0921 | 202-225-4211 | 202-225-8576 | |
| Allen | | West | FL | 22 | R | 1708 Longworth HOB | Washington | DC | 20515 | 202-225-3026 | 202-225-8398 | |
| Alcee | L. | Hastings | FL | 23 | D | 2353 Rayburn HOB | Washington | DC | 20515-0923 | 202-225-1313 | 202-225-1171 | |
| Sandy | | Adams | FL | 24 | R | 216 Cannon HOB | Washington | DC | 20515 | 202-225-2706 | 202-226-6299 | |

Department of the Treasury
Internal Revenue Service
P.O. Box 249
Memphis, TN 38101-0240



Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

| | |
|---|---|
| 12/31/2003 | $163,414.00 |
| 12/31/2004 | $171,703.00 |
| 12/31/2005 | $98,808.00 |
| 12/31/2006 | $156,566.00 |
| 12/31/2007 | $134,371.00 |
| 12/31/2008 | $4,391.00 |

The enclosed IRS correspondence explains my frustration. Who has appropriated my funds or committed fraud?

Sincerely,


David Gross
7248 Ballantre Court
Boca Raton, FL 33496
561-483-4543