# EXHIBIT E

08-01789-cgm    Doc 21069-5    Filed 01/28/22    Entered 01/28/22 12:31:46    Exhibit E
(Index and Excerpts from Exhibits to Trustee Am Compl vs Sentry)    Pg 2 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 1 of 5

**In re: Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff, Debtors**

**Irving H. Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,**

**v.**

**Fairfield Sentry Limited, et al.**

**Adv. Pro. No. 09-1239 (BRL)**

# Exhibits 1-111 to the Amended Complaint as listed on the attached index are available for review upon written or telephonic request to:

**Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:  Nikki Landrio
Tel:  (212) 589-4221
Email: nlandrio@bakerlaw.com**

08-01789-cgm    Doc 21069-5    Filed 01/28/22    Entered 01/28/22 12:31:46    Exhibit E
(Index and Excerpts from Exhibits to Trustee Am Compl vs Sentry)    Pg 3 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 2 of 5

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Exemplar BLMIS account agreements for Fairfield Sentry Limited |
| 2 | Summary chart of Fairfield Sentry Limited's withdrawals from its BLMIS accounts |
| 3 | FGG press release dated May 12, 2009 |
| 4 | Exemplar BLMIS account agreements for Greenwich Sentry, L.P. |
| 5 | Summary chart of Greenwich Sentry, L.P.'s withdrawals from its BLMIS account |
| 6 | Exemplar BLMIS account agreements for Greenwich Sentry Partners, L.P. |
| 7 | Summary chart of Greenwich Sentry Partners, L.P.'s withdrawals from its BLMIS account |
| 8 | Fairfield Sigma Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 9 | Fairfield Lambda Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 10 | Chester Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 11 | Chester Global Strategy Fund, L.P.'s redemption confirmation for a withdrawal from Greenwich Sentry, L.P. |
| 12 | Irongate Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 13 | Fairfield Greenwich Fund (Luxembourg)'s redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 14 | Internal FGG chart showing Fairfield Guardian Fund's redemptions from Fairfield Sentry Limited |
| 15 | Fairfield Investment Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 16 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (USD) Fund, for withdrawals from Fairfield Sentry Limited |
| 17 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (JPY) Fund, for withdrawals made from Fairfield Sentry Limited |
| 18 | FIF Advanced, Ltd.'s redemption confirmations for withdrawals made from Fairfield Sentry Limited |
| 19 | Sentry Select Limited's redemption confirmation for a withdrawal from Fairfield Sentry Limited |
| 20 | Stable Fund's redemption confirmation for the October 2008 withdrawal made from Fairfield Sentry Limited |
| 21 | July 2, 2003 email from FGG's Thomann to Tucker and Boele |
| 22 | Excerpt from an FGG chart that contains the proposed shareholder register for Fairfield Greenwich Limited |
| 23 | April 2009 Vanity Fair article entitled, "Greenwich Mean Time" |
| 24 | March 31, 2009 Wall Street Journal article entitled, "The Charming Mr. Piedrahita Finds Himself Caught in the Madoff Storm" |
| 25 | FGG employment offer letter to Vijayvergiya |
| 26 | FGG's split-strike conversion strategy summary |

08-01789-cgm    Doc 21069-5    Filed 01/28/22    Entered 01/28/22 12:31:46    Exhibit E
(Index and Excerpts from Exhibits to Trustee Am Compl vs Sentry)    Pg 4 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 3 of 5

| Exhibit Number | Exhibit Description |
|---|---|
| 27 | Worksheets detailing FGG partner compensation for 2008 |
| 28 | May 22, 2003 email from Landsberger to Tucker |
| 29 | July 15, 2004 email from Toub to Vijayvergiya |
| 30 | March 25, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Ludwig |
| 31 | August 22, 2003 email from Blum to Vijayvergiya and Landsberger |
| 32 | April 5, 2004 email from FGG's Chaudhuri to Tucker |
| 33 | June 24, 2004 email from Vijayvergiya to Lipton, McKeefry, and FGG's Ludwig |
| 34 | August 7, 2004 email from Vijayvergiya to Landsberger and McKenzie |
| 35 | January 14, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Nevin |
| 36 | March 25, 2003 email from Blum to Lipton and Tucker |
| 37 | April 9, 2004 email from FGG's Boncompagni to Boele, Vijayvergiya, Tucker, Blum, Greisman, Lipton, Smith, and others at FGG |
| 38 | March 15, 2008 email from Landsberger to Smith, Toub, della Schiava, Vijayvergiya, Tucker, and the Executive Committee |
| 39 | Transcript of the telephone call between McKeefry, Vijayvergiya, and Madoff |
| 40 | June 2001 letter to Fairfield Sentry Limited's investors |
| 41 | August 2008 emails between Vijayvergiya, Murphy, Piedrahita, Landsberger, Toub, Tucker, and the Executive Committee |
| 42 | Notes of the SEC's telephone interview of Vijayvergiya and McKeefry |
| 43 | SEC phone log exhibit from the SEC Office of Inspector General's Report on Madoff |
| 44 | SEC Case Closing Recommendation for BLMIS |
| 45 | October 2002 marketing brochure for Fairfield Sentry Limited |
| 46 | December 19, 2003 email from Vijayvergiya to FGG's Musciacco |
| 47 | September 19, 2003 email from Blum to Tucker |
| 48 | November 24, 2003 email from Blum to Landsberger, Greisman, Tucker, and Piedrahita |
| 49 | May 2005 transcript of mock investor phone interview between Lipton and Vijayvergiya during a sales team training session |
| 50 | May 7, 2008 memorandum summarizing an investor meeting with FGG |
| 51 | December 2, 2003 email from FGG's della Schiava to Noel, Piedrahita, Tucker, and Blum |
| 52 | September 5, 2005 email from Capital Research's Jan Buren to FGG's Carla Castillo |
| 53 | September 1, 2005 email from FGG's Castillo to Vijayvergiya |
| 54 | September 12, 2005 email from FGG's Castillo to Lipton |
| 55 | Excerpts from the transcript of Lipton's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 56 | November 2, 2005 FGG Investment Team Presentation |
| 57 | Notes taken during a 2006 due diligence meeting on Fairfield Sentry Limited |
| 58 | Fairfield Sentry Limited Due Diligence Questionnaire |
| 59 | August 20, 2008 email from Lipton to Vijayvergiya |
| 60 | Fairfield Sentry Limited's October 2008 marketing tear sheet |
| 61 | August 6, 2003 email from Vijayvergiya to CBG Investment Advisors Inc.'s Martin |
| 62 | April 15, 2008 email from Lipton to McKenzie |

08-01789-cgm    Doc 21069-5    Filed 01/28/22    Entered 01/28/22 12:31:46    Exhibit E
(Index and Excerpts from Exhibits to Trustee Am Compl vs Sentry)    Pg 5 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 4 of 5

| Exhibit Number | Exhibit Description |
|---|---|
| 63 | BLMIS's Master Agreement for OTC Options |
| 64 | May 26, 2005 email from Vijayvergiya to Tucker |
| 65 | June 4, 2008 memorandum summarizing Vijayvergiya's telephone conference with Madoff |
| 66 | July 23, 2008 email from Vijayvergiya to Barreneche |
| 67 | February 27, 2004 email from Vijayvergiya to FGG's Musciacco |
| 68 | December 11, 2003 email from Vijayvergiya to della Schiava |
| 69 | February 1, 2005 email from FGG's Perry to Tucker |
| 70 | June 21, 2007 email from Piedrahita to Landsberger, Vijavergiya, Lipton, and the Executive Committee |
| 71 | June 10, 2008 email from Vijayvergiya to McKenzie and FGG's Attavar |
| 72 | May 2008 internal FGG notes in response to investor questions |
| 73 | June 2, 2008 email from FGG's Horn to Vijayvergiya |
| 74 | October 21, 2008 email from Merrill Lynch's Craane to Barreneche |
| 75 | Spreadsheet accompanying a May 2008 report from Berman |
| 76 | June 13, 2008 email from Berman to Vijayvergiya |
| 77 | Berman's notes from a June 25, 2008 telephone call with FGG |
| 78 | December 10, 2008 draft letter from Tucker to Madoff |
| 79 | December 12, 2008 FGG press release |
| 80 | February 5, 2009 Wall Street Journal article entitled, "Markopolos Testifies Fairfield Knew Little About Madoff" |
| 81 | December 14, 2008 Salus Alpha Group press release |
| 82 | May 2001 MAR/Hedge article entitled, "Madoff tops charts; skeptics ask how" |
| 83 | May 7, 2001 Barron's article entitled, "Don't Ask, Don't Tell" |
| 84 | Excerpts from the transcript of Noel's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 85 | Excerpts from the transcript of Tucker's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 86 | May 23, 2005 email from FGG's Ross to Vijayvergiya |
| 87 | September 24, 2003 email from della Schiava to FGG's Barco |
| 88 | March 2003 article entitled, "Understanding and Mitigating Operational Risk in Hedge Fund Investments" |
| 89 | 2004 article entitled, "Valuation issues and operational risk in hedge funds" |
| 90 | 2006 article entitled, "Hedge fund operational risk: meeting the demand for higher transparency and best practice" |
| 91 | May 11, 2001 email from Thorp to Dillon |
| 92 | November 11, 2004 redacted email from Cambridge Associates LLC's Sherman to Cambridge Associates LLC's Kleeblatt and Woolston |
| 93 | December 17, 2008 New York Times article entitled, "European Banks Tally Losses Linked to Fraud" |
| 94 | December 15, 2008 email from Acorn Partners LP's Rosenkranz to Zuckerman and Probert |
| 95 | December 12, 2008 email from Acorn Partners LP to its investors |

08-01789-cgm    Doc 21069-5    Filed 01/28/22    Entered 01/28/22 12:31:46    Exhibit E
(Index and Excerpts from Exhibits to Trustee Am Compl vs Sentry)    Pg 6 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 5 of 5

| Exhibit Number | Exhibit Description |
|---|---|
| 96 | February 25, 2004 email from Noel to Piedrahita, Tucker, Toub, Landsberger, and Caledon Partners' Horne |
| 97 | January 7, 2009 Bloomberg article entitled, "Credit Suisse Urged Clients to Dump Madoff Funds" |
| 98 | June 15, 2005 email from Merrill Lynch's El Hicheri to Dutruit |
| 99 | December 2006 email from Merrill Lynch's El Hicheri to Fuehrer |
| 100 | February 6, 2008 email from Merrill Lynch's Personne to Homes and Alberici |
| 101 | 2007 report by Aksia |
| 102 | December 11, 2008 letter from Aksia's Vos to his clients and friends |
| 103 | August 14, 2007 email from Institutional Investor Inc.'s Ocrant to Vos |
| 104 | August 23, 2007 email from Aksia's Gray to Vos |
| 105 | December 19, 2008 email from Sitrick and Company's Kabrin to FGG's Ludwig |
| 106 | February 5, 2009 email from Sitrick and Company's Kabrin to Thorne |
| 107 | December 31, 2008 Bloomberg Businessweek article entitled, "The Madoff Case Could Reel in Former Investors" |
| 108 | December 15, 2008 Albourne press release entitled, "Albourne on Madoff" |
| 109 | August 2009 SEC Office of Inspector General's report on Madoff |
| 110 | April 2004 Limited Partnership Agreement for Greenwich Sentry, L.P. |
| 111 | April 2004 Limited Partnership Agreement for Greenwich Sentry Partners, L.P. |

# Exhibit 8



**CITCO**
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 4806302
Date         : Jul-29-2009
Order No.    : 2776002
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 1,996.9900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,800,000.00 |
| Net Redemption Proceeds | USD | 1,800,000.00 |
| Amount to be Paid | USD | 1,800,000.00 |
| Proceeds Paid to Date | USD | 1,800,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358108-1250-R001460
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5052202
Date         : Jul-29-2009
Order No.    : 3053902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 3,264.3100 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 3,000,000.00 |
| Net Redemption Proceeds | USD | 3,000,000.00 |
| Amount to be Paid | USD | 3,000,000.00 |
| Proceeds Paid to Date | USD | 3,000,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358108-1250-R001549
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5193102
Date         : Jul-29-2009
Order No.    : 3267402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 750.8800 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| Net Redemption Proceeds | USD | 700,000.00 |
| Amount to be Paid | USD | 700,000.00 |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: 358108-1250-R001581
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 5325902
Date          : Jul-29-2009
Order No.     : 3327602
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 2,782.7800 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,600,000.00 |
| Net Redemption Proceeds | USD | 2,600,000.00 |
| Amount to be Paid | USD | 2,600,000.00 |
| Proceeds Paid to Date | USD | 2,600,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358108-1250-R1599
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

### C I T C O
*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5326002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 11,238.1400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 10,500,000.00 |
| Net Redemption Proceeds | USD | 10,500,000.00 |
| Amount to be Paid | USD | 10,500,000.00 |
| Proceeds Paid to Date | USD | 10,500,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: 358108-1250-R1601

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

# C I T C O
### Citco Fund Services
### (Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5439002
Date         : Jul-29-2009
Order No.    : 3422502
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 636.2500 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 600,000.00 |
| Net Redemption Proceeds | USD | 600,000.00 |
| Amount to be Paid | USD | 600,000.00 |
| Proceeds Paid to Date | USD | 600,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 358108-1250-R001628

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*                *www.citco.com*                *Phone: (31-20) 5722100*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00005502
Account ID     : 0002156
Contract No. : 5586802
Date           : Jul-29-2009
Order No.      : 3625802
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2003 |
| Trade Date | | Oct-31-2003 |
| Payment Date | | Nov-19-2003 |
| No. of voting shares Redeemed | | 2,250.1200 |
| Redemption Price | USD | 955.5033 |
| Gross Redemption Proceeds | USD | 2,150,000.00 |
| Net Redemption Proceeds | USD | 2,150,000.00 |
| Amount to be Paid | USD | 2,150,000.00 |
| Proceeds Paid to Date | USD | 2,150,000.00 |

Your balance following this transaction will be 748,630.1300 voting shares .

Note: YREF 358108-1250-R001657
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5836302 |
| Date | : Jul-29-2009 |
| Order No. | : 3884302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2003 |
| Trade Date | | Jan-01-2004 |
| Payment Date | | Jan-21-2004 |
| No. of voting shares Redeemed | | 9,030.7100 |
| Redemption Price | USD | 957.8430 |
| Gross Redemption Proceeds | USD | 8,650,000.00 |
| Net Redemption Proceeds | USD | 8,650,000.00 |
| Amount to be Paid | USD | 8,650,000.00 |
| Proceeds Paid to Date | USD | 8,650,000.00 |

Your balance following this transaction will be 758,353.5900 voting shares .

Note: YREF 358108-1250-R001696
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6043902 |
| Date | : Jul-29-2009 |
| Order No. | : 4018002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2004 |
| Trade Date | | Feb-01-2004 |
| Payment Date | | Feb-18-2004 |
| No. of voting shares Redeemed | | 2,223.6700 |
| Redemption Price | USD | 966.8686 |
| Gross Redemption Proceeds | USD | 2,150,000.00 |
| Net Redemption Proceeds | USD | 2,150,000.00 |
| Amount to be Paid | USD | 2,150,000.00 |
| Proceeds Paid to Date | USD | 2,150,000.00 |

Your balance following this transaction will be 759,124.0700 voting shares .

Note: YREF 358108-1250-R1709
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 6339302
Date         : Jul-29-2009
Order No.    : 4195502
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-24-2004 |
| | | |
| No. of voting shares Redeemed | | 7,563.7700 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 7,350,000.00 |
| | | |
| Net Redemption Proceeds | USD | 7,350,000.00 |
| Amount to be Paid | USD | 7,350,000.00 |
| Proceeds Paid to Date | USD | 7,350,000.00 |

Your balance following this transaction will be 705,592.8000 voting shares .

Note: Y REF 358108-1250-R001745
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6540102 |
| Date | : Jul-29-2009 |
| Order No. | : 4291202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| No. of voting shares Redeemed | | 4,834.1000 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 4,700,000.00 |
| Net Redemption Proceeds | USD | 4,700,000.00 |
| Amount to be Paid | USD | 4,700,000.00 |
| Proceeds Paid to Date | USD | 4,700,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: Y REF 358108-1250-R1760
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 6540202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4428802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| | | |
| No. of voting shares Redeemed | | 8,639.6700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 8,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 8,400,000.00 |
| | | |
| Amount to be Paid | USD | 8,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 8,400,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: REF 358108-1250-R1773
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 6790102
Date          : Jul-29-2009
Order No.     : 4624802
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| No. of voting shares Redeemed | | 7,885.5400 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 7,700,000.00 |
| Net Redemption Proceeds | USD | 7,700,000.00 |
| Amount to be Paid | USD | 7,700,000.00 |
| Proceeds Paid to Date | USD | 7,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: Your ref 358108-1250-R001798
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7022402 |
| Date | : Jul-29-2009 |
| Order No. | : 4762002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 2,543.4600 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 2,500,000.00 |
| Net Redemption Proceeds | USD | 2,500,000.00 |
| Amount to be Paid | USD | 2,500,000.00 |
| Proceeds Paid to Date | USD | 2,500,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 358108-1250-R001832
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV                      Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD         Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK              Account ID   : 0002156
KINSALE ROAD                                 Contract No. : 7413502
CORK                                         Date         : Jul-29-2009
IRELAND                                      Order No.    : 5069602
                                             Email        : TRADECONFIRM@CITCO.COM
                                             FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2004 |
| Trade Date | | Aug-01-2004 |
| Payment Date | | Aug-13-2004 |
| | | |
| No. of voting shares Redeemed | | 3,211.8000 |
| Redemption Price | USD | 996.3257 |
| Gross Redemption Proceeds | USD | 3,200,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,200,000.00 |
| | | |
| Amount to be Paid | USD | 3,200,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,200,000.00 |

Your balance following this transaction will be 660,533.8000 voting shares .

Note: Y REF 358108-1250-R001870
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112



CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID     : 00005502
Account ID   : 0002156
Contract No. : 7590102
Date            : Jul-29-2009
Order No.    : 5198102
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 841.9600 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 850,000.00 |
| | | |
| Net Redemption Proceeds | USD | 850,000.00 |
| | | |
| Amount to be Paid | USD | 850,000.00 |
| | | |
| Proceeds Paid to Date | USD | 850,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 358108-1250-R001892
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 9



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 4806002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2776102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 1,220.3800 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| Amount to be Paid | USD | 1,100,000.00 |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358106-1250-R001461
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5051502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3054302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 272.0300 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358106-1250-R001551
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | | |
|---|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID | : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID | : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID | : 0002156 |
| KINSALE ROAD | Contract No. : 5193602 | |
| CORK | Date | : Jul-29-2009 |
| IRELAND | Order No. | : 3269302 |
| | Email | : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 | |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 1,823.5600 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| Amount to be Paid | USD | 1,700,000.00 |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: YOUR REF: 358106-1250-R1582
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5325702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 1,391.3900 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 1,300,000.00 |
| Net Redemption Proceeds | USD | 1,300,000.00 |
| Amount to be Paid | USD | 1,300,000.00 |
| Proceeds Paid to Date | USD | 1,300,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358106-1250-R1598
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID      : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID    : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID   : 0002156 |
| KINSALE ROAD | Contract No. : 5325802 |
| CORK | Date         : Jul-29-2009 |
| IRELAND | Order No.    : 3329602 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 2,247.6300 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,100,000.00 |
| Net Redemption Proceeds | USD | 2,100,000.00 |
| Amount to be Paid | USD | 2,100,000.00 |
| Proceeds Paid to Date | USD | 2,100,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 358106-1250-R001602

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*                    *www.citco.com*                    Phone: (31-20) 5722100

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5438902
Date         : Jul-29-2009
Order No.    : 3422402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 265.1000 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| | | |
| Net Redemption Proceeds | USD | 250,000.00 |
| | | |
| Amount to be Paid | USD | 250,000.00 |
| | | |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 358106-1250-R001626
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5711502
Date         : Jul-29-2009
Order No.    : 3743302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| No. of voting shares Redeemed | | 183.2900 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 175,000.00 |
| Net Redemption Proceeds | USD | 175,000.00 |
| Amount to be Paid | USD | 175,000.00 |
| Proceeds Paid to Date | USD | 175,000.00 |

Your balance following this transaction will be 737,630.5300 voting shares .

Note: Y/REF 358106-1250-R001672
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5836102 |
| Date | : Jul-29-2009 |
| Order No. | : 3884802 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2003 |
| Trade Date | | Jan-01-2004 |
| Payment Date | | Jan-21-2004 |
| | | |
| No. of voting shares Redeemed | | 287.1000 |
| Redemption Price | USD | 957.8430 |
| Gross Redemption Proceeds | USD | 275,000.00 |
| | | |
| Net Redemption Proceeds | USD | 275,000.00 |
| | | |
| Amount to be Paid | USD | 275,000.00 |
| | | |
| Proceeds Paid to Date | USD | 275,000.00 |

Your balance following this transaction will be 758,353.5900 voting shares .

Note: Your ref 358106-1250-R001695
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**C I T C O**
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 6043202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4019502 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2004 |
| Trade Date | | Feb-01-2004 |
| Payment Date | | Feb-18-2004 |
| No. of voting shares Redeemed | | 103.4300 |
| Redemption Price | USD | 966.8686 |
| Gross Redemption Proceeds | USD | 100,000.00 |
| Net Redemption Proceeds | USD | 100,000.00 |
| Amount to be Paid | USD | 100,000.00 |
| Proceeds Paid to Date | USD | 100,000.00 |

Your balance following this transaction will be 759,124.0700 voting shares .

Note: YREF 358106-1250-R1710
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID    : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID   : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 0002156 |
| KINSALE ROAD | Contract No. : 6290802 |
| CORK | Date      : Jul-29-2009 |
| IRELAND | Order No.   : 4198102 |
| | Email       : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-18-2004 |
| No. of voting shares Redeemed | | 771.8100 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 750,000.00 |
| Net Redemption Proceeds | USD | 750,000.00 |
| Amount to be Paid | USD | 750,000.00 |
| Proceeds Paid to Date | USD | 750,000.00 |

Your balance following this transaction will be 705,592.8000 voting shares .

Note: Y/REF 358106-1250-R001744
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID    : 03302
Holder ID  : 00005502
Account ID : 0002156
Contract No. : 6540002
Date       : Jul-29-2009
Order No.  : 4461002
Email      : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| No. of voting shares Redeemed | | 3,260.4500 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 3,170,000.00 |
| Net Redemption Proceeds | USD | 3,170,000.00 |
| Amount to be Paid | USD | 3,170,000.00 |
| Proceeds Paid to Date | USD | 3,170,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: YREF 358106-1250-R1772
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6790002 |
| Date | : Jul-29-2009 |
| Order No. | : 4596502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| No. of voting shares Redeemed | | 4,813.2500 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 4,700,000.00 |
| Net Redemption Proceeds | USD | 4,700,000.00 |
| Amount to be Paid | USD | 4,700,000.00 |
| Proceeds Paid to Date | USD | 4,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: REF 358106-1250-R1797
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

**CITCO**

*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID    : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID  : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 0002156 |
| KINSALE ROAD | Contract No. : 7022202 |
| CORK | Date       : Jul-29-2009 |
| IRELAND | Order No.   : 4768302 |
| | Email      : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 864.7800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 850,000.00 |
| Net Redemption Proceeds | USD | 850,000.00 |
| Amount to be Paid | USD | 850,000.00 |
| Proceeds Paid to Date | USD | 850,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 358106-1250-R001833
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

## CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7413402 |
| Date | : Jul-29-2009 |
| Order No. | : 5069302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2004 |
| Trade Date | | Aug-01-2004 |
| Payment Date | | Aug-13-2004 |
| No. of voting shares Redeemed | | 903.3200 |
| Redemption Price | USD | 996.3257 |
| Gross Redemption Proceeds | USD | 900,000.00 |
| Net Redemption Proceeds | USD | 900,000.00 |
| Amount to be Paid | USD | 900,000.00 |
| Proceeds Paid to Date | USD | 900,000.00 |

Your balance following this transaction will be 660,533.8000 voting shares .

Note: Y REF 358106-1250-R001871
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7589802 |
| Date | : Jul-29-2009 |
| Order No. | : 5197602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 113.9100 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 115,000.00 |
| | | |
| Net Redemption Proceeds | USD | 115,000.00 |
| | | |
| Amount to be Paid | USD | 115,000.00 |
| | | |
| Proceeds Paid to Date | USD | 115,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 358106-1250-R001891
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:  (31-20) 5722610
Chamber of Commerce 33205112



CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 8663702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 6099902 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 1,358.0800 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 1,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,400,000.00 |
| Amount to be Paid | USD | 1,400,000.00 |
| Proceeds Paid to Date | USD | 1,400,000.00 |

Your balance following this transaction will be 973,971.0100 voting shares .

Note: Y REF 358106-1250-R001978 AMENDED FROM FEB 28
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax: (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

# Exhibit 15



**CITCO**
*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 4806602 |
| Date | : Jul-29-2009 |
| Order No. | : 2874902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 3,550.2100 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 3,200,000.00 |
| Net Redemption Proceeds | USD | 3,200,000.00 |
| Amount to be Paid | USD | 3,200,000.00 |
| Proceeds Paid to Date | USD | 3,200,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Y/REF 200123-1250-R001491
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*



**CITCO**
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID       : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID    : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 0002156 |
| KINSALE ROAD | Contract No. : 4818002 |
| CORK | Date             : Jul-29-2009 |
| IRELAND | Order No.     : 2876402 |
| | Email            : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 7,239.1000 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 6,525,000.00 |
| | | |
| Net Redemption Proceeds | USD | 6,525,000.00 |
| Amount to be Paid | USD | 6,525,000.00 |
| Proceeds Paid to Date | USD | 6,525,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: your ref 200123-1250-R001492
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5193302 |
| Date | : Jul-29-2009 |
| Order No. | : 3118202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| | | |
| No. of voting shares Redeemed | | 1,179.9500 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| | | |
| Amount to be Paid | USD | 1,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: Your ref 200123-1250-R001556
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID       : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID     : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID   : 0002156 |
| KINSALE ROAD | Contract No. : 5325602 |
| CORK | Date            : Jul-29-2009 |
| IRELAND | Order No.     : 3242302 |
| | Email          : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 856.2400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| Net Redemption Proceeds | USD | 800,000.00 |
| Amount to be Paid | USD | 800,000.00 |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 200123-1250-R001577
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

**CITCO**
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No. : 5439202
Date        : Jul-29-2009
Order No.   : 3358302
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 2,014.7800 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 1,900,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,900,000.00 |
| Amount to be Paid | USD | 1,900,000.00 |
| Proceeds Paid to Date | USD | 1,900,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200123-1250-R001611
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5439302
Date         : Jul-29-2009
Order No.    : 3404102
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 4,241.6300 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 4,000,000.00 |
| Net Redemption Proceeds | USD | 4,000,000.00 |
| Amount to be Paid | USD | 4,000,000.00 |
| Proceeds Paid to Date | USD | 4,000,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200123-1250-R001624
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5586502 |
| Date | : Jul-29-2009 |
| Order No. | : 3476202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2003 |
| Trade Date | | Nov-01-2003 |
| Payment Date | | Nov-19-2003 |
| No. of voting shares Redeemed | | 837.2600 |
| Redemption Price | USD | 955.5033 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| Net Redemption Proceeds | USD | 800,000.00 |
| Amount to be Paid | USD | 800,000.00 |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 761,817.5200 voting shares .

Note: Y/REF 200123-1250-R001634
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5711802 |
| Date | : Jul-29-2009 |
| Order No. | : 3619902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| No. of voting shares Redeemed | | 1,047.3700 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| Amount to be Paid | USD | 1,000,000.00 |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 737,630.5300 voting shares .

Note: YREF 200123-1250-R001656
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6789902 |
| Date | : Jul-29-2009 |
| Order No. | : 4431102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| No. of voting shares Redeemed | | 1,740.9600 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| Amount to be Paid | USD | 1,700,000.00 |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: Y REF 200123-1250-R1775
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO
### Citco Fund Services
### (Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID      : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID    : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID   : 0002156 |
| KINSALE ROAD | Contract No. : 7022302 |
| CORK | Date         : Jul-29-2009 |
| IRELAND | Order No.    : 4595902 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 1,017.3800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| Amount to be Paid | USD | 1,000,000.00 |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 200123-1250-R001801
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 7590302
Date          : Jul-29-2009
Order No.     : 5080602
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| No. of voting shares Redeemed | | 1,981.0800 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 2,000,000.00 |
| Net Redemption Proceeds | USD | 2,000,000.00 |
| Amount to be Paid | USD | 2,000,000.00 |
| Proceeds Paid to Date | USD | 2,000,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200123-1250-R001872
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 16



**CITCO**
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 4917502 |
| Date | : Jul-29-2009 |
| Order No. | : 2838002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2003 |
| Trade Date | | Jun-01-2003 |
| Payment Date | | Jun-16-2003 |
| No. of voting shares Redeemed | | 54.9500 |
| Redemption Price | USD | 909.9593 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 754,386.1600 voting shares .

Note: Your ref 200487-1250-R001475
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:  (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No.  : 5438302
Date          : Jul-29-2009
Order No.     : 3354102
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 53.0200 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200487-1250-R001609
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7219102 |
| Date | : Jul-29-2009 |
| Order No. | : 4891902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| No. of voting shares Redeemed | | 1,115.0200 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 1,110,000.00 |
| Net Redemption Proceeds | USD | 1,110,000.00 |
| Amount to be Paid | USD | 1,110,000.00 |
| Proceeds Paid to Date | USD | 1,110,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Y REF 200487-1250-R1844
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7589502
Date         : Jul-29-2009
Order No.    : 5071602
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| No. of voting shares Redeemed | | 49.5300 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200487-1250-R001869
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 17



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 4806402
Date          : Jul-29-2009
Order No.     : 2785902
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 2,341.7900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 2,110,788.00 |
| Net Redemption Proceeds | USD | 2,110,788.00 |
| Amount to be Paid | USD | 2,110,788.00 |
| Proceeds Paid to Date | USD | 2,110,788.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 200526-1250-R001468
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5051402
Date         : Jul-29-2009
Order No.    : 2984602
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 217.6200 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Y/REF 200526-1250-R001533
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 7218802
Date          : Jul-29-2009
Order No.     : 4750802
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| No. of voting shares Redeemed | | 150.6800 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 150,000.00 |
| Net Redemption Proceeds | USD | 150,000.00 |
| Amount to be Paid | USD | 150,000.00 |
| Proceeds Paid to Date | USD | 150,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Your ref 200526-1250R001831
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7589702
Date         : Jul-29-2009
Order No.    : 5069702
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| No. of voting shares Redeemed | | 74.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 75,000.00 |
| Net Redemption Proceeds | USD | 75,000.00 |
| Amount to be Paid | USD | 75,000.00 |
| Proceeds Paid to Date | USD | 75,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200526-1250-R001868
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7771502 |
| Date | : Jul-29-2009 |
| Order No. | : 5187702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| No. of voting shares Redeemed | | 443.4000 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 450,000.00 |
| Net Redemption Proceeds | USD | 450,000.00 |
| Amount to be Paid | USD | 450,000.00 |
| Proceeds Paid to Date | USD | 450,000.00 |

Your balance following this transaction will be 887,645.7000 voting shares .

Note: Y REF 200526-1250-R001890
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 18

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 6541902 |
| Date | : Jul-29-2009 |
| Order No. | : 4289902 |
| Email | : FUND.DESK@UBP.CH |

FUND DESK                                              FAX Number : +41588193645
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-21-2004 |
| | | |
| No. of voting shares Redeemed | | 719.9700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| | | |
| | | |
| Net Redemption Proceeds | USD | 700,000.00 |
| | | |
| Amount to be Paid | USD | 700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 20,994.4300 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| FIDULEX MANAGEMENT INC | Fund ID : 03302 |
| C/O UNION BANCAIRE PRIVEE | Holder ID : 00017202 |
| 8 RUE DU ROBERT ESTIENNE | Account ID : 00000002 |
| PO BOX 3249 | Contract No. : 7023902 |
| CH-1211 GENEVA 3 | Date : Jul-29-2009 |
| SWITZERLAND | Order No. : 4644602 |
| | Email : FUND.DESK@UBP.CH |
| FUND DESK | FAX Number : +41588193645 |

Account name: FIDULEX MANAGEMENT INC – REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| | | |
| No. of voting shares Redeemed | | 1,017.3800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Amount to be Paid | USD | 1,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 19,977.0500 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 7591202 |
| Date | : Jul-29-2009 |
| Order No. | : 5077302 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 2,377.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 2,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,400,000.00 |
| | | |
| Amount to be Paid | USD | 2,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,400,000.00 |

Your balance following this transaction will be 17,599.7600 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 7772702 |
| Date | : Jul-29-2009 |
| Order No. | : 5205402 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| No. of voting shares Redeemed | | 492.6600 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 500,000.00 |
| Net Redemption Proceeds | USD | 500,000.00 |
| Amount to be Paid | USD | 500,000.00 |
| Proceeds Paid to Date | USD | 500,000.00 |

Your balance following this transaction will be 28,460.9400 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Fund ID       : 03302
Holder ID     : 00017202
Account ID    : 00000002
Contract No. : 8187702
Date          : Jul-29-2009
Order No.     : 5548902
Email         : FUND.DESK@UBP.CH

FUND DESK

FAX Number : +41588193645

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2004 |
| Trade Date | | Dec-01-2004 |
| Payment Date | | Dec-13-2004 |
| | | |
| No. of voting shares Redeemed | | 860.0700 |
| Redemption Price | USD | 1,023.1774 |
| Gross Redemption Proceeds | USD | 880,000.00 |
| | | |
| Net Redemption Proceeds | USD | 880,000.00 |
| Amount to be Paid | USD | 880,000.00 |
| Proceeds Paid to Date | USD | 880,000.00 |

Your balance following this transaction will be 28,480.4800 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| FIDULEX MANAGEMENT INC | Fund ID : 03302 |
| C/O UNION BANCAIRE PRIVEE | Holder ID : 00017202 |
| 8 RUE DU ROBERT ESTIENNE | Account ID : 00000002 |
| PO BOX 3249 | Contract No. : 8665302 |
| CH-1211 GENEVA 3 | Date : Jul-29-2009 |
| SWITZERLAND | Order No. : 5926002 |
| | Email : FUND.DESK@UBP.CH |
| FUND DESK | FAX Number : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 194.0100 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 24,955.1000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | Phone: (31-20) 5722100 |
| *Telestone - Teleport* | | Fax: (31-20) 5722610 |
| *Naritaweg 165* | | Chamber of Commerce 33205112 |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |



CITCO
*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 8665402 |
| Date | : Jul-29-2009 |
| Order No. | : 5904402 |
| Email | : FUND.DESK@UBP.CH |

FUND DESK                                                         FAX Number : +41588193645
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| | | |
| No. of voting shares Redeemed | | 4,442.8800 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 4,580,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,580,000.00 |
| | | |
| Amount to be Paid | USD | 4,580,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,580,000.00 |

Your balance following this transaction will be 24,955.1000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*