# EXHIBIT C

## REDEMPTION REQUEST FORM
## INSTRUCTIONS

### CLASS B SHARES - ONLY

This form should be saved and may be used by a shareholder wishing to redeem Class A Shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
Telephone: (31-20) 572-2100
The Netherlands
Fax: (31-20) 572-2610
Dated (month, day, year): *FEBRUARY 14th 2005*
*FOR EFFECTIVE DATE AS OF FEBRUARY 28th, 2005*

Dear Sirs:

    I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of *ALL* Class B Shares, representing [part/*all*] of my Class B Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

    I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

*PLEASE REFER TO WIRE INSTRUCTIONS AS ATTACHED.*

Bank Name

_____
Bank Address

_____
ABA Number

_____
Account Name

_____
Account Number

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| **ENTITY SHAREHOLDER (OR ASSIGNEE)** | **INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST** |
|---|---|

MULTI-STRATEGY FUND LIMITED
Name of Registered Owner of Shares          Name of Subscriber

UGLAND HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, CAYMAN ISLANDS
Address                                      Address

X [signature]
Signature (of individual or assignee)        Signature (of partner, authorized corporate officer or trustee)

MARIO THERRIEN, DIRECTOR
Name and Title                               Please Print Name and Title

FEBRUARY 14, 2005
Date                                         Date

[signature]
Signature (of individual or assignee)        Signature (of partner, authorized corporate officer or trustee)

JOËLLE VERDON, SIGNATORY
Name and Title                               Please Print Name and Title

FEBRUARY 14, 2005
Date                                         Date

Signatures guaranteed by:

RR-2

## REDEMPTION INFORMATION

**SHARE REGISTRATION**

MULTI-STRATEGY FUND LIMITED
Name

UGLAND HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN
Address
CAYMAN ISLANDS
Country of Residence

(514) 847-5917
Telephone

(514) 298-0836
Telephone (Evenings)

(514) 847-2343
Fax

**MAILING (POST) INFORMATION**
(if other than address of registration)

MARIO THERRIEN
Name

1000 PLACE JEAN-PAUL RIOPELLE
Address
MONTREAL (QC) H2Z 2B3
CANADA
Country of Residence

(514) 847-5917
Telephone

(514) 298-0836
Telephone (Evenings)

(514) 847-2343
Fax

**BANK FOR TRANSFER OF REDEMPTION**

PLEASE SEE ATTACHED.
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

=====================================================================

[To be completed by the Fund]

THIS SUBSCRIPTION APPLICATION IS HEREBY ACCEPTED BY FAIRFIELD SENTRY LIMITED

Date: _____, 200_

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____

=====================================================================

# MULTI STRATEGY FUND LIMITED

P.O. Box 309 G.T.
Ugland House, South Church Street
Grand Cayman, Cayman Islands
Telephone:  (514) 842-3261 ext. 2693
Fax:             (514) 847-2343

---

### WIRING INSTRUCTIONS:

### PAY THROUGH
| | |
|---|---|
| Bank: | The Bank of New York, NY |
| SWIFT: | IRVTUS3N |
| ABA: | 021000018 |

### FOR CREDIT TO
| | |
|---|---|
| Beneficiary's Bank: | Caisse Centrale Desjardins CCDQCAMM |
| Branch account no.: | 815-98000 |
| Beneficiary's Name: | Multi-Strategy Fund Ltd. |
| Beneficiary's account no.: | 050-094-2 |

### SUBSCRIBER ADDRESS:
Multi Strategy Fund Limited
C/o Maples & Calder
Ugland House, P.O. Box 309
Grand Cayman, Cayman Islands
British West Indies

### MAILING ADDRESS:
CDP Capital inc.
Tactical Alternative Investments
C/o Mario Therrien
1000, place Jean-Paul-Riopelle
Montréal, Québec, H2Z 2B3
Canada
Phone (514) 847-5917
Fax (514) 847-2343
Email: hedgefunds@cdpcapital.com

### ADDITIONAL COPIES:
We wish to advise you that **International Fund Services (Ireland) Ltd,** (IFS) are our administrators. As such, we authorize IFS to receive all documentation with regards to pricing, transfers to and from accounts as well as any trade confirmations, be it subscriptions or redemptions relating to the above Fund. This should be sent out to them as per the instructions below:

**c/o Natasha Pershad**
International Fund Services (Ireland) Limited
Third Floor, Bishop's Square
Redmond's Hill Dublin 2
Tel: +353-1-707-5272
Fax: +353-1-707-5107
email: ifs1@imsi.com

## MULTI STRATEGY FUND LIMITED
P.O. Box 309
George Town
Grand Cayman
Cayman Islands
British West Indies

CERTIFIED A TRUE COPY OF THE ORIGINAL
M & C CORPORATE SERVICES LTD.   DATE 1/3/04
P.O. BOX 309, UGLAND HOUSE
GEORGE TOWN, GRAND CAYMAN, BWI

### Certified Specimen Signatures of Authorised Signatories

I, being one of the directors of **Multi Strategy Fund Limited** (the "Company") hereby certify THAT:

the following persons are authorised signatories of the Company and the signatures opposite their names are their true and correct signatures. Such persons are authorised to sign any and all documents on behalf of the Company, provided that all documents are to be signed by two authorised signatories and at least one of those signatories must be a signatory from Group 1:

**Group 1**
Mario Therrien
Christian Pestre

Louis Beaudoin

Mario Therrien

Christian Pestre

Joelle Verdon

Dated: 28 January, 2004

**Group 2**
Louis Beaudoin
Joelle Verdon

Signed: _____
Name: Mario Therrien
Director

CEB\CEB\272395\1180496\P@VK01!
12 January, 2004

```
* * * COMMUNICATION RESULT REPORT ( FEB. 14. 2005  12:01PM ) * * *
                                                              FAX HEADER:

TRANSMITTED/STORED : FEB. 14. 2005  11:53AM
FILE MODE           OPTION           ADDRESS              RESULT       PAGE
----------------------------------------------------------------------------
893  MEMORY TX                       901131205722610       OK           6/6

-----------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# REDEMPTION REQUEST FORM
## INSTRUCTIONS

### CLASS B SHARES - ONLY

This form should be saved and may be used by a shareholder wishing to redeem Class A Shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

       FAIRFIELD SENTRY LIMITED
       c/o Citco Fund Services (Europe) B.V.
       Telestone 8 – Teleport
       Naritaweg 165
       1043 BW Amsterdam
       Telephone: (31-20) 572-2100
       The Netherlands
       Fax: (31-20) 572-2610
       Dated (month, day, year): *FEBRUARY 14th 2005*

Dear Sirs: *FOR EFFECTIVE DATE AS OF FEBRUARY 28th, 2005*

       I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of *ALL* Class B Shares, representing [part/*all*] of my Class B Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

       I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

*PLEASE REFER TO WIRE INSTRUCTIONS AS ATTACHED.*

_____
Bank Name

_____
Bank Address

_____
ABA Number

_____
Account Name

_____
Account Number

RR-1

UPS CampusShip: Étiquette d'envoi                                   Page 1 sur 1

### UPS CampusShip : Affichage/Impression d'étiquettes

1. **Impression des étiquettes :** Cliquez sur le bouton Imprimer dans la boîte de dialogue qui s'affiche. Remarque : si votre navigateur ne prend pas en charge cette fonction, sélectionnez Imprimer dans le menu Fichier pour imprimer l'étiquette.

2. **Pliez l'étiquette imprimée au niveau du trait.** Placez l'étiquette dans un étui d'expédition transparent UPS. Si vous ne disposez pas de ce type d'étui, collez l'étiquette ci-dessous à l'aide de ruban adhésif transparent apposé sur toute la surface de l'étiquette.

3. **ACHEMINEMENT DE VOTRE ENVOI À UPS**
   **Clients ne bénéficiant pas d'un ramassage quotidien des colis :**
   - Vous pouvez passer déposer votre colis dans tout point de dépôt UPS.
   - Vous pouvez utiliser le Service de ramassage sur appel d'UPS. Pratique, ce service vous permet de faire ramasser vos envois à la maison ou au bureau, partout au Canada, du lundi au vendredi.

   **Clients bénéficiant d'un ramassage quotidien des colis :**
   - Votre chauffeur passera ramasser vos colis comme à l'habitude.

4. Pour indiquer que vous acceptez les termes du contrat avec UPS comme précisé dans la page de confirmation de facturation et pour autoriser UPS à agir en tant qu'agent de transit pour les contrôles à l'exportation et les formalités douanières, **signez et datez ici :**

| Signature de l'expéditeur | Date de l'envoi |
|---|---|
|  |  |

PLIER ICI



https://www.campusship.ups.com/cship/create?ActionOriginPair=print__ PrinterPage&P...   2005/02/14