# EXHIBIT D

**CITCO**

*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| MULTI-STRATEGY FUND LIMITED | Fund ID : 03302 |
| CDP CAPITAL INC | Holder ID : 08121305 |
| TACTICAL ALTERNATIVE INVESTMENTS | Account ID : 00374021 |
| C/O MARIO THERRIEN | Contract No. : 8849902 |
| 1000 PLACE JEAN-PAUL RIOPELLE | Date : Mar-11-2005 |
| MONTREAL, QUEBEC H2Z 2B3 | Order No. : 6162302 |
| CANADA | Email : HEDGEFUNDS@CDPCAPITAL.COM |
| | FAX Number : 001 514 847 2343 |

Account name: MULTI-STRATEGY FUND LIMITED

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2005 |
| Trade Date | | Mar-01-2005 |
| Expected Payment Date | | Mar-15-2005 |
| No. of voting shares Redeemed | | 24,900.93 |
| Redemption Price | USD | 1,034.6350 |
| Gross Redemption Proceeds | USD | 25,763,373.71 |
| | | |
| Net Redemption Proceeds | USD | 25,763,373.71 |
| | | |
| Amount to be paid | USD | 25,763,373.71 |
| Proceeds Paid to Date | USD | 25,763,373.71 |

Your balance following this transaction will be 0.00 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31) 20 5722 830  Fax: (31) 20 5722 476  E-mail: amsterdamweb@citco.com

Telestone 8 - Teleport          amsterdam-fund@citco.com          Phone: +31 (0)20 572 2100
Naritaweg 165                   www.citco.com                     Fax: +31 (0)20 572 2600
P.O. Box 7241                                                     Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands