# EXHIBIT E

```
15/03 '05  13:36  FAX 514 281 2808        CCDQ MTL.                              ☑001/001
 014                 CAISSE CENTRALE DESJARDINS                        PAGE:       1
                 CENTRE DES SERVICES INTERNATIONAUX                    DATE: 05-03-15
                      INTERNATIONAL SERVICE CENTRE


               TRANSFERT DE FONDS A CRÉDITER AU BÉNÉFICIAIRE
               FUNDS TRANSFER TO BE CREDITED TO BENEFICIARY

    DESTINATAIRE / ADDRESSEE:
    ----------------------------
    CAISSE DE DEPOT ET PLACEMENT DU QUEBEC CDP CAPITAL
    TRANSIT:CDP     (PATRICIA WEI, POSTE  4877)
    TÉLÉPHONE / PHONE : (514)842-3261
    TÉLÉCOPIEUR / FAX : (514)847-2343    CLÉ / TEST KEY: _____


    TRANSFERT DE FONDS / FUNDS TRANSFER
    ----------------------------------------
    RÉFÉRENCE CSID / CSID REFERENCE:    INTL50315H000742

    DATE VALEUR / VALUE DATE:           05-03-15

    MONTANT ET DEVISE REÇUS /
    AMOUNT AND CURRENCY RECEIVED:                  25,763,373.71 USD<<--------

    EXPÉDITEUR / REMITTER:              FAIRFIELD SENTRY LIMITED


    RECEIVE NOSTRO:                     IRVT
    BANQUE DE L'EXPÉDITEUR /
    REMITTER'S BANK:                    CITCO BANK NEDERLAND N.V. DUBLIN BR
                                        ATTN MARTINA FITZGERALD
                                        DUBLIN 1 IRELAND


    COMPTE AUPRÈS DE /
    ACCOUNT WITH:



    BÉNÉFICIAIRE /                      0500942
    BENEFICIARY :
                                        MULTI STRATEGY FUND LTD



    DÉTAIL DU PAIEMENT /                FAIRFIELD SENTRY SHARES 24900.93000
    PAYMENT DETAIL:                     00 T/D 03.01.05 R
                                        BNY CUST RRN - (BKCD)CRED

    INFORMATIONS COMPLÉMENTAIRES /
    ADDITIONAL INFORMATION:




    MONTANT ORIGINAL EXPÉDIÉ /
    ORIGINAL AMOUNT SENT:                           25,763,373.710    USD
    FRAIS AUTRES QUE DESJARDINS / OTHER FEES:

    MONTANT REÇU / AMOUNT RECEIVED:                  25,763,373.71    USD
    TAUX DE CHANGE / RATE:                              1.000000000
    FRAIS DU CSID / CSID'S CHARGES:                            .00
    MONTANT NET REÇU / NET AMOUNT RECEIVED:          25,763,373.71


    ----> VEUILLEZ CRÉDITER IMMÉDIATEMENT VOTRE MEMBRE ET DÉBITER VOTRE COMPTE
    11.20.06 ou 11.29.06 (EFFETS EN CIRCULATION)
    ----> PLEASE CREDIT YOUR MEMBER IMMEDIATELY AND DEBIT YOUR GENERAL LEDGER
    11.20.06 or 11.29.06
```