# EXHIBIT F

**To:**     Corbeil, Paulette[pcorbeil@lacaisse.com]
**From:**  Therrien, Mario[/O=LACAISSE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MTHERRIEN]
**Sent:**   Tue 2/1/2005 3:09:48 PM (UTC-05:00)
**Subject:** Tr: CDP/Albourne dinner in London on Thursday 10th Feb - 6.30pm at the Capital Hotel

---------------------------
Envoyé par mon terminal mobile BlackBerry

----- Original Message -----
From: "Emma Janson" [E.Janson@albourne.com]
Sent: 02/01/2005 12:04 PM
To: <mtherrien@lacaisse.com>
Cc: "Guy Ingram" <G.Ingram@albourne.com>; "Simon Ruddick" <S.Ruddick@albourne.com>; "Jemima Dunlop" <J.Dunlop@albourne.com>
Subject: CDP/Albourne dinner in London on Thursday 10th Feb - 6.30pm at the Capital Hotel

Dear Mario

I am writing to confirm dinner with Simon Ruddick next Thursday, 10th February at the following address:

Capital Hotel
22, Basil St,
London,
SW3 1AT
Tel: 020 7589 5171

There is a plan to meet for drinks at 6.30pm followed by dinner at 7pm
in a private room.

Best regards

Emma Janson
Assistant to Simon Ruddick

Albourne Partners Limited
Garden House
Cloisters Business Centre
8 Battersea Park Road
London, SW8 4BG, UK

Tel: +44 (0)20 7720 9201
Fax: +44 (0)20 7720 3400
Email: e.janson@albourne.com