Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

Hearing Date: **May 18, 2022**
Hearing Time: **10:00 a.m. ET**
Response Date: **March 29, 2022**
Reply Date: **April 28, 2022**

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>   Plaintiff,<br><br>   v.<br><br>MULTI-STRATEGY FUND LIMITED and CDP CAPITAL TACTICAL ALTERNATIVE INVESTMENTS,<br><br>   Defendants. | Adv. Pro. No. 12-01205 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

<b>NOTICE OF HEARING ON<br><u>MULTI-STRATEGY FUND LIMITED'S MOTION TO DISMISS</u></b>

3641881.1

PLEASE TAKE NOTICE that on January 28, 2022, defendant Multi-Strategy Fund Limited ("Multi-Strategy"), by and through its undersigned counsel, filed a motion (the "Motion") for an order dismissing the Complaint filed by plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure. The Motion will be heard before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on **May 18, 2022 at 10:00 a.m. (prevailing Eastern time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that if you oppose the relief requested in the Motion you are required to file a written response ("Response"), and to serve the Response on Multi-Strategy's counsel Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, NY 10036-6516, Attn: Robert J. Lack, Esq., rlack@fklaw.com, so that it is received by **March 29, 2022** (the "Response Deadline"), or file an amended complaint by February 18, 2022. If a Response is filed to the Motion, Multi-Strategy shall file its reply by April 28, 2002.

3641881.1

PLEASE TAKE FURTHER NOTICE that if no Response is timely served with respect to the Motion, and no amended complaint timely filed, Multi-Strategy may, on or after the Response Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: New York, New York
January 28, 2022

s/ Robert J. Lack
Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER
 & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

3641881.1