# Exhibit A

Register of Commerce of Geneva (Excerpt without Deletions), Ref. No 00135/1996, 16 Dec. 2015, relating to Banque Syz, available at: https://ge.ch/hrcintapp/companyReport.action?lang=EN&rcentId=1999766360 0000066031025&searchLang=&order=F&rad=N&goToAdm=false&showHea der=false&reportNotFound=false (last visited January 21, 2022), and of a certified translation thereof.



http://rc.ge.ch

**Excerpt without cancellations**

INTERNET EXCERPT

Ref. Nr    00135/1996
Fed. Nr    CH-660.0.026.996-5
**UID**      **CHE-106.825.034**

## Banque Syz SA
inscrite le 04 janvier 1996
Société anonyme

| Ref. | Company name |
|------|-------------|
| 181 | Banque Syz SA |
| | (Bank Syz AG) |
| | (Bank Syz Ltd) |
| | (Banca Syz SA) |

| Ref. | Head office |
|------|-------------|
| 1 | Genève |

| Ref. | Address |
|------|---------|
| 152 | quai des Bergues 1, 1201 Genève |

| Ref. | Bylaws date |
|------|-------------|
| 181 | 20.12.2021 |

| Ref. | Goal, Observations |
|------|--------------------|
| 54 | But: |
| | exploitation d'une banque principalement axée sur la gestion de fortune, ainsi que l'exercice d'une activité de négociant en valeur mobilières. et s'adressant à une clientèle suisse et étrangère, en particulier européenne, Nord et Sud-américaine ainsi qu'orientale (cf. statuts pour but complet). |
| 104 | L'identification sous le numéro CH-660-0026996-5 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-106.825.034. |

| Ref. | Fusions |
|------|---------|
| 128 | Fusion: |
| | reprise des actifs et passifs de Banque SYZ Suisse SA, à Genève (CHE-107.743.858), selon contrat de fusion du 24.11.2015 et bilan au 30.09.2015, présentant des actifs de CHF 1'860'577'275, des passifs envers les tiers de CHF 1'757'585'103, soit un actif net de CHF 102'992'172. La société reprenante détenant l'ensemble des actions de la société transférante, la fusion ne donne pas lieu à une augmentation du capital, ni à une attribution d'actions. |

| Ref. | Publication board |
|------|-------------------|
| 1 | FOSC |
| 110 | Communication aux actionnaires: lettre recommandée pour les convocations, Feuille Officielle Suisse du Commerce ou lettre, télécopieur ou email pour les communications |

| Ref. | Capital shares | | |
|------|----------------|---|---|
| | **Nominal** | **Released** | **Shares** |
| 181 | CHF 32'250'000 | CHF 32'250'000 | 3'000'000 actions de CHF 10 privilégiées quant au droit de vote, quant au dividende et quant au produit de liquidation, et 22'500 actions de CHF 100, toutes nominatives, liées selon statuts (augmentation ordinaire) |

| Ref. | Authorized capital increase |
|------|------------------------------|
| 181 | L'assemblée générale a introduit une clause statutaire relative à une augmentation autorisée du capital-actions par décision du 20.12.2021; pour les détails, voir les statuts. |

| Ref. | Contributions in kind, recovery of goods, particular advantages |
|------|-----------------------------------------------------------------|
| 38 | Reprise de biens envisagée: |
| | actions de la société Syz & Co Finance Limited à Jersey, GB, pour le prix maximum de CHF 64'000'000. |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| | 162 | | **Reiser** Philippe, de Genève, à Genève | adm. président | signature collective à 2 |
| | 162 | | **Conne** Jean-Blaise, de Chexbres, à Paudex | adm. vice-président | signature collective à 2 |
| 170 | | | **Corolus** Marlene Noergaard, du Danemark, à Copenhagen, DNK | adm. | signature collective à 2 |
| 162 | | | **Milliet** Philippe Alexandre, de Bonvillars, à Lausanne | adm. | signature collective à 2 |
| | 162 | | **Syz** Eric Max Charles, de Zurich, à Wollerau | adm. | signature collective à 2 |
| 162 | | | **Syz** Suzanne Elisabeth, de Zurich, à Wollerau | adm. | signature collective à 2 |
| 163 | | | **Vergani** Giovanni, de Lugano, à Lugano | adm. | signature collective à 2 |
| 41 | | | **PricewaterhouseCoopers AG** , à Zurich | organe de révision | |
| | 175 | | **Gaillard** Yvan, de Sion, à Pully | directeur général | signature collective à 2 |
| 180 | | | **Barthon de Montbas** Alexandre, de France, à Genève | directeur | signature collective à 2 |
| 101 | | | **Benaim** Marc, de Genève, à Genève | directeur | signature collective à 2 |
| | 173 | | **Bowen-Jones** James , de Grande-Bretagne, à Troinex | directeur | signature collective à 2 |
| | 180 | | **Crivelli** Simone, de Novazzano, à Locarno | directeur | signature collective à 2 |
| | 173 | | **Filip** Luc, de Meyrin, à Gland | directeur | signature collective à 2 |
| 182 | | | **Monchau** Charles Henry, de Genève, à Genève | directeur | signature collective à 2 |
| 166 | | | **Moses** Ranjit, de Genève, à Vandoeuvres | directeur | signature collective à 2 |
| 173 | | | **Motamedi** Catherine, de Carouge GE, à Veyrier | directrice | signature collective à 2 |
| 177 | | | **Noël** Valérie, de Vuissens, à Collonge-Bellerive | directrice | signature collective à 2 |
| | 74 | | **Noetzlin** Lionel, de Zurich, à Genève | directeur | signature collective à 2 |
| | 98 | | **Röper** Walter, d'Allemagne, à Männedorf | directeur | signature collective à 2 |
| 182 | | | **Staffelbach** Dominik, de Lenzburg, à Lenzburg | directeur | signature collective à 2 |
| | 173 | | **Syz** Nicolas, de Zurich, à Herrliberg | directeur | signature collective à 2 |
| 131 | | | **Woodhead** Michael, de Grande-Bretagne, à Londres, GB | directeur | signature collective à 2 |
| 153 | | | **Aepli Gürdogan** Nicole, de Vandoeuvres, à Genève | directrice adjointe | signature collective à 2 |
| 157 | | | **Astengo** Pablo, d'Yverdon-les-Bains, à Lonay | directeur adjoint | signature collective à 2 |
| 156 | | | **Brunner** Roman, de Zurich, à Le Vaud | directeur adjoint | signature collective à 2 |
| 179 | | | **Denis** Antoine, de France, à Genève | directeur adjoint | signature collective à 2 |
| 177 | | | **Devecchi Mas** Alfonso, d'Espagne, à Dättwil | directeur adjoint | signature collective à 2 |
| | 173 | | **Gorin** Fabrice, de Genève, à Onex | directeur adjoint | signature collective à 2 |
| 166 | | | **Kiefer** Michael, de Starrkirch-Wil, à Soleure | directeur adjoint | signature collective à 2 |
| | 68 | | **Luna** José-Manuel, de Lancy, à Veyrier | directeur adjoint | signature collective à 2 |
| | 108 | | **Manzoni** Martino, de Cureggia, à Canobbio | directeur adjoint | signature collective à 2 |
| 121 | | | **Nahmany** Alain, de France, à Chêne-Bougeries | directeur adjoint | signature collective à 2 |
| | 146 | | **Panizzolo** Claudia, de Braggio, à Minusio | directrice adjointe | signature collective à 2 |
| | 156 | | **Paolillo Ruhlmann** Erika, de Bâle, à Bâle | directrice adjointe | signature collective à 2 |
| | 98 | | **Pellaton** Christophe, de Lausanne, à Vandoeuvres | directeur adjoint | signature collective à 2 |
| 174 | | | **Pichoud** Adrien, de France, à Loisin, FRA | directeur adjoint | signature collective à 2 |
| | 146 | | **Riondel Angebault** Véronique, de Genève, à Nyon | directrice adjointe | signature collective à 2 |
| | 135 | | **Roessli** Pascal, de Sion, à Founex | directeur adjoint | signature collective à 2 |
| | 148 | | **Rollero** Marco, d'Italie, à Zurich | directeur adjoint | signature collective à 2 |
| | 175 | | **Romano** Lorenzo, de Genève, à Vandoeuvres | directeur adjoint | signature collective à 2 |
| | 166 | | **Sarbach** Tania, de Genève, à Genève | directrice adjointe | signature collective à 2 |
| 75 | | | **Sigg** Andreas, de Bâle, à Hirzel | directeur adjoint | signature collective à 2 |
| 130 | | | **Steiger** Alain, de Bâle, à Altendorf | directeur adjoint | signature collective à 2 |
| 177 | | | **Aldenkortt** Christian, de Thônex, à Puplinge | sous-directeur | signature collective à 2 |
| 166 | | | **Anderle** Michal, de Slovaquie, à Zollikon | sous-directeur | signature collective à 2 |
| | 176 | | **Arslan** Ahmet, de Turquie, à Genève | sous-directeur | signature collective à 2 |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 135 | | | **Barcellini Vésy** Anne, de Genève, à Perly-Certoux | sous-directrice | signature collective à 2 |
| 177 | | | **Bégoin** Olivier, de Genève, à Mies | sous-directeur | signature collective à 2 |
| 65 | | | **Bonelli** Pier-Luigi, d'Onex, à Genève | sous-directeur | signature collective à 2 |
| 132 | | | **Bores Bermejo** Ana, d'Espagne, à Chêne-Bougeries | sous-directrice | signature collective à 2 |
| | 156 | | **Brossette** François-Maurice, de Delémont, à Nyon | sous-directeur | signature collective à 2 |
| 131 | | | **Cangucu de Mesquita Sa** Bruno, de Berne, à Genève | sous-directeur | signature collective à 2 |
| 65 | | | **Ceccarelli Baradez** Matilde, d'Italie, à Chêne-Bougeries | sous-directrice | signature collective à 2 |
| | 176 | | **Corbran** Alexis, de France, à Cruseilles, FRA | sous-directeur | signature collective à 2 |
| 132 | | | **Da Silva** Marilia, de Chêne-Bourg, à Chêne-Bourg | sous-directrice | signature collective à 2 |
| | 175 | | **De Ramon** Vicente-José, d'Espagne, à Genève | sous-directeur | signature collective à 2 |
| | 180 | | **de Wolff** Matthieu, de Sion, à Arzier-le-Muids | sous-directeur | signature collective à 2 |
| | 98 | | **Di Giuseppe** Domenico, d'Italie, à Genève | sous-directeur | signature collective à 2 |
| 173 | | | **Ech-Chatoui** Hicham, de France, à Annemasse, FRA | sous-directeur | signature collective à 2 |
| 156 | | | **Ferrand** Benjamin, de France, à Genève | sous-directeur | signature collective à 2 |
| 176 | | | **Fichan** Gaël, de France, à Publier, FRA | sous-directeur | signature collective à 2 |
| 166 | | | **Guillet Lissajoux** Marie-Pierre, de Saint-Aubin, à Vovray-en-Bornes, F | sous-directrice | signature collective à 2 |
| 172 | | | **Hariri** Mohammad Reza, de Genève, à Coppet | sous-directeur | signature collective à 2 |
| | 173 | | **Hentsch** Sébastien, de Genève, à Meyrin | sous-directeur | signature collective à 2 |
| 174 | | | **Heurtevent** Thomas, de France, à Crassier | sous-directeur | signature collective à 2 |
| 173 | | | **Illari** Stella, de France, à Cessy, F | sous-directrice | signature collective à 2 |
| 131 | | | **Kilbey** Jonathan, de Grande-Bretagne, à Plan-les-Ouates | sous-directeur | signature collective à 2 |
| | 175 | | **Klossner** Florian, de Diemtigen, à Collonge-Bellerive | sous-directeur | signature collective à 2 |
| 173 | | | **Lafeuille** Lionel, de France, à Genève | sous-directeur | signature collective à 2 |
| 136 | | | **Mabiala** Eldo Pierre-Alfred, de Saint-Prex, à Saint-Prex | sous-directeur | signature collective à 2 |
| | 154 | | **Manfredi** Elena, d'Affoltern am Albis, à Genève | sous-directrice | signature collective à 2 |
| 144 | | | **Millet** Carole, de France, à Valleiry, F | sous-directrice | signature collective à 2 |
| | 135 | | **Monoscalco** Barbara, de Vernier, à Lancy | sous-directrice | signature collective à 2 |
| | 177 | | **Morand** Ines, de Bulle, à Genève | sous-directrice | signature collective à 2 |
| 175 | | | **Negri** Frank, d'Alto Malcantone, à Collonge-Bellerive | sous-directeur | signature collective à 2 |
| | 177 | | **Norrick** Juan , d'Italie, à Vétraz-Monthoux, FRA | sous-directeur | signature collective à 2 |
| 108 | | | **Noth** Yolande, de Pont-la-Ville, à Commugny | sous-directrice | signature collective à 2 |
| 62 | | | **Oederlin** Simon, de Baden, à Thônex | sous-directeur | signature collective à 2 |
| | 180 | | **Oliveira da Silva** Suzanne, de Bussigny-près-Lausanne, à Genève | sous-directrice | signature collective à 2 |
| | 175 | | **Ouafi** Billel, de France, à Pully | sous-directeur | signature collective à 2 |
| | 166 | | **Patel-Gervex** Trupti, de France, à Ayse, F | sous-directrice | signature collective à 2 |
| 131 | | | **Patino** Vicky, de Genève, à Genève | sous-directrice | signature collective à 2 |
| | 164 | | **Radicchi** Mirco, de Genève, à Genève | sous-directeur | signature collective à 2 |
| 157 | | | **Raymond** Julien, de Lausanne, à Lausanne | sous-directeur | signature collective à 2 |
| | 68 | | **Rey Lopez** Maria del Pilar, d'Espagne, à Genève | sous-directrice | signature collective à 2 |
| 174 | | | **Ricci** Michel, de Hüttwilen, à Eysins | sous-directeur | signature collective à 2 |
| | 177 | | **Rodriguez** Rodolfo, d'Italie, à Genève | sous-directeur | signature collective à 2 |
| | 180 | | **Schmid** Daniel, de St.Ursen, à Genève | sous-directeur | signature collective à 2 |
| 149 | | | **Tazi Garcia-Gill** Said Mohamed, de Genève, à Genève | sous-directeur | signature collective à 2 |

|

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| | 108 | | **Terreault** Manuel, du Canada, à Plan-les-Ouates | sous-directeur | signature collective à 2 |
| 156 | | | **Vazquez** Encarnacion, de Lancy, à Genève | sous-directrice | signature collective à 2 |
| 132 | | | **von Ahnen** Tanja, de Crans-près-Céligny, à Crans-près-Céligny | sous-directrice | signature collective à 2 |
| 173 | | | **Yao** Patrick, de France, à Rolle | sous-directeur | signature collective à 2 |
| 173 | | | **Bagnoli** Giada, de Massagno, à Breganzona | | procuration collective à 2 |
| 174 | | | **Balant** Elise, de Genève, à Nyon | | procuration collective à 2 |
| 174 | | | **Baldauff** Patrick, de Berne, à Préverenges | | procuration collective à 2 |
| 166 | | | **Bättig** Catherine, de Bâle, à Fillinges, F | | procuration collective à 2 |
| 177 | | | **Belcour** Julie, de France, à Metz-Tessy, FRA | | procuration collective à 2 |
| 177 | | | **Bellingeri** Stefano Vito, de Genève, à Genève | | procuration collective à 2 |
| 166 | | | **Bezy** Aurélien, de France, à Cranves Sales, F | | procuration collective à 2 |
| 173 | | | **Bodini Nocent** Andrea, d'Italie, à Lugano | | procuration collective à 2 |
| 127 | | | **Bontempo** Nathalie, de France, à Genève | | procuration collective à 2 |
| 173 | | | **Broggi** David, de Lugano, à Genève | | procuration collective à 2 |
| 127 | | | **Bruyère** Sarah, de Soral, à Chenex, F | | procuration collective à 2 |
| 166 | | | **Buencamino** José Antonio, de Nyon, à Genève | | procuration collective à 2 |
| 173 | | | **Calamari Ferrieri** Magali, de Genève, à Carouge GE | | procuration collective à 2 |
| 131 | | | **Cuzin** Sylvie, de France, à Péron, F | | procuration collective à 2 |
| 176 | | | **Demarne** Alexis, de France, à Lausanne | | procuration collective à 2 |
| 180 | | | **Dessaux** Elizabeth, de Genève, à Genève | | procuration collective à 2 |
| 173 | | | **Felber** Zacharias, de Ufhusen, à Genève | | procuration collective à 2 |
| 156 | | | **Gafner** Damien, de Beatenberg, à Genève | | procuration collective à 2 |
| 173 | | | **Gandolfi** Giuditta, de Wettingen, à Wettingen | | procuration collective à 2 |
| | 180 | | **Garcia** Jean-Luc, de Corcelles-près-Concise, à Prangins | | procuration collective à 2 |
| | 35 | | **Guenin** Marianne, de Courtedoux, à Genève | | procuration collective à 2 |
| | 180 | | **Habiyambere Niyigena** Thierry, de Thônex, à Chêne-Bourg | | procuration collective à 2 |
| 174 | | | **Hamid Barwari** Chouman, de Suède, à Milan, ITA | | procuration collective à 2 |
| 166 | | | **Hénot-Holzer** Elisabeth, de Kriens, à Maur | | procuration collective à 2 |
| 177 | | | **Imhof** Sorin, de Buchholterberg, à Niederrohrdorf | | procuration collective à 2 |
| 177 | | | **Kanj** Andrea, d'Autriche, à Lausanne | | procuration collective à 2 |
| | 175 | | **Keo Kosal** Morgane, de France, à Chêne-Bougeries | | procuration collective à 2 |
| 173 | | | **Kikec Aubrecht** Jennifer, d'Allemagne, à Corsier GE | | procuration collective à 2 |
| 173 | | | **Kirsch** Christopher, de Genève, à Collonge-Bellerive | | procuration collective à 2 |
| 180 | | | **Klein** Philippe, de Romanshorn, à Arzier-le-Muids | | procuration collective à 2 |
| 177 | | | **Lam** Bich Huyen Nicole, de Lugano, à Carouge GE | | procuration collective à 2 |
| | 148 | | **Lemettre** Jean, de France, à Genève | | procuration collective à 2 |
| 173 | | | **Li** Li, de Chine, à Versoix | | procuration collective à 2 |
| 166 | | | **Lopes Sena Bernardino** Renan, de Genève, à Genève | | procuration collective à 2 |
| 131 | | | **Lopez** Maria-José, de Genève, à Thônex | | procuration collective à 2 |
| 156 | | | **Louzao** Antonella, de Genève, à Plan-les-Ouates | | procuration collective à 2 |
| 166 | | | **Marti** Yasmine, de Lyss, à Lausanne | | procuration collective à 2 |
| 177 | | | **Meichtry da Costa Borges** Myrta, de Guttet-Feschel, à Genève | | procuration collective à 2 |
| 156 | | | **Mimran** Emmanuel, de Genève, à Genève | | procuration collective à 2 |
| 156 | | | **Murrieri** Axelle, de Belgique, à Carouge GE | | procuration collective à 2 |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod | Can. | Name and First names, Origin, Residence | Functions | Signature mode |
| 131 | | | **Nguyen** Nicole, d'Ecublens (VD), à Rolle | | procuration collective à 2 |
| 177 | | | **Palleau** Yohan, de France, à Genève | | procuration collective à 2 |
| 177 | | | **Pelhat** Nicolas, de France, à Genève | | procuration collective à 2 |
| 156 | | | **Perrod** Vincent, de Montreux, à Pully | | procuration collective à 2 |
| 177 | | | **Reby** Candice, de Genève, à Genève | | procuration collective à 2 |
| 160 | | | **Sanchez** José, de Genève, à Veyrier | | procuration collective à 2 |
| 165 | | | **Santangelo** Veronica, d'Italie, à Genève | | procuration collective à 2 |
| 166 | | | **Senis** Claudia, de Zurich, à Dübendorf | | procuration collective à 2 |
| 177 | | | **Soltanieh** Arash, de Genève, à Genève | | procuration collective à 2 |
| 86 | | | **Tissot** Carole, du Locle, à Romanel-sur-Lausanne | | procuration collective à 2 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 1 | 135 | 04.01.1996 | 17.01.1996 | 335 | 2 | 11147 | 26.11.1996 | 09.12.1996 | 7611 |
| 3 | 5889 | 13.06.1997 | 30.06.1997 | 4540 | 4 | 11790 | 23.10.1998 | 29.10.1998 | 7390 |
| 5 | 4585 | 28.04.1999 | 04.05.1999 | 2930 | 6 | 7612 | 16.07.1999 | 22.07.1999 | 5014 |
| 7 | 8069 | 29.07.1999 | 04.08.1999 | 5318 | 8 | 5608 | 18.05.2000 | 24.05.2000 | 3525 |
| 9 | 5980 | 30.05.2000 | 06.06.2000 | 3836 | 10 | 13751 | 21.12.2000 | 29.12.2000 | 8938 |
| 11 | 6402 | 08.06.2001 | 14.06.2001 | 4476 | 12 | 12556 | 15.11.2001 | 21.11.2001 | 9160 |
| 13 | 12876 | 23.11.2001 | 29.11.2001 | 9399 | 14 | 3235 | 22.03.2002 | 28.03.2002 | 7 |
| 15 | 5111 | 16.05.2002 | 23.05.2002 | 6 | 16 | 6457 | 24.06.2002 | 28.06.2002 | 7 |
| 17 | 9958 | 25.09.2002 | 01.10.2002 | 5/0666262 | 18 | 12898 | 05.12.2002 | 11.12.2002 | 6/0767208 |
| 19 | 1895 | 13.02.2003 | 19.02.2003 | 6 | 20 | 2467 | 27.02.2003 | 05.03.2003 | 6 |
| 21 | 5430 | 14.05.2003 | 20.05.2003 | 7 | 22 | 6072 | 27.05.2003 | 03.06.2003 | 7/1017102 |
| 23 | 8423 | 23.07.2003 | 29.07.2003 | 6/1107280 | 24 | 3107 | 10.03.2004 | 16.03.2004 | 7 |
| 25 | 12555 | 26.10.2004 | 01.11.2004 | 8/2522098 | 26 | 4302 | 08.04.2005 | 14.04.2005 | 6/2791028 |
| 27 | 6550 | 31.05.2005 | 06.06.2005 | 7/2868134 | 28 | 6763 | 03.06.2005 | 09.06.2005 | 8 |
| 29 | 9050 | 21.07.2005 | 27.07.2005 | 7/2951606 | 30 | 14455 | 29.11.2005 | 05.12.2005 | 8/3132668 |
| 31 | 14722 | 05.12.2005 | 09.12.2005 | 7/3141982 | 32 | 2717 | 27.02.2006 | 03.03.2006 | 7/3270808 |
| 33 | 4357 | 30.03.2006 | 05.04.2006 | 7/3320152 | 34 | 4728 | 06.04.2006 | 12.04.2006 | 8/3331658 |
| 35 | 6039 | 05.05.2006 | 11.05.2006 | 6/3370336 | 36 | 9794 | 25.07.2006 | 31.07.2006 | 8/3489578 |
| 37 | 10726 | 17.08.2006 | 23.08.2006 | 5/3518142 | 38 | 14005 | 02.11.2006 | 08.11.2006 | 8/3626594 |
| 39 | 14312 | 09.11.2006 | 15.11.2006 | 7/3636474 | 40 | 16060 | 15.12.2006 | 21.12.2006 | 9/3693212 |
| 41 | 16537 | 22.12.2006 | 03.01.2007 | 9/3706116 | 42 | 6274 | 10.05.2007 | 16.05.2007 | 7/3934084 |
| 43 | 6645 | 18.05.2007 | 24.05.2007 | 4/3945586 | 44 | 8506 | 02.07.2007 | 06.07.2007 | 8/4013900 |
| 45 | 8909 | 09.07.2007 | 13.07.2007 | 7/4024500 | 46 | 9236 | 16.07.2007 | 20.07.2007 | 8/4035460 |
| 47 | 10307 | 10.08.2007 | 16.08.2007 | 6/4069136 | 48 | 11393 | 07.09.2007 | 13.09.2007 | 6/4108548 |
| 49 | 12317 | 26.09.2007 | 02.10.2007 | 7/4135940 | 50 | 13275 | 16.10.2007 | 22.10.2007 | 7/4164794 |
| 51 | 14173 | 05.11.2007 | 09.11.2007 | 7/4192572 | 52 | 16810 | 21.12.2007 | 04.01.2008 | 10/4270736 |
| 53 | 1572 | 01.02.2008 | 07.02.2008 | 9/4327356 | 54 | 5942 | 06.05.2008 | 13.05.2008 | 8/4472368 |
| 55 | 6233 | 13.05.2008 | 19.05.2008 | 8/4480840 | 56 | 7274 | 04.06.2008 | 10.06.2008 | 7/4515892 |
| 57 | 8616 | 01.07.2008 | 07.07.2008 | 8/4561700 | 58 | 10925 | 26.08.2008 | 01.09.2008 | 8/4632356 |
| 59 | 12116 | 23.09.2008 | 29.09.2008 | 10/4669514 | 60 | 12444 | 30.09.2008 | 06.10.2008 | 8/4678208 |
| 61 | 12790 | 07.10.2008 | 14.10.2008 | 7/4690610 | 62 | 14749 | 18.11.2008 | 24.11.2008 | 10/4746192 |
| 63 | 15475 | 01.12.2008 | 05.12.2008 | 10/4766308 | 64 | 100 | 05.01.2009 | 09.01.2009 | 7/4818496 |
| 65 | 4158 | 18.03.2009 | 24.03.2009 | 8/4940754 | 66 | 6663 | 07.05.2009 | 13.05.2009 | 10/5017780 |
| 67 | 8189 | 08.06.2009 | 12.06.2009 | 9/5065378 | 68 | 9177 | 23.06.2009 | 29.06.2009 | 13/5098692 |
| 69 | 9731 | 30.06.2009 | 06.07.2009 | 16/5116660 | 70 | 14546 | 21.09.2009 | 25.09.2009 | 7/5264752 |
| 71 | 16953 | 02.11.2009 | 06.11.2009 | 10/5330696 | 72 | 1283 | 22.01.2010 | 28.01.2010 | 9/5465692 |
| 73 | 2283 | 08.02.2010 | 12.02.2010 | 9/5493070 | 74 | 8555 | 20.05.2010 | 27.05.2010 | 8/5649258 |
| 75 | 8631 | 21.05.2010 | 28.05.2010 | 9/5651206 | 76 | 17382 | 19.10.2010 | 25.10.2010 | 7/5866336 |
| 77 | 19214 | 18.11.2010 | 24.11.2010 | 8/5908270 | 78 | 19750 | 26.11.2010 | 02.12.2010 | 8/5920736 |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Date | Date | Page/Id | | Number | Date | Date | Page/Id |
| 79 | 489 | 07.01.2011 | 13.01.2011 | 8/5983724 | 80 | 2095 | 01.02.2011 | 07.02.2011 | 8/6021878 |
| 81 | 2561 | 08.02.2011 | 14.02.2011 | 8/6032484 | 82 | 2961 | 15.02.2011 | 21.02.2011 | 8/6041548 |
| 83 | 3701 | 25.02.2011 | 02.03.2011 | 6058900 | 84 | 8439 | 19.05.2011 | 24.05.2011 | 6175490 |
| 85 | 8514 | 20.05.2011 | 25.05.2011 | 6177590 | 86 | 8824 | 26.05.2011 | 31.05.2011 | 6186040 |
| 87 | 9157 | 01.06.2011 | 07.06.2011 | 6195594 | 88 | 11388 | 08.07.2011 | 13.07.2011 | 6253202 |
| 89 | 12209 | 25.07.2011 | 28.07.2011 | 6276162 | 90 | 17050 | 27.10.2011 | 01.11.2011 | 6398360 |
| 91 | 19032 | 30.11.2011 | 05.12.2011 | 6444518 | 92 | 1393 | 25.01.2012 | 30.01.2012 | 6526148 |
| 93 | 7608 | 14.05.2012 | 18.05.2012 | 6683786 | 94 | 7867 | 18.05.2012 | 23.05.2012 | 6688454 |
| 95 | 10277 | 27.06.2012 | 02.07.2012 | 6746028 | 96 | 17970 | 26.10.2012 | 31.10.2012 | 6912786 |
| 97 | 6863 | 22.04.2013 | 25.04.2013 | 7163824 | 98 | 7977 | 10.05.2013 | 15.05.2013 | 7188212 |
| 99 | 8228 | 15.05.2013 | 21.05.2013 | 7194534 | 100 | 8656 | 23.05.2013 | 28.05.2013 | 7203822 |
| 101 | 10454 | 19.06.2013 | 24.06.2013 | 933763 | 102 | 16898 | 11.10.2013 | 16.10.2013 | 1130761 |
| 103 | 21265 | 17.12.2013 | 20.12.2013 | 1251105 | 104 | | Complément | 19.12.2013 | 7225832 |
| 105 | 3517 | 25.02.2014 | 28.02.2014 | 1373389 | 106 | 4273 | 07.03.2014 | 12.03.2014 | 1393577 |
| 107 | 5248 | 25.03.2014 | 28.03.2014 | 1422447 | 108 | 7227 | 28.04.2014 | 01.05.2014 | 1478985 |
| 109 | 7851 | 08.05.2014 | 13.05.2014 | 1499049 | 110 | 8293 | 15.05.2014 | 20.05.2014 | 1511983 |
| 111 | 9980 | 13.06.2014 | 18.06.2014 | 1560871 | 112 | 17475 | 21.10.2014 | 24.10.2014 | 1786631 |
| 113 | 20853 | 16.12.2014 | 19.12.2014 | 1890711 | 114 | 1518 | 27.01.2015 | 30.01.2015 | 1962993 |
| 115 | 2026 | 04.02.2015 | 09.02.2015 | 1978851 | 116 | 2532 | 13.02.2015 | 18.02.2015 | 1996915 |
| 117 | 4589 | 18.03.2015 | 23.03.2015 | 2057059 | 118 | 5521 | 02.04.2015 | 09.04.2015 | 2087561 |
| 119 | 8690 | 01.06.2015 | 04.06.2015 | 2188219 | 120 | 9746 | 17.06.2015 | 22.06.2015 | 2221183 |
| 121 | 11472 | 14.07.2015 | 17.07.2015 | 2275729 | 122 | 11579 | 20.07.2015 | 23.07.2015 | 2285717 |
| 123 | 12182 | 28.07.2015 | 31.07.2015 | 2300367 | 124 | 13578 | 26.08.2015 | 31.08.2015 | 2347261 |
| 125 | 13874 | 01.09.2015 | 04.09.2015 | 2357593 | 126 | 16937 | 27.10.2015 | 30.10.2015 | 2455569 |
| 127 | 17184 | 30.10.2015 | 04.11.2015 | 2462613 | 128 | 19967 | 11.12.2015 | 16.12.2015 | 2544131 |
| 129 | 20350 | 17.12.2015 | 22.12.2015 | 2557195 | 130 | 1433 | 22.01.2016 | 27.01.2016 | 2622593 |
| 131 | 2360 | 08.02.2016 | 11.02.2016 | 2661817 | 132 | 3166 | 22.02.2016 | 25.02.2016 | 2689049 |
| 133 | 4046 | 07.03.2016 | 10.03.2016 | 2716387 | 134 | 7071 | 25.04.2016 | 28.04.2016 | 2806181 |
| 135 | 8093 | 11.05.2016 | 17.05.2016 | 2834605 | 136 | 8280 | 13.05.2016 | 19.05.2016 | 2840509 |
| 137 | 9501 | 02.06.2016 | 07.06.2016 | 2875289 | 138 | 11506 | 01.07.2016 | 06.07.2016 | 2937243 |
| 139 | 11877 | 07.07.2016 | 12.07.2016 | 2948451 | 140 | 15180 | 09.09.2016 | 14.09.2016 | 3054617 |
| 141 | 16558 | 04.10.2016 | 07.10.2016 | 3097549 | 142 | 17600 | 20.10.2016 | 25.10.2016 | 3126497 |
| 143 | 18489 | 04.11.2016 | 09.11.2016 | 3153101 | 144 | 36 | 03.01.2017 | 06.01.2017 | 3267393 |
| 145 | 2972 | 16.02.2017 | 21.02.2017 | 3361769 | 146 | 8644 | 16.05.2017 | 19.05.2017 | 3533855 |
| 147 | 8955 | 19.05.2017 | 24.05.2017 | 3542245 | 148 | 12869 | 19.07.2017 | 24.07.2017 | 3662635 |
| 149 | 14672 | 22.08.2017 | 25.08.2017 | 3716119 | 150 | 15040 | 29.08.2017 | 01.09.2017 | 3729049 |
| 151 | 16475 | 21.09.2017 | 26.09.2017 | 3773305 | 152 | 18446 | 19.10.2017 | 24.10.2017 | 3827019 |
| 153 | 19886 | 10.11.2017 | 15.11.2017 | 3871659 | 154 | 1287 | 18.01.2018 | 23.01.2018 | 4009501 |
| 155 | 9939 | 31.05.2018 | 05.06.2018 | 4269927 | 156 | 12009 | 29.06.2018 | 04.07.2018 | 4336227 |
| 157 | 17800 | 02.10.2018 | 05.10.2018 | 1004470915 | 158 | 18911 | 15.10.2018 | 18.10.2018 | 1004479826 |
| 159 | 20441 | 05.11.2018 | 08.11.2018 | 1004493893 | 160 | 22997 | 10.12.2018 | 13.12.2018 | 1004520568 |
| 161 | 3674 | 20.02.2019 | 25.02.2019 | 1004574469 | 162 | 9929 | 23.05.2019 | 28.05.2019 | 1004640208 |
| 163 | 12277 | 28.06.2019 | 03.07.2019 | 1004667012 | 164 | 13712 | 17.07.2019 | 22.07.2019 | 1004681529 |
| 165 | 14596 | 30.07.2019 | 05.08.2019 | 1004689960 | 166 | 17668 | 23.09.2019 | 26.09.2019 | 1004724972 |
| 167 | 24241 | 23.12.2019 | 30.12.2019 | 1004795940 | 168 | 1239 | 20.01.2020 | 23.01.2020 | 1004812891 |
| 169 | 3772 | 21.02.2020 | 26.02.2020 | 1004839654 | 170 | 8453 | 27.05.2020 | 02.06.2020 | 1004901161 |
| 171 | 11315 | 06.07.2020 | 09.07.2020 | 1004933623 | 172 | 11630 | 09.07.2020 | 14.07.2020 | 1004936972 |
| 173 | 11756 | 10.07.2020 | 15.07.2020 | 1004937937 | 174 | 13415 | 06.08.2020 | 11.08.2020 | 1004955896 |
| 175 | 20849 | 26.11.2020 | 01.12.2020 | 1005036514 | 176 | 210 | 05.01.2021 | 08.01.2021 | 1005069566 |
| 177 | 13485 | 11.06.2021 | 16.06.2021 | 1005219727 | 178 | 15844 | 02.07.2021 | 07.07.2021 | 1005243457 |
| 179 | 17656 | 20.07.2021 | 23.07.2021 | 1005257139 | 180 | 27269 | 09.11.2021 | 12.11.2021 | 1005333276 |
| 181 | 30784 | 23.12.2021 | 28.12.2021 | 1005370472 | 182 | 816 | 13.01.2022 | 18.01.2022 | 1005383941 |

Geneva, 20 january 2022

*End of excerpt*

**The information above is given with no commitment and is in no way legally binding.**



## ROMTRANSLATION, INC.

3280 Sunrise Hwy, #52      360 Valverde Lane
Wantagh, NY 11793-4024    St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## **CERTIFICATE OF TRANSLATION**

I, Roxana Dinu, hereby certify on behalf of Romtranslation, Inc., that I am an active member of the American Translator's Association, membership # 215174, accredited to translate from **French** into **English**, due to my knowledge of both languages, and that the attached translation of a _Business Registration_, bearing the red company stamp, is a true, accurate and complete translation of the document presented to me, done to the best of my ability, knowledge and belief.

By: ROXANA DINU
Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
_4th_ day of _February_, 20_20_

NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_20_
No. 01ST6343368



# REGISTER OF COMMERCE OF GENEVA

**Excerpt without deletions**

EXCERPT FROM THE REGISTER
Ref. Nr. 00135/1996
Fed. Nr. CH-660-0026996-5
**IDE CHE-106.825.034**

*16.12.2015*

*N.S...*

## Banque SYZ SA

registered on January 04, 1996
Stock company

| Ref. | Company Name |
|---|---|
| 113 | Banque SYZ SA<br>(Bank SYZ AG)<br>(Bank SYZ Ltd)<br>(Banca SYZ SA) |

| Ref. | Registered Office |
|---|---|
| 1 | Geneva |

| Ref. | Address |
|---|---|
| 1 | rue du Rhône 30 |

| Ref. | Date of the Articles of Association | Ref. | |
|---|---|---|---|
| 1 | 12.12.1995 | 38 | 31.10.2006 (new. art.) 02.11.2006 |
| 2 | 07.11.1996 | 54 | 23.04.2008 (new. art.) |
| 6 | 02.07.1999 | 110 | 30.04.2014 |
| 8 | 16.05.2000 | 113 | 10.12.2014 |
| 21 | 29.04.2003 | | |

| Ref. | Purpose, Observations |
|---|---|
| 54 | Purpose:<br>To operate a bank focused mainly on asset management, and to carry out the activity of a securities dealer. and to offer services to Swiss and foreign clients, in particular to European, North and South American and oriental clients (see articles of association for complete purpose). |
| 104 | The identification number CH-660-0026996-5 is replaced by the company identification number (IDE/UID) CHE-106.825.034. |

| Ref. | Mergers (LFus) |
|---|---|
| 128 | Merger:<br>Takeover of assets and liabilities of Banque SYZ Suisse SA, in Geneva (CHE-107.743.858), according to a merger agreement dated 24.11.2015 and balance sheet as at 30.09.2015, with assets of CHF 1'860'577'275, liabilities towards third parties of CHF 1'757'585'103, i.e. net assets of CHF 102'992'172. The acquiring entity holding all the shares of the transferring entity, the merger does not give rise to a capital increase or an allocation of shares. |

| Ref. | Means of Publication |
|---|---|
| 1 | FOSC |
| 110 | Communication to shareholders: by registered letter for convocation notices, by publication in the Swiss Official Gazette of Commerce or by letter, fax or email for communications. |

| Ref. | Share Capital | | |
|---|---|---|---|
| | Nominal | Paid-in | Shares |
| 8 | CHF 30'000'000 | CHF 30'000'000 | 30'000 shares of CHF 1'000, registered, with restrictions to transmission according to the articles of incorporation |
| | **Participation Capital** | | |
| | Nominal | Paid-in | Participation certificates |

| 38 | CHF 1'000'000 | | CHF 1'000'000 | 40'000 certificates of CHF 25, registered, with restrictions to transmission according to the articles of incorporation, privileged in relation to dividend and liquidation proceeds |
|---|---|---|---|---|
| | **Contributions in kind, acquisitions in kind, special privileges** | | | |
| 38 | Contemplated acquisition in kind: shares of Syz & Co Finance Limited in Jersey, GB, for the maximum amount of CHF 64,000,000. | | | |

| Ref. | | | Administration, auditors and Persons having Signing Authority | | |
|---|---|---|---|---|---|
| Registr. | Modif. | Cancel. | **Surname and First names, Origin, Domicile, Shares** | **Functions** | **Signature Type** |
| 28 | | | **Argand** Luc, from Corsier, in Geneva | dir. chairman | collective signature by 2 |
| 7 | | | **Reiser** Philippe, from Geneva, in Geneva | dir. | collective signature by 2 |
| 16 | | | **Brunschwig** Pierre, from Geneva, in Vandoeuvres | dir. | collective signature by 2 |
| 19 | | | **Burgio** Gabriele, from Italy, in Madrid, E | dir. | collective signature by 2 |
| 123 | | | **Conne** Jean-Blaise, from Chexbres, in Paudex | dir. | collective signature by 2 |
| 123 | | | **Johansen** Casper Kirk, from Denmark, in Vejle, DNK | dir. | collective signature by 2 |
| 125 | | | **Faurholt-Jorgensen** Mads, from Denmark, in London, GB | dir. | collective signature by 2 |
| 41 | | | **PricewaterhouseCoopers AG**, in Zurich | auditors | |
| 60 | | | **Naggar** Jean-Louis, from Cologny, in Cologny | manager | collective signature by 2 |
| | 100 | | **Syz** Eric Max Charles, from Zurich, in Wollerau | general manager | collective signature by 2 |
| 5 | | | **Ronchetti** Marco, from Chiasso, in Pregassona | manager | collective signature by 2 |
| 10 | | | **Crivelli** Claudio, from Novazzano, in Ascona | manager | collective signature by 2 |
| 37 | | | **Dufresne** Fabian, from Thônex, in Bogis-Bossey | manager | collective signature by 2 |
| 40 | | | **de Groote** Thierry, from Belgium, in Geneva | manager | collective signature by 2 |
| | 56 | | **Schupp** Jérôme, from Lausanne, in Saint-Sulpice (VD) | manager | collective signature by 2 |
| 62 | | | **Servan** Vincent, from France, in Lausanne | manager | collective signature by 2 |
| | 63 | | **Boitel** Etienne, P., from Neuchâtel, in Freienbach | manager | collective signature by 2 |
| | 74 | | **Noetzlin** Lionel, from Zurich, in Geneva | manager | collective signature by 2 |
| 76 | | | **Hannemann** Daniel, from Böttstein, in Oberwill-Lieli | manager | collective signature by 2 |
| | 98 | | **Poulin** Stéphane, from Canada, in Cossonay | manager | collective signature by 2 |
| | 98 | | **Röper** Walter, from Germany, in Männedorf | manager | collective signature by 2 |
| 101 | | | **Benaim** Marc, from Geneva, in Geneva | manager | collective signature by 2 |
| 105 | | | **Biber** Philip, from Horgen, in Cologny | manager | collective signature by 2 |
| 119 | | | **Seiler** Thomas, from Fischbach-Göslikon, in Lucerne | manager | collective signature by 2 |
| | 120 | | **Lewertoff** Arieh, from Zurich, in Geneva | manager | collective signature |

| Ref. | | | Administration, auditors and Persons having Signing Authority | | |
| Registr. | Modif. | Cancel. | Surname and First names, Origin, Domicile, Shares | Functions | Signature Type |
|---|---|---|---|---|---|
| 127 | | | **Bédat** Patrick, from Fontenais, in Zurich | manager | collective signature by 2 |
| 10 | | | **Pedrini** Nello, from Osco, in Bellinzona | deputy manager | collective signature by 2 |
| 24 | | | **Leimbacher** Nicole, from Zurich, in Geneva | deputy manager | collective signature by 2 |
| | 28 | | **Ghilardi** Barbara, from Minusio, in Minusio | deputy manager | collective signature by 2 |
| 48 | | | **De Lapeyrière** Guillaume, from France, in Collex-Bossy | deputy manager | collective signature by 2 |
| | 49 | | **Cuennet** Serge, from Geneva, in Bogis-Bossey | deputy manager | collective signature by 2 |
| | 56 | | **Barras** Philippe, from Chermignon, in Geneva | deputy director | collective signature by 2 |
| 60 | | | **Piller** Hanina, from France, in Ballaison, F | deputy manager | collective signature by 2 |
| | 68 | | **Luna** José-Manuel, from Lancy, in Veyrier | deputy manager | collective signature by 2 |
| 75 | | | **Sigg** Andreas, from Bâle, in Hirzel | deputy manager | collective signature by 2 |
| 76 | | | **Oetiker** Martin Jacob, from Oetwil am See, in Hombrechtikon | deputy manager | collective signature by 2 |
| 85 | | | **Tautu** Serban from Geneva, in Geneva | deputy manager | collective signature by 2 |
| | 86 | | **Noël** Valérie, from Vuissens, in Geneva | deputy manager | collective signature by 2 |
| | 94 | | **Segalini** Paolo, from Italy, in Nyon | deputy manager | collective signature by 2 |
| | 98 | | **Crivelli** Simone, from Novazzano, in Minusio | deputy director | collective signature by 2 |
| | 98 | | **Pellaton** Christophe, from Lausanne, in Vandoeuvres | deputy manager | collective signature by 2 |
| | 98 | | **Rollero** Marco, from Italy, in Thalwil | deputy director | collective signature by 2 |
| | 108 | | **Manzoni** Martino, from Cureggia, in Canobbio | deputy manager | collective signature by 2 |
| 114 | | | **Aegerter** François, from Röthenbach im Emmental, in Founex | deputy manager | collective signature by 2 |
| 114 | | | **Kropf** Michael, from Dombresson, in Geneva | deputy manager | collective signature by 2 |
| 117 | | | **Panchard** Pierre André, from Sion, in Geneva | deputy director | collective signature by 2 |
| 119 | | | **Filip** Luc, from Meyrin, in Lausanne | deputy director | collective signature by 2 |
| 120 | | | **Vallet** Jean-Marc, from Montricher, in Echichens | deputy director | collective signature by 2 |
| 121 | | | **Nahmany** Alain, from France, in Chêne-Bougeries | deputy manager | collective signature by 2 |
| 127 | | | **Bouchet** Sébastien, from France, in Mont-sur-Rolle | deputy manager | collective signature by 2 |
| | 34 | | **Chiarello** Vincenzo, from Italy, in Bernex | assistant manager | collective signature by 2 |
| | 34 | | **Panizzolo** Claudia, from Braggio, in Minusio | assistant manager | collective signature by 2 |
| | 47 | | **Riondel Angebault** Véronique, from Geneva, in | assistant manager | collective signature |

*16. 12. 2015*

*N. S/...*

| Ref. | | | Administration, auditors and Persons having Signing Authority | | |
|---|---|---|---|---|---|
| Registr. | Modif. | Cancel. | Surname and First names, Origin, Domicile, Shares | Functions | Signature Type |
| 48 | | | Gilly **Brenot** Raymond, from Geneva, in Collonge-Bellerive | assistant manager | by 2 collective signature |
| | 56 | | **Nahas** Olivier, from Lausanne, in Lausanne | assistant manager | by 2 collective signature |
| 62 | | | **Oederlin** Simon, from Baden, in Thônex | assistant manager | by 2 collective signature |
| 64 | | | **Roux** Jean-Marc, from Oulens-sur-Lucens, in Lausanne | assistant manager | by 2 collective signature |
| 65 | | | **Bonelli** Pier-Luigi, from Onex, in Geneva | assistant manager | by 2 collective signature |
| 65 | | | **Ceccarelli Baradez** Matilde, from Italy, in Chêne-Bougeries | assistant manager | by 2 collective signature |
| | 68 | | **Rey Lopez** Maria del Pilar, from Spain, in Geneva | assistant manager | by 2 collective signature |
| | 74 | | **Riner** Pierre, from Zeihen, in Nyon | assistant manager | by 2 collective signature |
| | 74 | | **Verdial** Sergio, from Spain, in Eysins | assistant manager | by 2 collective signature |
| 76 | | | **Kuster** Luzius, from Zurich, in Horgen | assistant manager | by 2 collective signature |
| | 78 | | **Gorin** Fabrice, from Geneva, in Onex | assistant manager | by 2 collective signature |
| | 86 | | **Faraut** Romain, from France, in Nyon | assistant manager | by 2 collective signature |
| | 94 | | **Barin** Yasmina, from Geneva, in Geneva | assistant manager | by 2 collective signature |
| | 94 | | **Biancaniello** Ugo, from Italy, in Rolle | assistant manager | by 2 collective signature |
| | 94 | | **Harrouach** Khadija, from Lancy, in Geneva | assistant manager | by 2 collective signature |
| 95 | | | **Klossner** Florian, from Diemtigen, in Geneva | assistant manager | by 2 collective signature |
| | 98 | | **Bionda** Anthony, from Lancy, in Plan-les-Ouates | assistant manager | by 2 collective signature |
| | 98 | | **Di Giuseppe** Domenico, from Italy, in Geneva | assistant manager | by 2 collective signature |
| | 98 | | **Lucena** Marcos, from France, in Duillier | assistant manager | by 2 collective signature |
| 99 | | | **Roessli** Pascal, from Sion, in Founex | assistant manager | by 2 collective signature |
| 108 | | | **Balmer** Jean-Michel, from Bâle, in Geneva | assistant manager | by 2 collective signature |
| | 108 | | **Cigada** Olivier, from Belgium, in Chêne-Bourg | assistant manager | by 2 collective signature |
| 108 | | | **Noth** Yolande, from Pont-la-Ville, in Commugny | assistant manager | by 2 collective signature |
| | 108 | | **Pozzi** Vincent, from Lamone, in Lancy | assistant manager | by 2 collective signature |
| | 108 | | **Terreault** Manuel, from Canada, in Plan-les-Ouates | assistant manager | by 2 collective signature |
| 112 | | | **Volpi** Moreno, from Italy, in Chavannes-des-Bois | assistant manager | by 2 collective signature |
| 119 | | | **Sarbach** Tania, from Germany, in Geneva | assistant manager | by 2 collective signature |
| | 120 | | **Frey** Anaïs, from Trachselwald, in Geneva | assistant manager | by 2 collective signature |

| Ref. | | | Administration, auditors and Persons having Signing Authority | | |
|---|---|---|---|---|---|
| Registr. | Modif. | Cancel. | **Surname and First names, Origin, Domicile, Shares** | **Functions** | **Signature Type** |
| | 120 | | **Garcia** Eugénia, from Spain, in Meinier | assistant manager | collective signature by 2 |
| | 120 | | **Henry** Fabrice, from Valeyres-sous-Ursins, in Geneva | assistant manager | collective signature by 2 |
| | 120 | | **Piller** Sedar, from Plaffeien, in Wädenswil | assistant manager | collective signature by 2 |
| 121 | | | **Brotanek** Timur, from Czech Republic, in Wetzikon ZH | assistant manager | collective signature by 2 |
| 121 | | | **Léchaud** Christophe, from Geneva, Veyrier | assistant manager | collective signature by 2 |
| 127 | | | **Hubert** Stefan, from Rüti ZH, in Maur | assistant manager | collective signature by 2 |
| 127 | | | **Paolillo Ruhlmann** Erika, from Bâle, in Geneva | assistant manager | collective signature by 2 |
| | 117 | | **Petit-Jean** Vincent, from France, in Geneva | | collective signature by 2 |
| 25 | | | **Bernasconi** Rita, from Chiasso, in Lugano | | joint proxy by 2 |
| 26 | | | **Fernandez Iglesias** Maria del Pilar, from Meyrin, in Saint-Genis-Pouilly, F. | | joint proxy by 2 |
| | 35 | | **Guenin** Marianne, from Courtedoux, in Geneva | | joint proxy by 2 |
| 47 | | | **Hariri** Azita, from Geneva, in Geneva | | joint proxy by 2 |
| 68 | | | **Schlaeppi** Patrick, from Satigny, in Troinex | | joint proxy by 2 |
| 74 | | | **Chaillot** Lionel, from France, in Collonges-sous-Salève, F | | joint proxy by 2 |
| 74 | | | **Monoscalco** Barbara, from Vernier, in Lancy | | joint proxy by 2 |
| | 78 | | **Glauser** Stéphanie, from Fraubrunnen, in Geneva | | joint proxy by 2 |
| | 80 | | **Clément** Julien, from France, in Geneva | | joint proxy by 2 |
| 86 | | | **Capone** Carlo, from Italy, in Geneva | | joint proxy by 2 |
| 86 | | | **Rossi** Viviana, from Croglio, in Minusio | | joint proxy by 2 |
| 86 | | | **Tissot** Carole, from Locle, in Romanel-sur-Lausanne | | joint proxy by 2 |
| 94 | | | **Berhanu** Anou, from Vernier, in Geneva | | joint proxy by 2 |
| 94 | | | **Clemente** Suzanne, from Meyrin, in Meyrin | | joint proxy by 2 |
| 94 | | | **Lemettre** Jean, from France, in Veigy-Foncenex, F | | joint proxy by 2 |
| 94 | | | **Manfredi** Elena, from Italy, in Geneva | | joint proxy by 2 |
| 94 | | | **Pasche** Stéphane, from Oron-la-Ville, in Chavannes-près-Renens | | joint proxy by 2 |
| 98 | | | **Crivelli** Gionata, from Novazzano, in Cagiallo | | joint proxy by 2 |
| 98 | | | **Martinez** Gabriel, from Geneva, in Troinex | | joint proxy by 2 |
| 108 | | | **Mechidi** Siham, from Vernier, in Geneva | | joint proxy by 2 |
| 108 | | | **Wu** Pei, from Meyrin, in Chancy | | joint proxy by 2 |
| 117 | | | **Balla** Adam, from Hungary, in Zurich | | joint proxy by 2 |
| 120 | | | **Gisclon** Olivier, from La Neuveville, in Geneva | | joint proxy by 2 |
| 122 | | | **Bernasconi Zgheib** Leila, from Castel San Pietro, in Geneva | | joint proxy by 2 |
| 122 | | | **Olivieri** Christian, from Genolier, in Genolier | | joint proxy by 2 |
| 122 | | | **Vandercapellen** Virginie, from Belgium, in Nyon | | joint proxy by 2 |
| 122 | | | **Wenk** Laurent, from Nesslau, in Lancy | | joint proxy by 2 |
| 127 | | | **Bontempo** Nathalie, from France, in Geneva | | joint proxy by 2 |
| 127 | | | **Bruyère** Sarah, from Soral, in Chenex, F | | joint proxy by 2 |

16.12.2015

Banque SYZ SA

| Ref. | Number | Date | Date | Page/Id | Ref. | Number | Date | Date | Page/Id |
|---|---|---|---|---|---|---|---|---|---|
| | JOURNAL | | SOGC PUBLICATION | | | JOURNAL | | SOGC PUBLICATION | |
| 1 | 135 | 04.01.1996 | 17.01.1996 | 335 | 2 | 11147 | 26.11.1996 | 09.12.1996 | 7611 |
| 3 | 5889 | 13.06.1997 | 30.06.1997 | 4540 | 4 | 11790 | 23.10.1998 | 29.10.1998 | 7390 |
| 5 | 4585 | 28.04.1999 | 04.05.1999 | 2930 | 6 | 7612 | 16.07.1999 | 22.07.1999 | 5014 |
| 7 | 8069 | 29.07.1999 | 04.08.1999 | 5318 | 8 | 5608 | 18.05.2000 | 24.05.2000 | 3525 |
| 9 | 5980 | 30.05.2000 | 06.06.2000 | 3836 | 10 | 13751 | 21.12.2000 | 29.12.2000 | 8938 |
| 11 | 6402 | 08.06.2001 | 14.06.2001 | 4476 | 12 | 12556 | 15.11.2001 | 21.11.2001 | 9160 |
| 13 | 12876 | 23.11.2001 | 29.11.2001 | 9399 | 14 | 3235 | 22.03.2002 | 28.03.2002 | 7 |
| 15 | 5111 | 16.05.2002 | 23.05.2002 | 6 | 16 | 6457 | 24.06.2002 | 28.06.2002 | 7 |
| 17 | 9958 | 25.09.2002 | 01.10.2002 | 5/0666262 | 18 | 12898 | 05.12.2002 | 11.12.2002 | 6/0767208 |
| 19 | 1895 | 13.02.2003 | 19.02.2003 | 6 | 20 | 2467 | 27.02.2003 | 05.03.2003 | 6 |
| 21 | 5430 | 14.05.2003 | 20.05.2003 | 7 | 22 | 6072 | 27.05.2003 | 03.06.2003 | 7/1017102 |
| 23 | 8423 | 23.07.2003 | 29.07.2003 | 6/1107280 | 24 | 3107 | 10.03.2004 | 16.03.2004 | 7 |
| 25 | 12555 | 26.10.2004 | 01.11.2004 | 8/2522098 | 26 | 4302 | 08.04.2005 | 14.04.2005 | 6/2791028 |
| 27 | 6550 | 31.05.2005 | 06.06.2005 | 7/2868134 | 28 | 6763 | 03.06.2005 | 09.06.2005 | 8 |
| 29 | 9050 | 21.07.2005 | 27.07.2005 | 7/2951606 | 30 | 14455 | 29.11.2005 | 05.12.2005 | 8/3132668 |
| 31 | 14722 | 05.12.2005 | 09.12.2005 | 7/3141982 | 32 | 2717 | 27.02.2006 | 03.03.2006 | 7/3270808 |
| 33 | 4357 | 30.03.2006 | 05.04.2006 | 7/3320152 | 34 | 4728 | 06.04.2006 | 12.04.2006 | 8/3331658 |
| 35 | 6039 | 05.05.2006 | 11.05.2006 | 6/3370336 | 36 | 9794 | 25.07.2006 | 31.07.2006 | 6/3489578 |
| 37 | 10726 | 17.08.2006 | 23.08.2006 | 5/3518142 | 38 | 14005 | 02.11.2006 | 08.11.2006 | 8/3626594 |
| 39 | 14312 | 09.11.2006 | 15.11.2006 | 7/3636474 | 40 | 16060 | 15.12.2006 | 21.12.2006 | 9/3693212 |
| 41 | 16537 | 22.12.2006 | 03.01.2007 | 9/3706116 | 42 | 6274 | 10.05.2007 | 16.05.2007 | 7/3934084 |
| 43 | 6645 | 18.05.2007 | 24.05.2007 | 4/3945586 | 44 | 8506 | 02.07.2007 | 06.07.2007 | 8/4013900 |
| 45 | 8909 | 09.07.2007 | 13.07.2007 | 7/4024500 | 46 | 9236 | 16.07.2007 | 20.07.2007 | 8/4035460 |
| 47 | 10307 | 10.08.2007 | 16.08.2007 | 6/4069136 | 48 | 11393 | 07.09.2007 | 13.09.2007 | 6/4108548 |
| 49 | 12317 | 26.09.2007 | 02.10.2007 | 7/4135940 | 50 | 13275 | 16.10.2007 | 22.10.2007 | 7/4164794 |
| 51 | 14173 | 05.11.2007 | 09.11.2007 | 7/4192572 | 52 | 16810 | 21.12.2007 | 04.01.2008 | 10/4270736 |
| 53 | 1572 | 01.02.2008 | 07.02.2008 | 9/4327356 | 54 | 5942 | 06.05.2008 | 13.05.2008 | 8/4472368 |
| 55 | 6233 | 13.05.2008 | 19.05.2008 | 8/4480840 | 56 | 7274 | 04.06.2008 | 10.06.2008 | 7/4515892 |
| 57 | 8616 | 01.07.2008 | 07.07.2008 | 8/4561700 | 58 | 10925 | 26.08.2008 | 01.09.2008 | 8/4632356 |
| 59 | 12116 | 23.09.2008 | 29.09.2008 | 10/4669514 | 60 | 12444 | 30.09.2008 | 06.10.2008 | 8/4678208 |
| 61 | 12790 | 07.10.2008 | 14.10.2008 | 7/4690610 | 62 | 14749 | 18.11.2008 | 24.11.2008 | 10/4746192 |
| 63 | 15475 | 01.12.2008 | 05.12.2008 | 10/4766308 | 64 | 100 | 05.01.2009 | 09.01.2009 | 7/4818496 |
| 65 | 4158 | 18.03.2009 | 24.03.2009 | 8/4940754 | 66 | 6663 | 07.05.2009 | 13.05.2009 | 10/5017780 |
| 67 | 8189 | 08.06.2009 | 12.06.2009 | 9/5065378 | 68 | 9177 | 23.06.2009 | 29.06.2009 | 13/5098692 |
| 69 | 9731 | 30.06.2009 | 06.07.2009 | 16/5116660 | 70 | 14546 | 21.09.2009 | 25.09.2009 | 7/5264752 |
| 71 | 16953 | 02.11.2009 | 06.11.2009 | 10/5330696 | 72 | 1283 | 22.01.2010 | 28.01.2010 | 9/5465692 |
| 73 | 2283 | 08.02.2010 | 12.02.2010 | 9/5493070 | 74 | 8555 | 20.05.2010 | 27.05.2010 | 8/5649258 |
| 75 | 8631 | 21.05.2010 | 28.05.2010 | 9/5651206 | 76 | 17382 | 19.10.2010 | 25.10.2010 | 7/5866336 |
| 77 | 19214 | 18.11.2010 | 24.11.2010 | 8/5908270 | 78 | 19750 | 26.11.2010 | 02.12.2010 | 8/5920736 |
| 79 | 489 | 07.01.2011 | 13.01.2011 | 8/5983724 | 80 | 2095 | 01.02.2011 | 07.02.2011 | 8/6021878 |
| 81 | 2561 | 08.02.2011 | 14.02.2011 | 8/6032484 | 82 | 2961 | 15.02.2011 | 21.02.2011 | 8/6041548 |
| 83 | 3701 | 25.02.2011 | 02.03.2011 | 0/6058900 | 84 | 8439 | 19.05.2011 | 24.05.2011 | 0/6175490 |
| 85 | 8514 | 19.05.2011 | 25.05.2011 | 0/6177590 | 86 | 8824 | 26.05.2011 | 31.05.2011 | 0/6186040 |
| 87 | 9157 | 01.06.2011 | 07.06.2011 | 0/6195594 | 88 | 11388 | 08.07.2011 | 13.07.2011 | 0/6253202 |
| 89 | 12209 | 25.07.2011 | 28.07.2011 | 0/6276162 | 90 | 17050 | 27.10.2011 | 01.11.2011 | 0/6398360 |
| 91 | 19032 | 30.11.2011 | 05.12.2011 | 0/6444518 | 92 | 1393 | 25.01.2012 | 30.01.2012 | 0/6526148 |
| 93 | 7608 | 14.05.2012 | 18.05.2012 | 0/6683786 | 94 | 7867 | 18.05.2012 | 23.05.2012 | 0/6688454 |
| 95 | 10277 | 27.06.2012 | 02.07.2012 | 0/6746028 | 96 | 17970 | 26.10.2012 | 31.10.2012 | 0/6912786 |
| 97 | 6863 | 22.04.2013 | 25.04.2013 | 0/7163824 | 98 | 7977 | 10.05.2013 | 15.05.2013 | 0/7188212 |
| 99 | 8228 | 15.05.2013 | 21.05.2013 | 0/7194534 | 100 | 8656 | 23.05.2013 | 28.05.2013 | 0/7203822 |
| 101 | 10454 | 19.06.2013 | 24.06.2013 | 0/933763 | 102 | 16898 | 11.10.2013 | 16.10.2013 | 0/1130761 |
| 103 | 21265 | 17.12.2013 | 20.12.2013 | 0/1251105 | 104 | | Supplement | 19.12.2013 | 0/7225832 |
| 105 | 3517 | 25.02.2014 | 28.02.2014 | 0/1373389 | 106 | 4273 | 07.03.2014 | 12.03.2014 | 0/1393577 |
| 107 | 5248 | 25.03.2014 | 28.03.2014 | 0/1422447 | 108 | 7227 | 28.04.2014 | 01.05.2014 | 0/1478985 |
| 109 | 7851 | 08.05.2014 | 13.05.2014 | 0/1499049 | 110 | 8293 | 15.05.2014 | 20.05.2014 | 0/1511983 |

16.12.2015
N. s//

| Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|
| | Number | Date | Date | Page/Id |
| 111 | 9980 | 13.06.2014 | 18.06.2014 | 0/1560871 |
| 113 | 20853 | 16.12.2014 | 19.12.2014 | 0/1890711 |
| 115 | 2026 | 04.02.2015 | 09.02.2015 | 0/1978851 |
| 117 | 4589 | 18.03.2015 | 23.03.2015 | 0/2057059 |
| 119 | 8690 | 01.06.2015 | 04.06.2015 | 0/2188219 |
| 121 | 11472 | 14.07.2015 | 17.07.2015 | 0/2275729 |
| 123 | 12182 | 28.07.2015 | 31.07.2015 | 0/2300367 |
| 125 | 13874 | 01.09.2015 | 04.09.2015 | 0/2357593 |
| 127 | 17184 | 30.10.2015 | 04.11.2015 | 0/2462613 |

| Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|
| | Number | Date | Date | Page/Id |
| 112 | 17475 | 21.10.2014 | 24.10.2014 | 0/1786631 |
| 114 | 1518 | 27.01.2015 | 30.01.2015 | 0/1962993 |
| 116 | 2532 | 13.02.2015 | 18.02.2015 | 0/1996915 |
| 118 | 5521 | 02.04.2015 | 09.04.2015 | 0/2087561 |
| 120 | 9746 | 17.06.2015 | 22.06.2015 | 0/2221183 |
| 122 | 11779 | 20.07.2015 | 23.07.2015 | 0/2285717 |
| 124 | 13578 | 26.08.2015 | 31.08.2015 | 0/2347261 |
| 126 | 16937 | 27.10.2015 | 30.10.2015 | 0/2455569 |
| 128 | 19967 | 11.12.2015 | | |

*Registration not yet published, but approved by the federal office of the commercial register (art. 32 ORC)*

Geneva, December 15, 2015

[Stamped and signed:
*Certified true copy*
*December -15, 2015*
*The Head of the Register of Commerce by delegation*]

*End of the excerpt*

Only an excerpt certified as true, signed and bearing the register's seal has legal value.
It is possible to obtain a complete excerpt indicating possible deletions upon request to the register.



La République et Canton de Genève
certifie que M. Niels Schindler.
est traducteur-juré.
Genève, le 1 6 DEC. 2015
DS

André GIL FERNANDEZ

16. 12. 2015

APOSTILLE
(Convention de la Haye du 5 octobre 1961)
1. Pays: Suisse
Le présent acte public
2. a été signé par Mme Andrea Gil Fernandet.
3. agissant en qualité de fonctionnaire.
4. est revêtu du sceau/timbre de DS,
Genève.

Attesté
6. le 1 6 DEC. 2015
République et Canton de Genève
0 5 . 3

10. Signature

Banque SYZ SA