# Exhibit L

Exhibit 101 to the Fairfield Amended Complaint.

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

| Overall Investment Rating | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | |

| Investment Strategy Rating | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | |

*The structure and management of Fairfield Sentry Limited fund ("Fairfield Sentry") is very different from typical hedge funds.*

*The investment manager of Fairfield Sentry is Fairfield Greenwich Group. Fairfield Greenwich however does not manage the fund's trading. Instead, 95% to 100% of the capital is placed in a brokerage account at Madoff Securities ("Madoff"), a New York based wholesale market-maker for equities.*

*Madoff then follows a "split strike conversion" trading strategy that is remarkably simple (as described), involving the purchase of stocks in the S&P100, the purchase of short-term out-of-the money puts on the S&P100, and the corresponding sale of out-of-the money calls on the S&P100.*

*There are a number of similar funds to Fairfield Sentry which we will call "Feeder Funds", all of which place their assets in brokerage accounts at Madoff. All of these Feeder Funds have remarkably similar returns (after adjusting for different fee levels). All told there is 13 to 15 billion dollars in these nearly identical Feeder Funds (Kingate, Tremont Broad Market, MAXAM etc) which feed into Madoff brokerage accounts. Fairfield Sentry is the oldest and best known, having started in December 1990. The newest that we know of is MAXAM Absolute Return fund.*

*Both the investor returns and the total AUM in the Feeder Funds has been stable for the past 6 years.*

*Our concern with Fairfield Sentry (and with similar Feeder Funds) is that we find their description of what is happening implausible. While on the surface everything seems fine, when Aksia dug deeper we found a few key aspects that we think could possibly point to a situation quite different than what is described in Fairfield Sentry's investor materials. While Fairfield Sentry does contain a small (less than 5%) allocation to Fairfield Greenwich's seed program, our concerns with Madoff are such that an analysis of the seed program is not really relevant to the due diligence.*

*Our sources of information for the Fairfield Sentry Investment Review were as follows:*
*1)   On-site meeting with Fairfield Greenwich staff in New York (and Bermuda via video conference) as well as document review*
*2)   One hour phone conversation with Bernie Madoff*
*3)   Conversations with former employees of Madoff*
*4)   On-site meeting at Madoff offices many years ago*
*5)   Factor analysis of and attempted replication of "Split Strike Conversion" strategy by Aksia's quantitative analyst*
*6)   Meeting with and investor documents from other Madoff Feeder Funds*
*7)   Phone conversation with 3rd largest Feeder Fund manager (Tremont Broad Market)*
*8)   Review of Madoff's "balance sheet", as supplied by Bernie Madoff to Aksia*
*9)   Analysis of financial statements of Knight Capital, the largest equities wholesale market-maker and a direct*

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia

# Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

competitor of Madoff

10) Due diligence on Friehling & Horwitz (Madoff's auditor) which is the only entity that audits the brokerage accounts where the 13 to 15 Bln of Feeder Fund AUM is custodied. This included Aksia hiring a private investigator who spent 3 weeks investigating Friehling & Horwitz.

Rather than present one conclusion, we present four possible scenarios. Our opinion is that the truth is either Scenario (3) or Scenario (4) below.

Scenario #1 – "100% True"
Everything described to us and other investors verbally and in the marketing materials is true.

Scenario #2 – "Mostly True"
The superficial details of the trading strategy are not true, but there is some consistent edge/strategy Madoff has; the split strike and the feeder details are designed to obfuscate the strategy so as to protect the edge. Madoff is in good faith operating their secret strategy for the benefit of investors and is not co-mingling the Feeder Fund's capital with Madoff's own capital.

Scenario #3 – "Alternative Capital for Madoff Securities"
The Feeder Funds are in fact supplying capital to Madoff's wholesale market making business, and Madoff is content to pay an effective "interest rate" of T-Bills +7% to +10% for this capital.

Scenario #4 "Musical Chairs"
The Feeder Funds are part of a financial game and the approximately 1-1 billion per year of gross excess returns (approximately 7.8% above LIBOR on 13 to 15 Bln of AUM) do not really exist. Key details of both the Feeder Funds (e.g. mailed confirmations), Madoff (sham auditor), and Madoff's management (internal secrecy and family members in key control positions) are designed to perpetuate the feeder's existence and AUM.

To be fair & balanced – we need to point out the problems with our Scenario # 4 – we will do it here rather than in the body of this report where one may miss the below points:

1) How could anyone fool so many people for such a long time, including presumably the NASD and SEC?

2) In 1992 the SEC cracked down on a partnership run by Avellino & Bienes which had been run for 10 years by the two accountants, and was a feeder into Madoff not unlike today's Feeder Funds. This early Feeder was tripped up because the managers did not follow appropriate securities law to avoid requiring to register, and the SEC closed them down. As part of the close down, a court appointed trustee went in to Madoff and reported that all the money was there, and investors were repaid. This early Feeder Fund promised investors 13.5% to 20% returns and the promoters said it was earned through a convertible arbitrage strategy at an unnamed broker.

3) In 2005 an anonymous equity trader submitted to the SEC a paper arguing that the Madoff feeders were a "ponzi scheme". Aksia has obtained a copy of the paper. The arguments were based on market analysis of the split strike strategy, and not on any due diligence or meetings with relevant parties. We are told by two Feeder Fund managers that this led the New York branch of the SEC to check out Madoff, and that they found nothing wrong. The only effect we were told was that they made Madoff register as an investment advisor.

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia

2

Aksia 5

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

*4) Why? What would Madoff's motivation be? Why the huge size? The bigger the fraud, the harder it is to hide.*

*5) There are no rumors concerning Madoff being connected to organizations which could generate large profits but might need large scale funding (e.g. international organized crime). To the contrary, Bernie and Peter spend considerable time and effort on industry organizations/governance boards.*

---

**Strategy Overview**

**Scenario #1 – 100% True**

Fairfield Sentry is organized as a hedge fund and is both managed by Fairfield Greenwich and administered by Citco. According to Fairfield Sentry's PPM, it places 95% to 100% of the fund's capital with Madoff for execution of the split strike conversion strategy.

Fairfield has added a "seed manager" component to the fund whereby up to 5% of capital can be placed with managers. This is unique and different from the other Madoff Feeder Funds which are 100% allocated to Madoff. Given Aksia's concerns about all Madoff Feeder Funds, we are not going to write about the up to 5% seed program. We know the manager of the seed program (Pat Blake) from working adjacent to him at a prior employer in the mid 1990's and regard him as competent and knowledgeable.

95% to 100% of Fairfield Sentry's capital is wired to a brokerage account at Madoff. We asked for, but were not able to see, a copy of the brokerage agreement. We were informed by Fairfield Greenwich and other Feeder Fund managers that the accounts are "non-margin" accounts documented with "customer account agreements" (non-margin accounts allow no re-hypothecation of securities and hence do not show up on Madoff's balance sheet).

Legally, Madoff has no relationship with Fairfield Sentry's investors. Madoff is simply an executing brokers with full discretionary power within agreed limits (e.g. no leverage). The relationship is legally not a fiduciary or investment manager relationship.

Madoff then executes, on behalf of Fairfield Sentry, the described "split strike conversion" strategy. We were told by all parties that Madoff profits only by earning commissions on the trade execution (we believe we were given different commission level information by different respondents. Bernie Madoff told us it was 4 cents a share and nothing on the options, while Fairfield Greenwich said it was 4 cents on shares plus one dollar on options).

---

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

**Aksia**

3

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

The problems with Scenario #1 include:

1)  The return stream of Fairfield Sentry does not appear to be possible as one that purports to be any sort of split strike conversion strategy or indeed any accurately recorded trading strategy operating in efficient capital markets (described in Strategy Detail section below).

2)  We could find almost no "13F" filings for Fairfield Sentry. When the Bermuda based controller for Fairfield Sentry told us that the strategy is sometimes put on for as long as 8 months, we asked why there are almost no 13F filings. They responded that, oh yes, Madoff goes 100% to cash around calendar quarter ends. Our review of Fairfield Sentry's quarterly 13F filings uncovered a reported $0 equity holdings every quarter (since the first report in Dec-03) except for 1.6 Bln of equities in the Mar-06 report.

3)  The use of the U.S. mail instead of electronic means to provide position and trading/execution information to the Feeder Fund managers is suspicious (described in Scenario #3 below).

4)  Because all 13 to 15 billion of Feeder Funds follow exactly the same strategy (and we were told by all parties that the various Feeder Fund's enter and exit the market at the same time), the required trade sizes are huge and inconsistent with the size of the S&P100 options market (described in Strategy Detail section below).

5)  Madoff's choosing to earn a small 4 cents a share instead of the many times higher hedge fund fees he could earn by managing a hedge fund himself seems illogical (Madoff could earn an extra $366 mm a year assuming 13 bln AUM).

6)  Madoff's choosing to earn a paltry 4 cents a share instead of funding the strategy as a proprietary trading position (financing costs would be low because the put options reduce risk). For example if Madoff could fund at LIBOR +1.00% on 13 Bln, it could earn  $1,054,300,000 of proprietary trading profits each year.

Here are our rough calculations.  A representative from Fairfield Sentry confirmed that the estimation was correct:
Madoff profits from current arrangement:
•   4 cents a share on stock trades (we are told zero profit on options)
•   We are told that in a typical year the account will go into the market 8 times and out of the market 8 times

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

4

Aksia ◢◢

Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

- We assume an average S&P100 stock price of $50.
- Equals: $ 166 million of annual brokerage commissions

Madoff's profits if it directly managed the hedge funds and earned hedge fund fees:
- Assume Madoff could charge 1.5% and 20% (low compared to other top quant managers)
- Assume an average annual gross return of 12% on $ 13 Bln
- Equals: $ 533 million a year of management & incentive fees

Madoff's profits if it decided to make the strategy into internal proprietary trading:
- Average historical spread to LIBOR (gross of Feeder Fees) of 9.11%
- Assume a funding cost of LIBOR +1.00% on 13Bln of balance sheet
- Equals: $ 1,054,300,000 a year of proprietary trading profits

Using these parameters, over the past 15 years Madoff Securities could have earned a cumulative 5.5 billion dollars had the firm operated the strategy as a hedge fund manager.

Scenario #2 – "Mostly True"
Perhaps most of what we are told is true, but the true strategy is much more complex than the marketing descriptions from Fairfield Greenwich and the brokerage statements which Madoff Securities provides.

Other technologically advanced firms have built sustainable and profitable businesses trading equities (and other securities and futures) in quasi market-making paradigms. Four of the major hedge funds that we believe are capable of pursuing similar strategies exhibit return streams that bear no resemblance to Fairfield Sentry's; perhaps Madoff Securities is "smoothing" the monthly numbers both to help asset gathering and to obfuscate the true strategy.

The problems with Scenario #2 are:

1) All the same problems as Scenario #1, plus

2) Our conversation with Madoff Securities' biggest market making competitor's asset management division (Knight/Deephaven) indicate that there is zero positive synergy from having both wholesale market making and hedge fund management.

---

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia

5

CONFIDENTIAL

Aksia 8

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

3)   If Madoff Securities' recent SEC-ADV is to be believed, there are only 5 or fewer people managing 13 billion dollars of client AUM (this headcount is roughly confirmed by our interviews with former employees).    This is very difficult to believe given that the above-mentioned hedge funds employ hundreds of people in the operation of their quantitative strategies.

Scenario #3 – "Alternative Capital for Madoff Securities"

Perhaps the entire fund setup is simply a ruse to provide working capital to Madoff Securities' wholesale market making business (including its prop trading).

Key Role of the U.S. Mail
All three of the Feeder Fund managers we spoke to confidently stated that they had 100% transparency into the brokerage accounts. Fairfield Greenwich went further to say they have a full-time risk manager in Bermuda monitoring the account.

Aksia's next question was: Exactly how do you receive that 100% transparency?

Bear in mind that Madoff Securities is a highly automated and technologically advanced market maker.   Advanced technology is the most important key to success in the wholesale market making business where milliseconds matter.  Madoff brags on its customer website that "the clearing and settlement process is rooted in advanced technology".  The site also claims that "…computerized transaction process means that the firm can customize client reports and deliver them electronically in whatever format best meets the needs to clients."

Fairfield Greenwich (and the other Feeder Managers) admit that they receive their purported 100% transparency through the U.S. mail.  Madoff Securities provides the Feeder Funds no electronic medium brokerage information.

We strongly suspect that the U.S. mail is the "break point" between what is described in the feeder fund's marketing materials and whatever is really happening with investors' capital.

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◣

6

# Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

Madoff Securities could create desired returns, consistent with market price history, by simply waiting till the end of the trading day to produce tickets and time stamps.

During the trading day the prices of the four components of the strategy will have very different movements due to their very different "betas":

| S&P 100 stocks | S&P 100 put options |
| S&P 100 call options | T-Bills |

At the end of the day the exact clock times of the buys and sells could be chosen to produce the trade ticket execution prices that produce the desired return results (we uncovered something similar to this at a New Jersey based CTA years ago).

**Key role of Family and Internal Secrecy at Madoff**
Large deceptions are very difficult to sustain. Where they have been successfully sustained for years, a common thread is often extreme secrecy within an organization. Typically, a small group of people is privy to information and decision making that is kept secret from the larger pool of employees.

What we have learned from our information sources contributing to this review is that within Madoff Securities there is a very close knit group of senior people that control key functions and maintain absolute secrecy from the rest of the employees.

This group, as far as we can tell and are told, is 100% direct Madoff family members or relatives, including Bernie's brother Peter (head of trading and compliance), Bernie Madoff's daughter (when we visited years ago she was head of trading and our recollection is that Peter was CFO/COO), and Bernie Madoff's sons Andy & Mark (who run the Feeder Fund brokerage accounts).

When we visited Madoff Securities years ago (with a group of existing and prospective investors in the Feeder Funds), Bernie Madoff would not show us the area downstairs where the Feeder Funds were managed. Instead, after the usual "split strike conversion" speech, we were taken on a tour of Madoff's market making trading floor. We found that tour interesting – the floor was not large by Wall Street standards, and was very quiet – the traders were each overseeing automated market making, and would intervene to either handle large orders (on a negotiated basis) or engage in prop trading (similar to what a NYSE specialist is allowed to do).

---

| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia 

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

What we learned recently from conversations with former Madoff employees is how secret the Feeder Fund trading is within Madoff. It is housed on a separate floor. It is overseen by Bernie Madoff's sons.

Additionally there are surprisingly few employees managing this 13 Bln or 15 Bln of capital. Madoff Securities' ADV states that there are "1 to 5" people involved in managing the Feeder Funds (see later why Madoff was forced to file an ADV in 2005). This tiny number of people was roughly confirmed by our conversations with former employees. We were also told that what happens on the "17th floor" is 100% top secret. Nobody who works on 17 talks about it. Zero information of any kind.

The Problems with Scenario #3 "Alternative Capital for Madoff Securities" are:

1) The "interest rate" is much, much too high
Under Scenario #3, Madoff Securities' cost of capital to fund trading would be the gross of fees returns of the Feeder Funds.

The gross returns of the Feeder Funds average LIBOR + 9.11% historically. This is far higher than the estimated level at which Madoff could fund trading activities in the capital markets.
Other brokers finance trading balance sheets with a mix of lots of secured borrowings (say 90% of the balance sheet – anywhere from Fed-Funds to LIBOR plus a small spread) and equity (say 10% of the balance sheet with a return on equity target of 15% to 20%).

2) Wholesale equities market-making requires very little capital, balance sheet or debt. Wholesale market making is a high technology and know-how business – it not a financing business.

We examined the financial statements of the industry's largest wholesale market-maker – Knight Capital. Knight employs very little balance sheet or debt, and is a larger market-maker than Madoff (we also examined the Madoff balance sheet sent to Aksia – and it implied ratios similar to Knight's).

From Knight Capital's publicly available financials:

Knight's Pre-tax net Income from Operations:

| | |
|---|---|
| 2004 | -0.5mm |
| 2005 | +105mm |
| 2006 | +256mm |

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ▟

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

Knight's total Balance Sheet (including all securities, investment in affiliates, physical assets, other holdings):
2005    1.4 Bln
2006    2.0 Bln

Knight's debt (aside from accruals and shorts):
2005    0 mm
2006    0 mm

Knight's Shareholders Equity: 2005    823mm
2006    962mm

The Feeder Funds' size and returns dwarf what is required to run a large wholesale equities market-making business.

Scenario #4 : "Musical Chairs"
If one believes that Scenarios #1, #2, and #3 do not make sense, one is left with Scenario #4: the Feeder Funds are part of a financial fraud.

The arguments for Scenario #4 are:

1) All the arguments of Scenarios 1,2, and 3 above, plus:

2) Auditor Arbitrage:
The Feeder Funds / Broker set up may be designed to arbitrage "auditor scope".
The Feeder Fund auditors can all be respected audit firms, because audit firms confirm the value of a hedge fund by:
a)   receiving brokerage statements directly from the broker, and
b)   price testing securities valuations

So the end investors in the Feeder Funds see a well known auditor's audit opinion on the financials (the various Feeder Funds do not use the same auditor).   Moreover, that auditor is performing exactly the same procedures as the audit of any other hedge fund.
(Also, of minor note, the brokerage accounts are "non-margin" accounts – so they do not show up on Madoff Securities' balance sheet.  This fact may help with passing NASD scrutiny. Also note that Madoff's fiscal year end is October, different than the Feeder Funds' fiscal year end)

So the 13 to 15 billion in Feeder Fund AUM relies 100% on the firm that

---

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◢

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

audits Madoff Securities.
Question:   Who audits Madoff Securities ?  Who makes sure Madoff's brokerage statements are correct?
Answer: Friehling & Horwitz

Who/what is Friehling & Horwitz ?
Friehling & Horwitz is unheard of in the securities industry.
Aksia hired a private investigator to investigate Friehling & Horwitz.  After 3 weeks, including a "stake-out" at their offices and an attempt to contact the firm as a prospective client, our investigator reported that Friehling & Horwitz:
- Has only one office location, in a NY suburb, which is 13ft x 18ft large, and accommodates a secretary, 2 offices and a conference room.
- Has only one active accountant employee (Freihling, 47yrs old, who answered the main telephone number himself)
- Other partner is 78 years old, retired and lives in Florida (Horwitz)
- Reported annual revenue of only approx. USD 250,000.
- When contacted by phone, Friehling answered, was completely un-interested in a prospective accounting client call, and hung up.

We strongly suspect (Aksia opinion) that Madoff (and hence 95% of Fairfield Sentry) is for all practical purposes not audited, and hence that investors in Fairfield Sentry are 100% reliant upon what Madoff says is in the brokerage accounts.

We suspect a strong non-business connection between Friehling & Horwitz  and Madoff.  (We once heard a rumor that one of them was married to Bernie Madoff's sister, but our checks of public records indicates that that is probably not true.)

"Semi-annual PWC Reports"

At our meeting with Fairfield Greenwich Bermuda and New York, they told us that PWC did semi-annual reviews of Madoff and issued a report.  We immediately asked to see the review, and were told they were confidential.  We then asked to read them on premises, which we did.  Please see mention of it in our Operational Review, but in summary the most recent PWC report they could produce was dated 2004 and was a few pages of notes from asking Madoff what their own procedures were.  It was not an audit, check, confirmation or verification of anything and PWC stated that clearly in the report.

---

**Strategy Detail**          Scenario #1 – 100% True
From one Feeder Fund's marketing materials:

---

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia

10

Baker Hostetler

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

"The strategy utilized is called "split strike conversion" and entails: (i) purchasing a basket of thirty-five (35) to forty-five (45) large-capitalization S&P 100 stocks (e.g., General Electric, Microsoft, Pfizer, Exxon Mobil, Wal-Mart Stores, Citigroup, Intel, American International, IBM, Johnson & Johnson, etc.), which together account for the greatest weight of the Index and therefore, when combined, present a high degree of correlation with the general market; (ii) selling out-of-the money S&P 100 Index call options representing a dollar amount of the underlying Index equivalent to the dollar amount of the basket of shares purchased; (iii) purchasing out-of-the money or at-the-money S&P Index put options in the same dollar amount."

The descriptions offered by all Madoff Feeder Funds are essentially the same.

Quantitative Analysis:
Aksia's quantitative analyst has tried to reconcile the description above with Fairfield Sentry's marketed return history:

Factor analysis (using Factset):
Riskdata does not detect any significant correlation with US Equities. The Bias Ratio is very high, when compared to table values (provided by Riskdata).

Replication (using Bloomberg):
We replicated always being in the strategy, which admittedly is different from the purported Madoff strategy which is in T-Bills much of the time. The simulated returns bear almost no resemblance to FAIRFIELD SENTRY's returns.

Source - Bloomberg

Years ago we had a similar conversation with the head of statistical arbitrage proprietary trading at a major investment bank. He said that his group tried to replicate Madoff's returns and concluded that they had nothing to do with the split strike conversion strategy, nor could they reconcile the returns with any strategies known to them.

As to the history of this strategy – two of the Feeder Fund managers we spoke to said that Madoff originally (1970's and 1980's) had numerous brokerage accounts with high net worth clients and institutions globally (including a strong presence in Israel and Palm Beach). They said that

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◣

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

Madoff started trying to consolidate these numerous accounts, and that that was the birth of the Feeder Funds.  One manager said that all the Feeder Funds and other brokerage accounts have the same basic strategy.  The other Feeder Fund manager said that the other accounts (e.g. brokerage accounts held directly by investors and not part of a Feeder Fund) had all sorts of different risk/return profiles.

Relevant Market Liquidity:

With a conservative estimate of $13 Billion in the combined feeder Funds, the total number of OEX index units that the fund would be hedging would equate to over 18,800,000  (Index value of ~690).   If executed on the exchange, this would equate to:
Long position of 188,000 Put Option contracts (each contract = 100 index units)
Short position of 188,000 Call Option contracts

A quick review of open interest in the near-month slightly out-of-the money OEX index puts shows an exchange traded market liquidity nowhere near what would be necessary to execute Madoff's stated strategy on 13 billion.

July – 07
| Strike | Open Interest |
|---|---|
| 690 | 5,700 |
| 685 | 7,822 |
| 680 | 6,924 |
| 675 | 3,098 |
| 670 | 9,392 |
| 665 | 3,388 |
| 660 | 7,438 |
| 655 | 2,623 |
| 650 | 3,262 |
| 645 | 8,195 |

Aug – 07
| Strike | Open Interest |
|---|---|
| 690 | 1,666 |
| 685 | 833 |
| 680 | 3,247 |
| 675 | 1,183 |
| 670 | 823 |
| 665 | 311 |

*Baker Hostetler*

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◢

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

```
660 1,241
655 0
650 3,737
645 408

Sep – 07
Strike    Open Interest
690 2,893
685 707
680 4
675 1,416
670 50
665 1,829
660 0
655 786
650 6
645 859
```

We suspect one of two scenarios:
Madoff is not executing in the OTC market the amounts they say they are (hence the idea of Aksia speaking with JP Morgan and other dealers); or Madoff is executing in the OTC markets trades that have the full 13 billion notional equivalents, but very little delta/gamma/vega/theta risk.

How?   By choosing long put and short call strikes that are VERY close-to-the-money (e.g. 99% and 101% strikes) which gives a delta on the trade very close to 1.0, and then Madof is trading that delta amount of S&P100 subset stocks with Madoff's OTC options counterparty.  This way the trades are indeed taking place, but almost no market risk is being transacted – hence no concerns by the OTC counterparty about market slippage and liquidity risks born by the OTC counterparty.

Scenario #2 – "Mostly True"
If scenario 2 were true (Madoff has highly profitable trading strategies), we can not describe details of these secret trading strategies.

For perspective, we can compare Fairfield Sentry's returns with those of some of the industry leaders in "quantitative arbitrage".  Aksia has performed due diligence on, and tracks the performance of,  what we consider to be the four leading quantitative arbitrage managers.  These firms all trade multiple markets and instruments, thousands of different securities and futures contracts.  They are all similar in the following respects:

---

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia 

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

- They use "portfolios of models" and are constantly active introducing new models and removing models that no longer are profitable

- They have very large research staffs

- Their returns are markedly more volatile than Madoff's Feeder Funds

One could make the argument that Madoff is happy to forgo the additional fee income which Madoff could earn through the disintermediation of the Feeder Fund mangers. And taking it a step further – maybe Madoff is "smoothing" the returns to obfuscate their strategy. If Madoff can do all this with a tiny handful of employees (as opposed to the hundreds employed by the above mentioned firms), he is indeed a genius far beyond the likes of his most well-known and respected peers.

Scenario #3 – "Alternative Capital for Madoff Securities"
If this scenario is true – there is no hedge fund strategy at all.

Scenario #4 - "Musical Chairs"
N/A

**Trade Sourcing**

Scenario #1 – 100% True
Fairfield Greenwich and Bernie Madoff himself explain that the accounts enter the market about six to eight times per year. When the accounts are not in the market (and on December 31 every year) they hold 100% T-Bills. Also we would add that on 13F filing dates (quarter ends) the accounts are also 100% out of equities)

Deciding when exactly to enter and exit the markets (put on or take off the split strike conversion trade) is critical. Both Bernie Madoff and the Feeder Managers imply that the decision is primarily driven from knowledge of liquidity and order flows (information that Madoff gets as a market maker), computer models, and gut feel & experience. Bernie Madoff stressed the gut feel angle while Fairfield Greenwich stressed the order flow and computer models.

Since the "trade" is always the same trade (same for the last 16 years), the description of trade sourcing ends here.

Scenario #2 – Mostly True
Originally we presumed that if Scenario #2 were true, the trading would be the combined trading of all of Madoff's proprietary traders. After conversations with former employees, we learned that the proprietary

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

trader's trading is 100% walled off from what happens with the Feeder Fund brokerage accounts. So then the "trade sourcing" must be from Andy and Mark Madoff and the 0 to 3 other employees operating in secrecy on the 17th-floor.

Scenario #3 – "Alternative Capital for Madoff Securities"
If this scenario is true, then trade sourcing is setting up and running a large wholesale equities market making operation.

Scenario #4 - "Musical Chairs"
N/A

**Research Process**

Scenario #1 – 100% True
There seems to be no research process as it is the same exact split strike conversion trade being executed since the first major Feeder Funds' inception (December 1990). Unlike other statistical arbitrage firms who are continuously changing and introducing models, Madoff has successfully used the same model for years.

Interestingly, both from our conversation with Bernie Madoff, a Feeder manager, and the 1992 WSJ article, it seems that in the 1970s Madoff used a different strategy – convertible arbitrage – which produced similar returns (which we do not have).

Scenario #2 – Mostly True
If the capital is actually allocated to Madoff's proprietary traders, then the process is fairly similar to other prop trading operations. There are 10 to 15 teams. Each team consists of 1 to 3 people. The teams are overseen by a head of trading (Peter Madoff who is also head of compliance). Each team is expected to run reasonably hedged positions and traders are hired and fired every year.

Scenario #3 – "Alternative Capital for Madoff Securities"
N/A

Scenario #4 - "Musical Chairs"
N/A

**Decision Making Process**

Scenario #1 – 100% True
Andy and Mark Madoff presumably now make the execution decisions as to the timing of market entry/exit and which exact subset of the S&P100 to purchase, although with a tight management team Bernie and Peter Madoff would probably have some involvement as well.

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

**Scenario #2 – Mostly True**
If the capital is allocated to Madoff's proprietary traders, then the decision-making process is fairly dispersed among 10 to 15 teams. The capital allocated to and risk tolerance for the teams would be determined by Peter Madoff.

**Scenario #3 – "Alternative Capital for Madoff Securities"**
Unknown

**Scenario #4 – "Musical Chairs"**
Unknown

**Trade Example(s)**

**Scenario #1 – 100% True**
Same as Strategy Description above (only one trade)

**Scenario #2 – Mostly True**
Unknown

**Scenario #3 – "Alternative Capital for Madoff Securities"**
Unknown

**Scenario #4 – "Musical Chairs"**
Unknown

**Program Capacity**

**Scenario #1 – 100% True**
Here we can only describe what investors are told (per our Scenario #1)

Like many hedge funds, the Feeder Funds are:
- both closed and at capacity
- aggressively marketed
- offer rebates/retrocessions to parties that on-distribute the Feeder Funds (increasingly rare in the hedge fund industry)

To the best of our knowledge/guesstimates, the total AUM in the Feeder Funds has been approximately 10Bln to 15 Bln for the past 8 or so years.

Two of the Feeder Fund managers told Aksia that Madoff has many billions more of similar, and different, "brokerage accounts", one saying the total was maybe 35 Bln and the other saying the total was maybe higher.

These stories go on to reveal that there is a large amount of Israeli, Palm

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

16

Aksia ◢◣

Aksia 19

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Strategy |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

Beach, and Swiss wealthy family money in direct brokerage accounts with Madoff.   If this is true, these are accounts not reflected on the ADV that Madoff has filed, which lists 23 accounts holding a combined 13Bln of client AUM.

There also may be some double counting contributing to these stories as we believe that one of the Feeder Funds listed below (Santander) was simply going in/through Fairfield Sentry.

We list a few of what we believe are other past/present Madoff feeders below:

| | |
|---|---|
| Thema | Santander |
| Aforge | Alter-invest |
| SCS | Altigeist |

Similar funds / Peer Group    Kingate, MAXAM, Tremont Broad Market

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◤

CONFIDENTIAL                                   17                                   Aksia 20

## Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Investment Team & Structure |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

| Investment Team Rating | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | |

**Key Investment Professionals**   Scenario #1 – 100% True

Bernie Madoff (technically, he is not an investment professional but the CEO of an executing broker)

Born April 1938.   B.A. from Hofstra University in 1960 (confirmed). Founded Madoff Securities in 1960 (also, we got a search result that he was in the U.S. Army from 1960 to 1962, although that may have been a different person).   According to a 1999 article in Operations Management and an August 2000 article in Wall Street & Technology, Bernie started the firm primarily to service his relatives, with $5,000 he saved from installing sprinklers and life-guarding at Rockaway Beach.

From 1960 onwards, three information trails lead to the present.

1) Brokerage Accounts:  There is a small scattering of stories referencing Madoff brokerage accounts producing hard to believe risk adjusted returns.    For example, a December 1992 Wall Street Journal story describes U.S. investors placing $440 mm into investment pools raised by two Florida accountants.  According to the story the accountants did not make the required SEC disclosures and the pools were later deemed "unregistered securities".    The accountants had promised investors "hard-to-believe annual returns of 13.5 percent to 20 percent" by turning the money over to an unnamed broker, which turned out to be Madoff. The Journal goes on to state that regulators initially suspected that it was a "big scam…but when a court-appointed trustee went in, the money was all there".   We also noticed that early descriptions of Madoff brokerage accounts allude to the convertible arbitrage strategy, while recently (last 15 or so years) they refer to the split strike conversion strategy.

2) Charity and Family:   Our media searches reveal considerable involvement in charities by Bernie Madoff and other family members.

3) Wholesale Market Making Success:   Bernie Madoff is a successful pioneer of the evolution of electronic equity markets in the U.S. There are numerous trade publication and media reports concerning Bernie Madoff and Madoff Securities' involvement in the evolution of electronic markets and Nasdaq.   These articles paint a coherent and consistent story of an aggressive and focused leader challenging the NYSE's floor broker system and ultimately winning.   Today Madoff Securities is (we believe) second only to Knight Capital in terms of electronic wholesale market making for U.S. listed equities.   In his long career Bernie and his brother Peter have held numerous senior positions on NASDAQ and other market-making

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

18

**Aksia**

Aksia 21

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Team & Structure |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

Industry related bodies. This extends to other family members; for example, Bernie's niece (also a Madoff employee) currently sits on the Executive Committee of the Securities Industry and Financial Markets Association's Compliance & Legal Division.

Andy and Mark Madoff
We believe that Andy and Mark run "the 17th floor" where the execution of the Feeder Funds' strategy takes place. We do not have biographical information on them.

**Investment Staffing**

Scenario #1 – 100% True
5 people or less (according to ADV) involved in managing $13 to $15 Billion of split strike conversion brokerage accounts (this contradicts one Feeder manager's statement that about 10 people ran the strategy).

Scenario #2 – Mostly True
Same as Scenario #1: five or less people, if Madoff's ADV answer is accurate.

Scenario #3 – "Alternative Capital for Madoff Securities"
Would be all of Madoff's traders – we do not have a number, but perhaps 50 or so.

Scenario #4 – "Musical Chairs"
N/A

**Significant Investment Staff Turnover**

Scenario #1 – 100% True
Unknown, perhaps none

Scenario #2 – Mostly True
Unknown, perhaps none

Scenario #3 – "Alternative Capital for Madoff Securities"
Like any market maker, Madoff is fairly active in hiring and firing traders, confirmed to Aksia by a prominent trading recruiting firm we spoke to.

Scenario #4 – "Musical Chairs"
N/A

**Employee Investments**

N/A for all four scenarios

---

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |


Aksia

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Investment Team & Structure |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

**Ownership and Compensation**   Madoff is 100% owned by Bernie and Peter Madoff.

*Baker Hostetler*

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia 

# Internal Use Only - CONFIDENTIAL

| Fairfield Sentry | Risk Management Process |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

## Risk Management Process Rating

| 1 | 2 | 3 | 4 | |
|---|---|---|---|---|

## Expected Volatility Relative to Similar Funds

| Higher | Similar | |
|---|---|---|

## Target Hypothetical Position Sizing
in a diversified hedge fund portfolio

| 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% |
|---|---|---|---|---|---|---|---|---|---|

**Scenario #1 – 100% True**
Fairfield Sentry's returns imply far less risk than those of any other hedge fund we have ever performed due diligence on. The long put options provide a solid floor, and are (according to the manager and Madoff Securities) primarily purchased from major dealers under 2-way collateral agreements/ISDAs.

**Scenario #2 – "Mostly True"**
Risk is Unknown - perhaps similar to out-of-the-money downside risk of an equity proprietary trading group.

**Scenario #3 – "Alternative Capital for Madoff Securities"**
Risk would depend on what Madoff is using capital for. Madoff is a high volume, technologically advanced wholesale market maker. The primary risk would be losses at Madoff securities, either in their market making or proprietary trading accounts. If there were losses, presumably Madoff could choose whether to allocate those losses to Madoff (impact Madoff's capital base) or to investors (negative returns in feeder funds) unless the losses jeopardized Madoff's entire capital base.

**Scenario #4 - "Musical Chairs"**
Risk is extremely high if there are overall net outflows from the Feeder Funds. The only risk mitigation strategy an investor could follow would be to somehow stay well informed of inflows/outflows of AUM from the various Feeder Funds, and if the AUM begins to meaningfully drop, redeem immediately.

| Summary | Scenario #1 – 100% True |
|---|---|
| | Downside risk is limited to the following: |
| | Because the purchase of short dated (e.g., 1 month) put options are in an amount to exactly match the value of the S&P100 stocks held – Fairfield Sentry's downside risk is limited to (in an equity sell-off): |
| | The sum of: i) net premium spent (put cost minus call proceeds), plus |
| | ii) difference between purchase level of stock basket and strike of put options, plus |
| | iii) positive or negative p&l on mismatch between return of stocks held and that of the S&P100, plus |
| | iv) any residual value left in the call options (probably none or negligible) |

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

**Aksia**

CONFIDENTIAL

Aksia 24

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Risk Management Process |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

Also the fund could be holding 100% in T-Bills when the equity market drops and suffer no losses as a result.

During months of poor equity market performance, the Feeder Fund's historical returns usually show gains. When there are losses, they are much, much lower than the maximum loss described in the equity sell-off scenario described above.

Scenario #2 – Mostly True
Unknown

Scenario #3 – "Alternative Capital for Madoff Securities"
Unknown

Scenario #4 - "Musical Chairs"
Unknown

**Portfolio Construction**

Scenario #1 – 100% True
Sophisticated models and learned skill determine the exact subset of S&P100 stocks to be held against the put and call options.

Scenario #2 – Mostly True
Unknown

Scenario #3 – "Alternative Capital for Madoff Securities"
Unknown

Scenario #4 - "Musical Chairs"
Unknown

**Idiosyncratic Risk Control**

Scenario #1 – 100% True
Good. The only risk is the possibility of an oversized mismatch between subset of S&P1000 stocks purchased and the S&P100 index underlying the put and call options.

Scenario #2 – Mostly True
Unknown

Scenario #3 – "Alternative Capital for Madoff Securities"
Unknown

Scenario #4 - "Musical Chairs"
Unknown

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◣

# *Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Risk Management Process |
|---|---|

| | |
|---|---|
| Sector: | Relative Value |
| Strategy: | Quantitative Strategies |
| Style: | RV- Equities |
| Key Person(s): | Bernie Madoff |
| Firm AUM: | |
| Program Inception: | December 1990 |

**Systemic Risk Control**

Scenario #1 – 100% True
Excellent.  Near out of the money puts hedge total portfolio value with minimal mismatch risk

Scenario #2 – Mostly True
Unknown

Scenario #3 – "Alternative Capital for Madoff Securities"
Unknown

Scenario #4 – "Musical Chairs"
Unknown

**Liquidity Management**

Scenario #1 – 100% True
Excellent.  Only very liquid positions

Scenario #2 – Mostly True
Unknown

Scenario #3 – "Alternative Capital for Madoff Securities"
Unknown

Scenario #4 – "Musical Chairs"
Unknown

**Leverage**

Scenario #1 – 100% True
None.    According to information from the Feeder Fund managers and from our conversation with Bernie Madoff, the brokerage accounts are NOT margin accounts and employ no leverage.

Scenario #2 – Mostly True
Tough to say – there should be no leverage in the accounts – but it is impossible for us to see how this scenario could be true without applying normal amounts of leverage.

Scenario #3 – "Alternative Capital for Madoff Securities"
Unknown

Scenario #4 – "Musical Chairs"
Unknown

**Transparency**

Scenario #1 – 100% True

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia ◢◤

23

*Internal Use Only - CONFIDENTIAL*

| Fairfield Sentry | Risk Management Process |
|---|---|

| | |
|---|---|
| Sector: | **Relative Value** |
| Strategy: | **Quantitative Strategies** |
| Style: | **RV- Equities** |
| Key Person(s): | **Bernie Madoff** |
| Firm AUM: | |
| Program Inception: | **December 1990** |

100% transparency (assuming you trust the paper/mailed confirms and statements coming from Madoff Securities).

Scenario #2 – Mostly True
None (except, if you trust Madoff's auditor, then the accounts are 100% in T-Bills on December 31st each year).

Scenario #3 – "Alternative Capital for Madoff Securities"
None

Scenario #4 – "Musical Chairs"
None

**Return Outliers**                    None (all Scenarios)

| | |
|---|---|
| Intended Recipient: | Baker Hostetler |
| Drafted By: | Jim Vos |
| Report Date: | September 2007 |

Aksia 

CONFIDENTIAL

Aksia 27