UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    *Plaintiff-Applicant*,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    *Defendant.* | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                    *Debtor.* | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    *Plaintiff*,<br>v.<br><br>BANQUE SYZ & CO., SA,<br><br>                    *Defendant.* | Adv. Pro. No. 11-02149 (CGM) |

**CERTIFICATE OF SERVICE**

      I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused the *Motion and Notice of Defendant Banque Syz SA's Motion to Dismiss the Complaint* (Adv. Pro. No. 11-02149, ECF 149) (Adv. Pro. No. 08-01789, ECF 21073), *Banque Syz SA's Memorandum of Law in Support of its Motion to Dismiss the Complaint* (Adv. Pro. No. 11-02149, ECF 150) (Adv. Pro. No. 08-01789, ECF 21074), and *Request for Judicial Notice in Support of Defendant Banque Syz SA's Motion to Dismiss the Complaint* (Adv. Pro. No. 11-02149, ECF 151) (Adv. Pro. No.

08-01789, ECF 21075) to be served by CM/ECF on all counsel of record in the above-referenced adversary proceeding.

Dated: New York, New York
   January 28, 2022        JENNER & BLOCK LLP

               By:  /s/ *Carl N. Wedoff*
                   Carl N. Wedoff