**Exhibit 2**

**Share Issuance Confirmation**

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

BANCA CARIGE SPA
VIA CASSA DI RISPARMIO 15
16123 GENOVA
ITALY

Fund ID        : 03302
Holder ID      : 00964601
Account ID     : 05063192
Contract No.   : 59095502
Date           : Mar-20-2007
Order No.      : 23084002
FAX Number     : 0039 010 5794590
Email          : MASSIMO.TURLA@CARIGE.IT

Account name: BANCA CARIGE SPA

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | |
|---|---|
| Valuation/NAV Date | Feb-28-2007 |
| Trade Date | Mar-01-2007 |
| Value/Cash Date | Feb-27-2007 |
| Total Consideration | USD 10,000,000.00 |
| Net Proceeds | USD 10,000,000.00 |
| Subscription Price | 1,205.3522 |
| No. of voting shares Issued | 8,296.3303 |
| Total Consideration Received to Date | USD 10,000,000.00 |

Your balance following this transaction will be 8,296.3303 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Telestoss 8 - Teleport
Noritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773



**CITCO**
*Citco Fund Services (Europe) B.V.*

BANCA CARIGE SPA
VIA CASSA DI RISPARMIO 15
16123 GENOVA
ITALY

| | |
|---|---|
| Date | : Apr-16-2007 |
| Valuation date | : Mar-31-2007 |
| Fund Id | : 03302 |
| Holder Id | : 00964601 |
| Account Id | : 05063192 |
| Currency | : US DOLLAR |
| Email | : MASSIMO.TURLA@CARIGE.IT |
| FAX Number | : 0039 010 5794590 |

Account: BANCA CARIGE SPA

## FAIRFIELD SENTRY LIMITED

### FUND NET ASSET VALUES

| | | Net Asset Value |
|---|---|---|
| Opening Price | Feb-28-2007 | 1,205.3522 |
| Closing Price | Mar-31-2007 | 1,225.1550 |

### ACCOUNT VALUE

| | | voting shares | Net Asset Value | Change in Account |
|---|---|---|---|---|
| Opening Market Value of Account | Feb-28-2007 | 0.0000 | 1,205.3522 | 0.00 |
| Add: Additions | | 8,296.3303 | | 9,999,999.98 |
| Less: Subtractions | | 0.0000 | | 0.00 |
| Closing Market Value of Account | Mar-31-2007 | 8,296.3303 | 1,225.1550 | 10,164,290.55 |
| Increase or decrease in market value due to change in the price in the period | | | | 164,290.57 |

### SUMMARY OF ACTIVITY

| Date | Description | Contract Number | Gross Consideration | Commission /Fees /Tax | Net Consideration | Net Asset Value Per Unit | No. of voting shares | Balance |
|---|---|---|---|---|---|---|---|---|
| 02-28-2007 | Opening Balance of voting shares | | | | | | | 0.0000 |
| 03-01-2007 | Subscription | 59095502 | 9,999,999.98 | (0.00) | 9,999,999.98 | 1,205.3522 | 8,296.3303 | 8,296.3303 |
| 03-31-2007 | Closing Balance of voting shares | | | | | | | 8,296.3303 |
| Total Additions | | 1 | 9,999,999.98 | 0.00 | 9,999,999.98 | | 8,296.3303 | |
| Total Subtractions | | 0 | 0.00 | 0.00 | 0.00 | | 0.0000 | |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773