**Exhibit 3**

**Share Redemption Documents**

 

BANCA CARIGE SPA
VIA CASSA DI RISPARMIO 15
16123 GENOVA
ITALY

Fund ID      : 03302
Holder ID    : 00964601
Account ID   : 05063192
Contract No. : 63204302
Date         : Oct-12-2007
Order No.    : 26633102
Email        : MASSIMO.TURLA@CARIGE.IT
FAX Number   : 0039 010 5794590

Account name: BANCA CARIGE SPA

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| | | |
| No. of voting shares Redeemed | | 8,296.3303 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 10,532,489.15 |
| | | |
| Net Redemption Proceeds | USD | 10,532,489.15 |
| | | |
| Amount to be Paid | USD | 10,532,489.15 |
| Proceeds Paid to Date | USD | 10,532,489.15 |

Your balance following this transaction will be 0.0000 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Telestone 8 - Teleport          amsterdam-fund@citco.com          Phone: +31 (0)20 572 2100
Naritaweg 165                   www.citco.com                     Fax: +31 (0)20 572 2600
P.O. Box 7241                                                     Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands

## REDEMPTION INFORMATION

| SHARE REGISTRATION | MAILING (POST) INFORMATION |
|---|---|
| | (if other than address of registration) |

**Name:** BANCA CARIGE S.p.Q.

**Address:** VIA CASSA DI RISPARMIO 15
16123 GENOVA - ITALY

**Country of Residence:** ITALY

**Telephone:** +39 010 579 4220

**Telephone (Evenings):**

**Fax:** +39 010 579 4591

**Name:**

**Address:**

**Country of Residence:**

**Telephone:**

**Telephone (Evenings):**

**Fax:**

### BANK FOR TRANSFER OF REDEMPTION

**Name:** WACHOVIA BANK NA

**Address:** NEW YORK

**Country of Residence:** USA

**Telephone:**

**Telephone (Evenings):**

**Fax:**

RR-3

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| BANCA CARIGE S.p.a. <br> Name of Registered Owner of Shares | _____ <br> Name of Subscriber |
| VIA CASSA DI RISPARMIO 15 <br> Address 16123, GENOVA - ITALY | _____ <br> Address |
| [signature] <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| PAOLO BORETTI <br> RESP. U/MERCATI FINANZIARI <br> Name and Title | _____ <br> Please Print Name and Title |
| 08/29/2007 <br> Date | _____ <br> Date |
| _____ <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| _____ <br> Name and Title | _____ <br> Please Print Name and Title |
| _____ <br> Date | _____ <br> Date |

Signatures guaranteed by:
_____

RR-2

595                                REDEMPTION REQUEST FORM
                                         INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2850
Fax: (31-20) 572-2610
Dated (month, day, year): 08 . 29 . 2007

Dear Sirs:

  I hereby request redemption, as defined in and subject to all of the terms and conditions of the Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of ALL shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

  I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

WACHOVIA BANK  NA
Bank Name

NEW YORK
Bank Address

BNPPUS3NNYC
ABA /CHIPS/ BIC Codes

BANCA CARIGE S.p.Q.
Account Name

200019355 1516
Account Number

RR-1

g. <u>Redemption Payments</u>. Until further notice from Subscriber to the Fund, signed by any authorized person listed above, redemption or other payments by the Fund to Subscriber should be wired only to Subscriber and only as follows (please print or type):

Bank name: __WACHOVIA BANK N.A.__

Bank address: __NEW YORK__

ABA/ CHIPS/ BIC Codes: __SWIF CODE   PNBPUS3NNYC__

Account name: __BANCA CARIGE S.p.R.__

Account number: __2000193551516__

For further credit: __//__

h. <u>Financial Institution Wiring/Paying Subscription Monies</u>.

Name: _____

Address: _____

Name of account at financial institution being debited for subscription payment: _____

Number of such account: _____

i. <u>Execution</u>. In witness whereof, Subscriber has executed this Agreement on the date set forth below:

Date: __AUGUST 3RD__, 2007

<u>For individuals</u>

Print name: _____

Signature: _____

<u>For entities</u>

Print name: __BANCA CARIGE S.p.R.__

Print name of authorized signatory: __GINO GUFRISOLI__

Print title of authorized signatory: __DIRIGENTE FINANZA__

Signature: _____

11