UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | : : | SIPA LIQUIDATION |
| v. | : : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : : : : | |
| Defendant. | : | |

------------------------------------------------------------ x

In re:

BERNARD L. MADOFF,

                Debtor.

------------------------------------------------------------ x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | : : : | Adv. Pro. No. 11-02570 (CGM) |
| Plaintiff, | : : | |
| v. | : : | |
| BANCA CARIGE S.P.A., | : : | |
| Defendant. | : | |

------------------------------------------------------------ x

### DECLARATION OF DAVID J. MARK IN
### SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR
### <u>LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM</u>

I, David J. Mark, being duly sworn, declare the following:

1.  I am an attorney admitted to practice law in the State of New York and a counsel at the law firm Kasowitz Benson Torres LLP ("Kasowitz").  I have represented Banca Carige S.p.A. ("Banca Carige") in the above-captioned proceedings concerning the Bernard L. Madoff bankruptcy and consolidated SIPA liquidation of Bernard L. Madoff Investment Securities, LLC ("BLMIS") since this action was commenced in 2011.

2.  I submit this declaration (the "Declaration") in support of Banca Carige's memorandum of law in support of its motion to dismiss the Complaint.[1]

3.  A review of pleadings filed in these proceedings shows that the withdrawals from Fairfield Sentry from October 3, 2007 through October 16, 2007 exceeded $140 million.  A summary of such transfers from Fairfield Sentry is attached to this Declaration as **Exhibit A**.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       January 28, 2022

                              Respectfully submitted,

                              By: */s/ David J. Mark*
                                  David J. Mark
                                  1633 Broadway
                                  New York, New York 10019
                                  (212) 506-1700
                                  Email: DMark@kasowitz.com

                              *Counsel to Banca Carige S.p.A.*

---

[1] Capitalized terms not defined herein shall have the same meaning as ascribed in the memorandum of law in support of the motion to dismiss the Complaint.

2