# Exhibit A

**Transfers involving Fairfield Sentry**

**Flow of Funds Into and Out of Fairfield Sentry**

| Into Sentry | | Receipt Date | Amount (in USD) |
|---|---|---|---|
| BLMIS to Sentry | | 10/3/2007 | 95,000,000 |

| Out of Sentry | SDNY Case No. | Disbursement Date | Amount (in USD) |
|---|---|---|---|
| Fairfield Greenwich Advisors | 09-01239 ECF 286-14 | 10/10/2007 | (1,695,000) |
| Fairfield Greenwich (Bermuda) Ltd | 09-01239 ECF 286-13 | 10/10/2007 | (9,070,000) |
| Fairfield Greenwich (Bermuda) Ltd | 09-01239 ECF 286-13 | 10/10/2007 | (15,980,000) |
| Fairfield Investment Trust | 09-01239 ECF 23-1 Ex. 16 | 10/16/2007 | (100,000) |
| FIF Advanced Ltd | 09-01239 ECF 23-1 Ex. 18 | 10/16/2007 | (4,631,428) [A] |
| Safra New York | 11-01885 | 10/16/2007 | (104,102) |
| Safra New York | 11-01885 | 10/16/2007 | (406,251) |
| Safra New York | 11-01885 | 10/16/2007 | (515,826) |
| Delta Bank | 11-02551 | 10/16/2007 | (82,520) |
| Unifortune | 11-02553 | 10/16/2007 | (3,491) |
| Barclays Suisse | 11-02569 | 10/16/2007 | (932,698) |
| **Banca Carige** | **11-02570** | **10/16/2007** | **(10,532,489)** |
| BPES | 11-02571 | 10/16/2007 | (559,294) |
| Sumitomo | 11-02573 | 10/16/2007 | (54,253,642) |
| Caceis Bank | 11-02758 | 10/16/2007 | (7,313,796) |
| Inteligo | 11-02763 | 10/16/2007 | (36,197) |
| Inteligo | 11-02763 | 10/16/2007 | (55,442) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 10/16/2007 | (247,560) |
| Credit Suisse London Nominees Limited | 11-02925 | 10/16/2007 | (747,000) |
| Credit Suisse London Nominees Limited | 11-02925 | 10/16/2007 | (6,016,154) |
| LGT Liechtenstein | 11-02929 | 10/16/2007 | (82,520) |
| LGT Liechtenstein | 11-02929 | 10/16/2007 | (82,520) |
| Banco Itau | 12-01019 | 10/16/2007 | (51,569) |
| BG Valores | 12-01048 | 10/16/2007 | (501,391) |
| Six Sis | 12-01195 | 10/16/2007 | (45,889) |
| Bank Vontobel | 12-01202 | 10/16/2007 | (12,695) |
| Bank Vontobel | 12-01202 | 10/16/2007 | (111,872) |
| Bank Vontobel | 12-01202 | 10/16/2007 | (298,468) |
| Banca Del Gottardo | 12-01209 | 10/16/2007 | (38,289) |
| BSI | 12-01209 | 10/16/2007 | (99,862) |
| Schroder & Co. Bank AG | 12-01210 | 10/16/2007 | (256,446) |
| Hapoalim Switzerland | 12-01216 | 10/16/2007 | (526,624) |
| The Standard Chartered Defendants | 12-01565 | 10/16/2007 | (242,000) |
| The Standard Chartered Defendants | 12-01565 | 10/16/2007 | (317,384) |
| The Standard Chartered Defendants | 12-01565 | 10/16/2007 | (330,000) |
| The Standard Chartered Defendants | 12-01565 | 10/16/2007 | (2,020,136) |
| The Standard Chartered Defendants | 12-01565 | 10/16/2007 | (4,660,609) |
| The Standard Chartered Defendants | 12-01565 | 10/16/2007 | (6,728,830) |
| BNP Paribas | 12-01576 | 10/16/2007 | (1,211,236) |
| BBH | 12-01670 | 10/16/2007 | (122,701) |
| BBH | 12-01670 | 10/16/2007 | (583,783) |
| Clariden | 12-01676 | 10/16/2007 | (32,234) |
| EFG Bank | 12-01690 | 10/16/2007 | (15,000) |
| EFG Bank | 12-01690 | 10/16/2007 | (25,391) |
| EFG Bank | 12-01690 | 10/16/2007 | (38,086) |
| EFG Bank | 12-01690 | 10/16/2007 | (212,952) |
| EFG Bank | 12-01690 | 10/16/2007 | (8,304,978) |
| Lombard Odier | 12-01693 | 10/16/2007 | (45,579) |
| Lombard Odier | 12-01693 | 10/16/2007 | (101,563) |
| Lombard Odier | 12-01693 | 10/16/2007 | (209,473) |
| Bordier | 12-01695 | 10/16/2007 | (136,627) |
| RBC-Asia | 12-01699 | 10/16/2007 | (107,911) |
| **Total Out** | | | **($140,837,508)** |

[A] Adv. No 09-01239 [ECF 286-8] shows a lower number (181,900)