David J. Mark (DMark@kasowitz.com)
Andrew S. Golden (AGolden@kasowitz.com)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Banca Carige, S.p.A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>      v.<br><br>BANCA CARIGE S.P.A.,<br><br>                    Defendant. | Adv. Pro. No. 11-02570 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE OF (I) MOTION
TO DISMISS COMPLAINT FOR LACK OF PERSONAL
JURISDICTION AND FOR FAILURE TO STATE A CLAIM AND
(II) MEMORANDUM OF LAW AND DECLARATIONS IN SUPPORT OF MOTION**

**PLEASE TAKE NOTICE** that on January 28, 2022, Banca Carige S.p.A., the defendant (the "Defendant") in the above-captioned adversary proceeding, served the:

- *Notice of Motion to Dismiss the Complaint* [Adv. No. 11-02570 ECF 107], [Adv. No. 08-01789 ECF 21076]
- *Memorandum of Law in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim* [Adv. No. 11-02570 ECF 108], [Adv. No. 08-01789 ECF 21077]
- *Declaration of Francesco Guido in Support of Motion* [Adv. No. 11-02570 ECF 109, 109-1,2,3], [Adv. No. 08-01789 ECF 21079, 21079-1,2,3]
- *Declaration of David J. Mark in Support of Motion* [Adv. No. 11-02570 ECF 110,110-1], [Adv. No. 08-01789 ECF 21080, 21080-1,2,3]
- *Notice of Hearing on Motion to Dismiss* [Adv. No. 11-02570 ECF 111], [Adv. No. 08-01789 ECF 21082]

upon the Plaintiff, Irving H. Picard, as trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff ("BLMIS"), in the manner provided:

**VIA ELECTRONIC MAIL**

Brian W. Song
David J. Sheehan
Bari Nadworny
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: bsong@bakerlaw.com
 dsheehan@bakerlaw.com
 bnadworny@bakerlaw.com

*Counsel for the Plaintiff, Irving H. Picard, as*
*Trustee for the Liquidation of BLIMS and Bernard L. Madoff*

[*Remainder of page intentionally left blank*]

2

| | |
|---|---|
| Dated: January 28, 2022<br>New York, New York | **KASOWITZ BENSON TORRES LLP**<br><br>By: */s/ Andrew S. Golden*<br>David J. Mark<br>Andrew S. Golden<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile:  (212) 506-1800<br>Email: DMark@kasowitz.com<br>           AGolden@kasowitz.com<br><br>*Counsel to Banca Carige S.p.A.* |