**Hearing Date: May 18, 2022, 10:00 a.m.**
**Objections Date: March 29, 2022**
**Reply Date: April 28, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| | Adv. Pro. No. 12-01693 (CGM) |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| BANQUE LOMBARD ODIER & CIE SA, | |
| Defendant. | |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Banque Lombard Odier & Cie SA's Motion to Dismiss the Complaint in the above-captioned action, the Declaration of Lauren J. Pincus dated as of the date hereof and exhibits thereto, and all prior pleadings and proceedings herein, Defendant Banque Lombard

Odier & Cie SA ("Defendant") will move this Court for an order dismissing the Complaint filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: January 28, 2022
New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/* John F. Zulack_____
John F. Zulack
Lauren J. Pincus
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com
Email: lpincus@abv.com


MAYER BROWN LLP

By: */s/* Mark G. Hanchet_____
Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: mhanchet@mayerbrown.com
Email: kkelly@mayerbrown.com

Marc R. Cohen
1999 K St NW
Washington, DC 20006
Tel. No.: (202) 263-5282
Email: mcohen@mayerbrown.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*