**Hearing Date: May 18, 2022, 10:00 a.m.**
**Objections Date: March 29, 2022**
**Reply Date: April 28, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BANQUE LOMBARD ODIER & CIE SA,<br><br>Defendant. | Adv. Pro. No. 12-01693 (CGM) |

**DECLARATION OF LAUREN J. PINCUS**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

I, LAUREN J. PINCUS, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner in Allegaert Berger & Vogel LLP, attorneys for Defendant Banque Lombard Odier & Cie SA ("Defendant"). I

respectfully submit this Declaration in support of Defendant's motion to dismiss the Complaint (the "Complaint") filed by plaintiff Irving H. Picard, Trustee (the "Trustee" or "Plaintiff") for the Liquidation of Bernard L. Madoff Investment Securities LLC in this adversary proceeding:

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in the above-captioned Adversary Proceeding, with exhibits thereto.

3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Complaint filed by the Trustee in the matter captioned *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y.) (the "Fairfield Action"), Docket. No. 23, without exhibits.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Settlement Agreement dated as of May 9, 2011 between the Trustee and Kenneth Krys and Joanna Lau, as Joint Liquidators of Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited, and Fairfield Lambda Limited, filed in the Fairfield Action, Docket. No. 69-2, with exhibits thereto.

5. Attached hereto as Exhibit 4 are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Second Amended Complaint filed in the Fairfield Action, Docket. Nos. 286-8, 286-10, 286-12, 286-13, 286-14, 286-21.

6. Attached hereto as Exhibit 5 are true and correct copies of Exhibits 5 and 6 to the Second Amended Complaint filed in the Fairfield Action, Docket. Nos. 286-5, 286-6.

7. Attached hereto as Exhibit 6 are true and correct copies of the following documents:

| | |
|---|---|
| 6(a) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citibank N.A. et al.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.), Docket No. 1-1, page 52 |
| 6(b) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch International*, Adv. Pro. No. 10-05346 (Bankr. S.D.N.Y.), Docket No. 1-1, page 43 |

| | |
|---|---|
| 6(c) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Nomura International PLC*, Adv. Pro. No. 10-05348 (Bankr. S.D.N.Y.), Docket No. 42-4 |
| 6(d) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Bilbao Vizcaya Argentaria, S.A.*, Adv. Pro. No. 10-05351 (Bankr. S.D.N.Y.), Docket No. 1-1, page 44 |
| 6(e) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Pictet at Cie*, Adv. Pro. No. 11-01724 (Bankr. S.D.N.Y.), Docket No. 1, page 24 |
| 6(f) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Safra National Bank of New York*, Adv. Pro. No. 11-01885 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(g) | Exhibit K to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque SYZ & Co., S.A.*, Adv. Pro. No. 11-02149 (Bankr. S.D.N.Y.), Docket No. 1-11 |
| 6(h) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(i) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Orbita Capital Return Strategy Limited*, Adv. Pro. No. 11-02537 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(j) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Quilvest Finance Ltd.*, Adv. Pro. No. 11-02538 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(k) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Meritz Fire & Marine Insurance Co. Ltd.*, Adv. Pro. No. 11-02539 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(l) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lion Global Investors Limited*, Adv. Pro. No. 11-02540 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(m) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. First Gulf Bank*, Adv. Pro. No. 11-02541 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(n) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Parson Finance Panama S.A.*, Adv. Pro. No. 11-02542 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(o) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Delta National Bank and Trust Company*, Adv. Pro. No. 11-02551 (Bankr. S.D.N.Y.), Docket No. 1-4 |

| | |
|---|---|
| 6(p) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Unifortune Asset Management SGR SPA et ano.*, Adv. Pro. No. 11-02553 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(q) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(r) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(s) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(t) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(u) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), Docket No. 1-7 |
| 6(v) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), Docket No. 1-9 |
| 6(w) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banca Carige S.P.A.*, Adv. Pro. No. 11-02570 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(x) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Privee Espirito Santo S.A. formerly known as Compagnie Bancaire Espirito Santo S.A.*, Adv. Pro. No. 11-02571 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(y) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III*, Adv. Pro. No. 11-02572 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(z) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573 (Bankr. S.D.N.Y.), Docket No. 8-4 |
| 6(aa) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ASB Bank Corp.*, Adv. Pro. No. 11-02730 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(bb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Trincaster Corporation*, Adv. Pro. No. 11-02731 (Bankr. S.D.N.Y.), Docket No. 1-3 |

| | |
|---|---|
| 6(cc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bureau of Labor Insurance*, Adv. Pro. No. 11-02732 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(dd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Naidot & Co.*, Adv. Pro. No. 11-02733 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(ee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Caceis Bank, Caceis Bank Luxembourg*, Adv. Pro. No. 11-02758 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(ff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11-02760 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(gg) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(hh) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(ii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Inteligo Bank LTD. Panama Branch, formerly known as Blubank LTD. Panama Branch*, Adv. Pro. No. 11-02763 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(jj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(kk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch Bank (Suisse) SA*, Adv. Pro. No. 11-02910 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(ll) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Julius Baer & Co. Ltd.*, Adv. Pro. No. 11-02922 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(mm) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Falcon Private Bank Ltd. (formerly known as AIG Privat Bank AG)*, Adv. Pro. No. 11-02923 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(nn) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG et al.*, Adv. Pro. No. 11-02925 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(oo) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. LGT Bank in Liechtenstein Ltd.*, Adv. Pro. No. 11-02929 (Bankr. S.D.N.Y.), Docket No. 1-3 |

| | |
|---|---|
| 6(pp) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security.*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(qq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Fullerton Capital PTE Ltd.*, Adv. Pro. No. 12-01004 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(rr) | Exhibit F to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SICO Limited*, Adv. Pro. No. 12-01005 (Bankr. S.D.N.Y.), Docket No. 14-6 |
| 6(ss) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), Docket No. 1-6 |
| 6(tt) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), Docket No. 1-7 |
| 6(uu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(vv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(ww) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(xx) | Exhibit J to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (Bankr. S.D.N.Y.), Docket No. 1-10 |
| 6(yy) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Arden Asset Management Inc. et al.*, Adv. Pro. No. 12-01023 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(zz) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SNS Bank N.V. et ano.*, Adv. Pro. No. 12-01046 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(aaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company*, Adv. Pro. No. 12-01047 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(bbb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco General S.A. et ano.*, Adv. Pro. No. 12-01048 (Bankr. S.D.N.Y.), Docket No. 1-3 |

| | |
|---|---|
| 6(ccc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kookmin Bank*, Adv. Pro. No. 12-01194 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(ddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Six Sis AG*, Adv. Pro. No. 12-01195 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(eee) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Vontobel AG formerly known as Bank J. Vontobel & Co. AG*, Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), Docket No. 1-9 |
| 6(fff) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Multi-Strategy Fund Limited et ano.*, Adv. Pro. No. 12-01205 (Bankr. S.D.N.Y.), Docket No. 1-6 |
| 6(ggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(hhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(iii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(jjj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), Docket No. 1-14 |
| 6(kkk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(lll) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(mmm) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(nnn) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), Docket No. 1-6 |

| | |
|---|---|
| 6(ooo) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), Docket No. 1-7 |
| 6(ppp) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ZCM Asset Holding Company (Bermuda) LLC*, Adv. Pro. No. 12-01512 (Bankr. S.D.N.Y.), Docket No. 1-6 |
| 6(qqq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citivic Nominees Ltd.*, Adv. Pro. No. 12-01513 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(rrr) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Standard Chartered Defendants*, Adv. Pro. No. 12-01565 (Bankr. S.D.N.Y.), Docket No. 1-6 |
| 6(sss) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UKFP (Asia) Nominees Limited*, Adv. Pro. No. 12-01566 (Bankr. S.D.N.Y.), Docket No. 1-2 |
| 6(ttt) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A.*, Adv. Pro. No. 12-01576 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(uuu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(vvv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(www) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barfield Nominees Limited*, Adv. Pro. No. 12-01669 (Bankr. S.D.N.Y.), Docket No. 1-9 |
| 6(xxx) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole Corporate and Investment Bank doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*, Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), Docket No. 1-9 |
| 6(yyy) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole Corporate and Investment Bank doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*, Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), Docket No. 1-10 |

| | |
|---|---|
| 6(zzz) | Exhibit E to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG*, Adv. Pro. No. 12-01676 (Bankr. S.D.N.Y.), Docket No. 12-5 |
| 6(aaaa) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Societe Generale Private Banking (Suisse) S.A. formerly known as SG Private Banking Suisse S.A. et al.*, Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(bbbb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(cccc) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(dddd) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), Docket No. 1-7 |
| 6(eeee) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(ffff) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), Docket No. 1-4 |
| 6(gggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(hhhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Cantonale Vaudoise*, Adv. Pro. No. 12-01694 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(iiii) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bordier & Cie*, Adv. Pro. No. 12-01695 (Bankr. S.D.N.Y.), Docket No. 1-3 |
| 6(jjjj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, formerly known as Fortis (Isle Of Man) Nominees Limited et al.*, Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), Docket No. 1-3 |

| | |
|---|---|
| 6(kkkk) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Internationale a Luxembourg S.A. (formerly known as Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. et al.*, Adv. Pro. No. 12-01698 (Bankr. S.D.N.Y.), Docket No. 1-5 |
| 6(llll) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Royal Bank of Canada et al.*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.), Docket No. 1-5 |

8. Attached hereto as Exhibit 7 is a true and correct copy of the Fifth Amended Complaint filed in the matter captioned *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03635 (Bankr. S.D.N.Y.), Docket No. 620.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Fifth Amended Complaint filed in the matter captioned *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.*, Adv. Pro. No. 10-03636, (Bankr. S.D.N.Y.), Docket No. 679.

10. Attached hereto as Exhibit 9 is a true and correct copy of Exhibit E to the Complaint filed by the Trustee in the matter captioned *Picard v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), Docket No. 1-5.

11. Attached hereto as Exhibit 10 is a true and correct copy of Sentry's Articles of Association.

12. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Sentry after May 9, 2003, in the complaints and/or exhibits thereto set forth at Exhibit 6 hereto:

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 10-05345 | Citibank, N.A., et al | ($130,000,000) |
| 10-05346 | Merrill Lynch International | ($14,200,000) |
| 10-05348 | Nomura International PLC | ($20,013,186) |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | ($45,000,000) |
| 11-01724 | Pictet et Cie. | ($50,386,685) |
| 11-01885 | Safra New York | ($95,853,574) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 11-02149 | Banque Syz & Co., SA | ($15,449,241) |
| 11-02493 | Abu Dhabi Investment Authority | ($300,000,000) |
| 11-02537 | Orbita | ($30,662,226) |
| 11-02538 | Quilvest Finance Ltd. | ($37,800,113) |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | ($21,855,898) |
| 11-02540 | Lion Global Investors Limited | ($50,583,442) |
| 11-02541 | First Gulf Bank | ($11,532,393) |
| 11-02542 | Parson Finance Panama S.A. | ($11,089,081) |
| 11-02551 | Delta National Bank and Trust Company | ($20,634,958) |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | ($16,355,650) |
| 11-02554 | National Bank of Kuwait S.A.K. | ($18,724,399) |
| 11-02568 | Cathay Life Insurance Co. LTD. | ($24,496,799) |
| 11-02568 | Cathay Bank | ($17,206,126) |
| 11-02569 | Barclays Private Bank | ($893,988) |
| 11-02569 | Barclays Spain | ($4,719,252) |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | ($37,973,175) |
| 11-02570 | Banca Carige S.P.A. | ($10,532,489) |
| 11-02571 | BPES | ($11,426,745) |
| 11-02572 | Korea Exchange Bank | ($33,593,106) |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | ($54,253,642) |
| 11-02730 | Atlantic Security Bank | ($120,168,691) |
| 11-02731 | Trincaster Corporation | ($13,311,800) |
| 11-02732 | Bureau of Labor Insurance | ($42,123,406) |
| 11-02733 | Naidot & Co. | ($13,654,907) |
| 11-02758 | Caceis Bank Luxembourg, et al. | ($24,052,228) |
| 11-02760 | ABN Amro Bank N.V., et al. | ($2,808,105) |
| 11-02762 | Lighthouse Diversified | ($7,913,873) |
| 11-02762 | Lighthouse Supercash | ($3,251,378) |
| 11-02763 | Inteligo Bank LTD. | ($10,745,160) |
| 11-02784 | Somers Dublin Limited et al. | ($1,985,648) |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | ($44,127,787) |
| 11-02922 | Bank Julius Baer & Co. Ltd. | ($35,258,617) |
| 11-02923 | Falcon Private Bank Ltd. | ($38,675,129) |
| 11-02925 | Credit Suisse AG et al. | ($256,629,647) |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | ($10,350,118) |
| 12-01002 | The Public Institution For Social Security | ($30,000,000) |
| 12-01004 | Fullerton Capital PTE Ltd. | ($10,290,445) |
| 12-01005 | SICO LIMITED | ($14,544,620) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | ($60,595,069) |
| 12-01019 | Banco Itau Inetrnational | ($9,969,942) |
| 12-01021 | Grosvenor Aggressive | ($4,191,288) |
| 12-01021 | Grosvenor Balanced | ($13,000,000) |
| 12-01021 | Grosvenor Private | ($14,315,101) |
| 12-01022 | Credit Agricole (Suisse) SA | ($15,654,127) |
| 12-01023 | Arden Asset Management, et al. | ($12,586,659) |
| 12-01046 | SNS Bank N.V. et al. | ($21,060,551) |
| 12-01047 | KOCH INDUSTRIES, INC., | ($21,533,871) |
| 12-01048 | Banco General S.A. et al. | ($8,240,499) |
| 12-01194 | Kookmin Bank | ($42,010,303) |
| 12-01195 | Six Sis AG | ($379,248) |
| 12-01202 | Bank Vontobel AG et. al. | ($8,470,371) |
| 12-01205 | Multi Strategy Fund Ltd., et al. | ($25,763,374) |
| 12-01207 | Lloyds TSB Bank PLC | ($11,134,574) |
| 12-01209 | BSI AG | ($27,452,138) |
| 12-01209 | Banca del Gottardo | ($20,058,735) |
| 12-01210 | Schroder & Co. | ($25,143,816) |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | ($6,477,447) |
| 12-01211 | Union Global Fund | ($9,283,664) |
| 12-01211 | Union Strategy Fund | ($1,445,016) |
| 12-01216 | Bank Hapoalim B.M. | ($20,047,109) |
| 12-01216 | Bank Hapoalim B.M. | ($1,712,100) |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC | ($24,491,791) |
| 12-01513 | CITIVIC | ($59,479,232) |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. | ($275,267,978) |
| 12-01566 | UKFP (Asia) Nominees | ($8,012,183) |
| 12-01576 | BNP Paribas S.A. et al | ($3,423,188) |
| 12-01577 | UBS Deutschland AG, et al. | ($7,230,511) |
| 12-01577 | LGT Switzerland | ($522,826) |
| 12-01669 | Barfield Nominees Limited et al | ($16,178,329) |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH | ($26,121,948) |
| 12-01670 | Credit Agricole Miami | ($6,741,013) |
| 12-01676 | Clariden Leu AG | ($35,838,401) |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | ($128,678,138) |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility | ($7,913,079) |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | ($3,740,436) |
| 12-01690 | EFG Bank S.A., et al. | ($201,594,824) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01691 | Banque Degroof Luxembourg | ($1,303,203) |
| 12-01691 | Banque Degroof | ($58,473) |
| 12-01693 | Banque Lombard Odier & Cie | ($93,493,502) |
| 12-01694 | Banque Cantonale Vaudoise | ($9,769,927) |
| 12-01695 | Bordier & Cie | ($7,928,454) |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. | ($122,001,935) |
| 12-01698 | Banque International a Luxembourg SA/Dexia | ($61,515,524) |
| 12-01699 | Royal Bank of Canada, et al. | ($38,182,649) |
| | **Total Sentry Six-Year Transfers to Investors** | **($3,285,140,273)** |
| | Less Pre-May 9, 2003 transfers | $74,493,811 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($3,210,646,462)** |

13. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Sentry after May 9, 2003 in Exhibits 8, 10, 12, 13, 14 and 21 to the Second Amended Complaint in the Fairfield Action, attached as Exhibit 4 hereto:

| EXHIBIT NO. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 286-8 | Fif Advanced Limited | ($45,206,428) |
| 286-10 | Fairfield Investment Fund Limited | ($337,718,887) |
| 286-12 | Fairfield Greenwich Limited | ($87,440,586) |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | ($611,613,040) |
| 286-14 | Fairfield Greenwich Advisors | ($56,013,598) |
| 286-21 | Amit Vijayvergiya | ($955,465) |
| | **Total Sentry Six-Year Transfers to Investors** | **($1,138,948,004)** |
| | Less Pre-May 9, 2003 transfers | $103,688,693 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($1,035,259,311)** |

14. Set forth below is a chart setting forth the redemptions from Sentry between May 9, 2003 and December 31, 2003, as alleged in the complaints and/or exhibits thereto set forth at Exhibits 5 and 6 hereto:

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Quilvest | 11-02538 | 5/14/2003 | ($168,554) |
| Quilvest | 11-02538 | 5/14/2003 | ($210,313) |
| Quilvest | 11-02538 | 5/14/2003 | ($311,518) |
| Delta Bank | 11-02551 | 5/14/2003 | ($73,217) |
| Delta Bank | 11-02551 | 5/14/2003 | ($100,952) |
| Delta Bank | 11-02551 | 5/14/2003 | ($111,651) |
| Delta Bank | 11-02551 | 5/14/2003 | ($696,496) |
| MLBS | 11-02910 | 5/14/2003 | ($504,029) |
| MLBS | 11-02910 | 5/14/2003 | ($1,500,000) |
| MLBS | 11-02910 | 5/14/2003 | ($2,498,558) |
| BJB | 11-02922 | 5/14/2003 | ($1,954,536) |
| Credit Suisse London Nominees Limited | 11-02925 | 5/14/2003 | ($2,159,026) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 5/14/2003 | ($401,103) |
| Credit Suisse London Nominees Limited | 11-02925 | 5/14/2003 | ($36,000) |
| LGT Liechtenstein | 11-02929 | 5/14/2003 | ($500,974) |
| SNS Defendants | 12-01046 | 5/14/2003 | ($641,531) |
| Lloyds | 12-01207 | 5/14/2003 | ($2,093,660) |
| Lloyds | 12-01207 | 5/14/2003 | ($247,494) |
| BSI | 12-01209 | 5/14/2003 | ($191,989) |
| BSI | 12-01209 | 5/14/2003 | ($238,192) |
| BSI | 12-01209 | 5/14/2003 | ($266,369) |
| BSI | 12-01209 | 5/14/2003 | ($621,629) |
| Banca Del Gottardo | 12-01209 | 5/14/2003 | ($270,407) |
| Banca Del Gottardo | 12-01209 | 5/14/2003 | ($1,401,608) |
| ZCM | 12-01512 | 5/14/2003 | ($360,000) |
| Citivic | 12-01513 | 5/14/2003 | ($103,656) |
| UKFP | 12-01566 | 5/14/2003 | ($125,144) |
| Clariden | 12-01676 | 5/14/2003 | ($84,331) |
| EFG Bank | 12-01690 | 5/14/2003 | ($10,440,439) |
| EFG Bank | 12-01690 | 5/14/2003 | ($5,803,800) |
| EFG Bank | 12-01690 | 5/14/2003 | ($285,234) |
| EFG Bank | 12-01690 | 5/14/2003 | ($279,420) |
| EFG Bank | 12-01690 | 5/14/2003 | ($207,312) |
| EFG Bank | 12-01690 | 5/14/2003 | ($170,077) |
| EFG Bank | 12-01690 | 5/14/2003 | ($72,108) |
| Lombard Odier | 12-01693 | 5/14/2003 | ($345,219) |
| Lombard Odier | 12-01693 | 5/14/2003 | ($135,203) |
| Lambda | 09-1239 | 5/14/2003 | ($1,100,000) |
| Sigma | 09-1239 | 5/14/2003 | ($1,800,000) |
| ZCM | 12-01512 | 5/19/2003 | ($1,300,000) |
| Credit Suisse, Nassau Branch LATAM Investment Banking | 11-02925 | 5/20/2003 | ($93,029) |
| Naidot | 11-02733 | 6/16/2003 | ($1,000,000) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| MLBS | 11-02910 | 6/16/2003 | ($25,000) |
| BJB | 11-02922 | 6/16/2003 | ($300,287) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($100,000) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 6/16/2003 | ($71,259) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($20,802) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($20,000) |
| LGT Liechtenstein | 11-02929 | 6/16/2003 | ($72,797) |
| Agricole Suisse | 12-01022 | 6/16/2003 | ($179,708) |
| SNS Defendants | 12-01046 | 6/16/2003 | ($170,654) |
| Bank Vontobel | 12-01202 | 6/16/2003 | ($227,490) |
| BSI | 12-01209 | 6/16/2003 | ($113,745) |
| BSI | 12-01209 | 6/16/2003 | ($180,190) |
| BSI | 12-01209 | 6/16/2003 | ($255,335) |
| ZCM | 12-01512 | 6/16/2003 | ($170,000) |
| Citivic | 12-01513 | 6/16/2003 | ($496,838) |
| UKFP | 12-01566 | 6/16/2003 | ($199,763) |
| UKFP | 12-01566 | 6/16/2003 | ($46,180) |
| Bank Leu | 12-01676 | 6/16/2003 | ($51,868) |
| Low Volatility | 12-01680 | 6/16/2003 | ($1,000,000) |
| EFG Bank | 12-01690 | 6/16/2003 | ($1,968,406) |
| EFG Bank | 12-01690 | 6/16/2003 | ($655,000) |
| EFG Bank | 12-01690 | 6/16/2003 | ($505,273) |
| EFG Bank | 12-01690 | 6/16/2003 | ($382,274) |
| EFG Bank | 12-01690 | 6/16/2003 | ($133,882) |
| EFG Bank | 12-01690 | 6/16/2003 | ($120,169) |
| EFG Bank | 12-01690 | 6/16/2003 | ($90,996) |
| EFG Bank | 12-01690 | 6/16/2003 | ($82,688) |
| EFG Bank | 12-01690 | 6/16/2003 | ($42,859) |
| EFG Bank | 12-01690 | 6/16/2003 | ($38,983) |
| Bordier | 12-01695 | 6/16/2003 | ($1,144,165) |
| ZCM | 12-01512 | 6/18/2003 | ($750,000) |
| Quilvest | 11-02538 | 7/16/2003 | ($54,186) |
| Quilvest | 11-02538 | 7/16/2003 | ($2,471,566) |
| Delta Bank | 11-02551 | 7/16/2003 | ($404,373) |
| Delta Bank | 11-02551 | 7/16/2003 | ($2,493,614) |
| Inteligo | 11-02763 | 7/16/2003 | ($2,336,175) |
| MLBS | 11-02910 | 7/16/2003 | ($1,529,000) |
| BJB | 11-02922 | 7/16/2003 | ($610,990) |
| Credit Suisse London Nominees Limited | 11-02925 | 7/16/2003 | ($1,684,206) |
| Credit Suisse London Nominees Limited | 11-02925 | 7/16/2003 | ($788,344) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 7/16/2003 | ($693,868) |
| Sico | 12-01005 | 7/16/2003 | ($73,522) |
| Sico | 12-01005 | 7/16/2003 | ($77,189) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Sico | 12-01005 | 7/16/2003 | ($82,428) |
| Agricole Suisse | 12-01022 | 7/16/2003 | ($186,572) |
| SNS Defendants | 12-01046 | 7/16/2003 | ($2,215,212) |
| Lloyds | 12-01207 | 7/16/2003 | ($336,843) |
| BSI | 12-01209 | 7/16/2003 | ($119,134) |
| BSI | 12-01209 | 7/16/2003 | ($148,763) |
| BSI | 12-01209 | 7/16/2003 | ($260,940) |
| UKFP | 12-01566 | 7/16/2003 | ($302,756) |
| UKFP | 12-01566 | 7/16/2003 | ($167,640) |
| UKFP | 12-01566 | 7/16/2003 | ($100,735) |
| UKFP | 12-01566 | 7/16/2003 | ($76,224) |
| UKFP | 12-01566 | 7/16/2003 | ($74,625) |
| UKFP | 12-01566 | 7/16/2003 | ($56,787) |
| UKFP | 12-01566 | 7/16/2003 | ($47,293) |
| UKFP | 12-01566 | 7/16/2003 | ($35,153) |
| SG Equilibrium | 12-01677 | 7/16/2003 | ($32,270,698) |
| Lyxor Premium | 12-01677 | 7/16/2003 | ($8,580,866) |
| SG Audace | 12-01677 | 7/16/2003 | ($1,223,229) |
| SG Premium | 12-01677 | 7/16/2003 | ($973,253) |
| EFG Bank | 12-01690 | 7/16/2003 | ($1,594,867) |
| EFG Bank | 12-01690 | 7/16/2003 | ($1,447,307) |
| EFG Bank | 12-01690 | 7/16/2003 | ($476,480) |
| EFG Bank | 12-01690 | 7/16/2003 | ($476,480) |
| EFG Bank | 12-01690 | 7/16/2003 | ($266,886) |
| EFG Bank | 12-01690 | 7/16/2003 | ($238,240) |
| EFG Bank | 12-01690 | 7/16/2003 | ($51,015) |
| EFG Bank | 12-01690 | 7/16/2003 | ($35,024) |
| Lombard Odier | 12-01693 | 7/16/2003 | ($6,027,000) |
| Lombard Odier | 12-01693 | 7/16/2003 | ($5,615,477) |
| Bordier | 12-01695 | 7/16/2003 | ($1,497,385) |
| RBC-Dominion | 12-01699 | 7/16/2003 | ($367,180) |
| Lambda | 09-1239 | 7/16/2003 | ($250,000) |
| Sigma | 09-1239 | 7/16/2003 | ($3,000,000) |
| Quilvest | 11-02538 | 8/15/2003 | ($113,360) |
| Barclays Suisse | 11-02569 | 8/15/2003 | ($26,317) |
| MLBS | 11-02910 | 8/15/2003 | ($265,810) |
| MLBS | 11-02910 | 8/15/2003 | ($300,750) |
| MLBS | 11-02910 | 8/15/2003 | ($1,971,100) |
| MLBS | 11-02910 | 8/15/2003 | ($6,386,104) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 8/15/2003 | ($1,000,000) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($708,540) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($154,873) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 8/15/2003 | ($149,727) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($93,224) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($56,410) |
| Sico | 12-01005 | 8/15/2003 | ($32,628) |
| Sico | 12-01005 | 8/15/2003 | ($237,721) |
| Sico | 12-01005 | 8/15/2003 | ($384,083) |
| BSI | 12-01209 | 8/15/2003 | ($183,894) |
| BSI | 12-01209 | 8/15/2003 | ($320,364) |
| ZCM | 12-01512 | 8/15/2003 | ($130,000) |
| Citivic | 12-01513 | 8/15/2003 | ($149,158) |
| Citivic | 12-01513 | 8/15/2003 | ($24,238) |
| UKFP | 12-01566 | 8/15/2003 | ($66,776) |
| Clariden | 12-01676 | 8/15/2003 | ($63,113) |
| SG Suisse | 12-01677 | 8/15/2003 | ($2,865,901) |
| EFG Bank | 12-01690 | 8/15/2003 | ($150,000) |
| Lombard Odier | 12-01693 | 8/15/2003 | ($1,598,288) |
| Lombard Odier | 12-01693 | 8/15/2003 | ($1,584,808) |
| Bordier | 12-01695 | 8/15/2003 | ($203,079) |
| RBC-Dominion | 12-01699 | 8/15/2003 | ($88,507) |
| RBC-Jersey | 12-01699 | 8/15/2003 | ($50,000) |
| Lambda | 09-1239 | 8/15/2003 | ($1,700,000) |
| Sigma | 09-1239 | 8/15/2003 | ($700,000) |
| Safra | 11-01885 | 9/17/2003 | ($130,664) |
| Safra | 11-01885 | 9/17/2003 | ($146,127) |
| Quilvest | 11-02538 | 9/17/2003 | ($1,495,385) |
| Delta Bank | 11-02551 | 9/17/2003 | ($140,353) |
| MLBS | 11-02910 | 9/17/2003 | ($320,079) |
| MLBS | 11-02910 | 9/17/2003 | ($964,543) |
| BJB | 11-02922 | 9/17/2003 | ($18,686) |
| BJB | 11-02922 | 9/17/2003 | ($1,595,815) |
| Credit Suisse London Nominees Limited | 11-02925 | 9/17/2003 | ($1,992,900) |
| BSI | 12-01209 | 9/17/2003 | ($14,015) |
| ZCM | 12-01512 | 9/17/2003 | ($380,000) |
| Clariden | 12-01676 | 9/17/2003 | ($750,000) |
| Clariden | 12-01676 | 9/17/2003 | ($46,398) |
| Clariden | 12-01676 | 9/17/2003 | ($35,000) |
| SG Suisse | 12-01677 | 9/17/2003 | ($633,000) |
| Lombard Odier | 12-01693 | 9/17/2003 | ($725,171) |
| Lombard Odier | 12-01693 | 9/17/2003 | ($140,148) |
| Bordier | 12-01695 | 9/17/2003 | ($3,272,168) |
| Bordier | 12-01695 | 9/17/2003 | ($127,067) |
| Lambda | 09-1239 | 9/17/2003 | ($1,300,000) |
| Lambda | 09-1239 | 9/17/2003 | ($2,100,000) |
| Sigma | 09-1239 | 9/17/2003 | ($2,600,000) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Sigma | 09-1239 | 9/17/2003 | ($10,500,000) |
| Quilvest | 11-02538 | 10/14/2003 | ($178,309) |
| Quilvest | 11-02538 | 10/14/2003 | ($228,214) |
| Quilvest | 11-02538 | 10/14/2003 | ($424,544) |
| Barclays Suisse | 11-02569 | 10/14/2003 | ($268,887) |
| Inteligo | 11-02763 | 10/14/2003 | ($28,470) |
| MLBS | 11-02910 | 10/14/2003 | ($295,235) |
| MLBS | 11-02910 | 10/14/2003 | ($370,819) |
| BJB | 11-02922 | 10/14/2003 | ($1,792,705) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 10/14/2003 | ($3,500,000) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 10/14/2003 | ($2,149,002) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 10/14/2003 | ($2,000,000) |
| SNS Defendants | 12-01046 | 10/14/2003 | ($26,405) |
| BSI | 12-01209 | 10/14/2003 | ($130,355) |
| ZCM | 12-01512 | 10/14/2003 | ($1,060,000) |
| ZCM | 12-01512 | 10/14/2003 | ($150,000) |
| ZCM | 12-01512 | 10/14/2003 | ($20,000) |
| Citivic | 12-01513 | 10/14/2003 | ($74,500) |
| UKFP | 12-01566 | 10/14/2003 | ($1,342,152) |
| UKFP | 12-01566 | 10/14/2003 | ($62,683) |
| Clariden | 12-01676 | 10/14/2003 | ($100,000) |
| Clariden | 12-01676 | 10/14/2003 | ($99,961) |
| SG Suisse | 12-01677 | 10/14/2003 | ($205,713) |
| SG Suisse | 12-01677 | 10/14/2003 | ($188,201) |
| EFG Bank | 12-01690 | 10/14/2003 | ($210,928) |
| Lombard Odier | 12-01693 | 10/14/2003 | ($33,006) |
| Lambda | 09-1239 | 10/14/2003 | ($250,000) |
| Sigma | 09-1239 | 10/14/2003 | ($600,000) |
| Quilvest | 11-02538 | 11/19/2003 | ($578,080) |
| Barclays Spain | 11-02569 | 11/19/2003 | ($301,681) |
| Inteligo | 11-02763 | 11/19/2003 | ($323,839) |
| MLBS | 11-02910 | 11/19/2003 | ($366,608) |
| BJB | 11-02922 | 11/19/2003 | ($19,110) |
| BJB | 11-02922 | 11/19/2003 | ($38,220) |
| BJB | 11-02922 | 11/19/2003 | ($217,855) |
| BJB | 11-02922 | 11/19/2003 | ($229,321) |
| Credit Suisse London Nominees Limited | 11-02925 | 11/19/2003 | ($519,354) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 11/19/2003 | ($100,000) |
| SNS Defendants | 12-01046 | 11/19/2003 | ($119,438) |
| Lloyds | 12-01207 | 11/19/2003 | ($473,920) |
| Lloyds | 12-01207 | 11/19/2003 | ($369,904) |
| Lloyds | 12-01207 | 11/19/2003 | ($262,362) |
| Lloyds | 12-01207 | 11/19/2003 | ($239,315) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| BSI | 12-01209 | 11/19/2003 | ($225,317) |
| Banca Del Gottardo | 12-01209 | 11/19/2003 | ($2,039,044) |
| ZCM | 12-01512 | 11/19/2003 | ($135,000) |
| Citivic | 12-01513 | 11/19/2003 | ($139,503) |
| UKFP | 12-01566 | 11/19/2003 | ($38,010) |
| UKFP | 12-01566 | 11/19/2003 | ($29,563) |
| SG Suisse | 12-01677 | 11/19/2003 | ($143,326) |
| Sigma | 09-1239 | 11/19/2003 | ($2,150,000) |
| Lombard Odier | 12-01693 | 11/24/2003 | ($287,177) |
| Lloyds | 12-01207 | 11/28/2003 | ($369,904) |
| Quilvest | 11-02538 | 12/18/2003 | ($1,374,582) |
| Inteligo | 11-02763 | 12/18/2003 | ($112,664) |
| MLBS | 11-02910 | 12/18/2003 | ($2,915,888) |
| BJB | 11-02922 | 12/18/2003 | ($150,000) |
| Credit Suisse London Nominees Limited | 11-02925 | 12/18/2003 | ($782,707) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 12/18/2003 | ($354,222) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 12/18/2003 | ($350,000) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 12/18/2003 | ($38,191) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 12/18/2003 | ($25,000) |
| SNS Defendants | 12-01046 | 12/18/2003 | ($27,689) |
| SNS Defendants | 12-01046 | 12/18/2003 | ($151,809) |
| Lombard Odier | 12-01693 | 12/18/2003 | ($530,149) |
| Lombard Odier | 12-01693 | 12/18/2003 | ($28,643) |
| Lambda | 09-1239 | 12/18/2003 | ($175,000) |
| ASB | 11-02730 | 12/30/2003 | ($990,000) |
| **TOTAL** | | | **($217,039,690)** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2022
New York, New York

/s/ Lauren J. Pincus
Lauren J. Pincus