**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>        Plaintiff-Applicant,  <br><br>   v.  <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)  <br><br> SIPA Liquidation  <br><br> (Substantively Consolidated) |
| In re:  <br><br> BERNARD L. MADOFF,  <br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,  <br><br>        Plaintiff,  <br><br>   v.  <br><br> BANQUE LOMBARD ODIER & CIE SA,  <br><br>        Defendant. | Adv. Pro. No. 12-01693 (CGM) |

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, the Motion to Dismiss of Defendant Banque Lombard Odier & Cie SA, the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declaration of Lauren J. Pincus and exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of

1

this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: January 28, 2022
      New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: */s/ Lauren J. Pincus*_____

Lauren J. Pincus
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: lpincus@abv.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*

2