Hearing Date: May 18, 2022, 10:00 a.m.
Objections Date: March 29, 2022
Reply Date: April 28, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01693 (CGM) |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| BANQUE LOMBARD ODIER & CIE SA, | |
| Defendant. | |

**NOTICE OF HEARING ON**
**DEFENDANT BANQUE LOMBARD ODIER & CIE S.A.'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, on January 28, 2022, Banque Lombard Odier & Cie SA ("Defendant"), filed its Motion to Dismiss the Complaint (the "Motion") pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the Motion will be held on May 18, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on January 27, 2022, oppositions to the Motion, if any, shall be filed by Tuesday, March 29, 2022, and replies in further support of the Motion shall be filed by Thursday, April 28, 2022.

Dated: January 28, 2022
       New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/* John F. Zulack_____
John F. Zulack
Lauren J. Pincus
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com
Email: lpincus@abv.com

MAYER BROWN LLP

By: */s/* Mark G. Hanchet_____
Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: mhanchet@mayerbrown.com
Email: kkelly@mayerbrown.com

Marc R. Cohen
1999 K St NW
Washington, DC 20006
Tel. No.: (202) 263-5282
Email: mcohen@mayerbrown.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*