**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br> v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,<br><br>    Defendants. | Adv. Pro. No. 10-04468 (CGM) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE* OF CHRISTOPHER M. LAMBE**

  Upon the motion of Christopher M. Lambe, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa et seq. ("SIPA") and the estate of Bernard L. Madoff, in the above-referenced adversary proceeding, Adv. Pro. No. 10-04468, and upon the movant's certification that the movant is a member in good standing of the

29063338.1

bar in the State of Delaware, Commonwealth of Pennsylvania, and the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby:

**ORDERED** that Christopher M. Lambe, is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.



/s/ Cecelia G. Morris
_____

**Dated: February 2, 2022**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**