# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Chemical Bank
+ 83710 Bal 3-28
-   65 cks out
+   20 Wire In - Westwood
+   200   "    " - Primeo CLB
+   500   "    " - N Sachs
+  1100   "    " - Schupak
+  2000   "    " - Yesod
+  3000   "    " - BPI Multi Advisors
+  1762 My Deposit 200H C+H 500H E+H
                    278 H ARB 784 ArB
-  14200 Tony Out
-  27300 Wire Out - Bankers
-   3800   "    " - Bk of NY
-  10000   "    " - Credit Lyons
+  15000 N.C. Deposit
   +22927

65000.00 Mailed Out of State

Giving you 16 mil 4-1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  BAL 3-28
- 15 823  Cks out *
-    369  at out - Monroe
-    175  Wire Out - Marden
-    650    "      "   - Cigna
-   1000    "      "   - Tremont
-   1000    "      "   - Stan (Brighton)
-   9000  Tony Out
+ 27300  Wire In - Chem
―――――――
-  16 039

* 15823400 - Hand Del N.C. prof
Drawing  15798466 - 4-1 N.C.
   "      80 mil    4-1 Picower
Wiring Out  545M   4-5 Picower
           1.7 mil  4-1 Marden
           150 M    4-1 Marden
           100 M    4-1 Malo/Auld
           2 mil    4-1 Hadassah
           50 M     4-2 Marden
           250 M    4-2 Goodman
           1.875 M  4-3 Greenwich
           1 mil    4-4 Lagoon

MADTSS00244688