# EXHIBIT 15.2

**Fidelity 043 Account Activity**[1]

| | | Transfers | | | Account Value | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Mutual Funds | Money Market Funds | Margin Loan | Month End Account Value |
| 8/1/1998 | 8/31/1998 | 202,600,000 | | [2] | 201,531,000 | - | - | - | 2,817,101 | 0 | - | **204,348,101** |
| 9/1/1998 | 9/30/1998 | | | | 206,712,250 | - | - | - | 265,800 | 83 | - | **206,978,133** |
| 11/1/1998 | 11/1/1998 | [3] | | | 206,806,250 | - | - | - | 266,442 | 83 | - | **207,072,776** |
| 11/1/1998 | 11/30/1998 | | | | 205,415,075 | - | - | - | 267,051 | 83 | - | **205,682,209** |
| 12/1/1998 | 12/31/1998 | | | | 205,287,500 | - | - | - | 267,694 | 84 | - | **205,555,278** |
| 1/1/1999 | 1/31/1999 | | | | 205,129,950 | - | - | - | 268,304 | 84 | - | **205,398,338** |
| 2/1/1999 | 2/28/1999 | | | | 203,136,950 | - | - | - | 268,774 | 5,379,771 | - | **208,785,496** |
| 3/1/1999 | 3/31/1999 | 200,000,000 | (3,500,000) | | 404,500,125 | - | - | - | - | 73,167 | - | **404,573,292** |
| 4/1/1999 | 4/30/1999 | | | | 404,279,275 | - | - | - | - | 73,321 | - | **404,352,596** |
| 5/1/1999 | 5/31/1999 | | | | 402,279,150 | - | - | - | - | 73,498 | - | **402,352,648** |
| 6/1/1999 | 6/30/1999 | | | | 401,917,825 | - | - | - | - | 73,657 | - | **401,991,482** |
| 7/1/1999 | 7/31/1999 | | | | 401,681,475 | - | - | - | - | 73,815 | - | **401,755,290** |
| 8/1/1999 | 8/31/1999 | | | | 401,131,850 | - | - | - | - | 10,873,041 | - | **412,004,891** |
| 9/1/1999 | 9/30/1999 | | | | 401,618,475 | - | - | - | - | 10,898,560 | - | **412,517,035** |
| 10/1/1999 | 10/31/1999 | | | | 401,177,575 | - | - | - | - | 10,925,338 | - | **412,102,913** |
| 11/1/1999 | 11/30/1999 | | | | 400,374,600 | - | - | - | - | 10,952,804 | - | **411,327,404** |
| 12/1/1999 | 12/31/1999 | | | | 400,026,700 | - | - | - | - | 10,983,658 | - | **411,010,358** |
| 1/1/2000 | 1/31/2000 | | | | 399,334,725 | - | - | - | - | 14,948,731 | - | **414,283,456** |
| 2/1/2000 | 2/29/2000 | | | | 299,664,850 | 99,753,000 | - | 19,987,600 | - | 1,902,497 | - | **421,307,947** |
| 3/1/2000 | 3/31/2000 | | | | 299,712,850 | - | 99,625,000 | 19,950,000 | - | 1,970,469 | - | **421,258,319** |
| 4/1/2000 | 4/30/2000 | | | | 299,900,400 | - | 99,469,000 | 19,912,600 | - | 1,976,067 | - | **421,258,067** |
| 5/1/2000 | 5/31/2000 | | | | 299,805,850 | - | 99,281,000 | 19,868,800 | - | 1,983,020 | - | **420,938,670** |
| 6/1/2000 | 6/30/2000 | | | | 300,515,600 | - | 99,594,000 | 19,950,000 | - | 1,988,959 | - | **422,048,559** |
| 7/1/2000 | 7/31/2000 | | | | 300,799,950 | - | 99,656,000 | 19,956,200 | - | 5,932,397 | - | **426,344,547** |
| 8/1/2000 | 8/31/2000 | | | | 301,178,075 | - | 99,813,000 | 19,987,600 | - | 10,774,706 | - | **431,753,381** |
| 9/1/2000 | 9/30/2000 | | | | 305,163,269 | - | 105,768,000 | 24,604,774 | - | 229,110 | - | **435,765,153** |
| 10/1/2000 | 10/31/2000 | | | | 301,507,400 | - | 105,679,400 | 24,598,574 | - | 4,139,095 | - | **435,924,469** |
| 11/1/2000 | 11/30/2000 | | | [4] | 255,986,265 | - | 110,048,200 | 24,612,600 | - | 9,235 | - | **390,656,300** |
| 12/1/2000 | 12/31/2000 | | | (5,000,000) | 241,350,270 | - | 100,125,000 | 20,018,800 | - | 25,156,332 | - | **386,650,402** |
| 1/1/2001 | 1/31/2001 | | | | 91,500,000 | - | 250,146,000 | 20,006,200 | - | 29,312,960 | - | **390,965,160** |
| 2/1/2001 | 2/28/2001 | | | | - | - | 362,092,850 | - | - | 32,598,077 | - | **394,690,927** |
| 3/1/2001 | 3/31/2001 | | | | - | - | 390,814,100 | - | - | 4,375,135 | - | **395,189,235** |
| 4/1/2001 | 4/30/2001 | | | (23,500,000) | - | 74,501,000 | 290,577,700 | - | 9,947,866 | 6,953 | - | **375,033,519** |
| 5/1/2001 | 5/31/2001 | | | | - | 74,770,250 | 270,458,700 | - | 30,130,181 | 8,217 | - | **375,367,348** |
| 6/1/2001 | 6/30/2001 | | | (5,000,000) | - | 49,975,000 | 250,204,000 | - | 67,060,737 | 5,032,731 | - | **372,272,468** |
| 7/1/2001 | 7/31/2001 | | | | - | - | 299,701,500 | - | 73,641,639 | 428,112 | - | **373,771,251** |
| 8/1/2001 | 8/31/2001 | | | | - | - | 300,219,000 | - | 78,845,663 | 499,581 | - | **379,564,244** |
| 9/1/2001 | 9/30/2001 | | | | - | - | 269,611,500 | - | 105,615,590 | 6,925,975 | - | **382,153,065** |
| 10/1/2001 | 10/31/2001 | | | [4] | - | - | 229,714,800 | - | 114,194,530 | 3,342 | - | **343,912,672** |
| 11/1/2001 | 11/30/2001 | | | | - | - | 259,736,000 | - | - | 82,852,493 | - | **342,588,493** |
| 12/1/2001 | 12/31/2001 | | | | - | - | 59,838,000 | 199,938,000 | 29,942,631 | 53,211,158 | - | **342,929,789** |
| 1/1/2002 | 1/31/2002 | | | | - | - | 59,922,000 | 200,031,000 | 45,016,244 | 38,250,262 | - | **343,219,506** |
| 2/1/2002 | 2/28/2002 | | | | - | - | 60,000,000 | 200,031,000 | 75,994,944 | 8,267,803 | - | **344,293,746** |
| 3/1/2002 | 3/31/2002 | | | | - | - | 99,031,000 | 149,580,000 | 85,201,135 | 9,316,214 | - | **343,128,349** |
| 4/1/2002 | 4/30/2002 | | | (11,000,000) | - | - | 100,156,000 | 147,721,600 | 87,410,337 | 305,830 | - | **335,593,768** |
| 5/1/2002 | 5/31/2002 | | | (1,000,000) | - | - | 100,094,000 | 146,807,300 | 88,614,616 | 300,483 | - | **335,816,399** |
| 6/1/2002 | 6/30/2002 | | (45,000,000) | | - | - | 150,235,000 | 46,868,400 | 95,832,011 | 550,922 | - | **293,486,334** |
| 7/1/2002 | 7/31/2002 | | | | - | - | 150,185,000 | 46,938,900 | 97,534,086 | 551,356 | - | **295,209,342** |
| 8/1/2002 | 8/31/2002 | | | | - | - | 149,914,000 | - | 106,616,633 | 41,744,307 | - | **298,274,940** |
| 9/1/2002 | 9/30/2002 | | | | - | - | 149,657,500 | - | 133,487,585 | 20,000,321 | - | **303,145,406** |
| 10/1/2002 | 10/31/2002 | | | | - | - | 149,951,000 | - | 147,758,328 | 2,009,541 | - | **299,718,869** |
| 11/1/2002 | 11/30/2002 | | | | - | - | 149,916,250 | - | 147,630,366 | 2,117,212 | - | **299,663,829** |
| 12/1/2002 | 12/31/2002 | | (75,000,000) | | - | - | 75,047,250 | - | 152,614,847 | 1,996,154 | - | **229,658,251** |
| 1/1/2003 | 1/31/2003 | | | | - | - | 74,970,000 | - | 153,456,870 | 2,633,463 | - | **231,060,333** |
| 2/1/2003 | 2/28/2003 | | | | - | - | 75,164,250 | - | 158,786,351 | 2,634,935 | - | **236,585,536** |
| 3/1/2003 | 3/31/2003 | | | | - | - | 105,121,950 | - | 124,941,192 | 4,693,410 | - | **234,756,553** |
| 4/1/2003 | 4/30/2003 | | (65,000,000) | | - | - | 43,013,330 | - | 124,669,611 | 1,856,322 | - | **169,539,263** |
| 5/1/2003 | 5/31/2003 | | | | - | - | 49,990,000 | - | 125,242,612 | 224,360 | - | **175,456,973** |
| 6/1/2003 | 6/30/2003 | | (95,000,000) | | - | - | 50,094,000 | - | 124,153,695 | - | (94,775,536) | **79,472,159** |
| 7/1/2003 | 7/31/2003 | | | | - | - | 49,687,500 | - | 118,582,799 | - | (94,861,270) | **73,409,029** |
| 8/1/2003 | 8/31/2003 | | | | - | - | 49,750,000 | - | 120,492,296 | - | (94,967,462) | **75,274,834** |
| 9/1/2003 | 9/30/2003 | | | | - | - | 50,078,000 | - | 124,405,797 | - | (95,077,202) | **79,406,595** |
| 10/1/2003 | 10/31/2003 | | | | - | - | 49,875,000 | - | 124,808,483 | - | (95,176,769) | **79,506,714** |
| 11/1/2003 | 11/30/2003 | | | | - | - | 49,750,000 | - | 125,040,476 | - | (95,283,311) | **79,507,165** |
| 12/1/2003 | 12/31/2003 | | (10,000,000) | | - | - | 50,047,000 | - | 126,169,325 | - | (104,871,271) | **71,345,053** |
| 1/1/2004 | 1/31/2004 | | | | - | - | 50,031,500 | - | 127,611,940 | - | (104,950,799) | **72,692,641** |
| 2/1/2004 | 2/29/2004 | | | | - | - | 50,015,500 | - | 130,352,357 | - | (105,074,583) | **75,293,274** |
| 3/1/2004 | 3/31/2004 | | | | - | - | - | - | 132,015,236 | - | (54,899,732) | **77,115,504** |
| 4/1/2004 | 4/30/2004 | | | | - | - | 49,484,375 | - | 126,054,019 | - | (104,984,485) | **70,553,909** |
| 5/1/2004 | 5/31/2004 | | | | - | - | 49,296,875 | - | 127,841,150 | - | (105,098,218) | **72,039,807** |
| 6/1/2004 | 6/30/2004 | | | | - | - | 49,085,000 | - | 127,984,922 | - | (105,215,869) | **71,854,052** |
| 7/1/2004 | 7/31/2004 | | | | - | - | 49,260,000 | - | 129,335,951 | - | (105,329,853) | **73,266,098** |
| 8/1/2004 | 8/31/2004 | | | | - | - | 49,570,000 | - | 132,673,413 | - | (105,455,371) | **76,788,042** |
| 9/1/2004 | 9/30/2004 | | | | - | - | 49,540,000 | - | 133,025,982 | - | (105,565,807) | **77,000,176** |
| 10/1/2004 | 10/31/2004 | | | | - | - | 49,531,500 | - | 134,252,798 | - | (105,194,924) | **78,589,374** |
| 11/1/2004 | 11/30/2004 | | | | - | - | 49,297,000 | - | 133,710,385 | - | (105,346,877) | **77,660,509** |
| 12/1/2004 | 12/31/2004 | | | | - | - | 49,297,000 | - | 136,078,125 | - | (105,801,453) | **79,573,671** |
| 1/1/2005 | 1/31/2005 | | | | - | - | 49,234,500 | - | 136,207,073 | - | (105,944,591) | **79,496,982** |
| 2/1/2005 | 2/28/2005 | | | | - | - | 49,172,000 | - | 135,546,708 | - | (106,186,616) | **78,532,092** |

**Fidelity 043 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Mutual Funds | Money Market Funds | Margin Loan | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | *Transfers* | | | | | *Account Value* | | | | |
| 3/1/2005 | 3/31/2005 | | | | - | - | 49,094,000 | - | 135,585,308 | - | (106,391,291) | 78,288,018 |
| 4/1/2005 | 4/30/2005 | | | (5,100,000) | - | - | 49,219,000 | - | 138,038,772 | - | (111,264,664) | 75,993,108 |
| 5/1/2005 | 5/31/2005 | | | | - | - | 49,297,000 | - | 139,018,328 | - | (111,561,370) | 76,753,959 |
| 6/1/2005 | 6/30/2005 | | | | - | - | 49,328,000 | - | 139,493,244 | - | (111,857,937) | 76,963,307 |
| 7/1/2005 | 7/31/2005 | | | (2,546,197) | - | - | 49,312,500 | - | 136,927,308 | - | (114,730,192) | 71,509,616 |
| 8/1/2005 | 8/31/2005 | | | (626,584) | - | - | 49,422,000 | - | 138,744,813 | - | (114,711,675) | 73,455,139 |
| 9/1/2005 | 9/30/2005 | | | | - | - | 49,422,000 | - | 138,449,707 | - | (115,074,888) | 72,796,820 |
| 10/1/2005 | 10/31/2005 | | | | - | - | 49,484,500 | - | 136,801,555 | - | (114,977,501) | 71,308,554 |
| 11/1/2005 | 11/30/2005 | | | | - | - | 49,594,000 | - | 137,049,814 | - | (115,395,317) | 71,248,497 |
| 12/1/2005 | 12/31/2005 | | (22,800,000) | (4,601,898) | - | - | - | - | 94,721,154 | - | (49,752,512) | 44,968,642 |
| 1/1/2006 | 1/31/2006 | | (42,000,000) | | - | - | - | - | - | 2,832,283 | - | 2,832,283 |
| 2/1/2006 | 2/28/2006 | | | | - | - | - | - | - | 2,837,954 | - | 2,837,954 |
| 3/1/2006 | 3/31/2006 | | | | - | - | - | - | - | 2,844,394 | - | 2,844,394 |
| 4/1/2006 | 4/30/2006 | | (2,844,000) | | - | - | - | - | - | 3,088 | - | 3,088 |
| | | **$ 402,600,000** | **$ (361,144,000)** | **$ (58,374,679)** | | | | | | | | |
| Pre-10 Year Period | | 202,600,000 | - | - | | | | | | | | |
| During 10 Year Period | | 200,000,000 | (361,144,000) | (58,374,679) | | | | | | | | |
| | | **$ 402,600,000** | **$ (361,144,000)** | **$ (58,374,679)** [5] | | | | | | | | |

[1] Source documents, including monthly account statements from August 1998 to May 2009:
 FMRSAA0001529 - 1985           MAITAA0016601 - 16608
 FMRSAA0114386 - 114855         MAITAA0016803 - 16818
 FMRSAA0119976 - 119988         MAITAA0016823 - 16830
 MAITAA0016497 - 16500          MAITAA0017919 - 17922
 MAITAA0016509 - 16512          MAITAA0018019 - 18026
 MAITAA0016541 - 16544          SECSBE0001066 - 1522
 MAITAA0016553 - 16556

[2] The $202.6 million represents three transfers from the 703 Account that occured in August 1998, prior to the time period for which there were available statements for the 703 Account, and therefore is not reflected in the summary of other activity in/out of the 703 Account attached as **Exhibit 13**. The descriptions for these transactions per the Fidelity 043 Account statements are consistent with the descriptions of the transfers from the 703 Account that we were able to confirm using available statements for the 703 Account. *See* FMRSAA0119978, FMRSAA0114393 and MADWAA00389894 - 96. In addition, these transactions are reflected as outgoing transfers on the Daily Sheets for the "C.M." account on the corresponding days with a description of "BLM 3SPEC." *See* MADTSS01310977-81.

[3] The statement for October 1998 was not available. The account values represent the values as of 11/1/1998 per the November 1998 statement.

[4] On November 15, 2000, approximately $46 million of Treasury Notes was transferred out of the Fidelity 043 Account to Madoff Securities International Limited for the benefit of Madoff (*see* UKMSLLWA00004249 - 4251 and UKMSLLWA00004329). On October 30, 2001, approximately $40 million of Federal Home Loan Bank bonds were also transferred out of the Fidelity 043 Account.

[5] $58 million was transferred from the Fidelity 043 Account to, or for the benefit of, Madoff family members and various charities. Amount includes a $23.5 million transfer to the BONY 621 Account for a repayment of funds to an account at Bank of New York held by Madoff.