# EXHIBIT 17

**IA Business Monthly Cash & Investment Balances**

| | 703 Account Monthly Cash & Investment Balances ||||||| BT Account | 8 Brokerage Accounts Monthly Total Account Values (See Exhibits 15.1 - 15.8) |||||||||| | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month End | 703 Account Closing Ledger Balance | Overnight Sweeps | Overnight Deposits | Commercial Paper | CDs[1] | Treasury Bills | Total 703 Account Balance and Investments | BT Account Closing Ledger Balance | Bear Stearns 698 Account | Fidelity 043 Account | Lehman 398 Account | Lehman 152 Account | Morgan Stanley 719 Account | BONY 239 Account | Lehman 435 Account | M&T 039 Account | Total 8 Brokerage Accounts | Total 703, BT, and 8 Brokerage Accounts and Investments | Increase / (Decrease) from Previous Month | Monthly Net Customer Deposits / (Withdrawals) |
| 11/30/1998 | 1,683,834 | - | 4,000,000 | - | 490,000,000 | - | 495,683,834 | 273,933 | 582,508,235 | 205,682,209 | - | - | - | - | - | - | 788,190,444 | 1,284,148,211 | n/a | 2,064,954 |
| 12/31/1998 | 27,216,446 | - | 10,000,000 | - | 551,000,000 | - | 588,216,446 | 708,926 | 561,631,631 | 205,555,278 | - | - | - | - | - | - | 767,186,908 | 1,356,112,280 | 71,964,069 | 91,215,048 |
| 1/31/1999 | 1,671,772 | - | 9,000,000 | - | 595,000,000 | - | 605,671,772 | 816,815 | 563,529,825 | 205,398,338 | - | - | - | - | - | - | 768,928,163 | 1,375,416,750 | 19,304,469 | 17,379,456 |
| 2/28/1999 | 8,044,013 | - | 9,500,000 | 20,000,000 | 770,000,000 | - | 807,544,013 | 801,764 | 562,045,115 | 208,785,496 | - | - | - | - | - | - | 770,830,611 | 1,579,176,388 | 203,759,638 | 195,195,217 |
| 3/31/1999 | 1,227,369 | - | 17,000,000 | 125,000,000 | 585,000,000 | - | 728,227,369 | 825,869 | 565,324,396 | 404,573,292 | - | - | - | - | - | - | 969,897,688 | 1,698,950,926 | 119,774,538 | 141,225,726 |
| 4/30/1999 | 4,193,344 | - | 3,000,000 | 40,000,000 | 425,000,000 | - | 472,193,344 | 816,441 | 567,862,981 | 404,352,596 | 150,000,000 | - | - | - | - | - | 1,122,215,577 | 1,595,225,363 | (103,725,563) | (96,582,349) |
| 5/31/1999 | 7,606,288 | - | 20,400,000 | - | 545,000,000 | - | 573,006,288 | 26,523 | 560,720,744 | 402,352,648 | 150,000,000 | - | - | - | - | - | 1,113,073,391 | 1,686,106,202 | 90,880,839 | 76,020,086 |
| 6/30/1999 | 20,091,213 | - | 5,300,000 | - | 650,000,000 | - | 675,391,213 | 26,523 | 554,618,340 | 401,991,482 | 150,000,000 | - | - | - | - | - | 1,106,609,822 | 1,782,027,558 | 95,921,356 | 81,109,346 |
| 7/31/1999 | 4,248,694 | - | 14,600,000 | - | 655,000,000 | - | 673,848,694 | 26,523 | 554,618,340 | 401,755,290 | 150,000,000 | - | - | - | - | - | 1,106,373,630 | 1,780,248,847 | (1,778,711) | 16,013,362 |
| 8/31/1999 | 2,475,868 | - | 29,700,000 | - | 765,000,000 | - | 797,175,868 | 26,523 | 554,618,340 | 412,004,891 | 150,000,000 | - | - | - | - | - | 1,116,623,231 | 1,913,825,622 | 133,576,774 | 125,645,438 |
| 9/30/1999 | 1,994,342 | - | 13,100,000 | - | 915,000,000 | - | 930,094,342 | 26,523 | 561,912,030 | 412,517,035 | 150,000,000 | - | - | - | - | - | 1,124,429,065 | 2,054,549,929 | 140,724,308 | 135,953,380 |
| 10/31/1999 | 4,279,169 | - | 11,500,000 | 52,000,000 | 835,000,000 | - | 902,779,169 | - | 563,668,915 | 412,102,913 | 150,000,000 | - | - | - | - | - | 1,125,771,828 | 2,028,550,996 | (25,998,933) | (23,031,386) |
| 11/30/1999 | 2,589,622 | - | 14,000,000 | 225,000,000 | 790,000,000 | - | 1,031,589,622 | - | 566,502,213 | 411,327,404 | 145,785,186 | - | - | - | - | - | 1,123,614,803 | 2,155,204,424 | 126,653,428 | 117,707,399 |
| 12/31/1999 | 2,320,237 | - | 10,000,000 | 24,000,000 | 755,000,000 | - | 791,320,237 | - | 551,753,445 | 411,010,358 | 345,785,186 | - | 99,250,006 | - | - | - | 1,407,798,995 | 2,199,119,232 | 43,914,808 | 53,255,377 |
| 1/31/2000 | 4,154,672 | - | 24,000,000 | - | 735,000,000 | - | 763,154,672 | - | 551,753,445 | 414,283,456 | 346,129,809 | - | 99,250,006 | - | - | - | 1,411,416,716 | 2,174,571,388 | (24,547,844) | (25,064,266) |
| 2/29/2000 | 16,673,816 | - | - | 25,000,000 | 840,000,000 | - | 881,673,816 | - | 551,753,445 | 414,134,196 | 347,305,147 | - | 99,250,006 | - | - | - | 1,418,442,794 | 2,300,116,610 | 125,545,222 | 106,368,193 |
| 3/31/2000 | 3,292,513 | - | 6,000,000 | 265,000,000 | 682,000,000 | - | 956,292,513 | - | 558,918,520 | 421,258,319 | 346,488,007 | - | 99,000,006 | - | - | - | 1,425,664,853 | 2,381,957,366 | 81,840,756 | 80,982,797 |
| 4/30/2000 | 868,099 | - | 8,500,000 | 25,000,000 | 565,000,000 | - | 599,368,099 | - | 561,233,555 | 421,258,067 | 346,490,097 | - | 99,000,006 | - | - | - | 1,427,981,724 | 2,027,349,823 | (354,607,543) | (344,065,865) |
| 5/31/2000 | 816,347 | - | 12,800,000 | - | 600,000,000 | - | 613,616,347 | - | 560,698,640 | 420,938,670 | 353,005,355 | - | 81,179,985 | - | - | - | 1,415,822,651 | 2,029,438,998 | 2,089,175 | 5,698,748 |
| 6/30/2000 | 1,919,783 | - | 8,000,000 | 50,000,000 | 700,000,000 | - | 759,919,783 | - | 552,560,080 | 422,048,559 | 357,404,775 | - | 81,384,985 | - | - | - | 1,413,398,399 | 2,173,318,182 | 143,879,185 | 138,279,565 |
| 7/31/2000 | 3,110,708 | - | 11,000,000 | - | 580,000,000 | - | 594,110,708 | - | 552,560,080 | 426,344,547 | 357,901,210 | - | 81,384,985 | - | - | - | 1,418,190,822 | 2,012,301,530 | (161,016,652) | (166,056,238) |
| 8/31/2000 | 16,594,589 | - | 44,500,000 | - | 670,000,000 | - | 731,094,589 | - | 552,560,080 | 431,753,381 | 358,570,395 | - | 81,384,985 | - | - | - | 1,424,268,841 | 2,155,363,431 | 143,061,900 | 116,873,096 |
| 9/30/2000 | 6,785,201 | - | 39,500,000 | 175,000,000 | 555,000,000 | - | 776,285,201 | - | 562,558,130 | 435,765,153 | 359,164,817 | - | 81,589,985 | - | - | - | 1,439,078,084 | 2,215,363,285 | 59,999,854 | 56,007,595 |
| 10/31/2000 | 2,045,380 | - | 34,000,000 | - | 600,000,000 | - | 636,045,380 | - | 568,189,900 | 435,924,469 | 359,168,099 | - | 81,589,985 | - | - | - | 1,444,872,453 | 2,080,917,834 | (134,445,451) | (137,425,952) |
| 11/30/2000 | 3,734,855 | - | 20,000,000 | 105,000,000 | 170,000,000 | - | 298,734,855 | - | 560,975,450 | 390,656,300 | 366,680,449 | - | 579,732,707 | - | - | - | 1,898,044,907 | 2,196,779,762 | 115,861,928 | 153,462,567 |
| 12/31/2000 | 20,493,643 | - | 28,500,000 | 148,000,000 | 75,000,000 | - | 271,993,643 | - | 536,818,066 | 386,650,402 | 371,006,169 | - | 578,186,906 | - | - | - | 1,872,661,543 | 2,144,655,186 | (52,124,576) | (46,619,804) |
| 1/31/2001 | 2,576,222 | - | 17,000,000 | - | 302,000,000 | - | 321,576,222 | - | 541,995,416 | 390,965,160 | 372,294,634 | - | 578,208,829 | - | - | - | 1,883,464,040 | 2,205,040,262 | 60,385,075 | 70,392,292 |
| 2/28/2001 | 2,119,021 | - | 14,500,000 | - | 455,000,000 | - | 471,619,021 | - | 540,703,077 | 394,690,927 | 374,715,461 | - | 583,966,547 | - | - | - | 1,894,076,013 | 2,365,695,033 | 160,654,772 | 146,941,083 |
| 3/31/2001 | 5,405,375 | - | 10,000,000 | 135,000,000 | 285,000,000 | - | 435,405,375 | - | 545,837,656 | 395,189,235 | 376,451,847 | - | 586,507,094 | - | - | - | 1,903,985,832 | 2,339,391,207 | (26,303,826) | (38,165,548) |
| 4/30/2001 | 8,860,553 | - | 25,500,000 | - | 160,000,000 | - | 194,360,553 | - | 546,448,829 | 375,033,570 | 376,620,223 | - | 586,546,649 | - | - | - | 1,884,649,220 | 2,079,009,773 | (260,381,434) | (233,916,761) |
| 5/31/2001 | 2,077,905 | - | 16,000,000 | 22,000,000 | 209,000,000 | - | 249,077,905 | - | 543,935,540 | 375,367,348 | 381,268,154 | - | 592,593,460 | - | - | - | 1,893,164,503 | 2,142,242,408 | 63,232,635 | 50,587,624 |
| 6/30/2001 | 3,663,920 | - | 40,000,000 | 163,000,000 | 55,000,000 | - | 261,663,920 | - | 546,763,494 | 372,272,468 | 382,268,517 | - | 594,255,758 | - | - | - | 1,895,560,236 | 2,157,224,156 | 14,981,748 | 19,863,821 |
| 7/31/2001 | 5,024,437 | - | 13,500,000 | 50,000,000 | - | - | 68,524,437 | - | 543,298,974 | 373,771,251 | 383,136,464 | - | 594,307,130 | - | - | - | 1,894,513,819 | 1,963,038,257 | (194,185,899) | (157,668,765) |
| 8/31/2001 | 17,915,354 | - | 17,000,000 | 128,000,000 | - | - | 162,915,354 | - | 541,193,241 | 379,564,244 | 385,226,246 | - | 597,994,144 | - | - | - | 1,903,977,874 | 2,066,893,229 | 103,854,972 | 78,668,608 |
| 9/30/2001 | 16,626,422 | - | 26,000,000 | 60,000,000 | - | - | 102,626,422 | - | 539,510,414 | 382,153,065 | 385,188,968 | - | 600,044,941 | - | - | - | 1,906,897,388 | 2,009,523,810 | (57,369,419) | (53,744,538) |
| 10/31/2001 | 6,704,098 | - | 12,000,000 | 90,000,000 | - | - | 108,704,098 | - | 429,066,410 | 343,912,672 | 386,768,412 | - | 501,639,319 | - | - | - | 1,661,386,813 | 1,770,090,911 | (239,432,899) | (194,599,313) |
| 11/30/2001 | 5,641,936 | - | 24,000,000 | 10,000,000 | 249,000,000 | - | 288,641,936 | - | 425,366,982 | 342,588,493 | 287,723,676 | - | 501,646,946 | - | - | - | 1,557,326,096 | 1,845,968,032 | 75,877,121 | 176,323,379 |
| 12/31/2001 | 26,581,003 | - | 25,000,000 | 225,000,000 | 50,000,000 | - | 326,581,003 | - | 385,049,812 | 342,929,789 | 340,367,242 | - | 503,465,897 | - | - | - | 1,571,812,740 | 1,898,393,743 | 52,425,711 | 11,274,155 |
| 1/31/2002 | 4,857,623 | - | 21,000,000 | - | 470,000,000 | - | 495,857,623 | - | 380,512,169 | 343,219,506 | 341,049,045 | - | 504,400,515 | - | - | - | 1,569,181,235 | 2,065,038,858 | 166,645,115 | 179,487,300 |
| 2/28/2002 | 964,602 | 5,421,430 | 17,000,000 | 15,000,000 | 420,000,000 | - | 458,386,032 | - | 372,552,990 | 344,293,746 | 342,003,244 | - | 505,017,605 | - | - | - | 1,563,867,586 | 2,022,253,618 | (42,785,240) | (42,860,121) |
| 3/31/2002 | 1 | 2,471,565 | 25,000,000 | 47,000,000 | 474,000,000 | - | 548,471,566 | - | 373,065,543 | 343,128,349 | 337,069,833 | - | 505,674,043 | - | - | - | 1,558,937,769 | 2,107,409,334 | 85,155,716 | 93,223,768 |
| 4/30/2002 | 441,346 | 1,648,009 | 18,500,000 | - | 205,400,000 | - | 225,989,355 | - | 373,987,988 | 335,953,768 | 343,436,958 | - | 503,507,323 | - | - | - | 1,556,526,036 | 1,782,515,391 | (324,893,943) | (332,575,422) |
| 5/31/2002 | 91,000 | 1,374,136 | 18,000,000 | 30,000,000 | 253,000,000 | - | 302,465,136 | - | 369,120,580 | 335,816,399 | 344,287,337 | - | 504,268,509 | - | - | - | 1,553,492,824 | 1,855,957,960 | 73,442,570 | 78,392,587 |
| 6/30/2002 | 2,628,891 | 4,133,618 | 45,000,000 | 261,000,000 | 55,000,000 | - | 367,762,509 | - | 369,873,596 | 293,486,334 | 330,694,804 | - | 504,924,506 | - | - | - | 1,498,979,239 | 1,866,741,748 | 10,783,788 | 13,139,800 |
| 7/31/2002 | 219,539 | 1,674,728 | 14,000,000 | 140,000,000 | - | - | 155,894,267 | - | 371,919,108 | 295,209,342 | 333,061,254 | - | 505,618,466 | - | - | - | 1,505,808,170 | 1,661,702,437 | (205,039,311) | (201,141,283) |
| 8/31/2002 | 132,050 | 4,396,425 | 21,000,000 | - | 190,000,000 | - | 215,528,475 | - | 372,542,170 | 298,274,940 | 334,002,165 | - | 506,294,128 | - | - | - | 1,511,113,404 | 1,726,641,879 | 64,939,442 | 63,922,698 |
| 9/30/2002 | 2,636,257 | 9,423,133 | 30,000,000 | 202,000,000 | 45,000,000 | - | 289,059,390 | - | 374,101,146 | 303,145,406 | 293,536,392 | - | 507,088,777 | - | - | - | 1,477,871,722 | 1,766,931,111 | 40,289,232 | 26,802,980 |
| 10/31/2002 | 1,866,291 | 3,864,840 | 13,000,000 | 145,000,000 | - | - | 163,731,131 | - | 374,338,223 | 299,718,869 | 292,569,484 | - | 498,796,926 | - | - | - | 1,465,423,501 | 1,629,154,632 | (137,776,479) | (115,925,008) |
| 11/30/2002 | 1,670,300 | 6,560,587 | 16,000,000 | 18,000,000 | 155,000,000 | - | 197,230,887 | - | 369,307,682 | 299,663,829 | 291,760,811 | - | 499,464,179 | - | - | - | 1,460,196,501 | 1,657,427,388 | 28,272,756 | 27,669,878 |
| 12/31/2002 | 2,401,621 | 21,047,564 | 25,000,000 | 200,000,000 | 66,000,000 | - | 314,449,195 | - | 372,993,578 | 229,658,251 | 220,083,832 | - | 500,026,904 | - | - | - | 1,322,762,566 | 1,637,211,761 | (20,215,627) | (31,966,919) |
| 1/31/2003 | 1,571,174 | 8,964,952 | - | 28,000,000 | 357,000,000 | - | 395,536,126 | - | 373,500,954 | 231,060,333 | 219,115,310 | - | 490,525,217 | - | - | - | 1,314,201,815 | 1,709,737,941 | 72,526,180 | 94,833,422 |
| 2/28/2003 | 389,736 | 5,514,334 | 11,700,000 | 54,000,000 | 340,000,000 | - | 411,604,070 | - | 368,454,191 | 236,585,536 | 222,280,430 | - | 490,922,645 | - | - | - | 1,318,242,803 | 1,729,846,872 | 20,108,931 | 18,357,063 |
| 3/31/2003 | 354,529 | 12,484,801 | - | - | 298,000,000 | 95,000,000 | 405,839,330 | - | 374,756,523 | 221,150,433 | - | - | 476,384,064 | 229,093,354 | - | - | 1,301,384,374 | 1,706,923,703 | (22,923,169) | (1,425,533) |
| 4/30/2003 | 3,896,036 | 11,480,266 | 15,000,000 | - | 175,000,000 | - | 205,376,302 | - | 359,912,429 | 169,539,263 | 214,455,648 | - | 476,803,474 | - | - | - | 1,220,710,814 | 1,426,087,116 | (280,836,587) | (260,351,922) |
| 5/31/2003 | 2,221,197 | 8,378,751 | 13,000,000 | 72,000,000 | 160,000,000 | - | 255,599,948 | - | 361,025,211 | 175,456,973 | 221,469,630 | - | 477,156,159 | - | - | - | 1,235,107,973 | 1,490,707,921 | 64,620,805 | 55,581,107 |
| 6/30/2003 | 1,377,131 | 11,492,598 | 40,000,000 | 260,000,000 | 50,000,000 | - | 362,869,729 | - | 361,692,596 | 79,472,159 | 137,137,873 | 32,074,327 | 467,778,878 | - | - | - | 1,078,154,247 | 1,441,023,976 | (49,683,944) | (44,316,265) |
| 7/31/2003 | 1,480,975 | 7,079,375 | 20,000,000 | 130,000,000 | - | - | 158,560,350 | - | 351,025,149 | 73,409,029 | 129,975,270 | 30,414,533 | 467,778,878 | - | - | - | 1,052,602,860 | 1,211,163,210 | (229,860,767) | (189,618,223) |
| 8/31/2003 | 3,001 | 11,643,912 | 22,000,000 | 175,000,000 | - | - | 208,646,913 | - | 348,368,756 | 75,274,834 | 131,692,870 | 29,663,717 | 468,357,125 | - | - | - | 1,053,357,302 | 1,262,004,215 | 50,841,005 | 51,241,300 |
| 9/30/2003 | 976,666 | 24,177,969 | 40,000,000 | - | 255,000,000 | - | 320,154,635 | - | 346,270,516 | 79,406,595 | 124,212,119 | 24,377,655 | 378,813,175 | - | - | - | 953,080,060 | 1,273,234,696 | 11,230,481 | 2,681,108 |
| 10/31/2003 | 11,767 | 19,311,754 | 45,000,000 | 195,000,000 | - | - | 259,323,521 | - | 346,349,014 | 79,506,714 | 123,298,351 | 23,215,785 | 359,009,889 | - | - | - | 931,379,753 | 1,190,703,274 | (82,531,421) | (59,810,068) |
| 11/30/2003 | 86,713 | 19,855,264 | - | 60,000,000 | 340,000,000 | - | 419,941,977 | - | 346,562,994 | 79,507,165 | 124,403,938 | 23,944,197 | 359,238,673 | - | - | - | 933,656,966 | 1,353,598,943 | 162,895,669 | 168,755,171 |
| 12/31/2003 | 4,061,657 | 41,069,231 | 50,000,000 | - | 175,000,000 | - | 270,130,888 | - | 342,554,863 | 71,345,053 | 28,234,070 | 49,960,815 | 359,306,226 | - | - | - | 851,401,026 | 1,121,531,914 | (232,067,029) | (213,669,759) |
| 1/31/2004 | 677,485 | 34,603,407 | - | 214,000,000 | 50,000,000 | - | 299,280,892 | - | 335,202,211 | 72,692,641 | 27,593,917 | 51,536,531 | 359,310,456 | - | - | - | 846,335,755 | 1,145,616,647 | 24,084,733 | 24,743,019 |
| 2/29/2004 | 59,901 | 25,009,709 | 35,000,000 | 60,000,000 | - | - | 120,069,610 | - | 328,648,263 | 75,293,274 | 28,109,667 | 54,247,819 | 360,653,104 | - | - | - | 846,952,127 | 967,021,737 | (178,594,910) | (183,659,009) |
| 3/31/2004 | 385,527 | 11,466,235 | 50,000,000 | - | 430,000,000 | - | 491,851,762 | - | 329,373,184 | 77,115,504 | 27,803,242 | 53,549,108 | 360,947,221 | - | - | - | 848,788,159 | 1,340,639,921 | 373,618,184 | 388,760,175 |
| 4/30/2004 | 454,150 | 18,557,861 | 50,000,000 | - | 255,000,000 | - | 324,012,011 | - | 319,923,939 | 70,553,909 | 27,039,934 | 48,601,203 | 360,562,380 | - | - | - | 826,681,365 | 1,150,693,376 | (189,946,545) | (150,232,074) |
| 5/31/2004 | 711,264 | 18,483,259 | 45,000,000 | - | 315,000,000 | - | 379,194,523 | - | 312,174,203 | 72,039,807 | 26,502,437 | 48,471,256 | 360,557,954 | - | - | - | 819,745,657 | 1,198,940,180 | 48,246,804 | 50,658,155 |
| 6/30/2004 | 55,770 | 19,926,580 | 25,000,000 | 40,000,000 | 215,000,000 | - | 319,982,351 | - | 296,093,986 | 71,854,052 | 26,605,451 | 48,836,376 | 360,625,982 | - | - | - | 804,015,847 | 1,123,998,198 | (74,941,982) | (40,570,120) |
| 7/31/2004 | 145,000 | 15,283,553 | 30,000,000 | 30,000,000 | 315,000,000 | - | 390,428,553 | - | 296,996,015 | 73,266,098 | 26,663,291 | 51,117,549 | 360,632,495 | - | - | - | 808,675,448 | 1,199,104,001 | 75,105,803 | 78,422,247 |
| 8/31/2004 | 215,546 | 16,245,211 | 30,000,000 | - | 640,000,000 | - | 686,460,757 | - | 289,297,570 | 76,788,042 | 27,205,665 | 54,702,588 | 362,133,043 | - | - | - | 810,126,908 | 1,496,587,665 | 297,483,664 | 295,958,015 |
| 9/30/2004 | 10,681,513 | 50,000,000 | 60,000,000 | - | 653,000,000 | - | 773,681,513 | - | 280,880,031 | 77,000,176 | 27,283,378 | 54,772,911 | 362,312,043 | - | - | - | 802,248,538 | 1,575,930,050 | 79,342,386 | 82,099,547 |

**IA Business Monthly Cash & Investment Balances**

| | 703 Account Monthly Cash & Investment Balances | | | | | | BT Account | 8 Brokerage Accounts Monthly Total Account Values (See Exhibits 15.1 - 15.8) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month End | 703 Account Closing Ledger Balance | Overnight Sweeps | Overnight Deposits | Commercial Paper | CDs[1] | Treasury Bills | Total 703 Account Balance and Investments | BT Account Closing Ledger Balance | Bear Stearns 698 Account | Fidelity 043 Account | Lehman 398 Account | Lehman 152 Account | Morgan Stanley 719 Account | BONY 239 Account | Lehman 435 Account | M&T 039 Account | Total 8 Brokerage Accounts | Total 703, BT, and 8 Brokerage Accounts and Investments | Increase / (Decrease) from Previous Month | Monthly Net Customer Deposits / (Withdrawals) |
| 10/31/2004 | 383,134 | 48,501,163 | 50,000,000 | - | 715,000,000 | - | 813,884,297 | - | 281,412,811 | 78,589,374 | 27,421,056 | 55,643,097 | 362,325,112 | - | - | - | 805,391,450 | 1,619,275,747 | 43,345,697 | 17,260,185 |
| 11/30/2004 | 290,450 | 14,272,125 | 25,000,000 | - | 860,000,000 | - | 899,562,575 | - | 267,176,728 | 77,660,509 | 26,734,082 | 50,086,079 | 362,341,503 | - | - | - | 783,998,900 | 1,683,561,475 | 64,285,728 | 121,764,634 |
| 12/31/2004 | 1,084,601 | 20,426,028 | 35,000,000 | - | 710,000,000 | - | 766,510,629 | - | 267,351,560 | 79,573,671 | 26,939,179 | 50,693,956 | 359,126,441 | - | - | - | 783,684,807 | 1,550,195,436 | (133,366,040) | (135,648,270) |
| 1/31/2005 | 1,479,870 | 27,604,721 | 45,000,000 | - | 900,000,000 | - | 974,084,591 | - | 258,985,103 | 79,496,982 | 26,655,541 | 50,853,990 | 359,516,332 | - | - | - | 775,507,948 | 1,749,592,539 | 199,397,103 | 213,319,404 |
| 2/28/2005 | 362,904 | 16,016,522 | 40,000,000 | - | 840,000,000 | - | 896,379,426 | - | 258,106,959 | 78,532,092 | 26,461,134 | 50,108,905 | 360,680,124 | - | - | - | 773,889,214 | 1,670,268,641 | (79,323,899) | (74,671,354) |
| 3/31/2005 | 2,355,079 | 16,031,183 | 40,000,000 | 270,000,000 | 230,000,000 | - | 558,386,262 | - | 299,044,489 | 78,288,018 | 26,260,887 | 49,814,312 | 511,494,699 | 98,995,699 | - | - | 1,063,898,104 | 1,622,284,365 | (47,984,275) | (43,625,860) |
| 4/30/2005 | 505,001 | 16,826,133 | 50,000,000 | 280,000,000 | - | - | 347,331,134 | - | 300,575,605 | 75,993,108 | 26,712,502 | 50,885,784 | 512,618,357 | 99,764,935 | - | - | 1,066,550,290 | 1,413,881,424 | (208,402,942) | (196,276,431) |
| 5/31/2005 | 700,149 | 36,119,141 | 55,000,000 | - | 270,000,000 | - | 361,819,290 | - | 296,553,476 | 76,753,959 | 26,193,253 | 51,656,723 | 512,651,231 | 100,373,157 | - | - | 1,064,181,799 | 1,426,001,088 | 12,119,664 | 19,626,441 |
| 6/30/2005 | 457,238 | 19,582,228 | 45,000,000 | 70,000,000 | 280,000,000 | - | 415,039,466 | - | 296,982,003 | 76,963,307 | 26,328,227 | 51,829,555 | 514,687,659 | 98,734,896 | - | - | 1,065,525,647 | 1,480,565,114 | 54,564,025 | 58,019,365 |
| 7/31/2005 | 1,160,901 | 16,602,873 | 44,000,000 | 45,000,000 | 195,000,000 | - | 301,763,774 | - | 296,313,605 | 71,509,616 | 25,840,402 | 51,305,594 | 514,725,499 | 100,249,096 | - | - | 1,059,943,813 | 1,361,707,586 | (118,857,527) | (102,437,869) |
| 8/31/2005 | 2,594,696 | 22,536,366 | 45,000,000 | 35,000,000 | 270,000,000 | - | 375,131,062 | - | 298,110,435 | 73,455,139 | 25,812,399 | 51,903,054 | 517,874,491 | 101,117,656 | - | - | 1,068,273,174 | 1,443,404,236 | 81,696,649 | 77,007,023 |
| 9/30/2005 | 3,535,950 | 50,000,000 | 55,000,000 | 310,000,000 | 35,000,000 | - | 453,535,950 | - | 187,990,183 | 72,796,820 | 25,705,032 | 51,410,098 | 419,228,571 | 100,586,546 | - | - | 857,717,250 | 1,311,253,200 | (132,151,035) | (122,708,251) |
| 10/31/2005 | 1,100,048 | 19,438,556 | 45,000,000 | 20,000,000 | - | - | 85,538,604 | - | 146,297,645 | 71,308,554 | 25,433,462 | 50,735,797 | 321,376,664 | 99,692,580 | - | - | 714,844,702 | 800,383,306 | (510,869,894) | (506,532,196) |
| 11/30/2005 | 288,971 | 20,840,975 | 55,000,000 | 125,000,000 | - | - | 201,129,946 | - | 96,680,361 | 71,248,497 | 25,491,803 | 50,937,093 | 199,698,420 | 100,733,585 | - | - | 543,789,758 | 744,919,705 | (55,463,602) | (126,888,673) |
| 12/31/2005 | 323,218 | 25,763,169 | 55,000,000 | 50,000,000 | - | - | 131,086,387 | - | 21,573,290 | 44,968,642 | 11,569,885 | 16,368,041 | 149,439,444 | 26,706,162 | - | - | 270,625,464 | 401,711,851 | (343,207,854) | (334,455,109) |
| 1/31/2006 | 748,467 | 24,144,444 | 55,000,000 | 40,000,000 | - | - | 119,892,911 | - | 1,608,448 | 2,832,283 | 12,204,832 | (8,709) | 333,565 | 26,733,649 | - | - | 43,704,069 | 163,596,980 | (238,114,871) | (297,320,699) |
| 2/28/2006 | 13,865 | 19,074,631 | 130,000,000 | - | - | - | 149,088,496 | - | 1,625,455 | 2,837,954 | 12,196,752 | (8,744) | 334,596 | 26,764,229 | - | - | 43,750,242 | 192,838,737 | 29,241,757 | 798,115 |
| 3/31/2006 | 70,375 | 26,165,882 | 105,000,000 | - | - | - | 131,236,257 | - | 1,630,904 | 2,844,394 | 12,020,452 | 8 | 335,767 | 26,763,236 | - | - | 43,594,761 | 174,831,017 | (18,007,720) | (15,938,321) |
| 4/30/2006 | 405,023 | 33,925,928 | 77,000,000 | - | - | - | 111,330,951 | - | 0 | 3,088 | 47,283 | (0) | 336,865 | - | - | - | 387,235 | 111,718,186 | (63,112,831) | (238,253,880) |
| 5/31/2006 | 502,701 | 20,564,198 | 440,000,000 | - | - | - | 461,066,899 | - | - | 3,096 | 47,474 | - | 338,210 | - | - | - | 388,780 | 461,455,678 | 349,737,492 | 376,629,572 |
| 6/30/2006 | 300,334 | 23,374,910 | 115,000,000 | - | - | - | 138,675,244 | - | - | 3,104 | 47,664 | - | 339,480 | - | - | - | 390,247 | 139,065,491 | (322,390,187) | 95,805,288 |
| 7/31/2006 | 597,333 | 25,068,860 | 445,000,000 | - | - | - | 470,666,193 | - | - | 3,112 | 47,870 | - | 340,844 | - | - | - | 391,826 | 471,058,019 | 331,992,528 | 362,866,004 |
| 8/31/2006 | 1,014,895 | 21,119,040 | 190,000,000 | - | 585,000,000 | - | 797,133,935 | - | - | 3,120 | 48,078 | - | 342,245 | - | - | - | 393,442 | 797,527,377 | 326,469,358 | 319,503,891 |
| 9/30/2006 | 800,207 | 28,411,690 | 140,000,000 | - | 935,000,000 | - | 1,104,211,897 | - | - | 3,128 | 48,280 | - | 343,565 | - | - | - | 394,973 | 1,104,606,870 | 307,079,492 | 306,238,241 |
| 10/31/2006 | 520,901 | 17,188,488 | 175,000,000 | - | 1,380,000,000 | - | 1,572,709,389 | - | - | 3,136 | 48,491 | - | 345,009 | - | - | - | 396,636 | 1,573,106,025 | 468,499,155 | 502,241,679 |
| 11/30/2006 | 609,845 | 15,729,915 | 80,000,000 | - | 1,850,000,000 | - | 1,946,339,760 | - | - | 3,144 | 48,696 | - | 346,360 | - | - | - | 398,199 | 1,946,737,959 | 373,631,934 | 373,291,816 |
| 12/31/2006 | 394,700 | 31,400,398 | 295,000,000 | - | 1,485,000,000 | - | 1,811,795,098 | - | - | 3,153 | 48,908 | - | 347,670 | - | - | - | 399,731 | 1,812,194,829 | (134,543,130) | (133,585,771) |
| 1/31/2007 | 337,460 | 34,500,458 | 140,000,000 | - | 2,710,000,000 | - | 2,884,837,918 | - | - | 3,161 | 49,121 | - | 348,922 | - | - | - | 401,204 | 2,885,239,122 | 1,073,044,293 | 1,061,263,917 |
| 2/28/2007 | 31,882 | 7,482,899 | 155,000,000 | - | 3,405,000,000 | - | 3,567,514,781 | - | - | 3,169 | 49,315 | - | 350,202 | - | - | - | 402,685 | 3,567,917,466 | 682,678,344 | 718,293,372 |
| 3/31/2007 | 2,000,000 | 20,740,300 | 160,000,000 | - | 2,725,000,000 | 600,000,000 | 3,507,740,300 | - | - | 3,177 | 49,530 | - | 351,586 | - | - | - | 404,293 | 3,508,144,593 | (59,772,873) | (90,920,764) |
| 4/30/2007 | 1,014,710 | 19,376,103 | 125,000,000 | - | 2,600,000,000 | 600,000,000 | 3,345,390,813 | - | - | 3,185 | 49,738 | - | 353,021 | - | - | - | 405,945 | 3,345,796,758 | (162,347,835) | (132,004,035) |
| 5/31/2007 | 1,252,341 | 17,968,967 | 120,000,000 | - | 2,770,000,000 | 900,000,000 | 3,809,221,308 | - | - | 3,195 | 49,954 | - | 354,458 | - | 100,313,587 | - | 100,721,193 | 3,909,942,501 | 564,145,743 | 546,746,164 |
| 6/30/2007 | 292,100 | 23,808,886 | 145,000,000 | - | 2,800,000,000 | 900,000,000 | 3,869,100,986 | - | - | 3,203 | 50,164 | - | 355,811 | - | 100,730,645 | 99,525,000 | 200,664,824 | 4,069,765,810 | 159,823,309 | 257,252,897 |
| 7/31/2007 | 153,251 | 19,070,591 | 110,000,000 | - | 2,750,000,000 | 1,200,000,000 | 4,079,223,842 | - | - | 3,212 | 50,383 | - | 357,312 | - | 100,730,645 | 99,525,000 | 200,666,552 | 4,279,890,393 | 210,124,584 | 220,858,110 |
| 8/31/2007 | 156,001 | 39,501,940 | 150,000,000 | - | 2,155,000,000 | 2,000,000,000 | 4,344,657,941 | - | - | 3,221 | 50,383 | - | 358,793 | - | 101,747,474 | 100,512,130 | 202,672,000 | 4,547,329,941 | 267,439,547 | 252,178,159 |
| 9/30/2007 | 376,500 | 9,918,924 | 120,000,000 | - | 1,935,000,000 | 2,000,000,000 | 4,065,295,424 | - | - | 3,229 | 50,807 | - | 360,139 | - | 102,082,447 | 100,841,177 | 203,337,799 | 4,268,633,223 | (278,696,718) | (261,712,389) |
| 10/31/2007 | 1,062,732 | 9,358,636 | 310,000,000 | - | 1,675,000,000 | 2,000,000,000 | 3,995,421,368 | - | - | 3,238 | 51,013 | - | 361,508 | - | 102,082,447 | 100,845,007 | 203,343,213 | 4,198,764,581 | (69,868,642) | (72,107,013) |
| 11/30/2007 | 188,333 | 10,642,343 | 85,000,000 | - | 2,310,000,000 | 2,300,000,000 | 4,705,830,676 | - | - | 3,246 | 51,203 | - | 362,896 | - | 102,798,685 | 101,573,749 | 204,789,780 | 4,910,620,456 | 711,855,874 | 722,152,772 |
| 12/31/2007 | 742,309 | 32,435,254 | 235,000,000 | - | 1,290,000,000 | 2,800,000,000 | 4,358,177,563 | - | - | 3,254 | 51,395 | - | 364,447 | - | 103,078,880 | 101,845,006 | 205,342,982 | 4,563,520,545 | (347,099,910) | (354,994,226) |
| 1/31/2008 | 3,358,611 | 17,795,141 | 125,000,000 | - | 1,645,000,000 | 2,800,000,000 | 4,591,153,752 | - | - | 3,261 | 51,572 | - | 365,689 | - | 103,078,880 | 101,849,916 | 205,349,319 | 4,796,503,071 | 232,982,526 | 246,707,262 |
| 2/29/2008 | 477,471 | 9,141,074 | 75,000,000 | - | 1,875,000,000 | 2,800,000,000 | 4,759,618,545 | - | - | 3,265 | 51,706 | - | 366,770 | - | 103,572,134 | 102,343,179 | 206,337,054 | 4,965,955,599 | 169,452,528 | 160,568,521 |
| 3/31/2008 | 135,534 | 11,680,619 | 220,000,000 | - | 2,100,000,000 | 2,800,000,000 | 5,131,816,153 | - | - | 3,272 | 51,831 | - | 367,674 | - | 103,788,200 | 102,550,966 | 206,761,943 | 5,338,578,096 | 372,622,497 | 372,819,286 |
| 4/30/2008 | 375,116 | 13,493,259 | 90,000,000 | - | 2,220,000,000 | 2,800,000,000 | 5,123,868,375 | - | - | 3,276 | 51,932 | - | 368,543 | - | 103,788,200 | 102,554,286 | 206,766,236 | 5,330,634,611 | (7,943,485) | 22,790,770 |
| 5/31/2008 | 599,579 | 9,450,806 | 100,000,000 | - | 1,570,000,000 | 3,300,000,000 | 4,980,050,385 | - | - | 3,280 | 52,029 | - | 369,159 | - | 103,989,599 | 102,724,375 | 207,138,442 | 5,187,188,826 | (143,445,785) | (123,356,638) |
| 6/30/2008 | 1,712,805 | 14,985,598 | 170,000,000 | - | 1,780,000,000 | 3,300,000,000 | 5,266,698,403 | - | - | 3,283 | 52,121 | - | 369,450 | - | 104,166,298 | 102,898,834 | 207,489,986 | 5,474,188,389 | 286,999,563 | 289,262,170 |
| 7/31/2008 | 659,820 | 11,277,079 | 120,000,000 | - | 1,335,000,000 | 3,800,000,000 | 5,266,936,899 | - | - | 3,287 | 52,216 | - | 369,782 | - | 104,166,298 | 102,902,348 | 207,493,931 | 5,474,430,830 | 242,441 | 3,432,193 |
| 8/31/2008 | 228,834 | 20,231,474 | 110,000,000 | - | 1,655,000,000 | 3,800,000,000 | 5,585,460,308 | - | - | 3,291 | 52,313 | - | 370,073 | - | 104,476,897 | 103,203,835 | 208,106,409 | 5,793,566,717 | 319,135,887 | 317,825,698 |
| 9/30/2008 | 418,000 | 6,328,962 | 480,000,000 | - | - | 4,200,000,000 | 4,686,746,962 | - | - | 3,299 | 52,366 | - | 370,395 | - | 317 | 103,436,531 | 103,862,908 | 4,790,609,870 | (1,002,956,847) | (997,424,614) |
| 10/31/2008 | 3,465,754 | 15,269,892 | 375,000,000 | - | - | 2,300,000,000 | 2,693,735,646 | - | - | 3,305 | 4 | - | 370,652 | - | 317 | 103,436,994 | 103,811,273 | 2,797,546,919 | (1,993,062,951) | (1,978,208,473) |
| 11/30/2008 | 560,001 | 10,871,514 | 210,000,000 | - | - | - | 221,431,515 | - | - | 3,307 | 4 | - | 370,796 | - | 317 | 4,030,708 | 4,405,133 | 225,836,648 | (2,571,710,271) | (2,359,659,090) |
| 12/31/2008 | 229,407,266 | - | - | - | - | - | 229,407,266 | - | - | 3,309 | - | - | 370,913 | - | - | 4,030,782 | 4,405,004 | 233,812,270 | 7,975,622 | n/a |

[1] The 5/31/1999 balance includes a $95 million purchase (debit) transaction dated 5/12/1999 that was subsequently adjusted by a $95 million credit transaction dated 6/3/1999.