# EXHIBIT 3

## Monthly Average Available Balances in 703 Account, BT Account and 700 Account

| Month | Monthly Average Available Balance in the 703 Account | Supporting Document Bates Reference | Monthly Average Available Balance in the BT Account | Supporting Document Bates Reference | Monthly Average Available Balance in the 700 Account | Supporting Document Bates Reference |
|---|---|---|---|---|---|---|
| Feb-88 | (1,858,339) | MADWAA00012481 | n/a | n/a - unavailable | 46,737 | MADWAA00012473 |
| Mar-88 | (1,386,014) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 24,983 | MADWAA00012473 |
| Apr-88 | (1,760,364) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 40,936 | MADWAA00012473 |
| May-88 | (3,515,992) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 37,800 | MADWAA00012473 |
| Jun-88 | (1,635,195) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 34,228 | MADWAA00012473 |
| Jul-88 | (1,690,765) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 19,058 | MADWAA00012473 |
| Aug-88 | (3,758,792) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 34,607 | MADWAA00012473 |
| Sep-88 | (3,021,978) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 36,760 | MADWAA00012473 |
| Oct-88 | (3,095,841) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 62,769 | MADWAA00012473 |
| Nov-88 | (3,368,382) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 32,227 | MADWAA00012473 |
| Dec-88 | (2,083,535) | MADWAA00012481 MADWAA00012583 | n/a | n/a - unavailable | 27,154 | MADWAA00012473 |
| Jan-89 | (1,566,543) | MADWAA00012481 MADWAA00012583 MADWAA00012468 | n/a | n/a - unavailable | 38,983 | MADWAA00012473 MADWAA00012470 |
| Feb-89 | (1,709,510) | MADWAA00012583 MADWAA00012565 | n/a | n/a - unavailable | 39,784 | MADWAA00012576 MADWAA00012566 |
| Mar-89 | (2,079,212) | MADWAA00012540 | n/a | n/a - unavailable | 42,910 | MADWAA00012541 |
| Apr-89 | (345,994) | MADWAA00012524 | n/a | n/a - unavailable | 57,289 | MADWAA00012523 |
| May-89 | (290,191) | MADWAA00012514 | n/a | n/a - unavailable | 94,535 | MADWAA00012516 |
| Jun-89 | (1,324,455) | MADWAA00012454 | n/a | n/a - unavailable | 134,941 | MADWAA00012452 |
| Jul-89 | (1,911,040) | MADWAA00012425 | n/a | n/a - unavailable | 129,007 | MADWAA00012426 |
| Aug-89 | (298,626) | MADWAA00012414 | n/a | n/a - unavailable | 130,896 | MADWAA00012415 |
| Sep-89 | 664,142 | MADWAA00012400 | n/a | n/a - unavailable | 98,552 | MADWAA00012403 |
| Oct-89 | 116,176 | MADWAA00012382 | n/a | n/a - unavailable | 129,748 | MADWAA00012383 |
| Nov-89 | n/a | n/a - unavailable | n/a | n/a - unavailable | n/a | n/a - unavailable |
| Dec-89 | 1,063,020 | MADWAA00012332 | n/a | n/a - unavailable | 431,718 | MADWAA00012335 |
| Jan-90 | 376,889 | MADWAA00012360 | n/a | n/a - unavailable | 250,606 | MADWAA00012361 |
| Feb-90 | n/a | n/a - unavailable | n/a | n/a - unavailable | n/a | n/a - unavailable |
| Mar-90 | n/a | n/a - unavailable | n/a | n/a - unavailable | n/a | n/a - unavailable |
| Apr-90 | (4,529,152) | MADWAA00012302 | n/a | n/a - unavailable | 51,935 | MADWAA00012303 |
| May-90 | (3,021,032) | MADWAA00012285 | n/a | n/a - unavailable | 113,722 | MADWAA00012283 |
| Jun-90 | (3,329,891) | MADWAA00012259 | n/a | n/a - unavailable | 119,031 | MADWAA00012261 |
| Jul-90 | (4,218,653) | MADWAA00012266 | n/a | n/a - unavailable | 54,805 | MADWAA00012265 |
| Aug-90 | n/a | n/a - unavailable | n/a | n/a - unavailable | n/a | n/a - unavailable |
| Sep-90 | n/a | n/a - unavailable | n/a | n/a - unavailable | n/a | n/a - unavailable |
| Oct-90 | (4,805,136) | MADWAA00012207 | n/a | n/a - unavailable | 207,677 | MADWAA00012207 |
| Nov-90 | n/a | n/a - unavailable | n/a | n/a - unavailable | n/a | n/a - unavailable |
| Dec-90 | (5,759,620) | MADTSS00255081 | 1,861,353 | MADTSS00255082 | n/a | n/a - unavailable |
| Jan-91 | (4,894,362) | MADTSS00255081 MADTSS00255079 | 873,784 | MADTSS00255080 MADTSS00255082 | n/a | n/a - unavailable |
| Feb-91 | (2,664,951) | MADTSS00255077 MADTSS00255079 | 3,514,461 | MADTSS00255078 MADTSS00255080 | n/a | n/a - unavailable |
| Mar-91 | (2,892,452) | MADTSS00255070 MADTSS00255076 | 5,441,546 | MADTSS00255071 MADTSS00255075 | n/a | n/a - unavailable |
| Apr-91 | (6,177,525) | MADTSS00254944 MADTSS00255070 | 1,955,340 | MADTSS00254943 MADTSS00255071 | n/a | n/a - unavailable |
| May-91 | (2,648,598) | MADTSS00254944 MADTSS00254945 | 4,123,929 | MADTSS00254942 MADTSS00254943 | n/a | n/a - unavailable |
| Jun-91 | (3,198,705) | MADTSS00254945 MADTSS00255069 | 3,746,770 | MADTSS00254941 MADTSS00254942 | n/a | n/a - unavailable |
| Jul-91 | (3,853,176) | MADTSS00255066 MADTSS00255068 | 3,236,780 | MADTSS00255065 MADTSS00255067 | n/a | n/a - unavailable |

**Monthly Average Available Balances in 703 Account, BT Account and 700 Account**

| Month | Monthly Average Available Balance in the 703 Account | Supporting Document Bates Reference | Monthly Average Available Balance in the BT Account | Supporting Document Bates Reference | Monthly Average Available Balance in the 700 Account | Supporting Document Bates Reference |
|---|---|---|---|---|---|---|
| Aug-91 | (3,238,337) | MADTSS00255064 MADTSS00255066 | 2,936,113 | MADTSS00255063 MADTSS00255065 | n/a | n/a - unavailable |
| Sep-91 | (3,877,775) | MADTSS00255060 MADTSS00255064 | 3,806,504 | MADTSS00255061 MADTSS00255063 | n/a | n/a - unavailable |
| Oct-91 | (3,840,809) | MADTSS00255055 MADTSS00255057 MADTSS00255060 | 2,105,507 | MADTSS00255056 MADTSS00255058 MADTSS00255061 | n/a | n/a - unavailable |
| Nov-91 | (3,646,547) | MADTSS00255024 MADTSS00255055 | 3,177,849 | MADTSS00255025 MADTSS00255056 | n/a | n/a - unavailable |
| Dec-91 | (4,219,973) | MADTSS00255022 MADTSS00255024 | 2,909,169 | MADTSS00255023 MADTSS00255025 | n/a | n/a - unavailable |
| Jan-92 | (4,059,930) | MADTSS00255020 MADTSS00255022 | 2,211,818 | MADTSS00255021 MADTSS00255023 | n/a | n/a - unavailable |
| Feb-92 | (961,216) | MADTSS00255016 MADTSS00255018 MADTSS00255020 | 3,722,919 | MADTSS00255017 MADTSS00255019 MADTSS00255021 | n/a | n/a - unavailable |
| Mar-92 | 7,298,900 | MADTSS00255013 MADTSS00255016 | 12,958,202 | MADTSS00255014 MADTSS00255017 | n/a | n/a - unavailable |
| Apr-92 | (4,149,073) | MADTSS00255011 MADTSS00255013 | 2,970,980 | MADTSS00255010 MADTSS00255014 | n/a | n/a - unavailable |
| May-92 | (4,408,855) | MADTSS00255008 MADTSS00255011 | 4,590,615 | MADTSS00255009 MADTSS00255010 | n/a | n/a - unavailable |
| Jun-92 | (2,660,729) | MADTSS00255001 MADTSS00255006 MADTSS00255008 | 3,667,870 | MADTSS00255004 MADTSS00255005 MADTSS00255009 | n/a | n/a - unavailable |
| Jul-92 | 4,700,409 | MADTSS00255001 MADTSS00255002 | 5,150,560 | MADTSS00255003 MADTSS00255004 | n/a | n/a - unavailable |
| Aug-92 | 5,162,166 | MADTSS00254997 MADTSS00255002 | 4,494,536 | MADTSS00254999 MADTSS00255003 | n/a | n/a - unavailable |
| Sep-92 | 10,088,429 | MADTSS00254994 MADTSS00254997 | 3,835,759 | MADTSS00254996 MADTSS00254999 | n/a | n/a - unavailable |
| Oct-92 | (4,731,531) | MADTSS00254991 MADTSS00255026 | 3,150,129 | MADTSS00254993 MADTSS00255030 | n/a | n/a - unavailable |