# EXHIBIT 4.1

**EXHIBIT 4.1**

### List of November 1992 Cash Withdrawals from the A&B Accounts

| CMID | BLMIS Account | BLMIS Account Name | Date per Customer Statement | Amount per Customer Statement | Tran Type | Transaction Description per Customer Statement |
|---|---|---|---|---|---|---|
| 482840 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 11/16/1992 | 36,988 | CW | CHECK [1] |
| 471342 | 1A0046 | AVELLINO & BIENES PENSION PLAN & TRUST C/O FRANK AVELLINO | 11/16/1992 | 59,904 | CW | CHECK [1] |
| 482860 | 1A0047 | AVELLINO & BIENES SPECIAL C/O FRANK AVELLINO | 11/16/1992 | 40,374 | CW | CHECK [1] |
| 494349 | 1A0048 | AVELLINO & BIENES #2 C/O FRANK AVELLINO | 11/16/1992 | 57,538 | CW | CHECK [1] |
| 538324 | 1A0049 | AVELLINO & BIENES #3 C/O FRANK AVELLINO | 11/16/1992 | 40,985 | CW | CHECK [1] |
| 506136 | 1A0050 | AVELLINO & BIENES #4 C/O FRANK AVELLINO | 11/16/1992 | 25,032 | CW | CHECK [1] |
| 526781 | 1A0053 | AVELLINO & BIENES #5 C/O FRANK AVELLINO | 11/16/1992 | 113,134,267 | CW | CHECK |
| | | **Transferred from the 700 Account on November 17, 1992** | | **$ 113,395,088** | | |

| CMID | BLMIS Account | BLMIS Account Name | Date per Customer Statement | Amount per Customer Statement | Tran Type | Transaction Description per Customer Statement |
|---|---|---|---|---|---|---|
| 482843 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 11/17/1992 | 4,534,793 | CW | CHECK WIRE 11/17/92 |
| 471343 | 1A0046 | AVELLINO & BIENES PENSION PLAN & TRUST C/O FRANK AVELLINO | 11/17/1992 | 1,772 | CW | CHECK WIRE 11/17/92 |
| 482861 | 1A0047 | AVELLINO & BIENES SPECIAL C/O FRANK AVELLINO | 11/17/1992 | 8,998,580 | CW | CHECK WIRE 11/17/92 |
| 494350 | 1A0048 | AVELLINO & BIENES #2 C/O FRANK AVELLINO | 11/17/1992 | 768,750 | CW | CHECK WIRE 11/17/92 |
| 538325 | 1A0049 | AVELLINO & BIENES #3 C/O FRANK AVELLINO | 11/17/1992 | 22,579 | CW | CHECK WIRE 11/17/92 |
| 506137 | 1A0050 | AVELLINO & BIENES #4 C/O FRANK AVELLINO | 11/17/1992 | 21,234,265 | CW | CHECK WIRE 11/17/92 |
| 526782 | 1A0053 | AVELLINO & BIENES #5 C/O FRANK AVELLINO | 11/17/1992 | 54,310,591 | CW | CHECK WIRE 11/17/92 |
| | | | | **$ 89,871,330** | | |
| | | Difference | | $ 43,397 [2] | | |
| | | **Transferred from the 703 Account on November 23, 1992** | | **$ 89,914,727** [2] | | |

| CMID | BLMIS Account | BLMIS Account Name | Date per Customer Statement | Amount per Customer Statement | Tran Type | Transaction Description per Customer Statement |
|---|---|---|---|---|---|---|
| 482841 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 11/23/1992 | 34,387,650 | CW | CHECK WIRE |
| 471344 | 1A0046 | AVELLINO & BIENES PENSION PLAN & TRUST C/O FRANK AVELLINO | 11/23/1992 | 3,432,463 | CW | CHECK WIRE |
| 482862 | 1A0047 | AVELLINO & BIENES SPECIAL C/O FRANK AVELLINO | 11/23/1992 | 24,081,294 | CW | CHECK WIRE |
| 494352 | 1A0048 | AVELLINO & BIENES #2 C/O FRANK AVELLINO | 11/23/1992 | 26,088,579 | CW | CHECK WIRE |
| 538326 | 1A0049 | AVELLINO & BIENES #3 C/O FRANK AVELLINO | 11/23/1992 | 36,514,365 | CW | CHECK WIRE |
| 506138 | 1A0050 | AVELLINO & BIENES #4 C/O FRANK AVELLINO | 11/23/1992 | 48,004,975 | CW | CHECK WIRE |
| 526784 | 1A0053 | AVELLINO & BIENES #5 C/O FRANK AVELLINO | 11/23/1992 | 81,374,838 | CW | CHECK WIRE |
| | | **Transferred from the 703 Account on November 23, 1992** | | **$ 253,884,162** [3] | | |

| | | | | |
|---|---|---|---|---|
| | | Total Transferred from the 700 Account on November 17, 1992 | $ | 113,395,088 |
| | | Total Transferred from the 703 Account on November 23, 1992 | $ | 343,798,889 |
| | | **Total Cash Withdrawals from the A&B Accounts in November 1992** | **$** | **457,150,580** |

[1] The total of these six cash withdrawals paid from the 700 Account on November 17, 1992 is $260,821. These same six cash withdrawals were also paid via check from the 703 Account on November 16, 1992. *See* **Exhibit 4.3**.

[2] Bank reports of activity in the 703 Account reflect one wire transfer of $89,914,727 to "AVELLINO AND BIENES" on November 23, 1992 (*see* MADTSS01328829), which is $43,397 more than the total cash withdrawals of $89,871,330 dated November 17, 1992 reflected on the customer statements for the A&B Accounts. As the BLMIS Handwritten Ledgers and available bank reports for November 17, 1992 do not show cash withdrawals or outflows of $89 million, I have concluded that the wire transfer from the 703 Account of $89,914,727 on November 23, 1992 includes the total cash withdrawals from the A&B Accounts of $89,871,330 dated November 17, 1992.

[3] Bank reports of activity in the 703 Account reflect seven wire transfers to "AVELLINO AND BIENES" on November 23, 1992 (*see* MADTSS01328826 - 30), which I reconciled to the seven cash withdrawal transactions reflected on the customer statements for the A&B Accounts dated November 23, 1992.