# EXHIBIT 4.2

**EXHIBIT 4.2**

## Activity in the 700 Account on November 16 & 17, 1992[1]

| | | |
|---|---:|---|
| **Opening Balance (11/16/1992)** | $ 379,285 | [2] |
| *Inflows* | | |
| Norman F. Levy (Cash Deposits into 1L0027) | 80,000,000 | [3] |
| Bank of Tokyo Loan | 21,000,000 | [4] |
| Bankers Trust Loan | 1,800,000 | [5] |
| Chemical Bank Loan | 7,600,000 | [6] |
| Continental Bank Loan | 5,800,000 | [7] |
| French American Bank Loan | 5,000,000 | |
| **Total Inflows** | 121,200,000 | |
| *Outflows* | | |
| Check Withdrawals from the A&B Accounts | (113,395,088) | *See Exhibit 4.1* |
| Other Outflows | (7,675,729) | [8] |
| **Total Outflows** | (121,070,817) | |
| **Ending Balance (11/17/1992)** | $ 508,468 | |

[1] The activity in the 700 Account is based on available bank reports. *See* MADTSS01328840 - 42, MADTSS01328873.

[2] The bank report for the 700 Account containing the opening balance in the account on 11/16/1992 was not available. The opening balance shown here is based on the closing ledger balance in the account as of 11/16/1992 of $113,903,556 less the inflows of $121,200,000 plus the outflows of $7,675,729 on 11/16/1992 (*see* MADTSS01328840 - 42).

[3] *See also* MADTSS01328807 - 10 and MADTSS01328799.

[4] *See also* MADWAA00015776.

[5] *See also* MADWAA00014771 and MADTSS01378442.

[6] *See also* MADWAA00010569.

[7] *See also* MADWAA00014316.

[8] $7,585,729 of this amount is a transfer to Peter and Marion Madoff. *See* MADTSS01328842.