# EXHIBIT 4.3

## Activity in the 703 Account from November 16 - 23, 1992[1]

| | | |
|---|---:|---|
| **Opening Balance (11/16/1992)** | $ 10,993,564 | |
| *Inflows* | | |
| Cash Deposits from four of the Eight BLMIS Accounts | 50,727,726 | *See Exhibit 4.5* |
| Transfers from the 700 Account | 84,794,513 [2] | |
| Transfers from BT Account (Nov 16 - 20, 1992) | 19,300,000 [3] | |
| Transfers from BT Account (Nov 23, 1992) | 92,900,000 [4] | |
| Loan from Manufacturers Hanover (Nov 23, 1992) | 56,800,000 [5] | |
| Customer Cash Deposits via Wire Transfer | 56,242,000 | |
| Norman Levy (Cash Deposit into 1L0027) | 20,000,000 | |
| Customer Cash Deposits via Check ("My Deposit") | 1,332,528 | |
| Adjustment per Handwritten Ledger | 250,000 | |
| **Total Inflows** | **382,346,767** | |
| *Outflows* | | |
| Wire Transfers to A&B | (343,798,889) | *See Exhibit 4.1* |
| Customer Cash Withdrawals via Check ("Checks Out") | (50,949,066) [6] | |
| Transfers to BONY | (8,575,000) [7] | |
| Manufacturers Hanover Loan Paydown | (7,000,000) [8] | |
| **Total Outflows** | **(410,322,954)** | |
| **Ending Balance (11/23/1992)** | **$ (16,982,624)** | |

[1] The activity in the 703 Account from November 16 - 23, 1992 is based on information reflected on the Handwritten Ledgers for Manufacturers Hanover ( *see* MADTSS00255026 and MADTSS00255031), along with other supporting documents referenced throughout this exhibit. *See also* available reports of bank activity for 11/16/1992, 11/18/1992 and 11/23/1992 at MADTSS01328840 - 44, MADTSS01328861 - 64, and MADTSS01328826 - 30.

[2] Amount represents two transfers into the 703 Account on 11/19/1992 - $40,679,513 reflected in the "Trans" column and $44,115,000 in the "Tony Deposit" column on the Handwritten Ledger ( *see* MADTSS00255026). The Handwritten Ledger does not identify which bank account these transfers came from. However, based on my review of available documents, cash deposits from five BLMIS customer accounts listed below (including 4 of the Eight BLMIS Accounts) were made into the 700 Account, totaling nearly the exact amount that was transferred to the 703 Account - $84,794,517 (difference of only $4). Therefore, I have concluded that the 700 Account transferred $84,794,513 to the 703 Account on 11/19/1992.

| | Date | Amount | Support |
|---|---|---:|---|
| Telfran Associates (1T0025) | 11/18/1992 | 22,942,829 | MADTSS01328797<br>MADTSS01328812 |
| Redemptorist Fathers of NY Stipend (1FN046) | 11/18/1992 | 17,736,688 | MADTSS01328798<br>MADTSS01328812 |
| Robert Getz (1G0091) | 11/19/1992 | 12,700,000 | MADTSS01328796 |
| Atlantic Capital Services (1A0055) | 11/19/1992 | 1,415,000 | MADTSS01328796 |
| **Subtotal - Cash Deposits from four of the Eight BLMIS Accounts** | | **54,794,517** | *See Exhibit 4.5* |
| Norman Levy (1L0027) | 11/19/1992 | 30,000,000 | MADTSS01328795 |
| | | **$ 84,794,517** | |

[3] During this same time period (Nov 16 - 20, 1992), the BT Account received $21 million from BLMIS customer Norman Levy. *See* Handwritten Ledgers for "Bankers Trust" at MADTSS00255027 and MADTSS00255030.

[4] In addition to $4 million from BLMIS customer Norman Levy, the BT Account received the following in loan proceeds on 11/23/1992 ( *see* MADTSS00255027):

| | | Support |
|---|---:|---|
| BONY Loan # Redacted 077-9 (included in $69,700,000 "Wire" from "BK NY") | 31,500,000 | MADWAA00013899 |
| BONY Loan # Redacted 209-2 (included in $69,700,000 "Wire" from "BK NY") | 9,700,000 | MADWAA00013899 |
| BONY Loan - Same Day Funds (included in $69,700,000 "Wire" from "BK NY") | 28,500,000 | MADTSS01378573 |
| Bankers Trust Loan | 16,200,000 | MADTSS01378439<br>MADWAA00014771 |
| | **$ 85,900,000** | |

[5] *See* MADTSS01379314.

[6] Total "Checks Out" amount includes $260,821 in checks paid to A&B on November 16, 1992.

[7] *See* also MADTSS00255028.

[8] *See* MADTSS01379020 and MADWAA00010563 - 65.