# EXHIBIT 4.4

# EXHIBIT 4.4

**Securities Held in 686 Custody Account as of November 23, 1992**

| Maturity Date | CUSIP | Security Type | Received Date | Securities Received in November 1992 Per Free Transaction Activity Reports | Free Transaction Activity Report Bates Reference | Activity per 12/21/1992 Transaction Report[1] | Balance Per December 31, 1992 Security Statement[2] | BLMIS Customer[3] |
|---|---|---|---|---|---|---|---|---|
| 9/30/1993 | 912827YA4 | Treasury Note | 11/17/1992 | 3,200,000 | MADTSS01328781-84 | (2,800,000) | 400,000 | Shapiro |
| 3/31/1994 | 912827YS5 | Treasury Note | 11/17/1992 | 300,000 | MADTSS01328784 | - | 300,000 | Shapiro |
| 10/15/1994 | 912827VK5 | Treasury Note | 11/17/1992 | 3,150,000 | MADTSS01328781 MADTSS01328783-84 | (1,850,000) | 1,300,000 | Shapiro |
| 1/15/1995 | 912827VT6 | Treasury Note | 11/17/1992 | 2,500,000 | MADTSS01328781-82 MADTSS01328784 | (1,500,000) | 1,000,000 | Shapiro |
| 4/15/1995 | 912827WB4 | Treasury Note | 11/17/1992 | 900,000 | MADTSS01328781 MADTSS01328784 | (400,000) | 500,000 | Shapiro |
| 2/15/1996 | 912827TF9 | Treasury Note | 11/17/1992 | 800,000 | MADTSS01328782-83 | (50,000) | 750,000 | Shapiro |
| 10/15/1996 | 912827YB2 | Treasury Note | 11/17/1992 | 1,000,000 | MADTSS01328783-84 | - | 1,000,000 | Shapiro |
| 5/15/1997 | 912827UW0 | Treasury Note | 11/17/1992 | 1,350,000 | MADTSS01328781 MADTSS01328783-84 | (350,000) | 1,000,000 | Shapiro |
| 2/15/1998 | 912827VW9 | Treasury Note | 11/17/1992 | 1,600,000 | MADTSS01328782 MADTSS01328784 | (700,000) | 900,000 | Shapiro |
| 4/15/1998 | 912827A44 | Treasury Note | 11/17/1992 | 500,000 | MADTSS01328782 | - | 500,000 | Shapiro |
| 8/15/1998 | 912827WN8 | Treasury Note | 11/17/1992 | 2,650,000 | MADTSS01328781-82 | (850,000) | 1,800,000 | Shapiro |
| 8/15/2000 | 912827ZE5 | Treasury Note | 11/17/1992 | 1,400,000 | MADTSS01328771 | - | 1,400,000 | Shapiro |
| 11/15/2000 | 912827ZN5 | Treasury Note | 11/17/1992 | 2,250,000 | MADTSS01328782-84 | (1,500,000) | 750,000 | Shapiro |
| 8/15/1994 | 912827XQ0 | Treasury Note | 11/17/1992 | 1,200,000 | MADTSS01328782 | (1,200,000) | - | Shapiro |
| 12/31/1994 | 912827ZS4 | Treasury Note | 11/17/1992 | 1,250,000 | MADTSS01328783 | (1,250,000) | - | Shapiro |
| 5/15/1995 | 912827F31 | Treasury Note | 11/17/1992 | 1,500,000 | MADTSS01328771 | (1,500,000) | - | Shapiro |
| 7/15/1996 | 912827XT4 | Treasury Note | 11/17/1992 | 2,000,000 | MADTSS01328782 | (2,000,000) | - | Shapiro |
| 1/15/1997 | 912827YK2 | Treasury Note | 11/17/1992 | 1,000,000 | MADTSS01328782-83 | (1,000,000) | - | Shapiro |
| 6/30/1997 | 912827F80 | Treasury Note | 11/17/1992 | 1,900,000 | MADTSS01328781 | (1,900,000) | - | Shapiro |
| 11/15/1997 | 912827VN9 | Treasury Note | 11/17/1992 | 1,300,000 | MADTSS01328783-84 | (1,300,000) | - | Shapiro |
| 8/15/2008 | 912810CC0 | Treasury Bond | 11/17/1992 | 1,500,000 | MADTSS01328771 | (1,500,000) | - | Shapiro |
| 11/15/1993 | 912827ZM7 | Treasury Note | 11/19/1992 | 2,000,000 | MADTSS01328785 | - | 2,000,000 | Hadassah[4] |
| 2/29/1996 | 912827ZZ8 | Treasury Note | 11/20/1992 | 5,000,000 | MADTSS01328785-86 | - | 5,000,000 | Hadassah |
| 4/30/1996 | 912827A69 | Treasury Note | 11/20/1992 | 10,000,000 | MADTSS01328786 [5] | - | 10,000,000 | Hadassah |
| 5/31/1996 | 912827B27 | Treasury Note | 11/20/1992 | 5,000,000 | MADTSS01328786 [5] | - | 5,000,000 | Hadassah |

***Additional Securities Held per December 1992 Statement***

| Maturity Date | CUSIP | Security Type | Received Date | Securities Received in November 1992 Per Free Transaction Activity Reports | Free Transaction Activity Report Bates Reference | Activity per 12/21/1992 Transaction Report[1] | Balance Per December 31, 1992 Security Statement[2] | BLMIS Customer[3] |
|---|---|---|---|---|---|---|---|---|
| 2/1/1995 | 649810GT9 | NEW YORK STATE CTFS PARTN RE 6.750 | n/a | | n/a | | 300,000 | |
| 7/1/1995 | 745291AJ3 | PUERTO RICO PUB FIN CORP SER B 6.350 | n/a | | n/a | | 150,000 | |
| | | **Total Securities:** | | **55,250,000** | | **(21,650,000)** | **34,050,000** | |

[1] *See* MADTSS01327694-701; MADTSS01327703; MADTSS01327775-78.

[2] *See* MADTSS01305106 - 08.

[3] *See* MADWAA00017345-49, MADTSS01328814-16, MADWAA00017343.

[4] These securities were transferred from BLMIS's DTC account to the 686 Custody Account (*see* MADTSS01328802). The April 1991 customer statement for a BLMIS customer account held by "Hadassah #2" reflects $4,000,000 of this Treasury Note received into the account on 4/23/1991. *See* MF00489524 - 25.

[5] *See also* MADTSS01328814 - 16.