# EXHIBIT 4.5

**A&B Distribution of $113 Million & Activity in Eight BLMIS Accounts**

| BLMIS Account Number | BLMIS Account Name | Transfer from A&B on Nov 17 - 19[1] | Supporting Document(s) | BLMIS Customer File ||| Deposits to BLMIS |||
|---|---|---|---|---|---|---|---|---|---|
| | | | | BLMIS Account Opening Form Dates | "Done" Date per Name & Address File Maintenance Date | BLMIS Customer Files Bates Reference | Cash Deposit to BLMIS | Date of Deposit | Supporting Document |
| | | | | | | | *Deposits to 703 Account* | | |
| 1M0057 | MERLIN & ASSOCIATES LTD C/O RICHARD GLANTZ | 31,268,856 | SECSDK0005898 | 11/19/1992 | 11/20/1992 | MADTBB02413324 MADTBB02413329 -33 | 24,000,000 | 11/20/1992 | MADTSS00255031 |
| 1F0067 | FAIRFIELD PAGMA ASSOC LTD | 7,406,754 | SECSFA0003860 | 11/18/1992 & 11/19/1992 | 11/20/1992 | MADTBB03078427 MADTBB03078438-44 | 7,406,754 | 11/19/1992 | MADTSS00255026 |
| 1E0128 | ENHANCEMENT GROUP C/O RICHARD GLANTZ | 3,877,020 | SECSFA0001668 | 11/19/1992 | 11/20/1992 | MADTBB03077595 MADTBB03077598-604 | 3,200,000 | 11/20/1992 | MADTSS00255031 |
| 1R0080 | REGENT ADVISORY SERVICES C/O S KRASS | 16,000,000 | SECSFA0003933 | undated | 11/20/1992 | MADTBB02413799 MADTBB02413802-808 | 16,120,972 | 11/19/1992 | MADTSS00255026 |
| | | | | | | | **$ 50,727,726** | | |
| | | | | | | | *Deposits to 700 Account* | | |
| 1T0025 | TELFRAN ASSOCIATES LTD | 22,941,829 | SECSFA0000578 | 11/18/1992 | 11/20/1992 | MADTBB02415122-29 | 22,942,829 | 11/18/1992 | MADTSS01328797 MADTSS01328812 |
| 1FN046 | REDEMPTORIST FATHERS OF NEW YORK STIPEND | 17,500,000 | SECSFA0003938 - 39 [2] | n/a - unavailable | 11/20/1992 | AMF00070847 | 17,736,688 | 11/18/1992 | MADTSS01328798 MADTSS01328812 |
| 1G0091 | ROBERT N GETZ | 12,800,000 | SECSFA0003928 | 11/18/1992 | 11/20/1992 | MADTBB02390063 MADTBB02390068-74 | 12,700,000 | 11/19/1992 | MADTSS01328796 |
| 1A0055 | ATLANTIC CAPITAL SERVICES INC | 1,414,957 | SECSFA0003860 | n/a - unavailable | 11/20/1992 | MADTBB03079334 | 1,415,000 | 11/19/1992 | MADTSS01328796 |
| | | | | | | | **$ 54,794,517** | | |
| | | **$ 113,209,416** | | | | | **$ 105,522,243** | | |

[1] Based on a deposition of defendant Frank Avellino on 11/20/1992 (continued on 11/24/1992), A&B distributed approximately $113M to certain of its investors that were "easy to wire" to and because of the "size of them" and also to prevent "anyone from complaining about any interest calculation up to the point of distribution if any." Defendant Frank Avellino also testified that the "distribution was from proceeds that were received from" BLMIS. *See* SECSFA0003858 - 60 and SECSFA0003919 - 20. The exact dates of the payments from A&B to the eight investors are unclear. The dates are approximated based on the information contained in the supporting documents referenced.

[2] A document supporting the amount of the payment from A&B to Redemptorist Fathers is not available. The amount of $17.5 million is an estimate based on the total amount of $113 million that defendant Frank Avellino testified about, as further explained in footnote 1 above. *See* SECSFA0003858 - 60 and SECSFA0003919 - 20.