# EXHIBIT 5

**EXHIBIT 5**

**List of BLMIS Feeder Fund Accounts**

| BLMIS Account Number | Feeder Fund Group | BLMIS Account Name | CO/FBO/ATTN | Complaint Filed in Adversary Proceeding Number(s) |
|---|---|---|---|---|
| 1FR125 | Access International Advisors | CITRUS INVESTMENT HOLDINGS LTD | | 10-04285 / 10-04471 |
| 1FN087 | Access International Advisors | GROUPEMENT FINANCIER FRANCAIS | C/O ACCESS INT'L ADVISORS | *n/a* [1] |
| 1FR096 | Access International Advisors | GROUPEMENT FINANCIER LTD | | 10-04285 |
| 1FR045 | Access International Advisors | TROTANOY INVESTMENT CO LTD | | 10-04285 / 10-05208 |
| 1FR108 | Access International Advisors | UBS (LUXEMBOURG) SA | FBO LUXALPHA SICAV | 10-04285 |
| 1A0061 | Beacon / Andover | ANDOVER ASSOCIATES L.P. | C/O DANZIGER & MARKHOFF | 10-05356 |
| 1B0118 | Beacon / Andover | BEACON ASSOCIATES LLC | C/O IVY ASSET MANAGEMENT CORP. | 10-05356 |
| 1FR119 | Cardinal Management | CARDINAL MANAGEMENT INC | | 10-04287 |
| 1FR132 | Defender | DEFENDER LIMITED | | 10-05229 |
| 1FR124 | Equity Trading | EQUITY TRADING PORTFOLIO LTD | ATTN: IAN PILGRIM C/O CITCO | 10-04457 / 12-01576 |
| 1FR142 | Fairfield Greenwich Group | BBHF EMERALD LTD | | 09-01239 |
| 1FN012 | Fairfield Greenwich Group | CITCO GLOBAL CUSTODY N V | FBO FAIRFIELD SENTRY LTD | 09-01239 |
| 1FN045 | Fairfield Greenwich Group | CITCO GLOBAL CUSTODY N V | FBO FAIRFIELD SENTRY LTD | 09-01239 |
| 1FN069 | Fairfield Greenwich Group | FAIRFIELD SENTRY LIMITED | C/O FAIRFIELD GREENWICH GROUP | 09-01239 |
| 1FN070 | Fairfield Greenwich Group | FAIRFIELD SENTRY LIMITED | C/O FAIRFIELD GREENWICH GROUP | 09-01239 |
| 1G0402 | Fairfield Feeder Group | GREENWICH EMERALD LLC | C/O FAIRFIELD GREENWICH GROUP | 09-01239 |
| 1G0092 | Fairfield Greenwich Group | GREENWICH SENTRY LP | C/O FAIRFIELD GREENWICH GROUP | 09-01239 |
| 1G0371 | Fairfield Greenwich Group | GREENWICH SENTRY PARTNERS LP | C/O FAIRFIELD GREENWICH GROUP | 09-01239 |
| 1FN094 | Harley International Fund | HARLEY INTERNATIONAL FUND LTD | C/O FORTIS PRIME FUND SOLUTION | 09-01187 / 12-01576 |
| 1FR097 | HSBC | ALPHA PRIME FUND | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT | 09-01364 |
| 1FR135 | HSBC | HERALD (LUX) SICAV - HERALD US ABSOLUTE RETURN FUND | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT | 09-01364 |
| 1FR109 | HSBC | HERALD FUND SPC - HERALD USA | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT | 09-01364 |
| 1FN021 | HSBC | LAGOON INVESTMENT | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT C/O MRS. R. SCOTT | 09-01364 |
| 1FN066 | HSBC | LAGOON INVESTMENT | BK OF BERMUDA LUX SA-UNIVERSAL ATTN: MRS R SCOTT, BANK OF BERMUDA (LUXEMBOURG) | 09-01364 |
| 1FR016 | HSBC | LAGOON INVESTMENT | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT C/O MRS R. SCOTT | 09-01364 |
| 1FN096 | HSBC | LAGOON INVESTMENT B | C/O MRS R SCOTT, BANK OF BERMUDA (LUXEMBOURG) | 09-01364 |

**List of BLMIS Feeder Fund Accounts**

| BLMIS Account Number | Feeder Fund Group | BLMIS Account Name | CO/FBO/ATTN | Complaint Filed in Adversary Proceeding Number(s) |
|---|---|---|---|---|
| 1FR015 | HSBC | LAGOON INVESTMENT C | C/O MRS R SCOTT, BANK OF BERMUDA (LUXEMBOURG) | 09-01364 |
| 1FN060 | HSBC | PRIMEO FUND | HSBC SECURITIES SERVICES ATTN: MRS R SCOTT, BANK OF BERMUDA (LUXEMBOURG) | 09-01364 |
| 1FN092 | HSBC | PRIMEO FUND CLASS B | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT | 09-01364 |
| 1FR128 | HSBC | SENATOR FUND | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT | 09-01364 |
| 1FN095 | HSBC | THEMA INTERNATIONAL LTD. | THE BANK OF BERMUDA LIMITED | 09-01364 |
| 1FR093 | HSBC | THEMA WISE INVESTMENTS LTD. | HSBC SECURITIES SERVICES | 09-01364 |
| 1FN086 | Kingate | KINGATE EURO FUND LTD | | 09-01161 |
| 1FN061 | Kingate | KINGATE GLOBAL FUND LTD | C/O BANK OF BERMUDA LTD | 09-01161 |
| 1FR071 | Legacy Capital | LEGACY CAPITAL LIMITED | C/O LEED MANAGEMENT LTD | 10-05286 / 12-01576 |
| 1FR133 | Luxembourg Investment Fund | HSBC INSTITUTIONAL TRUST SVCS | (IRELAND) LTD FBO LANDMARK | 10-05311 |
| 1FR123 | Luxembourg Investment Fund | UBS (LUXEMBOURG) SA FBO | LUXEMBOURG INVESTMENT FUND | 10-05311 |
| 1FR094 | M - Invest | M-INVEST LIMITED | | n/a [2] |
| 1M0232 | Maxam Capital Management | MAXAM ABSOLUTE RETURN FUND LP | | 10-05342 |
| 1A0042 | Merkin Funds | ARIEL CAPITAL L P | | 09-01182 |
| 1FN004 | Merkin Funds | ARIEL FUND LTD | C/O PIERSON HELDRING & PIERSON | 09-01182 |
| 1FR070 | Merkin Funds | ARIEL FUND LTD | C/O GABRIEL CAPITAL CORP. | 09-01182 |
| 1FN005 | Merkin Funds | ASCOT FUND LTD | C/O PIERSON HELDRING & PIERSON | 09-01182 |
| 1A0058 | Merkin Funds | ASCOT PARTNERS LP | | 09-01182 |
| 1G0321 | Merkin Funds | GABRIEL CAPITAL LP | | 09-01182 |
| 1T0020 | Mosaic Fund | MOSAIC FUND L P | ATTN: SANDRA L MANZKE | 10-04930 |
| 1FR081 | Mount Capital | MOUNT CAPITAL FUND LTD | | 10-05123 |
| 1FR085 | Mount Capital | MOUNT CAPITAL LIMITED | C/O BISON FINANCIAL SERV. LTD. | 10-05123 |
| 1FN091 | Optimal | OPTIMAL MULTIADVISORS LTD | | n/a [3] |
| 1FR008 | Optimal | OPTIMAL MULTIADVISORS LTD | | n/a [3] |
| 1FR032 | Oreades | BNP PARIBAS SECURITIES SERVICE | ATTN: SYLVAINE FOSSEN | 10-05120 |
| 1FR036 | Oreades | BNP PARIBAS SECURITIES SERVICE | ATTN: SYLVAINE FOSSEN | 10-05120 |
| 1FR002 | Plaza Investments | PLAZA INVESTMENTS INT'L | | 10-04284 |
| 1FR048 | Square One | SQUARE ONE FUND LTD | | 10-04330 |
| 1FR069 | Thybo | THYBO ASSET MANAGEMENT LTD | C/O UBS (LUXEMBOURG) SA | 09-01365 |
| 1FR106 | Thybo | THYBO GLOBAL FUND LIMITED | C/O UBS (LUXEMBOURG) SA | 09-01365 |
| 1FR113 | Thybo | THYBO RETURN FUND | C/O UBS (LUXEMBOURG) SA | 09-01365 |

**List of BLMIS Feeder Fund Accounts**

| BLMIS Account Number | Feeder Fund Group | BLMIS Account Name | CO/FBO/ATTN | Complaint Filed in Adversary Proceeding Number(s) |
|---|---|---|---|---|
| 1FR129 | Thybo | THYBO STABLE FUND LTD | C/O UBS FUND SVCS (LUXEMBOURG) | 09-01365 |
| 1R0252 | Tremont Group Holdings | RYE SELECT BROAD MARKET INSURANCE FUND LP | | 10-05310 |
| 1FR010 | Tremont Group Holdings | RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC | | 10-05310 |
| 1FR080 | Tremont Group Holdings | RYE SELECT BROAD MARKET PORTFOLIO LIMITED | | 10-05310 |
| 1C1260 | Tremont Group Holdings | RYE SELECT BROAD MARKET PRIME FUND, L.P. | | 10-05310 |
| 1T0027 | Tremont Group Holdings | RYE SELECT BROAD MKT FUND LP | C/O TREMONT PARTNERS | 10-05310 |
| 1FR083 | Vizcaya Partners | BANQUE JACOB SAFRA (GIBRALTAR) LIMITED AS CUSTODIAN FOR VISCAYA PARTNERS LIMITED | | 09-01154 |

[1]   Account contains the same or similar name to another Feeder Fund account and is therefore included in the Feeder Fund account category.

[2]   *See HSBC fights Madoff claim; new settlement reached,* REUTERS, Dec. 5, 2010, https://www.reuters.com/article/us-madoff-hsbc/hsbc-fights-madoff-claim-new-settlement-reached-idUSTRE6B509Q20101206 (last visited May 7, 2020).

[3]   *See* Amir Efrati and Thomas Catan, *Santander, a 'Feeder,' Pays a Price,* WALL STREET JOURNAL, May 27, 2009, https://www.wsj.com/articles/SB124334966968554601 (last visited May 7, 2020).