# EXHIBIT 6

**Schedule of Cash Deposits into BLMIS by Year (1981 - 2008)**

| Year | Total Cash Deposits into BLMIS[1] | Cash Deposits from A&B Accounts | % of Total Deposits | Cash Deposits from A&B Investors | % of Total Deposits | Cash Deposits from Feeder Funds | % of Total Deposits |
|---|---|---|---|---|---|---|---|
| 1981 | 42,724,705 | 2,042,000 | 4.78% | - | | - | |
| 1982 | 53,222,803 | 6,929,384 | 13.02% | - | | - | |
| 1983 | 54,021,864 | 10,800,000 | 19.99% | - | | - | |
| 1984 | 39,221,913 | 11,719,000 | 29.88% | - | | - | |
| 1985 | 103,416,415 | 15,118,982 | 14.62% | - | | - | |
| 1986 | 123,609,251 | 30,115,000 | 24.36% | - | | - | |
| 1987 | 125,753,147 | 32,415,000 | 25.78% | - | | - | |
| 1988 | 157,368,294 | 12,040,000 | 7.65% | - | | - | |
| 1989 | 218,095,530 | 15,800,000 | 7.24% | - | | - | |
| 1990 | 275,723,671 | 18,000,000 | 6.53% | - | | 19,355,000 | 7.02% |
| 1991 | 313,050,644 | 16,750,000 | 5.35% | - | | 21,858,000 | 6.98% |
| 1992 | 870,770,859 | 30,094,138 | 3.46% | 367,866,364 | 42.25% | 80,112,575 | 9.20% |
| 1993 | 623,364,823 | - | | 150,277,596 | 24.11% | 86,488,297 | 13.87% |
| 1994 | 501,635,798 | - | | 61,376,765 | 12.24% | 102,661,250 | 20.47% |
| 1995 | 786,144,633 | - | | 69,206,488 | 8.80% | 110,834,092 | 14.10% |
| 1996 | 1,280,857,819 | - | | 90,349,191 | 7.05% | 453,098,890 | 35.37% |
| 1997 | 1,977,284,369 | - | | 101,485,713 | 5.13% | 1,055,249,581 | 53.37% |
| 1998 | 2,717,174,361 | - | | 89,025,946 | 3.28% | 1,656,491,756 | 60.96% |
| 1999 | 2,605,916,836 | - | | 93,926,531 | 3.60% | 1,488,982,437 | 57.14% |
| 2000 | 2,583,660,915 | - | | 112,226,789 | 4.34% | 1,333,988,670 | 51.63% |
| 2001 | 2,308,425,407 | - | | 112,217,703 | 4.86% | 1,196,933,422 | 51.85% |
| 2002 | 2,449,128,516 | - | | 196,271,621 | 8.01% | 917,002,843 | 37.44% |
| 2003 | 2,854,014,900 | - | | 232,048,381 | 8.13% | 1,256,224,869 | 44.02% |
| 2004 | 4,037,921,991 | - | | 117,451,763 | 2.91% | 2,343,682,779 | 58.04% |
| 2005 | 3,616,494,432 | - | | 144,204,420 | 3.99% | 2,036,914,841 | 56.32% |
| 2006 | 5,950,778,416 | - | | 91,308,585 | 1.53% | 4,435,129,952 | 74.53% |
| 2007 | 7,230,058,160 | - | | 117,549,470 | 1.63% | 5,546,956,187 | 76.72% |
| 2008 | 6,202,402,491 | - | | 166,702,572 | 2.69% | 3,882,154,703 | 62.59% |
| **TOTAL** | **50,102,242,962** | **201,823,504** | | **2,313,495,897** | | **28,024,120,143** | |

[1] Total cash deposit amounts exclude cancelled cash deposit transactions, inter-account transfers and non-cash deposits. Total cash deposit amounts also exclude all cash deposit transactions in BLMIS customer account 1L0027 held by Norman Levy.