# EXHIBIT 8

**ASTER ASSOCIATES**
Frank Avellino, Nancy Carroll Avellino, General Partners

# Redacted

FAX TRANSMITTAL

**Wire-transfer request**
October 29, 2008

Bernard L. Madoff
Attn: Mr. Frank DiPascali
885 Third Avenue
New York, New York 10022-4834

Fax To: Redacted
Telephone:

Re: ASTER ASSOCIATES - #1-ZB509-3-0

Dear Frank

Please wire-transfer the sum of **Five Hundred Thousand Dollars ($500,000)** from the **Aster Associates** account to the following bank account as soon as possible:

Northern Trust Bank of Florida N.A.
2601 East Oakland Park Blvd.
Fort Lauderdale, Florida 33306
ABA: 066009650
For credit to the account of:
Aster Associates
Account Number: Redacted 7237

The bank officer at Northern Trust Bank is Ms. Stacey Baumeister and can be called at (954) 565-7676.

If you have any questions please call me in **Palm Beach** at Redacted

Thank you,

Frank Avellino

AMF00066515