# EXHIBIT 9

**Results of Tracing Analysis - A&B Entity Accounts** *(During the Post January 2001 Period)* [1]

| Banking Institution | Account Number | Account Holder(s) | Total Amount Traced per Available Bank Records |
|---|---|---|---|
| Northern Trust Bank of Florida N.A. | xxxxxx7237 | Aster Associates | 7,000,000 |
| City National Bank of Florida | xxxxxx6545 | Grosvenor Partners, Ltd. | 43,300,000 |
| Northern Trust Bank of Florida N.A. | xxxxxx6281 | Grosvenor Partners, Ltd. | 4,700,000 |
| Northern Trust Bank of Florida N.A. | xxxxxx1748 | Kenn Jordan Associates | 3,550,000 |
| Northern Trust, N.A. | xxxxxx3199 | Mayfair Ventures, GP | 2,500,000 |
| City National Bank of Florida | xxxxxx6558 | Mayfair Ventures, G.P. | 1,050,000 |
| City National Bank of Florida | xxxxxx0119 | St. James Associates | 18,450,000 |
| Bank of America, N.A. | xxxx xxxx 5422 | Strattham Partners | 17,980,000 |
| Bank Atlantic | xxxxxx5720 | Strattham Partners[2] | 5,675,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 104,205,000** |

| | |
|---|---|
| *% of Total Cash Withdrawals from the A&B Entity Accounts in the Post January 2001 Period* | *100%* |
| **Total Cash Withdrawals from the A&B Entity Accounts in the Post January 2001 Period** | **$ 104,205,000** [3] |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 10**.

[2] Two cash withdrawal transactions that I traced to this account based solely on the cancelled check from BLMIS bank records (prior to the time period where bank produced records were available) were endorsed by defendant Thomas Avellino. *See* **Exhibit 10**.

[3] Total cash withdrawals from the A&B Entity Accounts in the Post January 2001 Period includes a $2,500,000 cash withdrawal transaction from one of the A&B Entity Accounts (1ZB046) dated December 29, 2000 that cleared the 509 Account on January 3, 2001. *See* MADWAA00151915 – 16 and MADWAA00147871.