# EXHIBIT 11

**Summary of Transfers from A&B Entity Defendants to A&B Subsequent Transferee Defendants** *(Post January 2001 Period)*

| | Aster NT '7237 Account | Grosvenor CN '6545 Account | Grosvenor NT '6281 Account | Kenn Jordan NT '1748 Account | Mayfair CN '6558 Account | Mayfair NT '3199 Account | St. James CN '0119 Account | Strattham BA '5720 Account[1] | Strattham BoA '5422 Account | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL BIENES AND DIANNE BIENES | - | 16,634,930 | - | - | 500,000 | 500,000 | 16,398,929 | - | - | $ 34,033,859 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | - | 220,000 | - | - | - | - | 355,000 | - | - | $ 575,000 |
| DIANNE BIENES | - | - | - | - | - | - | 3,520 | - | - | $ 3,520 |
| **TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES** | $ - | $ 16,854,930 | $ - | $ - | $ 500,000 | $ 500,000 | $ 16,757,449 | $ - | $ - | $ 34,612,379 |
| FRANK AVELLINO AND NANCY AVELLINO | 3,486,928 | 17,034,456 | 1,644,640 | 1,053,788 | 103,239 | 1,907,926 | - | - | - | $ 25,230,977 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | - | 575,000 | - | 400,000 | 200,000 | - | - | - | - | $ 1,175,000 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | - | 200,000 | - | - | 200,000 | - | - | - | - | $ 400,000 |
| **TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO** | $ 3,486,928 | $ 17,809,456 | $ 1,644,640 | $ 1,453,788 | $ 503,239 | $ 1,907,926 | $ - | $ - | $ - | $ 26,805,977 |
| STRATTHAM PARTNERS | - | 4,030,000 | 300,000 | - | - | - | - | - | - | $ 4,330,000 |
| GROSVENOR PARTNERS LTD | 210,000 | - | - | 350,000 | - | - | - | 3,750,000 | - | $ 4,310,000 |
| ASTER ASSOCIATES | - | 600,000 | 1,665,000 | 490,000 | - | 100,000 | - | - | - | $ 2,855,000 |
| KENN JORDAN ASSOCIATES | 715,000 | - | 195,000 | - | - | - | - | - | - | $ 910,000 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | - | 55,000 | - | - | 35,000 | 25,000 | - | - | - | $ 115,000 [2] |
| **TRANSFERS TO A&B ENTITY DEFENDANTS** | $ 925,000 | $ 4,685,000 | $ 2,160,000 | $ 840,000 | $ 35,000 | $ 125,000 | $ - | $ 3,750,000 | $ - | $ 12,520,000 |
| THOMAS AVELLINO | 1,550,007 | 1,327,000 | - | - | - | - | - | 2,067,000 | 902,500 | $ 5,846,507 |
| ASCENT, INC. | - | - | - | 80,000 | - | - | - | 693,816 | 1,920,000 | $ 2,693,816 [3] |
| THE AVELLINO FAMILY FOUNDATION | 90,000 | 1,450,000 | 1,100,000 | - | - | - | - | - | - | $ 2,640,000 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 400,500 | 365,000 | - | - | - | - | - | - | - | $ 765,500 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 33,000 | 94,600 | - | - | - | - | - | - | - | $ 127,600 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 30,000 | - | - | - | - | - | - | - | - | $ 30,000 |
| 27 CLIFF, LLC | - | - | 20,000 | - | - | - | - | - | - | $ 20,000 |
| **TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS** | $ 463,500 | $ 459,600 | $ 20,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 943,100 |
| **GRAND TOTAL** | $ 6,515,435 | $ 42,585,986 | $ 4,924,640 | $ 2,373,788 | $ 1,038,239 | $ 2,532,926 | $ 16,757,449 | $ 6,510,816 | $ 2,822,500 | $ 86,061,779 |

[1] Available bank records for the Strattham BA '5720 Account begin in March 2002. Other documents produced to the Trustee by defendant Strattham identify additional transfers from Strattham prior to March 2002, including $19,000 to defendant Ascent, Inc. on 1/8/2002 (*see* STR0000949-50). This $19,000 transfer is included in the total transfers from defendant Strattham to defendant Ascent, Inc. of $693,816 as shown in this exhibit. As I do not have the bank statements for Strattham BA '5720 Account at the time of this transfer, I was unable to trace this transaction as a Subsequent Transfer of BLMIS funds.

[2] The entries in the Quickbooks records for defendant Grosvenor and defendant Mayfair Ventures reference "Accounting fees" for each of the transfers to defendant Mayfair Bookkeeping Services, Inc. *See* GRO0023; GRO0025; GRO0033; GRO0034; GRO0035; GRO0036; GRO0038; MFV0013; MFV0056.  *See also* **Exhibit 12** for further details.

[3] Defendant Thomas Avellino testified that payments from defendant Strattham to defendant Ascent, Inc. were for management fees. *See* deposition of Thomas Avellino, 228:11 - 228:25, Jan. 29, 2020. Further, the entries in the Quickbooks records for defendant Kenn Jordan reference "Professional f… [sic]" for each of the transfers to defendant Ascent, Inc. *See* KJA0014 – 16 and KJA0061. *See also* **Exhibit 12** for further details.