# EXHIBIT 11.1

**Summary of FBO Transfers from A&B Entity Defendants to A&B Subsequent Transferee Defendants** *(Post January 2001 Period)* [1]

| Transferor | Transferee | Beneficiary | A&B Subsequent Transferee Defendants | Amount |
|---|---|---|---|---:|
| Aster NT '7237 Account | United States Treasury | Heather Carroll Lowles Trust | HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 14,786 |
| Aster NT '7237 Account | Bank of America / Boston University | Madison McEvoy Trust | MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990 | 29,858 |
| Aster NT '7237 Account | Madison A. McEvoy | Madison McEvoy Trust | MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990 | 12,525 |
| Aster NT '7237 Account | Michael McEvoy | Madison McEvoy Trust | MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990 | 6,000 |
| Aster NT '7237 Account | United States Treasury | Madison Alyssa McEvoy Trust | MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990 | 54,100 |
| Aster NT '7237 Account | United States Treasury | Melanie Ann Lowles Trust | MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 26,849 |
| Aster NT '7237 Account | Greenberg Traurig | Rachel Rosenthal | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 11,374 |
| Aster NT '7237 Account | NYS Income Tax | Rachel Rosenthal | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 2,650 |
| Aster NT '7237 Account | Parcel 242 LLC | Rachel Rosenthal Trust #3 | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 7,000 |
| Aster NT '7237 Account | Robert Janzer | Rachel Rosenthal Trust #3 | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 7,000 |
| Aster NT '7237 Account | United States Treasury | Rachel Rosenthal | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 23,067 |
| Aster NT '7237 Account | United States Treasury | Rachel Rosenthal Trust | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 109,618 |
| Aster NT '7237 Account | United States Treasury | Rachel Rosenthal Trust #3 | RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 165,112 |
| Strattham BoA '5422 Account | Valerie F. Avrin Attorney Trust Account | Samuel Avellino Trust | S.A. GRANTOR RETAINED ANNUITY TRUST | 57,417 |
| Aster NT '7237 Account | Michael McEvoy | Taylor McEvoy Trust | TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992 | 6,000 |
| Aster NT '7237 Account | United States Treasury | Taylor Ashley McEvoy Trust | TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992 | 55,880 |
| Aster NT '7237 Account | Tiffany Lowles | Tiffany Joy Lowles Trust | TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990 | 47,000 |
| Grosvenor CN '6545 Account | Tiffany Lowles | Tiffany Joy Lowles Trust | TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990 | 32,000 |
| Aster NT '7237 Account | United States Treasury | Tiffany Joy Lowles Trust | TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990 | 21,657 |
| | | | | **$ 689,894** |

| A&B Subsequent Transferee Defendants | Total FBO Transfers |
|---|---:|
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 14,786 |
| MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990 | 102,483 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 26,849 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 325,821 |
| S.A. GRANTOR RETAINED ANNUITY TRUST | 57,417 |
| TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992 | 61,880 |
| TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990 | 100,657 |
| | **$ 689,894** |

[1] *See* **Exhibit 12** for details of these FBO Transfers.