# EXHIBIT 14.1

**Subsequent Transfers of BLMIS Funds under the LIFO Tracing Method**

| | Aster NT '7237 Account | Grosvenor CN '6545 Account | Grosvenor NT '6281 Account | Kenn Jordan NT '1748 Account | Mayfair CN '6558 Account | Mayfair NT '3199 Account | St. James CN '0119 Account | Strattham BA '5720 Account | Strattham BoA '5422 Account | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| MICHAEL BIENES AND DIANNE BIENES | - | 16,368,972 | - | - | 500,000 | 500,000 | 16,315,936 | - | - | $ 33,684,908 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | - | 220,000 | - | - | - | - | 354,786 | - | - | $ 574,786 |
| DIANNE BIENES | - | - | - | - | - | - | - | - | - | $ - |
| ***TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES*** | $ - | $ 16,588,972 | $ - | $ - | $ 500,000 | $ 500,000 | $ 16,670,722 | $ - | $ - | $ 34,259,694 |
| FRANK AVELLINO AND NANCY AVELLINO | 3,080,079 | 15,045,338 | 1,600,000 | 225,145 | 103,239 | 1,905,000 | - | - | - | $ 21,958,801 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | - | 543,000 | - | 100,000 | 200,000 | - | - | - | - | 843,000 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | - | 200,000 | - | - | 200,000 | - | - | - | - | 400,000 |
| ***TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO*** | $ 3,080,079 | $ 15,788,338 | $ 1,600,000 | $ 325,145 | $ 503,239 | $ 1,905,000 | $ - | $ - | $ - | $ 23,201,801 |
| STRATTHAM PARTNERS | - | 4,030,000 | - | - | - | - | - | - | - | $ 4,030,000 |
| GROSVENOR PARTNERS LTD | 60,000 | - | - | 350,000 | - | - | - | - | - | 410,000 |
| ASTER ASSOCIATES | - | 449,000 | 1,632,755 | 50,000 | - | 100,000 | - | - | - | $ 2,231,755 |
| KENN JORDAN ASSOCIATES | 665,000 | - | 195,000 | - | - | - | - | - | - | 860,000 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | - | 35,299 | - | - | 35,000 | - | - | - | - | $ 70,299 |
| ***TRANSFERS TO A&B ENTITY DEFENDANTS*** | $ 725,000 | $ 4,514,299 | $ 1,827,755 | $ 400,000 | $ 35,000 | $ 100,000 | $ - | $ - | $ - | $ 7,602,054 |
| THOMAS AVELLINO | 645,007 | 1,055,351 | - | - | - | - | - | 385,602 | 700,000 | $ 2,785,960 |
| ASCENT, INC. | - | - | - | 20,000 | - | - | - | - | 1,267,555 | $ 1,287,555 |
| THE AVELLINO FAMILY FOUNDATION | 90,000 | 990,373 | 1,019,855 | - | - | - | - | - | - | $ 2,100,228 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 201,000 | 255,000 | - | - | - | - | - | - | - | $ 456,000 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 14,500 | 70,400 | - | - | - | - | - | - | - | $ 84,900 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 30,000 | - | - | - | - | - | - | - | - | $ 30,000 |
| 27 CLIFF, LLC | - | - | - | - | - | - | - | - | - | $ - |
| ***TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS*** | $ 245,500 | $ 325,400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 570,900 |
| ***GRAND TOTAL*** | $ 4,785,586 | $ 39,262,734 | $ 4,447,609 | $ 745,145 | $ 1,038,239 | $ 2,505,000 | $ 16,670,722 | $ 385,602 | $ 1,967,555 | $ 71,808,192 |