# EXHIBIT 14.2

**Subsequent Transfers of BLMIS Funds under the FIFO Tracing Method**

| | Aster NT '7237 Account | Grosvenor CN '6545 Account | Grosvenor NT '6281 Account | Kenn Jordan NT '1748 Account | Mayfair CN '6558 Account | Mayfair NT '3199 Account | St. James CN '0119 Account | Strattham BA '5720 Account | Strattham BoA '5422 Account | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL BIENES AND DIANNE BIENES | - | 15,350,917 | - | - | 495,320 | 500,000 | 16,311,306 | - | - | $ 32,657,543 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | - | 180,000 | - | - | - | - | 355,000 | - | - | $ 535,000 |
| DIANNE BIENES | - | - | - | - | - | - | 2,794 | - | - | $ 2,794 |
| *TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES* | $ - | $ 15,530,917 | $ - | $ - | $ 495,320 | $ 500,000 | $ 16,669,100 | $ - | $ - | $ 33,195,337 |
| FRANK AVELLINO AND NANCY AVELLINO | 2,751,367 | 15,411,035 | 1,600,000 | 333,981 | 103,239 | 1,907,926 | - | - | - | $ 22,107,548 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | - | 529,525 | - | 91,469 | 200,000 | - | - | - | - | 820,993 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | - | 200,000 | - | - | 200,000 | - | - | - | - | 400,000 |
| *TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO* | $ 2,751,367 | $ 16,140,559 | $ 1,600,000 | $ 425,450 | $ 503,239 | $ 1,907,926 | $ - | $ - | $ - | $ 23,328,542 |
| STRATTHAM PARTNERS | - | 4,030,000 | - | - | - | - | - | - | - | $ 4,030,000 |
| GROSVENOR PARTNERS LTD | 10,000 | - | - | 350,000 | - | - | - | - | - | 360,000 |
| ASTER ASSOCIATES | - | 600,000 | 1,545,978 | 50,000 | - | 100,000 | - | - | - | $ 2,295,978 |
| KENN JORDAN ASSOCIATES | 587,893 | - | 192,755 | - | - | - | - | - | - | $ 780,648 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | - | 50,000 | - | - | 35,000 | 25,000 | - | - | - | $ 110,000 |
| *TRANSFERS TO A&B ENTITY DEFENDANTS* | $ 597,893 | $ 4,680,000 | $ 1,738,733 | $ 400,000 | $ 35,000 | $ 125,000 | $ - | $ - | $ - | $ 7,576,626 |
| THOMAS AVELLINO | | 607,549 | 1,268,379 | - | - | - | - | - | 373,858 | 652,511 | $ 2,902,297 |
| ASCENT, INC. | - | - | - | 20,000 | - | - | - | 28,762 | 1,105,282 | $ 1,154,044 |
| THE AVELLINO FAMILY FOUNDATION | 50,000 | 1,174,702 | 1,025,000 | - | - | - | - | - | - | $ 2,249,702 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 213,959 | 250,787 | - | - | - | - | - | - | - | $ 464,746 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 8,500 | 83,800 | - | - | - | - | - | - | - | $ 92,300 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 30,000 | - | - | - | - | - | - | - | - | $ 30,000 |
| 27 CLIFF, LLC | - | - | 140 | - | - | - | - | - | - | $ 140 |
| *TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS* | $ 252,459 | $ 334,587 | $ 140 | $ - | $ - | $ - | $ - | $ - | $ - | $ 587,186 |
| **GRAND TOTAL** | $ 4,259,268 | $ 39,129,144 | $ 4,363,873 | $ 845,450 | $ 1,033,559 | $ 2,532,926 | $ 16,669,100 | $ 402,620 | $ 1,757,793 | $ 70,993,732 |