# EXHIBIT 14.3

**Subsequent Transfers of BLMIS Funds under the LIBR Tracing Method**

| | Aster NT '7237 Account | Grosvenor CN '6545 Account | Grosvenor NT '6281 Account | Kenn Jordan NT '1748 Account | Mayfair CN '6558 Account | Mayfair NT '3199 Account | St. James CN '0119 Account | Strattham BA '5720 Account | Strattham BoA '5422 Account | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL BIENES AND DIANNE BIENES | - | 16,184,982 | - | - | 495,320 | 500,000 | 16,311,308 | - | - | $ 33,491,610 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | - | 220,000 | - | - | - | - | 354,786 | - | - | $ 574,786 |
| DIANNE BIENES | - | - | - | - | - | - | 3,500 | - | - | $ 3,500 |
| ***TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES*** | $ - | $ 16,404,982 | $ - | $ - | $ 495,320 | $ 500,000 | $ 16,669,594 | $ - | $ - | $ 34,069,896 |
| FRANK AVELLINO AND NANCY AVELLINO | 2,906,845 | 15,221,495 | 1,620,140 | 252,573 | 103,239 | 1,907,926 | - | - | - | $ 22,012,218 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | - | 543,000 | - | 100,000 | 200,000 | - | - | - | - | $ 843,000 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | - | 200,000 | - | - | 200,000 | - | - | - | - | $ 400,000 |
| ***TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO*** | $ 2,906,845 | $ 15,964,495 | $ 1,620,140 | $ 352,573 | $ 503,239 | $ 1,907,926 | $ - | $ - | $ - | $ 23,255,218 |
| STRATTHAM PARTNERS | - | 4,030,000 | - | - | - | - | - | - | - | $ 4,030,000 |
| GROSVENOR PARTNERS LTD | 10,000 | - | - | 350,000 | - | - | - | - | - | $ 360,000 |
| ASTER ASSOCIATES | - | 449,000 | 1,575,315 | 59,522 | - | 100,000 | - | - | - | $ 2,183,837 |
| KENN JORDAN ASSOCIATES | 615,000 | - | 195,000 | - | - | - | - | - | - | $ 810,000 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | - | 50,000 | - | - | 35,000 | 25,000 | - | - | - | $ 110,000 |
| ***TRANSFERS TO A&B ENTITY DEFENDANTS*** | $ 625,000 | $ 4,529,000 | $ 1,770,315 | $ 409,522 | $ 35,000 | $ 125,000 | $ - | $ - | $ - | $ 7,493,837 |
| THOMAS AVELLINO | 645,007 | 1,163,642 | - | - | - | - | - | 406,463 | 662,500 | $ 2,877,612 |
| ASCENT, INC. | - | - | - | 40,000 | - | - | - | - | 1,111,071 | $ 1,151,071 |
| THE AVELLINO FAMILY FOUNDATION | 50,000 | 1,025,000 | 1,025,000 | - | - | - | - | - | - | $ 2,100,000 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 214,223 | 265,000 | - | - | - | - | - | - | - | $ 479,223 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 14,500 | 75,800 | - | - | - | - | - | - | - | $ 90,300 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 30,000 | - | - | - | - | - | - | - | - | $ 30,000 |
| 27 CLIFF, LLC | - | - | - | - | - | - | - | - | - | $ - |
| ***TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS*** | $ 258,723 | $ 340,800 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 599,523 |
| ***GRAND TOTAL*** | $ 4,485,575 | $ 39,427,919 | $ 4,415,455 | $ 802,095 | $ 1,033,559 | $ 2,532,926 | $ 16,669,594 | $ 406,463 | $ 1,773,571 | $ 71,547,157 |