# EXHIBIT 14.4

**Subsequent Transfers of BLMIS Funds under the Restated Tracing Rules**

| | Aster NT '7237 Account | Grosvenor CN '6545 Account | Grosvenor NT '6281 Account | Kenn Jordan NT '1748 Account | Mayfair CN '6558 Account | Mayfair NT '3199 Account | St. James CN '0119 Account | Strattham BA '5720 Account | Strattham BoA '5422 Account | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| MICHAEL BIENES AND DIANNE BIENES | - | 16,534,930 | - | - | 500,000 | 500,000 | 16,389,072 | - | - | $ 33,924,002 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | - | 220,000 | - | - | - | - | 355,000 | - | - | $ 575,000 |
| DIANNE BIENES | - | - | - | - | - | - | - | - | - | $ - |
| ***TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES*** | $ - | $ 16,754,930 | $ - | $ - | $ 500,000 | $ 500,000 | $ 16,744,072 | $ - | $ - | $ 34,499,002 |
| FRANK AVELLINO AND NANCY AVELLINO | 3,189,503 | 15,875,420 | 1,600,140 | 387,277 | 103,239 | 1,907,926 | - | - | - | $ 23,063,505 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | - | 571,525 | - | 129,432 | 200,000 | - | - | - | - | $ 900,956 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | - | 200,000 | - | - | 200,000 | - | - | - | - | $ 400,000 |
| ***TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO*** | $ 3,189,503 | $ 16,646,945 | $ 1,600,140 | $ 516,709 | $ 503,239 | $ 1,907,926 | $ - | $ - | $ - | $ 24,364,461 |
| STRATTHAM PARTNERS | - | 4,030,000 | - | - | - | - | - | - | - | $ 4,030,000 |
| GROSVENOR PARTNERS LTD | 60,000 | - | - | 350,000 | - | - | - | - | - | $ 410,000 |
| ASTER ASSOCIATES | - | 600,000 | 1,660,000 | 70,118 | - | 100,000 | - | - | - | $ 2,430,118 |
| KENN JORDAN ASSOCIATES | 665,000 | - | 195,000 | - | - | - | - | - | - | $ 860,000 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | - | 45,000 | - | - | 35,000 | 25,000 | - | - | - | $ 105,000 |
| ***TRANSFERS TO A&B ENTITY DEFENDANTS*** | $ 725,000 | $ 4,675,000 | $ 1,855,000 | $ 420,118 | $ 35,000 | $ 125,000 | $ - | $ - | $ - | $ 7,835,118 |
| THOMAS AVELLINO | 671,549 | 1,295,786 | - | - | - | - | - | 420,085 | 710,239 | $ 3,097,660 |
| ASCENT, INC. | - | - | - | 60,000 | - | - | - | 38,896 | 1,285,000 | $ 1,383,896 |
| THE AVELLINO FAMILY FOUNDATION | 90,000 | 1,150,000 | 1,040,594 | - | - | - | - | - | - | $ 2,280,594 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 269,000 | 265,000 | - | - | - | - | - | - | - | $ 534,000 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 29,881 | 81,800 | - | - | - | - | - | - | - | $ 111,681 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 30,000 | - | - | - | - | - | - | - | - | $ 30,000 |
| 27 CLIFF, LLC | - | - | 20,000 | - | - | - | - | - | - | $ 20,000 |
| ***TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS*** | $ 328,881 | $ 346,800 | $ 20,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 695,681 |
| **GRAND TOTAL** | $ 5,004,932 | $ 40,869,461 | $ 4,515,734 | $ 996,827 | $ 1,038,239 | $ 2,532,926 | $ 16,744,072 | $ 458,982 | $ 1,995,239 | $ 74,156,412 |