# EXHIBIT 14.5

**Subsequent Transfers of BLMIS Funds under the Proportionality Tracing Method**

| | Aster NT '7237 Account | Grosvenor CN '6545 Account | Grosvenor NT '6281 Account | Kenn Jordan NT '1748 Account | Mayfair CN '6558 Account | Mayfair NT '3199 Account | St. James CN '0119 Account | Strattham BA '5720 Account | Strattham BoA '5422 Account | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL BIENES AND DIANNE BIENES | - | 15,975,242 | - | - | 497,671 | 500,000 | 16,315,549 | - | - | $ 33,288,461 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | - | 212,914 | - | - | - | - | 350,385 | - | - | $ 563,299 |
| DIANNE BIENES | - | - | - | - | - | - | 3,470 | - | - | $ 3,470 |
| *TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES* | $ - | $ 16,188,156 | $ - | $ - | $ 497,671 | $ 500,000 | $ 16,669,404 | $ - | $ - | $ 33,855,231 |
| FRANK AVELLINO AND NANCY AVELLINO | 2,908,456 | 14,707,812 | 1,567,231 | 254,972 | 102,773 | 1,907,925 | - | - | - | $ 21,449,169 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | - | 508,488 | - | 74,177 | 199,068 | - | - | - | - | $ 781,733 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | - | 191,894 | - | - | 199,068 | - | - | - | - | $ 390,962 |
| *TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO* | $ 2,908,456 | $ 15,408,194 | $ 1,567,231 | $ 329,149 | $ 500,910 | $ 1,907,925 | $ - | $ - | $ - | $ 22,621,864 |
| STRATTHAM PARTNERS | - | 4,029,410 | - | - | - | - | - | - | - | $ 4,029,410 |
| GROSVENOR PARTNERS LTD | 43,660 | - | - | 338,275 | - | - | - | - | - | $ 381,935 |
| ASTER ASSOCIATES | - | 457,338 | 1,595,765 | 58,086 | - | 100,000 | - | - | - | $ 2,211,190 |
| KENN JORDAN ASSOCIATES | 631,557 | - | 190,580 | - | - | - | - | - | - | $ 822,138 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | - | 52,299 | - | - | 34,995 | 24,994 | - | - | - | $ 112,288 |
| *TRANSFERS TO A&B ENTITY DEFENDANTS* | $ 675,217 | $ 4,539,047 | $ 1,786,346 | $ 396,361 | $ 34,995 | $ 124,994 | $ - | $ - | $ - | $ 7,556,960 |
| THOMAS AVELLINO | 629,215 | 1,138,363 | - | - | - | - | - | 392,522 | 682,003 | $ 2,842,103 |
| ASCENT, INC. | - | - | - | 20,495 | - | - | - | 27,152 | 1,147,163 | $ 1,194,810 |
| THE AVELLINO FAMILY FOUNDATION | 76,820 | 1,046,264 | 1,012,315 | - | - | - | - | - | - | $ 2,135,399 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | 216,227 | 254,015 | - | - | - | - | - | - | - | $ 470,242 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | 10,387 | 77,843 | - | - | - | - | - | - | - | $ 88,230 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | 29,317 | - | - | - | - | - | - | - | - | $ 29,317 |
| 27 CLIFF, LLC | - | - | 3,697 | - | - | - | - | - | - | $ 3,697 |
| *TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS* | $ 255,931 | $ 331,858 | $ 3,697 | $ - | $ - | $ - | $ - | $ - | $ - | $ 591,487 |
| **GRAND TOTAL** | $ 4,545,639 | $ 38,651,883 | $ 4,369,588 | $ 746,005 | $ 1,033,575 | $ 2,532,919 | $ 16,669,404 | $ 419,674 | $ 1,829,165 | $ 70,797,853 |