# EXHIBIT 14.6

**Ranges of Subsequent Transfers of BLMIS Funds**

| | TOTAL LIFO (Ex. 14.1) | TOTAL FIFO (Ex. 14.2) | TOTAL LIBR (Ex. 14.3) | TOTAL Restated (Ex.14.4) | TOTAL Proportionality (Ex.14.5) | LOW | HIGH |
|---|---|---|---|---|---|---|---|
| MICHAEL BIENES AND DIANNE BIENES | $ 33,684,908 | $ 32,657,543 | $ 33,491,610 | $ 33,924,002 | $ 33,288,461 | $ 32,657,543 | $ 33,924,002 |
| MICHAEL S. BIENES AND/OR MICHAEL S. BIENES AS TRUSTEE | $ 574,786 | $ 535,000 | $ 574,786 | $ 575,000 | $ 563,299 | $ 535,000 | $ 575,000 |
| DIANNE BIENES | $ - | $ 2,794 | $ 3,500 | $ - | $ 3,470 | $ - | $ 3,500 |
| *TRANSFERS TO MICHAEL BIENES AND/OR DIANNE BIENES* | $ 34,259,694 | $ 33,195,337 | $ 34,069,896 | $ 34,499,002 | $ 33,855,231 | $ 33,192,543 | $ 34,502,502 |
| FRANK AVELLINO AND NANCY AVELLINO | $ 21,958,801 | $ 22,107,548 | $ 22,012,218 | $ 23,063,505 | $ 21,449,169 | $ 21,449,169 | $ 23,063,505 |
| FRANK J. AVELLINO AND/OR THE FRANK AVELLINO TRUSTS | $ 843,000 | $ 820,993 | $ 843,000 | $ 900,956 | $ 781,733 | $ 781,733 | $ 900,956 |
| NANCY CARROLL AVELLINO AND/OR NANCY CARROLL AVELLINO REVOCABLE TRUST | $ 400,000 | $ 400,000 | $ 400,000 | $ 400,000 | $ 390,962 | $ 390,962 | $ 400,000 |
| *TRANSFERS TO FRANK AVELLINO AND/OR NANCY AVELLINO* | $ 23,201,801 | $ 23,328,542 | $ 23,255,218 | $ 24,364,461 | $ 22,621,864 | $ 22,621,864 | $ 24,364,461 |
| STRATTHAM PARTNERS | $ 4,030,000 | $ 4,030,000 | $ 4,030,000 | $ 4,030,000 | $ 4,029,410 | $ 4,029,410 | $ 4,030,000 |
| GROSVENOR PARTNERS LTD | $ 410,000 | $ 360,000 | $ 360,000 | $ 410,000 | $ 381,935 | $ 360,000 | $ 410,000 |
| ASTER ASSOCIATES | $ 2,231,755 | $ 2,295,978 | $ 2,183,837 | $ 2,430,118 | $ 2,211,190 | $ 2,183,837 | $ 2,430,118 |
| KENN JORDAN ASSOCIATES | $ 860,000 | $ 780,648 | $ 810,000 | $ 860,000 | $ 822,138 | $ 780,648 | $ 860,000 |
| MAYFAIR BOOKKEEPING SERVICES, INC. | $ 70,299 | $ 110,000 | $ 110,000 | $ 105,000 | $ 112,288 | $ 70,299 | $ 112,288 |
| *TRANSFERS TO A&B ENTITY DEFENDANTS* | $ 7,602,054 | $ 7,576,626 | $ 7,493,837 | $ 7,835,118 | $ 7,556,960 | $ 7,424,194 | $ 7,842,406 |
| THOMAS AVELLINO | $ 2,785,960 | $ 2,902,297 | $ 2,877,612 | $ 3,097,660 | $ 2,842,103 | $ 2,785,960 | $ 3,097,660 |
| ASCENT, INC. | $ 1,287,555 | $ 1,154,044 | $ 1,151,071 | $ 1,383,896 | $ 1,194,810 | $ 1,151,071 | $ 1,383,896 |
| THE AVELLINO FAMILY FOUNDATION | $ 2,100,228 | $ 2,249,702 | $ 2,100,000 | $ 2,280,594 | $ 2,135,399 | $ 2,100,000 | $ 2,280,594 |
| RACHEL A. ROSENTHAL AND/OR THE RACHEL A. ROSENTHAL TRUSTS #1, 2, & 3 | $ 456,000 | $ 464,746 | $ 479,223 | $ 534,000 | $ 470,242 | $ 456,000 | $ 534,000 |
| HEATHER C. LOWLES AND/OR HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990 | $ 84,900 | $ 92,300 | $ 90,300 | $ 111,681 | $ 88,230 | $ 84,900 | $ 111,681 |
| MELANIE A. LOWLES AND/OR MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 29,317 | $ 29,317 | $ 30,000 |
| 27 CLIFF, LLC | $ - | $ 140 | $ - | $ 20,000 | $ 3,697 | $ - | $ 20,000 |
| *TRANSFERS TO OTHER A&B SUBSEQUENT TRANSFEREE DEFENDANTS* | $ 570,900 | $ 587,186 | $ 599,523 | $ 695,681 | $ 591,487 | $ 570,217 | $ 695,681 |
| **GRAND TOTAL** | $ 71,808,192 | $ 70,993,732 | $ 71,547,157 | $ 74,156,412 | $ 70,797,853 | $ 69,845,850 | $ 74,167,200 |