# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06        1
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0    [Redacted]


                              BALANCE FORWARD                          507,780.46

12/01                         INTEL CORP                    DIV                       1,789.20
                              DIV 11/07/06 12/01/06
12/01                         WELLS FARGO & CO NEW          DIV                       2,892.96
                              DIV 11/03/06 12/01/06
12/05                         PFIZER INC                    DIV                       5,443.20
                              DIV 11/10/06 12/05/06
12/11                         CHEVRON CORP                  DIV                       3,538.08
                              DIV 11/17/06 12/11/06
12/11                         EXXON MOBIL CORP              DIV                       5,886.72
                              DIV 11/13/06 12/11/06
12/11                         INTERNATIONAL BUSINESS MACHS  DIV                       1,436.40
                              DIV 11/10/06 12/09/06
12/11                         UNITED TECHNOLOGIES CORP      DIV                         801.36
                              DIV 11/17/06 12/10/06
12/12                         JOHNSON & JOHNSON             DIV                       3,402.00
                              DIV 11/28/06 12/12/06
12/14                         HOME DEPOT INC                DIV                       1,417.50
                              DIV 11/30/06 12/14/06
12/14                         MICROSOFT CORP                DIV                       2,671.20
                              DIV 11/16/06 12/14/06
12/15                         AMERICAN INTL GROUP INC       DIV                       1,330.56
                              DIV 12/01/06 12/15/06
12/15                         COCA COLA CO                  DIV                       1,953.00
                              DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

MDPTPP03456817

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0      [Redacted]


12/15                              TIME WARNER INC              DIV                      693.00
                                   DIV 11/30/06 12/15/06
12/15                              WACHOVIA CORP NEW            DIV                    3,386.88
                                   DIV 11/30/06 12/15/06
12/21          15,372  1842        CITI GROUP INC               54.580                838,389.76
12/21           3,528  3842        SCHLUMBERGER LTD             67                    236,235.00
12/21           6,300  6092        COMCAST CORP                 43.140                271,530.00
                                   CL A
12/21          12,096  8092        AT&T INC                     35.810                432,674.76
12/21          19,152 10342        CISCO SYSTEMS INC            27.730                530,318.96
12/21          12,600 12342        TIME WARNER INC              21.710                273,042.00
12/21           6,804 14592        CHEVRON CORP                 75.110                510,776.44
12/21           3,276 16592        UNITED PARCEL SVC INC        76.630                250,908.88
                                   CLASS B
12/21          32,004 18842        GENERAL ELECTRIC CO          37.630              1,203,030.52
12/21           3,024 20806        UNITED TECHNOLOGIES CORP     62.410                188,607.84
12/21           1,260 23092        GOLDMAN SACHS GROUP INC     201.700                254,092.00
12/21           6,048 25024        WACHOVIA CORP NEW            57.430                347,095.64
12/21           6,300 27342        HOME DEPOT INC               40.080                252,252.00
12/21          10,332 29274        WELLS FARGO & CO NEW         35.750                368,956.00
12/21           8,568 31592        HEWLETT PACKARD CO           40.020                342,549.36
12/21           7,560 33524        WAL-MART STORES INC          46.640                352,296.40
12/21           4,788 35842        INTERNATIONAL BUSINESS MACHS 95.800                458,499.40
12/21          18,396 37774        EXXON MOBIL CORP             76.800              1,412,077.80
12/21          17,892 40092        INTEL CORP                   21.100                376,806.20
```

CONTINUED ON PAGE    3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06        3
[Redacted]
[Redacted]
[Redacted]                                               1-H0024-3-0         [Redacted]


12/21                9,072 44342  JOHNSON & JOHNSON         66.780                      605,466.16
12/21               10,584 48591  J.P. MORGAN CHASE & CO    48.410                      511,948.44
12/21                6,300 52841  COCA COLA CO              48.990                      308,385.00
12/21                2,772 57091  MERRILL LYNCH & CO INC    91.960                      254,803.12
12/21                6,552 61341  ALTRIA GROUP INC          85.910                      562,620.32
12/21                6,804 65591  MERCK & CO                44                          299,104.00
12/21                3,276 69841  MORGAN STANLEY            80.620                      263,980.12
12/21               26,712 74091  MICROSOFT CORP            30.110                      803,230.32
12/21                4,788 80642  ABBOTT LABORATORIES       48.170                      230,446.96
12/21                8,064 84881  AMERICAN INTL GROUP INC   72.790                      586,656.56
12/21               12,600 86841  ORACLE CORPORATION        18.050                      226,926.00
12/21                3,528 89131  AMGEN INC                 70.630                      249,041.64
12/21                5,040 91091  PEPSICO INC               63.210                      318,377.40
12/21                3,780 93359  AMERICAN EXPRESS COMPANY  62.270                      235,229.60
12/21               22,680 95341  PFIZER INC                25.870                      585,824.60
12/21               14,112 97591  BANK OF AMERICA           53.690                      757,109.28
12/21                9,828 99591  PROCTER & GAMBLE CO       64.120                      629,778.36
12/21   16,250,000         42168  U S TREASURY BILL         99.063   16,097,737.50
                                  DUE 3/01/2007
                                         3/01/2007
12/21       15,617         46409  FIDELITY SPARTAN          1            15,617.00
                                  U S TREASURY MONEY MARKET
12/22                             BANK OF AMERICA           DIV                           7,902.72
                                  DIV 12/01/06 12/22/06
12/29                             FIDELITY SPARTAN          DIV                             110.86
                                  U S TREASURY MONEY MARKET
                                  DIV 12/29/06
```

CONTINUED ON PAGE    4

MDPTPP03456819

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06          4
[Redacted]
[Redacted]
[Redacted]                                                    1-H0024-3-0      [Redacted]


12/29                                    TRANS FROM 40 ACCT         JRNL                    292,069.00

12/29    8,375,000           2281 U S TREASURY BILL                 98.682    8,264,617.50
                                  DUE 4/5/2007
                                        4/05/2007
12/29       10,001           6854 FIDELITY SPARTAN                  1            10,001.00
                                  U S TREASURY MONEY MARKET
12/29                41,231 83587 FIDELITY SPARTAN                  1                           41,231.00
                                  U S TREASURY MONEY MARKET
12/29            16,600,000 88904 U S TREASURY BILL                 99.166                  16,461,556.00
                                  DUE 3/01/2007
                                        3/01/2007
12/29    8,375,000          97809 U S TREASURY BILL                 98.780    8,272,825.00
                                  DUE 3/29/2007
                                        3/29/2007

                                  NEW BALANCE                                                       .02

                                  SECURITY POSITIONS                MKT PRICE
            10,001                FIDELITY SPARTAN                  1
                                  U S TREASURY MONEY MARKET
         8,375,000                U S TREASURY BILL                 98.780
                                  DUE 3/29/2007
                                        3/29/2007
         8,375,000                U S TREASURY BILL                 98.682
                                  DUE 4/5/2007
                                        4/05/2007

                                  MARKET VALUE OF SECURITIES
                                       LONG              SHORT
                                  16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                                    12/31/06         5
[Redacted]
[Redacted]
[Redacted]                                     1-H0024-3-0    [Redacted]



                          YEAR-TO-DATE SUMMARY

              DIVIDENDS                                          285,425.85
              GROSS PROCEEDS FROM SALES                      141,072,172.20
```

MDPTPP03456821