# EXHIBIT 9

```
         0·  *

 63,864·42  +
     13·99  +
 63,878·41  *

 63,878·41  ÷
    83·875  =
    761·59  *

    83·875  ×
      761·  =
 63,828·88  +I
 63,828·88  ×
     0·025  =
  1,595·72  *

  1,595·72  ÷
        4·  ×
        8·  =
  3,191·44  *
```

```
  3,191·44  +I
      761·  ×
      2·25  =
  1,712·25  *

  1,712·25  ×
   0·03125  =
     53·51  +I
 67,073·83  ◊I
 67,073·83  ÷
  1,712·25  =
     39·17  *

     39·25  ×
  1,712·25  =
 67,205·81  -I
   131·98-*I

   131·98-÷
     0·125  =
 1,055·84-*

  1,712·00  +
  1,052·00  -
    660·00  *
```

I + C Lipkin 56 180.81 80

| | | | | |
|---|---|---|---|---|
| 1/21 Res Oil | 56 172.00 | 58 279.13 | 6 2½ 3/10 | ~~8.81~~ |
| 2107.13 | | | INA | |
| 3/13 INA | 58 268.25 | 61.181.80 | 8 2½ 5/8 | ~~19.69~~ |
| | | | Heinz | |
| 5/8 Heinz | 61 187.50 | 63 864.42 | 7 2½ 7/1 | ~~13.99~~ |
| 2676.92 | | | Aetna | |
| 6/30 Aetna | 63 828.88 | 67 020.76 | 8 2½ 9/1 | ~~49~~.53 |
| 3191.88 | | | Amax | |
| 9/5 Amax | 67 008— | 70 358.40 | 8 2½ 10/30 | ~~62~~.29 |
| 3350.40 | | | Rockwell | |
| 10/30 Rockwell | 70 404.75 | 73 925.41 | 8 2½ 12/31 | 15.94 |
| 3520.66 | | | Tomlinson | |
| 12/31 Check | 10 000— | | " | |
| Check (P) | | 5000— | " | |
| | | | 68 941.35 | |



Exhibit 9
Pg 4 of 12

ICE - Aetna Life
+ Casualty 2 PfD
761 @ 83 7/8 =
63828.88
1052
39 1/8
41159.50
32.88
41126.62
660
39 1/4 = 25905-
20.63
1 = 9.77
25884.37
6/23 B
6/25 S
67020.26
8 - 2 1/2
1712.25
9/1
3191.88

MADTSS00401003

```
        0·  *

61,201·49  ÷
     27·5  =
 2,225·51  *

     27·5  ×
   2,225·  =
61,187·50  +I
61,187·50  ×
    0·025  =
 1,529·69  *

 1,529·69  ÷
       4·  ×
       7·  =
 2,676·96  *

 2,676·96  +I
   2,225·  ×
     0·75  =
 1,668·75  *

 1,668·75  ×
  0·03125  =
    52·15  +I
63,916·61  ◊I
63,916·61  ÷
 1,668·75  =
    38·30  *

   38·375  ×
 1,668·75  =
64,038·28  -I
   121·67-*I

   121·67-÷
    0·125  =
   973·36-*

 1,668·00  +
   973·00  -
   695·00  *
```



Exhibit 9
Pg 6 of 12

MADF

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/80 | 5/5/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD | 61187.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

MADTSS00400986



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX   235130
WATS (800) 221-2242

REDACTED

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | YR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

CODES

SPECIAL DELIVERY INSTRUCTIONS

| QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|
| WE DCF 973 | | MEINS | | | 371185.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/8 | 371217.25 | | 30.41 | | | |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADTSS00400988

# Bernard L. Madoff

INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 695 | | HEINZ | 26648.91 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 3/8 | 26670.63 | | 21.72 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES HEINZ 28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

ICE - Heiny

2225 27½ 61.187.50

973 38¼ 37217.25
30 41
37186.84

695 38⅜ = 26670.63
21.72
26648.91

7 = 28,67

# Madf

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

| YOUR ACCOUNT NUMBER | | YOUR TAXPAYER IDENTIFICATION NUMBER | PERIOD ENDING | PAGE |
|---|---|---|---|---|
| | | | 12/31/80 | |

REDACTED

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARDED | | | 56,180.81 |
| 1,302 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.90 | |
| | 653 | | $1.75 PFD | 33 | | 21,528.59 |
| 110 | | | RESERVE OIL & GAS COM | 33 | | 36,734.06 |
| 714 | | | RESERVE OIL & GAS COM | 29 7/8 | | 16,716.00 |
| 1,330 | | | INA CORP | 30 | | 21,308.44 |
| | | | INA CORP | | | 39,858.44 |
| | | | INA CORP | | | 14.92 |
| 2,726 | | | INA CORP $1.90 PFD | 21 3/8 | 58,268.25 | |
| 2,225 | 973 | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | 695 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 761 | | | HEINZ COM | | | 26.67 |
| | 1,052 | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | 660 | | AETNA LIFE COM | 39 1/8 | | 41,126.52 |
| | | | AETNA LIFE COM | 39 1/4 | | 25,884.37 |
| | 521 | | AETNA LIFE COM | | | 9.77 |
| | 850 | | AMAX INC. | 51 1/4 | | 26,686.97 |
| | | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | AMAX INC. | | | 31.24 |
| | 64 | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| 1,816 | 34 | | ROCKWELL INTL | 34 1/8 | | 61,936.58 |
| | 350 | | ROCKWELL INTL | 34 1/4 | | 11,960.50 |
| | | | ROCKWELL INTL | | | 10.23 |
| 2,097 | | | ROCKWELL INC $4.50 PFD | 59 1/4 | 78,404.73 | |
| | | | CHECK | | 10,000.00 | |
| | | | CHECK | | 5,000.00 | |
| | | | Balance | | | 68,941.53 |

MADTSS00401023

HJ Herring 7.70 3rd [illegible]

| | 1P = .75 C |
|---|---|
| 4/9/79 - 5/18 D | 1P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/2/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~[illegible]/84~~ - 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |