# EXHIBIT 25



Exhibit 25

EACH UNIT
10,040

288
SCHUPT

| Acct # | Name | Units | Need | Why |
|---|---|---|---|---|
| ZR211 | Eileen | 1.5 | 15 | SHUPT |
| C1277 | J.L Ira | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy Ira | 1.5 | 15 | S |
| ZB480 | Peg | .8 | 8 | S |
| ZB482 | Pam | .5 | 5 | S |
| R0126 | Rita | 1.5 | 15 | S |
| C1310 | JC Pens | X | (3) | Loss for Taxes |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0205 | Gregory | .5 | 5 | S |
| L0214 | Devon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | As per David K |
| D0028 | Carmen | 5.0 | 55 | S |
| W0057 | Weisser | 3.0 | 30 | REQUIRED |
| ZR179 | Mend | 21.5 | 215 | REQ |
| ZB032* | Matchir | 319.0 | 3190 | 2600 extra P+L + to bring to 11% |
| ZA924 | Levy Aaron | 7.8 | 78 | REQ |
| ZR165 | Abe K | 1.4 | 14 | REQ |
| ZR172 | Sey K | 1.4 | 14 | REQ |
| ZR097 | Rhona Gaba | .4 | 4 | REQ |
| ZB143 | Ed Jelris | 11.6 | 116 | REQ |
| ZR010 | Rich Glantz | 9.8 | 98 | REQ |
| ZB348 | Sperling | 1.0 | 10 | REQ |
| ZA041 | Manu E | .6 | 6 | REQ |
| ZA210 | Manu P | .6 | 6 | REQ |
| L0124 | Noel | 38.5 | 385 | ½ % Cap  Cap = 77 AM from his list |
| E0116* | Mantra | 92.2 | 822 | 300 extra P+L + to bring to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | Need 78 | | | |
| 116 | Need 145 | | | |
| 133 | Need 129 | | | |
| 155 | Need 109 | 522 | | |
| 159 | Need 61 | | | |

300 + 522 = 822

12B032  Need  50
12B046  Need  485
12B249  Need  55

2600 + 590 = 3190

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115



| | | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PEAS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | 45 PER DCR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | | 30 REQUIRED |
| 12R179 | MEND | 215 | | | 215 REQ |
| 12B032 | MAY | *6728 | | | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | | 78 REQ |
| 12R165 | ABE K | 14 | | | 14 REQ |
| 12R172 | SEY K | 14 | | | 14 REQ |
| 12R097 | RHODA G | 4 | | | 4 REQ |
| 12B143 | ED JELRIS G | 116 | | | 116 REQ |
| 12R010 | RICH G | 98 | | | 98 REQ |
| 12B348 | 2 PEARLING | 10 | | | 10 REQ |
| 12A041 | MARU E | 6 | | | 6 REQ |
| 12A210 | MARU PLOT | 6 | | | 6 REQ |
| 1L0124 | NOEL | 385 | | | (1/2 % of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116 * | MARJO | *1264 | | | 300 + BRING ACCTS to 1% |

| 1E0156 | NEED 90 | | 12B032 | NEED 540 |
| *1E0116 | NEED 170 | | 12B046 | NEED 2684 |
| 1E0133 | NEED 162 | | 12B249 | NEED 904 |
| 1E0155 | NEED 140 | | EXTRA → 2600 ⇒ A128 |
| 1E0159 | 200 | | | |

964 + 300 = 1264

BRING TO 14%

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| Acct # | Name | # Needed | Why | (1.446 each) Units | Comments etc... |
|---|---|---|---|---|---|
| 10.0002: 650 | O'Hara F.P | 21 | SCHOPT ✓ | 14.0 | |
| 10.0013 147 | Bern IRA | 4⁴ | sch ✓ | 3.0 | |
| 10.0018 143 | J+B Joint | 3 | sch ✓ | 2.0 | |
| 1P0111 275 | G+S Joint | 3 | sch ✓ | 2.0 | 12B5 22 |
| (1C1094) X | Eileen O | 4 | sch ✓ | 3.0 | 12R2 85 |
| (1C1277) 27 | Jodi IRA | 10 | sch ✓ | 7.0 | 12R3 10 |
| (1B0136) 160 | Judy | 13 | sch ✓ | 9.0 | |
| (1B0227) 264 | Judy IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | Peggy | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | Pam | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | Eileen IRA O | 6 | sch ✓ | 4.0 | |
| 150008° | J. Sala + Demi | 14 | Past Person Acct N/W ✓ | 10.0 | All caught up to 11/01/04 |
| 1R0186° | Asha | 7 | Past Performance Acct N/W ✓ | 5.0 | All caught to 12/31/04 |
| 1L0157. | Russ | 6 | sch ✓ | 4.0 | |
| 1L0205° | Gregory | 5 | sch ✓ | 4.0 | |
| 1L0214. | Devon | 5 | sch ✓ | 4.0 | |
| 1D0020. | D.E.E | 5 | sch ✓ | 4.0 | |
| 1L0174. | Merryl | 7 | sch ✓ | 5.0 | |
| 150431° | Myra | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | Ralph | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | Jodie + John | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | Ellie | 6 | sch ✓ | 4.0 | |
| 1D0018 200/231 X | Mom | 91 | sch ✓ | 63.0 | |
| 12R028° | Sarah Cohen | * | sch ✓ | 1.0 | *Acct closed one time deal |
| (1R0126) 166 | Rita | 15 | sch ✓ | 10.0 | |
| 1D0070°° | Carmen | 75 | sch ✓ | 52.0 | |
| 1D0028: | Carmen | 65 | sch ✓ | 45.0 | |
| 1W0057 X | Weisser | 30 | REQ | X | No Acct Can not do |
| 12R179° | Mendelow S | 215 / 107.5 | REQ ✓ | 75.0 | |
| 12R180° | Mendelow N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 for '04

$382 / Kary / 1K0017 Added   64,260 March for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | M46 Each Unit | Comments Etc... |
|---|---|---|---|---|---|
| 12A924° | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165° | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R172° | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R097° | Rhoda Gaaa | 4 | REQ ✓ | 3.0 | |
| 12B143° | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041° | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210° | Marj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124° | Noel Levine | 362 | w/e @ '12% list ✓ | 250.0 | 72.4 cap @ ½% |
| | | | | | |
| 1E0165° | Engler Grat | 20 | needs to be 11% ✓ | 14.0 | Goes to 11% |
| 1E0156° | Engler QTIP ✓ | 21 | ✓ | 14.0 | 300 extra @ 116 |
| 1E0116° | Marja ✓ | 10 | 300 extra put here ✓ | 7.0 | |
| 1E0133° | Marja ✓ | 31 | ✓ | 21.0 | |
| 1E0155° | Engler F.T ✓ | 26 | Fixed ✓ | 18.0 | |
| 1E0159° | Marja IRA ✓ | 30 | ✓ | 21.0 | |
| | | | | | |
| Frank ↓ | | s/b 660,000 put SP in 2005 | | DID | $600,000 Jan '05 Done |
| 12B046° | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032° | Mayfair | 108,000 + 1680 Aspen P.P. F.A = 1785000 | ✓ | 1235.0 | |
| 12B249° | Mayfair Bro | 270,000 | ✓ | 187.0 | |
| 12B509° | Aster | 42,000 | ✓ | 29.0 | |
| 12B262° | Strattham | 26,000 | ✓ | 18.0 | |
| 12A879° | Ken Toada | 20,000 | ✓ | 14.0 | |
| 12B510° | St James | 42000 | ✓ | 29.0 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMM |
|---|---|---|---|---|---|
| 1:00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C 1094 X | | 4 | | 3 | |
| 1C 1277 X | | 30 | | 22 | |
| 1B 0136 X | | 15 | | 11 | |
| 1B 0227 X | | 25 | | 19 | |
| 12B 480 X | | 16 | | 12 | |
| 12B 482 X | | 7 | | 5 | |
| 12R 211 X | | 10 | | 8 | |
| 1S 0008 0 (for 2005) | | 10 | | 8 | |
| 1R 0186 ✓ | | 5 | | 4 | |
| 1L 0157 ✓ | | 6 | | 5 | |
| 1L 0205 ✓ | | 6 | | 5 | |
| 1L 0214 ✓ | | 4 | | 3 | |
| 1D 0020 ✓ | | 7 | | 5 | |
| 1L 0174 ✓ | | 6 | | 5 | |
| 1S 0431 ✓ | | 8 | | 6 | |
| 1M 0200 ✓ | | 14 | | 11 | |
| 1I 0010 ✓ | | 17 | | 12 | |
| 1C 1328 ✓ | | 3 | | 3 | |
| 1D 0018 ✓ | | — | | — | |
| 12R 028 X | | — | | — | |
| 1R 0126 ✓ | | 8 | | 6 | |
| 1D 0070 X | | — | | — | |
| 1D 0028 X | | — | | — | |
| 1W 0057 X X | | — | | — | |
| 12R 179 | | 108 | 30 | 78 | |
| 12R 180 | | 108 | 30 | 78 | |
| | | | | 346 | |
| | | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 ✓ | | 78 | | 57 | |
| 12R165 ✓ | | 14 | | 11 | |
| 12R172 ✓ | | 14 | | 11 | |
| 12R097 ✓ | | 4 | | 3 | |
| #2B143 ✓ | | 116 | | 85 | |
| 12R010 ✓ | | 98 | | 72 | |
| 12B348 ✓ | | 10 | | 8 | |
| 12A011 ✓ | | 6 | | 5 | |
| 12A210 ✓ | | 6 | | 5 | |
| 1C012? ✓ | | 351 | | 256 | |
| 1E0165 ✗ | | 11 | | 8 | |
| 1E0156 ✗ | | 11 | | 8 | |
| 1E0116 ✓ | | — | | — | 300 GOES IN IN 2006 for 05 |
| 1E0133 ✗ | | 16 | | 12 | |
| 1E0155 ✗ | | 13 | | 10 | |
| 1E0159 ✗ | | 74 | | 54 | |
| 12B046 ✗ | | 1680 | | 1227 | |
| 12B032 ✓ | | 109 | | 80 | |
| 12B259 ✗ | | 148 | | 108 | |
| 12B509 ✗ | | 356 | | 260 | |
| 12B262 ✗ | | 180 | | 132 | |
| 12A179 ✗ | | 57 | | 42 | |
| 12B510 ✗ | | 284 | | 208 | |
| | | | | 2662 ✓ | |

| ACCT | NAME | NEED | WHY? | | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEED | | V @ 2086 | NOT |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RACPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | ~~58~~ 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARJ ENG | 6 | | 3 | ✓ |
| 12A210 | MARJ PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

| ACCT# | NAME | $ NEEDED | WHY | 2906 EACH UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (3) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (3) | 40 | ✓ |
|  |  |  |  |  |  |
| 12A924 | JOEL LEVY | 78 | FIXED (3) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (3) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (3) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (3) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (3) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (3) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (3) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (3) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (3) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ±350 (3) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (3) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (3) | 580 | ✓ |
|  |  |  |  |  |  |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 (A) | KAREN | — | ALREADY KOKO OVER W/(A) | — | ✗ |
| 1L0214 (A) | DEVON LIPKIN | — | ALREADY KOKO OVER W/(A) | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 (A) | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 (A) | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | Dorothy-Jo | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

```
CARMEN     1D0028-40        12.0
WEISSER    1W0057           23.0
JC IRA     1C1277            5.0
E+J        1C1094            2.0
E-IRA      12R211            5.0
J.B IRA    1B0227            5.0
JB         1B0136            6.0
R.R        1R0126            5.0
STEVE      12R179           75.0
NANCY      12R180           86.0

MAT PEN    12B249      ~~15.0~~  200.0 ✓
MAT        12B032         2000.0
GROJ       12B046      ~~500.0~~  400.0

LEVY       12A924           58.0
ABE KLEIN  12R165           11.0
SEY KLEIN  12R172           11.0

IR GAGA / RHODA   12R097    3.0

ED         12B143           87.0
Rich       12R010           73.0

SPERLING   12B348            8.0
M ENG      12A041            5.0
M PLAT     12A210            5.0

LEVINE     1L0124          280.0
           1E0116          265.0
    IRA    1E0159           42.0
M.P.J.P    1E0155           30.0
           1E0133           36.0
           1E0156           22.0
```

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131