# EXHIBIT 26

**Screen shot of Restored AS/400: IA Business Main Menu**



**Screen shot of Restored AS/400: Basket Trading System ("BTS:") Menu**

**(Option 20 from MADF17 menu)**

