# EXHIBIT 2

**Backdated Trade Detail for the A&B Accounts**
**Pre-1993 Period**

| Account Number | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Security Name |
|---|---|---|---|---|---|---|
| 1-00121-1-0 | 12/29/1978 | 11/3/1978 | 152 | - | 96.00 | FILMWAYS INC UT 9 COM & $1000 SUB DEB CONV 11.000 7/01/1998 |
| 1-00121-1-0 | 12/29/1978 | 11/3/1978 | 153 | - | 96.00 | FILMWAYS INC UT 9 COM & $1000 SUB DEB CONV 11.000 7/01/1998 |
| 1-00121-1-0 | 12/29/1978 | 11/6/1978 | - | 152,000 | 88.00 | FILMWAYS INC SEB DEB CONV 11.000 7/01/1998 |
| 1-00121-1-0 | 12/29/1978 | 11/6/1978 | - | 153,000 | 88.00 | FILMWAYS INC SEB DEB CONV 11.000 7/01/1998 |
| 1-00121-1-0 | 9/28/1979 | 7/6/1979 | 5,906 | - | 18.25 | CITY INVESTING CO |
| 1-00121-1-0 | 9/28/1979 | 7/6/1979 | - | 309 | 18.00 | CITY INVESTING CO |
| 1-00121-1-0 | 9/28/1979 | 7/6/1979 | - | 9,000 | 18.00 | CITY INVESTING CO |
| 1-00121-1-0 | 9/28/1979 | 7/6/1979 | - | 8,630 | 18.13 | CITY INVESTING CO |
| 1-00121-1-0 | 9/28/1979 | 7/6/1979 | 2,765 | - | 18.38 | CITY INVESTING CO |
| 1-00121-1-0 | 9/28/1979 | 7/6/1979 | 9,000 | - | 18.38 | CITY INVESTING CO |
| 1-00601-1-9 | 10/31/1979 | 8/9/1979 | 25,000 | - | 22.75 | RESERVE OIL & GAS CO |
| 1-00601-1-9 | 10/31/1979 | 8/9/1979 | 29,200 | - | 22.13 | RESERVE OIL & GAS CO |
| 1-00601-1-9 | 10/31/1979 | 8/14/1979 | - | 526,000 | 118.00 | CATERPILLAR TRACTOR CO SUB DEB CONV 5.500 6/30/2000 |
| 1-00601-1-9 | 10/31/1979 | 8/14/1979 | 31,982 | - | 16.38 | LUCKY STORES INC |
| 1-00601-1-9 | 10/31/1979 | 8/17/1979 | - | 20,000 | 37.50 | RESERVE OIL & GAS CO PFD CONV $1.75 |
| 1-00601-1-9 | 10/31/1979 | 8/17/1979 | - | 25,000 | 16.25 | RESERVE OIL & GAS CO WT CL A EXP 01/20/1981 |
| 1-00601-1-9 | 10/31/1979 | 8/17/1979 | 20,000 | - | 37.50 | RESERVE OIL & GAS CO PFD CONV $1.75 |
| 1-00601-1-9 | 10/31/1979 | 8/17/1979 | - | 20,000 | 37.50 | RESERVE OIL & GAS CO PFD CONV $1.75 |
| 1-00601-1-9 | 10/31/1979 | 8/23/1979 | - | 450,000 | 121.50 | LUCKY STORES INC SUB DEB CONV 6.750 7/15/2000 |
| 1-00601-1-9 | 10/31/1979 | 8/24/1979 | 10,415 | - | 56.25 | CATERPILLAR TRACTOR CO |
| 1-00601-1-9 | 10/31/1979 | 9/13/1979 | 73,142 | - | 5.94 | MCI COMMUNICATIONS CORP |
| 1-00601-1-9 | 10/31/1979 | 9/17/1979 | - | 12,800 | 38.75 | MCI COMMUNICATIONS CORP PFD CONV $2.64 |
| 1-00601-1-9 | 10/31/1979 | 9/17/1979 | - | 12,800 | 38.75 | MCI COMMUNICATIONS CORP PFD CONV $2.64 |
| 1-00601-1-9 | 10/31/1979 | 9/17/1979 | 12,800 | - | 38.75 | MCI COMMUNICATIONS CORP PFD CONV $2.64 |
| 1-00612-1-6 | 5/30/1980 | 4/21/1980 | - | 36,049 | 23.00 | OFFSHORE LOGISTICS INC CUM CONV PFD $2.4375 |
| 1-00213-1-9 | 5/30/1980 | 4/21/1980 | - | 3,700 | 23.00 | OFFSHORE LOGISTICS INC CUM CONV PFD $2.4375 |
| 1-00612-1-6 | 10/31/1980 | 9/10/1980 | 20,900 | - | 35.50 | RIO GRANDE INDS INC PFD SER A CONV $0.80 |
| 1-00612-1-6 | 10/31/1980 | 9/10/1980 | - | 24,000 | 35.50 | RIO GRANDE INDS INC |
| 1-00612-1-6 | 10/31/1980 | 9/11/1980 | - | 10,450 | 57.00 | RIO GRANDE INDS INC |
| 1-00612-1-6 | 10/31/1980 | 9/11/1980 | 12,000 | - | 57.00 | RIO GRANDE INDS INC PFD SER A CONV $0.80 |
| 1-00601-1-9 | 10/31/1980 | 9/22/1980 | - | 40,000 | 20.63 | MCI COMMUNICATIONS CORP SR PFD CONV $1.80 |
| 1-00601-1-9 | 10/31/1980 | 9/22/1980 | 35,400 | - | 20.63 | MCI COMMUNICATIONS CORP SR PFD CONV $1.80 |
| 1-00601-1-9 | 10/31/1980 | 9/22/1980 | 60,000 | - | 13.50 | MCI COMMINICATIONS CORP |
| 1-00601-1-9 | 10/31/1980 | 9/22/1980 | - | 53,100 | 13.50 | MCI COMMINICATIONS CORP |
| 1-00121-1-0 | 12/31/1981 | 11/5/1981 | 5,659 | - | 20.50 | EASTERN AIR LINES INC UT 1 PFD $3.20 & 1WT 10/15/87 |
| 1-00121-1-0 | 12/31/1981 | 11/5/1981 | - | 5,659 | 20.50 | EASTERN AIR LINES INC |
| 1-00614-1-4 | 5/28/1982 | 2/16/1982 | - | 4,130 | 10.38 | AMRICAN EXPRESS CO WTS 02/28/1987 WH ISSUED |
| 1-00601-1-9 | 5/28/1982 | 2/16/1982 | - | 14,800 | 10.38 | AMERICAN EXPRESS CO WTS EXP 02/28/1987 WH ISSUED |
| 1-00601-1-9 | 5/28/1982 | 2/16/1982 | - | 60 | 10.38 | AMERICAN EXPRESS CO WTS EXP 02/28/1987 WH ISSUED |
| 1-00614-1-4 | 5/28/1982 | 2/16/1982 | 4,130 | - | 10.38 | AMERICAN EXPRESS CO WTS EXP 02/28/87 |
| 1-00601-1-9 | 5/28/1982 | 2/16/1982 | 60 | - | 10.38 | AMERICAN EXPRESS CO WTS EXP 02/28/1987 |
| 1-00601-1-9 | 5/28/1982 | 2/16/1982 | 14,800 | - | 10.38 | AMERICAN EXPRESS CO WTS EXP 02/28/1987 |
| 1-00601-1-9 | 9/30/1982 | 8/12/1982 | 10,000 | - | 14.50 | TANDEM COMPUTERS INC |
| 1-00614-1-4 | 9/30/1982 | 8/12/1982 | 1,800 | - | 14.25 | TANDEM COMPUTERS INC |
| 1-00614-1-4 | 9/30/1982 | 8/12/1982 | - | 1,800 | 14.25 | TANDY CORP |
| 1-00612-1-6 | 9/30/1982 | 8/12/1982 | - | 7,600 | 14.50 | TANDY CORP |
| 1-00612-1-6 | 9/30/1982 | 8/12/1982 | 7,600 | - | 14.50 | TANDEM COMPUTERS INC |
| 1-00601-1-9 | 9/30/1982 | 8/12/1982 | - | 10,000 | 14.50 | TANDY CORP |
| 1-00125-3-0 | 12/30/1983 | 8/19/1983 | - | 29,925 | 43.00 | GULF & WESTN INDS INC |
| 1-00125-3-0 | 12/30/1983 | 8/19/1983 | 29,925 | - | 43.00 | GULF CORPORATION |
| 1-02008-5-0 | 3/31/1985 | 2/4/1985 | 8,665 | - | 9.25 | FORUM GROUP INC |
| 1-02008-3-0 | 3/31/1985 | 2/5/1985 | 4,400 | - | 34.00 | NORTHROP CORP |
| 1-02008-5-0 | 3/31/1985 | 2/5/1985 | - | 6,400 | 15.63 | SONY CORP AMERN SH NEW |
| 1-02008-5-0 | 3/31/1985 | 2/5/1985 | - | 2,500 | 41.00 | TRAVELERS CORP |
| 1-02008-5-0 | 3/31/1985 | 2/5/1985 | - | 4,400 | 34.00 | NORTHROP CORP |
| 1-02008-3-0 | 3/31/1985 | 2/5/1985 | 2,500 | - | 41.00 | TRAVELERS CORP |
| 1-02008-3-0 | 3/31/1985 | 2/5/1985 | 6,400 | - | 15.63 | SONY CORP AMERN SH NEW |
| 1-02008-5-0 | 3/31/1985 | 2/6/1985 | - | 2,800 | 35.88 | AMR CORP |
| 1-02008-3-0 | 3/31/1985 | 2/6/1985 | 2,800 | - | 35.88 | AMR CORP |
| 1-02008-5-0 | 3/31/1985 | 2/7/1985 | - | 670 | 70.63 | UPJOHN CO |
| 1-02008-3-0 | 3/31/1985 | 2/7/1985 | 670 | - | 70.63 | UPJOHN CO |
| 1-00212-3-0 | 5/31/1985 | 2/5/1985 | - | 14,500 | 14.00 | NATIONAL SEMICONDUCTOR CORP |
| 1-00212-3-0 | 5/31/1985 | 2/11/1985 | - | 50,000 | 30.25 | APPLE COMPUTER INC |
| 1-00212-3-0 | 5/31/1985 | 2/12/1985 | 17,000 | - | 46.00 | ATLANTIC RICHFIELD CO |
| 1-00212-3-0 | 5/31/1985 | 2/12/1985 | - | 50,000 | 30.25 | APPLE COMPUTER INC |
| 1-00212-3-0 | 5/31/1985 | 2/14/1985 | - | 20,000 | 14.00 | NATIONAL SEMICONDUCTOR CORP |
| 1-00212-3-0 | 5/31/1985 | 2/14/1985 | 40,000 | - | 49.25 | ATLANTIC RICHFIELD CO |
| 1-00212-3-0 | 5/31/1985 | 2/15/1985 | 7,100 | - | 39.13 | AMR CORP |
| 1-02008-3-0 | 12/31/1985 | 11/1/1985 | - | 1,500 | 119.50 | GENERAL FOODS CORP |
| 1-00126-3-0 | 12/31/1985 | 11/1/1985 | - | 6,900 | 119.50 | GENERAL FOODS CORP |
| 1-00125-1-0 | 12/31/1985 | 11/19/1985 | 500,000 | - | 143.00 | INTERNATIONAL LEASE FIN CORP SUB DEB CONV 9.250 7/15/2003 |
| 1-00125-1-0 | 12/31/1985 | 11/19/1985 | - | 485,000 | 143.00 | INTERNATIONAL LEASE FIN CORP SUB DEB CONV 9.250 7/15/2003 |
| 1-00125-1-0 | 12/31/1985 | 11/19/1985 | 985,000 | - | 143.00 | INTERNATIONAL LEASE FIN CORP SUB DEB CONV 9.250 7/15/2003 |
| 1-00125-1-0 | 11/30/1986 | 10/8/1986 | - | 738,000 | 205.00 | AMERICAN GEN CORP DEB CONV 11.000 2/08/2007 |

Exhibit 2

**Backdated Trade Detail for the A&B Accounts**
**Pre-1993 Period**

| Account Number | Customer Statement Date | Trade Date | Long Position | Short Position | Price | Security Name |
|---|---|---|---|---|---|---|
| 1-00125-1-0 | 11/30/1986 | 10/8/1986 | 900,000 | - | 205.00 | AMERICAN GEN CORP DEB CONV 11.000 2/08/2007 |
| 1-00125-1-0 | 11/30/1986 | 10/8/1986 | 838,000 | - | 205.00 | AMERICAN GEN CORP DEB CONV 11.000 2/08/2007 |
| 1-00212-3-0 | 12/31/1986 | 9/6/1986 | - | 20,000 | 80.25 | GENERAL FOODS CORP |
| 1-00212-3-0 | 12/31/1986 | 9/9/1986 | - | 50,000 | 81.00 | GENERAL FOODS CORP |