# EXHIBIT 5

**A&B Equity Price Analysis in the Buy and Hold Accounts**
**Pre-1993 Period**

| Trade Date | Security Name | IA Business Purported Price | Market Daily Low | Market Daily High | Above/Below | Magnitude |
|---|---|---|---|---|---|---|
| 4/23/1980 | COMPACT VIDEO SYS INC | 12.250 | 11.625 | 12.125 | ABOVE | 0.13 |
| 8/4/1980 | COMPACT VIDEO SYS INC | 16.500 | 16.750 | 17.000 | BELOW | 0.25 |
| 9/10/1980 | RIO GRANDE INDS INC | 35.500 | 50.500 | 53.000 | BELOW | 15.00 |
| 1/16/1981 | DAMSON OIL CORP | 20.750 | 20.000 | 20.625 | ABOVE | 0.13 |
| 1/15/1982 | BRUNSWICK CORP | 17.625 | 17.750 | 18.000 | BELOW | 0.13 |
| 8/11/1982 | AMERICAN EXPRESS COMPANY | 34.875 | 35.250 | 35.875 | BELOW | 0.38 |
| 8/11/1982 | AMERICAN EXPRESS COMPANY | 34.875 | 35.250 | 35.875 | BELOW | 0.38 |
| 8/12/1982 | TANDY CORP | 14.500 | 22.875 | 24.625 | BELOW | 8.38 |
| 8/12/1982 | TANDY CORP | 14.500 | 22.875 | 24.625 | BELOW | 8.38 |
| 8/12/1982 | TANDY CORP | 14.250 | 22.875 | 24.625 | BELOW | 8.63 |
| 8/12/1982 | TANDY CORP | 14.250 | 22.875 | 24.625 | BELOW | 8.63 |
| 8/19/1983 | GULF & WESTN INDS INC | 43.000 | 25.000 | 25.500 | ABOVE | 17.50 |
| 8/19/1983 | GULF & WESTN INDS INC | 43.000 | 25.000 | 25.500 | ABOVE | 17.50 |
| 3/13/1984 | GENERAL ELECTRIC CO | 50.625 | 51.125 | 52.250 | BELOW | 0.50 |
| 7/26/1984 | AVNET INC | 31.125 | 28.875 | 30.375 | ABOVE | 0.75 |
| 7/26/1984 | AVNET INC | 31.125 | 28.875 | 30.375 | ABOVE | 0.75 |
| 1/4/1985 | MERRILL LYNCH & CO INC | 25.750 | 26.125 | 26.875 | BELOW | 0.38 |
| 1/8/1985 | AMERICAN EXPRESS COMPANY | 35.375 | 35.875 | 36.500 | BELOW | 0.50 |
| 1/8/1985 | AMERICAN EXPRESS COMPANY | 35.375 | 35.875 | 36.500 | BELOW | 0.50 |
| 2/14/1985 | NATIONAL SEMICONDUCTOR CORP | 14.000 | 12.750 | 13.500 | ABOVE | 0.50 |
| 8/27/1985 | TRAVELERS CORP | 42.000 | 42.125 | 42.375 | BELOW | 0.13 |
| 11/1/1985 | GENERAL FOODS CORP | 119.500 | 119.875 | 120.000 | BELOW | 0.38 |
| 11/1/1985 | GENERAL FOODS CORP | 119.500 | 119.875 | 120.000 | BELOW | 0.38 |
| 5/14/1986 | COMPREHENSIVE CARE CORP | 15.500 | 15.625 | 15.875 | BELOW | 0.13 |
| 3/12/1987 | BOISE CASCADE CORP | 76.000 | 79.000 | 80.000 | BELOW | 3.00 |
| 9/30/1987 | MERRILL LYNCH & CO INC | 40.250 | 37.750 | 39.125 | ABOVE | 1.13 |
| 9/30/1987 | MERRILL LYNCH & CO INC | 40.250 | 37.750 | 39.125 | ABOVE | 1.13 |
| 10/13/1987 | INTERNATIONAL BUSINESS MACHS | 157.000 | 145.000 | 151.500 | ABOVE | 5.50 |
| 4/5/1988 | AMERICAN TEL & TELEG CO | 26.125 | 26.500 | 27.000 | BELOW | 0.38 |
| 6/29/1990 | MOBIL CORP | 60.750 | 61.250 | 62.125 | BELOW | 0.50 |
| 6/29/1990 | MOBIL CORP | 60.875 | 61.250 | 62.125 | BELOW | 0.38 |
| 8/2/1990 | EXXON CORP | 54.875 | 53.000 | 54.375 | ABOVE | 0.50 |
| 8/2/1990 | EXXON CORP | 54.875 | 53.000 | 54.375 | ABOVE | 0.50 |
| 11/28/1990 | THE LIMITED INC | 14.000 | 14.625 | 15.000 | BELOW | 0.63 |
| 4/27/1992 | MICROSOFT CORP | 107.250 | 112.500 | 116.500 | BELOW | 5.25 |
| 4/27/1992 | MICROSOFT CORP | 107.250 | 112.500 | 116.500 | BELOW | 5.25 |
| 8/4/1992 | INTEL CORP | 59.875 | 60.250 | 61.250 | BELOW | 0.38 |
| 8/4/1992 | INTEL CORP | 60.000 | 60.250 | 61.250 | BELOW | 0.25 |
| 8/21/1992 | NOVELL INC | 46.375 | 46.500 | 49.000 | BELOW | 0.13 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | GAP INC | 34.500 | 34.625 | 35.500 | BELOW | 0.13 |
| 11/16/1992 | MERRILL LYNCH & CO INC | 59.875 | 58.500 | 59.625 | ABOVE | 0.25 |
| 11/16/1992 | COCA COLA CO | 41.500 | 40.750 | 41.125 | ABOVE | 0.38 |
| 11/16/1992 | HOME DEPOT INC | 60.250 | 59.000 | 60.125 | ABOVE | 0.13 |
| 11/16/1992 | WAL-MART STORES INC | 60.750 | 60.875 | 61.500 | BELOW | 0.13 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN TEL & TELEG CO | 45.625 | 45.750 | 47.000 | BELOW | 0.13 |
| 11/16/1992 | FORD MOTOR CO DEL | 39.000 | 39.125 | 39.875 | BELOW | 0.13 |
| 11/16/1992 | MERRILL LYNCH & CO INC | 59.875 | 58.500 | 59.625 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN TEL & TELEG CO | 45.625 | 45.750 | 47.000 | BELOW | 0.13 |
| 11/16/1992 | AVON PRODUCTS INC | 58.750 | 58.000 | 58.500 | ABOVE | 0.25 |
| 11/16/1992 | COCA COLA CO | 41.500 | 40.750 | 41.125 | ABOVE | 0.38 |
| 11/16/1992 | FORD MOTOR CO DEL | 39.000 | 39.125 | 39.875 | BELOW | 0.13 |
| 11/16/1992 | HOME DEPOT INC | 60.250 | 59.000 | 60.125 | ABOVE | 0.13 |
| 11/16/1992 | INCO LTD | 20.000 | 19.625 | 19.875 | ABOVE | 0.13 |
| 11/16/1992 | LILLY ELI & CO | 62.250 | 62.500 | 62.875 | BELOW | 0.25 |
| 11/16/1992 | MERRILL LYNCH & CO INC | 59.875 | 58.500 | 59.625 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN TEL & TELEG CO | 45.625 | 45.750 | 47.000 | BELOW | 0.13 |
| 11/16/1992 | AVON PRODUCTS INC | 58.750 | 58.000 | 58.500 | ABOVE | 0.25 |
| 11/16/1992 | COCA COLA CO | 41.500 | 40.750 | 41.125 | ABOVE | 0.38 |
| 11/16/1992 | INCO LTD | 20.000 | 19.625 | 19.875 | ABOVE | 0.13 |

**A&B Equity Price Analysis in the Buy and Hold Accounts**
**Pre-1993 Period**

| Trade Date | Security Name | IA Business Purported Price | Market Daily Low | Market Daily High | Above/Below | Magnitude |
|---|---|---|---|---|---|---|
| 11/16/1992 | LILLY ELI & CO | 62.250 | 62.500 | 62.875 | BELOW | 0.25 |
| 11/16/1992 | MERRILL LYNCH & CO INC | 59.875 | 58.500 | 59.625 | ABOVE | 0.25 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | AMR CORP | 65.250 | 62.750 | 63.625 | ABOVE | 1.63 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | COCA COLA CO | 41.500 | 40.750 | 41.125 | ABOVE | 0.38 |
| 11/16/1992 | FORD MOTOR CO DEL | 39.000 | 39.125 | 39.875 | BELOW | 0.13 |
| 11/16/1992 | HOME DEPOT INC | 60.250 | 59.000 | 60.125 | ABOVE | 0.13 |
| 11/16/1992 | THE LIMITED INC | 23.625 | 23.875 | 24.250 | BELOW | 0.25 |
| 11/16/1992 | WAL-MART STORES INC | 60.750 | 60.875 | 61.500 | BELOW | 0.13 |
| 11/16/1992 | AMERICAN INTL GROUP INC | 115.250 | 113.500 | 115.000 | ABOVE | 0.25 |
| 11/16/1992 | AMR CORP | 65.250 | 62.750 | 63.625 | ABOVE | 1.63 |
| 11/16/1992 | BROWNING FERRIS IND INC | 23.750 | 24.000 | 24.750 | BELOW | 0.25 |
| 11/16/1992 | COCA COLA CO | 41.500 | 40.750 | 41.125 | ABOVE | 0.38 |
| 11/16/1992 | MINNESOTA MNG & MFG CO | 103.375 | 100.750 | 102.375 | ABOVE | 1.00 |
| 11/16/1992 | NIKE INC | 85.500 | 85.625 | 86.875 | BELOW | 0.13 |