# EXHIBIT 6

**A&B Equity Volume Analysis in the Buy and Hold Accounts**
**Pre-1993 Period**

| Trade Date | Security Name | A&B Account Purported Volume | Aggregate IA Business Purported Volume | Actual Market Volume | Magnitude Exceeded |
|---|---|---:|---:|---:|---:|
| 11/1/1985 | GENERAL FOODS CORP | 1,500 | 62,400 | 14,500 | 430.34% |
| 11/1/1985 | GENERAL FOODS CORP | 6,900 | 62,400 | 14,500 | 430.34% |
| 11/27/1990 | WASTE MANAGEMENT INC | 40,000 | 40,000 | 16,700 | 239.52% |
| 11/16/1992 | NOVELL INC | 660,000 | 853,250 | 666,254 | 128.07% |
| 11/16/1992 | NOVELL INC | 80,000 | 853,250 | 666,254 | 128.07% |
| 11/16/1992 | NOVELL INC | 113,250 | 853,250 | 666,254 | 128.07% |