# EXHIBIT 7

## A&B Option Volume Analysis in the Split-Strike Conversion Accounts
## Post-1993 Period

| Option | Trade Date | Expiration Date | IA Business Purported Volume | Actual Market Volume | Magnitude |
|---|---|---|---|---|---|
| July 540 Call | 7/17/1998 | 7/18/1998 | 953 | 267 | 3.6x |
| February 790 Call | 1/21/2000 | 2/19/2000 | 796 | 613 | 1.3x |
| January 770 Call | 1/21/2000 | 1/22/2000 | 248 | 150 | 1.7x |
| October 800 Call | 9/15/2000 | 10/21/2000 | 758 | 734 | 1.0x |
| February 710 Call | 1/19/2001 | 2/17/2001 | 1,029 | 718 | 1.4x |
| January 695 Call | 1/19/2001 | 1/20/2001 | 688 | 158 | 4.4x |
| September 595 Call | 8/21/2001 | 9/22/2001 | 425 | 403 | 1.1x |
| September 595 Call | 8/22/2001 | 9/22/2001 | 390 | 301 | 1.3x |
| November 560 Call | 10/18/2001 | 11/17/2001 | 1,331 | 761 | 1.7x |
| October 525 Call | 10/18/2001 | 10/20/2001 | 783 | 14 | 55.9x |
| November 560 Call | 11/15/2001 | 11/17/2001 | 488 | 328 | 1.5x |
| January 600 Call | 12/19/2001 | 1/19/2002 | 12,800 | 759 | 16.9x |
| January 605 Call | 1/7/2002 | 1/19/2002 | 367 | 114 | 3.2x |
| February 585 Call | 1/22/2002 | 2/16/2002 | 1,468 | 74 | 19.8x |
| March 560 Call | 3/13/2002 | 3/16/2002 | 422 | 135 | 3.1x |
| March 565 Call | 3/13/2002 | 3/16/2002 | 211 | 131 | 1.6x |
| March 570 Call | 3/13/2002 | 3/16/2002 | 410 | 383 | 1.1x |
| April 595 Call | 3/14/2002 | 4/20/2002 | 1,555 | 43 | 36.2x |
| March 575 Call | 3/14/2002 | 3/16/2002 | 512 | 110 | 4.7x |
| April 595 Call | 4/10/2002 | 4/20/2002 | 748 | 379 | 2.0x |
| April 595 Call | 4/15/2002 | 4/20/2002 | 483 | 185 | 2.6x |
| April 595 Call | 4/17/2002 | 4/20/2002 | 324 | 168 | 1.9x |
| May 530 Call | 5/16/2002 | 5/18/2002 | 561 | 539 | 1.0x |
| May 530 Call | 5/17/2002 | 5/18/2002 | 658 | 169 | 3.9x |
| August 400 Call | 8/16/2002 | 8/17/2002 | 667 | 30 | 22.2x |
| August 425 Call | 8/16/2002 | 8/17/2002 | 740 | 10 | 74.0x |
| August 430 Call | 8/16/2002 | 8/17/2002 | 727 | 48 | 15.1x |
| August 450 Call | 8/16/2002 | 8/17/2002 | 2,134 | 1078 | 2.0x |
| August 455 Call | 8/16/2002 | 8/17/2002 | 797 | 240 | 3.3x |
| November 455 Call | 10/18/2002 | 11/16/2002 | 1,295 | 253 | 5.1x |
| October 420 Call | 10/18/2002 | 10/19/2002 | 362 | 80 | 4.5x |
| February 465 Call | 1/17/2003 | 2/22/2003 | 1,929 | 348 | 5.5x |
| January 470 Call | 1/17/2003 | 1/18/2003 | 1,430 | 1,163 | 1.2x |
| January 475 Call | 1/17/2003 | 1/18/2003 | 499 | 63 | 7.9x |
| March 410 Call | 3/19/2003 | 3/22/2003 | 278 | 268 | 1.0x |
| March 410 Call | 3/20/2003 | 3/22/2003 | 217 | 82 | 2.6x |
| March 410 Call | 3/21/2003 | 3/22/2003 | 763 | 499 | 1.5x |
| June 485 Call | 5/16/2003 | 6/21/2003 | 1,803 | 786 | 2.3x |
| June 485 Call | 6/19/2003 | 6/21/2003 | 257 | 45 | 5.7x |
| June 485 Call | 6/20/2003 | 6/21/2003 | 895 | 73 | 12.3x |
| August 510 Call | 7/18/2003 | 8/16/2003 | 1,910 | 1,451 | 1.3x |
| November 525 Call | 10/16/2003 | 11/22/2003 | 1,921 | 250 | 7.7x |

**A&B Option Volume Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Option | Trade Date | Expiration Date | IA Business Purported Volume | Actual Market Volume | Magnitude |
|---|---|---|---|---|---|
| February 570 Call | 1/16/2004 | 2/21/2004 | 1,818 | 1,515 | 1.2x |
| May 560 Call | 4/16/2004 | 5/22/2004 | 1,863 | 1,198 | 1.6x |
| July 555 Call | 6/17/2004 | 7/17/2004 | 1,847 | 217 | 8.5x |
| September 540 Call | 8/20/2004 | 9/18/2004 | 1,955 | 854 | 2.3x |
| February 565 Call | 2/15/2005 | 2/19/2005 | 1,748 | 249 | 7.0x |
| March 585 Call | 2/15/2005 | 3/19/2005 | 1,931 | 317 | 6.1x |
| July 575 Call | 6/17/2005 | 7/16/2005 | 1,513 | 1,475 | 1.0x |
| November 555 Call | 10/20/2005 | 11/19/2005 | 1,849 | 1,434 | 1.3x |
| November 555 Call | 11/10/2005 | 11/19/2005 | 1,849 | 1,560 | 1.2x |
| December 570 Call | 11/11/2005 | 12/17/2005 | 1,849 | 1,626 | 1.1x |
| December 570 Call | 12/13/2005 | 12/17/2005 | 1,311 | 1,307 | 1.0x |
| January 590 Call | 1/20/2006 | 1/21/2006 | 1,342 | 215 | 6.2x |
| March 585 Call | 2/15/2006 | 3/18/2006 | 2,367 | 281 | 8.4x |
| April 585 Call | 3/7/2006 | 4/22/2006 | 2,382 | 358 | 6.7x |
| April 585 Call | 3/14/2006 | 4/22/2006 | 2,382 | 374 | 6.4x |
| April 590 Call | 3/15/2006 | 4/22/2006 | 2,382 | 620 | 3.8x |
| April 590 Call | 3/22/2006 | 4/22/2006 | 1,158 | 1,152 | 1.0x |
| May 595 Call | 4/18/2006 | 5/20/2006 | 2,300 | 979 | 2.3x |
| May 595 Call | 5/5/2006 | 5/20/2006 | 2,287 | 1,801 | 1.3x |
| June 595 Call | 5/16/2006 | 6/17/2006 | 2,311 | 299 | 7.7x |
| August 575 Call | 7/18/2006 | 8/19/2006 | 1,871 | 357 | 5.2x |
| August 575 Call | 8/14/2006 | 8/19/2006 | 1,871 | 185 | 10.1x |
| September 595 Call | 8/14/2006 | 9/16/2006 | 1,871 | 171 | 10.9x |
| October 610 Call | 9/12/2006 | 10/21/2006 | 1,871 | 245 | 7.6x |
| September 595 Call | 9/12/2006 | 9/16/2006 | 1,871 | 480 | 3.9x |
| October 610 Call | 9/21/2006 | 10/21/2006 | 631 | 335 | 1.9x |
| December 655 Call | 11/15/2006 | 12/16/2006 | 2,228 | 782 | 2.8x |
| January 660 Call | 12/13/2006 | 1/20/2007 | 2,250 | 735 | 3.1x |
| January 660 Call | 12/20/2006 | 1/20/2007 | 704 | 185 | 3.8x |
| January 650 Call | 12/20/2006 | 1/20/2007 | 805 | 8 | 100.6x |
| February 675 Call | 2/16/2007 | 2/17/2007 | 415 | 202 | 2.1x |
| April 640 Call | 3/14/2007 | 4/21/2007 | 2,169 | 877 | 2.5x |
| April 640 Call | 3/15/2007 | 4/21/2007 | 2,169 | 455 | 4.8x |
| April 645 Call | 3/15/2007 | 4/21/2007 | 2,169 | 777 | 2.8x |
| April 645 Call | 3/21/2007 | 4/21/2007 | 1,599 | 790 | 2.0x |
| July 700 Call | 6/12/2007 | 7/21/2007 | 2,177 | 498 | 4.4x |
| July 700 Call | 6/18/2007 | 7/21/2007 | 658 | 149 | 4.4x |
| August 685 Call | 8/1/2007 | 8/18/2007 | 644 | 397 | 1.6x |
| September 685 Call | 9/11/2007 | 9/22/2007 | 606 | 388 | 1.6x |
| September 685 Call | 9/21/2007 | 9/22/2007 | 173 | 39 | 4.4x |
| September 695 Call | 9/21/2007 | 9/22/2007 | 694 | 194 | 3.6x |
| December 685 Call | 11/16/2007 | 12/22/2007 | 1,638 | 348 | 4.7x |

**A&B Option Volume Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Option | Trade Date | Expiration Date | IA Business Purported Volume | Actual Market Volume | Magnitude |
|---|---|---|---|---|---|
| December 685 Call | 11/26/2007 | 12/22/2007 | 698 | 114 | 6.1x |
| December 685 Call | 11/27/2007 | 12/22/2007 | 468 | 135 | 3.5x |
| December 685 Call | 12/6/2007 | 12/22/2007 | 580 | 42 | 13.8x |
| February 610 Call | 2/15/2008 | 2/16/2008 | 863 | 310 | 2.8x |
| March 630 Call | 2/15/2008 | 3/21/2008 | 863 | 254 | 3.4x |
| April 625 Call | 4/2/2008 | 4/19/2008 | 1,176 | 194 | 6.1x |
| May 635 Call | 4/18/2008 | 5/17/2008 | 1,176 | 163 | 7.2x |
| May 635 Call | 5/13/2008 | 5/17/2008 | 1,176 | 197 | 6.0x |
| June 650 Call | 5/14/2008 | 6/21/2008 | 1,697 | 290 | 5.9x |
| June 655 Call | 5/20/2008 | 6/21/2008 | 1,697 | 1,205 | 1.4x |
| June 655 Call | 5/21/2008 | 6/21/2008 | 1,300 | 575 | 2.3x |
| August 585 Call | 7/18/2008 | 8/16/2008 | 785 | 162 | 4.8x |
| July 565 Call | 7/18/2008 | 7/19/2008 | 785 | 771 | 1.0x |
| August 585 Call | 8/5/2008 | 8/16/2008 | 785 | 505 | 1.6x |
| August 585 Call | 8/6/2008 | 8/16/2008 | 785 | 219 | 3.6x |
| August 585 Call | 8/15/2008 | 8/16/2008 | 785 | 76 | 10.3x |
| September 600 Call | 8/15/2008 | 9/20/2008 | 1,151 | 276 | 4.2x |
| September 600 Call | 9/5/2008 | 9/20/2008 | 1,733 | 1,190 | 1.5x |
| November 470 Call | 11/3/2008 | 11/22/2008 | 907 | 67 | 13.5x |
| November 485 Call | 11/5/2008 | 11/22/2008 | 771 | 18 | 42.8x |
| December 430 Call | 11/14/2008 | 12/20/2008 | 3,056 | 255 | 12.0x |
| November 470 Call | 11/14/2008 | 11/22/2008 | 1,534 | 774 | 2.0x |
| November 485 Call | 11/14/2008 | 11/22/2008 | 771 | 46 | 16.8x |
| November 460 Call | 11/14/2008 | 11/22/2008 | 751 | 445 | 1.7x |
| December 380 Call | 11/20/2008 | 12/20/2008 | 303 | 292 | 1.0x |
| January 600 Call | 12/14/2001 | 1/19/2002 | 12,800 | 60 | 213.3x |
| January 550 Call | 11/28/2003 | 1/17/2004 | 3,190 | 206 | 15.5x |
| January 555 Call | 12/17/2003 | 1/17/2004 | 6,380 | 1,020 | 6.3x |
| January 550 Call | 12/30/2003 | 1/17/2004 | 3,190 | 2,978 | 1.1x |
| January 555 Call | 12/30/2003 | 1/17/2004 | 6,380 | 957 | 6.7x |
| January 575 Call | 11/30/2004 | 1/22/2005 | 1,371 | 20 | 68.6x |
| February 570 Call | 1/3/2005 | 2/19/2005 | 316 | 60 | 5.3x |
| January 565 Call | 12/6/2005 | 1/21/2006 | 1,949 | 64 | 30.5x |
| January 585 Call | 12/6/2005 | 1/21/2006 | 3,898 | 249 | 15.7x |
| January 565 Call | 12/28/2005 | 1/21/2006 | 1,949 | 21 | 92.8x |
| January 585 Call | 12/29/2005 | 1/21/2006 | 3,898 | 1,657 | 2.4x |
| January 650 Call | 11/28/2006 | 1/20/2007 | 805 | 77 | 10.5x |
| April 645 Call | 3/26/2007 | 4/21/2007 | 570 | 79 | 7.2x |
| September 600 Call | 8/11/2008 | 9/20/2008 | 582 | 310 | 1.9x |
| November 460 Call | 11/6/2008 | 11/22/2008 | 751 | 480 | 1.6x |
| January 790 Call | 12/9/1999 | 1/22/2000 | 1,125 | 286 | 3.9x |
| January 790 Call | 12/13/1999 | 1/22/2000 | 3,000 | 819 | 3.7x |

**A&B Option Volume Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Option | Trade Date | Expiration Date | IA Business Purported Volume | Actual Market Volume | Magnitude |
|---|---|---|---|---|---|
| January 800 Call | 12/17/1999 | 1/22/2000 | 3,000 | 1,324 | 2.3x |
| January 790 Call | 12/27/1999 | 1/22/2000 | 3,000 | 496 | 6.0x |
| January 800 Call | 12/27/1999 | 1/22/2000 | 3,000 | 955 | 3.1x |
| January 790 Call | 12/28/1999 | 1/22/2000 | 600 | 311 | 1.9x |
| January 790 Call | 12/28/1999 | 1/22/2000 | 525 | 311 | 1.7x |
| February 780 Put | 2/18/2000 | 2/19/2000 | 796 | 366 | 2.2x |
| May 780 Put | 5/9/2000 | 5/20/2000 | 339 | 130 | 2.6x |
| October 790 Put | 10/11/2000 | 10/21/2000 | 261 | 201 | 1.3x |
| October 790 Put | 10/12/2000 | 10/21/2000 | 191 | 133 | 1.4x |
| October 790 Put | 10/13/2000 | 10/21/2000 | 306 | 12 | 25.5x |
| November 750 Put | 11/17/2000 | 11/18/2000 | 145 | 139 | 1.0x |
| January 700 Put | 12/12/2000 | 1/20/2001 | 2,400 | 1,585 | 1.5x |
| February 700 Put | 2/16/2001 | 2/17/2001 | 473 | 192 | 2.5x |
| March 635 Put | 3/16/2001 | 3/17/2001 | 173 | 18 | 9.6x |
| September 605 Put | 8/24/2001 | 9/22/2001 | 434 | 371 | 1.2x |
| September 605 Put | 8/24/2001 | 9/22/2001 | 434 | 371 | 1.2x |
| September 570 Put | 8/29/2001 | 9/22/2001 | 1,331 | 862 | 1.5x |
| October 520 Put | 10/18/2001 | 10/20/2001 | 815 | 794 | 1.0x |
| January 590 Put | 1/18/2002 | 1/19/2002 | 801 | 222 | 3.6x |
| January 595 Put | 1/18/2002 | 1/19/2002 | 667 | 34 | 19.6x |
| February 575 Put | 2/15/2002 | 2/16/2002 | 559 | 542 | 1.0x |
| April 585 Put | 3/13/2002 | 4/20/2002 | 1,043 | 106 | 9.8x |
| April 585 Put | 3/14/2002 | 4/20/2002 | 512 | 280 | 1.8x |
| April 585 Put | 4/11/2002 | 4/20/2002 | 748 | 17 | 44.0x |
| April 585 Put | 4/15/2002 | 4/20/2002 | 483 | 8 | 60.4x |
| April 585 Put | 4/17/2002 | 4/20/2002 | 324 | 11 | 29.5x |
| July 490 Put | 7/16/2002 | 7/20/2002 | 252 | 235 | 1.1x |
| February 455 Put | 1/17/2003 | 2/22/2003 | 1,929 | 1,001 | 1.9x |
| February 455 Put | 2/18/2003 | 2/22/2003 | 401 | 15 | 26.7x |
| February 455 Put | 2/19/2003 | 2/22/2003 | 512 | 5 | 102.4x |
| February 455 Put | 2/20/2003 | 2/22/2003 | 383 | 4 | 95.8x |
| February 455 Put | 2/21/2003 | 2/22/2003 | 633 | 9 | 70.3x |
| June 475 Put | 6/19/2003 | 6/21/2003 | 257 | 128 | 2.0x |
| November 520 Put | 10/16/2003 | 11/22/2003 | 1,921 | 897 | 2.1x |
| May 555 Put | 5/17/2004 | 5/22/2004 | 1,732 | 54 | 32.1x |
| August 520 Put | 8/20/2004 | 8/21/2004 | 1,349 | 173 | 7.8x |
| February 555 Put | 2/15/2005 | 2/19/2005 | 1,748 | 764 | 2.3x |
| March 575 Put | 2/15/2005 | 3/19/2005 | 1,931 | 1,197 | 1.6x |
| November 550 Put | 10/20/2005 | 11/19/2005 | 1,849 | 1,265 | 1.5x |
| December 565 Put | 11/11/2005 | 12/17/2005 | 1,849 | 311 | 5.9x |
| November 550 Put | 11/11/2005 | 11/19/2005 | 1,849 | 1,794 | 1.0x |
| December 565 Put | 12/16/2005 | 12/17/2005 | 144 | 18 | 8.0x |

**A&B Option Volume Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Option | Trade Date | Expiration Date | IA Business Purported Volume | Actual Market Volume | Magnitude |
|---|---:|---:|---:|---:|---:|
| March 575 Put | 2/14/2006 | 3/18/2006 | 2,367 | 939 | 2.5x |
| April 580 Put | 3/7/2006 | 4/22/2006 | 2,382 | 302 | 7.9x |
| May 585 Put | 4/18/2006 | 5/20/2006 | 2,300 | 1,749 | 1.3x |
| June 590 Put | 5/16/2006 | 6/17/2006 | 2,311 | 1,256 | 1.8x |
| June 590 Put | 6/12/2006 | 6/17/2006 | 534 | 231 | 2.3x |
| June 590 Put | 6/13/2006 | 6/17/2006 | 641 | 86 | 7.5x |
| August 565 Put | 7/18/2006 | 8/19/2006 | 1,871 | 750 | 2.5x |
| July 580 Put | 7/18/2006 | 7/22/2006 | 1,321 | 516 | 2.6x |
| September 585 Put | 8/14/2006 | 9/16/2006 | 1,871 | 824 | 2.3x |
| September 585 Put | 9/12/2006 | 9/16/2006 | 1,871 | 1,599 | 1.2x |
| December 645 Put | 11/15/2006 | 12/16/2006 | 2,228 | 1,222 | 1.8x |
| January 650 Put | 12/13/2006 | 1/20/2007 | 2,250 | 851 | 2.6x |
| January 650 Put | 12/20/2006 | 1/20/2007 | 805 | 638 | 1.3x |
| January 650 Put | 12/20/2006 | 1/20/2007 | 704 | 638 | 1.1x |
| February 660 Put | 2/16/2007 | 2/17/2007 | 1,067 | 175 | 6.1x |
| March 665 Put | 3/6/2007 | 3/17/2007 | 1,931 | 484 | 4.0x |
| April 630 Put | 3/15/2007 | 4/21/2007 | 2,169 | 422 | 5.1x |
| April 635 Put | 3/15/2007 | 4/21/2007 | 2,169 | 1,409 | 1.5x |
| April 665 Put | 4/20/2007 | 4/21/2007 | 607 | 418 | 1.5x |
| July 690 Put | 6/12/2007 | 7/21/2007 | 2,177 | 566 | 3.8x |
| September 685 Put | 9/12/2007 | 9/22/2007 | 474 | 471 | 1.0x |
| December 675 Put | 11/16/2007 | 12/22/2007 | 1,638 | 213 | 7.7x |
| December 675 Put | 11/27/2007 | 12/22/2007 | 1,166 | 92 | 12.7x |
| March 620 Put | 2/14/2008 | 3/21/2008 | 863 | 525 | 1.6x |
| April 615 Put | 4/1/2008 | 4/19/2008 | 1,176 | 838 | 1.4x |
| May 625 Put | 4/17/2008 | 5/17/2008 | 1,176 | 106 | 11.1x |
| June 640 Put | 5/14/2008 | 6/21/2008 | 1,697 | 489 | 3.5x |
| May 625 Put | 5/14/2008 | 5/17/2008 | 1,176 | 499 | 2.4x |
| June 645 Put | 5/19/2008 | 6/21/2008 | 1,697 | 517 | 3.3x |
| June 645 Put | 5/22/2008 | 6/21/2008 | 1,697 | 58 | 29.3x |
| August 575 Put | 7/18/2008 | 8/16/2008 | 785 | 104 | 7.5x |
| August 575 Put | 8/15/2008 | 8/16/2008 | 785 | 31 | 25.3x |
| September 590 Put | 9/10/2008 | 9/20/2008 | 781 | 396 | 2.0x |
| November 460 Put | 11/3/2008 | 11/22/2008 | 907 | 42 | 21.6x |
| November 475 Put | 11/5/2008 | 11/22/2008 | 771 | 25 | 30.8x |
| December 420 Put | 11/14/2008 | 12/20/2008 | 3,056 | 132 | 23.2x |
| November 460 Put | 11/14/2008 | 11/22/2008 | 1,534 | 25 | 61.4x |
| November 475 Put | 11/14/2008 | 11/22/2008 | 771 | 3 | 257.0x |
| November 450 Put | 11/14/2008 | 11/22/2008 | 751 | 56 | 13.4x |
| December 370 Put | 11/20/2008 | 12/20/2008 | 303 | 122 | 2.5x |
| January 700 Put | 12/19/2000 | 1/20/2001 | 2,400 | 1,432 | 1.7x |
| January 580 Put | 12/5/2001 | 1/19/2002 | 3,200 | 122 | 26.2x |

**A&B Option Volume Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Option | Trade Date | Expiration Date | IA Business Purported Volume | Actual Market Volume | Magnitude |
|---|---|---|---|---|---|
| January 580 Put | 12/14/2001 | 1/19/2002 | 3,200 | 40 | 80.0x |
| December 465 Put | 12/2/2002 | 12/21/2002 | 1,950 | 630 | 3.1x |
| December 465 Put | 12/16/2002 | 12/21/2002 | 1,950 | 1,132 | 1.7x |
| December 460 Put | 12/18/2002 | 12/21/2002 | 3,900 | 3,388 | 1.2x |
| January 565 Put | 12/1/2004 | 1/22/2005 | 1,371 | 59 | 23.2x |
| January 565 Put | 12/27/2004 | 1/22/2005 | 1,371 | 679 | 2.0x |
| February 570 Put | 1/3/2005 | 2/19/2005 | 316 | 169 | 1.9x |
| January 565 Put | 12/12/2005 | 1/21/2006 | 5,847 | 255 | 22.9x |
| January 565 Put | 12/21/2005 | 1/21/2006 | 5,847 | 793 | 7.4x |
| June 590 Put | 6/15/2006 | 6/17/2006 | 586 | 26 | 22.5x |
| January 650 Put | 11/28/2006 | 1/20/2007 | 805 | 32 | 25.2x |
| December 675 Put | 12/4/2007 | 12/22/2007 | 580 | 343 | 1.7x |
| September 590 Put | 8/11/2008 | 9/20/2008 | 582 | 124 | 4.7x |
| September 590 Put | 9/12/2008 | 9/20/2008 | 582 | 144 | 4.0x |