# EXHIBIT 8

**A&B Equity Price Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Trade Date | Security Name | IA Business Purported Price | Market Daily Low | Market Daily High | Above/Below | Magnitude |
|---|---|---|---|---|---|---|
| 2/16/2001 | J.P. MORGAN CHASE & CO | 52.590 | 50.250 | 52.000 | ABOVE | 0.59 |
| 2/23/2006 | AMGEN INC | 73.730 | 74.320 | 75.120 | BELOW | 0.59 |
| 4/25/2006 | AMGEN INC | 66.030 | 66.050 | 66.780 | BELOW | 0.02 |
| 4/25/2006 | MICROSOFT CORP | 27.010 | 27.020 | 27.210 | BELOW | 0.01 |
| 9/12/2006 | BOEING CO | 76.300 | 73.610 | 74.380 | ABOVE | 1.92 |
| 2/16/2001 | J.P. MORGAN CHASE & CO | 52.590 | 50.250 | 52.000 | ABOVE | 0.59 |
| 2/14/2002 | AMERICAN INTL GROUP INC | 77.820 | 76.030 | 77.370 | ABOVE | 0.45 |
| 2/19/2003 | EXXON MOBIL CORP | 33.980 | 33.470 | 33.930 | ABOVE | 0.05 |
| 9/12/2006 | BOEING CO | 76.300 | 73.610 | 74.380 | ABOVE | 1.92 |
| 12/15/1998 | THE WALT DISNEY CO | 30.250 | 30.688 | 31.375 | BELOW | 0.44 |
| 2/16/2001 | J.P. MORGAN CHASE & CO | 52.590 | 50.250 | 52.000 | ABOVE | 0.59 |
| 2/14/2002 | AMERICAN INTL GROUP INC | 77.820 | 76.030 | 77.370 | ABOVE | 0.45 |
| 2/19/2003 | EXXON MOBIL CORP | 33.980 | 33.470 | 33.930 | ABOVE | 0.05 |
| 7/2/2003 | MICROSOFT CORP | 26.310 | 26.450 | 26.930 | BELOW | 0.14 |
| 9/5/2003 | J.P. MORGAN CHASE & CO | 35.210 | 34.160 | 34.690 | ABOVE | 0.52 |
| 10/2/2003 | INTEL CORP | 27.630 | 28.410 | 28.950 | BELOW | 0.78 |
| 5/25/2005 | AMGEN INC | 61.330 | 62.110 | 62.540 | BELOW | 0.78 |
| 2/23/2006 | AMGEN INC | 73.730 | 74.320 | 75.120 | BELOW | 0.59 |
| 2/16/2001 | J.P. MORGAN CHASE & CO | 52.590 | 50.250 | 52.000 | ABOVE | 0.59 |
| 2/14/2002 | AMERICAN INTL GROUP INC | 77.820 | 76.030 | 77.370 | ABOVE | 0.45 |
| 2/19/2003 | EXXON MOBIL CORP | 33.980 | 33.470 | 33.930 | ABOVE | 0.05 |
| 7/2/2003 | MICROSOFT CORP | 26.310 | 26.450 | 26.930 | BELOW | 0.14 |
| 9/5/2003 | J.P. MORGAN CHASE & CO | 35.210 | 34.160 | 34.690 | ABOVE | 0.52 |
| 10/2/2003 | INTEL CORP | 27.630 | 28.410 | 28.950 | BELOW | 0.78 |
| 12/22/2006 | MERCK & CO | 44.610 | 42.780 | 43.420 | ABOVE | 1.19 |
| 2/16/2001 | J.P. MORGAN CHASE & CO | 52.590 | 50.250 | 52.000 | ABOVE | 0.59 |
| 5/25/2005 | AMGEN INC | 61.330 | 62.110 | 62.540 | BELOW | 0.78 |
| 12/22/2006 | MERCK & CO | 44.610 | 42.780 | 43.420 | ABOVE | 1.19 |
| 12/22/2006 | MERCK & CO | 44.610 | 42.780 | 43.420 | ABOVE | 1.19 |
| 12/22/2006 | MERCK & CO | 44.610 | 42.780 | 43.420 | ABOVE | 1.19 |