# EXHIBIT 9

**A&B Options Price Analysis in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Trade Date | CUSIP | Symbol | Issue | IA Business Purported Price | Market High | Market Low |
|---|---|---|---|---|---|---|
| 2/18/2000 | 783790NPZ | OEZNP | February 780 Put | 51.48 | 50.50 | 28.25 |
| 10/13/2000 | 783790VRZ | OEZVR | October 790 Put | 60.99 | 89.88 | 65.00 |
| 11/15/2001 | 783790KLB | OEBKL | November 560 Call | 31.80 | 31.00 | 26.00 |
| 8/16/2002 | 783790HTB | OXBHT | August 400 Call | 68.44 | 70.50 | 70.50 |
| 2/15/2002 | 783790NOB | OEBNO | February 575 Put | 15.35 | 14.50 | 7.80 |
| 2/21/2003 | 783790NKF | OXBNK | February 455 Put | 25.13 | 30.00 | 30.00 |
| 3/21/2003 | 783790CB2 | OXBCB | March 410 Call | 46.41 | 46.00 | 38.50 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 3/21/2003 | 783790CB2 | OXBCB | March 410 Call | 46.41 | 46.00 | 38.50 |
| 2/18/2003 | 783790NKF | OXBNK | February 455 Put | 24.00 | 25.60 | 25.60 |
| 2/20/2003 | 783790NKF | OXBNK | February 455 Put | 30.71 | 30.00 | 25.50 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 2/15/2002 | 783790NOB | OEBNO | February 575 Put | 15.35 | 14.50 | 7.80 |
| 3/16/2001 | 783790OGY | OEYOG | March 635 Put | 47.01 | 47.00 | 38.20 |
| 10/18/2001 | 783790JEB | OEBJE | October 525 Call | 26.00 | 30.00 | 28.00 |
| 8/16/2002 | 783790HTB | OXBHT | August 400 Call | 68.44 | 70.50 | 70.50 |
| 2/21/2003 | 783790NKF | OXBNK | February 455 Put | 25.13 | 30.00 | 30.00 |
| 2/19/2003 | 783790NKF | OXBNK | February 455 Put | 26.20 | 28.00 | 28.00 |
| 4/17/2002 | 783790PQB | OEBPQ | April 585 Put | 25.27 | 23.00 | 23.00 |
| 2/18/2000 | 783790NPZ | OEZNP | February 780 Put | 51.48 | 50.50 | 28.25 |
| 10/13/2000 | 783790VRZ | OEZVR | October 790 Put | 60.99 | 89.88 | 65.00 |
| 11/15/2001 | 783790KLB | OEBKL | November 560 Call | 31.80 | 31.00 | 26.00 |
| 8/16/2002 | 783790HTB | OXBHT | August 400 Call | 68.44 | 70.50 | 70.50 |
| 4/17/2002 | 783790PQB | OEBPQ | April 585 Put | 25.27 | 23.00 | 23.00 |
| 2/15/2002 | 783790NOB | OEBNO | February 575 Put | 15.35 | 14.50 | 7.80 |
| 3/16/2001 | 783790OGY | OEYOG | March 635 Put | 47.01 | 47.00 | 38.20 |
| 2/18/2000 | 783790NPZ | OEZNP | February 780 Put | 51.48 | 50.50 | 28.25 |
| 10/13/2000 | 783790VRZ | OEZVR | October 790 Put | 60.99 | 89.88 | 65.00 |
| 11/15/2001 | 783790KLB | OEBKL | November 560 Call | 31.80 | 31.00 | 26.00 |
| 10/18/2001 | 783790JEB | OEBJE | October 525 Call | 26.00 | 30.00 | 28.00 |
| 2/21/2003 | 783790NKF | OXBNK | February 455 Put | 25.13 | 30.00 | 30.00 |
| 2/19/2003 | 783790NKF | OXBNK | February 455 Put | 26.20 | 28.00 | 28.00 |
| 2/20/2003 | 783790NKF | OXBNK | February 455 Put | 30.71 | 30.00 | 25.50 |
| 2/18/2003 | 783790NKF | OXBNK | February 455 Put | 24.00 | 25.60 | 25.60 |
| 3/21/2003 | 783790CDF | OXBCD | March 420 Call | 36.41 | 35.80 | 28.50 |
| 3/21/2003 | 783790CB2 | OXBCB | March 410 Call | 46.41 | 46.00 | 38.50 |
| 3/21/2003 | 783790CFB | OXBCF | March 430 Call | 26.41 | 26.40 | 17.40 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 5/25/2005 | 783790RMF | OEBRM | June 565 Put | 4.50 | 6.00 | 4.60 |
| 3/21/2003 | 783790CB2 | OXBCB | March 410 Call | 46.41 | 46.00 | 38.50 |
| 3/21/2003 | 783790CFB | OXBCF | March 430 Call | 26.41 | 26.40 | 17.40 |
| 3/21/2003 | 783790CDF | OXBCD | March 420 Call | 36.41 | 35.80 | 28.50 |
| 2/21/2003 | 783790NKF | OXBNK | February 455 Put | 25.13 | 30.00 | 30.00 |
| 2/19/2003 | 783790NKF | OXBNK | February 455 Put | 26.20 | 28.00 | 28.00 |
| 2/18/2003 | 783790NKF | OXBNK | February 455 Put | 24.00 | 25.60 | 25.60 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 9/20/2007 | 783790UQY | OEYUQ | September 685 Put | 0.25 | 0.10 | 0.05 |
| 2/20/2003 | 783790NKF | OXBNK | February 455 Put | 30.71 | 30.00 | 25.50 |
| 2/18/2000 | 783790NPZ | OEZNP | February 780 Put | 51.48 | 50.50 | 28.25 |
| 10/13/2000 | 783790VRZ | OEZVR | October 790 Put | 60.99 | 89.88 | 65.00 |
| 10/18/2001 | 783790JEB | OEBJE | October 525 Call | 26.00 | 30.00 | 28.00 |
| 3/16/2001 | 783790OGY | OEYOG | March 635 Put | 47.01 | 47.00 | 38.20 |
| 2/15/2002 | 783790NOB | OEBNO | February 575 Put | 15.35 | 14.50 | 7.80 |
| 11/15/2001 | 783790KLB | OEBKL | November 560 Call | 31.80 | 31.00 | 26.00 |
| 8/16/2002 | 783790HTB | OXBHT | August 400 Call | 68.44 | 70.50 | 70.50 |
| 4/17/2002 | 783790PQB | OEBPQ | April 585 Put | 25.27 | 23.00 | 23.00 |
| 10/13/2000 | 783790VRZ | OEZVR | October 790 Put | 60.99 | 89.88 | 65.00 |
| 2/18/2000 | 783790NPZ | OEZNP | February 780 Put | 51.48 | 50.50 | 28.25 |
| 2/15/2002 | 783790NOB | OEBNO | February 575 Put | 15.35 | 14.50 | 7.80 |
| 11/15/2001 | 783790KLB | OEBKL | November 560 Call | 31.80 | 31.00 | 26.00 |
| 8/16/2002 | 783790HTB | OXBHT | August 400 Call | 68.44 | 70.50 | 70.50 |
| 2/21/2003 | 783790NKF | OXBNK | February 455 Put | 25.13 | 30.00 | 30.00 |
| 3/21/2003 | 783790CB2 | OXBCB | March 410 Call | 46.41 | 46.00 | 38.50 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 9/20/2007 | 783790UQY | OEYUQ | September 685 Put | 0.25 | 0.10 | 0.05 |
| 5/25/2005 | 783790RMF | OEBRM | June 565 Put | 4.50 | 6.00 | 4.60 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 9/20/2007 | 783790UQY | OEYUQ | September 685 Put | 0.25 | 0.10 | 0.05 |
| 1/27/2006 | 783790BQB | OEBBQ | February 585 Call | 1.95 | 3.60 | 2.15 |
| 9/20/2007 | 783790UQY | OEYUQ | September 685 Put | 0.25 | 0.10 | 0.05 |