# EXHIBIT 10

Exhibit 10

**A&B Weekend Trade Detail in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Account Number | Trade Date | Settlement Date | Issuer | Issue | Contracts or Shares |
|---|---|---|---|---|---|
| 1-ZA879-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 765 PUT | 35 |
| 1-ZA879-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 780 CALL | (35) |
| 1-ZB032-4-0 | 12/17/1999 | 12/18/1999 | S & P 100 INDEX | JANUARY 800 CALL | (1,000) |
| 1-ZB032-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 765 PUT | 87 |
| 1-ZB032-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 780 CALL | (87) |
| 1-ZB046-4-0 | 12/17/1999 | 12/18/1999 | S & P 100 INDEX | JANUARY 800 CALL | (2,000) |
| 1-ZB046-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 765 PUT | 141 |
| 1-ZB046-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 780 CALL | (141) |
| 1-ZB249-4-0 | 12/17/1999 | 12/18/1999 | S & P 100 INDEX | JANUARY 800 CALL | (2,500) |
| 1-ZB249-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 765 PUT | 41 |
| 1-ZB249-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 780 CALL | (41) |
| 1-ZB262-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 765 PUT | 13 |
| 1-ZB262-4-0 | 1/7/2000 | 1/8/2000 | S & P 100 INDEX | JANUARY 780 CALL | (13) |