# EXHIBIT 11

**A&B Backdated Trades in the Split-Strike Conversion Accounts**
**Post-1993 Period**

| Master Account # | Customer Statement Date | Settlement Date | Long Position | Short Position | Description |
|---|---|---|---|---|---|
| 1ZB032 | 8/31/2002 | 7/31/2002 | 2,475,000 | - | U S TREASURY BILL DUE 11/7/2002 |
| 1ZB032 | 8/31/2002 | 7/31/2002 | - | 2,475,000 | U S TREASURY BILL DUE 11/21/2002 |
| 1ZB032 | 8/31/2002 | 7/31/2002 | - | 2,475,000 | U S TREASURY BILL DUE 11/7/2002 |
| 1ZB032 | 8/31/2002 | 7/31/2002 | 2,475,000 | - | U S TREASURY BILL DUE 11/21/2002 |
| 1ZB046 | 6/30/1999 | 5/26/1999 | 7,700,000 | - | U S TREASURY BILL DUE 9/9/1999 |
| 1ZB046 | 6/30/1999 | 5/26/1999 | - | 7,700,000 | U S TREASURY BILL DUE 9/9/1999 |
| 1ZB046 | 8/31/2002 | 7/31/2002 | - | 7,850,000 | U S TREASURY BILL DUE 11/21/2002 |
| 1ZB046 | 8/31/2002 | 7/31/2002 | 7,850,000 | - | U S TREASURY BILL DUE 11/7/2002 |
| 1ZB046 | 8/31/2002 | 7/31/2002 | - | 7,850,000 | U S TREASURY BILL DUE 11/7/2002 |
| 1ZB046 | 8/31/2002 | 7/31/2002 | 7,850,000 | - | U S TREASURY BILL DUE 11/21/2002 |
| 1ZB249 | 6/30/1999 | 5/26/1999 | - | 1,700,000 | U S TREASURY BILL DUE 9/9/1999 |
| 1ZB249 | 6/30/1999 | 5/26/1999 | 1,700,000 | - | U S TREASURY BILL DUE 9/9/1999 |
| 1ZB249 | 8/31/2002 | 7/31/2002 | - | 2,625,000 | U S TREASURY BILL DUE 11/7/2002 |
| 1ZB249 | 8/31/2002 | 7/31/2002 | 2,625,000 | - | U S TREASURY BILL DUE 11/21/2002 |
| 1ZB249 | 8/31/2002 | 7/31/2002 | 2,625,000 | - | U S TREASURY BILL DUE 11/7/2002 |
| 1ZB249 | 8/31/2002 | 7/31/2002 | - | 2,625,000 | U S TREASURY BILL DUE 11/21/2002 |
| 1ZB262 | 1/31/2006 | 12/19/2006 | 30,300,000 | - | U S TREASURY BILL DUE 4/06/2006 |
| 1ZB262 | 1/31/2006 | 12/19/2006 | - | 30,300,000 | U S TREASURY BILL DUE 4/06/2006 |