# ATTACHMENT C

# KROLL

**Bruce G. Dubinsky**

## Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| ***In re Bernard L. Madoff, Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernie L. Madoff v. Sage Associates et al and Sage Realty et al.*** <br> U.S. District Court- Southern District of New York <br> Lead Case 20-CV-10057 (JFK) <br> January 24, 25, 2022 (Trial) | |
| ***Hogan, et al. v. Credit Suisse Securities (USA) LLC*** <br> FINRA Arbitration – Houston, Texas <br> Case No. 16-03296 <br> January 13, 2022 (Trial) | ***Prezzano, et al. v. Credit Suisse Securities (USA) LLC*** <br> FINRA Arbitration – Chicago, IL <br> Case No. 19-02974 <br> September 21-22, 2021 (Trial) |
| ***Hutchinson, et al. v. Credit Suisse Securities (USA) LLC*** <br> FINRA Arbitration – Chicago, IL <br> Case No. 16-02825 <br> February 22-23, 2021 (Trial) | ***James Tarpey v. United States of America*** <br> United States District Court for the District Montana – Butte Division <br> Case No. CV-17-94-BU-BMM <br> May 4, 2021 (Trial) <br> January 13, 2021 (Deposition) |
| ***In re Bernard L. Madoff, Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernie L. Madoff v. BAM L.P., Michael Mann and Meryl Mann*** <br> U.S. Bankruptcy Court Securities Investor Protection Corporation – Southern District of New York <br> Adv. Pro. No. 08-01789 (SMB) <br> SIPA LIQUIDATION (Substantively Consolidated) <br> Adv. Pro. No. 10-04390 (SMB) <br> September 14, 2020 (Trial) | ***Jefferies LLC v. Jonathan Moneypenny*** <br> FINRA Arbitration – New York, NY <br> Case No. 17-01229 <br> February 25-26, 2020 (Trial) |
| ***Galli, et al. v. Credit Suisse Securities (USA) LLC*** <br> FINRA Arbitration – Boston, MA <br> Case No. 17-01489 <br> January 22, 2020 (Trial) | ***Jefferies LLC v. Jerald E. Slowik*** <br> FINRA Arbitration – New York, NY <br> Case No. 18-00548 <br> January 15-16, 2020 (Trial) |



**Bruce G. Dubinsky**

### Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| *City of Almaty, Kazakhstan and BTA Bank JSC v. Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov, and Triadou SPV S.A.* <br> U.S. Disctrict Court – Southern District of New York <br> Case No. 15-cv-05345-AJN <br> August 21, 2019 (Deposition) | *Firstman, et al. v. Credit Suisse Securities (USA) LLC* <br> FINRA Arbitration – Atlanta, GA <br> Case No. 17-01632 <br> July 18, 2019 (Trial) |
| *Dertouzos v. Credit Suisse Securities (USA) LLC* <br> FINRA Arbitration – New York, NY <br> Case No. 16-02848 <br> July 3, 2019 (Trial) | *Credit Suisse Securities (USA) LLC v. Zinman* <br> FINRA Arbitration – New York, NY <br> Case No. 16-03093 <br> June 20-21, 2019 (Trial) |
| *In re Bernard L. Madoff, Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidationof Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff v. Carol Nelson & Stanley Nelson* <br> U.S. Bankruptcy Court – Southern District of New York <br> Adv. Pro. No. 08-01789 (SMB) <br> SIPA LIQUIDATION (Substantively Consolidated) <br> Adv. Pro. No. 10-04658 (SMB) <br> Adv. Pro. No. 10-04377 (SMB) <br> May 8, 2019 (Trial) | *DellaRusso and Sullivan v. Credit Suisse Securities (USA) LLC* <br> FINRA Arbitration – New York, NY <br> Case No. 17-01406 <br> April 15-16, 2019 (Trial) |
| | *Lerner& Winderbaum v. Credit Suisse Securities (USA) LLC* <br> FINRA Arbitration – New York, NY <br> Case No. 17-00057 <br> March 19, 2019 (Trial) |
| *David Greene v. Credit Suisse Securities (USA) LLC* <br> FINRA Arbitration – Atlanta, GA <br> Case No. 17-00112 <br> February 20, 2019 (Trial) | *Jefferies LLC v. Jon A. Gegenheimer* <br> FINRA Arbitration – San Francisco, CA <br> Case No. 16-02461 <br> January 31, 2019 (Trial) |
| *Nicholas Finn v. Credit Suisse Securities (USA) LLC* <br> FINRA Arbitration – New York, NY <br> Case No. 17-01277 <br> October 18, 2018 (Trial) | *Micro Focus (US), Inc. v. Express Scripts, Inc.* <br> United States District Court for the Northern District of Maryland – Greenbelt Division <br> Civil Action No. 8:16-cv-00971 <br> August 29, 2018 (Deposition) |



**Bruce G. Dubinsky**

## Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| ***Concordia Pharmaceuticals Inc., S.A.R.L. v. Winder Laboratories, LLC** and Steven Pressman* <br> United States District Court for the Northern District of Georgia – Gainesville Division <br> C.A. No. 2:16-cv-00004-RWS <br> April 5, 2018 (Deposition) | ***Harold W. Nix et. al v. United States of America*** <br> United States District Court, Eastern District of Texas <br> Case No. 2:17-cv-434 (Lead); 2:17-cv-435; 2:17-cv-436 <br> March 1, 2018 (Deposition) |
| ***Brian M. Chilton v. Credit Suisse Securities (USA) LLC*** <br> FINRA Arbitration – Boston, MA <br> Case No. 16-03065 <br> August 6, 2018 (Trial) | ***Certain Underwriters at Lloyd's, London, et al. v. National Railroad Passenger Corporation, et. al.*** <br> United State District Court - Eastern District of New York <br> ECF Case 14 Viv. 4717 <br> September 20, 2017 (Trial) <br> May 16, 2017 (Deposition) |
| ***In re Samuel E. Wyly, et al.,*** <br> *Evan A. Wyly and Lisa L. Wyly v. Samuel E. Wyly and the Internal Revenue Service v. Evan A. Wyly, Lisa L. Wyly, and Samuel E. Wyly* <br> U.S. Bankruptcy Court – Northern District of Texas – Dallas Division <br> Case No. 14-35043-BJH <br> Adversary No. 17-03013 <br> March 14, 2018 (Deposition) | ***John K. Dema, P.C. v. Government of the US Virgin Islands***, <br> Matter in Arbitration – St. Croix, US Virgin Islands <br> September 14, 2016 (Trial) |
| ***Mark Hale, Todd Shadle and Carly Vickers Morse v. State Farm Mutual Automobile Insurance Company**, Ed Murnane and William G. Shepherd* <br> United States District Court – Southern District of Illinois <br> Case No. 3:12-CV-00660-DRH-SCW <br> November 22, 2017 (Deposition) | ***Wyle Inc. and Wyle Services Corp., v. ITT Corp., Exelis Inc., and Xylem Inc.*** <br> Supreme Court of the State of New York- County of New York <br> Case No. 653465/2011 <br> March 24, 2016 (Deposition) |
| ***United States of America v. Robert Schulman*** <br> United States District Court - Eastern District of New York <br> Case No. 16-CR-442 (JMA) <br> March 10 & 13, 2017 (Trial) | ***In re: Samuel E. Wyly, et al.*** <br> U.S. Bankruptcy Court-Northern District of Texas <br> Case No. 14-35043-(BJH) <br> January 20-21, 2016 (Trial) <br> January 5, 2016 (Hearing-Daubert Motion) <br> November 19, 2015(Deposition) |



**Bruce G. Dubinsky**

### Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| ***United States of America*** *v. Duane Crithfield and Stephen Donaldson, Sr.* <br> United States District Court – Middle District of Florida – Tampa Division <br> Case No. 8:13-CR-237-T-23TBM <br> June 16-17, 20, 2016 (Trial) | *In re Bernard L. Madoff Investment Securities LLC* <br> ***Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*** *v. J. Ezra Merkin, et al.* <br> U.S. Bankruptcy Court - Southern District of New York <br> Adv. Pro. No. 08-01789 (SMB) <br> SIPA LIQUIDATION (Substantively Consolidated) <br> Adv. Pro. No. 09-01182 (SMB) <br> April 27, 2015 (Deposition) |
| ***Al Kellerman, et al.*** *v. Marion Bass Securities Corporation et al.* <br> Circuit Court for Madison County, Illinois <br> Cause No. 01-L 000457 <br> February 18, 2016 (Deposition) | *Walpart Trust Reg, Trustee of the Acconci Trust, on behalf of Lincolnshire Equity Partners, L.P. and American National Insurance Company on behalf of Lincolnshire Equity Fund, L.P. v.* ***Thomas J. Maloney, Lincolnshire Management, Inc. and Lincolnshire Equity, Inc.*** <br> Supreme Court of the State of New York- <br> County of New York <br> Case No. 651096/2011 <br> October 9, 2014 (Deposition) |
| ***Department of Enforcement*** *v. Paul E. Taboada* <br> Financial Industry Regulatory Authority Office of Hearing Office <br> Disciplinary Proceeding No.  2012034719701 <br> October 5, 2015 (Trial) | ***United States of America*** *v. Daniel Bonventre, Annette Bongiorno, Joann Crupi a/k/a "Jodi," Jerome O'Hara, and George Perez (Madoff criminal case)* <br> United States District Court – Southern District of New York <br> Case No. S10 10 Cr. 228 (LTS) <br> October 24, 28-30, 2013 (Trial) |



**Bruce G. Dubinsky**

**Federal Rule of Civil Procedure Rule 26**

**Testimony at Trial/Deposition**

| | |
|---|---|
| *In re Bernard L. Madoff Investment Securities LLC* <br> *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Andrew H. Cohen* <br> U.S. Bankruptcy Court - Southern District of New York <br> Adv. Pro. No. 08-01789 (SMB) <br> SIPA LIQUIDATION (Substantively Consolidated) <br> Adv. Pro. No. 10-04311(SMB) <br> October 14, 2015 (Trial) | *Christopher Cohan, individually and as sole Trustee of the Christopher Cohan Separate Property Trust, and Angelina Cohan v. KPMG LLP* <br> State Court of Fulton County – State of Georgia <br> Civil Action No. 12EV0114325G <br> July 3, 2013 (Deposition) |
| *Spentex Netherlands, B.V. v. Republic of Uzbekistan* <br> International Centre for Settlement of Investment Disputes <br> ICSID Case No.: ARB/13/26 <br> September 24, 2015 (Trial) | *Eagle Materials, Inc. v. United States of America* <br> United States District Court for the Northern District of Texas <br> Civil Action No. 3:11-CV-00936-F <br> January 29, 2013 (Deposition) |
| *National Railroad Passenger Corporation v. Ace Bermuda Insurance Ltd., et al.* <br> United States District Court – <br> Southern District of New York <br> Civil Action No.: 14-cv-7510 (JSR) <br> February 25, 2015 (Deposition) | *In re Bernard L. Madoff Investment Securities LLC* <br> *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Saul B. Katz, et al.* <br> U.S. District Court for the Southern District of New York <br> Adv. Pro. No. 08-01789 (BRL) <br> SIPA LIQUIDATION (Substantively Consolidated) <br> Adv. Pro. No. 10-5287 (BRL) <br> 11-CV-03605 (JSR) (HBP) <br> January 11, 2012 (Deposition) |
| *The People of the State of New York by Andrew M. Cuomo, Attorney General of the State of New York, against Bank of America Corporation, Kenneth D. Lewis and Joseph L. Price* <br> Supreme Court of the State of New York – County of New York <br> Case No.  450115/2010 <br> January 29, 2014 (Deposition) | *Estate of Elizabeth S. Snow, Deceased, Philip F. Brown, Executor v. United States of America* <br> U.S. District Court of Washington at Tacoma <br> Case No. 3:10-cv-05793-RBL <br> October 27, 2011 (Deposition) |



**Bruce G. Dubinsky**

**Federal Rule of Civil Procedure Rule 26**

**Testimony at Trial/Deposition**

| | |
|---|---|
| *First Technology, Inc., v. Siemens Energy, Inc.*<br>American Arbitration Association – Orlando Division<br>Case No. 50-198-T-00200-12<br>August 20, 2013 (Trial) | *Glynn v. EDO Corporation*<br>U.S. District Court for the District of Maryland<br>Case No. 1:07-cv-01660-JFM<br>February 25, 2011 (Deposition) |
| *Thomas & Kidd Oil Production, Ltd. v. United States of America*<br>United States District Court for the Northern District of Texas – Lubbock Division<br>Case No.: 5:10-CV-00108-C (consolidated with 5:10-CV-110-C, 5L10-CV-111-C, and 5:10-CV-161-C)<br>March 27 & 28, 2013 (Trial)<br>December 6, 2012 (Deposition) | *Perot Systems Government Services, Inc. v. 21st Century Systems, Inc. et al.*<br>Circuit Court for Fairfax County, Virginia<br>Case No. 2009-08867<br>June 22, 2010 (Trial)<br>May 28, 2010 (Deposition) |
| *Department of Enforcement v. William B. Fretz, Jr. (CRD 1545760), John P. Freeman (CRD 1651569), and the Keystone Equities Group(CRD 127529)*<br>Financial Industry Regulatory Authority - Office of Hearing Officers<br>Disciplinary Proceeding No. 2010024889501<br>July 11 and 12, 2012 (Live Hearing) | *Sands Capital Management, LLC v. Scott E. O'Gorman*<br>American Arbitration Association<br>Case No. 16 148 Y 00459 09<br>April 28, 2010 (Trial) |
| *South Florida Physician's Network, LLC and United Health Networks, Inc. and United Health Network of Florida, Inc.*<br>American Arbitration Association<br>Case No. 32 193 Y 00567 10<br>December 14, 2011 (Trial)<br>August 11, 2011 (Deposition) | *HCP Laguna Creek CA et al v. Sunrise Senior Living Management, Inc.*<br>U.S. District Court for the District of Eastern Virginia<br>Case No: 1:09 CV 824-GBL/JFA<br>February 26, 2010 (Deposition) |
| *Clay Vance Richardson et al v. Frontier Spinning Mills Inc. et al.*<br>General Court of Justice<br>Superior Court, North Carolina<br>Case No:  10 CVS 1040<br>June 3, 2011 (Deposition) | *In re UnitedHealth Group, et al. v. American Multispecialty Group d/b/a/ Esse Health*<br>American Arbitration Association<br>Case No. 57 193 Y 00004 08<br>June 9 & 10, 2009 (Trial)<br>April 24, 2009 (Deposition) |

**KROLL**

**Bruce G. Dubinsky**

## Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| *HCP et al v. Sunrise Senior Living Management, Inc. et al.* <br> Court of Chancery of the State of Delaware <br> Case Nos. 4691-VCS; 4692-VCS; 4693-VCS; 4694-VCS; 4696-VCS; 4697-VCS; 4698-VCS; 4699-VCS <br> July 21, 2010 (Deposition) | *Southgate Master Fund v. United States* <br> U.S. District Court for the Northern District of Texas – Dallas Division <br> Case No: 3:06-CV-2335-K <br> January 14-15, 2009 (Trial) <br> September 17, 2008 (Deposition) |
| *ClassicStar Mare Lease Litigation* <br> *James D. Lyon, Chapter 7 Trustee of ClassicStar, LLC v. Tony P. Ferguson et al.* <br> U.S. District Court Eastern District of Kentucky, Lexington <br> MDL No. 1877; Civil Action No. 5:07-cv0353-JMH and 5:09-215-JMH <br> May 13, 2010 (Deposition) | *Hoehn Family, LLC v. Price Waterhouse Coopers, LLC* <br> Circuit Court of Jackson County Missouri at Independence <br> Case No: 0516-CV36227 <br> September 3, 2008 (Deposition) |
| *Bemont Investments LLC v. United States* <br> United States District Court for the Eastern District of Texas-Sherman Division <br> Case No: 4:07cv9 & 4:07cv10 <br> March 25, 2010 (Trial) <br> August 28, 2009 (Deposition) <br> June 24, 2008 (Deposition) | *Calomiris v. Tompros, et al.* <br> Superior Court for the District of Columbia <br> Case No: ADM 2000-2175-00 <br> January 17, 2008 (Trial) |
| *Global Express Money Orders, Inc. v. Farmers & Merchants Bank et al* <br> Circuit Court for Baltimore City <br> Case No: 24-C-08-004896 OT <br> January 13, 19 & 25, 2010 (Deposition) | *Rosenbach et al. v. KPMG, LLP et al.* <br> American Arbitration Association <br> Case No: 13 181 Y 00437 06 <br> October 22, 2007 (Trial) |
| *Wills Family Trust v. Martin K. Alloy et al.* <br> Circuit Court for Montgomery County, Maryland <br> Case Nos: 252430-V & 2722511-V <br> June 1 & 2, 2009 (Trial) <br> Judge Ronald B. Rubin <br> April 10, 2009 (Deposition) | *Autoscribe Corp. v. 9801Washingtonian Office, Inc. et al.* <br> Circuit Court for Montgomery County, Maryland <br> Civil Action: Case No. 274847 <br> September 11, 2007 (Deposition) |



**Bruce G. Dubinsky**

### Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| **_Elize T. Meijer and Marcel Windt, Trustees in the Bankruptcy for KPNQwest, N.V. and Global Telesystems v. H. Brian Thompson_**<br>U.S. District Court for the Eastern District of Virginia – Alexandria Division<br>Case No: 1:08CV673<br>December 2, 2008 (Deposition) | **_Jerald M. Spilsbury et al._ v. KPMG, LLP et al.**<br>District Court, Clark County, Nevada<br>Civil Action: Case No: A479003<br>July 12, 2007 (Deposition) |
| **_World-Wide Network Services, LLC, et al. v. Dyncorp, Inc. and EDO Corp._**<br>United States District Court for the Eastern District of Virginia<br>Case No:1:07-cv-00627-GBL-BRP<br>January 24, 2008 (Deposition) | **_Michael J. Sullivan and Jill P. Sullivan v. KPMG LLP and QA Investments LLC_**<br>Superior Court of New Jersey Law Division, Monmouth County<br>Civil Action, Docket No.:  MON-L-4279-04<br>November 30, 2006 & December 12, 2006 (Deposition) |
| **_Harslem et al._ v. Ernst & Young, LLP**<br>American Arbitration Association<br>Case No: 30 107 Y 00303 06<br>November 6 & 7, 2007 (Trial) | **_Robert K. Cohen, et al._ v. KPMG, L.L.P., et al.**<br>State Court of Fulton County, Georgia<br>Case No. 2003VS060471<br>May 23, 2006 (Deposition) |
| **_United States v. Timothy D. Naegele, Defendant_**<br>U.S. District Court for the District of Columbia<br>Criminal Action: Case No. 05-0151 (PLF)<br>September 24 & 25, 2007 (Trial);<br>January 9, 2007 and January 10, 2007<br>(Daubert Testimony) | **_Estate of Keith R. Fetridge v. Aronson & Company, A Professional Corporation_**<br>Circuit Court for Montgomery County, Maryland<br>Case No. 256856<br>Judge Eric Johnson<br>March 9, 2006 (Trial) |
| **_In re Parmalat Securities Litigation_**<br>U.S. District Court for the Southern District of New York<br>Civil Action: Case No. 04 MD 1653 (LAK)<br>August 22-24, 2007 (Deposition) | **_William C. Eacho III & Donna Eacho v. KPMG, LLP et al._**<br>Superior Court for the District of Columbia<br>Case No. 04-005746<br>November 29 & December 1, 2005 (Deposition) |

KR✺LL

**Bruce G. Dubinsky**

## Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| _**John E. Gallus et al.** v. **Ameriprise Financial, Inc.**_<br>United States District Court, District of Minnesota<br>Civil Action, Docket No.: 0:04-cv-4498<br>January 23, 2007 (Deposition) | _**Lawrence L. Gaslow** v. **KPMG et al.**_<br>Supreme Court of The State of New York<br>County of New York<br>Case No. 600771/04<br>August 8, July 1, and June 30, 2005 (Deposition) |
| _**In Re: Estate of First Pay, Inc.; Bankruptcy No.**_<br>_**03-30102-PM**_<br>United States Bankruptcy Court – District of<br>Maryland (Greenbelt Division)<br>Michael G. Wolff v. United States of America:<br>Adversary No 05-1700-PM<br>Judge Mannes<br>August 9, 2006 (Trial) | _**Joseph J. Jacoboni** v. **KPMG LLP**_<br>United States District Court for the Middle District of<br>Florida – Orlando Division<br>Case No. 6:02-CV-510-Orl-22DAB(M.D.Fla.)<br>May 4, 2005 (Deposition) |
| _**Riddle Farm Financial Limited Partnership** v._<br>_**Route 50 Partners, LP and Worcester Partners, LP**_<br>_**and Riddle Farm Associates, LP and Goodwin H.**_<br>_**Taylor, Jr.**_<br>Circuit Court for Worcester County, Maryland<br>Case No. 23-C-03-0913<br>April 4 & 5, 2006 (Trial)<br>February 3, 2006 (Deposition)<br>May 16, 2005 (Hearing) | _**James, LTD.** v. **Saks Fifth Avenue, et al.**_<br>Circuit Court for Arlington County, Virginia<br>Chancery No. 03-802<br>January 12 and 25, 2005 (Trial)<br>December 10, 2004 (Deposition) |
| _**Tolt Ventures, L.L.C., et al.** v. **KPMG, LLP et al.**_<br>District Court of Harris County, Texas, 333rd<br>Judicial District<br>Cause No.  2003-69957<br>January 27, 2006 (Deposition) | _**Todd Roy Earl Bentley III** v. **Deutsche Post Global**_<br>_**Mail, LTD**_<br>Superior Court of The State of California<br>For The County of Los Angeles<br>Case No: BC 293389<br>September 23, 2004 & September 14, 2004<br>(Deposition) |
| _**Richard W. Coleman, Jr.** v. **KPMG et al.**_<br>Matter in Arbitration by Agreement of the Parties<br>October 31-November 2, 2005 (Trial)<br>October 17-19, 2005 (Trial)<br>August 22, 2005 (Deposition) | _**Ruben A. Perez, et al** v. **KPMG LLP, et al**_<br>92nd Judicial District Court<br>Hidalgo County, Texas<br>Cause No: C-2593-02-A<br>November 7, 2003 (Deposition) |

**KROLL**

**Bruce G. Dubinsky**

**Federal Rule of Civil Procedure Rule 26**

**Testimony at Trial/Deposition**

| | |
|---|---|
| *Minebea Co., Ltd, Precision Motors Deutsche Minebea GmbH, and Nippon Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Verwaltungsgesellachaft MIT Beschrankter Haftung* <br> U.S.  District Court for the District of Columbia <br> Case No. 97-05-90 (SSH) (DAR) <br> August 4 & 5, 2005 (Trial); <br> June 2, 2005 (Hearing) <br> May 11, 2005 (Deposition) | *Semtek International, Inc. v. Lockheed Martin Corporation* <br> Circuit Court for Baltimore City, Maryland <br> Case No. 97183023/CC 3762 <br> September 30 – October 1, 2003 (Trial) <br> June 17, 2003 & May 27, 2003 (Deposition) |
| *Hemanth Rao, et al. v. H-QUOTIENT, Inc., Douglas A. Cohn, and Laurence Burden* <br> United States District Court for the District of Virginia- *Eastern District* <br> February 10 and 11, 2005 (Trial) | *Midland Credit v. MBNA America Bank* <br> Superior Court State Of Arizona, County Of Maricopa <br> Case No. CV2001-002497 <br> February 27, 2003 & November 26, 2002 (Deposition) |
| *Sensormatic Security Corp. v. Sensormatic Electronics Corporation, ADT Security Services, Inc., & Wallace Computer Services, Inc.* <br> United States District Court for the District of Maryland *Southern Division* <br> Case No. 02-Civ-1565 (DKC) <br> September 28, 2004, February 19, 2004 & October 24, 2003 (Deposition) | *Surface Joint Venture v. E.I. Dupont De Nemours & Company, Inc.* <br> United States District Court For The Western District Of Texas, Austin Division <br> Civil Action No. A 02CA 04 3SS <br> January 3, 2003 (Deposition) |
| *Alex Alikhani v. System Engineering International, Inc.* <br> American Arbitration Association <br> No. 16 168 00611 03 <br> August 31, 2004 (Trial) | *Phil Adams Company Profit Sharing Plan v. Trautman Wasserman, Inc.* <br> & CIBC Oppenheimer, Inc. <br> NASD Arbitration, Washington, D.C. <br> May 22, 2002 (Trial) |
| *Joseph J. Jacoboni v. KPMG LLP* <br> United States District Court for the Middle District Of Florida <br> *Orlando Division* <br> Case No. 6:02-CV-510-Orl-22DAB (M.D.Fla.) <br> October 15, 2003 (Deposition) | *Frank A. Pietranton, Jr. et al. v. Kenneth J. Mahon & Mahon, Inc.* <br> Circuit Court of Arlington County, Virginia <br> Chancery No. 00-617 <br> Judge Benjamin NA Kendrick <br> February 13, 2002 (Trial) |



**Bruce G. Dubinsky**

**Federal Rule of Civil Procedure Rule 26**

**Testimony at Trial/Deposition**

| | |
|---|---|
| ***Jordan v. Washington Mutual Bank, F.A.*** <br> United States District Court, District of Maryland <br> Case No. H02CV1465 <br> March 12, 2003 (Deposition) | ***Amtote International, Inc., v. Bally's of Maryland, Inc.*** <br> Circuit Court for Baltimore County, Maryland <br> Civ. No. 03-C-01-001715 <br> October 19, 2001 (Deposition) |
| ***Epstein v. Epstein*** <br> Circuit Court for Montgomery County, Maryland <br> Family law No: 21608 <br> January 8, 2003 (Trial) | ***In Re: Robert S. Beale, Jr.*** <br> ***In Re: Robert S. Beale, Jr., M.D., P.A.*** <br> United States Bankruptcy Court – District of Maryland (Baltimore Division) <br> Case Nos: 99-65815-ESD; 00-55731-ESD <br> Judge E. Stephen Derby <br> August 2, 2001 (Trial) |
| ***Cates v. Cates*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No 176170 <br> June 17, 2002 (Deposition*)* | ***Diamond v. Diamond*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No. 165804 <br> Judge M. Langhorne Keith <br> February 6, 2001 (Trial) |
| ***Boryczka, et al. v. Phil Collyer v. Apex Data Services, Inc.*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No 171437 <br> March 12, 2002 (Deposition) | ***Bell Atlantic-Maryland, Inc. v. Furguson Trenching Company, Inc. et al.*** <br> Circuit Court for Anne Arundel County, Maryland <br> Case No. C-98-498130C <br> Judge Michael Looney <br> November 1, 2000 (Trial) |
| ***Rinearson v. Rinearson*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No. 170354 <br> Judge Robert Wooldridge, Jr. <br> January 24, 2002 (Trial) | ***United States of America v. Lawrence Edwin Crumbliss*** <br> United States District Court, Eastern District of North Carolina, Western Division <br> Criminal Case No: 5:99-CR-24-BR <br> Judge Britt <br> July 21, 2000 (Trial) |
| ***America Online, Inc., v. Netvision Audiotext, Inc. et al.*** <br> United States District Court- Eastern District of Virginia <br> Case No 99-1186-A <br> October 16, 2001 (Deposition) | ***Kontzias v. CVS, Inc.*** <br> Circuit Court of Fairfax County, Virginia <br> Civil Action No. 178049 <br> Judge Thatcher <br> March 21, 2000 (Trial) |



**Bruce G. Dubinsky**

## Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| *Marvin BenBassett v. Ritz Camera Centers, Inc.*<br>Circuit Court for Montgomery County, Maryland<br>Case No. 207934<br>February 23, 2001 (Deposition) | *Brown v. Brown*<br>Circuit Court for Baltimore County, Maryland<br>Case No. 03-C-98-003633<br>Judge Daniels<br>September 30, 1999 (Trial) |
| *Giesting & Associates, Inc. v. Harris Corp. Inc.*<br>United States District Court, Middle District of<br>Florida, Orlando Division<br>No. 6:98-cv-1363-Orl-3ABF (M.D. Fla.)<br>Judge David A. Baker<br>November, 2000 (Trial) | *Rees, Broome & Diaz, P.C. v. Bella Vista*<br>*Condominium Association*<br>Circuit Court for Arlington County, Virginia<br>Chancery No. 98-260<br>Judge Joann Alper<br>June 2, 1999 (Trial) |
| *First Guaranty Mortgage Corporation v. Greater*<br>*Atlantic Federal Savings Bank, et al.*<br>Circuit Court for Arlington County, Virginia<br>Chancery No. 99-488<br>Judge Joann Alper<br>September 29, 2000 (Trial) | *Robert S. Joselow v. Robert J. Katz, et. al.*<br>Superior Court of the District of Columbia<br>Civil No.96-00871<br>May 4, 1998 (Deposition) |
| *Sportsolution, Inc. v. National Football League*<br>*Players Association*<br>United States District Court, Middle District of<br>Florida, Orlando Division<br>Case No. 98-1154-Civ-Orl-22C<br>Judge Duffy<br>March 22-23, 2000 (Trial) | *International Fidelity Company v. Williams*<br>*Overman Pierce & Company LLP*<br>In the United States District Court<br>For the Eastern District of North Carolina<br>Raleigh Division<br>Case No. 5:96-CV-1001-BO(1)<br>October 1997 (Deposition) |
| *York Distributors, A Division Of Home Paramount*<br>*Pest Control Companies, Inc. v. FMC*<br>*Corporation/Agricultural Products Group*<br>In The United States District Court For The District<br>Of Maryland<br>Civil Action No. L-98-2533<br>January 27, 2000 (Deposition) | *Roddy v. O'Brien*<br>Circuit Court for Montgomery County, Maryland<br>Master of the Court Mahayfee<br>October 1996 (Trial) |
| *Laura I. Merriex, et al. v. Robert S. Beale, Jr.,*<br>*M.D., PC*<br>Superior Court For The District of Columbia<br>Case No. 96-CA05313<br>Judge Diaz<br>August 1999 (Trial) | *Kasten v. Kasten*<br>District of Columbia Superior Court<br>Judge Duncan-Peters<br>March 1997 (Trial) |

# KROLL

**Bruce G. Dubinsky**

## Federal Rule of Civil Procedure Rule 26

### Testimony at Trial/Deposition

| | |
|---|---|
| ***Charnis v. Kats et. al.***<br>Circuit Court for Montgomery County, Maryland<br>Civil No.174341-V<br>Judge Donohue<br>March 1999 (Trial) | ***Regina L. Amann v. Washington Romance Writers (Board of Directors), et. al.***<br>Circuit Court for Montgomery County, Maryland<br>Civil No.166949<br>February 1998 (Deposition) |
| ***Commercial Recovery Systems, Inc. v. MCI Telecommunications Company, Inc.***<br>Arbitration Case-Washington, D.C.<br>January 1995 (Trial) | ***Zittelman v. The Sun Box Company***<br>Arbitration Case- Rockville, Maryland<br>Judge Miller<br>December 1995 (Trial) |

Rev. 01.27.22