# Exhibit 4

Exhibit 4 – Example of Customer Statement from Microfilm