# Exhibit 6

