# Exhibit 3A

# Exhibit 3A - Summary Schedule of Cash and Principal Activity in Accounts 1ZB032, 1ZB046, 1ZB262, 1ZA879, 1ZB509 and 1ZB510

|  | 1J0049 | Accounts[a] 1ZB032 | 1ZB046 |
|---|---:|---:|---:|
| **INFLOWS** | | | |
| Cash Deposits | $2,000,000 | $28,000,000 | $31,151,600 |
| Transfers of Principal (In) | 0 | 0 | 12,200,000 |
| **Principal Available** | **$2,000,000** | **$28,000,000** | **$43,351,600** |
| **OUTFLOWS** | | | |
| Cash Withdrawals | ($300,000) | ($27,850,000) | ($101,603,000) |
| Transfers of Principal (Out) | (1,700,000) | (4,500,000) | 0 [b] |
| **Total Outflows** | **($2,000,000)** | **($32,350,000)** | **($101,603,000)** |
| **Total** | **$0** | **($4,350,000)** | **($58,251,400)** |

|  | 1ZB262 | Accounts[a] 1ZA879 | 1ZB509 | 1ZB510 |
|---|---:|---:|---:|---:|
| **INFLOWS** | | | | |
| Cash Deposits | $40,745,000 | $5,950,000 | $0 | $1,000,000 |
| Transfers of Principal (In) | 0 [b] | 0 [b] | 0 [b] | 0 [b] |
| **Principal Available** | **$40,745,000** | **$5,950,000** | **$0** | **$1,000,000** |
| **OUTFLOWS** | | | | |
| Cash Withdrawals | ($23,820,000) | ($5,745,000) | ($7,000,000) | ($18,450,000) |
| Transfers of Principal (Out) | (6,000,000) | 0 | 0 | 0 |
| **Total Outflows** | **($29,820,000)** | **($5,745,000)** | **($7,000,000)** | **($18,450,000)** |
| **Total** | **$10,925,000** | **$205,000** | **($7,000,000)** | **($17,450,000)** |

[a] Accounts 101009, 101014, 1J0018, 1J0019, 1ZA014, 1ZB374 and 1J0049 impacted the Principal Balance Calculation for Accounts 1ZB032, 1ZB046, 1ZB262, 1ZA879, 1ZB509 and 1ZB510. (*See* **Exhibits 7A-7M**.)

[b] Accounts 1ZB262, 1ZA879, 1ZB509 and 1ZB510 received a total of 16 inter-account transfers from Account 1ZB046 in the aggregate amount of $77,763,276, as reflected on the Customer Statements. However, due to the negative principal balance in Account 1ZB046 at the time of these inter-account transfers, no principal was credited into Accounts 1ZB262, 1ZA879, 1ZB509 and 1ZB510. (*See* **Exhibits 7I-7M**.)