# Exhibit 3B

# Exhibit 3B - Summary Schedule of Cash and Principal Activity in Account 1ZB249

|  | Account 1ZB249 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $2,742,892 |
| **OUTFLOWS** | |
| Cash Withdrawals | $0 |
| **Total** | **$2,742,892** |