# Exhibit 4A

08-01789-cgm    Doc 21102-15    Filed 02/03/22    Entered 02/03/22 22:44:00    Ex. 4A
Pg 2 of 3

Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for Account 1R0030

BLMIS ACCOUNT NO. 1R0030 (FORMERLY 101811) - JOAN ROMAN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In | Transfers Out[6] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 217,867 [1] | 217,867 | - | - | - | 217,867 | MF00095730 | MF00095730 |
| 4/30/1981 | TRANS TO A & A A/O 4/1 (100124) | (9,755) | - | - | - | (9,755) | 208,112 | MF00096187 | MF00096187 |
| 5/28/1981 | CHECK | (5,000) | - | (5,000) | - | - | 203,112 | MF00096788 | MF00096788 |
| 1/15/1982 | CHECK | 25,000 | 25,000 | - | - | - | 228,112 | MF00081169 | MF00081169 |
| 1/15/1982 | CHECK | 85,000 | 85,000 | - | - | - | 313,112 | MF00081169 | MF00081169 |
| 4/28/1982 | CHECK | (46,000) | - | (46,000) | - | - | 267,112 | MF00147004 | MF00147004 |
| 8/11/1982 | TRANS TO DEBBIE ROMAN (1B0071) | (25,000) | - | - | - | (25,000) | 242,112 | MF00149206 | MF00149206 |
| 8/24/1982 | CHECK | (25,000) | - | (25,000) | - | - | 217,112 | MF00149206 | MF00149206 |
| 1/28/1983 | CHECK | (25,000) | - | (25,000) | - | - | 192,112 | MF00365250 | MF00365250 |
| 4/8/1983 | CHECK | (30,000) | - | (30,000) | - | - | 162,112 | MF00366987 | MF00366987 |
| 6/3/1983 | CHECK | 182,000 | 182,000 | - | - | - | 344,112 | MF00368132 | MF00368132 |
| 9/26/1983 | CHECK PFD CONV $3.875 | (40,000) | - | (40,000) | - | - | 304,112 | MF00369845 | MF00369845 |
| 3/15/1984 | CHECK | (80,000) | - | (80,000) | - | - | 224,112 | MF00360068 | MF00360068 |
| 7/11/1984 | CHECK | (10,000) | - | (10,000) | - | - | 214,112 | MF00150904 | MF00150904 |
| 11/16/1984 | CHECK | (25,000) | - | (25,000) | - | - | 189,112 | MF00364130 | MF00364130 |
| 1/7/1985 | CHECK | (25,000) | - | (25,000) | - | - | 164,112 | MF00371019 | MF00371019 |
| 2/25/1985 | CHECK | (20,000) | - | (20,000) | - | - | 144,112 | MF00371347 | MF00371347 |
| 4/15/1985 | CHECK | (30,000) | - | (30,000) | - | - | 114,112 | MF00372811 | MF00372811 |
| 6/5/1985 | CHECK | (50,000) | - | (50,000) | - | - | 64,112 | MF00157289 | MF00157289 |
| 7/24/1985 | CHECK | (8,000) | - | (8,000) | - | - | 56,112 | MF00157932 | MF00157932 |
| 10/4/1985 | CHECK | (15,000) | - | (15,000) | - | - | 41,112 | MF00159868 | MF00159868 |
| 11/14/1985 | CHECK | (20,000) | - | (20,000) | - | - | 21,112 | MF00160540 | MF00160540 |
| 12/13/1985 | TRANS TO L ROMAN (1E0105) | (12,000) | - | - | - | (12,000) | 9,112 | MF00161214 | MF00161214 |
| 1/7/1986 | CHECK | (3,000) | - | (3,000) | - | - | 6,112 | MF00098528 | MF00098528 |
| 2/20/1986 | CHECK | (10,000) | - | (10,000) | - | - | (3,888) | MF00099203 | MF00099203 |
| 4/8/1986 | CHECK | (25,000) | - | (25,000) | - | - | (28,888) | MF00100761 | MF00100761 |
| 12/9/1986 | CHECK | 2,000 | 2,000 | - | - | - | (26,888) | MF00078966 | MF00078966 |
| 12/9/1986 | CHECK | 48,000 | 48,000 | - | - | - | 21,112 | MF00078966 | MF00078966 |
| 2/5/1987 | CHECK | 30,000 | 30,000 | - | - | - | 51,112 | MF00057968 | MF00057968 |
| 2/24/1987 | CHECK | 10,000 | 10,000 | - | - | - | 61,112 | MF00057968 | MF00057968 |
| 3/3/1987 | CHECK | (5,000) | - | (5,000) | - | - | 56,112 | MF00058787 | MF00058787 |
| 4/14/1987 | CHECK | (50,000) | - | (50,000) | - | - | 6,112 | MF00101593 | MF00101593 |
| 5/12/1987 | CHECK | (30,000) | - | (30,000) | - | - | (23,888) | MF00102372 | MF00102372 |
| 5/21/1987 | CHECK | 30,000 | 30,000 | - | - | - | 6,112 | MF00102372 | MF00102372 |
| 6/23/1987 | CHECK | 150,000 | 150,000 | - | - | - | 156,112 | MF00103233 | MF00103233 |
| 11/2/1987 | CHECK | (15,000) | - | (15,000) | - | - | 141,112 | MF00063484 | MF00063484 |
| 3/21/1988 | CHECK | (40,000) | - | (40,000) | - | - | 101,112 | MF00537167 | MF00537167 |
| 5/24/1988 | CHECK | (40,000) | - | (40,000) | - | - | 61,112 | MF00535678 | MF00535678 |
| 7/31/1988 | TRANSACTION PER SUPPLEMENTAL ANALYSIS | 5,000 [2] | 5,000 | - | - | - | 66,112 | | |
| 12/22/1988 | CHECK | 6,400 | 6,400 | - | - | - | 72,512 | MF00530624 | MF00530624 |
| 4/13/1989 | CHECK | (45,000) | - | (45,000) | - | - | 27,512 | MF00044351 | MF00044351 |
| 5/30/1989 | CHECK | (40,000) | - | (40,000) | - | - | (12,488) | MF00045280 | MF00045280 |
| 6/15/1989 | CHECK | 15,000 | 15,000 | - | - | - | 2,512 | MF00045797 | MF00045797 |
| 9/19/1989 | CHECK | (25,000) | - | (25,000) | - | - | (22,488) | MF00050306 | MF00050306 |
| 3/29/1990 | CHECK | (40,000) | - | (40,000) | - | - | (62,488) | MF00030535 | MF00030535 |
| 4/10/1990 | TRANS TO ROBERT ROMAN (1R0031) | (500,000) [3] | - | - | - | - | (62,488) | MF00031985 | MF00031985 |
| 10/29/1990 | CHECK | (10,000) | - | (10,000) | - | - | (72,488) | MF00029048 | MF00029048 |
| 3/4/1991 | CHECK | (20,000) | - | (20,000) | - | - | (92,488) | MF00542111 | MF00542111 |
| 7/9/1991 | CHECK | (20,000) | - | (20,000) | - | - | (112,488) | MF00484745 | MF00484745 |
| 9/24/1991 | CHECK | 10,000 | 10,000 | - | - | - | (102,488) | MF00480639 | MF00480639 |
| 10/16/1991 | CHECK | (30,000) | - | (30,000) | - | - | (132,488) | MF00478298 | MF00478298 |
| 11/1/1991 | CHECK | 10,000 | 10,000 | - | - | - | (122,488) | MF00476385 | MF00476385 |
| 11/1/1991 | CHECK | 10,000 | 10,000 | - | - | - | (112,488) | MF00476385 | MF00476385 |
| 11/1/1991 | CHECK | 10,000 | 10,000 | - | - | - | (102,488) | MF00476385 | MF00476385 |
| 12/17/1991 | CHECK | (5,000) | - | (5,000) | - | - | (107,488) | MF00474277 | MF00474277 |

Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for Account 1R0030

BLMIS ACCOUNT NO. 1R0030 (FORMERLY 101811) - JOAN ROMAN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In | Transfers Out[6] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/13/1992 | CHECK | (25,000) | - | (25,000) | - | - | (132,488) | MF00468448 | MF00468449 |
| 4/21/1992 | CHECK | (5,000) | - | (5,000) | - | - | (137,488) | MF00466230 | MF00466230 |
| 5/29/1992 | CHECK | (25,000) | - | (25,000) | - | - | (162,488) | MF00464143 | MF00464143 |
| 10/2/1992 | CHECK | (10,000) | - | (10,000) | - | - | (172,488) | MF00453970 | MF00453970 |
| 12/9/1992 | CHECK | (10,000) | - | (10,000) | - | - | (182,488) | MF00445433 | MF00445433 |
| 4/7/1993 | CHECK | (40,000) | - | (40,000) | - | - | (222,488) | MF00423711 | MF00423711 |
| 5/19/1993 | CHECK | (50,000) | - | (50,000) | - | - | (272,488) | MF00419471 | MF00419471 |
| 9/20/1993 | CHECK | (40,000) | - | (40,000) | - | - | (312,488) | MF00377688 | MF00377688 |
| 12/9/1993 | CHECK | (100,000) | - | (100,000) | - | - | (412,488) | MF00410516 | MF00410516 |
| 3/29/1994 | CHECK | (170,000) | - | (170,000) | - | - | (582,488) | MF00294831 | MF00294831 |
| 4/18/1994 | CHECK | 40,000 | 40,000 | - | - | - | (542,488) | MF00288466 | MF00288466 |
| 7/6/1994 | CHECK | (90,000) | - | (90,000) | - | - | (632,488) | MF00328342 | MF00328342 |
| 1/10/1995 | CHECK | (40,000) | - | (40,000) | - | - | (672,488) | MF00276299 | MF00276299 |
| 1/19/1995 | CHECK RETURNED | 40,000 | - | 40,000 | - | - | (632,488) | MF00276299 | MF00276299 |
| 3/16/1995 | CHECK | (40,000) | - | (40,000) | - | - | (672,488) | MF00182350 | MF00182350 |
| 5/5/1995 | CHECK | (30,000) | - | (30,000) | - | - | (702,488) | MF00191567 | MF00191567 |
| 5/15/1995 | CHECK | (80,000) | - | (80,000) | - | - | (782,488) | MF00191567 | MF00191567 |
| 8/29/1995 | CHECK | (125,000) | - | (125,000) | - | - | (907,488) | MF00138313 | MF00138313 |
| 12/19/1995 | CHECK | (100,000) | - | (100,000) | - | - | (1,007,488) | MDPTPP04828179 | MDPTPP04828180 |
| 3/4/1996 | CHECK DSC COMMUNICATIONS | (116,875) | - | (116,875) | - | - | (1,124,363) | MDPTPP04828186 | MDPTPP04828188 |
| 3/18/1996 | CANCEL CHECK 3/4/96 | 116,875 | - | 116,875 | - | - | (1,007,488) | MDPTPP04828186 | MDPTPP04828188 |
| 5/15/1996 | CHECK | (100,000) | - | (100,000) | - | - | (1,107,488) | MDPTPP04828191 | MDPTPP04828192 |
| 1/3/1997 | CHECK | (100,000) | - | (100,000) | - | - | (1,207,488) | MDPTPP04828208 | MDPTPP04828210 |
| 1/31/1997 | CHECK | (115,200) | - | (115,200) | - | - | (1,322,688) | MDPTPP04828208 | MDPTPP04828210 |
| 2/10/1997 | RETURN CHECK | 115,200 | - | 115,200 | - | - | (1,207,488) | MDPTPP04828211 | MDPTPP04828212 |
| 5/23/1997 | CHECK | (100,000) | - | (100,000) | - | - | (1,307,488) | MDPTPP04828218 | MDPTPP04828219 |
| 7/25/1997 | TRANS TO 1R014730 (1R0147) | (1,142,476) [3] | - | - | - | - | (1,307,488) | MDPTPP04828222 | MDPTPP04828223 |
| | Total: | | $ 886,267 | $ (2,147,000) | $ - | $ (46,755) | $ (1,307,488) | | |

[1] Exhibit 4A sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. See MF00095730 for a copy of the March 1981 Customer Statement for Account 1R0030 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1R0030. Account 1R0030 was known as Account 10180719 at this time. The amount of principal credit granted to Account 1R0030 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1R0030, the calculation is as follows: [$226,574.44] + [$217,672.00] - [$226,379.17] = [$217,867.27].

[2] Because no BLMIS records were available to identify cash and principal transactions for Account 1R0030 for the month of July 1988, I reviewed the available BLMIS records immediately preceding and following the month of July 1988. Based on my review, I calculated that the purported equity (inclusive of fictitious gains) as reflected on the Customer Statements at the end of June 1988 and August 1988 was $805,014 and $841,953, respectively, representing a reported growth of approximately 4.59%. At the direction of Trustee's counsel, I was instructed to quantify the increase in purported equity in the account during the two month period from June 30, 1988 to August 31, 1988 in excess of the purported growth rate of approximately 2.0% per month. As such, I have credited Account 1R0030 with an inferred cash deposit in the amount of $5,000, which would have taken place in July 1988 (equal to $4,739 rounded up to the nearest one thousand). See MF00536280 and MF00534703 for the June 1988 and August 1988 Customer Statements for Account 1R0030.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The 16 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 14 cash deposits were identified with a transaction code of "CA"; and (ii) two cash deposits were identified with a transaction code of "PAID."

[5] The 53 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 51 cash withdrawals were identified with a transaction code of "CW"; and (ii) two cash withdrawals were identified with a transaction code of "PYMT."

[6] The five inter-account transfers out of Account 1R0030 were reflected on the Customer Statements with a transaction code as follows: (i) four inter-account transfers were identified with a transaction code of "CW"; and (ii) one inter-account transfer was identified with a transaction code of "JRNL."