# Exhibit 4B

**Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for Account 101909**

BLMIS ACCOUNT NO. 101909 - GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits**[2] | **Withdrawals**[3] | **Transfers In** | **Transfers Out**[4] | **Balance** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 244,937 [1] | 244,937 | - | - | - | 244,937 | MF00095752 | MF00095752 |
| 6/23/1982 | TRANSFER TO A & B *(1A0045)* | (56,000) | - | - | - | (56,000) | 188,937 | MF00148120 | MF00148120 |
| 8/18/1983 | CHECK | (35,000) | - | (35,000) | - | - | 153,937 | MF00369291 | MF0369291 |
| 12/21/1983 | CHECK | (17,000) | - | (17,000) | - | - | 136,937 | MF00358344 | MF00358344 |
| 8/16/1984 | CHECK | 100,000 | 100,000 | - | - | - | 236,937 | MF00151530 | MF00151530 |
| 4/29/1985 | CHECK | (562,047) | - | (562,047) | - | - | (325,109) | MF00372834 | MF00372834 |
| | Total: | | $ 344,937 | $ (614,047) | $ - | $ (56,000) | $ (325,109) | | |

[1] Exhibit 4B sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095752 for a copy of the March 1981 Customer Statement for Account 101909 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 101909. Account 101909 was known as Account 10190619 at this time. The amount of principal credit granted to Account 101909 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 101909, the calculation is as follows: [$254,434.46] + [$244,918.75] - [$254,415.81] = [$244,937.40].

[2] The one cash deposit was reflected on the Customer Statement with a transaction code of "CA."

[3] The three cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) two cash withdrawals were identified with a transaction code of "CW"; and (ii) one cash withdrawal was identified with a transaction code of "PW."

[4] The one inter-account transfer out of Account 101909 was reflected on the Customer Statement with a transaction code of "JRNL."