# Exhibit 4C

Exhibit 4C – Detailed Schedule for the Principal Balance Calculation for Account 101908

BLMIS ACCOUNT NO. 101908 - GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[5] | Withdrawals[6] | Transfers In | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 390,548 [1] | 390,548 | - | - | - | 390,548 | MF00095751 | MF00095751 |
| 1/24/1983 | TRANS TO A & B (*1A0045*) | (40,000) | - | - | - | (40,000) | 350,548 | MF00365272 | MF00365272 |
| 6/6/1983 | CHECK | (10,000) | - | (10,000) | - | - | 340,548 | MF00368154 | MF00368154 |
| 7/28/1983 | CHECK | (10,000) | - | (10,000) | - | - | 330,548 | MF00368726 | MF00368726 |
| 10/4/1983 | CHECK | (10,000) | - | (10,000) | - | - | 320,548 | MF00145818 | MF00145818 |
| 11/29/1983 | CHECK | (10,000) | - | (10,000) | - | - | 310,548 | MF00146378 | MF00146378 |
| 1/26/1984 | CHECK | (10,000) | - | (10,000) | - | - | 300,548 | MF00358901 | MF00358901 |
| 4/5/1984 | CHECK | (300,000) | - | (300,000) | - | - | 548 | MF00360676 | MF00360676 |
| 6/5/1984 | CHECK INTERCO | (10,000) | - | (10,000) | - | - | (9,452) | MF00150339 | MF00150339 |
| 3/12/1985 | CHECK | (300,000) | - | (300,000) | - | - | (309,452) | MF00372227 | MF00372227 |
| 3/12/1985 | CANCEL | 300,000 | - | 300,000 | - | - | (9,452) | MF00372227 | MF00372227 |
| 3/18/1985 | CHECK | (300,000) | - | (300,000) | - | - | (309,452) | MF00372227 | MF00372227 |
| 5/20/1985 | CHECK | (150,928) | - | (150,928) | - | - | (460,380) | MF00373448 | MF00373448 |
| 5/21/1985 | CANCEL CHECK | 150,928 | - | 150,928 | - | - | (309,452) | MF00373448 | MF00373448 |
| 8/5/1985 | CHECK | (160,544) | - | (160,544) | - | - | (469,996) | MF00158613 | MF00158613 |
| 10/4/1985 | CHECK | 165,000 | 165,000 | - | - | - | (304,996) | MF00159909 | MF00159909 |
| 11/7/1985 | CHECK | 50,000 | 50,000 | - | - | - | (254,996) | MF00160570 | MF00160570 |
| 6/12/1986 | CHECK | (50,000) | - | (50,000) | - | - | (304,996) | MF00071634 | MF00071634 |
| 11/4/1986 | CHECK | 50,000 | 50,000 | - | - | - | (254,996) | MF00078217 | MF00078217 |
| 4/28/1987 | TRANS TO P MYATT (*1M0053*) | (27,000) [2] | - | - | - | - | (254,996) | MF00101632 | MF00101632 |
| 5/4/1987 | CHECK | (50,000) | - | (50,000) | - | - | (304,996) | MF00102411 | MF00102411 |
| 8/24/1987 | CHECK | (50,000) | - | (50,000) | - | - | (354,996) | MF00060569 | MF00060569 |
| 11/10/1987 | CHECK | (50,000) | - | (50,000) | - | - | (404,996) | MF00063530 | MF00063530 |
| 2/9/1988 | CHECK | (50,000) | - | (50,000) | - | - | (454,996) | MF00540630 | MF00540630 |
| 5/31/1988 | CHECK | (50,000) | - | (50,000) | - | - | (504,996) | MF00535726 | MF00535726 |
| 7/19/1988 | SPIRAL NOTEBOOK CHECK | (50,000) [3] | - | (50,000) | - | - | (554,996) | HWN00000934 | HWN00000934 |
| 7/31/1988 | TRANSACTION PER SUPPLEMENTAL ANALYSIS | 2,000 [4] | 2,000 | - | - | - | (552,996) | | |
| 10/18/1988 | CHECK | (50,000) | - | (50,000) | - | - | (602,996) | MF00532805 | MF00532805 |
| 12/13/1988 | CHECK | (25,266) | - | (25,266) | - | - | (628,262) | MF00530672 | MF00530672 |
| | | Total: | $ 657,548 | $ (1,245,810) | $ - | $ (40,000) | $ (628,262) | | |

[1] Exhibit 4C sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095751 for a copy of the March 1981 Customer Statement for Account 101908 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 101908. Account 101908 was known as Account 10190510 at this time. The amount of principal credit granted to Account 101908 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 101908, the calculation is as follows: [$406,167.36] + [$390,497.25] - [$406,116.82] = [$390,547.79].

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] I reviewed the Spiral Notebooks for July 1988 related to Account 101908, because no Customer Statements, PMRs and PMT Reports were available to identify cash and principal transactions for that account for the month of July 1988. Based on my review, I determined that a cash withdrawal transaction in the amount of $50,000 took place on July 19, 1988. *See* HWN00000813 and HWN00000934 for an excerpt from the spiral notebook for July 1988 from the BLMIS records to support this cash withdrawal included in the Principal Balance Calculation for Account 101908; *see also* Principal Balance Calculation Report, Section V.D.

[4] Because no BLMIS records were available to identify cash and principal transactions for Account 101908 for the month of July 1988, I reviewed the available BLMIS records immediately preceding and following the month of July 1988. Based on my review, I calculated that the purported equity (inclusive of fictitious gains) as reflected on the Customer Statements at the end of June 1988 and August 1988 was $114,607 and $71,016, respectively. In addition to the calculated purported equity at the end of June 1988 and August 1988, the "SPIRAL NOTEBOOK CHECK" in the amount of $50,000 on July 19, 1988 was also taken into account to determine a reported growth of approximately 5.59%. At the direction of Trustee's counsel, I was instructed to quantify the increase in purported equity in the account during the two month period from June 30, 1988 to August 31, 1988 in excess of the purported growth rate of approximately 2.0% per month. As such, I have credited Account 101908 with an inferred cash deposit in the amount of $2,000, which would have taken place in July 1988 (equal to the $1,825 rounded up to the nearest one thousand). *See* MF00536327 and MF00534749 for the June 1988 and August 1988 Customer Statements for Account 101908.

[5] The three cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[6] The 18 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[7] The two inter-account transfers out of Account 101908 were reflected on the Customer Statements with a transaction code of "CW."