# Exhibit 4D

**Exhibit 4D – Detailed Schedule for the Principal Balance Calculation for Account 1H0023**

BLMIS ACCOUNT NO. 1H0023 (FORMERLY 100803) - FREDERICK P HELLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals**[3] | **Transfers In** | **Transfers Out**[4] | **Balance** | **Beg Bates** | **End Bates** |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 62,314 [1] | 62,314 | - | - | - | 62,314 | MF00095598 | MF00095598 |
| 5/18/1982 | CHECK | (6,000) | - | (6,000) | - | - | 56,314 | MF00147402 | MF00147402 |
| 12/27/1982 | TRANS TO A & B (*1A0045*) | (20,000) | - | - | - | (20,000) | 36,314 | MF00362816 | MF00362816 |
| 10/20/1983 | CHECK | (2,000) | - | (2,000) | - | - | 34,314 | MF00145622 | MF00145622 |
| 4/24/1984 | PENNWALT | (20,000) | - | (20,000) | - | - | 14,314 | MF00360474 | MF00360474 |
| 4/24/1984 | PENNWALT | (2,500) | - | (2,500) | - | - | 11,814 | MF00360474 | MF00360474 |
| 6/5/1985 | CHECK | (5,000) | - | (5,000) | - | - | 6,814 | MF00157087 | MF00157087 |
| 8/22/1986 | CHECK | (10,000) | - | (10,000) | - | - | (3,186) | MF00075735 | MF00075735 |
| 1/20/1988 | CHECK | (10,000) | - | (10,000) | - | - | (13,186) | MF00539212 | MF00539212 |
| 9/22/1988 | TRANS TO A & B SPEC (*1A0047*) | (20,000) [2] | - | - | - | - | (13,186) | MF00531345 | MF00531345 |
| 10/7/1988 | CHECK | (5,000) | - | (5,000) | - | - | (18,186) | MF00532392 | MF00532392 |
| 8/28/1990 | CHECK | (10,000) | - | (10,000) | - | - | (28,186) | MF00036194 | MF00036194 |
| 12/29/1992 | TRANS TO 1ZA43830 A/O 12/21/92 (*1ZA438*) | (36,500) [2] | - | - | - | - | (28,186) | MF00444591 | MF00444591 |
| 12/13/1993 | CHECK | (100,000) | - | (100,000) | - | - | (128,186) | MF00344369 | MF00344369 |
| 7/24/1997 | TRANS TO 1H011530 (*1H0115*) | (240,462) [2] | - | - | - | - | (128,186) | MDPTPP03454502 | MDPTPP03454503 |
| | Total: | | $ 62,314 | $ (170,500) | $ - | $ (20,000) | $ (128,186) | | |

[1] Exhibit 4D sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095598 for a copy of the March 1981 Customer Statement for Account 1H0023 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1H0023. Account 1H0023 was known as Account 10080216 at this time. The amount of principal credit granted to Account 1H0023 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1H0023, the calculation is as follows: [$64,359.01] + [$62,310.75] - [$64,355.58] = [$62,314.18].

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The 10 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) nine cash withdrawals were identified with a transaction code of "CW"; and (ii) one cash withdrawal was identified with a transaction code of "PYMT."

[4] The four inter-account transfers out of Account 1H0023 were reflected on the Customer Statements with a transaction code as follows: (i) three inter-account transfers were identified with a transaction code of "CW"; and (ii) one inter-account transfer was identified with a transaction code of "JRNL."