# Exhibit 4E

**Exhibit 4E – Detailed Schedule for the Principal Balance Calculation for Account 10013613**

BLMIS ACCOUNT NO. 10013613 - AVELLINO & BIENES ACCOUNT O

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In[2] | Transfers Out[3] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 4/4/1983 | TRANS TO A & B H *(1A0045)* | (658,153) [1] | - | - | - | - | - | MF00366692 | MF00366692 |
| 6/6/1983 | TRANS FROM A & B ACCT H *(1A0045)* | 467,400 | - | - | 467,400 | - | 467,400 | MF00367818 | MF00367818 |
| | Total: | | $ - | $ - | $ 467,400 | $ - | $ 467,400 | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[2] The one inter-account transfer into Account 10013613 was reflected on the Customer Statement with a transaction code of "JRNL."

[3] The one inter-account transfer out of Account 10013613 was reflected on the Customer Statement with a transaction code of "JRNL."