# Exhibit 4G

**Exhibit 4G – Detailed Schedule for the Principal Balance Calculation for Account 1H0021**

BLMIS ACCOUNT NO. 1H0021 (FORMERLY 100802) - ANDREW HELLER OR MARGARET HELLER J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits[3] | Withdrawals[4] | Transfers In | Transfers Out[5] | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 52,695 [1] | 52,695 | - | - | - | 52,695 | MF00095597 | MF00095597 |
| 6/4/1981 | CHECK | (2,500) | - | (2,500) | - | - | 50,195 | MF00097142 | MF00097142 |
| 8/4/1981 | CHECK | (1,000) | - | (1,000) | - | - | 49,195 | MF00055778 | MF00055778 |
| 1/25/1982 | CHECK | (1,000) | - | (1,000) | - | - | 48,195 | MF00081026 | MF00081026 |
| 5/18/1982 | CHECK | (6,000) | - | (6,000) | - | - | 42,195 | MF00147401 | MF00147401 |
| 11/3/1982 | CHECK | (6,000) | - | (6,000) | - | - | 36,195 | MF00362139 | MF00362139 |
| 1/5/1983 | CHECK | (13,500) | - | (13,500) | - | - | 22,695 | MF00365090 | MF00365090 |
| 3/1/1983 | CHECK | (2,000) | - | (2,000) | - | - | 20,695 | MF00366219 | MF00366219 |
| 10/13/1983 | CHECK | 4,000 | 4,000 | - | - | - | 24,695 | MF00145621 | MF00145621 |
| 4/24/1984 | PENNWALT | (2,500) | - | (2,500) | - | - | 22,195 | MF00360473 | MF00360473 |
| 8/15/1984 | TRANS TO F & M ASSOC (1A0048) | (9,000) | - | - | - | (9,000) | 13,195 | MF00151321 | MF00151321 |
| 4/15/1985 | CHECK | (3,500) | - | (3,500) | - | - | 9,695 | MF00372616 | MF00372616 |
| 4/21/1986 | CHECK | (5,000) | - | (5,000) | - | - | 4,695 | MF00100534 | MF00100534 |
| 8/22/1986 | CHECK | (15,000) | - | (15,000) | - | - | (10,305) | MF00075734 | MF00075734 |
| 5/8/1987 | CHECK | (5,000) | - | (5,000) | - | - | (15,305) | MF00102080 | MF00102080 |
| 3/21/1988 | CHECK | (7,500) | - | (7,500) | - | - | (22,805) | MF00537506 | MF00537506 |
| 9/22/1988 | TRANS TO A & B SPEC (1A0047) | (10,000) [2] | - | - | - | - | (22,805) | MF00531344 | MF00531344 |
| 4/18/1990 | CHECK | (6,000) | - | (6,000) | - | - | (28,805) | MF00031478 | MF00031478 |
| 9/4/1991 | CHECK | (7,500) | - | (7,500) | - | - | (36,305) | MF00479907 | MF00479907 |
| 12/11/1992 | CHECK | 61,000 | 61,000 | - | - | - | 24,695 | MF00444589 | MF00444589 |
| 12/18/1992 | CHECK A/O 12/11/92 | 500 | 500 | - | - | - | 25,195 | MF00444589 | MF00444589 |
| 6/24/1993 | CHECK | (7,500) | - | (7,500) | - | - | 17,695 | MF00406378 | MF00406378 |
| 8/20/1993 | CHECK | (7,500) | - | (7,500) | - | - | 10,195 | MF00383617 | MF00383617 |
| 5/19/1994 | CHECK | (25,000) | - | (25,000) | - | - | (14,805) | MF00275356 | MF00275356 |
| 12/13/1994 | CHECK | (40,000) | - | (40,000) | - | - | (54,805) | MF00228052 | MF00228052 |
| 10/18/1995 | CHECK | (35,000) | - | (35,000) | - | - | (89,805) | MF00116810 | MF00116810 |
| 6/25/1996 | CHECK | (20,000) | - | (20,000) | - | - | (109,805) | MDPTPP03451403 | MDPTPP03451404 |
| 6/6/1997 | CHECK | (25,000) | - | (25,000) | - | - | (134,805) | MDPTPP03451427 | MDPTPP03451428 |
| 7/10/1997 | TRANS TO 1H008730 (1H0087) | (220,918) [2] | - | - | - | - | (134,805) | MDPTPP03451429 | MDPTPP03451430 |
| | Total: | | $ 118,195 | $ (244,000) | $ - | $ (9,000) | $ (134,805) | | |

[1] Exhibit 4G sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095597 for a copy of the March 1981 Customer Statement for Account 1H0021 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1H0021. Account 1H0021 was known as Account 10080117 at this time. The amount of principal credit granted to Account 1H0021 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1H0021, the calculation is as follows: [$54,422.11] + [$52,629.00] - [$54,356.40] = [$52,694.71].

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The three cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[4] The 22 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 18 cash withdrawals were identified with a transaction code of "CW"; and (ii) four cash withdrawals were identified with a transaction code of "PYMT."

[5] The three inter-account transfers out of Account 1H0021 were reflected on the Customer Statements with a transaction code of "CW."