# Exhibit 4J

**Exhibit 4J – Detailed Schedule for the Principal Balance Calculation for Account 1A0047**

BLMIS ACCOUNT NO. 1A0047 (FORMERLY 100135) - AVELLINO & BIENES SPECIAL C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[6] | Withdrawals[7] | Transfers In[8] | Transfers Out[9] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 12/2/1986 | CHECK | 500,000 | 500,000 | - | - | - | 500,000 | MF00078490 | MF00078490 |
| 1/9/1987 | TRANS FROM A & B (1A0045) | 448,224 | - | - | 448,224 | - | 948,224 | MF00057183 | MF00057183 |
| 1/16/1987 | CHECK | 700,000 | 700,000 | - | - | - | 1,648,224 | MF00057183 | MF00057183 |
| 1/16/1987 | TRANS FROM A & B (1A0045) | 924,905 | - | - | 924,905 | - | 2,573,129 | MF00057183 | MF00057183 |
| 1/26/1987 | TRANS FROM A & B (1A0045) | 439,873 | - | - | 439,873 | - | 3,013,002 | MF00057183 | MF00057183 |
| 1/26/1987 | TRANS FROM A & B (1A0045) | 1,258,726 | - | - | 1,258,726 | - | 4,271,728 | MF00057183 | MF00057183 |
| 2/2/1987 | TRANS FROM A&B (1A0045) | 3,199,119 [1] | - | - | 2,586,129 | - | 6,857,856 | MF00057466 | MF00057466 |
| 2/13/1987 | TRANS FROM A&B (1A0045) | 2,599,280 [1] | - | - | 2,091,060 | - | 8,948,917 | MF00057466 | MF00057466 |
| 4/3/1987 | TRANS FROM A & A (100124) | 57,099 | - | - | 57,099 | - | 9,006,016 | MF00101067 | MF00101068 |
| 4/9/1987 | TRANS FROM 10012410 (100124) | 232,181 | - | - | 232,181 | - | 9,238,197 | MF00101067 | MF00101068 |
| 4/13/1987 | TRANS FROM A & A (100124) | 114,951 | - | - | 114,951 | - | 9,353,148 | MF00101067 | MF00101068 |
| 4/16/1987 | TRANS FROM A & A (100124) | 281,962 | - | - | 281,962 | - | 9,635,110 | MF00101067 | MF00101068 |
| 4/24/1987 | TRANS FROM A & A (100124) | 361,227 | - | - | 361,227 | - | 9,996,337 | MF00101067 | MF00101068 |
| 5/1/1987 | TRANS FROM A & A (100124) | 42,740 | - | - | 42,740 | - | 10,039,077 | MF00101849 | MF00101850 |
| 5/1/1987 | TRANS FROM A & A (100124) | 37,274 | - | - | 37,274 | - | 10,076,351 | MF00101849 | MF00101850 |
| 5/8/1987 | TRANS FROM A & A (100124) | 246,383 | - | - | 246,383 | - | 10,322,734 | MF00101849 | MF00101850 |
| 5/21/1987 | TRANS FROM A & A (100124) | 37,237 | - | - | 37,237 | - | 10,359,971 | MF00101849 | MF00101850 |
| 5/21/1987 | TRANS FROM A & A (100124) | 280,383 | - | - | 280,383 | - | 10,640,354 | MF00101849 | MF00101850 |
| 5/26/1987 | TRANS FROM A & A (100124) | 56,214 | - | - | 56,214 | - | 10,696,568 | MF00101849 | MF00101850 |
| 5/29/1987 | TRANS FROM A & A (100124) | 831,840 | - | - | 831,840 | - | 11,528,408 | MF00101849 | MF00101850 |
| 6/8/1987 | TRANS FROM A & A (100124) | 62,616 | - | - | 62,616 | - | 11,591,024 | MF00102692 | MF00102693 |
| 6/19/1987 | TRANS TO AVELLINO & ALPERN (100124) | (198,824) | - | - | - | (198,824) | 11,392,200 | MF00102692 | MF00102693 |
| 6/23/1987 | TRANS FROM A & A (100124) | 1,251,708 | - | - | 1,251,708 | - | 12,643,908 | MF00102692 | MF00102693 |
| 6/30/1987 | TRANS TO A & A (100124) | (159,209) | - | - | - | (159,209) | 12,484,699 | MF00102692 | MF00102693 |
| 7/7/1987 | TRANS FROM A&A (100124) | 540,166 | - | - | 540,166 | - | 13,024,865 | MF00059114 | MF00059115 |
| 7/7/1987 | TRANS FROM A&A (100124) | 133,767 | - | - | 133,767 | - | 13,158,632 | MF00059114 | MF00059115 |
| 7/14/1987 | TRANS FROM A&A (100124) | 107,491 [1] | - | - | 45,272 | - | 13,203,904 | MF00059114 | MF00059115 |
| 7/27/1987 | TRANSFER FROM A&A (100124) | 284,641 [2] | - | - | - | - | 13,203,904 | MF00059114 | MF00059115 |
| 7/27/1987 | TRANSFER FROM A&A (100124) | 352,145 [2] | - | - | - | - | 13,203,904 | MF00059114 | MF00059115 |
| 2/24/1988 | TRANS FROM A & A A/O 02/17/88 (100124) | 280,678 [2] | - | - | - | - | 13,203,904 | MF00540006 | MF00540006 |
| 2/24/1988 | TRANS FROM A & A A/O 02/02/88 (100124) | 634,004 [2] | - | - | - | - | 13,203,904 | MF00540006 | MF00540006 |
| 2/24/1988 | TRANS FROM A & A A/O 02/17/88 (100124) | 1,189,355 [2] | - | - | - | - | 13,203,904 | MF00540006 | MF00540006 |
| 2/24/1988 | TRANS FROM A & A A/O 01/29/88 (100124) | 51,946 [3] | - | - | 45,215 | - | 13,249,118 | MF00540006 | MF00540006 |
| 2/24/1988 | TRANS FROM A & A A/O 01/29/88 (100124) | 389,967 [3] | - | - | 339,433 | - | 13,588,552 | MF00540006 | MF00540006 |
| 2/25/1988 | TRANS FROM A & A (100124) | 794,816 [2] | - | - | - | - | 13,588,552 | MF00540006 | MF00540006 |
| 2/25/1988 | TRANS FROM A & A (100124) | 408,907 [2] | - | - | - | - | 13,588,552 | MF00540006 | MF00540006 |
| 2/25/1988 | TRANS FROM A & A (100124) | 276,808 [2] | - | - | - | - | 13,588,552 | MF00540006 | MF00540006 |
| 3/9/1988 | TRANS FROM A & A (100124) | 2,329,484 [2] | - | - | - | - | 13,588,552 | MF00537238 | MF00537238 |
| 3/9/1988 | TRANS FROM A & A (100124) | 1,784,387 [2] | - | - | - | - | 13,588,552 | MF00537238 | MF00537238 |
| 3/31/1988 | CHECK | (3,000,000) | - | (3,000,000) | - | - | 10,588,552 | MF00537238 | MF00537238 |
| 5/13/1988 | TRANS FROM A & A (100124) | 213,501 [2] | - | - | - | - | 10,588,552 | MF00535033 | MF00535034 |
| 6/9/1988 | TRANS FROM A & A (100124) | 430,014 [2] | - | - | - | - | 10,588,552 | MF00536546 | MF00536547 |
| 6/30/1988 | CHECK | (3,000,000) | - | (3,000,000) | - | - | 7,588,552 | MF00536546 | MF00536547 |
| 8/4/1988 | CHECK | 20,000 | 20,000 | - | - | - | 7,608,552 | MF00534074 | MF00534074 |
| 9/22/1988 | TRANS FROM A HELLER (1H0021) | 10,000 [2] | - | - | - | - | 7,608,552 | MF00531038 | MF00531039 |

**Exhibit 4J – Detailed Schedule for the Principal Balance Calculation for Account 1A0047**

**BLMIS ACCOUNT NO. 1A0047 (FORMERLY 100135) - AVELLINO & BIENES SPECIAL C/O FRANK AVELLINO**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[6] | Withdrawals[7] | Transfers In[8] | Transfers Out[9] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 9/22/1988 | TRANS FROM F HELLER (1H0023) | 20,000 [2] | - | - | - | - | 7,608,552 | MF00531038 | MF00531039 |
| 9/30/1988 | CHECK | (2,000,000) | - | (2,000,000) | - | - | 5,608,552 | MF00531038 | MF00531039 |
| 11/1/1988 | TRANS TO R NARBY (1N0001) | (249,016) | - | - | - | (249,016) | 5,359,536 | MF00528694 | MF00528695 |
| 12/28/1988 | CANADIAN W/H TAX DIV INCO | (4,650) | - | (4,650) | - | - | 5,354,886 | MF00529846 | MF00529847 |
| 2/1/1989 | INCO LTD W/H TAX FGN DIV | (232,500) | - | (232,500) | - | - | 5,122,386 | MF00041148 | MF00041149 |
| 3/16/1989 | CANADIAN W/H TAX INCO | (4,650) | - | (4,650) | - | - | 5,117,736 | MF00042367 | MF00042368 |
| 6/19/1989 | CANADIAN W/H TAX - INCO | (4,650) | - | (4,650) | - | - | 5,113,086 | MF00046618 | MF00046619 |
| 9/12/1989 | W/H TAX FOREIGN SEC. N | (4,650) | - | (4,650) | - | - | 5,108,436 | MF00049550 | MF00049552 |
| 10/4/1989 | TRANS TO J & M DAVIS (1D0005) | (168,643) | - | - | - | (168,643) | 4,939,793 | MF00051744 | MF00051745 |
| 12/27/1989 | W/H TAX FOREIGN SEC. N | (5,813) | - | (5,813) | - | - | 4,933,980 | MF00052740 | MF00052742 |
| 3/12/1990 | W/H TAX FOREIGN SEC. N | (5,813) | - | (5,813) | - | - | 4,928,168 | MF00029616 | MF00029617 |
| 6/14/1990 | W/H TAX FOREIGN SEC. N | (5,813) | - | (5,813) | - | - | 4,922,355 | MF00038637 | MF00038639 |
| 9/14/1990 | W/H TAX FOREIGN SEC. N | (5,813) | - | (5,813) | - | - | 4,916,543 | MF00026256 | MF00026258 |
| 1/18/1991 | PMT TRANSACTION (1L0052) | (320,404) [4] | - | - | - | (320,404) | 4,596,139 | MF00589675 | MF00589675 |
| 8/18/1992 | TRANS TO 1A005330 A/O 8/14/92 (1A0053) | (20,117,896) [5] | - | - | - | (4,596,139) | - | MF00456623 | MF00456625 |
| 11/16/1992 | CHECK | (40,374) | - | (40,374) | - | - | (40,374) | MF00450049 | MF00450050 |
| 11/17/1992 | CHECK WIRE 11/17/92 | (8,998,580) | - | (8,998,580) | - | - | (9,038,954) | MF00450049 | MF00450050 |
| 11/23/1992 | CHECK WIRE | (24,081,294) | - | (24,081,294) | - | - | (33,120,248) | MF00450049 | MF00450050 |
| 11/30/1992 | CHECK | (4,960) | - | (4,960) | - | - | (33,125,208) | MF00450049 | MF00450050 |
| 12/15/1992 | CHECK | (139,230) | - | (139,230) | - | - | (33,264,438) | MF00443732 | MF00443732 |
| | Total: | $ 1,220,000 | $ (41,538,788) | $ 12,746,585 | $ (5,692,235) | $ (33,264,438) | | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date. See Exhibit 4F, n. 4 and 5.

[4] I reviewed the PMT Report related to Account 1A0047 for the period from January 1, 1991 through November 30, 1991 because no Customer Statements were available to identify cash and principal transactions for Account 1A0047 for the months of January 1991 to December 1991. Based on my review, I determined that a cash withdrawal in the amount of $320,404 took place on January 18, 1991. See MF00589675; see also MF00021166 for the PMR related to Account 1A0047 for the period from January 1, 1991 through December 31, 1991; and the Principal Balance Calculation Report, ¶¶44-47 and ¶¶48-49 for a full explanation of the PMR and PMT Reports, respectively.

[5] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[6] The three cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) two cash deposits were identified with a transaction code of "CA"; and (ii) one cash deposit was identified with a transaction code of "JRNL."

[7] The 17 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) eight cash withdrawals were identified with a transaction code of "CW"; and (ii) nine cash withdrawals were identified with a transaction code of "JRNL."

[8] The 39 inter-account transfers into Account 1A0047 were reflected on the Customer Statements with a transaction code of "CA."

[9] The six inter-account transfers out of Account 1A0047 were reflected on the Customer Statements with a transaction code of "CW."