# Exhibit 4K

Exhibit 4K – Detailed Schedule for the Principal Balance Calculation for Account 1A0048

BLMIS ACCOUNT NO. 1A0048 (FORMERLY 100601) - AVELLINO & BIENES #2 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 4,595,555 [1] | 4,595,555 | - | - | - | 4,595,555 | MF00095564 | MF00095566 |
| 4/29/1981 | CHECK | (155,000) | - | (155,000) | - | - | 4,440,555 | MF00096019 | MF00096019 |
| 5/27/1981 | CHECK | (155,000) | - | (155,000) | - | - | 4,285,555 | MF00096621 | MF00096621 |
| 6/29/1981 | CHECK | (165,000) | - | (165,000) | - | - | 4,120,555 | MF00097109 | MF00097109 |
| 7/29/1981 | CHECK | (165,000) | - | (165,000) | - | - | 3,955,555 | MF00097619 | MF00097619 |
| 8/28/1981 | CHECK | (165,000) | - | (165,000) | - | - | 3,790,555 | MF00055744 | MF00055744 |
| 9/28/1981 | CHECK | (165,000) | - | (165,000) | - | - | 3,625,555 | MF00056251 | MF00056251 |
| 10/28/1981 | CHECK | (165,000) | - | (165,000) | - | - | 3,460,555 | MF00079372 | MF00079373 |
| 11/30/1981 | CHECK | (165,000) | - | (165,000) | - | - | 3,295,555 | MF00079898 | MF00079898 |
| 12/14/1981 | CHECK | 250,000 | 250,000 | - | - | - | 3,545,555 | MF00080474 | MF00080475 |
| 12/28/1981 | CHECK | (165,000) | - | (165,000) | - | - | 3,380,555 | MF00080474 | MF00080475 |
| 1/29/1982 | CHECK | (165,000) | - | (165,000) | - | - | 3,215,555 | MF00080990 | MF00080991 |
| 2/26/1982 | CHECK | (165,000) | - | (165,000) | - | - | 3,050,555 | MF00081529 | MF00081530 |
| 3/29/1982 | CHECK | 50,000 | 50,000 | - | - | - | 3,100,555 | MF00082066 | MF00082067 |
| 3/29/1982 | CHECK | 400,000 | 400,000 | - | - | - | 3,500,555 | MF00082066 | MF00082067 |
| 3/30/1982 | CHECK | (165,000) | - | (165,000) | - | - | 3,335,555 | MF00082066 | MF00082067 |
| 4/29/1982 | CHECK | (165,000) | - | (165,000) | - | - | 3,170,555 | MF00146802 | MF00146802 |
| 5/6/1982 | CHECK | (100,000) | - | (100,000) | - | - | 3,070,555 | MF00147364 | MF00147365 |
| 5/20/1982 | CHECK | 100,000 | 100,000 | - | - | - | 3,170,555 | MF00147364 | MF00147365 |
| 5/27/1982 | CHECK | 110,000 | 110,000 | - | - | - | 3,280,555 | MF00147364 | MF00147365 |
| 5/28/1982 | CHECK | (160,000) | - | (160,000) | - | - | 3,120,555 | MF00147364 | MF00147365 |
| 6/30/1982 | CHECK | (200,000) | - | (200,000) | - | - | 2,920,555 | MF00147908 | MF00147908 |
| 7/29/1982 | CHECK | (160,000) | - | (160,000) | - | - | 2,760,555 | MF00148469 | MF00148469 |
| 8/31/1982 | CHECK | (200,000) | - | (200,000) | - | - | 2,560,555 | MF00149016 | MF00149017 |
| 9/30/1982 | CHECK | (200,000) | - | (200,000) | - | - | 2,360,555 | MF00361078 | MF00361079 |
| 10/29/1982 | CHECK | 100,000 | 100,000 | - | - | - | 2,460,555 | MF00361537 | MF00361538 |
| 10/29/1982 | CHECK | (225,000) | - | (225,000) | - | - | 2,235,555 | MF00361537 | MF00361538 |
| 11/30/1982 | CHECK | (200,000) | - | (200,000) | - | - | 2,035,555 | MF00362098 | MF00362099 |
| 12/30/1982 | CHECK | (225,000) | - | (225,000) | - | - | 1,810,555 | MF00362775 | MF00362776 |
| 1/28/1983 | CHECK | (200,000) | - | (200,000) | - | - | 1,610,555 | MF00365050 | MF00365051 |
| 2/28/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,535,555 | MF00365607 | MF00365608 |
| 3/31/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,460,555 | MF00366177 | MF00366179 |
| 4/29/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,385,555 | MF00366780 | MF00366781 |
| 5/20/1983 | CHECK | 450,000 | 450,000 | - | - | - | 1,835,555 | MF00367338 | MF00367339 |
| 5/31/1983 | CHECK | (50,000) | - | (50,000) | - | - | 1,785,555 | MF00367338 | MF00367339 |
| 6/30/1983 | CK | (200,000) | - | (200,000) | - | - | 1,585,555 | MF00367911 | MF00367912 |
| 7/29/1983 | CHECK | (50,000) | - | (50,000) | - | - | 1,535,555 | MF00368489 | MF00368489 |
| 8/29/1983 | CHECK | 225,000 | 225,000 | - | - | - | 1,760,555 | MF00369044 | MF00369045 |
| 8/31/1983 | CHECK | (50,000) | - | (50,000) | - | - | 1,710,555 | MF00369044 | MF00369045 |
| 9/13/1983 | CHECK | 600,000 | 600,000 | - | - | - | 2,310,555 | MF00369618 | MF00369618 |
| 9/30/1983 | CHECK | (225,000) | - | (225,000) | - | - | 2,085,555 | MF00369618 | MF00369618 |
| 10/14/1983 | CHECK | (200,000) | - | (200,000) | - | - | 1,885,555 | MF00145576 | MF00145577 |
| 10/31/1983 | CHECK | (210,000) | - | (210,000) | - | - | 1,675,555 | MF00145576 | MF00145577 |

**Exhibit 4K – Detailed Schedule for the Principal Balance Calculation for Account 1A0048**

BLMIS ACCOUNT NO. 1A0048 (FORMERLY 100601) - AVELLINO & BIENES #2 C/O FRANK AVELLINO

| | | | | | | | | BLMIS SOURCE DOCUMENT: | |
|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | Beg Bates | End Bates |
| 12/8/1983 | CHECK | 250,000 | 250,000 | - | - | - | 1,925,555 | MF00358095 | MF00358096 |
| 12/23/1983 | CHECK | 300,000 | 300,000 | - | - | - | 2,225,555 | MF00358095 | MF00358096 |
| 12/30/1983 | CHECK | (300,000) | - | (300,000) | - | - | 1,925,555 | MF00358095 | MF00358096 |
| 1/13/1984 | CHECK | 400,000 | 400,000 | - | - | - | 2,325,555 | MF00358656 | MF00358657 |
| 1/30/1984 | CHECK | 550,000 | 550,000 | - | - | - | 2,875,555 | MF00358656 | MF00358657 |
| 1/31/1984 | CHECK | (200,000) | - | (200,000) | - | - | 2,675,555 | MF00358656 | MF00358657 |
| 2/8/1984 | CHECK | 350,000 | 350,000 | - | - | - | 3,025,555 | MF00359242 | MF00359242 |
| 2/17/1984 | CHECK | 250,000 | 250,000 | - | - | - | 3,275,555 | MF00359242 | MF00359242 |
| 2/22/1984 | TRANSFER FROM FELDER MGMT (10192318) | 180,000 [2] | - | - | 59,062 | - | 3,334,617 | MF00359242 | MF00359242 |
| 2/27/1984 | TRANS FROM FELDER MGT (10192318) | 179,949 | - | - | - | - | 3,334,617 | MF00359242 | MF00359242 |
| 2/28/1984 | CXL TRANS FROM FELDER MGT | (179,949) | - | - | - | - | 3,334,617 | MF00359242 | MF00359242 |
| 2/29/1984 | CHECK | (100,000) | - | (100,000) | - | - | 3,234,617 | MF00359242 | MF00359242 |
| 3/30/1984 | CHECK | (600,000) | - | (600,000) | - | - | 2,634,617 | MF00359836 | MF00359836 |
| 4/9/1984 | CHECK | 1,300,000 | 1,300,000 | - | - | - | 3,934,617 | MF00360421 | MF00360421 |
| 4/17/1984 | CHECK | 250,000 | 250,000 | - | - | - | 4,184,617 | MF00360421 | MF00360421 |
| 4/30/1984 | CHECK | (125,000) | - | (125,000) | - | - | 4,059,617 | MF00360421 | MF00360421 |
| 5/1/1984 | CHECK | 350,000 | 350,000 | - | - | - | 4,409,617 | MF00149488 | MF00149488 |
| 5/9/1984 | CHECK | 250,000 | 250,000 | - | - | - | 4,659,617 | MF00149488 | MF00149488 |
| 5/31/1984 | CHECK | (170,000) | - | (170,000) | - | - | 4,489,617 | MF00149488 | MF00149488 |
| 6/20/1984 | CHECK | 250,000 | 250,000 | - | - | - | 4,739,617 | MF00150077 | MF00150077 |
| 6/29/1984 | CHECK | (500,000) | - | (500,000) | - | - | 4,239,617 | MF00150077 | MF00150077 |
| 7/19/1984 | CHECK | 50,000 | 50,000 | - | - | - | 4,289,617 | MF00150669 | MF00150669 |
| 7/31/1984 | CHECK | (125,000) | - | (125,000) | - | - | 4,164,617 | MF00150669 | MF00150669 |
| 8/15/1984 | TRANS FROM A HELLER (1H0021) | 9,000 | - | - | 9,000 | - | 4,173,617 | MF00151268 | MF00151269 |
| 8/31/1984 | CHECK | (150,000) | - | (150,000) | - | - | 4,023,617 | MF00151268 | MF00151269 |
| 9/28/1984 | CHECK | (800,000) | - | (800,000) | - | - | 3,223,617 | MF00151858 | MF00151858 |
| 10/31/1984 | CHECK | (415,000) | - | (415,000) | - | - | 2,808,617 | MF00363273 | MF00363273 |
| 11/2/1984 | CHECK | 550,000 | 550,000 | - | - | - | 3,358,617 | MF00363897 | MF00363897 |
| 11/21/1984 | CHECK | 200,000 | 200,000 | - | - | - | 3,558,617 | MF00363897 | MF00363897 |
| 11/30/1984 | CHECK | (210,000) | - | (210,000) | - | - | 3,348,617 | MF00363897 | MF00363897 |
| 12/3/1984 | CHECK | 400,000 | 400,000 | - | - | - | 3,748,617 | MF00364473 | MF00364473 |
| 12/7/1984 | CHECK | 75,000 | 75,000 | - | - | - | 3,823,617 | MF00364473 | MF00364473 |
| 12/31/1984 | CHECK | (800,000) | - | (800,000) | - | - | 3,023,617 | MF00364473 | MF00364473 |
| 1/15/1985 | CHECK | 200,000 | 200,000 | - | - | - | 3,223,617 | MF00370770 | MF00370770 |
| 1/31/1985 | CHECK | (650,000) | - | (650,000) | - | - | 2,573,617 | MF00370770 | MF00370770 |
| 2/28/1985 | CHECK | (325,000) | - | (325,000) | - | - | 2,248,617 | MF00371643 | MF00371643 |
| 3/29/1985 | CHECK | (900,000) | - | (900,000) | - | - | 1,348,617 | MF00371961 | MF00371961 |
| 4/30/1985 | CHECK | (600,000) | - | (600,000) | - | - | 748,617 | MF00372553 | MF00372554 |
| 5/2/1985 | CHECK | 800,000 | 800,000 | - | - | - | 1,548,617 | MF00373162 | MF00373162 |
| 5/20/1985 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 2,548,617 | MF00373162 | MF00373162 |
| 5/31/1985 | CHECK | (325,000) | - | (325,000) | - | - | 2,223,617 | MF00373162 | MF00373162 |
| 6/6/1985 | CHECK | 400,000 | 400,000 | - | - | - | 2,623,617 | MF00157024 | MF00157024 |
| 6/28/1985 | CHECK | (950,000) | - | (950,000) | - | - | 1,673,617 | MF00157024 | MF00157024 |
| 7/8/1985 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 2,673,617 | MF00157668 | MF00157668 |

Exhibit 4K – Detailed Schedule for the Principal Balance Calculation for Account 1A0048

BLMIS ACCOUNT NO. 1A0048 (FORMERLY 100601) - AVELLINO & BIENES #2 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description | Amount | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | as Reported on Customer Statement | as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | Beg Bates | End Bates |
| 7/23/1985 | CHECK | 850,000 | 850,000 | - | - | - | 3,523,617 | MF00157668 | MF00157668 |
| 7/31/1985 | CHECK | (550,000) | - | (550,000) | - | - | 2,973,617 | MF00157668 | MF00157668 |
| 8/30/1985 | CHECK | (700,000) | - | (700,000) | - | - | 2,273,617 | MF00158327 | MF00158327 |
| 9/9/1985 | CHECK | 250,000 | 250,000 | - | - | - | 2,523,617 | MF00158949 | MF00158949 |
| 9/30/1985 | CHECK | (1,000,000) | - | (1,000,000) | - | - | 1,523,617 | MF00158949 | MF00158949 |
| 10/9/1985 | CHECK | 500,000 | 500,000 | - | - | - | 2,023,617 | MF00159590 | MF00159590 |
| 10/31/1985 | CHECK | (250,000) | - | (250,000) | - | - | 1,773,617 | MF00159590 | MF00159590 |
| 11/4/1985 | CHECK | 300,000 | 300,000 | - | - | - | 2,073,617 | MF00160266 | MF00160266 |
| 11/8/1985 | CHECK | 700,000 | 700,000 | - | - | - | 2,773,617 | MF00160266 | MF00160266 |
| 11/12/1985 | CHECK | (1,000,000) | - | (1,000,000) | - | - | 1,773,617 | MF00160266 | MF00160266 |
| 11/19/1985 | CHECK | 300,000 | 300,000 | - | - | - | 2,073,617 | MF00160266 | MF00160266 |
| 11/29/1985 | CHECK | (300,000) | - | (300,000) | - | - | 1,773,617 | MF00160266 | MF00160266 |
| 12/17/1985 | CHECK | 1,200,000 | 1,200,000 | - | - | - | 2,973,617 | MF00160924 | MF00160924 |
| 12/23/1985 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 3,973,617 | MF00160924 | MF00160924 |
| 12/31/1985 | CHECK | (1,200,000) | - | (1,200,000) | - | - | 2,773,617 | MF00160924 | MF00160924 |
| 1/3/1986 | CHECK | 550,000 | 550,000 | - | - | - | 3,323,617 | MF00098248 | MF00098248 |
| 1/9/1986 | CHECK | 800,000 | 800,000 | - | - | - | 4,123,617 | MF00098248 | MF00098248 |
| 1/16/1986 | CHECK | 750,000 | 750,000 | - | - | - | 4,873,617 | MF00098248 | MF00098248 |
| 1/31/1986 | CHECK | 1,100,000 | 1,100,000 | - | - | - | 5,973,617 | MF00098248 | MF00098248 |
| 1/31/1986 | CHECK | (300,000) | - | (300,000) | - | - | 5,673,617 | MF00098248 | MF00098248 |
| 2/11/1986 | CHECK | 500,000 | 500,000 | - | - | - | 6,173,617 | MF00098927 | MF00098927 |
| 2/28/1986 | CHECK | (300,000) | - | (300,000) | - | - | 5,873,617 | MF00098927 | MF00098927 |
| 3/31/1986 | CHECK | (1,400,000) | - | (1,400,000) | - | - | 4,473,617 | MF00099780 | MF00099780 |
| 4/1/1986 | CHECK | 500,000 | 500,000 | - | - | - | 4,973,617 | MF00100472 | MF00100472 |
| 4/18/1986 | CHECK | 750,000 | 750,000 | - | - | - | 5,723,617 | MF00100472 | MF00100472 |
| 4/30/1986 | CHECK | (300,000) | - | (300,000) | - | - | 5,423,617 | MF00100472 | MF00100472 |
| 5/9/1986 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 6,423,617 | MF00073488 | MF00073488 |
| 5/21/1986 | CHECK | 500,000 | 500,000 | - | - | - | 6,923,617 | MF00073488 | MF00073488 |
| 5/29/1986 | CHECK | 750,000 | 750,000 | - | - | - | 7,673,617 | MF00073488 | MF00073488 |
| 5/30/1986 | CHECK | (300,000) | - | (300,000) | - | - | 7,373,617 | MF00073488 | MF00073488 |
| 6/30/1986 | CHECK | (1,400,000) | - | (1,400,000) | - | - | 5,973,617 | MF00074213 | MF00074213 |
| 7/1/1986 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 6,973,617 | MF00074936 | MF00074936 |
| 7/14/1986 | CHECK | 250,000 | 250,000 | - | - | - | 7,223,617 | MF00074936 | MF00074936 |
| 7/25/1986 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 8,223,617 | MF00074936 | MF00074936 |
| 7/31/1986 | CHECK | (300,000) | - | (300,000) | - | - | 7,923,617 | MF00074936 | MF00074936 |
| 8/15/1986 | CHECK | 1,600,000 | 1,600,000 | - | - | - | 9,523,617 | MF00075667 | MF00075667 |
| 8/18/1986 | CHECK | 500,000 | 500,000 | - | - | - | 10,023,617 | MF00075667 | MF00075667 |
| 8/29/1986 | CHECK | (300,000) | - | (300,000) | - | - | 9,723,617 | MF00075667 | MF00075667 |
| 9/4/1986 | CHECK | 1,400,000 | 1,400,000 | - | - | - | 11,123,617 | MF00064943 | MF00064943 |
| 9/30/1986 | CHECK | (1,600,000) | - | (1,600,000) | - | - | 9,523,617 | MF00064943 | MF00064943 |
| 10/23/1986 | CHECK | 1,500,000 | 1,500,000 | - | - | - | 11,023,617 | MF00077163 | MF00077163 |
| 10/31/1986 | CHECK | (300,000) | - | (300,000) | - | - | 10,723,617 | MF00077163 | MF00077163 |
| 11/14/1986 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 11,723,617 | MF00077874 | MF00077874 |
| 12/1/1986 | CHECK | (300,000) | - | (300,000) | - | - | 11,423,617 | MF00078633 | MF00078633 |

**Exhibit 4K – Detailed Schedule for the Principal Balance Calculation for Account 1A0048**

BLMIS ACCOUNT NO. 1A0048 (FORMERLY 100601) - AVELLINO & BIENES #2 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 12/24/1986 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 13,423,617 | MF00078633 | MF00078633 |
| 12/31/1986 | CHECK | (1,900,000) | - | (1,900,000) | - | - | 11,523,617 | MF00078633 | MF00078633 |
| 1/9/1987 | CHECK | 800,000 | 800,000 | - | - | - | 12,323,617 | MF00057324 | MF00057324 |
| 2/2/1987 | CHECK | (500,000) | - | (500,000) | - | - | 11,823,617 | MF00057610 | MF00057610 |
| 3/2/1987 | CHECK | (425,000) | - | (425,000) | - | - | 11,398,617 | MF00058429 | MF00058429 |
| 3/13/1987 | CHECK | 1,500,000 | 1,500,000 | - | - | - | 12,898,617 | MF00058429 | MF00058429 |
| 3/31/1987 | CHECK | (2,100,000) | - | (2,100,000) | - | - | 10,798,617 | MF00058429 | MF00058429 |
| 4/16/1987 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 11,798,617 | MF00101217 | MF00101217 |
| 4/30/1987 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 13,798,617 | MF00101217 | MF00101217 |
| 4/30/1987 | CHECK | (420,000) | - | (420,000) | - | - | 13,378,617 | MF00101217 | MF00101217 |
| 5/13/1987 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 14,378,617 | MF00101999 | MF00101999 |
| 6/1/1987 | CHECK | (470,000) | - | (470,000) | - | - | 13,908,617 | MF00102841 | MF00102841 |
| 6/8/1987 | CHECK | 1,700,000 | 1,700,000 | - | - | - | 15,608,617 | MF00102841 | MF00102841 |
| 6/12/1987 | CHECK | 500,000 | 500,000 | - | - | - | 16,108,617 | MF00102841 | MF00102841 |
| 6/30/1987 | CHECK | (2,350,000) | - | (2,350,000) | - | - | 13,758,617 | MF00102841 | MF00102841 |
| 7/21/1987 | CHECK | 2,200,000 | 2,200,000 | - | - | - | 15,958,617 | MF00059265 | MF00059265 |
| 7/31/1987 | CHECK | (350,000) | - | (350,000) | - | - | 15,608,617 | MF00059265 | MF00059265 |
| 8/31/1987 | CHECK | (450,000) | - | (450,000) | - | - | 15,158,617 | MF00060970 | MF00060970 |
| 9/30/1987 | CHECK | (2,500,000) | - | (2,500,000) | - | - | 12,658,617 | MF00061255 | MF00061255 |
| 10/30/1987 | CHECK | (425,000) | - | (425,000) | - | - | 12,233,617 | MF00062151 | MF00062151 |
| 11/30/1987 | CHECK | (430,000) | - | (430,000) | - | - | 11,803,617 | MF00063090 | MF00063090 |
| 12/31/1987 | CHECK | (2,500,000) | - | (2,500,000) | - | - | 9,303,617 | MF00063978 | MF00063978 |
| 2/1/1988 | CHECK | (600,000) | - | (600,000) | - | - | 8,703,617 | MF00540177 | MF00540177 |
| 2/29/1988 | CHECK | (420,000) | - | (420,000) | - | - | 8,283,617 | MF00540177 | MF00540177 |
| 1/12/1989 | CHECK | 1,800,000 | 1,800,000 | - | - | - | 10,083,617 | MF00040859 | MF00040859 |
| 2/6/1989 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 12,083,617 | MF00041390 | MF00041390 |
| 3/16/1989 | CANADIAN W/H TAX ALCAN 3/16/89 | (1,260) | - | (1,260) | - | - | 12,082,357 | MF00042627 | MF00042628 |
| 3/17/1989 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 14,082,357 | MF00042627 | MF00042628 |
| 6/19/1989 | CANADIAN W/H TAX - ALCOA | (1,260) | - | (1,260) | - | - | 14,081,097 | MF00046290 | MF00046291 |
| 9/12/1989 | W/H TAX FOREIGN SEC. AL | (1,260) | - | (1,260) | - | - | 14,079,837 | MF00049793 | MF00049794 |
| 12/27/1989 | W/H TAX FOREIGN SEC | (1,260) | - | (1,260) | - | - | 14,078,577 | MF00053044 | MF00053045 |
| 1/3/1990 | TRANS FROM 30 ACCT (1R0057) | 440,599 | - | - | - | - | 14,078,577 | MF00022043 | MF00022043 |
| 1/3/1990 | CXL TRANS FROM 30 ACCT | (440,599) | - | - | - | - | 14,078,577 | MF00022043 | MF00022043 |
| 3/12/1990 | W/H TAX FOREIGN SEC. AL | (1,260) | - | (1,260) | - | - | 14,077,317 | MF00029917 | MF00029918 |
| 6/14/1990 | W/H TAX FOREIGN SEC. N | (244) | - | (244) | - | - | 14,077,073 | MF00038957 | MF00038958 |
| 6/14/1990 | W/H TAX FOREIGN SEC. AL | (1,260) | - | (1,260) | - | - | 14,075,813 | MF00038957 | MF00038958 |
| 9/14/1990 | W/H TAX FOREIGN SEC. AL | (1,260) | - | (1,260) | - | - | 14,074,553 | MF00026612 | MF00026613 |
| 9/14/1990 | W/H TAX FOREIGN SEC. N | (244) | - | (244) | - | - | 14,074,309 | MF00026612 | MF00026613 |
| 8/18/1992 | TRANS TO 1A005330 A/O 8/14/92 (1A0053) | (49,737,555) [3] | - | - | - | (14,074,309) | - | MF00456626 | MF00456627 |
| 11/16/1992 | CHECK | (57,538) | - | (57,538) | - | - | (57,538) | MF00450051 | MF00450051 |
| 11/17/1992 | CHECK WIRE 11/17/92 | (768,750) | - | (768,750) | - | - | (826,288) | MF00450051 | MF00450051 |
| 11/23/1992 | CHECK WIRE | (26,088,579) | - | (26,088,579) | - | - | (26,914,867) | MF00450051 | MF00450051 |

**Exhibit 4K – Detailed Schedule for the Principal Balance Calculation for Account 1A0048**

BLMIS ACCOUNT NO. 1A0048 (FORMERLY 100601) - AVELLINO & BIENES #2 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 11/30/1992 | CHECK | (7,914) | - | (7,914) | - | - | (26,922,781) | MF00450051 | MF00450051 |
| 12/15/1992 | CHECK | (78,347) | - | (78,347) | - | - | (27,001,128) | MF00443733 | MF00443733 |
| 7/31/2001 | CHECK WIRE | (25,000) | - | (25,000) | - | - | (27,026,128) | MDPTPP00017576 | MDPTPP00017576 |
| 7/31/2001 | CANCEL CHECK WIRE | 25,000 | - | 25,000 | - | - | (27,001,128) | MDPTPP00017576 | MDPTPP00017576 |
| | Total: | | $ 55,105,555 | $ (68,100,435) | $ 68,062 | $ (14,074,309) | $ (27,001,128) | | |

[1] Exhibit 4K sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095564-MF00095566 for a copy of the March 1981 Customer Statement for Account 1A0048 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1A0048. Account 1A0048 was known as Account 10060119 at this time. The amount of principal credit granted to Account 1A0048 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1A0048, the calculation is as follows: [$4,819,283.61] + [$4,933,932.75] - [$5,157,661.31] = [$4,595,555.05].

[2] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[4] The 68 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 63 cash deposits were identified with a transaction code of "CA"; and (ii) five cash deposits were identified with a transaction code of "PAID."

[5] The 99 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 61 cash withdrawals were identified with a transaction code of "CW"; (ii) nine cash withdrawals were identified with a transaction code of "JRNL"; (iii) 13 cash withdrawals were identified with a transaction code of "PW"; and (iv) 16 cash withdrawals were identified with a transaction code of "PYMT."

[6] The two inter-account transfers into Account 1A0048 were reflected on the Customer Statements with a transaction code of "CA."

[7] The one inter-account transfer out of Account 1A0048 was reflected on the Customer Statement with a transaction code of "CW."