# Exhibit 4L

**Exhibit 4L – Detailed Schedule for the Principal Balance Calculation for Account 100127**

BLMIS ACCOUNT NO. 100127 - AVELLINO GROUP C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits[3] | Withdrawals[4] | Transfers In | Transfers Out[5] | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 699,951 [1] | 699,951 | - | - | - | 699,951 | MF00095486 | MF00095486 |
| 6/11/1982 | CHECK | (100,000) | - | (100,000) | - | - | 599,951 | MF00147810 | MF00147810 |
| 6/30/1982 | TRANS TO AVELLINO FAMILY TST *(100126)* | (400,000) | - | - | - | (400,000) | 199,951 | MF00147810 | MF00147810 |
| 9/20/1982 | CHECK | (150,000) | - | (150,000) | - | - | 49,951 | MF00360985 | MF00360985 |
| 11/26/1982 | CHECK | (100,000) | - | (100,000) | - | - | (50,050) | MF00362001 | MF00362001 |
| 5/10/1985 | CHECK | (100,000) | - | (100,000) | - | - | (150,050) | MF00373047 | MF00373047 |
| 1/2/1990 | TRANS TO F AVELLINO TST *(1A0051)* | (796,092) [2] | - | - | - | - | (150,050) | MF00021712 | MF00021712 |
| 1/3/1991 | TRANS FROM F AVELLINO TSTEE | 132,261 | 132,261 | - | - | - | (17,789) | MF00494474 | MF00494474 |
| | Total: | $ 832,211 | $ (450,000) | $ - | $ (400,000) | $ (17,789) | | | |

[1] Exhibit 4L sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095486 for a copy of the March 1981 Customer Statement for Account 100127 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 100127. Account 100127 was known as Account 10012219 at this time. The amount of principal credit granted to Account 100127 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 100127, the calculation is as follows: [$677,691.50] + [$699,985.00] - [$677,726.00] = [$699,950.50].

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The one cash deposit was reflected on the Customer Statement with a transaction code of "JRNL."

[4] The four cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) two cash withdrawals were identified with a transaction code of "CW"; (ii) one cash withdrawal was identified with a transaction code of "PW"; and (iii) one cash withdrawal was identified with a transaction code of "PYMT."

[5] The two inter-account transfers out of Account 100127 were reflected on the Customer Statements with a transaction code as follows: (i) one inter-account transfer was identified with a transaction code of "CW"; and (ii) one inter-account transfer was identified with a transaction code of "JRNL."