# Exhibit 4M

**Exhibit 4M – Detailed Schedule for the Principal Balance Calculation for Account 100126**

BLMIS ACCOUNT NO. 100126 - AVELLINO FAMILY TRUST C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | **BLMIS SOURCE DOCUMENT**: | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits** | **Withdrawals**[2] | **Transfers In**[3] | **Transfers Out**[4] | **Balance** | **Beg Bates** | **End Bates** |
| 7/1/1982 | TRANS FROM AVELLINO GR 6/30 (*100127*) | 400,000 | - | - | 400,000 | - | 400,000 | MF00148382 | MF00148382 |
| 5/10/1985 | CHECK | (50,000) | - | (50,000) | - | - | 350,000 | MF00373046 | MF00373046 |
| 1/24/1986 | CHECK | (300,000) | - | (300,000) | - | - | 50,000 | MF00098122 | MF00098122 |
| 11/17/1987 | CHECK | (100,000) | - | (100,000) | - | - | (50,000) | MF00062917 | MF00062917 |
| 4/10/1989 | CHECK | (300,000) | - | (300,000) | - | - | (350,000) | MF00043538 | MF00043538 |
| 10/1/1990 | TRANS TO A & B 4 (*1A0050*) | (1,078,125) | - | - | - | - | (1,428,125) | MF00027790 | MF00027790 |
| 10/1/1990 | CANCEL (*1A0050*) | 1,078,125 | - | - | - | - | (350,000) | MF00027790 | MF00027790 |
| 10/1/1990 | TRANS TO AVELLINO & BIENES #4 (*1A0050*) | (2,023,526) [1] | - | - | - | - | (350,000) | MF00027789 | MF00027789 |
| 10/1/1990 | TRANS FROM A&B 4 (*1A0050*) | 405,747 | - | - | - | - | (350,000) | MF00027789 | MF00027789 |
| 10/1/1990 | CANCEL (*1A0050*) | (405,747) | - | - | - | - | (350,000) | MF00027789 | MF00027789 |
| | Total: | | $ - | $ (750,000) | $ 400,000 | $ - | $ (350,000) | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[2] The four cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[3] The one inter-account transfer into Account 100126 was reflected on the Customer Statement with a transaction code of "CA."

[4] The one inter-account transfer out of Account 100126 was reflected on the Customer Statement with a transaction code of "CW."