# Exhibit 4N

**Exhibit 4N – Detailed Schedule for the Principal Balance Calculation for Account 1A0051**

BLMIS ACCOUNT NO. 1A0051 (FORMERLY 102008) - FRANK J AVELLINO TRUSTEE

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits[3] | Withdrawals[4] | Transfers In[5] | Transfers Out | Balance | Beg Bates | End Bates |
| 11/18/1982 | CHECK | 100,000 | 100,000 | - | - | - | 100,000 | MF00362400 | MF00362400 |
| 2/24/1983 | CHECK | 100,000 | 100,000 | - | - | - | 200,000 | MF00365911 | MF00365911 |
| 5/10/1985 | CHECK | (150,000) | - | (150,000) | - | - | 50,000 | MF00373540 | MF00373540 |
| 1/2/1990 | TRANS FROM AVELLINO GROUP (100127) | 796,092 [1] | - | - | - | - | 50,000 | MF00022829 | MF00022829 |
| 3/8/1991 | PMT TRANSACTION | 2,750,000 [2] | 2,750,000 | - | - | - | 2,800,000 | MF00589737 | MF00589737 |
| 11/27/1992 | CHECK WIRE | 3,494,138 | 3,494,138 | - | - | - | 6,294,138 | MF00450055 | MF00450057 |
| 11/27/1992 | CANCEL | (3,494,138) | (3,494,138) | - | - | - | 2,800,000 | MF00450055 | MF00450057 |
| 1/27/1993 | CHECK | (22,500) | - | (22,500) | - | - | 2,777,500 | MF00435932 | MF00435932 |
| 1/27/1993 | CHECK WIRE | (7,779,998) | - | (7,779,998) | - | - | (5,002,498) | MF00435932 | MF00435932 |
| 1/29/1993 | CHECK | (51) | - | (51) | - | - | (5,002,549) | MF00435932 | MF00435932 |
| | Total: | | $ 2,950,000 | $ (7,952,549) | $ - | $ - | $ (5,002,549) | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] I reviewed the PMT Report related to Account 1A0051 for the period from January 1, 1991 through November 30, 1991 because no Customer Statements were available to identify cash and principal transactions for Account 1A0051 for the months of January 1991 to December 1991. Based on my review, I determined that a cash deposit in the amount of $2,750,000 took place on March 8, 1991. *See* MF00589737; *see also* MF00021567 for the PMR related to Account 1A0051 for the period from January 1, 1991 through December 31, 1991; and the Principal Balance Calculation Report, ¶¶44-47 and ¶¶48-49 for a full explanation of the PMR and PMT Reports, respectively.

[3] The two cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[4] The four cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[5] The one inter-account transfer into Account 1A0051 was reflected on the Customer Statement with a transaction code of "CA."