# Exhibit 4O

**Exhibit 4O – Detailed Schedule for the Principal Balance Calculation for Account 1A0050**

BLMIS ACCOUNT NO. 1A0050 (FORMERLY 100603) - AVELLINO & BIENES #4 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[5] | Withdrawals[6] | Transfers In[7] | Transfers Out[8] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 1,820,217 [1] | 1,820,217 | - | - | - | 1,820,217 | MF00095578 | MF00095578 |
| 6/29/1981 | CHECK | (50,000) | - | (50,000) | - | - | 1,770,217 | MF00097120 | MF00097120 |
| 7/10/1981 | CHECK | 275,000 | 275,000 | - | - | - | 2,045,217 | MF00097630 | MF00097630 |
| 7/16/1981 | CHECK | 120,000 | 120,000 | - | - | - | 2,165,217 | MF00097630 | MF00097630 |
| 7/29/1981 | CHECK | (50,000) | - | (50,000) | - | - | 2,115,217 | MF00097630 | MF00097630 |
| 8/28/1981 | CHECK | (50,000) | - | (50,000) | - | - | 2,065,217 | MF00055755 | MF00055755 |
| 9/28/1981 | CHECK | (50,000) | - | (50,000) | - | - | 2,015,217 | MF00056262 | MF00056262 |
| 10/28/1981 | CHECK | (50,000) | - | (50,000) | - | - | 1,965,217 | MF00079384 | MF00079384 |
| 11/4/1981 | CHECK | 216,000 | 216,000 | - | - | - | 2,181,217 | MF00079909 | MF00079909 |
| 11/24/1981 | CHECK | 50,000 | 50,000 | - | - | - | 2,231,217 | MF00079909 | MF00079909 |
| 11/24/1981 | CHECK | 75,000 | 75,000 | - | - | - | 2,306,217 | MF00079909 | MF00079909 |
| 11/30/1981 | CHECK | (50,000) | - | (50,000) | - | - | 2,256,217 | MF00079909 | MF00079909 |
| 12/28/1981 | CHECK | (50,000) | - | (50,000) | - | - | 2,206,217 | MF00080486 | MF00080486 |
| 1/29/1982 | CHECK | (50,000) | - | (50,000) | - | - | 2,156,217 | MF00081003 | MF00081003 |
| 2/10/1982 | CHECK | 535,000 | 535,000 | - | - | - | 2,691,217 | MF00081541 | MF00081541 |
| 2/10/1982 | CHECK | 115,000 | 115,000 | - | - | - | 2,806,217 | MF00081541 | MF00081541 |
| 2/11/1982 | CHECK | 350,000 | 350,000 | - | - | - | 3,156,217 | MF00081541 | MF00081541 |
| 2/26/1982 | CHECK | (50,000) | - | (50,000) | - | - | 3,106,217 | MF00081541 | MF00081541 |
| 3/4/1982 | CHECK | 100,000 | 100,000 | - | - | - | 3,206,217 | MF00082078 | MF00082078 |
| 3/9/1982 | CHECK | 50,000 | 50,000 | - | - | - | 3,256,217 | MF00082078 | MF00082078 |
| 3/16/1982 | CHECK | 415,000 | 415,000 | - | - | - | 3,671,217 | MF00082078 | MF00082078 |
| 3/16/1982 | CHECK | 85,000 | 85,000 | - | - | - | 3,756,217 | MF00082078 | MF00082078 |
| 3/30/1982 | CHECK | (50,000) | - | (50,000) | - | - | 3,706,217 | MF00082078 | MF00082078 |
| 4/29/1982 | CHECK | (50,000) | - | (50,000) | - | - | 3,656,217 | MF00146814 | MF00146814 |
| 4/30/1982 | CHECK | 150,000 | 150,000 | - | - | - | 3,806,217 | MF00146814 | MF00146814 |
| 4/30/1982 | CHECK | 10,000 | 10,000 | - | - | - | 3,816,217 | MF00146814 | MF00146814 |
| 4/30/1982 | CHECK | 115,000 | 115,000 | - | - | - | 3,931,217 | MF00146814 | MF00146814 |
| 4/30/1982 | CHECK | 25,000 | 25,000 | - | - | - | 3,956,217 | MF00146814 | MF00146814 |
| 5/28/1982 | CHECK | (1,000) | - | (1,000) | - | - | 3,955,217 | MF00147377 | MF00147377 |
| 6/30/1982 | CHECK | (75,000) | - | (75,000) | - | - | 3,880,217 | MF00147919 | MF00147919 |
| 7/29/1982 | CHECK | (55,000) | - | (55,000) | - | - | 3,825,217 | MF00148480 | MF00148480 |
| 2/15/1983 | CHECK | (260,000) | - | (260,000) | - | - | 3,565,217 | MF00365620 | MF00365621 |
| 2/28/1983 | CHECK | (100,000) | - | (100,000) | - | - | 3,465,217 | MF00365620 | MF00365621 |
| 3/31/1983 | CHECK | (145,000) | - | (145,000) | - | - | 3,320,217 | MF00366191 | |
| 4/29/1983 | CHECK | (60,000) | - | (60,000) | - | - | 3,260,217 | MF00366792 | MF00366792 |
| 5/31/1983 | CHECK | (50,000) | - | (50,000) | - | - | 3,210,217 | MF00367350 | MF00367351 |
| 6/30/1983 | CK | (300,000) | - | (300,000) | - | - | 2,910,217 | MF00367923 | MF00367923 |
| 8/31/1983 | CHECK | (37,500) | - | (37,500) | - | - | 2,872,717 | MF00369047 | MF00369047 |
| 9/30/1983 | CHECK | (225,000) | - | (225,000) | - | - | 2,647,717 | MF00369620 | MF00369620 |
| 12/30/1983 | CHECK | (200,000) | - | (200,000) | - | - | 2,447,717 | MF00358099 | MF00358099 |
| 6/29/1984 | CHECK | (50,000) | - | (50,000) | - | - | 2,397,717 | MF00150079 | MF00150079 |
| 7/22/1988 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 4,397,717 | MF00533302 | MF00533302 |
| 5/15/1989 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 6,397,717 | MF00044920 | MF00044920 |
| 1/19/1990 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 7,397,717 | MF00022046 | MF00022047 |
| 1/30/1990 | CHECK | 500,000 | 500,000 | - | - | - | 7,897,717 | MF00022046 | MF00022047 |
| 3/1/1990 | CHECK | 500,000 | 500,000 | - | - | - | 8,397,717 | MF00029920 | MF00029921 |
| 4/24/1990 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 9,397,717 | MF00031334 | MF00031335 |
| 6/14/1990 | W/H TAX FOREIGN SEC. N | (375) | - | (375) | - | - | 9,397,342 | MF00038961 | MF00038962 |
| 9/14/1990 | W/H TAX FOREIGN SEC. N | (375) | - | (375) | - | - | 9,396,967 | MF00026620 | MF00026621 |
| 10/1/1990 | TRANS FR AVELLINO FAMILY TST *(100126)* | 1,078,125 | - | - | - | - | 10,475,092 | MF00028253 | MF00028254 |
| 10/1/1990 | CANCEL *(100126)* | (1,078,125) | - | - | - | - | 9,396,967 | MF00028253 | |
| 10/1/1990 | TRANS TO AVELLINO FAMILY TST *(100126)* | (405,747) | - | - | - | - | 9,396,967 | MF00028251 | MF00028252 |
| 10/1/1990 | TRANS FROM AVELLINO FAM TST *(100126)* | 2,023,526 [2] | - | - | - | - | 9,396,967 | MF00028251 | MF00028252 |
| 10/1/1990 | CANCEL *(100126)* | 405,747 | - | - | - | - | 9,396,967 | MF00028251 | MF00028252 |
| 9/17/1991 | PMT TRANSACTION | 1,000,000 [3] | 1,000,000 | - | - | - | 10,396,967 | MF00589699 | MF00589699 |

**Exhibit 4O – Detailed Schedule for the Principal Balance Calculation for Account 1A0050**

BLMIS ACCOUNT NO. 1A0050 (FORMERLY 100603) - AVELLINO & BIENES #4 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[5] | Withdrawals[6] | Transfers In[7] | Transfers Out[8] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 2/3/1992 | PMT TRANSACTION | 1,000,000 [3] | 1,000,000 | - | - | - | 13,396,967 | MF00544342 | MF00544342 |
| 2/13/1992 | PMT TRANSACTION | 1,000,000 [3] | 1,000,000 | - | - | - | 14,396,967 | MF00544342 | MF00544342 |
| 3/4/1992 | PMT TRANSACTION | 1,800,000 [3] | 1,800,000 | - | - | - | 16,196,967 | MF00544342 | MF00544342 |
| 8/18/1992 | TRANS TO 1A005330 A/O 8/14/92 (*1A0053*) | (18,281,067) [4] | - | - | - | (16,196,967) | - | MF00456629 | MF00456631 |
| 9/15/1992 | CHECK | 4,000,000 | 4,000,000 | - | - | - | 4,000,000 | MF00454655 | MF00454657 |
| 10/1/1992 | CHECK | (7,000,000) | - | (7,000,000) | - | - | (3,000,000) | MF00452228 | MF00452229 |
| 10/6/1992 | TRANS FROM 1A005330 (*1A0053*) | 6,880,000 | - | - | 6,880,000 | - | 3,880,000 | MF00452228 | MF00452229 |
| 11/16/1992 | CHECK | (25,032) | - | (25,032) | - | - | 3,854,968 | MF00450053 | MF00450054 |
| 11/17/1992 | CHECK WIRE 11/17/92 | (21,234,265) | - | (21,234,265) | - | - | (17,379,297) | MF00450053 | MF00450054 |
| 11/23/1992 | CHECK WIRE | (48,004,975) | - | (48,004,975) | - | - | (65,384,272) | MF00450053 | MF00450054 |
| 11/30/1992 | CHECK | (8,478) | - | (8,478) | - | - | (65,392,749) | MF00450053 | MF00450054 |
| 12/15/1992 | CHECK | (49,708) | - | (49,708) | - | - | (65,442,457) | MF00443735 | MF00443735 |
| 1/26/1993 | CHECK | (11,040) | - | (11,040) | - | - | (65,453,497) | MF00435931 | MF00435931 |
| | Total: | | $ 22,306,217 | $ (78,442,747) | $ 6,880,000 | $ (16,196,967) | $ (65,453,497) | | |

[1] Exhibit 4O sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. See MF00095578 for a copy of the March 1981 Customer Statement for Account 1A0050 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1A0050. Account 1A0050 was known as Account 10061414 at this time. The amount of principal credit granted to Account 1A0050 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1A0050, the calculation is as follows: [$1,901,740.32] + [$1,624,974.88] - [$1,706,498.00] = [$1,820,217.20].

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] I reviewed the PMT Report related to Account 1A0050 for the periods from January 1, 1991 through November 30, 1991 and January 1, 1992 through December 31, 1992 because no BLMIS Customer Statements were available to identify cash and principal transactions for Account 1A0050 for the months of January 1991 to June 1992. The BLMIS Customer Statements for all of the other months in 1992 were available within the BLMIS records. Based on my review, I determined that: (i) three cash deposits took place from January 1991 through November 1991 in the aggregate amount of $3,000,000; and (ii) three cash deposits took place from January 1992 through June 1992 in the aggregate amount of $3,800,000. See MF00589699 and MF00544342; see also MF00021324 and MF00013952 for the PMR related to Account 1A0050 for the period from January 1, 1991 through December 31, 1992; and the Principal Balance Calculation Report, ¶¶44-47 and ¶¶48-49 for a full explanation of the PMR and PMT Reports, respectively.

[4] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[5] The 29 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 13 cash deposits were identified with a transaction code of "CA"; and (ii) 16 cash deposits were identified with a transaction code of "PAID."

[6] The 33 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 16 cash withdrawals were identified with a transaction code of "CW"; (ii) two cash withdrawals were identified with a transaction code of "JRNL"; (iii) two cash withdrawals were identified with a transaction code of "PW"; and (iv) 13 cash withdrawals were identified with a transaction code of "PYMT."

[7] The two inter-account transfers into Account 1A0050 were reflected on the Customer Statements with a transaction code of "CA."

[8] The one inter-account transfer out of Account 1A0050 was reflected on the Customer Statement with a transaction code of "CW."