# Exhibit 4P

**Exhibit 4P – Detailed Schedule for the Principal Balance Calculation for Account 1A0049**

BLMIS ACCOUNT NO. 1A0049 (FORMERLY 100602) - AVELLINO & BIENES #3 C/O FRANK AVELLINO

| | | | | | | | | BLMIS SOURCE DOCUMENT: | |
|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[3] | Withdrawals[4] | Transfers In | Transfers Out[5] | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 2,459,643 [1] | 2,459,643 | - | - | - | 2,459,643 | MF00095575 | MF00095576 |
| 4/29/1981 | CHECK | (45,000) | - | (45,000) | - | - | 2,414,643 | MF00096028 | MF00096028 |
| 5/5/1981 | CHECK | 103,000 | 103,000 | - | - | - | 2,517,643 | MF00096630 | MF00096630 |
| 5/27/1981 | CHECK | (45,000) | - | (45,000) | - | - | 2,472,643 | MF00096630 | MF00096630 |
| 6/22/1981 | CHECK | 100,000 | 100,000 | - | - | - | 2,572,643 | MF00097118 | MF00097118 |
| 6/29/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,512,643 | MF00097118 | MF00097118 |
| 7/29/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,452,643 | MF00097628 | MF00097628 |
| 8/28/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,392,643 | MF00055753 | MF00055753 |
| 9/28/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,332,643 | MF00056260 | MF00056260 |
| 10/28/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,272,643 | MF00079382 | MF00079382 |
| 11/30/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,212,643 | MF00079907 | MF00079907 |
| 12/28/1981 | CHECK | (60,000) | - | (60,000) | - | - | 2,152,643 | MF00080484 | MF00080484 |
| 1/29/1982 | CHECK | (60,000) | - | (60,000) | - | - | 2,092,643 | MF00081000 | MF00081001 |
| 2/26/1982 | CHECK | (60,000) | - | (60,000) | - | - | 2,032,643 | MF00081539 | MF00081539 |
| 3/30/1982 | CHECK | (60,000) | - | (60,000) | - | - | 1,972,643 | MF00082076 | MF00082076 |
| 4/29/1982 | CHECK | (60,000) | - | (60,000) | - | - | 1,912,643 | MF00146812 | MF00146812 |
| 5/28/1982 | CHECK | (60,000) | - | (60,000) | - | - | 1,852,643 | MF00147375 | MF00147375 |
| 6/30/1982 | CHECK | (75,000) | - | (75,000) | - | - | 1,777,643 | MF00147917 | MF00147917 |
| 7/29/1982 | CHECK | (60,000) | - | (60,000) | - | - | 1,717,643 | MF00148478 | MF00148478 |
| 8/12/1982 | CHECK | 250,000 | 250,000 | - | - | - | 1,967,643 | MF00149026 | MF00149027 |
| 8/31/1982 | CHECK | 350,000 | 350,000 | - | - | - | 2,317,643 | MF00149026 | MF00149027 |
| 8/31/1982 | CHECK | (75,000) | - | (75,000) | - | - | 2,242,643 | MF00149026 | MF00149027 |
| 9/30/1982 | CHECK | (100,000) | - | (100,000) | - | - | 2,142,643 | MF00361087 | MF00361088 |
| 10/29/1982 | CHECK | (5,000) | - | (5,000) | - | - | 2,137,643 | MF00361546 | MF00361547 |
| 11/30/1982 | CHECK | (100,000) | - | (100,000) | - | - | 2,037,643 | MF00362108 | MF00362109 |
| 12/30/1982 | CHECK | (125,000) | - | (125,000) | - | - | 1,912,643 | MF00362785 | MF00362786 |
| 1/28/1983 | CHECK | (100,000) | - | (100,000) | - | - | 1,812,643 | MF00365060 | MF00365061 |
| 2/28/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,737,643 | MF00365617 | MF00365618 |
| 3/31/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,662,643 | MF00366187 | MF00366188 |
| 4/29/1983 | CHECK | (75,000) | - | (75,000) | - | - | 1,587,643 | MF00366789 | MF00366790 |
| 5/31/1983 | CHECK | (50,000) | - | (50,000) | - | - | 1,537,643 | MF00367347 | MF00367348 |
| 6/30/1983 | CK | (100,000) | - | (100,000) | - | - | 1,437,643 | MF00367920 | MF00367921 |
| 7/29/1983 | CHECK | (50,000) | - | (50,000) | - | - | 1,387,643 | MF00368490 | MF00368490 |
| 8/31/1983 | CHECK | (37,500) | - | (37,500) | - | - | 1,350,143 | MF00369046 | MF00369046 |
| 9/30/1983 | CHECK | (125,000) | - | (125,000) | - | - | 1,225,143 | MF00369619 | MF00369619 |
| 12/30/1983 | CHECK | (350,000) | - | (350,000) | - | - | 875,143 | MF00358097 | MF00358098 |
| 3/30/1984 | CHECK | (275,000) | - | (275,000) | - | - | 600,143 | MF00359837 | MF00359837 |
| 6/29/1984 | CHECK | (450,000) | - | (450,000) | - | - | 150,143 | MF00150078 | MF00150078 |
| 7/3/1984 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 1,150,143 | MF00150670 | MF00150670 |
| 7/3/1984 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 2,150,143 | MF00150670 | MF00150670 |
| 7/3/1984 | CXL CHECK | (1,000,000) | (1,000,000) | - | - | - | 1,150,143 | MF00150670 | MF00150670 |
| 9/21/1984 | CHECK | 500,000 | 500,000 | - | - | - | 1,650,143 | MF00151859 | MF00151859 |
| 9/28/1984 | CHECK | 500,000 | 500,000 | - | - | - | 2,150,143 | MF00151859 | MF00151859 |
| 10/9/1984 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 3,150,143 | MF00363274 | MF00363274 |
| 1/29/1985 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 4,150,143 | MF00370771 | MF00370772 |

**Exhibit 4P – Detailed Schedule for the Principal Balance Calculation for Account 1A0049**

BLMIS ACCOUNT NO. 1A0049 (FORMERLY 100602) - AVELLINO & BIENES #3 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits[3]** | **Withdrawals[4]** | **Transfers In** | **Transfers Out[5]** | **Balance** | **Beg Bates** | **End Bates** |
| 7/14/1986 | CHECK | 1,500,000 | 1,500,000 | - | - | - | 5,650,143 | MF00074937 | MF00074937 |
| 10/10/1986 | CHECK | 1,750,000 | 1,750,000 | - | - | - | 7,400,143 | MF00077166 | MF00077166 |
| 8/18/1992 | TRANS TO 1A005330 A/O 8/14/92 (*1A0053*) | (32,802,580) [2] | - | - | - | (7,400,143) | - | MF00456628 | MF00456628 |
| 11/16/1992 | CHECK | (40,985) | - | (40,985) | - | - | (40,985) | MF00450052 | MF00450052 |
| 11/17/1992 | CHECK WIRE 11/17/92 | (22,579) | - | (22,579) | - | - | (63,564) | MF00450052 | MF00450052 |
| 11/23/1992 | CHECK WIRE | (36,514,365) | - | (36,514,365) | - | - | (36,577,929) | MF00450052 | MF00450052 |
| 12/15/1992 | CHECK | (144,121) | - | (144,121) | - | - | (36,722,050) | MF00443734 | MF00443734 |
| | Total: | | $ 10,512,643 | $ (39,834,550) | $ - | $ (7,400,143) | $ (36,722,050) | | |

[1] Exhibit 4P sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095575-MF00095576 for a copy of the March 1981 Customer Statement for Account 1A0049 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1A0049. Account 1A0049 was known as Account 10061216 at this time. The amount of principal credit granted to Account 1A0049 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1A0049, the calculation is as follows: [$2,293,807.01] + [$3,723,995.00] - [$3,558,159.00] = [$2,459,643.01].

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] The 11 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) nine cash deposits were identified with a transaction code of "CA"; and (ii) two cash deposits were identified with a transaction code of "PAID."

[4] The 37 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 15 cash withdrawals were identified with a transaction code of "CW"; (ii) seven cash withdrawals were identified with a transaction code of "PW"; and (iii) 15 cash withdrawals were identified with a transaction code of "PYMT."

[5] The one inter-account transfer out of Account 1A0049 was reflected on the Customer Statement with a transaction code of "CW."