# Exhibit 4Q

**Exhibit 4Q – Detailed Schedule for the Principal Balance Calculation for Account 1A0053**

BLMIS ACCOUNT NO. 1A0053 (FORMERLY 100156) - AVELLINO & BIENES #5 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals[3] | Transfers In[4] | Transfers Out[5] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 8/18/1992 | TRAN FROM 1A004510 (1A0045) | 5,499,011 [1] | - | - | - | - | - | MF00456637 | MF00456641 |
| 8/18/1992 | TRAN FROM 1A004830 A/O 8/14/92 (1A0048) | 49,737,555 [2] | - | - | 14,074,309 | - | 14,074,309 | MF00456637 | MF00456641 |
| 8/18/1992 | TRAN FROM 1A004930 A/O 8/14/92 (1A0049) | 32,802,580 [2] | - | - | 7,400,143 | - | 21,474,452 | MF00456637 | MF00456641 |
| 8/18/1992 | TRAN FROM 1A005030 A/O 8/14/92 (1A0050) | 18,281,067 [2] | - | - | 16,196,967 | - | 37,671,420 | MF00456637 | MF00456641 |
| 8/18/1992 | TRAN FROM 1A004530 A/O 8/14/92 (1A0045) | 51,156,922 [1] | - | - | - | - | 37,671,420 | MF00456637 | MF00456641 |
| 8/18/1992 | TRAN FROM 1A004730 A/O 8/14/92 (1A0047) | 20,117,896 [2] | - | - | 4,596,139 | - | 42,267,558 | MF00456637 | MF00456641 |
| 10/6/1992 | TRANS TO 1A005030 (1A0050) | (6,880,000) | - | - | - | (6,880,000) | 35,387,558 | MF00452234 | MF00452235 |
| 11/16/1992 | CHECK | (113,134,267) | - | (113,134,267) | - | - | (77,746,709) | MF00450060 | MF00450060 |
| 11/17/1992 | CHECK WIRE 11/17/92 | (54,310,591) | - | (54,310,591) | - | - | (132,057,300) | MF00450060 | MF00450060 |
| 11/23/1992 | CHECK WIRE | (81,374,838) | - | (81,374,838) | - | - | (213,432,137) | MF00450060 | MF00450060 |
| 12/15/1992 | CHECK | (211,788) | - | (211,788) | - | - | (213,643,925) | MF00443741 | MF00443741 |
| | Total: | | $ - | $ (249,031,484) | $ 42,267,558 | $ (6,880,000) | $ (213,643,925) | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] The four cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The six inter-account transfers into Account 1A0053 were reflected on the Customer Statements with a transaction code of "CA."

[5] The one inter-account transfer out of Account 1A0053 was reflected on the Customer Statement with a transaction code of "CW."