# Exhibit 5

**Exhibit 5 – Detailed Schedule for the Principal Balance Calculation for Account 1A0046**

**BLMIS ACCOUNT NO. 1A0046 (FORMERLY 100133) - AVELLINO & BIENES PENSION PLAN & TRUST C/O FRANK AVELLINO**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
| | Transaction Description as Reported on | Amount as Reported on | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| Date | Customer Statement | Customer Statement | Deposits[1] | Withdrawals[2] | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 4/16/1985 | CHECK | 306,000 | 306,000 | - | - | - | 306,000 | MF00372442 | MF00372442 |
| 12/17/1985 | CHECK | 300,000 | 300,000 | - | - | - | 606,000 | MF00160807 | MF00160807 |
| 9/2/1986 | CHECK | 15,000 | 15,000 | - | - | - | 621,000 | MF00064802 | MF00064802 |
| 4/20/1987 | CHECK | 215,000 | 215,000 | - | - | - | 836,000 | MF00101062 | MF00101062 |
| 9/13/1988 | CHECK | 20,000 | 20,000 | - | - | - | 856,000 | MF00531035 | MF00531035 |
| 6/28/1989 | CHECK | (152,000) | - | (152,000) | - | - | 704,000 | MF00046614 | MF00046614 |
| 11/16/1992 | CHECK | (59,904) | - | (59,904) | - | - | 644,096 | MF00450048 | MF00450048 |
| 11/17/1992 | CHECK WIRE 11/17/92 | (1,772) | - | (1,772) | - | - | 642,324 | MF00450048 | MF00450048 |
| 11/23/1992 | CHECK WIRE | (3,432,463) | - | (3,432,463) | - | - | (2,790,139) | MF00450048 | MF00450048 |
| 11/27/1992 | CHECK WIRE | 3,494,138 | 3,494,138 | - | - | - | 703,999 | MF00450048 | MF00450048 |
| 1/27/1993 | CHECK WIRE | (3,520,465) | - | (3,520,465) | - | - | (2,816,466) | MF00435930 | MF00435930 |
| 1/29/1993 | CHECK | (119) | - | (119) | - | - | (2,816,585) | MF00435930 | MF00435930 |
| | | Total: | $ 4,350,138 | $ (7,166,723) | $ - | $ - | $ (2,816,585) | | |

[1] The six cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[2] The six cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."