# Exhibit 6

**Exhibit 6 – Detailed Schedule for the Principal Balance Calculation for Account 1B0018**

BLMIS ACCOUNT NO. 1B0018 (FORMERLY 100212) - DIANE K BIENES

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals[2] | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 1,245,966 [1] | 1,245,966 | - | - | - | 1,245,966 | MF00095501 | MF00095501 |
| 6/14/1990 | W/H TAX FOREIGN SEC. N | (938) | - | (938) | - | - | 1,245,029 | MF00038658 | MF00038659 |
| 9/14/1990 | W/H TAX FOREIGN SEC. N | (938) | - | (938) | - | - | 1,244,091 | MF00026284 | MF00026285 |
| 1/27/1993 | CHECK WIRE | (31,118,657) | - | (31,118,657) | - | - | (29,874,566) | MF00435965 | MF00435966 |
| 1/29/1993 | CHECK | (430) | - | (430) | - | - | (29,874,996) | MF00435965 | MF00435966 |
| | Total: | | $ 1,245,966 | $ (31,120,962) | $ - | $ - | $ (29,874,996) | | |

[1] Exhibit 6 sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095501 for a copy of the March 1981 Customer Statement for Account 1B0018 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1B0018. Account 1B0018 was known as Account 10021319 at this time. The amount of principal credit granted to Account 1B0018 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1B0018, the calculation is as follows: [$1,236,314.60] + [$1,245,947.00] - [$1,236,295.25] = [$1,245,966.35].

[2] The four cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) two cash withdrawals were identified with a transaction code of "CW"; and (ii) two cash withdrawals were identified with a transaction code of "JRNL."