# Exhibit 7A

**Exhibit 7A – Detailed Schedule for the Principal Balance Calculation for Account 101009**

BLMIS ACCOUNT NO. 101009 - JULIA JACOBS & KENNETH JORDON WROS SPECIAL C/O AVELLINO & BIENES

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals[3] | Transfers In | Transfers Out[4] | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 120,463 [1] | 120,463 | - | - | - | 120,463 | MF00095618 | MF00095618 |
| 4/22/1981 | CHECK | (25,000) | - | (25,000) | - | - | 95,463 | MF00096070 | MF00096070 |
| 11/23/1981 | CHECK | (45,000) | - | (45,000) | - | - | 50,463 | MF00079951 | MF00079951 |
| 1/20/1983 | CHECK 01/05 | (25,000) | - | (25,000) | - | - | 25,463 | MF00365112 | MF00365112 |
| 8/3/1983 | TRAN TO KEN JORDON SPECIAL *(101014)* | (78,370) [2] | - | - | - | (25,463) | - | MF00369109 | MF00369109 |
| | Total: | | $ 120,463 | $ (95,000) | $ - | $ (25,463) | $ - | | |

[1] Exhibit 7A sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the accountholder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095618 for a copy of the March 1981 Customer Statement for Account 101009 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 101009. Account 101009 was known as Account 10101111 at this time. The amount of principal credit granted to Account 101009 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 101009, the calculation is as follows: [$125,562.53] + [$119,991.00] - [$125,090.74] = [$120,462.79].

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] The three cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) one cash withdrawal was identified with a transaction code of "CW"; and (ii) two cash withdrawals were identified with a transaction code of "PYMT."

[4] The one inter-account transfer out of Account 101009 was reflected on the Customer Statement with a transaction code of "CW."