# Exhibit 7B

Exhibit 7B – Detailed Schedule for the Principal Balance Calculation for Account 101014

BLMIS ACCOUNT NO. 101014 - KENNETH JORDAN SPECIAL C/O AVELLINO & BIENES

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals[4] | Transfers In[5] | Transfers Out[6] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 85,196 [1] | 85,196 | - | - | - | 85,196 | MF00095619 | MF00095619 |
| 11/19/1981 | CHECK | (50,000) | - | (50,000) | - | - | 35,196 | MF00079952 | MF00079952 |
| 12/13/1982 | CHECK | (25,000) | - | (25,000) | - | - | 10,196 | MF00362838 | MF00362838 |
| 8/3/1983 | TRAN TO KEN JORDON SPECIAL (101009) | 78,370 [2] | - | - | 25,463 | - | 35,659 | MF00369114 | MF00369114 |
| 1/26/1984 | CHECK | (36,489) | - | (36,489) | - | - | (830) | MF00358729 | MF00358729 |
| 5/9/1985 | TRANS TO K JORDAN 10100810 (1J0018) | (128,495) [3] | - | - | - | - | (830) | MF00373252 | MF00373252 |
| 5/21/1985 | CHECK | (4,100) | - | (4,100) | - | - | (4,930) | MF00373252 | MF00373252 |
| | Total: | | $ 85,196 | $ (115,589) | $ 25,463 | $ - | $ (4,930) | | |

[1] Exhibit 7B sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the accountholder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095619 for a copy of the March 1981 Customer Statement for Account 101014 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 101014. Account 101014 was known as Account 10101210 at this time. The amount of principal credit granted to Account 101014 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 101014, the calculation is as follows: [$88,811.45] + [$85,156.50] - [$88,771.68] = [$85,196.27].

[2] Notwithstanding the description on the August 1983 Customer Statement that reads "TRAN TO KEN JORDON SPECIAL" as shown in Column 2, the Customer Statement for Account 101014 reflects an inter-account transfer from Account 101009, not an inter-account transfer into Account 101009. Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The four cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) three cash withdrawals were identified with a transaction code of "CW"; and (ii) one cash withdrawal was identified with a transaction code of "PYMT."

[5] The one inter-account transfer into Account 101014 was reflected on the Customer Statement with a transaction code of "CA."

[6] The one inter-account transfer out of Account 101014 was reflected on the Customer Statement with a transaction code of "CW."