# Exhibit 7C

Exhibit 7C – Detailed Schedule for the Principal Balance Calculation for Account 1J0018

BLMIS ACCOUNT NO. 1J0018 (FORMERLY 101008) - KENNETH JORDAN C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 215,000 [1] | 215,000 | - | - | - | 215,000 | MF00095614 | MF00095614 |
| 4/29/1981 | CHECK | (6,450) | - | (6,450) | - | - | 208,550 | MF00096066 | MF00096066 |
| 7/2/1981 | CHECK | (9,136) | - | (9,136) | - | - | 199,414 | MF00097669 | MF00097669 |
| 9/2/1981 | CHECK | (8,062) | - | (8,062) | - | - | 191,353 | MF00056301 | MF00056301 |
| 11/4/1981 | CHECK | (8,597) | - | (8,597) | - | - | 182,756 | MF00079947 | MF00079947 |
| 1/5/1982 | CHECK | (9,137) | - | (9,137) | - | - | 173,619 | MF00081042 | MF00081042 |
| 3/11/1982 | CHECK | (8,060) | - | (8,060) | - | - | 165,558 | MF00082118 | MF00082118 |
| 4/26/1982 | CHECK | (6,449) | - | (6,449) | - | - | 159,109 | MF00146857 | MF00146857 |
| 6/25/1982 | CHECK | (9,137) | - | (9,137) | - | - | 149,972 | MF00147959 | MF00147959 |
| 8/12/1982 | CHECK | (6,046) | - | (6,046) | - | - | 143,927 | MF00149071 | MF00149071 |
| 10/14/1982 | CHECK | (8,585) | - | (8,585) | - | - | 135,342 | MF00361591 | MF00361591 |
| 11/26/1982 | CHECK | (6,852) | - | (6,852) | - | - | 128,489 | MF00362157 | MF00362157 |
| 1/26/1983 | CHECK | (8,029) | - | (8,029) | - | - | 120,460 | MF00365108 | MF00365108 |
| 4/7/1983 | CHECK | (8,569) | - | (8,569) | - | - | 111,892 | MF00366839 | MF00366839 |
| 6/2/1983 | CHECK | (9,138) | - | (9,138) | - | - | 102,754 | MF00367973 | MF00367973 |
| 7/18/1983 | CHECK | (6,047) | - | (6,047) | - | - | 96,707 | MF00368554 | MF00368554 |
| 9/19/1983 | CHECK | (8,597) | - | (8,597) | - | - | 88,110 | MF00369685 | MF00369685 |
| 11/14/1983 | CHECK | (6,853) | - | (6,853) | - | - | 81,257 | MF00146201 | MF00146201 |
| 1/12/1984 | CHECK | (8,059) | - | (8,059) | - | - | 73,198 | MF00358724 | MF00358724 |
| 3/14/1984 | CHECK | (8,525) | - | (8,525) | - | - | 64,673 | MF00359907 | MF00359907 |
| 5/18/1984 | CHECK ETHYL | (9,135) | - | (9,135) | - | - | 55,538 | MF00149559 | MF00149559 |
| 6/15/1984 | CHECK | 20,000 | 20,000 | - | - | - | 75,538 | MF00150150 | MF00150150 |
| 7/19/1984 | CHECK MONSANTO | (7,051) | - | (7,051) | - | - | 68,488 | MF00150743 | MF00150743 |
| 9/20/1984 | CHECK BRISTOL MYERS | (8,224) | - | (8,224) | - | - | 60,264 | MF00151929 | MF00151929 |
| 11/21/1984 | CHECK ROCKWELL | (9,985) | - | (9,985) | - | - | 50,278 | MF00363968 | MF00363968 |
| 1/16/1985 | CHECK EATON | (6,605) | - | (6,605) | - | - | 43,673 | MF00370849 | MF00370849 |
| 2/6/1985 | CHECK | 50,000 | 50,000 | - | - | - | 93,673 | MF00371722 | MF00371722 |
| 3/8/1985 | CHECK PENN CENTRAL | (7,053) | - | (7,053) | - | - | 86,620 | MF00372037 | MF00372037 |
| 5/9/1985 | CHECK SHELLER GLOBE | (12,111) | - | (12,111) | - | - | 74,509 | MF00373247 | MF00373247 |
| 5/9/1985 | TRANS FROM K JORDAN 10101410 *(101014)* | 128,495 [2] | - | - | - | - | 74,509 | MF00373247 | MF00373247 |
| 7/8/1985 | CHECK BELL & HOWELL | (9,351) | - | (9,351) | - | - | 65,158 | MF00157758 | MF00157758 |
| 7/12/1985 | CHECK HOUSEHOLD | (4,495) | - | (4,495) | - | - | 60,663 | MF00157758 | MF00157758 |
| 8/22/1985 | CHECK AMERICAN GENL | (9,080) | - | (9,080) | - | - | 51,583 | MF00158412 | MF00158412 |
| 9/18/1985 | CHECK CLUETT | (4,814) | - | (4,814) | - | - | 46,769 | MF00159034 | MF00159034 |
| 10/23/1985 | CHECK LEAR SIEGLER | (9,975) | - | (9,975) | - | - | 36,794 | MF00159680 | MF00159680 |
| 11/18/1985 | CHECK ASSOCIATED DRY GOODS | (4,776) | - | (4,776) | - | - | 32,018 | MF00160353 | MF00160353 |
| 12/27/1985 | CHECK SHELLER GLOBE | (10,680) | - | (10,680) | - | - | 21,337 | MF00161017 | MF00161017 |
| 1/7/1986 | CHECK ATLANTIC RICHFIELD | (3,851) | - | (3,851) | - | - | 17,487 | MF00098335 | MF00098335 |
| 2/20/1986 | CHECK HOUSEHOLD | (3,616) | - | (3,616) | - | - | 13,871 | MF00099015 | MF00099015 |
| 2/28/1986 | CHECK AMERICAN EXPRESS | (12,115) | - | (12,115) | - | - | 1,755 | MF00099015 | MF00099015 |
| 4/21/1986 | CHECK OWENS | (5,463) | - | (5,463) | - | - | (3,707) | MF00100564 | MF00100564 |
| 5/5/1986 | CHECK TRW | (11,387) | - | (11,387) | - | - | (15,094) | MF00073581 | MF00073581 |
| 6/26/1986 | CHECK MERRILL LYNCH | (5,472) | - | (5,472) | - | - | (20,567) | MF00074310 | MF00074310 |
| 7/16/1986 | CHECK CHUBB | (12,100) | - | (12,100) | - | - | (32,667) | MF00075030 | MF00075030 |
| 7/28/1986 | CHECK | 150,000 | 150,000 | - | - | - | 117,333 | MF00075030 | MF00075030 |
| 8/26/1986 | CHECK PEP BOYS | (4,814) | - | (4,814) | - | - | 112,519 | MF00075766 | MF00075767 |
| 9/15/1986 | CHECK TELEPICTURES | (9,969) | - | (9,969) | - | - | 102,551 | MF00065047 | MF00065047 |
| 10/10/1986 | CHECK CHEMICAL NEW YORK | (6,377) | - | (6,377) | - | - | 96,174 | MF00077267 | MF00077268 |

Exhibit 7C – Detailed Schedule for the Principal Balance Calculation for Account 1J0018

BLMIS ACCOUNT NO. 1J0018 (FORMERLY 101008) - KENNETH JORDAN C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 10/24/1986 | CHECK HOUSEHOLD | (8,008) | - | (8,008) | - | - | 88,166 | MF00077267 | MF00077268 |
| 11/4/1986 | CHECK WALTER JIM | (5,140) | - | (5,140) | - | - | 83,026 | MF00077977 | MF00077977 |
| 12/4/1986 | CHECK WAL MART | (6,377) | - | (6,377) | - | - | 76,649 | MF00078740 | MF00078740 |
| 1/7/1987 | CHECK ANHEUSER BUSCH CO | (3,851) | - | (3,851) | - | - | 72,799 | MF00056949 | MF00056949 |
| 1/8/1987 | CHECK TRANSWORLD CORP | (11,391) | - | (11,391) | - | - | 61,408 | MF00056949 | MF00056949 |
| 1/23/1987 | CHECK WOOLWORTH | (5,258) | - | (5,258) | - | - | 56,150 | MF00056949 | MF00056949 |
| 1/23/1987 | CHECK | (50,000) | - | (50,000) | - | - | 6,150 | MF00056949 | MF00056949 |
| 3/3/1987 | CHECK BELL & HOWELL | (13,558) | - | (13,558) | - | - | (7,408) | MF00058545 | MF00058545 |
| 4/7/1987 | CHECK ANHEUSER BUSCH | (3,997) | - | (3,997) | - | - | (11,405) | MF00101333 | MF00101333 |
| 5/1/1987 | CHECK TRINOVA | (16,541) | - | (16,541) | - | - | (27,946) | MF00102116 | MF00102116 |
| 6/10/1987 | CHECK TRANSCO CO | (4,005) | - | (4,005) | - | - | (31,951) | MF00102960 | MF00102960 |
| 7/20/1987 | CHECK MONARCH CORP | (16,533) | - | (16,533) | - | - | (48,484) | MF00059395 | MF00059395 |
| 8/18/1987 | CHECK UNISYS | (3,713) | - | (3,713) | - | - | (52,197) | MF00060710 | MF00060710 |
| 9/17/1987 | CHECK HOME DEPOT | (16,562) | - | (16,562) | - | - | (68,759) | MF00061381 | MF00061381 |
| 10/21/1987 | CHECK CARL KARCHER | (4,216) | - | (4,216) | - | - | (72,975) | MF00062281 | MF00062281 |
| 11/16/1987 | CHECK | (13,495) | - | (13,495) | - | - | (86,471) | MF00063215 | MF00063215 |
| 11/23/1987 | CHECK ALCC | (16,554) | - | (16,554) | - | - | (103,025) | MF00063215 | MF00063215 |
| 1/26/1988 | CHECK BRISTOL MYERS | (3,979) | - | (3,979) | - | - | (107,003) | MF00539255 | MF00539255 |
| 2/9/1988 | CHECK BELL & HOWELL | (15,027) | - | (15,027) | - | - | (122,030) | MF00540311 | MF00540311 |
| 3/9/1988 | TRANS TO A & B 30 ACCT (1A0045) | (50,000) [3] | - | - | - | - | (122,030) | MF00537551 | MF00537551 |
| 3/30/1988 | CHECK ADVANCED SYSTEMS | (3,977) | - | (3,977) | - | - | (126,007) | MF00537551 | MF00537551 |
| 4/13/1988 | CHECK WOOLWORTH | (14,900) | - | (14,900) | - | - | (140,907) | MF00538839 | MF00538839 |
| 5/27/1988 | CHECK UTC CABLE TV | (1,942) | - | (1,942) | - | - | (142,849) | MF00535368 | MF00535368 |
| 6/13/1988 | CHECK MICRON TECH | (15,054) | - | (15,054) | - | - | (157,904) | MF00536891 | MF00536891 |
| 8/8/1988 | CHECK AMFAC | (2,073) | - | (2,073) | - | - | (159,977) | MF00534408 | MF00534408 |
| 8/18/1988 | CHECK PETRIE STORES | (16,032) | - | (16,032) | - | - | (176,008) | MF00534408 | MF00534408 |
| 10/12/1988 | CHECK COMPAQ COMPUTERS | (1,948) | - | (1,948) | - | - | (177,956) | MF00532441 | MF00532441 |
| 10/25/1988 | CHECK INTEL | (15,037) | - | (15,037) | - | - | (192,993) | MF00532441 | MF00532441 |
| 12/7/1988 | CHECK PENNWALT | (1,558) | - | (1,558) | - | - | (194,551) | MF00530260 | MF00530260 |
| 12/13/1988 | CHECK TELE COMMUNICATIONS | (10,023) | - | (10,023) | - | - | (204,574) | MF00530260 | MF00530260 |
| 2/3/1989 | CHECK GENERAL CINEMA | (1,731) | - | (1,731) | - | - | (206,306) | MF00041554 | MF00041554 |
| 2/14/1989 | CHECK FLEET FINL | (15,006) | - | (15,006) | - | - | (221,312) | MF00041554 | MF00041554 |
| 4/12/1989 | CHECK PHELPS | (1,871) | - | (1,871) | - | - | (223,182) | MF00044001 | MF00044001 |
| 4/13/1989 | CHECK PFIZER | (14,932) | - | (14,932) | - | - | (238,115) | MF00044001 | MF00044001 |
| 5/23/1989 | CHECK PHELPS DODGE | (11,251) | - | (11,251) | - | - | (249,366) | MF00045097 | MF00045097 |
| 7/26/1989 | CHECK COSTCO | (16,851) | - | (16,851) | - | - | (266,217) | MF00047701 | MF00047701 |
| 9/20/1989 | CHECK NATIONAL MED | (15,737) | - | (15,737) | - | - | (281,953) | MF00049970 | MF00049970 |
| 1/24/1990 | CHECK AMERICAN BRANDS | (15,739) | - | (15,739) | - | - | (297,692) | MF00022240 | MF00022240 |
| 2/27/1990 | CHECK WARNER | (10,550) | - | (10,550) | - | - | (308,242) | MF00023546 | MF00023546 |
| 4/24/1990 | CHECK INTERNATIONAL MINERALS | (13,504) | - | (13,504) | - | - | (321,746) | MF00031547 | MF00031547 |
| 6/25/1990 | CHECK SUN MICROSYSTEMS | (17,973) | - | (17,973) | - | - | (339,718) | MF00039170 | MF00039170 |
| 8/28/1990 | CHECK IMMUNEX | (17,991) | - | (17,991) | - | - | (357,710) | MF00036272 | MF00036272 |
| 11/5/1990 | CHECK AMERICAN FILM | (19,123) | - | (19,123) | - | - | (376,832) | MF00033085 | MF00033085 |
| 12/27/1990 | CHECK PFIZER | (12,650) | - | (12,650) | - | - | (389,482) | MF00025089 | MF00025089 |
| 3/7/1991 | CHECK UNITED | (17,982) | - | (17,982) | - | - | (407,465) | MF00541569 | MF00541569 |
| 5/13/1991 | CHECK XOMA | (15,705) | - | (15,705) | - | - | (423,170) | MF00487694 | MF00487694 |
| 7/11/1991 | CHECK HEALTH SOUTH | (14,744) | - | (14,744) | - | - | (437,914) | MF00484115 | MF00484115 |
| 7/22/1991 | CHECK LIBERTY NATL | (1,642) | - | (1,642) | - | - | (439,556) | MF00484115 | MF00484115 |

Exhibit 7C – Detailed Schedule for the Principal Balance Calculation for Account 1J0018

BLMIS ACCOUNT NO. 1J0018 (FORMERLY 101008) - KENNETH JORDAN C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | Beg Bates | End Bates |
| 9/5/1991 | CHECK THERMO | (13,483) | - | (13,483) | - | - | (453,039) | MF00480013 | MF00480013 |
| 10/22/1991 | CHECK TIME | (11,811) | - | (11,811) | - | - | (464,850) | MF00477674 | MF00477674 |
| 12/18/1991 | CHECK SMITH Z | (11,021) | - | (11,021) | - | - | (475,871) | MF00473592 | MF00473592 |
| 1/17/1992 | CHECK STRIDE RITE | (9,007) | - | (9,007) | - | - | (484,877) | MF00471635 | MF00471635 |
| 3/16/1992 | CHECK PRODUCTION | (13,770) | - | (13,770) | - | - | (498,648) | MF00467794 | MF00467795 |
| 4/21/1992 | CHECK WATTS | (8,448) | - | (8,448) | - | - | (507,096) | MF00465563 | MF00465563 |
| 5/29/1992 | CHECK MEXICO | (10,353) | - | (10,353) | - | - | (517,449) | MF00463443 | MF00463443 |
| 7/13/1992 | CHECK MERCK | (7,917) | - | (7,917) | - | - | (525,366) | MF00459366 | MF00459366 |
| 8/28/1992 | CHECK HOME DEPOT | (12,702) | - | (12,702) | - | - | (538,069) | MF00457413 | MF00457413 |
| 10/7/1992 | CHECK TIME | (12,434) | - | (12,434) | - | - | (550,503) | MF00453183 | MF00453183 |
| 11/13/1992 | CHECK AL LABS | (5,644) | - | (5,644) | - | - | (556,147) | MF00450894 | MF00450894 |
| 1/4/1993 | TRANS TO 1J001910 (1J0019) | (452,214) [3] | - | - | - | - | (556,147) | MF00438064 | MF00438064 |
| 1/6/1993 | CHECK STATE STREET | (13,525) | - | (13,525) | - | - | (569,672) | MF00438064 | MF00438064 |
| | Total: | | $ 435,000 | $ (1,004,672) | $ - | $ - | $ (569,672) | | |

[1] Exhibit 7C sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the accountholder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095614 for a copy of the March 1981 Customer Statement for Account 1J0018 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1J0018. Account 1J0018 was known as Account 10100311 at this time. The amount of principal credit granted to Account 1J0018 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1J0018, the calculation is as follows: [$221,450.00] + [$214,989.13] - [$221,439.13] = [$215,000.00].

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The three cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[5] The 102 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) two cash withdrawals were identified with a transaction code of "CW"; (ii) 92 cash withdrawals were identified with a transaction code of "PW"; and (iii) eight cash withdrawals were identified with a transaction code of "PYMT."

[6] The one inter-account transfer into Account 1J0018 was reflected on the Customer Statement with a transaction code of "CA."

[7] The two inter-account transfers out of Account 1J0018 were reflected on the Customer Statements with a transaction code of "CW."