# Exhibit 7D

Exhibit 7D – Detailed Schedule for the Principal Balance Calculation for Account 1J0019

BLMIS ACCOUNT NO. 1J0019 (FORMERLY 101013) - KENNETH JORDAN REVOCABLE TST DTD 1/5/95

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 300,000 [1] | 300,000 | - | - | - | 300,000 | MF00095617 | MF00095617 |
| 5/8/1981 | CHECK | 50,000 | 50,000 | - | - | - | 350,000 | MF00096673 | MF00096673 |
| 5/26/1981 | CHECK | (12,749) | - | (12,749) | - | - | 337,251 | MF00096673 | MF00096673 |
| 7/31/1981 | CHECK | (13,122) | - | (13,122) | - | - | 324,129 | MF00097672 | MF00097672 |
| 9/18/1981 | CHECK | (12,248) | - | (12,248) | - | - | 311,880 | MF00056304 | MF00056304 |
| 11/19/1981 | CHECK | (14,872) | - | (14,872) | - | - | 297,008 | MF00079950 | MF00079950 |
| 1/14/1982 | CHECK | (13,124) | - | (13,124) | - | - | 283,884 | MF00081045 | MF00081045 |
| 3/8/1982 | CHECK | (10,499) | - | (10,499) | - | - | 273,385 | MF00082121 | MF00082121 |
| 5/4/1982 | CHECK | (14,874) | - | (14,874) | - | - | 258,512 | MF00147422 | MF00147422 |
| 6/24/1982 | CHECK | (9,842) | - | (9,842) | - | - | 248,669 | MF00147962 | MF00147962 |
| 6/24/1982 | CHECK SEE 1/14 & 3/12 | (13,124) | - | (13,124) | - | - | 235,545 | MF00147962 | MF00147962 |
| 6/28/1982 | CHECK | 13,124 | 13,124 | - | - | - | 248,669 | MF00147962 | MF00147962 |
| 8/19/1982 | CHECK | (12,249) | - | (12,249) | - | - | 236,420 | MF00149074 | MF00149074 |
| 10/20/1982 | CHECK | (14,874) | - | (14,874) | - | - | 221,545 | MF00361594 | MF00361594 |
| 12/1/1982 | CHECK | (9,843) | - | (9,843) | - | - | 211,702 | MF00362836 | MF00362836 |
| 1/5/1983 | CHECK | (25,000) | - | (25,000) | - | - | 186,702 | MF00365111 | MF00365111 |
| 1/20/1983 | CHECK CANCEL 01/05 | 25,000 | - | 25,000 | - | - | 211,702 | MF00365111 | MF00365111 |
| 2/1/1983 | CHECK | (13,999) | - | (13,999) | - | - | 197,703 | MF00365667 | MF00365667 |
| 4/8/1983 | CHECK | (14,875) | - | (14,875) | - | - | 182,828 | MF00366842 | MF00366842 |
| 6/6/1983 | CHECK | (13,959) | - | (13,959) | - | - | 168,869 | MF00367976 | MF00367976 |
| 7/28/1983 | CHECK | (11,484) | - | (11,484) | - | - | 157,385 | MF00368559 | MF00368559 |
| 10/4/1983 | CHECK | (14,873) | - | (14,873) | - | - | 142,512 | MF00145646 | MF00145646 |
| 10/14/1983 | CHECK | 150,000 | 150,000 | - | - | - | 292,512 | MF00145646 | MF00145646 |
| 11/25/1983 | CHECK | (10,499) | - | (10,499) | - | - | 282,013 | MF00146205 | MF00146205 |
| 12/7/1983 | CHECK | (4,921) | - | (4,921) | - | - | 277,092 | MF00358170 | MF00358170 |
| 1/26/1984 | CHECK | (14,882) | - | (14,882) | - | - | 262,210 | MF00358728 | MF00358728 |
| 2/16/1984 | CHECK | (5,999) | - | (5,999) | - | - | 256,212 | MF00359321 | MF00359321 |
| 3/27/1984 | CHECK | (11,479) | - | (11,479) | - | - | 244,733 | MF00359911 | MF00359911 |
| 4/24/1984 | PENNWALT | (6,753) | - | (6,753) | - | - | 237,980 | MF00360499 | MF00360499 |
| 6/5/1984 | CHECK WACHOVIA CORP | (13,122) | - | (13,122) | - | - | 224,858 | MF00150154 | MF00150154 |
| 6/26/1984 | CHECK TEXTRON | (5,628) | - | (5,628) | - | - | 219,229 | MF00150154 | MF00150154 |
| 8/8/1984 | CHECK LEAR SIEGLER | (13,994) | - | (13,994) | - | - | 205,236 | MF00151347 | MF00151347 |
| 8/27/1984 | CHECK JEWEL CO | (6,381) | - | (6,381) | - | - | 198,855 | MF00151347 | MF00151347 |
| 9/27/1984 | CHECK MONSANTO | (9,838) | - | (9,838) | - | - | 189,017 | MF00151933 | MF00151933 |
| 11/6/1984 | CHECK ASS DRY GOODS | (6,009) | - | (6,009) | - | - | 183,008 | MF00363972 | MF00363972 |
| 11/29/1984 | CHECK BRISTOL MYERS | (14,862) | - | (14,862) | - | - | 168,146 | MF00363972 | MF00363972 |
| 1/15/1985 | CHECK WALTER JIM | (5,633) | - | (5,633) | - | - | 162,513 | MF00370853 | MF00370853 |
| 1/28/1985 | CHECK TRW | (12,241) | - | (12,241) | - | - | 150,272 | MF00370853 | MF00370853 |
| 2/27/1985 | CHECK HOUSEHOLD | (4,794) | - | (4,794) | - | - | 145,478 | MF00371726 | MF00371726 |
| 4/3/1985 | CHECK LEAR SIEGLER | (12,238) | - | (12,238) | - | - | 133,240 | MF00372644 | MF00372644 |
| 4/19/1985 | CHECK PENNWALT | (3,526) | - | (3,526) | - | - | 129,714 | MF00372644 | MF00372644 |
| 5/21/1985 | CHECK MARTIN MARIETTA | (11,155) | - | (11,155) | - | - | 118,559 | MF00373251 | MF00373251 |
| 6/5/1985 | CHECK SUN | (4,511) | - | (4,511) | - | - | 114,047 | MF00157121 | MF00157121 |
| 7/12/1985 | CHECK HOUSEHOLD | (12,240) | - | (12,240) | - | - | 101,807 | MF00157762 | MF00157762 |
| 7/24/1985 | CHECK PENNWALT | (4,218) | - | (4,218) | - | - | 97,589 | MF00157762 | MF00157762 |
| 9/18/1985 | CHECK CLUETT | (13,113) | - | (13,113) | - | - | 84,476 | MF00159039 | MF00159039 |
| 10/4/1985 | CHECK BRISTOL MYERS | (6,372) | - | (6,372) | - | - | 78,104 | MF00159685 | MF00159685 |
| 11/18/1985 | CHECK ASSOCIATED DRY GOODS | (17,500) | - | (17,500) | - | - | 60,604 | MF00160358 | MF00160358 |
| 1/7/1986 | CHECK ATLANTIC RICHFIELD | (14,998) | - | (14,998) | - | - | 45,607 | MF00098340 | MF00098340 |
| 2/20/1986 | CHECK HOUSEHOLD | (14,063) | - | (14,063) | - | - | 31,544 | MF00099020 | MF00099020 |
| 4/21/1986 | CHECK OWENS | (21,250) | - | (21,250) | - | - | 10,294 | MF00100568 | MF00100568 |
| 6/26/1986 | CHECK MERRILL LYNCH | (21,229) | - | (21,229) | - | - | (10,935) | MF00074314 | MF00074314 |
| 8/26/1986 | CHECK PEP BOYS | (18,731) | - | (18,731) | - | - | (29,666) | MF00075771 | MF00075771 |

Exhibit 7D – Detailed Schedule for the Principal Balance Calculation for Account 1J0019

BLMIS ACCOUNT NO. 1J0019 (FORMERLY 101013) - KENNETH JORDAN REVOCABLE TST DTD 1/5/95

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 11/4/1986 | CHECK WALTER JIM | (20,002) | - | (20,002) | - | - | (49,668) | MF00077981 | MF00077981 |
| 1/7/1987 | CHECK ANHEUSER BUSCH CO | (14,998) | - | (14,998) | - | - | (64,666) | MF00056953 | MF00056953 |
| 3/3/1987 | CHECK OWENS | (18,593) | - | (18,593) | - | - | (83,259) | MF00058549 | MF00058549 |
| 5/1/1987 | CHECK TRINOVA | (19,999) | - | (19,999) | - | - | (103,257) | MF00102120 | MF00102120 |
| 7/20/1987 | CHECK MONARCH CORP | (19,993) | - | (19,993) | - | - | (123,250) | MF00059399 | MF00059399 |
| 9/17/1987 | CHECK HOME DEPOT | (19,994) | - | (19,994) | - | - | (143,244) | MF00061385 | MF00061385 |
| 11/23/1987 | CHECK ALCC | (19,975) | - | (19,975) | - | - | (163,219) | MF00063220 | MF00063220 |
| 2/9/1988 | CHECK INTL TECH | (18,751) | - | (18,751) | - | - | (181,969) | MF00540316 | MF00540316 |
| 3/29/1988 | TRANS TO A & B (1A0045) | (50,000) [2] | - | - | - | - | (181,969) | MF00537556 | MF00537556 |
| 4/13/1988 | CHECK WOOLWORTH | (18,598) | - | (18,598) | - | - | (200,567) | MF00538844 | MF00538844 |
| 6/13/1988 | CHECK MICRON TECH | (16,844) | - | (16,844) | - | - | (217,411) | MF00536896 | MF00536896 |
| 8/18/1988 | CHECK PETRIE STORES | (17,991) | - | (17,991) | - | - | (235,403) | MF00534413 | MF00534413 |
| 10/25/1988 | CHECK INTEL | (16,875) | - | (16,875) | - | - | (252,277) | MF00532446 | MF00532446 |
| 1/10/1989 | CHECK COASTAL CORP | (19,125) | - | (19,125) | - | - | (271,402) | MF00041033 | MF00041033 |
| 2/21/1989 | CHECK HEINZ | (13,497) | - | (13,497) | - | - | (284,899) | MF00041560 | MF00041560 |
| 4/26/1989 | CHECK HELEN OF TROY | (17,994) | - | (17,994) | - | - | (302,893) | MF00044007 | MF00044007 |
| 6/27/1989 | CHECK PNC | (19,066) | - | (19,066) | - | - | (321,959) | MF00046477 | MF00046477 |
| 8/31/1989 | CHECK TENAX | (16,842) | - | (16,842) | - | - | (338,801) | MF00048673 | MF00048673 |
| 10/19/1989 | CHECK GATX | (13,492) | - | (13,492) | - | - | (352,293) | MF00051444 | MF00051444 |
| 12/13/1989 | CHECK COLUMBIA PICTURES | (13,494) | - | (13,494) | - | - | (365,787) | MF00053245 | MF00053245 |
| 2/14/1990 | CHECK FLEET | (17,989) | - | (17,989) | - | - | (383,775) | MF00023551 | MF00023551 |
| 4/23/1990 | CHECK BAXTER | (19,086) | - | (19,086) | - | - | (402,861) | MF00031552 | MF00031552 |
| 6/25/1990 | CHECK SUN MICROSYSTEMS | (17,973) | - | (17,973) | - | - | (420,834) | MF00039176 | MF00039176 |
| 8/13/1990 | CHECK FURON | (12,638) | - | (12,638) | - | - | (433,473) | MF00036278 | MF00036278 |
| 10/16/1990 | CHECK DREYERS | (17,952) | - | (17,952) | - | - | (451,424) | MF00028503 | MF00028503 |
| 12/21/1990 | CHECK BAXTER | (19,128) | - | (19,128) | - | - | (470,552) | MF00025095 | MF00025095 |
| 3/7/1991 | CHECK MEDCO | (16,839) | - | (16,839) | - | - | (487,391) | MF00541577 | MF00541577 |
| 5/13/1991 | CHECK XOMA | (15,705) | - | (15,705) | - | - | (503,097) | MF00487699 | MF00487699 |
| 7/11/1991 | CHECK HEALTH SOUTH | (14,744) | - | (14,744) | - | - | (517,841) | MF00484121 | MF00484121 |
| 7/22/1991 | CHECK LIBERTY NATL | (1,642) | - | (1,642) | - | - | (519,483) | MF00484121 | MF00484121 |
| 9/5/1991 | CHECK FREEPORT | (11,809) | - | (11,809) | - | - | (531,292) | MF00480020 | MF00480020 |
| 10/22/1991 | CHECK TIME | (13,498) | - | (13,498) | - | - | (544,789) | MF00477682 | MF00477682 |
| 12/18/1991 | CHECK SMITH W | (10,171) | - | (10,171) | - | - | (554,960) | MF00473600 | MF00473600 |
| 1/17/1992 | CHECK STRIDE RITE | (8,441) | - | (8,441) | - | - | (563,401) | MF00471641 | MF00471641 |
| 3/16/1992 | CHECK PRODUCTION | (15,715) | - | (15,715) | - | - | (579,116) | MF00467802 | MF00467803 |
| 4/21/1992 | CHECK WATTS | (7,886) | - | (7,886) | - | - | (587,002) | MF00465571 | MF00465571 |
| 5/29/1992 | CHECK MEXICO | (9,637) | - | (9,637) | - | - | (596,639) | MF00463445 | MF00463445 |
| 7/13/1992 | CHECK MERCK | (9,036) | - | (9,036) | - | - | (605,675) | MF00459367 | MF00459367 |
| 8/28/1992 | CHECK HOME DEPOT | (11,858) | - | (11,858) | - | - | (617,533) | MF00457414 | MF00457414 |
| 10/7/1992 | CHECK TIME | (12,429) | - | (12,429) | - | - | (629,962) | MF00453184 | MF00453184 |
| 11/13/1992 | CHECK AL LABS | (5,644) | - | (5,644) | - | - | (635,606) | MF00450895 | MF00450895 |
| 1/4/1993 | TRANS FROM 1J001810 (1J0018) | 452,214 [3] | - | - | - | - | (635,606) | MF00438065 | MF00438065 |
| 1/6/1993 | CHECK STATE STREET | (13,525) | - | (13,525) | - | - | (649,131) | MF00438065 | MF00438065 |
| 2/18/1993 | CHECK AMERICAN BRANDS | (10,597) | - | (10,597) | - | - | (659,728) | MF00432506 | MF00432507 |
| 2/24/1993 | CHECK JENNIFER CONVERT | (11,839) | - | (11,839) | - | - | (671,568) | MF00432506 | MF00432507 |
| 4/13/1993 | CHECK DIBRELL | (14,862) | - | (14,862) | - | - | (686,430) | MF00388155 | MF00388155 |
| 4/28/1993 | CHECK JACKPOT | (18,009) | - | (18,009) | - | - | (704,438) | MF00388155 | MF00388155 |
| 5/24/1993 | CHECK JC PENNEY | (7,945) | - | (7,945) | - | - | (712,384) | MF00418406 | MF00418406 |
| 6/18/1993 | CHECK BB & T FINANCIAL CORP | (12,615) | - | (12,615) | - | - | (724,999) | MF00406495 | MF00406496 |
| 6/25/1993 | CHECK SOUTHWESTERN BELL | (9,118) | - | (9,118) | - | - | (734,117) | MF00406495 | MF00406496 |
| 7/21/1993 | CHECK LOUISIANA | (7,853) | - | (7,853) | - | - | (741,970) | MF00398600 | MF00398600 |
| 8/23/1993 | CHECK ANADARKO | (14,941) | - | (14,941) | - | - | (756,910) | MF00383736 | MF00383736 |
| 8/27/1993 | CHECK CIRCUS | (7,294) | - | (7,294) | - | - | (764,205) | MF00383736 | MF00383736 |

**Exhibit 7D – Detailed Schedule for the Principal Balance Calculation for Account 1J0019**

BLMIS ACCOUNT NO. 1J0019 (FORMERLY 101013) - KENNETH JORDAN REVOCABLE TST DTD 1/5/95

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 9/28/1993 | CHECK ENRON | (6,828) | - | (6,828) | - | - | (771,033) | MF00376712 | MF00376712 |
| 10/4/1993 | CHECK BANC ONE | (7,864) | - | (7,864) | - | - | (778,897) | MF00350155 | MF00350155 |
| 11/4/1993 | CHECK SNAPPLE | (7,397) | - | (7,397) | - | - | (786,294) | MF00334479 | MF00334479 |
| 11/16/1993 | CHECK MEXICO | (8,430) | - | (8,430) | - | - | (794,723) | MF00334479 | MF00334479 |
| 12/14/1993 | CHECK HUFFY | (12,804) | - | (12,804) | - | - | (807,528) | MF00344484 | MF00344484 |
| 12/16/1993 | CHECK MERRILL LYNCH | (3,375) | - | (3,375) | - | - | (810,902) | MF00344484 | MF00344484 |
| 2/8/1994 | CHECK AMERITECH | (11,315) | - | (11,315) | - | - | (822,217) | MF00300575 | MF00300575 |
| 4/15/1994 | CHECK COMCAST | (31,713) | - | (31,713) | - | - | (853,930) | MF00287421 | MF00287421 |
| 5/19/1994 | CHECK AUTOZONE | (10,208) | - | (10,208) | - | - | (864,138) | MF00275472 | MF00275472 |
| 6/22/1994 | CHECK GEN ELECTRIC | (5,674) | - | (5,674) | - | - | (869,812) | MF00234628 | MF00234628 |
| 8/11/1994 | CHECK GEN MOTORS | (22,128) | - | (22,128) | - | - | (891,939) | MF00323717 | MF00323717 |
| 9/19/1994 | CHECK CATERPILLAR | (9,089) | - | (9,089) | - | - | (901,028) | MF00260245 | MF00260245 |
| 10/27/1994 | CHECK K MART | (2,182) | - | (2,182) | - | - | (903,210) | MF00250726 | MF00250726 |
| 11/14/1994 | CHECK HUDSON FOODS | (15,463) | - | (15,463) | - | - | (918,673) | MF00320858 | MF00320858 |
| 11/25/1994 | CHECK CBS INC | (2,992) | - | (2,992) | - | - | (921,665) | MF00320858 | MF00320858 |
| 12/14/1994 | CHECK AUTO DESK | (8,436) | - | (8,436) | - | - | (930,100) | MF00228193 | MF00228193 |
| 1/4/1995 | CHECK ARCHER DANIELS | (2,391) | - | (2,391) | - | - | (932,492) | MF00223525 | MF00223525 |
| 2/7/1995 | CHECK PACIFIC | (10,230) | - | (10,230) | - | - | (942,722) | MF00189032 | MF00189032 |
| 3/14/1995 | CHECK ALUMINUM | (11,415) | - | (11,415) | - | - | (954,136) | MF00181260 | MF00181260 |
| 5/15/1995 | CHECK HOME DEPOT | (38,804) | - | (38,804) | - | - | (992,940) | MF00190506 | MF00190506 |
| 6/16/1995 | CHECK MICRON | (7,999) | - | (7,999) | - | - | (1,000,939) | MF00164624 | MF00164624 |
| 7/27/1995 | CHECK KULICKE & SOFFA | (25,692) | - | (25,692) | - | - | (1,026,632) | MF00175922 | MF00175922 |
| 9/13/1995 | CHECK TEXAS INSTRUMENT | (7,995) | - | (7,995) | - | - | (1,034,627) | MF00127095 | MF00127095 |
| 10/18/1995 | CHECK SAFEGUARD | (12,560) | - | (12,560) | - | - | (1,047,187) | MF00116953 | MF00116953 |
| 11/15/1995 | CHECK APPLIED MATERIALS | (10,284) | - | (10,284) | - | - | (1,057,470) | MF00110905 | MF00110905 |
| 1/4/1996 | CHECK DEERE & CO | (11,434) | - | (11,434) | - | - | (1,068,904) | MDPTPP03618839 | MDPTPP03618840 |
| 2/14/1996 | CHECK FED NAT'L MORTGAGE | (12,620) | - | (12,620) | - | - | (1,081,524) | MDPTPP03618841 | MDPTPP03618843 |
| 4/8/1996 | CHECK GEN MOTORS CORP | (20,674) | - | (20,674) | - | - | (1,102,198) | MDPTPP03618847 | MDPTPP03618848 |
| 5/22/1996 | CHECK CENTOCOR | (18,954) | - | (18,954) | - | - | (1,121,153) | MDPTPP03618849 | MDPTPP03618850 |
| 6/19/1996 | TRANS TO 1ZA01430 (1ZA014) | (922,648)[2] | - | - | - | - | (1,121,153) | MDPTPP03618851 | MDPTPP03618852 |
| 6/26/1996 | CHECK COCA COLA | (17,251) | - | (17,251) | - | - | (1,138,403) | MDPTPP03618851 | MDPTPP03618852 |
| | Total: | | $ 513,124 | $ (1,651,527) | $ - | $ - | $ (1,138,403) | | |

[1] Exhibit 7D sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the accountholder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* MF00095617 for a copy of the March 1981 Customer Statement for Account 1J0019 which demonstrates the amount granted as the principal credit as of April 1, 1981 for Account 1J0019. Account 1J0019 was known as Account 10101012 at this time. The amount of principal credit granted to Account 1J0019 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for Account 1J0019, the calculation is as follows: [$312,749.18] + [$299,978.25] - [$312,727.43] = [$300,000].

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[4] The three cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) one cash deposit was identified with a transaction code of "CA"; and (ii) two cash deposits were identified with a transaction code of "PAID."

[5] The 128 cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) 119 cash withdrawals were identified with a transaction code of "PW"; and (ii) nine cash withdrawals were identified with a transaction code of "PYMT."

[6] The one inter-account transfer into Account 1J0019 was reflected on the Customer Statement with a transaction code of "CA."

[7] The two inter-account transfers out of Account 1J0019 were reflected on the Customer Statements with a transaction code of "CW."