# Exhibit 7E

**Exhibit 7E – Detailed Schedule for the Principal Balance Calculation for Account 1ZA014**

BLMIS ACCOUNT NO. 1ZA014 - KENNETH JORDAN REVOCABLE TST DTD 1/5/95 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[3] | Withdrawals[4] | Transfers In[5] | Transfers Out[6] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 11/30/1992 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 1,000,000 | MF00452100 | MF00452100 |
| 4/1/1993 | CHECK | (50,000) | - | (50,000) | - | - | 950,000 | MF00424320 | MF00424321 |
| 4/8/1993 | CHECK | (56,970) | - | (56,970) | - | - | 893,030 | MF00424320 | MF00424321 |
| 6/28/1993 | CHECK | 50,000 | 50,000 | - | - | - | 943,030 | MF00408103 | MF00408105 |
| 7/13/1993 | CHECK | (36,870) | - | (36,870) | - | - | 906,160 | MF00400092 | MF00400093 |
| 10/13/1993 | CHECK | (16,164) | - | (16,164) | - | - | 889,996 | MF00351902 | MF00351903 |
| 12/8/1993 | CHECK | 75,000 | 75,000 | - | - | - | 964,996 | MF00411239 | MF00411240 |
| 1/14/1994 | CHECK | (52,479) | - | (52,479) | - | - | 912,517 | MF00316094 | MF00316096 |
| 4/13/1994 | CHECK | (53,879) | - | (53,879) | - | - | 858,638 | MF00289191 | MF00289193 |
| 7/14/1994 | CHECK | (35,433) | - | (35,433) | - | - | 823,205 | MF00267876 | MF00267877 |
| 10/13/1994 | CHECK | 175,000 | 175,000 | - | - | - | 998,205 | MF00252683 | MF00252685 |
| 10/13/1994 | CHECK | (40,544) | - | (40,544) | - | - | 957,661 | MF00252683 | MF00252685 |
| 1/13/1995 | CHECK | (38,819) | - | (38,819) | - | - | 918,841 | MF00277047 | MF00277049 |
| 4/13/1995 | CHECK | (50,589) | - | (50,589) | - | - | 868,253 | MF00201628 | MF00201631 |
| 7/14/1995 | CHECK | (63,537) | - | (63,537) | - | - | 804,716 | MF00177822 | MF00177823 |
| 7/25/1995 | CHECK | 150,000 | 150,000 | - | - | - | 954,716 | MF00177822 | MF00177823 |
| 10/16/1995 | CHECK | (50,658) | - | (50,658) | - | - | 904,058 | MF00118802 | MF00118803 |
| 11/3/1995 | STOP PAYMENT 10/16/95 | 50,658 | - | 50,658 | - | - | 954,716 | MF00112812 | MF00112813 |
| 11/6/1995 | CHECK | (50,658) | - | (50,658) | - | - | 904,058 | MF00112812 | MF00112813 |
| 1/12/1996 | CHECK | (60,623) | - | (60,623) | - | - | 843,435 | MDPTPP05767321 | MDPTPP05767325 |
| 4/12/1996 | CHECK | (60,391) | - | (60,391) | - | - | 783,044 | MDPTPP05767341 | MDPTPP05767344 |
| 6/19/1996 | TRANS FROM 1J001910 (1J0019) | 922,648 [1] | - | - | - | - | 783,044 | MDPTPP05767355 | MDPTPP05767360 |
| 7/8/1996 | CHECK | 25,000 | 25,000 | - | - | - | 808,044 | MDPTPP05767362 | MDPTPP05767367 |
| 7/12/1996 | CHECK | (60,257) | - | (60,257) | - | - | 747,786 | MDPTPP05767362 | MDPTPP05767367 |
| 9/9/1996 | CHECK | 25,000 | 25,000 | - | - | - | 772,786 | MDPTPP05767375 | MDPTPP05767379 |
| 10/11/1996 | CHECK | (105,704) | - | (105,704) | - | - | 667,082 | MDPTPP05767381 | MDPTPP05767385 |
| 10/23/1996 | CHECK | 25,000 | 25,000 | - | - | - | 692,082 | MDPTPP05767381 | MDPTPP05767385 |
| 11/12/1996 | CHECK | 50,000 | 50,000 | - | - | - | 742,082 | MDPTPP05767388 | MDPTPP05767392 |
| 1/13/1997 | CHECK | (113,274) | - | (113,274) | - | - | 628,808 | MDPTPP05767401 | MDPTPP05767405 |
| 4/10/1997 | CHECK | (137,542) | - | (137,542) | - | - | 491,267 | MDPTPP05767419 | MDPTPP05767425 |
| 7/11/1997 | CHECK | (169,878) | - | (169,878) | - | - | 321,389 | MDPTPP05767439 | MDPTPP05767442 |
| 7/30/1997 | CHECK | 100,000 | 100,000 | - | - | - | 421,389 | MDPTPP05767439 | MDPTPP05767442 |
| 10/10/1997 | CHECK | (91,744) | - | (91,744) | - | - | 329,645 | MDPTPP05767456 | MDPTPP05767459 |
| 1/13/1998 | CHECK | (95,936) | - | (95,936) | - | - | 233,709 | MDPTPP05767473 | MDPTPP05767477 |
| 3/26/1998 | CHECK | 50,000 | 50,000 | - | - | - | 283,709 | MDPTPP05767484 | MDPTPP05767489 |
| 4/2/1998 | CHECK | 50,000 | 50,000 | - | - | - | 333,709 | MDPTPP05767491 | MDPTPP05767494 |
| 4/2/1998 | CHECK RETURNED | (50,000) | (50,000) | - | - | - | 283,709 | MDPTPP05767491 | MDPTPP05767494 |
| 4/8/1998 | CHECK | (133,695) | - | (133,695) | - | - | 150,014 | MDPTPP05767491 | MDPTPP05767494 |
| 4/22/1998 | CHECK | 50,000 | 50,000 | - | - | - | 200,014 | MDPTPP05767491 | MDPTPP05767494 |
| 5/7/1998 | CHECK | 75,000 | 75,000 | - | - | - | 275,014 | MDPTPP05767496 | MDPTPP05767500 |
| 7/9/1998 | CHECK | (142,599) | - | (142,599) | - | - | 132,415 | MDPTPP05767508 | MDPTPP05767512 |
| 7/22/1998 | CHECK | 100,000 | 100,000 | - | - | - | 232,415 | MDPTPP05767508 | MDPTPP05767512 |
| 10/9/1998 | CHECK | (77,816) | - | (77,816) | - | - | 154,600 | MDPTPP05767528 | MDPTPP05767532 |
| 10/22/1998 | CHECK | 50,000 | 50,000 | - | - | - | 204,600 | MDPTPP05767528 | MDPTPP05767532 |
| 1/13/1999 | CHECK | (155,124) | - | (155,124) | - | - | 49,475 | MDPTPP05767545 | MDPTPP05767549 |
| 4/13/1999 | CHECK | (139,289) | - | (139,289) | - | - | (89,814) | MDPTPP05767563 | MDPTPP05767565 |
| 4/14/1999 | CHECK | (150,000) | - | (150,000) | - | - | (239,814) | MDPTPP05767563 | MDPTPP05767565 |
| 7/8/1999 | CHECK | (198,293) | - | (198,293) | - | - | (438,107) | MDPTPP05767580 | MDPTPP05767583 |
| 10/5/1999 | TRANS TO 1ZB37430 (1ZB374) | (2,817,358) [2] | - | - | - | - | (438,107) | MDPTPP05767596 | MDPTPP05767599 |

**Exhibit 7E – Detailed Schedule for the Principal Balance Calculation for Account 1ZA014**

BLMIS ACCOUNT NO. 1ZA014 - KENNETH JORDAN REVOCABLE TST DTD 1/5/95 C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[3] | Withdrawals[4] | Transfers In[5] | Transfers Out[6] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 5/18/2000 | TRANS TO 1J004930 *(1J0049)* | (2,859) [2] | - | - | - | - | (438,107) | MDPTPP05767615 | MDPTPP05767616 |
|  | Total: | | $ 2,000,000 | $ (2,438,107) | $ - | $ - | $ (438,107) | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The 15 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 14 cash deposits were identified with a transaction code of "CA"; and (ii) one cash deposit was identified with a transaction code of "JRNL."

[4] The 28 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[5] The one inter-account transfer into Account 1ZA014 was reflected on the Customer Statement with a transaction code of "CA."

[6] The two inter-account transfers out of Account 1ZA014 were reflected on the Customer Statements with a transaction code of "CW."