# Exhibit 7F

**Exhibit 7F – Detailed Schedule for the Principal Balance Calculation for Account 1ZB374**

BLMIS ACCOUNT NO. 1ZB374 - KENNETH JORDAN DECLARATION OF TST DTD 1/5/95 AS AMENDED AND RESTATED 1/29/99 SUCC TSTEE

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In[3] | Transfers Out[4] | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 10/5/1999 | TRANS FROM 1ZA01430 (*1ZA014*) | 2,817,358 [1] | - | - | - | - | - | MDPTPP06967333 | MDPTPP06967335 |
| 6/21/2000 | TRANS TO 1J004930 (*1J0049*) | (3,159,740) [2] | - | - | - | - | - | MDPTPP06967375 | MDPTPP06967376 |
| | Total: | | $ - | $ - | $ - | $ - | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The one inter-account transfer into Account 1ZB374 was reflected on the Customer Statement with a transaction code of "JRNL."

[4] The one inter-account transfer out of Account 1ZB374 was reflected on the Customer Statement with a transaction code of "CW."