# Exhibit 7G

**Exhibit 7G – Detailed Schedule for the Principal Balance Calculation for Account 1J0049**

BLMIS ACCOUNT NO. 1J0049 - KENN JORDAN FOUNDATION INC

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits[4]** | **Withdrawals[5]** | **Transfers In[6]** | **Transfers Out[7]** | **Balance** | **Beg Bates** | **End Bates** |
| 2/2/2000 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 2,000,000 | MDPTPP03643754 | MDPTPP03643756 |
| 5/18/2000 | TRANS FROM 1ZA01430 (*1ZA014*) | 2,859 [1] | - | - | - | - | 2,000,000 | MDPTPP03643767 | MDPTPP03643772 |
| 6/21/2000 | TRANS FROM 1ZB37430 (*1ZB374*) | 3,159,740 [1] | - | - | - | - | 2,000,000 | MDPTPP03643774 | MDPTPP03643776 |
| 1/8/2001 | CHECK | (300,000) | - | (300,000) | - | - | 1,700,000 | MDPTPP03643818 | MDPTPP03643823 |
| 5/3/2001 | TRANS TO 1ZB04630 (*1ZB046*) | (5,603,255) [2] | - | - | - | (1,700,000) | - | MDPTPP03643842 | MDPTPP03643844 |
| 7/25/2001 | TRANS TO 1ZB04630 (*1ZB046*) | (2,874) [3] | - | - | - | - | - | MDPTPP03643849 | MDPTPP03643850 |
| | **Total:** | | **$ 2,000,000** | **$ (300,000)** | **$ -** | **$ (1,700,000)** | **$ -** | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The one cash deposit was reflected on the Customer Statement with a transaction code of "JRNL."

[5] The one cash withdrawal was reflected on the Customer Statement with a transaction code of "CW."

[6] The two inter-account transfers into Account 1J0049 were reflected on the Customer Statements with a transaction code of "CA."

[7] The two inter-account transfers out of Account 1J0049 were reflected on the Customer Statements with a transaction code of "CW."