# Exhibit 7H

# Exhibit 7H – Detailed Schedule for the Principal Balance Calculation for Account 1ZB032

**BLMIS ACCOUNT NO. 1ZB032 - MAYFAIR VENTURES C/O FRANK AVELLINO**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In | Transfers Out[6] | Balance | 2-Year Fictitious Profits | 6-Year Fictitious Profits | Post 1/1/2001 Fictitious Profits | Full History Fictitious Profits | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 2/11/1993 | CHECK WIRE | 26,000,000 | 26,000,000 | - | - | - | 26,000,000 | - | - | - | - | MF00438850 | MF00438851 | Not Produced |
| 5/24/1993 | CHECK | (1,000,000) | - | (1,000,000) | - | - | 25,000,000 | - | - | - | - | MF00422203 | MF00422203 | Not Produced |
| 7/23/1993 | CHECK | (800,000) | - | (800,000) | - | - | 24,200,000 | - | - | - | - | MF00402840 | MF00402840 | Not Produced |
| 10/14/1993 | CHECK | (2,000,000) | - | (2,000,000) | - | - | 22,200,000 | - | - | - | - | MF00354459 | MF00354459 | Not Produced |
| 12/16/1993 | CHECK | (700,000) | - | (700,000) | - | - | 21,500,000 | - | - | - | - | MF00448817 | MF00448818 | Not Produced |
| 2/11/1994 | CHECK | (3,100,000) | - | (3,100,000) | - | - | 18,400,000 | - | - | - | - | MF00310058 | MF00310059 | Not Produced |
| 3/1/1994 | CHECK | (3,100,000) | - | (3,100,000) | - | - | 15,300,000 | - | - | - | - | MF00298810 | MF00298811 | Not Produced |
| 4/4/1994 | CHECK | (800,000) | - | (800,000) | - | - | 14,500,000 | - | - | - | - | MF00292461 | MF00292462 | Not Produced |
| 5/2/1994 | CHECK | (800,000) | - | (800,000) | - | - | 13,700,000 | - | - | - | - | MF00283044 | MF00283045 | Not Produced |
| 6/1/1994 | CHECK | (800,000) | - | (800,000) | - | - | 12,900,000 | - | - | - | - | MF00271528 | MF00271530 | Not Produced |
| 7/1/1994 | CHECK | (800,000) | - | (800,000) | - | - | 12,100,000 | - | - | - | - | MF00338141 | MF00338143 | Not Produced |
| 8/1/1994 | CHECK | (800,000) | - | (800,000) | - | - | 11,300,000 | - | - | - | - | MF00336696 | MF00336697 | Not Produced |
| 9/1/1994 | CHECK | (800,000) | - | (800,000) | - | - | 10,500,000 | - | - | - | - | MF00266134 | MF00266135 | Not Produced |
| 10/3/1994 | CHECK | (800,000) | - | (800,000) | - | - | 9,700,000 | - | - | - | - | MF00255610 | MF00255611 | Not Produced |
| 11/1/1994 | CHECK | (800,000) | - | (800,000) | - | - | 8,900,000 | - | - | - | - | MF00249327 | MF00249328 | Not Produced |
| 12/1/1994 | CHECK | (800,000) | - | (800,000) | - | - | 8,100,000 | - | - | - | - | MF00242111 | MF00242112 | Not Produced |
| 1/3/1995 | CHECK | (800,000) | - | (800,000) | - | - | 7,300,000 | - | - | - | - | MF00226581 | MF00226583 | Not Produced |
| 2/1/1995 | CHECK | (800,000) | - | (800,000) | - | - | 6,500,000 | - | - | - | - | MF00216625 | MF00216626 | Not Produced |
| 2/13/1995 | CHECK | (800,000) | - | (800,000) | - | - | 5,700,000 | - | - | - | - | MF00216625 | MF00216626 | Not Produced |
| 2/14/1995 | STOP PAYMENT | 800,000 | - | 800,000 | - | - | 6,500,000 | - | - | - | - | MF00216625 | MF00216626 | Not Produced |
| 3/1/1995 | CHECK | (800,000) | - | (800,000) | - | - | 5,700,000 | - | - | - | - | MF00205010 | MF00205012 | Not Produced |
| 3/28/1995 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 7,700,000 | - | - | - | - | MF00205010 | MF00205012 | Not Produced |
| 4/3/1995 | CHECK | (800,000) | - | (800,000) | - | - | 6,900,000 | - | - | - | - | MF00196134 | MF00196137 | Not Produced |
| 5/1/1995 | CHECK | (800,000) | - | (800,000) | - | - | 6,100,000 | - | - | - | - | MF00193119 | MF00193121 | Not Produced |
| 6/1/1995 | PMT TRANSACTION | (800,000)[1] | - | (800,000) | - | - | 5,300,000 | - | - | - | - | MF00549413 | MF00549413 | Not Produced |
| 7/3/1995 | CHECK | (800,000) | - | (800,000) | - | - | 4,500,000 | - | - | - | - | MF00172979 | MF00172980 | Not Produced |
| 7/3/1995 | TRANS TO 1ZB04630 (*1ZB046*) | (18,000,000)[2] | - | - | - | (4,500,000) | - | - | - | - | - | MF00172979 | MF00172980 | Not Produced |
| 8/1/1995 | CHECK | (800,000) | - | (800,000) | - | - | (800,000) | - | - | - | (800,000) | MF00144077 | MF00144079 | Not Produced |
| 3/26/2001 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (1,800,000) | - | - | (1,000,000) | (1,000,000) | MDPTPP06704970 | MDPTPP06704978 | Not Produced |
| 4/1/2002 | TRANS TO 1ZB04630 (*1ZB046*) | (3,000,000)[3] | - | - | - | - | (1,800,000) | - | - | - | - | MDPTPP06705101 | MDPTPP06705116 | Not Produced |
| 8/14/2002 | TRANS TO 1ZB04630 (*1ZB046*) | (4,000,000)[3] | - | - | - | - | (1,800,000) | - | - | - | - | MDPTPP06705162 | MDPTPP06705175 | Not Produced |
| 9/3/2002 | TRANS TO 1ZB04630 (*1ZB046*) | (4,000,000)[3] | - | - | - | - | (1,800,000) | - | - | - | - | MDPTPP06705178 | MDPTPP06705181 | Not Produced |
| 5/26/2004 | TRANS TO 1ZB04630 (*1ZB046*) | (10,000,000)[3] | - | - | - | - | (1,800,000) | - | - | - | - | MDPTPP06705350 | MDPTPP06705360 | Not Produced |
| 3/1/2005 | TRANS TO 1ZB04630 (*1ZB046*) | (1,003,827)[3] | - | - | - | - | (1,800,000) | - | - | - | - | MDPTPP06705417 | MDPTPP06705421 | MAYFAIR-1566 |
| 10/27/2006 | CHECK | (50,000) | - | (50,000) | - | - | (1,850,000) | - | (50,000) | (50,000) | (50,000) | MDPTPP06705538 | MDPTPP06705543 | MAYFAIR-0860 |
| 3/15/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,350,000) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP06705567 | MDPTPP06705572 | MAYFAIR-1626 |
| 3/11/2008 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (3,350,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP06705637 | MDPTPP06705644 | MAYFAIR-0037 |
| 4/2/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (3,850,000) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP06705646 | MDPTPP06705652 | MAYFAIR-0041 |
| 10/1/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,350,000) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP06705679 | MDPTPP06705681 | MAYFAIR-0081 |
| | Total: | | $ 28,000,000 | $ (27,850,000) | $ - | $ (4,500,000) | $ (4,350,000) | $ (2,500,000) | $ (2,550,000) | $ (3,550,000) | $ (4,350,000) | | | |

[1] I reviewed the PMT Report related to Account 1ZB032 for the period from January 1, 1995 through December 31, 1995 because only a partial BLMIS Customer Statement was available to identify cash and principal transactions for Account 1ZB032 for the month of June 1995. The BLMIS Customer Statements for all other months in 1995 were available within the BLMIS records. Based on my review, I determined that a cash withdrawal in the amount of $800,000 took place on June 1, 1995. *See* MF00549413 and MF00203033-MF00203034; *see also* MDPTQQ00790803 for the PMR related to Account 1ZB032 for the period from January 1, 1995 through December 31, 1995; and the Principal Balance Calculation Report, ¶¶44-47 and ¶¶48-49 for a full explanation of the PMR and PMT Reports, respectively.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The two cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) one cash deposit was identified with a transaction code of "CA"; and (ii) one cash deposit was identified with a transaction code of "JRNL."

[5] The 29 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[6] The six inter-account transfers out of Account 1ZB032 were reflected on the Customer Statements with a transaction code of "CW."