# Exhibit 7I

Exhibit 7I – Detailed Schedule for the Principal Balance Calculation for Account 1ZB046

BLMIS ACCOUNT NO. 1ZB046 - GROSVENOR PARTNERS LTD C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | 2-Year Fictitious Profits | 6-Year Fictitious Profits | Post 1/1/2001 Fictitious Profits | Full History Fictitious Profits | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 2/26/1993 | CHECK WIRE | 725,000 | 725,000 | - | - | - | 725,000 | - | - | - | - | MF00438889 | MF00438890 | Not Produced |
| 2/26/1993 | CHECK WIRE | 709,000 | 709,000 | - | - | - | 1,434,000 | - | - | - | - | MF00438889 | MF00438890 | Not Produced |
| 2/26/1993 | CHECK WIRE | 306,000 | 306,000 | - | - | - | 1,740,000 | - | - | - | - | MF00438889 | MF00438890 | Not Produced |
| 3/1/1993 | CHECK WIRE | 1,410,000 | 1,410,000 | - | - | - | 3,150,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/1/1993 | CHECK | 275,000 | 275,000 | - | - | - | 3,425,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/1/1993 | CHECK | 300,000 | 300,000 | - | - | - | 3,725,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/1/1993 | CHECK | 200,000 | 200,000 | - | - | - | 3,925,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/1/1993 | CHECK | 200,000 | 200,000 | - | - | - | 4,125,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/1/1993 | CHECK WIRE | 1,630,000 | 1,630,000 | - | - | - | 5,755,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/2/1993 | CHECK | 1,830,000 | 1,830,000 | - | - | - | 7,585,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/8/1993 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 8,585,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/9/1993 | CHECK WIRE | 384,000 | 384,000 | - | - | - | 8,969,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/19/1993 | CHECK | 120,000 | 120,000 | - | - | - | 9,089,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/22/1993 | CHECK WIRE | 709,000 | 709,000 | - | - | - | 9,798,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 3/23/1993 | CHECK WIRE A/O 3/2/93 | (20,000) | - | (20,000) | - | - | 9,778,000 | - | - | - | - | MF00392577 | MF00392578 | Not Produced |
| 4/27/1993 | CHECK | (35,000) | - | (35,000) | - | - | 9,743,000 | - | - | - | - | MF00390045 | MF00390047 | Not Produced |
| 5/10/1993 | CHECK | (40,000) | - | (40,000) | - | - | 9,703,000 | - | - | - | - | MF00422228 | MF00422228 | Not Produced |
| 5/13/1993 | CHECK WIRE A/O 3/2/93 | 125,000 | 125,000 | - | - | - | 9,828,000 | - | - | - | - | MF00422228 | MF00422228 | Not Produced |
| 5/18/1993 | CHECK | (110,000) | - | (110,000) | - | - | 9,718,000 | - | - | - | - | MF00422228 | MF00422228 | Not Produced |
| 5/27/1993 | CHECK | (35,000) | - | (35,000) | - | - | 9,683,000 | - | - | - | - | MF00422228 | MF00422228 | Not Produced |
| 6/2/1993 | CHECK | (40,000) | - | (40,000) | - | - | 9,643,000 | - | - | - | - | MF00415249 | MF00415249 | Not Produced |
| 6/3/1993 | CHECK | (30,000) | - | (30,000) | - | - | 9,613,000 | - | - | - | - | MF00415249 | MF00415249 | Not Produced |
| 6/9/1993 | CHECK | (40,000) | - | (40,000) | - | - | 9,573,000 | - | - | - | - | MF00415249 | MF00415249 | Not Produced |
| 6/16/1993 | CHECK | (60,000) | - | (60,000) | - | - | 9,513,000 | - | - | - | - | MF00415249 | MF00415249 | Not Produced |
| 7/13/1993 | CHECK | (43,000) | - | (43,000) | - | - | 9,470,000 | - | - | - | - | MF00402870 | MF00402870 | Not Produced |
| 9/1/1993 | CHECK | (40,000) | - | (40,000) | - | - | 9,430,000 | - | - | - | - | MF00409127 | MF00409128 | Not Produced |
| 10/1/1993 | CHECK | (30,000) | - | (30,000) | - | - | 9,400,000 | - | - | - | - | MF00354488 | MF00354488 | Not Produced |
| 10/6/1993 | CHECK | (40,000) | - | (40,000) | - | - | 9,360,000 | - | - | - | - | MF00354488 | MF00354488 | Not Produced |
| 10/19/1993 | CHECK | (50,000) | - | (50,000) | - | - | 9,310,000 | - | - | - | - | MF00354488 | MF00354488 | Not Produced |
| 11/1/1993 | CHECK | (80,000) | - | (80,000) | - | - | 9,230,000 | - | - | - | - | MF00346576 | MF00346577 | Not Produced |
| 11/22/1993 | CHECK | (60,000) | - | (60,000) | - | - | 9,170,000 | - | - | - | - | MF00346576 | MF00346577 | Not Produced |
| 12/21/1993 | CHECK | (900,000) | - | (900,000) | - | - | 8,270,000 | - | - | - | - | MF00448854 | MF00448855 | Not Produced |
| 6/14/1994 | CHECK | (150,000) | - | (150,000) | - | - | 8,120,000 | - | - | - | - | MF00271565 | MF00271567 | Not Produced |
| 6/24/1994 | CHECK | (300,000) | - | (300,000) | - | - | 7,820,000 | - | - | - | - | MF00271565 | MF00271567 | Not Produced |
| 8/23/1994 | CHECK | (150,000) | - | (150,000) | - | - | 7,670,000 | - | - | - | - | MF00336733 | MF00336734 | Not Produced |
| 9/16/1994 | CHECK | (600,000) | - | (600,000) | - | - | 7,070,000 | - | - | - | - | MF00266170 | MF00266171 | Not Produced |
| 10/13/1994 | CHECK | (100,000) | - | (100,000) | - | - | 6,970,000 | - | - | - | - | MF00255646 | MF00255647 | Not Produced |
| 12/15/1994 | CHECK | (100,000) | - | (100,000) | - | - | 6,870,000 | - | - | - | - | MF00242147 | MF00242149 | Not Produced |
| 1/10/1995 | CHECK | (200,000) | - | (200,000) | - | - | 6,670,000 | - | - | - | - | MF00226630 | MF00226632 | Not Produced |
| 1/26/1995 | CHECK | (2,350,000) | - | (2,350,000) | - | - | 4,320,000 | - | - | - | - | MF00226630 | MF00226632 | Not Produced |
| 4/24/1995 | CHECK | (500,000) | - | (500,000) | - | - | 3,820,000 | - | - | - | - | MF00196194 | MF00196197 | Not Produced |
| 6/5/1995 | CHECK | 253,000 | 253,000 | - | - | - | 4,073,000 | - | - | - | - | MF00203071 | MF00203073 | Not Produced |
| 6/19/1995 | CHECK | 345,000 | 345,000 | - | - | - | 4,418,000 | - | - | - | - | MF00203071 | MF00203073 | Not Produced |
| 7/3/1995 | TRANS FROM 1ZB03230 (1ZB032) | 18,000,000 [1] | - | - | 4,500,000 | - | 8,918,000 | - | - | - | - | MF00173016 | MF00173017 | Not Produced |
| 9/1/1995 | CHECK | (600,000) | - | (600,000) | - | - | 8,318,000 | - | - | - | - | MF00132017 | MF00132019 | Not Produced |
| 10/2/1995 | CHECK | (600,000) | - | (600,000) | - | - | 7,718,000 | - | - | - | - | MF00121592 | MF00121594 | Not Produced |
| 11/1/1995 | CHECK | (600,000) | - | (600,000) | - | - | 7,118,000 | - | - | - | - | MF00106568 | MF00106569 | Not Produced |
| 12/1/1995 | CHECK | (1,500,000) | - | (1,500,000) | - | - | 5,618,000 | - | - | - | - | MDPTPP06714580 | MDPTPP06714584 | Not Produced |
| 12/21/1995 | CHECK | 700,000 | 700,000 | - | - | - | 6,318,000 | - | - | - | - | MDPTPP06714580 | MDPTPP06714584 | Not Produced |
| 1/2/1996 | CHECK | (1,200,000) | - | (1,200,000) | - | - | 5,118,000 | - | - | - | - | MDPTPP06714586 | MDPTPP06714590 | Not Produced |
| 2/1/1996 | CHECK | (800,000) | - | (800,000) | - | - | 4,318,000 | - | - | - | - | MDPTPP06714592 | MDPTPP06714597 | Not Produced |
| 3/1/1996 | CHECK | (700,000) | - | (700,000) | - | - | 3,618,000 | - | - | - | - | MDPTPP06714599 | MDPTPP06714603 | Not Produced |
| 4/1/1996 | CHECK | (800,000) | - | (800,000) | - | - | 2,818,000 | - | - | - | - | MDPTPP06714606 | MDPTPP06714609 | Not Produced |
| 5/1/1996 | CHECK | (500,000) | - | (500,000) | - | - | 2,318,000 | - | - | - | - | MDPTPP06714612 | MDPTPP06714620 | Not Produced |
| 6/3/1996 | CHECK | (800,000) | - | (800,000) | - | - | 1,518,000 | - | - | - | - | MDPTPP06714623 | MDPTPP06714627 | Not Produced |
| 7/1/1996 | CHECK | (800,000) | - | (800,000) | - | - | 718,000 | - | - | - | - | MDPTPP06714630 | MDPTPP06714635 | Not Produced |
| 8/1/1996 | CHECK | (600,000) | - | (600,000) | - | - | 118,000 | - | - | - | - | MDPTPP06714638 | MDPTPP06714641 | Not Produced |
| 9/3/1996 | CHECK | (600,000) | - | (600,000) | - | - | (482,000) | - | - | - | - | MDPTPP06714643 | MDPTPP06714647 | Not Produced |
| 10/1/1996 | CHECK | (500,000) | - | (500,000) | - | - | (982,000) | - | - | - | - | MDPTPP06714649 | MDPTPP06714653 | Not Produced |
| 11/1/1996 | CHECK | (600,000) | - | (600,000) | - | - | (1,582,000) | - | - | - | - | MDPTPP06714656 | MDPTPP06714658 | Not Produced |
| 12/2/1996 | CHECK | (800,000) | - | (800,000) | - | - | (2,382,000) | - | - | - | - | MDPTPP06714660 | MDPTPP06714664 | Not Produced |
| 1/2/1997 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (3,382,000) | - | - | - | - | MDPTPP06714666 | MDPTPP06714672 | Not Produced |
| 2/3/1997 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (4,382,000) | - | - | - | - | MDPTPP06714675 | MDPTPP06714678 | Not Produced |
| 3/3/1997 | CHECK | (600,000) | - | (600,000) | - | - | (4,982,000) | - | - | - | - | MDPTPP06714680 | MDPTPP06714685 | Not Produced |
| 4/1/1997 | CHECK | (500,000) | - | (500,000) | - | - | (5,482,000) | - | - | - | - | MDPTPP06714687 | MDPTPP06714693 | Not Produced |
| 5/1/1997 | CHECK | (700,000) | - | (700,000) | - | - | (6,182,000) | - | - | - | - | MDPTPP06714695 | MDPTPP06714698 | Not Produced |
| 5/28/1997 | CHECK | 3,000,000 | 3,000,000 | - | - | - | (3,182,000) | - | - | - | - | MDPTPP06714695 | MDPTPP06714698 | Not Produced |
| 6/2/1997 | CHECK | (500,000) | - | (500,000) | - | - | (3,682,000) | - | - | - | - | MDPTPP06714700 | MDPTPP06714705 | Not Produced |
| 8/1/1997 | CHECK | (300,000) | - | (300,000) | - | - | (3,982,000) | - | - | - | - | MDPTPP06714714 | MDPTPP06714720 | Not Produced |
| 9/2/1997 | CHECK | (250,000) | - | (250,000) | - | - | (4,232,000) | - | - | - | - | MDPTPP06714722 | MDPTPP06714726 | Not Produced |
| 10/1/1997 | CHECK | (500,000) | - | (500,000) | - | - | (4,732,000) | - | - | - | - | MDPTPP06714729 | MDPTPP06714733 | Not Produced |
| 12/1/1997 | CHECK | (600,000) | - | (600,000) | - | - | (5,332,000) | - | - | - | - | MDPTPP06714743 | MDPTPP06714747 | Not Produced |
| 1/2/1998 | CHECK | (2,000,000) | - | (2,000,000) | - | - | (7,332,000) | - | - | - | - | MDPTPP06714750 | MDPTPP06714756 | Not Produced |
| 2/2/1998 | CHECK | (300,000) | - | (300,000) | - | - | (7,632,000) | - | - | - | - | MDPTPP06714758 | MDPTPP06714763 | Not Produced |
| 4/1/1998 | CHECK | (500,000) | - | (500,000) | - | - | (8,132,000) | - | - | - | - | MDPTPP06714773 | MDPTPP06714777 | Not Produced |

Exhibit 7I – Detailed Schedule for the Principal Balance Calculation for Account 1ZB046

BLMIS ACCOUNT NO. 1ZB046 - GROSVENOR PARTNERS LTD C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | 2-Year Fictitious Profits | 6-Year Fictitious Profits | Post 1/1/2001 Fictitious Profits | Full History Fictitious Profits | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 4/9/1998 | TRANS TO 1ZB26230 (1ZB262) | (200,000) [2] | - | - | - | - | (8,132,000) | - | - | - | - | MDPTPP06714773 | MDPTPP06714777 | Not Produced |
| 4/14/1998 | CHECK | 5,000,000 | 5,000,000 | - | - | - | (3,132,000) | - | - | - | - | MDPTPP06714773 | MDPTPP06714777 | Not Produced |
| 5/1/1998 | CHECK | 1,500,000 | 1,500,000 | - | - | - | (1,632,000) | - | - | - | - | MDPTPP06714779 | MDPTPP06714788 | Not Produced |
| 6/1/1998 | CHECK | (900,000) | - | (900,000) | - | - | (2,532,000) | - | - | - | - | MDPTPP06714791 | MDPTPP06714795 | Not Produced |
| 7/1/1998 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (3,532,000) | - | - | - | - | MDPTPP06714797 | MDPTPP06714802 | Not Produced |
| 9/1/1998 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (4,532,000) | - | - | - | - | MDPTPP06714813 | MDPTPP06714823 | Not Produced |
| 10/1/1998 | CHECK | (600,000) | - | (600,000) | - | - | (5,132,000) | - | - | - | - | MDPTPP06714826 | MDPTPP06714834 | Not Produced |
| 11/2/1998 | CHECK | (700,000) | - | (700,000) | - | - | (5,832,000) | - | - | - | - | MDPTPP06714837 | MDPTPP06714842 | Not Produced |
| 12/1/1998 | CHECK | (700,000) | - | (700,000) | - | - | (6,532,000) | - | - | - | - | MDPTPP06714845 | MDPTPP06714853 | Not Produced |
| 1/4/1999 | CHECK | (1,500,000) | - | (1,500,000) | - | - | (8,032,000) | - | - | - | - | MDPTPP06714856 | MDPTPP06714863 | Not Produced |
| 4/1/1999 | CHECK | (3,000,000) | - | (3,000,000) | - | - | (11,032,000) | - | - | - | - | MDPTPP06714887 | MDPTPP06714894 | Not Produced |
| 5/25/1999 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (12,032,000) | - | - | - | - | MDPTPP06714896 | MDPTPP06714906 | Not Produced |
| 7/1/1999 | CHECK | (800,000) | - | (800,000) | - | - | (12,832,000) | - | - | - | - | MDPTPP06714917 | MDPTPP06714924 | Not Produced |
| 8/2/1999 | CHECK | (500,000) | - | (500,000) | - | - | (13,332,000) | - | - | - | - | MDPTPP06714926 | MDPTPP06714934 | Not Produced |
| 9/1/1999 | CHECK | (2,000,000) | - | (2,000,000) | - | - | (15,332,000) | - | - | - | - | MDPTPP06714937 | MDPTPP06714941 | Not Produced |
| 9/24/1999 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (16,332,000) | - | - | - | - | MDPTPP06714937 | MDPTPP06714941 | Not Produced |
| 10/5/1999 | CHECK | (200,000) | - | (200,000) | - | - | (16,532,000) | - | - | - | - | MDPTPP06714943 | MDPTPP06714946 | Not Produced |
| 11/1/1999 | CHECK | (400,000) | - | (400,000) | - | - | (16,932,000) | - | - | - | - | MDPTPP06714948 | MDPTPP06714957 | Not Produced |
| 12/1/1999 | CHECK | (600,000) | - | (600,000) | - | - | (17,532,000) | - | - | - | - | MDPTPP06714959 | MDPTPP06714964 | Not Produced |
| 12/1/1999 | TRANS TO 1ZB26230 (1ZB262) | (200,000) [2] | - | - | - | - | (17,532,000) | - | - | - | - | MDPTPP06714959 | MDPTPP06714964 | Not Produced |
| 12/6/1999 | TRANS TO 1ZB26230 (1ZB262) | (200,000) | - | - | - | - | (17,532,000) | - | - | - | - | MDPTPP06714959 | MDPTPP06714964 | Not Produced |
| 12/7/1999 | CXL 12/6 C&S (1ZB262) | 200,000 | - | - | - | - | (17,532,000) | - | - | - | - | MDPTPP06714959 | MDPTPP06714964 | Not Produced |
| 1/3/2000 | CHECK | (2,000,000) | - | (2,000,000) | - | - | (19,532,000) | - | - | - | (1,401,400) | MDPTPP06714966 | MDPTPP06714973 | Not Produced |
| 3/17/2000 | CHECK | (2,500,000) | - | (2,500,000) | - | - | (22,032,000) | - | - | - | (2,500,000) | MDPTPP06714982 | MDPTPP06714994 | Not Produced |
| 4/25/2000 | CHECK | (300,000) | - | (300,000) | - | - | (22,332,000) | - | - | - | (300,000) | MDPTPP06714997 | MDPTPP06715003 | Not Produced |
| 6/1/2000 | CHECK | (1,300,000) | - | (1,300,000) | - | - | (23,632,000) | - | - | - | (1,300,000) | MDPTPP06715019 | MDPTPP06715027 | Not Produced |
| 6/19/2000 | CHECK | 1,000,000 | 1,000,000 | - | - | - | (22,632,000) | - | - | - | - | MDPTPP06715019 | MDPTPP06715027 | Not Produced |
| 7/3/2000 | CHECK | (750,000) | - | (750,000) | - | - | (23,382,000) | - | - | - | (750,000) | MDPTPP06715029 | MDPTPP06715036 | Not Produced |
| 8/1/2000 | CHECK | (400,000) | - | (400,000) | - | - | (23,782,000) | - | - | - | (400,000) | MDPTPP06715039 | MDPTPP06715046 | Not Produced |
| 8/31/2000 | CHECK | (1,500,000) | - | (1,500,000) | - | - | (25,282,000) | - | - | - | (1,500,000) | MDPTPP06715039 | MDPTPP06715046 | Not Produced |
| 9/22/2000 | CHECK | (500,000) | - | (500,000) | - | - | (25,782,000) | - | - | - | (500,000) | MDPTPP06715048 | MDPTPP06715056 | Not Produced |
| 10/23/2000 | CHECK | (600,000) | - | (600,000) | - | - | (26,382,000) | - | - | - | (600,000) | MDPTPP06715059 | MDPTPP06715071 | Not Produced |
| 11/20/2000 | CHECK | 5,245,000 | 5,245,000 | - | - | - | (21,137,000) | - | - | - | - | MDPTPP06715073 | MDPTPP06715079 | Not Produced |
| 11/29/2000 | CHECK | 985,600 | 985,600 | - | - | - | (20,151,400) | - | - | - | - | MDPTPP06715073 | MDPTPP06715079 | Not Produced |
| 12/1/2000 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (21,151,400) | - | - | - | (1,000,000) | MDPTPP06715081 | MDPTPP06715089 | Not Produced |
| 12/29/2000 | CHECK | (2,500,000) | - | (2,500,000) | - | - | (23,651,400) | - | - | - | (2,500,000) | MDPTPP06715081 | MDPTPP06715089 | Not Produced |
| 1/8/2001 | CHECK | (300,000) | - | (300,000) | - | - | (23,951,400) | - | - | (300,000) | (300,000) | MDPTPP06715091 | MDPTPP06715098 | Not Produced |
| 2/1/2001 | CHECK | (300,000) | - | (300,000) | - | - | (24,251,400) | - | - | (300,000) | (300,000) | MDPTPP06715101 | MDPTPP06715108 | Not Produced |
| 5/1/2001 | CHECK | (500,000) | - | (500,000) | - | - | (24,751,400) | - | - | (500,000) | (500,000) | MDPTPP06715130 | MDPTPP06715133 | Not Produced |
| 5/3/2001 | TRANS FROM 1J004930 (1J0049) | 5,603,255 [1] | - | - | 1,700,000 | - | (23,051,400) | - | - | - | - | MDPTPP06715130 | MDPTPP06715133 | Not Produced |
| 5/22/2001 | CHECK | (400,000) | - | (400,000) | - | - | (23,451,400) | - | - | (400,000) | (400,000) | MDPTPP06715130 | MDPTPP06715133 | Not Produced |
| 7/2/2001 | CHECK | (900,000) | - | (900,000) | - | - | (24,351,400) | - | - | (900,000) | (900,000) | MDPTPP06715145 | MDPTPP06715156 | Not Produced |
| 7/24/2001 | CHECK | (400,000) | - | (400,000) | - | - | (24,751,400) | - | - | (400,000) | (400,000) | MDPTPP06715145 | MDPTPP06715156 | Not Produced |
| 7/25/2001 | TRANS FROM 1J004930 (1J0049) | 2,874 [3] | - | - | - | - | (24,751,400) | - | - | - | - | MDPTPP06715145 | MDPTPP06715156 | Not Produced |
| 8/31/2001 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (25,751,400) | - | - | (1,000,000) | (1,000,000) | MDPTPP06715159 | MDPTPP06715168 | Not Produced |
| 10/1/2001 | CHECK | (800,000) | - | (800,000) | - | - | (26,551,400) | - | - | (800,000) | (800,000) | MDPTPP06715177 | MDPTPP06715181 | Not Produced |
| 11/1/2001 | CHECK | (400,000) | - | (400,000) | - | - | (26,951,400) | - | - | (400,000) | (400,000) | MDPTPP06715183 | MDPTPP06715191 | Not Produced |
| 1/3/2002 | CHECK | (2,100,000) | - | (2,100,000) | - | - | (29,051,400) | - | - | (2,100,000) | (2,100,000) | MDPTPP06715203 | MDPTPP06715214 | Not Produced |
| 3/1/2002 | CHECK | (300,000) | - | (300,000) | - | - | (29,351,400) | - | - | (300,000) | (300,000) | MDPTPP06715235 | MDPTPP06715244 | Not Produced |
| 4/1/2002 | CHECK | (2,500,000) | - | (2,500,000) | - | - | (31,851,400) | - | - | (2,500,000) | (2,500,000) | MDPTPP06715248 | MDPTPP06715263 | Not Produced |
| 4/1/2002 | TRANS FROM 1ZB03230 (1ZB032) | 3,000,000 [3] | - | - | - | - | (31,851,400) | - | - | - | - | MDPTPP06715248 | MDPTPP06715263 | Not Produced |
| 4/30/2002 | CHECK | (300,000) | - | (300,000) | - | - | (32,151,400) | - | - | (300,000) | (300,000) | MDPTPP06715248 | MDPTPP06715263 | Not Produced |
| 5/15/2002 | CHECK | 1,100,000 | 1,100,000 | - | - | - | (31,051,400) | - | - | - | - | MDPTPP06715265 | MDPTPP06715281 | Not Produced |
| 6/3/2002 | CHECK | (1,300,000) | - | (1,300,000) | - | - | (32,351,400) | - | - | (1,300,000) | (1,300,000) | MDPTPP06715284 | MDPTPP06715290 | Not Produced |
| 7/1/2002 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (33,351,400) | - | - | (1,000,000) | (1,000,000) | MDPTPP06715292 | MDPTPP06715306 | Not Produced |
| 8/1/2002 | CHECK | (250,000) | - | (250,000) | - | - | (33,601,400) | - | - | (250,000) | (250,000) | MDPTPP06715309 | MDPTPP06715322 | Not Produced |
| 8/14/2002 | TRANS FROM 1ZB03230 (1ZB032) | 4,000,000 [3] | - | - | - | - | (33,601,400) | - | - | - | - | MDPTPP06715309 | MDPTPP06715322 | Not Produced |
| 8/26/2002 | TRANS TO 1ZB26230 (1ZB262) | (350,000) [2] | - | - | - | - | (33,601,400) | - | - | - | - | MDPTPP06715309 | MDPTPP06715322 | Not Produced |
| 9/3/2002 | CHECK | (1,700,000) | - | (1,700,000) | - | - | (35,301,400) | - | - | (1,700,000) | (1,700,000) | MDPTPP06715325 | MDPTPP06715328 | Not Produced |
| 9/3/2002 | TRANS FROM 1ZB03230 (1ZB032) | 4,000,000 [3] | - | - | - | - | (35,301,400) | - | - | - | - | MDPTPP06715325 | MDPTPP06715328 | Not Produced |
| 10/1/2002 | CHECK | (900,000) | - | (900,000) | - | - | (36,201,400) | - | - | (900,000) | (900,000) | MDPTPP06715330 | MDPTPP06715342 | Not Produced |
| 10/25/2002 | CHECK | (750,000) | - | (750,000) | - | - | (36,951,400) | - | - | (750,000) | (750,000) | MDPTPP06715330 | MDPTPP06715342 | Not Produced |
| 12/2/2002 | CHECK | (750,000) | - | (750,000) | - | - | (37,701,400) | - | - | (750,000) | (750,000) | MDPTPP06715359 | MDPTPP06715365 | Not Produced |
| 12/23/2002 | CHECK | (2,000,000) | - | (2,000,000) | - | - | (39,701,400) | - | (2,000,000) | (2,000,000) | (2,000,000) | MDPTPP06715359 | MDPTPP06715365 | Not Produced |
| 2/3/2003 | TRANS TO 1ZB26230 (1ZB262) | (230,000) [2] | - | - | - | - | (39,701,400) | - | - | - | - | MDPTPP06715383 | MDPTPP06715397 | Not Produced |
| 2/26/2003 | TRANS TO 1ZB26230 (1ZB262) | (700,000) [2] | - | - | - | - | (39,701,400) | - | - | - | - | MDPTPP06715383 | MDPTPP06715397 | Not Produced |
| 4/22/2003 | CHECK | (300,000) | - | (300,000) | - | - | (40,001,400) | - | (300,000) | (300,000) | (300,000) | MDPTPP06715419 | MDPTPP06715422 | Not Produced |
| 5/13/2003 | CHECK | (1,100,000) | - | (1,100,000) | - | - | (41,101,400) | - | (1,100,000) | (1,100,000) | (1,100,000) | MDPTPP06715424 | MDPTPP06715439 | Not Produced |
| 6/30/2003 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (42,101,400) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP06715443 | MDPTPP06715455 | Not Produced |
| 7/18/2003 | CHECK | (500,000) | - | (500,000) | - | - | (42,601,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715458 | MDPTPP06715472 | Not Produced |
| 9/2/2003 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (43,601,400) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP06715488 | MDPTPP06715507 | Not Produced |
| 9/26/2003 | CHECK | (1,000,000) | - | (1,000,000) | - | - | (44,601,400) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP06715488 | MDPTPP06715507 | Not Produced |
| 12/2/2003 | CHECK | (750,000) | - | (750,000) | - | - | (45,351,400) | - | (750,000) | (750,000) | (750,000) | MDPTPP06715537 | MDPTPP06715554 | Not Produced |

Exhibit 7I – Detailed Schedule for the Principal Balance Calculation for Account 1ZB046

BLMIS ACCOUNT NO. 1ZB046 - GROSVENOR PARTNERS LTD C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | 2-Year Fictitious Profits | 6-Year Fictitious Profits | Post 1/1/2001 Fictitious Profits | Full History Fictitious Profits | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 1/2/2004 | CHECK | (3,500,000) | - | (3,500,000) | - | - | (48,851,400) | - | (3,500,000) | (3,500,000) | (3,500,000) | MDPTPP06715556 | MDPTPP06715567 | Not Produced |
| 3/3/2004 | TRANS FROM 1ZB26230 (1ZB262) | 6,000,000 | - | - | 6,000,000 | - | (42,851,400) | - | - | - | - | MDPTPP06715583 | MDPTPP06715587 | Not Produced |
| 3/12/2004 | CHECK | (500,000) | - | (500,000) | - | - | (43,351,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715583 | MDPTPP06715587 | Not Produced |
| 5/4/2004 | CHECK | (4,200,000) | - | (4,200,000) | - | - | (47,551,400) | - | (4,200,000) | (4,200,000) | (4,200,000) | MDPTPP06715607 | MDPTPP06715619 | Not Produced |
| 5/26/2004 | TRANS FROM 1ZB03230 (1ZB032) | 10,000,000 [3] | - | - | - | - | (47,551,400) | - | - | - | - | MDPTPP06715607 | MDPTPP06715619 | Not Produced |
| 6/28/2004 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (48,551,400) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP06715621 | MDPTPP06715643 | Not Produced |
| 6/30/2004 | TRANS TO 1ZB50930 (1ZB509) | (5,000,000) [2] | - | - | - | - | (48,551,400) | - | - | - | - | MDPTPP06715621 | MDPTPP06715643 | Not Produced |
| 6/30/2004 | TRANS TO 1ZB51030 (1ZB510) | (5,000,000) [2] | - | - | - | - | (48,551,400) | - | - | - | - | MDPTPP06715621 | MDPTPP06715643 | Not Produced |
| 9/2/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (49,051,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715665 | MDPTPP06715676 | Not Produced |
| 9/10/2004 | CHECK | 2,100,000 | 2,100,000 | - | - | - | (46,951,400) | - | - | - | - | MDPTPP06715665 | MDPTPP06715676 | Not Produced |
| 10/14/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (47,451,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715678 | MDPTPP06715681 | Not Produced |
| 12/14/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (47,951,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715703 | MDPTPP06715715 | Not Produced |
| 12/31/2004 | TRANS TO 1ZB50930 (1ZB509) | (13,970,000) [2] | - | - | - | - | (47,951,400) | - | - | - | - | MDPTPP06715703 | MDPTPP06715715 | Not Produced |
| 12/31/2004 | TRANS TO 1ZB51030 (1ZB510) | (35,680,000) [2] | - | - | - | - | (47,951,400) | - | - | - | - | MDPTPP06715703 | MDPTPP06715715 | Not Produced |
| 2/3/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (48,451,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715733 | MDPTPP06715737 | GROSVENOR-0347 |
| 3/1/2005 | TRANS TO 1ZB50930 (1ZB509) | (2,089,141) [2] | - | - | - | - | (48,451,400) | - | - | - | - | MDPTPP06715739 | MDPTPP06715752 | GROSVENOR-0352 |
| 3/1/2005 | TRANS TO 1ZB51030 (1ZB510) | (4,114,210) [2] | - | - | - | - | (48,451,400) | - | - | - | - | MDPTPP06715739 | MDPTPP06715752 | GROSVENOR-0352 |
| 3/1/2005 | TRANS FROM 1ZB03230 (1ZB032) | 1,003,827 [3] | - | - | - | - | (48,451,400) | - | - | - | - | MDPTPP06715739 | MDPTPP06715752 | GROSVENOR-0352 |
| 5/10/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (48,951,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715759 | MDPTPP06715767 | GROSVENOR-0366 |
| 5/27/2005 | CHECK WIRE | (3,500,000) | - | (3,500,000) | - | - | (52,451,400) | - | (3,500,000) | (3,500,000) | (3,500,000) | MDPTPP06715759 | MDPTPP06715767 | GROSVENOR-0370 |
| 8/24/2005 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (53,051,400) | - | (600,000) | (600,000) | (600,000) | MDPTPP06715780 | MDPTPP06715782 | GROSVENOR-0379 |
| 12/13/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (53,551,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715807 | MDPTPP06715812 | GROSVENOR-0394 |
| 2/28/2006 | TRANS TO 1ZB50930 (1ZB509) | (437,147) [2] | - | - | - | - | (53,551,400) | - | - | - | - | MDPTPP06715821 | MDPTPP06715826 | GROSVENOR-0530 |
| 2/28/2006 | TRANS TO 1ZB51030 (1ZB510) | (1,092,778) [2] | - | - | - | - | (53,551,400) | - | - | - | - | MDPTPP06715821 | MDPTPP06715826 | GROSVENOR-0530 |
| 3/27/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (54,051,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715828 | MDPTPP06715836 | GROSVENOR-0540 |
| 5/11/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (54,551,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715846 | MDPTPP06715850 | GROSVENOR-0550 |
| 8/25/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (55,051,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715866 | MDPTPP06715870 | GROSVENOR-0568 |
| 10/27/2006 | CHECK | (200,000) | - | (200,000) | - | - | (55,251,400) | - | (200,000) | (200,000) | (200,000) | MDPTPP06715879 | MDPTPP06715884 | GROSVENOR-0578 |
| 12/6/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (55,751,400) | - | (500,000) | (500,000) | (500,000) | MDPTPP06715892 | MDPTPP06715897 | GROSVENOR-0589 |
| 1/5/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (56,751,400) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP06715899 | MDPTPP06715901 | GROSVENOR-0052 |
| 3/29/2007 | TRANS TO 1ZB26230 (1ZB262) | (8,185,000) [2] | - | - | - | - | (56,751,400) | - | - | - | - | MDPTPP06715909 | MDPTPP06715914 | Not Produced |
| 7/3/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (57,251,400) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP06715936 | MDPTPP06715939 | GROSVENOR-0054 |
| 12/5/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (57,751,400) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP06715960 | MDPTPP06715964 | GROSVENOR-0082 |
| 1/18/2008 | TRANS TO 1ZB26230 (1ZB262) | (215,000) [2] | - | - | - | - | (57,751,400) | - | - | - | - | MDPTPP06715966 | MDPTPP06715968 | GROSVENOR-0494 |
| 2/21/2008 | TRANS TO 1ZA87930 (1ZA879) | (300,000) [2] | - | - | - | - | (57,751,400) | - | - | - | - | MDPTPP06715969 | MDPTPP06715970 | GROSVENOR-0497 |
| 6/16/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (58,251,400) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP06715986 | MDPTPP06715988 | GROSVENOR-0512 |
| | Total: | | $ 31,151,600 | $ (101,603,000) | $ 12,200,000 | $ - | $ (58,251,400) | $ (2,500,000) | $ (28,650,000) | $ (45,500,000) | $ (58,251,400) | | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[4] The 26 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 23 cash deposits were identified with a transaction code of "CA"; and (ii) three cash deposits were identified with a transaction code of "JRNL."

[5] The 131 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[6] The nine inter-account transfers into Account 1ZB046 were reflected on the Customer Statements with a transaction code of "CA."

[7] The 16 inter-account transfers out of Account 1ZB046 were reflected on the Customer Statements with a transaction code of "CW."