# Exhibit 7J

08-01789-cgm   Doc 21102-43   Filed 02/03/22   Entered 02/03/22 22:44:00   Ex. 7J
Pg 2 of 2

**Exhibit 7J – Detailed Schedule for the Principal Balance Calculation for Account 1ZB262**

BLMIS ACCOUNT NO. 1ZB262 - STRATTHAM C/O THOMAS G AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **BLMIS SOURCE DOCUMENT:** | | **BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS:** |
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits**[2] | **Withdrawals**[3] | **Transfers In**[4] | **Transfers Out**[5] | **Balance** | **Beg Bates** | **End Bates** | **Bates Ref** |
| 8/11/1995 | CHECK | 250,000 | 250,000 | - | - | - | 250,000 | MF00144505 | MF00144506 | MWPTAP00342327 |
| 8/22/1995 | CHECK | 250,000 | 250,000 | - | - | - | 500,000 | MF00144505 | MF00144506 | Not Produced |
| 8/22/1995 | CHECK RETURN 8/11/95 | (250,000) | (250,000) | - | - | - | 250,000 | MF00144505 | MF00144506 | Not Produced |
| 4/9/1998 | TRANS FROM 1ZB04630 (1ZB046) | 200,000 [1] | - | - | - | - | 250,000 | MDPTPP06847373 | MDPTPP06847376 | Not Produced |
| 12/1/1999 | TRANS FROM 1ZB04630 (1ZB046) | 200,000 [1] | - | - | - | - | 250,000 | MDPTPP06847489 | MDPTPP06847491 | Not Produced |
| 12/6/1999 | TRANS FROM 1ZB04630 (1ZB046) | 200,000 | - | - | - | - | 250,000 | MDPTPP06847489 | MDPTPP06847491 | Not Produced |
| 12/7/1999 | CXL 12/6 C&S (1ZB046) | (200,000) | - | - | - | - | 250,000 | MDPTPP06847489 | MDPTPP06847491 | Not Produced |
| 5/23/2000 | CHECK | (50,000) | - | (50,000) | - | - | 200,000 | MDPTPP06847515 | MDPTPP06847520 | MWPTAP00342349 |
| 8/24/2000 | CHECK | (75,000) | - | (75,000) | - | - | 125,000 | MDPTPP06847532 | MDPTPP06847535 | MWPTAP00342351 |
| 12/11/2000 | CHECK | (40,000) | - | (40,000) | - | - | 85,000 | MDPTPP06847558 | MDPTPP06847562 | MWPTAP00342353 |
| 5/10/2001 | CHECK | (75,000) | - | (75,000) | - | - | 10,000 | MDPTPP06847588 | MDPTPP06847590 | MWPTAP00342355 |
| 5/29/2001 | STOP PAYMENT | 75,000 | - | 75,000 | - | - | 85,000 | MDPTPP06847588 | MDPTPP06847590 | MWPTAP00342355 |
| 5/30/2001 | CHECK | (75,000) | - | (75,000) | - | - | 10,000 | MDPTPP06847588 | MDPTPP06847590 | MWPTAP00342355 |
| 7/12/2001 | CHECK | (55,000) | - | (55,000) | - | - | (45,000) | MDPTPP06847598 | MDPTPP06847601 | MWPTAP00342357 |
| 10/9/2001 | CHECK | (35,000) | - | (35,000) | - | - | (80,000) | MDPTPP06847615 | MDPTPP06847619 | MWPTAP00342359 |
| 4/2/2002 | CHECK | (35,000) | - | (35,000) | - | - | (115,000) | MDPTPP06847650 | MDPTPP06847655 | MWPTAP00342361 |
| 8/26/2002 | CHECK | (350,000) | - | (350,000) | - | - | (465,000) | MDPTPP06847677 | MDPTPP06847681 | Not Produced |
| 8/26/2002 | TRANS FROM 1ZB04630 (1ZB046) | 350,000 [1] | - | - | - | - | (465,000) | MDPTPP06847677 | MDPTPP06847681 | Not Produced |
| 8/29/2002 | CHECK | (350,000) | - | (350,000) | - | - | (815,000) | MDPTPP06847677 | MDPTPP06847681 | MWPTAP00342363 |
| 9/18/2002 | RETURNED CHECK | 350,000 | - | 350,000 | - | - | (465,000) | MDPTPP06847683 | MDPTPP06847685 | Not Produced |
| 2/3/2003 | TRANS FROM 1ZB04630 (1ZB046) | 230,000 [1] | - | - | - | - | (465,000) | MDPTPP06847711 | MDPTPP06847715 | Not Produced |
| 2/26/2003 | TRANS FROM 1ZB04630 (1ZB046) | 700,000 [1] | - | - | - | - | (465,000) | MDPTPP06847711 | MDPTPP06847715 | Not Produced |
| 4/25/2003 | CHECK | 5,450,000 | 5,450,000 | - | - | - | 4,985,000 | MDPTPP06847725 | MDPTPP06847727 | MWPTAP00342329 |
| 5/23/2003 | CHECK | 210,000 | 210,000 | - | - | - | 5,195,000 | MDPTPP06847729 | MDPTPP06847734 | MWPTAP00342331 |
| 7/17/2003 | CHECK | 410,000 | 410,000 | - | - | - | 5,605,000 | MDPTPP06847742 | MDPTPP06847748 | MWPTAP00342333 |
| 9/11/2003 | CHECK | 535,000 | 535,000 | - | - | - | 6,140,000 | MDPTPP06847757 | MDPTPP06847763 | MWPTAP00342335 |
| 10/17/2003 | CHECK | 635,000 | 635,000 | - | - | - | 6,775,000 | MDPTPP06847765 | MDPTPP06847770 | MWPTAP00342337 |
| 2/13/2004 | CHECK | 2,000,000 | 2,000,000 | - | - | - | 8,775,000 | MDPTPP06847790 | MDPTPP06847794 | MWPTAP00342339 |
| 3/3/2004 | TRANS TO 1ZB04630 (1ZB046) | (6,000,000) | - | - | - | (6,000,000) | 2,775,000 | MDPTPP06847796 | MDPTPP06847799 | Not Produced |
| 11/19/2004 | CHECK | (365,000) | - | (365,000) | - | - | 2,410,000 | MDPTPP06847845 | MDPTPP06847850 | MWPTAP00342365 |
| 3/1/2005 | CHECK | 430,000 | 430,000 | - | - | - | 2,840,000 | MDPTPP06847870 | MDPTPP06847875 | STR0000709 |
| 5/27/2005 | CHECK WIRE | (3,260,000) | - | (3,260,000) | - | - | (420,000) | MDPTPP06847881 | MDPTPP06847888 | STR0000697 |
| 9/14/2005 | CHECK | 375,000 | 375,000 | - | - | - | (45,000) | MDPTPP06847904 | MDPTPP06847911 | STR0000675 |
| 10/12/2005 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | (1,545,000) | MDPTPP06847913 | MDPTPP06847919 | STR0000665 |
| 12/19/2005 | CHECK WIRE | 30,000,000 | 30,000,000 | - | - | - | 28,455,000 | MDPTPP06847926 | MDPTPP06847934 | STR0000653 |
| 8/23/2006 | CHECK | 450,000 | 450,000 | - | - | - | 28,905,000 | MDPTPP06848033 | MDPTPP06848038 | STR0000547 |
| 2/7/2007 | CHECK | (500,000) | - | (500,000) | - | - | 28,405,000 | MDPTPP06848101 | MDPTPP06848116 | STR0000468 |
| 3/29/2007 | TRANS FROM 1ZB04630 (1ZB046) | 8,185,000 [1] | - | - | - | - | 28,405,000 | MDPTPP06848119 | MDPTPP06848135 | STR0000460 |
| 7/18/2007 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 18,405,000 | MDPTPP06848175 | MDPTPP06848179 | STR0000406 |
| 10/2/2007 | CHECK | (315,000) | - | (315,000) | - | - | 18,090,000 | MDPTPP06848213 | MDPTPP06848220 | STR0000364 |
| 1/18/2008 | TRANS FROM 1ZB04630 (1ZB046) | 215,000 [1] | - | - | - | - | 18,090,000 | MDPTPP06848255 | MDPTPP06848263 | STR0000216 |
| 2/11/2008 | CHECK | (915,000) | - | (915,000) | - | - | 17,175,000 | MDPTPP06848265 | MDPTPP06848270 | STR0000226 |
| 4/14/2008 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 16,175,000 | MDPTPP06848282 | MDPTPP06848291 | STR0000246 |
| 5/9/2008 | CHECK | (1,000,000) | - | (1,000,000) | - | - | 15,175,000 | MDPTPP06848293 | MDPTPP06848304 | STR0000256 |
| 9/29/2008 | CHECK WIRE | (4,250,000) | - | (4,250,000) | - | - | 10,925,000 | MDPTPP06848332 | MDPTPP06848343 | STR0000301 |
| | Total: | | $ 40,745,000 | $ (23,820,000) | $ - | $ (6,000,000) | $ 10,925,000 | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The 11 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 10 cash deposits were identified with a transaction code of "CA"; and (ii) one cash deposit was identified with a transaction code of "JRNL."

[3] The 18 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The seven inter-account transfers into Account 1ZB262 were reflected on the Customer Statements with a transaction code of "CA."

[5] The one inter-account transfer out of Account 1ZB262 was reflected on the Customer Statement with a transaction code of "CW."