# Exhibit 7K

**Exhibit 7K – Detailed Schedule for the Principal Balance Calculation for Account 1ZA879**

BLMIS ACCOUNT NO. 1ZA879 - KENN JORDAN ASSOCIATES C/O FRANK AVELLINO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[2] | Withdrawals[3] | Transfers In[4] | Transfers Out | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 1/4/1993 | CHECK | 1,375,000 | 1,375,000 | - | - | - | 1,375,000 | MF00442784 | MF00442785 | *Not Produced* |
| 3/29/1993 | CHECK | 100,000 | 100,000 | - | - | - | 1,475,000 | MF00392130 | MF00392131 | *Not Produced* |
| 4/1/1993 | CHECK | (10,000) | - | (10,000) | - | - | 1,465,000 | MF00389571 | MF00389572 | *Not Produced* |
| 6/15/1993 | CHECK | (15,000) | - | (15,000) | - | - | 1,450,000 | MF00414741 | MF00414743 | *Not Produced* |
| 7/12/1993 | CHECK | 130,000 | 130,000 | - | - | - | 1,580,000 | MF00402449 | MF00402450 | *Not Produced* |
| 9/22/1993 | CHECK | (25,000) | - | (25,000) | - | - | 1,555,000 | MF00408645 | MF00408646 | *Not Produced* |
| 10/15/1993 | CHECK | 50,000 | 50,000 | - | - | - | 1,605,000 | MF00354096 | MF00354097 | *Not Produced* |
| 12/23/1993 | CHECK | (75,000) | - | (75,000) | - | - | 1,530,000 | MF00448381 | MF00448383 | *Not Produced* |
| 12/31/1993 | CHECK | 90,000 | 90,000 | - | - | - | 1,620,000 | MF00448381 | MF00448383 | *Not Produced* |
| 5/16/1994 | CHECK | (280,000) | - | (280,000) | - | - | 1,340,000 | MF00282622 | MF00282624 | *Not Produced* |
| 1/3/1995 | CHECK | (50,000) | - | (50,000) | - | - | 1,290,000 | MF00226020 | MF00226022 | *Not Produced* |
| 6/13/1995 | CHECK | (75,000) | - | (75,000) | - | - | 1,215,000 | MF00202624 | MF00202626 | *Not Produced* |
| 9/28/1995 | CHECK | 60,000 | 60,000 | - | - | - | 1,275,000 | MF00131325 | MF00131328 | *Not Produced* |
| 5/29/1996 | CHECK | (80,000) | - | (80,000) | - | - | 1,195,000 | MDPTPP06580418 | MDPTPP06580424 | *Not Produced* |
| 9/6/1996 | CHECK | (75,000) | - | (75,000) | - | - | 1,120,000 | MDPTPP06580445 | MDPTPP06580449 | *Not Produced* |
| 12/18/1996 | CHECK | (175,000) | - | (175,000) | - | - | 945,000 | MDPTPP06580462 | MDPTPP06580466 | *Not Produced* |
| 3/18/1997 | CHECK | (50,000) | - | (50,000) | - | - | 895,000 | MDPTPP06580479 | MDPTPP06580484 | *Not Produced* |
| 6/10/1997 | CHECK | (50,000) | - | (50,000) | - | - | 845,000 | MDPTPP06580499 | MDPTPP06580504 | *Not Produced* |
| 9/9/1997 | CHECK | (50,000) | - | (50,000) | - | - | 795,000 | MDPTPP06580517 | MDPTPP06580520 | *Not Produced* |
| 12/11/1997 | CHECK | (100,000) | - | (100,000) | - | - | 695,000 | MDPTPP06580534 | MDPTPP06580537 | *Not Produced* |
| 2/6/1998 | CHECK | (150,000) | - | (150,000) | - | - | 545,000 | MDPTPP06580545 | MDPTPP06580548 | *Not Produced* |
| 5/21/1998 | CHECK | (350,000) | - | (350,000) | - | - | 195,000 | MDPTPP06580562 | MDPTPP06580567 | *Not Produced* |
| 9/4/1998 | CHECK | (60,000) | - | (60,000) | - | - | 135,000 | MDPTPP06580583 | MDPTPP06580589 | *Not Produced* |
| 10/1/1998 | CHECK | 75,000 | 75,000 | - | - | - | 210,000 | MDPTPP06580591 | MDPTPP06580595 | *Not Produced* |
| 12/7/1998 | CHECK | (50,000) | - | (50,000) | - | - | 160,000 | MDPTPP06580603 | MDPTPP06580606 | *Not Produced* |
| 8/30/1999 | CHECK | 120,000 | 120,000 | - | - | - | 280,000 | MDPTPP06580648 | MDPTPP06580653 | *Not Produced* |
| 10/8/1999 | CHECK | (75,000) | - | (75,000) | - | - | 205,000 | MDPTPP06580660 | MDPTPP06580664 | *Not Produced* |
| 3/27/2000 | CHECK | (100,000) | - | (100,000) | - | - | 105,000 | MDPTPP06580688 | MDPTPP06580693 | *Not Produced* |
| 4/14/2000 | CHECK | (300,000) | - | (300,000) | - | - | (195,000) | MDPTPP06580695 | MDPTPP06580697 | *Not Produced* |
| 7/3/2001 | CHECK | 1,100,000 | 1,100,000 | - | - | - | 905,000 | MDPTPP06580784 | MDPTPP06580788 | 10-05421_BHScanned_Daley_0028312 |
| 1/23/2002 | CHECK | 200,000 | 200,000 | - | - | - | 1,105,000 | MDPTPP06580818 | MDPTPP06580823 | 10-05421_BHScanned_Daley_0028309 |
| 3/5/2002 | CHECK | (300,000) | - | (300,000) | - | - | 805,000 | MDPTPP06580831 | MDPTPP06580836 | *Not Produced* |
| 8/1/2002 | CHECK | (200,000) | - | (200,000) | - | - | 605,000 | MDPTPP06580866 | MDPTPP06580870 | *Not Produced* |
| 10/1/2002 | CHECK | (200,000) | - | (200,000) | - | - | 405,000 | MDPTPP06580876 | MDPTPP06580881 | *Not Produced* |
| 10/25/2002 | CHECK | (500,000) | - | (500,000) | - | - | (95,000) | MDPTPP06580876 | MDPTPP06580881 | *Not Produced* |
| 12/23/2002 | CHECK | (100,000) | - | (100,000) | - | - | (195,000) | MDPTPP06580886 | MDPTPP06580888 | *Not Produced* |
| 1/23/2003 | CHECK | 500,000 | 500,000 | - | - | - | 305,000 | MDPTPP06580890 | MDPTPP06580895 | *Not Produced* |
| 9/2/2003 | CHECK | (300,000) | - | (300,000) | - | - | 5,000 | MDPTPP06580943 | MDPTPP06580949 | *Not Produced* |
| 1/2/2004 | CHECK | 200,000 | 200,000 | - | - | - | 205,000 | MDPTPP06580967 | MDPTPP06580974 | KENN JORDAN-0705 |
| 3/12/2004 | CHECK | (200,000) | - | (200,000) | - | - | 5,000 | MDPTPP06580983 | MDPTPP06580985 | KENN JORDAN-0718 |
| 10/27/2005 | CHECK | 1,000,000 | 1,000,000 | - | - | - | 1,005,000 | MDPTPP06581092 | MDPTPP06581098 | KENN JORDAN-0810 |
| 2/1/2006 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 5,000 | MDPTPP06581120 | MDPTPP06581125 | KENN JORDAN-0831 |
| 4/17/2006 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (745,000) | MDPTPP06581134 | MDPTPP06581141 | KENN JORDAN-0845 |
| 10/2/2006 | CHECK | 200,000 | 200,000 | - | - | - | (545,000) | MDPTPP06581176 | MDPTPP06581181 | KENN JORDAN-0879 |
| 6/7/2007 | CHECK | 750,000 | 750,000 | - | - | - | 205,000 | MDPTPP06581224 | MDPTPP06581229 | KENN JORDAN-0676 |
| 2/21/2008 | TRANS FROM 1ZB04630 *(1ZB046)* | 300,000 [1] | - | - | - | - | 205,000 | MDPTPP06581262 | MDPTPP06581263 | KENN JORDAN-0897 |
| | Total: | | $ 5,950,000 | $ (5,745,000) | $ - | $ - | $ 205,000 | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The 15 cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) 14 cash deposits were identified with a transaction code of "CA"; and (ii) one cash deposit was identified with a transaction code of "JRNL."

[3] The 30 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The one inter-account transfer into Account 1ZA879 was reflected on the Customer Statement with a transaction code of "CA."