# Exhibit 7M

**Exhibit 7M – Detailed Schedule for the Principal Balance Calculation for Account 1ZB510**

BLMIS ACCOUNT NO. 1ZB510 - ST JAMES ASSOCIATES MICHAEL BIENES, DIANE BIENES GENERAL PARTNERS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[2] | Withdrawals[3] | Transfers In[4] | Transfers Out | Balance | 2-Year Fictitious Profits | 6-Year Fictitious Profits | Post 1/1/2001 Fictitious Profits | Full History Fictitious Profits | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 6/30/2004 | TRANS FROM 1ZB04630 (*1ZB046*) | 5,000,000 [1] | - | - | - | - | - | - | - | - | - | MDPTPP07037337 | MDPTPP07037337 | 10-05421_BIENES_006210 |
| 12/31/2004 | TRANS FROM 1ZB04630 (*1ZB046*) | 35,680,000 [1] | - | - | - | - | - | - | - | - | - | MDPTPP07037361 | MDPTPP07037368 | 10-05421_BIENES_006181 |
| 1/3/2005 | CHECK WIRE | (1,100,000) | - | (1,100,000) | - | - | (1,100,000) | - | (100,000) | (100,000) | (100,000) | MDPTPP07037370 | MDPTPP07037383 | 10-05421_BIENES_000044 |
| 2/25/2005 | CHECK WIRE | (700,000) | - | (700,000) | - | - | (1,800,000) | - | (700,000) | (700,000) | (700,000) | MDPTPP07037386 | MDPTPP07037390 | 10-05421_BIENES_000060 |
| 3/1/2005 | TRANS FROM 1ZB04630 (*1ZB046*) | 4,114,210 [1] | - | - | - | - | (1,800,000) | - | - | - | - | MDPTPP07037392 | MDPTPP07037405 | 10-05421_BIENES_000066 |
| 6/14/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,300,000) | - | (500,000) | (500,000) | (500,000) | MDPTPP07037427 | MDPTPP07037437 | 10-05421_BIENES_000101 |
| 9/15/2005 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (3,050,000) | - | (750,000) | (750,000) | (750,000) | MDPTPP07037449 | MDPTPP07037470 | 10-05421_BIENES_000134 |
| 12/1/2005 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (3,250,000) | - | (200,000) | (200,000) | (200,000) | MDPTPP07037498 | MDPTPP07037514 | 10-05421_BIENES_000172 |
| 1/23/2006 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | (5,250,000) | - | (2,000,000) | (2,000,000) | (2,000,000) | MDPTPP07037517 | MDPTPP07037532 | 10-05421_BIENES_000202 |
| 2/27/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (5,750,000) | - | (500,000) | (500,000) | (500,000) | MDPTPP07037535 | MDPTPP07037539 | 10-05421_BIENES_000209 |
| 2/28/2006 | TRANS FROM 1ZB04630 (*1ZB046*) | 1,092,778 [1] | - | - | - | - | (5,750,000) | - | - | - | - | MDPTPP07037535 | MDPTPP07037539 | 10-05421_BIENES_000210 |
| 4/4/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (6,250,000) | - | (500,000) | (500,000) | (500,000) | MDPTPP07037560 | MDPTPP07037573 | 10-05421_BIENES_000234 |
| 6/20/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (6,750,000) | - | (500,000) | (500,000) | (500,000) | MDPTPP07037586 | MDPTPP07037598 | 10-05421_BIENES_000269 |
| 9/6/2006 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (7,750,000) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP07037620 | MDPTPP07037630 | 10-05421_BIENES_000295 |
| 10/5/2006 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (8,750,000) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP07037632 | MDPTPP07037646 | 10-05421_BIENES_000306 |
| 12/8/2006 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (9,750,000) | - | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP07037657 | MDPTPP07037673 | 10-05421_BIENES_000331 |
| 1/9/2007 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | (11,750,000) | (2,000,000) | (2,000,000) | (2,000,000) | (2,000,000) | MDPTPP07037675 | MDPTPP07037680 | 10-05421_BIENES_000349 |
| 2/21/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (12,750,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP07037681 | MDPTPP07037695 | 10-05421_BIENES_000362 |
| 9/5/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (13,750,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP07037769 | MDPTPP07037789 | 10-05421_BIENES_000443 |
| 12/13/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (14,750,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | MDPTPP07037821 | MDPTPP07037832 | 10-05421_BIENES_000498 |
| 1/8/2008 | CHECK WIRE | (1,200,000) | - | (1,200,000) | - | - | (15,950,000) | (1,200,000) | (1,200,000) | (1,200,000) | (1,200,000) | MDPTPP07037834 | MDPTPP07037842 | 10-05421_BIENES_000508 |
| 1/29/2008 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (16,550,000) | (600,000) | (600,000) | (600,000) | (600,000) | MDPTPP07037834 | MDPTPP07037842 | 10-05421_BIENES_000512 |
| 4/24/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (17,050,000) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP07037861 | MDPTPP07037870 | 10-05421_BIENES_000539 |
| 6/17/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (17,550,000) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP07037886 | MDPTPP07037890 | 10-05421_BIENES_000561 |
| 7/29/2008 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (16,550,000) | - | - | - | - | MDPTPP07037892 | MDPTPP07037900 | 10-05421_BIENES_000569 |
| 8/25/2008 | CHECK | (400,000) | - | (400,000) | - | - | (16,950,000) | - | - | - | - | MDPTPP07037902 | MDPTPP07037910 | 10-05421_BIENES_000580 |
| 8/27/2008 | STOP PAYMENT | 400,000 | - | 400,000 | - | - | (16,550,000) | - | - | - | - | MDPTPP07037902 | MDPTPP07037910 | 10-05421_BIENES_000580 |
| 8/27/2008 | CHECK WIRE | (400,000) | - | (400,000) | - | - | (16,950,000) | (400,000) | (400,000) | (400,000) | (400,000) | MDPTPP07037902 | MDPTPP07037910 | 10-05421_BIENES_000580 |
| 9/30/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (17,450,000) | (500,000) | (500,000) | (500,000) | (500,000) | MDPTPP07037913 | MDPTPP07037924 | 10-05421_BIENES_000595 |
| | Total: | | $ 1,000,000 | $ (18,450,000) | $ - | $ - | $ (17,450,000) | $ (8,700,000) | $ (17,450,000) | $ (17,450,000) | $ (17,450,000) | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The one cash deposit was reflected on the Customer Statement with a transaction code of "CA."

[3] The 22 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[4] The four inter-account transfers into Account 1ZB510 were reflected on the Customer Statements with a transaction code as follows: (i) three inter-account transfers with a transaction code of "CA"; and (ii) one inter-account transfer with a transaction code of "JRNL."