# Exhibit 8

**Exhibit 8 – Detailed Schedule for the Principal Balance Calculation for Account 1ZB249**

**BLMIS ACCOUNT NO. 1ZB249 - MAYFAIR BOOKKEEPING SERV INC MAYFAIR PENSION PLAN C/O FRANK AVELLINO**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | **Transaction Description as Reported on** | **Amount as Reported on** | | | | | | **BLMIS SOURCE DOCUMENT:** | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits[1]** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **Beg Bates** | **End Bates** |
| 1/27/1995 | CHECK | 2,742,892 | 2,742,892 | - | - | - | 2,742,892 | MF00199237 | MF00199237 |
| | Total: | | $ 2,742,892 | $ - | $ - | $ - | $ 2,742,892 | | |

[1] The one cash deposit was reflected on the Customer Statement with a transaction code of "JRNL."