**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> THE PUBLIC INSTITUTION FOR SOCIAL SECURITY, <br><br> Defendant. | Adv. Pro. No. 12-01002 (CGM) |

## AMENDED STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78*aaa–lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant The Public Institution for Social Security ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on January 5, 2012, the Trustee commenced adversary proceeding number 12-01002 (the "Action") and filed a complaint ("Complaint") against Defendant to recover subsequent transfers Defendant allegedly received from Fairfield Sentry Limited;

**WHEREAS**, the Parties previously entered into a stipulation, so ordered by the Court, setting forth a schedule for Defendant's response to the Complaint [Dkt. No. 112];

**WHEREAS**, the Parties seek to amend the agreed-upon schedule due to a scheduling conflict;

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant shall respond to the Complaint in the Action by February 25, 2022.  If Defendant files a motion to dismiss the Complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage.  The Trustee shall respond to the motion by April 26, 2022, and Defendant shall file its reply by May 26, 2022.

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files such a motion to dismiss the Complaint, the Parties shall request oral argument on the motion on a mutually agreeable date consistent with the Court's availability.

Dated: February 4, 2022
New York, New York

By: /s/ *Brian W. Song*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Brian W. Song
Email: bsong@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ *Joseph P. Davis*
**GREENBERG TAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Leo Muchnik
Email: muchnikl@gtlaw.com

One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6204
Facsimile: (617) 279-6001
Joseph P. Davis (admitted *pro hac vice*)
Email: davisjo@gtlaw.com

*Attorneys for Defendant The Public Institution For Social Security*

**Dated: February 7, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**