UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re BERNARD L. MADOFF                                       :
INVESTMENT SECURITIES LLC                                     :
                                                              :
-------------------------------------------------------------:
                                                              :     18-CV-9916 (VSB)
BERNARD L. MADOFF INVESTMENT                                  :     19-CV-812 (VSB)
SECURITIES LLC,                                               :
                                          Debtor.             :     **ORDER**
                                                              :
-------------------------------------------------------------X
                                                              :
IRVING H. PICARD                                              :
*Trustee for the Liquidation of Bernard L.*                   :
*Madoff Investment Securities LLC*,                           :
                                                              :
                                       Plaintiff-             :
                                       Appellee,              :
                                                              :
              - against -                                     :
                                                              :
BAM L.P., et al.,                                             :
                                                              :
                                       Defendants-            :
                                       Appellants.            :
                                                              :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On February 26, 2020, I issued an order denying Defendants' motion to withdraw the bankruptcy reference, (Doc.1), in this case and denying Defendants' motion for leave to appeal (*In Re: Bernard L. Madoff Investment Securities LLC*, 19-cv-812), (Doc. 28.)  I ordered the Clerk of Court to terminate the open motion at Document 1 of 18-cv-9916, and close the appeal at *In Re: Bernard L. Madoff Investment Securities LLC*, 19- cv-812, Doc. 1, but did not order the Clerk of Court to terminate this case.  It is hereby:

1

ORDERED that the Clerk of Court terminate this case.

SO ORDERED.

Dated: February 9, 2022
      New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge