# **EXHIBIT A**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Partnership
KEN-WEN FAMILY LIMITED PARTNERSHIP

**Filing Information**

| | |
|---|---|
| **Document Number** | A00000001551 |
| **FEI/EIN Number** | 65-1016228 |
| **Date Filed** | 10/04/2000 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | REVOKED FOR ANNUAL REPORT |
| **Event Date Filed** | 09/28/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

230B SOUTH COUNTY RD
PALM BEACH, FL 33480

Changed: 04/28/2011

**Mailing Address**

230B SOUTH COUNTY RD
PALM BEACH, FL 33480

Changed: 04/28/2011

**Registered Agent Name & Address**

SHAW, DORIS
230B SOUTH COUNTY RD
PALM BEACH, FL 33480

Name Changed: 04/22/2008

Address Changed: 04/28/2011

**General Partner Detail**

**Name & Address**

BROWN, WENDY
230B SOUTH COUNTY RD
PALM BEACH, FL 33480

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2009 | 04/30/2009 |
| 2010 | 04/29/2010 |
| 2011 | 04/28/2011 |

**Document Images**

| | |
|---|---|
| 04/28/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2008 -- LP Amendment | View image in PDF format |
| 04/22/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/06/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2003 -- ANNUAL REPORT | View image in PDF format |
| 06/05/2002 -- REINSTATEMENT | View image in PDF format |
| 05/03/2001 -- ANNUAL REPORT | View image in PDF format |
| 10/04/2000 -- Domestic LP | View image in PDF format |

Florida Department of State, Division of Corporations

# 2006 LIMITED PARTNERSHIP ANNUAL REPORT

DOCUMENT# A00000001551

**FILED**
**Apr 26, 2006**
**Secretary of State**

**Entity Name:** KEN-WEN FAMILY LIMITED PARTNERSHIP

**Current Principal Place of Business:**

405 S.W. ATLANTIC DRIVE
LANTANA, FL  33462

**New Principal Place of Business:**

**Current Mailing Address:**

405 S.W. ATLANTIC DRIVE
LANTANA, FL  33462

**New Mailing Address:**

FEI Number: 65-1016228    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

BROWN, KENNETH W
405 S.W. ATLANTIC DRIVE
LANTANA, FL  33462    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
              Electronic Signature of Registered Agent                                    Date

**GENERAL PARTNER INFORMATION:**

Document #:
Name:        BROWN, KENNETH W
Address:     405 S.W. ATLANTIC DRIVE
City-St-Zip: LANTANA, FL  33462
Document #:
Name:        BROWN, WENDY
Address:     405 S.W. ATLANTIC DRIVE
City-St-Zip: LANTANA, FL  33462

**ADDRESS CHANGES ONLY:**

Address:
City-St-Zip:

Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a General Partner of the limited partnership or the receiver or trustee empowered to execute this report as required by Chapter 620, Florida Statutes.

SIGNATURE: WENDY BROWN                                            GP                     04/26/2006
              Electronic Signature of Signing General Partner                              Date

# 2007 LIMITED PARTNERSHIP ANNUAL REPORT

DOCUMENT# A00000001551

**FILED
Apr 30, 2007
Secretary of State**

**Entity Name:** KEN-WEN FAMILY LIMITED PARTNERSHIP

**Current Principal Place of Business:**

405 S.W. ATLANTIC DRIVE
LANTANA, FL  33462

**New Principal Place of Business:**

**Current Mailing Address:**

405 S.W. ATLANTIC DRIVE
LANTANA, FL  33462

**New Mailing Address:**

FEI Number: 65-1016228    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

BROWN, KENNETH W
405 S.W. ATLANTIC DRIVE
LANTANA, FL  33462    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
           Electronic Signature of Registered Agent                                      Date

**GENERAL PARTNER INFORMATION:**

Document #:
Name:       BROWN, KENNETH W
Address:    405 S.W. ATLANTIC DRIVE
City-St-Zip: LANTANA, FL  33462
Document #:
Name:       BROWN, WENDY
Address:    405 S.W. ATLANTIC DRIVE
City-St-Zip: LANTANA, FL  33462

**ADDRESS CHANGES ONLY:**

Address:
City-St-Zip:

Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a General Partner of the limited partnership or the receiver or trustee empowered to execute this report as required by Chapter 620, Florida Statutes.

SIGNATURE:  WENDY BROWN                                    GP              04/30/2007
           Electronic Signature of Signing General Partner                       Date

# 2008 LIMITED PARTNERSHIP ANNUAL REPORT
## Due By May 1, 2008

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

08 APR 22 AM 10:39

**DOCUMENT # A00000001551**

1. Entity Name
KEN-WEN FAMILY LIMITED PARTNERSHIP

| Principal Place of Business | Mailing Address |
|---|---|
| 405 S.W. ATLANTIC DRIVE<br>LANTANA, FL 33462 | 405 S.W. ATLANTIC DRIVE<br>LANTANA, FL 33462 |
| 2. Principal Place of Business - No P.O. Box #<br>270 South County Road | 3. Mailing Address<br>270 South County Road |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State<br>Palm Beach, FL | City & State<br>Palm Beach, FL |
| Zip 33480  Country | Zip 33480  Country |

03252008    Chg-LP    CR2E003 (12/06)

4. FEI Number: 65-1016228    Applied For / Not Applicable
5. Certificate of Status Desired ☐    $8.75 Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| BROWN, KENNETH W<br>405 S.W. ATLANTIC DRIVE<br>LANTANA, FL 33462 | Name: Doris Shaw<br>Street Address (P.O. Box Number is Not Acceptable)<br>270 South County Road<br>City: Palm Beach  FL  Zip Code: 33480 |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE: _Doris Shaw_    3/26/08
Signature, typed or printed name of registered agent and title if applicable.    DATE

**FILE NOW!!! FEE IS $500.00**
**After May 1, 2008, Fee will be $900.00**

A GENERAL PARTNER THAT IS A BUSINESS ENTITY MUST BE REGISTERED AND ACTIVE WITH THIS OFFICE.
NOTE: General Partners MAY NOT be changed on the form; an amendment must be filed to change a general partner.

| 12. | GENERAL PARTNER INFORMATION | 13. | ADDRESS CHANGES ONLY |
|---|---|---|---|
| DOCUMENT #<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | BROWN, KENNETH W<br>405 S.W. ATLANTIC DRIVE<br>LANTANA, FL 33462 | STREET ADDRESS<br>CITY-ST-ZIP | 270 South County Road<br>Palm Beach, FL 33480 |
| DOCUMENT #<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | BROWN, WENDY<br>405 S.W. ATLANTIC DRIVE<br>LANTANA, FL 33462 | STREET ADDRESS<br>CITY-ST-ZIP | 270 South County Road<br>Palm Beach, FL 33480 |
| DOCUMENT #<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | STREET ADDRESS<br>CITY-ST-ZIP | |
| DOCUMENT #<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | STREET ADDRESS<br>CITY-ST-ZIP | |
| DOCUMENT #<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | STREET ADDRESS<br>CITY-ST-ZIP | |
| DOCUMENT #<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | STREET ADDRESS<br>CITY-ST-ZIP | |

04/22/08--01016--013  **500.00

14. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a General Partner of the limited partnership or the receiver or trustee empowered to execute this report as required by Chapter 620, Florida Statutes.

**SIGNATURE:** _Wendy Brown_    3/26/08
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING GENERAL PARTNER    Date    Daytime Phone #

STAPLE CHECK HERE