# **EXHIBIT B**

United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 13-13343-EPK
Kenneth William Brown                                                 Chapter 11
       Debtor              **CERTIFICATE OF NOTICE**

District/off: 113C-9          User: leonardmd           Page 1 of 2           Date Rcvd: Feb 21, 2013
                              Form ID: B9E              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2013.
db          +Kenneth William Brown,    4020 South Ocean Blvd,    Manalapan, FL 33462-6217
aty         +Laudy Luna, Esq.,    44 W Flagler St 25 Fl,   Miami, FL 33130-1808
cr          +Bank of America, N.A.,    c/o Liebler, Gonzalez & Portuondo, P.A.,    44 West Flagler Street,
              25th Floor,    Miami, FL 33130-6803,   U.S.A.
91089526     Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235
91089530    +FIA Card Services,    P.O. Box 982238,    El Paso, TX 79998-2238
91089531    +Frank & Susan Rodriguez,    255 Alhambra Circle, Suite 1150,    Miami, FL 33134-7415
91089533    +GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
91089534    +Kubota Credit Corp,    1025 North Brook Parkway,    Suwanee, GA 30024-2967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: dlm@tmbk11.com Feb 22 2013 01:55:37     David L. Merrill, Esq.,    205 Worth Ave #320,
              Palm Beach, FL  33480
smg          EDI: FLDEPREV.COM Feb 22 2013 01:13:00      Florida Department of Revenue,    POB 6668,
              Bankruptcy Division,    Tallahassee, FL  32314-6668
smg          EDI: IRS.COM Feb 22 2013 01:13:00     IRS,   POB 7346,   Philadelphia, PA  19101-7346
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Feb 22 2013 02:37:32      Office of the US Trustee,
              51 S.W. 1st Ave.,   Suite 1204,    Miami, FL 33130-1614
91089524     EDI: AMEREXPR.COM Feb 22 2013 01:13:00      American Express,    P.O. Box 360001,
              Fort Lauderdale, FL 33336-0001
91089525    +EDI: BANKAMER2.COM Feb 22 2013 01:13:00      Bank of America,    100 North Tryon Street,
              Charlotte, NC 28255-0001
91089527     EDI: TSYS2.COM Feb 22 2013 01:13:00      Barclaycard,   Card Services,    P.O. Box 8802,
              Wilmington, DE 19899-8802
91089528     EDI: CAPITALONE.COM Feb 22 2013 01:13:00      Capital One Bank (USA), N.A.,    P.O. Box 650007,
              Dallas, TX 75265-0007
91089529     EDI: CHASE.COM Feb 22 2013 01:13:00      Chase,   Cardmember Services,    P.O. Box 15153,
              Wilmington, DE 19886-5153
91089532    +EDI: RMSC.COM Feb 22 2013 01:13:00      GE Capital Retail Bank,    P.O.Box 981400,
              El Paso, TX 79998-1400
91089535    +EDI: TSYS2.COM Feb 22 2013 01:13:00      Macy's Star Rewards,    Bankruptcy Processing,
              P.O. Box 8053,    Mason, OH 45040-8053
91089538    +EDI: STF1.COM Feb 22 2013 01:13:00      SunTrust Mortgage, Inc.,    Mail Code RVW 3054,
              1001 Semmes Avenue,    Richmond, VA 23224-2245
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91089537       Paradise Bank
91089536     ##+Ocala National Bank,    3001 SE Maricamp Road,    Ocala, FL 34471-6249
                                                                                TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2013**             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-9          User: leonardmd              Page 2 of 2                  Date Rcvd: Feb 21, 2013
                              Form ID: B9E                 Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2013 at the address(es) listed below:
          David L. Merrill    on behalf of Debtor Kenneth Brown dlm@tmbk11.com, tmt@tmbk11.com
          Laudy  Luna    on behalf of Creditor  Bank of America, N.A. ll@lgplaw.com, de@lgplaw.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          TOTAL: 3

**FORM B9E** (Chapter 11 Individual or Joint Debtor Case) (2/4/13)      Case Number **13–13343–EPK**

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/14/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.
**NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

**Debtor(s) name(s) and address(es)** (for names include married, maiden and trade used by the debtor(s) in the last 8 years):
Kenneth William Brown
4020 South Ocean Blvd
Manalapan, FL 33462

| **Case Number:** 13–13343–EPK | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–5007 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>David L. Merrill Esq.<br>205 Worth Ave #320<br>Palm Beach, FL 33480<br>**Telephone number:** 561.899.3333 | **Bankruptcy Trustee (name and address):**<br>Not Applicable |

## MEETING OF CREDITORS

Date: **March 28, 2013**         Time: **08:30 AM**

Location: **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401**

**Note: Debtors must bring original government–issued photo identification and proof of the social security number (or, if applicable, Tax ID) to this meeting.**
**WARNING TO DEBTOR:** Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.

## Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **6/26/13**     For a governmental unit: **8/13/13**, or as provided by 11 USC Sec. 502(b)(9), whichever is later.

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 05/28/2013**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of the confirmation hearing date will be provided by separate order.

**Deadline to Object to Exemptions:**
Thirty days after the *conclusion* of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401<br>Telephone: 561–514–4100 | |
|---|---|
| **Hours Open:** Monday – Friday 8:30 AM – 4:00 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Katherine Gould Feldman<br>**For:** Judge Erik P. Kimball<br>**Date:** 2/21/13 |

## EXPLANATIONS

FORM B9E (2/4/13)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, (or the existing case under another chapter has been converted to chapter 11). Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government−issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. However, if this is a converted case, all claims filed under the initial chapter shall be deemed filed and need not to be refiled. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007−1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>Claims should be filed using the Official B10 Proof of Claim form available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed on the front of this notice. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope. As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. Prior to receiving a discharge, the debtor must file and serve the Local Form "Debtor's Statement Re 11 U.S.C. Section 522(q)(1) Applicability, etc., and Notice of Deadline to Object", as required under Local Rule 4004−3(A)(9). |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office. Documents may be viewed in electronic format at any clerk's office public terminal (no charge for viewing) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536−5979 or (800)473−0226. |

## EXPLANATIONS (CONTINUED)                                      FORM B9E (2/4/13)

| | |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| **KENNETH WILLIAM BROWN** | Case No. 13-13343-BKC-EPK |
| Debtor. | Chapter 11 Case |
| _____/ | |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1  [ECF #33 & 34]**

**I HEREBY CERTIFY** that true and correct copy of Orders [ECF ##33 & 34] was furnished on the 19th day of March, 2013 to all persons listed on the attached Service List via electronic notice or U.S. Mail.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:   March 19, 2013.

**TALARCHYK MERRILL, LLC**

_/s/ Tina M. Talarchyk_
Tina M. Talarchyk, Esquire
Fla. Bar. No 794872
The Worth Avenue Building
205 Worth Avenue, Suite 320
Palm Beach, FL  33480
(o) +1.561.899.3333
(f)  +1.561.899.3379
tmt@tmbk11.com
www.tmbk11.com

1

**TALARCHYK MERRILL**

## SERVICE MATRIX

**13-13343-EPK Notice will be electronically mailed to:**

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Kenneth W. Lockwood on behalf of Creditor Suntrust Mortgage, Inc.
bk@dczahm.com

Laudy Luna on behalf of Creditor Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

David L. Merrill on behalf of Debtor Kenneth Brown
dlm@tmbk11.com, tmt@tmbk11.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bradley S Shraiberg on behalf of Creditor Wendy Brown
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

Tina M. Talarchyk on behalf of Debtor Kenneth Brown
tmt@tmbk11.com, cmecf@tmbk11.com;dlm@tmbk11.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

KENNETH WILLIAM BROWN,

Case No: 13-13343-EPK

Chapter 11 Case

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Chapter 11 Plan of Reorganization Dated May 2, 2014* [DE#173], *Chapter 11 Disclosure Statement Dated May 2, 2014* [DE#174], and *Order (I) Setting Hearing to Consider Approval of Disclosure Statement; (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Serve Notice* [DE#175] were furnished to all persons listed on the attached Service List via electronic notice or U.S. Mail this May 13, 2014.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**OZMENT MERRILL**

By: /s/ *David Lloyd Merrill*
DAVID LLOYD MERRILL, Esq.
Florida Bar No. 99155
2001 Palm Beach Lakes Blvd.
Suite 410
West Palm Beach, FL 33409
(o) +1.561.689.6789
(f) +1.561.689.6767
david@ombkc.com
Attorneys for Debtor

## SERVICE LIST

**13-13343-EPK Notice will be electronically mailed to:**

**(Certified Mail)**
Peter Martino
Re: Bank of America NA
FDIC- Tampa Office
5844 Old Pasco Rd, STE 110
Wesley Chapel, FL 33544

**(Certified Mail)**
Brian Moynihan, CEO & President
Bank of America Corporation
401 N Tryon Street
NC1-021-02-20
Charlotte, NC 28255

**(Certified Mail)**
C T Corporation System,
Registered Agent for: Bank of America Corporation
1200 South Pine Island Road
Plantation, FL 33324

**(Certified Mail)**
Paradise Bank
2420 N FEDERAL HWY
BOCA RATON, FL 33431

**(Certified Mail)**
WILLIAM J BURKE
Registered Agent for Paradise Bank
2420 N FEDERAL HWY
BOCA RATON, FL 33431

**(Certified Mail)**
SUNTRUST MORTGAGE, INC.
901 SEMMES AVE.
RICHMOND, VA 23224

**(Certified Mail)**
CORPORATION SERVICE COMPANY
Registered Agent for SUNTRUST MORTGAGE, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301

Label Matrix for local noticing
113C-9
Case 13-13343-EPK
Southern District of Florida
West Palm Beach
Tue May 13 16:07:31 EDT 2014

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo, P.A.
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Carlson & Lewittes, P.A.
One Southeast Third Avenue
Suite 1200
Miami, fl 33131-1708

GMAC Mortgage, LLC
c/o Nicole M Mariani
P.O. Box 800
Tampa, FL 33601-0800

Paradise Bank
c/o Rappaport Osborne & Rappaport, PL
1300 N Federal Hwy Ste 203
Boca Raton, FL 33432-2848

RES-FL SIX, LLC
c/o Stephen P. Drobny, Esq.
Jones Walker LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131-4341

Suntrust Mortgage, Inc.
Douglas C. Zahm, P.A.
12425 28th St N # 200
St. Petersburg, FL 33716-1826

TD Ameritrade Clearing, Inc.
Baritz & Colman LLP
1075 Broken Sound Parkway
Suite 102
Boca Raton, Fl 33487-3541

The Talarchyk Firm
205 Worth Avenue
Suite 320
Palm Beach, FL 33480-4618

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo, P.A.
44 W Flagler Street, Suite 2500
Miami, Florida 33130-6808

Barclaycard
Card Services
P.O. Box 8802
Wilmington, DE 19899-8802

Capital One Bank (USA), N.A.
P.O. Box 650007
Dallas, TX 75265-0007

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Carlson & Lewittes, P.A. and Westport I
c/o Schwed Kahle & Kress, P.A.
100 North Jog Road
Suite 100
Palm Beach Gardens, FL 33413

Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Frank & Susan Rodriguez
255 Alhambra Circle, Suite 1150
Miami, FL 33134-7415

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GE Capital Retail Bank
P.O.Box 981400
El Paso, TX 79998-1400

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jfk Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Kubota Credit Corp
1025 North Brook Parkway
Suwanee, GA 30024-2967

Lloyd R. Schwed and Douglas J. Kress
Schwed Kahle & Kress, P.A.
100 North Jog Road, Suite 100
Palm Beach Gardens, FL 33413

Macy's Star Rewards
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040-8053

Menzer & Hill, P.A.
2200 NW Corporate Blvd
Suite 406
Boca Raton, FL 33431-7369

Nissan - Infiniti LT
POB 660366
Dallas, TX 75266-0366

| | | |
|---|---|---|
| OAK HARBOR CAPITAL VII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Ocala National Bank<br>3001 SE Maricamp Road<br>Ocala, FL 34471-6249 | Ocwen Loan Servicing, LLC<br>c/o Nicole M. Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PNC Bank, National Association, successor by<br>Denise D. Dell-Powell, Esq.<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 | Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 |
| Paradise Bank<br>c/o Rappaport Osborne & Rappaport<br>1300 N Federal Hwy<br>Ste 203<br>Boca Raton, FL 33432-2848 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Sun Trust Mortgage Inc.<br>Bankruptcy Department RVW 3034<br>PO Box 27767<br>Richmond, VA 23261-7767 |
| SunTrust Mortgage, Inc.<br>Mail Code RVW 3054<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 | Violet Werner, as Trustee of the<br>Harvey Werner Marital Trust 2<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, Suite 30<br>Boca Raton, FL 33431-8579 | Wendy Brown<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Dr. Suite 300<br>Boca Raton, FL 33431-8530 |
| Adrian Neiman Arkin<br>1700 Sans Succi Blvd<br>North Miami Beach, FL 33181-3206 | David L. Merrill Esq.<br>Ozment Merrill<br>2001 Palm Beach Lakes Blvd, Suite 410<br>West Palm Beach, FL 33409-6516 | Joyce T Stewart<br>289 E Oakland Park Blvd<br>Fort Lauderdale, FL 33334-1155 |
| Kenneth William Brown<br>4020 South Ocean Blvd<br>Manalapan, FL 33462-6217 | Matthew T Girardi<br>2001 Palm Bch Lakes Blvd # 410<br>West Palm Beach, FL 33409-6516 | Neil B Solomon<br>525 Okeechobee Blvd #1530<br>West Palm Beach, FL 33401-6330 |
| Paul Bergman<br>231 Sunrise Ave #C6<br>Palm Beach, FL 33480-3812 | Philip M Chopin<br>701 S Olive Ave #117<br>West Palm Beach, FL 33401-6106 | Wendy E. Brown<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | (d)FIA Card Services<br>P.O. Box 982238<br>El Paso, TX 79998 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Paradise Bank

(d)RES-FL Six, LLC
c/o Stephen P. Drobny, Esq.
Jones Walker LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131-4341

(u)John Joe Ricketts

End of Label Matrix
Mailable recipients  50
Bypassed recipients   4
Total                54

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Kenneth William Brown.,                              Case No.: 13-13343-EPK

    Debtor.                                          Chapter 11

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of **Order Confirming Plan Proponent's Chapter 11 Plan of Reorganization and Scheduling Hearing to Approve Sale of Manalapan Property and Post Confirmation Status Conference** [ECF No. 420] was furnished via Notice of Electronic Filing to those parties registered to receive electronic notices by CM/ECF in this bankruptcy case on March 3, 2015, and via First Class US Mail to the parties listed on the attached service list on March 5, 2015.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        **SHRAIBERG, FERRARA & LANDAU, P.A.**
        Attorneys for Wendy E. Brown
        2385 NW Executive Center Drive
        Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047

    By:   /s/ Bernice C. Lee
        Bernice C. Lee, Esq.
        Fla. Bar. No. 0073535
        blee@sfl-pa.com

# Service List
## Case No. 13-13343-EPK

**Sent via CM/ECF:**

Curtis Carlson on behalf of Creditor Carlson & Lewittes, P.A.
carlson@carlson-law.net, lemus@carlson-law.net

Nancy B Colman on behalf of Interested Party TD Ameritrade Clearing, Inc.
ncolman@baritzcolman.com, mizzo@baritzcolman.com

Nancy B Colman on behalf of Interested Party John Joe Ricketts
ncolman@baritzcolman.com, mizzo@baritzcolman.com

Stephen P. Drobny, Esq. on behalf of Creditor RES-FL SIX, LLC
sdrobny@joneswalker.com, tsnow@joneswalker.com;mroher@joneswalker.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Robert S. Gershman on behalf of Debtor Kenneth William Brown
robert@rglawfirm.us

Bernice C. Lee on behalf of Creditor Violet Werner
blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Bernice C. Lee on behalf of Creditor Wendy E. Brown
blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Thomas R. Lehman, Esq. on behalf of Creditor Frank Rodriguez
trl@lklsg.com, esf@lklsg.com

Thomas R. Lehman, Esq. on behalf of Creditor Susan Rodriguez
trl@lklsg.com, esf@lklsg.com

Thomas R. Lehman, Esq. on behalf of Plaintiff Frank Rodriguez
trl@lklsg.com, esf@lklsg.com

Thomas R. Lehman, Esq. on behalf of Plaintiff Susan Rodriguez
trl@lklsg.com, esf@lklsg.com

Ronald J Lewittes, Esq on behalf of Creditor Carlson & Lewittes, P.A.
RLewittes@rprslaw.com, rlewittes@aol.com

Kenneth W. Lockwood, Esq. on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
bk@dczahm.com

Kenneth W. Lockwood, Esq. on behalf of Creditor Suntrust Mortgage, Inc.
bk@dczahm.com

Laudy Luna, Esq. on behalf of Creditor Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

David L. Merrill, Esq. on behalf of Debtor Kenneth William Brown
david@ombkc.com,
ecf@ombkc.com;zoraida@ombkc.com;drakeozmentlaw@gmail.com;tt@ombkc.com

David L. Merrill, Esq. on behalf of Defendant Kenneth William Brown
david@ombkc.com,
ecf@ombkc.com;zoraida@ombkc.com;drakeozmentlaw@gmail.com;tt@ombkc.com

Nicole M Noel on behalf of Creditor GMAC Mortgage, LLC
bankruptcynotices@kasslaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

K Drake Ozment on behalf of Debtor Kenneth William Brown
ecf@ombkc.com, drakeozmentlaw@gmail.com;drake@drakeozment.com

K Drake Ozment on behalf of Defendant Kenneth William Brown
ecf@ombkc.com, drakeozmentlaw@gmail.com;drake@drakeozment.com

Alan J. Perlman, Esq. on behalf of Interested Party New Wave Loans Residential LLC
aperlman@ralaw.com, mhannau@ralaw.com

Jordan L Rappaport, Esq on behalf of Creditor Paradise Bank
rappaport@kennethrappaportlawoffice.com

Jessica B Reyes on behalf of Creditor Bank of America, N.A.
jbr@lgplaw.com, cmr@lgplaw.com

Mark S. Roher, Esq. on behalf of Creditor RES-FL SIX, LLC
mroher@joneswalker.com,
tsnow@joneswalker.com;jmaddox@joneswalker.com;sdrobny@joneswalker.com

Christopher P Salamone on behalf of Defendant Kenneth William Brown
csalamone@princelawfirm.com, chrisps09@yahoo.com

Bradley S Shraiberg on behalf of Creditor Violet Werner
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

Bradley S Shraiberg on behalf of Creditor Wendy E. Brown
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

Lisa B Singer on behalf of Creditor Federal National Mortgage Association
bkmail@rosicki.com

**Sent via First Class U.S. Mail:**

    [to all on the attached mailing matrix]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 13-13343-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Mar  5 08:50:01 EST 2015 | American Express Bank FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo, P.A.<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 |
| Carlson & Associates, P.A.<br>One Southeast Third Avenue<br>Suite 1200<br>Miami, fl 33131-1708 | Daimler Trust<br>c/o BK Servicing LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Federal National Mortgage Association<br>c/o Rosicki Rosicki & Associates P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 |
| GMAC Mortgage, LLC<br>c/o Nicole M Mariani<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Menzer & Hill, P.A.<br>7280 W Palmetto Pk Rd #301N<br>Boca Raton, FL 33433-3423 | New Wave Loans Residential LLC<br>Roetzel & Andress<br>350 East Las Olas Boulevard<br>Suite 1150<br>Fort Lauderdale, FL 33301-4254 |
| Palm Beach County Tax Collector<br>c/o Orfelia M Mayor, Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Paradise Bank<br>c/o Rappaport Osborne & Rappaport, PL<br>1300 N Federal Hwy Ste 203<br>Boca Raton, FL 33432-2848 | RES-FL SIX, LLC<br>c/o Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131-4341 |
| Seterus, Inc. as the authorized subservicer<br>Douglas C. Zahm P.A.<br>12425 28th St, STE200<br>St. Petersburg, FL 33716-1826 | Suntrust Mortgage, Inc.<br>Douglas C. Zahm, P.A.<br>12425 28th St N # 200<br>St. Petersburg, FL 33716-1826 | TD Ameritrade Clearing, Inc.<br>Baritz & Colman LLP<br>1075 Broken Sound Parkway<br>Suite 102<br>Boca Raton, Fl 33487-3541 |
| American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo, P.A.<br>44 W Flagler Street, Suite 2500<br>Miami, Florida 33130-6808 | Barclaycard<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE 19899-8802 | Capital One Bank (USA), N.A.<br>P.O. Box 650007<br>Dallas, TX 75265-0007 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carlson & Lewittes, P.A. and Westport I<br>c/o Schwed Kahle & Kress, P.A.<br>100 North Jog Road<br>Suite 100<br>Palm Beach Gardens, FL 33413 | Chase<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Federal National Mortgage Association<br>PO Box 2008 Grand Rapids, MI 49501-2008 | Frank & Susan Rodriguez<br>255 Alhambra Circle, Suite 1150<br>Miami, FL 33134-7415 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| GE Capital Retail Bank<br>P.O.Box 981400<br>El Paso, TX 79998-1400 | GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 | Gardiner, Weisberg& James Koch<br>53 West Jackson Blvd, Suite 950<br>Chicago, IL 60604-3849 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jfk Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Kubota Credit Corp<br>1025 North Brook Parkway<br>Suwanee, GA 30024-2967 | Lloyd R. Schwed and Douglas J. Kress<br>Schwed Kahle & Kress, P.A.<br>100 North Jog Road, Suite 100<br>Palm Beach Gardens, FL 33413 | Macy's Star Rewards<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040-8053 |
| Menzer & Hill, P.A.<br>7280 W Palmetto Park Rd #301N<br>Boca Raton, FL 33433-3423 | Nissan - Infiniti LT<br>POB 660366<br>Dallas, TX 75266-0366 | OAK HARBOR CAPITAL VII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Ocala National Bank<br>3001 SE Maricamp Road<br>Ocala, FL 34471-6249 | Ocwen Loan Servicing, LLC<br>c/o Nicole M. Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PNC Bank, National Association, successor by<br>Denise D. Dell-Powell, Esq.<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 | Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | Paradise Bank<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Paradise Bank<br>c/o Jordan L. Rappaport<br>1300 North Federal Highway<br>Suite 203<br>Boca Raton, FL 33432-2848 | Paradise Bank<br>c/o Rappaport Osborne & Rappaport<br>1300 N Federal Hwy<br>Ste 203<br>Boca Raton, FL 33432-2848 | RBC<br>c/o Denise D. Dell-Powell, Esq<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 |
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Sun Trust Mortgage Inc.<br>Bankruptcy Department RVW 3034<br>PO Box 27767<br>Richmond, VA 23261-7767 | SunTrust Mortgage, Inc.<br>Mail Code RVW 3054<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 |
| TD Ameritrade Clearing, Inc.<br>c/o Baritz & Colman LLP<br>1075 Broken Sound Parkway NW #102<br>Boca Raton, Fl 33487-3541<br>e-mail ncolman@baritzcolman.com | Textron Financial Corpoartion<br>c/o Mark J. Wolfson, ESq<br>Foley & lardner LLP<br>100 North Tampa Street, Suite 2700<br>Tampa, FL 33602-5810 | Violet Werner, as Trustee of the<br>Harvey Werner Marital Trust 2<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, Suite 30<br>Boca Raton, FL 33431-8579 |
| Wendy Brown<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Dr. Suite 300<br>Boca Raton, FL 33431-8530 | Adrian Neiman Arkin<br>1700 Sans Succi Blvd<br>North Miami Beach, FL 33181-3206 | David L. Merrill Esq.<br>Ozment Merrill<br>2001 Palm Beach Lakes Blvd, Suite 410<br>West Palm Beach, FL 33409-6516 |
| Frank Rodriguez | John J Cuticelli, Jr<br>488 Madison Ave #201<br>New York, NY 10022-5733 | Joyce T Stewart<br>289 E Oakland Park Blvd<br>Fort Lauderdale, FL 33334-1155 |

| | | |
|---|---|---|
| K Drake Ozment<br>2001 Palm Beach Lks Blvd #410<br>West Palm Beach, FL 33409-6516 | Kenneth William Brown<br>4020 South Ocean Blvd<br>Manalapan, FL 33462-6217 | Lamar P Fisher<br>Fisher Auction Co.<br>2112 E Atlantic Blvd<br>Pompano Beach, FL 33062-5208 |
| Neil B Solomon<br>525 Okeechobee Blvd #1530<br>West Palm Beach, FL 33401-6330 | Philip M Chopin<br>701 S Olive Ave #117<br>West Palm Beach, FL 33401-6106 | Robert S Gershman<br>2160 W Atlantic Ave 2nd Flr<br>Delray Beach, FL 33445-4660 |
| Susan Rodriguez | Violet Werner<br>c/o Bradley S. Shraiberg<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Dr., Ste 300<br>Boca Raton, FL 33431-8530 | Wendy E. Brown<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | (d)FIA Card Services<br>P.O. Box 982238<br>El Paso, TX 79998 | I.R.S. (Special Procedures)<br>PO Box 17167, Stop 5760<br>Fort Lauderdale, FL 33318 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)AmeriTrade | (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| (d)RES-FL Six, LLC<br>c/o Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131-4341 | (u)John Joe Ricketts | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     5<br>Total                   73 |