**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CITIGROUP GLOBAL MARKETS LIMITED**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2008 | (60,000,000) |
| 11/19/2008 | (40,000,000) |
| **Total:** | **$ (100,000,000)** |

MADC115_00000136