**Exhibit D**

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MARKET PRIME FUND, LP | 1C1260 |

MADC115_00000137