# EXHIBIT F

**SUBSEQUENT TRANSFERS FROM PRIME FUND TO CITIBANK NA AND CITICORP NORTH AMERICA INC.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/16/2005 | (300,000) |
| 7/5/2005 | (334,388) |
| 8/2/2005 | (661,723) |
| 9/2/2005 | (695,639) |
| 10/3/2005 | (724,769) |
| 11/2/2005 | (824,029) |
| 12/2/2005 | (836,143) |
| 1/4/2006 | (943,678) |
| 2/2/2006 | (1,125,372) |
| 3/2/2006 | (1,048,336) |
| 4/3/2006 | (1,298,174) |
| 5/2/2006 | (1,271,913) |
| 6/2/2006 | (1,355,544) |
| 7/5/2006 | (1,370,495) |
| 8/2/2006 | (1,434,581) |
| 9/6/2006 | (1,461,703) |
| 10/3/2006 | (1,437,350) |
| 11/2/2006 | (1,449,838) |
| 12/4/2006 | (1,398,473) |
| 1/3/2007 | (1,493,187) |
| 2/2/2007 | (1,456,732) |
| 3/2/2007 | (1,314,989) |
| 4/3/2007 | (1,506,198) |
| 5/2/2007 | (1,455,167) |
| 6/4/2007 | (1,503,253) |
| 7/2/2007 | (1,497,041) |
| 8/2/2007 | (1,505,994) |
| 9/4/2007 | (1,527,718) |
| 10/2/2007 | (1,582,739) |
| 11/2/2007 | (1,541,578) |
| 12/4/2007 | (1,411,513) |
| 1/3/2008 | (1,574,196) |
| 2/4/2008 | (1,503,468) |
| 3/4/2008 | (1,215,286) |
| 3/26/2008 | (100,000,000) |
| 3/26/2008 | (100,000,000) |
| 3/26/2008 | (100,000,000) |
| 3/26/2008 | (1,023,383) |
| **Total:** | **$ (343,084,590)** |