| | |
|---|---|
| **Baker & Hostetler LLP** <br> 45 Rockefeller Plaza <br> New York, NY  10111 <br> Telephone: (212) 589-4200 <br> Facsimile:  (212) 589-4201 <br> David J. Sheehan <br> Nicholas J. Cremona | **Presentment Date:  February 24, 2022** <br> **Time:  12:00 p.m.** <br><br> **Objections Due:      February 21, 2022** |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                         Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>                         Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                         Debtor. | |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING**
**SUPPLEMENTAL AUTHORITY TO STIPULATE TO EXTENSIONS OF**
**TIME TO RESPOND AND ADJOURN PRE-TRIAL CONFERENCES**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et*

*seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through

his counsel, will present the Order Granting Supplemental Authority to Stipulate to Extensions of

Time to Respond and Adjourn Pre-Trial Conferences, a copy of which is annexed hereto as

<u>Exhibit A</u> (the "Order"), to the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, for signature on **February 24, 2022 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and (iv) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **February 21, 2022.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed the proposed Order may be signed without a hearing.

Dated: February 11, 2022
     New York, New York

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*