**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF OMNIBUS AVOIDANCE ACTION HEARNG DATES

**PLEASE TAKE NOTICE** that, in accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Order, please take notice that Avoidance Action Omnibus Hearings (as defined in the Order) shall be held July 13, 2022, August 10, 2022, September 14, 2022, October 19, 2022, November 16, 2022 and December 14, 2022, or as soon thereafter as counsel may be heard, before the Honorable Cecelia G. Morris, Judge of the United States Bankruptcy Court, Southern

District of New York. Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing Dates in accordance with the Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451−6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. Pro se parties may participate telephonically in hearings free of charge.

Dated: February 11, 2022  Respectfully submitted,
      New York, New York

                                            */s/ Nicholas J. Cremona*
                              **Baker & Hostetler LLP**
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Tel: (212) 589-4200
                              Fax: (212) 589-4201
                              David J. Sheehan
                              Email: dsheehan@bakerlaw.com
                              Nicholas J. Cremona
                              Email: ncremona@bakerlaw.com

                              *Attorneys for Irving H. Picard, Trustee for the*
                              *Substantively Consolidated SIPA Liquidation*
                              *of Bernard L. Madoff Investment Securities LLC*
                              *and the Chapter 7 Estate of Bernard L. Madoff*