**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Michael S. Neiburg
Justin P. Duda
Christopher M. Lambe

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-04468 (CGM) |
| Plaintiff, | |
| v. | |
| | **Ref. Docket No. 181** |
| KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership, | |

29096009.2

Defendants.

**NOTICE OF FILING REVISED EXHIBITS TO DECLARATION OF
MICHAEL S. NEIBURG IN SUPPORT OF TRUSTEES' (I) OPPOSITION TO
DEFENDANT KENNETH W. BROWN'S MOTION FOR SUMMARY JUDGMENT,
(II) CROSS MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT
KENNETH W. BROWN AND (III) MOTION FOR SUMMARY JUDGMENT
AS TO DEFENDANT KEN-WEN FAMILY LIMITED PARTNERSHIP**

**PLEASE TAKE NOTICE** that on December 1, 2021, Irving H. Picard, as trustee

("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, substantively consolidated with the

chapter 7 estate of Bernard L. Madoff, filed the *Declaration of Michael S. Neiburg in Support of*

*Trustee's (I) Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, (II)*

*Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown and (III) Motion for*

*Summary Judgment as to Defendant Ken-Wen Family Limited Partnership* [Docket No. 181] (the

"Neiburg Declaration").

**PLEASE TAKE FURTHER NOTICE**, that attached to the Neiburg Declaration as

Exhibit 11 were transcript excerpts for the deposition of Kenneth W. Brown taken January 27,

2020, and attached as Exhibit 24 were transcript excerpts from the deposition of Wendy W.

Brown taken February 25, 2020.

**PLEASE TAKE FURTHER NOTICE**, that attached hereto as **Exhibit 11 (Revised)** is

the full transcript of the deposition of Kenneth W. Brown taken January 27, 2020.

**PLEASE TAKE FURTHER NOTICE**, that attached hereto as **Exhibit 24 (Revised)**, is

the full transcript of the deposition of Wendy W. Brown taken February 25, 2020.

[*Signature page follows*]

29096009.2

2

Dated:  February 14, 2022
     New York, New York

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Michael S. Neiburg*
Matthew B. Lunn
Michael S. Neiburg (admitted *pro hac vice*)
Justin P. Duda
Christopher M. Lambe (admitted *pro hac vice*)
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone:  (212) 332-8840
Facsimile: (212) 332-8855
Email:  *mlunn@ycst.com*
     *mneiburg@ycst.com*
     *jduda@ycst.com*
     *clambe@ycst.com*

*Attorneys for Plaintiff Irving H. Picard, Trustee for
the Liquidation of Bernard L. Madoff Investment
Securities LLC*

29096009.2