# EXHIBIT 24

## (REVISED)

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR
PROTECTION CORPORATION,
                                   Adv. Pro. No. 08-01789(SMB)
        Plaintiff-Applicant,
v.                                 SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT    (Substantively Consolidated)
SECURITIES, LLC,

        Defendant.
_____/
In re:

BERNARD L. MADOFF,

        Debtor.
_____/
IRVING H. PICARD, Trustee for
the Liquidation of Bernard L.
Madoff Investment Securities,
LLC,

        Plaintiff,              Adv. Pro. No. 10-04468(SMB)
v.

KEN-WEN FAMILY LIMITED
PARTNERSHIP, KENNETH W.
BROWN, in his capacity as a
General Partner of the
Ken-Wen Family Limited
Partnership; and Wendy Brown,

        Defendants.


                    DEPOSITION OF
                WENDY ELIZABETH WERNER
          as a 30(b)(6) witness and individually

1                    Taken on Behalf of the Plaintiff

2          DATE TAKEN:      Tuesday, February 25, 2020
           TIME:           9:42 a.m. - 1:26 p.m.
3          PLACE:          101 Northeast 3rd Avenue
                           Suite 1500
4                          Fort Lauderdale, Florida 33301

5

6          Examination of the witness taken before:

7                    Samantha L. Todd, FPR
                   Daughters Reporting, Inc.
8               101 Northeast 3rd Avenue
                        Suite 1500
9           Fort Lauderdale, Florida 33301

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    APPEARANCES:

 2
      Appeared for Plaintiff Irving H. Picard, Trustee for the
 3    Liquidation of Bernard L. Madoff Investment Securities, LLC

 4            JACLYN C. MARASCO, ESQUIRE
              Young, Conaway, Stargatt & Taylor, LLP
 5            Rodney Square
              1000 North King Street
 6            Wilmington, Delaware 19801
              302.571.6741
 7            302.576.3391 Fax
              jmarasco@ycst.com

 8

 9    Appeared for Defendant Kenneth W. Brown

10            MARK S. ROHER, ESQUIRE
              Law Office of Mark S. Roher
11            150 South Pine Island Road
              Suite 300
12            Plantation, Florida 33324
              954.353.2200
13            877.654.0090 Fax
              mroher@markroherlaw.com

14

15    Appeared for Defendant Wendy Brown a/k/a Wendy Elizabeth
      Werner
16
              DAVID BERNFELD, ESQUIRE
17            Bernfeld, DeMatteo & Bernfeld, LLP
              54 North Broadway
18            Suite 3
              Tarrytown, New York 10591
19            212.661.1661
              davidbernfeld@bernfeld-dematteo.com

20

21    Also present:  Kenneth W. Brown

22

23

24                              -   -   -

25
```

```
 1                          INDEX
                                              PAGE
 2
    Direct Examination                          7
 3  By Ms. Marasco

 4  Certificate of Oath                        134

 5  Certificate of Reporter                    135

 6  Errata Sheet                               136

 7  Read Letter                                137

 8

 9                        - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          EXHIBITS

2   PLAINTIFF'S
    EXHIBIT                 DESCRIPTION                 PAGE
3
    1                       Second amended              10
4                           deposition notice

5   2                       Limited Partnership Agreement   16

6   3                       Compliance Agreement        26

7   4                       Collateral Assignment       28
                            of Life Insurance Policy
8
    5                       Handwritten document        31
9                           dated April 16, 2000

10  6                       Document dated              36
                            August 10, 2000
11
    7                       Partnership Account Agreement   37
12
    8                       Answers to Trustee's First   41
13                          Set of Requests for Admission
                            by Defendants Ken-Wen
14                          Family Limited Partnership

15  9                       Amended Complaint           50

16  10                      Answer to the Amended       50
                            Complaint
17
    11                      Agreement with RBC Bank     63
18
    12                      Fax sheet                   66
19
    13                      Check dated February 16, 2006   68
20
    14                      Wire transfer request       71
21
    15                      Check for $150,000          74
22
    16                      Partnership Resolution      76
23                          of Authority

24  17                      Wire transfer request       79
                            for $500,000
25

1   Continued Exhibits

2                              EXHIBITS

3   PLAINTIFF'S
     EXHIBIT                DESCRIPTION                 PAGE
4
        18                  Bank statement              81
5                           from JP Morgan Chase

6       19                  Wire transfer from          86
                            Madoff Investment
7                           Securities to Ken-Wen

8       20                  Handwritten document        96

9       21                  Check for 200,000           99

10      22                  Bank statement             104

11      23                  Responses by Ken-Wen Family 108
                            Limited Partnership to the
12                          Trustee's first set
                            of interrogatories
13
        24                  Fax document               115
14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 Deposition of Wendy Elizabeth Werner, taken

 2    before Samantha Todd, Florida Professional Reporter and

 3    Notary Public in and for the State of Florida at Large, in

 4    the above cause.

 5                 THE COURT REPORTER:  Do you swear or affirm

 6         that the testimony you are about to give will be the

 7         truth, the whole truth, and nothing but the truth?

 8                 THE WITNESS:  I do.

 9    THEREUPON,

10                 WENDY ELIZABETH WERNER,

11    having been first duly sworn or affirmed, was examined and

12    testified as follows:

13                      DIRECT EXAMINATION

14    BY MS. MARASCO:

15       Q.    Good morning.  As you know, I represent the

16    Trustee in connection with the advisory proceeding styled

17    Picard v. Ken-Wen.  Before we begin I'm going to provide a

18    few instructions.  I'm going to be asking you a few

19    questions today.  If I ask you a question and you don't

20    understand, you should let me know and I'll do my best to

21    rephrase the question.  When you answer, please answer

22    audibly.  The court reporter is transcribing, so please say

23    "yes" or "no," rather than nodding.  To help the court

24    reporter accurately transcribe our conversation, we should

25    try not to talk over one another.  So please wait for me to
```

1   finish my question before you answer, and I'll not

2   interrupt you when you're answering.

3          Your counsel may object to certain questions I

4   ask.  Unless he directs you not to answer, you should

5   answer the question.  We can break whenever you need as

6   long as there isn't a question pending.  Did you understand

7   those instructions?

8   A.   Yes.

9   Q.   Before we begin, are you taking any medication

10  that may impair your ability to answer questions truthfully

11  and accurately today?

12  A.   No.

13  Q.   Okay.  To make things go more smoothly, I'm

14  just going to define a few terms that I'll use throughout

15  the deposition.  "Ken-Wen" is the Ken-Wen Family Limited

16  Partnership.  "B-L-M-I-S" is Bernard L. Madoff Investment

17  Securities.  "Madoff" --

18          MR. BERNFELD:  Say that again.

19          MS. MARASCO:  B-L-M-I-S.

20          MR. BERNFELD:  Is?

21          MS. MARASCO:  Bernard L. Madoff Investment

22      Securities.

23          MR. BERNFELD:  Are you sure you don't want

24      "LLC" at the end of that?

25          MS. MARASCO:  Yes.

```
 1              MR. BERNFELD:  Okay.

 2              MS. MARASCO:  Thank you.

 3   MS. MARASCO:

 4       Q.   "Madoff" is Bernard L. Madoff the person, but

 5   may be used interchangeably with BLMIS.  If I use the word

 6   "account," I'm talking about the BLMIS Account 1-EM226-3.

 7   And I'll make it clear if I'm talking about a different

 8   account.  Does that make sense?

 9       A.   Yes.

10       Q.   Do you have any questions about the

11   definitions?

12       A.   No.

13       Q.   Okay.  Have you ever been deposed before?

14       A.   Yes.

15       Q.   How many times?

16       A.   I can't name how many times, but at least --

17              MR. BERNFELD:  Speak up.

18       A.   -- at least three or four.

19   BY MS. MARASCO:

20       Q.   Okay.  And in what capacities were you deposed,

21   in connection with certain matters that were pending?  Can

22   you describe the nature of the depositions?

23       A.   It was an SEC investigation of the company that

24   I was working with, K.W. Brown Investments.  I had about

25   three depositions, I think.
```

```
 1          Q.    In connection with the same matter?

 2          A.    Yes.

 3          Q.    Okay.  Do you understand that you're being

 4    deposed today in your capacity as a representative of the

 5    Ken-Wen Partnership and as general partner?

 6          A.    Yes.

 7          Q.    And you were present when I took the deposition

 8    of Ken Brown back in January; is that right?

 9          A.    Yes.

10          MR. BERNFELD:  Mostly.  We came in, if you

11          recall, a bit late.  So except for the beginning part,

12          we were here.

13          MS. MARASCO:  Thank you, Mr. Bernfeld.

14          I'm going to hand you what I'll mark as Exhibit

15          1.

16          (Plaintiff's Exhibit No. 1 was marked for

17          identification.)

18    BY MS. MARASCO:

19          Q.    Take your time.  And this is the second amended

20    deposition notice.  And whenever you're ready, you can turn

21    to Schedule A.  It will show Page 1 at the bottom, but it's

22    the next page.  There you go.  This is a list of topics for

23    which you've been designated to testify in your capacity as

24    a representative of Ken-Wen.  Have you seen this before

25    today?
```

```
 1        A.    I don't remember seeing it, no.

 2        Q.    If you want to take a moment to review, you can

 3   look at -- the topics are actually found starting on

 4   Page 2, and it's Items 1 through 13.

 5        A.    Okay.

 6        Q.    Are you prepared to testify on these topics

 7   today?

 8        A.    As much as I can.

 9        Q.    Did you do anything to prepare to testify on

10   these topics today?

11              MR. BERNFELD:  You're excluding conversations

12        with counsel?

13              MS. MARASCO:  I'm asking if she did anything,

14        not what was said.

15   BY MS. MARASCO:

16        Q.    Did you confer with counsel with respect to --

17   in preparing for this deposition today?

18              MR. BERNFELD:  You can answer.

19        A.    Yes.

20   BY MS. MARASCO:

21        Q.    Did you meet with anyone else to prepare for

22   this deposition today?

23        A.    No.

24        Q.    How many times did you speak with counsel in

25   connection with --
```

```
 1              MR. BERNFELD:  I'm going to object.  This is
 2       not a proper area.  It's --
 3              MS. MARASCO:  What's the basis for your
 4       objection?
 5              MR. BERNFELD:  Attorney-client.
 6              MS. MARASCO:  I'm not asking for the content of
 7       the discussions.  I'm asking for the number of
 8       occasions.
 9              MR. BERNFELD:  That gets into the nature of the
10       preparation.
11              MS. MARASCO:  Okay.  Are you instructing your
12       client --
13              MR. BERNFELD:  I am.
14              MS. MARASCO:  -- not to answer?
15              MR. BERNFELD:  I am.
16              MS. MARASCO:  Okay.
17    BY MS. MARASCO:
18       Q.    Are you going to follow your attorney's
19    instruction?
20       A.    Yes.
21              MR. BERNFELD:  Don't answer that question.
22       What do you mean, is she going to follow?  I have --
23              MS. MARASCO:  Mr. Bernfeld, I'm going to ask
24       you -- you've made your objection.  I'm going to
25       proceed with the deposition.  We have your answer on
```

```
 1          the record.  Thank you.

 2               MR. BERNFELD:  Okay.

 3    BY MS. MARASCO:

 4          Q.    Did you review any documents or materials to

 5    prepare for this deposition today?

 6          A.    Yes.

 7          Q.    What were those documents?

 8          A.    Just the ones that were presented at Ken

 9    Brown's deposition.

10          Q.    Did you review any other documents?

11          A.    No.

12          Q.    Did you have any additional documents in your

13    possession that may relate to this matter?

14          A.    Yes.

15               MS. MARASCO:  I would make this request to

16          counsel for anything that's not been produced that is

17          relevant to the Trustee's request for production, that

18          you turn over those documents.

19               MR. BERNFELD:  Sure.

20               MS. MARASCO:  Thank you.

21    BY MS. MARASCO:

22          Q.    And just for purposes of the record, can you

23    please state your full name?

24          A.    Wendy Elizabeth Werner.

25          Q.    Did you previously use another name?
```

```
 1      A.    Yes.

 2      Q.    And what was that name?

 3      A.    Wendy Elizabeth Brown.

 4      Q.    And when did you go back to Werner?

 5      A.    When I got my divorce final, which was in 2015.

 6      Q.    And where do you currently reside, Ms. Werner?

 7      A.    My address?

 8      Q.    Just generally.

 9      A.    Jupiter, Florida.

10      Q.    Okay.  Are you currently employed?

11      A.    No.

12      Q.    When was the last time you were employed?

13      A.    A few years ago, I guess.

14      Q.    Where were you last employed?

15      A.    With Coldwell Real Estate Company.

16      Q.    And prior to working for Coldwell, where did

17   you work?

18      A.    K.W. Brown Investments.

19      Q.    What is your educational background?

20      A.    I have a degree from University of Miami.

21      Q.    What kind of degree?

22      A.    Bachelor of arts degree.

23      Q.    Do you have any postgraduate degrees?

24      A.    No.

25      Q.    Do you have any professional certifications?
```

```
 1      A.    No.

 2      Q.    Any other specialized training?

 3            MR. BERNFELD:  Excuse me.

 4            (Discussion between Mr. Bernfeld and his

 5      client.)

 6   BY MS. MARASCO:

 7      Q.    So I understand that you formerly had a

 8   broker's license?

 9      A.    Yes.

10      Q.    And when did you no longer have a broker's

11   license?

12      A.    It was pretty much taken away, which was 2007

13   or '08.

14      Q.    And how did you come to lose that license?

15      A.    From an SEC case.

16      Q.    And what case was that?

17      A.    Against K.W. Brown Investments and the advisory

18   firms.

19      Q.    When you say "advisory firms," what are you

20   referring to?

21      A.    21st Century Advisors.

22      Q.    Any others?

23      A.    K.W. Brown Company.

24      Q.    Is that K.W. Brown Investments or K.W. Brown

25   Company?
```

 1        A.    K.W. Brown Company.

 2        Q.    When did you obtain your broker's license?

 3        A.    1979, I think.

 4        Q.    Did you provide services in connection with the

 5   that license through K.W. Brown and 21st Century?

 6        A.    Just K.W. Brown.

 7        Q.    Did you provide such services for 21st Century?

 8        A.    I didn't use my license.  I didn't need a

 9   license for 21st Century Advisors, because that's an

10   advisory company.  I didn't have an advisory license.

11        Q.    Understood.  So we agreed earlier that you're

12   here today as a representative, the 30(b)(6) witness, for

13   Ken-Wen Family Limited Partnership; is that right?

14        A.    Yes.

15        Q.    And you were a general partner of the

16   Partnership; is that also right?

17        A.    Yes.

18        Q.    Did you also have a limited partnership

19   interest?

20        A.    I think just general partner.

21             MS. MARASCO:  I'm going to hand another

22        document to the court reporter to mark as Exhibit 2.

23             (Plaintiff's Exhibit No. 2 was marked for

24        identification.)

25   BY MS. MARASCO:

1        Q.    And this is the limited partner agreement.

2   Have you seen this document before?

3        A.    Yes.

4        Q.    Can you tell me what it is?

5        A.    It's a Partnership Agreement for Ken-Wen

6   Limited -- Family Limited Partnership.

7        Q.    And what is the date on the cover page?

8        A.    June 14th of 2000.

9        Q.    If you will turn to the last page.  At the

10  bottom of the page where it says "general partners," is

11  that your signature there on the right-hand side?

12       A.    Yes.

13       Q.    And then to the left of your signature, do you

14  see Mr. Brown's signature as well?

15       A.    Yes.

16       Q.    And after his name, does it also say "general

17  partner"?

18       A.    Yes.

19       Q.    Were there ever any other partners of Ken-Wen?

20       A.    No.

21       Q.    Why was the Partnership formed?

22       A.    That was something that Ken did for estate

23  planning purposes.

24       Q.    Can you explain that?

25       A.    It was something that he came to me and said,

1    "I need to do estate planning.  And I need to have this

2    partnership in relation to what you possibly had on, you

3    know, your side of the family."  And then he did KBCB,

4    which is another partnership which what he had, like golf

5    courses and other investments that he had.  But he set this

6    up as being things that started on from what I had in the

7    marriage or previous to the marriage.

8         Q.    So if you'll turn to Section 1.6.  That's on

9    Page 2.

10        A.    It's kind of --

11        Q.    Yeah, it's a little hard to --

12        A.    -- misleading.

13        Q.    Okay.  Do you see 1.6 there?

14        A.    Oh, yes.

15        Q.    I'm reading the first sentence there.  "The

16   purpose of the Partnership's business is to own, acquire,

17   sell, and lease real estate, marketable securities, and

18   other investment property of any type, kind or description,

19   and to do all things necessary, proper, convenient, or

20   advisable in connection therewith, as permitted by state

21   law."  Did I read that correctly?

22        A.    Yes.

23        Q.    And then the second sentence, "The Partnership

24   also is being formed to restrict and limit the sale of

25   Partnership assets and to protect assets from creditors,

1  and provide for the cohesive management and control of

2  Partnership assets."  Did I read that correctly?

3        A.    Yes.

4        Q.    Did Ken-Wen own, acquire, sell, or lease real

5  estate?

6        A.    It had real estate interests in different

7  properties.

8        Q.    Do you know how many?

9        A.    I don't know offhand.  I can guess, but I don't

10 know exactly how many.

11             MR. BERNFELD:  No guessing.

12 BY MS. MARASCO:

13       Q.    And how did Ken-Wen come to acquire those

14 interests in properties?

15       A.    They were originally acquired from my father.

16 And they were in a trust that expired in the year 2000.

17 And so then they were transferred into Ken-Wen.

18       Q.    Did Ken-Wen ever own or sell marketable

19 securities?

20       A.    Not in and of itself, no.

21       Q.    What do you mean by that?

22       A.    Well, I mean, it had an account with Madoff,

23 but not separate from that.

24       Q.    Did Ken-Wen ever own or sell investment

25 property?

```
 1          A.    I don't believe so.

 2          Q.    I'm sorry.  You said you don't believe so?

 3          A.    No.

 4          Q.    Did Ken-Wen have any employees?

 5          A.    No.

 6          Q.    In your capacity as general partner, did you

 7    make any management decisions with respect to the

 8    Partnership?

 9          A.    Possibly.

10          Q.    And when you say "possibly," what type of

11    decisions are you contemplating?

12          A.    I'm not sure I remember management decisions

13    that were made.

14          Q.    Did you perform any administrative duties for

15    the Partnership such as maintaining bookkeeping or

16    preparing taxes, anything like that?

17          A.    Yes, I reconciled the checkbook.

18          Q.    How often did you reconcile the checkbook?

19          A.    When the statements came, you know, every

20    month, I guess.

21          Q.    And when you say "statements," do you mean

22    statements from BLMIS?

23          A.    The bank statements.

24          Q.    Bank statements?

25          A.    Yes.
```

```
 1          Q.    And the Partnership had an accountant; is that

 2   right?

 3          A.    Yes.

 4          Q.    And what was that?

 5          A.    Doris Shaw.

 6          Q.    And how long was she the accountant for the

 7   Partnership?

 8          A.    Until it was dissolved.

 9          Q.    When was it dissolved?

10          A.    I believe in 2012.

11          Q.    Was Ms. Shaw also the accountant at the time of

12   formation on or about June 14, 2000?

13          A.    Yes.

14          Q.    Did the Partnership hire any other

15   professionals?

16          A.    No.

17          Q.    Did the Partnership have an insurance policy?

18                MR. BERNFELD:   Insurance policy did you say?

19                MS. MARASCO:   That is what I said.

20          A.    It did at one time, yes.

21   BY MS. MARASCO:

22          Q.    And what type of insurance policy did the

23   Ken-Wen Partnership have?

24          A.    It had an annuity.

25          Q.    Was that the only policy?
```

```
 1        A.    And it had a life insurance policy.

 2        Q.    And who were the insured under that policy?

 3        A.    My mother, Violet Werner.

 4        Q.    During Mr. Brown's deposition, do you recall

 5   him stating that he resigned as a general partner on

 6   February 29th, 2008?

 7        A.    Yes.

 8        Q.    Is that consistent with your recollection?

 9        A.    I don't know if that was the exact date, but --

10        Q.    Do you know whether or not --

11        A.    -- it was probably --

12        Q.    Sorry.

13        A.    It may have been around that time period.

14        Q.    So you think it's accurate that he would have

15   resigned around 2008?

16        A.    Yes.

17        Q.    Okay.  Do you know what prompted the

18   resignation?

19        A.    I assume --

20              MR. BERNFELD:  Don't assume.  She's asking

21        knowledge --

22              THE WITNESS:  Okay.

23              MR. BERNFELD:  -- not assumptions.

24        A.    Yes.

25   BY MS. MARASCO:
```

 1        Q.    I'm sorry.   What was your answer to the

 2   question?

 3        A.    Yes.

 4        Q.    Do you know what prompted the resignation?

 5        A.    The fact that we were separated.   And I don't

 6   know if I had gone through the divorce yet or hired a

 7   divorce attorney yet, because everything was so unsettled

 8   then.   But it was on the advice of an attorney and Doris

 9   Shaw.

10        Q.    And you testified earlier that the Partnership

11   dissolved around 2012.   What happened to the Partnership

12   following Mr. Brown's resignation, if anything?

13        A.    After 2008, I don't know if that was after

14   Madoff's -- you know, came to fruition or not.   But I

15   thought maybe it was after that.   So maybe it was --

16   because that was in 2008.   So I'm not sure if that's

17   exactly when he resigned.   Because he still had a limited

18   partnership interest in Ken-Wen.   But I know that the Sage

19   properties were transferred to the Marital Trust 2 that my

20   mother was -- was in my mother's account.

21        Q.    What are Sage properties?

22        A.    That was the real estate investments that were

23   in Ken-Wen.

24        Q.    And those were the interest in real estate that

25   we described earlier --

```
 1        A.    Yes.

 2        Q.    -- we discussed earlier?

 3        A.    Yes.

 4        Q.    I'm sorry.  And you said the Sage -- those

 5   properties' interests were transferred out of the

 6   Partnership?

 7        A.    Yes.

 8        Q.    Into where were they transferred?

 9        A.    To the Harvey Werner Marital Trust 2.

10        Q.    If Mr. Brown resigned as general partner in

11   2008, why was the Partnership not dissolved until 2012?

12        A.    Yeah, I'm not sure he resigned in 2008.

13   Because I recollect it being a bit later than that, but I

14   don't know the dates.

15        Q.    Do you have any documentation that might

16   support or show the date on which Mr. Brown resigned as a

17   general partner?

18        A.    I don't know.  If I do, I wouldn't know where

19   it would be.

20        Q.    And we talked about the Sage properties being

21   transferred from Ken-Wen to the Harry Werner Marital Trust

22   2.  About when were those interests transferred?

23        A.    I'm not sure of the year either.  But I know

24   they had to get figures on the value of it to offset what

25   was owned to the marital trust where it went.  And so I'm
```

1    not sure if it was -- it might have been 2010, but I'm not

2    exactly sure of the dates.

3         Q.    And you just mentioned that you had to offset

4    certain amounts owed.  Did Ken-Wen owe moneys to the Harvey

5    Werner Marital Trust 2?

6         A.    Ken-Wen didn't, no, but Ken Brown did.

7         Q.    Other than the real estate interests that may

8    have been transferred around 2010, did the Partnership have

9    any assets?

10        A.    At that time?

11        Q.    At any time during its -- between 2000 and

12   2012?

13        A.    It had the ones I mentioned, the insurance, and

14   it had the Madoff account, and the real estate investments.

15   And it may have -- I can't remember -- it may have had a

16   stock account, come to think of it, as well.

17        Q.    What type of stock account?

18        A.    I think it was for my grandmother.  My

19   grandparents left me some money when they died.  And I

20   think that went into a stock account.

21        Q.    Was that owned by you personally or by the

22   Partnership?

23        A.    The Partnership.

24        Q.    When the Partnership was formed, did each

25   general partner contribute funds to the Partnership as an

1    initial contribution?

2         A.    Personally?

3         Q.    Personally.

4         A.    No.

5         Q.    Okay.  And we talked a little bit before about

6    the insurance policy that Ken-Wen held, that it held a life

7    insurance policy for Violet Werner, and an annuity account;

8    is that right?

9         A.    Yes.

10             MS. MARASCO:  I'm going to hand another

11        document to the court reporter.  This will be

12        Exhibit 3.

13             (Plaintiff's Exhibit No. 3 was marked for

14        identification.)

15   BY MS. MARASCO:

16        Q.    Do you recognize this document?

17             MR. BERNFELD:  Just give me a minute.

18             MS. MARASCO:  I'm asking the witness.

19             MR. BERNFELD:  I understand, but I'm entitled

20        to read it before the question gets responded to.

21        A.    Yes.

22   BY MS. MARASCO:

23        Q.    And what is this document?

24        A.    Apparently Paradise Bank had asked for

25   collateral assignment on the life insurance.  I believe

```
 1   it's the life insurance, although it says "KBCB," so I'm
 2   not sure.  But it's collateral on something.
 3        Q.   What is the date on the bottom of the page?
 4        A.   The signed, October 8th of '08.
 5        Q.   And then right above that, do you see that
 6   there are three different listings there, and each followed
 7   by a policy number?
 8        A.   Yes.
 9        Q.   And what are those three listings there?
10        A.   Kenneth Brown policy, Ken-Wen policy, and a
11   Berton Curtiss Brown policy.
12        Q.   And we discussed a little bit earlier.  This
13   appears to -- it's titled a Compliance Agreement between
14   Paradise Bank, Kenneth Brown, and the KBCB Family Limited
15   Partnership; is that right?
16        A.   Yes.
17        Q.   And then you are identified as a guarantor?
18   It's at the top of the page, the fourth item down.
19        A.   On the second page?
20             MR. BERNFELD:  This.
21        A.   Oh, guarantor, yes.
22   BY MS. MARASCO:
23        Q.   And then on the subject it says, "Re:  Mortgage
24   and Note Modification and Spreader Agreement to KBCB Family
25   Limited Partnership, Limited, a Florida limited partnership
```

1    in the amount $3,025,000 (loan)."  Did I read that

2    correctly?

3         A.    Yes.

4         Q.    And first off, what is the KBCB Partnership?

5         A.    It's another partnership.

6         Q.    Were you a partner in KBCB Partnership?

7         A.    Yes.

8         Q.    Were you a general partner?

9         A.    I believe so.

10        Q.    Looking at this document, do you recall the

11   purpose of this loan for $3,025,000?

12        A.    I think it was on Ken's house that he had the

13   loan with the bank.

14        Q.    And what house would that be?

15        A.    A house that Ken owned in Manalapan.

16              MS. MARASCO:  I'm going to hand a related

17         document to the court reporter.  This will be

18         Exhibit 4.

19              (Plaintiff's Exhibit No. 4 was marked for

20         identification.)

21   BY MS. MARASCO:

22        Q.    Have you seen this document before?  You can

23   keep 3 and 4 out together.  We can talk about them in

24   tandem.  Have you seen this document before?

25        A.    I guess I have.  It's been awhile, though.  I

 1    don't remember it, but yes.

 2            MR. BERNFELD:  Just let me instruct you not to

 3        guess.  You're being asked for your knowledge.  If you

 4        don't know, you answer that.  If you do know, you

 5        answer what you know.

 6            THE WITNESS:  Okay.

 7    BY MS. MARASCO:

 8        Q.    So at the top of this document it reads

 9    Collateral Assignment of Life Insurance Policy.  And it

10    appears to have the same date -- the 8th day of October,

11    2008 -- same day as the Compliance Agreement.  And this

12    agreement is by and between Ken Brown, KBCB, Paradise Bank,

13    Nationwide Life Insurance, and the Ken-Wen Family Limited

14    Partnership; is that correct?  Am I reading that correctly?

15        A.    Yes.

16        Q.    And then at the second whereas clause it says,

17    "Borrower Ken Brown and Trustee are the owners of those

18    three certain life insurance policies issued by Nationwide

19    Life Insurance."  And then "1, 2, and 3, insuring the

20    lives, respectively, of Wendy E. Brown, Violet M. Werner,

21    and Kenneth W. Brown."  Is that correct?

22        A.    Yes.

23        Q.    Were these policies held by Ken-Wen?

24        A.    I'm not sure if all of them were with Ken-Wen.

25        Q.    But we discussed earlier you think the policy

1    for Violet M. Werner was held by Ken-Wen?

2        A.    Yes.

3        Q.    And is this still in connection -- do you think

4    that this was in still in connection with the property that

5    Mr. Brown owned that we just discussed?

6        A.    I'm not sure if this was with the property or

7    not.  That's -- you know, it's been awhile.  I don't know

8    if it was his property or a golf course.  Because he had a

9    golf course with KBCB, two golf courses with KBCB.  So I'm

10   not sure.  I just don't remember.

11       Q.    Did Ken-Wen ever receive insurance proceeds

12   from the life insurance policy for Violet M. Werner?

13       A.    What was that question again?

14       Q.    Did Ken-Wen ever receive the proceeds of a life

15   insurance policy for Violet M. Werner?

16       A.    No.

17       Q.    Okay.  And that policy was pledged in

18   connection with this collateral agreement; is that right?

19       A.    Yes.

20       Q.    Is Mr. Werner still alive?

21       A.    No.

22       Q.    Do you know whether this loan was ever

23   satisfied?

24       A.    I believe it was, yes.

25       Q.    In exchange for pledging the life insurance

```
 1    policy held by Ken-Wen, did Ken-Wen receive anything?

 2            MR. BERNFELD:  Object to the form.

 3       A.    Yeah, I don't know what you mean.

 4    BY MS. MARASCO:

 5       Q.    If you don't understand my question, just ask

 6    me, and I will rephrase.  So Ken-Wen pledged a life

 7    insurance policy on Violet Werner in connection with this

 8    collateral agreement; is that right?

 9       A.    Yes.

10       Q.    In exchange for pledging that agreement, did

11    Ken-Wen receive anything in return?

12       A.    No.

13       Q.    Okay.  You can put those documents to the side

14    for now.  We discussed a little bit earlier that Ken-Wen

15    came to hold an investment account at BLMIS; is that right?

16       A.    Yes.

17       Q.    And how did it come to hold that account?

18       A.    The account was originally in a trust where my

19    mother was trustee.  It was a 1990 trust.  And then it got

20    transferred to Ken-Wen when this partnership was first

21    done.  But it came from my father.

22            MS. MARASCO:  I'm going to hand a document to

23        the court reporter, and this will be marked as

24        Exhibit 5.

25            (Plaintiff's Exhibit No. 5 was marked for
```

```
 1        identification.)

 2   BY MS. MARASCO:

 3        Q.    Have you seen this document before?

 4        A.    Yes.

 5        Q.    Do you recognize the handwriting?

 6        A.    Yes.

 7        Q.    And whose handwriting is it?

 8        A.    Ken Brown's.

 9        Q.    At the bottom of the page do you see a

10   signature there?

11        A.    Yes.

12        Q.    NS whose signature is that?

13        A.    It's my mother's, Violet Werner.

14        Q.    But you testified earlier that this is Ken

15   Brown's handwriting?

16        A.    Yes.

17        Q.    And what is the date on this document?

18        A.    April 16th of 2000.

19        Q.    And do you know what this document was intended

20   to do, what its purpose was?

21        A.    It was to I guess transfer the assets from the

22   Madoff account.

23        Q.    So I'm just going to read the first sentence.

24   It says, "Please be advised that my daughter has authorized

25   as beneficiary to terminate the 3/21/1990 trust and
```

1   distribute the assets in kind to a retitled account named

2   as follows:  A Joint Account of Tenants By the Entireties:

3   Kenneth W. Brown and Wendy Brown, Tenants by the

4   Entireties," with an address.  And then it further

5   indicates that a copy of the authorization is attached,

6   which if you turn to Page 2, you see that there.  Do you

7   disagree with anything I just said?

8        A.    No.

9        Q.    Okay.  So it appears that the trust terminated,

10   and that the account was transferred first to Ken Brown and

11   Wendy Brown as Tenants by the Entireties."  Is that

12   correct?

13        A.    Yes.

14        Q.    And what prompted the termination of the trust?

15        A.    The trust itself was a ten-year trust, and it

16   terminated in 2000.

17        Q.    And the trust funds were held in an account

18   with BLMIS; is that right?

19        A.    I believe so.

20        Q.    Was it your understanding that the funds -- the

21   trust funds that were in the BLMIS account were also

22   invested by Madoff?

23        A.    Yes.

24        Q.    And when the trust was terminated, did the

25   funds get transferred to a new account or was the account

```
 1    simply retitled?

 2        A.    It was just retitled.

 3        Q.    Okay.  Do you recall how much was in the

 4    account when it was retitled?

 5        A.    No.  I wouldn't know the exact amount.

 6        Q.    Was it over $100,000?

 7        A.    I'm sure it was, yes.

 8        Q.    So when the account was held by you and Ken

 9    Brown as Tenants By the Entireties, did one or both of you

10    deposit additional funds into the account?

11        A.    Into which account?

12        Q.    Into the account that we've been discussing.

13    When the account was retitled -- the trust terminated.  The

14    account was retitled to Ken Brown and Wendy Brown as

15    Tenants by the Entireties.  Are you following?

16        A.    Uh-huh.

17        Q.    During that time after it became yours as

18    Tenants by the Entireties, did one or both of you deposit

19    money into the account?

20        A.    Not that I recall.

21        Q.    Okay.  And as we just discussed, there were

22    already funds in the account as a result of the termination

23    of the trust; is that right?

24        A.    Funds in which account?

25        Q.    When I say "the account," I'm referring to the
```

1    BLMIS account.

2         A.    Oh, okay.

3         Q.    So that account, just to be clear, when the

4    trust terminated, the funds were in the BLMIS account; is

5    that right?

6         A.    Yes.

7         Q.    And then the account was retitled in the name

8    of Ken Brown and Wendy Brown as Tenants by the Entireties;

9    is that right?

10        A.    Yes.

11        Q.    Okay.  So when you held it as Tenants by the

12   Entireties, did either you or Ken deposit additional funds

13   into the BLMIS account?

14        A.    Oh, into the BLMIS account, no.

15        Q.    Okay.  Is there another account that you were

16   thinking of?

17        A.    I thought you meant when -- I don't know.  I

18   didn't know what account you meant.

19        Q.    Okay.  Just on the second page of this Exhibit

20   No. 5, is that your signature on the right-hand side of the

21   page?

22        A.    Yes.

23        Q.    Okay.  So we discussed the date of this

24   document was April 16th, 2000; is that right?

25        A.    Yes.

1      Q.    And we looked at the limited partnership

2   agreement before.  And that was dated June 14th, 2000; is

3   that right?

4      A.    Yes.

5      Q.    You can look at it if you want to check.  I

6   think that was Exhibit 2.

7      A.    Yes.

8      Q.    Okay.

9            MS. MARASCO:  So then I'm going to hand another

10           document to the court reporter to mark as Exhibit 6.

11           (Plaintiff's Exhibit No. 6 was marked for

12           identification.)

13   BY MS. MARASCO:

14      Q.    Have you seen this document before?

15      A.    I guess I did because I signed it, but I don't

16   remember.  It's been awhile.

17      Q.    And you see your signature on the bottom

18   left-hand side of the page?

19      A.    Yes.

20      Q.    And what's the date of this document?

21      A.    August 10th, 2000.

22      Q.    And do you know what the purpose of this

23   document is?

24      A.    To change the account and put it into

25   Ken-Wen -- from Ken and Wendy Brown to Ken-Wen.

1       Q.    So this is transferring the account from Ken

2    Brown and Wendy Brown as Tenants by the Entirety into the

3    Partnership that had been formed in June; is that right?

4       A.    Yes.

5       Q.    Okay.  And then at the bottom it says, "If you

6    have any questions, please call us at 1-800-881-4246."

7    Where did that 1-800 go?

8       A.    That went to the company of K.W. Brown

9    Investments.  That was their telephone number.

10      Q.    Why did you change the account registration?

11           MR. BERNFELD:  Object to form.

12   BY MS. MARASCO:

13      Q.    You can answer.

14      A.    Well, the Partnership was set up.  So it was

15   changed into the partnership.

16      Q.    Okay.

17           MS. MARASCO:  I'm going to hand another

18      document to the court reporter.  This, I believe, will

19      be Exhibit 7.

20           (Plaintiff's Exhibit No. 7 was marked for

21      identification.)

22   BY MS. MARASCO:

23      Q.    Do you recognize this document?

24      A.    I'm not sure.  I don't remember it.

25      Q.    Looking at it now, can you tell what it is?

 1                  MR. BERNFELD:  What it purports to be?  She

 2        said she doesn't remember it.

 3        A.    It's a Partnership Account Agreement for

 4   Ken-Wen.

 5   BY MS. MARASCO:

 6        Q.    And do you see the account number at the top of

 7   the page there.  It says, "1EM226 30/40."  Is that right?

 8        A.    Yes.

 9        Q.    And then underneath it says, "Ken-Wen Family

10   L.P., Limited?

11        A.    Yes.

12        Q.    And then under Ken Brown's signature at the

13   bottom of the page, is that your signature as well?

14        A.    It looks to be my signature, although there's

15   no line for it.

16        Q.    Okay.

17        A.    And my name isn't mentioned as a general

18   partner in the above area.

19        Q.    But we discussed earlier that you were a

20   general partner of Ken-Wen, right?

21        A.    Yes.

22        Q.    Okay.  And then at the bottom of the last

23   paragraph there it says, "Bernard L. Madoff Investment

24   Securities is instructed to direct all notices or

25   communications, including demands, notices, confirmations,

1   reports, and statements of account for the Partnership in

2   connection with the Partnership account as follows."  Did

3   the Ken-Wen Partnership ever receive such communications or

4   notices from BLMIS?

5       A.    We got statements.  And sometimes we would get

6   reports of how well the account was doing -- supposedly how

7   well it was doing.

8       Q.    And the statements were different than the

9   reports?

10      A.    No.  The reports would just, you know, say "We

11  made 16 percent this quarter," or whatever the number was.

12      Q.    So it was some sort of summary?

13      A.    It came in quarterly.

14      Q.    Was it like a summary of how the account was

15  performing?

16      A.    Yes.

17      Q.    Okay.  And do you know why you may have signed

18  this document?

19          MR. BERNFELD:  Object to form.

20  BY MS. MARASCO:

21      Q.    You can answer.

22      A.    I guess because I'm a general partner.  I

23  really --

24          MR. BERNFELD:  No guessing.

25          THE WITNESS:  I'm not guessing.

```
 1        A.    Okay.  I can't guess, so I don't know.

 2              MS. MARASCO:  Mr. Bernfeld, I'll remind you not

 3        to instruct the witness.

 4              MR. BERNFELD:  I will instruct the witness on

 5        the record that you are here to answer questions as to

 6        your knowledge, and not to guess or speculate.

 7              MS. MARASCO:  And that's consistent with the

 8        instructions we discussed at the beginning.  I'm not

 9        asking you to guess.

10              THE WITNESS:  Okay.

11              MS. MARASCO:  But if you don't understand my

12        question, I would ask that you ask me to rephrase.

13        A.    Well, like I said, I don't remember exactly

14   signing it.  So --

15   BY MS. MARASCO:

16        Q.    And that's fine.  That's okay.

17        A.    Okay.  Yeah, I'm not sure it's my signature.  I

18   mean, it looks like it could be my signature, but I'm not

19   positive.

20        Q.    I'm sorry.  I understand that Mr. Bernfeld is

21   noting something about the document.  Is there something

22   that you want to discuss about this document?

23        A.    It's just that the signature looks a lot like

24   Ken Brown's signature that he might have signed for me in

25   my absence, but, you know, I can't say that because I don't
```

1    know for sure.

2        Q.    Okay.

3            MS. MARASCO:  I'm going to hand another

4        document to the court reporter.  It's going to be

5        marked as Exhibit 8.

6            (Plaintiff's Exhibit No. 8 was marked for

7        identification.)

8    BY MS. MARASCO:

9        Q.    If you'll flip through it.  Once you've had an

10   opportunity to review it, just let me know if you are

11   familiar with this document or otherwise recognize it.

12           MR. BROWN:  Can we take a break?

13           MS. MARASCO:  A question is pending.

14       A.    Wait, what was the question now?

15   BY MS. MARASCO:

16       Q.    Do you recognize this document?

17       A.    I'm not sure.  I don't know if I remember

18   seeing this before.  But I can see what it is.

19       Q.    Looking at it now, can you tell me what you

20   believe it to be?

21           MR. BERNFELD:  Object to the form.

22   BY MS. MARASCO:

23       Q.    And you can answer.

24       A.    It's the answer to the lawsuit, apparently,

25   with Madoff.

```
1        Q.    So at the top, the underlined language, do you

2   see it says, "Answers to Trustee's First Set of Requests

3   for Admission by Defendants Ken-Wen Family Limited

4   Partnership."

5        A.    Yes.

6        Q.    I read that correctly?

7        A.    Yes.

8        Q.    So the Trustee had served certain requests for

9   admission.  And these were the responses thereto filed by

10  the Partnership.  Did you work with your attorney to

11  prepare these responses?

12             MR. BERNFELD:  I'm going to object to the

13        question.  And I'm going to direct the witness not to

14        answer with respect to discussions or conversations

15        you may have had with counsel.

16  BY MS. MARASCO:

17       Q.    I am not asking for the content of any

18  conversations.  But I am asking whether or not you

19  participated in preparing this document?

20       A.    I didn't prepare the document.  My lawyer

21  prepared the document.

22       Q.    Did you assist to provide information that was

23  used to prepare the responses?

24       A.    Yes.

25             MR. ROHER:  Can we take our break now?
```

1              MS. MARASCO:  When I finish this document.

2    BY MS. MARASCO:

3         Q.    If you look at Admission No. 16, that's on Page

4    8, No. 16 says, "Admit that the account was initially

5    funded by an inter-account transfer from BLMIS account in

6    the amount of 535,163, and that's dollars."  Did I read

7    that correctly?

8         A.    Yes.

9         Q.    And the response to that request for admissions

10   says, "Admits, upon information and belief."  Did I read

11   that correctly?

12        A.    Yes.

13        Q.    Okay.  And what do you understand that response

14   to mean?

15             MR. BERNFELD:  Object to the form.  You can

16        answer, if you can.

17        A.    I believe that means that that's maybe what the

18   value of the account was.  But I don't know what time

19   period that was.  It just says that it has that amount.

20   BY MS. MARASCO:

21        Q.    We discussed earlier that the account -- when

22   the trust terminated in 2000, it was transferred to Ken-Wen

23   and -- I'm sorry, to Ken Brown and Wendy Brown as Tenants

24   by the Entirety, and then retitled in the name of the

25   Ken-Wen Partnership; is that right?

```
 1        A.    Yes.

 2        Q.    When the account was ultimately retitled in the

 3   name of the Ken-Wen Partnership, was the balance of the

 4   account $535,163?

 5        A.    I don't think so.

 6        Q.    Why not?

 7        A.    Because I think this is the amount that came

 8   way back before then when it was a different kind of

 9   account that my father had set up with an investor from

10   Minnesota.  And it could be that amount was from then, and

11   then it was transferred over into this account -- into the

12   account that it presently was, the BLMIS account.

13        Q.    Who was the investor from Minnesota?

14        A.    Oh, gosh.  His name escapes me.

15        Q.    Was it Melvin Mander?  (Phonetic.)

16        A.    No.

17              MR. BERNFELD:  I can prompt her if you'd like.

18              MS. MARASCO:  No, that's okay.

19              MR. BERNFELD:  Okay.

20        A.    It will probably come to me.

21              MR. BERNFELD:  You answered.  This was what

22        number?

23              THE COURT REPORTER:  8.

24   BY MS. MARASCO:

25        Q.    So this request for admission states that "The
```

```
 1    account was initially funded by an inter-account transfer

 2    from BLMIS account in the amount of $535,163."  And you --

 3    by admitting that, what do you understand that to mean?

 4              MR. BERNFELD:  Object to the form.  There is

 5         nothing in here that says this person admitted what's

 6         in this Ken-Wen admission.

 7              MS. MARASCO:  Mr. Bernfeld, Ms. Brown is here

 8         today as a 30(b)(6) representative on behalf of the

 9         Ken-Wen Limited Partnership.  And --

10              MR. BERNFELD:  Then ask her about Ken-Wen.  You

11         asked her about her personally.  So I object to the

12         form.

13    BY MS. MARASCO:

14         Q.    What does the Ken-Wen Partnership understand

15    this to mean?

16              MR. BERNFELD:  Which paragraph?

17              MS. MARASCO:  We're still looking at Request

18         For Admission No. 16.

19         A.    Well, it says that it was initially funded by

20    an inter-account transfer from BLMIS.  But I don't know if

21    that's the amount that was transferred.  I have no idea.

22    BY MS. MARASCO:

23         Q.    That's fine.  I just want to understand what

24    you understand it to mean on behalf of Ken-Wen.

25              Okay.  If you'll look down to Admission No.
```

1   17, that states, "Admit that of the $535,163 transferred

2   from another BLMIS account into the Account January 4th,

3   1993, $340,000 consisted of principal."  And that is

4   denied.  Did I read that correctly?

5        A.   Yes.

6        Q.   So based on our conversation earlier, would you

7   agree with me that this appears to state that on or about

8   January 4th, 1993, there is about $535,163 that was

9   transferred to the account?

10            MR. BERNFELD:  Object to the form.

11       A.   It looks like that's what it showed.  The

12   $535,163 looks like is what the account consisted of on

13   January 4th of 1993.

14   BY MS. MARASCO:

15       Q.   Okay.  I think we're on the same page.  And

16   then the requests asked for an admission that 340,000 of

17   that amount, of that $535,160, consisted of principal.  And

18   that was denied.

19       A.   Yes.

20       Q.   Can you tell me why?

21       A.   No.  I don't know.

22       Q.   Okay.

23       A.   Oh, and the name I was trying to think of --

24            THE WITNESS:  Oh, I shouldn't do that?

25            MR. BERNFELD:  There's no question pending.

```
 1              THE WITNESS:  Okay.  It just came to me.

 2        That's all.

 3              MS. MARASCO:  Well, I'll ask you not to

 4        interrupt the witness as she's answering to the extent

 5        that she is answering.

 6              MR. BERNFELD:  She answered.  And she then

 7        started to volunteer something else.  And I'm telling

 8        her, and I'm going to continue to tell her, there's no

 9        question pending when there is no question pending.

10        Is there a question pending?

11              MS. MARASCO:  There is not, Mr. Bernfeld.

12              MR. BERNFELD:  Okay.

13              MS. MARASCO:  But I would ask you not to

14        interrupt your client.

15              MR. BERNFELD:  Please, don't tell me what

16        advice I can give to my client when there's no

17        question pending.

18              MS. MARASCO:  Okay.  I understand that

19        Mr. Roher and Mr. Brown would like to take a break.

20        So we'll take a ten-minute break.

21              MR. BERNFELD:  Fine.

22              MR. BROWN:  Thank you.

23              (Recess taken from 10:48 a.m. to 11:02 a.m.)

24              MS. MARASCO:  We are back on the record.  It's

25        11:02.
```

```
 1   BY MS. MARASCO:

 2       Q.    During the break did you have any discussions

 3   with counsel regarding the substance of your testimony?

 4            MR. BERNFELD:  I'll direct the witness not to

 5       answer.

 6            MS. MARASCO:  Basis?

 7            MR. BERNFELD:  That I'm not directing her not

 8       to.

 9            MS. MARASCO:  Attorney-client privilege.

10            MS. MARASCO:  I am asking whether she did or

11       not.  I am not asking for the substance.

12            MR. BERNFELD:  I'm directing her not to.

13            MS. MARASCO:  I will remind you for any breaks

14       going forward, you're not to discuss the content of

15       your testimony with your attorney during a break.

16            MR. BERNFELD:  And I'm going to ask you not to

17       instruct my client, what she should or shouldn't do

18       with me.  That's my job, not yours.

19            MS. MARASCO:  Okay.  This is a deposition.  And

20       so there are certain rules that apply.

21            MR. BERNFELD:  Yes.

22            MS. MARASCO:  And so I am just reminding her of

23       those rules.

24            MR. BERNFELD:  If you disagree with what I've

25       stated on the record, you can put your position on the
```

```
 1        record.  But don't direct your comments to my client

 2        as an instruction from you.  And if we have a

 3        disagreement, somebody else will resolve it.  But I

 4        won't resolve it, and neither will you, by telling my

 5        client to do something or not do something.

 6   BY MS. MARASCO:

 7        Q.    So before we the break we were talking about

 8   the amount in the account that was held by Ken-Wen.  In

 9   your capacity as the 30(b)(6) witness, what was the maximum

10   amount that the account ever held during its life?

11        A.    I would not know an exact amount of what it

12   held.

13             MR. BERNFELD:  That's an answer.

14   BY MS. MARASCO:

15        Q.    Would you know a cap on the amount, up to a

16   certain amount?

17        A.    I don't want to speculate because I don't know

18   the exact amount of how high it would have been or low it

19   would have been.  I really don't know.

20             MR. BERNFELD:  And I object to the form.

21             MS. MARASCO:  I would ask you not to interrupt

22        your client.

23   BY MS. MARASCO:

24        Q.    During life of the account when it was held by

25   Ken-Wen, did Ken-Wen ever deposit funds into the BLMIS
```

```
 1   account?

 2       A.    No.

 3             MS. MARASCO:  I'm going to hand --

 4             MR. BERNFELD:  Just one second.

 5             MS. MARASCO:  I'm going to hand two documents

 6       to the court reporter, and I'm going to ask her to

 7       mark them as Exhibit 9 and 10.

 8             (Plaintiff's Exhibits No. 9 and 10 were marked

 9       for identification.)

10   BY MS. MARASCO:

11       Q.    So I've just handed you two documents, which

12   have been marked Exhibits 9 and 10.  10 is right here.  And

13   just for clarify so that we're on the same page, the first

14   amended complaint that was filed by the Trustee is marked

15   as Exhibit 9.

16       A.    I think that's an additional one.  I got two.

17             MR. BERNFELD:  No, no, you should have two

18       documents.

19             MS. MARASCO:  She has one that's marked.

20             MR. BERNFELD:  Oh, okay.

21             THE WITNESS:  And I have two for No. 9 for some

22       reason.

23   BY MS. MARASCO:

24       Q.    Okay.  So just to clarify that, Exhibit 9

25   should be the first amended complaint that was filed by the
```

```
 1    Trustee, and then Exhibit 10 would be the answer to the

 2    amended complaint that was filed by the Ken-Wen Limited

 3    Partnership and Wendy Brown.

 4         A.    Okay.

 5         Q.    Is that what you have there?

 6         A.    Yes.

 7         Q.    Okay.  So we'll focus on Exhibit 10.  And to

 8    the extent we need to refer the actual allegations in the

 9    complaint, we'll refer to Exhibit 9.  But looking at

10    Exhibit 10, if you look to Paragraph 68, this is under the

11    caption Sixth Affirmative Defense.  So it won't necessarily

12    relate to specific allegations in the complaint.  I'll

13    represent that to you.  And 68 reads, "As a result, upon

14    information and belief, millions of dollars that should

15    have been credited by the Trustee as additional principal

16    in the Account were disallowed and not included in the

17    Trustee's calculation of Defendants' BLMIS account

18    balance."  What do you understand that to mean?

19              MR. BERNFELD:  Object as to form.  And I

20         suggest it's incomplete and misleading unless you

21         refer to the paragraph immediately preceding.  Because

22         68 says, "As a result."

23    BY MS. MARASCO:

24         Q.    Ms. Brown -- Ms. Werner, I apologize, if you

25    can then refer to Paragraph 67.  If you can read that, and
```

1    then read 68.

2              MR. BERNFELD:  Thank you.

3    BY MS. MARASCO:

4         Q.    Once you've completed that, if you can just let

5    me know what you understand that to mean, if anything?

6              MR. BERNFELD:  And I have still will have an

7         objection as to form, but you can answer.

8         A.    It looks like they didn't take the total amount

9    that might have been deposited in the account when they did

10   this as far as the principal one.

11   BY MS. MARASCO:

12        Q.    And we just discussed before we started looking

13   at the exhibits -- you testified earlier that Ken Brown and

14   Wendy Brown as Tenants by the Entirety never invested funds

15   into the account.  Do you recall that?

16        A.    Yes.

17        Q.    And then we just discussed that the Ken-Wen

18   Limited Partnership never invested funds into the BLMIS

19   account; is that right?

20        A.    Yes.

21        Q.    So given in your Tenancy by the Entireties

22   capacities, and in your partnership capacities, that you

23   never deposited funds into the BLMIS account, can you

24   explain the calculation that is referenced here in

25   Paragraph 68?

 1              MR. BERNFELD:  You're asking the witness for a

 2         legal conclusion based on a pleading.  I object as to

 3         form.

 4              MS. MARASCO:  I am asking for her understanding

 5         of what Paragraph 68 in connection with the Sixth

 6         Affirmative Defense means.

 7    BY MS. MARASCO:

 8         Q.   Or your understanding of what it means?

 9              MR. BERNFELD:  If you know.

10         A.   Well, the account was taken over in 2000 by

11    Ken-Wen.  Before that, this account was in existence for

12    many years.  And I'm not sure the amount that was invested

13    by my father into the account over those years.  But I'm --

14    from my knowledge, I think he had invested for many years

15    before that, maybe even as much as in the '70s or '80s with

16    Madoff.  So any money that might have been in there before

17    maybe wasn't taken into account when this was -- when this

18    document was done.

19    BY MS. MARASCO:

20         Q.   We discussed earlier that the account that

21    Ken-Wen came to hold was simply retitled from a prior

22    account; is that right?

23         A.   Yes.

24         Q.   So the account that you were just referring to

25    that your father held, that was also an account with BLMIS;

1    is that right?

2         A.    Yes.

3         Q.    Okay.  So the funds that were in the account

4    when your father held it were also purportedly invested by

5    Madoff; is that correct?

6         A.    Yes.

7         Q.    Okay.  So in connection with that investment,

8    the funds that were deposited by your father prior to

9    Ken-Wen holding the account were invested and/or increased

10   or decreased as a result of those investments; is that

11   right?

12               MR. BERNFELD:  Object to form.

13   BY MS. MARASCO:

14        Q.    Your father invested money into the account is

15   what you just said?

16        A.    Yes.

17        Q.    Okay.  And the moneys that were invested were

18   purportedly in the market; is that right?

19        A.    According to the statements we received.

20        Q.    Okay.  And so as a result of being purportedly

21   in the market, those funds realize a profit as a result of

22   the purported trading; is that correct?

23        A.    I'm not sure if they always received a profit

24   or, you know, before it was Ken-Wen.  I don't know what was

25   going on in the account.

1          Q.     So whatever happened in the account prior to it

2    being retitled was then just simply retitled and Ken-Wen

3    had whatever the account previously had; is that right?

4          A.     Yes.

5          Q.     Okay.  So we don't actually need to refer to

6    the complaint, so you can put that and the answer aside.

7                 When Ken-Wen held the account, did the

8    Partnership withdraw funds from the account?

9          A.     There was some withdrawals made, yes.

10         Q.     And how did the Partnership determine when to

11   withdraw funds?

12         A.     I didn't make those decisions.  I don't believe

13   I made the decision.  I think Ken did.

14         Q.     Were you consulted when funds were withdrawn?

15         A.     Not always, no.

16         Q.     Did you personally ever make a request for

17   withdrawal?

18         A.     Not that I recall.

19         Q.     My understanding from Mr. Brown's testimony was

20   that Ms. Shaw also monitored the account; is that correct?

21         A.     She just provided the tax returns for the

22   Partnership.

23         Q.     Did she monitor the account's performance

24   during its life at any point?

25                MR. BERNFELD:  If you know.

```
 1        A.    I don't know.

 2   BY MS. MARASCO:

 3        Q.    Okay.  Did you ever receive advice as to when

 4   to withdraw funds from the account?  I'm not asking from

 5   counsel.  I'm asking from anyone.

 6        A.    What do you mean "when"?  Like if we needed to?

 7        Q.    Did anyone ever instruct you to withdraw funds

 8   from the account?

 9        A.    I don't remember.

10        Q.    Okay.  And to make a withdrawal from the

11   account, you had to make a request; is that right?

12        A.    I would think so.

13        Q.    And to whom might you make that request?

14             MR. BERNFELD:  Object as to form, but you can

15        answer?

16        A.    I don't remember making a request.  But I would

17   assume it would be to contact someone in the offices of

18   Bernie Madoff's office.

19   BY MS. MARASCO:

20        Q.    If, for example, Ken made a request for a

21   withdrawal, would you receive notice of that request?

22        A.    I don't remember.

23        Q.    And when a request was made, where might the

24   funds have been deposited?

25             MR. BERNFELD:  Object to the form of the
```

1     question.

2     A.   I would assume into the Ken-Wen bank account,

3 but...

4 BY MS. MARASCO:

5     Q.   Where did Ken-Wen hold bank accounts?

6     A.   Paradise Bank, RBC, and Bank of America.  Not

7 all at the same time, but that's where the accounts were

8 previous.

9     Q.   Do you recall when Ken-Wen held the Bank of

10 America account?

11     A.   I don't remember the years.

12     Q.   Between 2000 and 2012 when the Partnership was

13 dissolved, did the Partnership hold any other bank

14 accounts -- well, did it hold any accounts at banks other

15 than RBC, Paradise, or Bank of America?

16     A.   I don't believe so.

17     Q.   And just to circle back on that.  We discussed

18 a little bit earlier that the Partnership was dissolved in

19 2012; is that right?

20     A.   Yes.

21     Q.   Did you take affirmative steps to dissolve the

22 Partnership?

23         MR. ROHER:  Can I just ask one clarification?

24         MS. MARASCO:  A question is pending.

25         MR. ROHER:  I'm going to just object.  Can I

```
 1          give -- object to the form.  If you want the reason,

 2          I'll give you the reason.

 3                    MS. MARASCO:  Can we wait until the answer?

 4                    MR. BERNFELD:  I'll object to the form too.

 5     BY MS. MARASCO:

 6          Q.    Okay.  You can answer.

 7          A.    I don't remember personally taking steps to

 8     dissolve it.  I think it just happened when, you know,

 9     everything that was -- there was nothing in the account to

10     keep it going.

11          Q.    Were steps ever taken by anyone to dissolve the

12     Partnership to your knowledge?

13          A.    I don't know.  I can't recall.

14          Q.    In your capacity as a 30(b)(6) witness, has the

15     Partnership ever been formally dissolved?

16                    MR. BERNFELD:  If you know.

17          A.    I don't know.

18     BY MS. MARASCO:

19          Q.    You testified earlier -- and I believe you used

20     the word "dissolved" -- that the Partnership was dissolved

21     in 2012.  What did you mean by that?

22          A.    That there were no more filings on their behalf

23     of the Florida -- of the State to keep it open.  I would

24     assume after that it's dissolved when you don't have -- you

25     don't pay your yearly fees to keep it going.
```

```
 1        Q.    Okay.

 2        A.    That's why I assume it's dissolved.

 3        Q.    So you stopped paying pays to the State or to a

 4    specific agency; is that correct?

 5        A.    Yes.

 6        Q.    Okay.

 7             MR. BERNFELD:  And the "you" refers to Ken-Wen?

 8             MS. MARASCO:  The "you" refers to Ken-Wen, yes.

 9             MR. ROHER:  That's what my issue was.  "You"

10        versus -- individually versus Ken-Wen.  I don't

11        know -- I mean, I'm not trying to interrupt.  And

12        forgive me.  Right now are we currently conducting the

13        deposition just of the corporate rep or is this like

14        altogether.

15             MS. MARASCO:  They are being conducted

16        simultaneously.  To the extent that there is a

17        distinction, I will try to distinguish.  If you think

18        I've not distinguished properly, just let know.

19             MR. ROHER:  Well, that was basically my

20        objection.  And again, not to be critical.  Just for

21        clarity, I think it would be better when you say

22        "you," just to say "you individually."  Just

23        because -- you know, that's all I'm saying?

24             MS. MARASCO:  Understood.

25    BY MS. MARASCO:
```

```
 1        Q.    And just to follow up on that point, in or

 2   about 2012, why did the Partnership stop paying the State

 3   for the annual fees?

 4        A.    Because it wasn't necessary after that to

 5   continue with the Partnership.

 6        Q.    What was the purpose of the Partnership's

 7   existence following the resignation of Ken Brown as general

 8   partner?

 9        A.    It was -- well, there was still investments in

10   Ken-Wen at that time for it to continue to be in existence.

11        Q.    What kind of investments?

12        A.    The same investments we've spoken of.

13        Q.    And are you referring to the Sage properties,

14   the annuities, or anything like that?

15        A.    Yes.

16        Q.    I just want to be clear so that I'm

17   understanding what you're saying.

18        A.    Yes.

19              MS. MARASCO:  Yes, Mr. Bernfeld.

20              MR. BERNFELD:  Just to be clear, are you

21         including or excluding the Madoff account with

22         Ken-Wen?

23              MS. MARASCO:  The Madoff account was an asset

24         of the Ken-Wen Partnership.

25              MR. BERNFELD:  Correct.
```

1            MS. MARASCO:  Correct.

2            MR. BERNFELD:  And Madoff didn't blow up until

3        December of '08.  And --

4            MS. MARASCO:  Are you testifying, Mr. Bernfeld?

5            MR. BERNFELD:  I'm trying to clarify.  If you

6        prefer that the record be ambiguous, that's okay with

7        me.  I don't think that's what you want.

8            MS. MARASCO:  Understood.

9   BY MS. MARASCO:

10        Q.   So we just discussed earlier that Ken-Wen still

11   had investments after Mr. Brown resigned as general

12   partner; is that right?

13        A.   Yes.

14        Q.   Okay.  And we discussed those investments as

15   including the interests and real property which were, I

16   think, we described as the Sage investments; is that right?

17        A.   Yes.

18        Q.   And then we discussed an annuity; is that

19   right?

20        A.   Yes.

21        Q.   And then there were insurance policies that we

22   discussed earlier, that those were pledged as collateral

23   for a $3 million loan by KBCB; is that right?

24        A.   Yes.

25        Q.   Okay.  And then the only other asset that I

 1   think we've discussed would be the BLMIS account; is that

 2   right?

 3        A.   Yes.

 4        Q.   Did Ken-Wen have any other assets that I've not

 5   just mentioned?

 6        A.   Like I said, I think there was a stock account

 7   as well.

 8        Q.   Other than that stock account, is there

 9   anything else?

10        A.   Not that I recall.

11        Q.   Okay.  The BLMIS account was an asset of the

12   Partnership; is that right?

13             MR. BERNFELD:  Can we have a time reference?

14   BY MS. MARASCO:

15        Q.   At any point was the BLMIS account not an asset

16   of the Partnership?

17             MR. BERNFELD:  I'm going to object to the form.

18   BY MS. MARASCO:

19        Q.   You can answer.

20        A.   Well, it wasn't before it become part of

21   Ken-Wen's assets before 2000.

22        Q.   What happened to the account upon the

23   "dissolution" of the Partnership?  When did the account

24   cease to exist?

25        A.   Which account?

```
 1          Q.    The BLMIS account.

 2          A.    December of 2008.

 3          Q.    December of 2008?

 4          A.    When, you know, everything blew up with Madoff.

 5     There was still an account there.  And after that, I guess

 6     there was no longer an account.

 7               MS. MARASCO:  I'm going to hand another

 8          document to the court reporter to mark as Exhibit 11.

 9               (Plaintiff's Exhibit No. 11 was marked for

10          identification.)

11     BY MS. MARASCO:

12          Q.    Have you seen this document before?

13          A.    I believe I saw it in Ken's deposition.

14          Q.    And what's the date on this document?

15          A.    April 20th -- my birthday -- 2005.

16               MR. BERNFELD:  Where?  Okay.

17     BY MS. MARASCO:

18          Q.    And the letterhead on this document is K.W.

19     Brown Investments, and it's addressed to Bernard L. Madoff

20     Investments Securities, LLC; is that correct?

21          A.    Yes.

22          Q.    And taking a look at this document now, do you

23     know what it is or purports to be?

24               MR. BERNFELD:  Object as to form.  The document

25          speaks for itself.
```

```
 1        A.    Yes.  It's an agreement with RBC Bank to have a

 2   beneficial interest in the account.

 3        Q.    So if I look at the first sentence it says, "As

 4   per our preliminary discussions, the Ken-Wen Family Limited

 5   Partnership has granted a control and interested party

 6   agreement with RBC Centura."  Did I read that correctly?

 7        A.    Yes.

 8              MR. BERNFELD:  So stipulated.

 9        A.    That's what it says.

10   BY MS. MARASCO:

11        Q.    Why did Ken-Wen Limited Partnership grant a

12   beneficial interest to RBC Centura?

13              MR. BERNFELD:  Object as to form.

14        A.    I really don't know.

15   BY MS. MARASCO:

16        Q.    You testified earlier that the Partnership held

17   an account at RBC Centura Bank; is that right?

18        A.    For Ken-Wen, yes.

19        Q.    And that was an account held by the

20   Partnership; is that right?

21              MR. BERNFELD:  If you can clarify, you mean a

22         bank account or a securities account or both or

23         neither?

24              MS. MARASCO:  We are talking about RBC in the

25         context of a bank account.
```

```
 1              MR. BERNFELD:  Okay.

 2    BY MS. MARASCO:

 3         Q.    The Partnership held a bank account at RBC

 4    Centura; is that right?

 5         A.    Yes.

 6         Q.    Did the Partnership hold any other accounts

 7    with RBC Centura?

 8         A.    Yes.

 9         Q.    What kind of accounts?

10         A.    Personal accounts, business accounts.

11              MR. BERNFELD:  No, the question was

12         "Partnership," right?

13         A.    Oh, not with the Ken-Wen Partnership, no.

14    BY MS. MARASCO:

15         Q.    In your personal capacity did you have a bank

16    account with RBC Centura?

17         A.    I believe we had a joint account with RBC, yes.

18         Q.    Okay.  In your personal capacities were funds

19    owed by you or Mr. Brown to RBC Centura?

20         A.    I don't remember if we had loans with them

21    personally, if that's what you mean.

22         Q.    Okay.  Turning back to the RBC bank account

23    that was held by the Partnership, who had access to the RBC

24    bank account?

25         A.    Myself and Ken Brown.
```

```
 1        Q.     Would anyone else have access to that account?

 2        A.     No.

 3        Q.     Did the Partnership receive regular or

 4   contemporaneous account statements for the RBC bank

 5   account?

 6        A.     Yes.

 7        Q.     Did you review them?

 8        A.     Yes.

 9        Q.     Regularly, sporadically, any of those?

10        A.     When I received them, yes.

11        Q.     So was it your practice to regularly review

12   your bank statements for the Partnership?

13        A.     Yes.

14               MS. MARASCO:  I'm going to hand a document to

15        the court reporter to mark as Exhibit 12.

16               (Plaintiff's Exhibit No. 12 was marked for

17        identification.)

18   BY MS. MARASCO:

19        Q.     Do you recognize this document?

20        A.     Oh, it's a fax.

21        Q.     And who is it from?

22        A.     From the Offices of K.W. Brown Investments.

23        Q.     And then on the first full line there it says,

24   "To" -- blank -- and then "From."  Do you see what it says

25   there?
```

 1        A.     Yeah.

 2        Q.     What does it say?

 3        A.     Yeah, there's no name there.

 4               MR. BERNFELD:  She meant this.

 5        A.     But it's from myself, yes.

 6   BY MS. MARASCO:

 7        Q.     And is it addressed to "Company:  Madoff."  Did

 8   I read that correctly?

 9        A.     Yes.

10        Q.     And then it references Account No. 1-EM226-3-0,

11   underneath, "Ken-Wen."  Is that correct?

12        A.     Yes.

13        Q.     Is this your handwriting?

14        A.     Yes, except I didn't write the Ken-Wen in

15   there.

16        Q.     Understood.  And it's a little bit hard to

17   read, but what is the date of this document?

18        A.     February 10th, I think '06.

19        Q.     And I'm looking at the notes.  And it says,

20   "Please send me a check for $250,000 to my home address for

21   Ken-Wen Account No. 1-EM226-3-0.  Thanks for your

22   cooperation."  Did I read that correctly?

23        A.     Yes.

24        Q.     Do you recall why you requested a check for

25   $250,000?

```
 1         A.    No, I don't remember.

 2         Q.    Do you recall whether you received those funds?

 3         A.    Not at this point in time I don't remember.

 4               MS. MARASCO:  I'm going to hand a document to

 5         the court reporter, and this will be Exhibit 13.

 6               (Plaintiff's Exhibit No. 13 was marked for

 7         identification.)

 8  BY MS. MARASCO:

 9         Q.    Do you recognize this document?

10         A.    That's for the 250,000, yes.

11         Q.    And it's a check from Bernard L. Madoff to the

12  Ken-Wen Family Limited Partnership dated 2/16/2006; is that

13  correct?

14         A.    Yes.

15               MR. BERNFELD:  Just add "LTD" to your

16         description, what the check was payable to.

17  BY MS. MARASCO:

18         Q.    Check was payable to Ken-Wen Family LP LTD.

19               MR. BERNFELD:  Correct.

20  BY MS. MARASCO:

21         Q.    Is there any distinction between Ken-Wen Family

22  Limited Partnership and Ken-Wen Family LP LTD?

23               MR. BERNFELD:  I'm going to object.  You're

24         asking the witness to give you a legal conclusion as

25         to "Is there a different between the two?"
```

```
 1              MS. MARASCO:  I'm asking for her knowledge.
 2         Because you made the point of distinguishing, I'm
 3         asking if there is a difference.
 4              MR. BERNFELD:  I'm just correcting what you
 5         stated.  I was not saying --
 6              MS. MARASCO:  Thank you, Mr. Bernfeld.  I'm
 7         going to ask the witness.
 8    BY MS. MARASCO:
 9         Q.   Is Ken-Wen Family Limited Partnership to your
10    knowledge the same thing as Ken-Wen Family LP LTD?
11              MR. BERNFELD:  I'm going to object to form.
12    BY MS. MARASCO:
13         Q.   You can answer.
14         A.   Well, it's one and the same.
15         Q.   Okay.  Thank you.  And what is the amount of
16    this check?
17         A.   250,000.
18         Q.   Okay.  And then do you see the account
19    referenced in the bottom left-hand corner?
20         A.   Account reference?  Oh, yes.
21         Q.   Do you see where it says "1-EM226-3"?
22         A.   Yes.
23         Q.   And then if you turn to the second page --
24              MR. BERNFELD:  Did we have a description of who
25         the check was from?
```

```
 1              MS. MARASCO:  Yes, I did, Mr. Bernfeld.

 2              MR. BERNFELD:  And humor me, who is it from?

 3         Because I think there's --

 4              MS. MARASCO:  I'm going to ask you to please be

 5         respectful of the fact that I'm asking the questions

 6         to Ms. Werner.

 7              MR. BERNFELD:  I'm being most respectful.  I'd

 8         like the record to be clear.  This check is from

 9         Bernard L. Madoff.  You had previously defined Madoff,

10         the individual, as different from BLMIS.  And your

11         reference, I believe, was to BLMIS.

12              MS. MARASCO:  No.  I said they may be used

13         interchangeably.  I will read it again.  "Madoff is

14         Bernard L. Madoff, the person, but may be used

15         interchangeably with BLMIS."

16              MR. BERNFELD:  Well, then I object to that

17         instruction because it creates an absolute ambiguity

18         in the record for no reason.

19              MS. MARASCO:  Okay.

20    BY MS. MARASCO:

21         Q.    We are looking at the second page of the check.

22    If you look at the endorsement, do you see there where it

23    says, "Know your endorser - require identification."  And

24    then it says, "Ken-Wen, deposit only."  Is that correct?

25         A.    Yes.
```

```
 1        Q.    And then the last four digits of the account

 2   appear to be -- you can tell me if I'm wrong -- it appears

 3   to be 6397.  Is that what you see as well?

 4        A.    Yes.

 5        Q.    And then if you look at the typed text there on

 6   the page -- it looks like it's upside down the way you have

 7   it -- do you see where it says RBC Centura?

 8        A.    Yes.  It does seem confusing that it came from

 9   him personally.

10             MR. BERNFELD:  No question pending.

11   BY MS. MARASCO:

12        Q.    So based on that discussion, was it fair to say

13   that those funds were deposited into the RBC Centura

14   account?

15        A.    Yes.

16        Q.    Or a RBC Centura account, okay.

17             MS. MARASCO:  I'm going to hand another

18        document to the court reporter, and this will be 14.

19             (Plaintiff's Exhibit No. 14 was marked for

20        identification.)

21   BY MS. MARASCO:

22        Q.    Have you seen this document before, Ms. Werner?

23        A.    It might have been in Ken's deposition.

24        Q.    And looking at it now, what does it appear to

25   be?
```

```
 1        A.    A wire transfer request.

 2              MR. BERNFELD:  Object as to form.

 3   BY MS. MARASCO:

 4        Q.    So it appears to a handwritten request for a

 5   wire transfer of $150,000.  At the bottom right-hand corner

 6   it just says "6/26."  Does that appear to be Mr. Brown's

 7   signature at the bottom?

 8        A.    Yes.

 9        Q.    And what is the reference information that's

10   written there at the top of the page?

11        A.    Ken-Wen Family LP.

12        Q.    Okay.  And then it says, "Account 1EM226-3-0."

13   Is that correct, in that box there?

14        A.    Yes.

15        Q.    And then in the middle where there appears to

16   be bank account information, it has an X through it, and

17   then there's a separate notation, "Spoke to client.  No

18   wire.  6/21 3:59."  Did you speak to anyone at BLMIS in

19   connection with this request?

20        A.    I can't recall now.

21        Q.    Okay.  Did you ever speak with anyone at BLMIS

22   at any point during the life of the Partnership?

23        A.    I can't recall.

24        Q.    And this is directed to the attention of Frank

25   DiPascali; is that correct?
```

```
 1          A.   Yes.

 2          Q.   Did you ever speak to Mr. Frank DiPascali?

 3          A.   I don't believe so.

 4          Q.   Okay.  Do you know why Ken may have sent this

 5     request --

 6               MR. BERNFELD:  Object to form.

 7     DiPascali

 8          Q.   -- as opposed to you?

 9               MS. MARASCO:  If you let me finish my question,

10          please.

11               MR. BERNFELD:  I thought you were.

12          A.   I don't remember.

13     BY MS. MARASCO:

14          Q.   And so we discussed that Ken-Wen had a bank

15     account with Paradise Bank; is that correct?

16          A.   Yes.

17          Q.   At the same time did it also hold a bank

18     account with RBC Centura?

19          A.   I think we had it with RBC, and then we decided

20     to go with Paradise Bank.

21          Q.   Does that mean that the RBC bank account was

22     closed at some point?

23          A.   Yes.

24          Q.   Okay.  For clarity, the Paradise bank account

25     was also held by the Ken-Wen Family Partnership?
```

```
 1        A.    Yes.

 2        Q.    Okay.  Who had the access to the Paradise Bank

 3   account?

 4        A.    Myself and Ken Brown.

 5        Q.    Would anyone else have had access to that

 6   account?

 7        A.    No.

 8        Q.    Did you receive regular or contemporaneous bank

 9   account statements from Paradise Bank?

10        A.    Yes.

11        Q.    Did you review them?

12        A.    Yes.

13        Q.    So where it says, "Spoke to client, no wire,"

14   we discussed that you don't recall whether or not you spoke

15   to someone.  Do you recall whether or not you received

16   funds by alternative means?

17        A.    I don't recall or remember.  So I don't know

18   what time period this was.

19             MR. BERNFELD:  Just wait.

20             MS. MARASCO:  And then I'm going to hand

21        another document to the court reporter, and this will

22        be Exhibit 15.

23             (Plaintiff's Exhibit No. 15 was marked for

24        identification.)

25   BY MS. MARASCO:
```

75

```
1         Q.    Do you recognize this document?

2         A.    I see it's a check for $150,000, yes.

3         Q.    And who is it from?

4         A.    Bernard Madoff himself.

5         Q.    And who is it addressed to?

6         A.    Ken-Wen Family LP LTD.

7         Q.    And what is the date of the check?

8         A.    June 25th, I think '07.  It's either a 5 or a

9    6.  It might be June 26th.  It's hard to read the date.

10        Q.    And then in the exhibit we just discussed,

11   Exhibit 14, there was that notation, "Spoke to client, no

12   wire, 6/21, 3:59."  And then at the bottom there was a

13   "6/26."  And then you just indicated that this check was

14   dated 6/26/2007.  Do you see whether or not this check was

15   endorsed?

16        A.    It's not signed.  It's just an account number.

17   Looks like Paradise Bank.

18        Q.    And do you have any reason to believe that this

19   was deposited somewhere else than Ken-Wen's bank account at

20   Paradise Bank?

21             MR. BERNFELD:  Object as to form.

22        A.    No.

23   BY MS. MARASCO:

24        Q.    Do you know why Bernard L. Madoff might be

25   writing a check to Ken-Wen for $150,000?
```

```
 1              MR. BERNFELD:  Object as to form.  You're

 2         asking for speculation.

 3   BY MS. MARASCO:

 4         Q.    You can answer.

 5         A.    The amount was requested by wire, and they

 6   didn't wire.  They sent a check.  But why it's from him

 7   personally, I have no idea.

 8         Q.    Do you recall what the Partnership did with the

 9   $150,000?

10              MR. BERNFELD:  Object as to form.

11         A.    I don't remember.

12              MS. MARASCO:  I'm going to hand another

13         document to the court reporter.  This will be

14         Exhibit 16.

15              (Plaintiff's Exhibit No. 16 was marked for

16         identification.)

17   BY MS. MARASCO:

18         Q.    Ms. Werner, do you recognize this document?

19         A.    I don't remember it.  But I see --

20              MR. BERNFELD:  She asked --

21         A.    -- from what it says -- what it is.

22   BY MS. MARASCO:

23         Q.    So at the top it appears to be titled

24   Partnership Resolution of Authority by Ken-Wen Family

25   Limited Partnership."  And then the agreement appears to be
```

1    with Paradise Bank.  Is that your understanding as well?

2         A.    Yes.

3         Q.    And what is the date that appears in that top

4    section there?  Do you see where it says 6/20/07?

5         A.    Yes.

6         Q.    Okay.  And then under "Agents," it's only

7    Kenneth Brown's name that's listed; is that right?

8         A.    Yes.

9         Q.    But is that your signature at the bottom of the

10   page?

11        A.    It appears to be my signature.

12        Q.    Okay.  And then if you'll turn to the third

13   page, this is a similarly-titled document, Partnership

14   Resolution of Authority by Ken-Wen Family Limited

15   Partnership with Paradise Bank.  This document appears to

16   be dated 7/13/07; is that correct?

17        A.    Well, it supersedes the other document it looks

18   like.

19        Q.    And you're reading that at the bottom of the

20   page there?

21        A.    Yes.

22        Q.    And it says, "This resolution supersedes

23   resolution dated 6/20/07; is that correct?

24        A.    Yes.

25        Q.    And in this superseded document -- superseding

1    document, the agents are identified as Kenneth Brown,

2    general partner, and Wendy Brown; is that correct?

3        A.    Yes.

4        Q.    And does that appear to be your signature at

5    the bottom of the page as well?

6        A.    Yes.

7        Q.    Do you recall why you may have executed this

8    document?

9        A.    No, I don't.

10        Q.    And then for "Powers granted," on Item 1 it

11    says, "Exercise all of the powers listed in this

12    resolution."  And on that line there it says, "A/B."  And

13    then if you look above, "A" is identified as Kenneth Brown

14    and "B" is identified as Wendy Brown.  So it would appear

15    that this document gives both Ken Brown and Wendy Brown

16    plenary authority over the account.

17            MR. BERNFELD:  Object to the form.

18    Partnership Resolution of Authority

19        Q.    Is that your understanding as well?

20            MS. MARASCO:  If you'll let me finish my

21        question.

22        A.    I guess.  I'm not sure what this is for.

23            MS. MARASCO:  Okay.

24            MR. BERNFELD:  Off the record for a moment.

25            (Discussion off the record.)

```
 1              MS. MARASCO:  We'll take a five-minute break.

 2              (Recess taken from 11:52 a.m. to 11:58 a.m.)

 3              MS. MARASCO:  Back on the record.  It's 11:58.

 4      I'm going to hand another document to the court

 5      reporter, and there will be Exhibit 17.

 6              (Plaintiff's Exhibit No. 17 was marked for

 7      identification.)

 8  BY MS. MARASCO:

 9      Q.    Ms. Werner, do you recognize this document?

10      A.    Recognize it from when?

11      Q.    Do you recognize it at all?

12      A.    From Ken's deposition I remember it was

13  produced.

14      Q.    Okay.  And it appears to be a request for a

15  wire transfer for $500,000 made by the Ken-Wen Family

16  Limited Partnership; is that correct?

17      A.    Yes.

18      Q.    And do you recognize this as Ken's handwriting?

19      A.    Yes.

20              MR. BERNFELD:  Clarification.  Are you saying

21      that all of the handwriting is Ken's?  Because that's

22      not clear.

23  BY MS. MARASCO:

24      Q.    Do you recognize any of this handwriting to be

25  Ken's?
```

```
 1          A.    Yes.

 2          Q.    And then there appears to be a notation on the

 3    right-hand side that says, "Profile:  Ken-Wen, 3.6 mil,

 4    5-12/31," and that appears to be different handwriting; is

 5    that correct?

 6          A.    Yes.

 7          Q.    Okay.  And this is a fax request to Madoff

 8    Investment Securities, LLC; is that correct?

 9                MR. BERNFELD:  Where does it say "faxed"?

10                MS. MARASCO:  At the top of the page it says,

11          "Faxed:  212-858-4061."

12                MR. BERNFELD:  I see.  Thank you.

13                MS. MARASCO:  Sure.

14          A.    Yes.

15    BY MS. MARASCO:

16          Q.    Do you recall why the Partnership would have

17    requested a $500,000 wire --

18                MR. BERNFELD:  Object as to form.

19                MS. MARASCO:  I didn't finish my question,

20          Mr. Bernfeld.

21                MR. BERNFELD:  Sorry.  I thought you did.

22    BY MS. MARASCO:

23          Q.    Do you recall why the Ken-Wen Partnership may

24    have requested $500,000?

25                MR. BERNFELD:  Object as to form.  You may
```

```
 1      answer.

 2          A.    I don't remember.

 3   BY MS. MARASCO:

 4          Q.    And then there is bank account information

 5   that's listed here; is that right?

 6          A.    For a wire it looks like, yes.

 7          Q.    And it identifies an account number ending in

 8   5748, and an ABA identified as 5795; is that correct?

 9          A.    Yes.

10          Q.    Okay.  And that's to Paradise Bank?

11          A.    Yes.

12          Q.    Okay.  Do you recall whether the Partnership

13   ever received a $500,000 wire from BLMIS?

14          A.    I don't remember.

15          MS. MARASCO:  I'm going to hand a document to

16          the court reporter, and this will be Exhibit 18.

17          (Plaintiff's Exhibit No. 18 was marked for

18          identification.)

19   BY MS. MARASCO:

20          Q.    I'm looking at this document.  I will represent

21   to you that it is a bank statement from JP Morgan Chase for

22   the account held by Bernard L. Madoff Investment

23   Securities.  If you look at the top right-hand corner, the

24   account statement is for the period December 1, 2007 to

25   December 31, 2007.  Did I read that correctly?
```

```
 1        A.    Yes.

 2        Q.    And then if you turn to Page 51 of 52 -- the

 3   page numbers are sort of in the middle underneath the date.

 4   I'm looking at that page.  Are you there?

 5        A.    I think so.

 6        Q.    Okay.  If you look, this is for the activity on

 7   12/31/2007.  Just up from the bottom -- second up from the

 8   bottom in terms of debits -- or third, there appears to be

 9   a Fedwire debit via Paradise Bank, account ending 5795,

10   "A/C Ken-Wen Family Limited Partnership.  Your reference:

11   Ken-Wen."  Do you see that there?

12        A.    Yes.

13             MR. ROHER:  What page number at the bottom?

14             MS. MARASCO:  So this is 51 of 52.  And the

15        page numbers are identified just --

16             MR. ROHER:  No, just the Bates.  I'm sorry.

17             MS. MARASCO:  I'm sorry.  The Bates number is

18        3455.

19             MR. ROHER:  Thank you.

20             MS. MARASCO:  Ending in 3455.

21   BY MS. MARASCO:

22        Q.    So is it accurate -- is it fair to say that

23   $500,000 was wired to Ken-Wen's bank account at Paradise

24   Bank on 12/31/2007?

25             MR. BERNFELD:  I object to the form.  Are you
```

```
 1          asking her whether she's vouching for that?

 2               MS. MARASCO:  I'm asking her understanding of

 3          what this bank statement means.

 4               MR. BERNFELD:  How would she know?  It's not

 5          her bank statement.  How can you be asking her that?

 6     BY MS. MARASCO:

 7          Q.    On 12/31/2007, do you see where it says,

 8     "Fedwire debit via Paradise Bank," ending 5795; do you see

 9     that?

10          A.    I see that, yes.

11          Q.    And turning back to Exhibit No. 17 that we just

12     referred to, which identifies Ken-Wen's bank account at

13     Paradise Bank, ABA ending 5795.  Do you see that as well?

14          A.    Yes.

15          Q.    Okay.  Do you have any reason to believe that

16     the $500,000 was not deposited into Ken-Wen's bank account

17     ending 5795?

18               MR. BERNFELD:  Object as to form.

19          A.    From what it shows that it was.  But whether or

20     not it did, I don't remember.

21     BY MS. MARASCO:

22          Q.    You testified earlier that you reviewed the

23     bank statements contemporaneously that were received from

24     Paradise Bank; is that correct?

25          A.    Yes.
```

84

1          Q.     Why might $500,000 have been wired to an

2     account at Paradise Bank held by Ken-Wen?

3               MR. BERNFELD:  Object as to form.

4          A.     I said I don't remember.

5     BY MS. MARASCO:

6          Q.     Is it possible that this amount was deposited

7     after the amount was requested based on the facts?

8               MR. BERNFELD:  I'm going to object.  When you

9          ask, "Is it possible?"  Anything is possible.  It's

10         objectionable.

11              MS. MARASCO:  Thank you for your testimony,

12         Mr. Bernfeld.

13              MR. BERNFELD:  No, it's an improper question.

14              MS. MARASCO:  You can object to form.

15              MR. BERNFELD:  I object as to form.

16              MS. MARASCO:  Understood.  If she doesn't

17         understand the question, again, I would just ask you

18         to ask me to rephrase.  Fair?

19              MR. BERNFELD:  But you should be asking her --

20              MS. MARASCO:  Mr. Bernfeld --

21              MR. BERNFELD:  -- about her knowledge, not

22         about "Is it possible?" or "What could it be?"  Those

23         are not proper questions, and they call for a legal

24         objection.  I'm not going to permit the witness to

25         speculate as to "Is anything possible?"

```
 1   BY MS. MARASCO:

 2        Q.   Do you have any reason to believe that these

 3   funds were not received by Ken-Wen in the Paradise Bank

 4   account?

 5        A.   I'm not saying they weren't received.  I just

 6   don't remember why that was requested and -- or where they

 7   went.

 8             MR. BERNFELD:  And what exhibit is that?

 9             THE COURT REPORTER:  18.

10   BY MS. MARASCO:

11        Q.   And so just to clarify that, do you recall what

12   the Partnership did with the $500,000 that appeared to have

13   been deposited into the Paradise Bank account?

14             MR. BERNFELD:  Going to object to the question.

15        It assumes facts that the witness has already said she

16        doesn't remember.  And you're asking her now to tell

17        you about what she doesn't remember and where did it

18        go.  I object to the form.  And I don't think it's a

19        proper question.  I think you just --

20             MS. MARASCO:  I'm going to ask you just to make

21        a simple objection rather than a speaking --

22             MR. BERNFELD:  I will make my objection based

23        on what I think is important.  I want it clear on the

24        record that I tried to inform you as to the basis for

25        my objection so that you could correct your question
```

1       and we don't have to get into a debate down the road

2       as to whether the form was technically proper or

3       improper.  If you want to ask her does she know

4       whether something happened, fine.  If she says she

5       doesn't know, you can't ask her beyond that.  You

6       can't ask her to speculate.

7            MS. MARASCO:  This is a deposition,

8       Mr. Bernfeld.  All rights are reserved with the

9       exception of objections to form and privilege.  All

10      objections are reserved.

11           MR. BERNFELD:  And this is to form.  And there

12      comes a point where it behooves everyone to avoid

13      problems as to form.

14           MS. MARASCO:  I appreciate that, and I will

15      proceed accordingly.  Thank you.

16           MR. BERNFELD:  That's fine.

17           MS. MARASCO:  We're going to proceed with the

18      deposition now.

19           MR. BERNFELD:  Okay.

20           MS. MARASCO:  Okay.  I'm going to hand another

21      document to the court reporter, and this will be

22      marked as Exhibit 19.

23           (Plaintiff's Exhibit No. 19 was marked for

24      identification.)

25  BY MS. MARASCO:

1          Q.     Ms. Werner, do you recognize this document?

2          A.     I recognize it from Ken's deposition, yes.

3          Q.     Okay.  And what do you recognize it to be?

4          A.     A wire transfer from Madoff Investment

5     Securities to Ken-Wen.

6          Q.     And what is the requested amount?

7          A.     $3 million.

8          Q.     And to be clear it says, "Please liquidate" --

9     it's a little bit hard to read.  But it says, "Please

10    liquidate 3 million from the account and wire transfer

11    proceeds to Ken-Wen Family LP."  Is that what you see as

12    well?

13         A.     Yes.

14         Q.     Okay.  And what is the reference account number

15    towards the top of the page?

16         A.     1EM226-3-0.

17         Q.     And at the top left-hand corner, do you see a

18    date on the page?

19         A.     1/23/2008.

20         Q.     Okay.  And I apologize if you said this.  But

21    this appears to be faxed; is that correct?

22         A.     Yes, there's a fax number on there.

23         Q.     And then it also says, "fax" in the top

24    right-hand corner; is that right?

25         A.     That's where I see it, yes.

```
 1         Q.    Okay.  I just wanted to be clear.  And then

 2    towards the top of the page, do you recognize the

 3    handwriting at the top of the page to be Ken Brown's

 4    handwriting?

 5         A.    Yes.

 6         Q.    Okay.  And do you recognize the bottom, the

 7    signature, to be his?

 8         A.    Yes, it appears to be his.

 9         Q.    And do you recall why the Partnership faxed a

10    request on January 23rd, 2008, to liquidate $3 million from

11    Account 1EM226-3?

12              MR. BERNFELD:  Object to form.

13              THE WITNESS:  Can I answer?

14    BY MS. MARASCO:

15         Q.    You can answer.

16         A.    It was going to be invested somewhere else.

17         Q.    And where was it going to be invested?

18         A.    Well, it went into -- it looks like the wire

19    transfer went to Ken-Wen at Paradise Bank.

20         Q.    After Paradise Bank, was it transferred

21    elsewhere?

22         A.    It was wired out of there, yes.

23         Q.    And to where was it wired?

24              MR. BERNFELD:  If you know.

25         A.    Internationally to an international account.
```

```
 1   BY MS. MARASCO:

 2        Q.    And what account was that?

 3        A.    It was with Southpac in Nevis.

 4        Q.    I'm sorry.  Southpac in what?

 5        A.    In Nevis.

 6              MR. ROHER:  Nevis?

 7              MR. BERNFELD:  Nevis.

 8              THE WITNESS:  Nevis, Nevis, however you say it.

 9              MR. ROHER:  Southpac?

10              THE WITNESS:  Yes.

11              MR. ROHER:  What's Southpac?

12   BY MS. MARASCO:

13        Q.    Who --

14              MR. ROHER:  Sorry.

15              MR. BERNFELD:  I think that's her next --

16              MR. ROHER:  Sorry.  I'm sorry to steal your

17        thunder.

18   BY MS. MARASCO:

19        Q.    What is Southpac?

20        A.    It was an account that was set up overseas.

21        Q.    Who is the account holder?

22        A.    I believe it was set up as a trust for my

23   children, but I don't remember the names of the account.

24        Q.    So the account was held by the trust; is that

25   correct?
```

```
 1        A.    Yes.

 2        Q.    Okay.  Are the $3 million still in that trust?

 3        A.    No.

 4        Q.    What happened to them?

 5        A.    They were wired back.

 6        Q.    Wired back to where?

 7        A.    Wired back to the United States.

 8        Q.    To which account?

 9        A.    I don't know if it went into an account per se.

10   I think it just went to a lawyer's office in an escrow

11   account.

12        Q.    For what purpose?

13        A.    To repay a loan that Ken owed my -- the Marital

14   Trust 2.

15        Q.    Can you explain that?

16        A.    When the SEC -- there was an action in the SEC

17   involvement -- there was -- for 6.2 million.  And in order

18   to provide that money, it was taken from an account from

19   the Harvey Werner Trust Marital Trust 2 to pay the SEC.

20   And in order to do that, it was required to have a loan

21   from just Ken Brown to repay that to the Marital Trust 2

22   for the 6.2 million.

23        Q.    When did the 6.2 million amount to the SEC

24   become due?

25        A.    March of 2008.
```

```
 1        Q.    We discussed earlier the Compliance Agreement

 2   between Paradise Bank, Kenneth Brown, and KBCB for a loan

 3   of $3,025,000.  Does that loan have anything to do with the

 4   amounts payable to the SEC?

 5        A.    No.

 6        Q.    Okay.  Just to be clear, when were the funds

 7   wired from Southpac in the Nevis to Harvey Werner Marital

 8   Trust 2?  And correct me if I misstated that.

 9             MR. ROHER:  You misstated that.

10             MS. MARASCO:  Okay.

11   BY MS. MARASCO:

12        Q.    How did the funds come to be in Harvey Werner

13   Marital Trust 2?

14        A.    The funds that originated from?

15        Q.    Correct.

16        A.    They were taken from another account that my

17   parents had with Madoff.

18             MR. ROHER:  I'm confused.

19             MR. BERNFELD:  I don't think that's what you're

20        asking about.

21             THE WITNESS:  Oh, I don't know.

22   BY MS. MARASCO:

23        Q.    Where did the funds go when they left the

24   account Southpac in the Nevis?

25        A.    Oh, where did they go from there.  They were
```

```
 1    wired back to like I -- I already answered that question.

 2              MR. BERNFELD:  That's true.

 3    BY MS. MARASCO:

 4         Q.   If you'll do me the courtesy of repeating.

 5              MR. BERNFELD:  No problem.  Just repeat it.

 6         A.   They were wired to an escrow account.

 7    BY MS. MARASCO:

 8         Q.   And that was an escrow account held by a

 9    lawyer; is that correct?

10         A.   Yes.

11         Q.   Okay.  And then you referenced the Harvey

12    Werner Marital Trust 2.  How does that come into play?

13         A.   That's where the funds came from to pay the SEC

14    for the judgment.

15         Q.   What were the funds used in the escrow

16    account -- were the funds in the escrow account held by the

17    attorney also used to pay the SEC?  What was the purpose of

18    those funds?

19         A.   To repay the loan.  There was a loan agreement

20    set up when the funds were paid from the Marital Trust to

21    the SEC for 6.2 million.  There was a loan agreement.

22         Q.   Okay.

23         A.   And in that loan agreement in order for the

24    check to be written, we -- the money came back from

25    overseas to pay part of the loan back.
```

```
 1        Q.    Okay.  So if I understand -- and correct me if
 2   I'm wrong -- the Harvey Werner Marital Trust 2 paid the
 3   SEC, and then was repaid from the funds in the escrow
 4   account held by the lawyer?
 5             MR. BERNFELD:  In part, she said.
 6   BY MS. MARASCO:
 7        Q.    Repaid in part.  How much was repaid?
 8        A.    I'm not sure of the exact amount.
 9        Q.    Was it over 50 percent?
10        A.    I don't know.  Because the -- some of the
11   amount was -- some of the money that was sent overseas was
12   kept overseas because they wouldn't -- they had to keep
13   10 percent supposedly of the amount that was sent there.
14   So then the rest was sent, but I don't know if it all went
15   to repay the loan or not.
16        Q.    Was the loan to the Harvey Werner Marital Trust
17   2 ever repaid in full?
18        A.    No.
19        Q.    And then are the funds -- the 10 percent of the
20   funds that were left at Southpac, are those funds still
21   there?
22        A.    No.
23        Q.    What happened to those funds?
24        A.    They had a lot of fees involved that were based
25   on the full amount that was sent over there, which kind of
```

1    ate up all of the proceeds of what was left.

2        Q.    Was that account ever closed?

3        A.    Yes.

4        Q.    When was this closed?

5        A.    I don't remember.  A few years ago, though.

6        Q.    When you say "a few years ago," do you mean

7    more recently or are we talking back towards 2012?

8        A.    I don't remember when, but I know it's been at

9    least five years I'd say.  I don't know.

10        Q.    So if I understand this correctly -- and please

11    do correct me if I'm wrong -- there was a request to

12    liquidate $3 million from the Ken-Wen -- from BLMIS account

13    to Ken-Wen.  Those funds were deposited to Paradise Bank;

14    is that right?

15        A.    Wired, yes.

16        Q.    Wired.  Sorry.  And then from Paradise Bank,

17    they were wired to Southpac?

18        A.    Yes.

19        Q.    And then at some point they were wired to the

20    United States to an escrow account.  And from the escrow,

21    the funds, whatever balance was in there, were used to

22    repay Harvey Werner Marital Trust 2; is that right?

23        A.    Yes.

24        Q.    Okay.  Did I miss any steps along the way?

25        A.    No, except I just don't remember the amounts.

```
 1        Q.    Okay.  And when the $3 million was transferred

 2   out of -- I'm sorry.  When the $3 million was liquidated

 3   from the BLMIS account, do you recall how much was left, if

 4   anything, in the BLMIS account?

 5        A.    Well, I know there was another --

 6              MR. BERNFELD:  "Do you recall" was the

 7   question.

 8        A.    I don't recall the balance after this was taken

 9   out, no --

10   BY MS. MARASCO:

11        Q.    Do you know if --

12        A.    -- exact balance.

13        Q.    I'm sorry.  I didn't catch that.

14        A.    I don't remember the exact balance after this 3

15   million was taken out, but I know there was still an

16   account there.

17        Q.    And do you recall there were any funds left in

18   the account after the $3 million was liquidated?

19        A.    There were funds still in the account, yes.  I

20   just don't know the amount.

21        Q.    Okay.  And how did the Partnership come to --

22   why did the Partnership request $3 million?  Was there any

23   significance to that amount?

24              MR. BERNFELD:  If you know.

25        A.    Because I'm not sure why it was that exact
```

 1    amount, no.

 2    BY MS. MARASCO:

 3         Q.    Just to back up for a second.  The Harvey

 4    Werner Marital Trust 2 paid the SEC in connection with the

 5    6.2 million that was due.  Who owed the 6.2 million to the

 6    SEC, which entity or entities?

 7         A.    It was a judgment against myself and Ken Brown.

 8         Q.    Personally?

 9         A.    Through the corporations and ourselves.

10         Q.    Which corporations?

11         A.    K.W. Brown Investments.

12         Q.    Was 21st Century also one of the companies?

13         A.    Yes.

14               MS. MARASCO:  I'm going to hand another

15         document to the court reporter, and this will be 20.

16               (Plaintiff's Exhibit No. 20 was marked for

17         identification.)

18    BY MS. MARASCO:

19         Q.    Ms. Werner, do you recognize this document?

20         A.    Yes.

21         Q.    And what do you recognize it to be?

22         A.    It's in Ken's handwriting to mail a check for

23    200,000 from Madoff Investment Securities to Ken-Wen.

24         Q.    And then the account referenced there is

25    1EM226-3-0; is that correct?

```
 1        A.    Yes.

 2        Q.    And in the bottom left-hand corner, that's

 3   different handwriting than Ken's; is that right?

 4        A.    Yes.

 5        Q.    And that says, "11/17"?

 6        A.    Yes.

 7        Q.    And then in the right-hand corner, the same

 8   handwriting.  That's also not Ken's.  But correct me if I'm

 9   wrong.  It says, "Will be refunding Account 3.0 in" -- I'm

10   not sure what that symbol is.  But did Ken-Wen ever refund

11   the account at any point?

12        A.    No.

13             MR. BERNFELD:  Do we have a year identified?

14             MS. MARASCO:  As I mentioned, the date that is

15        written says, "11/17."

16   BY MS. MARASCO:

17        Q.    And then to close that loop --

18             MS. MARASCO:  I will ask you not to instruct

19        the witness in the middle of her deposition.

20             MR. BERNFELD:  Do you have a question pending?

21        Are you telling me I can't talk?

22             MS. MARASCO:  Yes, I am telling you that.

23             MR. BERNFELD:  Well, fine.  Put it on the

24        record and raise it wherever --

25             MS. MARASCO:  You cannot direct your client how
```

1      to answer the questions.

2              MR. BERNFELD:  I am not.  There's no question

3      pending.

4              MS. MARASCO:  I note for the record that

5      Mr. Bernfeld is whispering to Ms. Werner.

6              MR. BERNFELD:  Again, is it your position that

7      I'm not allowed when there's no question pending --

8              MS. MARASCO:  Yes.

9              MR. BERNFELD:  -- to have a discussion with my

10     client?

11             MS. MARASCO:  Yes, to the extent it relates to

12     the content of her testimony.

13             MR. BERNFELD:  How do you know what it relates

14     to?

15             MS. MARASCO:  I would ask -- if it doesn't,

16     then I would ask that you have it at the end of the

17     deposition.

18             MR. BERNFELD:  Thank you very much.

19             MS. MARASCO:  I will note that Mr. Bernfeld is

20     still whispering to his client.

21             MR. BERNFELD:  I am still discussing with my

22     client, correct, as I have both a right and obligation

23     to do.

24             MS. MARASCO:  Are you done conferring?

25             MR. BERNFELD:  Yes, I am.

```
 1              MS. MARASCO:  Okay.  Great.  I'm going to hand

 2        another document to the client, and this will be

 3        marked as Exhibit 21.

 4              (Plaintiff's Exhibit No. 21 was marked for

 5        identification.)

 6   BY MS. MARASCO:

 7        Q.   Ms. Werner, do you recognize this document?

 8        A.   This is the check for 200,000 that I assume is

 9   referring to this fax.

10        Q.   And who is the check from?

11        A.   Bernard Madoff.

12        Q.   And what is the date of the check?

13        A.   11/17.  I can't read the year.

14        Q.   So if you look to the left --

15        A.   '08, maybe.  Looks like '05, but it's stamped

16   '08 on the left.

17        Q.   Yes.  Okay.  In the bottom left-hand corner, do

18   you see where it says "1-EM226-3"?

19        A.   Oh, on the check itself?

20        Q.   Correct.

21        A.   Yes.

22        Q.   And then if you turn to the second page, does

23   this appear to have been endorsed?

24        A.   Yes.

25        Q.   By whom?
```

```
 1        A.    Ken-Wen.

 2              MR. BERNFELD:  Read the whole thing.

 3        A.    Ken-Wen Family.

 4   BY MS. MARASCO:

 5        Q.    Okay.  And then it's a little difficult to

 6   read.  If you're still looking at the second page, if you

 7   look at the typed text there, do you see at the top where

 8   it says, "Bank of America/NA, MIA"?

 9        A.    Yes.

10              MR. BERNFELD:  Where?

11   BY MS. MARASCO:

12        Q.    We discussed earlier that Ken-Wen held a bank

13   account at Bank of America; is that correct?

14        A.    Yes.

15        Q.    Do you have any reason to believe that this

16   check was deposited into another account other than

17   Ken-Wen's bank account at Bank of America?

18              MR. BERNFELD:  Object as to form.

19        A.    Well, according to this, it went into this

20   account because it's --

21              MR. BERNFELD:  I can't hear you.

22        A.    According to this, it went into a Bank of

23   America account.

24              MR. BERNFELD:  Just listen to the question.

25   BY MS. MARASCO:
```

```
 1        Q.    Do you recall what the Partnership did with the
 2   $200,000 that it received?
 3              MR. BERNFELD:  Object to the form.
 4        A.    I believe this was also wired internationally
 5   to the same account.
 6   BY MS. MARASCO:
 7        Q.    So the Southpac account?
 8        A.    Yes.
 9        Q.    And why was it wired to the Southpac account?
10        A.    For the same reason the other money was, as an
11   investment.
12        Q.    And to be clear, it was an investment in what?
13        A.    I'm not sure what it was invested in.  I don't
14   remember.  But it was sent there as like a protection,
15   asset protection.
16        Q.    I seem to recall that Mr. Brown indicated that
17   it was invested in foreign currency.  Is that your
18   understanding as well?  Or if you don't recall, that's fine
19   too?
20        A.    Yeah, I don't recall.
21        Q.    Okay.  Do you recall whether any funds were
22   left in the BLMIS account after the $200,000 withdrawal?
23        A.    I know there was some still some funds in
24   there, yes.
25              MR. BERNFELD:  Huh?
```

1         A.    There was still some funds in the account, yes.

2    BY MS. MARASCO:

3         Q.    Do you know how much?

4         A.    I don't know exactly the amount, but it was

5    around 10,000 I'm estimating.

6         Q.    Were the remaining funds ever transferred out

7    of the account prior to its closing?

8         A.    No.

9         Q.    Okay.  You indicated that this $200,000 was

10   ultimately wired to the Southpac account; is that right?

11        A.    Yes.

12        Q.    Were those funds also used in connection with

13   the repayment -- I'm sorry.  Were those funds also

14   transferred to the escrow account along with the 3 million?

15             MR. BERNFELD:  If you know.

16        A.    I'm not sure.  Because like I said, there was a

17   remaining balance overseas in that account as well.  So I

18   don't know if that was a part of what was sent back or not.

19   BY MS. MARASCO:

20        Q.    We discussed earlier that Ken may or may not

21   have resigned as a general partner sometime in 2008.  I

22   believe his testimony was February of 2008.  We just

23   discussed that this check is dated 11/17/2008.  To your

24   knowledge, why -- we also discussed that based on

25   Exhibit 20, you identified the request for a $200,000 wire

```
 1    as Ken's handwriting.  Why might Ken have been requesting a

 2    withdrawal --

 3              MR. BERNFELD:  Object -- sorry.

 4    BY MS. MARASCO:

 5         Q.   -- after he was no longer a general partner?

 6              MR. BERNFELD:  Object as to form.

 7    BY MS. MARASCO:

 8         Q.   You can answer.

 9         A.   Apparently they still took this information

10    even though he wasn't a general partner, if he wasn't at

11    this time because it went through.  He was still making

12    decisions for Ken-Wen.  That didn't stop him from making

13    investment decisions.

14         Q.   Did you recall having any discussion about

15    requesting a $200,000 withdrawal?

16              MR. BERNFELD:  With whom?

17    BY MS. MARASCO:

18         Q.   With Mr. Brown.

19         A.   I don't remember.

20         Q.   Okay.  We looked at the back of the check on

21    the endorsement, and we noted that it was deposited into a

22    Bank of America account.  We discussed that Ken-Wen

23    Partnership had an account at Bank of America.  Would

24    Mr. Brown still have had access to the Bank of America

25    account after resigning as general partner?
```

1        A.    Yes.

2             MS. MARASCO:   You can put that document aside.

3        I'm going to hand a document to the court reporter.

4        This will be Exhibit 22.

5             (Plaintiff's Exhibit No. 22 was marked for

6        identification.)

7   BY MS. MARASCO:

8        Q.    Ms. Werner, do you recognize this document?

9        A.    Looks like a bank statement.

10       Q.    So the top left-hand corner, it's addressed to

11  Ken-Wen Family Limited Partnership, and the date is

12  11/30/2010.  I will represent to you that this was produced

13  by Paradise Bank in relation to an account number ending

14  5748.

15            MR. BERNFELD:  Ending, say that again.

16            MS. MARASCO:  Account ending 5748.

17            MR. BERNFELD:  Okay.

18  BY MS. MARASCO:

19       Q.    If you look at that middle section where it

20  says "checking accounts," it shows two deposits and credits

21  equal to 6,400; and then four checks or debits equal to

22  $6,476.32.  Did I read that correctly?

23       A.    Yes.

24       Q.    And then on 11/3/2010, if you look down to

25  "deposits," it looks like there was a transfer from

1    Paradise Bank account to KBCB MMA in the amount of $5500.

2    Do you see that?

3         A.    Yes.

4         Q.    Do you recall why those funds would be

5    transferred to KBCB MMA?

6         A.    It looks like they came from there.  They were

7    deposits.

8         Q.    That's right.  I'm sorry.  It's a deposit.  So

9    there was a transfer from KBCB MMA.  There are two

10   transfers; one on 11/3, and one on 11/26.  Do you recall --

11   or do you know why funds would be transferred from KBCB to

12   the Ken-Wen Family Limited Partnership in November of 2010?

13        A.    I don't remember.

14        Q.    And then if you look down it says, "checks and

15   withdrawals."  And it looks like the entire account for

16   3,976.32 by three separate transfers was transfers to, it

17   just says, "Wendy."  Do you know why funds would be

18   transferred to you?

19        A.    I don't know what this is on the back, though.

20   It doesn't look like it was transferred to me.  This has

21   got to be something else.

22             MR. BERNFELD:  Do you remember the question?

23        A.    No, I don't remember.

24   BY MS. MARASCO:

25        Q.    So we'll look at the second page since I know

1   you were looking at that.  This is Bates number ending 699.

2   It's a debit general ledger closing MMA account dated

3   11/29/2010.  So based on that and based on the deposits and

4   additions, is it accurate to say that the KBCB MMA account

5   was closed in or about November 2010?

6           MR. BERNFELD:  Object as to form.

7       A.   I don't know which account.  It doesn't -- you

8   said KBCB or you said Ken-Wen?  I don't know.  It doesn't

9   say.

10  BY MS. MARASCO:

11      Q.   Funds from KBCB MMA were transferred to

12  Paradise Bank to Ken-Wen's bank at Paradise Bank.  And I'm

13  looking at "deposits and additions."

14          MR. BERNFELD:  Just listen to the question.

15      A.   So what's the question?

16  BY MS. MARASCO:

17      Q.   Was the KBCB MMA account closed on or about

18  11/29/2010?

19      A.   Well, the balance on here is .00.  And the end

20  of the month was November 30th.  So it must --

21          MR. BERNFELD:  Can you read that question back?

22      Because I think she --

23          MS. MARASCO:  I understand, Mr. Bernfeld.

24  BY MS. MARASCO:

25      Q.   I'm most interested in the three transfers;

1    11/3, 11/24, and 11/26 transferred to Wendy:  $3,000;

2    $76.32; $900.  Do you know why amounts would be transferred

3    from the Ken-Wen account at Paradise Bank to Wendy?

4         A.    I don't remember.

5         Q.    Okay.  And as you just noted, the ending

6    balance of the account as of 11/30/2010 was zero; is that

7    correct.

8         A.    Yes.

9         Q.    Okay.  Do you recall ever taking any additional

10   steps on behalf of the Partnership to formally close this

11   account?

12        A.    I don't remember.

13        Q.    Is this account still active?

14        A.    No.

15        Q.    Do you recall when it was last active?

16        A.    With Paradise Bank, you mean?

17        Q.    Correct.

18        A.    Well, it looks like it's closed as of 11/30 of

19   2010.

20             MR. BERNFELD:  She's asking "do you recall,"

21        not what the paper says.

22        A.    I don't recall.

23   BY MS. MARASCO:

24        Q.    Okay.  And then I will turn to the last page.

25   And that looks like a slip for a DDA deposit in the amount

```
 1    of 38,823.59 to Ken Brown.  Do you know what that might be?

 2              MR. BERNFELD:  Object to form.

 3         A.    No, I don't recall this.  I don't know if it's

 4    a deposit, withdrawal.  It looks like it's both from what

 5    it looks like.  But I don't recall when this happened.

 6              MR. BERNFELD:  Answer the question asked.

 7    BY MS. MARASCO:

 8         Q.    On the left-hand side, do you see it's written

 9    vertically, "Deposit ticket.  To be used for deposit

10    transactions only."  Do you see that?

11         A.    Yes.

12         Q.    Do you know why Mr. Brown may have been

13    depositing $38,000 and change into the Ken-Wen account in

14    2010?

15         A.    No, I don't.

16              MR. BERNFELD:  Object to form?

17              MS. MARASCO:  Okay.  I'm going to hand to the

18         court reporter to mark as Exhibit 23.

19              (Plaintiff's Exhibit No. 23 was marked for

20         identification.)

21              MR. ROHER:  How much longer do you have?

22              MS. MARASCO:  I have one more document after

23         this.

24    BY MS. MARASCO:

25         Q.    I'll represent to you that these are the
```

1   responses by Ken-Wen Family Limited Partnership to the

2   Trustee's first set of interrogatories.  And I'm looking at

3   the first page.  It's actually No. 2.  It says, "Answers to

4   First Set of Interrogatories by Ken-Wen Family Limited

5   Partnership."  And I'd like you to take a look at

6   Interrogatory No. 5.  So that interrogatory asks the

7   Defendants to "Identify each person or entity that ever

8   received funds withdrawn from the accounts, whether

9   directly or indirectly; (b), the amount of money that each

10  person or entity received; and (c), the dates on which each

11  person or entity received such money."

12          MR. BERNFELD:  Did you say "defendants,"

13      plural, or "defendant"?

14          MS. MARASCO:  And so this was for Defendant

15      Ken-Wen Family Limited Partnership.

16          MR. BERNFELD:  Right.

17          MS. MARASCO:  Thank you, Mr. Bernfeld.

18  BY MS. MARASCO:

19      Q.   So there is an objection to form.  And then the

20  second sentence of the answer to Interrogatory No. 5 says,

21  "In response, persons or entities that may have received

22  money from the account include:  Ken-Wen, Clerk of United

23  States District Court for the Southern District of Florida,

24  Kenneth Brown --

25      A.   I don't know where this is.

1        Q.      -- Creditors of Defendant Ken-Wen --

2        A.      Okay.

3        Q.      Do you see where I read that there?

4        A.      Yes.  I was looking at what was above.

5        Q.      Okay, that's fine.  So the first one is just a

6   reproduction of the interrogatory that was served on the

7   Partnership.  And then below that is the answer.  And so in

8   response, the Partnership indicated that "Persons that may

9   have received money from the BLMIS account to include:

10  Ken-Wen" -- which we described before -- and then it says,

11  "The Clerk of the United States District Court for the

12  Southern District of Florida" -- it says, S.D. Florida --

13  "Kenneth Brown, Creditors of Defendant Ken-Wen, and BLMIS."

14  Why might the United States District Court for the Southern

15  District of Florida have received money from the account?

16       A.      I'm not sure.

17       Q.      Was the proceeding that we discussed earlier,

18  the action by the SEC as against 21st Century, K.W. Brown

19  Investments, and you and Mr. Brown -- if I've stated that

20  correctly -- was that proceeding -- was that in the

21  Southern District of Florida in the district court?

22       A.      I believe so.

23       Q.      Okay.  And then this also references "Creditors

24  of Defendant Ken-Wen."  Who does that include?

25       A.      I'm not sure.

```
 1        Q.    And then Interrogatory No. 7, which is just
 2   below.  It says, "To the extent not already provided in
 3   Your responses to the proceeding interrogatories, state how
 4   You used any money You received from the transfers."  Did I
 5   read that correctly?
 6              MR. BERNFELD:  And the "you" refers to whom?
 7              MS. MARASCO:  The "you" is a defined term,
 8        which is why it's capitalized.
 9              MR. BERNFELD:  I understand, but the witness
10        doesn't understand.  So maybe we can make it clear to
11        her; otherwise, I object as unnecessarily confusing
12        and ambiguous, and I object to the form.
13              MS. MARASCO:  Okay.
14              MR. BERNFELD:  This is what exhibit?
15              THE WITNESS:  23.
16   BY MS. MARASCO:
17        Q.    Were any of the funds that were withdrawn from
18   the BLMIS account transferred to another partnership in
19   which you had an interest?
20              MR. BERNFELD:  Any time period?
21              MS. MARASCO:  Nope.
22        A.    Did you say "transferred"?
23   BY MS. MARASCO:
24        Q.    Correct.
25        A.    I don't remember.  They may have been.
```

```
 1        Q.    And what other entities or partnerships may the

 2   funds have been transferred to?

 3             MR. BERNFELD:  She says she doesn't remember.

 4        "May have been."

 5             MS. MARASCO:  I'm asking the witness.

 6             MR. BERNFELD:  Yes, you are.

 7             MS. MARASCO:  Right.

 8             MR. BERNFELD:  And I'm objecting to the

 9        question.

10             MS. MARASCO:  You did not object.

11             MR. BERNFELD:  Okay.  I object to the question.

12             MS. MARASCO:  Okay.

13             MR. ROHER:  Okay.  But she can answer it,

14        though.

15             MR. BERNFELD:  I direct the witness not to

16        speculate as to what the question might mean.  It's

17        totally unclear.  The witness has already answered the

18        question that she doesn't remember.  So what beyond

19        "doesn't remember" do you need other than she could

20        give you a telephone book and say, "It could have been

21        any of these."  It's not a proper question.

22             MS. MARASCO:  And that's not a proper

23        objection, so we'll keep moving on.

24             MR. BERNFELD:  Okay.  I mean, I --

25   BY MS. MARASCO:
```

1         Q.    Were the funds --

2                MR. BERNFELD:  Go ahead.  I don't have a

3         problem with you --

4                MS. MARASCO:  Can you -- please, you're

5         interrupting my deposition.  I'd like to proceed with

6         the questions.

7                MR. BERNFELD:  Oh, I thought you were waiting

8         for me to --

9                MS. MARASCO:  No, I'm not.

10               MR. BERNFELD:  -- talk.  Go ahead.

11  BY MS. MARASCO:

12        Q.    Were the funds from the Ken-Wen Partnership

13  transferred to another partnership?

14               MR. BERNFELD:  Ever?

15        A.    Not that I'm aware of.

16               MR. BERNFELD:  Not going to clarify that?

17  BY MS. MARASCO:

18        Q.    Your answer was not that you were aware of?

19        A.    Yes.

20        Q.    Okay.  But we did discuss earlier that funds

21  from the Partnership were transferred to the offshore

22  account at Southpac; is that correct?

23        A.    Yes.

24        Q.    Other than Southpac, are you aware of any other

25  account to which funds from the Partnership were

1    transferred?

2         A.    Not transferred per se, no.

3         Q.    When you say "not transferred per se," was

4    there any other mechanism by which funds were moved?

5         A.    Checks.

6         Q.    Okay.  Were there checks from the Partnership

7    to another entity or partnership?

8         A.    I know there were a few checks written to a

9    golf course, one of Ken's golf courses, his personal golf

10   course.

11        Q.    And was that held by a specific entity, the

12   golf course?

13        A.    It was Lacuna.

14              MR. BERNFELD:  Who?

15              THE WITNESS:  Lacuna.

16   BY MS. MARASCO:

17        Q.    That was the name of the entity?

18        A.    That was the name of the golf course, yes.

19        Q.    Of the golf course.  Do you know how much was

20   transferred from the Partnership to Lacuna?

21        A.    No.

22        Q.    Do you know when those transfers would have

23   occurred?

24        A.    2004, 2005, in that time period.  Maybe '06

25   too.  I'm not sure.

```
 1        Q.    Okay.  Did the Partnership file tax returns?

 2        A.    Yes.

 3        Q.    Did the Partnership's accountant assist with

 4   the preparation of the Partnership's tax returns?

 5        A.    Yes.

 6        Q.    Did you assist in the preparation of the tax

 7   returns for the Partnership?

 8        A.    Just in providing information that they needed.

 9              MS. MARASCO:  Okay.  So I'm going to hand a

10        document to the court reporter to mark as Exhibit 24.

11              (Plaintiff's Exhibit No. 24 was marked for

12        identification.)

13   BY MS. MARASCO:

14        Q.    Ms. Werner, do you recognize this document?

15        A.    Yes.

16        Q.    And what does it appear to be?

17        A.    Apparently, they had a wrong a tax ID number,

18   and it's correcting it.

19        Q.    When you "they," are you referring to Madoff

20   Securities, which is identified at the top?

21        A.    Yes.

22        Q.    And the date of this is December 20th, 2001; is

23   that correct?

24        A.    Yes.

25        Q.    Okay.  And just to clarify it says, "In
```

```
 1   reference to our Account No. 1-EM-226-3-0, Ken-Wen Family

 2   LP LTD, our tax ID number is incorrect.  It should be" --

 3   the number -- "Please correct this.  Thanks."  And is that

 4   your signature at the bottom?

 5        A.   Yes.

 6        Q.   Did I read that correctly?

 7        A.   Yes.

 8        Q.   Okay.  What prompted you to correct the tax ID

 9   for the Partnership?

10        A.   I believe there was two set up by mistake or

11   something when it was originally set up for Ken-Wen.  There

12   was two different numbers.  So I had to clarify that.

13   Close one or -- I don't know how it happened.  But I

14   vaguely remember that happening now, that there were two

15   numbers there, and they had the incorrect one.

16        Q.   And how did you come to learn that BLMIS had

17   the incorrect tax ID number?

18        A.   I think my accountant told me.

19        Q.   And that was Ms. Shaw?

20        A.   Yes.

21        Q.   Was Ms. Shaw paid by the Partnership or by the

22   GPs?

23        A.   Partnership.

24        Q.   Partnership.  As between you and Ken, who

25   provided the necessary information to Ms. Shaw so that she
```

1    could prepare tax returns --

2              MR. BERNFELD:  Object --

3    BY MS. MARASCO:

4       Q.    -- for the Partnership?

5              MR. BERNFELD:  Object as to form.  Sorry.

6       Object as to form.

7       A.    Generally, it was me.  But I don't know if Ken

8    provided information as well.  I don't remember.

9    BY MS. MARASCO:

10      Q.    And when you provided documents to Ms. Shaw to

11   prepare tax returns, was that information -- were those

12   documents returned to the Partnership?

13             MR. BERNFELD:  Object as to form.

14      A.    I assume so.

15   BY MS. MARASCO:

16      Q.    Did Ms. Shaw have a separate location where she

17   prepared tax returns?

18      A.    She had an office, yes.

19      Q.    She had an office.  Ms. Shaw passed away; is

20   that correct?

21      A.    Yes.

22      Q.    When Ms. Shaw passed away, did someone else

23   take over the firm or did the firm continue to exist?

24      A.    Yeah, the firm exists.  I believe her husband

25   has the firm now.

```
 1          Q.     Would the firm have any of Ken-Wen's financial

 2   information?

 3          A.     I don't know if they still do.

 4          Q.     Do you still use the firm --

 5          A.     Yes.

 6          Q.     -- personally?

 7          A.     Yes.

 8          Q.     Okay.  Did you ever receive a tax refund in

 9   connection with the taxes you paid on behalf of the

10   Partnership?

11                 MR. BERNFELD:  Object as to form.  Assumes

12          facts --

13                 MS. MARASCO:  This is a deposition.

14                 MR. BERNFELD:  Huh?

15                 MS. MARASCO:  There's no facts in evidence.

16          This is a deposition.

17                 MR. BERNFELD:  It assumes facts.  You made a

18          factual statement.

19                 MS. MARASCO:  Thank you, Mr. Bernfeld.

20                 MR. BERNFELD:  You're welcome.  Why are we

21          having this hostility.  I'm making an objection.

22                 MS. MARASCO:  Can you please wait until we

23          finish the deposition.  Thank you.

24                 MR. BERNFELD:  To make an objection?

25                 MS. MARASCO:  Are you making an objection?
```

```
 1                MR. BERNFELD:  Yes.  I object as to form.

 2                MS. MARASCO:  Understood.

 3                MR. BERNFELD:  And to making a statement of

 4        fact that has no support in the record.

 5                MS. MARASCO:  Your objection is noted for the

 6        record.  Thank you.

 7   BY MS. MARASCO:

 8        Q.    Did you ever pay taxes on behalf of the

 9   Partnership?

10                MR. BERNFELD:  Object as to form.

11        A.    Pay taxes?  I believe so.  But I don't remember

12   how much or when.

13   BY MS. MARASCO:

14        Q.    Okay.  Did the Partnership file tax returns

15   annually?

16        A.    Yes.

17        Q.    During the period of its existence between 2000

18   and 2012, did the Partnership ever not file a tax return?

19        A.    Not that I'm aware of.

20        Q.    Okay.  Do you recall the last time the

21   Partnership filed a tax return?

22        A.    I believe it was 2012.

23        Q.    Who would have possession of the tax returns

24   that the Partnership filed?

25        A.    Either myself or Doris Shaw's office.
```

```
 1        Q.    Do you personally have possession of the tax

 2   returns?

 3        A.    I believe I have some of them.  I don't know if

 4   I have all of them.

 5        Q.    And where would you maintain the tax returns;

 6   in your home, do you have an office?

 7        A.    At home.

 8        Q.    And when the Trustee requested documents in

 9   connection with this advisory proceeding, what steps, if

10   any, did you take to locate any documents that were

11   requested?

12             MR. BERNFELD:  Object as to form.

13        A.    I don't remember.

14   BY MS. MARASCO:

15        Q.    Do you recall receiving a request for

16   production from the Trustee in connection with this

17   proceeding?

18        A.    Yeah, I don't remember.

19        Q.    Do you recall ever producing documents to the

20   Trustee in connection with this proceeding?

21             MR. BERNFELD:  Personally?

22   BY MS. MARASCO:

23        Q.    Personally or on behalf of the Partnership.

24        A.    I don't remember.

25        Q.    Do you recall looking for documents in
```

1    connection with this proceeding?

2         A.    No, I don't.

3         Q.    Okay.  And you said you may have some tax

4    returns with the Partnership previously filed.  Are there

5    any other documents that you have in your possession that

6    relate to the Partnership?

7         A.    I found some statements that were from the

8    Madoff account.

9         Q.    Other than those statements, do you have

10   anything else in your possession that relates to this

11   proceeding?

12        A.    I'm not sure.  I may have other information.

13   I'm not sure.  I'd have to look.

14        Q.    And where would you look if you were to look?

15        A.    Either at my house or probably -- or -- I don't

16   know where else they would be, unless the accountant's

17   office has documents.  I don't know.

18        Q.    Do you maintain a storage unit?

19        A.    No.

20        Q.    You mentioned that you received or you had

21   certain account statements in your possession; is that

22   right?

23        A.    I had some Madoff account statements.

24        Q.    Did you regularly receive account statements

25   from Madoff?

```
 1        A.     During the course when the account was open I

 2   did.

 3        Q.     Correct.  Okay.  And did you ever receive trade

 4   confirmations during the life of the Partnership?

 5        A.     From --

 6        Q.     From Madoff.

 7        A.     -- this Madoff account?

 8        Q.     Correct.

 9        A.     I remember receiving it at one time.  I don't

10   know if it was during the whole time period of the account.

11        Q.     Okay.  To the extent you received them, did you

12   keep them, did you throw them away.  What might you have

13   done with them?

14               MR. BERNFELD:  Object as to form.

15        A.     Of confirmations you're talking about now?

16   BY MS. MARASCO:

17        Q.     I'm talking about any documents that you

18   received from BLMIS, to the extent they sent you something,

19   did you have a regular practice of filing it, did you throw

20   it away?

21        A.     I don't remember throwing it away.  But I don't

22   know if I have them all still.

23        Q.     Understood.  When did you first hear that

24   Madoff was a fraud?

25        A.     Right when it happened in 2008.  In December of
```

```
 1   2008 when it hit the news or a phone call from my brother
 2   or my mother.  I don't remember exactly.  But I know it was
 3   the day that he was arrested.
 4       Q.    When you found out, and with respect to the
 5   account held by the Partnership, what, if anything, did you
 6   do?
 7            MR. BERNFELD:  Would you exclude dealings with
 8       counsel?
 9            MS. MARASCO:  Of course.
10   BY MS. MARASCO:
11       Q.    I am not referring to discussions with counsel.
12   Did you take steps to withdraw the funds?  Did you confer
13   with your accountant?  Did you ever try to withdraw the
14   funds from the account once you found out Madoff was a
15   fraud?
16       A.    I don't recall trying to take money out.  I
17   know my accountant put in a request with SIPC -- I know
18   that -- to try to get reimbursed from the insurance for the
19   account.
20       Q.    And at that time I believe we discussed earlier
21   you thought the account balance may have hovered around
22   10,000.  Does that sound correct?
23       A.    Yeah.  That's just from my recollection, but
24   I'm not sure exactly how much was in there.
25       Q.    Understood.  Did you file a claim with the
```

124

```
 1    Trustee in connection with the loss?

 2        A.    I believe so, or my accountant did.  I'm not

 3    sure.

 4        Q.    And that was the SIPC claim that we were

 5    just -- was that the SIPC claim that we just discussed?

 6        A.    Yes.

 7        Q.    Okay.  Did you file a proof of claim in the

 8    Madoff bankruptcy?

 9              MR. BERNFELD:  If you know.

10        A.    I'm not sure.

11              MS. MARASCO:  Okay.  Mark, do you have any

12         questions?

13              MR. ROHER:  Yes, I have quite a few.  But we

14         have to have lunch.

15              MS. MARASCO:  Okay.  So how long do you want to

16         break for?

17              MR. ROHER:  A sandwich.  I'm going to answer

18         your question the same way you answered my questions.

19         So "a sandwich."

20              MS. MARASCO:  I'm sorry.  I'm not following.

21              MR. ROHER:  I asked you how much longer.  You

22         said, "Three documents."  So that's not a -- so I'm

23         saying --

24              MS. MARASCO:  I didn't have a number.

25              MR. ROHER:  So I'm saying however long it takes
```

```
 1        for me to get a sandwich.  But let's say half an hour.

 2             MR. BERNFELD:  I think she's asking how long

 3        you're going to be with the witness.

 4             MR. ROHER:  Is that what you're asking me?  Or

 5        how long --

 6             MS. MARASCO:  No.  I was asking how long you

 7        want to break.

 8             MR. BERNFELD:  My mistake.

 9             MR. ROHER:  Let's try 45 minutes.

10             MS. MARASCO:  Do you think we can make it half

11        an hour?

12             MR. ROHER:  I'll try.  We're not going to

13        finish today anyway.

14             MR. BERNFELD:  Why?

15             MR. ROHER:  Because I don't have any documents.

16        Put on the record that I haven't received any

17        documents.  I've made a document request at the end of

18        December.  It sounds like you didn't -- Trustee didn't

19        get any documents either; is that correct?

20             MS. MARASCO:  That's correct.

21             MR. ROHER:  So I don't know how we can --

22             MR. BERNFELD:  That's --

23             MR. ROHER:  Do you agree how can we --

24             MR. BERNFELD:  That's not true.

25             MR. ROHER:  Can you not interrupt me, please?
```

1    Are you in agreement, I don't see how we can finish

2    today?  I mean, we don't have documents.

3         MS. MARASCO:  I have documents.

4         MR. ROHER:  Well, he never -- you never got any

5    documents from the defense.

6         MS. MARASCO:  I provided you the entire data

7    room.

8         MR. ROHER:  No, no, that's not what I'm saying.

9    I'm saying you never got any documents from Ken-Wen or

10   Wendy Brown.  Is that what you're saying?

11        MS. MARASCO:  They were all subpoenaed from

12   third-party sources.

13        MR. ROHER:  Okay.  But they didn't answer your

14   discovery.  Is that what happened?

15        MR. BERNFELD:  That's not true.  We referred

16   your office -- not you.  I didn't speak to you about

17   it -- to the fact that Doris Shaw at the time had

18   possession of all of the documents that you would have

19   requested or that was requested by your firm.  And I

20   am virtually certain that she was contacted and

21   documents were produced.

22        MS. MARASCO:  Ms. Shaw had passed away.

23        MR. BERNFELD:  I'm talking before that, before

24   then.  She passed away in '15 -- 2015.

25        THE WITNESS:  I don't know if it's been that

1    long or not.  I don't know.  It's been a couple of

2    years, though.

3        MR. BERNFELD:  Maybe later.  But seriously, if

4    you check --

5        MS. MARASCO:  I can represent to you that we

6    have not received anything from your client or

7    Ms. Shaw.

8        MR. BERNFELD:  Okay.

9        MR. ROHER:  And are you disputing that you

10   haven't produced any documents responsive to my

11   request?

12       MR. BERNFELD:  I had a discussion with you

13   today about responding to it.  And I will respond to

14   it as soon as I get back to my office.

15       MR. ROHER:  But what is "respond"?  You're

16   going to produce documents?  What does that mean?

17       MR. BERNFELD:  I'm going to look and see if we

18   have responsive documents.

19       MR. ROHER:  Okay.  Well, your client just

20   testified that there are some responsive documents.

21   There's tax returns.  And she said she has statements.

22   So there are some responsive documents.

23       MR. BERNFELD:  And you will get them.

24       MR. ROHER:  Okay.  But I am entitled to have

25   those documents when I ask questions of her, am I not?

1          MR. BERNFELD:  And that's fine.  Then adjourn.

2     We'll do it another day.

3          MR. ROHER:  Well, that's what I'm saying.  I'm

4     trying to work out something.

5          MR. BERNFELD:  Okay.

6          MR. ROHER:  And if Trustee's counsel wants to

7     appear by phone, I don't have a problem with that.

8          MR. BERNFELD:  I don't either.

9          MR. ROHER:  Because I would rather have all the

10    documents, or have whatever documents there are.  I

11    have knowledge -- Trustee's counsel has provided me

12    documents.  That's not the issue.  The issue is I want

13    documents responsive -- I want a response to my

14    request to produce, and I want documents.  I don't

15    want to have to set the motion to compel for a

16    hearing.  I just want to get this deposition over

17    with.

18         MR. BERNFELD:  And we will do that.

19         MR. ROHER:  Okay.

20         MR. BERNFELD:  And you and I will agree on a

21    convenient date.

22         MR. ROHER:  Within the next reasonable time.

23         MR. BERNFELD:  Of course, of course.

24         MR. ROHER:  I'm sorry.  I forgot your last

25    name.  I'm sorry.

1          MS. MARASCO:  Marasco.

2          MR. ROHER:  Ms. Marasco, do you have any issue

3     with that?

4          MS. MARASCO:  This matter has been pending for

5     a long time.  And I appreciate that you haven't

6     received documents.  I would just ask that it'd be

7     concluded as soon as possible.

8          MR. ROHER:  I don't have a problem with that.

9          MR. BERNFELD:  Nor do I.

10         MR. ROHER:  And I think that's fine.  I was

11    getting -- and just for the record, I'm not saying

12    that Mr. Bernfeld didn't have -- doesn't want to work

13    it out with me.  That's fine.  I just was getting -- I

14    thought I was getting push back from Trustee's

15    counsel.  So I just want -- if there's just an

16    agreement that we can reconvene, I don't know if it

17    makes sense for me to start and stop.

18         MR. BERNFELD:  It doesn't.

19         MR. ROHER:  I don't think it does.  So what I'm

20    proposing is that obviously don't -- Trustee's

21    counsel, we have no objection for you appearing by

22    phone to listen to my questioning.  If you want to

23    come down here, that's fine.  I don't want to make the

24    estate incur any unnecessary expense.  We can have the

25    deposition here.  You can call in.  That's your

```
1         choice.  But I would like the opportunity to have the

2         documents, whatever documents are going to be produced

3         by Ken-Wen --

4              MR. BERNFELD:  No problem.

5              MR. ROHER:  -- I want those to be the universe

6         of documents that are responsive to my request, and

7         you'll answer my questions.  I probably don't have

8         more than hour.  But what I'm saying is I'd rather not

9         start now, and then continue.  I'd rather just reserve

10        and adjourn.  Does that sound okay?

11             MR. BROWN:  Yes.

12             MR. ROHER:  I think that makes sense.

13             MR. BROWN:  Everything you're saying is

14        appropriate.

15             MR. ROHER:  Is that okay with everyone?

16             MS. MARASCO:  I don't have an objection to

17        that.  I've asked what I need to ask.

18             MR. ROHER:  Okay.  That's fine.  I appreciate

19        it.  So why don't we just do that.

20             MR. BERNFELD:  That's fine.

21             MR. ROHER:  And then you can go and catch a

22        plane or whatever it is that you need to do.  And I'll

23        get my documents from -- can we at least agree on the

24        record when I get these documents?  Let me ask you one

25        question.  When do you think you can look through the
```

1      documents, get them to your client?

2          MR. BERNFELD:  I will respond to you early next

3      week and tell you what the status is, get the

4      documents to you, and pick a convenient date.

5          MR. ROHER:  Okay.  And if Ms. Carolyn's [sic]

6      not going to come down, maybe we can meet halfway so

7      you don't have to come down as far.  Because I know my

8      client has to come down as far.

9          MR. BERNFELD:  Maybe we'll go to your office.

10         MR. ROHER:  That's fine.  So I think -- I think

11     Trustee's counsel is just concerned about the time.

12     And I think Trustee's counsel wants to have an outside

13     date to get this done, correct?

14         MS. MARASCO:  That's correct.

15         MR. ROHER:  Okay.  Can we agree on the

16     deposition will -- my questioning will conclude --

17     what's the outside date?  I'd like to get it I think I

18     want to say before March 21st.

19         MR. BERNFELD:  That's okay.

20         MR. ROHER:  Because I think I'm going -- I

21     think I have spring break.  And I'd like to just --

22     you probably just need an hour, two hours at the most.

23         MR. BERNFELD:  Are you going be traveling

24     between now and March 21st?

25         MR. ROHER:  I believe it's the 21st.  Something

1       like that.

2             THE WITNESS:  I don't think so.

3             MR. ROHER:  We don't have to pick a date right

4       now.  We can obviously clear the date.  Because I just

5       want -- because I know Trustee's counsel is concerned

6       with there being an outside -- and I don't blame her.

7             MR. BERNFELD:  And I am comfortable with that.

8             MR. ROHER:  Just so you know, the 20th is a

9       Friday.  So 21st is a Saturday.  So can we shoot for

10      the week of the 16th?

11            MS. MARASCO:  For what?

12            MR. ROHER:  To have the deposition the week of

13      March 16th.

14            MR. BERNFELD:  Sure.

15            MR. ROHER:  Does that sound reasonable?

16            MR. BERNFELD:  Is that good for you?

17            MS. MARASCO:  When do you want documents by?

18            MR. ROHER:  When can I get documents by?  Can

19      we say two weeks?  Two weeks will give you --

20            MR. BERNFELD:  I will endeavor to do it.  I

21      can't commit until I see what they are.

22            MR. ROHER:  I understand.

23            MR. BERNFELD:  Look, we --

24            MR. ROHER:  I understand.

25            MR. BERNFELD:  Can we go off the record?

```
1              MR. ROHER:  I think we're okay.  That's fine.
2              THE COURT REPORTER:  Does she want to read or
3       waive?
4              MR. BERNFELD:  Yes, read.
5              THE COURT REPORTER:  And you wanted to order
6       the transcript?
7              MS. MARASCO:  Can we follow up on email with
8       that?
9              THE COURT REPORTER:  Of course.
10             MS. MARASCO:  Let's do that.
11             THE COURT REPORTER:  And you'd like a copy you
12      told me.
13             MR. BERNFELD:  Of course.
14             THE COURT REPORTER:  Mark, do you need a copy?
15             MR. ROHER:  Not yet.  I'll hold off for now.
16             (The deposition adjourned at 1:26 p.m.)
17
18
19
20
21
22
23
24
25
```

```
1                      CERTIFICATE OF OATH

2

3   THE STATE OF FLORIDA

4   COUNTY OF BROWARD

5

6

7                I, the undersigned authority, certify that

8   the witness, Wendy Elizabeth Werner, personally appeared

9   before me on the 25th day of February, 2020, and was duly

10  sworn.

11

12  Signed this 3rd day of March, 2020.

13

14

15

16

17

18

19

20          _____

21          SAMANTHA TODD, FPR
            Notary Public - State of Florida
22          My Commission No. GG 270572
            Expires:  December 3, 2022

23

24

25
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3   THE STATE OF FLORIDA

 4   COUNTY OF BROWARD

 5

 6            I, SAMANTHA TODD, Shorthand Reporter and Notary

 7   Public, State of Florida, HEREBY CERTIFY that I was

 8   authorized to and did stenographically report the

 9   deposition of Wendy Elizabeth Werner; that a review of the

10   transcript was requested, and the foregoing transcript,

11   pages 8 to 134, is a true and accurate record of my

12   stenographic notes.

13            I FURTHER CERTIFY that I am not a relative,

14   employee, attorney, or counsel of any of the parties, nor

15   am I a relative or employee of any of the parties' attorney

16   or counsel connected with the action, nor am I financially

17   interested in the action.

18

19            Dated this 3rd day of March, 2020

20

21

22

23            _____

24            Samantha Todd, Notary Public,
              State of Florida at Large

25
```

```
 1                         ERRATA SHEET

 2   IN RE: SECURITIES INVESTOR PROTECTION CORPORATION vs.
     BERNARD L. MADOFF INVESTMENT SECURITIES, LLC
 3   CASE NO: Adv. Pro. No. 08-01789(SMB) and Adv. Pro. No.
     10-04468(SMB)
 4   DEPONENT:  Wendy Elizabeth Werner

 5   Page No._____Line No._____Change to:_____

 6   _____

     Reason for change:_____
 7
     Page No._____Line No._____Change to:_____
 8   _____

 9   Reason for change:_____

10   Page No._____Line No._____Change to:_____

11   _____

     Reason for change:_____
12
     Page No._____Line No._____Change to:_____
13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

     Reason for change:_____
17
     Page No._____Line No._____Change to:_____
18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

     Reason for change:_____
22
     Under the penalties of perjury, I declare that I have read
23   the foregoing document and that the facts stated are true.

24
     _____
25   DATE                    Wendy Elizabeth Werner
```

1    March 3, 2020

2    DAVID BERNFELD, ESQUIRE
      Bernfeld, DeMatteo & Bernfeld, LLP
3    54 North Broadway
      Suite 3
4    Tarrytown, NY 10591

5    IN RE:          DEPOSITION OF:  Wendy Elizabeth Werner
                      TAKEN ON:  February 25, 2020
6                    SECURITIES INVESTOR PROTECTION CORPORATION
                      vs. BERNARD L. MADOFF INVESTMENT
7                    SECURITIES, LLC

8    Dear Mr. Bernfeld,

9    This letter is to advise you that the transcript taken in
      the above-referenced deposition has been transcribed.
10   Please have your client read and sign.

11

      The original of this transcript has been forwarded to the
12   ordering party and your errata, once received, will be
      forwarded to all ordering parties for inclusion in the
13   transcript.

14   Sincerely,

15

16
      Samantha Todd, RPR
17   Daughters Reporting, Inc.
      101 Northeast 3rd Avenue
18   Suite 1500
      Fort Lauderdale, Florida 33301
19   daughtersreporting@gmail.com

20

21

22

23

24

25

**A**

**a.m** 2:2 47:23,23
79:2,2
**A/B** 78:12
**A/C** 82:10
**a/k/a** 3:15
**ABA** 81:8 83:13
**ability** 8:10
**above-referen...**
137:9
**absence** 40:25
**absolute** 70:17
**access** 65:23
66:1 74:2,5
103:24
**account** 5:11 9:6
9:6,8 19:22
23:20 25:14,16
25:17,20 26:7
31:15,17,18
32:22 33:1,2
33:10,17,21,25
33:25 34:4,8
34:10,11,12,13
34:14,19,22,24
34:25 35:1,3,4
35:7,13,14,15
35:18 36:24
37:1,10 38:3,6
39:1,2,6,14
43:4,5,18,21
44:2,4,9,11,12
44:12 45:1,2
46:2,2,9,12
49:8,10,24
50:1 51:16,17
52:9,15,19,23
53:10,11,13,17
53:20,22,24,25
54:3,9,14,25
55:1,3,7,8,20
56:4,8,11 57:2
57:10 58:9
60:21,23 62:1
62:6,8,11,15
62:22,23,25

63:1,5,6 64:2
64:17,19,22,22
64:25 65:3,16
65:17,22,24
66:1,4,5 67:10
67:21 69:18,20
71:1,14,16
72:12,16 73:15
73:18,21,24
74:3,6,9 75:16
75:19 78:16
81:4,7,22,24
82:9,23 83:12
83:16 84:2
85:4,13 87:10
87:14 88:11,25
89:2,20,21,23
89:24 90:8,9
90:11,18 91:16
91:24 92:6,8
92:16,16 93:4
94:2,12,20
95:3,4,16,18
95:19 96:24
97:9,11 100:13
100:16,17,20
100:23 101:5,7
101:9,22 102:1
102:7,10,14,17
103:22,23,25
104:13,16
105:1,15 106:2
106:4,7,17
107:3,6,11,13
108:13 109:22
110:9,15
111:18 113:22
113:25 116:1
121:8,21,23,24
122:1,7,10
123:5,14,19,21
**account's** 55:23
**accountant** 21:1
21:6,11 115:3
116:18 123:13
123:17 124:2
**accountant's**

121:16
**accounts** 57:5,7
57:14,14 65:6
65:9,10,10
104:20 109:8
**accurate** 22:14
82:22 106:4
135:11
**accurately** 7:24
8:11
**acquire** 18:16
19:4,13
**acquired** 19:15
**action** 90:16
110:18 135:16
135:17
**active** 107:13,15
**activity** 82:6
**actual** 51:8
**add** 68:15
**additional** 13:12
34:10 35:12
50:16 51:15
107:9
**additions** 106:4
106:13
**address** 14:7
33:4 67:20
**addressed** 63:19
67:7 75:5
104:10
**adjourn** 128:1
130:10
**adjourned**
133:16
**administrative**
20:14
**admission** 5:13
42:3,9 43:3
44:25 45:6,18
45:25 46:16
**admissions** 43:9
**Admit** 43:4 46:1
**Admits** 43:10
**admitted** 45:5
**admitting** 45:3
**Adv** 1:3,13

136:3,3
**advice** 23:8
47:16 56:3
**advisable** 18:20
**advise** 137:9
**advised** 32:24
**Advisors** 15:21
16:9
**advisory** 7:16
15:17,19 16:10
16:10 120:9
**affirm** 7:5
**affirmative**
51:11 53:6
57:21
**affirmed** 7:11
**agency** 59:4
**agents** 77:6 78:1
**ago** 14:13 94:5,6
**agree** 46:7
125:23 128:20
130:23 131:15
**agreed** 16:11
**agreement** 5:5,6
5:11,17 17:1,5
27:13,24 29:11
29:12 30:18
31:8,10 36:2
38:3 64:1,6
76:25 91:1
92:19,21,23
126:1 129:16
**ahead** 113:2,10
**alive** 30:20
**allegations** 51:8
51:12
**allowed** 98:7
**alternative**
74:16
**altogether** 59:14
**ambiguity** 70:17
**ambiguous** 61:6
111:12
**amended** 5:3,15
5:16 10:19
50:14,25 51:2
**America** 57:6,10

57:15 100:13
100:17,23
103:22,23,24
**America/NA**
100:8
**amount** 28:1
34:5 43:6,19
44:7,10 45:2
45:21 46:17
49:8,10,11,15
49:16,18 52:8
53:12 69:15
76:5 84:6,7
87:6 90:23
93:8,11,13,25
95:20,23 96:1
102:4 105:1
107:25 109:9
**amounts** 25:4
91:4 94:25
107:2
**and/or** 54:9
**annual** 60:3
**annually** 119:15
**annuities** 60:14
**annuity** 21:24
26:7 61:18
**answer** 5:16
7:21,21 8:1,4,5
8:10 11:18
12:14,21,25
23:1 29:4,5
37:13 39:21
40:5 41:23,24
42:14 43:16
48:5 49:13
51:1 52:7 55:6
56:15 58:3,6
62:19 69:13
76:4 81:1
88:13,15 98:1
103:8 108:6
109:20 110:7
112:13 113:18
124:17 126:13
130:7
**answered** 44:21

47:6 92:1
112:17 124:18
**answering** 8:2
47:4,5
**Answers** 5:12
42:2 109:3
**anyway** 125:13
**apologize** 51:24
87:20
**apparently**
26:24 41:24
103:9 115:17
**appear** 71:2,24
72:6 78:4,14
99:23 115:16
128:7
**APPEARAN...**
3:1
**appeared** 3:2,9
3:15 85:12
134:8
**appearing**
129:21
**appears** 27:13
29:10 33:9
46:7 71:2 72:4
72:15 76:23,25
77:3,11,15
79:14 80:2,4
82:8 87:21
88:8
**apply** 48:20
**appreciate**
86:14 129:5
130:18
**appropriate**
130:14
**April** 5:9 32:18
35:24 63:15
**area** 12:2 38:18
**arrested** 123:7
**arts** 14:22
**aside** 55:6 104:2
**asked** 26:24
29:3 45:11
46:16 76:20
108:6 124:21

130:17
**asking** 7:18
11:13 12:6,7
22:20 26:18
40:9 42:17,18
48:10,11 53:1
53:4 56:4,5
68:24 69:1,3
70:5 76:2 83:1
83:2,5 84:19
85:16 91:20
107:20 112:5
125:2,4,6
**asks** 109:6
**asset** 60:23
61:25 62:11,15
101:15
**assets** 18:25,25
19:2 25:9
32:21 33:1
62:4,21
**assignment** 5:7
26:25 29:9
**assist** 42:22
115:3,6
**assume** 22:19,20
56:17 57:2
58:24 59:2
99:8 117:14
**assumes** 85:15
118:11,17
**assumptions**
22:23
**ate** 94:1
**attached** 33:5
**attention** 72:24
**attorney** 23:7,8
42:10 48:15
92:17 135:14
135:15
**attorney's** 12:18
**Attorney-client**
12:5 48:9
**audibly** 7:22
**August** 5:10
36:21
**authority** 5:23

76:24 77:14
78:16,18 134:7
**authorization**
33:5
**authorized**
32:24 135:8
**Avenue** 2:3,8
137:17
**avoid** 86:12
**aware** 113:15,18
113:24 119:19
**awhile** 28:25
30:7 36:16

———————
**B**
**b** 78:14 109:9
**B-L-M-I-S** 8:16
8:19
**Bachelor** 14:22
**back** 10:8 14:4
44:8 47:24
57:17 65:22
79:3 83:11
90:5,6,7 92:1
92:24,25 94:7
96:3 102:18
103:20 105:19
106:21 127:14
129:14
**background**
14:19
**balance** 44:3
51:18 94:21
95:8,12,14
102:17 106:19
107:6 123:21
**bank** 5:17 6:4
6:10 20:23,24
26:24 27:14
28:13 29:12
57:2,5,6,6,9,13
57:15 64:1,17
64:22,25 65:3
65:15,22,24
66:4,12 72:16
73:14,15,17,20
73:21,24 74:2

74:8,9 75:17
75:19,20 77:1
77:15 81:4,10
81:21 82:9,23
82:24 83:3,5,8
83:12,13,16,23
83:24 84:2
85:3,13 88:19
88:20 91:2
94:13,16 100:8
100:12,13,17
100:17,22
103:22,23,24
104:9,13 105:1
106:12,12,12
107:3,16
**bankruptcy** 1:1
124:8
**banks** 57:14
**based** 46:6 53:2
71:12 84:7
85:22 93:24
102:24 106:3,3
**basically** 59:19
**basis** 12:3 48:6
85:24
**Bates** 82:16,17
106:1
**beginning** 10:11
40:8
**behalf** 2:1 45:8
45:24 58:22
107:10 118:9
119:8 120:23
**behooves** 86:12
**belief** 43:10
51:14
**believe** 20:1,2
21:10 26:25
28:9 30:24
33:19 37:18
41:20 43:17
55:12 57:16
58:19 63:13
65:17 70:11
73:3 75:18
83:15 85:2

89:22 100:15
101:4 102:22
110:22 116:10
117:24 119:11
119:22 120:3
123:20 124:2
131:25
**beneficial** 64:2
64:12
**beneficiary**
32:25
**Bernard** 1:5,9
1:11 3:3 8:16
8:21 9:4 38:23
63:19 68:11
70:9,14 75:4
75:24 81:22
99:11 136:2
137:6
**Bernfeld** 3:16
3:17,17 8:18
8:20,23 9:1,17
10:10,13 11:11
11:18 12:1,5,9
12:13,15,21,23
13:2,19 15:3,4
19:11 21:18
22:20,23 26:17
26:19 27:20
29:2 31:2
37:11 38:1
39:19,24 40:2
40:4,20 41:21
42:12 43:15
44:17,19,21
45:4,7,10,16
46:10,25 47:6
47:11,12,15,21
48:4,7,12,16
48:21,24 49:13
49:20 50:4,17
50:20 51:19
52:2,6 53:1,9
54:12 55:25
56:14,25 58:4
58:16 59:7
60:19,20,25

61:2,4,5 62:13
62:17 63:16,24
64:8,13,21
65:1,11 67:4
68:15,19,23
69:4,6,11,24
70:1,2,7,16
71:10 72:2
73:6,11 74:19
75:21 76:1,10
76:20 78:17,24
79:20 80:9,12
80:18,20,21,25
82:25 83:4,18
84:3,8,12,13
84:15,19,20,21
85:8,14,22
86:8,11,16,19
88:12,24 89:7
89:15 91:19
92:2,5 93:5
95:6,24 97:13
97:20,23 98:2
98:5,6,9,13,18
98:19,21,25
100:2,10,18,21
100:24 101:3
101:25 102:15
103:3,6,16
104:15,17
105:22 106:6
106:14,21,23
107:20 108:2,6
108:16 109:12
109:16,17
111:6,9,14,20
112:3,6,8,11
112:15,24
113:2,7,10,14
113:16 114:14
117:2,5,13
118:11,14,17
118:19,20,24
119:1,3,10
120:12,21
122:14 123:7
124:9 125:2,8

125:14,22,24
126:15,23
127:3,8,12,17
127:23 128:1,5
128:8,18,20,23
129:9,12,18
130:4,20 131:2
131:9,19,23
132:7,14,16,20
132:23,25
133:4,13 137:2
137:2,2,8
**Bernie** 56:18
**Berton** 27:11
**best** 7:20
**better** 59:21
**beyond** 86:5
112:18
**birthday** 63:15
**bit** 10:11 24:13
26:5 27:12
31:14 57:18
67:16 87:9
**blame** 132:6
**blank** 66:24
**blew** 63:4
**BLMIS** 9:5,6
20:22 31:15
33:18,21 35:1
35:4,13,14
39:4 43:5
44:12 45:2,20
46:2 49:25
51:17 52:18,23
53:25 62:1,11
62:15 63:1
70:10,11,15
72:18,21 81:13
94:12 95:3,4
101:22 110:9
110:13 111:18
116:16 122:18
**blow** 61:2
**book** 112:20
**bookkeeping**
20:15
**Borrower** 29:17

**bottom** 10:21
17:10 27:3
32:9 36:17
37:5 38:13,22
69:19 72:5,7
75:12 77:9,19
78:5 82:7,8,13
88:6 97:2
99:17 116:4
**box** 72:13
**break** 8:5 41:12
42:25 47:19,20
48:2,15 49:7
79:1 124:16
125:7 131:21
**breaks** 48:13
**Broadway** 3:17
137:3
**broker's** 15:8,10
16:2
**brother** 123:1
**BROWARD**
134:4 135:4
**Brown** 1:16,17
3:9,15,21 9:24
10:8 14:3,18
15:17,23,24,24
16:1,5,6 24:10
24:16 25:6
27:10,11,14
29:12,17,20,21
30:5 33:3,3,10
33:11 34:9,14
34:14 35:8,8
36:25 37:2,2,8
41:12 43:23,23
45:7 47:19,22
51:3,24 52:13
52:14 60:7
61:11 63:19
65:19,25 66:22
74:4 78:1,2,13
78:14,15,15
90:21 91:2
96:7,11 101:16
103:18,24
108:1,12

109:24 110:13
110:18,19
126:10 130:11
130:13
**Brown's** 13:9
17:14 22:4
23:12 32:8,15
38:12 40:24
55:19 72:6
77:7 88:3
**business** 18:16
65:10

---

## C

**c** 3:4 109:10
**calculation**
51:17 52:24
**call** 37:6 84:23
123:1 129:25
**cap** 49:15
**capacities** 9:20
52:22,22 65:18
**capacity** 1:16
10:4,23 20:6
49:9 58:14
65:15
**capitalized**
111:8
**caption** 51:11
**Carolyn's** 131:5
**case** 15:15,16
136:3
**catch** 95:13
130:21
**cause** 7:4
**cease** 62:24
**Centura** 64:6,12
64:17 65:4,7
65:16,19 71:7
71:13,16 73:18
**Century** 15:21
16:5,7,9 96:12
110:18
**certain** 8:3 9:21
25:4 29:18
42:8 48:20
49:16 121:21

126:20
**Certificate** 4:4,5
134:1 135:1
**certifications**
14:25
**certify** 134:7
135:7,13
**change** 36:24
37:10 108:13
136:5,6,7,9,10
136:11,12,14
136:15,16,17
136:19,20,21
**changed** 37:15
**Chase** 6:5 81:21
**check** 5:19,21
6:9 36:5 67:20
67:24 68:11,16
68:18 69:16,25
70:8,21 75:2,7
75:13,14,25
76:6 92:24
96:22 99:8,10
99:12,19
100:16 102:23
103:20 127:4
**checkbook**
20:17,18
**checking** 104:20
**checks** 104:21
105:14 114:5,6
114:8
**children** 89:23
**choice** 130:1
**circle** 57:17
**claim** 123:25
124:4,5,7
**clarification**
57:23 79:20
**clarify** 50:13,24
61:5 64:21
85:11 113:16
115:25 116:12
**clarity** 59:21
73:24
**clause** 29:16
**clear** 9:7 35:3

60:16,20 70:8
79:22 85:23
87:8 88:1 91:6
101:12 111:10
132:4
**Clerk** 109:22
110:11
**client** 12:12 15:5
47:14,16 48:17
49:1,5,22
72:17 74:13
75:11 97:25
98:10,20,22
99:2 127:6,19
131:1,8 137:10
**close** 97:17
107:10 116:13
**closed** 73:22
94:2,4 106:5
106:17 107:18
**closing** 102:7
106:2
**cohesive** 19:1
**Coldwell** 14:15
14:16
**collateral** 5:7
26:25 27:2
29:9 30:18
31:8 61:22
**come** 15:14
19:13 25:16
31:17 44:20
91:12 92:12
95:21 116:16
129:23 131:6,7
131:8
**comes** 86:12
**comfortable**
132:7
**comments** 49:1
**Commission**
134:22
**commit** 132:21
**communicatio...**
38:25 39:3
**companies**
96:12

**company** 9:23
14:15 15:23,25
16:1,10 37:8
67:7
**compel** 128:15
**complaint** 5:15
5:16 50:14,25
51:2,9,12 55:6
**completed** 52:4
**Compliance** 5:6
27:13 29:11
91:1
**Conaway** 3:4
**concerned**
131:11 132:5
**conclude** 131:16
**concluded** 129:7
**conclusion** 53:2
68:24
**conducted** 59:15
**conducting**
59:12
**confer** 11:16
123:12
**conferring**
98:24
**confirmations**
38:25 122:4,15
**confused** 91:18
**confusing** 71:8
111:11
**connected**
135:16
**connection** 7:16
9:21 10:1
11:25 16:4
18:20 30:3,4
30:18 31:7
39:2 53:5 54:7
72:19 96:4
102:12 118:9
120:9,16,20
121:1 124:1
**consisted** 46:3
46:12,17
**consistent** 22:8
40:7

**Consolidated**
1:5
**consulted** 55:14
**contact** 56:17
**contacted**
126:20
**contemplating**
20:11
**contemporane...**
66:4 74:8
**contemporane...**
83:23
**content** 12:6
42:17 48:14
98:12
**context** 64:25
**continue** 47:8
60:5,10 117:23
130:9
**Continued** 6:1
**contribute** 25:25
**contribution**
26:1
**control** 19:1
64:5
**convenient**
18:19 128:21
131:4
**conversation**
7:24 46:6
**conversations**
11:11 42:14,18
**cooperation**
67:22
**copy** 33:5
133:11,14
**corner** 69:19
72:5 81:23
87:17,24 97:2
97:7 99:17
104:10
**corporate** 59:13
**CORPORATI...**
1:3 136:2
137:6
**corporations**
96:9,10

**correct** 29:14,21
33:12 54:5,22
55:20 59:4
60:25 61:1
63:20 67:11
68:13,19 70:24
72:13,25 73:15
77:16,23 78:2
79:16 80:5,8
81:8 83:24
85:25 87:21
89:25 91:8,15
92:9 93:1
94:11 96:25
97:8 98:22
99:20 100:13
107:7,17
111:24 113:22
115:23 116:3,8
117:20 122:3,8
123:22 125:19
125:20 131:13
131:14
**correcting** 69:4
115:18
**correctly** 18:21
19:2 28:2
29:14 42:6
43:7,11 46:4
64:6 67:8,22
81:25 94:10
104:22 110:20
111:5 116:6
**counsel** 8:3
11:12,16,24
13:16 42:15
48:3 56:5
123:8,11 128:6
128:11 129:15
129:21 131:11
131:12 132:5
135:14,16
**COUNTY** 134:4
135:4
**couple** 127:1
**course** 30:8,9
114:9,10,12,18

114:19 122:1
123:9 128:23
128:23 133:9
133:13
**courses** 18:5
30:9 114:9
**court** 1:1 7:5,22
7:23 16:22
26:11 28:17
31:23 36:10
37:18 41:4
44:23 50:6
63:8 66:15
68:5 71:18
74:21 76:13
79:4 81:16
85:9 86:21
96:15 104:3
108:18 109:23
110:11,14,21
115:10 133:2,5
133:9,11,14
**courtesy** 92:4
**cover** 17:7
**creates** 70:17
**credited** 51:15
**creditors** 18:25
110:1,13,23
**credits** 104:20
**critical** 59:20
**currency** 101:17
**currently** 14:6
14:10 59:12
**Curtiss** 27:11

---

**D**

**data** 126:6
**date** 2:2 17:7
22:9 24:16
27:3 29:10
32:17 35:23
36:20 63:14
67:17 75:7,9
77:3 82:3
87:18 97:14
99:12 104:11
115:22 128:21

131:4,13,17
132:3,4 136:25
**dated** 5:9,10,19
36:2 68:12
75:14 77:16,23
102:23 106:2
135:19
**dates** 24:14 25:2
109:10
**daughter** 32:24
**Daughters** 2:7
137:17
**daughtersrep...**
137:19
**DAVID** 3:16
137:2
**davidbernfeld...**
3:19
**day** 29:10,11
123:3 128:2
134:9,12
135:19
**DDA** 107:25
**dealings** 123:7
**Dear** 137:8
**debate** 86:1
**debit** 82:9 83:8
106:2
**debits** 82:8
104:21
**Debtor** 1:10
**December** 61:3
63:2,3 81:24
81:25 115:22
122:25 125:18
134:22
**decided** 73:19
**decision** 55:13
**decisions** 20:7
20:11,12 55:12
103:12,13
**declare** 136:22
**decreased** 54:10
**defendant** 1:7
3:9,15 109:13
109:14 110:1
110:13,24

**defendants** 1:18
5:13 42:3
109:7,12
**Defendants'**
51:17
**defense** 51:11
53:6 126:5
**define** 8:14
**defined** 70:9
111:7
**definitions** 9:11
**degree** 14:20,21
14:22
**degrees** 14:23
**Delaware** 3:6
**demands** 38:25
**DeMatteo** 3:17
137:2
**denied** 46:4,18
**DEPONENT**
136:4
**deposed** 9:13,20
10:4
**deposit** 34:10,18
35:12 49:25
70:24 105:8
107:25 108:4,9
108:9
**deposited** 52:9
52:23 54:8
56:24 71:13
75:19 83:16
84:6 85:13
94:13 100:16
103:21
**depositing**
108:13
**deposition** 1:20
5:4 7:1 8:15
10:7,20 11:17
11:22 12:25
13:5,9 22:4
48:19 59:13
63:13 71:23
79:12 86:7,18
87:2 97:19
98:17 113:5

118:13,16,23
128:16 129:25
131:16 132:12
133:16 135:9
137:5,9
**depositions** 9:22
9:25
**deposits** 104:20
104:25 105:7
106:3,13
**describe** 9:22
**described** 23:25
61:16 110:10
**description** 5:2
6:3 18:18
68:16 69:24
**designated**
10:23
**determine** 55:10
**died** 25:19
**difference** 69:3
**different** 9:7
19:6 27:6 39:8
44:8 68:25
70:10 80:4
97:3 116:12
**difficult** 100:5
**digits** 71:1
**DiPascali** 72:25
73:2,7
**direct** 4:2 7:13
38:24 42:13
48:4 49:1
97:25 112:15
**directed** 72:24
**directing** 48:7
48:12
**directly** 109:9
**directs** 8:4
**disagree** 33:7
48:24
**disagreement**
49:3
**disallowed**
51:16
**discovery**
126:14

**discuss** 40:22
48:14 113:20
**discussed** 24:2
27:12 29:25
30:5 31:14
34:21 35:23
38:19 40:8
43:21 52:12,17
53:20 57:17
61:10,14,18,22
62:1 73:14
74:14 75:10
91:1 100:12
102:20,23,24
103:22 110:17
123:20 124:5
**discussing** 34:12
98:21
**discussion** 15:4
71:12 78:25
98:9 103:14
127:12
**discussions** 12:7
42:14 48:2
64:4 123:11
**disputing** 127:9
**dissolution**
62:23
**dissolve** 57:21
58:8,11
**dissolved** 21:8,9
23:11 24:11
57:13,18 58:15
58:20,20,24
59:2
**distinction**
59:17 68:21
**distinguish**
59:17
**distinguished**
59:18
**distinguishing**
69:2
**distribute** 33:1
**district** 1:1
109:23,23
110:11,12,14

110:15,21,21
**divorce** 14:5
23:6,7
**document** 5:8
5:10 6:8,13
16:22 17:2
26:11,16,23
28:10,17,22,24
29:8 31:22
32:3,17,19
35:24 36:10,14
36:20,23 37:18
37:23 39:18
40:21,22 41:4
41:11,16 42:19
42:20,21 43:1
53:18 63:8,12
63:14,18,22,24
66:14,19 67:17
68:4,9 71:18
71:22 74:21
75:1 76:13,18
77:13,15,17,25
78:1,8,15 79:4
79:9 81:15,20
86:21 87:1
96:15,19 99:2
99:7 104:2,3,8
108:22 115:10
115:14 125:17
136:23
**documentation**
24:15
**documents** 13:4
13:7,10,12,18
31:13 50:5,11
50:18 117:10
117:12 120:8
120:10,19,25
121:5,17
122:17 124:22
125:15,17,19
126:2,3,5,9,18
126:21 127:10
127:16,18,20
127:22,25
128:10,10,12

128:13,14
129:6 130:2,2
130:6,23,24
131:1,4 132:17
132:18
**doing** 39:6,7
**dollars** 43:6
51:14
**Doris** 21:5 23:8
119:25 126:17
**due** 90:24 96:5
**duly** 7:11 134:9
**duties** 20:14

**E**
**E** 29:20
**earlier** 16:11
23:10,25 24:2
27:12 29:25
31:14 32:14
38:19 43:21
46:6 52:13
53:20 57:18
58:19 61:10,22
64:16 83:22
91:1 100:12
102:20 110:17
113:20 123:20
**early** 131:2
**educational**
14:19
**either** 24:23
35:12 75:8
119:25 121:15
125:19 128:8
**Elizabeth** 1:20
3:15 7:1,10
13:24 14:3
134:8 135:9
136:4,25 137:5
**email** 133:7
**employed** 14:10
14:12,14
**employee**
135:14,15
**employees** 20:4
**endeavor** 132:20

**endorsed** 75:15
99:23
**endorsement**
70:22 103:21
**endorser** 70:23
**entire** 105:15
126:6
**Entireties** 33:2,4
33:11 34:9,15
34:18 35:8,12
52:21
**Entirety** 37:2
43:24 52:14
**entities** 96:6
109:21 112:1
**entitled** 26:19
127:24
**entity** 96:6
109:7,10,11
114:7,11,17
**equal** 104:21,21
**errata** 4:6 136:1
137:12
**escapes** 44:14
**escrow** 90:10
92:6,8,15,16
93:3 94:20,20
102:14
**ESQUIRE** 3:4
3:10,16 137:2
**estate** 14:15
17:22 18:1,17
19:5,6 23:22
23:24 25:7,14
129:24
**estimating** 102:5
**evidence** 118:15
**exact** 22:9 34:5
49:11,18 93:8
95:12,14,25
**exactly** 19:10
23:17 25:2
40:13 102:4
123:2,24
**Examination**
2:6 4:2 7:13
**examined** 7:11

**example** 56:20
**exception** 86:9
**exchange** 30:25
31:10
**exclude** 123:7
**excluding** 11:11
60:21
**Excuse** 15:3
**executed** 78:7
**Exercise** 78:11
**exhibit** 5:2 6:3
10:14,16 16:22
16:23 26:12,13
28:18,19 31:24
31:25 35:19
36:6,10,11
37:19,20 41:5
41:6 50:7,15
50:24 51:1,7,9
51:10 63:8,9
66:15,16 68:5
68:6 71:19
74:22,23 75:10
75:11 76:14,15
79:5,6 81:16
81:17 83:11
85:8 86:22,23
96:16 99:3,4
102:25 104:4,5
108:18,19
111:14 115:10
115:11
**exhibits** 5:1 6:1
6:2 50:8,12
52:13
**exist** 62:24
117:23
**existence** 53:11
60:7,10 119:17
**exists** 117:24
**expense** 129:24
**expired** 19:16
**Expires** 134:22
**explain** 17:24
52:24 90:15
**extent** 47:4 51:8
59:16 98:11

111:2 122:11
122:18

**F**
**fact** 23:5 70:5
119:4 126:17
**facts** 84:7 85:15
118:12,15,17
136:23
**factual** 118:18
**fair** 71:12 82:22
84:18
**familiar** 41:11
**family** 1:15,17
5:14 6:11 8:15
16:13 17:6
18:3 27:14,24
29:13 38:9
42:3 64:4
68:12,18,21,22
69:9,10 72:11
73:25 75:6
76:24 77:14
79:15 82:10
87:11 100:3
104:11 105:12
109:1,4,15
116:1
**far** 52:10 131:7
131:8
**father** 19:15
31:21 44:9
53:13,25 54:4
54:8,14
**fax** 3:7,13 5:18
6:13 66:20
80:7 87:22,23
99:9
**faxed** 80:9,11
87:21 88:9
**February** 2:2
5:19 22:6
67:18 102:22
134:9 137:5
**Fedwire** 82:9
83:8
**fees** 58:25 60:3

93:24
**figures** 24:24
**file** 115:1 119:14
119:18 123:25
124:7
**filed** 42:9 50:14
50:25 51:2
119:21,24
121:4
**filing** 122:19
**filings** 58:22
**final** 14:5
**financial** 118:1
**financially**
135:16
**fine** 40:16 45:23
47:21 86:4,16
97:23 101:18
110:5 128:1
129:10,13,23
130:18,20
131:10 133:1
**finish** 8:1 43:1
73:9 78:20
80:19 118:23
125:13 126:1
**firm** 117:23,23
117:24,25
118:1,4 126:19
**firms** 15:18,19
**first** 5:12 6:12
7:11 18:15
28:4 31:20
32:23 33:10
42:2 50:13,25
64:3 66:23
109:2,3,4
110:5 122:23
**five** 94:9
**five-minute** 79:1
**flip** 41:9
**Florida** 2:4,9
3:12 7:2,3 14:9
27:25 58:23
109:23 110:12
110:12,15,21
134:3,21 135:3

135:7,24
137:18
**focus** 51:7
**follow** 12:18,22
60:1 133:7
**followed** 27:6
**following** 23:12
34:15 60:7
124:20
**follows** 7:12
33:2 39:2
**foregoing**
135:10 136:23
**foreign** 101:17
**forgive** 59:12
**forgot** 128:24
**form** 31:2 37:11
39:19 41:21
43:15 45:4,12
46:10 49:20
51:19 52:7
53:3 54:12
56:14,25 58:1
58:4 62:17
63:24 64:13
69:11 72:2
73:6 75:21
76:1,10 78:17
80:18,25 82:25
83:18 84:3,14
84:15 85:18
86:2,9,11,13
88:12 100:18
101:3 103:6
106:6 108:2,16
109:19 111:12
117:5,6,13
118:11 119:1
119:10 120:12
122:14
**formally** 58:15
107:10
**formation** 21:12
**formed** 17:21
18:24 25:24
37:3
**formerly** 15:7

**Fort** 2:4,9
137:18
**forward** 48:14
**forwarded**
137:11,12
**found** 11:3
121:7 123:4,14
**four** 9:18 71:1
104:21
**fourth** 27:18
**FPR** 2:7 134:21
137:16
**Frank** 72:24
73:2
**fraud** 122:24
123:15
**Friday** 132:9
**fruition** 23:14
**full** 13:23 66:23
93:17,25
**funded** 43:5
45:1,19
**funds** 25:25
33:17,20,21,25
34:10,22,24
35:4,12 49:25
52:14,18,23
54:3,8,21 55:8
55:11,14 56:4
56:7,24 65:18
68:2 71:13
74:16 85:3
91:6,12,14,23
92:13,15,16,18
92:20 93:3,19
93:20,20,23
94:13,21 95:17
95:19 101:21
101:23 102:1,6
102:12,13
105:4,11,17
106:11 109:8
111:17 112:2
113:1,12,20,25
114:4 123:12
123:14
**further** 33:4

135:13
_____
**G**
**general** 1:16
10:5 16:15,20
17:10,16 20:6
22:5 24:10,17
25:25 28:8
38:17,20 39:22
60:7 61:11
78:2 102:21
103:5,10,25
106:2
**generally** 14:8
117:7
**getting** 129:11
129:13,14
**GG** 134:22
**give** 7:6 26:17
47:16 58:1,2
68:24 112:20
132:19
**given** 52:21
**gives** 78:15
**go** 8:13 10:22
14:4 37:7
73:20 85:18
91:23,25 113:2
113:10 130:21
131:9 132:25
**going** 7:17,18
8:14 10:14
12:1,18,22,23
12:24 16:21
26:10 28:16
31:22 32:23
36:9 37:17
41:3,4 42:12
42:13 47:8
48:14,16 50:3
50:5,6 54:25
57:25 58:10,25
62:17 63:7
66:14 68:4,23
69:7,11 70:4
71:17 74:20
76:12 79:4

81:15 84:8,24
85:14,20 86:17
86:20 88:16,17
96:14 99:1
104:3 108:17
113:16 115:9
124:17 125:3
125:12 127:16
127:17 130:2
131:6,20,23
**golf** 18:4 30:8,9
30:9 114:9,9,9
114:12,18,19
**good** 7:15
132:16
**gosh** 44:14
**GPs** 116:22
**grandmother**
25:18
**grandparents**
25:19
**grant** 64:11
**granted** 64:5
78:10
**Great** 99:1
**guarantor** 27:17
27:21
**guess** 14:13 19:9
20:20 28:25
29:3 32:21
36:15 39:22
40:1,6,9 63:5
78:22
**guessing** 19:11
39:24,25
_____
**H**
**H** 1:11 3:2
**half** 125:1,10
**halfway** 131:6
**hand** 10:14
16:21 26:10
28:16 31:22
36:9 37:17
41:3 50:3,5
63:7 66:14
68:4 71:17

74:20 76:12
79:4 81:15
86:20 96:14
99:1 104:3
108:17 115:9
**handed** 50:11
**handwriting**
32:5,7,15
67:13 79:18,21
79:24 80:4
88:3,4 96:22
97:3,8 103:1
**handwritten** 5:8
6:8 72:4
**happened** 23:11
55:1 58:8
62:22 86:4
90:4 93:23
108:5 116:13
122:25 126:14
**happening**
116:14
**hard** 18:11
67:16 75:9
87:9
**Harry** 24:21
**Harvey** 24:9
25:4 90:19
91:7,12 92:11
93:2,16 94:22
96:3
**hear** 100:21
122:23
**hearing** 128:16
**held** 26:6,6
29:23 30:1
31:1 33:17
34:8 35:11
49:8,10,12,24
53:25 54:4
55:7 57:9
64:16,19 65:3
65:23 73:25
81:22 84:2
89:24 92:8,16
93:4 100:12
114:11 123:5

**help** 7:23
**high** 49:18
**hire** 21:14
**hired** 23:6
**hit** 123:1
**hold** 31:15,17
  53:21 57:5,13
  57:14 65:6
  73:17 133:15
**holder** 89:21
**holding** 54:9
**home** 67:20
  120:6,7
**hostility** 118:21
**hour** 125:1,11
  130:8 131:22
**hours** 131:22
**house** 28:12,14
  28:15 121:15
**hovered** 123:21
**Huh** 101:25
  118:14
**humor** 70:2
**husband** 117:24

**I**
**ID** 115:17 116:2
  116:8,17
**idea** 45:21 76:7
**identification**
  10:17 16:24
  26:14 28:20
  32:1 36:12
  37:21 41:7
  50:9 63:10
  66:17 68:7
  70:23 71:20
  74:24 76:16
  79:7 81:18
  86:24 96:17
  99:5 104:6
  108:20 115:12
**identified** 27:17
  78:1,13,14
  81:8 82:15
  97:13 102:25
  115:20

**identifies** 81:7
  83:12
**Identify** 109:7
**immediately**
  51:21
**impair** 8:10
**important** 85:23
**improper** 84:13
  86:3
**include** 109:22
  110:9,24
**included** 51:16
**including** 38:25
  60:21 61:15
**inclusion** 137:12
**incomplete**
  51:20
**incorrect** 116:2
  116:15,17
**increased** 54:9
**incur** 129:24
**INDEX** 4:1
**indicated** 75:13
  101:16 102:9
  110:8
**indicates** 33:5
**indirectly** 109:9
**individual** 70:10
**individually**
  1:21 59:10,22
**inform** 85:24
**information**
  42:22 43:10
  51:14 72:9,16
  81:4 103:9
  115:8 116:25
  117:8,11 118:2
  121:12
**initial** 26:1
**initially** 43:4
  45:1,19
**instruct** 29:2
  40:3,4 48:17
  56:7 97:18
**instructed** 38:24
**instructing**
  12:11

**instruction**
  12:19 49:2
  70:17
**instructions**
  7:18 8:7 40:8
**insurance** 5:7
  21:17,18,22
  22:1 25:13
  26:6,7,25 27:1
  29:9,13,18,19
  30:11,12,15,25
  31:7 61:21
  123:18
**insured** 22:2
**insuring** 29:19
**intended** 32:19
**inter-account**
  43:5 45:1,20
**interchangeably**
  9:5 70:13,15
**interest** 16:19
  23:18,24 64:2
  64:12 111:19
**interested** 64:5
  106:25 135:17
**interests** 19:6,14
  24:5,22 25:7
  61:15
**international**
  88:25
**internationally**
  88:25 101:4
**interrogatories**
  6:12 109:2,4
  111:3
**interrogatory**
  109:6,6,20
  110:6 111:1
**interrupt** 8:2
  47:4,14 49:21
  59:11 125:25
**interrupting**
  113:5
**invested** 33:22
  52:14,18 53:12
  53:14 54:4,9
  54:14,17 88:16

  88:17 101:13
  101:17
**investigation**
  9:23
**investment** 1:5
  1:12 3:3 6:6
  8:16,21 18:18
  19:24 31:15
  38:23 54:7
  80:8 81:22
  87:4 96:23
  101:11,12
  103:13 136:2
  137:6
**investments**
  9:24 14:18
  15:17,24 18:5
  23:22 25:14
  37:9 54:10
  60:9,11,12
  61:11,14,16
  63:19,20 66:22
  96:11 110:19
**investor** 1:2
  44:9,13 136:2
  137:6
**involved** 93:24
**involvement**
  90:17
**Irving** 1:11 3:2
**Island** 3:11
**issue** 59:9
  128:12,12
  129:2
**issued** 29:18
**it'd** 129:6
**item** 27:18 78:10
**Items** 11:4

**J**
**JACLYN** 3:4
**January** 10:8
  46:2,8,13
  88:10
**jmarasco@yc...**
  3:7
**job** 48:18

**joint** 33:2 65:17
**JP** 6:5 81:21
**judgment** 92:14
  96:7
**June** 17:8 21:12
  36:2 37:3 75:8
  75:9
**Jupiter** 14:9

**K**
**K.W** 9:24 14:18
  15:17,23,24,24
  16:1,5,6 37:8
  63:18 66:22
  96:11 110:18
**KBCB** 18:3 27:1
  27:14,24 28:4
  28:6 29:12
  30:9,9 61:23
  91:2 105:1,5,9
  105:11 106:4,8
  106:11,17
**keep** 28:23
  58:10,23,25
  93:12 112:23
  122:12
**Ken** 10:8 13:8
  17:22 25:6
  28:15 29:12,17
  32:8,14 33:10
  34:8,14 35:8
  35:12 36:25
  37:1 38:12
  40:24 43:23
  52:13 55:13
  56:20 60:7
  65:25 73:4
  74:4 78:15
  88:3 90:13,21
  96:7 102:20
  103:1 108:1
  116:24 117:7
**Ken's** 28:12
  63:13 71:23
  79:12,18,21,25
  87:2 96:22
  97:3,8 103:1

114:9
**Ken-Wen** 1:15
1:17 5:13 6:7
6:11 7:17 8:15
8:15 10:5,24
16:13 17:5,19
19:4,13,17,18
19:24 20:4
21:23 23:18,23
24:21 25:4,6
26:6 27:10
29:13,23,24
30:1,11,14
31:1,1,6,11,14
31:20 36:25,25
38:4,9,20 39:3
42:3 43:22,25
44:3 45:6,9,10
45:14,24 49:8
49:25,25 51:2
52:17 53:11,21
54:9,24 55:2,7
57:2,5,9 59:7,8
59:10 60:10,22
60:24 61:10
62:4 64:4,11
64:18 65:13
67:11,14,21
68:12,18,21,22
69:9,10 70:24
72:11 73:14,25
75:6,25 76:24
77:14 79:15
80:3,23 82:10
82:11 84:2
85:3 87:5,11
88:19 94:12,13
96:23 97:10
100:1,3,12
103:12,22
104:11 105:12
106:8 107:3
108:13 109:1,4
109:15,22
110:1,10,13,24
113:12 116:1
116:11 126:9

130:3
**Ken-Wen's**
62:21 75:19
82:23 83:12,16
100:17 106:12
118:1
**Kenneth** 1:15
3:9,21 27:10
27:14 29:21
33:3 77:7 78:1
78:13 91:2
109:24 110:13
**kept** 93:12
**kind** 14:21
18:10,18 33:1
44:8 60:11
65:9 93:25
**King** 3:5
**know** 7:15,20
18:3 19:8,9,10
20:19 22:9,10
22:17 23:4,6
23:13,14,18
24:14,18,18,23
29:4,4,5 30:7,7
30:22 31:3
32:19 34:5
35:17,18 36:22
39:10,17 40:1
40:25 41:1,10
41:17 43:18
45:20 46:21
49:11,15,17,19
52:5 53:9
54:24,24 55:25
56:1 58:8,13
58:16,17 59:11
59:18,23 63:4
63:23 64:14
70:23 73:4
74:17 75:24
83:4 86:3,5
88:24 90:9
91:21 93:10,14
94:8,9 95:5,11
95:15,20,24
98:13 101:23

102:3,4,15,18
105:11,17,19
105:25 106:7,8
107:2 108:1,3
108:12 109:25
114:8,19,22
116:13 117:7
118:3 120:3
121:16,17
122:10,22
123:2,17,17
124:9 125:21
126:25 127:1
129:16 131:7
132:5,8
**knowledge**
22:21 29:3
40:6 53:14
58:12 69:1,10
84:21 102:24
128:11

_____

**L**

**L** 1:5,9,11 2:7
3:3 8:16,21 9:4
38:23 63:19
68:11 70:9,14
75:24 81:22
136:2 137:6
**L.P** 38:10
**Lacuna** 114:13
114:15,20
**language** 42:1
**Large** 7:3
135:24
**late** 10:11
**Lauderdale** 2:4
2:9 137:18
**law** 3:10 18:21
**lawsuit** 41:24
**lawyer** 42:20
92:9 93:4
**lawyer's** 90:10
**learn** 116:16
**lease** 18:17 19:4
**ledger** 106:2
**left** 17:13 25:19

91:23 93:20
94:1 95:3,17
99:14,16
101:22
**left-hand** 36:18
69:19 87:17
97:2 99:17
104:10 108:8
**legal** 53:2 68:24
84:23
**let's** 125:1,9
133:10
**letter** 4:7 137:9
**letterhead** 63:18
**license** 15:8,11
15:14 16:2,5,8
16:9,10
**life** 5:7 22:1 26:6
26:25 27:1
29:9,13,18,19
30:12,14,25
31:6 49:10,24
55:24 72:22
122:4
**limit** 18:24
**limited** 1:15,17
5:5,14 6:11
8:15 16:13,18
17:1,6,6 23:17
27:14,25,25,25
29:13 36:1
38:10 42:3
45:9 51:2
52:18 64:4,11
68:12,22 69:9
76:25 77:14
79:16 82:10
104:11 105:12
109:1,4,15
**line** 38:15 66:23
78:12 136:5,7
136:10,12,15
136:17,20
**liquidate** 87:8
87:10 88:10
94:12
**liquidated** 95:2

95:18
**Liquidation** 1:4
1:11 3:3
**list** 10:22
**listed** 77:7 78:11
81:5
**listen** 100:24
106:14 129:22
**listings** 27:6,9
**little** 18:11 26:5
27:12 31:14
57:18 67:16
87:9 100:5
**lives** 29:20
**LLC** 1:6,12 3:3
8:24 63:20
80:8 136:2
137:7
**LLP** 3:4,17
137:2
**loan** 28:1,11,13
30:22 61:23
90:13,20 91:2
91:3 92:19,19
92:21,23,25
93:15,16
**loans** 65:20
**locate** 120:10
**location** 117:16
**long** 8:6 21:6
124:15,25
125:2,5,6
127:1 129:5
**longer** 15:10
63:6 103:5
108:21 124:21
**look** 11:3 36:5
43:3 45:25
51:10 63:22
64:3 70:22
71:5 78:13
81:23 82:6
99:14 100:7
104:19,24
105:14,20,25
109:5 121:13
121:14,14

127:17 130:25
132:23
**looked** 36:1
103:20
**looking** 28:10
37:25 41:19
45:17 51:9
52:12 67:19
70:21 71:24
81:20 82:4
100:6 106:1,13
109:2 110:4
120:25
**looks** 38:14
40:18,23 46:11
46:12 52:8
71:6 75:17
77:17 81:6
88:18 99:15
104:9,25 105:6
105:15 107:18
107:25 108:4,5
**loop** 97:17
**lose** 15:14
**loss** 124:1
**lot** 40:23 93:24
**low** 49:18
**LP** 68:18,22
69:10 72:11
75:6 87:11
116:2
**lunch** 124:14

———————
**M**
**M** 29:20 30:1,12
30:15
**Madoff** 1:5,9,12
3:3 6:6 8:16,17
8:21 9:4,4
19:22 25:14
32:22 33:22
38:23 41:25
53:16 54:5
60:21,23 61:2
63:4,19 67:7
68:11 70:9,9
70:13,14 75:4

75:24 80:7
81:22 87:4
91:17 96:23
99:11 115:19
121:8,23,25
122:6,7,24
123:14 124:8
136:2 137:6
**Madoff's** 23:14
56:18
**mail** 96:22
**maintain** 120:5
121:18
**maintaining**
20:15
**making** 56:16
103:11,12
118:21,25
119:3
**management**
19:1,6,8,12
19:24 20:7,12
**Manalapan**
28:15
**Mander** 44:15
**Marasco** 3:4 4:3
7:14 8:19,21
8:25 9:2,3,19
10:13,18 11:13
11:15,20 12:3
12:6,11,14,16
12:17,23 13:3
13:15,20,21
15:6 16:21,25
19:12 21:19,21
22:25 26:10,15
26:18,22 27:22
28:16,21 29:7
31:4,22 32:2
36:9,13 37:12
37:17,22 38:5
39:20 40:2,7
40:11,15 41:3
41:8,13,15,22
42:16 43:1,2
43:20 44:18,24
45:7,13,17,22
46:14 47:3,11

47:13,18,24
48:1,6,9,10,13
48:19,22 49:6
49:14,21,23
50:3,5,10,19
50:23 51:23
52:3,11 53:4,7
53:19 54:13
56:2,19 57:4
57:24 58:3,5
58:18 59:8,15
59:24,25 60:19
60:23 61:1,4,8
61:9 62:14,18
63:7,11,17
64:10,15,24
65:2,14 66:14
66:18 67:6
68:4,8,17,20
69:1,6,8,12
70:1,4,12,19
70:20 71:11,17
71:21 72:3
73:9,13 74:20
74:25 75:23
76:3,12,17,22
78:20,23 79:1
79:3,8,23
80:10,13,15,19
80:22 81:3,15
81:19 82:14,17
82:20,21 83:2
83:6,21 84:5
84:11,14,16,20
85:1,10,20
86:7,14,17,20
86:25 88:14
89:1,12,18
91:10,11,22
92:3,7 93:6
95:10 96:2,14
96:18 97:14,16
97:18,22,25
98:4,8,11,15
98:19,24 99:1
99:6 100:4,11
100:25 101:6

102:2,19 103:4
103:7,17 104:2
104:7,16,18
105:24 106:10
106:16,23,24
107:23 108:7
108:17,22,24
109:14,17,18
111:7,13,16,21
111:23 112:5,7
112:10,12,22
112:25 113:4,9
113:11,17
114:16 115:9
115:13 117:3,9
117:15 118:13
118:15,19,22
118:25 119:2,5
119:7,13
120:14,22
122:16 123:9
123:10 124:11
124:15,20,24
125:6,10,20
126:3,6,11,22
127:5 129:1,1
129:2,4 130:16
131:14 132:11
132:17 133:7
133:10
**March** 90:25
131:18,24
132:13 134:12
135:19 137:1
**marital** 23:19
24:9,21,25
25:5 90:13,19
90:21 91:7,13
92:12,20 93:2
93:16 94:22
96:4
**mark** 3:10,10
10:14 16:22
36:10 50:7
63:8 66:15
108:18 115:10
124:11 133:14

**marked** 10:16
16:23 26:13
28:19 31:23,25
36:11 37:20
41:5,6 50:8,12
50:14,19 63:9
66:16 68:6
71:19 74:23
76:15 79:6
81:17 86:22,23
96:16 99:3,4
104:5 108:19
115:11
**market** 54:18,21
**marketable**
18:17 19:18
**marriage** 18:7,7
**materials** 13:4
**matter** 10:1
13:13 129:4
**matters** 9:21
**maximum** 49:9
**mean** 12:22
19:21,22 20:21
31:3 40:18
43:14 45:3,15
45:24 51:18
52:5 56:6
58:21 59:11
64:21 65:21
73:21 94:6
107:16 112:16
112:24 126:2
127:16
**means** 43:17
53:6,8 74:16
83:3
**meant** 35:17,18
67:4
**mechanism**
114:4
**medication** 8:9
**meet** 11:21
131:6
**Melvin** 44:15
**mentioned** 25:3
25:13 38:17

62:5 97:14
121:20
**MIA** 100:8
**Miami** 14:20
**middle** 72:15
82:3 97:19
104:19
**mil** 80:3
**million** 61:23
87:7,10 88:10
90:2,17,22,23
92:21 94:12
95:1,2,15,18
95:22 96:5,5
102:14
**millions** 51:14
**Minnesota**
44:10,13
**minute** 26:17
**minutes** 125:9
**misleading**
18:12 51:20
**misstated** 91:8,9
**mistake** 116:10
125:8
**MMA** 105:1,5,9
106:2,4,11,17
**Modification**
27:24
**moment** 11:2
78:24
**money** 25:19
34:19 53:16
54:14 90:18
92:24 93:11
101:10 109:9
109:11,22
110:9,15 111:4
123:16
**moneys** 25:4
54:17
**monitor** 55:23
**monitored** 55:20
**month** 20:20
106:20
**Morgan** 6:5
81:21

**morning** 7:15
**Mortgage** 27:23
**mother** 22:3
23:20 31:19
123:2
**mother's** 23:20
32:13
**motion** 128:15
**moved** 114:4
**moving** 112:23
**mroher@mar...**
3:13

---

**N**
**name** 9:16 13:23
13:25 14:2
17:16 35:7
38:17 43:24
44:3,14 46:23
67:3 77:7
114:17,18
128:25
**named** 33:1
**names** 89:23
**Nationwide**
29:13,18
**nature** 9:22 12:9
**necessarily**
51:11
**necessary** 18:19
60:4 116:25
**need** 8:5 16:8
18:1,1 51:8
55:5 112:19
130:17,22
131:22 133:14
**needed** 56:6
115:8
**neither** 49:4
64:23
**never** 52:14,18
52:23 126:4,4
126:9
**Nevis** 89:3,5,6,7
89:8,8 91:7,24
**new** 1:1 3:18
33:25

**news** 123:1
**nodding** 7:23
**Nope** 111:21
**North** 3:5,17
137:3
**Northeast** 2:3,8
137:17
**Notary** 7:3
134:21 135:6
135:24
**notation** 72:17
75:11 80:2
**note** 27:24 98:4
98:19
**noted** 103:21
107:5 119:5
**notes** 67:19
135:12
**notice** 5:4 10:20
56:21
**notices** 38:24,25
39:4
**noting** 40:21
**November**
105:12 106:5
106:20
**NS** 32:12
**number** 12:7
27:7 37:9 38:6
39:11 44:22
75:16 81:7
82:13,17 87:14
87:22 104:13
106:1 115:17
116:2,3,17
124:24
**numbers** 82:3
82:15 116:12
116:15
**NY** 137:4

---

**O**
**Oath** 4:4 134:1
**object** 8:3 12:1
31:2 37:11
39:19 41:21
42:12 43:15

45:4,11 46:10
49:20 51:19
53:2 54:12
56:14,25 57:25
58:1,4 62:17
63:24 64:13
68:23 69:11
70:16 72:2
73:6 75:21
76:1,10 78:17
80:18,25 82:25
83:18 84:3,8
84:14,15 85:14
85:18 88:12
100:18 101:3
103:3,6 106:6
108:2,16
111:11,12
112:10,11
117:2,5,6,13
118:11 119:1
119:10 120:12
122:14
**objecting** 112:8
**objection** 12:4
12:24 52:7
59:20 84:24
85:21,22,25
109:19 112:23
118:21,24,25
119:5 129:21
130:16
**objectionable**
84:10
**objections** 86:9
86:10
**obligation** 98:22
**obtain** 16:2
**obviously**
129:20 132:4
**occasions** 12:8
**occurred** 114:23
**October** 27:4
29:10
**offhand** 19:9
**office** 3:10 56:18
90:10 117:18

117:19 119:25
120:6 121:17
126:16 127:14
131:9
**offices** 56:17
66:22
**offset** 24:24 25:3
**offshore** 113:21
**Oh** 18:14 27:21
35:2,14 44:14
46:23,24 50:20
65:13 66:20
69:20 91:21,25
99:19 113:7
**okay** 8:13 9:1,13
9:20 10:3 11:5
12:11,16 13:2
14:10 18:13
22:17,22 26:5
29:6 30:17
31:13 33:9
34:3,21 35:2
35:11,15,19,23
36:8 37:5,16
38:16,22 39:17
40:1,10,16,17
41:2 43:13
44:18,19 45:25
46:15,22 47:1
47:12,18 48:19
50:20,24 51:4
51:7 54:3,7,17
54:20 55:5
56:3,10 58:6
59:1,6 61:6,14
61:25 62:11
63:16 65:1,18
65:22 69:15,18
70:19 71:16
72:12,21 73:4
73:24 74:2
77:6,12 78:23
79:14 80:7
81:10,12 82:6
83:15 86:19,20
87:3,14,20
88:1,6 90:2

91:6,10 92:11
92:22 93:1
94:24 95:1,21
99:1,17 100:5
101:21 102:9
103:20 104:17
107:5,9,24
108:17 110:2,5
110:23 111:13
112:11,12,13
112:24 113:20
114:6 115:1,9
115:25 116:8
118:8 119:14
119:20 121:3
122:3,11 124:7
124:11,15
126:13 127:8
127:19,24
128:5,19
130:10,15,18
131:5,15,19
133:1
**once** 41:9 52:4
123:14 137:12
**ones** 13:8 25:13
**open** 58:23
122:1
**opportunity**
41:10 130:1
**opposed** 73:8
**order** 90:17,20
92:23 133:5
**ordering** 137:12
137:12
**original** 137:11
**originally** 19:15
31:18 116:11
**originated** 91:14
**outside** 131:12
131:17 132:6
**overseas** 89:20
92:25 93:11,12
102:17
**owe** 25:4
**owed** 25:4 65:19
90:13 96:5

**owned** 24:25
25:21 28:15
30:5
**owners** 29:17

**P**

**p.m** 2:2 133:16
**page** 4:1 5:2 6:3
10:21,22 11:4
17:7,9,10 18:9
27:3,18,19
32:9 33:6
35:19,21 36:18
38:7,13 43:3
46:15 50:13
69:23 70:21
71:6 72:10
77:10,13,20
78:5 80:10
82:2,3,4,13,15
87:15,18 88:2
88:3 99:22
100:6 105:25
107:24 109:3
136:5,7,10,12
136:15,17,20
**pages** 135:11
**paid** 92:20 93:2
96:4 116:21
118:9
**paper** 107:21
**Paradise** 26:24
27:14 29:12
57:6,15 73:15
73:20,24 74:2
74:9 75:17,20
77:1,15 81:10
82:9,23 83:8
83:13,24 84:2
85:3,13 88:19
88:20 91:2
94:13,16
104:13 105:1
106:12,12
107:3,16
**paragraph**
38:23 45:16

51:10,21,25
52:25 53:5
**parents** 91:17
**part** 10:11 62:20
92:25 93:5,7
102:18
**participated**
42:19
**parties** 135:14
137:12
**parties'** 135:15
**partner** 1:16
10:5 16:15,20
17:1,17 20:6
22:5 24:10,17
25:25 28:6,8
38:18,20 39:22
60:8 61:12
78:2 102:21
103:5,10,25
**partners** 17:10
17:19
**partnership**
1:15,17 5:5,11
5:14,22 6:11
8:16 10:5
16:13,16,18
17:5,6,21 18:2
18:4,23,25
19:2 20:8,15
21:1,7,14,17
21:23 23:10,11
23:18 24:6,11
25:8,22,23,24
25:25 27:15,25
27:25 28:4,5,6
29:14 31:20
36:1 37:3,14
37:15 38:3
39:1,2,3 42:4
42:10 43:25
44:3 45:9,14
51:3 52:18,22
55:8,10,22
57:12,13,18,22
58:12,15,20
60:2,5,24

62:12,16,23
64:5,11,16,20
65:3,6,12,13
65:23 66:3,12
68:12,22 69:9
72:22 73:25
76:8,24,25
77:13,15 78:18
79:16 80:16,23
81:12 82:10
85:12 88:9
95:21,22 101:1
103:23 104:11
105:12 107:10
109:1,5,15
110:7,8 111:18
113:12,13,21
113:25 114:6,7
114:20 115:1,7
116:9,21,23,24
117:4,12
118:10 119:9
119:14,18,21
119:24 120:23
121:4,6 122:4
123:5
**Partnership's**
18:16 60:6
115:3,4
**partnerships**
112:1
**party** 64:5
137:12
**passed** 117:19
117:22 126:22
126:24
**pay** 58:25 90:19
92:13,17,25
119:8,11
**payable** 68:16
68:18 91:4
**paying** 59:3 60:2
**pays** 59:3
**penalties** 136:22
**pending** 8:6
9:21 41:13
46:25 47:9,9

47:10,17 57:24
71:10 97:20
98:3,7 129:4
**percent** 39:11
93:9,13,19
**perform** 20:14
**performance**
55:23
**performing**
39:15
**period** 22:13
43:19 74:18
81:24 111:20
114:24 119:17
122:10
**perjury** 136:22
**permit** 84:24
**permitted** 18:20
**person** 9:4 45:5
70:14 109:7,10
109:11
**personal** 65:10
65:15,18 114:9
**personally** 25:21
26:2,3 45:11
55:16 58:7
65:21 71:9
76:7 96:8
118:6 120:1,21
120:23 134:8
**persons** 109:21
110:8
**phone** 123:1
128:7 129:22
**Phonetic** 44:15
**Picard** 1:11 3:2
7:17
**pick** 131:4 132:3
**Pine** 3:11
**PLACE** 2:3
**Plaintiff** 1:13
2:1 3:2
**Plaintiff's** 5:2
6:3 10:16
16:23 26:13
28:19 31:25
36:11 37:20

41:6 50:8 63:9
66:16 68:6
71:19 74:23
76:15 79:6
81:17 86:23
96:16 99:4
104:5 108:19
115:11
**Plaintiff-Appl...**
1:4
**plane** 130:22
**planning** 17:23
18:1
**Plantation** 3:12
**play** 92:12
**pleading** 53:2
**please** 7:21,22
7:25 13:23
32:24 37:6
47:15 67:20
70:4 73:10
87:8,9 94:10
113:4 116:3
118:22 125:25
137:10
**pledged** 30:17
31:6 61:22
**pledging** 30:25
31:10
**plenary** 78:16
**plural** 109:13
**point** 55:24 60:1
62:15 68:3
69:2 72:22
73:22 86:12
94:19 97:11
**policies** 29:18,23
61:21
**policy** 5:7 21:17
21:18,22,25
22:1,2 26:6,7
27:7,10,10,11
29:9,25 30:12
30:15,17 31:1
31:7
**position** 48:25
98:6

**positive** 40:19
**possession** 13:13
119:23 120:1
121:5,10,21
126:18
**possible** 84:6,9,9
84:22,25 129:7
**possibly** 18:2
20:9,10
**postgraduate**
14:23
**powers** 78:10,11
**practice** 66:11
122:19
**preceding** 51:21
**prefer** 61:6
**preliminary**
64:4
**preparation**
12:10 115:4,6
**prepare** 11:9,21
13:5 42:11,20
42:23 117:1,11
**prepared** 11:6
42:21 117:17
**preparing** 11:17
20:16 42:19
**present** 3:21
10:7
**presented** 13:8
**presently** 44:12
**pretty** 15:12
**previous** 18:7
57:8
**previously** 13:25
55:3 70:9
121:4
**principal** 46:3
46:17 51:15
52:10
**prior** 14:16
53:21 54:8
55:1 102:7
**privilege** 48:9
86:9
**Pro** 1:3,13 136:3
136:3

**probably** 22:11
44:20 121:15
130:7 131:22
**problem** 92:5
113:3 128:7
129:8 130:4
**problems** 86:13
**proceed** 12:25
86:15,17 113:5
**proceeding** 7:16
110:17,20
111:3 120:9,17
120:20 121:1
121:11
**proceeds** 30:11
30:14 87:11
94:1
**produce** 127:16
128:14
**produced** 13:16
79:13 104:12
126:21 127:10
130:2
**producing**
120:19
**production**
13:17 120:16
**professional** 7:2
14:25
**professionals**
21:15
**Profile** 80:3
**profit** 54:21,23
**prompt** 44:17
**prompted** 22:17
23:4 33:14
116:8
**proof** 124:7
**proper** 12:2
18:19 84:23
85:19 86:2
112:21,22
**properly** 59:18
**properties** 19:7
19:14 23:19,21
24:20 60:13
**properties'** 24:5

**property** 18:18
19:25 30:4,6,8
61:15
**proposing**
129:20
**protect** 18:25
**protection** 1:3
101:14,15
136:2 137:6
**provide** 7:17
16:4,7 19:1
42:22 90:18
**provided** 55:21
111:2 116:25
117:8,10 126:6
128:11
**providing** 115:8
**Public** 7:3
134:21 135:7
135:24
**purported** 54:22
**purportedly**
54:4,18,20
**purports** 38:1
63:23
**purpose** 18:16
28:11 32:20
36:22 60:6
90:12 92:17
**purposes** 13:22
17:23
**push** 129:14
**put** 31:13 36:24
48:25 55:6
97:23 104:2
123:17 125:16

**Q**

**quarter** 39:11
**quarterly** 39:13
**question** 7:19,21
8:1,5,6 12:21
23:2 26:20
30:13 31:5
40:12 41:13,14
42:13 46:25
47:9,9,10,17

57:1,24 65:11
71:10 73:9
78:21 80:19
84:13,17 85:14
85:19,25 92:1
95:7 97:20
98:2,7 100:24
105:22 106:14
106:15,21
108:6 112:9,11
112:16,18,21
124:18 130:25
**questioning**
129:22 131:16
**questions** 7:19
8:3,10 9:10
37:6 40:5 70:5
84:23 98:1
113:6 124:12
124:18 127:25
130:7
**quite** 124:13

**R**

**raise** 97:24
**RBC** 5:17 57:6
57:15 64:1,6
64:12,17,24
65:3,7,16,17
65:19,22,23
66:4 71:7,13
71:16 73:18,19
73:21
**read** 4:7 18:21
19:2 26:20
28:1 32:23
42:6 43:6,10
46:4 51:25
52:1 64:6 67:8
67:17,22 70:13
75:9 81:25
87:9 99:13
100:2,6 104:22
106:21 110:3
111:5 116:6
133:2,4 136:22
137:10

reading 18:15
29:14 77:19
reads 29:8 51:13
ready 10:20
real 14:15 18:17
19:4,6 23:22
23:24 25:7,14
61:15
realize 54:21
really 39:23
49:19 64:14
reason 50:22
58:1,2 70:18
75:18 83:15
85:2 100:15
101:10 136:6,9
136:11,14,16
136:19,21
reasonable
128:22 132:15
recall 10:11 22:4
28:10 34:3,20
52:15 55:18
57:9 58:13
62:10 67:24
68:2 72:20,23
74:14,15,17
76:8 78:7
80:16,23 81:12
85:11 88:9
95:3,6,8,17
101:1,16,18,20
101:21 103:14
105:4,10 107:9
107:15,20,22
108:3,5 119:20
120:15,19,25
123:16
receive 30:11,14
31:1,11 39:3
56:3,21 66:3
74:8 118:8
121:24 122:3
received 54:19
54:23 66:10
68:2 74:15
81:13 83:23

85:3,5 101:2
109:8,10,11,21
110:9,15 111:4
121:20 122:11
122:18 125:16
127:6 129:6
137:12
receiving 120:15
122:9
Recess 47:23
79:2
recognize 26:16
32:5 37:23
41:11,16 66:19
68:9 75:1
76:18 79:9,10
79:11,18,24
87:1,2,3 88:2,6
96:19,21 99:7
104:8 115:14
recollect 24:13
recollection 22:8
123:23
reconcile 20:18
reconciled 20:17
reconvene
129:16
record 13:1,22
40:5 47:24
48:25 49:1
61:6 70:8,18
78:24,25 79:3
85:24 97:24
98:4 119:4,6
125:16 129:11
130:24 132:25
135:11
refer 51:8,9,21
51:25 55:5
reference 62:13
69:20 70:11
72:9 82:10
87:14 116:1
referenced
52:24 69:19
92:11 96:24
references 67:10

110:23
referred 83:12
126:15
referring 15:20
34:25 53:24
60:13 99:9
115:19 123:11
refers 59:7,8
111:6
refund 97:10
118:8
refunding 97:9
regarding 48:3
registration
37:10
regular 66:3
74:8 122:19
regularly 66:9
66:11 121:24
reimbursed
123:18
relate 13:13
51:12 121:6
related 28:16
relates 98:11,13
121:10
relation 18:2
104:13
relative 135:13
135:15
relevant 13:17
remaining 102:6
102:17
remember 11:1
20:12 25:15
29:1 30:10
36:16 37:24
38:2 40:13
41:17 56:9,16
56:22 57:11
58:7 65:20
68:1,3 73:12
74:17 76:11,19
79:12 81:2,14
83:20 84:4
85:6,16,17
89:23 94:5,8

94:25 95:14
101:14 103:19
105:13,22,23
107:4,12
111:25 112:3
112:18,19
116:14 117:8
119:11 120:13
120:18,24
122:9,21 123:2
remind 40:2
48:13
reminding 48:22
rep 59:13
repaid 93:3,7,7
93:17
repay 90:13,21
92:19 93:15
94:22
repayment
102:13
repeat 92:5
repeating 92:4
rephrase 7:21
31:6 40:12
84:18
report 135:8
reporter 4:5 7:2
7:5,22,24
16:22 26:11
28:17 31:23
36:10 37:18
41:4 44:23
50:6 63:8
66:15 68:5
71:18 74:21
76:13 79:5
81:16 85:9
86:21 96:15
104:3 108:18
115:10 133:2,5
133:9,11,14
135:1,6
Reporting 2:7
137:17
reports 39:1,6,9
39:10

represent 7:15
51:13 81:20
104:12 108:25
127:5
representative
10:4,24 16:12
45:8
reproduction
110:6
request 5:20,24
13:15,17 43:9
44:25 45:17
55:16 56:11,13
56:16,20,21,23
72:1,4,19 73:5
79:14 80:7
88:10 94:11
95:22 102:25
120:15 123:17
125:17 127:11
128:14 130:6
requested 67:24
76:5 80:17,24
84:7 85:6 87:6
120:8,11
126:19,19
135:10
requesting
103:1,15
requests 5:13
42:2,8 46:16
require 70:23
required 90:20
reserve 130:9
reserved 86:8,10
reside 14:6
resignation
22:18 23:4,12
60:7
resigned 22:5,15
23:17 24:10,12
24:16 61:11
102:21
resigning 103:25
resolution 5:22
76:24 77:14,22
77:23 78:12,18

resolve 49:3,4
respect 11:16
  20:7 42:14
  123:4
respectful 70:5
  70:7
respectively
  29:20
respond 127:13
  127:15 131:2
responded 26:20
responding
  127:13
response 43:9
  43:13 109:21
  110:8 128:13
responses 6:11
  42:9,11,23
  109:1 111:3
responsive
  127:10,18,20
  127:22 128:13
  130:6
rest 93:14
restrict 18:24
result 34:22
  51:13,22 54:10
  54:20,21
retitled 33:1
  34:1,2,4,13,14
  35:7 43:24
  44:2 53:21
  55:2,2
return 31:11
  119:18,21
returned 117:12
returns 55:21
  115:1,4,7
  117:1,11,17
  119:14,23
  120:2,5 121:4
  127:21
review 11:2 13:4
  13:10 41:10
  66:7,11 74:11
  135:9
reviewed 83:22

right 10:8 16:13
  16:16 21:2
  26:8 27:5,15
  30:18 31:8,15
  33:18 34:23
  35:5,9,24 36:3
  37:3 38:7,20
  43:25 50:12
  52:19 53:22
  54:1,11,18
  55:3 56:11
  57:19 59:12
  61:12,16,19,23
  62:2,12 64:17
  64:20 65:4,12
  77:7 81:5
  87:24 94:14,22
  97:3 98:22
  102:10 105:8
  109:16 112:7
  121:22 122:25
  132:3
right-hand
  17:11 35:20
  72:5 80:3
  81:23 87:24
  97:7
rights 86:8
road 3:11 86:1
Rodney 3:5
Roher 3:10,10
  42:25 47:19
  57:23,25 59:9
  59:19 82:13,16
  82:19 89:6,9
  89:11,14,16
  91:9,18 108:21
  112:13 124:13
  124:17,21,25
  125:4,9,12,15
  125:21,23,25
  126:4,8,13
  127:9,15,19,24
  128:3,6,9,19
  128:22,24
  129:2,8,10,19
  130:5,12,15,18

130:21 131:5
  131:10,15,20
  131:25 132:3,8
  132:12,15,18
  132:22,24
  133:1,15
room 126:7
rules 48:20,23

_____

S

S 3:10,10
S.D 110:12
Sage 23:18,21
  24:4,20 60:13
  61:16
sale 18:24
Samantha 2:7
  7:2 134:21
  135:6,24
  137:16
sandwich
  124:17,19
  125:1
satisfied 30:23
Saturday 132:9
saw 63:13
saying 59:23
  60:17 69:5
  79:20 85:5
  124:23,25
  126:8,9,10
  128:3 129:11
  130:8,13
says 17:10 27:1
  27:23 29:16
  32:24 37:5
  38:7,9,23 42:2
  43:4,10,19
  45:5,19 51:22
  64:3,9 66:23
  66:24 67:19
  69:21 70:23,24
  71:7 72:6,12
  74:13 76:21
  77:4,22 78:11
  78:12 80:3,10
  83:7 86:4 87:8

87:9,23 97:5,9
  97:15 99:18
  100:8 104:20
  105:14,17
  107:21 109:3
  109:20 110:10
  110:12 111:2
  112:3 115:25
Schedule 10:21
se 90:9 114:2,3
SEC 9:23 15:15
  90:16,16,19,23
  91:4 92:13,17
  92:21 93:3
  96:4,6 110:18
second 5:3 10:19
  18:23 27:19
  29:16 35:19
  50:4 69:23
  70:21 82:7
  96:3 99:22
  100:6 105:25
  109:20
section 18:8
  77:4 104:19
securities 1:2,6
  1:12 3:3 6:7
  8:17,22 18:17
  19:19 38:24
  63:20 64:22
  80:8 81:23
  87:5 96:23
  115:20 136:2,2
  137:6,7
see 17:14 18:13
  27:5 32:9 33:6
  36:17 38:6
  41:18 42:2
  66:24 69:18,21
  70:22 71:3,7
  75:2,14 76:19
  77:4 80:12
  82:11 83:7,8
  83:10,13 87:11
  87:17,25 99:18
  100:7 105:2
  108:8,10 110:3

126:1 127:17
  132:21
seeing 11:1
  41:18
seen 10:24 17:2
  28:22,24 32:3
  36:14 63:12
  71:22
sell 18:17 19:4
  19:18,24
send 67:20
sense 9:8 129:17
  130:12
sent 73:4 76:6
  93:11,13,14,25
  101:14 102:18
  122:18
sentence 18:15
  18:23 32:23
  64:3 109:20
separate 19:23
  72:17 105:16
  117:16
separated 23:5
seriously 127:3
served 42:8
  110:6
services 16:4,7
set 5:13 6:12
  18:5 37:14
  42:2 44:9
  89:20,22 92:20
  109:2,4 116:10
  116:11 128:15
Shaw 21:5,11
  23:9 55:20
  116:19,21,25
  117:10,16,19
  117:22 126:17
  126:22 127:7
Shaw's 119:25
sheet 4:6 5:18
  136:1
shoot 132:9
Shorthand
  135:6
show 10:21

24:16
**showed** 46:11
**shows** 83:19
104:20
**sic** 131:5
**side** 17:11 18:3
31:13 35:20
36:18 80:3
108:8
**sign** 137:10
**signature** 17:11
17:13,14 32:10
32:12 35:20
36:17 38:12,13
38:14 40:17,18
40:23,24 72:7
77:9,11 78:4
88:7 116:4
**signed** 27:4
36:15 39:17
40:24 75:16
134:12
**significance**
95:23
**signing** 40:14
**similarly-titled**
77:13
**simple** 85:21
**simply** 34:1
53:21 55:2
**simultaneously**
59:16
**Sincerely** 137:14
**SIPA** 1:4
**SIPC** 123:17
124:4,5
**Sixth** 51:11 53:5
**slip** 107:25
**smoothly** 8:13
**somebody** 49:3
**soon** 127:14
129:7
**sorry** 20:2 22:12
23:1 24:4
40:20 43:23
80:21 82:16,17
89:4,14,16,16

94:16 95:2,13
102:13 103:3
105:8 117:5
124:20 128:24
128:25
**sort** 39:12 82:3
**sound** 123:22
130:10 132:15
**sounds** 125:18
**sources** 126:12
**South** 3:11
**Southern** 1:1
109:23 110:12
110:14,21
**Southpac** 89:3,4
89:9,11,19
91:7,24 93:20
94:17 101:7,9
102:10 113:22
113:24
**speak** 9:17
11:24 72:18,21
73:2 126:16
**speaking** 85:21
**speaks** 63:25
**specialized** 15:2
**specific** 51:12
59:4 114:11
**speculate** 40:6
49:17 84:25
86:6 112:16
**speculation** 76:2
**spoke** 72:17
74:13,14 75:11
**spoken** 60:12
**sporadically**
66:9
**Spreader** 27:24
**spring** 131:21
**Square** 3:5
**stamped** 99:15
**Stargatt** 3:4
**start** 129:17
130:9
**started** 18:6
47:7 52:12
**starting** 11:3

**state** 1:1 7:3
13:23 18:20
46:7 58:23
59:3 60:2
111:3 134:3,21
135:3,7,24
**stated** 48:25
69:5 110:19
136:23
**statement** 6:4,10
81:21,24 83:3
83:5 104:9
118:18 119:3
**statements**
20:19,21,22,23
20:24 39:1,5,8
54:19 66:4,12
74:9 83:23
121:7,9,21,23
121:24 127:21
**states** 44:25 46:1
90:7 94:20
109:23 110:11
110:14
**stating** 22:5
**status** 131:3
**steal** 89:16
**stenographic**
135:12
**stenographica...**
135:8
**steps** 57:21 58:7
58:11 94:24
107:10 120:9
123:12
**stipulated** 64:8
**stock** 25:16,17
25:20 62:6,8
**stop** 60:2 103:12
129:17
**stopped** 59:3
**storage** 121:18
**Street** 3:5
**styled** 7:16
**subject** 27:23
**subpoenaed**
126:11

**substance** 48:3
48:11
**Substantively**
1:5
**suggest** 51:20
**Suite** 2:3,8 3:11
3:18 137:3,18
**summary** 39:12
39:14
**superseded**
77:25
**supersedes**
77:17,22
**superseding**
77:25
**support** 24:16
119:4
**supposedly** 39:6
93:13
**sure** 8:23 13:19
20:12 23:16
24:12,23 25:1
25:2 27:2
29:24 30:6,10
34:7 37:24
40:17 41:1,17
53:12 54:23
78:22 80:13
93:8 95:25
97:10 101:13
102:16 110:16
110:25 114:25
121:12,13
123:24 124:3
124:10 132:14
**swear** 7:5
**sworn** 7:11
134:10
**symbol** 97:10

**— T —**
**take** 10:19 11:2
41:12 42:25
47:19,20 52:8
57:21 79:1
109:5 117:23
120:10 123:12

123:16
**taken** 2:1,2,6 7:1
15:12 47:23
53:10,17 58:11
79:2 90:18
91:16 95:8,15
137:5,9
**takes** 124:25
**talk** 7:25 28:23
97:21 113:10
**talked** 24:20
26:5
**talking** 9:6,7
49:7 64:24
94:7 122:15,17
126:23
**tandem** 28:24
**Tarrytown** 3:18
137:4
**tax** 55:21 115:1
115:4,6,17
116:2,8,17
117:1,11,17
118:8 119:14
119:18,21,23
120:1,5 121:3
127:21
**taxes** 20:16
118:9 119:8,11
**Taylor** 3:4
**technically** 86:2
**telephone** 37:9
112:20
**tell** 17:4 37:25
41:19 46:20
47:8,15 71:2
85:16 131:3
**telling** 47:7 49:4
97:21,22
**ten-minute**
47:20
**ten-year** 33:15
**Tenancy** 52:21
**Tenants** 33:2,3
33:11 34:9,15
34:18 35:8,11
37:2 43:23

52:14
**term** 111:7
**terminate** 32:25
**terminated** 33:9
33:16,24 34:13
35:4 43:22
**termination**
33:14 34:22
**terms** 8:14 82:8
**testified** 7:12
23:10 32:14
52:13 58:19
64:16 83:22
127:20
**testify** 10:23
11:6,9
**testifying** 61:4
**testimony** 7:6
48:3,15 55:19
84:11 98:12
102:22
**text** 71:5 100:7
**Thank** 9:2 10:13
13:1,20 47:22
52:2 69:6,15
80:12 82:19
84:11 86:15
98:18 109:17
118:19,23
119:6
**Thanks** 67:21
116:3
**thereto** 42:9
**therewith** 18:20
**thing** 69:10
100:2
**things** 8:13 18:6
18:19
**think** 9:25 16:3
16:20 22:14
25:16,18,20
28:12 29:25
30:3 36:6 44:5
44:7 46:15,23
50:16 53:14
55:13 56:12
58:8 59:17,21

61:7,16 62:1,6
67:18 70:3
73:19 75:8
82:5 85:18,19
85:23 89:15
90:10 91:19
106:22 116:18
125:2,10
129:10,19
130:12,25
131:10,10,12
131:17,20,21
132:2 133:1
**thinking** 35:16
**third** 77:12 82:8
**third-party**
126:12
**thought** 23:15
35:17 73:11
80:21 113:7
123:21 129:14
**three** 9:18,25
27:6,9 29:18
105:16 106:25
124:22
**throw** 122:12,19
**throwing** 122:21
**thunder** 89:17
**ticket** 108:9
**time** 2:2 10:19
14:12 21:11,20
22:13 25:10,11
34:17 43:18
57:7 60:10
62:13 68:3
73:17 74:18
103:11 111:20
114:24 119:20
122:9,10
123:20 126:17
128:22 129:5
131:11
**times** 9:15,16
11:24
**titled** 27:13
76:23
**today** 7:19 8:11

10:4,25 11:7
11:10,17,22
13:5 16:12
45:8 125:13
126:2 127:13
**Todd** 2:7 7:2
134:21 135:6
135:24 137:16
**told** 116:18
133:12
**top** 27:18 29:8
38:6 42:1
72:10 76:23
77:3 80:10
81:23 87:15,17
87:23 88:2,3
100:7 104:10
115:20
**topics** 10:22
11:3,6,10
**total** 52:8
**totally** 112:17
**trade** 122:3
**trading** 54:22
**training** 15:2
**transactions**
108:10
**transcribe** 7:24
**transcribed**
137:9
**transcribing**
7:22
**transcript** 133:6
135:10,10
137:9,11,13
**transfer** 5:20,24
6:6 32:21 43:5
45:1,20 72:1,5
79:15 87:4,10
88:19 104:25
105:9
**transferred**
19:17 23:19
24:5,8,21,22
25:8 31:20
33:10,25 43:22
44:11 45:21

46:1,9 88:20
95:1 102:6,14
105:5,11,18,20
106:11 107:1,2
111:18,22
112:2 113:13
113:21 114:1,2
114:3,20
**transferring**
37:1
**transfers** 105:10
105:16,16
106:25 111:4
114:22
**traveling** 131:23
**tried** 85:24
**true** 92:2 125:24
126:15 135:11
136:23
**trust** 19:16
23:19 24:9,21
24:25 25:5
31:18,19 32:25
33:9,14,15,15
33:17,21,24
34:13,23 35:4
43:22 89:22,24
90:2,14,19,19
90:21 91:8,13
92:12,20 93:2
93:16 94:22
96:4
**trustee** 1:11 3:2
7:16 29:17
31:19 42:8
50:14 51:1,15
120:8,16,20
124:1 125:18
**Trustee's** 5:12
6:12 13:17
42:2 51:17
109:2 128:6,11
129:14,20
131:11,12
132:5
**truth** 7:7,7,7
**truthfully** 8:10

**try** 7:25 59:17
123:13,18
125:9,12
**trying** 46:23
59:11 61:5
123:16 128:4
**Tuesday** 2:2
**turn** 10:20 13:18
17:9 18:8 33:6
69:23 77:12
82:2 99:22
107:24
**turning** 65:22
83:11
**two** 30:9 50:5,11
50:16,17,21
68:25 104:20
105:9 116:10
116:12,14
131:22 132:19
132:19
**type** 18:18 20:10
21:22 25:17
**typed** 71:5 100:7

---

**U**

**Uh-huh** 34:16
**ultimately** 44:2
102:10
**unclear** 112:17
**underlined** 42:1
**underneath** 38:9
67:11 82:3
**undersigned**
134:7
**understand** 7:20
8:6 10:3 15:7
26:19 31:5
40:11,20 43:13
45:3,14,23,24
47:18 51:18
52:5 84:17
93:1 94:10
106:23 111:9
111:10 132:22
132:24
**understanding**

33:20 53:4,8
55:19 60:17
77:1 78:19
83:2 101:18
**Understood**
16:11 59:24
61:8 67:16
84:16 119:2
122:23 123:25
**unit** 121:18
**United** 1:1 90:7
94:20 109:22
110:11,14
**universe** 130:5
**University** 14:20
**unnecessarily**
111:11
**unnecessary**
129:24
**unsettled** 23:7
**upside** 71:6
**use** 8:14 9:5
13:25 16:8
118:4

**V**

**v** 1:4,14 7:17
**vaguely** 116:14
**value** 24:24
43:18
**versus** 59:10,10
**vertically** 108:9
**Violet** 22:3 26:7
29:20 30:1,12
30:15 31:7
32:13
**virtually** 126:20
**volunteer** 47:7
**vouching** 83:1
**vs** 136:2 137:6

**W**

**W** 1:15 3:9,21
29:21 33:3
**wait** 7:25 41:14
58:3 74:19
118:22

**waiting** 113:7
**waive** 133:3
**want** 8:23 11:2
36:5 40:22
45:23 49:17
58:1 60:16
61:7 85:23
86:3 124:15
125:7 128:12
128:13,14,15
128:16 129:12
129:15,22,23
130:5 131:18
132:5,17 133:2
**wanted** 88:1
133:5
**wants** 128:6
131:12
**wasn't** 53:17
60:4 62:20
103:10,10
**way** 44:8 71:6
94:24 124:18
**we'll** 47:20 51:7
51:9 79:1
105:25 112:23
128:2 131:9
**we're** 45:17
46:15 50:13
86:17 125:12
133:1
**we've** 34:12
60:12 62:1
**week** 131:3
132:10,12
**weeks** 132:19,19
**welcome** 118:20
**Wendy** 1:17,20
3:15,15 7:1,10
13:24 14:3
29:20 33:3,11
34:14 35:8
36:25 37:2
43:23 51:3
52:14 78:2,14
78:15 105:17
107:1,3 126:10

134:8 135:9
136:4,25 137:5
**went** 24:25
25:20 37:8
85:7 88:18,19
90:9,10 93:14
100:19,22
103:11
**weren't** 85:5
**Werner** 1:20
3:15 7:1,10
13:24 14:4,6
22:3 24:9,21
25:5 26:7
29:20 30:1,12
30:15,20 31:7
32:13 51:24
70:6 71:22
76:18 79:9
87:1 90:19
91:7,12 92:12
93:2,16 94:22
96:4,19 98:5
99:7 104:8
115:14 134:8
135:9 136:4,25
137:5
**whispering** 98:5
98:20
**Wilmington** 3:6
**wire** 5:20,24 6:6
72:1,5,18
74:13 75:12
76:5,6 79:15
80:17 81:6,13
87:4,10 88:18
102:25
**wired** 82:23
84:1 88:22,23
90:5,6,7 91:7
92:1,6 94:15
94:16,17,19
101:4,9 102:10
**withdraw** 55:8
55:11 56:4,7
123:12,13
**withdrawal**

55:17 56:10,21
101:22 103:2
103:15 108:4
**withdrawals**
55:9 105:15
**withdrawn**
55:14 109:8
111:17
**witness** 1:21 2:6
7:8 16:12
22:22 26:18
29:6 39:25
40:3,4,10
42:13 46:24
47:1,4 48:4
49:9 50:21
53:1 58:14
68:24 69:7
84:24 85:15
88:13 89:8,10
91:21 97:19
111:9,15 112:5
112:15,17
114:15 125:3
126:25 132:2
134:8
**word** 9:5 58:20
**work** 14:17
42:10 128:4
129:12
**working** 9:24
14:16
**wouldn't** 24:18
34:5 93:12
**write** 67:14
**writing** 75:25
**written** 72:10
92:24 97:15
108:8 114:8
**wrong** 71:2 93:2
94:11 97:9
115:17

**X**

**X** 72:16

**Y**

**Yeah** 18:11
24:12 31:3
40:17 67:1,3
101:20 117:24
120:18 123:23
**year** 19:16 24:23
97:13 99:13
**yearly** 58:25
**years** 14:13
53:12,13,14
57:11 94:5,6,9
127:2
**York** 1:1 3:18
**Young** 3:4

**Z**

**zero** 107:6

**0**

**00** 106:19
**05** 99:15
**06** 67:18 114:24
**07** 75:8
**08** 15:13 27:4
61:3 99:15,16
**08-01789(SMB)**
1:3 136:3

**1**

**1** 5:3 10:15,16
10:21 11:4
29:19 78:10
81:24
**1-800** 37:7
**1-800-881-4246**
37:6
**1-EM-226-3-0**
116:1
**1-EM226-3** 9:6
69:21 99:18
**1-EM226-3-0**
67:10,21
**1.6** 18:8,13
**1/23/2008** 87:19
**1:26** 2:2 133:16
**10** 5:3,10,16
50:7,8,12,12

93:13,19
**10-04468(SMB)**
  1:13 136:3
**10,000** 102:5
  123:22
**10:48** 47:23
**100,000** 34:6
**1000** 3:5
**101** 2:3,8 137:17
**104** 6:10
**10591** 3:18
  137:4
**108** 6:11
**10th** 36:21 67:18
**11** 5:17 63:8,9
**11/17** 97:5,15
  99:13
**11/17/2008**
  102:23
**11/24** 107:1
**11/26** 105:10
  107:1
**11/29/2010**
  106:3,18
**11/3** 105:10
  107:1
**11/3/2010**
  104:24
**11/30** 107:18
**11/30/2010**
  104:12 107:6
**11:02** 47:23,25
**11:52** 79:2
**11:58** 79:2,3
**115** 6:13
**12** 5:18 66:15,16
**12/31/2007** 82:7
  82:24 83:7
**13** 5:19 11:4
  68:5,6
**134** 4:4 135:11
**135** 4:5
**136** 4:6
**137** 4:7
**14** 5:20 21:12
  71:18,19 75:11
**14th** 17:8 36:2

**15** 5:21 74:22,23
  126:24
**150** 3:11
**150,000** 5:21
  72:5 75:2,25
  76:9
**1500** 2:3,8
  137:18
**16** 5:5,9,19,22
  39:11 43:3,4
  45:18 76:14,15
**16th** 32:18 35:24
  132:10,13
**17** 5:24 46:1
  79:5,6 83:11
**18** 6:4 81:16,17
  85:9
**19** 6:6 86:22,23
**1979** 16:3
**1980** 3:6
**1990** 31:19
**1993** 46:3,8,13
**1EM226** 38:7
**1EM226-3** 88:11
**1EM226-3-0**
  72:12 87:16
  96:25

**2**
**2** 5:5 11:4 16:22
  16:23 18:9
  23:19 24:9,22
  25:5 29:19
  33:6 36:6
  90:14,19,21
  91:8,13 92:12
  93:2,17 94:22
  96:4 109:3
**2/16/2006** 68:12
**20** 6:8 96:15,16
  102:25
**200,000** 6:9
  96:23 99:8
  101:2,22 102:9
  102:25 103:15
**2000** 5:9,10 17:8
  19:16 21:12

25:11 32:18
  33:16 35:24
  36:2,21 43:22
  53:10 57:12
  62:21 119:17
**2001** 115:22
**2004** 114:24
**2005** 63:15
  114:24
**2006** 5:19
**2007** 15:12
  81:24,25
**2008** 22:6,15
  23:13,16 24:11
  24:12 29:11
  63:2,3 88:10
  90:25 102:21
  102:22 122:25
  123:1
**2010** 25:1,8
  105:12 106:5
  107:19 108:14
**2012** 21:10
  23:11 24:11
  25:12 57:12,19
  58:21 60:2
  94:7 119:18,22
**2015** 14:5
  126:24
**2020** 2:2 134:9
  134:12 135:19
  137:1,5
**2022** 134:22
**20th** 63:15
  115:22 132:8
**21** 6:9 99:3,4
**212-858-4061**
  80:11
**212.661.1661**
  3:19
**21st** 15:21 16:5
  16:7,9 96:12
  110:18 131:18
  131:24,25
  132:9
**22** 6:10 104:4,5
**23** 6:11 108:18

108:19 111:15
**23rd** 88:10
**24** 6:13 115:10
  115:11
**25** 2:2 137:5
**250,000** 67:20
  67:25 68:10
  69:17
**25th** 75:8 134:9
**26** 5:6
**26th** 75:9
**270572** 134:22
**28** 5:7
**29th** 22:6

**3**
**3** 3:18 5:6 26:12
  26:13 28:23
  29:19 61:23
  87:7,10 88:10
  90:2 94:12
  95:1,2,14,18
  95:22 102:14
  134:22 137:1,3
**3,000** 107:1
**3,025,000** 28:1
  28:11 91:3
**3,976.32** 105:16
**3.0** 97:9
**3.6** 80:3
**3/21/1990** 32:25
**3:59** 72:18 75:12
**30(b)(6)** 1:21
  16:12 45:8
  49:9 58:14
**30/40** 38:7
**300** 3:11
**302.571.6741**
  3:6
**302.576.3391**
  3:7
**30th** 106:20
**31** 5:8 81:25
**33301** 2:4,9
  137:18
**33324** 3:12
**340,000** 46:3,16

**3455** 82:18,20
**36** 5:10
**37** 5:11
**38,000** 108:13
**38,823.59** 108:1
**3rd** 2:3,8 134:12
  135:19 137:17

**4**
**4** 5:7 28:18,19
  28:23
**41** 5:12
**45** 125:9
**4th** 46:2,8,13

**5**
**5** 5:8 31:24,25
  35:20 75:8
  109:6,20
**5-12/31** 80:4
**50** 5:15,16 93:9
**500,000** 5:24
  79:15 80:17,24
  81:13 82:23
  83:16 84:1
  85:12
**51** 82:2,14
**52** 82:2,14
**535,160** 46:17
**535,163** 43:6
  44:4 45:2 46:1
  46:8,12
**54** 3:17 137:3
**5500** 105:1
**5748** 81:8
  104:14,16
**5795** 81:8 82:9
  83:8,13,17

**6**
**6** 5:10 36:10,11
  75:9
**6,400** 104:21
**6,476.32** 104:22
**6.2** 90:17,22,23
  92:21 96:5,5
**6/20/07** 77:4,23

**6/21** 72:18 75:12
**6/26** 72:6 75:13
**6/26/2007** 75:14
**63** 5:17
**6397** 71:3
**66** 5:18
**67** 51:25
**68** 5:19 51:10,13
  51:22 52:1,25
  53:5
**699** 106:1

---
**7**
---
**7** 4:2 5:11 37:19
  37:20 111:1
**7/13/07** 77:16
**70s** 53:15
**71** 5:20
**74** 5:21
**76** 5:22
**76.32** 107:2
**79** 5:24

---
**8**
---
**8** 5:12 41:5,6
  43:4 44:23
  135:11
**80s** 53:15
**81** 6:4
**86** 6:6
**877.654.0090**
  3:13
**8th** 27:4 29:10

---
**9**
---
**9** 5:15 50:7,8,12
  50:15,21,24
  51:9
**9:42** 2:2
**900** 107:2
**954.353.2200**
  3:12
**96** 6:8
**99** 6:9