Hearing Date: June 15, 2022
Objection Date: April 15, 2022
Reply Date: May 16, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01695 (CGM) |
| v. | **ORAL ARGUMENT REQUESTED** |
| BORDIER & CIE, | |
| Defendant. | |

**NOTICE OF HEARING ON**
**DEFENDANT BORDIER & CIE'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, on February 14, 2022, Bordier & Cie ("Defendant"), filed its Motion to Dismiss the Complaint (the "Motion") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the Motion will be held on June 15, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on December 21, 2021, oppositions to the Motion, if any, shall be filed by Friday, April 15, 2022, and replies in further support of the Motion shall be filed by Monday, May 16, 2022.

Dated: February 14, 2022
       New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: /s/ John F. Zulack
John F. Zulack
Lauren J. Pincus
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com
Email: lpincus@abv.com

*Counsel for Defendant Bordier & Cie*