**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01695 (CGM) |
| v. | |
| BORDIER & CIE, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, the Motion to Dismiss of Defendant Bordier & Cie, the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declaration of Lauren J. Pincus and exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent

1

through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: February 14, 2022
      New York, New York

                        ALLEGAERT BERGER & VOGEL LLP

                        By: */s/ Lauren J. Pincus*

                        Lauren J. Pincus
                        111 Broadway, 20th Floor
                        New York, New York 10006
                        Tel. No.: 212-571-0550
                        Email: lpincus@abv.com

                        *Counsel for Defendant Bordier & Cie*