**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | Adv. Pro. No. 10-05118 (CGM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | |
| CHARLOTTE M. MARDEN; THE CHARLOTTE M. MARDEN IRREVOCABLE INSURANCE TRUST, a Florida trust; NEAL J. NISSEL, as trustee; JAMES P. MARDEN; PATRICE M. AULD; ALEXANDRIA K. MARDEN; GABRIELLE Z. MARDEN; MEGHAN M. AULD; ELIZABETH C. AULD; AND O.A., a minor, | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L.

Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§

78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff

individually, by and through his counsel, Baker & Hostetler LLP, and all of the defendants in the

above-captioned adversary proceeding (collectively, the "Defendants"), by and through their counsel, Richard Levy, Jr., Pryor Cashman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On December 2, 2010, the Trustee filed and served the Complaint against Defendants, which was subsequently amended (the "Complaint").

2.      Defendants filed an answer on or about September 18, 2015.

3.      Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement, dated December 17, 2021 (the "Settlement Agreement") resolving the above-captioned adversary proceeding.

4.      Pursuant to the terms of the Settlement Agreement, and in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismiss the Trustee's claims against Defendants in the above-captioned adversary proceeding and to dismiss the adversary proceeding with prejudice and without costs.

5.      The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.      This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed DocuSign, facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

7.      The Bankruptcy Court shall retain jurisdiction over this stipulation.

Dated: New York, New York
      February 11, 2022

**PRYOR CASHMAN LLP**                    **BAKER & HOSTETLER LLP**

By: */s/ Richard Levy, Jr.*              By: */s/ Nicholas J. Cremona*

7 Times Square                           45 Rockefeller Plaza
New York, New York   10036               New York, New York 10111
Telephone: (212) 421-4100                Telephone: (212) 589-4200
Facsimile: (212) 326-0806                Facsimile: (212) 589-4201
Richard Levy, Jr.                        David J. Sheehan
Email: rlevy@pryorcashman.com            Email: dsheehan@bakerlaw.com
                                         Nicholas J. Cremona
*Attorneys for Defendants*               Email: ncremona@bakerlaw.com
                                         Michael A. Sabella
                                         Email: msabella@bakerlaw.com

                                         *Attorneys for Irving H. Picard, Trustee*
                                         *for the Substantively Consolidated SIPA*
                                         *Liquidation of Bernard L. Madoff Investment*
                                         *Securities LLC and the Chapter 7 Estate of*
                                         *Bernard L. Madoff*

**SO ORDERED.**



**Dated: February 15, 2022**        /s/ Cecelia G. Morris
**Poughkeepsie, New York**          _____
                                    **Hon. Cecelia G. Morris**
                                    **Chief U.S. Bankruptcy Judge**