**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>v.<br><br>GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENOR BALANCED GROWTH FUND LIMITED, and GROSVENOR AGGRESSIVE GROWTH FUND LIMITED,<br><br>      Defendants. | Adv. Pro. No. 12-01021 (CGM) |

## STIPULATION AND ORDER

It is stipulated and agreed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Grosvenor Investment Management Ltd., Grosvenor Private Reserve

Fund Limited, Grosvenor Balanced Growth Fund Limited, and Grosvenor Aggressive Growth Fund Limited (collectively, the "Grosvenor Defendants," and with the Trustee, the "Parties"), by and through their respective counsel, as follows:

1. The Grosvenor Defendants shall file a motion to dismiss the Complaint filed on January 12, 2012, ECF No. 1 ("Complaint") by April 15, 2022.

2. The Trustee shall respond to the motion or file an amended complaint by June 15, 2022.

3. If the Trustee responds to the motion, the Grosvenor Defendants shall file their reply by July 15, 2022.

4. If the Trustee files an amended complaint, the Grosvenor Defendants shall respond by July 15, 2022.

5. The Parties shall seek oral argument on any motion to dismiss at the Court's first available convenience.

6. The deadlines established by this Stipulation and Order are without prejudice to either Party seeking future extensions of time.

7. The Trustee and the Grosvenor Defendants reserve all rights, arguments, objections, and defenses they may have and entry into this Stipulation and Order shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

[Signatures and order appear on the next page]

Dated:   New York, New York
         February 11, 2022

| **BAKER & HOSTETLER LLP** | **PROSKAUER ROSE LLP** |
|---|---|
| By: */s/ Dean D. Hunt* | By: */s/ Ehud Barak* |
| 45 Rockefeller Plaza | Eleven Times Square |
| New York, New York 10111 | New York, New York 10036-8299 |
| Telephone: 212.589.4200 | Telephone: (212) 969-3000 |
| Facsimile: 212.589.4201 | Facsimile: (212) 969-2900 |
| David J. Sheehan | Ehud Barak |
| Email: dsheehan@bakerlaw.com | Email: ebarak@proskauer.com |
| Dean D. Hunt | Russell T. Gorkin |
| Email: dhunt@bakerlaw.com | Email: rgorkin@proskauer.com |
| Farrell A. Hochmuth | |
| Email: fhochmuth@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*Attorneys for Defendants Grosvenor Investment Management, Ltd., Grosvenor Private Reserve Fund Limited, Grosvenor Balanced Growth Fund Limited, and Grosvenor Aggressive Growth Fund Limited.*

**SO ORDERED.**



**Dated: February 15, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**