

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**RONALD L. ISRAEL**
risrael@csglaw.com
(O) 973.530.2045
(F) 973.325.1501

February 14, 2022

Office of the Clerk
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    Securities Investor Protection Corporation v. Bernard L. Madoff Investment
           Securities, LLC, et al.
           Case No.: 08-01789-cgm

Dear Sir/Madam:

    This firm represents Defendants, Levy Family Partners, LLC, a Delaware limited liability company; Donald J. Weiss; Edward Blake; Unknown Braymar Holdings Limited; Unknown J.D. O'Neill Partnership, Ltd.; Unknown Donald J. Weiss; Unknown Eileen and Edward Blake; Unknown John D O'Neill and Unknown John D. O'Neill (collectively "Defendants"), creditors in the above-reference bankruptcy case. We write to request that Ronald L. Israel (email address: risrael@csglaw.com) be removed from all future electronic notifications with regard to this case

    If any further information is needed, please feel free to contact us. Thank you.

Respectfully submitted,

Ronald L. Israel
Member

RLI:rr

**NEW JERSEY**        **NEW YORK**

4888-5110-4526.v1