**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br><br>FIRST GULF BANK,<br><br>        Defendants. | Adv. Pro. No. 11-02541 (CGM) |

## STIPULATION AND ORDER

It is stipulated and agreed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant First Gulf Bank ("First Gulf" and together with the Trustee, the "Parties"), by and through their respective counsel, as follows:

1. First Gulf shall respond to the Complaint filed on August 18, 2011, ECF No. 1 ("Complaint") by March 17, 2022.

2. If First Gulf files a motion to dismiss the Complaint, such motion shall comply with Rule 12(g)(2) of the Federal Rules of Civil Procedure, as made applicable by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.

3. The Trustee shall respond to the motion or file an amended complaint by May 17, 2022.

4. If the Trustee responds to the motion, First Gulf shall file its reply by June 16, 2022.

5. If the Trustee files an amended complaint, First Gulf shall respond by June 16, 2022.

6. The Parties shall seek oral argument on any motion to dismiss at the Court's first available convenience.

7. The deadlines established by this Stipulation and Order are without prejudice to either Party seeking future extensions of time.

8. The Trustee and First Gulf reserve all rights, arguments, objections, and defenses they may have and entry into this Stipulation and Order shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

[Signatures and order appear on the next page]

Dated:     New York, New York
           February 14, 2022

| **BAKER & HOSTETLER LLP** | **CHALOS & CO., P.C.** |
|---|---|
| By: */s/ Dean Hunt*  <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Dean D. Hunt <br> Email: dhunt@bakerlaw.com <br> Farrell A. Hochmuth <br> Email: fhochmuth@bakerlaw.com | By: */s/ Briton Sparkman*  <br> 55 Hamilton Avenue <br> Oyster Bay, New York 11771 <br> Telephone: 516.714.4300 <br> Facsimile: 516.750.9051 <br> George M. Chalos <br> Email: gmc@chaloslaw.com <br> Briton Sparkman <br> Email: bsparkman@chaloslaw.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant First Gulf Bank* |

**SO ORDERED.**



**Dated: February 17, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**