ROBINS KAPLAN LLP
David L. Mitchell
Stephen P. Safranski
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN  55402-2015
T:  612-349-8500
F:  612-339-4181
*Attorneys for Defendants Miles Q. Fiterman Revocable Trust, et al.*
*and Metro Motor Imports, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| Pertains to: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILES Q. FITERMAN REVOCABLE TRUST, ET AL.,<br><br><br><br>Defendants. | Adv. Pro. No. 10-04337 (SMB) |
| And Pertains to: | |

92573057.1

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>   Plaintiff,<br><br>   v.<br><br>Metro Motor Imports, Inc.,<br>   Defendant. | Adv. Pro. No. 10-04499 (SMB) |

## **MOTION TO WITHDRAW *PRO HAC VICE* APPEARANCE**

Pursuant to Local Rule 2090-1, David L. Mitchell hereby moves this Court for entry of an Order withdrawing his appearance as counsel of record appearing *pro hac vice* for Defendants Miles Q. Fiterman Revocable Trust, et al. and Metro Motor Imports, Inc. and removal from the Court's CM/ECF system service list for the above- referenced actions.

As grounds therefor, David L. Mitchell states that Defendants have hired other counsel not affiliated with Robins Kaplan LLP.

Dated: February 17, 2022       Respectfully submitted,

                By: */s/ David L. Mitchell*
                   David L. Mitchell
                   Robins Kaplan LLP
                   2800 LaSalle Plaza
                   800 LaSalle Avenue
                   Minneapolis, Minnesota 55402-2015
                   Telephone: (612) 349-8500
                   Facsimile: (612) 339-4181
                   dmitchell@robinskaplan.com
                   *Attorneys for Defendants Miles Q. Fiterman Revocable Trust, et al. and Metro Motor Imports, Inc.*

92573057.1

## CERTIFICATE OF SERVICE

I, David L. Mitchell, hereby certify that on February 17, 2022, I caused the foregoing document, filed through the CM/ECF system, to be sent electronically to theregistered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 17, 2022        /s/David L. Mitchell
                                David L. Mitchell

92573057.1