# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| Pertains to: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MILES Q. FITERMAN REVOCABLE TRUST, ET AL.,<br><br><br><br>　　　　Defendants. | Adv. Pro. No. 10-04337 (SMB) |
| And Pertains to: | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Metro Motor Imports, Inc.,<br>　　　　Defendant. | Adv. Pro. No. 10-04499 (SMB) |

92573064.1

# [PROPOSED] ORDER GRANTING MOTION OF
# DAVID L. MITCHELL TO WITHDRAW AS COUNSEL

The motion to withdraw the appearance of David L. Mitchell as counsel of record on behalf of defendants Miles Q. Fiterman Revocable Trust, et al. and Metro Motor Imports, Inc. pursuant to Local Rule 2090-1 of this Court in the above-captioned actions, and for removal of David L. Mitchell from the CM/ECF service list for this matter, is hereby **GRANTED.**

SO ORDERED

_____
United States Bankruptcy Judge

92573064.1