**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MULTI-STRATEGY FUND LIMITED**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 3/15/2005 | (25,763,374) |
| **Total:** | **$ (25,763,374)** |