**CITCO**
*Citco Fund Services
(Europe) B.V.*

PARSON FINANCE PANAMA SA
BAHAMAS FINANCIAL CENTRE
2ND FLOOR
PO BOX SS-6373
SHIRLEY STREET
NASSAU
BAHAMAS
PHILIO HJELMER
Account name: PARSON FINANCE PANAMA SA

Date         : Dec-19-2003
Fund ID      : 02902
Holder ID    : 00331202
Account ID   : 00008499
Contract No. : 5741502
Order No.    : 3235802
FAX Number   : 001 242 356 0640
Email        : PHILIP.HJELMER@AAA-NET.COM

## FAIRFIELD SENTRY LIMITED CLASS B

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Value/Cash Date | | Jul-30-2003 |
| Total Consideration | USD | 10,000,000.00 |
| Net Proceeds | USD | 10,000,000.00 |
| Subscription Price | USD | 1,051.2791 |
| No. of voting shares Issued | | 9,512.22 |
| Total Consideration Received to Date | USD | 9,999,985.00 |

Your balance following this transaction will be 9,512.22 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31) 20 5722 830 Fax: (31) 20 5722 476 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com
amsterdam-fund@citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773