# Bamont Trust Company Limited

Facsimile: (3120) 572-2610

February 15, 2004

Citco Fund Services (Europe) B.V.
Investor Relations Group
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Attn: Maria Fernandez

Dear Sirs:

**Re: Parson Finance Panama SA – Redemption to Fairfield Sentry Limited Class B**

For value date, February 28, 2005, (or at the earliest redemption date), kindly redeem **all** shares (10,627.37) in the **Fairfield Sentry Limited**. Please pay redemption proceeds to the following bank account:-

The Bank of New York
1 Wall Street
New York, NY-10286
Swift Address: IRVTUS3N
Cash Account number: 8900491558
INO: Royal Trust Corporation of Canada
ABA: 021000018   DDA a/c 8900491558
FFC: Parson Finance Panama SA
Account No.  164010

Should you need any additional information, please feel free to contact the undersigned.

Sincerely,

Philip Hjelmér

Collonna Hepburn

Bahamas Financial Centre, P.O. Box SS-6373, Shirley & Charlotte Streets, Nassau, Bahamas
Phone: (242) 356-0454   Fax: (242) 356-0640