# SCHEDULE 1

**Schedule 1 to Stipulation And Order Regarding Dismissal**
**of Certain Transfers Alleged in the Complaint**

| BLMIS Feeder Fund | Date of Subsequent Transfer | Amount of Subsequent Transfer |
|---|---|---|
| Fairfield Sentry | 4/14/2003 | $27,014.00 |
| Fairfield Sigma | 1/20/2003 | $3,268.00 |
| | TOTAL | $30,282.00 |