**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

Adv. Pro. No. 08-01789 (CGM)

SIPA LIQUIDATION

(Substantively Consolidated)

---------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                Debtor.

---------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff,

                Plaintiff,
     v.

BANQUE LOMBARD ODIER & CIE SA,

                Defendant.

Adv. Pro. No. 12-01693 (CGM)

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND SERVICE OF PAPERS**

        PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure, the undersigned hereby appears as counsel for Defendant Banque

Lombard Odier & Cie SA ("Lombard Odier") in Adv. Pro. No. 12-01693, and requests that

copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in these cases be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for notices but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of the above-named party's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.

Dated: New York, New York
February 22, 2022

ALLEGAERT BERGER & VOGEL LLP

By: s/Lauren J. Pincus
Lauren J. Pincus
lpincus@abv.com

111 Broadway, 20th Floor
New York, New York 10006
Phone: 212.571.0550
Fax: 212.571.0555

*Attorneys for Banque Lombard Odier & Cie SA*