**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITIBANK, N.A., CITICORP NORTH AMERICA, INC., and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 10-05345 (CGM) |

**NOTICE OF APPEARANCE**

　　　PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendants Citibank, N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited in Adv. Pro. No. 10-05345. The undersigned certifies that counsel is admitted to practice before this Court.

　　　This Notice of Appearance shall not be deemed to be a waiver of the above-named parties' rights (1) to have final orders in noncore matters entered only after *de novo* review by a

District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the above-named parties expressly reserve, or (5) to any and all defenses or objections the above-named parties may have to the claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: February 23, 2022
      New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Miranda Gonzalez*
    Miranda Gonzalez
    One Liberty Plaza
    New York, New York 10006
    T: 212-225-2000
    mirgonzalez@cgsh.com

*Attorney for Citibank, N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited*