# EXHIBIT 2

| 4/30/95 REDACTED | | | | | | | 1-H0024-3-0 | | 1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| T/DT | S/DT | LONG | SHORT | | | | | | DEBIT | CREDIT |
| | | | | BALANCE FORWARD | | | | | | 216,440.40 |
| 4/03 | 4/03 | | | CHECK | | | | CW | 200,000.00 | |
| 4/03 | 4/03 | | | AMERICAN INTL GROUP INC | | | | DIV | | 196.08 |
| | | | | DIV 3/03/95 3/17/95 | | | | | | |
| 4/03 | 4/03 | | | COCA COLA CO | | | | DIV | | 1,705.00 |
| | | | | DIV 3/15/95 4/01/95 | | | | | | |
| 4/03 | 4/03 | | | EASTMAN KODAK CO | | | | DIV | | 744.00 |
| | | | | DIV 3/01/95 4/03/95 | | | | | | |
| 4/03 | 4/03 | | | MERCK & CO | | | | DIV | | 2,232.00 |
| | | | | DIV 3/09/95 4/03/95 | | | | | | |
| 4/03 | 4/03 | | | SEARS ROEBUCK & CO | | | | DIV | | 744.00 |
| | | | | DIV 2/28/95 4/03/95 | | | | | | |
| 4/12 | 4/12 | | | HEWLETT PACKARD CO | | | | DIV | | 421.50 |
| | | | | DIV 3/22/95 4/12/95 | | | | | | |
| 4/17 | 4/17 | | | CHRYSLER CORP | | | | DIV | | 744.00 |
| | | | | DIV 3/15/95 4/14/95 | | | | | | |
| 4/17 | 4/17 | | | WAL-MART STORES INC | | | | DIV | | 655.70 |
| | | | | DIV 3/21/95 4/14/95 | | | | | | |
| 4/13 | 4/21 | | 1405 57406 | HEWLETT PACKARD CO | 123 | 1/2 | | | | 173,517.50 |
| 4/17 | 4/24 | | 9673 102 | AT & T CORP | 51 | 3/8 | | | | 496,950.38 |
| 4/17 | 4/24 | | 5776 2453 | FORD MOTOR COMPANY | 27 | 3/8 | | | | 158,118.00 |
| 4/17 | 4/24 | | 9836 4808 | GENERAL ELECTRIC CO | 55 | 1/4 | | | | 543,439.00 |
| 4/17 | 4/24 | | 4371 7162 | GENERAL MOTORS CORP | 43 | 7/8 | | | | 191,777.63 |
| 4/17 | 4/24 | | 3279 9517 | INTERNATIONAL BUSINESS MACHS | 87 | 7/8 | | | | 288,142.13 |
| 4/17 | 4/24 | | 2343 11872 | INTEL CORP | 96 | | | | | 224,928.00 |
| 4/17 | 4/24 | | 3747 14224 | JOHNSON & JOHNSON | 61 | 7/8 | | | | 231,845.63 |
| 4/17 | 4/24 | | 4059 16579 | MCDONALDS CORP | 35 | 3/8 | | | | 143,587.13 |
| 4/17 | 4/24 | | 2497 18934 | MINNESOTA MNG & MFG CO | 58 | 3/8 | | | | 145,762.38 |
| 4/17 | 4/24 | | 2186 21289 | MOBIL CORP | 90 | | | | | 196,740.00 |
| 4/17 | 4/24 | | 7491 23643 | MERCK & CO | 43 | 5/8 | | | | 326,794.88 |
| 4/17 | 4/24 | | 4838 28351 | PEPSICO INC | 40 | 3/4 | | | | 197,148.50 |
| 4/17 | 4/24 | | 1874 30706 | SEARS ROEBUCK & CO | 52 | 1/2 | | | | 98,385.00 |
| 4/17 | 4/24 | | 13114 35132 | WAL-MART STORES INC | 25 | 3/8 | | | | 332,767.75 |
| 4/17 | 4/24 | | 7180 37487 | EXXON CORP | 67 | 5/8 | | | | 485,547.50 |
| 4/17 | 4/24 | | 1718 64807 | AMERICAN INTL GROUP INC | 104 | 3/4 | | | | 179,960.50 |
| 4/17 | 4/24 | | 3122 67162 | AMERITECH CORP | 43 | 7/8 | | | | 136,977.75 |
| 4/17 | 4/24 | | 2964 69517 | AMOCO CORP | 62 | 1/2 | | | | 185,250.00 |
| 4/17 | 4/24 | | 936 71872 | ATLANTIC RICHFIELD CO | 115 | 1/8 | | | | 107,757.00 |
| 4/17 | 4/24 | | 1874 74227 | BOEING CO | 55 | 3/8 | | | | 103,772.75 |
| 4/17 | 4/24 | | 2029 76566 | BANKAMERICA CORP | 49 | 1/4 | | | | 99,928.25 |
| 4/17 | 4/24 | | 2498 78908 | BELL ATLANTIC CORP | 54 | | | | | 134,892.00 |
| 4/17 | 4/24 | | 2811 81263 | BRISTOL MYERS SQUIBB COMPANY | 64 | | | | | 179,904.00 |

CONTINUED ON PAGE    2

4/30/95 REDACTED                                                1-H0024-3-0        2

| 4/17 | 4/24 |       | 1874  | 83618 | CHRYSLER CORP                        | 48  | 3/8 |            | 90,654.75  |
|------|------|-------|-------|-------|--------------------------------------|-----|-----|------------|------------|
| 4/17 | 4/24 |       | 2340  | 85973 | CITICORP                             | 47  | 3/8 |            | 110,857.50 |
| 4/17 | 4/24 |       | 3903  | 88327 | DU PONT E I DE NEMOURS & CO          | 62  | 1/8 |            | 242,473.88 |
| 4/17 | 4/24 |       | 3121  | 90682 | THE WALT DISNEY CO                   | 54  | 5/8 |            | 170,484.63 |
| 4/17 | 4/24 |       | 1561  | 93037 | DOW CHEMICAL CO                      | 72  | 1/8 |            | 112,587.13 |
| 4/17 | 4/24 |       | 1873  | 95392 | EASTMAN KODAK CO                     | 53  | 1/8 |            | 99,503.13  |
| 4/17 | 4/24 |       | 7803  | 97746 | COCA COLA CO                         | 58  |     |            | 452,574.00 |
| 4/24 | 4/24 |       |       |       | FIDELITY CASH RESERVES SBI DIV 4/24/95 |   | DIV |            | 256.26     |
| 4/24 | 4/24 |       | 67848 | 40953 | FIDELITY CASH RESERVES SBI           | 1   |     |            | 67,848.00  |
| 4/25 | 4/25 |       |       |       | GENERAL ELECTRIC CO DIV 3/07/95 4/25/95 |  | DIV |            | 4,003.65   |
| 4/21 | 4/28 | 3618  |       | 368   | MCI COMMUNICATIONS CORP              | 22  |     | 79,596.00  |            |
| 4/21 | 4/28 | 2144  |       | 2735  | MINNESOTA MNG & MFG CO               | 58  | 1/2 | 125,424.00 |            |
| 4/21 | 4/28 | 2010  |       | 5102  | MOBIL CORP                           | 92  |     | 184,920.00 |            |
| 4/21 | 4/28 | 6700  |       | 7469  | MERCK & CO                           | 42  | 1/8 | 282,237.50 |            |
| 4/21 | 4/28 | 4154  |       | 14570 | PEPSICO INC                          | 40  | 1/2 | 168,237.00 |            |
| 4/21 | 4/28 | 2010  |       | 16937 | SEARS ROEBUCK & CO                   | 53  | 1/2 | 107,535.00 |            |
| 4/21 | 4/28 | 1206  |       | 19304 | SCHLUMBERGER LTD                     | 62  | 7/8 | 75,827.25  |            |
| 4/21 | 4/28 | 3350  |       | 21671 | SOUTHERN CO                          | 21  |     | 70,350.00  |            |
| 4/21 | 4/28 | 8174  |       | 24038 | AT & T CORP                          | 49  | 1/2 | 404,613.00 |            |
| 4/21 | 4/28 | 12194 |       | 26405 | WAL-MART STORES INC                  | 24  | 3/8 | 297,228.75 |            |
| 4/21 | 4/28 | 6432  |       | 28772 | EXXON CORP                           | 69  | 1/4 | 445,416.00 |            |
| 4/21 | 4/28 | 1608  |       | 43559 | AMERICAN INTL GROUP INC              | 103 |     | 165,624.00 |            |
| 4/21 | 4/28 | 2814  |       | 45926 | AMERITECH CORP                       | 44  |     | 123,816.00 |            |
| 4/21 | 4/28 | 2546  |       | 48293 | AMOCO CORP                           | 64  |     | 162,944.00 |            |
| 4/21 | 4/28 | 804   |       | 50660 | ATLANTIC RICHFIELD CO                | 115 | 1/2 | 92,862.00  |            |
| 4/21 | 4/28 | 2546  |       | 53027 | AMERICAN EXPRESS COMPANY             | 35  |     | 89,110.00  |            |
| 4/21 | 4/28 | 1742  |       | 55394 | BOEING CO                            | 55  | 1/4 | 96,245.50  |            |
| 4/21 | 4/28 | 1876  |       | 57761 | BANKAMERICA CORP                     | 49  | 3/4 | 93,331.00  |            |
| 4/21 | 4/28 | 2278  |       | 60128 | BELL ATLANTIC CORP                   | 53  | 3/4 | 122,442.50 |            |
| 4/21 | 4/28 | 2680  |       | 62495 | BRISTOL MYERS SQUIBB COMPANY         | 64  | 1/8 | 171,355.00 |            |
| 4/21 | 4/28 | 1876  |       | 64862 | CHRYSLER CORP                        | 44  | 1/2 | 83,482.00  |            |
| 4/21 | 4/28 | 2010  |       | 67229 | CITICORP                             | 46  | 3/4 | 93,967.50  |            |
| 4/21 | 4/28 | 2814  |       | 69596 | DU PONT E I DE NEMOURS & CO          | 63  |     | 177,282.00 |            |
| 4/21 | 4/28 | 2680  |       | 71963 | THE WALT DISNEY CO                   | 54  | 1/2 | 146,060.00 |            |
| 4/21 | 4/28 | 1340  |       | 74330 | DOW CHEMICAL CO                      | 70  |     | 93,800.00  |            |
| 4/21 | 4/28 | 1742  |       | 76697 | EASTMAN KODAK CO                     | 56  | 5/8 | 98,640.75  |            |
| 4/21 | 4/28 | 5360  |       | 79064 | FORD MOTOR COMPANY                   | 27  |     | 144,720.00 |            |
| 4/21 | 4/28 | 8978  |       | 81431 | GENERAL ELECTRIC CO                  | 54  | 3/8 | 488,178.75 |            |
| 4/21 | 4/28 | 3886  |       | 83798 | GENERAL MOTORS CORP                  | 43  | 3/8 | 168,555.25 |            |
| 4/21 | 4/28 | 2680  |       | 86165 | HEWLETT PACKARD CO                   | 63  | 3/4 | 170,850.00 |            |
| 4/21 | 4/28 | 3082  |       | 88532 | INTERNATIONAL BUSINESS MACHS         | 89  | 3/8 | 275,453.75 |            |
| 4/21 | 4/28 | 2144  |       | 90899 | INTEL CORP                           | 92  | 3/4 | 198,856.00 |            |
| 4/21 | 4/28 | 3350  |       | 93266 | JOHNSON & JOHNSON                    | 63  |     | 211,050.00 |            |

CONTINUED ON PAGE   3

4/30/95 REDACTED                                1-H0024-3-0              3

| 4/21 | 4/28 | 6700  | 95633 COCA COLA CO              | 57 3/8 | 384,412.50 |          |
|------|------|-------|---------------------------------|--------|------------|----------|
| 4/21 | 4/28 | 3618  | 98000 MCDONALDS CORP            | 34 3/4 | 125,725.50 |          |
| 4/28 | 4/28 |       | DOW CHEMICAL CO                 | DIV    |            | 1,014.65 |
|      |      |       | DIV 3/31/95 4/28/95             |        |            |          |
| 4/28 | 4/28 | 38434 | 33529 FIDELITY CASH RESERVES SBI| 1      | 38,434.00  |          |

NEW BALANCE                                                        480,951.42

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| AT & T CORP | 8174 | 404,613.00 | | 404,613.00 |
| AMERICAN EXPRESS COMPANY | 2546 | 89,110.00 | | 89,110.00 |
| AMERICAN INTL GROUP INC | 1608 | 165,624.00 | | 165,624.00 |
| AMERITECH CORP | 2814 | 123,816.00 | | 123,816.00 |
| AMOCO CORP | 2546 | 162,944.00 | | 162,944.00 |
| ATLANTIC RICHFIELD CO | 804 | 92,862.00 | | 92,862.00 |
| BANKAMERICA CORP | 1876 | 93,331.00 | | 93,331.00 |
| BELL ATLANTIC CORP | 2278 | 122,442.50 | | 122,442.50 |
| BOEING CO | 1742 | 96,245.50 | | 96,245.50 |
| BRISTOL MYERS SQUIBB COMPANY | 2680 | 171,855.00 | | 171,855.00 |
| CHRYSLER CORP | 1876 | 83,482.00 | | 83,482.00 |
| CITICORP | 2010 | 93,967.50 | | 93,967.50 |
| COCA COLA CO | 6700 | 384,412.50 | | 384,412.50 |
| THE WALT DISNEY CO | 2680 | 146,060.00 | | 146,060.00 |
| DOW CHEMICAL CO | 1340 | 93,800.00 | | 93,800.00 |
| DU PONT E I DE NEMOURS & CO | 2814 | 177,282.00 | | 177,282.00 |
| EASTMAN KODAK CO | 1742 | 98,640.75 | | 98,640.75 |
| EXXON CORP | 663* | 445,416.00 | | 445,416.00 |
| FIDELITY CASH RESERVES SBI | 384 | 38,434.00 | | 38,434.00 |
| FORD MOTOR COMPANY | 5360 | 144,720.00 | | 144,720.00 |
| GENERAL ELECTRIC CO | 8978 | 488,178.75 | | 488,178.75 |
| GENERAL MOTORS CORP | 886 | 168,555.25 | | 168,555.25 |
| HEWLETT PACKARD CO | 2680 | 170,850.00 | | 170,850.00 |
| INTEL CORP | 2144 | 198,856.00 | | 198,856.00 |
| INTERNATIONAL BUSINESS MS | 3082 | 275,453.75 | | 275,453.75 |
| JOHNSON & JOHNSON | 3350 | 211,050.00 | | 211,050.00 |
| MCI COMMUNICATIONS CORP | 3618 | 79,596.00 | | 79,596.00 |
| MCDONALDS CORP | 3618 | 125,725.50 | | 125,725.50 |
| MERCK & CO | 6700 | 282,237.50 | | 282,237.50 |
| MINNESOTA MNG & MFG CO | 2144 | 125,424.00 | | 125,424.00 |

CONTINUED ON PAGE    4

| 4/30/95 REDACTED | | | 1-H0024-3-0 | 4 | |
|---|---|---|---|---|---|
| MOBIL CORP | 2010 | | 184,920.00 | | 184,920.00 |
| PEPSICO INC | 4154 | | 168,237.00 | | 168,237.00 |
| SCHLUMBERGER LTD | 1206 | | 75,827.25 | | 75,827.25 |
| SEARS ROEBUCK & CO | 2010 | | 107,535.00 | | 107,535.00 |
| SOUTHERN CO | 3350 | | 70,350.00 | | 70,350.00 |
| WAL-MART STORES INC | 12194 | | 297,228.75 | | 297,228.75 |
| | | END OF POSITIONS | 6,259,082.50 | | 480,951.42CR |

MF00183205