# EXHIBIT 9

```
                    0·    *

           63,864·42    +
               13·99    +
           63,878·41    *

           63,878·41    ÷
               83·875   =
              761·59    *

               83·875   ×
              761·      =
           63,828·88    +I
           63,828·88    ×
                0·025   =
            1,595·72    *

            1,595·72    ÷
                4·      ×
                8·      =
            3,191·44    *

            3,191·44    +I
              761·      ×
                2·25    =
            1,712·25    *

            1,712·25    ×
                0·03125 =
               53·51    +I
           67,073·83    ◊I
           67,073·83    ÷
            1,712·25    =
               39·17    *

               39·25    ×
            1,712·25    =
           67,205·81    -I
              131·98-   *I

              131·98-   ÷
                0·125   =
            1,055·84-   *

            1,712·00    +
            1,052·00    -
              660·00    *
```

L & C Lipkin                                                                56,180.81         80

| Date | Description | Amount | Amount | Notes | Value |
|------|-------------|--------|--------|-------|-------|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6  2½  3/10 | 8.81 |
|      | 2107.13 |          |           | INA |  |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8  2½  5/8 | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz  7  2½  7/1 | 13.99 |
|      | 2176.92 |        |           |  |  |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | Aetna  8  2½  9/1 | 49.53 |
|      | 3191.88 |       |            | Amax |  |
| 9/5 | Amax | 67,008— | 70,358.41 | 8  2½  10/30 | 62.29 |
|     | 3350.40 |      |            | Rockwell |  |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8  2½  12/31 | 15.94 |
|       | 3520.66 |         |           | Tomson |  |
| 12/31 | Check | 10,000— |  | " |  |
|       | Check Ⓐ |       | 5000— | " |  |

                                                                            68,941.35

ICE – Aetna Life
& Casualty 2 PfC

761 @ 83 3/8 =
                63828.88

                    41159.50
1052    39 1/8        32.88
                    ─────────
                    41126.62

660    39 1/4 = 25905—
                    20.63
                    ─────────
1 = 9.77
                    25884.37

6/23 B
6/25 S    | 65020.76 |
                        | 8 – 2 1/2 |
1712.25    (9/1)    3191.88

MADTSS00401003

```
            0·   *

       61,201·49  ÷
           27·5  =
        2,225·51 *

           27·5  ×
        2,225·   =
       61,187·50 +I
       61,187·50 ×
            0·025 =
        1,529·69 *

        1,529·69 ÷
            4·   ×
            7·   =
        2,676·96 *

        2,676·96 +I
        2,225·   ×
            0·75 =
        1,668·75 *

        1,668·75 ×
            0·03125 =
           52·15  +I
       63,916·61  ◊I
       63,916·61  ÷
        1,668·75  =
           38·30  *

           38·375 ×
        1,668·75  =
       64,038·28  -I
          121·67- *I

          121·67- ÷
            0·125 =
          973·36- *

        1,668·00  +
          973·00  -
          695·00  *
```

MADTSS00400994



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | REDACTED | | | | | | 4/28/80 | 5/5/80 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | CODES | SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

MADTSS00400986



MADTSS00400988



MADTSS00400990



**Bernard L. Madoff**
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES    HEINZ         28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225    27½         61,187.50


973     38¼         37217.25
                       30  41
                    ───────
                    37186.84
695  · 38⅜  =  26670.63
                       21.72
                    ───────
                    26648.91
7 = 28,67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

REDACTED

YOUR ACCOUNT NUMBER

PERIOD ENDING 12/31/80

YOUR TAX PAYER IDENTIFICATION NUMBER

PAGE

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARDED | | | 56,180.31 |
| 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | | RESERVE OIL & GAS COM | | | 16.26 |
| | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| | 1330 | | INA CORP | 30 | | 39,858.84 |
| | | | INA CORP | | | 14.92 |
| 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 2225 | | | INA CORP $2.90 PFD | 27 1/2 | 61,187.50 | |
| | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | HEINZ COM | | | 26.67 |
| 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | 1052 | | AETNA LIFE COM | 39 1/8 | | 41,126.52 |
| | 660 | | AETNA LIFE COM. | 39 1/2 | | 25,884.37 |
| | | | AETNA LIFE COM. | | | 9.77 |
| | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | AMAX INC. | | | 31.24 |
| 2947 | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | | ROCKWELL INTL | | | 10.23 |
| 2697 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 78,887.25 | |
| | | | CHECK | | 10,000.00 | |
| | | | CHECK | | | 5,000.00 |
| | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

| HJ Heinz 170 | 3rd |
|---|---|
| | P = .35 C |
| 4/9/79 - 5/18 D | P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/4/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515