# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



08-01789-cgm    Doc 21157-25    Filed 02/23/22    Entered 02/23/22 15:32:28    Ex. 21
Exhibit 21
Pg 3 of 3

**DTCS Box Definition Screen**

```
                    F O R M   F L A S H   D E F I N I T I O N
                         BOX DEFINITIONS - Page 1-1
 Left    Right                                   Fill              Spacing
 Edge    Edge     Top    Bottom  Width  Density Density  Number  Horiz   Vert
 4       10       5      10      1      1       0        0       0       0
 ____    ____     ____   ____    ____   ____    ____     ____    ____    ____
 ____    ____     ____   ____    ____   ____    ____     ____    ____    ____
 ...

 F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
 F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
     F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                  DATA MAPPER - Variable Text Locations
                      DTCS
                              Millimeters
                         From  From   Right
 Ref     Definition     Page  Top   Left  Edge  Lines      Equation
   1  L1 Dont Print      1    5     5     100   1    NP
   2  Header Line 1      1    14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
   3  Header Line 2-3    1    17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
   4  Macro Calls        1    23.73 4     206   56   TRIM1/5
   5  Data               1    23.73 8     206   56   COPYR4 TRIM7/67
   6                                                 A3502070/1/8/12
   7  L61                1    5     5     100   1    PG
   8
   ...

 F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
 F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```