# EXHIBIT 33

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

| STATEMENT OF ACCOUNT ACTIVITY FROM MAY 1, 1999 TO MAY 28, 1999 |
| ACCOUNT NUMBER 00-810-599 |

Exhibit 33

```
             23  BERNARD L. MADOFF
                 885 THIRD AVENUE
                 NEW YORK  NY 10022
                 ATTN:  MR. BERNARD L. MADOFF


                              0


                                                              50 ITEMS
BOOK BALANCE FORWARD        $816,441.47    COLLECTED BALANCE FORWARD      $816,441.47
    16 CREDITS APPLIED     $119,700,000.00
    34 DEBITS APPLIED      $120,489,918.47      3 CHKS      3 CHKITMS    31 DMS
CLOSING BOOK BALANCE            $26,523.00  CLOSING COLLECTED BALANCE       $26,523.00
```

| POSTING DATE | FUNDS VALUE | VALUE DATE | TYPE/ SOURCE | YOUR REFERENCE//OUR REFERENCE NARRATIVE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 05-03 | 0 | | TRF/MT | TEBC OF 99/05/03//M042546IFD050399 ORG BERNARD L MADOFF 885 3RD AVE N | | 1,000,000.00 |
| 05-03 | 0 | | TRF/MT | REDA         //C956172BBK050399 FBO REDACTED | 700,000.00 | |
| 05-03 | 0 | | CHK/CHK | REDACTED EXCHANGE CHECK | 575,525.00 | |
| 05-03 | 0 | | TRF/MT | REDACTED         //C9561740FD050399 BNF REDACT  REDACTED | 85,000.00 | |
| 05-03 | 0 | | TRF/MT | REDACTED BNF REDACT REDACTED         PAT | 50,000.00 | |
| 05-03 | | | | **INTERIM BALANCE INFORMATION** BOOK:       $405,916.47 COLLECTED:   $405,916.47 | | |
| 05-04 | 0 | | TRF/MT | TEBC OF 99/05/04//M031793IFD050499 ORG BERNARD L MADOFF 885 3RD AVE N | | 1,500,000.00 |
| 05-04 | 0 | | TRF/MT | REDAC         //C9669500FD050499 BNF REDACTE REDACTED         BK B | 650,000.00 | |
| 05-04 | | | | **INTERIM BALANCE INFORMATION** BOOK:       $1,255,916.47 COLLECTED:   $1,255,916.47 | | |
| 05-05 | 0 | | TRF/MT | TEBC OF 99/05/05//M006833IFD050599 ORG BERNARD L MADOFF 885 3RD AVE N | | 100,000.00 |
| 05-05 | 0 | | CHK/CHK | 000000005217       //REDACTED EXCHANGE CHECK | 1,000,000.00 | |
| 05-05 | 0 | | TRF/MT | REDACTED         //C9145740FD050599 | 100,000.00 | |
| 05-05 | 0 | | TRF/MT | REDACTED | 25,000.00 | |
| 05-05 | | | | **INTERIM BALANCE INFORMATION** BOOK:       $230,916.47 COLLECTED:   $230,916.47 | | |
| 05-10 | 0 | | TRF/MT | TEBC OF 99/05/10//M020913IFD051099 ORG BERNARD L MADOFF 885 3RD AVE N | | 500,000.00 |
| 05-10 | 0 | | TRF/MT | REDACT         //C9392350FD051099 BNF REDACTE REDACTED | 450,000.00 | |
| 05-10 | | | | **INTERIM BALANCE INFORMATION** BOOK:       $280,916.47 COLLECTED:   $280,916.47 | | |
| 05-11 | 0 | | TRF/MT | TEBC OF 99/05/11//M001841IFD051199 ORG BERNARD L MADOFF 885 3RD AVE N | | 600,000.00 |

MADWAA00377046

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

STATEMENT OF ACCOUNT ACTIVITY FROM MAY 1, 1999 TO MAY 28, 1999
ACCOUNT NUMBER 00-810-599

Exhibit 33

23  BERNARD L. MADOFF
    885 THIRD AVENUE
    NEW YORK  NY 10022
    ATTN:  MR. BERNARD L. MADOFF

0

| POSTING DATE | FUNDS VALUE | VALUE DATE | TYPE/ SOURCE | YOUR REFERENCE//OUR REFERENCE NARRATIVE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 05-11 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $880,916.47<br>COLLECTED:      $880,916.47 | | |
| 05-12 | 0 | | TRF/MT | TEBC OF 99/05/12//M004385IFD051299<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 300,000.00 |
| 05-12 | 0 | | TRF/MT | TEBC OF 99/05/12//M046769IFD051299<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 200,000.00 |
| 05-12 | 0 | | CHK/CHK | 000000005218         //REDACTED<br>EXCHANGE CHECK | 658,000.00 | |
| 05-12 | 0 | | TRF/MT | REDACTE            //C954498OFD051299<br>BNF REDACTED | 500,000.00 | |
| 05-12 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $222,916.47<br>COLLECTED:      $222,916.47 | | |
| 05-13 | 0 | | TRF/MT | TEBC OF 99/05/13//M060082IFD051399<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 300,000.00 |
| 05-13 | 0 | | TRF/MT | REDACTED<br>BNF R REDACTED | 125,000.00 | |
| 05-13 | 0 | | TRF/MT | <br>BNF R | 125,000.00 | |
| 05-13 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $272,916.47<br>COLLECTED:      $272,916.47 | | |
| 05-14 | 0 | | TRF/MT | TEBC OF 99/05/14//M017841IFD051499<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 1,600,000.00 |
| 05-14 | 0 | | TRF/MT | BROMSRC            //C910108OFD051499<br>BNF REDACTED | 1,410,000.00 | |
| 05-14 | 0 | | TRF/MT | BNF REDACTED | 202,253.70 | |
| 05-14 | 0 | | TRF/MT | REDACTED<br>BNF F | 10,904.39 | |
| 05-14 | 0 | | TRF/MT | BNF E | 7,949.06 | |
| 05-14 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $241,809.32<br>COLLECTED:      $241,809.32 | | |
| 05-17 | 0 | | TRF/MT | TEBC OF 99/05/17//M062881IFD051799<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 1,500,000.00 |
| 05-17 | 0 | | TRF/MT | TEBC OF 99/05/17//M058019IFD051799<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 500,000.00 |

MADWAA00377047

Bankers Trust Company  
P.O. Box 318, Church Street Station  
New York, New York 10008-0318

CABLE: BANKTRUS  
SWIFT: BKTRUS 33  
TELEPHONE: (212) 250-2500

STATEMENT OF ACCOUNT ACTIVITY FROM MAY 1, 1999 TO MAY 28, 1999  
ACCOUNT NUMBER 00-810-599

Exhibit 33

23 BERNARD L. MADOFF  
885 THIRD AVENUE  
NEW YORK NY 10022  
ATTN: MR. BERNARD L. MADOFF

0

| POSTING DATE | FUNDS VALUE | VALUE DATE | TYPE/ SOURCE | YOUR REFERENCE//OUR REFERENCE NARRATIVE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 05-17 | 0 | | TRF/MT | REDACTED R | 1,500,000.00 | |
| 05-17 | 0 | | TRF/MT | | 490,000.00 | |
| 05-17 | 0 | | TRF/MT | | 20,000.00 | |
| 05-17 | 0 | | TRF/MT | | 12,208.32 | |
| 05-17 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $219,601.00<br>COLLECTED:      $219,601.00 | | |
| 05-18 | 0 | | TRF/MT | TEBC OF 99/05/18//M007857IFD051899<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 600,000.00 |
| 05-18 | 0 | | TRF/MT | REDACTED | 250,000.00 | |
| 05-18 | 0 | | TRF/MT | | 250,000.00 | |
| 05-18 | 0 | | TRF/MT | | 75,000.00 | |
| 05-18 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $244,601.00<br>COLLECTED:      $244,601.00 | | |
| 05-20 | 0 | | TRF/MT | TEBC OF 99/05/20//M050850IFD052099<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 12,700,000.00 |
| 05-20 | 0 | | TRF/MT | BPINEW          //C945904OFD052099<br>REDACTED | 12,000,000.00 | |
| 05-20 | 0 | | TRF/MT | | 600,000.00 | |
| 05-20 | 0 | | TRF/MT | | 174,422.50 | |
| 05-20 | 0 | | TRF/MT | | 1,830.00 | |
| 05-20 | | | | **INTERIM BALANCE INFORMATION**<br>BOOK:           $168,348.50<br>COLLECTED:      $168,348.50 | | |
| 05-21 | 0 | | TRF/MT | TEBC OF 99/05/21//M065458IFD052199<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 72,200,000.00 |
| 05-21 | 0 | | TRF/MT | TEBC OF 99/05/21//M039586IFD052199<br>ORG BERNARD L MADOFF 885 3RD AVE N | | 26,000,000.00 |
| 05-21 | 0 | | TRF/MT | BIF             //C954049OFD052199<br>REDACTED | 98,194,650.50 | |
| 05-21 | 0 | | TRF/MT | | 15,000.00 | |

PLEASE EXAMINE STATEMENT AND ADVISE US PROMPTLY OF ANY EXCEPTIONS. STATEMENTS ARE CONSIDERED FINAL AFTER SIXTY DAYS. ALL ITEMS ARE CREDITED SUBJECT TO FINAL AND IRREVERSIBLE COLLECTION AND RECEIPT OF PROCEEDS IN CASH OR BY UNCONDITIONAL CREDIT TO BANKERS TRUST.

PAGE 3 OF 5

MADWAA00377048

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

STATEMENT OF ACCOUNT ACTIVITY FROM MAY 1, 1999 TO MAY 28, 1999
ACCOUNT NUMBER 00-810-599

Exhibit 33

```
23  BERNARD L. MADOFF
    885 THIRD AVENUE
    NEW YORK  NY 10022
    ATTN:  MR. BERNARD L. MADOFF
```

0

| POSTING DATE | FUNDS VALUE | VALUE DATE | TYPE/ SOURCE | YOUR REFERENCE//OUR REFERENCE NARRATIVE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 05-21 | | | | **INTERIM BALANCE INFORMATION** BOOK: $158,698.00 COLLECTED: $158,698.00 | | |
| 05-24 | 0 | | TRF/MT | TEBC OF 99/05/24//M000674IFD052499 ORG BERNARD L MADOFF 885 3RD AVE N | | 100,000.00 |
| 05-24 | 0 | | TRF/MT | REDACTED | 37,500.00 | |
| 05-24 | 0 | | TRF/MT | | 37,500.00 | |
| 05-24 | 0 | | TRF/MT | | 17,175.00 | |
| 05-24 | | | | **INTERIM BALANCE INFORMATION** BOOK: $166,523.00 COLLECTED: $166,523.00 | | |
| 05-27 | 0 | | TRF/MT | REDACTED | 140,000.00 | |
| 05-27 | | | | **INTERIM BALANCE INFORMATION** BOOK: $26,523.00 COLLECTED: $26,523.00 | | |
| 05-28 | | | | **CLOSING BALANCE INFORMATION** BOOK: $26,523.00 COLLECTED: $26,523.00 | | |

01CDAJ0A (8-91)
PLEASE EXAMINE STATEMENT AND ADVISE US PROMPTLY OF ANY EXCEPTIONS.
STATEMENTS ARE CONSIDERED FINAL AFTER SIXTY DAYS.
ALL ITEMS ARE CREDITED SUBJECT TO FINAL AND IRREVERSIBLE COLLECTION AND
RECEIPT OF PROCEEDS IN CASH OR BY UNCONDITIONAL CREDIT TO BANKERS TRUST.

MADWAA00377049

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

| STATEMENT OF ACCOUNT ACTIVITY FROM MAY 1, 1999 TO MAY 28, 1999 |
|---|
| ACCOUNT NUMBER 00-810-599 |

Exhibit 33

```
23  BERNARD L. MADOFF
    885 THIRD AVENUE
    NEW YORK  NY 10022
    ATTN: MR. BERNARD L. MADOFF
```

0.

## STATEMENT INFORMATION

1. Explanation of Balance Symbols:
   OD - Overdrawn Book Balance     DR - Debit Collected Balance

2. Posting date corresponds to book date.

3. Funds Value:
   0 = Value Today     1 = One Day Availability    2 = Two Day Availability
   BV = Back Value     MX = Mixed Deposit

4. If different from posting date, value date is the date funds are available.

5. Explanation of TYPE codes:
   CHK = Check Paid Item       STO = Standing Order        TRF = Transfer
   VDA = Value Date Adjust.    MSC = Miscellaneous

6. Explanation of SOURCE codes:
   MT  = MONEY TRANSFER        CHK = CHECK PROCESSING

All inquiries and exceptions should be directed in writing to the attention of the Department concerned as indicated by the specific transaction description. All other inquiries should be directed to the attention of Account Services at the above address.

O1CDAJHA (8-91)   PLEASE EXAMINE STATEMENT AND ADVISE US PROMPTLY OF ANY EXCEPTIONS. STATEMENTS ARE CONSIDERED FINAL AFTER SIXTY DAYS. ALL ITEMS ARE CREDITED SUBJECT TO FINAL AND IRREVERSIBLE COLLECTION AND RECEIPT OF PROCEEDS IN CASH OR BY UNCONDITIONAL CREDIT TO BANKERS TRUST.

PAGE 5 OF 5

MADWAA00377050

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number 00-810-599
Page 1 of 8

23   0

## TERMS AND CONDITIONS

We hereby advise you of the following DEBITS and CREDITS to your above referenced account resulting from money transfer transactions initiated since your last statement:

In the event such an advice consists of -
1. An advice of a DEBIT, it is agreed that in effectuating the transaction on which such advice is based, Bankers Trust Company may use correspondents or other agencies but shall not be liable for their improper acts. No liability shall attach to Bankers Trust Company or to such correspondents or agencies for any losses or damages in consequence of present or future laws, censorships, regulations, decrees, orders, controls or restrictions rightfully or wrongfully exercised by any de facto or de jure domestic or foreign government or governmental agency, or in consequence of any delays, mistakes, interruptions, omissions, mutilations, errors, defaults, loss or destruction of any kind in connection with the transmission of messages by cable, telegraph or telex or in or through the mails or any other carrier or agency, or in consequence of any other acts or causes beyond the control of Bankers Trust Company or of such correspondents or agencies, all such risks being expressly assumed by the customer.
2. An advice of a CREDIT, it is agreed that all items are credited subject to final collection and receipt of proceeds in cash or by unconditional CREDIT to and accepted by Bankers Trust Company.

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-03-99 | 990 | **DEBIT** | BK TRS | CASHCONS | | **$700,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | | | | CREDIT ADVICE TYPE | |
| 05-03-99 | VT | 001/99/27 | | | | MAIL | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| REDAC | | | | CTL956172 | | 10:22 | |
| BENEFICIARY | | | CREDIT PARTY | | | BY ORDER OF PARTY | |
| REDACTED | | | PRIVATE CLIENTS GROUP XXXXXX RESPONDING ENTRY | | | BERNARD L. MADOFF NEW YORK N Y 10022 | |
| REDA | | | | REDACTE | | | |
| TRANSACTION DETAILS | | | | | | | |
| BBI=REF: | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-03-99 | 991 | **DEBIT** | FED 1000 | CASHCONS | 021000089 | **$85,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | |
| 05-03-99 | VT | 004/99/16 | CITIBANK, N.A. | | | | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| REDACTE | | | | CTL956174 | | 10:15 | 2111 |
| BENEFICIARY | | | | | | BY ORDER OF PARTY | |
| REDACTED | | | | | | ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS | | | | | | | |
| CTR/ | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-03-99 | 992 | **DEBIT** | FED 1000 | CASHCONS | 021000089 | **$50,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | |
| 05-03-99 | VT | 004/99/16 | CITIBANK, N.A. | | | | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| REDACT | | | | CTL956173 | | 10:15 | 2112 |
| BENEFICIARY | | | | | | BY ORDER OF PARTY | |
| REDACTED | | | | | | ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS | | | | | | | |
| CTR/ | | | | | | | |

272

01CDAJ3A (5-91)

MADWAA00377051

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33
Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number 00-810-599
Page 2 of 8

23   0

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-04-99 | 993 | DEBIT | FED 1000 | CASHCONS | 063100277 | **$650,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-04-99 | VT | 004/99/16 | NATIONSBANK NA | | | |

SENDERS REFERENCE: REDAC
OUR REFERENCE: CTL966950    10:34    2066
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: CTR/BBI=REF:

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-05-99 | 994 | DEBIT | FED 1000 | CASHCONS | 122016066 | **$100,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-05-99 | VT | 004/99/16 | CONTROLLED DISB A/C CITY NATL BA | | | |

SENDERS REFERENCE: REDACT
OUR REFERENCE: CTL914574    09:35    1666
BENEFICIARY: REDACTED
REDACT
BY ORDER OF PARTY: ORG=ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: CTR/

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-05-99 | 995 | DEBIT | FED 1000 | CASHCONS | 125008013 | **$25,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-05-99 | VT | 004/99/16 | COMMERCIAL BANK OF WASHINGTON, N | | | |

SENDERS REFERENCE: REDAC
OUR REFERENCE: CTL914573    09:35    1667
BENEFICIARY: REDACTED
REDACT
BY ORDER OF PARTY: ORG=ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: REDACTED

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-10-99 | 996 | DEBIT | FED 1000 | CASHCONS | 021000089 | **$450,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-10-99 | VT | 004/99/16 | CITIBANK, N.A. | | | |

SENDERS REFERENCE: REDACT
OUR REFERENCE: CTL939235    11:32    2823
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: CTR/

RE

01CDAJ7A (5-91)

MADWAA00377052

**Bankers Trust Company**
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number 00-810-599
Page 3 of 8

23  0

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-12-99 | 997 | **DEBIT** | FED 1000 | CASHCONS | 122016066 | **$500,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | |
| 05-12-99 | VT | 004/99/16 | CONTROLLED DISB A/C CITY NATL BA | | | | |
| SENDERS REFERENCE REDACTE | | | | OUR REFERENCE CTL954498 | | 10:03 | 2244 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS CTR/BBI=REF: | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-13-99 | 998 | **DEBIT** | FED 1000 | CASHCONS | 021000089 | **$125,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | |
| 05-13-99 | VT | 004/99/16 | CITIBANK, N.A. | | | | |
| SENDERS REFERENCE REDACTE | | | | OUR REFERENCE CTL962362 | | 10:28 | 1898 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS CTR/BBI=REF | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-13-99 | 999 | **DEBIT** | FED 1000 | CASHCONS | 021000089 | **$125,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | |
| 05-13-99 | VT | 004/99/16 | CITIBANK, N.A. | | | | |
| SENDERS REFERENCE REDACTE | | | | OUR REFERENCE CTL962361 | | 09:11 | 1409 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS CTR/BBI=REF | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-14-99 | 1,000 | **DEBIT** | FED 1000 | CASHCONS | 091000019 | **$1,410,000.00****** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | |
| 05-14-99 | VT | 004/99/16 | NORWEST BANK OF MINNEAPOLIS NA | | | | |
| SENDERS REFERENCE REDACT | | | | OUR REFERENCE CTL910108 | | 11:35 | 4201 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| REDAC | | | | | | | |
| TRANSACTION DETAILS CTR/BBI=REF: | | | | | | | |

274

01CDAJ7A (5-91)

MADWAA00377053

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number 00-810-599
Page 4 of 8

23    0

| Bankers Trust Company | | | Account Number REDACTED | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | | |
| 05-14-99 | 1,001 | DEBIT | FED 1000 | CASHCONS | 122016066 | **$202,253.70******** | | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | | |
| 05-14-99 | VT | 004/99/16 | CONTROLLED DISB A/C CITY NATL BA | | | | | |
| SENDERS REFERENCE REDACTED | | | | OUR REFERENCE CTL910105 | | 09:18 | | 2300 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | | |
| TRANSACTION DETAILS CTR/ | | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | | |
| 05-14-99 | 1,002 | DEBIT | FED 1000 | CASHCONS | 122016066 | **$10,904.39******** | | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | | |
| 05-14-99 | VT | 004/99/16 | CONTROLLED DISB A/C CITY NATL BA | | | | | |
| SENDERS REFERENCE REDACTED | | | | OUR REFERENCE CTL910106 | | 09:18 | | 2302 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | | |
| TRANSACTION DETAILS CTR/ | | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | | |
| 05-14-99 | 1,003 | DEBIT | FED 1000 | CASHCONS | 122016066 | **$7,949.06********** | | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | | |
| 05-14-99 | VT | 004/99/16 | CONTROLLED DISB A/C CITY NATL BA | | | | | |
| SENDERS REFERENCE REDACTED | | | | OUR REFERENCE CTL910107 | | 09:18 | | 2303 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | | |
| TRANSACTION DETAILS CTR/ | | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | | | |
|---|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | | |
| 05-17-99 | 1,004 | DEBIT | FED 1000 | CASHCONS | 122016066 | **$1,500,000.00****** | | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE | | |
| 05-17-99 | VT | 004/99/16 | CONTROLLED DISB A/C CITY NATL BA | | | | | |
| SENDERS REFERENCE REDACTED | | | | OUR REFERENCE CTL917633 | | 09:00 | | 1605 |
| BENEFICIARY REDACTED | | | | | | BY ORDER OF PARTY ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | | |
| TRANSACTION DETAILS CTR/ | | | | | | | | |

REDACTED

01CDAJ7A (5-91)

MADWAA00377054

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number  00-810-599
Page 5 of 8

23    0

### Bankers Trust Company — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-17-99 | 1,005 | DEBIT | FED 1000 | URGENT | 026011507 | **$490,000.00******** |

| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
|---|---|---|---|---|---|---|
| 05-17-99 | VT | 004/99/16 | COMMERCIAL BANK OF NEW YORK | | | |

SENDERS REFERENCE: NONE
OUR REFERENCE: CTL010038   11:55   3165
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=00810599 BERNARD L. MADOFF 885 THIRD AVENUE NEW YORK N Y 10022
REDAC    00810599
TRANSACTION DETAILS: CTR/BBI=REF:LEISURE

### Bankers Trust Company — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-17-99 | 1,006 | DEBIT | FED 1000 | CASHCONS | 125008013 | **$20,000.00******** |

| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
|---|---|---|---|---|---|---|
| 05-17-99 | VT | 004/99/16 | COMMERCIAL BANK OF WASHINGTON, N | | | |

SENDERS REFERENCE: REDACT
OUR REFERENCE: CTL917635   08:21   1432
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: CTR/BBI=REF:

### Bankers Trust Company — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-17-99 | 1,007 | DEBIT | FED 1000 | CASHCONS | 021001088 | **$12,208.32******** |

| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
|---|---|---|---|---|---|---|
| 05-17-99 | VT | 004/99/16 | HSBC BANK USA | | | |

SENDERS REFERENCE: REDAC
OUR REFERENCE: CTL917634   08:21   1431
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: BTR/RFB=HUNTERBBI=ALTERNATIVE ADVISORS LTD REF:

### Bankers Trust Company — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-18-99 | 1,008 | DEBIT | FED 1000 | CASHCONS | 021000089 | **$250,000.00******** |

| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
|---|---|---|---|---|---|---|
| 05-18-99 | VT | 004/99/16 | CITIBANK, N.A. | | | |

SENDERS REFERENCE: REDACTE
OUR REFERENCE: CTL929780   10:38   2138
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: CTR/BBI=REF

276

01CDAJ7A (5-91)

**Bankers Trust Company**
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number 00-810-599
Page 6 of 8

23  0

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-18-99 | 1,009 | DEBIT | FED 1000 | CASHCONS | 021000089 | **$250,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-18-99 | VT | 004/99/16 | CITIBANK, N.A. | | | |

SENDERS REFERENCE: REDACTED
OUR REFERENCE: CTL929781    10:38    2139
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS
CTR/BBI=REF

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-18-99 | 1,010 | DEBIT | FED 1000 | CASHCONS | 021000089 | **$75,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-18-99 | VT | 004/99/16 | CITIBANK, N.A. | | | |

SENDERS REFERENCE: REDACTED
OUR REFERENCE: CTL929782    10:04    2018
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS
CTR/BBI=ATTN REDACTED   MGR. PRIVATE BANKING & INVESTMENT DIVISION REF:

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-20-99 | 1,011 | DEBIT | FED 1000 | CASHCONS | 021000021 | **$12,000,000.00***** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-20-99 | VT | 004/99/16 | CHASE MANHATTAN BANK | | | |

SENDERS REFERENCE: REDAC
OUR REFERENCE: CTL945904    09:47    2219
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS
CTR/BBI=REF:

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-20-99 | 1,012 | DEBIT | FED 1000 | FAX | 043000261 | **$600,000.00******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-20-99 | VT | 004/99/16 | MELLON BANK N A | | | |

SENDERS REFERENCE: NONE
OUR REFERENCE: CTL040069    12:32    3584
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=00810599 BERNARD L. MADOFF 885 THIRD AVENUE NEW YORK N Y 10022
                   00810599
REDAC
TRANSACTION DETAILS
CTR/

277

01CDAJ7A (5-91)

MADWAA00377056

Bankers Trust Company
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number  00-810-599
Page 8 of 8

23     0

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-24-99 | 1,017 | DEBIT | FED 1000 | CASHCONS | 067008647 | **$37,500.00********* | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | | CREDIT ADVICE TYPE |
| 05-24-99 | VT | 004/99/16 | PALM BEACH NATIONAL BANK AND TRU | | | | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| REDAC | | | | CTL961688 | | 08:19 | 1237 |
| BENEFICIARY | | | | | | BY ORDER OF PARTY | |
| REDACTED | | | | | | ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS | | | | | | | |
| CTR/ | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTE | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-24-99 | 1,018 | DEBIT | FED 1000 | CASHCONS | 067008647 | **$37,500.00********* | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | | CREDIT ADVICE TYPE |
| 05-24-99 | VT | 004/99/16 | PALM BEACH NATIONAL BANK AND TRU | | | | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| REDAC | | | | CTL961687 | | 08:19 | 1236 |
| BENEFICIARY | | | | | | BY ORDER OF PARTY | |
| REDACTED | | | | | | ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS | | | | | | | |
| CTR/ | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-24-99 | 1,019 | DEBIT | FED 1000 | CASHCONS | 021000021 | **$17,175.00********* | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | | CREDIT ADVICE TYPE |
| 05-24-99 | VT | 004/99/16 | CHASE MANHATTAN BANK | | | | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| RED | | | | CTL961689 | | 08:19 | 1237 |
| BENEFICIARY | | | | | | BY ORDER OF PARTY | |
| REDACTED | | | | | | ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| REDACT | | | | | | | |
| TRANSACTION DETAILS | | | | | | | |
| BTR/RFB=BIFBBI=REF: | | | | | | | |

| Bankers Trust Company | | | Account Number REDACTED | | | This notice is subject to terms and conditions stated on page 1 of this statement. | |
|---|---|---|---|---|---|---|---|
| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT | |
| 05-27-99 | 1,020 | DEBIT | FED 1000 | CASHCONS | 021000021 | **$140,000.00******** | |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | | CREDIT ADVICE TYPE |
| 05-27-99 | VT | 004/99/16 | CHASE MANHATTAN BANK | | | | |
| SENDERS REFERENCE | | | | OUR REFERENCE | | | |
| REDA | | | | CTL931720 | | 08:32 | 1576 |
| BENEFICIARY | | | | | | BY ORDER OF PARTY | |
| BNF=140081703 BERNARD L MADOFF BBK= YR 40 WALL ST NY NY BR | | | | | | ORG=BERNARD L. MADOFF NEW YORK N Y 10022 | |
| TRANSACTION DETAILS | | | | | | | |
| CTR/BBI=REF | | | | | | | |

279

01CDAJ7A (5-91)

MADWAA00377057

**Bankers Trust Company**
P.O. Box 318, Church Street Station
New York, New York 10008-0318

CABLE: BANKTRUS
SWIFT: BKTRUS 33
TELEPHONE: (212) 250-2500

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK NY 10022
ATTN: MR. BERNARD L. MADOFF

Exhibit 33

Details of Money Transfer Activity
From May 01, 1999 to May 28, 1999
Account Number 00-810-599
Page 7 of 8

23  0

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-20-99 | 1,013 | DEBIT | FED 1000 | CASHCONS | 021000021 | **$174,422.50******** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-20-99 | VT | 004/99/16 | CHASE MANHATTAN BANK | | | |

SENDERS REFERENCE: BIF
OUR REFERENCE: CTL945905   09:41   2205
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
REDACTE
TRANSACTION DETAILS: BTR/RFB=BIFBBI=REF:

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-20-99 | 1,014 | DEBIT | FED 1000 | CASHCONS | 021000021 | **$1,830.00********** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-20-99 | VT | 004/99/16 | CHASE MANHATTAN BANK | | | |

SENDERS REFERENCE: BIF
OUR REFERENCE: CTL945906   09:41   2204
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
REDACTE
TRANSACTION DETAILS: BTR/RFB=BIFBBI=REF:

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-21-99 | 1,015 | DEBIT | FED 1000 | CASHCONS | 021000021 | **$98,194,650.50***** |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-21-99 | VT | 004/99/16 | CHASE MANHATTAN BANK | | | |

SENDERS REFERENCE: BIF
OUR REFERENCE: CTL954049   10:10   2577
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
REDACTE
TRANSACTION DETAILS: BTR/RFB=BIFBBI=REF:

**Bankers Trust Company** — Account Number REDACTED

| TRAN DATE | SEQUENCE | TRANS TYPE | PAYMENT TYPE | INSTRUCTION TYPE | ABA NUMBER | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 05-21-99 | 1,016 | DEBIT | FED 1000 | CASHCONS | 321180748 | **$15,000.00********* |
| VALUE DATE | FUNDS | TRANSACTION CODE | PAID TO | | | CREDIT ADVICE TYPE |
| 05-21-99 | VT | 004/99/16 | WASHINGTON MUTUAL BANK FA | | | |

SENDERS REFERENCE: IRWIN
OUR REFERENCE: CTL954048   09:37   2453
BENEFICIARY: REDACTED
BY ORDER OF PARTY: ORG=BERNARD L. MADOFF NEW YORK N Y 10022
TRANSACTION DETAILS: CTR/BBI=REF:

278

01CDAJ7A (5-91)

MADWAA00377058