# EXHIBIT 34

**Cash Infusions of IA Business Customer Money from
the IA Business to the Proprietary Trading Business[1]
July 1999 to November 30, 2008**

| Date | Amount | Cumulative Total |
|---|---|---|
| 7/29/1999 | $2,000,000 | $2,000,000 |
| 8/30/1999 | 4,000,000 | 6,000,000 |
| 9/29/1999 | 5,000,000 | 11,000,000 |
| 9/30/1999 | 1,000,000 | 12,000,000 |
| 10/28/1999 | 4,000,000 | 16,000,000 |
| 11/15/1999 | 20,000 | 16,020,000 |
| 12/6/1999 | 10,193,151 | 26,213,151 |
| 12/28/1999 | 31,191,962 | 57,405,113 |
| 12/29/1999 | 310,356 | 57,715,469 |
| 12/30/1999 | 7,432,046 | 65,147,515 |
| 12/31/1999 | 4,514 | 65,152,029 |
| 1/27/2000 | 3,268,723 | 68,420,752 |
| 1/31/2000 | 196,364 | 68,617,117 |
| 2/15/2000 | 86,250 | 68,703,367 |
| 2/28/2000 | 3,619,253 | 72,322,620 |
| 2/29/2000 | 226,230 | 72,548,850 |
| 3/30/2000 | 2,000,000 | 74,548,850 |
| 4/27/2000 | 6,345,984 | 80,894,834 |
| 4/28/2000 | 79,835 | 80,974,669 |
| 5/15/2000 | 20,000 | 80,994,669 |
| 5/30/2000 | 3,207,737 | 84,202,406 |
| 6/29/2000 | 4,255,199 | 88,457,605 |
| 7/28/2000 | 3,460,726 | 91,918,331 |
| 7/31/2000 | 87,365 | 92,005,695 |
| 8/15/2000 | 86,250 | 92,091,945 |
| 10/31/2000 | 4,000,000 | 96,091,945 |
| 11/15/2000 | 177,500 | 96,269,445 |
| 11/30/2000 | 2,000,000 | 98,269,445 |
| 12/19/2000 | 9,626,493 | 107,895,938 |
| 12/27/2000 | 28,000,000 | 135,895,938 |
| 12/28/2000 | 4,500,000 | 140,395,938 |
| 12/29/2000 | 339,020 | 140,734,958 |
| 2/15/2001 | 86,250 | 140,821,208 |
| 2/28/2001 | 3,044,388 | 143,865,596 |
| 4/30/2001 | 3,238,280 | 147,103,876 |
| 5/30/2001 | 834,153 | 147,938,029 |
| 6/29/2001 | 912,049 | 148,850,077 |
| 7/31/2001 | 7,000,000 | 155,850,077 |
| 8/15/2001 | 5,062,500 | 160,912,577 |
| 8/30/2001 | 734,292 | 161,646,869 |
| 9/27/2001 | 7,000,000 | 168,646,869 |
| 9/28/2001 | 294,488 | 168,941,357 |
| 12/27/2001 | 40,435,000 | 209,376,357 |
| 12/27/2001 | 2,818,483 | 212,194,840 |
| 12/31/2001 | 447,713 | 212,642,553 |
| 12/31/2001 | 496,000 | 213,138,553 |
| 1/31/2002 | 432,654 | 213,571,207 |
| 1/31/2002 | 5,200,000 | 218,771,207 |
| 2/27/2002 | 8,428,142 | 227,199,348 |
| 2/28/2002 | 585,493 | 227,784,842 |
| 3/28/2002 | 654,894 | 228,439,736 |
| 4/25/2002 | 2,244,009 | 230,683,745 |
| 4/29/2002 | 535,424 | 231,219,168 |
| 4/30/2002 | 1,286 | 231,220,454 |
| 4/30/2002 | 3,000,000 | 234,220,454 |
| 5/30/2002 | 391,020 | 234,611,474 |

Exhibit 34

**Cash Infusions of IA Business Customer Money from
the IA Business to the Proprietary Trading Business[1]
July 1999 to November 30, 2008**

| Date | Amount | Cumulative Total |
|---|---|---|
| 5/30/2002 | 4,000,000 | 238,611,474 |
| 5/31/2002 | 1,195 | 238,612,669 |
| 5/31/2002 | 2,000,000 | 240,612,669 |
| 6/27/2002 | 415,986 | 241,028,655 |
| 6/27/2002 | 15,000,000 | 256,028,655 |
| 6/28/2002 | 3,376 | 256,032,030 |
| 7/30/2002 | 205,949 | 256,237,979 |
| 7/31/2002 | 3,442 | 256,241,421 |
| 8/29/2002 | 223,253 | 256,464,674 |
| 9/27/2002 | 314,874 | 256,779,548 |
| 9/30/2002 | 5,061 | 256,784,609 |
| 10/24/2002 | 2,244,009 | 259,028,618 |
| 10/30/2002 | 207,427 | 259,236,045 |
| 10/31/2002 | 1,140 | 259,237,185 |
| 10/31/2002 | 9,000,000 | 268,237,185 |
| 11/29/2002 | 189,990 | 268,427,175 |
| 11/29/2002 | 5,000,000 | 273,427,175 |
| 12/30/2002 | 191,765 | 273,618,940 |
| 12/31/2002 | 3,054 | 273,621,994 |
| 1/30/2003 | 10,000,000 | 283,621,994 |
| 1/31/2003 | 197,322 | 283,819,316 |
| 2/27/2003 | 6,300,000 | 290,119,316 |
| 2/28/2003 | 388,502 | 290,507,818 |
| 3/27/2003 | 15,000,000 | 305,507,818 |
| 3/31/2003 | 361,283 | 305,869,101 |
| 4/29/2003 | 10,000,000 | 315,869,101 |
| 4/30/2003 | 2,415,303 | 318,284,404 |
| 5/30/2003 | 192,551 | 318,476,956 |
| 6/26/2003 | 9,989,245 | 328,466,201 |
| 6/30/2003 | 280,128 | 328,746,329 |
| 7/30/2003 | 10,000,000 | 338,746,329 |
| 7/31/2003 | 126,607 | 338,872,936 |
| 8/29/2003 | 3,000,000 | 341,872,936 |
| 9/2/2003 | 122,642 | 341,995,578 |
| 9/30/2003 | 202,937 | 342,198,515 |
| 9/30/2003 | 3,154,593 | 345,353,108 |
| 10/30/2003 | 20,066,076 | 365,419,183 |
| 10/31/2003 | 141,675 | 365,560,859 |
| 11/28/2003 | 213,847 | 365,774,706 |
| 12/30/2003 | 4,874,877 | 370,649,583 |
| 12/31/2003 | 339,226 | 370,988,809 |
| 1/28/2004 | 7,607,760 | 378,596,569 |
| 1/30/2004 | 137,818 | 378,734,387 |
| 2/26/2004 | 7,053,426 | 385,787,813 |
| 2/27/2004 | 212,671 | 386,000,485 |
| 3/31/2004 | 214,610 | 386,215,095 |
| 4/21/2004 | 7,799,577 | 394,014,672 |
| 4/27/2004 | 254,410 | 394,269,082 |
| 4/30/2004 | 233,289 | 394,502,371 |
| 5/27/2004 | 7,686,871 | 402,189,242 |
| 5/28/2004 | 261,847 | 402,451,089 |
| 6/25/2004 | 8,623,447 | 411,074,537 |
| 6/29/2004 | 7,599,429 | 418,673,966 |
| 6/30/2004 | 256,959 | 418,930,924 |
| 7/30/2004 | 446,751 | 419,377,675 |
| 8/30/2004 | 8,919,431 | 428,297,106 |

Exhibit 34

**Cash Infusions of IA Business Customer Money from
the IA Business to the Proprietary Trading Business[1]
July 1999 to November 30, 2008**

| Date | Amount | Cumulative Total |
|---|---|---|
| 8/31/2004 | 593,937 | 428,891,043 |
| 9/27/2004 | 8,459,562 | 437,350,605 |
| 9/30/2004 | 742,730 | 438,093,335 |
| 10/29/2004 | 1,118,901 | 439,212,235 |
| 11/26/2004 | 3,030,109 | 442,242,344 |
| 11/26/2004 | 10,775,000 | 453,017,344 |
| 11/30/2004 | 1,266,766 | 454,284,110 |
| 12/22/2004 | 4,304,000 | 458,588,110 |
| 12/30/2004 | 1,361,011 | 459,949,122 |
| 12/31/2004 | 5,689 | 459,954,811 |
| 1/28/2005 | 8,602,316 | 468,557,126 |
| 1/31/2005 | 1,683,327 | 470,240,454 |
| 2/24/2005 | 660,218 | 470,900,672 |
| 2/25/2005 | 1,873,645 | 472,774,317 |
| 3/21/2005 | 8,665,400 | 481,439,717 |
| 3/30/2005 | 1,830,061 | 483,269,777 |
| 3/31/2005 | 18,991 | 483,288,768 |
| 5/26/2005 | 5,395,207 | 488,683,976 |
| 6/30/2005 | 6,635,836 | 495,319,811 |
| 9/14/2005 | 8,299,168 | 503,618,979 |
| 9/29/2005 | 8,259,888 | 511,878,867 |
| 10/27/2005 | 8,446,920 | 520,325,787 |
| 12/28/2005 | 8,936,061 | 529,261,847 |
| 1/31/2006 | 8,272,286 | 537,534,134 |
| 3/27/2006 | 2,787,764 | 540,321,898 |
| 3/28/2006 | 2,221,242 | 542,543,139 |
| 3/29/2006 | 2,390,748 | 544,933,887 |
| 3/30/2006 | 1,065,621 | 545,999,508 |
| 4/5/2006 | 2,771,120 | 548,770,629 |
| 4/6/2006 | 3,195,833 | 551,966,462 |
| 4/7/2006 | 2,172,355 | 554,138,817 |
| 6/29/2006 | 8,527,200 | 562,666,017 |
| 7/26/2006 | 7,905,340 | 570,571,357 |
| 9/26/2006 | 3,994,053 | 574,565,410 |
| 9/27/2006 | 3,992,562 | 578,557,972 |
| 10/26/2006 | 3,586,527 | 582,144,499 |
| 10/27/2006 | 4,152,077 | 586,296,575 |
| 10/30/2006 | 3,810,016 | 590,106,591 |
| 11/30/2006 | 397,943 | 590,504,534 |
| 12/27/2006 | 8,715,394 | 599,219,927 |
| 12/28/2006 | 3,259,542 | 602,479,469 |
| 2/26/2007 | 10,737,292 | 613,216,761 |
| 3/29/2007 | 14,828,550 | 628,045,311 |
| 4/25/2007 | 13,146,813 | 641,192,124 |
| 6/21/2007 | 4,969,500 | 646,161,624 |
| 6/22/2007 | 3,803,121 | 649,964,745 |
| 6/25/2007 | 4,276,522 | 654,241,267 |
| 8/6/2007 | 5,537,280 | 659,778,547 |
| 8/21/2007 | 5,535,432 | 665,313,979 |
| 9/14/2007 | 5,156,814 | 670,470,793 |
| 9/17/2007 | 4,048,668 | 674,519,461 |
| 9/18/2007 | 3,036,532 | 677,555,993 |
| 9/24/2007 | 4,890,501 | 682,446,494 |
| 9/25/2007 | 3,902,600 | 686,349,094 |
| 9/26/2007 | 3,458,910 | 689,808,004 |
| 10/31/2007 | 3,473,435 | 693,281,439 |

Exhibit 34

**Cash Infusions of IA Business Customer Money from
the IA Business to the Proprietary Trading Business[1]
July 1999 to November 30, 2008**

| Date | Amount | Cumulative Total |
|---|---|---|
| 11/7/2007 | 3,477,110 | 696,758,549 |
| 11/15/2007 | 5,248,520 | 702,007,068 |
| 11/21/2007 | 4,979,250 | 706,986,318 |
| 11/29/2007 | 6,152,818 | 713,139,136 |
| 11/30/2007 | 4,070,890 | 717,210,026 |
| 12/11/2007 | 3,254,302 | 720,464,328 |
| 12/21/2007 | 3,258,429 | 723,722,757 |
| 1/29/2008 | 6,623,733 | 730,346,489 |
| 3/24/2008 | 6,623,799 | 736,970,288 |
| 4/4/2008 | 5,773,958 | 742,744,246 |
| 5/9/2008 | 5,056,395 | 747,800,641 |
| 5/28/2008 | 10,807,786 | 758,608,427 |
| 7/22/2008 | 7,265,690 | 765,874,117 |
| 8/13/2008 | 3,385,482 | 769,259,599 |
| 9/15/2008 | 7,347,904 | 776,607,503 |
| 9/19/2008 | 3,487,505 | 780,095,008 |
| 11/6/2008 | 7,656,887 | 787,751,895 |
| 11/7/2008 | 5,041,314 | 792,793,209 |
| 11/10/2008 | 6,389,248 | 799,182,457 |

1. Based on the 621 Account and the 703 Account bank statements from 1999 to 2008.