# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                           Plaintiff,<br><br>           v.<br><br>LEGACY CAPITAL LTD.,<br><br>                           Defendant. | Adv. Pro. No. 10-05286 (CGM) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                           Plaintiff,<br><br>           v.<br><br>RAFAEL MAYER, et al.,<br><br>                           Defendants. | Adv. Pro. No. 20-01316 (CGM) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION TO CONSOLIDATE THE LEGACY ADVERSARY PROCEEDINGS FOR ALL PRE-TRIAL MATTERS**

This matter came before the Court on the Combined Motion and Memorandum of Law to Consolidate ("Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, for an order, pursuant to Rule 42 of the Federal Rules of Civil Procedure as made applicable by Rule 7042 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the record before it, and after due deliberation, it is hereby

**ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the clerk of court is directed to consolidate the following adversary proceedings for all pre-trial matters: *Picard v. Legacy Capital Ltd. (In re BLMIS)*, Adv. Pro. No. 10-05286 (CGM) (Bankr. S.D.N.Y.) and *Picard v. Mayer et al. (In re BLMIS)*, Adv. Pro. No. 20-01316 (CGM) (Bankr. S.D.N.Y.).

**IT IS FURTHER ORDERED** that all future documents in these adversary proceedings shall be filed under *Picard v. Legacy Capital Ltd. (In re BLMIS)*, Adv. Pro. No. 10-05286 (CGM) (Bankr. S.D.N.Y.).

**IT IS FURTHER ORDERED** that the clerk of court is directed to file a copy of this order in both *Picard v. Legacy Capital Ltd. (In re BLMIS)*, Adv. Pro. No. 10-05286 (CGM) (Bankr. S.D.N.Y.) and *Picard v. Mayer et al. (In re BLMIS)*, Adv. Pro. No. 20-01316 (CGM) (Bankr. S.D.N.Y.).