HERBERT SMITH FREEHILLS NEW YORK LLP
Michael Schoeneberger
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
michael.schoeneberger@hsf.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>Defendants. | Adv. Pro. No. 11-02569 (CGM) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Michael Schoeneberger, an associate at the law firm

Herbert Smith Freehills New York LLP, hereby appears as counsel in the above-captioned

actions for Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited), and requests that all parties serve upon him copies of all papers filed in or affecting these actions.

    I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated: New York, New York
      February 24, 2022

      **HERBERT SMITH FREEHILLS NEW YORK LLP**

By:  */s/ Michael Schoeneberger*
     Michael Schoeneberger
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (917) 542-7600
     Michael.schoeneberger@hsf.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited*