**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 12-01693 (CGM) |
| v. | |
| BANQUE LOMBARD ODIER & CIE SA, | |
| Defendant. | |

**CORPORATE OWNERSHIP STATEMENT OF**
**BANQUE LOMBARD ODIER & CIE SA**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, Defendant Banque Lombard Odier & Cie SA (formerly Lombard Odier Darier Hentsch & Cie) identifies LO Holding SA as its parent corporation and states that no publicly held corporation directly or indirectly owns 10% or more of its equity interests.

Dated: February 25, 2022
      New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/*John F. Zulack_____
John F. Zulack
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com

MAYER BROWN LLP

By: */s/* Mark G. Hanchet_____
Mark G. Hanchet
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: mhanchet@mayerbrown.com
Email: kkelly@mayerbrown.com

Marc R. Cohen
1999 K St., NW
Washington, DC 20006
Tel. No.: (202) 263-3000
Email: mcohen@mayerbrown.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*