Department of the Treasury
Internal Revenue Service
P.O. Box 249
Memphis, TN 38101-0249

For assistance, call:
1-800-829-8374

Notice Number: CP21B
Date: August 10, 2009

Taxpayer Identification Number: ███-██-1207
Tax Form: 1040
Tax Year: December 31, 2005

IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

Amount of Refund
$98,818.00

For account of DAVID & IRMA GROSS

This is not a bill

# We Changed Your Account

We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.

## Why You Received This Notice

We changed your tax account for 2005 because you requested a tentative carryback or a restricted interest claim.

The law requires us to send a copy of this notice to both you and your spouse. Each copy contains the same information about your joint account. We will issue only one refund.

## How We Changed Your Account

We changed your account as follows:

| | |
|---|---|
| Account balance before this change | None |
| Decrease in tax because of this change | $98,818.00 CR |
| Amount to be refunded to you (if you owe no other taxes or other debts we are required to collect) | $98,818.00 |

## How This Affects You

You may have already received your refund by direct deposit or mail. If not, you can expect it in approximately 2 weeks. Your refund will include interest if applicable. We will notify you if any pending matters postpone your refund.

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

RECEIVED
FEB 25 2022
U.S BANKRUPTCY COURT
SD DIST OF NEW YORK

OVER

C3_2113_CSACKLTR_21198_12/14/2017


**Bank of America**

PO BOX 31785
TAMPA, FL 33631



AB 0927   631 000         04002 #@01 SP 0.408
DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

Date
09/26/2018

Account No.:
9832

Property Address
7248 BALLANTRAE CT
BOCA RATON, FL  33496

## Important information about your home loan.

We have received written communication regarding your home loan. We are in the process of concluding our review. Upon completion we will provide a written response of our findings.

### Thank you

We appreciate the opportunity to serve your financial needs.

Please write your loan number on all correspondence.

Department of the Treasury
Internal Revenue Service
P.O. Box 249
Memphis, TN 38101-0249

33496    IRS USE ONLY    SB W    09254-602-91143-9
0    0    89    206930

For assistance, call:
1-800-829-8374
Your Caller ID: 669750
Notice Number: CP21B
Date: August 10, 2009

000490-593612-0003-001 1 AT 0.357 595

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

Taxpayer Identification Number: ___1207
Tax Form: 1040
Tax Year: December 31, 2006

Amount of Refund
$156,566.00

For account of DAVID & IRMA GROSS

This is not a bill

## We Changed Your Account

We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.

### Why You Received This Notice

We changed your tax account for 2006 because you requested a tentative carryback or a restricted interest claim.

The law requires us to send a copy of this notice to both you and your spouse. Each copy contains the same information about your joint account. We will issue only one refund.

### How We Changed Your Account

We changed your account as follows:

| | |
|---|---|
| Account balance before this change | None |
| Decrease in tax because of this change | $156,566.00 CR |
| Amount to be refunded to you (if you owe no other taxes or other debts we are required to collect) | $156,566.00 |

### How This Affects You

You may have already received your refund by direct deposit or mail approximately 2 weeks. Your refund will include interest if applicable. If not, you can expect it in matters postpone your refund. We will notify you if any pending

Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496



**Bank of America**

PO Box 31785
Tampa, FL 33631-3785

1-800-432-1000

FAX 866 408-5184
FAX 302 457-4621
FAX 336 805 8686

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

**Customer service information**

Customer service: 800.669.6607
TDD/TTY users only: 800.300.6407
En Español: 800.295.0025
bankofamerica.com

Account number                 98
Payment due date          11/01/
**Total amount due**          $0.0

## Your Home Loan Account
Statement date: October 16, 2017

Your loan is paid ahead and no payment is due at this time. Your next scheduled payment is due on December 1, 2017. If you have questions, please call us at the number listed on your statement.

### Account information

| | |
|---|---|
| Property address | 7248 BALLANTRAE CT |
| Loan type | 25 Yr Conv Adj Rate Mtge |
| Contractual remaining term | 15 Years |
| Principal balance | $170,256.71 |
| Interest rate until 11/2017 | 2.500% |
| Prepayment penalty | No |

### Explanation of total amount due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| **Regular monthly payment** | **$0.00** |
| Current period fees and charges | $0.00 |
| **Total amount due** | **$0.00** |

*Please see the "Other important information" section of the statement.

### Past payments breakdown

| | Paid since last statement | Paid year to date* |
|---|---|---|
| Principal | $19,638.47 | $19,638.47 |
| Interest | $757.14 | $1,152.75 |
| Fees, charges, and advances | $0.00 | $0.00 |
| **Total** | **$20,395.61** | **$20,791.22** |

CATHY 561-483-4543

Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

EXPLAIN

### Scheduled payments    (PayPlan/12)

🔔 Your next payment of $1,135.25 is posting on 11/10/17

### Transaction activity    (09/21/17 to 10/16/17)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/06/17 | Unapplied Funds Posted | | $20,000.00 |
| 10/06/17 | Unapplied Funds Reversal | | -$20,000.00 |
| 10/06/17 | Payment Posted - Thank you | | $395.61 |
| 10/06/17 | Principal Posted | | $19,604.39 |

Department of the Treasury
Internal Revenue Service
P.O. Box 249
Memphis, TN 38101-0249

IRS USE ONLY    SB W

For assistance, call:
1-800-829-0374
Your Caller ID: 6697
Notice Number: CP21E
Date: August 10, 2009

Taxpayer Identification Number: XXX-XX-1207
Tax Form: 1040
Tax Year: December 31, 2007

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

For account of DAVID & IRMA GROSS

This is not a bill

handwritten: WE ARE BY ROBERT / SENT COPY OF CHECKS RETURNED / SENT PROOF

**We Changed Your Account**

We will explain why you received this notice, how we changed your account, how this change affects you and actions you may wish to take.

**Why You Received This Notice**

We changed your tax account for 2007 because you requested a tentative carryback or a restricted claim.

The law requires us to send a copy of this notice to both you and your spouse. Each copy contains the same information about your joint account. We will issue only one refund.

**How We Changed Your Account**

We changed your account as follows:

| | |
|---|---|
| Account Balance before this change | |
| Decrease in tax because of this change | |
| Amount to be refunded to you (if you owe no other taxes or other debts we are required to collect) | None $134,371.00 CR $134,371.00 |

Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

**How This Affects You**

You may have already received your refund by direct deposit or mail. If not, you can expect it in approximately 2 weeks. Your refund will include interest if applicable. We will notify you if any pending matters postpone your refund.

OVER

Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496





Page 6

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2018 | MISC. POSTING | -791.12 | 03/2018 | -791.12<br>45,914.83 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | MISC. POSTING | -357.65 | 03/2018 | -357.65<br>46,272.48 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | PAYMENT REVERSAL | -680.29 | 02/2018 | -572.94<br>46,845.42 | -107.35 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | MISC. POSTING | 680.29 | 02/2018 | 680.29<br>46,165.13 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | MISC. POSTING | 680.19 | 02/2018 | 680.19<br>45,484.94 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | MISC. POSTING | 791.12 | 02/2018 | 791.12<br>44,693.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | MISC. POSTING | 240.00 | 02/2018 | 240.00<br>44,453.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/01/2018 | MISC. POSTING | 11,000.00 | 02/2018 | 11,000.00<br>33,453.82 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/02/2018 | MISC. POSTING | 2,532.31 | 02/2018 | 2,258.87<br>31,194.95 | 273.44 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/02/2018 | MISC. POSTING | 302.90 | 02/2018 | .00<br>31,194.95 | 302.90 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/02/2018 | MISC. POSTING | 796.57 | 02/2018 | 796.57<br>30,398.38 | .00 | .00<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/12/2018 | PAYOFF | 30,568.90 | 02/2018 | 30,398.38<br>.00 | 127.42 | 43.10<br>43.10 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/26/2018 | PAYOFF ESC REFUND | -43.10 | 03/2018 | .00<br>.00 | .00 | -43.10<br>.00 | .00 | .00 | .00<br>.00 | .00<br>.00 |

## Fee Transaction Activity (09/2017 - 08/2018)

| Transaction Date | Fee Description | Charges | Payments |
|---|---|---|---|
| 03/12/2018 | Reconveyance Fee | 12.60 | .00 |
| 03/12/2018 | Reconveyance Fee | .00 | 12.60 |

Department of the Treasury
Internal Revenue Service
P.O. Box 249
Memphis, TN 38101-0249

For assistance, call:
1-800-829-0974

Notice Number: CP21B
Date: August 10, 2009
Taxpayer Identification Number: ***-**-*207
Tax Form: 1040
Tax Year: December 31, 2008

0000425-593623-0803-001 1 AT 0.357 596

IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

0485

Amount of Refund
$4,391.

Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

For account of: DAVID & IRMA GROSS

This is not a bill

## We Changed Your Account

We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.

### Why You Received This Notice

As you requested, we changed your account for 2008 to correct your

- Economic Stimulus Payment
- Schedule A

Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

The law requires us to send a copy of this notice to both you and your spouse. Each copy contains the same information about your joint account. We will issue only one refund.

### How We Changed Your Account

We changed your account as follows:

| Account balance before this change | |
|---|---|
| Decrease in tax because of this change | None |
| Credit reduced other | $4,991.00 CR |
| | $600.00 |
| Amount to be refunded to you (If you owe no other taxes or other debts we are required to collect) | $4,391.00 |

### How This Affects You

You may have already received your refund by direct deposit or mail. If not, you can expect it in approximately 2 weeks. Your refund will include interest if applicable. We will notify you if any pending matters postpone your refund.

OVER

David Gross

6. **Services:** Misrepresentations, shoddy work, failure to have required licenses, failure to perform.
7. **Communications:** Misleading offers, installation issues, service problems, billing disputes with phone and internet services.
8. **Health Products/Services:** Misleading claims, unlicensed practitioners, failure to deliver, medical billing issues.
9. **Household Goods:** Misrepresentations, failure to deliver, defective merchandise, faulty repairs in connection with furniture or appliances.
10. (Tie) **Home Solicitations:** Misrepresentations, abusive sales practices, and failure to deliver in door-to-door, telemarketing or mail solicitations, do-not-call violations
    **Internet Sales:** Misrepresentations or other deceptive practices, failure to deliver online purchases
    **Travel:** Misrepresentations, failure to deliver cancellation and billing disputes.

**First-Hand "Real-World" Consumer Stories**

Stories from agencies' files illustrating consumer problems are featured in the "Real-World Complaints" section of the report, along with tips for consumers. Here are some of the stories:

**A Hole Lot of Nothing:** A Massachusetts couple who wanted their home renovated paid a contractor $68,000 and all they had to show for it was a hole in the ground.

**Parts Unknown:** A Louisiana woman whose car was at a repair shop for over a year discovered that the owner was selling off parts of the vehicle, instead of getting the parts to fix it.

**Missing Money:** An elderly Los Angeles man whose home was foreclosed on asked for help to retrieve the $271,000 he was owed from the sale of the property.

**An Unwittingly Helpful Car Buyer:** An Ohio restaurant owner who speaks very little English accompanied an employee to an auto dealership to vouch for his income and ended up unwittingly co-signing the car loan.

**The Malufacturer:** A Virginia company operating in Washington D.C. collected $284,000 through crowdfunding to produce athletic apparel, but after more than two years hadn't delivered a stitch of the clothing it promised to supporters.

**Unwanted House Guests:** A Florida woman, complaining about the squalid conditions of the house she was renting, provided photographs showing rats eating the groceries she had just purchased for her three young children.

IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON    FL    33496-1422

Taxpayer Identification Number ███1207
Tax Form: 1040
Tax Year: December 31, 2005

Amount of Refund
$163,41[4]

For account of DAVID & IRMA GROSS

This is not a bill

CASE NO
08-01789-CGM

## We Changed Your Account

We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.

### Why You Received This Notice

We changed your tax account for 2003 because you requested a tentative carryback or a restricted interest claim.

The law requires us to send a copy of this notice to both you and your spouse. Each copy contains the same information about your joint account. We will issue only one refund.

### How We Changed Your Account

We changed your account as follows:



Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

| | |
|---|---|
| Account balance before this change | |
| Decrease in tax because of this change | None |
| Amount to be refunded to you (if you owe no other taxes or other debts we are required to collect) | $163,414.00 CR |
| | $163,414.00 |

### How This Affects You

You may have already received your refund by direct deposit or mail. If not, you can expect it in approximately 2 weeks. Your refund will include interest if applicable. We will notify you if any pending matters postpone your refund.

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496



Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

Mobile Computing
*Disposing of your computer*      99

## Maintaining your battery

Fully discharging your battery pack will allow better accuracy of the battery meter.

To fully discharge your battery pack:

- Periodically, disconnect the computer from a power source and operate it on battery power until the battery pack fully discharges.
- If you have extra battery packs, rotate their use (for models with an accessible battery only).
- If you will not be using the system for an extended period, more than one month, remove the battery pack (for models with an accessible battery only).
- Store spare battery packs in a cool dry place out of direct sunlight (for models with an accessible battery only).

## Disposing of your computer

**NOTE** This User's Guide covers an entire product series. Certain models may not have an accessible battery.

**For models with a non-accessible battery read the following disposal information.**

**⚠ WARNING** Never attempt to dispose of a computer by burning or by throwing it into a fire, and never allow exposure to a heating apparatus (e.g., microwave oven). Heat can cause a computer to explode and/or release caustic liquid, both which may possibly cause serious injury.

Discard this computer in accordance with applicable laws and regulations.

Disposal of this product may be regulated due to environmental considerations. For disposal, reuse or recycling information, please contact your local government.

For more information, see "Computer Recycling Information" on page 17, or for complete information about Toshiba's recycling programs and initiatives, please visit http://us.toshiba.com/recycle.



Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

Department of the Treasury
Internal Revenue Service
[address illegible]
Memphis, TN 38101-0249

1-800-829-0574

Notice Number: CP21E
Date: August 10, 2009

Taxpayer Identification: [redacted]1207
Tax Form: 1040
Tax Year: December 31, [year]

Amount

IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON FL 33496-1422

For account of DAVID & IRMA GROSS

This is not a bill

## We Changed Your Account

We will explain why you received this notice, how we changed your account, how this change will [affect you] and actions you may wish to take.

## Why You Received This Notice

We changed your tax account for 2004 because you requested a tentative carryback or a [restricted interest] claim.

The law requires us to send a copy of this notice to both you and your spouse. Each copy contains the same information about your joint account. We will issue only one refund.

## How We Changed Your Account

We changed your account as follows:

Ms Irma Gross
7248 Ballantrae Ct
Boca Raton FL 33496-1422

Account balance before this change                                None
Decrease in tax because of this change                             $171,703.00
Amount to be refunded to you
(if you owe no other taxes or other
debts we are required to collect)                                  $171,703.00

## How This Affects You

You may have already received your refund by direct deposit or mail. If not, you can expect it in approximately 2 weeks. Your refund will include interest if applicable. We will notify you if any pending matters postpone your refund.

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

OVER

**98**    **Mobile Computing**
*Taking care of your battery*

3   Slide the battery release lock to the locked position.



*(Sample Illustration) Locking the battery release lock*

4   Turn the computer right side up.
5   Reconnect any cables that were removed in step 3 of "Removing the battery from the computer" on page 96.
6   Restart the computer.

## Taking care of your battery

The following sections offer tips on how to take care of your battery and prolong its life.

### Safety precautions

⚠ **WARNING**   Always immediately turn the power off and disconnect the power cable/cord plug from the plug socket and stop using the computer if you observe any of the following conditions:

❖ Offensive or unusual odor
❖ Excessive heat
❖ Discoloration
❖ Deformation, cracks, or leaks
❖ Smoke
❖ Other unusual events during use, such as abnormal sound

Do not expose the computer to fire. The battery could explode

Do not turn on the computer's power again until an authorized Toshiba service provider has checked it for safety. Continued use could cause a fire or rupture possibly resulting in serious injury or computer failure including but not limited to the loss of data.