HERBERT SMITH FREEHILLS
NEW YORK LLP
Marc J. Gottridge
Michael Schoeneberger
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
marc.gottridge@hsf.com
michael.schoeneberger@hsf.com

**Hearing Date: June 15, 2022**
**Opposition Date: April 26, 2022**
**Reply Date: May 26, 2022**

*Attorneys for the Defendants in Adversary Proceeding No. 11-02569 (CGM)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02569 (CGM) |
| Plaintiff, | **DECLARATION OF MARC J. GOTTRIDGE IN SUPPORT OF THE BARCLAYS DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited), | |
| Defendants. | |

I, Marc J. Gottridge, hereby declare under penalty of perjury as follows:

1.      I am a member of the bar of this Court, an attorney duly licensed and admitted to practice law in the State of New York, and a partner in Herbert Smith Freehills New York LLP, counsel for Defendants Barclays Bank (Suisse) S.A. ("Barclays Suisse"), Caixabank S.A., as successor by merger to Barclays Bank S.A. ("Barclays Spain"), and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) ("Barclays Private Bank") (together, the "Barclays Defendants").    I respectfully submit this declaration in support of the Barclays Defendants' motion to dismiss the Complaint, as amended (the "Complaint"), filed by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), in this adversary proceeding (the "Motion").

2.      The purposes of this declaration are to:   (a) place before the Court certain documents attached to this declaration, which are referred to in the Barclays Defendants' accompanying memorandum of law in support of the Motion (the "Memorandum"); (b) provide detailed calculations of the amounts sought by the Trustee in certain adversary proceedings filed in this Court as reflected in the Trustee's various filings; and (c) request that the Court take judicial notice, pursuant to Rule 201(c)(2) of the Federal Rules of Evidence, of certain matters and facts.

**The Attached Exhibits**

3.       Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint (ECF No. 1) filed in this adversary proceeding, with all exhibits thereto.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Stipulation and Order Amending Complaint and Substituting a Defendant entered in this adversary proceeding on December 15, 2021 (ECF No. 119).

2

5.       Attached hereto as **Exhibit 3** is a true and correct copy of the Stipulation and Order Dismissing with Prejudice Certain Transfers Alleged in the Complaint entered in this adversary proceeding on February 14, 2022 (ECF No. 122).

6.       Attached hereto as **Exhibit 4** is a true and correct copy of the First Amended Complaint filed by the Trustee in the matter captioned *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y.) (the "Fairfield Action"), ECF No. 23, without exhibits.

7.       Collectively attached hereto as **Exhibit 5** are true and correct copies of the three Consent Judgments entered in favor of the Trustee and against Fairfield Sentry Limited ("Fairfield Sentry"), Fairfield Sigma Limited ("Fairfield Sigma"), and Fairfield Lambda Limited ("Fairfield Lambda") (together, the "Fairfield Funds"), filed in the Fairfield Action, ECF Nos. 108, 109, and 110.

8.       Attached hereto as **Exhibit 6** is a true and correct copy of the Settlement Agreement dated as of May 9, 2011 between the Trustee and Kenneth Krys and Joanna Lau, as Joint Liquidators of the Fairfield Funds (the "Fairfield Settlement Agreement"), filed in the Fairfield Action, ECF No. 69-2, without exhibits.

9.       Attached hereto as **Exhibit 7** is a true and correct copy of the Trustee's Twenty-Sixth Interim Report for the Period April 1, 2021 through September 30, 2021 filed in the substantively consolidated SIPA liquidation proceeding captioned *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (Bankr. S.D.N.Y.) (the "Consolidated Proceeding"), ECF No. 20821, with exhibits thereto.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of the Second Amended Complaint (the "Fairfield Second Amended Complaint") filed in the Fairfield Action, ECF No. 286.

11.    Collectively attached hereto as **Exhibit 9** are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Fairfield Second Amended Complaint filed in the Fairfield Action, ECF Nos. 286-8, 286-10, 286-12, 286-13, 286-14, and 286-21.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit G to the Fairfield Settlement Agreement filed in the Fairfield Action, ECF No. 69-9.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of Fairfield Sentry's Memorandum of Association and Articles of Association, filed as an exhibit to the Declaration of William Hare, counsel for the Liquidators of the Fairfield Funds, in the matter captioned *Fairfield Sentry Ltd. v. Barclays Bank (Suisse) SA*, Adv. Pro. No. 11-01259 (Bankr. S.D.N.Y. Oct. 25, 2016), ECF No. 16-6.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of an Order Granting Authority to Issue Subpoenas for the Production of Documents and the Examination of Witnesses issued by the Court in the Consolidated Proceeding, ECF No. 31.

15.    Collectively attached hereto as **Exhibit 13** are true and correct copies of Subpoenas for Rule 2004 Examination issued by the Trustee to Barclays Bank PLC and Barclays Capital Inc. on April 30, 2009, July 27, 2009, and April 8, 2010, in connection with the Consolidated Proceeding.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Regina Griffin in Support of the Trustee's Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1), filed in this adversary proceeding (ECF No. 51), with exhibits thereto.

17.    Collectively attached hereto as **Exhibit 15** are true and correct copies of the following documents:

| (a) | Exhibit C to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citibank N.A. et al.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.), ECF No. 214-3 |
|-----|---|
| (b) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch International*, Adv. Pro. No. 10-05346 (Bankr. S.D.N.Y.), ECF No. 1-1, page 43 |
| (c) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Nomura International PLC*, Adv. Pro. No. 10-05348 (Bankr. S.D.N.Y.), ECF No. 42-4 |
| (d) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Bilbao Vizcaya Argentaria, S.A.*, Adv. Pro. No. 10-05351 (Bankr. S.D.N.Y.), ECF No. 1-1, page 44 |
| (e) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Pictet at Cie*, Adv. Pro. No. 11-01724 (Bankr. S.D.N.Y.), ECF No. 1, page 24 |
| (f) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Safra National Bank of New York*, Adv. Pro. No. 11-01885 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (g) | Exhibit K to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque SYZ & Co., S.A.*, Adv. Pro. No. 11-02149 (Bankr. S.D.N.Y.), ECF No. 1-11 |
| (h) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (i) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Orbita Capital Return Strategy Limited*, Adv. Pro. No. 11-02537  (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (j) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Quilvest Finance Ltd.,* Adv. Pro. No. 11-02538 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (k) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Meritz Fire & Marine Insurance Co. Ltd.*, Adv. Pro. No. 11-02539 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (l) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lion Global Investors Limited*, Adv. Pro. No. 11-02540 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (m) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. First Gulf Bank*, Adv. Pro. No. 11-02541 (Bankr. S.D.N.Y.), ECF No. 1-4 |

| | |
|---|---|
| (n) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Parson Finance Panama S.A.*, Adv. Pro. No. 11-02542 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (o) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Delta National Bank and Trust Company*, Adv. Pro. No. 11-02551 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (p) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Unifortune Asset Management SGR SPA et ano.*, Adv. Pro. No. 11-02553 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (q) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (r) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (s) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (t) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (u) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| (v) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| (w) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banca Carige S.P.A.*, Adv. Pro. No. 11-02570 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (x) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Privee Espirito Santo S.A. formerly known as Compagnie Bancaire Espirito Santo S.A.*, Adv. Pro. No. 11-02571 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (y) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III*, Adv. Pro. No. 11-02572 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (z) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573 (Bankr. S.D.N.Y.), ECF No. 8-4 |

| (aa) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ASB Bank Corp.*, Adv. Pro. No. 11-02730 (Bankr. S.D.N.Y.), ECF No. 1-4 |
|------|------|
| (bb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Trincaster Corporation,* Adv. Pro. No. 11-02731 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (cc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bureau of Labor Insurance*, Adv. Pro. No. 11-02732 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (dd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Naidot & Co.*, Adv. Pro. No. 11-02733 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (ee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Caceis Bank, Caceis Bank Luxembourg*, Adv. Pro. No. 11-02758 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (ff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11-02760 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (gg) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (hh) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (ii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Inteligo Bank LTD. Panama Branch, formerly known as Blubank LTD. Panama Branch*, Adv. Pro. No. 11-02763 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (jj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (kk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch Bank (Suisse) SA*, Adv. Pro. No. 11-02910 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (ll) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Julius Baer & Co. Ltd.*, Adv. Pro. No. 11-02922 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (mm) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Falcon Private Bank Ltd. (formerly known as AIG Privat Bank AG)*, Adv. Pro. No. 11-02923 (Bankr. S.D.N.Y.), ECF No. 1-3 |

| | |
|---|---|
| (nn) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG et al.*, Adv. Pro. No. 11-02925 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (oo) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. LGT Bank in Liechtenstein Ltd.*, Adv. Pro. No. 11-02929 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (pp) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security.*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (qq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Fullerton Capital PTE Ltd.*, Adv. Pro. No. 12-01004 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (rr) | Exhibit F to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SICO Limited*, Adv. Pro. No. 12-01005 (Bankr. S.D.N.Y.), ECF No. 14-6 |
| (ss) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| (tt) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| (uu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (vv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (ww) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (xx) | Exhibit J to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (Bankr. S.D.N.Y.), ECF No. 1-10 |
| (yy) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Arden Asset Management Inc. et al.*, Adv. Pro. No. 12-01023 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (zz) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SNS Bank N.V. et ano.*, Adv. Pro. No. 12-01046 (Bankr. S.D.N.Y.), ECF No. 1-3 |

| (aaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company*, Adv. Pro. No. 12-01047 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| --- | --- |
| (bbb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco General S.A. et ano.*, Adv. Pro. No. 12-01048 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (ccc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kookmin Bank*, Adv. Pro. No. 12-01194 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (ddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Six Sis AG*, Adv. Pro. No. 12-01195 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (eee) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Vontobel AG formerly known as Bank J. Vontobel & Co. AG*, Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| (fff) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Multi-Strategy Fund Limited et ano.*, Adv. Pro. No. 12-01205 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| (ggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (hhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (iii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (jjj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), ECF No. 1-14 |
| (kkk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (lll) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-4 |

| (mmm) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-5 |
|---|---|
| (nnn) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| (ooo) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| (ppp) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ZCM Asset Holding Company (Bermuda) LLC*, Adv. Pro. No. 12-01512 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| (qqq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citivic Nominees Ltd.*, Adv. Pro. No. 12-01513 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (rrr) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Standard Chartered Defendants*, Adv. Pro. No. 12-01565 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| (sss) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UKFP (Asia) Nominees Limited*, Adv. Pro. No. 12-01566 (Bankr. S.D.N.Y.), ECF No. 1-2 |
| (ttt) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A.*, Adv. Pro. No. 12-01576 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (uuu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (vvv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (www) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barfield Nominees Limited*, Adv. Pro. No. 12-01669 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| (xxx) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole Corporate and Investment Bank doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*, Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), ECF No. 1-9 |

| (yyy) | Exhibit E to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG*, Adv. Pro. No. 12-01676 (Bankr. S.D.N.Y.), ECF No. 12-5 |
|---|---|
| (zzz) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Societe Generale Private Banking (Suisse) S.A. formerly known as SG Private Banking Suisse S.A. et al.*, Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (aaaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (bbbb) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (cccc) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| (dddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (eeee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| (ffff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (gggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Cantonale Vaudoise*, Adv. Pro. No. 12-01694 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (hhhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bordier & Cie*, Adv. Pro. No. 12-01695 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| (iiii) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, formerly known as Fortis (Isle Of Man) Nominees Limited et al.*, Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), ECF No. 1-3 |

| (jjjj) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Internationale a Luxembourg S.A. (formerly known as Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. et al.*, Adv. Pro. No. 12-01698 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| (kkkk) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Royal Bank of Canada et al.*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.), ECF No. 1-5 |

18.    Collectively attached hereto as **Exhibit 16** are true and correct copies of Exhibits 5 and 6 to the Fairfield Second Amended Complaint filed in the Fairfield Action, ECF Nos. 286-5 and 286-6.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of the United Kingdom Privy Council's judgment in *Fairfield Sentry Ltd. v. Migani*, [2014] UKPC 9, *available at* https://www.jcpc.uk/cases/docs/jcpc-2012-0061-judgment.pdf.

20.    Collectively attached hereto as **Exhibit 18** are a certified English translation and a true and correct copy of a publicly-available French-language Extract without cancellations from the Geneva Register of Commerce, reflecting that Barclays Suisse was registered for "operation of a bank" on February 20, 1986.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of the Swiss Federal Banking Commission's list of authorized banks and securities dealers dated December 26, 2008, identifying Barclays Suisse as a "[b]ank."

22.    Collectively attached hereto as **Exhibit 20** are excerpts from a certified English translation and a true and correct copy of a publicly-available Spanish-language 2007 list of companies registered as financial institutions from the Banco de España, reflecting that Caixabank (then named Barclays Bank S.A.) was registered as a bank with the Banco de España in 2007.

23.     Collectively attached hereto as **Exhibit 21** are excerpts from a certified English translation and a true and correct copy of a publicly-available Spanish-language 2008 list of companies registered as financial institutions from the Banco de España, reflecting that Caixabank (then named as Barclays Bank S.A.) was registered as a bank with the Banco de España in 2008.

24.     Collectively attached hereto as **Exhibit 22** are a certified English translation and a true and correct copy of publicly-available Spanish-language historical registry information from the Banco de España, reflecting that Caixabank (then named as Barclays Bank S.A.) was a financial institution between January 1, 2004 and December 31, 2008.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of the Jersey Financial Services Commission's ("JFSC") publicly-available registry entry for Zedra Trust Company (Jersey) Limited, reflecting that it was authorized to carry on "Trust Company Business."

26.     Attached hereto as **Exhibit 24** is a true and correct copy of certain JFSC Companies Registry Records as of March 3, 2020, reflecting that the entity now known as Zedra Trust Company (Jersey) Limited has been registered with the JFSC since 1972.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of a JFSC Certificate of Incorporation: Change of Name of a Limited Company, reflecting that Barclays Trust Company (Jersey) Limited changed its name to Zedra Trust Company (Jersey) Limited on January 15, 2016.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of a JFSC Certificate of Incorporation: Change of Name of a Limited Company, reflecting that Barclays Private Bank & Trust Limited changed its name to Barclays Trust Company (Jersey) Limited on October 31, 2014.

**Calculations of Amounts Sought by the Trustee in Certain Adversary Proceedings**

29.    Set forth below is a chart calculating the sum total of amounts claimed by the Trustee in adversary proceedings commenced in this Court as subsequent transfers allegedly received by the defendants listed below directly from Fairfield Sentry after May 9, 2003,[1] as reflected in the Trustee's complaints and/or exhibits thereto included in **Exhibit 15**:[2]

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 10-05345 | Citibank, N.A., et al | ($100,000,000) |
| 10-05346 | Merrill Lynch International | ($14,200,000) |
| 10-05348 | Nomura International PLC | ($20,013,186) |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | ($45,000,000) |
| 11-01724 | Pictet et Cie. | ($50,386,685) |
| 11-01885 | Safra New York | ($95,853,574) |
| 11-02149 | Banque Syz & Co., SA | ($15,449,241) |
| 11-02493 | Abu Dhabi Investment Authority | ($300,000,000) |
| 11-02537 | Orbita | ($30,662,226) |
| 11-02538 | Quilvest Finance Ltd. | ($37,800,113) |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | ($21,855,898) |
| 11-02540 | Lion Global Investors Limited | ($50,583,442) |
| 11-02541 | First Gulf Bank | ($11,532,393) |
| 11-02542 | Parson Finance Panama S.A. | ($11,089,081) |

[1] According to Exhibit C to the Complaint in this adversary proceeding (Exhibit 1 hereto), May 9, 2003 is the date of the first alleged BLMIS-to-Fairfield Sentry initial transfer within the six-year lookback period (calculating back from the Filing Date of December 11, 2008).

[2] Where applicable, the numbers in this chart have been adjusted to reflect the dismissal of certain claims in the above-captioned adversary proceeding, *see supra* ¶ 4 (Exhibit 3 hereto), and in the adversary proceedings identified below, pursuant to the following: (i) Stipulation and Order entered on December 21, 2021, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), ECF No. 111; (ii) Stipulation and Order entered on January 27, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), ECF No. 87; (iii) Stipulation and Order entered on February 22, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), ECF No. 89.

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 11-02551 | Delta National Bank and Trust Company | ($20,634,958) |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | ($16,355,650) |
| 11-02554 | National Bank of Kuwait S.A.K. | ($18,724,399) |
| 11-02568 | Cathay Life Insurance Co. LTD. | ($24,496,799) |
| 11-02568 | Cathay Bank | ($17,206,126) |
| 11-02569 | Barclays Private Bank | ($820,636) |
| 11-02569 | Barclays Spain | ($4,719,252) |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | ($37,973,175) |
| 11-02570 | Banca Carige S.P.A. | ($10,532,489) |
| 11-02571 | BPES | ($11,426,745) |
| 11-02572 | Korea Exchange Bank | ($33,593,106) |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | ($54,253,642) |
| 11-02730 | Atlantic Security Bank | ($120,168,691) |
| 11-02731 | Trincaster Corporation | ($13,311,800) |
| 11-02732 | Bureau of Labor Insurance | ($42,123,406) |
| 11-02733 | Naidot & Co. | ($13,654,907) |
| 11-02758 | Caceis Bank Luxembourg, et al. | ($24,052,228) |
| 11-02760 | ABN Amro Bank N.V., et al. | ($2,808,105) |
| 11-02762 | Lighthouse Diversified | ($7,913,873) |
| 11-02762 | Lighthouse Supercash | ($3,251,378) |
| 11-02763 | Inteligo Bank LTD. | ($10,745,160) |
| 11-02784 | Somers Dublin Limited et al. | ($1,985,648) |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | ($44,127,787) |
| 11-02922 | Bank Julius Baer & Co. Ltd. | ($35,258,617) |
| 11-02923 | Falcon Private Bank Ltd. | ($38,675,129) |
| 11-02925 | Credit Suisse AG et al. | ($256,629,647) |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | ($10,350,118) |
| 12-01002 | The Public Institution For Social Security | ($20,000,000) |
| 12-01004 | Fullerton Capital PTE Ltd. | ($10,290,445) |
| 12-01005 | SICO LIMITED | ($14,544,620) |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | ($60,595,069) |
| 12-01019 | Banco Itau International | ($9,969,942) |
| 12-01021 | Grosvenor Aggressive | ($4,191,288) |
| 12-01021 | Grosvenor Balanced | ($13,000,000) |
| 12-01021 | Grosvenor Private | ($14,315,101) |
| 12-01022 | Credit Agricole (Suisse) SA | ($15,654,127) |
| 12-01023 | Arden Asset Management, et al. | ($12,586,659) |
| 12-01046 | SNS Bank N.V. et al. | ($21,060,551) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01047 | KOCH INDUSTRIES, INC., | ($21,533,871) |
| 12-01048 | Banco General S.A. et al. | ($8,240,499) |
| 12-01194 | Kookmin Bank | ($42,010,303) |
| 12-01195 | Six Sis AG | ($379,248) |
| 12-01202 | Bank Vontobel AG et. al. | ($8,470,371) |
| 12-01205 | Multi Strategy Fund Ltd., et al. | ($25,763,374) |
| 12-01207 | Lloyds TSB Bank PLC | ($11,134,574) |
| 12-01209 | BSI AG | ($27,452,138) |
| 12-01209 | Banca del Gottardo | ($20,058,735) |
| 12-01210 | Schroder & Co. | ($25,116,802) |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | ($6,477,447) |
| 12-01211 | Union Global Fund | ($9,283,664) |
| 12-01211 | Union Strategy Fund | ($1,445,016) |
| 12-01216 | Bank Hapoalim Switzerland | ($20,047,109) |
| 12-01216 | Bank Hapoalim B.M. | ($1,712,100) |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC | ($24,491,791) |
| 12-01513 | CITIVIC | ($59,479,232) |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. | ($275,267,978) |
| 12-01566 | UKFP (Asia) Nominees | ($8,012,183) |
| 12-01576 | BNP Paribas S.A. et al | ($3,423,188) |
| 12-01577 | UBS Deutschland AG, et al. | ($7,230,511) |
| 12-01577 | LGT Switzerland | ($522,826) |
| 12-01669 | Barfield Nominees Limited et al | ($16,178,329) |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH | ($26,121,583) |
| 12-01676 | Clariden Leu AG | ($35,838,401) |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | ($128,678,138) |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility | ($7,913,079) |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | ($3,740,436) |
| 12-01690 | EFG Bank S.A., et al. | ($201,594,824) |
| 12-01691 | Banque Degroof Luxembourg | ($1,303,203) |
| 12-01691 | Banque Degroof | ($58,473) |
| 12-01693 | Banque Lombard Odier & Cie | ($93,511,466) |
| 12-01694 | Banque Cantonale Vaudoise | ($9,769,927) |
| 12-01695 | Bordier & Cie | ($7,928,454) |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. | ($122,001,935) |
| 12-01698 | Banque International a Luxembourg SA/Dexia | ($61,515,524) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01699 | Royal Bank of Canada, et al. | ($38,182,649) |
| | **Total Sentry Six-Year Transfers to Investors** | **($3,238,316,493)** |
| | Less Pre-May 9, 2003 transfers | $66,839,526 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($3,171,476,967)** |

30.    Set forth below is a chart calculating the sum total of amounts claimed by the Trustee in the Fairfield Action as subsequent transfers allegedly received by the defendants listed below directly from Fairfield Sentry after May 9, 2003, as reflected in Exhibits 8, 10, 12, 13, 14, and 21 to the Fairfield Second Amended Complaint, collectively attached as **Exhibit 9** hereto:

| EXHIBIT NO. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 286-8 | Fif Advanced Limited | ($45,206,428) |
| 286-10 | Fairfield Investment Fund Limited | ($337,718,887) |
| 286-12 | Fairfield Greenwich Limited | ($87,440,586) |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | ($611,613,040) |
| 286-14 | Fairfield Greenwich Advisors | ($56,013,598) |
| 286-21 | Amit Vijayvergiya | ($955,465) |
| | **Total Sentry Six-Year Transfers to Investors** | **($1,138,948,004)** |
| | Less Pre-May 9, 2003 transfers | $103,688,693 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($1,035,259,311)** |

31.    Set forth below is a chart reflecting the transfers made directly by Fairfield Sentry to the entities listed below between May 9, 2003, and September 30, 2003, as alleged in the complaints and/or exhibits thereto included in **Exhibits 15** and **16** hereto:

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Quilvest | 11-02538 | 5/14/2003 | ($168,554) |
| Quilvest | 11-02538 | 5/14/2003 | ($210,313) |
| Quilvest | 11-02538 | 5/14/2003 | ($311,518) |
| Delta Bank | 11-02551 | 5/14/2003 | ($73,217) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Delta Bank | 11-02551 | 5/14/2003 | ($100,952) |
| Delta Bank | 11-02551 | 5/14/2003 | ($111,651) |
| Delta Bank | 11-02551 | 5/14/2003 | ($696,496) |
| MLBS | 11-02910 | 5/14/2003 | ($504,029) |
| MLBS | 11-02910 | 5/14/2003 | ($1,500,000) |
| MLBS | 11-02910 | 5/14/2003 | ($2,498,558) |
| BJB | 11-02922 | 5/14/2003 | ($1,954,536) |
| Credit Suisse London Nominees Limited | 11-02925 | 5/14/2003 | ($2,159,026) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 5/14/2003 | ($401,103) |
| Credit Suisse London Nominees Limited | 11-02925 | 5/14/2003 | ($36,000) |
| LGT Liechtenstein | 11-02929 | 5/14/2003 | ($500,974) |
| SNS Defendants | 12-01046 | 5/14/2003 | ($641,531) |
| Lloyds | 12-01207 | 5/14/2003 | ($2,093,660) |
| Lloyds | 12-01207 | 5/14/2003 | ($247,494) |
| BSI | 12-01209 | 5/14/2003 | ($191,989) |
| BSI | 12-01209 | 5/14/2003 | ($238,192) |
| BSI | 12-01209 | 5/14/2003 | ($266,369) |
| BSI | 12-01209 | 5/14/2003 | ($621,629) |
| Banca Del Gottardo | 12-01209 | 5/14/2003 | ($270,407) |
| Banca Del Gottardo | 12-01209 | 5/14/2003 | ($1,401,608) |
| ZCM | 12-01512 | 5/14/2003 | ($360,000) |
| Citivic | 12-01513 | 5/14/2003 | ($103,656) |
| UKFP | 12-01566 | 5/14/2003 | ($125,144) |
| Clariden | 12-01676 | 5/14/2003 | ($84,331) |
| EFG Bank | 12-01690 | 5/14/2003 | ($10,440,439) |
| EFG Bank | 12-01690 | 5/14/2003 | ($5,803,800) |
| EFG Bank | 12-01690 | 5/14/2003 | ($285,234) |
| EFG Bank | 12-01690 | 5/14/2003 | ($279,420) |
| EFG Bank | 12-01690 | 5/14/2003 | ($207,312) |
| EFG Bank | 12-01690 | 5/14/2003 | ($170,077) |
| EFG Bank | 12-01690 | 5/14/2003 | ($72,108) |
| Lombard Odier | 12-01693 | 5/14/2003 | ($345,219) |
| Lombard Odier | 12-01693 | 5/14/2003 | ($135,203) |
| Fairfield Lambda | 09-1239 | 5/14/2003 | ($1,100,000) |
| Fairfield Sigma | 09-1239 | 5/14/2003 | ($1,800,000) |
| ZCM | 12-01512 | 5/19/2003 | ($1,300,000) |
| Credit Suisse, Nassau Branch LATAM Investment Banking | 11-02925 | 5/20/2003 | ($93,029) |
| Naidot | 11-02733 | 6/16/2003 | ($1,000,000) |
| MLBS | 11-02910 | 6/16/2003 | ($25,000) |
| BJB | 11-02922 | 6/16/2003 | ($300,287) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($100,000) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 6/16/2003 | ($71,259) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($20,802) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($20,000) |
| LGT Liechtenstein | 11-02929 | 6/16/2003 | ($72,797) |
| Agricole Suisse | 12-01022 | 6/16/2003 | ($179,708) |
| SNS Defendants | 12-01046 | 6/16/2003 | ($170,654) |
| Bank Vontobel | 12-01202 | 6/16/2003 | ($227,490) |
| BSI | 12-01209 | 6/16/2003 | ($113,745) |
| BSI | 12-01209 | 6/16/2003 | ($180,190) |
| BSI | 12-01209 | 6/16/2003 | ($255,335) |
| ZCM | 12-01512 | 6/16/2003 | ($170,000) |
| Citivic | 12-01513 | 6/16/2003 | ($496,838) |
| UKFP | 12-01566 | 6/16/2003 | ($199,763) |
| UKFP | 12-01566 | 6/16/2003 | ($46,180) |
| Bank Leu | 12-01676 | 6/16/2003 | ($51,868) |
| Low Volatility | 12-01680 | 6/16/2003 | ($1,000,000) |
| EFG Bank | 12-01690 | 6/16/2003 | ($1,968,406) |
| EFG Bank | 12-01690 | 6/16/2003 | ($655,000) |
| EFG Bank | 12-01690 | 6/16/2003 | ($505,273) |
| EFG Bank | 12-01690 | 6/16/2003 | ($382,274) |
| EFG Bank | 12-01690 | 6/16/2003 | ($133,882) |
| EFG Bank | 12-01690 | 6/16/2003 | ($120,169) |
| EFG Bank | 12-01690 | 6/16/2003 | ($90,996) |
| EFG Bank | 12-01690 | 6/16/2003 | ($82,688) |
| EFG Bank | 12-01690 | 6/16/2003 | ($42,859) |
| EFG Bank | 12-01690 | 6/16/2003 | ($38,983) |
| Bordier | 12-01695 | 6/16/2003 | ($1,144,165) |
| ZCM | 12-01512 | 6/18/2003 | ($750,000) |
| Quilvest | 11-02538 | 7/16/2003 | ($54,186) |
| Quilvest | 11-02538 | 7/16/2003 | ($2,471,566) |
| Delta Bank | 11-02551 | 7/16/2003 | ($404,373) |
| Delta Bank | 11-02551 | 7/16/2003 | ($2,493,614) |
| Inteligo | 11-02763 | 7/16/2003 | ($2,336,175) |
| MLBS | 11-02910 | 7/16/2003 | ($1,529,000) |
| BJB | 11-02922 | 7/16/2003 | ($610,990) |
| Credit Suisse London Nominees Limited | 11-02925 | 7/16/2003 | ($1,684,206) |
| Credit Suisse London Nominees Limited | 11-02925 | 7/16/2003 | ($788,344) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 7/16/2003 | ($693,868) |
| Sico | 12-01005 | 7/16/2003 | ($73,522) |
| Sico | 12-01005 | 7/16/2003 | ($77,189) |
| Sico | 12-01005 | 7/16/2003 | ($82,428) |
| Agricole Suisse | 12-01022 | 7/16/2003 | ($186,572) |
| SNS Defendants | 12-01046 | 7/16/2003 | ($2,215,212) |
| Lloyds | 12-01207 | 7/16/2003 | ($336,843) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| BSI | 12-01209 | 7/16/2003 | ($119,134) |
| BSI | 12-01209 | 7/16/2003 | ($148,763) |
| BSI | 12-01209 | 7/16/2003 | ($260,940) |
| UKFP | 12-01566 | 7/16/2003 | ($302,756) |
| UKFP | 12-01566 | 7/16/2003 | ($167,640) |
| UKFP | 12-01566 | 7/16/2003 | ($100,735) |
| UKFP | 12-01566 | 7/16/2003 | ($76,224) |
| UKFP | 12-01566 | 7/16/2003 | ($74,625) |
| UKFP | 12-01566 | 7/16/2003 | ($56,787) |
| UKFP | 12-01566 | 7/16/2003 | ($47,293) |
| UKFP | 12-01566 | 7/16/2003 | ($35,153) |
| SG Equilibrium | 12-01677 | 7/16/2003 | ($32,270,698) |
| Lyxor Premium | 12-01677 | 7/16/2003 | ($8,580,866) |
| SG Audace | 12-01677 | 7/16/2003 | ($1,223,229) |
| SG Premium | 12-01677 | 7/16/2003 | ($973,253) |
| EFG Bank | 12-01690 | 7/16/2003 | ($1,594,867) |
| EFG Bank | 12-01690 | 7/16/2003 | ($1,447,307) |
| EFG Bank | 12-01690 | 7/16/2003 | ($476,480) |
| EFG Bank | 12-01690 | 7/16/2003 | ($476,480) |
| EFG Bank | 12-01690 | 7/16/2003 | ($266,886) |
| EFG Bank | 12-01690 | 7/16/2003 | ($238,240) |
| EFG Bank | 12-01690 | 7/16/2003 | ($51,015) |
| EFG Bank | 12-01690 | 7/16/2003 | ($35,024) |
| Lombard Odier | 12-01693 | 7/16/2003 | ($6,027,000) |
| Lombard Odier | 12-01693 | 7/16/2003 | ($5,615,477) |
| Bordier | 12-01695 | 7/16/2003 | ($1,497,385) |
| RBC-Dominion | 12-01699 | 7/16/2003 | ($367,180) |
| Fairfield Lambda | 09-1239 | 7/16/2003 | ($250,000) |
| Fairfield Sigma | 09-1239 | 7/16/2003 | ($3,000,000) |
| Quilvest | 11-02538 | 8/15/2003 | ($113,360) |
| Barclays Suisse | 11-02569 | 8/15/2003 | ($26,317) |
| MLBS | 11-02910 | 8/15/2003 | ($265,810) |
| MLBS | 11-02910 | 8/15/2003 | ($300,750) |
| MLBS | 11-02910 | 8/15/2003 | ($1,971,100) |
| MLBS | 11-02910 | 8/15/2003 | ($6,386,104) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 8/15/2003 | ($1,000,000) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($708,540) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($154,873) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 8/15/2003 | ($149,727) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($93,224) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($56,410) |
| Sico | 12-01005 | 8/15/2003 | ($32,628) |
| Sico | 12-01005 | 8/15/2003 | ($237,721) |

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Sico | 12-01005 | 8/15/2003 | ($384,083) |
| BSI | 12-01209 | 8/15/2003 | ($183,894) |
| BSI | 12-01209 | 8/15/2003 | ($320,364) |
| ZCM | 12-01512 | 8/15/2003 | ($130,000) |
| Citivic | 12-01513 | 8/15/2003 | ($149,158) |
| Citivic | 12-01513 | 8/15/2003 | ($24,238) |
| UKFP | 12-01566 | 8/15/2003 | ($66,776) |
| Clariden | 12-01676 | 8/15/2003 | ($63,113) |
| SG Suisse | 12-01677 | 8/15/2003 | ($2,865,901) |
| EFG Bank | 12-01690 | 8/15/2003 | ($150,000) |
| Lombard Odier | 12-01693 | 8/15/2003 | ($1,598,288) |
| Lombard Odier | 12-01693 | 8/15/2003 | ($1,584,808) |
| Bordier | 12-01695 | 8/15/2003 | ($203,079) |
| RBC-Dominion | 12-01699 | 8/15/2003 | ($88,507) |
| RBC-Jersey | 12-01699 | 8/15/2003 | ($50,000) |
| Fairfield Lambda | 09-1239 | 8/15/2003 | ($1,700,000) |
| Fairfield Sigma | 09-1239 | 8/15/2003 | ($700,000) |
| Safra | 11-01885 | 9/17/2003 | ($130,664) |
| Safra | 11-01885 | 9/17/2003 | ($146,127) |
| Quilvest | 11-02538 | 9/17/2003 | ($1,495,385) |
| Delta Bank | 11-02551 | 9/17/2003 | ($140,353) |
| MLBS | 11-02910 | 9/17/2003 | ($320,079) |
| MLBS | 11-02910 | 9/17/2003 | ($964,543) |
| BJB | 11-02922 | 9/17/2003 | ($18,686) |
| BJB | 11-02922 | 9/17/2003 | ($1,595,815) |
| Credit Suisse London Nominees Limited | 11-02925 | 9/17/2003 | ($1,992,900) |
| BSI | 12-01209 | 9/17/2003 | ($14,015) |
| ZCM | 12-01512 | 9/17/2003 | ($380,000) |
| Clariden | 12-01676 | 9/17/2003 | ($750,000) |
| Clariden | 12-01676 | 9/17/2003 | ($46,398) |
| Clariden | 12-01676 | 9/17/2003 | ($35,000) |
| SG Suisse | 12-01677 | 9/17/2003 | ($633,000) |
| Lombard Odier | 12-01693 | 9/17/2003 | ($725,171) |
| Lombard Odier | 12-01693 | 9/17/2003 | ($140,148) |
| Bordier | 12-01695 | 9/17/2003 | ($3,272,168) |
| Bordier | 12-01695 | 9/17/2003 | ($127,067) |
| Fairfield Lambda | 09-1239 | 9/17/2003 | ($1,300,000) |
| Fairfield Lambda | 09-1239 | 9/17/2003 | ($2,100,000) |
| Fairfield Sigma | 09-1239 | 9/17/2003 | ($2,600,000) |
| Fairfield Sigma | 09-1239 | 9/17/2003 | ($10,500,000) |
| **TOTAL** | | | **($183,527,206)** |

**Request for Judicial Notice**

32.      Pursuant to Federal Rule of Evidence 201(c)(2), the Barclays Defendants respectfully request that the Court take judicial notice of the documents attached hereto as Exhibits 4 through 16 and 18 through 26, inclusive, as well as other documents referred to in the Memorandum that were filed in the Fairfield Action or in certain adversary proceedings by the Fairfield Liquidators, for the purpose of considering those documents in adjudicating the Motion. The grounds for this request, including applicable precedents, are set forth in the Memorandum (*see* Memorandum at 4 n.2, 7 n.4, 18 n.16, 22 n.19, 24 n.21).  The Barclays Defendants request that the Court take judicial notice of the fact of the filing of these documents and (where applicable) statements and admissions of the Trustee or the Fairfield Liquidators contained therein.  The Barclays Defendants further request that the Court take judicial notice of the truth of the facts set forth in the public record materials attached as Exhibits 18 through 26, as those facts are "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2022, in New York, New York.

*/s/ Marc J. Gottridge*
Marc J. Gottridge