# Exhibit 20

# RECORD OF INSTITUTIONS
# 2007

SITUATION AT DECEMBER 31, 2007

BANCO DE ESPAÑA

08101073265gngm Doc 2157-1-20 Filed 03/22/25 Entered 03/22/25 18:28:36 Exhibit 1-20
Banco de Espanas 2007 list of companies registered as financi Pg 3 of 355

Pg 4 of 34

**INDEX**

Page

OFFICIAL CREDIT
    SORTED ALPHABETICALLY ...................................................................................................7
    SORTED BY B.E. CODE ......................................................................................................9

BANKS
    SORTED ALPHABETICALLY    13
    SORTED BY B.E. CODE    15

SAVINGS BANKS
    SORTED ALPHABETICALLY    25
    SORTED BY B.E. CODE    27

CREDIT UNIONS
    SORTED ALPHABETICALLY    35
    SORTED BY B.E. CODE    37

FINANCIAL CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    49
    SORTED BY B.E. CODE    51

DOMINANT SOCIETIES OF CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    63
    SORTED BY B.E. CODE    65

BRANCHES OF FOREIGN CREDIT INSTITUTIONS FROM THE EUROPEAN COMMUNITY
    SORTED ALPHABETICALLY    69
    SORTED BY B.E. CODE    71

BRANCHES OF FOREIGN AND NON-EU COUNTRIES CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    83
    SORTED BY B.E. CODE    85

CREDIT INSTITUTIONS OF THE EUROPEAN COMMUNITY OPERATING IN SPAIN WITHOUT FACILITIES
(Art. 28, Directive 2006/48/CE)    87

FINANCIAL INSTITUTIONS, CREDIT INSTITUTION BRANCHES FROM THE EUROPEAN UNION OPERATING IN SPAIN
WITHOUT FACILITIES (Art. 24)    99

REPRESENTATIVE OFFICES IN SPAIN OF FOREIGN CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    109
    SORTED BY B.E. CODE    111

RECIPROCAL GUARANTEE ASSOCIATIONS
    SORTED ALPHABETICALLY    121
    SORTED BY B.E. CODE    123

SUPPORTING GUARANTEE COMPANIES
    SORTED ALPHABETICALLY    129
    SORTED BY B.E. CODE    131

08-01-13266-smg Doc 2157-1-20 Filed 03/22/25 Entered 03/22/25 23:28:35 Exhibit 1-20
Banco de Espanas 2007 list of companies registered as financi    Pg 4 of 355

**INDEX**

|  | Page |
|---|---|
| HOLDERS OF FOREIGN CURRENCY EXCHANGE OFFICES AND/OR THAT MANAGE TRANSFERS | |
| SORTED ALPHABETICALLY | 135 |
| SORTED BY B.E. CODE | 137 |
| APPRAISERS | |
| SORTED ALPHABETICALLY | 145 |
| SORTED BY B.E. CODE | 147 |
| COMPANIES TO BE DEREGISTERED | |
| CREDIT UNIONS | 155 |
| FINANCIAL CREDIT INSTITUTIONS | 156 |
| RECIPROCAL GUARANTEE COMPANIES | 157 |
| APPRAISAL SERVICES PROVIDED BY CREDIT INSTITUTIONS | |
| BANKS | 161 |
| SAVING BANKS | 162 |
| CREDIT UNIONS | 163 |
| GENERAL ALPHABETIC CLASSIFICATION | 165 |

**BANKS**

| Name | Code |
|------|------|
| ALLFUNDS BANK, S.A | 0011 |
| ALTAE BANCO, S.A. | 0099 |
| BANCA MARCH, S.A. | 0061 |
| BANCA PUEYO, S.A. | 0078 |
| BANCO ALCALA, S.A. | 0188 |
| BANCO ALICANTINO DE COMERCIO, S.A | 0083 |
| BANCO ARABE ESPAÑOL, S.A. | 0136 |
| BANCO BANIF, S.A | 0086 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A | 0182 |
| BANCO CAIXA GERAL, S.A. | 0130 |
| BANCO CETELEM, S.A | 0225 |
| BANCO CONDAL, S.A. | 0021 |
| BANCO COOPERATIVO ESPAÑOL, S.A | 0198 |
| BANCO DE ALBACETE, S.A. | 0091 |
| BANCO DE ANDALUCIA, S.A. | 0004 |
| BANCO DE CASTILLA, S.A. | 0082 |
| BANCO DE CREDITO BALEAR, S.A | 0024 |
| BANCO DE CREDITO LOCAL DE ESPAÑA, S.A. | 1004 |
| BANCO DE DEPOSITOS, S.A. | 0003 |
| BANCO DE FINANZAS E INVERSIONES, S.A. | 0186 |
| BANCO DE GALICIA, S.A | 0097 |
| BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A. | 0142 |
| BANCO DE MADRID, S.A | 0059 |
| BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC) | 0132 |
| BANCO DE SABADELL, S.A. | 0081 |
| BANCO DE VALENCIA, S.A. | 0093 |
| BANCO DE VASCONIA, S.A | 0095 |
| BANCO DEPOSITARIO BBVA, S.A | 0057 |
| BANCO ESPAÑOL DE CREDITO, S.A | 0030 |
| BANCO ETCHEVERRIA, S.A. | 0031 |
| BANCO EUROPEO DE FINANZAS, S.A. | 0184 |
| BANCO FINANTIA SOFINLOC, S.A. | 0220 |
| BANCO GALLEGO, S.A. | 0046 |
| BANCO GUIPUZCOANO, S.A. | 0042 |
| BANCO HALIFAX HISPANIA, S.A. | 0217 |
| BANCO INDUSTRIAL DE BILBAO, S.A. | 0113 |
| BANCO INVERSIS NET, S.A | 0232 |
| BANCO LIBERTA, S.A | 0115 |
| BANCO OCCIDENTAL, S.A | 0121 |
| BANCO PASTOR, S.A | 0072 |
| BANCO POPULAR ESPAÑOL, S.A. | 0075 |
| BANCO POPULAR HIPOTECARIO, S.A. | 0216 |
| BANCO SANTANDER, S.A | 0049 |
| BANCO SERVICIOS FINANCIEROS CAJA MADRID-MAPFRE, SA | 0063 |
| BANCO URQUIJO SABADELL BANCA PRIVADA, S.A | 0185 |
| BANCOFAR, S.A. | 0125 |
| BANCOPOPULAR-E, S.A | 0229 |
| BANESTO BANCO DE EMISIONES, S.A. | 0038 |
| BANKINTER, S.A | 0128 |
| BANKOA, S.A | 0138 |
| BANQUE MAROCAINE COMMERCE EXTERIEUR INTERNAT., S.A. | 0219 |
| BARCLAYS BANK, S.A. | 0065 |
| BBVA BANCO DE FINANCIACION, S.A. | 0129 |

| Name | Code |
|------|------|
| CITIBANK ESPAÑA, S.A | 0122 |
| DEUTSCHE BANK CREDIT, S.A | 0205 |
| DEUTSCHE BANK, S.A.E | 0019 |
| DEXIA SABADELL, S.A | 0231 |
| EBN BANCO DE NEGOCIOS, S.A | 0211 |
| FINANZIA, BANCO DE CREDITO, S.A | 0009 |
| GENERAL ELECTRIC CAPITAL BANK, S.A | 0223 |
| MICROBANK DE LA CAIXA, S.A. | 0133 |
| OPEN BANK SANTANDER CONSUMER, S.A | 0073 |
| POPULAR BANCA PRIVADA, S.A. | 0233 |
| PRIVAT BANK, S.A | 0200 |
| RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A. | 0094 |
| SANTANDER CONSUMER FINANCE, S.A. | 0224 |
| SANTANDER INVESTMENT, S.A | 0036 |
| UBS BANK, S.A | 0226 |
| UNOE BANK, S.A | 0227 |

TOTAL OF INSTITUTIONS: 70

08-01-1335-gm Doc 2157-1-20 Filed 03/22/22 Entered 03/22/22 28:28:36 Exhibit 1-20
Banco de Espanas 2007 list of companies registered as financi   Pg 15 of 355

BANKS, BY B.E. CODE

**0003**   **BANCO DE DEPOSITOS, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 914352175                    FAX: 915752296
A07001027                    CL JOSE ORTEGA Y GASSET, 29
REGISTERED ADDRESS:          28006 MADRID


**0004**   **BANCO DE ANDALUCIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 954594700                    FAX: 954228746
A11600624                    WWW.BANCOANDALUCIA.ES
INTERNET DOMAIN/WEBSITE:     CL FERNANDEZ Y GONZALEZ, 4-12
REGISTERED ADDRESS:          41001 SEVILLA


**0009**   **FINANZIA, BANCO DE CREDITO, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913743916                    FAX: 913743076
A37001815                    WWW.FINANZIA.COM
INTERNET DOMAIN/WEBSITE:     CL JULIAN CAMARILLO, 4
REGISTERED ADDRESS:          28037 MADRID


**0011**   **ALLFUNDS BANK, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 912746400                    FAX: 912746464
A41001371                    WWW.ALLFUNDSBANK.COM
INTERNET DOMAIN/WEBSITE:     CL ESTAFETA, 6 (LA MORALEJA)
REGISTERED ADDRESS:          28109 ALCOBENDAS (MADRID)


**0019**   **DEUTSCHE BANK, SOCIEDAD ANONIMA ESPAÑOLA**
TAX IDENTIFICATION NUMBER:   PHONE: 934042102                    FAX: 934042170
A08000614                    WWW.DEUTSCHE-BANK.ES
INTERNET DOMAIN/WEBSITE:     RD GENERAL MITRE, 72-74
REGISTERED ADDRESS:          8017 BARCELONA (BARCELONA)


**0021**   **BANCO CONDAL, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 915783388                    FAX: 915783002
A08022097                    CL JOSE ORTEGA Y GASSET, 29
REGISTERED ADDRESS:          28006 MADRID


**0024**   **BANCO DE CREDITO BALEAR, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 971170100                    FAX: 915783002
A07000136                    WWW.BANCOCREDITOBALEAR.ES
INTERNET DOMAIN/WEBSITE:     PZ ESPAÑA, 1
REGISTERED ADDRESS:          7002 PALMA DE MALLORCA (BALEARIC ISLANDS)


**0030**   **BANCO ESPAÑOL DE CREDITO, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913381000                    FAX: 913382526
A28000032                    WWW.BANESTO.ES
INTERNET DOMAIN/WEBSITE:     AV GRAN VIA DE HORTALEZA, 3
REGISTERED ADDRESS:          28043 MADRID


**0031**   **BANCO ETCHEVERRIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 981220042                    FAX: 981220128
A15011885                    WWW.BANCOETCHEVERRIA.ES
INTERNET DOMAIN/WEBSITE:     CANTON CLAUDINO PITA, 2
REGISTERED ADDRESS:          15300 BETANZOS (A CORUÑA)

**BANKS, BY B.E. CODE**

**0036**  **SANTANDER INVESTMENT, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 912893400                                           FAX: 912571817
A08161507                                      AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
REGISTERED ADDRESS:            28660 BOADILLA DEL MONTE (MADRID)

**0038**  **BANESTO BANCO DE EMISIONES, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913383743                                           FAX: 913381788
A28027274                                      AV GRAN VIA DE HORTALEZA, 3
REGISTERED ADDRESS:            28043 MADRID

**0042**  **BANCO GUIPUZCOANO, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 943418100                                           FAX: 943418320
A20000733                                      BANCOGUI.ES
INTERNET DOMAIN/WEBSITE:     AV LIBERTAD, 21
REGISTERED ADDRESS:            20004 SAN SEBASTIAN (GUIPUZCOA)

**0046**  **BANCO GALLEGO, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 981581000                                           FAX: 981937742
A80042112                                      WWW.BANCOGALLEGO.ES
INTERNET DOMAIN/WEBSITE:     CL HORREO, 38
REGISTERED ADDRESS:            15702 SANTIAGO DE COMPOSTELA (A CORUÑA)

**0049**  **BANCO SANTANDER, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913743000                                           FAX: 913747197
A08109670                                      CL CLARA DEL REY, 26
REGISTERED ADDRESS:            28002 MADRID

**0057**  **BANCO DEPOSITARIO BBVA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913743000                                           FAX: 913747197
A08109670                                      CL CLARA DEL REY, 26
REGISTERED ADDRESS:            28002 MADRID

**0058**  **BNP PARIBAS ESPAÑA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913888070                                           FAX: 913888543
A28000370                                      WWW.BANCAPRIVADA.BNPPARIBAS.ES
INTERNET DOMAIN/WEBSITE:     CL RIBERA DEL LOIRA, 28 (PL.4)
REGISTERED ADDRESS:            28042 MADRID

**0059**  **BANCO DE MADRID, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917815360                                           FAX: 917815364
A07004021                                      PS DE LA CASTELLANA, 2 A
REGISTERED ADDRESS:            28046 MADRID

**0061**  **BANCA MARCH, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 971779100                                           FAX: 971469929
A07004021                                      WWW.BANCAMARCH.ES
INTERNET DOMAIN/WEBSITE:     AV ALEJANDRO ROSELLO, 8
REGISTERED ADDRESS:            7002 PALMA DE MALLORCA (BALEARIC ISLANDS)

**0063**  **BANCO DE SERVICIOS FINANCIEROS CAJA MADRID - MAPFRE, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 915819593                    FAX: 915812950
A33001215                   WWW.BANCOSFCAJAMADRIDMAPFRE.ES
INTERNET DOMAIN/WEBSITE:    CR DE POZUELO DE A. A MAJADAHONDA, 52
REGISTERED ADDRESS:         (MAPFRE BUILDING)
                            28220 MAJADAHONDA (MADRID)

**0065**  **BARCLAYS BANK, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 913361000                    FAX: 913361282
A47001946                   WWW.BARCLAYSNET.ES
INTERNET DOMAIN/WEBSITE:    PZ DE COLON, 1
REGISTERED ADDRESS:         28046 MADRID

**0072**  **BANCO PASTOR, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 981227800                    FAX: 981228041
A15000128                   WWW.BANCOPASTOR.ES
INTERNET DOMAIN/WEBSITE:    CL CANTON PEQUEÑO, 1
REGISTERED ADDRESS:         15003 A CORUÑA

**0073**  **OPEN BANK SANTANDER CONSUMER, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 913421000        FAX: 981228041
A28021079                   WWW.OPENBANK.ES
INTERNET DOMAIN/WEBSITE:    AV CANTABRIA, S/N (CIUDAD GR. SANTANDER)
REGISTERED ADDRESS:         28660 BOADILLA DEL MONTE (MADRID)

**0075**  **BANCO POPULAR ESPAÑOL, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 915207000                    FAX: 915779208
A28000727                   WWW.BANCOPOPULAR.ES
INTERNET DOMAIN/WEBSITE:    CL VELAZQUEZ, 34
REGISTERED ADDRESS:         28001 MADRID

**0078**  **BANCA PUEYO, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 924846000                    FAX: 924844652
A06001671                   WWW.BANCAPUEYO.ES
INTERNET DOMAIN/WEBSITE:    CL SANTA MARIA DE GUADALUPE, 2
REGISTERED ADDRESS:         6700 VILLANUEVA DE LA SERENA (BADAJOZ)

**0081**  **BANCO DE SABADELL, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 937289289                    FAX: 937271867
A08000143                   WWW.BANCSABADELL.COM
INTERNET DOMAIN/WEBSITE:    PZ DE SANT ROC, 20
REGISTERED ADDRESS:         8201 SABADELL (BARCELONA)

**0082**  **BANCO DE CASTILLA, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 923290000                    FAX: 923211902
A37000163                   WWW.BANCOCASTILLA.ES
INTERNET DOMAIN/WEBSITE:    PZ DE LOS BANDOS, 6
REGISTERED ADDRESS:         37002 SALAMANCA

**0083**  **BANCO ALICANTINO DE COMERCIO, S.A.**
TAX IDENTIFICATION NUMBER: PHONE: 913382115                    FAX: 913383745
A03009545                   GRAN VIA DE HORTALEZA, 3
REGISTERED ADDRESS:         28043 MADRID

**0086    BANCO BANIF, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 915208500                          FAX:
A33003088                                    WWW.BANIF.ES
INTERNET DOMAIN/WEBSITE:      PS DE LA CASTELLANA, 24
REGISTERED ADDRESS:           28046 MADRID

**0091    BANCO DE ALBACETE, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913422881              FAX: 913422884
A02000974                                    AV DE CANTABRIA, S/N (CIUDAD GRP.SANTANDER)
REGISTERED ADDRESS:           28660 BOADILLA DEL MONTE (MADRID)

**0093    BANCO DE VALENCIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 963984503                          FAX: 963984570
INTERNET DOMAIN/WEBSITE:      CL PINTOR SOROLLA, 2-4
REGISTERED ADDRESS:           46002 VALENCIA

**0094    RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913609900                          FAX: 913609901
A43000033                                    WWW.RBCDEXIA-IS.ES
INTERNET DOMAIN/WEBSITE:      CL FERNANDO EL SANTO, 20
REGISTERED ADDRESS:           28010 MADRID

**0095    BANCO DE VASCONIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 948179600                          FAX: 948179735
A31000417                                    WWW.BANCOVASCONIA.ES
INTERNET DOMAIN/WEBSITE:      PZ DEL CASTILLO, 39
REGISTERED ADDRESS:           31001 PAMPLONA (NAVARRA)

**0097    BANCO DE GALICIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 986822100                          FAX: 986822101
A36600229                                    WWW.BANCOGALICIA.ES
INTERNET DOMAIN/WEBSITE:      CL POLICARPO SANZ, 23
REGISTERED ADDRESS:           36202 VIGO (PONTEVEDRA)

**0099    BANCO DE GALICIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913915380                          FAX: 913915414
A14010342                                    WWW.ALTAE.ES
INTERNET DOMAIN/WEBSITE:      CL MONTESQUINZA, 48
REGISTERED ADDRESS:           28010 MADRID

**0113    BANCO INDUSTRIAL DE BILBAO, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 944875429                          FAX: 944874448
A48036990                                    CL GRAN VIA D. DIEGO LOPEZ HARO, 1
INTERNET DOMAIN/WEBSITE:      48009 BILBAO (VIZCAYA)
REGISTERED ADDRESS:

**0115    BANCO LIBERTA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 985102222                          FAX: 985229950
A15011489                                    PZ DE LA ESCANDALERA, 2
INTERNET DOMAIN/WEBSITE:      33003 OVIEDO (ASTURIAS)
REGISTERED ADDRESS:

**0121    BANCO OCCIDENTAL, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 944875429                          FAX: 944874448
A28137958                                    PS DE LA CASTELLANA, 81 (PL. 5)
REGISTERED ADDRESS:           28046 MADRID

**0122**    **CITIBANK ESPAÑA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 916631000                    FAX: 916631086
A28142081                                    WWW.CITIBANK.ES
INTERNET DOMAIN/WEBSITE:     AV DE EUROPA, 19 (PQ.EMP.LA MORALEJA)
REGISTERED ADDRESS:          28108 ALCOBENDAS (MADRID)


**0125**    **BANCOFAR, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917023190                    FAX: 917023194
A45002599                                    WWW.BANCOFAR.ES
INTERNET DOMAIN/WEBSITE:     CL FORTUNY, 51
REGISTERED ADDRESS:          28010 MADRID


**0128**    **BANKINTER, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913397500                    FAX: 913397522
A28157360                                    WWW.EBANKINTER.COM
INTERNET DOMAIN/WEBSITE:     PS DE LA CASTELLANA, 29
REGISTERED ADDRESS:          28046 MADRID


**0129**    **BBVA BANCO DE FINANCIACION, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 944875429                    FAX: 944874448
A08188807                                    G.VIA DON DIEGO LOPEZ DE HARO, 1
REGISTERED ADDRESS:          48001 BILBAO (VIZCAYA)


**0130**    **BANCO CAIXA GERAL, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 986810700                    FAX: 986810710
A28226157                                    WWW.BANCOCAIXAGERAL.ES
INTERNET DOMAIN/WEBSITE:     CL POLICARPO SANZ, 5
REGISTERED ADDRESS:          36202 VIGO (PONTEVEDRA)


**0132**    **BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC)**
TAX IDENTIFICATION NUMBER:  PHONE: 944875429                    FAX: 944874448
A46062956                                    CL POETA QUEROL, 17
REGISTERED ADDRESS:          46002 VALENCIA


**0133**    **MICROBANK DE LA CAIXA, SOCIEDAD ANONIMA**
TAX IDENTIFICATION NUMBER:  PHONE: 932973119                    FAX: 932973191
A08309429                                    CL GRAN VIA LES CORTS CATALANES, 130-136
REGISTERED ADDRESS:          8038 BARCELONA


**0136**    **BANCO ARABE ESPAÑOL, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913149595                    FAX: 913149768
A28386191                                    PS DE LA CASTELLANA, 257
REGISTERED ADDRESS:          28046 MADRID


**0138**    **BANKOA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 943410100                    FAX: 943429414
A20043717                                    WWW.BANKOA.ES
INTERNET DOMAIN/WEBSITE:     AV DE LA LIBERTAD, 5
REGISTERED ADDRESS:          20004 SAN SEBASTIAN (GUIPUZCOA)

08-01-0386-mg Doc 1657-1-20 Filed 03/22/22 Entered 03/22/22 18:28:16 Exhibit 1-20
Banco de Espanas 2007 list of companies registered as financi    Pg 20 of 355

**BANKS, BY B.E. CODE**

**0142**    **BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 933163333                    FAX: 933163165
INTERNET DOMAIN/WEBSITE:    WWW.BANKPYMENET.COM
REGISTERED ADDRESS:    TR GRACIA, 11
8021 SABADELL (BARCELONA)

**0182**    **BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 944876000                    FAX:  944876417
INTERNET DOMAIN/WEBSITE:    WWW.BBVA.COM
REGISTERED ADDRESS:    PZ DE SAN NICOLAS, 4
48005 BILBAO (VIZCAYA)

**0184**    **BANCO EUROPEO DE FINANZAS, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 915325402                    FAX: 915323065
INTERNET DOMAIN/WEBSITE:    WWW.BEF.ES
REGISTERED ADDRESS:    CL SEVERO OCHOA, 5 (PQ TEC.DE ANDALUCIA)
29591 CAMPANILLAS (MÁLAGA)

**0185**    **BANCO URQUIJO SABADELL BANCA PRIVADA, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 913372000
A58597311    WWW.SABADELLBANCAPRIVADA.COM
INTERNET DOMAIN/WEBSITE:    CL SERRANO, 71
REGISTERED ADDRESS:    28006 MADRID

**0186**    **BANCO DE FINANZAS E INVERSIONES, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 932535400                    FAX: 932535430
A58640582    AV DIAGONAL, 668-670
REGISTERED ADDRESS:    8034 BARCELONA

**0188**    **BANCO ALCALA, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 914310976                    FAX: 914357260
A79074274    CL GOYA, 23
REGISTERED ADDRESS:    28001 MADRID

**0198**    **BANCO COOPERATIVO ESPAÑOL, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 915956700                    FAX: 915956800
A79496055    WWW.RURALVIA.COM/BANCOCOOPERATIVO/
INTERNET DOMAIN/WEBSITE:    CL VIRGEN DE LOS PELIGROS, 4
REGISTERED ADDRESS:    28013 MADRID

**0200**    **PRIVAT BANK, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 934458500                    FAX: 934458501
A58891672    AV DIAGONAL, 464
REGISTERED ADDRESS:    8006 BARCELONA

**0205**    **DEUTSCHE BANK CREDIT, S.A.**
TAX IDENTIFICATION NUMBER:    PHONE: 915893540                    FAX: 915893546
A79859096    WWW.DB-CREDIT.ES
INTERNET DOMAIN/WEBSITE:    CL SOMERA, 7-9 (LA FLORIDA)
REGISTERED ADDRESS:    28023 MADRID

**0211**  **EBN BANCO DE NEGOCIOS, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917009800                                FAX: CL ALMAGRO, 46
A28763043                              CL ALMAGRO, 46                                        28010 MADRID
REGISTERED ADDRESS:          28010 MADRID

**0216**  **BANCO POPULAR HIPOTECARIO, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915902500                                FAX: 915759510
A79223707                              CL LABASTIDA, 11
REGISTERED ADDRESS:          28034 MADRID

**0217**  **BANCO HALIFAX HISPANIA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917820300                                FAX: 917820314
A80481765                              CL ANABEL SEGURA, 16 (PL. 4)
INTERNET DOMAIN/WEBSITE:    28108 ALCOBENDAS (MADRID)
REGISTERED ADDRESS:

**0219**  **BANQUE MAROCAINE DU COMMERCE EXTERIEUR INTERNATIONAL, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915756800                                FAX: 914316310
A80754781                              CL SERRANO, 59
REGISTERED ADDRESS:          28006 MADRID

**0220**  **BANCO FINANTIA SOFINLOC, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915572300                                FAX: 915572301
A80762941                              WWW.BFS.ES.
INTERNET DOMAIN/WEBSITE:    AV MENENDEZ PELAYO, 67
REGISTERED ADDRESS:          28009 MADRID

**0223**  **GENERAL ELECTRIC CAPITAL BANK, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 934005900                                FAX: 934166813
A08149007                              CL LLULL, 95-97 (PL. 4)
REGISTERED ADDRESS:          8005 BARCELONA

**0224**  **SANTANDER CONSUMER FINANCE, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 912574930                                FAX: 912571288
A28122570                              WWW.SANTANDERCONSUMERFINANCE.ES
INTERNET DOMAIN/WEBSITE:    AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
REGISTERED ADDRESS:          28660 BOADILLA DEL MONTE (MADRID)

**0225**  **BANCO CETELEM, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913370700                                FAX: 915287780
A78650348                              WWW.BANCOCETELEM.ES
INTERNET DOMAIN/WEBSITE:    CL RETAMA, 3 (PL. 3-2)
REGISTERED ADDRESS:          28045 MADRID

**0226**  **UBS BANK, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917457000                                FAX: 915633666
A82356049                              CL MARIA DE MOLINA, 4
REGISTERED ADDRESS:          28006 MADRID

**0227**  **UNOE BANK, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 914536100                                FAX: 914536101
A08024796                              WWW.UNO-E.COM
INTERNET DOMAIN/WEBSITE:    CL JULIAN CAMARILLO, 4
REGISTERED ADDRESS:          28037 MADRID

**BANKS, BY B.E. CODE**

| | | | |
|---|---|---|---|
| 0229 | **BANCOPOPULAR-E, S.A.** | | |
| | TAX IDENTIFICATION NUMBER: | PHONE: 915207981 | FAX: 913202072 |
| | A81831067 | WWW.BANCOPOPULAR-E.COM | |
| | INTERNET DOMAIN/WEBSITE: | CL VELAZQUEZ, 34 | |
| | REGISTERED ADDRESS: | 28001 MADRID | |

| | | | |
|---|---|---|---|
| 0231 | **DEXIA SABADELL, S.A.** | | |
| | TAX IDENTIFICATION NUMBER: | PHONE: 917213310 | FAX: 917213320 |
| | A82892993 | WWW.DEXIASABADELL.ES | |
| | INTERNET DOMAIN/WEBSITE: | PS DE LAS DOCE ESTRELLAS, 4 (C. NACIONES) | |
| | REGISTERED ADDRESS: | 28042 MADRID | |

| | | | |
|---|---|---|---|
| 0232 | **BANCO INVERSIS NET, S.A.** | | |
| | TAX IDENTIFICATION NUMBER: | PHONE: 914001400 | FAX: 914001410 |
| | A83131433 | AV DE LA HISPANIDAD, 6 | |
| | REGISTERED ADDRESS: | 28042 MADRID | |

| | | | |
|---|---|---|---|
| 0233 | **POPULAR BANCA PRIVADA, S.A.** | | |
| | TAX IDENTIFICATION NUMBER: | PHONE: 914189300 | FAX: 914189328 |
| | A83114082 | WWW.POPULARBANCAPRIVADA.ES | |
| | INTERNET DOMAIN/WEBSITE: | CL JUAN IGNACIO LUCA DE TENA, 11 | |
| | REGISTERED ADDRESS: | 28027 MADRID | |

| | | | |
|---|---|---|---|
| 1004 | **BANCO DE CREDITO LOCAL DE ESPAÑA, S.A.** | | |
| | TAX IDENTIFICATION NUMBER: | PHONE: 915376500 | FAX: 915376525 |
| | A28000719 | WWW.BCL.ES | |
| | INTERNET DOMAIN/WEBSITE: | PZ SANTA BARBARA, 2 | |
| | REGISTERED ADDRESS: | 28004 MADRID | |

# REGISTROS DE ENTIDADES
# 2007

SITUACION A 31 DE DICIEMBRE DE 2007

**Página**

CREDITO OFICIAL
ORDENADO ALFABETICAMENTE ........................................................................................ 7
ORDENADO POR CODIGO B.E. ........................................................................................... 9

BANCOS
ORDENADO ALFABETICAMENTE ...................................................................................... 13
ORDENADO POR CODIGO B.E. ......................................................................................... 15

CAJAS DE AHORROS
ORDENADO ALFABETICAMENTE ...................................................................................... 25
ORDENADO POR CODIGO B.E. ......................................................................................... 27

COOPERATIVAS DE CREDITO
ORDENADO ALFABETICAMENTE ...................................................................................... 35
ORDENADO POR CODIGO B.E. ......................................................................................... 37

ESTABLECIMIENTOS FINANCIEROS DE CREDITO
ORDENADO ALFABETICAMENTE ...................................................................................... 49
ORDENADO POR CODIGO B.E. ......................................................................................... 51

SOCIEDADES DOMINANTES DE ENTIDADES DE CREDITO
ORDENADO ALFABETICAMENTE ...................................................................................... 63
ORDENADO POR CODIGO B.E. ......................................................................................... 65

SUCURSALES DE ENTIDADES DE CREDITO EXTRANJERAS COMUNITARIAS
ORDENADO ALFABETICAMENTE ...................................................................................... 69
ORDENADO POR CODIGO B.E. ......................................................................................... 71

SUCURSALES DE ENTIDADES DE CREDITO EXTRANJERAS EXTRACOMUNITARIAS
ORDENADO ALFABETICAMENTE ...................................................................................... 83
ORDENADO POR CODIGO B.E. ......................................................................................... 85

ENTIDADES DE CREDITO COMUNITARIAS OPERANTES EN ESPAÑA SIN ESTABLECIMIENTO (Art. 28,
Directiva 2006/48/CE) ........................................................................................................... 87

ENTIDADES FINANCIERAS, FILIALES DE ENT. CTO. COMUNITARIAS, OPERANTES EN ESPAÑA SIN
ESTABL. (Art. 24) ................................................................................................................. 99

ENTIDADES DE CREDITO EXTRACOMUNITARIAS, OPERANTES EN ESPAÑA SIN ESTABLECIMIENTO
(Art. 11.2, R.D.1245/95) ...................................................................................................... 103

OFICINAS DE REPRESENTACION EN ESPAÑA DE ENTIDADES DE CREDITO EXTRANJERAS
ORDENADO ALFABETICAMENTE .................................................................................... 109
ORDENADO POR CODIGO B.E. ....................................................................................... 111

SOCIEDADES DE GARANTIA RECIPROCA
ORDENADO ALFABETICAMENTE .................................................................................... 121
ORDENADO POR CODIGO B.E. ....................................................................................... 123

SOCIEDADES DE REAFIANZAMIENTO
ORDENADO ALFABETICAMENTE .................................................................................... 129
ORDENADO POR CODIGO B.E. ....................................................................................... 131

**INDICE**

| | Página |
|---|---|

TITULARES DE ESTABLECIMIENTOS DE COMPRA-VENTA DE MONEDA EXTRANJERA Y/O GESTION
DE TRANSFERENCIAS
    ORDENADO ALFABETICAMENTE .................................................................................................. 135
    ORDENADO POR CODIGO B.E. ................................................................................................... 137

SOCIEDADES DE TASACION
    ORDENADO ALFABETICAMENTE .................................................................................................. 145
    ORDENADO POR CODIGO B.E. ................................................................................................... 147

SOCIEDADES PENDIENTES DE BAJA
    COOPERATIVAS DE CREDITO .................................................................................................... 155
    ESTABLECIMIENTOS FINANCIEROS DE CREDITO ...................................................................... 156
    SOCIEDADES DE GARANTIA RECIPROCA ................................................................................... 157

SERVICIOS DE TASACION DE ENTIDADES DE CREDITO
    BANCOS ..................................................................................................................................... 161
    CAJAS DE AHORROS .................................................................................................................. 162
    COOPERATIVAS DE CREDITO .................................................................................................... 163

CLASIFICACION GENERAL ALFABETICA ........................................................................................... 165



**BANCOS**

**BANCOS, POR ORDEN ALFABETICO**

| Nombre | Código |
|---|---|
| ALLFUNDS BANK, S.A. | 0011 |
| ALTAE BANCO, S.A. | 0099 |
| BANCA MARCH, S.A. | 0061 |
| BANCA PUEYO, S.A. | 0078 |
| BANCO ALCALA, S.A. | 0188 |
| BANCO ALICANTINO DE COMERCIO, S.A. | 0083 |
| BANCO ARABE ESPAÑOL, S.A. | 0136 |
| BANCO BANIF, S.A. | 0086 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 0182 |
| BANCO CAIXA GERAL, S.A. | 0130 |
| BANCO CETELEM, S.A. | 0225 |
| BANCO CONDAL, S.A. | 0021 |
| BANCO COOPERATIVO ESPAÑOL, S.A. | 0198 |
| BANCO DE ALBACETE, S.A. | 0091 |
| BANCO DE ANDALUCIA, S.A. | 0004 |
| BANCO DE CASTILLA, S.A. | 0082 |
| BANCO DE CREDITO BALEAR, S.A. | 0024 |
| BANCO DE CREDITO LOCAL DE ESPAÑA, S.A. | 1004 |
| BANCO DE DEPOSITOS, S.A. | 0003 |
| BANCO DE FINANZAS E INVERSIONES, S.A. | 0186 |
| BANCO DE GALICIA, S.A. | 0097 |
| BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A. | 0142 |
| BANCO DE MADRID, S.A. | 0059 |
| BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC) | 0132 |
| BANCO DE SABADELL, S.A. | 0081 |
| BANCO DE VALENCIA, S.A. | 0093 |
| BANCO DE VASCONIA, S.A. | 0095 |
| BANCO DEPOSITARIO BBVA, S.A. | 0057 |
| BANCO ESPAÑOL DE CREDITO, S.A. | 0030 |
| BANCO ETCHEVERRIA, S.A. | 0031 |
| BANCO EUROPEO DE FINANZAS, S.A. | 0184 |
| BANCO FINANTIA SOFINLOC, S.A. | 0220 |
| BANCO GALLEGO, S.A. | 0046 |
| BANCO GUIPUZCOANO, S.A. | 0042 |
| BANCO HALIFAX HISPANIA, S.A. | 0217 |
| BANCO INDUSTRIAL DE BILBAO, S.A. | 0113 |
| BANCO INVERSIS NET, S.A. | 0232 |
| BANCO LIBERTA, S.A. | 0115 |
| BANCO OCCIDENTAL, S.A. | 0121 |
| BANCO PASTOR, S.A. | 0072 |
| BANCO POPULAR ESPAÑOL, S.A. | 0075 |
| BANCO POPULAR HIPOTECARIO, S.A. | 0216 |
| BANCO SANTANDER, S.A. | 0049 |
| BANCO SERVICIOS FINANCIEROS CAJA MADRID-MAPFRE,SA | 0063 |
| BANCO URQUIJO SABADELL BANCA PRIVADA, S.A. | 0185 |
| BANCOFAR, S.A. | 0125 |
| BANCOPOPULAR-E, S.A. | 0229 |
| BANESTO BANCO DE EMISIONES, S.A. | 0038 |
| BANKINTER, S.A. | 0128 |
| BANKOA, S.A. | 0138 |
| BANQUE MAROCAINE COMMERCE EXTERIEUR INTERNAT.,S.A. | 0219 |
| BARCLAYS BANK, S.A. | 0065 |
| BBVA BANCO DE FINANCIACION, S.A. | 0129 |

Banco de Espanas 2007 list of companies registered as financi

**BANCOS, POR ORDEN ALFABETICO**

| Nombre | Código |
|---|---|
| BNP PARIBAS ESPAÑA, S.A. | 0058 |
| CITIBANK ESPAÑA, S.A. | 0122 |
| DEUTSCHE BANK CREDIT, S.A. | 0205 |
| DEUTSCHE BANK, S.A.E. | 0019 |
| DEXIA SABADELL, S.A. | 0231 |
| EBN BANCO DE NEGOCIOS, S.A. | 0211 |
| FINANZIA, BANCO DE CREDITO, S.A. | 0009 |
| GENERAL ELECTRIC CAPITAL BANK, S.A. | 0223 |
| MICROBANK DE LA CAIXA, S.A. | 0133 |
| OPEN BANK SANTANDER CONSUMER, S.A. | 0073 |
| POPULAR BANCA PRIVADA, S.A. | 0233 |
| PRIVAT BANK, S.A. | 0200 |
| RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A. | 0094 |
| SANTANDER CONSUMER FINANCE, S.A. | 0224 |
| SANTANDER INVESTMENT, S.A. | 0036 |
| UBS BANK, S.A | 0226 |
| UNOE BANK, S.A. | 0227 |

**TOTAL ENTIDADES: 70**

08-01789-cgm Doc 20175-20 Filed 08/29/22 Entered 08/29/22 18:16:35 Exhibit 20
Banco de Espanas 2007 list of companies registered as financi   Pg 192 of 355
Pg 26 of 34

BANCOS, POR CODIGO B.E.

**0003**    **BANCO DE DEPOSITOS, S.A.**
C.I.F.: A07001027         TELF: 914352175          FAX: 915752296
DOMICILIO SOCIAL:         CL JOSE ORTEGA Y GASSET, 29
                          28006 MADRID

**0004**    **BANCO DE ANDALUCIA, S.A.**
C.I.F.: A11600624         TELF: 954594700          FAX: 954228746
DOM./DIR. INTERNET:       WWW.BANCOANDALUCIA.ES
DOMICILIO SOCIAL:         CL FERNANDEZ Y GONZALEZ, 4-12
                          41001 SEVILLA

**0009**    **FINANZIA, BANCO DE CREDITO, S.A.**
C.I.F.: A37001815         TELF: 913743916          FAX: 913743076
DOM./DIR. INTERNET:       WWW.FINANZIA.COM
DOMICILIO SOCIAL:         CL JULIAN CAMARILLO, 4
                          28037 MADRID

**0011**    **ALLFUNDS BANK, S.A.**
C.I.F.: A41001371         TELF: 912746400          FAX: 912746464
DOM./DIR. INTERNET:       WWW.ALLFUNDSBANK.COM
DOMICILIO SOCIAL:         CL ESTAFETA, 6 (LA MORALEJA)
                          28109 ALCOBENDAS (MADRID)

**0019**    **DEUTSCHE BANK, SOCIEDAD ANONIMA ESPAÑOLA**
C.I.F.: A08000614         TELF: 934042102          FAX: 934042170
DOM./DIR. INTERNET:       WWW.DEUTSCHE-BANK.ES
DOMICILIO SOCIAL:         RD GENERAL MITRE, 72-74
                          8017 BARCELONA (BARCELONA)

**0021**    **BANCO CONDAL, S.A.**
C.I.F.: A08022097         TELF: 915783388          FAX: 915783002
DOMICILIO SOCIAL:         CL JOSE ORTEGA Y GASSET, 29
                          28006 MADRID

**0024**    **BANCO DE CREDITO BALEAR, S.A.**
C.I.F.: A07000136         TELF: 971170100          FAX: 971170137
DOM./DIR. INTERNET:       WWW.BANCOCREDITOBALEAR.ES
DOMICILIO SOCIAL:         PZ ESPAÑA, 1
                          7002 PALMA DE MALLORCA (ILLES BALEARS)

**0030**    **BANCO ESPAÑOL DE CREDITO, S.A.**
C.I.F.: A28000032         TELF: 913381000          FAX: 913382526
DOM./DIR. INTERNET:       WWW.BANESTO.ES
DOMICILIO SOCIAL:         AV GRAN VIA DE HORTALEZA, 3
                          28043 MADRID

**0031**    **BANCO ETCHEVERRIA, S.A.**
C.I.F.: A15011885         TELF: 981220042          FAX: 981220128
DOM./DIR. INTERNET:       WWW.BANCOETCHEVERRIA.ES
DOMICILIO SOCIAL:         CANTON CLAUDINO PITA, 2
                          15300 BETANZOS (A CORUÑA)

**BANCOS, POR CODIGO B.E.**

---

**0036**     **SANTANDER INVESTMENT, S.A.**
C.I.F.: A08161507          TELF: 912893400          FAX: 912571817
DOMICILIO SOCIAL:          AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
                           28660 BOADILLA DEL MONTE (MADRID)

**0038**     **BANESTO BANCO DE EMISIONES, S.A.**
C.I.F.: A28027274          TELF: 913383743          FAX: 913381788
DOMICILIO SOCIAL:          AV GRAN VIA DE HORTALEZA, 3
                           28043 MADRID

**0042**     **BANCO GUIPUZCOANO, S.A.**
C.I.F.: A20000733          TELF: 943418100          FAX: 943418320
DOM./DIR. INTERNET:        BANCOGUI.ES
DOMICILIO SOCIAL:          AV LIBERTAD, 21
                           20004 SAN SEBASTIAN (GUIPUZCOA)

**0046**     **BANCO GALLEGO, S.A.**
C.I.F.: A80042112          TELF: 981581000          FAX: 981937742
DOM./DIR. INTERNET:        WWW.BANCOGALLEGO.ES
DOMICILIO SOCIAL:          CL HORREO, 38
                           15702 SANTIAGO DE COMPOSTELA (A CORUÑA)

**0049**     **BANCO SANTANDER, S.A.**
C.I.F.: A39000013          TELF: 942206100          FAX: 915813388
DOM./DIR. INTERNET:        WWW.GRUPOSANTANDER.ES
DOMICILIO SOCIAL:          PS DE PEREDA, 9-12
                           39004 SANTANDER (CANTABRIA)

**0057**     **BANCO DEPOSITARIO BBVA, S.A.**
C.I.F.: A08109670          TELF: 913743000          FAX: 913747197
DOMICILIO SOCIAL:          CL CLARA DEL REY, 26
                           28002 MADRID

**0058**     **BNP PARIBAS ESPAÑA, S.A.**
C.I.F.: A28000370          TELF: 913888070          FAX: 913888543
DOM./DIR. INTERNET:        WWW.BANCAPRIVADA.BNPPARIBAS.ES
DOMICILIO SOCIAL:          CL RIBERA DEL LOIRA, 28 (PL.4)
                           28042 MADRID

**0059**     **BANCO DE MADRID, S.A.**
C.I.F.: A28014207          TELF: 917815360          FAX: 917815364
DOMICILIO SOCIAL:          PS DE LA CASTELLANA, 2 A
                           28046 MADRID

**0061**     **BANCA MARCH, S.A.**
C.I.F.: A07004021          TELF: 971779100          FAX: 971469929
DOM./DIR. INTERNET:        WWW.BANCAMARCH.ES
DOMICILIO SOCIAL:          AV ALEJANDRO ROSELLO, 8
                           7002 PALMA DE MALLORCA (ILLES BALEARS)

---

BANCOS, POR CODIGO B.E.

**0063**    **BANCO DE SERVICIOS FINANCIEROS CAJA MADRID - MAPFRE, S.A.**
C.I.F.: A33001215          TELF: 915819593          FAX: 915812950
DOM./DIR. INTERNET:        WWW.BANCOSFCAJAMADRIDMAPFRE.ES
DOMICILIO SOCIAL:          CR DE POZUELO DE A. A MAJADAHONDA, 52
(EDIFICIO MAPFRE)
28220 MAJADAHONDA (MADRID)

**0065**    **BARCLAYS BANK, S.A.**
C.I.F.: A47001946          TELF: 913361000          FAX: 913361282
DOM./DIR. INTERNET:        WWW.BARCLAYSNET.ES
DOMICILIO SOCIAL:          PZ DE COLON, 1
28046 MADRID

**0072**    **BANCO PASTOR, S.A.**
C.I.F.: A15000128          TELF: 981227800          FAX: 981228041
DOM./DIR. INTERNET:        WWW.BANCOPASTOR.ES
DOMICILIO SOCIAL:          CL CANTON PEQUEÑO, 1
15003 A CORUÑA

**0073**    **OPEN BANK SANTANDER CONSUMER, S.A.**
C.I.F.: A28021079          TELF: 913421000          FAX: 913421043
DOM./DIR. INTERNET:        WWW.OPENBANK.ES
DOMICILIO SOCIAL:          AV CANTABRIA, S/N (CIUDAD GR. SANTANDER)
28660 BOADILLA DEL MONTE (MADRID)

**0075**    **BANCO POPULAR ESPAÑOL, S.A.**
C.I.F.: A28000727          TELF: 915207000          FAX: 915779208
DOM./DIR. INTERNET:        WWW.BANCOPOPULAR.ES
DOMICILIO SOCIAL:          CL VELAZQUEZ, 34
28001 MADRID

**0078**    **BANCA PUEYO, S.A.**
C.I.F.: A06001671          TELF: 924846000          FAX: 924844652
DOM./DIR. INTERNET:        WWW.BANCAPUEYO.ES
DOMICILIO SOCIAL:          CL SANTA MARIA DE GUADALUPE, 2
6700 VILLANUEVA DE LA SERENA (BADAJOZ)

**0081**    **BANCO DE SABADELL, S.A.**
C.I.F.: A08000143          TELF: 937289289          FAX: 937271867
DOM./DIR. INTERNET:        WWW.BANCSABADELL.COM
DOMICILIO SOCIAL:          PZ DE SANT ROC, 20
8201 SABADELL (BARCELONA)

**0082**    **BANCO DE CASTILLA, S.A.**
C.I.F.: A37000163          TELF: 923290000          FAX: 923211902
DOM./DIR. INTERNET:        WWW.BANCOCASTILLA.ES
DOMICILIO SOCIAL:          PZ DE LOS BANDOS, 6
37002 SALAMANCA

**0083**    **BANCO ALICANTINO DE COMERCIO, S.A.**
C.I.F.: A03009545          TELF: 913382115          FAX: 913383745
DOMICILIO SOCIAL:           GRAN VIA DE HORTALEZA, 3
28043 MADRID

**BANCOS, POR CODIGO B.E.**

0086 **BANCO BANIF, S.A.**
C.I.F.: A33003088  TELF: 915208500  FAX: 915208550
DOM./DIR. INTERNET:  WWW.BANIF.ES
DOMICILIO SOCIAL:  PS DE LA CASTELLANA, 24
28046 MADRID

0091 **BANCO DE ALBACETE, S.A.**
C.I.F.: A02000974  TELF: 913422881  FAX: 913422884
DOMICILIO SOCIAL:  AV DE CANTABRIA, S/N (CIUDAD GRP.SANTANDER)
28660 BOADILLA DEL MONTE (MADRID)

0093 **BANCO DE VALENCIA, S.A.**
C.I.F.: A46002036  TELF: 963984503  FAX: 963984570
DOMICILIO SOCIAL:  CL PINTOR SOROLLA, 2-4
46002 VALENCIA

0094 **RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A.**
C.I.F.: A43000033  TELF: 913609900  FAX: 913609901
DOM./DIR. INTERNET:  WWW.RBCDEXIA-IS.ES
DOMICILIO SOCIAL:  CL FERNANDO EL SANTO, 20
28010 MADRID

0095 **BANCO DE VASCONIA, S.A.**
C.I.F.: A31000417  TELF: 948179600  FAX: 948179735
DOM./DIR. INTERNET:  WWW.BANCOVASCONIA.ES
DOMICILIO SOCIAL:  PZ DEL CASTILLO, 39
31001 PAMPLONA (NAVARRA)

0097 **BANCO DE GALICIA, S.A.**
C.I.F.: A36600229  TELF: 986822100  FAX: 986822101
DOM./DIR. INTERNET:  WWW.BANCOGALICIA.ES
DOMICILIO SOCIAL:  CL POLICARPO SANZ, 23
36202 VIGO (PONTEVEDRA)

0099 **ALTAE BANCO, S.A.**
C.I.F.: A14010342  TELF: 913915380  FAX: 913915414
DOM./DIR. INTERNET:  WWW.ALTAE.ES
DOMICILIO SOCIAL:  CL MONTESQUINZA, 48
28010 MADRID

0113 **BANCO INDUSTRIAL DE BILBAO, S.A.**
C.I.F.: A48036990  TELF: 944875429  FAX: 944874448
DOMICILIO SOCIAL:  CL GRAN VIA D. DIEGO LOPEZ HARO, 1
48009 BILBAO (VIZCAYA)

0115 **BANCO LIBERTA, S.A.**
C.I.F.: A15011489  TELF: 985102222  FAX: 985229950
DOMICILIO SOCIAL:  PZ DE LA ESCANDALERA, 2
33003 OVIEDO (ASTURIAS)

0121 **BANCO OCCIDENTAL, S.A.**
C.I.F.: A28137958  TELF: 944875429  FAX: 944874448
DOMICILIO SOCIAL:  PS DE LA CASTELLANA, 81 (PL. 5)
28046 MADRID

**0122**  **CITIBANK ESPAÑA, S.A.**
C.I.F.: A28142081 TELF: 916631000 FAX: 916631086
DOM./DIR. INTERNET: WWW.CITIBANK.ES
DOMICILIO SOCIAL: AV DE EUROPA, 19 (PQ.EMP.LA MORALEJA)
28108 ALCOBENDAS (MADRID)

**0125**  **BANCOFAR, S.A.**
C.I.F.: A45002599 TELF: 917023190 FAX: 917023194
DOM./DIR. INTERNET: WWW.BANCOFAR.ES
DOMICILIO SOCIAL: CL FORTUNY, 51
28010 MADRID

**0128**  **BANKINTER, S.A.**
C.I.F.: A28157360 TELF: 913397500 FAX: 913397522
DOM./DIR. INTERNET: WWW.EBANKINTER.COM
DOMICILIO SOCIAL: PS DE LA CASTELLANA, 29
28046 MADRID

**0129**  **BBVA BANCO DE FINANCIACION, S.A.**
C.I.F.: A08188807 TELF: 944875429 FAX: 944874448
DOMICILIO SOCIAL: G.VIA DON DIEGO LOPEZ DE HARO, 1
48001 BILBAO (VIZCAYA)

**0130**  **BANCO CAIXA GERAL, S.A.**
C.I.F.: A28226157 TELF: 986810700 FAX: 986810710
DOM./DIR. INTERNET: WWW.BANCOCAIXAGERAL.ES
DOMICILIO SOCIAL: CL POLICARPO SANZ, 5
36202 VIGO (PONTEVEDRA)

**0132**  **BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC)**
C.I.F.: A46062956 TELF: 944875429 FAX: 944874448
DOMICILIO SOCIAL: CL POETA QUEROL, 17
46002 VALENCIA

**0133**  **MICROBANK DE LA CAIXA, SOCIEDAD ANONIMA**
C.I.F.: A08309429 TELF: 932973119 FAX: 932973191
DOMICILIO SOCIAL: CL GRAN VIA LES CORTS CATALANES, 130-136
8038 BARCELONA

**0136**  **BANCO ARABE ESPAÑOL, S.A.**
C.I.F.: A28386191 TELF: 913149595 FAX: 913149768
DOMICILIO SOCIAL: PS DE LA CASTELLANA, 257
28046 MADRID

**0138**  **BANKOA, S.A.**
C.I.F.: A20043717 TELF: 943410100 FAX: 943429414
DOM./DIR. INTERNET: WWW.BANKOA.ES
DOMICILIO SOCIAL: AV DE LA LIBERTAD, 5
20004 SAN SEBASTIAN (GUIPUZCOA)

**BANCOS, POR CODIGO B.E.**

**0142**     **BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A.**
             C.I.F.: A08515157          TELF: 933163333          FAX: 933163165
             DOM./DIR. INTERNET:        WWW.BANKPYMENET.COM
             DOMICILIO SOCIAL:          TR GRACIA, 11
                                        8021 BARCELONA

**0182**     **BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**
             C.I.F.: A48265169          TELF: 944876000          FAX: 944876417
             DOM./DIR. INTERNET:        WWW.BBVA.COM
             DOMICILIO SOCIAL:          PZ DE SAN NICOLAS, 4
                                        48005 BILBAO (VIZCAYA)

**0184**     **BANCO EUROPEO DE FINANZAS, S.A.**
             C.I.F.: A78963816          TELF: 915325402          FAX: 915323065
             DOM./DIR. INTERNET:        WWW.BEF.ES
             DOMICILIO SOCIAL:          CL SEVERO OCHOA, 5 (PQ TEC.DE ANDALUCIA)
                                        29591 CAMPANILLAS (MÁLAGA)

**0185**     **BANCO URQUIJO SABADELL BANCA PRIVADA, S.A.**
             C.I.F.: A58597311          TELF: 913372000
             DOM./DIR. INTERNET:        WWW.SABADELLBANCAPRIVADA.COM
             DOMICILIO SOCIAL:          CL SERRANO, 71
                                        28006 MADRID

**0186**     **BANCO DE FINANZAS E INVERSIONES, S.A.**
             C.I.F.: A58640582          TELF: 932535400          FAX: 932535430
             DOMICILIO SOCIAL:          AV DIAGONAL, 668-670
                                        8034 BARCELONA

**0188**     **BANCO ALCALA, S.A.**
             C.I.F.: A79074274          TELF: 914310976          FAX: 914357260
             DOMICILIO SOCIAL:          CL GOYA, 23
                                        28001 MADRID

**0198**     **BANCO COOPERATIVO ESPAÑOL, S.A.**
             C.I.F.: A79496055          TELF: 915956700          FAX: 915956800
             DOM./DIR. INTERNET:        WWW.RURALVIA.COM/BANCOCOOPERATIVO/
             DOMICILIO SOCIAL:          CL VIRGEN DE LOS PELIGROS, 4
                                        28013 MADRID

**0200**     **PRIVAT BANK, S.A.**
             C.I.F.: A58891672          TELF: 934458500          FAX: 934458501
             DOMICILIO SOCIAL:          AV DIAGONAL, 464
                                        8006 BARCELONA

**0205**     **DEUTSCHE BANK CREDIT, S.A.**
             C.I.F.: A79859096          TELF: 915893540          FAX: 915893546
             DOM./DIR. INTERNET:        WWW.DB-CREDIT.ES
             DOMICILIO SOCIAL:          CL SOMERA, 7-9 (LA FLORIDA)
                                        28023 MADRID

08-01789-cgm cgm Doc 20165-20 Filed 08/29/22 Entered 08/29/22 20:16:35 Exhibit 20
Banco de Espanas 2007 list of companies registered as financi    Pg 198 of 355
Pg 32 of 34

BANCOS, POR CODIGO B.E.

**0211    EBN BANCO DE NEGOCIOS, S.A.**
C.I.F.: A28763043          TELF: 917009800          FAX: 917009829
DOMICILIO SOCIAL:         CL ALMAGRO, 46
                          28010 MADRID

**0216    BANCO POPULAR HIPOTECARIO, S.A.**
C.I.F.: A79223707          TELF: 915902500          FAX: 915759510
DOMICILIO SOCIAL:         CL LABASTIDA, 11
                          28034 MADRID

**0217    BANCO HALIFAX HISPANIA, S.A.**
C.I.F.: A80481765          TELF: 917820300          FAX: 917820314
DOMICILIO SOCIAL:         CL ANABEL SEGURA, 16 (PL. 4)
                          28108 ALCOBENDAS (MADRID)

**0219    BANQUE MAROCAINE DU COMMERCE EXTERIEUR INTERNATIONAL, S.A.**
C.I.F.: A80754781          TELF: 915756800          FAX: 914316310
DOMICILIO SOCIAL:         CL SERRANO, 59
                          28006 MADRID

**0220    BANCO FINANTIA SOFINLOC, S.A.**
C.I.F.: A80762941          TELF: 915572300          FAX: 915572301
DOM./DIR. INTERNET:       WWW.BFS.ES.
DOMICILIO SOCIAL:         AV MENENDEZ PELAYO, 67
                          28009 MADRID

**0223    GENERAL ELECTRIC CAPITAL BANK, S.A.**
C.I.F.: A08149007          TELF: 934005900          FAX: 934166813
DOMICILIO SOCIAL:         CL LLULL, 95-97 (PL. 4)
                          8005 BARCELONA

**0224    SANTANDER CONSUMER FINANCE, S.A.**
C.I.F.: A28122570          TELF: 912574930          FAX: 912571288
DOM./DIR. INTERNET:       WWW.SANTANDERCONSUMERFINANCE.ES
DOMICILIO SOCIAL:         AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
                          28660 BOADILLA DEL MONTE (MADRID)

**0225    BANCO CETELEM, S.A.**
C.I.F.: A78650348          TELF: 913370700          FAX: 915287780
DOM./DIR. INTERNET:       WWW.BANCOCETELEM.ES
DOMICILIO SOCIAL:         CL RETAMA, 3 (PL. 3-2)
                          28045 MADRID

**0226    UBS BANK, S.A.**
C.I.F.: A82356049          TELF: 917457000          FAX: 915633666
DOMICILIO SOCIAL:         CL MARIA DE MOLINA, 4
                          28006 MADRID

**0227    UNOE BANK, S.A.**
C.I.F.: A08024796          TELF: 914536100          FAX: 914536101
DOM./DIR. INTERNET:       WWW.UNO-E.COM
DOMICILIO SOCIAL:         CL JULIAN CAMARILLO, 4
                          28037 MADRID

**BANCOS, POR CODIGO B.E.**

**0229      BANCOPOPULAR-E, S.A.**
C.I.F.: A81831067              TELF: 915207981          FAX: 913202072
DOM./DIR. INTERNET:      WWW.BANCOPOPULAR-E.COM
DOMICILIO SOCIAL:         CL VELAZQUEZ, 34
                                        28001 MADRID

**0231      DEXIA SABADELL, S.A.**
C.I.F.: A82892993              TELF: 917213310          FAX: 917213320
DOM./DIR. INTERNET:      WWW.DEXIASABADELL.ES
DOMICILIO SOCIAL:         PS DE LAS DOCE ESTRELLAS, 4 (C. NACIONES)
                                        28042 MADRID

**0232      BANCO INVERSIS NET, S.A.**
C.I.F.: A83131433              TELF: 914001400          FAX: 914001410
DOMICILIO SOCIAL:         AV DE LA HISPANIDAD, 6
                                        28042 MADRID

**0233      POPULAR BANCA PRIVADA, S.A.**
C.I.F.: A83114082              TELF: 914189300          FAX: 914189328
DOM./DIR. INTERNET:      WWW.POPULARBANCAPRIVADA.ES
DOMICILIO SOCIAL:         CL JUAN IGNACIO LUCA DE TENA, 11
                                        28027 MADRID

**1004      BANCO DE CREDITO LOCAL DE ESPAÑA, S.A.**
C.I.F.: A28000719              TELF: 915376500          FAX: 915376525
DOM./DIR. INTERNET:      WWW.BCL.ES
DOMICILIO SOCIAL:         PZ SANTA BARBARA, 2
                                        28004 MADRID

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 16, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Dutch
- French
- German
- Spanish

To:

- English

The documents are designated as:

- List of credit institutions approved in Belgium – 2/16/2006
- List of credit institutions approved in Belgium – 3/12/2007
- List of credit institutions approved in Belgium – 6/24/2008
- Excerpt from Commercial Register – BGL BNP Paribas
- Excerpt from Commercial Register – Luxembourg branch(es) of BNP Paribas
- FSMA publishing - BNP PARIBAS ARBITRAGE SNC
- FSMA publishing - BNP PARIBAS FORTIS
- Official Registry by the Bank of Spain – B.N.P.- ESPAÑA, S.A.
- Bank of Spain's Record of Institutions 2007
- Bank of Spain's Record of Institutions 2008
- List of credit institutions approved in Belgium – 7/8/2009
- Excerpt from Swiss Central Business Name Index BNP Paribas (Suisse) SA
- Excerpt from Swiss Central Business Name Index BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA
- Excerpt from Swiss Central Business Name Index Fortis Banque (Suisse) SA

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

**Global Solutions. Local Expertise.**