# Exhibit 21

# RECORD OF INSTITUTIONS
# 2008

SITUATION AT DECEMBER 31, 2008

BANCO DE ESPAÑA

08:01-10786:5cgm Doc 2:15-12-21 Filed 03/22/25 Entered 03/22/25 23:35:36 Exhibit 21
Banco de Espanas 2008 list of companies registered as financi    Pg 3 of 359

**INDEX**

Page

OFFICIAL CREDIT
    SORTED ALPHABETICALLY ............................................................................................................. 7
    SORTED BY B.E. CODE ............................................................................................................. 9

BANKS
    SORTED ALPHABETICALLY    13
    SORTED BY B.E. CODE    15

SAVINGS BANKS
    SORTED ALPHABETICALLY    25
    SORTED BY B.E. CODE    27

CREDIT UNIONS
    SORTED ALPHABETICALLY    35
    SORTED BY B.E. CODE    37

ELECTRONIC MONEY INSTITUTIONS
    SORTED ALPHABETICALLY    49
    SORTED BY B.E. CODE    51

FINANCIAL CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    55
    SORTED BY B.E. CODE    57

DOMINANT SOCIETIES OF CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    67
    SORTED BY B.E. CODE    69

BRANCHES OF FOREIGN AND NON-EU COUNTRIES CREDIT INSTITUTIONS
SORTED ALPHABETICALLY    83
SORTED BY B.E. CODE    85

CREDIT INSTITUTIONS OF THE EUROPEAN UNION OPERATING IN SPAIN WITHOUT FACILITIES
(Art. 28, Regulation 2006/48/CE)    85

FINANCIAL INSTITUTIONS, BRANCHES OF CREDIT INSTITUTIONS FROM THE EUROPEAN UNION OPERATING IN SPAIN
WITHOUT FACILITIES (Art. 24)    97

NON EUROPEAN UNION COUNTRIES CREDIT INSTITUTIONS OPERATING IN SPAIN WITHOUT FACILITIES
(Art. 11.2, R.D.1245/95)    101

BRANCHES OF FOREIGN AND NON-EU COUNTRIES CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY ............................................................................................................. 107
    SORTED BY B.E. CODE ............................................................................................................. 109

REPRESENTATIVE OFFICES IN SPAIN OF FOREIGN CREDIT INSTITUTIONS
    SORTED ALPHABETICALLY    113
    SORTED BY B.E. CODE    115

RECIPROCAL GUARANTEE ASSOCIATIONS
    SORTED ALPHABETICALLY ............................................................................................................. 125
    SORTED BY B.E. CODE    127

Page

SUPPORTING GUARANTEE COMPANIES
    SORTED ALPHABETICALLY ................................................................................................................ 133
    SORTED BY B.E. CODE ................................................................................................................ 135

HOLDERS OF FOREIGN CURRENCY EXCHANGE OFFICES AND/OR THAT MANAGE
TRANSFERS
    SORTED ALPHABETICALLY ................................................................................................................ 139
    SORTED BY B.E. CODE ................................................................................................................ 141

APPRAISERS
    SORTED ALPHABETICALLY ................................................................................................................ 151
    SORTED BY B.E. CODE ................................................................................................................ 153

COMPANIES TO BE DEREGISTERED
    CREDIT UNIONS ................................................................................................................ 161
    RECIPROCAL GUARANTEE COMPANIES ................................................................................................................ 162

APPRAISAL SERVICES PROVIDED BY CREDIT INSTITUTIONS
    BANKS ................................................................................................................ 165
    CREDIT UNIONS ................................................................................................................ 166

GENERAL ALPHABETIC CLASSIFICATION ................................................................................................................ 167

**BANKS**

BANKS, BY ALPHABETIC ORDER

| Name | Code |
|------|------|
| ALLFUNDS BANK, S.A | 0011 |
| ALTAE BANCO, S.A. | 0099 |
| ARESBANK, S.A. | 0136 |
| BANCA MARCH, S.A. | 0061 |
| BANCA PUEYO, S.A. | 0078 |
| BANCO ALCALA, S.A. | 0188 |
| BANCO ALICANTINO DE COMERCIO, S.A | 0083 |
| BANCO ARABE ESPAÑOL, S.A. | 0136 |
| BANCO BANIF, S.A | 0086 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A | 0182 |
| BANCO CAIXA GERAL, S.A. | 0130 |
| BANCO CAMINOS, S.A. | 0234 |
| BANCO CETELEM, S.A | 0225 |
| BANCO COOPERATIVO ESPAÑOL, S.A | 0198 |
| BANCO DE ALBACETE, S.A. | 0091 |
| BANCO DE ANDALUCIA, S.A. | 0004 |
| BANCO DE CREDITO LOCAL DE ESPAÑA, S.A. | 1004 |
| BANCO DE DEPOSITOS, S.A. | 0003 |
| BANCO DE FINANZAS E INVERSIONES, S.A. | 0186 |
| BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A. | 0142 |
| BANCO DE MADRID, S.A | 0059 |
| BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC) | 0132 |
| BANCO DE SABADELL, S.A. | 0081 |
| BANCO DE VALENCIA, S.A. | 0093 |
| BANCO DEPOSITARIO BBVA, S.A | 0057 |
| BANCO ESPAÑOL DE CREDITO, S.A | 0030 |
| BANCO ETCHEVERRIA, S.A. | 0031 |
| BANCO EUROPEO DE FINANZAS, S.A. | 0184 |
| BANCO FINANTIA SOFINLOC, S.A. | 0220 |
| BANCO GALLEGO, S.A. | 0046 |
| BANCO GUIPUZCOANO, S.A. | 0042 |
| BANCO HALIFAX HISPANIA, S.A. | 0217 |
| BANCO INDUSTRIAL DE BILBAO, S.A. | 0113 |
| BANCO INVERSIS, S.A | 0232 |
| BANCO LIBERTA, S.A | 0115 |
| BANCO OCCIDENTAL, S.A | 0121 |
| BANCO PASTOR, S.A | 0072 |
| BANCO POPULAR ESPAÑOL, S.A. | 0075 |
| BANCO POPULAR HIPOTECARIO, S.A. | 0216 |
| BANCO SANTANDER, S.A | 0049 |
| BANCO SERVICIOS FINANCIEROS CAJA MADRID-MAPFRE, SA | 0063 |
| BANCO URQUIJO SABADELL BANCA PRIVADA, S.A | 0185 |
| BANCOFAR, S.A. | 0125 |
| BANCOPOPULAR-E, S.A | 0229 |
| BANESTO BANCO DE EMISIONES, S.A. | 0038 |
| BANKINTER, S.A | 0128 |
| BANKOA, S.A | 0138 |
| BANQUE MAROCAINE COMMERCE EXTERIEUR INTERNAT, S.A. | 0219 |
| BARCLAYS BANK, S.A. | 0065 |
| BBVA BANCO DE FINANCIACION, S.A. | 0129 |
| BNP PARIBAS ESPAÑA, S.A. | 0058 |
| CITIBANK ESPAÑA, S.A | 0122 |
| DEUTSCHE BANK CREDIT, S.A | 0205 |
| DEUTSCHE BANK, S.A.E | 0019 |

BANKS, BY ALPHABETIC ORDER

| Name | Code |
|------|------|
| DEXIA SABADELL, S.A | 0231 |
| EBN BANCO DE NEGOCIOS, S.A | 0211 |
| FINANZIA, BANCO DE CREDITO, S.A | 0009 |
| GENERAL ELECTRIC CAPITAL BANK, S.A | 0223 |
| MICROBANK DE LA CAIXA, S.A. | 0133 |
| OPEN BANK SANTANDER CONSUMER, S.A | 0073 |
| POPULAR BANCA PRIVADA, S.A. | 0233 |
| PRIVAT BANK, S.A | 0200 |
| RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A. | 0094 |
| SANTANDER CONSUMER FINANCE, S.A. | 0224 |
| SANTANDER INVESTMENT, S.A | 0036 |
| UBS BANK, S.A | 0226 |
| UNOE BANK, S.A | 0227 |

**TOTAL OF INSTITUTIONS: 66**

**0003**    **BANCO DE DEPOSITOS, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 914352175                        FAX: 915752296
A07001027                   CL JOSE ORTEGA Y GASSET, 29
REGISTERED ADDRESS:         28006 MADRID

**0004**    **BANCO DE ANDALUCIA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 954594700                        FAX: 954228746
A11600624                   WWW.BANCOANDALUCIA.ES
INTERNET DOMAIN/WEBSITE:    CL FERNANDEZ Y GONZALEZ, 4-12
REGISTERED ADDRESS:         41001 SEVILLA

**0009**    **FINANZIA, BANCO DE CREDITO, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913743916                        FAX: 913743076
A37001815                   WWW.FINANZIA.COM
INTERNET DOMAIN/WEBSITE:    CL JULIAN CAMARILLO, 4
REGISTERED ADDRESS:         28037 MADRID

**0011**    **ALLFUNDS BANK, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 912746400                        FAX: 912746464
A41001371                   WWW.ALLFUNDSBANK.COM
INTERNET DOMAIN/WEBSITE:    CL ESTAFETA, 6 (LA MORALEJA)
REGISTERED ADDRESS:         28109 ALCOBENDAS (MADRID)

**0019**    **DEUTSCHE BANK, SOCIEDAD ANONIMA ESPAÑOLA**
TAX IDENTIFICATION NUMBER:  PHONE: 934042102                        FAX: 934042170
A08000614                   WWW.DEUTSCHE-BANK.ES
INTERNET DOMAIN/WEBSITE:    RD GENERAL MITRE, 72-74
REGISTERED ADDRESS:         8017 BARCELONA (BARCELONA)

**0021**    **BANCO ESPAÑOL DE CREDITO, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913381000                        FAX: 913382526
A28000032                   WWW.BANESTO.ES WWW.IBANESTO.COM
INTERNET DOMAIN/WEBSITE:    AV GRAN VIA DE HORTALEZA, 3
REGISTERED ADDRESS:         28006 MADRID

**0031**    **BANCO ETCHEVERRIA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 981220042                        FAX: 981220128
A15011885                   WWW.BANCOETCHEVERRIA.ES
INTERNET DOMAIN/WEBSITE:    CANTON CLAUDINO PITA, 2
REGISTERED ADDRESS:         15300 BETANZOS (A CORUÑA)

**0036**    **SANTANDER INVESTMENT, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 912893400                        FAX: 912571817
A08161507                   AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
REGISTERED ADDRESS:         28660 BOADILLA DEL MONTE (MADRID)

**0038**    **BANESTO BANCO DE EMISIONES, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 913383743                        FAX: 913381788
A28027274                   AV GRAN VIA DE HORTALEZA, 3
REGISTERED ADDRESS:         28043 MADRID

**BANKS, BY B.E. CODE**

**0042**   **BANCO GUIPUZCOANO, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 943418100                       FAX: 943418320
A20000733                    BANCOGUI.ES
INTERNET DOMAIN/WEBSITE:     AV LIBERTAD, 21
REGISTERED ADDRESS:          20004 SAN SEBASTIAN (GUIPUZCOA)

**0046**   **BANCO GALLEGO, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 981581000                       FAX: 981937742
A80042112                    WWW.BANCOGALLEGO.ES
INTERNET DOMAIN/WEBSITE:     CL HORREO, 38
REGISTERED ADDRESS:          15702 SANTIAGO DE COMPOSTELA (A CORUÑA)

**0049**   **BANCO SANTANDER, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913743000                       FAX: 913747197
A08109670                    CL CLARA DEL REY, 26
REGISTERED ADDRESS:          28002 MADRID

**0057**   **BANCO DEPOSITARIO BBVA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913743000                       FAX: 913747197
A08109670                    CL CLARA DEL REY, 26
REGISTERED ADDRESS:          28002 MADRID

**0058**   **BNP PARIBAS ESPAÑA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913888070                       FAX: 913888543
A28000370                    WWW.BANCAPRIVADA.BNPPARIBAS.ES
INTERNET DOMAIN/WEBSITE:     CL RIBERA DEL LOIRA, 28 (PL.4)
REGISTERED ADDRESS:          28042 MADRID

**0059**   **BANCO DE MADRID, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 917815360                       FAX: 917815364
A07004021                    PS DE LA CASTELLANA, 2 A
REGISTERED ADDRESS:          28046 MADRID

**0061**   **BANCA MARCH, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 971779100                       FAX: 971469929
A07004021                    WWW.BANCAMARCH.ES
INTERNET DOMAIN/WEBSITE:     AV ALEJANDRO ROSELLO, 8
REGISTERED ADDRESS:          7002 PALMA DE MALLORCA (BALEARIC ISLANDS)

**0063**   **BANCO DE SERVICIOS FINANCIEROS CAJA MADRID - MAPFRE, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 915819593                       FAX: 915812950
A33001215                    WWW.BANCOSFCAJAMADRIDMAPFRE.ES
INTERNET DOMAIN/WEBSITE:     CR DE POZUELO DE A. A MAJADAHONDA, 52
REGISTERED ADDRESS:          (MAPFRE BUILDING)
                             28220 MAJADAHONDA (MADRID)

**0065**   **BARCLAYS BANK, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913361000                       FAX: 913361282
A47001946                    WWW.BARCLAYSNET.ES
INTERNET DOMAIN/WEBSITE:     PZ DE COLON, 1
REGISTERED ADDRESS:          28046 MADRID

**0072**    **BANCO PASTOR, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 981227800                          FAX: 981228041
A15000128                     WWW.BANCOPASTOR.ES
INTERNET DOMAIN/WEBSITE:      CL CANTON PEQUEÑO, 1
REGISTERED ADDRESS:           15003 A CORUÑA

**0073**    **OPEN BANK SANTANDER CONSUMER, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 913421000              FAX: 981228041
A28021079                     WWW.OPENBANK.ES
INTERNET DOMAIN/WEBSITE:      AV CANTABRIA, S/N (CIUDAD GR. SANTANDER)
REGISTERED ADDRESS:           28660 BOADILLA DEL MONTE (MADRID)

**0075**    **BANCO POPULAR ESPAÑOL, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 915207000                          FAX: 915779208
A28000727                     WWW.BANCOPOPULAR.ES
INTERNET DOMAIN/WEBSITE:      CL VELAZQUEZ, 34
REGISTERED ADDRESS:           28001 MADRID

**0078**    **BANCA PUEYO, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 924846000                          FAX: 924844652
A06001671                     WWW.BANCAPUEYO.ES
INTERNET DOMAIN/WEBSITE:      CL SANTA MARIA DE GUADALUPE, 2
REGISTERED ADDRESS:           6700 VILLANUEVA DE LA SERENA (BADAJOZ)

**0081**    **BANCO DE SABADELL, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 937289289                          FAX: 937271867
A08000143                     WWW.BANCSABADELL.COM
INTERNET DOMAIN/WEBSITE:      PZ DE SANT ROC, 20
REGISTERED ADDRESS:           8201 SABADELL (BARCELONA)

**0083**    **BANCO ALICANTINO DE COMERCIO, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 913382115                          FAX: 913383745
A03009545                     GRAN VIA DE HORTALEZA, 3
REGISTERED ADDRESS:           28043 MADRID

**0086**    **BANCO BANIF, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 915208500                          FAX: 915208550
A33003088                     WWW.BANIF.ES
INTERNET DOMAIN/WEBSITE:      PS DE LA CASTELLANA, 24
REGISTERED ADDRESS:           28046 MADRID

**0091**    **BANCO DE ALBACETE, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 913422881                          FAX: 913422884
A02000974                     AV DE CANTABRIA, S/N (CIUDAD GRP.SANTANDER)
REGISTERED ADDRESS:           28660 BOADILLA DEL MONTE (MADRID)

**0093**    **BANCO DE VALENCIA, S.A.**

TAX IDENTIFICATION NUMBER:    PHONE: 963984503                          FAX: 963984570
INTERNET DOMAIN/WEBSITE:      CL PINTOR SOROLLA, 2-4
REGISTERED ADDRESS:           46002 VALENCIA

08-01-01-0005-gm Doc 2165-2-21 Filed 03/22/22 Entered 03/22/22 18:28:36 Exhibit 21

**BANKS, BY B.E. CODE**

---

**0094**   **RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 913609900                FAX: 913609901
A43000033                     WWW.RBCDEXIA-IS.ES
INTERNET DOMAIN/WEBSITE:      CL FERNANDO EL SANTO, 20
REGISTERED ADDRESS:           28010 MADRID


**0099**   **ALTAE BANCO, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 913915380                FAX: 913915414
A14010342                     WWW.ALTAE.ES
INTERNET DOMAIN/WEBSITE:      CL MONTESQUINZA, 48
REGISTERED ADDRESS:           28010 MADRID


**0113**   **BANCO INDUSTRIAL DE BILBAO, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 944875429                FAX: 944874448
A48036990                     CL GRAN VIA D. DIEGO LOPEZ HARO, 1
REGISTERED ADDRESS:           48009 BILBAO (VIZCAYA)


**0115**   **BANCO LIBERTA, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 985102222                FAX: 985229950
A15011489                     PZ DE LA ESCANDALERA, 2
INTERNET DOMAIN/WEBSITE:      33003 OVIEDO (ASTURIAS)
REGISTERED ADDRESS:


**0121**   **BANCO OCCIDENTAL, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 944875429                FAX: 944874448
A28137958                     PS DE LA CASTELLANA, 81 (PL. 5)
REGISTERED ADDRESS:           28046 MADRID


**0122**   **CITIBANK ESPAÑA, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 916631000                FAX: 916631086
A28142081                     WWW.CITIBANK.ES
INTERNET DOMAIN/WEBSITE:
REGISTERED ADDRESS:


**0125**   **BANCOFAR, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 917023190                FAX: 917023194
A45002599                     WWW.BANCOFAR.ES
INTERNET DOMAIN/WEBSITE:      CL FORTUNY, 51
REGISTERED ADDRESS:           28010 MADRID


**0128**   **BANKINTER, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 913397500                FAX: 913397522
A28157360                     WWW.EBANKINTER.COM
INTERNET DOMAIN/WEBSITE:      PS DE LA CASTELLANA, 29
REGISTERED ADDRESS:           28046 MADRID


**0129**   **BBVA BANCO DE FINANCIACION, S.A.**

TAX IDENTIFICATION NUMBER:   PHONE: 944875429                FAX: 944874448
A08188807                     G.VIA DON DIEGO LOPEZ DE HARO, 1
REGISTERED ADDRESS:           48001 BILBAO (VIZCAYA)

---

**0130**   **BANCO CAIXA GERAL, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 986810700                      FAX: 986810710
A28226157                    WWW.BANCOCAIXAGERAL.ES
INTERNET DOMAIN/WEBSITE:     CL POLICARPO SANZ, 5
REGISTERED ADDRESS:          36202 VIGO (PONTEVEDRA)

**0132**   **BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC)**
TAX IDENTIFICATION NUMBER:   PHONE: 944875429                      FAX: 944874448
A46062956                    CL POETA QUEROL, 17
REGISTERED ADDRESS:          46002 VALENCIA

**0133**   **MICROBANK DE LA CAIXA, SOCIEDAD ANONIMA**
TAX IDENTIFICATION NUMBER:   PHONE: 932973119                      FAX: 932973191
A08309429                    CL GRAN VIA LES CORTS CATALANES, 130-136
REGISTERED ADDRESS:          8038 BARCELONA

**0136**   **ARESBANK, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913149595                      FAX: 913149768
A28386191                    WWW.ARESBANK.ES
INTERNET DOMAIN/WEBSITE:     PS DE LA CASTELLANA, 257
REGISTERED ADDRESS:          28046 MADRID

**0138**   **BANKOA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 943410100                      FAX: 943429414
A20043717                    WWW.BANKOA.ES
INTERNET DOMAIN/WEBSITE:     AV DE LA LIBERTAD, 5
REGISTERED ADDRESS:          20004 SAN SEBASTIAN (GUIPUZCOA)

**0142**   **BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 933163333                      FAX: 933163165
INTERNET DOMAIN/WEBSITE:     WWW.BANKPYMENET.COM
REGISTERED ADDRESS:          TR GRACIA, 11
                             8021 SABADELL (BARCELONA)

**0182**   **BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 944876000                      FAX:  944876417
INTERNET DOMAIN/WEBSITE:     WWW.BBVA.COM
REGISTERED ADDRESS:          PZ DE SAN NICOLAS, 4
                             48005 BILBAO (VIZCAYA)

**0184**   **BANCO EUROPEO DE FINANZAS, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 915325402                      FAX: 915323065
INTERNET DOMAIN/WEBSITE:     WWW.BEF.ES
REGISTERED ADDRESS:          CL SEVERO OCHOA, 5 (PQ TEC.DE ANDALUCIA)
                             29591 CAMPANILLAS (MÁLAGA)

**0185**   **BANCO URQUIJO SABADELL BANCA PRIVADA, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913372000
A58597311                    WWW.SABADELLBANCAPRIVADA.COM
INTERNET DOMAIN/WEBSITE:     CL SERRANO, 71
REGISTERED ADDRESS:          28006 MADRID

**0186**   **BANCO DE FINANZAS E INVERSIONES, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 932535400                    FAX: 932535430
A58640582                          AV DIAGONAL, 668-670
REGISTERED ADDRESS:               8034 BARCELONA


**0188**   **BANCO ALCALA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 914310976                    FAX: 914357260
A79074274                          CL GOYA, 23
REGISTERED ADDRESS:               28001 MADRID


**0198**   **BANCO COOPERATIVO ESPAÑOL, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915956700                    FAX: 915956800
A79496055                          WWW.RURALVIA.COM/BANCOCOOPERATIVO/
INTERNET DOMAIN/WEBSITE:    CL VIRGEN DE LOS PELIGROS, 4
REGISTERED ADDRESS:               28013 MADRID


**0200**   **PRIVAT BANK, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 934458500                    FAX: 934458501
A58891672                          AV DIAGONAL, 464
REGISTERED ADDRESS:               8006 BARCELONA


**0205**   **DEUTSCHE BANK CREDIT, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915893540                    FAX: 915893546
A79859096                          WWW.DB-CREDIT.ES
INTERNET DOMAIN/WEBSITE:    CL SOMERA, 7-9 (LA FLORIDA)
REGISTERED ADDRESS:               28023 MADRID


**0211**   **EBN BANCO DE NEGOCIOS, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917009800                    FAX: CL ALMAGRO, 46
A28763043                          CL ALMAGRO, 46                28010 MADRID
REGISTERED ADDRESS:               28010 MADRID


**0216**   **BANCO POPULAR HIPOTECARIO, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915902500                    FAX: 915759510
A79223707                          CL LABASTIDA, 11
REGISTERED ADDRESS:               28034 MADRID


**0217**   **BANCO HALIFAX HISPANIA, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 917820300                    FAX: 917820314
A80481765                          CL ANABEL SEGURA, 16 (PL. 4)
INTERNET DOMAIN/WEBSITE:    28108 ALCOBENDAS (MADRID)
REGISTERED ADDRESS:


**0219**   **BANQUE MAROCAINE DU COMMERCE EXTERIEUR INTERNATIONAL, S.A.**
TAX IDENTIFICATION NUMBER:  PHONE: 915756800                    FAX: 914316310
A80754781                          CL SERRANO, 59
REGISTERED ADDRESS:               28006 MADRID

**BANKS, BY B.E. CODE**

**0220**    **BANCO FINANTIA SOFINLOC, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 915572300      FAX: 915572301
A80762941    WWW.BFS.ES.
INTERNET DOMAIN/WEBSITE:   AV MENENDEZ PELAYO, 67
REGISTERED ADDRESS:   28009 MADRID

**0223**    **GENERAL ELECTRIC CAPITAL BANK, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 934005900      FAX: 934166813
A08149007    CL LLULL, 95-97 (PL. 4)
REGISTERED ADDRESS:   8005 BARCELONA

**0224**    **SANTANDER CONSUMER FINANCE, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 912574930      FAX: 912571288
A28122570    WWW.SANTANDERCONSUMERFINANCE.ES
INTERNET DOMAIN/WEBSITE:   AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
REGISTERED ADDRESS:   28660 BOADILLA DEL MONTE (MADRID)

**0225**    **BANCO CETELEM, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 913370700      FAX: 915287780
A78650348    WWW.BANCOCETELEM.ES
INTERNET DOMAIN/WEBSITE:   CL RETAMA, 3 (PL. 3-2)
REGISTERED ADDRESS:   28045 MADRID

**0226**    **UBS BANK, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 917457000      FAX: 915633666
A82356049    CL MARIA DE MOLINA, 4
REGISTERED ADDRESS:   28006 MADRID

**0227**    **UNOE BANK, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 914536100      FAX: 914536101
A08024796    WWW.UNO-E.COM
INTERNET DOMAIN/WEBSITE:   CL JULIAN CAMARILLO, 4
REGISTERED ADDRESS:   28037 MADRID

**0229**    **BANCOPOPULAR-E, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 915207981      FAX: 913202072
A81831067    WWW.BANCOPOPULAR-E.COM
INTERNET DOMAIN/WEBSITE:   CL VELAZQUEZ, 34
REGISTERED ADDRESS:   28001 MADRID

**0231**    **DEXIA SABADELL, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 917213310      FAX: 917213320
A82892993    WWW.DEXIASABADELL.ES
INTERNET DOMAIN/WEBSITE:   PS DE LAS DOCE ESTRELLAS, 4 (C. NACIONES)
REGISTERED ADDRESS:   28042 MADRID

**0232**    **BANCO INVERSIS, S.A.**
TAX IDENTIFICATION NUMBER:   PHONE: 914001400      FAX: 914001410
A83131433    AV DE LA HISPANIDAD, 6
REGISTERED ADDRESS:   28042 MADRID

0233     **POPULAR BANCA PRIVADA, S.A.**
         TAX IDENTIFICATION NUMBER:    PHONE: 914189300                          FAX: 914189328
         A83114082                     WWW.POPULARBANCAPRIVADA.ES
         INTERNET DOMAIN/WEBSITE:      CL JUAN IGNACIO LUCA DE TENA, 11
         REGISTERED ADDRESS:           28027 MADRID

1004     **BANCO DE CREDITO LOCAL DE ESPAÑA, S.A.**
         TAX IDENTIFICATION NUMBER:    PHONE: 915376500                          FAX: 915376525
         A28000719                     WWW.BCL.ES
         INTERNET DOMAIN/WEBSITE:      PZ SANTA BARBARA, 2
         REGISTERED ADDRESS:           28004 MADRID

1004     **BANCO DE CREDITO LOCAL DE ESPAÑA, S.A.**
         TAX IDENTIFICATION NUMBER:    PHONE: 915376500                          FAX: 915376525
         A28000719                     WWW.BCL.ES
         INTERNET DOMAIN/WEBSITE:      PZ SANTA BARBARA, 2
         REGISTERED ADDRESS:           28004 MADRID

# REGISTROS DE ENTIDADES
# 2008

SITUACION A 31 DE DICIEMBRE DE 2008

08-01789-cgm Doc 20170-21 Filed 08/29/22 Entered 08/29/22 08:16:36 Exhibit 21
Banco de Espanas 2008 list of companies registered as financi    Pg 182 of 359
Pg 20 of 34

INDICE

**Página**

CREDITO OFICIAL
  ORDENADO ALFABETICAMENTE .................................................................................... 7
  ORDENADO POR CODIGO B.E. ..................................................................................... 9

BANCOS
  ORDENADO ALFABETICAMENTE .................................................................................. 13
  ORDENADO POR CODIGO B.E. ................................................................................... 15

CAJAS DE AHORROS
  ORDENADO ALFABETICAMENTE .................................................................................. 25
  ORDENADO POR CODIGO B.E. ................................................................................... 27

COOPERATIVAS DE CREDITO
  ORDENADO ALFABETICAMENTE .................................................................................. 35
  ORDENADO POR CODIGO B.E. ................................................................................... 37

ENTIDADES DE DINERO ELECTRONICO
  ORDENADO ALFABETICAMENTE .................................................................................. 49
  ORDENADO POR CODIGO B.E. ................................................................................... 51

ESTABLECIMIENTOS FINANCIEROS DE CREDITO
  ORDENADO ALFABETICAMENTE .................................................................................. 55
  ORDENADO POR CODIGO B.E. ................................................................................... 57

SOCIEDADES DOMINANTES DE ENTIDADES DE CREDITO
  ORDENADO ALFABETICAMENTE .................................................................................. 67
  ORDENADO POR CODIGO B.E. ................................................................................... 69

SUCURSALES DE ENTIDADES DE CREDITO EXTRANJERAS COMUNITARIAS
  ORDENADO ALFABETICAMENTE .................................................................................. 73
  ORDENADO POR CODIGO B.E. ................................................................................... 75

ENTIDADES DE CREDITO COMUNITARIAS OPERANTES EN ESPAÑA SIN ESTABLECIMIENTO (Art. 28,
Directiva 2006/48/CE) ........................................................................................... 85

ENTIDADES FINANCIERAS, FILIALES DE ENT. CTO. COMUNITARIAS, OPERANTES EN ESPAÑA SIN
ESTABL. (Art. 24) ............................................................................................... 97

ENTIDADES DE CREDITO EXTRACOMUNITARIAS, OPERANTES EN ESPAÑA SIN ESTABLECIMIENTO
(Art. 11.2, R.D.1245/95) ...................................................................................... 101

SUCURSALES DE ENTIDADES DE CREDITO EXTRANJERAS EXTRACOMUNITARIAS
  ORDENADO ALFABETICAMENTE ................................................................................. 107
  ORDENADO POR CODIGO B.E. .................................................................................. 109

OFICINAS DE REPRESENTACION EN ESPAÑA DE ENTIDADES DE CREDITO EXTRANJERAS
  ORDENADO ALFABETICAMENTE ................................................................................. 113
  ORDENADO POR CODIGO B.E. .................................................................................. 115

SOCIEDADES DE GARANTIA RECIPROCA
  ORDENADO ALFABETICAMENTE ................................................................................. 125
  ORDENADO POR CODIGO B.E. .................................................................................. 127

**INDICE**

|  | **Página** |
|---|---|

SOCIEDADES DE REAFIANZAMIENTO
    ORDENADO ALFABETICAMENTE ........................................................................................ 133
    ORDENADO POR CODIGO B.E. ........................................................................................... 135

TITULARES DE ESTABLECIMIENTOS DE COMPRA-VENTA DE MONEDA EXTRANJERA Y/O GESTION DE TRANSFERENCIAS
    ORDENADO ALFABETICAMENTE ........................................................................................ 139
    ORDENADO POR CODIGO B.E. ........................................................................................... 141

SOCIEDADES DE TASACION
    ORDENADO ALFABETICAMENTE ........................................................................................ 151
    ORDENADO POR CODIGO B.E. ........................................................................................... 153

SOCIEDADES PENDIENTES DE BAJA
    COOPERATIVAS DE CREDITO .............................................................................................. 161
    SOCIEDADES DE GARANTIA RECIPROCA .......................................................................... 162

SERVICIOS DE TASACION DE ENTIDADES DE CREDITO
    BANCOS ................................................................................................................................. 165
    COOPERATIVAS DE CREDITO .............................................................................................. 166

CLASIFICACION GENERAL ALFABETICA ........................................................................................ 167



**BANCOS**

**BANCOS, POR ORDEN ALFABETICO**

| Nombre | Código |
|---|---|
| ALLFUNDS BANK, S.A. | 0011 |
| ALTAE BANCO, S.A. | 0099 |
| ARESBANK, S.A. | 0136 |
| BANCA MARCH, S.A. | 0061 |
| BANCA PUEYO, S.A. | 0078 |
| BANCO ALCALA, S.A. | 0188 |
| BANCO ALICANTINO DE COMERCIO, S.A. | 0083 |
| BANCO BANIF, S.A. | 0086 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 0182 |
| BANCO CAIXA GERAL, S.A. | 0130 |
| BANCO CAMINOS, S.A. | 0234 |
| BANCO CETELEM, S.A. | 0225 |
| BANCO COOPERATIVO ESPAÑOL, S.A. | 0198 |
| BANCO DE ALBACETE, S.A. | 0091 |
| BANCO DE ANDALUCIA, S.A. | 0004 |
| BANCO DE CREDITO LOCAL DE ESPAÑA, S.A. | 1004 |
| BANCO DE DEPOSITOS, S.A. | 0003 |
| BANCO DE FINANZAS E INVERSIONES, S.A. | 0186 |
| BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A. | 0142 |
| BANCO DE MADRID, S.A. | 0059 |
| BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC) | 0132 |
| BANCO DE SABADELL, S.A. | 0081 |
| BANCO DE VALENCIA, S.A. | 0093 |
| BANCO DEPOSITARIO BBVA, S.A. | 0057 |
| BANCO ESPAÑOL DE CREDITO, S.A. | 0030 |
| BANCO ETCHEVERRIA, S.A. | 0031 |
| BANCO EUROPEO DE FINANZAS, S.A. | 0184 |
| BANCO FINANTIA SOFINLOC, S.A. | 0220 |
| BANCO GALLEGO, S.A. | 0046 |
| BANCO GUIPUZCOANO, S.A. | 0042 |
| BANCO HALIFAX HISPANIA, S.A. | 0217 |
| BANCO INDUSTRIAL DE BILBAO, S.A. | 0113 |
| BANCO INVERSIS, S.A. | 0232 |
| BANCO LIBERTA, S.A. | 0115 |
| BANCO OCCIDENTAL, S.A. | 0121 |
| BANCO PASTOR, S.A. | 0072 |
| BANCO POPULAR ESPAÑOL, S.A. | 0075 |
| BANCO POPULAR HIPOTECARIO, S.A. | 0216 |
| BANCO SANTANDER, S.A. | 0049 |
| BANCO SERVICIOS FINANCIEROS CAJA MADRID-MAPFRE,SA | 0063 |
| BANCO URQUIJO SABADELL BANCA PRIVADA, S.A. | 0185 |
| BANCOFAR, S.A. | 0125 |
| BANCOPOPULAR-E, S.A. | 0229 |
| BANESTO BANCO DE EMISIONES, S.A. | 0038 |
| BANKINTER, S.A. | 0128 |
| BANKOA, S.A. | 0138 |
| BANQUE MAROCAINE COMMERCE EXTERIEUR INTERNAT.,S.A. | 0219 |
| BARCLAYS BANK, S.A. | 0065 |
| BBVA BANCO DE FINANCIACION, S.A. | 0129 |
| BNP PARIBAS ESPAÑA, S.A. | 0058 |
| CITIBANK ESPAÑA, S.A. | 0122 |
| DEUTSCHE BANK CREDIT, S.A. | 0205 |
| DEUTSCHE BANK, S.A.E. | 0019 |

**BANCOS, POR ORDEN ALFABETICO**

| Nombre | Código |
|---|---|
| DEXIA SABADELL, S.A. | 0231 |
| EBN BANCO DE NEGOCIOS, S.A. | 0211 |
| FINANZIA, BANCO DE CREDITO, S.A. | 0009 |
| GENERAL ELECTRIC CAPITAL BANK, S.A. | 0223 |
| MICROBANK DE LA CAIXA, S.A. | 0133 |
| OPEN BANK SANTANDER CONSUMER, S.A. | 0073 |
| POPULAR BANCA PRIVADA, S.A. | 0233 |
| PRIVAT BANK, S.A. | 0200 |
| RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A. | 0094 |
| SANTANDER CONSUMER FINANCE, S.A. | 0224 |
| SANTANDER INVESTMENT, S.A. | 0036 |
| UBS BANK, S.A | 0226 |
| UNOE BANK, S.A. | 0227 |

**TOTAL ENTIDADES: 66**

**BANCOS, POR CODIGO B.E.**

**0003    BANCO DE DEPOSITOS, S.A.**
C.I.F.: A07001027          TELF: 914352175          FAX: 915752296
DOMICILIO SOCIAL:          CL JOSE ORTEGA Y GASSET, 29
                           28006 MADRID

**0004    BANCO DE ANDALUCIA, S.A.**
C.I.F.: A11600624          TELF: 954594700          FAX: 954228746
DOM./DIR. INTERNET:        WWW.BANCOANDALUCIA.ES
DOMICILIO SOCIAL:          CL FERNANDEZ Y GONZALEZ, 4-12
                           41001 SEVILLA

**0009    FINANZIA, BANCO DE CREDITO, S.A.**
C.I.F.: A37001815          TELF: 913743916          FAX: 913743076
DOM./DIR. INTERNET:        WWW.FINANZIA.COM
DOMICILIO SOCIAL:          CL JULIAN CAMARILLO, 4
                           28037 MADRID

**0011    ALLFUNDS BANK, S.A.**
C.I.F.: A41001371          TELF: 912746400          FAX: 912746464
DOM./DIR. INTERNET:        WWW.ALLFUNDSBANK.COM
DOMICILIO SOCIAL:          CL ESTAFETA, 6 (LA MORALEJA)
                           28109 ALCOBENDAS (MADRID)

**0019    DEUTSCHE BANK, SOCIEDAD ANONIMA ESPAÑOLA**
C.I.F.: A08000614          TELF: 934042102          FAX: 934042170
DOM./DIR. INTERNET:        WWW.DEUTSCHE-BANK.ES
DOMICILIO SOCIAL:          RD GENERAL MITRE, 72-74
                           8017 BARCELONA (BARCELONA)

**0030    BANCO ESPAÑOL DE CREDITO, S.A.**
C.I.F.: A28000032          TELF: 913381000          FAX: 913382526
DOM./DIR. INTERNET:        WWW.BANESTO.ES  WWW.IBANESTO.COM
DOMICILIO SOCIAL:          AV GRAN VIA DE HORTALEZA, 3
                           28043 MADRID

**0031    BANCO ETCHEVERRIA, S.A.**
C.I.F.: A15011885          TELF: 981220042          FAX: 981220128
DOM./DIR. INTERNET:        WWW.BANCOETCHEVERRIA.ES
DOMICILIO SOCIAL:          CANTON CLAUDINO PITA, 2
                           15300 BETANZOS (A CORUÑA)

**0036    SANTANDER INVESTMENT, S.A.**
C.I.F.: A08161507          TELF: 912893400          FAX: 912571817
DOMICILIO SOCIAL:          AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
                           28660 BOADILLA DEL MONTE (MADRID)

**0038    BANESTO BANCO DE EMISIONES, S.A.**
C.I.F.: A28027274          TELF: 913383743          FAX: 913381788
DOMICILIO SOCIAL:          AV GRAN VIA DE HORTALEZA, 3
                           28043 MADRID

**BANCOS, POR CODIGO B.E.**

**0042**    **BANCO GUIPUZCOANO, S.A.**
C.I.F.: A20000733          TELF: 943418100          FAX: 943418320
DOM./DIR. INTERNET:          WWW.BANCOGUI.ES
DOMICILIO SOCIAL:          AV LIBERTAD, 21
                                      20004 SAN SEBASTIAN (GUIPUZCOA)

**0046**    **BANCO GALLEGO, S.A.**
C.I.F.: A80042112          TELF: 981581000          FAX: 981937742
DOM./DIR. INTERNET:          WWW.BANCOGALLEGO.ES
DOMICILIO SOCIAL:          CL HORREO, 38
                                      15702 SANTIAGO DE COMPOSTELA (A CORUÑA)

**0049**    **BANCO SANTANDER, S.A.**
C.I.F.: A39000013          TELF: 942206100          FAX: 915813388
DOM./DIR. INTERNET:          WWW.BANCOSANTANDER.ES
DOMICILIO SOCIAL:          PS DE PEREDA, 9-12
                                      39004 SANTANDER (CANTABRIA)

**0057**    **BANCO DEPOSITARIO BBVA, S.A.**
C.I.F.: A08109670          TELF: 913743000          FAX: 913747197
DOMICILIO SOCIAL:          CL CLARA DEL REY, 26
                                      28002 MADRID

**0058**    **BNP PARIBAS ESPAÑA, S.A.**
C.I.F.: A28000370          TELF: 913888070          FAX: 913888543
DOM./DIR. INTERNET:          WWW.BANCAPRIVADA.BNPPARIBAS.ES
DOMICILIO SOCIAL:          CL RIBERA DEL LOIRA, 28 (PL.4)
                                      28042 MADRID

**0059**    **BANCO DE MADRID, S.A.**
C.I.F.: A28014207          TELF: 917815360          FAX: 917815364
DOMICILIO SOCIAL:          PS DE LA CASTELLANA, 2 A
                                      28046 MADRID

**0061**    **BANCA MARCH, S.A.**
C.I.F.: A07004021          TELF: 971779100          FAX: 971469929
DOM./DIR. INTERNET:          WWW.BANCAMARCH.ES
DOMICILIO SOCIAL:          AV ALEJANDRO ROSELLO, 8
                                      7002 PALMA DE MALLORCA (ILLES BALEARS)

**0063**    **BANCO DE SERVICIOS FINANCIEROS CAJA MADRID - MAPFRE, S.A.**
C.I.F.: A33001215          TELF: 915819593          FAX: 915812950
DOM./DIR. INTERNET:          WWW.BANCOSFCAJAMADRIDMAPFRE.ES
DOMICILIO SOCIAL:          CR DE POZUELO DE A. A MAJADAHONDA, 52
                                      (EDIFICIO MAPFRE)
                                      28220 MAJADAHONDA (MADRID)

**0065**    **BARCLAYS BANK, S.A.**
C.I.F.: A47001946          TELF: 913361000          FAX: 913361282
DOM./DIR. INTERNET:          WWW.BARCLAYS.ES
DOMICILIO SOCIAL:          PZ DE COLON, 1
                                      28046 MADRID

**BANCOS, POR CODIGO B.E.**

**0072    BANCO PASTOR, S.A.**
C.I.F.: A15000128           TELF: 981227800           FAX: 981228041
DOM./DIR. INTERNET:         WWW.BANCOPASTOR.ES
DOMICILIO SOCIAL:           CL CANTON PEQUEÑO, 1
                            15003 A CORUÑA

**0073    OPEN BANK SANTANDER CONSUMER, S.A.**
C.I.F.: A28021079           TELF: 913421000           FAX: 913421043
DOM./DIR. INTERNET:         WWW.OPENBANK.ES
DOMICILIO SOCIAL:           AV CANTABRIA, S/N (CIUDAD GR. SANTANDER)
                            28660 BOADILLA DEL MONTE (MADRID)

**0075    BANCO POPULAR ESPAÑOL, S.A.**
C.I.F.: A28000727           TELF: 915207000           FAX: 915779208
DOM./DIR. INTERNET:         WWW.BANCOPOPULAR.ES
DOMICILIO SOCIAL:           CL VELAZQUEZ, 34
                            28001 MADRID

**0078    BANCA PUEYO, S.A.**
C.I.F.: A06001671           TELF: 924846000           FAX: 924844652
DOM./DIR. INTERNET:         WWW.BANCAPUEYO.ES
DOMICILIO SOCIAL:           CL SANTA MARIA DE GUADALUPE, 2
                            6700 VILLANUEVA DE LA SERENA (BADAJOZ)

**0081    BANCO DE SABADELL, S.A.**
C.I.F.: A08000143           TELF: 937289289           FAX: 937271867
DOM./DIR. INTERNET:         WWW.BANCSABADELL.COM
DOMICILIO SOCIAL:           PZ DE SANT ROC, 20
                            8201 SABADELL (BARCELONA)

**0083    BANCO ALICANTINO DE COMERCIO, S.A.**
C.I.F.: A03009545           TELF: 913382115           FAX: 913383745
DOMICILIO SOCIAL:            GRAN VIA DE HORTALEZA, 3
                            28043 MADRID

**0086    BANCO BANIF, S.A.**
C.I.F.: A33003088           TELF: 915208500           FAX: 915208550
DOM./DIR. INTERNET:         WWW.BANIF.ES
DOMICILIO SOCIAL:           PS DE LA CASTELLANA, 24
                            28046 MADRID

**0091    BANCO DE ALBACETE, S.A.**
C.I.F.: A02000974           TELF: 913422881           FAX: 913422884
DOMICILIO SOCIAL:           AV DE CANTABRIA, S/N (CIUDAD GRP.SANTANDER)
                            28660 BOADILLA DEL MONTE (MADRID)

**0093    BANCO DE VALENCIA, S.A.**
C.I.F.: A46002036           TELF: 963984503           FAX: 963984570
DOM./DIR. INTERNET:         WWW.BANCODEVALENCIA.ES
DOMICILIO SOCIAL:           CL PINTOR SOROLLA, 2-4
                            46002 VALENCIA

**BANCOS, POR CODIGO B.E.**

**0094**   **RBC DEXIA INVESTOR SERVICES ESPAÑA, S.A.**
C.I.F.: A43000033          TELF: 913609900          FAX: 913609901
DOM./DIR. INTERNET:        WWW.RBCDEXIA-IS.ES
DOMICILIO SOCIAL:          CL FERNANDO EL SANTO, 20
                           28010 MADRID

**0099**   **ALTAE BANCO, S.A.**
C.I.F.: A14010342          TELF: 913915380          FAX: 913915414
DOM./DIR. INTERNET:        WWW.ALTAE.ES
DOMICILIO SOCIAL:          CL MONTESQUINZA, 48
                           28010 MADRID

**0113**   **BANCO INDUSTRIAL DE BILBAO, S.A.**
C.I.F.: A48036990          TELF: 944875429          FAX: 944874448
DOMICILIO SOCIAL:          CL GRAN VIA D. DIEGO LOPEZ HARO, 1
                           48009 BILBAO (VIZCAYA)

**0115**   **BANCO LIBERTA, S.A.**
C.I.F.: A15011489          TELF: 985102222          FAX: 985229950
DOMICILIO SOCIAL:          PZ DE LA ESCANDALERA, 2
                           33003 OVIEDO (ASTURIAS)

**0121**   **BANCO OCCIDENTAL, S.A.**
C.I.F.: A28137958          TELF: 944875429          FAX: 944874448
DOMICILIO SOCIAL:          PS DE LA CASTELLANA, 81 (PL. 5)
                           28046 MADRID

**0122**   **CITIBANK ESPAÑA, S.A.**
C.I.F.: A28142081          TELF: 916631000          FAX: 916631086
DOM./DIR. INTERNET:        WWW.CITIBANK.ES
DOMICILIO SOCIAL:          AV DE EUROPA, 19 (PQ.EMP.LA MORALEJA)
                           28108 ALCOBENDAS (MADRID)

**0125**   **BANCOFAR, S.A.**
C.I.F.: A45002599          TELF: 917023190          FAX: 917023194
DOM./DIR. INTERNET:        WWW.BANCOFAR.ES
DOMICILIO SOCIAL:          CL FORTUNY, 51
                           28010 MADRID

**0128**   **BANKINTER, S.A.**
C.I.F.: A28157360          TELF: 913397500          FAX: 913397522
DOM./DIR. INTERNET:        WWW.EBANKINTER.COM
DOMICILIO SOCIAL:          PS DE LA CASTELLANA, 29
                           28046 MADRID

**0129**   **BBVA BANCO DE FINANCIACION, S.A.**
C.I.F.: A08188807          TELF: 944875429          FAX: 944874448
DOMICILIO SOCIAL:          G.VIA DON DIEGO LOPEZ DE HARO, 1
                           48001 BILBAO (VIZCAYA)

**0130      BANCO CAIXA GERAL, S.A.**
C.I.F.: A28226157          TELF: 986810700          FAX: 986810710
DOM./DIR. INTERNET:        WWW.BANCOCAIXAGERAL.ES
DOMICILIO SOCIAL:          CL POLICARPO SANZ, 5
                           36202 VIGO (PONTEVEDRA)

**0132      BANCO DE PROMOCION DE NEGOCIOS, S.A. (PROMOBANC)**
C.I.F.: A46062956          TELF: 944875429          FAX: 944874448
DOMICILIO SOCIAL:          PS DE LA CASTELLANA, 81
                           28046 MADRID

**0133      MICROBANK DE LA CAIXA, SOCIEDAD ANONIMA**
C.I.F.: A08309429          TELF: 932973119          FAX: 932973191
DOM./DIR. INTERNET:        WWW.MICROBANKLACAIXA.ES
DOMICILIO SOCIAL:          CL GRAN VIA LES CORTS CATALANES, 130-136
                           8038 BARCELONA

**0136      ARESBANK, S.A.**
C.I.F.: A28386191          TELF: 913149595          FAX: 913149768
DOM./DIR. INTERNET:        WWW.ARESBANK.ES
DOMICILIO SOCIAL:          PS DE LA CASTELLANA, 257
                           28046 MADRID

**0138      BANKOA, S.A.**
C.I.F.: A20043717          TELF: 943410100          FAX: 943429414
DOM./DIR. INTERNET:        WWW.BANKOA.ES
DOMICILIO SOCIAL:          AV DE LA LIBERTAD, 5
                           20004 SAN SEBASTIAN (GUIPUZCOA)

**0142      BANCO DE LA PEQUEÑA Y MEDIANA EMPRESA, S.A.**
C.I.F.: A08515157          TELF: 933163333          FAX: 933163165
DOM./DIR. INTERNET:        WWW.BANKPYMENET.COM
DOMICILIO SOCIAL:          TR GRACIA, 11
                           8021 BARCELONA

**0182      BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**
C.I.F.: A48265169          TELF: 944876000          FAX: 944876417
DOM./DIR. INTERNET:        WWW.BBVA.COM
DOMICILIO SOCIAL:          PZ DE SAN NICOLAS, 4
                           48005 BILBAO (VIZCAYA)

**0184      BANCO EUROPEO DE FINANZAS, S.A.**
C.I.F.: A78963816          TELF: 915325402          FAX: 915323065
DOM./DIR. INTERNET:        WWW.BEF.ES
DOMICILIO SOCIAL:          CL SEVERO OCHOA, 5 (PQ TEC.DE ANDALUCIA)
                           29591 CAMPANILLAS (MÁLAGA)

**0185      BANCO URQUIJO SABADELL BANCA PRIVADA, S.A.**
C.I.F.: A58597311          TELF: 913372000
DOM./DIR. INTERNET:        WWW.SABADELLBANCAPRIVADA.COM
DOMICILIO SOCIAL:          CL SERRANO, 71
                           28006 MADRID

Banco de Espanas 2008 list of companies registered as financi

**BANCOS, POR CODIGO B.E.**

**0186**   **BANCO DE FINANZAS E INVERSIONES, S.A.**
C.I.F.: A58640582       TELF: 932535400        FAX: 932535430
DOM./DIR. INTERNET:     WWW.FIBANCMEDIOLANUM.ES
DOMICILIO SOCIAL:       AV DIAGONAL, 668-670
                        8034 BARCELONA

**0188**   **BANCO ALCALA, S.A.**
C.I.F.: A79074274       TELF: 914310976        FAX: 914357260
DOM./DIR. INTERNET:     WWW.BANCOALCALA.ES
DOMICILIO SOCIAL:       CL GOYA, 23
                        28001 MADRID

**0198**   **BANCO COOPERATIVO ESPAÑOL, S.A.**
C.I.F.: A79496055       TELF: 915956700        FAX: 915956800
DOM./DIR. INTERNET:     WWW.RURALVIA.COM/BANCOCOOPERATIVO/
DOMICILIO SOCIAL:       CL VIRGEN DE LOS PELIGROS, 4
                        28013 MADRID

**0200**   **PRIVAT BANK, S.A.**
C.I.F.: A58891672       TELF: 934458500        FAX: 934458501
DOM./DIR. INTERNET:     WWW.PRIVATBANK.ES
DOMICILIO SOCIAL:       AV DIAGONAL, 464
                        8006 BARCELONA

**0205**   **DEUTSCHE BANK CREDIT, S.A.**
C.I.F.: A79859096       TELF: 915893540        FAX: 915893546
DOM./DIR. INTERNET:     WWW.DB-CREDIT.ES
DOMICILIO SOCIAL:       CL SOMERA, 7-9 (LA FLORIDA)
                        28023 MADRID

**0211**   **EBN BANCO DE NEGOCIOS, S.A.**
C.I.F.: A28763043       TELF: 917009800        FAX: 917009829
DOM./DIR. INTERNET:     WWW.EBNBANCO.COM
DOMICILIO SOCIAL:       CL ALMAGRO, 46
                        28010 MADRID

**0216**   **BANCO POPULAR HIPOTECARIO, S.A.**
C.I.F.: A79223707       TELF: 915902500        FAX: 915759510
DOMICILIO SOCIAL:       CL LABASTIDA, 11
                        28034 MADRID

**0217**   **BANCO HALIFAX HISPANIA, S.A.**
C.I.F.: A80481765       TELF: 917820300        FAX: 917820314
DOM./DIR. INTERNET:     WWW.HALIFAX.ES
DOMICILIO SOCIAL:       CL ANABEL SEGURA, 16 (PL. 4)
                        28108 ALCOBENDAS (MADRID)

**0219**   **BANQUE MAROCAINE DU COMMERCE EXTERIEUR INTERNATIONAL, S.A.**
C.I.F.: A80754781       TELF: 915754800        FAX: 914316310
DOMICILIO SOCIAL:       CL SERRANO, 59
                        28006 MADRID

**BANCOS, POR CODIGO B.E.**

---

**0220**  **BANCO FINANTIA SOFINLOC, S.A.**
C.I.F.: A80762941          TELF: 915572300          FAX: 915572301
DOM./DIR. INTERNET:      WWW.BFS.ES.
DOMICILIO SOCIAL:        AV MENENDEZ PELAYO, 67
                         28009 MADRID

**0223**  **GENERAL ELECTRIC CAPITAL BANK, S.A.**
C.I.F.: A08149007          TELF: 934005900          FAX: 934166813
DOM./DIR. INTERNET:      WWW.GEMONEYBANK.ES
DOMICILIO SOCIAL:        CL LLULL, 95-97 (PL. 4)
                         8005 BARCELONA

**0224**  **SANTANDER CONSUMER FINANCE, S.A.**
C.I.F.: A28122570          TELF: 912574930          FAX: 912571288
DOM./DIR. INTERNET:      WWW.SANTANDERCONSUMERFINANCE.ES
DOMICILIO SOCIAL:        AV DE CANTABRIA, S/N (CIUDAD GR. SANTANDER)
                         28660 BOADILLA DEL MONTE (MADRID)

**0225**  **BANCO CETELEM, S.A.**
C.I.F.: A78650348          TELF: 913370700          FAX: 915287780
DOM./DIR. INTERNET:      WWW.BANCOCETELEM.ES
DOMICILIO SOCIAL:        CL RETAMA, 3 (PL. 3-2)
                         28045 MADRID

**0226**  **UBS BANK, S.A.**
C.I.F.: A82356049          TELF: 917457000          FAX: 915633666
DOM./DIR. INTERNET:      WWW.UBS.ES
DOMICILIO SOCIAL:        CL MARIA DE MOLINA, 4
                         28006 MADRID

**0227**  **UNOE BANK, S.A.**
C.I.F.: A08024796          TELF: 914536100          FAX: 914536101
DOM./DIR. INTERNET:      WWW.UNO-E.COM
DOMICILIO SOCIAL:        CL JULIAN CAMARILLO, 4
                         28037 MADRID

**0229**  **BANCOPOPULAR-E, S.A.**
C.I.F.: A81831067          TELF: 915207981          FAX: 913202072
DOM./DIR. INTERNET:      WWW.BANCOPOPULAR-E.COM
DOMICILIO SOCIAL:        CL VELAZQUEZ, 34
                         28001 MADRID

**0231**  **DEXIA SABADELL, S.A.**
C.I.F.: A82892993          TELF: 917213310          FAX: 917213320
DOM./DIR. INTERNET:      WWW.DEXIASABADELL.ES
DOMICILIO SOCIAL:        PS DE LAS DOCE ESTRELLAS, 4 (C. NACIONES)
                         28042 MADRID

**0232**  **BANCO INVERSIS, S.A.**
C.I.F.: A83131433          TELF: 914001400          FAX: 914001410
DOM./DIR. INTERNET:      WWW.INVERSIS.COM
DOMICILIO SOCIAL:        AV DE LA HISPANIDAD, 6
                         28042 MADRID

**BANCOS, POR CODIGO B.E.**

---

**0233**      **POPULAR BANCA PRIVADA, S.A.**
          C.I.F.: A83114082          TELF: 914189300          FAX: 914189328
          DOM./DIR. INTERNET:        WWW.POPULARBANCAPRIVADA.ES
          DOMICILIO SOCIAL:          CL JUAN IGNACIO LUCA DE TENA, 11
                                     28027 MADRID

**0234**      **BANCO CAMINOS, S.A.**
          C.I.F.: A28520666          TELF: 913193448          FAX: 913085459
          DOM./DIR. INTERNET:        WWW.BANCOCAMINOS.ES
          DOMICILIO SOCIAL:          CL ALMAGRO, 8
                                     28010 MADRID (MADRID)

**1004**      **BANCO DE CREDITO LOCAL DE ESPAÑA, S.A.**
          C.I.F.: A28000719          TELF: 915376500          FAX: 915376525
          DOM./DIR. INTERNET:        WWW.BCL.ES
          DOMICILIO SOCIAL:          PZ SANTA BARBARA, 2
                                     28004 MADRID

---

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: March 16, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Dutch
- French
- German
- Spanish

To:

- English

The documents are designated as:

- List of credit institutions approved in Belgium – 2/16/2006
- List of credit institutions approved in Belgium – 3/12/2007
- List of credit institutions approved in Belgium – 6/24/2008
- Excerpt from Commercial Register – BGL BNP Paribas
- Excerpt from Commercial Register – Luxembourg branch(es) of BNP Paribas
- FSMA publishing - BNP PARIBAS ARBITRAGE SNC
- FSMA publishing - BNP PARIBAS FORTIS
- Official Registry by the Bank of Spain – B.N.P.- ESPAÑA, S.A.
- Bank of Spain's Record of Institutions 2007
- Bank of Spain's Record of Institutions 2008
- List of credit institutions approved in Belgium – 7/8/2009
- Excerpt from Swiss Central Business Name Index BNP Paribas (Suisse) SA
- Excerpt from Swiss Central Business Name Index BNP PARIBAS PRIVATE BANK (SWITZERLAND) SA
- Excerpt from Swiss Central Business Name Index Fortis Banque (Suisse) SA

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

**Global Solutions. Local Expertise.**