# Exhibit 22

**Organizations Registry**     Accessibility     Logout

| Current Data | Historical Data | Collected queries |

**Official Organizations Registry**     Load date: 03/12/2020

This procedure allows you to check in detail the current data of organizations (either operating or out-of-operation) registered in Bank of Spain as from the date that appears at the bottom, until next update. This is for companies located in Spain and for the selected organization.

---

The organization's situation at the time of registering the termination is described: 06/01/2015

**B.E. Code:** 0065    **Previous B.E. Code:** 0000    **LEI Code:** 549300I6IEOW7E07DJ36

**Name:** BARCLAYS BANK, S.A.

**Abbreviated Name:**

**N.I.F.:** A47001946

**Type of Organization:** BANKS

**Domicile:**
PZ DE COLON, 2
28046, MADRID

**Entry Date:** 03/12/1947    **Termination Date:** 06/01/2015

**Termination Reason:** TAKE-OVER MERGER BY

**Surviving or Merging Organization:** [Current Data] [History]
CAIXABANK, S.A. (2100)

**Update Date:** 06/01/2015

[Print] [Back] [Home]

---

**USEFUL LINKS**

Customer's ombudsman    Customer Service    Agent Registry    Interest rates and fees

© 2019 Bank of Spain, Madrid, Spain. All rights reserved

Support information: 91 338 6666, E-mail cau@bde.es

**Registro de Entidades**  Accessibility    Logout

| Datos Actuales | Datos Históricos | Consultas Agrupadas |

**Registro oficial de entidades**   Fecha carga: 12/03/2020

Este procedimiento le permite consultar en detalle los datos históricos de las entidades (operativas o de baja) registradas en el Banco de España, desde la fecha que figura al pie, hasta la siguiente actualización. Con establecimiento en España. Para la entiad seleccionada.

Se describe la situación de la entidad en el momento en que causó baja: 01/06/2015

**Código B.E.:** 0065  
**Código B.E. Previo:** 0000  
**Código LEI:** 549300I6IEOW7E07DJ36

**Denominación**  
BARCLAYS BANK, S.A.

**Nombre abreviado:**

**N.I.F.:** A47001946

**Tipo de Entidad:**  
BANCOS

**Domicilio:**  
PZ DE COLON, 2  
28046, MADRID

**Fecha de alta:** 12/03/1947   **Fecha de baja:** 01/06/2015

**Motivo baja:**  
POR FUSION POR ABSORCION POR

**Entidad sucesora o absorbente:** [ Datos Actuales ] [ Historia ]  
CAIXABANK, S.A. (2100)

**Fecha de actualización:** 01/06/2015

[ Imprimir ] [ Volver ] [ Inicio ]

**ENLACES DE INTERES**

Defensor del cliente  Servicio de Atención al Cliente  Registro de Agentes  Tipos de interés y comisiones

© 2019 Banco de España, Madrid, España. Reservados todos los derechos

Información de soporte: 91 338 6666, Email: cau@bde.es

# TRANSLATION CERTIFICATION

Date: March 17, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- Official Organizations Registry

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.