# Exhibit 23



# Zedra Trust Company (Jersey) Limited

**Zedra Trust Company (Jersey) Limited**
50 La Colomberie,
Jersey,
JE2 4QB

View Company Registry Listing

**Law Section Classes**

**Trust Company Business (TCB)**

| | |
|---|---|
| F | Acting as a company, partnership or foundation formation agent. |
| G | Acting or fulfilling the function of or arranging for another person to act as or fulfil the function of director or alternate director of a company. |
| H | Acting or fulfilling the function of or arranging for another person to act as or fulfil the function of a partner of a partnership. |
| I | Acting or arranging for another person to act as secretary, alternate, assistant or deputy secretary of a company or as secretary of a limited liability partnership. |
| J | Providing a registered office or business address for a company, partnership or a foundation.. |
| K | Providing an accommodation, correspondence or administrative address for a company, a partnership or a foundation or for any other person. |
| L | Acting as or fulfilling or arranging for another person to act as or fulfil the function of trustee of an express trust. |
| M | Acting as or fulfilling or arranging for another person to act as shareholder or unitholder as a nominee for another person. |
| OA | Acting as or fulfilling the function of or arranging for another person to act as or fulfil the function of a member of the council of a foundation. |

**Business affiliation**

**Zedra Trust Company (Jersey) Limited**
**Ref:** TCB0008
**Type:** Affiliation Leader

**Zedra Nominees (Jersey) Limited**
**Ref:** TCB0008.01
**Type:** Participating Member

**Karami Holdings Limited**

**Ref:** TCB0008.04

**Type:** Participating Member

**Zedra Trustees (Jersey) Limited**

**Ref:** TCB0008.05

**Type:** Participating Member

**Tiara Trustees (Jersey) Limited**

**Ref:** TCB0008.07

**Type:** Participating Member

**Sandringham Nominees Limited**

**Ref:** TCB0008.16

**Type:** Participating Member

**Zedra Directors (Jersey) Limited**

**Ref:** TCB0008.17

**Type:** Participating Member

**Zedra Corporate Officers (Jersey) Limited**

**Ref:** TCB0008.18

**Type:** Participating Member

**Walbrook Properties Limited**

**Ref:** TCB0008.19

**Type:** Participating Member

**Zedra Trust Company Limited**

**Ref:** TCB0008.20

**Type:** Participating Member

**Zedra Secretaries Limited**

**Ref:** TCB0008.21

**Type:** Participating Member

**Zedra Nominees Limited**

**Ref:** TCB0008.22

**Type:** Participating Member

**New Street Trustees Limited**

**Ref:** TCB0008.23

**Type:** Participating Member

**New Street Nominees Limited**

**Ref:** TCB0008.24

**Type:** Participating Member

**Zedra Corporate Services Limited**

**Ref:** TCB0008.25

**Type:** Participating Member

**Zedra Fund Services Limited**

**Ref:** TCB0008.28

**Type:** Participating Member

© 2020 Jersey Financial Services Commission