# Exhibit 24

JFSC | Home | Contact | Site Map | Help

Easy Company Registry and Search | Application Forms | Registry Notices and Fees | Policy Statements and Guidance Notes | Legislation | User Groups

**DOCUMENT CART**

0 document(s) currently in cart

### Details

| | |
|---|---|
| **Name:** | ZEDRA TRUST COMPANY (JERSEY) LIMITED |
| **Registered Office:** | 50 La Colomberie St Helier Jersey JE2 4QB |
| **Registration number:** | 6056 |
| **Registration date:** | 31-Oct-1972 |
| **Law:** | Companies (Jersey) Laws, 1861 to 1968 |
| **Business Code:** | RC |
| **Business Type:** | RC - Registered Private Company |
| **Status:** | Live |

### Certificate of Good Standing

☐ Order a Certificate of good standing (£35.00)

### Statistics

| | |
|---|---|
| **Share status:** | Par Value |
| **Merged company:** | Yes |

### Previous Names

| From | To | Name |
|---|---|---|
| 31 Oct 1972 | 16 Nov 1992 | BARCLAYTRUST INTERNATIONAL LIMITED |
| 16 Nov 1992 | 31 Oct 2014 | BARCLAYS PRIVATE BANK & TRUST LIMITED |
| 31 Oct 2014 | 15 Jan 2016 | BARCLAYS TRUST COMPANY (JERSEY) LIMITED |

### Documents

Select All | Clear All | Add to cart

| Doc Code | Date | Name | Size | Price(£) | Select |
|---|---|---|---|---|---|
| 5989046 | 21 Jan 2020 | Annual Return 2020 | 48kb | 2.00 | ☐ |
| 5810198 | 18 Jan 2019 | Annual Return 2019 | 47kb | 2.00 | ☐ |
| 5645022 | 12 Jan 2018 | Annual Return 2018 | 47kb | 2.00 | ☐ |
| 5526820 | 24 Mar 2017 | Notice of Registered Office | 58kb | 2.00 | ☐ |
| 5471311 | 07 Feb 2017 | Annual Return 2017 | 52kb | 2.00 | ☐ |
| 5271058 | 15 Jan 2016 | Special Resolution | 45kb | 2.00 | ☐ |
| 5270534 | 15 Jan 2016 | Change in Name | 267kb | 2.00 | ☐ |
| 5270324 | 12 Jan 2016 | Annual Return 2016 | 248kb | 2.00 | ☐ |
| 5236697 | 12 Aug 2015 | Statement of Solvency | 88kb | 2.00 | ☐ |
| 5236696 | 12 Aug 2015 | Special Resolution | 83kb | 2.00 | ☐ |
| 5236695 | 12 Aug 2015 | Certificate for Registration | 31kb | 2.00 | ☐ |
| 5177135 | 24 Feb 2015 | Special Resolution | 1mb | 2.00 | ☐ |
| 5126694 | 12 Jan 2015 | Annual Return 2015 | 130kb | 2.00 | ☐ |
| 5107773 | 31 Oct 2014 | Special Resolution | 39kb | 2.00 | ☐ |
| 5107663 | 31 Oct 2014 | Change in Name | 268kb | 2.00 | ☐ |
| 4996572 | 17 Jan 2014 | Annual Return 2014 | 111kb | 2.00 | ☐ |
| 4848343 | 14 Jan 2013 | Annual Return 2013 | 243kb | 2.00 | ☐ |
| 4783540 | 16 Apr 2012 | Special Resolution | 39kb | 2.00 | ☐ |
| 4741251 | 17 Feb 2012 | Annual Return 2012 | 188kb | 2.00 | ☐ |
| 4552422 | 04 Feb 2011 | Annual Return 2011 | 278kb | 2.00 | ☐ |

| Doc Code | Date | Name | Size | Price(£) | Select |
|---|---|---|---|---|---|
| 4454403 | 15 Feb 2010 | Annual Return 2010 | 296kb | 2.00 | ☐ |
| 4347381 | 13 Feb 2009 | Annual Return 2009 | 77kb | 2.00 | ☐ |
| 4251314 | 04 Mar 2008 | Special Resolution | 1mb | 2.00 | ☐ |
| 4242942 | 14 Feb 2008 | Annual Return 08 | 60kb | 2.00 | ☐ |
| 4109288 | 14 Feb 2007 | Annual Return 07 | 93kb | 2.00 | ☐ |
| 2265607 | 13 Feb 2006 | Annual Return 06 | 56kb | 2.00 | ☐ |
| 2158931 | 03 Feb 2005 | Annual Return 05 | 73kb | 2.00 | ☐ |
| 2128501 | 30 Oct 2004 | Registration Certificate | 1mb | 2.00 | ☐ |
| 2127266 | 29 Oct 2004 | Statement of Solvency | 37kb | 2.00 | ☐ |
| 2127273 | 17 Sep 2004 | Gazette Notice | 165kb | 2.00 | ☐ |
| 2127263 | 16 Sep 2004 | Special Resolution | 172kb | 2.00 | ☐ |
| 2070354 | 17 Feb 2004 | Annual Return 04 | 96kb | 2.00 | ☐ |
| 1925731 | 19 Feb 2003 | Annual Return 03 | 82kb | 2.00 | ☐ |
| 1816237 | 03 Jan 2002 | Annual Return 02 | 54kb | 2.00 | ☐ |
| 1775294 | 27 Feb 2001 | Annual Return 01 | 56kb | 2.00 | ☐ |
| 1674263 | 23 Feb 2000 | Annual Return 00 | 54kb | 2.00 | ☐ |
| 1592677 | 10 Feb 1999 | Annual Return 99 | 79kb | 2.00 | ☐ |
| 1504598 | 30 Jan 1998 | Annual Return 98 | 79kb | 2.00 | ☐ |
| 229722 | 23 Jan 1997 | Annual Returns pre 1998 | 85kb | 2.00 | ☐ |
| 436631 | 06 Aug 1996 | Special Resolution | 1mb | 2.00 | ☐ |
| 436632 | 24 Jan 1996 | Annual Returns pre 1998 | 67kb | 2.00 | ☐ |
| 436633 | 23 Feb 1995 | Annual Returns pre 1998 | 66kb | 2.00 | ☐ |
| 436634 | 13 Jan 1994 | Annual Returns pre 1998 | 66kb | 2.00 | ☐ |
| 436635 | 12 Jan 1993 | Annual Returns pre 1998 | 67kb | 2.00 | ☐ |
| 436636 | 16 Nov 1992 | Change in Name | 20kb | 2.00 | ☐ |
| 436639 | 30 Sep 1992 | Special Resolution | 56kb | 2.00 | ☐ |
| 436643 | 20 Jan 1992 | Annual Returns pre 1998 | 36kb | 2.00 | ☐ |
| 436646 | 30 Jan 1991 | Annual Returns pre 1998 | 33kb | 2.00 | ☐ |
| 436648 | 31 Jan 1990 | Annual Returns pre 1998 | 94kb | 2.00 | ☐ |
| 436651 | 27 Jan 1989 | Annual Returns pre 1998 | 89kb | 2.00 | ☐ |
| 436654 | 03 Feb 1988 | Annual Returns pre 1998 | 100kb | 2.00 | ☐ |
| 436662 | 28 Jan 1987 | Annual Returns pre 1998 | 103kb | 2.00 | ☐ |
| 436664 | 29 Jan 1986 | Annual Returns pre 1998 | 96kb | 2.00 | ☐ |
| 436667 | 12 Aug 1981 | Special Resolution | 76kb | 2.00 | ☐ |
| 436671 | 24 May 1979 | Special Resolution | 70kb | 2.00 | ☐ |
| 436676 | 22 Jan 1979 | Special Resolution | 97kb | 2.00 | ☐ |
| 436683 | 17 Jun 1976 | Special Resolution | 85kb | 2.00 | ☐ |
| 436684 | 13 Feb 1976 | Notice of Registered Office | 29kb | 2.00 | ☐ |
| 436687 | 21 Mar 1973 | Special Resolution | 106kb | 2.00 | ☐ |
| 436690 | 19 Dec 1972 | Notice of Registered Office | 18kb | 2.00 | ☐ |
| 436692 | 31 Oct 1972 | Registration Certificate | 1mb | 2.00 | ☐ |

[ Select All ]  [ Clear All ]  [ Add to cart ]

<< Return to Search Results                                          New Search >>