# Exhibit 25



## Jersey Financial Services Commission
### Companies Registry

**COMPANIES (JERSEY) LAW 1991**

# CERTIFICATE OF INCORPORATION
# CHANGE OF NAME OF A LIMITED COMPANY

**Registered Number 6056**

I HEREBY CERTIFY THAT

**BARCLAYS TRUST COMPANY (JERSEY) LIMITED**

a private company incorporated under the Companies (Jersey) Laws, 1861-1968, having changed its name by special resolution, has today been entered on the Register of Companies incorporated in Jersey as a private company having the name of

**ZEDRA TRUST COMPANY (JERSEY) LIMITED**

Dated this **15-Jan-2016**

*For and on behalf of the Registrar*



Authentication ID
f435f0b4-8bb6-4865-88a2-3c7ac61cba4b