# Exhibit 26



# Jersey Financial
# Services Commission
### Companies Registry

**COMPANIES (JERSEY) LAW 1991**

## CERTIFICATE OF INCORPORATION
## CHANGE OF NAME OF A LIMITED COMPANY

**Registered Number 6056**

### I HEREBY CERTIFY THAT

**BARCLAYS PRIVATE BANK & TRUST LIMITED**

a private company incorporated under the Companies (Jersey) Laws, 1861-1968, having changed its name by special resolution, has today been entered on the Register of Companies incorporated in Jersey as a private company having the name of

**BARCLAYS TRUST COMPANY (JERSEY) LIMITED**

Dated this **31-Oct-2014**

*For and on behalf of the Registrar*



Authentication ID
8f3ba6d8-254d-47ce-9c8c-eb12e951038d