HERBERT SMITH FREEHILLS
NEW YORK LLP
Marc J. Gottridge
Michael Schoeneberger
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
marc.gottridge@hsf.com
michael.schoeneberger@hsf.com

Hearing Date: June 15, 2022
Opposition Date: April 26, 2022
Reply Date: May 26, 2022

*Attorneys for the Defendants in Adversary Proceeding No. 11-02569 (CGM)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>Defendants. | Adv. Pro. No. 11-02569 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING ON THE
<u>BARCLAYS DEFENDANTS' MOTION TO DISMISS THE COMPLAINT</u>**

**PLEASE TAKE NOTICE** that on February 25, 2022, defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (together, the "Barclays Defendants"), filed their Motion to Dismiss the Complaint in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on June 15, 2022 at 10:00 a.m. (prevailing Eastern time) before the Honorable Cecelia G. Morris, Chief Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time on the day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on December 16, 2021 (ECF No. 121), all papers responsive to the Barclays Defendants' Motion to Dismiss the Complaint shall be served and filed no later than April 26, 2022, and all reply papers in further support of the Barclays Defendants' Motion to Dismiss the Complaint shall be served and filed no later than May 26, 2022.

Dated: New York, New York
     February 25, 2022

**HERBERT SMITH FREEHILLS NEW YORK LLP**

By:   <u>*/s/ Marc J. Gottridge*</u>
       Marc J. Gottridge
       Michael Schoeneberger
       450 Lexington Avenue
       New York, New York 10017
       Telephone: (917) 542-7600
       marc.gottridge@hsf.com
       michael.schoeneberger@hsf.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*