HERBERT SMITH FREEHILLS
NEW YORK LLP
Marc J. Gottridge
Michael Schoeneberger
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
marc.gottridge@hsf.com
michael.schoeneberger@hsf.com

*Attorneys for the Defendants in Adversary Proceeding No. 11-02569 (CGM)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>Defendants. | Adv. Pro. No. 11-02569 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, the Notice of Motion to Dismiss the Complaint of Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (together, the "Barclays Defendants"), the accompanying Memorandum of Law in Support of the Barclays Defendants' Motion to Dismiss the Complaint, the accompanying Declaration of Marc J. Gottridge in Support of the Barclays Defendants' Motion to Dismiss the Complaint and all exhibits thereto, and the accompanying Notice of Hearing were served by filing them via the Court's Electronic Case Filing system.  Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
      February 25, 2022

**HERBERT SMITH FREEHILLS NEW YORK LLP**

By:    */s/ Marc J. Gottridge*
      Marc J. Gottridge
      Michael Schoeneberger
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (917) 542-7600
      marc.gottridge@hsf.com
      michael.schoeneberger@hsf.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*