Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>Defendant. | Adv. Pro. No. 12-01002 (CGM) |

**DECLARATION OF LEO MUCHNIK IN SUPPORT OF
DEFENDANT THE PUBLIC INSTITUTION
FOR SOCIAL SECURITY'S MOTION TO DISMISS COMPLAINT**

LEO MUCHNIK, under penalty of perjury, declares:

1. I am a member in good standing of the bar of the State of New York and of this Court and an attorney at Greenberg Traurig, LLP, counsel for Defendant The Public Institution for Social Security ("PIFSS") in this adversary proceeding. I submit this declaration in support of PIFSS' motion to dismiss the Complaint ("Complaint") filed by Plaintiff Irving H. Picard (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Estate of Bernard L. Madoff in this proceeding at Dkt. No. 1.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in the above-captioned adversary proceeding with the exhibits thereto.

3. Attached hereto as Exhibit B is a true and correct copy of the First Amended Complaint (the "FAC") filed by the Trustee in the matter captioned *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y.) (the "Picard/Fairfield Action"), Dkt. No. 23, without exhibits.

4. Attached hereto as Exhibit C is a true and correct copy of the settlement agreement (the "Fairfield Settlement Agreement") dated as of May 9, 2011 between the Trustee and the Liquidators of Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited ("Sigma"), and Fairfield Lambda Limited ("Lambda", and together with Sentry and Sigma, the "Fairfield Funds" and the liquidators, the "Liquidators"), as filed with the Court in the Picard/Fairfield Action at Dkt. 69-2 without exhibits.

5. Attached hereto as Exhibit D is a true and correct copy of the Consent Judgment against Sentry, as filed with the Court in the Picard/Fairfield Action at Dkt. 109.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of an excerpt from the Declaration of William Hare, attaching the Memorandum of Association and Articles of Association of Fairfield Sentry Limited ("<u>Sentry</u>"), as filed with the Court in *In re Fairfield Sentry, et al.*, Chapter 15 Case No. 10-13164 (Bankr. S.D.N.Y. Oct. 21, 2016) at Dkt. 925.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the United Kingdom Privy Council's judgment in Fairfield Sentry Ltd. v. Migani, [2014] UKPC 9, available at https://www.jcpc.uk/cases/docs/jcpc-2012-0061-judgment.pdf.

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of excerpted pages from Exhibit B to the Complaint, showing the cash withdrawals made from Sentry's accounts at BLMIS during the period May 9, 2003 (the date of the first withdrawal in the six-year period preceding BLMIS' bankruptcy) through January 21, 2004 (the date of the transfer at issue in this adversary proceeding, the "<u>Transfer</u>") (the foregoing period, the "<u>Relevant Period</u>"), and the cash deposits Sentry made with BLMIS. The relevant transfers between BLMIS and Sentry are highlighted on <u>Exhibit G</u>.

9. The following chart summarizes the three transfers from BLMIS to Sentry that predate the Transfer and Sentry's cash deposits with BLMIS:

| Date | Transfer from BLMIS to Sentry | Deposit by Sentry with BLMIS | Source |
|---|---|---|---|
| May 9, 2003 | $40,000,000 | | Ex. G at page 1 |
| July 11, 2003 | $55,000,000 | | Ex. G at page 2 |
| July 22, 2003 | $25,000,000 | | Ex. G at page 2 |
| Oct. 23, 2003 | | $20,000,000 | Ex. G at page 4 |
| Nov. 14, 2003 | | $50,000,000 | Ex. G at page 5 |
| Jan. 21, 2004 | | $50,000,000 | Ex. G at page 3 |
| *Totals:* | $120,000,000 | $120,000,000 | |

10. Attached hereto as <u>Exhibit H</u> are true and correct copies of excerpted pages from the following exhibits to the FAC (collectively, the "<u>FAC Exhibits</u>"), together with the index, that were annexed to the Declaration of Robert J. Lack in Support of Defendant Multi-Strategy Fund Limited's Motion to Dismiss [Dkt. No. 21069], which were filed with this Court on January 28, 2022:

    a. <u>Exhibit 8 to FAC</u>: Fairfield Sigma Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited.

    b. <u>Exhibit 9 to FAC</u>: Fairfield Lambda Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited.

    c. <u>Exhibit 15 to FAC</u>: Fairfield Investment Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited.

11. Attached hereto as <u>Exhibit I</u> are true and correct copies of the following exhibits to the Second Amended Complaint (collectively, the "<u>SAC Exhibits</u>"), filed by the Trustee in the Picard/Fairfield Action at Dkt. No. 286:

    a. <u>Exhibit 10 (Dkt. No. 286-10)</u>: Transfers from Sentry to Fairfield Investment Fund Limited ("<u>FIFL</u>").

    b. <u>Exhibit 13 (Dkt. No. 286-13)</u>: Transfers from Sentry to Fairfield Greenwich (Bermuda), Ltd. ("<u>FG Bermuda</u>").

    c. <u>Exhibit 14 (Dkt. No. 286-14)</u>: Transfers from Sentry to Fairfield Greenwich Advisors LLC ("<u>FG Advisors</u>").

12. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Sentry during the Relevant Period in Exhibits 10, 13, and 14 to the SAC:

| Date | Amount | Recipient | Exhibit to SAC |
|---|---|---|---|
| 5/14/2003 | (6,525,000) | FIFL | SAC, Exhibit 10 |
| 5/14/2003 | (3,200,000) | FIFL | SAC, Exhibit 10 |
| 7/14/2003 | (1,041,213) | FG Advisors | SAC, Exhibit 14 |
| 7/15/2003 | (13,000,000) | FG Advisors | SAC, Exhibit 14 |
| 7/23/2003 | (220,611) | FG Advisors | SAC, Exhibit 14 |
| 8/4/2003 | (2,345,087) | FG Advisors | SAC, Exhibit 14 |
| 8/15/2003 | (1,100,000) | FIFL | SAC, Exhibit 10 |

4

| Date | Amount | Recipient | Exhibit to SAC |
|---|---|---|---|
| 9/17/2003 | (800,000) | FIFL | SAC, Exhibit 10 |
| 10/10/2003 | (1,059,116) | FG Advisors | SAC, Exhibit 14 |
| 10/14/2003 | (4,000,000) | FIFL | SAC, Exhibit 10 |
| 10/14/2003 | (1,900,000) | FIFL | SAC, Exhibit 10 |
| 10/14/2003 | (18,000,000) | FG Bermuda | SAC, Exhibit 13 |
| 10/30/2003 | (977,540) | FG Bermuda | SAC, Exhibit 13 |
| 11/19/2003 | (800,000) | FIFL | SAC, Exhibit 10 |
| 12/18/2003 | (1,000,000) | FIFL | SAC, Exhibit 10 |
| 12/31/2003 | (80,515,000) | FG Bermuda | SAC, Exhibit 13 |
| 12/31/2003 | (5,221,000) | FG Bermuda | SAC, Exhibit 13 |
| 1/14/2004 | (11,500,000) | FG Bermuda | SAC, Exhibit 13 |
| 1/15/2004 | (900,000) | FG Advisors | SAC, Exhibit 14 |
| Total: | (154,104,567) | | |

13.     Attached hereto as Exhibit J are true and correct copies of excerpts from exhibits to complaints the Trustee filed in the following adversary proceedings (each exhibit is referred to below in the format "[Adv. No.], [ECF ], [Ex. ]"):

| Ex. | Caption | Adv. No.; ECF. No.; Ex. to Compl. |
|---|---|---|
| J-1 | Picard v. Safra National Bank of New York | Adv. No. 11-01885, ECF 1-3, Ex. C |
| J-2 | Picard v. Quilvest Finance Ltd. | Adv. No. 11-02538, ECF 1-4, Ex. D |
| J-3 | Picard v. Delta National Bank and Trust Company | Adv. No. 11-02551, ECF 1-4, Ex. D |
| J-4 | Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited | Adv. No. 11-02569, ECF 1-4, Ex. D |
| J-5 | Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited | Adv. No. 11-02569, ECF 1-7, Ex. G |
| J-6 | Picard v. Atlantic Security Bank | Adv. No. 11-02730, ECF 1-4, Ex. D |
| J-7 | Picard v. Trincaster Corporation | Adv. No. 11-02731, ECF 1-3, Ex. C |
| J-8 | Picard v. Naidot & Co. | Adv. No. 11-02733, ECF 1-3, Ex. C |
| J-9 | Picard v. Inteligo Bank Ltd. Panama Branch f/k/a Bluebank Ltd. Panama Branch | Adv. No. 11-02763, ECF 1-4, Ex. D |
| J-10 | Picard v. Somers Dublin Limited and Somers Nominees (Far East) Limited | Adv. No. 11-02784, ECF 1-3, Ex. C |
| J-11 | Picard v. Somers Dublin Limited and Somers Nominees (Far East) Limited | Adv. No. 11-02784, ECF 1-4, Ex. D |

5

| Ex. | Caption | Adv. No.; ECF. No.; Ex. to Compl. |
|---|---|---|
| J-12 | Picard v. Merrill Lynch Bank (Suisse) SA | Adv. No. 11-02910, ECF 1-3, Ex. C |
| J-13 | Picard v. Bank Julius Baer & Co. Ltd. | Adv. No. 11-02922, ECF 1-3, Ex. C |
| J-14 | Picard v. Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse AG, Nassau Branch Wealth Management; Credit Suisse AG, Nassau Branch LATAM Investment Banking; Credit Suisse Wealth Management Limited; Credit Suisse (Luxembourg) SA; Credit Suisse International Limited; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; Credit Suisse (UK) Limited; and Credit Suisse Securities (USA) LLC | Adv. No. 11-02925, ECF 1-5, Ex. E |
| J-15 | Picard v. LGT Bank in Liechtenstein Ltd. | Adv. No. 11-02929, ECF 1-3, Ex. C |
| J-16 | Picard v. The Public Institution for Social Security | Adv. No. 12-01002, ECF 1-3, Ex. C |
| J-17 | Picard v. Securities & Investment Company BSC | Adv. No. 12-01005, ECF 14-6, Ex. F |
| J-18 | Picard v. SNS Bank N.V. and SNS Global Custody B.V. | Adv. No. 12-01046, ECF 1-3, Ex. C |
| J-19 | Picard v. Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Absolute Return Fund, in liquidation, and Vontobel Asset Management Inc. | Adv. No. 12-01202, ECF 1-9, Ex. I |
| J-20 | Picard v. Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Absolute Return Fund, in liquidation, and Vontobel Asset Management Inc. | Adv. No. 12-01202, ECF 1-10, Ex. J |
| J-21 | Picard v. Lloyds TS Bank PLC | Adv. No. 12-01207, ECF 1-3, Ex. C |
| J-22 | Picard v. BSI AG, individually and as successor in interest to Banco Del Gottardo | Adv. No. 12-01209, ECF 1-3, Ex. C |
| J-23 | Picard v. BSI AG, individually and as successor in interest to Banco Del Gottardo | Adv. No. 12-01209, ECF 1-4, Ex. D |
| J-24 | Picard v. ZCM Asset Holding Company (Bermuda) LLC | Adv. No. 12-01512, ECF 1-6, Ex. F |
| J-25 | Picard v. Citivic Nominees Ltd. | Adv. No. 12-01513, ECF 1-3, Ex. C |
| J-26 | Picard v. UKFP (Asia) Nominees Limited | Adv. No. 12-01566, ECF 1-2, Ex. C |
| J-27 | Picard v. Clariden Leu AG (f/k/a Clariden Bank AG), individually and as successor in interest to Bank Leu AG; and Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG | Adv. No. 12-01676, ECF 12-5, Ex. E |
| J-28 | Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.); Societe Generale Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.); Socgen Nominees (UK) Limited; | Adv. No. 12-01677, ECF 1-5, Ex. E |

| Ex. | Caption | Adv. No.; ECF. No.; Ex. to Compl. |
|---|---|---|
|  | Lyxor Asset Management S.A., as Successor in Interest to Barep Asset Management S.A.; Societe Generale Holding De Participations S.A., as Successor in Interest to Barep Asset Management S.A.; SG AM AI Premium Fund L.P. (f/k/a SG AM Alternative Diversified U.S. L.P.); Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif); SGAM AI EQUILIBRIUM FUND (f/k/a SGAM Alternative Multi Manager Diversified Fund); Lyxor Premium Fund (f/k/a SGAM Alternative Diversified Premium Fund); Societe Generale S.A., as Trustee for Lyxor Premium Fund; Societe Generale Bank & Trust S.A.; OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares); Oval Palmares Europlus; Umr Select Alternatif; and Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M.) |  |
| J-29 | Picard v. Intesa Sanpaolo SPA (as successor in interest to Banca Intesa SPA), Eurizon Capital SGR SPA (as successor in interest to Eurizon Investimenti SGR SPA, f/k/a Nextra Investment Management SGR SPA and Eurizon Alternative Investments SGR SPA, fka Nextra Alternative Investments SGR SPA), Eurizon Low Volatility f/k/a Nextra Low Volatility, Eurizon Low Volatility II f/k/a Nextra Low Volatility II, Eurizon Low Volatility PB f/k/a Nextra Low Volatility PB, Eurizon Medium Volatility f/k/a Nextra Medium Volatility, Eurizon Medium Volatility II f/k/a Nextra Medium Volatility II, Eurizon Total Return f/k/a Nextra Total Return | Adv. No. 12-01680, ECF 1-3, Ex. C |
| J-30 | Picard v. EFG Bank S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited | Adv. No. 12-01690, ECF 1-7, Ex. G |
| J-31 | Picard v. EFG Bank S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited | Adv. No. 12-01690, ECF 1-13, Ex. M |
| J-32 | Picard v. Lombard Odier Darier Hentsch & Cie | Adv. No. 12-01693, ECF 1-3, Ex. C |
| J-33 | Picard v. Bordier & Cie | Adv. No. 12-01695, ECF 1-3, Ex. C |
| J-34 | Picard v. ABN Amro Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle of Man) Nominees Limited, Platinum All Weather Fund Limited, and Odyssey | Adv. No. 12-01697, ECF 1-3, Ex. C |
| J-35 | Picard v. Royal Bank of Canada; Guernroy Limited; Royal Bank of Canada (Channel Islands) Limited; Royal Bank of Canada Trust Company (Jersey) Limited; Royal Bank of Canada (Asia) Limited; Royal Bank of Canada (Suisse) S.A.; | Adv. No. 12-01699, ECF 1-5, Ex. E |

| Ex. | Caption | Adv. No.; ECF. No.; Ex. to Compl. |
|---|---|---|
|  | RBC Dominion Securities Inc.; and RBC Alternative Assets, L.P. |  |
| J-36 | Picard v. Crédit Agricole (Suisse) S.A. and Crédit Agricole S.A. a/k/a Banque due Crédit Agricole | Adv. No. 12-01022, ECF 1-10, Ex. J |

14. The below chart summarizes (a) transfers BLMIS made to Sentry (identified on Exhibit G to this Declaration), (b) cash deposits Sentry made with BLMIS (identified on Exhibit G to this Declaration), and (c) transfers that Sentry made to the entities identified on Exhibits H, I and J of this Declaration, all during the Relevant Period. The "Source" column on the right-hand side cross-references the applicable Exhibit to this Declaration and for the transfers on Exhibit J, the adversary proceeding number, ECF number, and relevant complaint exhibit.

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 5/9/03 | $40,000,000 |  | N/A | Ex. G at page 1 |
| 5/14/03 |  | (3,200,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 5/14/03 |  | (6,525,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 5/14/03 |  | (1,100,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 5/14/03 |  | (1,800,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 5/14/03 |  | (168,554) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 5/14/03 |  | (210,313) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 5/14/03 |  | (311,518) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 5/14/03 |  | (73,217) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 5/14/03 |  | (100,952) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 5/14/03 |  | (111,651) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 5/14/03 |  | (696,496) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 5/14/03 |  | (504,029) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 5/14/03 |  | (1,500,000) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 5/14/03 |  | (2,498,558) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 5/14/03 |  | (1,954,536) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 5/14/03 |  | (36,000) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 5/14/03 | | (401,103) | Credit Suisse Nominees (Guernsey) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 5/14/03 | | (2,159,026) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 5/14/03 | | (500,974) | LGT Liechtenstein | Ex. J-15 (11-2929 ECF 1-3, Ex. C) |
| 5/14/03 | | (641,531) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 5/14/03 | | (270,000) | Vontobel Fund and/or Vontobel Management | Ex. J-20 (12-1202 ECF 1-10, Ex. J) |
| 5/14/03 | | (247,494) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 5/14/03 | | (2,093,660) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 5/14/03 | | (191,989) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 5/14/03 | | (238,192) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 5/14/03 | | (266,369) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 5/14/03 | | (621,629) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 5/14/03 | | (270,407) | Banco Del Gottardo | Ex. J-23 (12-1209 ECF 1-4, Ex. D) |
| 5/14/03 | | (1,401,608) | Banco Del Gottardo | Ex. J-23 (12-1209 ECF 1-4, Ex. D) |
| 5/14/03 | | (360,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 5/14/03 | | (103,656) | Citivic | Ex. J-25 (12-1513 ECF 1-3, Ex. C) |
| 5/14/03 | | (125,144) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 5/14/03 | | (84,331) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 5/14/03 | | (72,108) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (170,077) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (207,312) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (279,420) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (285,234) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (5,803,800) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (10,440,439) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 5/14/03 | | (135,203) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 5/14/03 | | (345,219) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 5/19/03 | | (1,300,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 5/20/03 | | (93,029) | Credit Suisse, Nassau Branch LATAM Investment Banking | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 6/16/03 | | (179,708) | Agricole Suisse | Ex. J-36 (12-1022 ECF 1-10, Ex. J) |
| 6/16/03 | | (1,000,000) | Naidot | Ex. J-8 (11-2733 ECF 1-3, Ex. C) |
| 6/16/03 | | (25,000) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 6/16/03 | | (300,287) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |

9

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 6/16/03 | | (20,000) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 6/16/03 | | (20,802) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 6/16/03 | | (71,259) | Credit Suisse AG, Nassau Branch | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 6/16/03 | | (100,000) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 6/16/03 | | (72,797) | LGT Liechtenstein | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 6/16/03 | | (170,654) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 6/16/03 | | (227,490) | Bank Vontobel | Ex. J-19 (12-1202 ECF 1-9, Ex. I) |
| 6/16/03 | | (2,805,000) | Vontobel Fund and/or Vontobel Management | Ex. J-20 (12-1202 ECF 1-10, Ex. J) |
| 6/16/03 | | (113,745) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 6/16/03 | | (180,190) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 6/16/03 | | (255,335) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 6/16/03 | | (170,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 6/16/03 | | (496,838) | Citivic | Ex. J-25 (12-1513 ECF 1-3, Ex. C) |
| 6/16/03 | | (46,180) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 6/16/03 | | (199,763) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 6/16/03 | | (51,868) | Bank Leu | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 6/16/03 | | (1,000,000) | Low Volatility | Ex. J-29 (12-1680 ECF 1-3, Ex. C) |
| 6/16/03 | | (38,983) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (42,859) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (82,688) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (90,996) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (120,169) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (133,882) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (382,274) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (505,273) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (655,000) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (1,968,406) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 6/16/03 | | (1,144,165) | Bordier | Ex. J-33 (12-1695 ECF 1-3, Ex. C) |
| 6/18/03 | | (750,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 7/11/03 | $55,000,000 | | N/A | Ex. G at page 2 |
| 7/14/03 | | (1,041,213) | FG Advisors | Ex. I (SAC, ECF 286-14, Ex. 14) |
| 7/15/03 | | (13,000,000) | FG Advisors | Ex. I (SAC, ECF 286-14, Ex. 14) |
| 7/16/03 | | (250,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1, Ex. 9) |

10

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 7/16/03 | | (3,000,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1, Ex. 8) |
| 7/16/03 | | (186,572) | Agricole Suisse | Ex. J-36 (12-1022 ECF 1-10, Ex. J) |
| 7/16/03 | | (54,186) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 7/16/03 | | (2,471,566) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 7/16/03 | | (404,373) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 7/16/03 | | (2,493,614) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 7/16/03 | | (2,336,175) | Inteligo | Ex. J-9 (11-2763 ECF 1-4, Ex. D) |
| 7/16/03 | | (1,529,000) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 7/16/03 | | (610,990) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 7/16/03 | | (693,868) | Credit Suisse Nominees (Guernsey) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 7/16/03 | | (788,344) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 7/16/03 | | (1,684,206) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 7/16/03 | | (73,522) | Sico | Ex. J-17 (12-1005 ECF 14-6, Ex. F) |
| 7/16/03 | | (77,189) | Sico | Ex. J-17 (12-1005 ECF 14-6, Ex. F) |
| 7/16/03 | | (82,428) | Sico | Ex. J-17 (12-1005 ECF 14-6, Ex. F) |
| 7/16/03 | | (2,215,212) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 7/16/03 | | (336,843) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 7/16/03 | | (119,134) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 7/16/03 | | (148,763) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 7/16/03 | | (260,940) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 7/16/03 | | (35,153) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (47,293) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (56,787) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (74,625) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (76,224) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (100,735) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (167,640) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (302,756) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 7/16/03 | | (973,253) | SG Premium | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 7/16/03 | | (1,223,229) | SG Audace | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 7/16/03 | | (8,580,866) | Lyxor Premium | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 7/16/03 | | (32,270,698) | SG Equilibrium | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 7/16/03 | | (35,024) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (51,015) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 7/16/03 | | (238,240) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (266,886) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (476,480) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (476,480) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (1,447,307) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (1,594,867) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 7/16/03 | | (5,615,477) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 7/16/03 | | (6,027,000) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 7/16/03 | | (1,497,385) | Bordier | Ex. J-33 (12-1695 ECF 1-3, Ex. C) |
| 7/16/03 | | (367,180) | RBC-Dominion | Ex. J-35 (12-1699 ECF 1-5, Ex. E) |
| 7/22/03 | $25,000,000 | | N/A | Ex. G at page 2 |
| 7/23/03 | | (220,611) | FG Advisors | Ex. I (SAC, ECF 286-14, Ex. 14) |
| 8/4/03 | | (2,345,087) | FG Advisors | Ex. I (SAC, ECF 286-14, Ex. 14) |
| 8/15/03 | | (1,100,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 8/15/03 | | (1,700,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 8/15/03 | | (700,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 8/15/03 | | (113,360) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 8/15/03 | | (26,317) | Barclays Suisse | Ex. J-5 (11-2569 ECF 1-7, Ex. G) |
| 8/15/03 | | (265,810) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 8/15/03 | | (300,750) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 8/15/03 | | (1,971,100) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 8/15/03 | | (6,386,104) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 8/15/03 | | (56,410) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 8/15/03 | | (93,224) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 8/15/03 | | (149,727) | Credit Suisse AG, Nassau Branch | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 8/15/03 | | (154,873) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 8/15/03 | | (708,540) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 8/15/03 | | (1,000,000) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 8/15/03 | | (32,628) | Sico | Ex. J-17 (12-1005 ECF 14-6, Ex. F) |
| 8/15/03 | | (237,721) | Sico | Ex. J-17 (12-1005 ECF 14-6, Ex. F) |
| 8/15/03 | | (384,083) | Sico | Ex. J-17 (12-1005 ECF 14-6, Ex. F) |

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 8/15/03 | | (183,894) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 8/15/03 | | (320,364) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 8/15/03 | | (130,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 8/15/03 | | (24,238) | Citivic | Ex. J-25 (12-1513 ECF 1-3, Ex. C) |
| 8/15/03 | | (149,158) | Citivic | Ex. J-25 (12-1513 ECF 1-3, Ex. C) |
| 8/15/03 | | (66,776) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 8/15/03 | | (63,113) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 8/15/03 | | (2,865,901) | SG Suisse | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 8/15/03 | | (150,000) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 8/15/03 | | (1,584,808) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 8/15/03 | | (1,598,288) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 8/15/03 | | (203,079) | Bordier | Ex. J-33 (12-1695 ECF 1-3, Ex. C) |
| 8/15/03 | | (50,000) | RBC-Jersey | Ex. J-35 (12-1699 ECF 1-5, Ex. E) |
| 8/15/03 | | (88,507) | RBC-Dominion | Ex. J-35 (12-1699 ECF 1-5, Ex. E) |
| 9/17/03 | | (800,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 9/17/03 | | (1,300,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 9/17/03 | | (2,100,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 9/17/03 | | (2,600,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 9/17/03 | | (10,500,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 9/17/03 | | (130,664) | Safra New York | Ex. J-1 (11-1885 ECF 1-3, Ex. C) |
| 9/17/03 | | (146,127) | Safra New York | Ex. J-1 (11-1885 ECF 1-3, Ex. C) |
| 9/17/03 | | (1,495,385) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 9/17/03 | | (140,353) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |
| 9/17/03 | | (320,079) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 9/17/03 | | (964,543) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 9/17/03 | | (18,686) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 9/17/03 | | (1,595,815) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 9/17/03 | | (1,992,900) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 9/17/03 | | (14,015) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 9/17/03 | | (380,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 9/17/03 | | (35,000) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 9/17/03 | | (46,398) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 9/17/03 | | (750,000) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 9/17/03 | | (633,000) | SG Suisse | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |

13

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 9/17/03 | | (13,766,474) | EFG Bank Bahamas | Ex. J-31 (12-1690 ECF 1-13, Ex. M) |
| 9/17/03 | | (140,148) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 9/17/03 | | (725,171) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 9/17/03 | | (127,067) | Bordier | Ex. J-33 (12-1695 ECF 1-3, Ex. C) |
| 9/17/03 | | (3,272,168) | Bordier | Ex. J-33 (12-1695 ECF 1-3, Ex. C) |
| 10/10/03 | | (1,059,116) | FG Advisors | Ex. I (SAC, ECF 286-14, Ex. 14) |
| 10/14/03 | | (18,000,000) | FG Bermuda | Ex. I (SAC, ECF 286-13, Ex. 13) |
| 10/14/03 | | (1,900,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 10/14/03 | | (4,000,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 10/14/03 | | (250,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 10/14/03 | | (600,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 10/14/03 | | (178,309) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 10/14/03 | | (228,214) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 10/14/03 | | (424,544) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 10/14/03 | | (268,887) | Barclays Suisse | Ex. J-5 (11-2569 ECF 1-7, Ex. G) |
| 10/14/03 | | (28,470) | Inteligo | Ex. J-9 (11-2763 ECF 1-4, Ex. D) |
| 10/14/03 | | (295,235) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 10/14/03 | | (370,819) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 10/14/03 | | (1,792,705) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 10/14/03 | | (2,000,000) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 10/14/03 | | (2,149,002) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 10/14/03 | | (3,500,000) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 10/14/03 | | (26,405) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 10/14/03 | | (500,000) | Vontobel Fund and/or Vontobel Management | Ex. J-20 (12-1202 ECF 1-10, Ex. J) |
| 10/14/03 | | (130,355) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 10/14/03 | | (20,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 10/14/03 | | (150,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 10/14/03 | | (1,060,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 10/14/03 | | (74,500) | Citivic | Ex. J-25 (12-1513 ECF 1-3, Ex. C) |
| 10/14/03 | | (62,683) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 10/14/03 | | (1,342,152) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 10/14/03 | | (99,961) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 10/14/03 | | (100,000) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 10/14/03 | | (188,201) | SG Suisse | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 10/14/03 | | (205,713) | SG Suisse | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 10/14/03 | | (210,928) | EFG Bank | Ex. J-30 (12-1690 ECF 1-7, Ex. G) |
| 10/14/03 | | (11,493,909) | EFG Bank Bahamas | Ex. J-31 (12-1690 ECF 1-13, Ex. M) |
| 10/14/03 | | (33,006) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 10/23/03 | | (20,000,000) | BLMIS | Ex. G at page 4 |
| 10/30/03 | | (977,540) | FG Bermuda | Ex. I (SAC, ECF 286-13, Ex. 13) |
| 11/14/03 | | (50,000,000) | BLMIS | Ex. G at page 5 |
| 11/19/03 | | (800,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 11/19/03 | | (2,150,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 11/19/03 | | (578,080) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 11/19/03 | | (301,681) | Barclays Spain | Ex. J-4 (11-2569 ECF 1-4, Ex. D) |
| 11/19/03 | | (323,839) | Inteligo | Ex. J-9 (11-2763 ECF 1-4, Ex. D) |
| 11/19/03 | | (366,608) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 11/19/03 | | (19,110) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 11/19/03 | | (38,220) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 11/19/03 | | (217,855) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 11/19/03 | | (229,321) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 11/19/03 | | (100,000) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 11/19/03 | | (519,354) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 11/19/03 | | (119,438) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 11/19/03 | | (239,315) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 11/19/03 | | (262,362) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 11/19/03 | | (369,904) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 11/19/03 | | (473,920) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 11/19/03 | | (225,317) | BSI | Ex. J-22 (12-1209 ECF 1-3, Ex. C) |
| 11/19/03 | | (2,039,044) | Banco Del Gottardo | Ex. J-23 (12-1209 ECF 1-4, Ex. D) |
| 11/19/03 | | (135,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 11/19/03 | | (139,503) | Citivic | Ex. J-25 (12-1513 ECF 1-3, Ex. C) |
| 11/19/03 | | (29,563) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 11/19/03 | | (38,010) | UKFP | Ex. J-26 (12-1566 ECF 1-2, Ex. C) |
| 11/19/03 | | (143,326) | SG Suisse | Ex. J-28 (12-1677 ECF 1-5, Ex. C) |
| 11/21/03 | | (8,791,185) | EFG Bank Bahamas | Ex. J-31 (12-1690 ECF 1-13, Ex. M) |

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 11/24/03 | | (287,177) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 11/28/03 | | (369,904) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 12/18/03 | | (1,000,000) | FIFL | Ex. H (FAC, ECF 23-1 Ex. 15); Ex. I (SAC, ECF 286-10, Ex. 10) |
| 12/18/03 | | (175,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 12/18/03 | | (1,374,582) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 12/18/03 | | (112,664) | Inteligo | Ex. J-9 (11-2763 ECF 1-4, Ex. D) |
| 12/18/03 | | (2,915,888) | MLBS | Ex. J-12 (11-2910 ECF 1-3, Ex. C) |
| 12/18/03 | | (150,000) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 12/18/03 | | (25,000) | Credit Suisse AG, Nassau Branch | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 12/18/03 | | (38,191) | Credit Suisse Nominees (Guernsey) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 12/18/03 | | (350,000) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 12/18/03 | | (354,222) | Credit Suisse Nominees (Guernsey) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 12/18/03 | | (782,707) | Credit Suisse London Nominees | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 12/18/03 | | (27,689) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 12/18/03 | | (151,809) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 12/18/03 | | (200,000) | Vontobel Fund and/or Vontobel Management | Ex. J-20 (12-1202 ECF 1-10, Ex. J) |
| 12/18/03 | | (28,643) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 12/18/03 | | (530,149) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 12/30/03 | | (990,000) | ASB | Ex. J-6 (11-2730 ECF 1-4, Ex. D) |
| 12/31/03 | | (80,515,000) | FG Bermuda | Ex. I (SAC, ECF 286-13, Ex. 13) |
| 12/31/03 | | (5,221,000) | FG Bermuda | Ex. I (SAC, ECF 286-13, Ex. 13) |
| 1/14/04 | | (11,500,000) | FG Bermuda | Ex. I (SAC, ECF 286-13, Ex. 13) |
| 1/15/04 | | (900,000) | FG Advisors | Ex. I (SAC, ECF 286-14, Ex. 14) |
| 1/21/04 | | (275,000) | Fairfield Lambda | Ex. H (FAC, ECF 23-1 Ex. 9) |
| 1/21/04 | | (8,650,000) | Fairfield Sigma | Ex. H (FAC, ECF 23-1 Ex. 8) |
| 1/21/04 | | (50,000,000) | BLMIS | Ex. G at page 3 |
| 1/21/04 | | (9,578) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 1/21/04 | | (502,350) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 1/21/04 | | (2,003,453) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 1/21/04 | | (2,456,944) | Quilvest | Ex. J-2 (11-2538 ECF 1-4, Ex. D) |
| 1/21/04 | | (801,964) | Delta Bank | Ex. J-3 (11-2551 ECF 1-4, Ex. D) |

16

| Date | Withdrawals from BLMIS by Sentry | Transfers from Sentry to Third Parties | Recipient of Sentry's Transfers | Source |
|---|---|---|---|---|
| 1/21/04 | | (1,000,000) | ASB | Ex. J-6 (11-2730 ECF 1-4, Ex. D) |
| 1/21/04 | | (2,000,000) | Trincastar | Ex. J-7 (11-2731 ECF 1-3, Ex. C) |
| 1/21/04 | | (1,055,648) | Somers Dublin | Ex. J-10 (11-2784 ECF 1-3, Ex. C) |
| 1/21/04 | | (1,013,910) | Somers Nominees | Ex. J-11 (11-2784 ECF 1-4, Ex. D) |
| 1/21/04 | | (363,980) | BJB | Ex. J-13 (11-2922 ECF 1-3, Ex. C) |
| 1/21/04 | | (38,314) | Credit Suisse Nominees (Guernsey) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 1/21/04 | | (180,000) | Credit Suisse (Luxembourg) | Ex. J-14 (11-2925 ECF 1-5, Ex. E) |
| 1/21/04 | | (20,000,000) | PIFSS | Ex. J-16 (12-1002 ECF 1-3, Ex. C) |
| 1/21/04 | | (157,029) | SNS Defendants | Ex. J-18 (12-1046 ECF 1-3, Ex. C) |
| 1/21/04 | | (28,735) | Lloyds | Ex. J-21 (12-1207 ECF 1-3, Ex. C) |
| 1/21/04 | | (1,400,000) | ZCM | Ex. J-24 (12-1512 ECF 1-6, Ex. F) |
| 1/21/04 | | (36,000) | Clariden | Ex. J-27 (12-1676 ECF 12-5, Ex. E) |
| 1/21/04 | | (17,241) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 1/21/04 | | (1,155,302) | Lombard Odier | Ex. J-32 (12-1693 ECF 1-3, Ex. C) |
| 1/21/04 | | (750,000) | ABN AMRO Defendants | Ex. J-34 (12-1697 ECF 1-3, Ex. C) |
| 1/21/04 | | (50,000) | Guernroy or RBC-CI | Ex. J-35 (12-1699 ECF 1-5, Ex. E) |
| **Total:** | **$120,000,000** | (572,916,273) | | |

15. The above chart demonstrates that between each BLMIS transfer to Sentry and the date of the Transfer, Sentry made more distributions to third parties and in cash deposits with BLMIS (referred to below as "Sentry Transfers") than Sentry's withdrawals from BLMIS:

    a. On May 9, 2003, BLMIS made a transfer of $40,000,000 to Sentry.

    b. Between May 9 – July 10, 2003, Sentry made $63,321,389 in Sentry Transfers—which is $23,321,389 *more* than what Sentry had received from BLMIS on May 9.

    c. On July 11, 2003, BLMIS made a transfer of $55,000,000 to Sentry.

    d. Between July 12 – July 21, 2003, Sentry made $95,860,738 in Sentry Transfers—which is $40,860,738 *more* than what Sentry had received from BLMIS on July 11.

    e. On July 22, 2003, BLMIS made a transfer of $25,000,000 to Sentry.

  f. Between July 23, 2003 through and including January 21, 2004, Sentry made $413,734,146 in Sentry Transfers—which is $388,734,146 *more* than what Sentry had received from BLMIS on July 22.

Of the $413,734,146 in Sentry Transfers that were made between July 22, 2003 through and including January 21, 2004 (the date of the Transfer), only $93,945,448 occurred on January 21, 2004. Excluding Sentry Transfers that occurred on January 21, 2004, Sentry made $319,788,698 in Sentry Transfers—which is $294,788,698 *more* than what Sentry had received from BLMIS on July 22.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2022
New York, New York

               */s/ Leo Muchnik*
               Leo Muchnik