# Exhibit G

**Excerpt from Exhibit B to Complaint against PIFSS**

**(highlight added to relevant transfers)**

BLMIS ACCOUNT NO. 1FN012 - CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 9/10/2002 | W/H TAX DIV XOM | (250,379) | - | (250,379) | - | - | 636,925,165 | - | - | - |
| 9/10/2002 | W/H TAX DIV JNJ | (32,342) | - | (32,342) | - | - | 636,892,823 | - | - | - |
| 9/10/2002 | W/H TAX DIV IBM | (40,919) | - | (40,919) | - | - | 636,851,904 | - | - | - |
| 9/12/2002 | W/H TAX DIV DD | (55,298) | - | (55,298) | - | - | 636,796,607 | - | - | - |
| 10/17/2002 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (23) | - | (23) | - | - | 636,796,584 | - | - | - |
| 10/29/2002 | TRANS TO 1FN06940 (1FN069) | (40,110,476) | - | - | - | (40,110,476) | 596,686,108 | - | - | - |
| 11/15/2002 | W/H TAX DIV CL | (9,217) | - | (9,217) | - | - | 596,676,891 | - | - | - |
| 11/15/2002 | W/H TAX DIV PG | (31,976) | - | (31,976) | - | - | 596,644,915 | - | - | - |
| 11/18/2002 | W/H TAX DIV TXN | (3,272) | - | (3,272) | - | - | 596,641,644 | - | - | - |
| 11/18/2002 | TRANS TO 1FN06940 (1FN069) | (11,639,472) | - | - | - | (11,639,472) | 585,002,172 | - | - | - |
| 11/22/2002 | W/H TAX DIV C | (81,541) | - | (81,541) | - | - | 584,920,631 | - | - | - |
| 11/25/2002 | W/H TAX DIV GS | (5,120) | - | (5,120) | - | - | 584,915,511 | - | - | - |
| 11/27/2002 | W/H TAX DIV MER | (12,763) | - | (12,763) | - | - | 584,902,748 | - | - | - |
| 1/6/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (32) | - | (32) | - | - | 584,902,716 | - | - | (32) |
| 1/6/2003 | W/H TAX DIV BUD | (15,489) | - | (15,489) | - | - | 584,887,227 | - | - | (15,489) |
| 1/6/2003 | W/H TAX DIV DD | (22,676) | - | (22,676) | - | - | 584,864,551 | - | - | (22,676) |
| 1/6/2003 | W/H TAX DIV G | (15,681) | - | (15,681) | - | - | 584,848,870 | - | - | (15,681) |
| 1/6/2003 | W/H TAX DIV INTC | (12,184) | - | (12,184) | - | - | 584,836,685 | - | - | (12,184) |
| 1/6/2003 | W/H TAX DIV PFE | (51,990) | - | (51,990) | - | - | 584,784,696 | - | - | (51,990) |
| 1/6/2003 | W/H TAX DIV WFC | (43,746) | - | (43,746) | - | - | 584,740,949 | - | - | (43,746) |
| 1/6/2003 | W/H TAX DIV UTX | (7,423) | - | (7,423) | - | - | 584,733,527 | - | - | (7,423) |
| 1/6/2003 | W/H TAX DIV HCA | (1,024) | - | (1,024) | - | - | 584,732,502 | - | - | (1,024) |
| 1/6/2003 | W/H TAX DIV BA | (9,271) | - | (9,271) | - | - | 584,723,232 | - | - | (9,271) |
| 1/6/2003 | W/H TAX DIV XOM | (141,247) | - | (141,247) | - | - | 584,581,985 | - | - | (141,247) |
| 1/6/2003 | W/H TAX DIV JNJ | (14,954) | - | (14,954) | - | - | 584,567,031 | - | - | (14,954) |
| 1/6/2003 | W/H TAX DIV IBM | (23,093) | - | (23,093) | - | - | 584,543,938 | - | - | (23,093) |
| 1/10/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 584,543,936 | - | - | (3) |
| 1/22/2003 | TRANS FROM 1FN06940 (1FN069) | 17,086,180 | - | - | 17,086,180 | - | 601,630,116 | - | - | - |
| 1/31/2003 | W/H TAX DIV MWD | (19,845) | - | (19,845) | - | - | 601,610,271 | - | - | (19,845) |
| 2/3/2003 | W/H TAX DIV SBC | (71,836) | - | (71,836) | - | - | 601,538,434 | - | - | (71,836) |
| 2/3/2003 | W/H TAX DIV PHA | (24,873) | - | (24,873) | - | - | 601,513,561 | - | - | (24,873) |
| 2/3/2003 | W/H TAX DIV VZ | (84,435) | - | (84,435) | - | - | 601,429,126 | - | - | (84,435) |
| 2/10/2003 | W/H TAX DIV TXN | (5,223) | - | (5,223) | - | - | 601,423,904 | - | - | (5,223) |
| 2/14/2003 | W/H TAX DIV PFE | (132,136) | - | (132,136) | - | - | 601,291,768 | - | - | (132,136) |
| 2/14/2003 | W/H TAX DIV CL | (14,173) | - | (14,173) | - | - | 601,277,594 | - | - | (14,173) |
| 2/14/2003 | W/H TAX DIV PG | (75,541) | - | (75,541) | - | - | 601,202,053 | - | - | (75,541) |
| 2/24/2003 | TRANS FROM 1FN06940 (1FN069) | 115,334,062 | - | - | 115,334,062 | - | 716,536,115 | - | - | - |
| 2/27/2003 | W/H TAX DIV GS | (7,874) | - | (7,874) | - | - | 716,528,241 | - | - | (7,874) |
| 2/28/2003 | W/H TAX DIV C | (148,119) | - | (148,119) | - | - | 716,380,122 | - | - | (148,119) |
| 2/28/2003 | W/H TAX DIV MER | (19,475) | - | (19,475) | - | - | 716,360,647 | - | - | (19,475) |
| 3/3/2003 | W/H TAX DIV WFC | (72,984) | - | (72,984) | - | - | 716,287,663 | - | - | (72,984) |
| 3/3/2003 | W/H TAX DIV INTC | (19,071) | - | (19,071) | - | - | 716,268,592 | - | - | (19,071) |
| 3/5/2003 | W/H 1/31/03 G | (24,493) | - | (24,493) | - | - | 716,244,100 | - | - | (24,493) |
| 3/7/2003 | W/H TAX DIV MSFT | (96,055) | - | (96,055) | - | - | 716,148,044 | - | - | (96,055) |
| 3/7/2003 | W/H TAX DIV BA | (20,079) | - | (20,079) | - | - | 716,127,965 | - | - | (20,079) |
| 3/10/2003 | W/H TAX DIV IBM | (36,074) | - | (36,074) | - | - | 716,091,891 | - | - | (36,074) |
| 3/10/2003 | W/H TAX DIV XOM | (221,611) | - | (221,611) | - | - | 715,870,280 | - | - | (221,611) |
| 3/10/2003 | W/H TAX DIV UTX | (16,076) | - | (16,076) | - | - | 715,854,204 | - | - | (16,076) |
| 3/10/2003 | W/H TAX DIV BUD | (23,099) | - | (23,099) | - | - | 715,831,105 | - | - | (23,099) |
| 3/11/2003 | W/H TAX DIV JNJ | (86,903) | - | (86,903) | - | - | 715,744,202 | - | - | (86,903) |
| 3/12/2003 | W/H TAX DIV MMM | (27,113) | - | (27,113) | - | - | 715,717,089 | - | - | (27,113) |
| 3/14/2003 | W/H TAX DIV DD | (50,670) | - | (50,670) | - | - | 715,666,419 | - | - | (50,670) |
| 3/17/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (46) | - | (46) | - | - | 715,666,372 | - | - | (46) |
| 3/18/2003 | TRANS FROM 1FN06940 (1FN069) | 1,886,554 | - | - | 1,886,554 | - | 717,552,926 | - | - | - |
| 3/24/2003 | TRANS TO 1FN06940 (1FN069) | (153,207,842) | - | - | - | (153,207,842) | 564,345,084 | - | - | - |
| 4/7/2003 | W/H TAX DIV WMT | (63,644) | - | (63,644) | - | - | 564,281,441 | - | - | (63,644) |
| 4/9/2003 | W/H TAX DIV HPQ | (40,133) | - | (40,133) | - | - | 564,241,308 | - | - | (40,133) |
| 4/15/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (24) | - | (24) | - | - | 564,241,285 | - | - | (24) |
| 5/9/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (23) | - | (23) | - | - | 564,241,262 | - | - | (23) |
| 5/9/2003 | CHECK WIRE | (40,000,000) | - | (40,000,000) | - | - | 524,241,262 | - | - | (40,000,000) |
| 5/9/2003 | TRANS TO 1FN06940 (1FN069) | (3,098,704) | - | - | - | (3,098,704) | 521,142,558 | - | - | - |
| 5/19/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 521,142,557 | - | - | (1) |
| 5/21/2003 | TRANS TO 1FN06940 (1FN069) | (12,730,124) | - | - | - | (12,730,124) | 508,412,433 | - | - | - |
| 5/28/2003 | W/H TAX DIV MER | (15,678) | - | (15,678) | - | - | 508,396,755 | - | - | (15,678) |
| 5/30/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 508,396,755 | - | - | (0) |
| 5/30/2003 | TRANS TO 1FN06940 (1FN069) | (2,839,638) | - | - | - | (2,839,638) | 505,557,117 | - | - | - |
| 6/2/2003 | W/H TAX DIV INTC | (8,484) | - | (8,484) | - | - | 505,548,632 | - | - | (8,484) |
| 6/2/2003 | W/H TAX DIV WFC | (58,793) | - | (58,793) | - | - | 505,489,839 | - | - | (58,793) |

BLMIS ACCOUNT NO. 1FN012 - CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2003 | W/H TAX DIV PFE | (140,766) | - | (140,766) | - | - | 505,349,073 | - | - | (140,766) |
| 6/9/2003 | W/H TAX DIV BUD | (19,108) | - | (19,108) | - | - | 505,329,966 | - | - | (19,108) |
| 6/10/2003 | W/H TAX DIV JNJ | (83,617) | - | (83,617) | - | - | 505,246,349 | - | - | (83,617) |
| 6/10/2003 | W/H TAX DIV IBM | (31,356) | - | (31,356) | - | - | 505,214,992 | - | - | (31,356) |
| 6/10/2003 | W/H TAX DIV XOM | (197,226) | - | (197,226) | - | - | 505,017,767 | - | - | (197,226) |
| 6/10/2003 | W/H TAX DIV UTX | (14,698) | - | (14,698) | - | - | 505,003,069 | - | - | (14,698) |
| 6/12/2003 | W/H TAX DIV DD | (41,917) | - | (41,917) | - | - | 504,961,151 | - | - | (41,917) |
| 6/12/2003 | W/H TAX DIV MMM | (28,743) | - | (28,743) | - | - | 504,932,408 | - | - | (28,743) |
| 6/19/2003 | TRANS TO 1FN06940 (1FN069) | (55,138,378) | - | - | - | (55,138,378) | 449,794,030 | - | - | - |
| 6/20/2003 | W/H TAX DIV AIG | (17,269) | - | (17,269) | - | - | 449,776,761 | - | - | (17,269) |
| 6/20/2003 | TRANS TO 1FN06940 (1FN069) | (16,056,865) | - | - | - | (16,056,865) | 433,719,896 | - | - | - |
| 6/24/2003 | TRANS TO 1FN06940 (1FN069) | (20,093,123) | - | - | - | (20,093,123) | 413,626,773 | - | - | - |
| 6/25/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (15) | - | (15) | - | - | 413,626,758 | - | - | (15) |
| 6/26/2003 | W/H TAX DIV HD | (19,723) | - | (19,723) | - | - | 413,607,035 | - | - | (19,723) |
| 6/27/2003 | W/H TAX DIV BAC | (134,744) | - | (134,744) | - | - | 413,472,291 | - | - | (134,744) |
| 6/30/2003 | W/H TAX DIV PEP | (39,003) | - | (39,003) | - | - | 413,433,287 | - | - | (39,003) |
| 7/1/2003 | W/H TAX DIV ONE | (34,930) | - | (34,930) | - | - | 413,398,357 | - | - | (34,930) |
| 7/1/2003 | W/H TAX DIV MRK | (112,964) | - | (112,964) | - | - | 413,285,394 | - | - | (112,964) |
| 7/1/2003 | W/H TAX DIV ALL | (20,033) | - | (20,033) | - | - | 413,265,360 | - | - | (20,033) |
| 7/1/2003 | W/H TAX DIV KO | (77,552) | - | (77,552) | - | - | 413,187,809 | - | - | (77,552) |
| 7/3/2003 | W/H TAX DIV SLB | (12,249) | - | (12,249) | - | - | 413,175,560 | - | - | (12,249) |
| 7/7/2003 | W/H TAX DIV WMT | (26,141) | - | (26,141) | - | - | 413,149,420 | - | - | (26,141) |
| 7/8/2003 | W/H TAX DIV MO | (186,943) | - | (186,943) | - | - | 412,962,476 | - | - | (186,943) |
| 7/9/2003 | W/H TAX DIV HPQ | (34,557) | - | (34,557) | - | - | 412,927,919 | - | - | (34,557) |
| 7/10/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (4) | - | (4) | - | - | 412,927,915 | - | - | (4) |
| 7/10/2003 | TRANS FROM 1FN06940 (1FN069) | 1,052,588 | - | - | 1,052,588 | - | 413,980,503 | - | - | - |
| 7/11/2003 | CHECK WIRE | (55,000,000) | - | (55,000,000) | - | - | 358,980,503 | - | - | (55,000,000) |
| 7/15/2003 | TRANS FROM 1FN06940 (1FN069) | 13,369,798 | - | - | 13,369,798 | - | 372,350,301 | - | - | - |
| 7/21/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 372,350,300 | - | - | (1) |
| 7/21/2003 | TRANS TO 1FN06940 (1FN069) | (15,852,973) | - | - | - | (15,852,973) | 356,497,327 | - | - | - |
| 7/22/2003 | CHECK WIRE | (25,000,000) | - | (25,000,000) | - | - | 331,497,327 | - | - | (25,000,000) |
| 7/30/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 331,497,326 | - | - | (1) |
| 7/31/2003 | W/H TAX DIV MWD | (33,315) | - | (33,315) | - | - | 331,464,010 | - | - | (33,315) |
| 8/1/2003 | W/H TAX DIV VZ | (139,418) | - | (139,418) | - | - | 331,324,592 | - | - | (139,418) |
| 8/1/2003 | W/H TAX DIV SBC | (166,215) | - | (166,215) | - | - | 331,158,378 | - | - | (166,215) |
| 8/15/2003 | W/H TAX DIV CL | (17,382) | - | (17,382) | - | - | 331,140,996 | - | - | (17,382) |
| 8/15/2003 | W/H TAX DIV PG | (76,891) | - | (76,891) | - | - | 331,064,105 | - | - | (76,891) |
| 8/15/2003 | TRANS FROM 1FN06940 (1FN069) | 25,229,678 | - | - | 25,229,678 | - | 356,293,783 | - | - | - |
| 8/18/2003 | W/H TAX DIV TXN | (4,798) | - | (4,798) | - | - | 356,288,984 | - | - | (4,798) |
| 8/22/2003 | W/H TAX DIV C | (237,977) | - | (237,977) | - | - | 356,051,007 | - | - | (237,977) |
| 8/27/2003 | W/H TAX DIV MER | (19,313) | - | (19,313) | - | - | 356,031,694 | - | - | (19,313) |
| 8/28/2003 | W/H TAX DIV GS | (15,089) | - | (15,089) | - | - | 356,016,605 | - | - | (15,089) |
| 9/2/2003 | W/H TAX DIV INTC | (17,208) | - | (17,208) | - | - | 355,999,397 | - | - | (17,208) |
| 9/2/2003 | W/H TAX DIV WFC | (97,773) | - | (97,773) | - | - | 355,901,624 | - | - | (97,773) |
| 9/4/2003 | W/H TAX DIV PFE | (95,941) | - | (95,941) | - | - | 355,805,683 | - | - | (95,941) |
| 9/5/2003 | W/H TAX DIV G | (21,577) | - | (21,577) | - | - | 355,784,107 | - | - | (21,577) |
| 9/5/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 355,784,097 | - | - | (9) |
| 9/5/2003 | W/H TAX DIV BA | (11,450) | - | (11,450) | - | - | 355,772,647 | - | - | (11,450) |
| 9/5/2003 | TRANS TO 1FN06940 (1FN069) | (6,434,520) | - | - | - | (6,434,520) | 349,338,127 | - | - | - |
| 9/9/2003 | W/H TAX DIV BUD | (23,900) | - | (23,900) | - | - | 349,314,227 | - | - | (23,900) |
| 9/10/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 349,314,227 | - | - | (0) |
| 9/10/2003 | W/H TAX DIV IBM | (36,695) | - | (36,695) | - | - | 349,277,531 | - | - | (36,695) |
| 9/10/2003 | W/H TAX DIV XOM | (219,560) | - | (219,560) | - | - | 349,057,971 | - | - | (219,560) |
| 9/10/2003 | TRANS TO 1FN06940 (1FN069) | (647,856) | - | - | - | (647,856) | 348,410,115 | - | - | - |
| 9/12/2003 | W/H TAX DIV DD | (28,813) | - | (28,813) | - | - | 348,381,302 | - | - | (28,813) |
| 9/19/2003 | W/H TAX DIV AIG | (7,237) | - | (7,237) | - | - | 348,374,065 | - | - | (7,237) |
| 9/22/2003 | TRANS TO 1FN06940 (1FN069) | (4,359,818) | - | - | - | (4,359,818) | 344,014,247 | - | - | - |
| 9/23/2003 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | (33) | - | (33) | - | - | 344,014,214 | - | - | (33) |
| 9/26/2003 | W/H TAX DIV BAC | (52,212) | - | (52,212) | - | - | 343,962,002 | - | - | (52,212) |
| 9/30/2003 | W/H TAX DIV PEP | (28,266) | - | (28,266) | - | - | 343,933,737 | - | - | (28,266) |
| 10/1/2003 | W/H TAX DIV ONE | (30,218) | - | (30,218) | - | - | 343,903,518 | - | - | (30,218) |
| 10/1/2003 | W/H TAX DIV MRK | (35,512) | - | (35,512) | - | - | 343,868,007 | - | - | (35,512) |
| 10/1/2003 | W/H TAX DIV KO | (56,074) | - | (56,074) | - | - | 343,811,933 | - | - | (56,074) |
| 10/1/2003 | W/H TAX DIV VIA.B | (8,532) | - | (8,532) | - | - | 343,803,401 | - | - | (8,532) |
| 10/6/2003 | TRANS TO 1FN06940 (1FN069) | (2,136,968) | - | - | - | (2,136,968) | 341,666,433 | - | - | - |
| 10/8/2003 | W/H TAX DIV HPQ | (25,290) | - | (25,290) | - | - | 341,641,143 | - | - | (25,290) |
| 10/9/2003 | W/H TAX DIV MO | (145,419) | - | (145,419) | - | - | 341,495,724 | - | - | (145,419) |
| 10/10/2003 | TRANS TO 1FN06940 (1FN069) | (3,271,212) | - | - | - | (3,271,212) | 338,224,512 | - | - | - |

BLMIS ACCOUNT NO. 1FN012 - CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 10/14/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (11) | - | (11) | - | - | 338,224,501 | - | - | (11) |
| 10/14/2003 | TRANS TO 1FN06940 *(1FN069)* | (680,368) | - | - | - | (680,368) | 337,544,133 | - | - | - |
| 10/17/2003 | TRANS FROM 1FN06940 *(1FN069)* | 316,624 | - | - | 316,624 | - | 337,860,757 | - | - | - |
| 10/31/2003 | W/H TAX DIV MWD | (22,389) | - | (22,389) | - | - | 337,838,368 | - | - | (22,389) |
| 11/3/2003 | W/H TAX DIV VZ | (96,817) | - | (96,817) | - | - | 337,741,551 | - | - | (96,817) |
| 11/3/2003 | W/H TAX DIV SBC | (30,014) | - | (30,014) | - | - | 337,711,537 | - | - | (30,014) |
| 11/3/2003 | W/H TAX DIV SBC | (84,791) | - | (84,791) | - | - | 337,626,746 | - | - | (84,791) |
| 11/7/2003 | W/H TAX DIV MSFT | (233,092) | - | (233,092) | - | - | 337,393,654 | - | - | (233,092) |
| 11/14/2003 | W/H TAX DIV PG | (78,449) | - | (78,449) | - | - | 337,315,205 | - | - | (78,449) |
| 11/17/2003 | W/H TAX DIV TXN | (5,032) | - | (5,032) | - | - | 337,310,173 | - | - | (5,032) |
| 11/18/2003 | TRANS FROM 1FN06940 *(1FN069)* | 7,640,784 | - | - | 7,640,784 | - | 344,950,957 | - | - | - |
| 11/19/2003 | TRANS FROM 1FN06940 *(1FN069)* | 5,343,966 | - | - | 5,343,966 | - | 350,294,923 | - | - | - |
| 11/20/2003 | TRANS FROM 1FN06940 *(1FN069)* | 4,885,971 | - | - | 4,885,971 | - | 355,180,894 | - | - | - |
| 11/21/2003 | TRANS FROM 1FN06940 *(1FN069)* | 4,579,536 | - | - | 4,579,536 | - | 359,760,430 | - | - | - |
| 11/24/2003 | W/H TAX DIV GS | (15,047) | - | (15,047) | - | - | 359,745,383 | - | - | (15,047) |
| 11/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 359,745,374 | - | - | (9) |
| 11/26/2003 | W/H TAX DIV MER | (20,557) | - | (20,557) | - | - | 359,724,817 | - | - | (20,557) |
| 11/26/2003 | W/H TAX DIV C | (242,879) | - | (242,879) | - | - | 359,481,938 | - | - | (242,879) |
| 12/1/2003 | W/H TAX DIV INTC | (17,911) | - | (17,911) | - | - | 359,464,027 | - | - | (17,911) |
| 12/1/2003 | W/H TAX DIV WFC | (102,918) | - | (102,918) | - | - | 359,361,109 | - | - | (102,918) |
| 12/1/2003 | W/H TAX DIV MCD | (67,408) | - | (67,408) | - | - | 359,293,701 | - | - | (67,408) |
| 12/4/2003 | W/H TAX DIV PFE | (156,453) | - | (156,453) | - | - | 359,137,248 | - | - | (156,453) |
| 12/5/2003 | W/H TAX DIV G | (21,517) | - | (21,517) | - | - | 359,115,731 | - | - | (21,517) |
| 12/9/2003 | W/H TAX DIV JNJ | (95,335) | - | (95,335) | - | - | 359,020,397 | - | - | (95,335) |
| 12/9/2003 | W/H TAX DIV BUD | (23,834) | - | (23,834) | - | - | 358,996,563 | - | - | (23,834) |
| 12/10/2003 | W/H TAX DIV XOM | (223,662) | - | (223,662) | - | - | 358,772,901 | - | - | (223,662) |
| 12/10/2003 | W/H TAX DIV UTX | (21,065) | - | (21,065) | - | - | 358,751,836 | - | - | (21,065) |
| 12/10/2003 | W/H TAX DIV IBM | (36,593) | - | (36,593) | - | - | 358,715,243 | - | - | (36,593) |
| 12/12/2003 | W/H TAX DIV MMM | (18,994) | - | (18,994) | - | - | 358,696,249 | - | - | (18,994) |
| 12/12/2003 | TRANS FROM 1FN06940 *(1FN069)* | 329,916 | - | - | 329,916 | - | 359,026,165 | - | - | - |
| 12/15/2003 | W/H TAX DIV DD | (46,343) | - | (46,343) | - | - | 358,979,821 | - | - | (46,343) |
| 12/22/2003 | TRANS TO 1FN06940 *(1FN069)* | (8,083,452) | - | - | - | (8,083,452) | 350,896,369 | - | - | - |
| 12/31/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (11) | - | (11) | - | - | 350,896,358 | - | - | (11) |
| 1/2/2004 | W/H TAX DIV PEP | (7,918) | - | (7,918) | - | - | 350,888,440 | - | - | (7,918) |
| 1/2/2004 | W/H TAX DIV ONE | (7,814) | - | (7,814) | - | - | 350,880,627 | - | - | (7,814) |
| 1/5/2004 | W/H TAX DIV WMT | (11,252) | - | (11,252) | - | - | 350,869,375 | - | - | (11,252) |
| 1/6/2004 | W/H TAX DIV DIS | (12,580) | - | (12,580) | - | - | 350,856,794 | - | - | (12,580) |
| 1/7/2004 | W/H TAX DIV HPQ | (7,085) | - | (7,085) | - | - | 350,849,710 | - | - | (7,085) |
| 1/8/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 350,849,708 | - | - | (2) |
| 1/8/2004 | TRANS TO 1FN06940 *(1FN069)* | (890,072) | - | - | - | (890,072) | 349,959,636 | - | - | - |
| 1/9/2004 | W/H TAX DIV MO | (40,736) | - | (40,736) | - | - | 349,918,900 | - | - | (40,736) |
| 1/9/2004 | TRANS TO 1FN06940 *(1FN069)* | (2,155,062) | - | - | - | (2,155,062) | 347,763,838 | - | - | - |
| 1/15/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 347,763,837 | - | - | (1) |
| 1/15/2004 | TRANS TO 1FN06940 *(1FN069)* | (616,616) | - | - | - | (616,616) | 347,147,221 | - | - | - |
| 1/21/2004 | CHECK WIRE | 50,000,000 | 50,000,000 | - | - | - | 397,147,221 | - | - | - |
| 1/22/2004 | TRANS TO 1FN06940 *(1FN069)* | (10,739,925) | - | - | - | (10,739,925) | 386,407,296 | - | - | - |
| 1/30/2004 | W/H TAX DIV MWD | (12,920) | - | (12,920) | - | - | 386,394,376 | - | - | (12,920) |
| 2/2/2004 | W/H TAX DIV VZ | (51,402) | - | (51,402) | - | - | 386,342,974 | - | - | (51,402) |
| 2/2/2004 | W/H TAX DIV SBC | (49,797) | - | (49,797) | - | - | 386,293,177 | - | - | (49,797) |
| 2/17/2004 | W/H TAX DIV PG | (77,918) | - | (77,918) | - | - | 386,215,259 | - | - | (77,918) |
| 2/24/2004 | TRANS TO 1FN06940 *(1FN069)* | (6,352,435) | - | - | - | (6,352,435) | 379,862,824 | - | - | - |
| 2/26/2004 | W/H TAX DIV GS | (14,271) | - | (14,271) | - | - | 379,848,554 | - | - | (14,271) |
| 2/27/2004 | W/H TAX DIV C | (264,863) | - | (264,863) | - | - | 379,583,691 | - | - | (264,863) |
| 2/27/2004 | W/H TAX DIV MER | (20,093) | - | (20,093) | - | - | 379,563,598 | - | - | (20,093) |
| 3/1/2004 | W/H TAX DIV WFC | (97,611) | - | (97,611) | - | - | 379,465,987 | - | - | (97,611) |
| 3/1/2004 | W/H TAX DIV INTC | (33,194) | - | (33,194) | - | - | 379,432,793 | - | - | (33,194) |
| 3/5/2004 | W/H TAX DIV PFE | (165,572) | - | (165,572) | - | - | 379,267,220 | - | - | (165,572) |
| 3/5/2004 | W/H TAX DIV BA | (17,467) | - | (17,467) | - | - | 379,249,753 | - | - | (17,467) |
| 3/5/2004 | W/H TAX DIV G | (20,407) | - | (20,407) | - | - | 379,229,346 | - | - | (20,407) |
| 3/9/2004 | W/H TAX DIV JNJ | (91,272) | - | (91,272) | - | - | 379,138,074 | - | - | (91,272) |
| 3/9/2004 | W/H TAX DIV BUD | (22,605) | - | (22,605) | - | - | 379,115,469 | - | - | (22,605) |
| 3/10/2004 | CHECK WIRE | 50,000,000 | 50,000,000 | - | - | - | 429,115,469 | - | - | - |
| 3/10/2004 | W/H TAX DIV IBM | (34,706) | - | (34,706) | - | - | 429,080,763 | - | - | (34,706) |
| 3/10/2004 | W/H TAX DIV UTX | (12,587) | - | (12,587) | - | - | 429,068,176 | - | - | (12,587) |
| 3/10/2004 | W/H TAX DIV XOM | (212,093) | - | (212,093) | - | - | 428,856,083 | - | - | (212,093) |
| 3/12/2004 | W/H TAX DIV MMM | (23,303) | - | (23,303) | - | - | 428,832,779 | - | - | (23,303) |
| 3/15/2004 | W/H TAX DIV DD | (43,954) | - | (43,954) | - | - | 428,788,826 | - | - | (43,954) |
| 4/6/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (68) | - | (68) | - | - | 428,788,758 | - | - | (68) |

**BLMIS ACCOUNT NO. 1FN045 - CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/2003 | W/H TAX DIV DD | (40,084) | - | (40,084) | - | - | 505,602,363 | - | - | (40,084) |
| 6/12/2003 | W/H TAX DIV MMM | (27,486) | - | (27,486) | - | - | 505,574,877 | - | - | (27,486) |
| 6/19/2003 | TRANS TO 1FN07040 (1FN070) | (53,945,624) | - | - | - | (53,945,624) | 451,629,253 | - | - | - |
| 6/20/2003 | W/H TAX DIV AIG | (16,867) | - | (16,867) | - | - | 451,612,386 | - | - | (16,867) |
| 6/20/2003 | TRANS TO 1FN07040 (1FN070) | (15,725,146) | - | - | - | (15,725,146) | 435,887,240 | - | - | - |
| 6/24/2003 | TRANS TO 1FN07040 (1FN070) | (19,679,159) | - | - | - | (19,679,159) | 416,208,081 | - | - | - |
| 6/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (14) | - | (14) | - | - | 416,208,067 | - | - | (14) |
| 6/26/2003 | W/H TAX DIV HD | (19,267) | - | (19,267) | - | - | 416,188,800 | - | - | (19,267) |
| 6/27/2003 | W/H TAX DIV BAC | (131,639) | - | (131,639) | - | - | 416,057,162 | - | - | (131,639) |
| 6/30/2003 | W/H TAX DIV PEP | (38,072) | - | (38,072) | - | - | 416,019,090 | - | - | (38,072) |
| 7/1/2003 | W/H TAX DIV ONE | (34,114) | - | (34,114) | - | - | 415,984,976 | - | - | (34,114) |
| 7/1/2003 | W/H TAX DIV KO | (75,704) | - | (75,704) | - | - | 415,909,273 | - | - | (75,704) |
| 7/1/2003 | W/H TAX DIV MRK | (110,288) | - | (110,288) | - | - | 415,798,985 | - | - | (110,288) |
| 7/1/2003 | W/H TAX DIV ALL | (19,157) | - | (19,157) | - | - | 415,779,827 | - | - | (19,157) |
| 7/3/2003 | W/H TAX DIV SLB | (11,713) | - | (11,713) | - | - | 415,768,114 | - | - | (11,713) |
| 7/7/2003 | W/H TAX DIV WMT | (25,526) | - | (25,526) | - | - | 415,742,588 | - | - | (25,526) |
| 7/8/2003 | W/H TAX DIV MO | (182,639) | - | (182,639) | - | - | 415,559,949 | - | - | (182,639) |
| 7/9/2003 | W/H TAX DIV HPQ | (33,743) | - | (33,743) | - | - | 415,526,207 | - | - | (33,743) |
| 7/10/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 415,526,206 | - | - | (0) |
| 7/10/2003 | TRANS FROM 1FN07040 (1FN070) | 1,026,368 | - | - | 1,026,368 | - | 416,552,574 | - | - | - |
| 7/15/2003 | TRANS FROM 1FN07040 (1FN070) | 13,037,548 | - | - | 13,037,548 | - | 429,590,122 | - | - | - |
| 7/21/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 429,590,121 | - | - | (2) |
| 7/21/2003 | TRANS TO 1FN07040 (1FN070) | (15,458,963) | - | - | - | (15,458,963) | 414,131,158 | - | - | - |
| 7/31/2003 | W/H TAX DIV MWD | (32,487) | - | (32,487) | - | - | 414,098,670 | - | - | (32,487) |
| 8/1/2003 | W/H TAX DIV SBC | (162,084) | - | (162,084) | - | - | 413,936,587 | - | - | (162,084) |
| 8/1/2003 | W/H TAX DIV VZ | (135,953) | - | (135,953) | - | - | 413,800,634 | - | - | (135,953) |
| 8/15/2003 | W/H TAX DIV PG | (74,980) | - | (74,980) | - | - | 413,725,654 | - | - | (74,980) |
| 8/15/2003 | W/H TAX DIV CL | (16,950) | - | (16,950) | - | - | 413,708,704 | - | - | (16,950) |
| 8/15/2003 | TRANS FROM 1FN07040 (1FN070) | 24,602,658 | - | - | 24,602,658 | - | 438,311,362 | - | - | - |
| 8/18/2003 | W/H TAX DIV TXN | (4,679) | - | (4,679) | - | - | 438,306,683 | - | - | (4,679) |
| 8/22/2003 | W/H TAX DIV C | (232,063) | - | (232,063) | - | - | 438,074,620 | - | - | (232,063) |
| 8/27/2003 | W/H TAX DIV MER | (18,833) | - | (18,833) | - | - | 438,055,787 | - | - | (18,833) |
| 8/28/2003 | W/H TAX DIV GS | (14,714) | - | (14,714) | - | - | 438,041,073 | - | - | (14,714) |
| 9/2/2003 | W/H TAX DIV WFC | (95,343) | - | (95,343) | - | - | 437,945,730 | - | - | (95,343) |
| 9/2/2003 | W/H TAX DIV INTC | (16,780) | - | (16,780) | - | - | 437,928,950 | - | - | (16,780) |
| 9/4/2003 | W/H TAX DIV PFE | (93,556) | - | (93,556) | - | - | 437,835,393 | - | - | (93,556) |
| 9/5/2003 | W/H TAX DIV BA | (11,166) | - | (11,166) | - | - | 437,824,228 | - | - | (11,166) |
| 9/5/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (12) | - | (12) | - | - | 437,824,216 | - | - | (12) |
| 9/5/2003 | W/H TAX DIV G | (21,040) | - | (21,040) | - | - | 437,803,176 | - | - | (21,040) |
| 9/5/2003 | TRANS TO 1FN07040 (1FN070) | (6,521,444) | - | - | - | (6,521,444) | 431,281,732 | - | - | - |
| 9/9/2003 | W/H TAX DIV BUD | (23,306) | - | (23,306) | - | - | 431,258,425 | - | - | (23,306) |
| 9/10/2003 | W/H TAX DIV IBM | (35,783) | - | (35,783) | - | - | 431,222,642 | - | - | (35,783) |
| 9/10/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | - | - | - | 431,222,642 | - | - | (1) |
| 9/10/2003 | W/H TAX DIV XOM | (214,103) | - | (214,103) | - | - | 431,008,538 | - | - | (214,103) |
| 9/10/2003 | TRANS TO 1FN07040 (1FN070) | (656,568) | - | - | - | (656,568) | 430,351,970 | - | - | - |
| 9/12/2003 | W/H TAX DIV DD | (28,097) | - | (28,097) | - | - | 430,323,873 | - | - | (28,097) |
| 9/19/2003 | W/H TAX DIV AIG | (7,335) | - | (7,335) | - | - | 430,316,539 | - | - | (7,335) |
| 9/22/2003 | TRANS TO 1FN07040 (1FN070) | (4,418,719) | - | - | - | (4,418,719) | 425,897,820 | - | - | - |
| 9/23/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (34) | - | (34) | - | - | 425,897,785 | - | - | (34) |
| 9/26/2003 | W/H TAX DIV BAC | (52,918) | - | (52,918) | - | - | 425,844,868 | - | - | (52,918) |
| 9/30/2003 | W/H TAX DIV PEP | (28,647) | - | (28,647) | - | - | 425,816,221 | - | - | (28,647) |
| 10/1/2003 | W/H TAX DIV KO | (56,830) | - | (56,830) | - | - | 425,759,390 | - | - | (56,830) |
| 10/1/2003 | W/H TAX DIV ONE | (30,626) | - | (30,626) | - | - | 425,728,765 | - | - | (30,626) |
| 10/1/2003 | W/H TAX DIV MRK | (35,992) | - | (35,992) | - | - | 425,692,773 | - | - | (35,992) |
| 10/1/2003 | W/H TAX DIV VIA.B | (8,320) | - | (8,320) | - | - | 425,684,453 | - | - | (8,320) |
| 10/6/2003 | TRANS TO 1FN07040 (1FN070) | (2,165,848) | - | - | - | (2,165,848) | 423,518,605 | - | - | - |
| 10/8/2003 | W/H TAX DIV HPQ | (25,631) | - | (25,631) | - | - | 423,492,974 | - | - | (25,631) |
| 10/9/2003 | W/H TAX DIV MO | (147,380) | - | (147,380) | - | - | 423,345,594 | - | - | (147,380) |
| 10/10/2003 | TRANS TO 1FN07040 (1FN070) | (3,315,060) | - | - | - | (3,315,060) | 420,030,534 | - | - | - |
| 10/14/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 420,030,525 | - | - | (8) |
| 10/14/2003 | TRANS TO 1FN07040 (1FN070) | (689,468) | - | - | - | (689,468) | 419,341,057 | - | - | - |
| 10/17/2003 | TRANS FROM 1FN07040 (1FN070) | 320,558 | - | - | 320,558 | - | 419,661,615 | - | - | - |
| 10/23/2003 | CHECK WIRE | 20,000,000 | 20,000,000 | - | - | - | 439,661,615 | - | - | - |
| 10/31/2003 | W/H TAX DIV MWD | (22,691) | - | (22,691) | - | - | 439,638,925 | - | - | (22,691) |
| 11/3/2003 | W/H TAX DIV SBC | (85,932) | - | (85,932) | - | - | 439,552,993 | - | - | (85,932) |
| 11/3/2003 | W/H TAX DIV SBC | (30,418) | - | (30,418) | - | - | 439,522,574 | - | - | (30,418) |
| 11/3/2003 | W/H TAX DIV VZ | (98,120) | - | (98,120) | - | - | 439,424,454 | - | - | (98,120) |
| 11/7/2003 | W/H TAX DIV MSFT | (236,223) | - | (236,223) | - | - | 439,188,231 | - | - | (236,223) |

**BLMIS ACCOUNT NO. 1FN045 - CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD**

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2003 | CHECK WIRE | 50,000,000 | 50,000,000 | - | - | - | 489,188,231 | - | - | - |
| 11/14/2003 | W/H TAX DIV PG | (79,503) | - | (79,503) | - | - | 489,108,728 | - | - | (79,503) |
| 11/17/2003 | W/H TAX DIV TXN | (5,100) | - | (5,100) | - | - | 489,103,628 | - | - | (5,100) |
| 11/18/2003 | TRANS FROM 1FN07040 (1FN070) | 7,743,456 | - | - | 7,743,456 | - | 496,847,084 | - | - | - |
| 11/19/2003 | TRANS FROM 1FN07040 (1FN070) | 5,415,948 | - | - | 5,415,948 | - | 502,263,032 | - | - | - |
| 11/20/2003 | TRANS FROM 1FN07040 (1FN070) | 4,951,866 | - | - | 4,951,866 | - | 507,214,898 | - | - | - |
| 11/21/2003 | TRANS FROM 1FN07040 (1FN070) | 4,640,754 | - | - | 4,640,754 | - | 511,855,652 | - | - | - |
| 11/24/2003 | W/H TAX DIV GS | (15,249) | - | (15,249) | - | - | 511,840,404 | - | - | (15,249) |
| 11/25/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (22) | - | (22) | - | - | 511,840,382 | - | - | (22) |
| 11/26/2003 | W/H TAX DIV C | (246,142) | - | (246,142) | - | - | 511,594,240 | - | - | (246,142) |
| 11/26/2003 | W/H TAX DIV MER | (20,834) | - | (20,834) | - | - | 511,573,407 | - | - | (20,834) |
| 12/1/2003 | W/H TAX DIV MCD | (68,314) | - | (68,314) | - | - | 511,505,093 | - | - | (68,314) |
| 12/1/2003 | W/H TAX DIV WFC | (104,301) | - | (104,301) | - | - | 511,400,792 | - | - | (104,301) |
| 12/1/2003 | W/H TAX DIV INTC | (18,152) | - | (18,152) | - | - | 511,382,640 | - | - | (18,152) |
| 12/4/2003 | W/H TAX DIV PFE | (158,554) | - | (158,554) | - | - | 511,224,086 | - | - | (158,554) |
| 12/5/2003 | W/H TAX DIV G | (21,806) | - | (21,806) | - | - | 511,202,280 | - | - | (21,806) |
| 12/9/2003 | W/H TAX DIV JNJ | (96,615) | - | (96,615) | - | - | 511,105,665 | - | - | (96,615) |
| 12/9/2003 | W/H TAX DIV BUD | (24,154) | - | (24,154) | - | - | 511,081,511 | - | - | (24,154) |
| 12/10/2003 | W/H TAX DIV UTX | (21,348) | - | (21,348) | - | - | 511,060,163 | - | - | (21,348) |
| 12/10/2003 | W/H TAX DIV XOM | (226,666) | - | (226,666) | - | - | 510,833,497 | - | - | (226,666) |
| 12/10/2003 | W/H TAX DIV IBM | (37,085) | - | (37,085) | - | - | 510,796,412 | - | - | (37,085) |
| 12/12/2003 | W/H TAX DIV MMM | (19,249) | - | (19,249) | - | - | 510,777,163 | - | - | (19,249) |
| 12/12/2003 | TRANS FROM 1FN07040 (1FN070) | 345,382 | - | - | 345,382 | - | 511,122,545 | - | - | - |
| 12/15/2003 | W/H TAX DIV DD | (46,966) | - | (46,966) | - | - | 511,075,579 | - | - | (46,966) |
| 12/16/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (6) | - | (6) | - | - | 511,075,573 | - | - | (6) |
| 12/22/2003 | TRANS TO 1FN07040 (1FN070) | (8,462,329) | - | - | - | (8,462,329) | 502,613,244 | - | - | - |
| 12/31/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 502,613,242 | - | - | (2) |
| 1/2/2004 | W/H TAX DIV PEP | (8,289) | - | (8,289) | - | - | 502,604,953 | - | - | (8,289) |
| 1/2/2004 | W/H TAX DIV ONE | (8,180) | - | (8,180) | - | - | 502,596,773 | - | - | (8,180) |
| 1/5/2004 | W/H TAX DIV WMT | (11,779) | - | (11,779) | - | - | 502,584,994 | - | - | (11,779) |
| 1/6/2004 | W/H TAX DIV DIS | (13,170) | - | (13,170) | - | - | 502,571,824 | - | - | (13,170) |
| 1/7/2004 | W/H TAX DIV HPQ | (7,417) | - | (7,417) | - | - | 502,564,407 | - | - | (7,417) |
| 1/8/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 502,564,406 | - | - | (1) |
| 1/8/2004 | TRANS TO 1FN07040 (1FN070) | (931,922) | - | - | - | (931,922) | 501,632,484 | - | - | - |
| 1/9/2004 | W/H TAX DIV MO | (42,646) | - | (42,646) | - | - | 501,589,838 | - | - | (42,646) |
| 1/9/2004 | TRANS TO 1FN07040 (1FN070) | (2,256,254) | - | - | - | (2,256,254) | 499,333,584 | - | - | - |
| 1/15/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 499,333,583 | - | - | (1) |
| 1/15/2004 | TRANS TO 1FN07040 (1FN070) | (645,372) | - | - | - | (645,372) | 498,688,211 | - | - | - |
| 1/22/2004 | TRANS TO 1FN07040 (1FN070) | (11,243,827) | - | - | - | (11,243,827) | 487,444,384 | - | - | - |
| 1/30/2004 | W/H TAX DIV MWD | (13,528) | - | (13,528) | - | - | 487,430,856 | - | - | (13,528) |
| 2/2/2004 | W/H TAX DIV VZ | (53,819) | - | (53,819) | - | - | 487,377,038 | - | - | (53,819) |
| 2/2/2004 | W/H TAX DIV SBC | (52,139) | - | (52,139) | - | - | 487,324,899 | - | - | (52,139) |
| 2/17/2004 | W/H TAX DIV PG | (81,570) | - | (81,570) | - | - | 487,243,329 | - | - | (81,570) |
| 2/24/2004 | TRANS TO 1FN07040 (1FN070) | (6,650,303) | - | - | - | (6,650,303) | 480,593,026 | - | - | - |
| 2/26/2004 | W/H TAX DIV GS | (14,940) | - | (14,940) | - | - | 480,578,086 | - | - | (14,940) |
| 2/27/2004 | W/H TAX DIV MER | (21,035) | - | (21,035) | - | - | 480,557,051 | - | - | (21,035) |
| 2/27/2004 | W/H TAX DIV C | (277,279) | - | (277,279) | - | - | 480,279,772 | - | - | (277,279) |
| 3/1/2004 | W/H TAX DIV INTC | (34,750) | - | (34,750) | - | - | 480,245,021 | - | - | (34,750) |
| 3/1/2004 | W/H TAX DIV WFC | (102,187) | - | (102,187) | - | - | 480,142,834 | - | - | (102,187) |
| 3/5/2004 | W/H TAX DIV BA | (18,286) | - | (18,286) | - | - | 480,124,548 | - | - | (18,286) |
| 3/5/2004 | W/H TAX DIV PFE | (173,334) | - | (173,334) | - | - | 479,951,214 | - | - | (173,334) |
| 3/5/2004 | W/H TAX DIV G | (21,364) | - | (21,364) | - | - | 479,929,850 | - | - | (21,364) |
| 3/9/2004 | W/H TAX DIV JNJ | (95,551) | - | (95,551) | - | - | 479,834,299 | - | - | (95,551) |
| 3/9/2004 | W/H TAX DIV BUD | (23,664) | - | (23,664) | - | - | 479,810,635 | - | - | (23,664) |
| 3/10/2004 | W/H TAX DIV IBM | (36,333) | - | (36,333) | - | - | 479,774,302 | - | - | (36,333) |
| 3/10/2004 | W/H TAX DIV XOM | (222,036) | - | (222,036) | - | - | 479,552,265 | - | - | (222,036) |
| 3/10/2004 | W/H TAX DIV UTX | (13,177) | - | (13,177) | - | - | 479,539,089 | - | - | (13,177) |
| 3/12/2004 | W/H TAX DIV MMM | (24,396) | - | (24,396) | - | - | 479,514,693 | - | - | (24,396) |
| 3/15/2004 | W/H TAX DIV DD | (46,014) | - | (46,014) | - | - | 479,468,679 | - | - | (46,014) |
| 4/6/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (34) | - | (34) | - | - | 479,468,645 | - | - | (34) |
| 4/8/2004 | TRANS TO 1FN07040 (1FN070) | (3,438,623) | - | - | - | (3,438,623) | 476,030,022 | - | - | - |
| 4/19/2004 | TRANS FROM 1FN07040 (1FN070) | 3,853,373 | - | - | 3,853,373 | - | 479,883,395 | - | - | - |
| 4/26/2004 | TRANS FROM 1FN07040 (1FN070) | 9,620,912 | - | - | 9,620,912 | - | 489,504,307 | - | - | - |
| 4/30/2004 | W/H TAX DIV MWD | (28,829) | - | (28,829) | - | - | 489,475,478 | - | - | (28,829) |
| 4/30/2004 | W/H TAX DIV JPM | (22,139) | - | (22,139) | - | - | 489,453,339 | - | - | (22,139) |
| 5/3/2004 | W/H TAX DIV SBC | (109,203) | - | (109,203) | - | - | 489,344,136 | - | - | (109,203) |
| 5/3/2004 | W/H TAX DIV VZ | (110,991) | - | (110,991) | - | - | 489,233,145 | - | - | (110,991) |
| 5/14/2004 | W/H TAX DIV PG | (84,890) | - | (84,890) | - | - | 489,148,254 | - | - | (84,890) |