Hearing Date: July 13, 2022 at 10:00 a.m. (ET)
Response Deadline: April 26, 2022
Reply Deadline: May 26, 2022

Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 301-6001
Email: davisjo@gtlaw.com
Email: holdwaya@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 12-01002 (CGM) |
| | **ORAL ARGUMENT REQUESTED** |

|  |
|---|
| Plaintiff,<br>v.<br><br>THE PUBLIC INSTITUTION FOR<br>SOCIAL SECURITY,<br><br>Defendant. |

**NOTICE OF HEARING ON THE PUBLIC INSTITUTION
FOR SOCIAL SECURITY'S MOTION TO DISMISS COMPLAINT**

**PLEASE TAKE NOTICE** that on February 25, 2022, Defendant The Public Institution for Social Security ("PIFSS"), by and through its undersigned counsel, filed a motion (the "Motion") for an order dismissing the Complaint filed by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2) and (b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on July 13, 2022 at 10:00 a.m. (prevailing Eastern time) (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

2

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Motion, you are required to file a written response ("Response"), and to serve the Response on PIFSS' counsel Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, New York, 10017, Attn: Leo Muchnik, Esq., MuchnikL@gtlaw.com, so that it is received by April 26, 2022 (the "Response Deadline"). If a Response is filed to the Motion, PIFSS shall file its reply by May 26, 2022.

**PLEASE TAKE FURTHER NOTICE** that if no Response is timely served with respect to the Motion, PIFSS may, on or after the Response Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: February 25, 2022
      New York, New York

**GREENBERG TRAURIG, LLP**

By: */s/ Leo Muchnik*
Leo Muchnik
One Vanderbilt Avenue
New York, New York 10017
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:  muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (*pro hac vice* pending)
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone:  (617) 310-6204
Facsimile:  (617) 301-6001
Email:  davisjo@gtlaw.com
Email:  holdwaya@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*