Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 301-6001
Email: davisjo@gtlaw.com
Email: holdwaya@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>            Plaintiff, | Adv. Pro. No. 12-01002 (CGM) |

|  |
|---|
| v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>           Defendant. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, the Notice of Defendant The Public Institution for Social Security's Motion to Dismiss Complaint, the Declaration of Leo Muchnik in Support of Defendant The Public Institution for Social Security's Motion to Dismiss Complaint and the exhibits thereto, the Defendant The Public Institution for Social Security's Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, and the Notice of Hearing on The Public Institution for Social Security's Motion to Dismiss Complaint, were served by filing them with the Court's Electronic Case Filing system. Notices of the filings have been sent through the Court's Electronic Case Filing System via electronic transmission to the email addresses designated for delivery.

Dated: February 25, 2022
      New York, New York

**GREENBERG TRAURIG, LLP**

By: /s/ *Leo Muchnik*
Leo Muchnik
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (*pro hac vice* pending)
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6204
Facsimile: (617) 301-6001

2

Email: davisjo@gtlaw.com
Email: holdwaya@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*