# EXHIBIT 14



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   JACOB M DICK
ROSS STRENT & CO LLP
ATTN: EDWARD J BEHAR CPA      *Christopher J. Brown, CPA*

P O BOX 446
ROSLYN HEIGHTS      NY   11577

PERIOD ENDING: 7/31/04
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM325-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ▉-0219

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 68,179.47 | |
| | | | | NEW BALANCE | | 68,179.47 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,506 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 2,506.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

AMF00254449