# EXHIBIT 17

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) |
| | ) |
| Plaintiff-Applicant, | ) ) |
| -vs- | ) Adv. Pro. No. ) |
| | ) 08-01789(SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) SIPA |
| | ) Liquidation |
| Defendant. | ) |
| _____ | ) (Substantively ) Consolidated) |
| In re: | ) ) |
| BERNARD L. MADOFF, | ) ) |
| Debtor. | ) ) |
| _____ | ) ) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | ) 10-04570(SMB) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JACOB M. DICK REV LIVING TRUST DTD 4/6/01, individually and as tenant in common, | ) ) ) ) ) |

(Continued to the following page)


WITNESS:   ANDREA JOY FIRESTONE

DATE:      THURSDAY, SEPTEMBER 14, 2017:

Page 2

```
 1    (CONTINUED CAPTION)
 2   ESTATE OF JACOB M. DICK, as       )
     grantor of the Jacob M. Dick Rev )
 3   Living Trust Dtd 4/6/01,          )
                                       )
 4   ANDREA J. MARKS, as trustee and   )
     beneficiary of the Jacob M. Dick  )
 5   Rev Living Trust Dtd 4/6/01, as   )
     executor and beneficiary of the   )
 6   Estate of Jacob M. Dick, and as   )
     trustee of the Article 8.1 Trust  )
 7   created under the Jacob M. Dick   )
     Rev Living Trust Dtd 4/6/01,      )
 8                                     )
     REID DORAL ASHLEY, as             )
 9   beneficiary of the Article 8.1    )
     Trust created under the Jacob M.  )
10   Dick Rev Living Trust Dtd         )
     4/6/01,                           )
11                                     )
     RIO JOCELYN BREEN, as             )
12   beneficiary of the Article 8.1    )
     Trust created under the Jacob M.  )
13   Dick Rev Living Trust Dtd         )
     4/6/01,                           )
14                                     )
     ARTICLE 8.1 TRUST,                )
15                                     )
     SUZANNE BREEN, as beneficiary of  )
16   the Estate of Jacob M. Dick and   )
     the Jacob M. Dick Rev Living      )
17   Trust Dtd 4/6/01, and             )
                                       )
18   DOUGLAS J. STURLINGH, as          )
     beneficiary of the Estate of      )
19   Jacob M. Dick and the Jacob M.    )
     Dick Rev Living Trust Dtd         )
20   4/6/01,                           )
                                       )
21              Defendants.           )
                                       )
22                                     )
23    VIDEOTAPED EXAMINATION of ANDREA JOY FIRESTONE
24   REPORTED BY:
     JESSIE WAACK, RDR, CRR, CCRR, CCR, NYACR, NYRCR
25   JOB NO.:  30553
```

Page 3

1

2

3

4

5

6              VIDEOTAPED EXAMINATION of ANDREA

7    JOY FIRESTONE, taken before

8    JESSICA R. WAACK, Registered Merit Reporter,

9    Certified Realtime Reporter, Registered

10   Diplomate Reporter, California Certified

11   Realtime Reporter, Certified Court Reporter

12   in New Jersey, New York Association

13   Certified Reporter, New York Realtime Court

14   Reporter and Notary Public of the State of

15   New York, at Regus, 1979 Marcus Avenue,

16   Suite 210, Lake Success, New York, on

17   Thursday, September 14, 2017, commencing at

18   10:11 a.m. and concluding at 12:21 p.m.

19

20

21

22

23

24

25

Page 4

```
 1              A P P E A R A N C E S

 2     ON BEHALF OF THE WITNESS:

 3          CHAITMAN LLP

 4          BY:  JENNIFER ALLIM, ESQ.

 5          465 Park Avenue

 6          New York, New York  10022

 7          PHONE:  888-759-1144

 8          EMAIL:  Jallim@chaitmanllp.com

 9

10     ON BEHALF OF THE PLAINTIFF:

11          BAKER HOSTETLER

12          BY:  DOMINIC GENTILE, ESQ.

13          45 Rockefeller Center

14          New York, New York  10111

15          PHONE:  212-589-4200

16          EMAIL:  Dgentile@bakerlaw.com

17

18            A L S O   P R E S E N T

19     JOHN FAZIO, videographer

20

21                --o0o--

22

23

24

25
```

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

1                    INDEX TO EXAMINATION

2           WITNESS:  ANDREA JOY FIRESTONE

3    EXAMINATION                        PAGE

4       BY MR. GENTILE                   10

5       BY MS. ALLIM                     92

6       BY MR. GENTILE                  101

7       BY MS. ALLIM                    102

8       BY MR. GENTILE                  103

9

10                    -o0o-

11            INFORMATION REQUESTED

12                    None

13

14

15        WITNESS INSTRUCTED NOT TO ANSWER

16                    None

17

18

19

20

21

22

23

24

25

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 6

```
 1                   INDEX TO EXHIBITS

 2              WITNESS:  ANDREA JOY FIRESTONE

 3              Thursday, September 14, 2017

 4       MARKED            DESCRIPTION         PAGE

 5    Exhibit 1 Litigation protective order    12

 6    Exhibit 2 Jacob M. Dick Revocable

 7              Living Trust                    29

 8    Exhibit 3 Last Will and Testament of

 9              Jacob M. Dick                   32

10    Exhibit 4 Letter from Ms. Cohen dated

11              April 17, 2007; Bates

12              AMF00277628                     33

13    Exhibit 5 General power of attorney;

14              Bates AMF00277630               35

15    Exhibit 6 Letter from Mr. Kert dated

16              May 27, 2004; Bates

17              AMF00277636                     39

18    Exhibit 7 BLMIS account No. 1CM325;

19              Bates MADC0099_0000002          45

20    Exhibit 8 Handwritten note dated

21              September 4, 2004, from

22              Mr. Dick; Bates AMF00277635     47

23    Exhibit 9 Copy of check No. 6390331970;

24              Bates JPMSAI0006305             49

25
```

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 7

```
 1                  INDEX TO EXHIBITS

 2           WITNESS:  ANDREA JOY FIRESTONE

 3            Thursday, September 14, 2017

 4     MARKED           DESCRIPTION          PAGE
```

```
 5   Exhibit 10Copy of check 185025; Bates

 6            MADWAA00267820              53

 7   Exhibit 11Copy of check 195830; Bates

 8            MADWAA00297797              55

 9   Exhibit 12Letter dated August 19, 2008,

10            from Ms. Cohen; Bates

11            AMF00277625                57

12   Exhibit 13Copy of check No. 199207;

13            Bates MADWAA00300724       59

14   Exhibit 14Letter dated September 3,

15            2008, from Mr. Kaplan; Bates

16            AMF00277621                64

17   Exhibit 15Copy of check No. 199571;

18            Bates MADWAA00302409       68

19   Exhibit 16Copy of check No. 201098;

20            Bates MADWAA00299814       69

21   Exhibit 17Letter from A.J. Cohen dated

22            July 22, 2008; Bates

23            AMF00277627                78
```

```
24

25
```

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 8

       1               INDEX TO EXHIBITS

       2          WITNESS:  ANDREA JOY FIRESTONE

       3            Thursday, September 14, 2017

       4    MARKED              DESCRIPTION           PAGE

       5   Exhibit 18Answer to the trustee's

       6          complaint                        82

       7   Exhibit 19Responses and objections to

       8          the trustee's first set of

       9          interrogatories               88

      10

      11        ** All exhibits were attached to the

      12           original transcript **

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

Page 9

1                ANDREA JOY FIRESTONE

2       September 14, 2017              10:11 a.m.

3                THE VIDEOGRAPHER:  Good morning.

4       We are now on the record.  Today is

5       September 14, 2017, and the time on

6       the video clock is 10:09 in the a.m.

7                My name is John Fazio, the video

8       technician in association with Bendish

9       Reporting.

10               This deposition is being held in

11      the office of Regus located at 1979

12      Marcus Avenue, Suite 210, Lake

13      Success, New York.

14               The caption of the case is

15      Jacob M. Dick, Rev living trust, DTD,

16      4/6/01, et al., filed in the United

17      States Bankruptcy Court, Southern

18      District of New York.  Adversary

19      proceeding number is 10-04570 (SMB).

20               Name of the witness is Andrea

21      Firestone.  At this time, the

22      attorneys present will identify

23      themselves and the parties they

24      represent.

25               MR. GENTILE:  Dominic Gentile

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 10

1                    ANDREA JOY FIRESTONE

2            for Irving Picard, the plaintiff.

3                    MS. ALLIM:  Jennifer Allim,

4            Chaitman, LLP for the witness Andrea

5            Firestone.

6                    THE VIDEOGRAPHER:  And our court

7            reporter, Jessica Waack, will swear in

8            the witness, and we can proceed.

9                         * * * * *

10     A N D R E A   J O Y   F I R E S T O N E

11                 called as a witness herein,

12                 having been first duly sworn on

13                 oath, was examined and testified

14                 as follows:

15                     EXAMINATION

16     BY MR. GENTILE:

17       Q.    Good morning, Mrs. Firestone.

18     My name is Dominic Gentile.  I'm one of

19     the attorneys representing Irving Picard

20     in this litigation, and I'm going to be

21     taking your deposition today.

22            I'm going to ask you a series of

23     questions.  If at any time you don't

24     understand one of my questions, please

25     just let me know, and I will rephrase as

Page 11

1                    ANDREA JOY FIRESTONE

2       best I can.

3                    Although no judge is present,

4       this is a formal legal proceeding just

5       like testifying in court, and you're under

6       the same obligation to tell the truth.

7                    Do you understand that?

8            A.    Uh-huh.

9            Q.    Okay.  The court reporter will

10      be taking down my questions and your

11      answers, so your answers must be audible.

12                   Please just say yes or no and

13      respond accordingly rather than nodding

14      your head or shrugging your shoulders.

15                   Your counsel may object to some

16      of the questions that I ask, but unless

17      she specifically tells you not to answer,

18      you have to answer the question.

19           A.    Okay.

20           Q.    If you need a break at any time,

21      just let me know.  The only thing that I

22      ask is if I have a question pending, that

23      you finish the response to the question

24      before we take a break, okay?

25           A.    Okay.

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

```
                                            Page 12

 1                  ANDREA JOY FIRESTONE

 2        Q.    Before we begin, are you taking

 3    any medication that may impair your

 4    ability to testify?

 5        A.    No.

 6        Q.    I believe your counsel's

 7    indicated that you won't be signing the

 8    litigation protective order --

 9             MS. ALLIM:  Correct.

10    BY MR. GENTILE:

11        Q.    -- that governs the confidential

12    documents, materials in this action.  So

13    bear with me for a minute, I have to read

14    a paragraph into the record.

15             MR. GENTILE:  I'm going to

16          introduce as Exhibit 1 the litigation

17          protective order that governs this

18          adversary proceeding.  If you could

19          mark it as 1.

20             (Whereupon, Exhibit 1 is marked

21              for identification.)

22    BY MR. GENTILE:

23        Q.    Okay.  I'm handing you the

24    litigation protective order that was

25    signed by Judge Lifland.
```

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 13

```
 1              ANDREA JOY FIRESTONE
 2              This order controls whether
 3    exhibits, documents and testimony given
 4    today will be treated as confidential,
 5    meaning that we can't disclose it without
 6    notifying the party that produced it to
 7    us.  So I'm going to point you
 8    specifically to paragraph 10.
 9              MR. GENTILE:  It says,
10       "Confidential material shall not be
11       given, shown, made available or
12       communicated in any way to any person
13       or entity other than the following,"
14       and then I'm going to ask you to drop
15       down to subparagraph F.
16              It says, "A witness at any
17       deposition in the actions or Rule 2004
18       examinations," and the operative
19       section for you is subparagraph Roman
20       numeral IV which says, "All witnesses
21       and their counsel shall be provided
22       with a copy of this order and shall
23       thereafter be bound by this order.
24              "Counsel taking the deposition
25       of Rule 2004 examination shall
```

Page 14

1                    ANDREA JOY FIRESTONE

2           designate all portions of the

3           transcript relating to the

4           confidential material as

5           confidential."

6      BY MR. GENTILE:

7           Q.   Okay.  That's it.

8                Do you understand that you're

9      being deposed in connection with Picard v.

10     Jacob M. Dick Revocable Trust --

11          A.   Yes.

12          Q.   -- adversary proceeding

13     No. 10-04570?

14          A.   Yes.

15          Q.   Please state your full name for

16     the record.

17          A.   Andrea Joy Firestone.

18          Q.   What other names have you gone

19     by?

20          A.   Andrea Joy Cohen, Andrea Joy

21     Marks, Andrea Joy Dick, Andrea Joy Ashley.

22          Q.   Okay.  Can you give me

23     approximate dates of when you used those

24     names?

25          A.   Yeah, sure.

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 15

1                    ANDREA JOY FIRESTONE

2        Q.    Okay.

3        A.    Okay.  Andrea Joy Dick, I was

4    born until I was 21.

5        Q.    What year was that?

6        A.    1974, I believe.

7        Q.    Okay.

8        A.    I became Ashley at that point.

9    That's Andrea Joy Ashley.

10       Q.    Uh-huh.

11       A.    And that was until 1988, I

12   believe.

13       Q.    Okay.

14       A.    And then I became Andrea Joy

15   Marks in 1993.  And then I became Andrea

16   Joy Cohen, I believe, 2006.  I became

17   Andrea Joy Firestone in 2012.

18       Q.    Okay.  Just so I get this

19   straight, you said you were -- you used

20   the last name of Ashley from 1974 --

21   approximately 1974 to 1988?

22       A.    Uh-huh.

23       Q.    And then you started using the

24   name Marks in 1993?

25       A.    Correct.

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 16

1                    ANDREA JOY FIRESTONE

2          Q.    So in 1988 and 1993, what last

3     name did you use?

4          A.    Ashley.  I'm sorry.  Ashley.

5          Q.    So you used Ashley from 1974 to

6     1993?

7          A.    Correct.

8          Q.    Okay.

9          A.    Gee, sorry, I don't remember.

10         Q.    Would you have ever gone back to

11    your maiden name at any point?

12         A.    It's -- I can't remember.

13         Q.    Okay.  So you started using the

14    name Cohen in 2006 to 2012?

15         A.    Correct.

16         Q.    And from 2012 on --

17         A.    No, no.  That's wrong.

18         Q.    Okay.

19         A.    From 2006 to 2009.  In 2009, I

20    went back to Marks.

21         Q.    Until?

22         A.    Until 2012, when I became

23    Firestone.

24         Q.    What's your current home

25    address?

Page 17

```
 1              ANDREA JOY FIRESTONE

 2       A.    ████████████████████████

 3  ████████████████████████

 4       Q.    Did you ever reside at ████████

 5  ██████  in --

 6       A.    Yes, yes.

 7       Q.    Approximately between what

 8  years?

 9       A.    1993 until 2014.

10       Q.    Did you ever reside at ████████

11  ████████████████████  --

12       A.    No, I did not.

13       Q.    Can you give me a brief summary

14  of your educational background?

15       A.    Licensed massage therapist.

16       Q.    Okay.

17       A.    I went to massage school,

18  college two years.

19       Q.    Do you have any other secondary

20  education, college, master's, anything

21  like that?

22       A.    No.

23       Q.    And what's your occupation

24  currently?

25       A.    Currently I'm an administrative
```

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 18

 1                ANDREA JOY FIRESTONE

 2      assistant.

 3          Q.    Okay.  And how long have you

 4      been doing that?

 5          A.    Since -- I'm not sure exactly --

 6      it could be 2011.  I'm not quite sure.

 7          Q.    Okay.  Can you just go back for

 8      me and give me a summary of your

 9      employment history?  Briefly.  It doesn't

10      have to be in-depth.

11          A.    I started working when I was 16

12      years old, so it's very, very difficult to

13      go back that far.

14          Q.    Well, let's start with the jobs

15      where you stayed at for longer than five

16      years, if any.

17          A.    I worked in the garment center

18      at a company called Jerrell,

19      J-E-R-R-E-L-L.  I worked as a dental

20      assistant for Dr. Andrew Goldberg.  I

21      worked in a children's retail store called

22      Golden Goose.  Do you need more?

23          Q.    Is that most of your employment

24      history?

25          A.    Yeah.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

                                                        Page 19

1                    ANDREA JOY FIRESTONE

2        Q.    Okay.  You're currently employed

3    as an administrative assistant?

4        A.    Yes.

5        Q.    Did you take any steps to

6    prepare for this deposition?

7        A.    Meaning what?

8        Q.    Did you review any documents?

9    Did you speak with anybody?

10       A.    I spoke with my attorney.

11       Q.    Other than your attorneys, did

12   you speak with anybody?

13       A.    Just in order to get documents.

14       Q.    Who did you speak to?

15       A.    I spoke to our old accountant

16   and --

17       Q.    What's his name?

18       A.    Ira Schall.  S-C-H-A-L-L.  And

19   my father's trust attorney, called him,

20   Kaplan & Kaplan.

21       Q.    What's the name of your father's

22   trust attorney?

23       A.    I don't remember his first name.

24   His last name was Kaplan.

25       Q.    Okay.  Fair enough.  What

Page 20

1                    ANDREA JOY FIRESTONE

2       documents did you retrieve from the

3       accountant of Mr. Kaplan?

4            A.    I got nothing from Kaplan.

5            Q.    What did you get from

6       Mr. Schall?

7            A.    My attorney has them.

8            Q.    Well, what did you get, though?

9       What did you receive?

10           A.    They were -- I'm not quite sure.

11      It was -- I'm just not quite sure exactly

12      what they were.

13           Q.    Well, what were they generally?

14      Not exactly.

15           A.    Returns, IRS returns.

16           Q.    Okay.  Just IRS returns?

17           A.    Yeah.  I believe so.

18           Q.    Okay.  When did you retrieve

19      those documents?

20           A.    A month -- about a month ago.

21           Q.    And where are the documents now?

22           A.    With my attorney.

23                 MR. GENTILE:  Okay.  I would

24           just like to put on the record that we

25           would like to have those documents

Page 21

1                    ANDREA JOY FIRESTONE

2          produced.

3                    MS. ALLIM:  I think we produced

4          them with the doc stipulation.

5                    MR. GENTILE:  We'll talk about

6          it off the record.  Okay.

7     BY MR. GENTILE:

8          Q.    What did you discuss with

9     Mr. Schall -- well, not with Mr. Kaplan,

10    but with Mr. Schall?

11         A.    Just whatever information,

12    paperwork, whatever that he had.  Possibly

13    on my father, for my father.

14         Q.    Were you asking him for your

15    father's tax returns or for your tax

16    returns?

17         A.    My father's.

18         Q.    Okay.  Have you ever had your

19    deposition taken before?

20         A.    No.

21         Q.    Okay.  Have you ever given

22    testimony in court?

23         A.    No.

24         Q.    Okay.  Have you ever been

25    interviewed in connection with the Madoff

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 22

1                    ANDREA JOY FIRESTONE

2      matter?

3           A.    No.

4           Q.    Going forward, just to aid our

5      conversation here, I'm going to define a

6      few terms up front just so you know what

7      we're speaking about and it just makes it

8      easier.

9                 When I refer to "BLMIS," I'm

10     speaking about Bernard L. Madoff

11     Investment Securities, LLC, the company.

12     When I refer to "Madoff," I'm talking

13     about Bernie Madoff the person, okay?

14                And if I use the term

15     "accounts," I'm speaking about the two

16     BLMIS accounts that your father maintained

17     at BLMIS, okay?  Those accounts are

18     1-CM325 and 1-CM883, okay?

19          A.    Okay.

20          Q.    If I use the term "transfer,"

21     I'm simply going to refer to the money

22     that was simply deposited into those

23     accounts or taken out of those accounts,

24     withdrawn from the accounts, all right?

25          A.    Okay.

Page 23

1                    ANDREA JOY FIRESTONE

2          Q.    What are the names of your

3    mother and father?

4          A.    My mother was Rhoda Dick,

5    R-H-O-D-A.

6          Q.    And was your dad Jacob M. Dick?

7          A.    Jacob M. Dick.

8          Q.    Who is June Dick?

9          A.    That was his -- after -- that

10   was his wife after my mother passed away.

11         Q.    When did your mother pass away?

12         A.    1979.

13         Q.    Do you know when your dad got

14   married to June Dick?

15         A.    Not exactly.

16         Q.    But it was after 1979?

17         A.    Of course.

18         Q.    Yeah.  Do you know how your

19   father came to invest with BLMIS?

20         A.    No, I don't.

21         Q.    Okay.  Do you know if he ever

22   met with Bernard Madoff?

23         A.    I have no idea.

24         Q.    Okay.  Do you know if he was

25   referred to them by anybody?

1              ANDREA JOY FIRESTONE

2         A.    I have no idea.

3         Q.    Okay.  What was your

4     participation in your father's accounts

5     with BLMIS?

6         A.    My father had Parkinson's, and I

7     just helped him along as it progressed.

8     That's it.

9         Q.    So when you say "helped," how

10    did you help exactly?

11        A.    Just if he had, you know, a

12    question about a paper, I'd answer the

13    question about a paper if he couldn't see

14    a number or something.

15        Q.    So --

16        A.    Or if -- I guess if he needed

17    help writing something, I'd help him do

18    that.

19        Q.    Okay.  So did you communicate

20    with BLMIS on his behalf?

21        A.    Yes.

22        Q.    When did he get diagnosed with

23    Parkinson's?

24        A.    I can't remember exactly.

25        Q.    Approximately was it before or

Page 25

1                  ANDREA JOY FIRESTONE

2       after your mom passed away?

3            A.    Oh, it was after.

4            Q.    After.  10 years after?

5            A.    Maybe.

6            Q.    So it was while he was married

7       to June Dick?

8            A.    Correct.

9            Q.    Okay.  At what point did you

10      start helping him?

11           A.    In the mid-2000s, I guess.

12      Around there.

13           Q.    So in the 2000s.  So that was

14      while you were living in Woodmere --

15           A.    Correct.

16           Q.    Did either of your parents live

17      in the Woodmere location with you?

18           A.    No -- um -- no, no.

19           Q.    So did your help with your

20      father consist of contacting anybody at

21      BLMIS on his behalf?

22           A.    Yes.

23           Q.    Who did you speak to?

24           A.    I couldn't remember.

25           Q.    Approximately how many times did

Page 26

1              ANDREA JOY FIRESTONE

2   you --

3              (Court reporter asks for one

4              speaker at a time.)

5   BY MR. GENTILE:

6        Q.   -- contact somebody at BLMIS?

7        A.   I couldn't remember.

8        Q.   How did you make this contact?

9   Through telephone? email? mail --

10       A.   Telephone.

11       Q.   Telephone, okay.  And what sort

12  of communications were they?

13       A.   If my father had a question he

14  needed an answer.

15       Q.   Uh-huh.

16       A.   I really can't remember exactly

17  what they were --

18       Q.   Was it --

19       A.   -- about.

20       Q.   Did you speak -- did you speak

21  to the same person each time?

22       A.   I believe so.  I believe I spoke

23  to a woman --

24       Q.   Okay.

25       A.   -- but I don't remember her

Page  27

 1                 ANDREA JOY FIRESTONE

 2      name.

 3           Q.    I'm going to throw some names at

 4      you to see if they --

 5           A.    Okay.

 6           Q.    Jodi Crupi?

 7           A.    I don't know.

 8           Q.    Was it Belle Jones?

 9           A.    I don't -- no.  That doesn't

10      sound familiar.

11           Q.    Rosalie Buccellatto?

12           A.    Doesn't sound familiar.

13           Q.    Marsha Cohn?

14           A.    I can't remember.

15           Q.    So what did you do to help your

16      dad besides contact with BLMIS whenever he

17      needed a question answered?

18           A.    That was it.

19           Q.    Did you pay your dad's bills for

20      him?

21           A.    Yeah, as far as taxes and things

22      like that, yes, his bills.

23           Q.    Okay.  How did you do that

24      specifically?

25           A.    Requesting money out of the

Page 28

 1                    ANDREA JOY FIRESTONE

 2     account.

 3         Q.    Out of the account.  And then

 4     how would -- just walk me through it.  How

 5     would that work?

 6         A.    From what I remember, vaguely

 7     remember, I would have a letter -- I guess

 8     I must have faxed it at the time.

 9         Q.    Okay.  And then what would

10     happen?

11         A.    And then he'd receive a check.

12         Q.    And then what would you do with

13     the check?

14         A.    Geez, I would -- I'm trying to

15     remember.  I believe I would deposit it in

16     his account.

17         Q.    Okay.  What account?  Checking?

18     Savings?

19         A.    Checking account.

20         Q.    Checking account.  What bank did

21     he maintain his checking account?

22         A.    I believe -- I don't remember

23     the name of it right now.  I'm not quite

24     sure what they call it now.

25         Q.    What did they call it back then?

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 29

1                    ANDREA JOY FIRESTONE

2         A.    I think it was Roslyn Savings.

3         Q.    Did he ever use a Capital One

4    bank?

5         A.    Not that I know of.

6         Q.    So I'm going to introduce what

7    I'm going to ask to be marked as

8    Exhibit 2.

9              (Whereupon, Exhibit 2 is marked

10             for identification.)

11   BY MR. GENTILE:

12        Q.    It's the Jacob M. Dick Revocable

13   Living Trust.  Why don't you take a look

14   at that.  You don't have to read the whole

15   thing, but I just want to ask you some

16   questions on it.

17        A.    Okay.

18        Q.    Okay?

19        A.    Uh-huh.

20        Q.    Do you recognize this document?

21        A.    Uh-huh.

22        Q.    Can you tell me what it is?

23        A.    It's my father's trust.

24        Q.    Okay.  Can you turn to page 30

25   of that document.

Picard v Jacob M Dick Rev Living Trust        Andrea Firestone 9/14/2017

                                                        Page 30

 1                  ANDREA JOY FIRESTONE

 2        A.    Yes.

 3        Q.    Is that your signature on that

 4   page?

 5        A.    Yes, it is.

 6        Q.    And is that your father's

 7   signature on the page?

 8        A.    Yes, it is.

 9        Q.    Can you tell me why it was

10   created?

11        A.    I have no idea.

12        Q.    Okay.  What was your role in

13   administering the trust?

14        A.    My father trusted me, and he

15   wanted his wishes to be followed out the

16   way he wanted them followed out and knew

17   that I would.

18        Q.    Okay.  But you're named as a

19   trustee in this trust, right?

20        A.    I don't know what that means,

21   but...

22        Q.    What did your father expect you

23   to do as a trustee of the trust?

24        A.    I have no idea.

25        Q.    Did it enable you to -- did it

Page 31

1                    ANDREA JOY FIRESTONE

2      give you certain authority to conduct

3      financial transactions on his behalf?

4            A.    I don't really know.

5            Q.    Okay.  But you were assisting

6      him at least when he was diagnosed -- or

7      after he was diagnosed with Parkinson's

8      with his finances and other things?

9            A.    Well, some of them, yes.

10           Q.    Okay.  How do you recognize this

11     as your dad's signature?

12           A.    He was my father.

13           Q.    Okay.  So is it -- did you --

14     have you seen him -- had you witnessed him

15     signing documents over the years?

16           A.    Yes.

17           Q.    Okay.  And at the time you

18     signed this, you were using the name

19     Marks, correct?

20           A.    Correct.

21           Q.    I'm going to introduce

22     Exhibit -- what I'm going to mark as

23     Exhibit 3.  It's the Last Will and

24     Testament of Jacob M. Dick.

25     ///

Page 32

1              ANDREA JOY FIRESTONE

2              (Whereupon, Exhibit 3 is marked

3              for identification.)

4    BY MR. GENTILE:

5         Q.   Just take a look at it and tell

6    me if you recognize this.

7              (Pause in testimony.)

8              THE WITNESS:  Do I recognize it?

9    Yes.

10   BY MR. GENTILE:

11        Q.   Okay.  And are you the -- or

12   were you the executor of his estate?

13        A.   Yes.

14        Q.   Okay.  Can you go to page -- can

15   you go to page 9 of the document.

16        A.   Yes.

17        Q.    Is that your father's signature

18   on the page?

19        A.   Yes, it is.

20        Q.   Okay.  And, at the time, you

21   were using the name Cohen; is that

22   correct?

23        A.   Uh-huh.

24        Q.   Okay.  Is -- who's Ira Cohen?

25        A.   My ex-husband.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 33

1                    ANDREA JOY FIRESTONE

2        Q.    Your ex-husband.  And you

3   resided with him at 196 Ocean Avenue

4   during that time?

5        A.    Correct.

6        Q.    Okay.  What functions did you

7   perform as the executor of your dad's

8   will?

9        A.    Not -- I really don't remember

10   very much.  Mostly everything was done by

11   Kaplan & Kaplan.

12        Q.    Okay.  But you assisted in the

13   administration of the will as the

14   executor, correct?

15        A.    Correct.

16        Q.    I'm going to introduce another

17   document that I'm going to ask the court

18   reporter to mark as Exhibit 4 and ask you

19   to take a look at it.

20              (Whereupon, Exhibit 4 is marked

21              for identification.)

22   BY MR. GENTILE:

23        Q.    Exhibit 4 bears Bates

24   No. AMF00277628.  Can you tell me what

25   this is, Ms. Firestone?

Page 34

```
 1                  ANDREA JOY FIRESTONE

 2        A.    This was a request on my

 3   father's behalf.

 4        Q.    To whom?

 5        A.    To Jodi at Bernie Madoff

 6   Investment Securities.

 7        Q.    Okay.  Can you read the first

 8   paragraph including the "Dear Jodi"?

 9        A.    "Dear Jodi.  As per our

10   telephone conversation this morning,

11   please find the document that states that

12   I am my father's power of attorney.  His

13   account number is 1-CM883-3-0, and is

14   listed as Jacob M. Dick Revocable Living

15   Trust DTD 4/6/01, Dr. Jacob Dick.

16              "I am requesting that you send a

17   check in his name for the amount of

18   $100,000 to ███████████████████████,

19   ██████████████, which is the address on

20   file.  Thanking you in advance for your

21   prompt attention."

22        Q.    Does this refresh your

23   recollection about who you spoke to

24   whenever you contacted BLMIS?

25        A.    I guess her name was Jodi.
```

Page 35

```
 1                    ANDREA JOY FIRESTONE

 2        Q.    Okay.  And at the time you wrote

 3    this letter -- I'm sorry.  Withdrawn.

 4              Is that your signature at the

 5    bottom of the letter?

 6        A.    Yes.

 7        Q.    Okay.  And at the time you

 8    signed it, you were using the name Cohen;

 9    is that correct?

10        A.    Correct.

11        Q.    Okay.  So were you -- your

12    father -- did you maintain a power of

13    attorney over your father's estate --

14        A.    Yes, I did.

15        Q.    And this is dated 4/17/07?

16        A.    Uh-huh.

17        Q.    Okay.  I'm going to introduce

18    what I'm going to ask the court reporter

19    to mark as Exhibit 5.  It's a document

20    bearing Bates number AMF00277630 to 634.

21              (Whereupon, Exhibit 5 is marked

22              for identification.)

23    BY MR. GENTILE:

24        Q.    Can you take a look at that

25    document.
```

Page 36

```
 1                  ANDREA JOY FIRESTONE
 2              (Pause in testimony.)
 3     BY MR. GENTILE:
 4          Q.    Can you tell me what this is,
 5     please.
 6          A.    Power of attorney.
 7          Q.    Okay.  From whom to whom?
 8          A.    My father to me.
 9          Q.    Can you turn to page 4 of this
10     document, Bates number AMF00277633.  Is
11     that your father's signature at the bottom
12     of that page?
13          A.    Yes, it is.
14          Q.    Okay.  Why did your father give
15     you power of attorney?
16          A.    I have no idea.
17          Q.    In 2007, was your father
18     suffering from the effects of Parkinson's?
19          A.    Yes, he was.
20          Q.    Was this an effort to --
21          A.    Make it easier for him.
22          Q.    Thank you for answering my
23     questions.  What did the power of attorney
24     allow you to do for your dad?
25          A.    Speak to doctors and sign off on
```

08-01789-cgm   Doc 21185-17   Filed 02/28/22   Entered 02/28/22 19:34:15   Ex. 17
Pg 38 of 128
Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 37

 1                  ANDREA JOY FIRESTONE

 2    checks for him.

 3         Q.    Okay.  So I'm just going to

 4    refer back to Exhibit 4.

 5         A.    Which one was that?

 6         Q.    That's the letter from you to

 7    Jodi --

 8         A.    Okay.

 9         Q.    So in this letter where you're

10    requesting a check in his name for

11    $100,000 to be sent to 196 Ocean Avenue in

12    Woodmere, which is your residence --

13         A.    Correct.

14         Q.    -- okay, would that -- your

15    power of attorney allow -- have allowed

16    you to deposit that check on behalf of

17    your dad?

18         A.    Yes.

19         Q.    Okay.  So as your -- your dad,

20    obviously, had a lot of trust in you and

21    gave you power of attorney, he -- or

22    appointed you as attorney on his behalf.

23    He named you the executor to his will.

24              Were you also -- were you also

25    named on his bank accounts?

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 38

```
 1              ANDREA JOY FIRESTONE

 2       A.    I can't remember.

 3       Q.    Did you have signing authority

 4  for him on his bank accounts?

 5       A.    As power of attorney.

 6       Q.    As power of attorney.  So does

 7  that mean that you weren't a named

 8  accountholder?

 9       A.    I can't remember -- I can't

10  remember if I was joint or anything like

11  that.  I can't remember, but I remember

12  being able to sign off as a power of

13  attorney.

14       Q.    Approximately how many requests

15  to BLMIS did you submit on behalf of your

16  dad?

17       A.    I couldn't remember.

18       Q.    Was it more than 50?

19       A.    I could not remember.

20       Q.    Was it more than a thousand?

21       A.    I could not -- I doubt that, but

22  I could not remember those numbers.

23       Q.    Would you say less than 500?

24       A.    I couldn't remember, but I'm

25  sure it was.
```

Page 39

1                    ANDREA JOY FIRESTONE

2        Q.    Would you say it was more than

3    300?

4        A.    I -- I really don't remember.

5        Q.    Okay.  I'm going to introduce a

6    document I'm going to ask the court

7    reporter to mark as Exhibit 6 bearing

8    Bates No. AMF00277636.

9                    (Whereupon, Exhibit 6 is marked

10                   for identification.)

11   BY MR. GENTILE:

12       Q.    Just take a look at the document

13   for a minute, and let me know when you are

14   ready.

15                   (Pause in testimony.)

16                   THE WITNESS:  Okay.

17   BY MR. GENTILE:

18       Q.    Can you tell me who the letter

19   is from and who it is addressed to?

20       A.    It is from Arnold Kert, and it

21   was going to a Frank DiPascali.

22       Q.    Where does Frank DiPascali work?

23       A.    Bernard L. Madoff Investment

24   Securities, LLC.

25       Q.    Where does Arnold Kert work?

Page 40

```
 1                 ANDREA JOY FIRESTONE

 2        A.    It was Weinberg & Kert, LLP,

 3   attorneys at law.

 4        Q.    Can you read the first three

 5   paragraphs including the "dear."

 6        A.    "Dear Mr. DiPascali -- -Pascali.

 7   In furtherance of my letter of May 20th, a

 8   copy of which is annexed" -- I think that

 9   says annexed -- "for your reference, the

10   two accounts split from above-entitled

11   account should read as follows:

12            "'Jacob M. Dick Living Trust,

13   DTD 4/6/01,' with all mailings to be sent

14   to Dr. Jacob Dick care of A.J. Marks, ██

15   ██████████ , ████████████████ ,

16   and the second account to read:

17            "June Pollack with all mailings

18   to be sent to █████████████████

19   ███████████████████████ . I

20   believe her attorney gave you her Social

21   Security number.

22            "I appreciate you taking care of

23   this as quickly as possible.  Thanking you

24   in advance for your anticipated prompt

25   attention."
```

Page 41

1                    ANDREA JOY FIRESTONE

2          Q.    Okay.  Can you read the "re"

3     line above "Dear Mr. DiPascali"?

4          A.    Part of it's -- the type isn't

5     all there, so I'm not quite sure if --

6          Q.    Read what you can.

7          A.    -- that was the number or what.

8          Q.    Read what you can.

9          A.    Account No. 1-CM325-3- -- I

10    believe it's a 0.  I'm not sure.

11         Q.    Okay.  Do you know why your

12    father split the 1-CM325 account into two

13    accounts?

14         A.    This may be when they got

15    divorced.

16         Q.    Who's June Pollack?

17         A.    That was his wife.

18         Q.    Is June Pollack the same person

19    as June Dick?

20         A.    Yes.

21         Q.    Is "June Pollack" June Dick's

22    maiden name?

23         A.    No.  That was her second

24    marriage name -- or first marriage name.

25         Q.    It was her name just prior to

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

                                                          Page 42

 1                   ANDREA JOY FIRESTONE

 2    the marriage to your father?

 3         A.    Correct.

 4         Q.    So did June Pollack live at the

 5    ████████████████████████ address?

 6         A.    Yes.

 7         Q.    Can you read the handwritten

 8    notation on the bottom left of the

 9    document?

10         A.    File copy.  1-CM883, 1-CM884.

11         Q.    Okay.  Can you also read the

12    notation, handwritten notation at the top

13    right, right here?  What number -- what

14    number does that say?

15         A.    1044, 48398.

16         Q.    Okay.  Was your father ever

17    represented by Weinberg & Kert LLP?

18         A.    Yes.

19         Q.    What did they do for him?

20         A.    Divorce attorneys.

21         Q.    Okay.  So Kaplan & Kaplan, what

22    services did they perform?

23         A.    They were his trust attorneys, I

24    guess you call it --

25         Q.    Estate attorneys?

Page 43

                    ANDREA JOY FIRESTONE

1

2       A.    Elder care or estate attorney.

3       Q.    Okay.  And, I'm sorry.  Can you

4    just tell me what the letter on the date

5    reads?

6       A.    May 27, 2004.

7       Q.    Okay.  Do you know what the

8    minimum investment was with BLMIS that

9    your father had to make?

10       A.    I have no idea.

11       Q.    Do you know what investment --

12    or the amount of the investment that your

13    father made with BLMIS?

14       A.    No, I do not.

15       Q.    Do you know how many accounts

16    your father maintained with BLMIS?

17       A.    No, I do not.

18       Q.    So even though you communicated

19    on his behalf with BLMIS, you didn't know

20    how many accounts he had?

21       A.    No.

22       Q.    How did you know what to speak

23    about if you didn't know how many accounts

24    he had?

25       A.    Because he told me.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 44

1                  ANDREA JOY FIRESTONE

2         Q.    I thought you said you were

3    assisting him because he was suffering

4    from the effects of Parkinson's?

5         A.    He wasn't feeble.  He still had

6    his mind, and he was still able to

7    function.

8         Q.    Do you remember the numbers of

9    the accounts that he had?  When I say

10   "numbers," I mean the account numbers.

11        A.    No, I do not.

12        Q.    Okay.  Did you direct -- you

13   already testified that you, on behalf of

14   your dad, you facilitated withdrawals from

15   his BLMIS account?

16        A.    Correct.

17        Q.    Did you facilitate any deposits

18   into his --

19        A.    No, I did not.

20        Q.    If he was going to make a

21   deposit, would he have enlisted your

22   assistance?

23        A.    I wouldn't know that.

24        Q.    I'm not saying whether you did,

25   but would he have, in your opinion?

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

                                                        Page 45

 1              ANDREA JOY FIRESTONE

 2      A.    If he couldn't do it, then he

 3    would have asked me to.  But I have no

 4    idea.

 5      Q.    Okay.  I'm going to introduce a

 6    document that I'm going to ask the court

 7    reporter to mark as Exhibit 7 bearing

 8    Bates numbers MADC0099_0000002 through 3.

 9              (Whereupon, Exhibit 7 is marked

10              for identification.)

11              THE WITNESS:  Okay.

12    BY MR. GENTILE:

13      Q.    So I'm handing you what's marked

14    as Exhibit 7.  This document was attached

15    to the trustee's complaint in this

16    adversary proceeding and lists all the

17    deposits and withdrawals that were

18    credited to your farther's two BLMIS

19    accounts over the lives of these accounts.

20              I'm going to go through each of

21    the cash deposits and cash withdrawals

22    listed on the sheet identified as BLMIS

23    account No. 1-CM883, which is page 2,

24    okay?

25              I'm only going to go through the

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 46

1                    ANDREA JOY FIRESTONE

2      cash deposits and withdrawals for that

3      account.

4                    So on Exhibit 7, page 2.  I'm

5      going to -- please go to the line that

6      begins with the date 9/8/2004, okay?

7                    And read what is under

8      Columns 1, 2 and 4 including the headings

9      to those columns.

10         A.    Date, 9/8/2004.  Column 2,

11     transaction, description.

12         Q.    No.  I think you're --

13         A.    Column 2 --

14         Q.    I'm sorry.  Go ahead.

15         A.    Transaction description, check.

16     Column 3, transaction, amount.

17         Q.    Column 4 I'm asking.

18         A.    Oh.

19         Q.    1, 2 and 4.

20         A.    Column 4, cash deposit,

21     $104,928.

22         Q.    Okay.  I'm going to ask the

23     court reporter -- I'm going to introduce a

24     document that I'm going to ask the court

25     reporter to mark as Exhibit 8 bearing

Page 47

1                 ANDREA JOY FIRESTONE

2     Bates number AMF00277635.

3                 (Whereupon, Exhibit 8 is marked

4                 for identification.)

5                 THE WITNESS:  Okay.

6     BY MR. GENTILE:

7          Q.    Okay.  Is that your father's

8     signature at the bottom --

9          A.    Yes, it is.

10         Q.    -- of the letter?

11               Can you read the date?

12         A.    September 4, 2004.

13         Q.    And can you read the first

14    paragraph?

15         A.    "Enclosed please find a check in

16    the sum of $104,928.29.  Please deposit it

17    into my account, Jacob M. Dick Revocable

18    Living Trust, account No. 1-CM883-4."

19               I don't know what that says

20    after it.  "TRANS No. 88162.  If there are

21    any questions, please call me at

22    (516) 239-1400.

23               "Thanking you in advance for

24    your prompt attention.  Sincerely,

25    Jacob M. Dick."

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 48

1              ANDREA JOY FIRESTONE

2        Q.    Does the amount listed on

3    Exhibit 7 next to the date 9/8/2004 under

4    Column 3 --

5        A.    Uh-huh.

6        Q.    -- does that correspond with the

7    amount --

8        A.    No, it does not.

9        Q.    Can you read the two amounts?

10       A.    $104,928.29.

11       Q.    And where are you reading that

12   from?

13       A.    The letter.

14       Q.    Which is Exhibit 8 --

15       A.    And --

16       Q.    I'm sorry.  Let me finish.  What

17   is on Exhibit 7 under Column 3?

18       A.    $104,928, no cents.

19       Q.    So the difference is the $0.29?

20       A.    Correct.

21       Q.    Okay.  I'm going to introduce a

22   document that I'm going to ask the court

23   reporter to mark as Exhibit 9.  It bears

24   Bates number JPMSAI0006305.

25   ///

Page 49

1              ANDREA JOY FIRESTONE

2              (Whereupon, Exhibit 9 is marked

3              for identification.)

4              THE WITNESS:  Okay.

5    BY MR. GENTILE:

6         Q.    Can you tell me what this is?

7         A.    A check, a bank check.

8         Q.    And what bank is it drawn on?

9         A.    Roslyn Savings.

10        Q.    And who is the listed payee on

11   this check?

12        A.    Bernard L. Madoff Investment

13   Securities.

14        Q.    Can you read the handwritten

15   notation on the bottom left of that check?

16        A.    1-CM883.

17        Q.    Is that the same account number

18   as maintained by your father?

19        A.    Yes.  Except it doesn't say "-4"

20   on this, on the check.

21        Q.    Okay.  And what is the amount

22   that the check is made out for?

23        A.    $104,928.29.

24        Q.    Does that amount or figure match

25   the figure on Exhibit 8 in the letter?

Page 50

1                    ANDREA JOY FIRESTONE

2         A.    Yes.

3         Q.    And does that amount on

4    Exhibit 9 on the check match the amount

5    listed under Column 4 on Exhibit 7?

6         A.    No.

7         Q.    What's the difference between

8    the two?

9         A.    $0.29.

10        Q.    Okay.  Can you look at the front

11   of the check at the two signatures?

12        A.    Okay.

13        Q.    Who is Margaret Case?

14        A.    I have no idea.

15        Q.    Do you know who Ingrid Stone is?

16        A.    I have no idea.

17        Q.    You testified previously that

18   your father used Roslyn Savings Bank with

19   his --

20        A.    Uh-huh.

21        Q.    -- for his checking account?

22              Can you tell me if the account

23   number on this check from Roslyn Savings

24   Bank matches the account number used by

25   your father?

Page 51

1                    ANDREA JOY FIRESTONE

2       A.    I have no idea.

3       Q.    On Exhibit 7, I'm going to ask

4    you to go to the line that begins with

5    4/18/2007, and read what is under

6    Columns 1, 2 and 5.

7       A.    Column 1, 4/18/2007.  Column 2,

8    check -- transaction description, check.

9       Q.    Column 5.

10      A.    Column 5, cash withdrawals,

11   100,000.

12      Q.    I'm going to introduce a

13   document that I'm going to ask the court

14   reporter to mark as Exhibit 10, bearing

15   Bates number AMF00277628.

16            MR. GENTILE:  Actually, I'm

17       sorry.  I'm going to withdraw that.

18   BY MR. GENTILE:

19      Q.    I'm going to refer you back to

20   Exhibit 4.

21      A.    Which one was that?

22      Q.    That was the letter dated

23   4/17/07.

24      A.    Okay.

25      Q.    Okay.  You previously read the

Page 52

```
 1               ANDREA JOY FIRESTONE

 2    paragraph -- or this is actually the

 3    entire letter into the record.  I'm just

 4    going to ask you to read the third

 5    sentence in this letter.

 6         A.     "I am" -- "I am requesting that

 7    you send a check in his name of the amount

 8    of $100,000 to ███████████████████,

 9    ██████████████, which is the address on

10    file."

11         Q.    Okay.  And you previously

12    testified that this is your signature at

13    the bottom of the page --

14         A.     It was, yes.

15         Q.     And this is dated 4/17/07?

16         A.     Correct.

17         Q.     And the letter is to Bernard L.

18    Madoff Investment Securities?

19         A.     Correct.

20         Q.     Okay.  Does the figure in that

21    letter of $100,000 match the figure under

22    Column 5 on Exhibit 7 along the line of

23    4/18/2007?

24         A.     Yes.

25         Q.     Okay.
```

Page 53

1              ANDREA JOY FIRESTONE

2              MR. GENTILE:  I'm going to

3         introduce a document that I'm going to

4         ask the court reporter to mark as

5         Exhibit 10 bearing Bates number

6         MADWAA00267820 and 21.

7              (Whereupon, Exhibit 10 is marked

8              for identification.)

9    BY MR. GENTILE:

10        Q.   Can you tell me what this is?

11        A.   It's a check directly from

12   Bernard L. Madoff.

13        Q.   To whom is it addressed?

14        A.   Jacob M. Dick Rev Living Trust

15   dated 4/6/01, Dr. Jacob Dick.

16        Q.   Can you tell me the date on the

17   check?

18        A.   4/18/07.

19        Q.   Can you tell me the amount the

20   check was written for?

21        A.   $100,000.

22        Q.   I'm sorry?

23        A.   $100,000.

24        Q.   Can you read the notation on the

25   bottom left of the check?

Page 54

1                    ANDREA JOY FIRESTONE

2        A.    1-CM883-3.

3        Q.    Okay.  Can you look at the

4   second page of which -- of Exhibit 10,

5   which is the reverse side of the check?

6        A.    Yep.

7        Q.    Can you tell me, is that your

8   father's signature on the back of the

9   check --

10       A.    Yes, it is.

11       Q.    Okay.

12       A.    When was this check for?  That

13  was my father's signature.

14       Q.    Does the date of this check,

15  4/18/07, match the entry on Exhibit 7 --

16       A.    Yes.

17       Q.    -- 4/18/2007?

18             Does the amount that the check

19  is written for, $100,000, match the amount

20  on Exhibit 7 in the entry of 4/18/2007?

21       A.    Yes.

22       Q.    Please go to the line on

23  Exhibit 7 that begins with 4/9/2008, and

24  read what is under Columns 1, 2 and 5

25  including the headings.

Picard v Jacob M Dick Rev Living Trust               Andrea Firestone 9/14/2017

Page 55

1                    ANDREA JOY FIRESTONE

2         A.    Column 1, date, 4/9/2008.  I'm

3    sorry.  What were the columns?

4         Q.    Column 2.

5         A.    Column 2, transaction

6    description, check.

7         Q.    And Column 5.

8         A.    And Column 5, cash withdrawal,

9    $100,000.

10        Q.    Okay.  I'm going to introduce a

11   document that I'm going to ask the court

12   reporter to mark as Exhibit 11 bearing

13   Bates number MADWAA00297797 through 98.

14              (Whereupon, Exhibit 11 is marked

15              for identification.)

16   BY MR. GENTILE:

17        Q.    Can you tell me what this is?

18        A.    It's a check.

19        Q.    From whom?

20        A.    Bernard L. Madoff.

21        Q.    And who is the check made out

22   to?

23        A.    Jacob M. Dick Revocable Living

24   Trust dated 4/6/01, Dr. Jacob Dick.

25        Q.    And how much is the check made

Page 56

```
 1                 ANDREA JOY FIRESTONE

 2     out --

 3          A.    $100,000.

 4          Q.    And what is the date of the

 5     check?

 6          A.    4/9/08.

 7          Q.    And can you read the notation on

 8     the bottom left of the check?

 9          A.    1-CM883-3.

10          Q.    Can you look at the second page,

11     which is a reverse side of the check?

12          A.    Uh-huh.

13          Q.    Is that your signature on the

14     back of the check?

15          A.    Yes.  With stating that I was my

16     father's power of attorney.

17          Q.    And you were using the name

18     Marks at the time --

19          A.    Correct.

20          Q.    -- is that correct?

21                Is the date of the check

22     consistent with the date on Exhibit 7 next

23     to the entry 4/9/2008?

24          A.    Yes.

25          Q.    Is the amount of the check
```

Page 57

1                    ANDREA JOY FIRESTONE

2      consistent with Exhibit 7 --

3           A.    Yes.

4           Q.    -- on -- let me finish my

5      question.  -- next to the entry 4/9/2008

6      under Column 5 --

7           A.    Yes.

8           Q.    -- "withdrawals"?

9                 Please go to the line on

10     Exhibit 7 that begins with 8/25/2008, and

11     read what is under Columns 1, 2 and 5

12     including the headings.

13          A.    Column 1, date, 8/25/2008.

14     Column 2, transaction description, check.

15     Column 5, cash withdrawals, $75,000.

16          Q.    Okay.  I'm going to introduce a

17     document that I'm going to ask the court

18     reporter to mark as Exhibit 13 -- I'm

19     sorry -- Exhibit 12 bearing Bates number

20     AMF00277625.

21                 (Whereupon, Exhibit 12 is marked

22                 for identification.)

23     BY MR. GENTILE:

24          Q.    Take a moment to review it.

25                 (Pause in testimony.)

Page 58

1                    ANDREA JOY FIRESTONE

2     BY MR. GENTILE:

3          Q.    Okay.  Can you tell me what this

4     is?

5          A.    It was a letter authorizing

6     Bernard L. Madoff Securities, LLC to

7     distribute a check to Douglas J. Sturlingh

8     for $75,000.

9          Q.    Okay.  Who is the -- who is the

10    letter written by?

11         A.    It was written by me.

12         Q.    Okay.  Is that your signature at

13    the bottom --

14         A.    Yes --

15         Q.    -- of the letter?

16         A.    -- it is.

17         Q.    Okay.  What name were you using

18    at the time?

19         A.    Cohen.

20         Q.    Can you read the first paragraph

21    of the letter including the "Dear"?

22         A.    "Dear Erin."  The print is all

23    messed up.  So I'm assuming that is an "I,

24    Andrea Joy Cohen, formerly known as A.J.

25    Marks as trustee of Jacob M. Dick

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 59

 1              ANDREA JOY FIRESTONE

 2    Revocable Living Trust do hereby authorize

 3    and direct you to liquidate sufficient

 4    funds from the account maintained by

 5    Jacob M. Dick Revocable Living Trust under

 6    account No. 1-CM883-3-0 so that we can

 7    receive a distribution check payable to

 8    the order of Douglas J. Sturlingh in the

 9    sum of $75,000."

10         Q.    Okay.  What's the date of this

11    letter?

12         A.    August 19, 2008.

13         Q.    Okay.  Is the figure listed in

14    the letter of $75,000 consistent with the

15    figure on Exhibit 7 under Column 5 next to

16    the line beginning with 8/25/2008?

17         A.    Yes.

18         Q.    Okay.  I'm going to introduce a

19    document that I'm going to ask the court

20    reporter to mark as Exhibit 13 bearing

21    Bates number MADWAA00300724 and 725.

22              (Whereupon, Exhibit 13 is marked

23              for identification.)

24    BY MR. GENTILE:

25         Q.    Please take a moment to review

Page 60

1                    ANDREA JOY FIRESTONE

2     this document.

3          A.    Okay.

4          Q.    Can you tell me what this is?

5          A.    It's a check.

6          Q.    From whom?

7          A.    Bernard L. Madoff.

8          Q.    Who is the payee on the check?

9          A.    Jacob M. Dick Revocable Living

10    Trust dated 4/6/01, Dr. Jacob Dick.

11         Q.    And what is the amount the check

12    is made out for?

13         A.    $75,000.

14         Q.    Can you tell me the date of the

15    check?

16         A.    8/25/08.

17         Q.    Okay.  On the bottom left, can

18    you tell me the notation on the front of

19    the check?

20         A.    1-CM883-3.

21         Q.    Is the date of the check

22    consistent with the date on Exhibit 7

23    under Column 1 next to the line saying

24    8/25/2008?

25         A.    Yes.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 61

 1              ANDREA JOY FIRESTONE

 2        Q.    Is the amount of the check

 3   consistent with Exhibit 7 under Column 5

 4   next to the entry 8/25/2008?

 5        A.    Yes.

 6        Q.    And what's that amount?

 7        A.    $75,000.

 8        Q.    Okay.  Can you look at page 2 of

 9   the check, which is the reverse side of

10   the check?  Can you read the top portion

11   that's stamped on the check?

12        A.    "Credited to the account of the

13   within named payee, Capital One North

14   America."

15        Q.    Does this refresh your

16   recollection about whether your father

17   maintained an account at Capital One Bank?

18        A.    He did not.  As far as I know,

19   he did not have a Capital One account.

20        Q.    This check was cut on 8/25/2008.

21   Do you remember receiving this check?

22        A.    This check had to do with my

23   father's estate.  He had already passed.

24        Q.    Okay.

25        A.    This went to my brother.

Page 62

1                 ANDREA JOY FIRESTONE

2        Q.    Is Douglas Sturlingh your

3    brother?

4        A.    Yes.

5        Q.    So when you received this check,

6    what did you do?  Where did you deposit

7    it?

8        A.    I had nothing to do with it.  It

9    had already been taken over by Kaplan &

10   Kaplan.

11       Q.    Well, you say you had nothing to

12   do with it, but you sent a letter to BLMIS

13   requesting the withdrawal, correct?

14       A.    Through Kaplan & Kaplan.

15       Q.    So I'll refer you back to

16   Exhibit 12, which is a letter.

17       A.    Yeah.

18       Q.    Okay.  You asked -- is it

19   correct that you asked BLMIS to overnight

20   the delivery to Kaplan & Kaplan?

21       A.    That's what it says.

22       Q.    So is that correct?

23       A.    Yes.

24       Q.    So is it possible that Kaplan &

25   Kaplan maintained a Capital One Bank

Page 63

1                    ANDREA JOY FIRESTONE

2       account?

3            A.    That's possible.  I don't

4       remember.

5            Q.    Okay.  Do you know if Kaplan &

6       Kaplan issued a check for the amount of

7       $75,000 to Douglas Sturlingh?

8            A.    I don't know.

9            Q.    Just give me one minute.

10           A.    Can I take a break?

11                 MR. GENTILE:  Yes, let's take a

12           break.

13                 THE VIDEOGRAPHER:  The time is

14           now 11:20 in the a.m.  We're going off

15           the record.

16                 (Whereupon, a recess in the

17                 proceedings was taken at

18                 11:22 a.m.)

19                 THE VIDEOGRAPHER:  Time is now

20           11:26 in the a.m.  We're back on video

21           record.  Start of DVD No. 2.

22      BY MR. GENTILE:

23           Q.    Okay.  Ms. Firestone, please go

24      to the line on Exhibit 7 that begins with

25      9/16/08 and read what is under Columns 1,

Page 64

1                ANDREA JOY FIRESTONE

2     2 and 5 including the headings.

3          A.    Column 1, date, 9/16/2008.

4     Column 2, transaction description, check.

5     Column 5, cash withdrawal, $1,509,474.

6               MR. GENTILE:  I'm going to

7          introduce a document that I'm going to

8          ask the court reporter to mark as

9          Exhibit 14 bearing Bates number

10         AMF00277621 and 622.

11              (Whereupon, Exhibit 14 is marked

12              for identification.)

13              THE WITNESS:  Okay.

14    BY MR. GENTILE:

15         Q.    With respect to the first page,

16    can you tell me what that is?

17         A.    It's a letter from Kaplan &

18    Kaplan to Bernard L. Madoff Securities,

19    LLC.

20         Q.    Okay.  Can you read the re on

21    the letter?

22         A.    "Jacob M. Dick Revocable Living

23    Trust, account No. 1-CM883-3-0."

24         Q.    Okay.  Can you read the first

25    two paragraphs of the letter, please,

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 65

1                    ANDREA JOY FIRESTONE

2    including the "dear"?

3         A.    It kind of looks like some of

4    it's been whited out.

5              "Dear Eric.  In connection with

6    the administration of the above-referred

7    Jacob M. Dick Revocable Living Trust, we

8    are writing to request that the

9    above-referenced account be liquidated and

10   closed out in its entirety and a check be

11   issued for the entire balance payable to

12   Jacob M. Dick Revocable Living Trust.

13   Please send a check to the undersigned at

14   the above address.

15             "We are also enclosing a letter

16   of authorization signed by Andrea Joy

17   Cohen, formerly known as A.J. Marks,

18   authorizing the above-requested

19   transaction."

20        Q.    When you say "whited out," are

21   you talking about the line that says "Dear

22   Eric"?

23        A.    Uh-huh.

24        Q.    That's the only portion that

25   you're saying is not clear?

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 66

1                    ANDREA JOY FIRESTONE

2        A.    No, it looks like it's been

3    whited out.

4        Q.    If it was whited out, how would

5    you know it was whited out if it wasn't

6    there?

7        A.    Well, you can -- you can only

8    see -- that you can't see the type at all.

9        Q.    The type on what part of the

10   letter?  Next to the "Dear Eric"?

11       A.    Correct.

12       Q.    You don't see that in any other

13   part of the letter, though, do you?

14       A.    No.

15       Q.    Can you read the handwritten

16   notation on the bottom right?

17       A.    "Check out 9/10."

18       Q.    The figure below that?

19       A.    $1,409,474, and I don't know if

20   it says $0.99 or $0.49.

21       Q.    Is that figure consistent with

22   the line on Exhibit 7 beginning with

23   9/16/2008 under Column 5?

24       A.    The cents are missing.

25       Q.    The cents being how much?

Page 67

1                    ANDREA JOY FIRESTONE

2          A.    I can't tell.

3          Q.    Okay.  But the $1,509,474 figure

4     is consistent --

5          A.    Yes.

6          Q.    I'm going to refer you to the

7     second page of this document.  Is -- can

8     you tell me what this is?

9          A.    It's a letter of authorization

10    asking Bernard L. Madoff Securities, LLC

11    to close out the account and issue a check

12    for the balance.

13         Q.    Close out what account?

14         A.    Account No. 1-CM883-3-0.

15         Q.    Is that your father's account?

16         A.    Yes, it is.

17         Q.    Okay.  What's the date of this

18    letter?

19         A.    September 3, 2008.

20         Q.    Is that your signature on the

21    bottom of the letter?

22         A.    Yes, it is.

23         Q.    Were you using the name Andrea

24    Joy Cohen at the time?

25         A.    Yes, I was.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 68

1                   ANDREA JOY FIRESTONE

2        Q.    Okay.  Is this the letter of

3    authorization referenced in the previous

4    page?

5        A.    I assume so.

6        Q.    Okay.  I'm going to introduce a

7    document that I'm going to ask the court

8    reporter to mark as Exhibit 15 bearing

9    Bates numbers MADWAA00302409 and 2410.

10              (Whereupon, Exhibit 15 is marked

11              for identification.)

12   BY MR. GENTILE:

13       Q.    Can you tell me what this is?

14       A.    It's a check from Bernard L.

15   Madoff to Jacob M. Dick Revocable Living

16   Trust dated 4/6/01, Dr. Jacob Dick.

17       Q.    What's the date of the check?

18       A.    9/10/08.

19       Q.    And can you read the notation on

20   the bottom left of the check -- of the

21   front of the check?

22       A.    1-CM883-3.

23       Q.    Is that your father's BLMIS

24   account number?

25       A.    I believe so.

Page 69

1                    ANDREA JOY FIRESTONE

2        Q.    Is the amount that the check is

3   written for -- can you read the amount the

4   check is written for?

5        A.    Yes.  $1,509,474.49.

6        Q.    Is the figure on Exhibit 14 --

7   I'm sorry -- Exhibit 15 consistent with

8   the figure on Exhibit 7 under Column 5

9   next to the entry 9/16/2008?

10       A.    Except for the $0.49.

11       Q.    Okay.  Please go to the line on

12  Exhibit 7 that begins with 10/7/2008, and

13  read what is under Columns 2 and 5

14  including the headings.

15       A.    Column 1, date, 10/7/2008.

16  Column 2, transaction description, check.

17  And Column 5, cash withdrawal, $1,753.

18            MR. GENTILE:  I'm going to

19            introduce a document that I'm going to

20            ask the court reporter to mark as

21            Exhibit 16 bearing Bates numbers

22            MADWAA00299814 and 815.

23            (Whereupon, Exhibit 16 is marked

24            for identification.)

25  ///

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 70

1                ANDREA JOY FIRESTONE

2   BY MR. GENTILE:

3        Q.    Please tell me what this is.

4        A.    This is a check from Bernard L.

5   Madoff to Jacob M. Dick Revocable Living

6   Trust dated 4/6/01, Dr. Jacob Dick.

7        Q.    What is the date of the check?

8        A.    10/7/08.

9        Q.    And what amount is the check

10   made out for?

11       A.    $1,752.86.

12       Q.    Is the date of the check

13   consistent with what's listed on Exhibit 7

14   under Column 1 --

15       A.    Yes.

16       Q.    -- next to 10/7/2008?

17       A.    Yes.

18       Q.    Is the amount of the check 15 --

19   $1,752.86 consistent with the amount

20   listed on Exhibit 7 under Column 5 on

21   line -- on the line beginning with

22   10/7/2008 --

23       A.    No.

24       Q.    What is the difference between

25   the two figures?

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 71

1                    ANDREA JOY FIRESTONE

2          A.    The check is made out for

3     $1,752.86, and in Column 5, it's $1,753.

4          Q.    So a difference of $0.14?

5          A.    Correct.

6          Q.    So we're done with those

7     exhibits for now, so.

8                 Did you ever hear of a company

9     called Cohmad?

10         A.    Excuse me?

11         Q.    Did you ever hear of a company

12    called Cohmad?

13         A.    No.

14         Q.    Do you know -- did you know or

15    did you ever hear the name Maurice Cohen?

16         A.    No.

17         Q.    Marsha Cohn?

18         A.    No.

19         Q.    Richard Spring?

20         A.    No.

21         Q.    Do you know whether or not your

22    father had his accounts maintained by a

23    company other than Bernard L. Madoff

24    Investment Securities?

25         A.    I have no idea.

Page 72

1                    ANDREA JOY FIRESTONE

2        Q.    While you were assisting your

3   dad or even before, did you ever come

4   across documents from BLMIS that were sent

5   to your dad?

6        A.    Yes.

7        Q.    Did you review those documents

8   at the time --

9        A.    No.

10       Q.    No.  Do you know what the

11  documents were?

12       A.    We would receive a stack of 50

13  at a time, daily practically.

14       Q.    What were they?

15       A.    I assumed they were statements.

16       Q.    Why do you assume that they were

17  statements?  Can you describe the

18  documents?

19       A.    I can't remember what they

20  really looked like.

21       Q.    But you said that you assumed

22  they were statements for a reason, so I

23  assume --

24       A.    Because I asked my father, and

25  he said they were statements.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

                                                        Page 73

1                ANDREA JOY FIRESTONE

2        Q.    Okay.  So your father told you

3    they were statements?

4        A.    Yes.

5        Q.    And how many -- I'm sorry.  You

6    said you received a stack of 50 at a time?

7        A.    Sometimes.

8        Q.    Were these 50 separate

9    statements or 50 pages attached to one

10   statement?

11       A.    No.  They would be all different

12   with different amounts on them.  I just

13   can't remember exactly what they said or

14   what they were.  But they were different.

15       Q.    And this was over the course of

16   years? months? weeks?

17       A.    We could have received them

18   daily.

19       Q.    When you say "could have," did

20   you?

21       A.    It's a possibility.

22       Q.    But why do you say "daily"?  I'm

23   just not sure --

24       A.    Because it was very odd that I

25   would get mail like that.

Page 74

```
 1              ANDREA JOY FIRESTONE

 2      Q.    So you would receive these

 3   statements through the mail, not the fax

 4   or email --

 5      A.    Mail.

 6      Q.    Mail.

 7            Do you know where these

 8   statements are now?

 9      A.    Yes.  They got ruined by

10   Hurricane Sandy and full of mildew, and I

11   had to dispose of them.

12      Q.    Hurricane Sandy was after this

13   litigation was brought?

14      A.    Hurricane Sandy was in 2014.

15      Q.    Right.  So --

16      A.    No.  In 2012.

17      Q.    Did you produce copies of those

18   statements to your attorneys?

19      A.    No.  Because they weren't my

20   attorneys, I don't believe, at the time.

21   I didn't -- I didn't give them copies, no.

22   I didn't give anybody copies.

23            All I know is that my entire

24   basement was flooded and mildewed, and I

25   had to get rid of it and then...
```

Page 75

1                  ANDREA JOY FIRESTONE

2        Q.     You were sued in November 2010

3    in this case?

4        A.     Uh-huh.

5        Q.     So that was at least two years

6    before Sandy?

7        A.     Uh-huh.

8        Q.     Okay.

9        A.     But I had papers, papers and

10   papers that were in my basement that were

11   destroyed.

12       Q.     Okay.

13       A.     Not by me.

14       Q.     Do you know that you're supposed

15   to maintain documents relative to a

16   lawsuit when you're involved in

17   litigation?

18       A.     Yes.  But you can't maintain

19   something that God destroyed.

20       Q.     I know that.  But if you were

21   sued two years before they were destroyed,

22   they should have been turned over to your

23   attorneys?

24       A.     I have no knowledge.

25       Q.     Okay.

Page 76

1                    ANDREA JOY FIRESTONE

2          A.     I maintained them, the best of

3     my knowledge, and Sandy destroyed them.

4          Q.     You said in preparation for this

5     deposition you spoke with Mr. Ira

6     Schall --

7          A.     Yes.

8          Q.     -- is that his name?

9                 Is he your accountant?

10         A.     No.

11         Q.     Do you have an accountant,

12    personal accountant?

13         A.     My husband deals with the

14    accountant.

15         Q.     Okay.  Who dealt with your

16    finances of your tax returns during the

17    time that you were managing your dad's

18    affairs prior to 2008?

19         A.     My ex-husband did.  He filed our

20    taxes.  He did everything himself.

21         Q.     And that was -- who was that?

22         A.     Ira Cohen.

23         Q.     Did you receive any other types

24    of documents besides these documents that

25    you characterize as statements from BLMIS?

Page 77

```
1                 ANDREA JOY FIRESTONE

2         A.    Not that I recall.

3         Q.    Did you give copies of these

4    statements to your husband, Ira Cohen, at

5    the time to help prepare your tax returns?

6         A.    Not that I recall.  You mean my

7    personal?

8         Q.    Yeah.  Yes.

9         A.    No.

10         Q.    Did you help your father prepare

11   his tax returns?

12         A.    I didn't.  His accountant did.

13         Q.    But not necessarily prepare

14   them, per se, but help prepare him for

15   filling out his tax returns?

16               In other words, gathering his

17   papers and whatever documents he needed?

18         A.    Whatever we had --

19         Q.    Is that a yes or no?

20         A.    -- I would bring to -- firstly,

21   I don't remember.  And -- I just don't

22   remember.

23         Q.    What is it you don't remember?

24   You said that you gathered --

25         A.    I don't remember --
```

Page 78

1              ANDREA JOY FIRESTONE

2        Q.     -- gathered things --

3        A.     I don't remember taking things

4   or gathering them for the attorney.

5        Q.     What about after your father

6   passed away?

7        A.     After my father passed away,

8   Kaplan & Kaplan dealt with...

9        Q.     Do you remember gathering any

10   information for Kaplan & Kaplan for your

11   dad's -- to fill out your father's final

12   tax return?

13       A.     Kaplan & Kaplan took care of

14   everything from the moment my father

15   passed away.

16       Q.     When did your father pass away?

17       A.     June 2008.

18       Q.     Okay.  I'm going to introduce a

19   document that I'm going to ask the court

20   reporter to mark as Exhibit 17 bearing

21   Bates number AMF00277627.

22              (Whereupon, Exhibit 17 is marked

23              for identification.)

24              MS. ALLIM:  This is Exhibit 17?

25              MR. GENTILE:  Yes.

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 79

1                    ANDREA JOY FIRESTONE

2    BY MR. GENTILE:

3         Q.    Take a moment to review that,

4    please.

5               (Pause in testimony.)

6               THE WITNESS:   Okay.

7    BY MR. GENTILE:

8         Q.    Please tell me what this

9    document is.

10        A.    I have no idea.  It's to provide

11   information.

12        Q.    Okay.  What's the date of the

13   document?

14        A.    July 22, 2008.

15        Q.    Is that before or after your

16   father --

17        A.    After.

18        Q.    Who is it addressed to?

19        A.    Bernard L. Madoff.

20        Q.    Who authored the letter?

21        A.    Who authored it?

22        Q.    Yes.

23        A.    I did.

24        Q.    Is that your signature on the

25   bottom of the page?

Page 80

1                    ANDREA JOY FIRESTONE

2         A.    Yes.

3         Q.    Were you using the name "Cohen"

4    at the time?

5         A.    Uh-huh.

6         Q.    Okay.  Can you read the subject

7    line of the letter, please?

8         A.    I'm sorry.  Where exactly did

9    you want me to?  "Jacob M. Dick Revocable

10   Living Trust DTD 4/6/01, care of A.J.

11   Cohen, ████████████████████████████

12   ██████████████████, account number all."

13        Q.    Can you read the letter?

14        A.    "Fax No. (212) 83" -- oh, that

15   must be their fax.  I don't know.

16   "(212) 838-4061.  To whom it may concern.

17   For the years 2005, 2006 and 2007, please

18   provide us with the following:

19              "1, 1099 DIV;

20              "2, 1099-B proceeds from broker

21   transactions;

22              "3, short-term and long-term

23   capital gains and losses schedules."

24        Q.    Can you read the handwritten

25   notation on the top right?

Page 81

```
 1                 ANDREA JOY FIRESTONE

 2        A.     No.  No, I can't read that.  I

 3   have no idea what that says.

 4        Q.     It doesn't say 1-CM883?

 5        A.     Oh, is that what it says?

 6        Q.     I'm asking you.  Is that what

 7   you see?

 8        A.     I see scribble.

 9        Q.     Okay.

10        A.     I see something that says 883,

11   but I don't know what was before that.

12        Q.     Is 1-CM838 your father's BLMIS

13   account number?

14        A.     Yes.

15        Q.     Does this help refresh your

16   recollection whether or not you assisted

17   your father or your father's estate in

18   gathering documents for his tax returns?

19        A.     I was told to do this after the

20   fact.

21        Q.     Who were you told to do it by?

22        A.     By his -- Kaplan & Kaplan.

23        Q.     Who at Kaplan & Kaplan told you

24   to --

25        A.     I can't remember his name.
```

Page 82

1            ANDREA JOY FIRESTONE

2            MR. GENTILE:  Okay.  I'm going

3       to introduce a document that I'm going

4       to ask the court reporter to mark as

5       Exhibit 18.

6    BY MR. GENTILE:

7       Q.   It's your answer to the

8    trustee's complaint.

9            (Whereupon, Exhibit 18 is marked

10           for identification.)

11   BY MR. GENTILE:

12      Q.   Please turn to page 24,

13   paragraph 20 of your answer.  Can you

14   read -- well, actually, you know what,

15   I'll read it.  I'm sorry.

16           So paragraph 20 says, "The

17   trustee has fraudulently calculated

18   defendants' liability by charging

19   defendants with withdrawals that the

20   trustee has no proof were taken."

21           After going -- after going

22   through the withdrawals on Exhibit 7 for

23   account No. 1-CM883, are you able to

24   identify any withdrawals for which the

25   trustee has no proof?

Page 83

```
 1                ANDREA JOY FIRESTONE
 2                (Court reporter asks for an
 3                audible response.)
 4                THE WITNESS:  No.
 5     BY MR. GENTILE:
 6          Q.    Please turn to page 26,
 7     paragraph 37.  You say that the
 8     withdrawals the trustee seeks to
 9     recover --
10          A.    Where --
11          Q.    Paragraph 37 on page 26.
12          A.    Uh-huh.
13          Q.    Okay.  You say that, "The
14     withdrawals that the trustee seeks to
15     recover were legally compelled under state
16     and federal securities laws."
17                What laws compelled you to make
18     the withdrawals that were made?
19          A.    I don't understand this question
20     at all.
21          Q.    Well, these are your responses
22     to our claims, so I'm reading back your
23     words to us.
24          A.    My attorney -- I left it all up
25     to my attorney.
```

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 84

1                    ANDREA JOY FIRESTONE

2          Q.    Okay.  Is it fair to say that

3    you don't know what laws compelled you to

4    withdraw money from the BLMIS account?

5          A.    As I said before, I left it all

6    up to my attorney.

7          Q.    That wasn't my question.  Is it

8    fair to say that you don't know what laws

9    compelled you to withdraw money from the

10   BLMIS account?

11         A.    I guess not.  I don't know what

12   laws...

13         Q.    Okay.  I'm sorry.  Page 27,

14   paragraph 46.

15         A.    Paragraph what?

16         Q.    46.  Just the first line.  It

17   says, "The trustee's claims are barred in

18   whole or part for failure to properly

19   credit Defendant with all of Defendant's

20   deposits."

21               For account 1-CM883, are there

22   any deposits with which you were not

23   credited?

24         A.    I have no knowledge.

25         Q.    Do you know what that statement

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

                                                            Page 85

 1                 ANDREA JOY FIRESTONE

 2      that I just read is based on?

 3         A.    I'm not an attorney.  I don't

 4      understand this.  I left it all up to my

 5      attorney.

 6         Q.    Okay.  I'm going to ask you to

 7      turn to page 25, paragraph 27.  I'm sorry.

 8      Page -- oh, yeah, page 25, paragraph 27.

 9             "The trustee's claims are barred

10      in whole or part for failure to properly

11      credit inter-account transfers, profit

12      withdrawals and other adjustments."

13             Can you tell me what "other

14      adjustments" means?

15         A.    If you could tell me what that

16      sentence means.

17         Q.    Well, that's not my -- that's

18      not why we're here today, for me to

19      explain your responses to me.

20         A.    Well, I'm not an attorney, and I

21      can't figure that out.

22         Q.    Okay.  I'm going to ask you to

23      go to paragraph -- I'm sorry -- page 23.

24      Page 23, paragraph 16.

25             "The Defendants are entitled to

Page 86

1              ANDREA JOY FIRESTONE

2      set off recoupment and/or equitable

3      adjustments because each year Defendants

4      were required to pay taxes on the

5      fictitious profits reported on, among

6      other things, IRS form 1099 and other

7      information reported by BLMIS or Madoff to

8      the Internal Revenue Service, state and/or

9      local taxing authorities."

10             Can you tell me how much you

11     were required to pay in taxes each year

12     because of the fictitious profits?

13        A.    I have no idea.

14        Q.    Okay.  Do you have copies of the

15     returns that you prepared during the years

16     that you help -- I'm sorry.

17             Do you have copies of your dad's

18     returns for the years that you helped

19     manage his BLMIS --

20        A.    As I said, everything got

21     destroyed in Sandy.

22        Q.    Does your father's accountant

23     have copies of those returns?

24        A.    If he had copies, he would have

25     handed them in, as far as I know.  I don't

Page 87

```
 1              ANDREA JOY FIRESTONE

 2    know.

 3        Q.    Is Ira Schall your father's

 4    accountant or your accountant?

 5        A.    He's not my accountant, and he

 6    was my father's for a very short time.

 7        Q.    So you said you spoke with him

 8    in preparation for this deposition.  Did

 9    you ask him for the tax returns, your

10    father's tax returns?

11        A.    He gave whatever he had -- that

12    we had at the time --

13        Q.    Okay.

14        A.    -- over the -- whatever year.

15        Q.    Who did he give those documents

16    to?

17        A.    To the accountant -- to my

18    attorney.

19        Q.    Okay.  Do you know what years he

20    provided to your attorney --

21        A.    No, I don't.

22        Q.    What was your conversation with

23    him then?  You said you spoke with him in

24    preparation for this deposition.  What did

25    you speak about?
```

Page 88

```
 1                ANDREA JOY FIRESTONE

 2        A.    Just to see if he could locate

 3   whatever he had or what of my father.

 4        Q.    Okay.

 5        A.    But I believe he has no

 6   knowledge of...

 7        Q.    Okay.  I'm going to introduce a

 8   document that I'm going to ask the court

 9   reporter to mark as Exhibit 19.  It's your

10   responses and objections to the trustee's

11   first set of interrogatories.

12             (Whereupon, Exhibit 19 is marked

13             for identification.)

14             THE WITNESS:  Okay.

15   BY MR. GENTILE:

16        Q.    Have you seen this document

17   before?

18        A.    Yes.

19        Q.    Can you tell me when?

20        A.    The exact date, no.

21        Q.    Approximately it was served --

22        A.    It was this year.

23        Q.    It was this year, okay.

24             Did you assist in its

25   preparation?
```

Page 89

1                    ANDREA JOY FIRESTONE

2          A.    I left this to my attorney.

3          Q.    Can you turn to the

4     second-to-last page of the document.

5                Is that your signature at the

6     bottom of the page?

7          A.    Yes, it is.

8          Q.    Can you read the paragraph?  I

9     know it's a little blurry, but the best

10    you can.

11         A.    Which paragraph?

12         Q.    The paragraph here.

13         A.    "I, Andrea J. Marks, declare

14    pursuant to" -- I can't read any of

15    that -- "1746 that I have read" the

16    something -- it's all blurred -- "answers

17    and that I" -- "the responses contained

18    therein are true and correct to the best

19    of my knowledge, information and belief.

20               "I understand that if any of

21    these responses" something "bound to be

22    willfully false, I am subject to

23    punishment."

24         Q.    Okay.  Did you take any steps to

25    ensure that your responses were correct?

Page 90

1                    ANDREA JOY FIRESTONE

2      Did you review any documents?  Did you

3      speak with anybody?

4           A.    I spoke to my attorney.

5           Q.    Outside of your attorney.

6           A.    I don't understand your question

7      then.

8           Q.    Okay.  Other than your

9      attorneys, did you work with anybody or

10     consult with anybody to ensure that the

11     responses provided in here were correct?

12          A.    No.

13          Q.    Okay.  Can you turn to page --

14     I'm sorry.  One second.

15               Can you turn to page 8, and

16     subparagraph (a), small (a)?

17          A.    Uh-huh.

18          Q.    Okay.  I'm going to read it.

19     "The defense concerning payment of capital

20     gains taxes is based upon responding

21     party's testimony as to the payment of

22     taxes at the applicable tax rates for each

23     year of the account and the reported

24     income as reflected in Madoff's statements

25     which are in the trustee's possession."

Page 91

1              ANDREA JOY FIRESTONE

2              Responding party is you.  Can

3    you tell me what testimony that you gave

4    that this refers to?

5         A.   I don't understand what you're

6    asking me.

7         Q.   Well, I'm pointing you to a

8    response that you provided to us, to the

9    trustee, and in your response you said --

10   that your response is based on testimony

11   that you gave.

12             Did you give any testimony in

13   this case?

14        A.   It would have been through my

15   attorney.

16        Q.   Testimony means that you give

17   statements, sworn statements to somebody

18   or to a court or to a judicial officer in

19   regards to --

20        A.   Through my attorney, yes,

21   through my attorney.

22        Q.   What testimony?

23        A.   In regards to moneys that were

24   stated that my father had through Madoff.

25        Q.   Okay.  So is it your testimony

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 92

1                    ANDREA JOY FIRESTONE

2     now that the testimony that this document

3     refers to are statements you made to your

4     attorneys?

5          A.    If I'm -- if I'm understanding

6     what you're asking me, everything went

7     through my attorneys.  Yes, any questions,

8     any statements, any anything went through

9     my attorney.

10         Q.    Okay.

11              MR. GENTILE:  That's it.

12              MS. ALLIM:  Okay.

13              THE VIDEOGRAPHER:  Any

14     questions?

15              MS. ALLIM:  Yeah, I just have a

16     few.

17              THE VIDEOGRAPHER:  Okay.

18                   EXAMINATION

19     BY MS. ALLIM:

20         Q.    So, Andrea, turn to Exhibit 12,

21     if you have it.  Do you have it?  Do you

22     want me to --

23         A.    I'll find it.

24         Q.    Okay.

25         A.    Yep.

Page 93

1                    ANDREA JOY FIRESTONE

2          Q.    Okay.  Did you draft this

3     letter?

4          A.    No, I did not.

5          Q.    Okay.  Who drafted this letter?

6          A.    Kaplan & Kaplan.

7          Q.    Did you understand the content

8     of the letter?

9          A.    I did whatever they told me to

10    do.

11         Q.    So --

12         A.    They said sign it, I signed it.

13         Q.    Did you understand the

14    circumstances under which this transfer --

15    well, strike that -- which this request

16    was made?

17         A.    Excuse me?

18         Q.    Do you understand the

19    circumstances under which this request was

20    made?  Do you understand why this request

21    was made?

22         A.    Yes.

23         Q.    And who explained that to you?

24         A.    If I remember correctly, it was

25    Kaplan & Kaplan.

Page 94

```
 1                    ANDREA JOY FIRESTONE

 2         Q.    Okay.  But you didn't draft the

 3    letter?

 4         A.    Absolutely not.

 5         Q.    So what was your participation

 6    in this?

 7         A.    That I was the executor of my

 8    father's trust.

 9         Q.    And you signed it --

10         A.    And I signed it.  That was it.

11         Q.    Okay.  So Exhibit 13.  So this

12    is --

13         A.    What did it look like?

14         Q.    -- the check --

15         A.    Okay.

16         Q.    -- dated 8/25/08.

17         A.    10, 11, 12 -- I'm sorry.

18         Q.    It should be Exhibit 13.

19         A.    I thought I kept them in order.

20    Apparently -- here I have it.  Okay.

21         Q.    Okay.  So you testified earlier

22    that this is a check from Bernard L.

23    Madoff to Jacob Dick Trust, 8/25/08 for

24    75,000?

25         A.    Uh-huh.
```

Page 95

1                    ANDREA JOY FIRESTONE

2        Q.    And on the back it says

3    "Credited to the account of the" --

4    "within the payee Capital One"?

5        A.    Uh-huh.

6        Q.    Are you familiar with a Capital

7    One account?

8        A.    I was -- I believe, thinking

9    back, after my father's death Kaplan &

10   Kaplan had a Capital One account opened.

11       Q.    Did you have a Capital One

12   account?

13       A.    My own?

14       Q.    Yes.

15       A.    I don't remember.

16       Q.    Did your father?

17       A.    I don't remember.

18       Q.    You weren't named on this --

19   were you named on this Capital One account

20   at all?

21       A.    I don't remember.

22       Q.    Okay.  So now let's look at

23   Exhibit 14.

24       A.    Okay.

25             MS. ALLIM:  It would be your 15,

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 96

1                ANDREA JOY FIRESTONE

2          I believe, Dominic.  That's one I had.

3     BY MS. ALLIM:

4          Q.    So this is a letter from Kaplan

5     & Kaplan.  Did you see this cover letter

6     before signing this second letter of

7     authorization --

8          A.    Absolutely not.

9          Q.    Did you draft this letter of

10    authorization attached?

11         A.    Absolutely not.

12         Q.    Do you understand the content of

13    it?

14         A.    Yes.

15         Q.    Okay.  Who explained this -- the

16    content of which -- let's see --

17         A.    Of the second --

18         Q.    -- not the letter of

19    authorization; the first letter from

20    Kaplan requesting liquidation.

21         A.    Do I understand it?

22         Q.    Did you at the time?

23         A.    At the time, I was so distraught

24    of my father's death that I would have

25    signed anything that they put in front of

Page 97

1                    ANDREA JOY FIRESTONE

2      me.

3          Q.     So would it be fair to say that

4      they drafted everything and just directed

5      you to sign?

6          A.     Basically.

7          Q.     Did you understand what was

8      going on at the time?

9          A.     Not as much as I should have.

10         Q.     So let's look at Exhibit 15.

11     This is a check from Bernard L. Madoff

12     dated 9/10/08 in the amount of

13     $1,509,474.49.

14             Now, the back of the check, it

15     says "For deposit only, Jacob M. Dick

16     Revocable Living Trust, account

17     No. ████████0714."

18             Are you familiar with this

19     account?

20         A.     Not so much.

21         Q.     There's no endorsement from you

22     on this?

23         A.     No.

24         Q.     Do you know who endorsed this

25     check?

Page 98

1                    ANDREA JOY FIRESTONE

2          A.    No.

3          Q.    Okay.  So let's look at

4     Exhibit 16.  It's a check from Bernard L.

5     Madoff dated 10/7/08 in the amount of

6     $1,752.86.

7               Same thing on the back of the

8     check; "For deposit only, Jacob M. Dick

9     Revocable Living Trust, ████4071" -- I

10    don't know what that number is -- I don't

11    know what that is -- but are you familiar

12    with this account?

13         A.    No.

14         Q.    Did you receive and endorse this

15    check?

16         A.    No.

17         Q.    Do you know who did?

18         A.    No.

19         Q.    And, last, Exhibit 17.

20               MS. ALLIM:  This was the extra

21         document that you gave me.

22               MR. GENTILE:  Okay.

23               THE WITNESS:  17.  I don't know

24         what it looked like.

25    ///

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 99

```
 1              ANDREA JOY FIRESTONE

 2  BY MS. ALLIM:

 3      Q.    This.

 4            MR. GENTILE:  This one.

 5  BY MS. ALLIM:

 6      Q.    So this is a letter from

 7  July 22, 2008, to Bernard L. Madoff

 8  requesting 1099s for '05 to '07.  You

 9  testified earlier that you authored this

10  letter.

11            Did you write this letter and

12  request this from Bernard L. Madoff?

13            You also testified earlier that

14  you didn't handle the taxes.  So did you

15  write this letter?

16      A.    I was told exactly what to

17  write.

18      Q.    Okay.  By who?

19      A.    By Kaplan & Kaplan.

20      Q.    Okay.  Did you ever receive

21  these documents from BLMIS?

22      A.    I have absolutely no idea.

23      Q.    Okay.  Would it be fair to say

24  that Kaplan & Kaplan controlled everything

25  subsequent --
```

Page 100

1                    ANDREA JOY FIRESTONE

2          A.    They did.

3          Q.    -- to your father's death?

4          A.    They totally controlled

5    everything after.

6          Q.    Do you have any personal

7    knowledge of what they did at the time

8    other than asking you to sign the

9    authorizations?

10         A.    They dealt with everything.

11         Q.    Okay.

12         A.    They -- they dealt with

13   the taxes.  They dealt with

14   distribution of the money.  They dealt

15   with everything.

16         Q.    Did you endorse any checks

17   subsequent to your father's check --

18   death?

19         A.    I really don't remember.

20         Q.    Okay.  Thank you.

21         A.    It was a very hard time in my

22   life, and I don't remember.

23         Q.    Understood.  Thanks.

24               MR. GENTILE:  Just a couple of

25         follow-up questions.

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 101

1                ANDREA JOY FIRESTONE

2                MS. ALLIM:  Uh-huh.

3                     EXAMINATION

4    BY MR. GENTILE:

5        Q.    You already testified that you

6    were the executor of your dad's estate; is

7    that correct?

8        A.    Yes.

9        Q.    And as the executor, you had

10   certain responsibilities to administer

11   your dad's estate; is that correct?

12       A.    Correct.

13       Q.    Those are legal

14   responsibilities --

15       A.    Yes.

16       Q.    -- is that correct?

17             You testified that your father

18   appointed you power of attorney over his

19   financial affairs; is that correct?

20       A.    That's correct.

21       Q.    Having the power of attorney

22   over your dad's financial affairs provides

23   you with certain legal responsibilities;

24   is that correct?

25       A.    Yes.

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 102

1                    ANDREA JOY FIRESTONE

2              MR. GENTILE:  That's it.

3              MS. ALLIM:  So I have one more.

4              MR. GENTILE:  Sure.

5                    EXAMINATION

6     BY MS. ALLIM:

7         Q.    So earlier Mr. Gentile asked you

8     if there were any deposits that were in

9     dispute or anything that you didn't

10    recognize.

11             So if you can --

12             MR. GENTILE:  Objection.  That's

13        not what I said.

14             MS. ALLIM:  Okay.

15    BY MS. ALLIM:

16        Q.    So let's look at -- let's strike

17    that.

18             Let's look at Exhibit 7.

19        A.    Okay.

20        Q.    Can you read the third line that

21    begins with 3/7/2005?

22        A.    Column 3?

23        Q.    Uh-huh.

24        A.    $1,518.

25        Q.    Uh-huh.  Did you see any checks

Page 103

1                ANDREA JOY FIRESTONE

2     evidencing that or a deposit for that

3     amount?

4          A.    No.

5          Q.    So everything listed on

6     Exhibit B, is there anything that might be

7     in dispute?

8          A.    This whole page could be in

9     dispute as far as I know.

10         Q.    I don't have any further

11    questions.

12              MR. GENTILE:  Sorry.  Just give

13         me one --

14              MS. ALLIM:  Okay.

15              (Pause in testimony.)

16                   EXAMINATION

17    BY MR. GENTILE:

18         Q.    I'm just going to refer you to

19    Exhibit 19.

20         A.    I have a lot here.  What does it

21    look like?

22         Q.    It's the interrogatory

23    responses.

24         A.    There's some here.

25         Q.    Here it is.  Okay.  If you can

Page 104

1            ANDREA JOY FIRESTONE

2      just go to page 6.  No. 10 at the bottom

3      of the page.

4          A.    Uh-huh.

5          Q.    Can you just read your answer

6      out loud?

7          A.    "Respondent party does not

8      dispute the deposit and withdrawal

9      reflected in Exhibit B to the complaint

10     for the period of December 11, 2006, on.

11     Therefore, the trustee does not have any

12     right to any bank information covering

13     this period."

14         Q.    So is it correct that you've

15     already admitted -- yes, that you've

16     already admitted that the deposits and

17     withdrawals on Exhibit 7, which is

18     Exhibit B to the complaint, are accurate

19     from December 6, 2007, on?

20         A.    Right.

21         Q.    Okay.  Thank you.  That's it.

22              MS. ALLIM:  That's it.

23              MR. GENTILE:  Okay.

24              THE VIDEOGRAPHER:  The time is

25     now 12:19 in the p.m.

Page 105

1           ANDREA JOY FIRESTONE

2           We're going off the video

3     record.  End of DVD No. 2.  End of

4     deposition.

5               (At 12:21 p.m., the proceedings

6               conclude.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 106

```
 1                    REPORTER CERTIFICATE

 2        I, the undersigned, do hereby certify:

 3        That ANDREA JOY FIRESTONE was by me duly

 4   sworn in the within-entitled cause; that

 5   said deposition was taken at the time and

 6   place herein named; and that the deposition

 7   is a true record of the witness's testimony

 8   as reported by me, a disinterested person,

 9   and was thereafter transcribed.

10        I further certify that I am not

11   interested in the outcome of the said

12   action, nor connected with, nor related to

13   any of the parties in said action, nor to

14   their respective counsel.

15        IN WITNESS WHEREOF, I have hereunto set

16   my hand this 21st day of September, 2017

17

18

19

20

21   _____

22            JESSICA R. WAACK
          Registered Diplomate Reporter
23          Certified Realtime Reporter
       California Certified Realtime Reporter
24         New York Realtime Court Reporter
          New York Association Court Reporter
25         Notary Public, State of New York
```

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 107

1                SIGNATURE OF DEPONENT

2

3           I, ANDREA JOY FIRESTONE, do

4      hereby certify that I have read the

5      foregoing transcript of proceedings, taken

6      September 14, 2017, at [!DEPO LOCATION],

7      New York and the same is true and correct

8      except for the list of corrections noted

9      on the annexed page.

10

11        Dated at

12     this        day of              , 2017.

13

14

15

16           ANDREA JOY FIRESTONE

17

       SUBSCRIBED AND SWORN BEFORE ME
18
       THIS       DAY OF of              , 2017
19

20

           NOTARY PUBLIC
21

22     MY COMMISSION EXPIRES:_____

23

24

25

Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 108

```
 1    SECURITIES INVESTORS vs. MADOFF

 2    Date of Deposition:  September 14, 2017

 3    Job No.:  30553

 4    Reason Codes: 1.  To clarify the record.
                    2.  To conform to the facts.
 5                  3.  To correct transcription
                        errors.
 6

 7    Page _____ Line _____ Reason _____

 8    From _____ to _____

 9    Page _____ Line _____ Reason _____

10    From _____ to _____

11    Page _____ Line _____ Reason _____

12    From _____ to _____

13    Page _____ Line _____ Reason _____

14    From _____ to _____

15    Page _____ Line _____ Reason _____

16    From _____ to _____

17    Page _____ Line _____ Reason _____

18    From _____ to _____

19    Page _____ Line _____ Reason _____

20    From _____ to _____

21    Page _____ Line _____ Reason _____

22    From _____ to _____

23    Page _____ Line _____ Reason _____

24    From _____ to _____

25
```

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 109

**A**

**A.J**
7:21 40:14 58:24 65:17
  80:10
**a.m**
3:18 9:2,6 63:14,18,20
**ability**
12:4
**able**
38:12 44:6 82:23
**above-entitled**
40:10
**above-referenced**
65:9
**above-referred**
65:6
**above-requested**
65:18
**absolutely**
94:4 96:8,11 99:22
**account**
6:18 28:2,3,16,17,19
  28:20,21 34:13 40:11
  40:16 41:9,12 44:10
  44:15 45:23 46:3
  47:17,18 49:17 50:21
  50:22,24 59:4,6 61:12
  61:17,19 63:2 64:23
  65:9 67:11,13,14,15
  68:24 80:12 81:13
  82:23 84:4,10,21
  90:23 95:3,7,10,12,19
  97:16,19 98:12
**accountant**
19:15 20:3 76:9,11,12
  76:14 77:12 86:22
  87:4,4,5,17
**accountholder**
38:8
**accounts**
22:15,16,17,23,23,24
  24:4 37:25 38:4 40:10
  41:13 43:15,20,23
  44:9 45:19,19 71:22
**accurate**
104:18

**action**
12:12 106:12,13
**actions**
13:17
**address**
16:25 34:19 42:5 52:9
  65:14
**addressed**
39:19 53:13 79:18
**adjustments**
85:12,14 86:3
**administer**
101:10
**administering**
30:13
**administration**
33:13 65:6
**administrative**
17:25 19:3
**admitted**
104:15,16
**Adv**
1:5
**advance**
34:20 40:24 47:23
**adversary**
9:18 12:18 14:12 45:16
**affairs**
76:18 101:19,22
**ago**
20:20
**ahead**
46:14
**aid**
22:4
**al**
9:16
**Allim**
4:4 5:5,7 10:3,3 12:9
  21:3 78:24 92:12,15
  92:19 95:25 96:3
  98:20 99:2,5 101:2
  102:3,6,14,15 103:14
  104:22
**allow**
36:24 37:15

**allowed**
37:15
**America**
61:14
**AMF00277621**
7:16 64:10
**AMF00277625**
7:11 57:20
**AMF00277627**
7:23 78:21
**AMF00277628**
6:12 33:24 51:15
**AMF00277630**
6:14 35:20
**AMF00277633**
36:10
**AMF00277635**
6:22 47:2
**AMF00277636**
6:17 39:8
**amount**
34:17 43:12 46:16 48:2
  48:7 49:21,24 50:3,4
  52:7 53:19 54:18,19
  56:25 60:11 61:2,6
  63:6 69:2,3 70:9,18
  70:19 97:12 98:5
  103:3
**amounts**
48:9 73:12
**and/or**
86:2,8
**Andrea**
1:23 2:4,23 3:6 5:2 6:2
  7:2 8:2 9:1,20 10:1,4
  11:1 12:1 13:1 14:1
  14:17,20,20,21,21
  15:1,3,9,14,15,17
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1

48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1,24
59:1 60:1 61:1 62:1
63:1 64:1 65:1,16
66:1 67:1,23 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1,13 90:1 91:1
92:1,20 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:3 107:3,16
**Andrew**
18:20
**annexed**
40:8,9 107:9
**answer**
5:15 11:17,18 24:12
  26:14 82:7,13 104:5
**answered**
27:17
**answering**
36:22
**answers**
11:11,11 89:16
**anticipated**
40:24
**anybody**
19:9,12 23:25 25:20
  74:22 90:3,9,10
**Apparently**
94:20
**applicable**
90:22
**appointed**
37:22 101:18
**appreciate**
40:22
**approximate**
14:23
**approximately**

08-01789-cgm   Doc 21185-17   Filed 02/28/22   Entered 02/28/22 19:34:15   Ex. 17
Pg 111 of 128
Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 110

15:21 17:7 24:25
25:25 38:14 88:21
**April**
6:11
**Arnold**
39:20,25
**Article**
2:6,9,12,14
**Ashley**
2:8 14:21 15:8,9,20
16:4,4,5
**asked**
45:3 62:18,19 72:24
102:7
**asking**
21:14 46:17 67:10 81:6
91:6 92:6 100:8
**asks**
26:3 83:2
**assist**
88:24
**assistance**
44:22
**assistant**
18:2,20 19:3
**assisted**
33:12 81:16
**assisting**
31:5 44:3 72:2
**association**
3:12 9:8 106:24
**assume**
68:5 72:16,23
**assumed**
72:15,21
**assuming**
58:23
**attached**
8:11 45:14 73:9 96:10
**attention**
34:21 40:25 47:24
**attorney**
6:13 19:10,19,22 20:7
20:22 34:12 35:13
36:6,15,23 37:15,21
37:22 38:5,6,13 40:20

43:2 56:16 78:4 83:24
83:25 84:6 85:3,5,20
87:18,20 89:2 90:4,5
91:15,20,21 92:9
101:18,21
**attorneys**
9:22 10:19 19:11 40:3
42:20,23,25 74:18,20
75:23 90:9 92:4,7
**audible**
11:11 83:3
**August**
7:9 59:12
**authored**
79:20,21 99:9
**authorities**
86:9
**authority**
31:2 38:3
**authorization**
65:16 67:9 68:3 96:7
96:10,19
**authorizations**
100:9
**authorize**
59:2
**authorizing**
58:5 65:18
**available**
13:11
**Avenue**
3:15 4:5 9:12 17:5 33:3
34:18 37:11 40:15
52:8 80:11

––––––––––––
**B**
**B**
103:6 104:9,18
**back**
16:10,20 18:7,13 28:25
37:4 51:19 54:8 56:14
62:15 63:20 83:22
95:2,9 97:14 98:7
**background**
17:14
**BAKER**

4:11
**balance**
65:11 67:12
**bank**
28:20 29:4 37:25 38:4
49:7,8 50:18,24 61:17
62:25 104:12
**Bankruptcy**
1:1 9:17
**barred**
84:17 85:9
**based**
85:2 90:20 91:10
**basement**
74:24 75:10
**Basically**
97:6
**Bates**
6:11,14,16,19,22,24
7:5,7,10,13,15,18,20
7:22 33:23 35:20
36:10 39:8 45:8 47:2
48:24 51:15 53:5
55:13 57:19 59:21
64:9 68:9 69:21 78:21
**Beach**
17:3
**bear**
12:13
**bearing**
35:20 39:7 45:7 46:25
51:14 53:5 55:12
57:19 59:20 64:9 68:8
69:21 78:20
**bears**
33:23 48:23
**beginning**
59:16 66:22 70:21
**begins**
46:6 51:4 54:23 57:10
63:24 69:12 102:21
**behalf**
4:2,10 24:20 25:21
31:3 34:3 37:16,22
38:15 43:19 44:13
**belief**

89:19
**believe**
12:6 15:6,12,16 20:17
26:22,22 28:15,22
40:20 41:10 68:25
74:20 88:5 95:8 96:2
**Belle**
27:8
**Bendish**
9:8
**beneficiary**
2:4,5,9,12,15,18
**Bernard**
1:6,10,14,15 22:10
23:22 39:23 49:12
52:17 53:12 55:20
58:6 60:7 64:18 67:10
68:14 70:4 71:23
79:19 94:22 97:11
98:4 99:7,12
**Bernie**
22:13 34:5
**best**
11:2 76:2 89:9,18
**bills**
27:19,22
**BLMIS**
6:18 22:9,16,17 23:19
24:5,20 25:21 26:6
27:16 34:24 38:15
43:8,13,16,19 44:15
45:18,22 62:12,19
68:23 72:4 76:25
81:12 84:4,10 86:7,19
99:21
**blurred**
89:16
**blurry**
89:9
**born**
15:4
**bottom**
35:5 36:11 42:8 47:8
49:15 52:13 53:25
56:8 58:13 60:17
66:16 67:21 68:20

08-01789-cgm   Doc 21185-17   Filed 02/28/22   Entered 02/28/22 19:34:15   Ex. 17
Pg 112 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 111

79:25 89:6 104:2
**bound**
13:23 89:21
**break**
11:20,24 63:10,12
**BREEN**
2:11,15
**brief**
17:13
**Briefly**
18:9
**bring**
77:20
**broker**
80:20
**brother**
61:25 62:3
**brought**
74:13
**Buccellatto**
27:11

---
**C**
---

**C**
4:1
**calculated**
82:17
**California**
3:10 106:23
**call**
28:24,25 42:24 47:21
**called**
10:11 18:18,21 19:19
71:9,12
**capital**
29:3 61:13,17,19 62:25
80:23 90:19 95:4,6,10
95:11,19
**caption**
2:1 9:14
**care**
40:14,22 43:2 78:13
80:10
**case**
9:14 50:13 75:3 91:13
**cash**

45:21,21 46:2,20 51:10
55:8 57:15 64:5 69:17
**cause**
106:4
**CCR**
2:24
**CCRR**
2:24
**center**
4:13 18:17
**Central**
17:11 40:18 42:5
**cents**
48:18 66:24,25
**certain**
31:2 101:10,23
**CERTIFICATE**
106:1
**Certified**
3:9,10,11,13 106:23,23
**certify**
106:2,10 107:4
**Chaitman**
4:3 10:4
**characterize**
76:25
**charging**
82:18
**check**
6:23 7:5,7,12,17,19
28:11,13 34:17 37:10
37:16 46:15 47:15
49:7,7,11,15,20,22
50:4,11,23 51:8,8
52:7 53:11,17,20,25
54:5,9,12,14,18 55:6
55:18,21,25 56:5,8,11
56:14,21,25 57:14
58:7 59:7 60:5,8,11
60:15,19,21 61:2,9,10
61:11,20,21,22 62:5
63:6 64:4 65:10,13
66:17 67:11 68:14,17
68:20,21 69:2,4,16
70:4,7,9,12,18 71:2
94:14,22 97:11,14,25

98:4,8,15 100:17
**checking**
28:17,19,20,21 50:21
**checks**
37:2 100:16 102:25
**children's**
18:21
**circumstances**
93:14,19
**claims**
83:22 84:17 85:9
**clarify**
108:4
**clear**
65:25
**clock**
9:6
**close**
67:11,13
**closed**
65:10
**Codes**
108:4
**Cohen**
6:10 7:10,21 14:20
15:16 16:14 32:21,24
35:8 58:19,24 65:17
67:24 71:15 76:22
77:4 80:3,11
**Cohmad**
71:9,12
**Cohn**
27:13 71:17
**college**
17:18,20
**Column**
46:10,13,16,17,20 48:4
48:17 50:5 51:7,7,9
51:10 52:22 55:2,4,5
55:7,8 57:6,13,14,15
59:15 60:23 61:3 64:3
64:4,5 66:23 69:8,15
69:16,17 70:14,20
71:3 102:22
**columns**
46:8,9 51:6 54:24 55:3

57:11 63:25 69:13
**come**
72:3
**commencing**
3:17
**COMMISSION**
107:22
**common**
1:19
**communicate**
24:19
**communicated**
13:12 43:18
**communications**
26:12
**company**
18:18 22:11 71:8,11,23
**compelled**
83:15,17 84:3,9
**complaint**
8:6 45:15 82:8 104:9
104:18
**concern**
80:16
**concerning**
90:19
**conclude**
105:6
**concluding**
3:18
**conduct**
31:2
**confidential**
12:11 13:4,10 14:4,5
**conform**
108:4
**connected**
106:12
**connection**
14:9 21:25 65:5
**consist**
25:20
**consistent**
56:22 57:2 59:14 60:22
61:3 66:21 67:4 69:7
70:13,19

08-01789-cgm  Doc 21185-17  Filed 02/28/22  Entered 02/28/22 19:34:15  Ex. 17
Pg 113 of 128
Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 112

**Consolidated**
1:9,13
**consult**
90:10
**contact**
26:6,8 27:16
**contacted**
34:24
**contacting**
25:20
**contained**
89:17
**content**
93:7 96:12,16
**Continued**
1:21 2:1
**controlled**
99:24 100:4
**controls**
13:2
**conversation**
22:5 34:10 87:22
**copies**
74:17,21,22 77:3 86:14
86:17,23,24
**copy**
6:23 13:22 40:8 42:10
**CORPORATION**
1:3
**correct**
12:9 15:25 16:7,15
25:8,15 31:19,20
32:22 33:5,14,15 35:9
35:10 37:13 42:3
44:16 48:20 52:16,19
56:19,20 62:13,19,22
66:11 71:5 89:18,25
90:11 101:7,11,12,16
101:19,20,24 104:14
107:7 108:5
**corrections**
107:8
**correctly**
93:24
**correspond**
48:6

**counsel**
11:15 13:21,24 106:14
**counsel's**
12:6
**couple**
100:24
**course**
23:17 73:15
**court**
1:1 3:11,13 9:17 10:6
11:5,9 21:22 26:3
33:17 35:18 39:6 45:6
46:23,24 48:22 51:13
53:4 55:11 57:17
59:19 64:8 68:7 69:20
78:19 82:4 83:2 88:8
91:18 106:24,24
**cover**
96:5
**covering**
104:12
**created**
2:7,9,12 30:10
**credit**
84:19 85:11
**credited**
45:18 61:12 84:23 95:3
**CRR**
2:24
**Crupi**
27:6
**current**
16:24
**currently**
17:24,25 19:2
**cut**
61:20

_____
**D**

**D**
10:10
**dad**
23:6,13 27:16 36:24
37:17,19 38:16 44:14
72:3,5
**dad's**

27:19 31:11 33:7 76:17
78:11 86:17 101:6,11
101:22
**daily**
72:13 73:18,22
**date**
1:24 43:4 46:6,10
47:11 48:3 53:16
54:14 55:2 56:4,21,22
57:13 59:10 60:14,21
60:22 64:3 67:17
68:17 69:15 70:7,12
79:12 88:20 108:2
**dated**
6:10,15,20 7:9,14,21
35:15 51:22 52:15
53:15 55:24 60:10
68:16 70:6 94:16
97:12 98:5 107:11
**dates**
14:23
**day**
106:16 107:12,18
**deals**
76:13
**dealt**
76:15 78:8 100:10,12
100:13,14
**dear**
34:8,9 40:5,6 41:3
58:21,22 65:2,5,21
66:10
**death**
95:9 96:24 100:3,18
**Debtor**
1:11
**December**
104:10,19
**declare**
89:13
**Defendant**
1:8 84:19
**Defendant's**
84:19
**defendants**
2:21 82:19 85:25 86:3

**defendants'**
82:18
**defense**
90:19
**define**
22:5
**delivery**
62:20
**dental**
18:19
**DEPO**
107:6
**DEPONENT**
107:1
**deposed**
14:9
**deposit**
28:15 37:16 44:21
46:20 47:16 62:6
97:15 98:8 103:2
104:8
**deposited**
22:22
**deposition**
9:10 10:21 13:17,24
19:6 21:19 76:5 87:8
87:24 105:4 106:5,6
108:2
**deposits**
44:17 45:17,21 46:2
84:20,22 102:8
104:16
**describe**
72:17
**description**
6:4 7:4 8:4 46:11,15
51:8 55:6 57:14 64:4
69:16
**designate**
14:2
**destroyed**
75:11,19,21 76:3 86:21
**Dgentile@bakerlaw....**
4:16
**diagnosed**
24:22 31:6,7

08-01789-cgm Doc 21185-17 Filed 02/28/22 Entered 02/28/22 19:34:15 Ex. 17
Pg 114 of 128
Picard v Jacob M Dick Rev Living Trust          Andrea Firestone 9/14/2017

Page 113

**Dick**
1:18 2:2,2,4,6,7,10,13
2:16,16,19,19 6:6,9
6:22 9:15 14:10,21
15:3 23:4,6,7,8,14
25:7 29:12 31:24
34:14,15 40:12,14
41:19 47:17,25 53:14
53:15 55:23,24 58:25
59:5 60:9,10 64:22
65:7,12 68:15,16 70:5
70:6 80:9 94:23 97:15
98:8
**Dick's**
41:21
**difference**
48:19 50:7 70:24 71:4
**different**
73:11,12,14
**difficult**
18:12
**DiPascali**
39:21,22 40:6 41:3
**Diplomate**
3:10 106:22
**direct**
44:12 59:3
**directed**
97:4
**directly**
53:11
**disclose**
13:5
**discuss**
21:8
**disinterested**
106:8
**dispose**
74:11
**dispute**
102:9 103:7,9 104:8
**distraught**
96:23
**distribute**
58:7
**distribution**

59:7 100:14
**District**
1:2 9:18
**DIV**
80:19
**Divorce**
42:20
**divorced**
41:15
**doc**
21:4
**doctors**
36:25
**document**
29:20,25 32:15 33:17
34:11 35:19,25 36:10
39:6,12 42:9 45:6,14
46:24 48:22 51:13
53:3 55:11 57:17
59:19 60:2 64:7 67:7
68:7 69:19 78:19 79:9
79:13 82:3 88:8,16
89:4 92:2 98:21
**documents**
12:12 13:3 19:8,13
20:2,19,21,25 31:15
72:4,7,11,18 75:15
76:24,24 77:17 81:18
87:15 90:2 99:21
**doing**
18:4
**Dominic**
4:12 9:25 10:18 96:2
**DORAL**
2:8
**doubt**
38:21
**Douglas**
2:18 58:7 59:8 62:2
63:7
**Dr**
18:20 34:15 40:14
53:15 55:24 60:10
68:16 70:6
**draft**
93:2 94:2 96:9

**drafted**
93:5 97:4
**drawn**
49:8
**drop**
13:14
**Dtd**
1:18 2:3,5,7,10,13,17
2:19 9:15 34:15 40:13
80:10
**duly**
10:12 106:3
**DVD**
63:21 105:3

---

## E

**E**
4:1,1,18,18 10:10,10
10:10
**earlier**
94:21 99:9,13 102:7
**easier**
22:8 36:21
**East**
17:2
**education**
17:20
**educational**
17:14
**effects**
36:18 44:4
**effort**
36:20
**either**
25:16
**Elder**
43:2
**email**
4:8,16 26:9 74:4
**employed**
19:2
**employment**
18:9,23
**enable**
30:25
**Enclosed**

47:15
**enclosing**
65:15
**endorse**
98:14 100:16
**endorsed**
97:24
**endorsement**
97:21
**enlisted**
44:21
**ensure**
89:25 90:10
**entire**
52:3 65:11 74:23
**entirety**
65:10
**entitled**
85:25
**entity**
13:13
**entry**
54:15,20 56:23 57:5
61:4 69:9
**equitable**
86:2
**Eric**
65:5,22 66:10
**Erin**
58:22
**errors**
108:5
**ESQ**
4:4,12
**estate**
2:2,6,16,18 32:12
35:13 42:25 43:2
61:23 81:17 101:6,11
**et**
9:16
**evidencing**
103:2
**ex-husband**
32:25 33:2 76:19
**exact**
88:20

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 115 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 114

**exactly**
18:5 20:11,14 23:15
  24:10,24 26:16 73:13
  80:8 99:16
**examination**
2:23 3:6 5:1,3 10:15
  13:25 92:18 101:3
  102:5 103:16
**examinations**
13:18
**examined**
10:13
**Excuse**
71:10 93:17
**executor**
2:5 32:12 33:7,14
  37:23 94:7 101:6,9
**Exhibit**
6:5,6,8,10,13,15,18,20
  6:23 7:5,7,9,12,14,17
  7:19,21 8:5,7 12:16
  12:20 29:8,9 31:22,23
  32:2 33:18,20,23
  35:19,21 37:4 39:7,9
  45:7,9,14 46:4,25
  47:3 48:3,14,17,23
  49:2,25 50:4,5 51:3
  51:14,20 52:22 53:5,7
  54:4,15,20,23 55:12
  55:14 56:22 57:2,10
  57:18,19,21 59:15,20
  59:22 60:22 61:3
  62:16 63:24 64:9,11
  66:22 68:8,10 69:6,7
  69:8,12,21,23 70:13
  70:20 78:20,22,24
  82:5,9,22 88:9,12
  92:20 94:11,18 95:23
  97:10 98:4,19 102:18
  103:6,19 104:9,17,18
**exhibits**
6:1 7:1 8:1,11 13:3
  71:7
**expect**
30:22
**EXPIRES**

107:22
**explain**
85:19
**explained**
93:23 96:15
**extra**
98:20

---

### F

**F**
10:10 13:15
**facilitate**
44:17
**facilitated**
44:14
**fact**
81:20
**facts**
108:4
**failure**
84:18 85:10
**fair**
19:25 84:2,8 97:3
  99:23
**false**
89:22
**familiar**
27:10,12 95:6 97:18
  98:11
**far**
18:13 27:21 61:18
  86:25 103:9
**farther's**
45:18
**father**
21:13,13 22:16 23:3,19
  24:6 25:20 26:13
  30:14,22 31:12 35:12
  36:8,14,17 41:12 42:2
  42:16 43:9,13,16
  49:18 50:18,25 61:11
  71:22 72:24 73:2
  77:10 78:5,7,14,16
  79:16 81:17 88:3
  91:24 95:16 101:17
**father's**

19:19,21 21:15,17 24:4
  29:23 30:6 32:17 34:3
  34:12 35:13 36:11
  47:7 54:8,13 56:16
  61:23 67:15 68:23
  78:11 81:12,17 86:22
  87:3,6,10 94:8 95:9
  96:24 100:3,17
**fax**
74:3 80:14,15
**faxed**
28:8
**Fazio**
4:19 9:7
**federal**
83:16
**feeble**
44:5
**fictitious**
86:5,12
**figure**
49:24,25 52:20,21
  59:13,15 66:18,21
  67:3 69:6,8 85:21
**figures**
70:25
**file**
34:20 42:10 52:10
**filed**
9:16 76:19
**fill**
78:11
**filling**
77:15
**final**
78:11
**finances**
31:8 76:16
**financial**
31:3 101:19,22
**find**
34:11 47:15 92:23
**finish**
11:23 48:16 57:4
**Firestone**
1:23 2:23 3:7 5:2 6:2

7:2 8:2 9:1,21 10:1,5
10:17 11:1 12:1 13:1
14:1,17 15:1,17 16:1
16:23 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1,25 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1,23 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:3 107:3,16
**first**
8:8 10:12 19:23 34:7
  40:4 41:24 47:13
  58:20 64:15,24 84:16
  88:11 96:19
**firstly**
77:20
**five**
18:15
**flooded**
74:24
**Floral**
40:19
**follow-up**
100:25
**followed**
30:15,16
**following**
1:21 13:13 80:18

08-01789-cgm   Doc 21185-17   Filed 02/28/22   Entered 02/28/22 19:34:15   Ex. 17
Pg 116 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 115

**follows**
10:14 40:11
**foregoing**
107:5
**form**
86:6
**formal**
11:4
**formerly**
58:24 65:17
**forward**
22:4
**Frank**
39:21,22
**fraudulently**
82:17
**front**
22:6 50:10 60:18 68:21
  96:25
**full**
14:15 74:10
**function**
44:7
**functions**
33:6
**funds**
59:4
**further**
103:10 106:10
**furtherance**
40:7

**G**

**gains**
80:23 90:20
**garment**
18:17
**gathered**
77:24 78:2
**gathering**
77:16 78:4,9 81:18
**Gee**
16:9
**Geez**
28:14
**General**

6:13
**generally**
20:13
**Gentile**
4:12 5:4,6,8 9:25,25
  10:16,18 12:10,15,22
  13:9 14:6 20:23 21:5
  21:7 26:5 29:11 32:4
  32:10 33:22 35:23
  36:3 39:11,17 45:12
  47:6 49:5 51:16,18
  53:2,9 55:16 57:23
  58:2 59:24 63:11,22
  64:6,14 68:12 69:18
  70:2 78:25 79:2,7
  82:2,6,11 83:5 88:15
  92:11 98:22 99:4
  100:24 101:4 102:2,4
  102:7,12 103:12,17
  104:23
**give**
14:22 17:13 18:8 31:2
  36:14 63:9 74:21,22
  77:3 87:15 91:12,16
  103:12
**given**
13:3,11 21:21
**go**
18:7,13 32:14,15 45:20
  45:25 46:5,14 51:4
  54:22 57:9 63:23
  69:11 85:23 104:2
**God**
75:19
**going**
10:20,22 12:15 13:7,14
  22:4,5,21 27:3 29:6,7
  31:21,22 33:16,17
  35:17,18 37:3 39:5,6
  39:21 44:20 45:5,6,20
  45:25 46:5,22,23,24
  48:21,22 51:3,12,13
  51:17,19 52:4 53:2,3
  55:10,11 57:16,17
  59:18,19 63:14 64:6,7
  67:6 68:6,7 69:18,19

78:18,19 82:2,3,21,21
  85:6,22 88:7,8 90:18
  97:8 103:18 105:2
**Goldberg**
18:20
**Golden**
18:22
**Good**
9:3 10:17
**Goose**
18:22
**governs**
12:11,17
**Grand**
17:11 40:18 42:5
**grantor**
2:2
**guess**
24:16 25:11 28:7 34:25
  42:24 84:11

**H**

**H**
1:13
**hand**
106:16
**handed**
86:25
**handing**
12:23 45:13
**handle**
99:14
**handwritten**
6:20 42:7,12 49:14
  66:15 80:24
**happen**
28:10
**hard**
100:21
**head**
11:14
**headings**
46:8 54:25 57:12 64:2
  69:14
**hear**
71:8,11,15

**held**
9:10
**help**
24:10,17,17 25:19
  27:15 77:5,10,14
  81:15 86:16
**helped**
24:7,9 86:18
**helping**
25:10
**hereunto**
106:15
**history**
18:9,24
**home**
16:24
**HOSTETLER**
4:11
**Hurricane**
74:10,12,14
**husband**
76:13 77:4

**I**

**idea**
23:23 24:2 30:11,24
  36:16 43:10 45:4
  50:14,16 51:2 71:25
  79:10 81:3 86:13
  99:22
**identification**
12:21 29:10 32:3 33:21
  35:22 39:10 45:10
  47:4 49:3 53:8 55:15
  57:22 59:23 64:12
  68:11 69:24 78:23
  82:10 88:13
**identified**
45:22
**identify**
9:22 82:24
**impair**
12:3
**in-depth**
18:10
**including**

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 117 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 116

34:8 40:5 46:8 54:25
57:12 58:21 64:2 65:2
69:14
**income**
90:24
**INDEX**
5:1 6:1 7:1 8:1
**indicated**
12:7
**individually**
1:18
**information**
5:11 21:11 78:10 79:11
86:7 89:19 104:12
**Ingrid**
50:15
**INSTRUCTED**
5:15
**inter-account**
85:11
**interested**
106:11
**Internal**
86:8
**interrogatories**
8:9 88:11
**interrogatory**
103:22
**interviewed**
21:25
**introduce**
12:16 29:6 31:21 33:16
35:17 39:5 45:5 46:23
48:21 51:12 53:3
55:10 57:16 59:18
64:7 68:6 69:19 78:18
82:3 88:7
**invest**
23:19
**investment**
1:6,14 22:11 34:6
39:23 43:8,11,12
49:12 52:18 71:24
**INVESTOR**
1:3
**INVESTORS**

108:1
**involved**
75:16
**Ira**
19:18 32:24 76:5,22
77:4 87:3
**IRS**
20:15,16 86:6
**Irving**
1:13 10:2,19
**issue**
67:11
**issued**
63:6 65:11
**IV**
13:20

---

**J**

**J**
2:4,18 10:10 58:7 59:8
89:13
**J-E-R-R-E-L-L**
18:19
**Jacob**
1:18 2:2,2,4,6,7,9,12
2:16,16,19,19 6:6,9
9:15 14:10 23:6,7
29:12 31:24 34:14,15
40:12,14 47:17,25
53:14,15 55:23,24
58:25 59:5 60:9,10
64:22 65:7,12 68:15
68:16 70:5,6 80:10
94:23 97:15 98:8
**Jallim@chaitmanllp....**
4:8
**Jennifer**
4:4 10:3
**Jerrell**
18:18
**Jersey**
3:12
**Jessica**
3:8 10:7 106:22
**JESSIE**
2:24

**Job**
2:25 108:3
**jobs**
18:14
**JOCELYN**
2:11
**Jodi**
27:6 34:5,8,9,25 37:7
**John**
4:19 9:7
**joint**
38:10
**Jones**
27:8
**Joy**
1:23 2:23 3:7 5:2 6:2
7:2 8:2 9:1 10:1 11:1
12:1 13:1 14:1,17,20
14:20,21,21 15:1,3,9
15:14,16,17 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1,24 59:1 60:1
61:1 62:1 63:1 64:1
65:1,16 66:1 67:1,24
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:3 107:3,16
**JPMSAI0006305**
6:24 48:24

**judge**
11:3 12:25
**judicial**
91:18
**July**
7:22 79:14 99:7
**June**
23:8,14 25:7 40:17
41:16,18,19,21,21
42:4 78:17

---

**K**

**Kaplan**
7:15 19:20,20,24 20:3
20:4 21:9 33:11,11
42:21,21 62:9,10,14
62:14,20,20,24,25
63:5,6 64:17,18 78:8
78:8,10,10,13,13
81:22,22,23,23 93:6,6
93:25,25 95:9,10 96:4
96:5,20 99:19,19,24
99:24
**kept**
94:19
**Kert**
6:15 39:20,25 40:2
42:17
**kind**
65:3
**knew**
30:16
**know**
10:25 11:21 22:6 23:13
23:18,21,24 24:11
27:7 29:5 30:20 31:4
39:13 41:11 43:7,11
43:15,19,22,23 44:23
47:19 50:15 61:18
63:5,8 66:5,19 71:14
71:14,21 72:10 74:7
74:23 75:14,20 80:15
81:11 82:14 84:3,8,11
84:25 86:25 87:2,19
89:9 97:24 98:10,11
98:17,23 103:9

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

knowledge
75:24 76:3 84:24 88:6
  89:19 100:7
known
58:24 65:17

## L

L
1:6,10,14,15 4:18
  22:10 39:23 49:12
  52:17 53:12 55:20
  58:6 60:7 64:18 67:10
  68:14 70:4 71:23
  79:19 94:22 97:11
  98:4 99:7,12
Lake
3:16 9:12
law
40:3
laws
83:16,17 84:3,8,12
lawsuit
75:16
left
42:8 49:15 53:25 56:8
  60:17 68:20 83:24
  84:5 85:4 89:2
legal
11:4 101:13,23
legally
83:15
let's
18:14 63:11 95:22
  96:16 97:10 98:3
  102:16,16,18
letter
6:10,15 28:7 35:3,5
  37:6,9 39:18 40:7
  43:4 47:10 48:13
  49:25 51:22 52:3,5,17
  52:21 58:5,10,15,21
  59:11,14 62:12,16
  64:17,21,25 65:15
  66:10,13 67:9,18,21
  68:2 79:20 80:7,13
  93:3,5,8 94:3 96:4,5,6

96:9,18,19 99:6,10,11
  99:15
liability
82:18
Licensed
17:15
life
100:22
Lifland
12:25
line
41:3 46:5 51:4 52:22
  54:22 57:9 59:16
  60:23 63:24 65:21
  66:22 69:11 70:21,21
  80:7 84:16 102:20
  108:7,9,11,13,15,17
  108:19,21,23
liquidate
59:3
liquidated
65:9
liquidation
1:7,14 96:20
list
107:8
listed
34:14 45:22 48:2 49:10
  50:5 59:13 70:13,20
  103:5
lists
45:16
litigation
6:5 10:20 12:8,16,24
  74:13 75:17
little
89:9
live
25:16 42:4
lives
45:19
living
1:18 2:3,5,7,10,13,16
  2:19 6:7 9:15 25:14
  29:13 34:14 40:12
  47:18 53:14 55:23

59:2,5 60:9 64:22
  65:7,12 68:15 70:5
  80:10 97:16 98:9
LLC
1:7,15 22:11 39:24
  58:6 64:19 67:10
LLP
4:3 10:4 40:2 42:17
local
86:9
locate
88:2
located
9:11
location
25:17 107:6
long
17:2 18:3
long-term
80:22
longer
18:15
look
29:13 32:5 33:19 35:24
  39:12 50:10 54:3
  56:10 61:8 94:13
  95:22 97:10 98:3
  102:16,18 103:21
looked
72:20 98:24
looks
65:3 66:2
losses
80:23
lot
37:20 103:20
loud
104:6

## M

M
1:18 2:2,2,4,6,7,9,12
  2:16,16,19,19 6:6,9
  9:15 14:10 23:6,7
  29:12 31:24 34:14
  40:12 47:17,25 53:14

55:23 58:25 59:5 60:9
  64:22 65:7,12 68:15
  70:5 80:9 97:15 98:8
MADC0099_0000002
6:19 45:8
Madoff
1:6,10,14,15 21:25
  22:10,12,13 23:22
  34:5 39:23 49:12
  52:18 53:12 55:20
  58:6 60:7 64:18 67:10
  68:15 70:5 71:23
  79:19 86:7 91:24
  94:23 97:11 98:5 99:7
  99:12 108:1
Madoff's
90:24
MADWAA00267820
7:6 53:6
MADWAA00297797
7:8 55:13
MADWAA00299814
7:20 69:22
MADWAA00300724
7:13 59:21
MADWAA00302409
7:18 68:9
maiden
16:11 41:22
mail
26:9 73:25 74:3,5,6
mailings
40:13,17
maintain
28:21 35:12 75:15,18
maintained
22:16 43:16 49:18 59:4
  61:17 62:25 71:22
  76:2
manage
86:19
managing
76:17
Marcus
3:15 9:12
Margaret

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 119 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 118

50:13
**mark**
12:19 31:22 33:18
35:19 39:7 45:7 46:25
48:23 51:14 53:4
55:12 57:18 59:20
64:8 68:8 69:20 78:20
82:4 88:9
**marked**
6:4 7:4 8:4 12:20 29:7
29:9 32:2 33:20 35:21
39:9 45:9,13 47:3
49:2 53:7 55:14 57:21
59:22 64:11 68:10
69:23 78:22 82:9
88:12
**Marks**
2:4 14:21 15:15,24
16:20 31:19 40:14
56:18 58:25 65:17
89:13
**marriage**
41:24,24 42:2
**married**
23:14 25:6
**Marsha**
27:13 71:17
**massage**
17:15,17
**master's**
17:20
**match**
49:24 50:4 52:21 54:15
54:19
**matches**
50:24
**material**
13:10 14:4
**materials**
12:12
**matter**
22:2
**Maurice**
71:15
**mean**
38:7 44:10 77:6

**meaning**
13:5 19:7
**means**
30:20 85:14,16 91:16
**medication**
12:3
**Merit**
3:8
**messed**
58:23
**met**
23:22
**mid-2000s**
25:11
**mildew**
74:10
**mildewed**
74:24
**mind**
44:6
**minimum**
43:8
**minute**
12:13 39:13 63:9
**missing**
66:24
**mom**
25:2
**moment**
57:24 59:25 78:14 79:3
**money**
22:21 27:25 84:4,9
100:14
**moneys**
91:23
**month**
20:20,20
**months**
73:16
**morning**
9:3 10:17 34:10
**mother**
23:3,4,10,11

_____
**N**

**N**

**4:1,18 10:10,10**
**name**
9:7,20 10:18 14:15
15:20,24 16:3,11,14
19:17,21,23,24 27:2
28:23 31:18 32:21
34:17,25 35:8 37:10
41:22,24,24,25 52:7
56:17 58:17 67:23
71:15 76:8 80:3 81:25
**named**
30:18 37:23,25 38:7
61:13 95:18,19 106:6
**names**
14:18,24 23:2 27:3
**necessarily**
77:13
**need**
11:20 18:22
**needed**
24:16 26:14 27:17
77:17
**New**
1:2 3:12,12,13,15,16
4:6,6,14,14 9:13,18
17:3 34:19 40:15,19
52:9 80:12 106:24,24
106:25 107:7
**nodding**
11:13
**North**
61:13
**Notary**
3:14 106:25 107:20
**notation**
42:8,12,12 49:15 53:24
56:7 60:18 66:16
68:19 80:25
**note**
6:20
**noted**
107:8
**notifying**
13:6
**November**
75:2

**number**
9:19 24:14 34:13 35:20
36:10 40:21 41:7
42:13,14 47:2 48:24
49:17 50:23,24 51:15
53:5 55:13 57:19
59:21 64:9 68:24
78:21 80:12 81:13
98:10
**numbers**
38:22 44:8,10,10 45:8
68:9 69:21
**numeral**
13:20
**NYACR**
2:24
**NYRCR**
2:24

_____
**O**

**O**
4:18 10:10,10
**o0o-**
5:10
**o0o--**
4:21
**oath**
10:13
**object**
11:15
**Objection**
102:12
**objections**
8:7 88:10
**obligation**
11:6
**obviously**
37:20
**occupation**
17:23
**Ocean**
17:4 33:3 34:18 37:11
40:15 52:8 80:11
**odd**
73:24
**office**

08-01789-cgm   Doc 21185-17   Filed 02/28/22   Entered 02/28/22 19:34:15   Ex. 17
Pg 120 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 119

**9:11**
**officer**
91:18
**oh**
25:3 46:18 80:14 81:5
 85:8
**okay**
11:9,19,24,25 12:23
 14:7,22 15:2,3,7,13
 15:18 16:8,13,18
 17:16 18:3,7 19:2,25
 20:16,18,23 21:6,18
 21:21,24 22:13,17,18
 22:19,25 23:21,24
 24:3,19 25:9 26:11,24
 27:5,23 28:9,17 29:17
 29:18,24 30:12,18
 31:5,10,13,17 32:11
 32:14,20,24 33:6,12
 34:7 35:2,7,11,17
 36:7,14 37:3,8,14,19
 39:5,16 41:2,11 42:11
 42:16,21 43:3,7 44:12
 45:5,11,24 46:6,22
 47:5,7 48:21 49:4,21
 50:10,12 51:24,25
 52:11,20,25 54:3,11
 55:10 57:16 58:3,9,12
 58:17 59:10,13,18
 60:3,17 61:8,24 62:18
 63:5,23 64:13,20,24
 67:3,17 68:2,6 69:11
 73:2 75:8,12,25 76:15
 78:18 79:6,12 80:6
 81:9 82:2 83:13 84:2
 84:13 85:6,22 86:14
 87:13,19 88:4,7,14,23
 89:24 90:8,13,18
 91:25 92:10,12,17,24
 93:2,5 94:2,11,15,20
 94:21 95:22,24 96:15
 98:3,22 99:18,20,23
 100:11,20 102:14,19
 103:14,25 104:21,23
**old**
18:12 19:15

**opened**
95:10
**operative**
13:18
**opinion**
44:25
**order**
6:5 12:8,17,24 13:2,22
 13:23 19:13 59:8
 94:19
**original**
8:12
**outcome**
106:11
**Outside**
90:5
**overnight**
62:19

---
**P**
**P**
4:1,1,18
**p.m**
3:18 104:25 105:5
**page**
1:21 5:3 6:4 7:4 8:4
 29:24 30:4,7 32:14,15
 32:18 36:9,12 45:23
 46:4 52:13 54:4 56:10
 61:8 64:15 67:7 68:4
 79:25 82:12 83:6,11
 84:13 85:7,8,8,23,24
 89:4,6 90:13,15 103:8
 104:2,3 107:9 108:7,9
 108:11,13,15,17,19
 108:21,23
**pages**
73:9
**paper**
24:12,13
**papers**
75:9,9,10 77:17
**paperwork**
21:12
**paragraph**
12:14 13:8 34:8 47:14

52:2 58:20 82:13,16
 83:7,11 84:14,15 85:7
 85:8,23,24 89:8,11,12
**paragraphs**
40:5 64:25
**parents**
25:16
**Park**
4:5 40:19
**Parkinson's**
24:6,23 31:7 36:18
 44:4
**Parkway**
17:11 40:19 42:5
**part**
41:4 66:9,13 84:18
 85:10
**participation**
24:4 94:5
**parties**
9:23 106:13
**party**
13:6 91:2 104:7
**party's**
90:21
**Pascali**
40:6
**pass**
23:11 78:16
**passed**
23:10 25:2 61:23 78:6
 78:7,15
**Pause**
32:7 36:2 39:15 57:25
 79:5 103:15
**pay**
27:19 86:4,11
**payable**
59:7 65:11
**payee**
49:10 60:8 61:13 95:4
**payment**
90:19,21
**pending**
11:22
**perform**

33:7 42:22
**period**
104:10,13
**person**
13:12 22:13 26:21
 41:18 106:8
**personal**
76:12 77:7 100:6
**PHONE**
4:7,15
**Picard**
1:13 10:2,19 14:9
**place**
106:6
**plaintiff**
1:16 4:10 10:2
**Plaintiff-Applicant**
1:4
**please**
10:24 11:12 14:15
 34:11 36:5 46:5 47:15
 47:16,21 54:22 57:9
 59:25 63:23 64:25
 65:13 69:11 70:3 79:4
 79:8 80:7,17 82:12
 83:6
**point**
13:7 15:8 16:11 25:9
**pointing**
91:7
**Pollack**
40:17 41:16,18,21 42:4
**portion**
61:10 65:24
**portions**
14:2
**possession**
90:25
**possibility**
73:21
**possible**
40:23 62:24 63:3
**Possibly**
21:12
**power**
6:13 34:12 35:12 36:6

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 121 of 128
Picard v Jacob M Dick Rev Living Trust                 Andrea Firestone 9/14/2017

Page 120

36:15,23 37:15,21
38:5,6,12 56:16
101:18,21
**practically**
72:13
**preparation**
76:4 87:8,24 88:25
**prepare**
19:6 77:5,10,13,14
**prepared**
86:15
**present**
9:22 11:3
**previous**
68:3
**previously**
50:17 51:25 52:11
**print**
58:22
**prior**
41:25 76:18
**Pro**
1:5
**proceed**
10:8
**proceeding**
9:19 11:4 12:18 14:12
45:16
**proceedings**
63:17 105:5 107:5
**proceeds**
80:20
**produce**
74:17
**produced**
13:6 21:2,3
**profit**
85:11
**profits**
86:5,12
**progressed**
24:7
**prompt**
34:21 40:24 47:24
**proof**
82:20,25

**properly**
84:18 85:10
**PROTECTION**
1:3
**protective**
6:5 12:8,17,24
**provide**
79:10 80:18
**provided**
13:21 87:20 90:11 91:8
**provides**
101:22
**Public**
3:14 106:25 107:20
**punishment**
89:23
**pursuant**
89:14
**put**
20:24 96:25

---
### Q
**question**
11:18,22,23 24:12,13
26:13 27:17 57:5
83:19 84:7 90:6
**questions**
10:23,24 11:10,16
29:16 36:23 47:21
92:7,14 100:25
103:11
**quickly**
40:23
**quite**
18:6 20:10,11 28:23
41:5

---
### R
**R**
3:8 4:1,18 10:10,10
106:22
**R-H-O-D-A**
23:5
**rates**
90:22
**RDR**

2:24
**read**
12:13 29:14 34:7 40:4
40:11,16 41:2,6,8
42:7,11 46:7 47:11,13
48:9 49:14 51:5,25
52:4 53:24 54:24 56:7
57:11 58:20 61:10
63:25 64:20,24 66:15
68:19 69:3,13 80:6,13
80:24 81:2 82:14,15
85:2 89:8,14,15 90:18
102:20 104:5 107:4
**reading**
48:11 83:22
**reads**
43:5
**ready**
39:14
**really**
26:16 31:4 33:9 39:4
72:20 100:19
**Realtime**
3:9,11,13 106:23,23,24
**reason**
72:22 108:4,7,9,11,13
108:15,17,19,21,23
**recall**
77:2,6
**receive**
20:9 28:11 59:7 72:12
74:2 76:23 98:14
99:20
**received**
62:5 73:6,17
**receiving**
61:21
**recess**
63:16
**recognize**
29:20 31:10 32:6,8
102:10
**recollection**
34:23 61:16 81:16
**record**
9:4 12:14 14:16 20:24

21:6 52:3 63:15,21
105:3 106:7 108:4
**recoupment**
86:2
**recover**
83:9,15
**refer**
22:9,12,21 37:4 51:19
62:15 67:6 103:18
**reference**
40:9
**referenced**
68:3
**referred**
23:25
**refers**
91:4 92:3
**reflected**
90:24 104:9
**refresh**
34:22 61:15 81:15
**regards**
91:19,23
**Registered**
3:8,9 106:22
**Regus**
3:15 9:11
**REID**
2:8
**related**
106:12
**relating**
14:3
**relative**
75:15
**remember**
16:9,12 19:23 24:24
25:24 26:7,16,25
27:14 28:6,7,15,22
33:9 38:2,9,10,11,11
38:17,19,22,24 39:4
44:8 61:21 63:4 72:19
73:13 77:21,22,23,25
78:3,9 81:25 93:24
95:15,17,21 100:19
100:22

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 122 of 128
Picard v Jacob M Dick Rev Living Trust              Andrea Firestone 9/14/2017

Page 121

rephrase
10:25
reported
2:24 86:5,7 90:23
    106:8
reporter
3:8,9,10,11,11,13,14
    10:7 11:9 26:3 33:18
    35:18 39:7 45:7 46:23
    46:25 48:23 51:14
    53:4 55:12 57:18
    59:20 64:8 68:8 69:20
    78:20 82:4 83:2 88:9
    106:1,22,23,23,24,24
Reporting
9:9
represent
9:24
represented
42:17
representing
10:19
request
34:2 65:8 93:15,19,20
    99:12
REQUESTED
5:11
requesting
27:25 34:16 37:10 52:6
    62:13 96:20 99:8
requests
38:14
required
86:4,11
reside
17:4,10
resided
33:3
residence
37:12
respect
64:15
respective
106:14
respond
11:13

Respondent
104:7
responding
90:20 91:2
response
11:23 83:3 91:8,9,10
responses
83:21 85:19 88:10
    89:17,21,25 90:11
    103:23
responsibilities
101:10,14,23
retail
18:21
retrieve
20:2,18
return
78:12
returns
20:15,15,16 21:15,16
    76:16 77:5,11,15
    81:18 86:15,18,23
    87:9,10
Rev
1:18 2:2,5,7,10,13,16
    2:19 9:15 53:14
Revenue
86:8
reverse
54:5 56:11 61:9
review
19:8 57:24 59:25 72:7
    79:3 90:2
Revocable
6:6 14:10 29:12 34:14
    47:17 55:23 59:2,5
    60:9 64:22 65:7,12
    68:15 70:5 80:9 97:16
    98:9
Rhoda
23:4
Richard
71:19
rid
74:25
right

22:24 28:23 30:19
    42:13,13 66:16 74:15
    80:25 104:12,20
RIO
2:11
Rockefeller
4:13
role
30:12
Roman
13:19
Rosalie
27:11
Roslyn
29:2 49:9 50:18,23
ruined
74:9
Rule
13:17,25

─────────────────────
                S
─────────────────────
S
4:1,18,18 10:10
S-C-H-A-L-L
19:18
Sandy
74:10,12,14 75:6 76:3
    86:21
Savings
28:18 29:2 49:9 50:18
    50:23
saying
44:24 60:23 65:25
says
13:9,16,20 40:9 47:19
    62:21 65:21 66:20
    81:3,5,10 82:16 84:17
    95:2 97:15
Schall
19:18 20:6 21:9,10
    76:6 87:3
schedules
80:23
school
17:17
scribble

81:8
se
77:14
second
40:16 41:23 54:4 56:10
    67:7 90:14 96:6,17
second-to-last
89:4
secondary
17:19
section
13:19
securities
1:3,7,14 22:11 34:6
    39:24 49:13 52:18
    58:6 64:18 67:10
    71:24 83:16 108:1
Security
40:21
see
24:13 27:4 66:8,8,12
    81:7,8,10 88:2 96:5
    96:16 102:25
seeks
83:8,14
seen
31:14 88:16
send
34:16 52:7 65:13
sent
37:11 40:13,18 62:12
    72:4
sentence
52:5 85:16
separate
73:8
September
1:24 3:17 6:3,21 7:3,14
    8:3 9:2,5 47:12 67:19
    106:16 107:6 108:2
series
10:22
served
88:21
Service
86:8

08-01789-cgm   Doc 21185-17   Filed 02/28/22   Entered 02/28/22 19:34:15   Ex. 17
Pg 123 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 122

services
42:22
set
8:8 86:2 88:11 106:15
sheet
45:22
short
87:6
short-term
80:22
shoulders
11:14
shown
13:11
shrugging
11:14
side
54:5 56:11 61:9
sign
36:25 38:12 93:12 97:5
  100:8
signature
30:3,7 31:11 32:17
  35:4 36:11 47:8 52:12
  54:8,13 56:13 58:12
  67:20 79:24 89:5
  107:1
signatures
50:11
signed
12:25 31:18 35:8 65:16
  93:12 94:9,10 96:25
signing
12:7 31:15 38:3 96:6
simply
22:21,22
Sincerely
47:24
SIPA
1:7,14
small
90:16
SMB
9:19
Social
40:20

somebody
26:6 91:17
sorry
16:4,9 35:3 43:3 46:14
  48:16 51:17 53:22
  55:3 57:19 69:7 73:5
  80:8 82:15 84:13 85:7
  85:23 86:16 90:14
  94:17 103:12
sort
26:11
sound
27:10,12
Southern
1:2 9:17
speak
19:9,12,14 25:23 26:20
  26:20 36:25 43:22
  87:25 90:3
speaker
26:4
speaking
22:7,10,15
specifically
11:17 13:8 27:24
split
40:10 41:12
spoke
19:10,15 26:22 34:23
  76:5 87:7,23 90:4
Spring
71:19
stack
72:12 73:6
stamped
61:11
start
18:14 25:10 63:21
started
15:23 16:13 18:11
state
3:14 14:15 83:15 86:8
  106:25
stated
91:24
statement

73:10 84:25
statements
72:15,17,22,25 73:3,9
  74:3,8,18 76:25 77:4
  90:24 91:17,17 92:3,8
states
1:1 9:17 34:11
stating
56:15
stayed
18:15
steps
19:5 89:24
stipulation
21:4
Stone
50:15
store
18:21
straight
15:19
Street
17:2
strike
93:15 102:16
Sturlingh
2:18 58:7 59:8 62:2
  63:7
subject
80:6 89:22
submit
38:15
subparagraph
13:15,19 90:16
SUBSCRIBED
107:17
subsequent
99:25 100:17
Substantively
1:8,13
Success
3:16 9:13
sued
75:2,21
suffering
36:18 44:3

sufficient
59:3
Suite
3:16 9:12
sum
47:16 59:9
summary
17:13 18:8
supposed
75:14
sure
14:25 18:5,6 20:10,11
  28:24 38:25 41:5,10
  73:23 102:4
SUZANNE
2:15
swear
10:7
sworn
10:12 91:17 106:4
  107:17

---
T
---

T
4:18 10:10
take
11:24 19:5 29:13 32:5
  33:19 35:24 39:12
  57:24 59:25 63:10,11
  79:3 89:24
taken
3:7 21:19 22:23 62:9
  63:17 82:20 106:5
  107:5
talk
21:5
talking
22:12 65:21
tax
21:15,15 76:16 77:5,11
  77:15 78:12 81:18
  87:9,10 90:22
taxes
27:21 76:20 86:4,11
  90:20,22 99:14
  100:13

Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 123

| | | | |
|---|---|---|---|
| **taxing** | **17:15** | 57:14 64:4 65:19 | **turned** |
| 86:9 | **thing** | 69:16 | 75:22 |
| **technician** | 11:21 29:15 98:7 | **transactions** | **two** |
| 9:8 | **things** | 31:3 80:21 | 17:18 22:15 40:10 |
| **telephone** | 27:21 31:8 78:2,3 86:6 | **transcribed** | 41:12 45:18 48:9 50:8 |
| 26:9,10,11 34:10 | **think** | 106:9 | 50:11 64:25 70:25 |
| **tell** | 21:3 29:2 40:8 46:12 | **transcript** | 75:5,21 |
| 11:6 29:22 30:9 32:5 | **thinking** | 8:12 14:3 107:5 | **type** |
| 33:24 36:4 39:18 43:4 | 95:8 | **transcription** | 41:4 66:8,9 |
| 49:6 50:22 53:10,16 | **third** | 108:5 | **types** |
| 53:19 54:7 55:17 58:3 | 52:4 102:20 | **transfer** | 76:23 |
| 60:4,14,18 64:16 67:2 | **thought** | 22:20 93:14 | |
| 67:8 68:13 70:3 79:8 | 44:2 94:19 | **transfers** | |
| 85:13,15 86:10 88:19 | **thousand** | 85:11 | **U** |
| 91:3 | 38:20 | **treated** | **Uh-huh** |
| **tells** | **three** | 13:4 | 11:8 15:10,22 26:15 |
| 11:17 | 40:4 | **true** | 29:19,21 32:23 35:16 |
| **tenant** | **throw** | 89:18 106:7 107:7 | 48:5 50:20 56:12 |
| 1:19 | 27:3 | **trust** | 65:23 75:4,7 80:5 |
| **term** | **Thursday** | 1:18 2:3,5,6,7,9,10,12 | 83:12 90:17 94:25 |
| 22:14,20 | 1:24 3:17 6:3 7:3 8:3 | 2:13,14,17,19 6:7 | 95:5 101:2 102:23,25 |
| **terms** | **time** | 9:15 14:10 19:19,22 | 104:4 |
| 22:6 | 9:5,21 10:23 11:20 | 29:13,23 30:13,19,23 | **um** |
| **Testament** | 26:4,21 28:8 31:17 | 34:15 37:20 40:12 | 25:18 |
| 6:8 31:24 | 32:20 33:4 35:2,7 | 42:23 47:18 53:14 | **undersigned** |
| **testified** | 56:18 58:18 63:13,19 | 55:24 59:2,5 60:10 | 65:13 106:2 |
| 10:13 44:13 50:17 | 67:24 72:8,13 73:6 | 64:23 65:7,12 68:16 | **understand** |
| 52:12 94:21 99:9,13 | 74:20 76:17 77:5 80:4 | 70:6 80:10 94:8,23 | 10:24 11:7 14:8 83:19 |
| 101:5,17 | 87:6,12 96:22,23 97:8 | 97:16 98:9 | 85:4 89:20 90:6 91:5 |
| **testify** | 100:7,21 104:24 | **trusted** | 93:7,13,18,20 96:12 |
| 12:4 | 106:5 | 30:14 | 96:21 97:7 |
| **testifying** | **times** | **trustee** | **understanding** |
| 11:5 | 25:25 | 1:13 2:4,6 30:19,23 | 92:5 |
| **testimony** | **today** | 58:25 82:17,20,25 | **Understood** |
| 13:3 21:22 32:7 36:2 | 9:4 10:21 13:4 85:18 | 83:8,14 91:9 104:11 | 100:23 |
| 39:15 57:25 79:5 | **told** | **trustee's** | **United** |
| 90:21 91:3,10,12,16 | 43:25 73:2 81:19,21,23 | 8:5,8 45:15 82:8 84:17 | 1:1 9:16 |
| 91:22,25 92:2 103:15 | 93:9 99:16 | 85:9 88:10 90:25 | **use** |
| 106:7 | **top** | **truth** | 16:3 22:14,20 29:3 |
| **Thank** | 42:12 61:10 80:25 | 11:6 | |
| 36:22 100:20 104:21 | **totally** | **trying** | **V** |
| **Thanking** | 100:4 | 28:14 | **v** |
| 34:20 40:23 47:23 | **TRANS** | **turn** | 1:17 14:9 |
| **Thanks** | 47:20 | 29:24 36:9 82:12 83:6 | **vaguely** |
| 100:23 | **transaction** | 85:7 89:3 90:13,15 | 28:6 |
| **therapist** | 46:11,15,16 51:8 55:5 | 92:20 | **video** |
| | | | 9:6,7 63:20 105:2 |

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 125 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 124

**videographer**
4:19 9:3 10:6 63:13,19
  92:13,17 104:24
**VIDEOTAPED**
2:23 3:6
**vs**
108:1
**vs-**
1:5

---

**W**

**W**
17:10
**Waack**
2:24 3:8 10:7 106:22
**walk**
28:4
**Walnut**
17:2
**want**
29:15 80:9 92:22
**wanted**
30:15,16
**wasn't**
44:5 66:5 84:7
**way**
13:12 30:16
**We'll**
21:5
**we're**
22:7 63:14,20 71:6
  85:18 105:2
**weeks**
73:16
**Weinberg**
40:2 42:17
**went**
16:20 17:17 61:25 92:6
  92:8
**weren't**
38:7 74:19 95:18
**West**
40:18
**WHEREOF**
106:15
**whited**

65:4,20 66:3,4,5
**wife**
23:10 41:17
**willfully**
89:22
**wishes**
30:15
**withdraw**
51:17 84:4,9
**withdrawal**
55:8 62:13 64:5 69:17
  104:8
**withdrawals**
44:14 45:17,21 46:2
  51:10 57:8,15 82:19
  82:22,24 83:8,14,18
  85:12 104:17
**withdrawn**
22:24 35:3
**within-entitled**
106:4
**witness**
1:23 4:2 5:2,15 6:2 7:2
  8:2 9:20 10:4,8,11
  13:16 32:8 39:16
  45:11 47:5 49:4 64:13
  79:6 83:4 88:14 98:23
  106:15
**witness's**
106:7
**witnessed**
31:14
**witnesses**
13:20
**woman**
26:23
**Woodmere**
25:14,17 34:18 37:12
  40:15 52:8 80:11
**words**
77:16 83:23
**work**
28:5 39:22,25 90:9
**worked**
18:17,19,21
**working**

18:11
**wouldn't**
44:23
**write**
99:11,15,17
**writing**
24:17 65:8
**written**
53:20 54:19 58:10,11
  69:3,4
**wrong**
16:17
**wrote**
35:2

---

**X**

---

**Y**

**Y**
10:10
**yeah**
14:25 18:25 20:17
  23:18 27:21 62:17
  77:8 85:8 92:15
**year**
15:5 86:3,11 87:14
  88:22,23 90:23
**years**
17:8,18 18:12,16 25:4
  31:15 73:16 75:5,21
  80:17 86:15,18 87:19
**Yep**
54:6 92:25
**York**
1:2 3:12,13,15,16 4:6,6
  4:14,14 9:13,18 17:3
  34:19 40:15,19 52:9
  80:12 106:24,24,25
  107:7

---

**Z**

---

**0**

**0**
41:10
**0.14**
71:4

**0.29**
48:19 50:9
**0.49**
66:20 69:10
**0.99**
66:20
**05**
99:8
**07**
99:8
**08-01789(SMB)**
1:6

---

**1**

**1**
6:5 12:16,19,20 46:8
  46:19 51:6,7 54:24
  55:2 57:11,13 60:23
  63:25 64:3 69:15
  70:14 80:19 108:4
**1-CM325**
22:18 41:12
**1-CM325-3-**
41:9
**1-CM838**
81:12
**1-CM883**
22:18 42:10 45:23
  49:16 81:4 82:23
  84:21
**1-CM883-3**
54:2 56:9 60:20 68:22
**1-CM883-3-0**
34:13 59:6 64:23 67:14
**1-CM883-4**
47:18
**1-CM884**
42:10
**1,409,474**
66:19
**1,509,474**
64:5 67:3
**1,509,474.49**
69:5 97:13
**1,518**
102:24

08-01789-cgm    Doc 21185-17    Filed 02/28/22    Entered 02/28/22 19:34:15    Ex. 17
Pg 126 of 128
Picard v Jacob M Dick Rev Living Trust                    Andrea Firestone 9/14/2017

Page 125

**1,752.86**
70:11,19 71:3 98:6
**1,753**
69:17 71:3
**10**
5:4 13:8 25:4 51:14
    53:5,7 54:4 94:17
    104:2
**10-04570**
9:19 14:13
**10-04570(SMB)**
1:13
**10/7/08**
70:8 98:5
**10/7/2008**
69:12,15 70:16,22
**10:09**
9:6
**10:11**
3:18 9:2
**100,000**
34:18 37:11 51:11 52:8
    52:21 53:21,23 54:19
    55:9 56:3
**10022**
4:6
**101**
5:6
**10111**
4:14
**102**
5:7
**103**
5:8
**104,928**
46:21 48:18
**104,928.29**
47:16 48:10 49:23
**1044**
42:15
**1099**
80:19 86:6
**1099-B**
80:20
**1099s**
99:8

**10Copy**
7:5
**11**
55:12,14 94:17 104:10
**11:20**
63:14
**11:22**
63:18
**11:26**
63:20
**11005**
40:19
**11561**
17:3
**11598**
40:15
**11958**
34:19 52:9 80:12
**11Copy**
7:7
**12**
6:5 57:19,21 62:16
    92:20 94:17
**12:19**
104:25
**12:21**
3:18 105:5
**12Letter**
7:9
**13**
57:18 59:20,22 94:11
    94:18
**13Copy**
7:12
**14**
1:24 3:17 6:3 7:3 8:3
    9:2,5 64:9,11 69:6
    95:23 107:6 108:2
**14Letter**
7:14
**15**
68:8,10 69:7 70:18
    95:25 97:10
**15Copy**
7:17
**16**

18:11 69:21,23 85:24
    98:4
**16Copy**
7:19
**17**
6:11 78:20,22,24 98:19
    98:23
**1746**
89:15
**17Letter**
7:21
**18**
82:5,9
**185025**
7:5
**18Answer**
8:5
**19**
7:9 59:12 88:9,12
    103:19
**195830**
7:7
**196**
17:4 33:3 34:18 37:11
    40:14 52:8 80:11
**1974**
15:6,20,21 16:5
**1979**
3:15 9:11 23:12,16
**1988**
15:11,21 16:2
**199207**
7:12
**1993**
15:15,24 16:2,6 17:9
**199571**
7:17
**19Responses**
8:7
**1CM325**
6:18

─────── **2** ───────

**2**
6:6 29:8,9 45:23 46:4,8
    46:10,13,19 51:6,7

54:24 55:4,5 57:11,14
    61:8 63:21 64:2,4
    69:13,16 80:20 105:3
    108:4
**20**
82:13,16
**2000s**
25:13
**2004**
6:16,21 13:17,25 43:6
    47:12
**2005**
80:17
**2006**
15:16 16:14,19 80:17
    104:10
**2007**
6:11 36:17 80:17
    104:19
**2008**
7:9,15,22 59:12 67:19
    76:18 78:17 79:14
    99:7
**2009**
16:19,19
**2010**
75:2
**201098**
7:19
**2011**
18:6
**2012**
15:17 16:14,16,22
    74:16
**2014**
17:9 74:14
**2017**
1:24 3:17 6:3 7:3 8:3
    9:2,5 106:16 107:6,12
    107:18 108:2
**20th**
40:7
**21**
15:4 53:6
**210**
3:16 9:12

Picard v Jacob M Dick Rev Living Trust                Andrea Firestone 9/14/2017

Page 126

**212**
80:14,16
**212-589-4200**
4:15
**21st**
106:16
**22**
7:22 79:14 99:7
**23**
85:23,24
**239-1400**
47:22
**24**
82:12
**2410**
68:9
**25**
85:7,8
**26**
83:6,11
**27**
6:16 43:6 84:13 85:7,8
**270-20**
17:10 40:18 42:5
**29**
6:7

───────────
**3**

**3**
6:8 7:14 31:23 32:2
   45:8 46:16 48:4,17
   67:19 80:22 102:22
   108:5
**3/7/2005**
102:21
**30**
29:24
**300**
39:3
**30553**
2:25 108:3
**32**
6:9
**33**
6:12
**35**

6:14
**37**
83:7,11
**39**
6:17

───────────
**4**

**4**
6:10,21 33:18,20,23
   36:9 37:4 46:8,17,19
   46:20 47:12 49:19
   50:5 51:20
**4/17/07**
35:15 51:23 52:15
**4/18/07**
53:18 54:15
**4/18/2007**
51:5,7 52:23 54:17,20
**4/6/01**
1:18 2:3,5,7,10,13,17
   2:20 9:16 34:15 53:15
   55:24 60:10 68:16
   70:6 80:10
**4/6/01,'**
40:13
**4/9/08**
56:6
**4/9/2008**
54:23 55:2 56:23 57:5
**45**
4:13 6:19
**46**
84:14,16
**465**
4:5
**47**
6:22
**48398**
42:15
**49**
6:24

───────────
**5**

**5**
6:13 35:19,21 51:6,9
   51:10 52:22 54:24

55:7,8 57:6,11,15
59:15 61:3 64:2,5
66:23 69:8,13,17
70:20 71:3
**50**
38:18 72:12 73:6,8,9
**500**
38:23
**516**
47:22
**53**
7:6
**55**
7:8
**57**
7:11
**59**
7:13

───────────
**6**

**6**
6:15 39:7,9 104:2,19
**622**
64:10
**634**
35:20
**635**
17:2
**6390331970**
6:23
**64**
7:16
**68**
7:18
**69**
7:20

───────────
**7**

**7**
6:18 45:7,9,14 46:4
   48:3,17 50:5 51:3
   52:22 54:15,20,23
   56:22 57:2,10 59:15
   60:22 61:3 63:24
   66:22 69:8,12 70:13
   70:20 82:22 102:18

104:17
**701004071**
98:9
**7010040714**
97:17
**725**
59:21
**75,000**
57:15 58:8 59:9,14
   60:13 61:7 63:7 94:24
**78**
7:23

───────────
**8**

**8**
6:20 46:25 47:3 48:14
   49:25 90:15
**8.1**
2:6,9,12,14
**8/25/08**
60:16 94:16,23
**8/25/2008**
57:10,13 59:16 60:24
   61:4,20
**815**
69:22
**82**
8:6
**83**
80:14
**838-4061**
80:16
**88**
8:9
**88162**
47:20
**883**
81:10
**888-759-1144**
4:7

───────────
**9**

**9**
6:23 32:15 48:23 49:2
   50:4
**9/10**

Picard v Jacob M Dick Rev Living Trust            Andrea Firestone 9/14/2017

Page 127

|  |  |  |  |
|---|---|---|---|
| 66:17 | | | |
| **9/10/08** | | | |
| 68:18 97:12 | | | |
| **9/16/08** | | | |
| 63:25 | | | |
| **9/16/2008** | | | |
| 64:3 66:23 69:9 | | | |
| **9/8/2004** | | | |
| 46:6,10 48:3 | | | |
| **92** | | | |
| 5:5 | | | |
| **98** | | | |
| 55:13 | | | |