# EXHIBIT 7

CHASE

CK6 OUT    WIRE    TRANS    HY DEPOSIT    BALANCE    DATE    BALANCE

(1,899,975.56)    -1,000,000 in MZ  -1,375,000.00 in RVG  -150,000 in Malibu +4,000 in oakdale                                         CLOEUS45
(330,000.00) NL    -3,000,000 Fischoff  -600,000.00 BOAN  -1,500,000 in Geldenberg                                                     6    6    314,139,733.11
(1,579,935.00) CHELSEA  -244,000 Auger +5,002,011.00 PEMA +379,107.28                                              +562,011.75  +390,000.00  6/12  317,627,505.39 (+17,600)
-72,000.00 SMALL   -250,000 MAISEL +5,000,000 PEMA +379,107.28                                                                          6/17  317,627,505.39
-500,000.00 SMALL  -305,000 in BLM                                                                                                      6/18  313,857,522.91
(328,000.00)       -100,000 in BLM                   +62,017.52 +1,190,000.00                                                           6/19  316,608,002.91
-600,000 in Blue Lake  -150,000 PAUL +3,000,000 Evenstad   +1,000,000 Zeawalt Z/                             +1,000,000.00 Hayman    6/20  291,858,009.00
(270,411.00)       -400,000 in bills -50,000 in Maier... +654,891.00                                                                    6/23  296,536,281.35
-300,000 – BFS                                                                                                                          6/24  294,734,256.38 +130,000
(623,500) -        -75,000 – CHAS +500,000 Asaminski +3,099,975 CARLYN +800,000 LTWIN  4 +500,000 Chamun                                 6/25  261,351,809.95
(1,220,270) AR     -450,000 Amblat  -3,000,000 in Bills   Shirley Chais 567.35 +419,788.58                                               6/26  300,929,895.29
-1,300,000 SACHS   +250,000 INGDIVID +2,998,387.35 UAtken +250,000 Levenbach +1,000,000 Shoemakar         -22,244,008.72 R             6/27 315,112 304.13
(2,000.00) AG      -50,000 MENGENBA +3,000,000 Atten +250,000 Lickfeld                                                                   6/30 350,233,155.38 +1,340,000
-7,000,000 PICOWER                  +1,000,000 Shoemakar                                                                                 7/1  350 ...
(2,981,000)        -1,000,000.00 ATTKEN                   +2,700,000.00 +5,000,000 B&M Family Ltd         +500,000 Alpern Family Ltd   7/2  163,254,892.69
-4,000,000 Misbeng  -15,000,000 Kayner -7,000,000 MSFAM +7,000,000 Shoemaker                                                             7/3  400,486,812.68
(8,112,446.43)    -70,000,000 in steiner                                                                                                 7/9  140,041,336.68
-1,000,000 Branch  +2,200,000 Schauk +291,642.78 +5,000,000 Alpern Family                                                                11/26 66,026.51
(251,557.44)      +100,000 Branch   +2,200,000 cohmesh(?) +466,000 -4444 +39,000 MTWEST                                     11/20 Bellmsl6
-50,000 Solon     -1000000 Picovur  1,000,000 Mullsm  1,598,326 Cadmus                                 1/24  Anderson                    
(194,219.40)      +500,000.00 Taylor                                                                     6/27                             
-150,000 wall     +1000000 Trogen                         -50,000 Allga                                                                  
(1,790,000.00) Schmidt +10,000,000 Fisher +500,000 Cohen(?)  Pickel +45,000,000 Blum                                                     
-50,000 PENN ...    +45,918 Hilton  +150,000 Coots Koltoniky... 328,000.00                                                              
(180,376)           +300,000 Schulman -700,000 BOA +3,629,559.14 Sterling(?)                                                            
-550,000 NL         +500,000 in Bonds - 2,388,000.00 gulf                                                                                
(140,000.00) NL     -2,000,000 in LU                                                                                                     
-500,000 NL         +12,000,000 Pickower  +500,000 Picower +1,750,000 Olama                                                              
(180,000) ANNETTE                                                                                                                        
(1,405,000) NL    -2,000,000 ?? +750,000 Picower - bigus                                                                                 
+1,000,000                                                                                                                               
(12,999,935)     - Bay +42,703... -500,000 ... 757,878.49 - Bigus                                                                        
+1,000,000                                                                                                                               
(140,000) Annette                                                                                                                        
+100,000                                                                                                                                 
(150,000 )         +400,000 ... +1,500,000 Dubin                                                                                         
(150,000 )         +150,000 ... - Robins -71,000 Hipes - Chais                                                                          
(2,135,585.04)    +450,000 ...  100,000 Assoc -15,000.00 Fund                                                                            
(1,929,935)       +150,000 ...  - 1,571 Kode +3,000,000 Asset                                                                            
(2,700,000.00)    +100,000 Grosh                                                                                                         
(67,700,000.00)   +465,000 RP  +3,115,585 Tom Lebret... +155,000.00      +100,000 turbo                                                 
(110,000.00)      -2,100,000 to(?) +12,000,000 master(?) +1,913 352 ...                                                                 
                  -150,000 Hayman