# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
- 65 cks out
+ 20 Wire In - Westwood
+ 200 " " - Primeo CLB
+ 500 " " - N Sachs
+ 1100 " " - Schupak
+ 2000 " " - Yesod
+ 3000 " " - BPI Multi Advisors
+ 1762 My Deposit 200H CLM 500H ETM 278H ARB 784 ArB
- 14200 Tony Out
- 27300 Wire Out - Bankers
- 32800 " " - Bk of NY
- 10000 " " - Credit Lyons
+ 15000 W.L. Deposit
+ 22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  Bal 3-28
- 15 823  Cks out *
-    369  ck out - Monroe
-    175  Wire Out - Marden
-    650    "    "  - Cigna
-   1000    "    "  - Tremont
-   1000    "    "  - Stan (Brighton)
-   9000  Tony Out
+ 27300  Wire In - Chem
_____
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1 N.C.
   "       80 mil    4-1 Picower
Wiring Out  545 M    4-5 Picower
          1.7 mil    4-1 Marden
          150 M      4-1 Marden
          100 M      4-1 Mald/Auld
          2 mil      4-1 Hadassah
          50 M       4-2 Marden
          250 M      4-2 Goodman
          1.875 M    4-3 Greenwich
          1 mil      4-4 Lagoon

MADTSS00244688