# EXHIBIT 2

**Documents Considered**                                                                                          **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | MDPTPP01153662 | MDPTPP01153666 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | MDPTPP01153675 | MDPTPP01153677 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | MDPTPP01153679 | MDPTPP01153683 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | MDPTPP01153697 | MDPTPP01153699 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | MDPTPP01153708 | MDPTPP01153710 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | MDPTPP01153712 | MDPTPP01153718 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | MDPTPP01153733 | MDPTPP01153737 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | MDPTPP01153747 | MDPTPP01153751 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | MDPTPP01153753 | MDPTPP01153758 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | MDPTPP01153772 | MDPTPP01153775 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MDPTPP01153781 | MDPTPP01153785 |
| 10-04570_Dreyfus_0000001 | 10-04570_Dreyfus_0000038 | MDPTPP01153787 | MDPTPP01153790 |
| 10-04570_FIACAA0000001 | 10-04570_FIACAA0000253 | MDPTPP01153804 | MDPTPP01153808 |
| AMF00254445 | AMF00254526 | MDPTPP01153816 | MDPTPP01153819 |
| AMF00277617 | AMF00277637 | MDPTPP01153821 | MDPTPP01153825 |
| Capital_One_JMD_0000001 | Capital_One_JMD_0000050 | MDPTPP01153840 | MDPTPP01153845 |
| DICK.SCHALL 000001 | DICK.SCHALL 000018 | MDPTPP01153854 | MDPTPP01153858 |
| JPMSAB0001937 | JPMSAB0001982 | MDPTPP01153860 | MDPTPP01153865 |
| JPMSAF0056306 | JPMSAF0056306 | MDPTPP01153877 | MDPTPP01153882 |
| JPMSAF0066680 | JPMSAF0066680 | MDPTPP01153894 | MDPTPP01153899 |
| JPMSAF0069938 | JPMSAF0069938 | MDPTPP01153916 | MDPTPP01153918 |
| JPMSAF0070284 | JPMSAF0070284 | MDPTPP01153932 | MDPTPP01153938 |
| JPMSAF0071769 | JPMSAF0071769 | MDPTPP01153955 | MDPTPP01153960 |
| JPMSAI0006297 | JPMSAI0006297 | MDPTPP01153971 | MDPTPP01153976 |
| JPMSAI0006305 | JPMSAI0006305 | MDPTPP01153988 | MDPTPP01153994 |
| MADWAA00267820 | MADWAA00267821 | MDPTPP01153997 | MDPTPP01154001 |
| MADWAA00297797 | MADWAA00297798 | MDPTPP01154026 | MDPTPP01154027 |
| MADWAA00299814 | MADWAA00299815 | MDPTPP01918929 | MDPTPP01918929 |
| MADWAA00300724 | MADWAA00300725 | MDPTPP01918947 | MDPTPP01918951 |
| MADWAA00302409 | MADWAA00302410 | MDPTPP01918981 | MDPTPP01918985 |
| MDPTPP01153557 | MDPTPP01153560 | MDPTPP01919134 | MDPTPP01919139 |
| MDPTPP01153574 | MDPTPP01153578 | MDPTPP01919188 | MDPTPP01919193 |
| MDPTPP01153594 | MDPTPP01153598 | MDPTPP01919207 | MDPTPP01919211 |
| MDPTPP01153606 | MDPTPP01153609 | MDPTPP01919213 | MDPTPP01919216 |
| MDPTPP01153611 | MDPTPP01153615 | MDPTPP01919218 | MDPTPP01919219 |
| MDPTPP01153629 | MDPTPP01153631 | MF00197053 | MF00197053 |
| MDPTPP01153646 | MDPTPP01153649 | | |

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents
    and Interrogatories to the Trustee [Omnibus]
Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents
    to the Trustee [Omnibus]
Plaintiff's Initial Disclosures
Plaintiff's Amended Initial Disclosures
Initial Disclosures [of Defendants Jacob M. Dick Rev Living Trust Dtd 4/6/01, Individually and as Tenant in Common,
    Estate of Jacob M. Dick, as Grantor of The Jacob M. Dick Rev Living Trust Dtd 4/6/01, Andrea J. Marks, as Trustee and Beneficiary
    of The Jacob M. Dick Rev Living Trust Dtd 4/6/01, as Executor and Beneficiary of The Estate of Jacob M. Dick,
    and as Trustee of The Article 8.1 Trust Created Under The Jacob M. Dick Rev Living Trust Dtd 4/6/01, R.D.A., a minor,
    as Beneficiary of The Article 8.1 Trust Created Under The Jacob M. Dick Rev Living Trust Dtd 4/6/01, Article 8.1 Trust]

**Documents Considered**                                                      **EXHIBIT 2**

Responses and Objections of Defendants Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of Jacob M. Dick, and Andrea J. Marks to Trustee's First Set of Interrogatories

Responses and Objections of Defendants Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of Jacob M. Dick, and Andrea J. Marks to Trustee's First Request for Production of Documents

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of Andrea Firestone for Adv. No. 10-04570 (SMB), dated 9/14/2017