# EXHIBIT 3

**EXHIBIT 3**

**List of All Cash Transactions in the Dick Trust Account**

| | | | | | | | Reconciliation Results[4] | | |
|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Bates Reference to BLMIS Customer File[4] |
| 283543 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 9/8/2004 | 104,928 | CA | CHECK | Yes | Yes | AMF00277635 |
| 52878 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 4/18/2007 | (100,000) | CW | CHECK | Yes | Yes | AMF00277628 |
| 299572 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 4/9/2008 | (100,000) | CW | CHECK | Yes | n/a | n/a |
| 62400 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 8/25/2008 | (75,000) | CW | CHECK | Yes | Yes | AMF00277623-25 |
| 189800 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 9/16/2008[5] | (1,509,474) | CW | CHECK | Yes | Yes | AMF00277621-22 |
| 307957 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 10/7/2008 | (1,753) | CW | CHECK | Yes | n/a | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located and/or are otherwise unavailable.

[5] Date represents the date the check cleared the 509 Account.