# EXHIBIT 4

4/17/07

ATT: Jodi

Bernard Madoff
Investment Securities
885 Third Ave.
New York, NY 10022

Dear Jodi:

As per our telephone conversation this morning; please find the document that
states that I am my father's Power of Attorney. His account number is 1-
CM883-3-0 and is listed as Jacob M Dick Rev Living TST DTD 4/6/01 Dr.
Jacob Dick. I am requesting that you send a check in his name for the amount
of One Hundred Thousand Dollars ($100,000.00) to 196 Ocean Ave.,
Woodmere, NY 11598, which is the address on file.

Thanking you in advance for your prompt attention.

Sincerely,

Andrea Joy Cohen

AMF00277628