# EXHIBIT 5

# EXHIBIT 5

**Results of Tracing Analysis - Dick Trust Account** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder(s) | Total Amount Traced per Available Bank Records |
|---|---|---|---|
| Capital One Bank | xxxxxx 071 4 | Jacob M Dick Rev Liv Tr Trust<br>Andrea J Marks Cohen Trustee | 1,586,227 |
| New York Community Bank | xxxxxx0158 | Jacob Dick /<br>AJ Marks POA Jacob M. Dick | 200,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 1,786,227** |

*% of Total Cash Withdrawals from the Dick Trust Account in the Two Year Period*    *100%*

**Total Cash Withdrawals from the Dick Trust Account in the Two Year Period**    **$ 1,786,227**

---

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.