# EXHIBIT 6

**EXHIBIT 6**

**Reconciliation and Tracing Results - Dick Trust Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 283543 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 9/8/2004 | 104,928 | CA | CHECK | Deposit | Check | Yes | 703 Account | 6390331970 | JPMSAI0006297 JPMSAI0006305 | 29269 | 13399 |
| 52878 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 4/18/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185025 | JPMSAF0056306 MADWAA00267820-21 | | |
| 299572 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 4/9/2008 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 195830 | JPMSAF0066680 MADWAA00297797-98 | | |
| 62400 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 8/25/2008 | (75,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199207 | JPMSAF0069938 MADWAA00300724-25 | | |
| 189800 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 9/16/2008[4] | (1,509,474) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199571 | JPMSAF0070284 MADWAA00302409-10 | | |
| 307957 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01 DR JACOB DICK C/O AJ MARKS | 10/7/2008 | (1,753) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201098 | JPMSAF0071769 MADWAA00299814-15 | | |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5,** respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] Date represents the date the check cleared the 509 Account.

[5] The copy of the cancelled check from BLMIS records was stamped "CREDIT TO THE ACCOUNT OF THE WITHIN NAMED PAYEE" indicating that the bank received the check without the payee's endorsement. The check was made payable to "Jacob M Dick Rev Living Trust Dated 4/6/01 Dr. Jacob Dick" which I included as the potential bank account holder based on BLMIS bank records.

**EXHIBIT 6**

**Reconciliation and Tracing Results - Dick Trust Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Tracing Results - per BLMIS Bank Records ||| Tracing Results - per Defendants' Bank Records ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder | Bank Records Bates References |
| 283543 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK C/O AJ MARKS | 9/8/2004 | 104,928 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 52878 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK C/O AJ MARKS | 4/18/2007 | (100,000) | CW | CHECK | New York Community Bank | xxxxxx0158 | Jacob Dick | n/a - records unavailable | | | | |
| 299572 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK C/O AJ MARKS | 4/9/2008 | (100,000) | CW | CHECK | New York Community Bank | xxxxx0158 | AJ Marks POA Jacob M. Dick | n/a - records unavailable | | | | |
| 62400 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK C/O AJ MARKS | 8/25/2008 | (75,000) | CW | CHECK | Capital One Bank | Unknown | Jacob M Dick Rev Living Trust Dated 4/6/01 Dr. Jacob Dick[5] | 8/26/2008 | 75,000 | xxxxxx 071 4 | Jacob M Dick Rev Liv Tr Trust Andrea J Marks Cohen Trustee | Capital_One_JMD_0000026-27 Capital_One_JMD_0000034 |
| 189800 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK C/O AJ MARKS | 9/16/2008[4] | (1,509,474) | CW | CHECK | Capital One Bank | xxxxxx0714 | Jacob M. Dick Rev Lvg Tr | 9/15/2008 | 1,509,474 | xxxxxx 071 4 | Jacob M Dick Rev Liv Tr Trust Andrea J Marks Cohen Trustee | Capital_One_JMD_0000030-31 Capital_One_JMD_0000034 |
| 307957 | 1CM883 | JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK C/O AJ MARKS | 10/7/2008 | (1,753) | CW | CHECK | Capital One Bank | xxxxxx0714 | Jacob M. Dick Rev Lvg Trust | 10/15/2008 | 1,753 | xxxxxx 071 4 | Jacob M Dick Rev Liv Tr Trust Andrea J Marks Cohen Trustee | Capital_One_JMD_0000032-33 Capital_One_JMD_0000035 |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5,** respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] Date represents the date the check cleared the 509 Account.

[5] The copy of the cancelled check from BLMIS records was stamped "CREDIT TO THE ACCOUNT OF THE WITHIN NAMED PAYEE" indicating that the bank received the check without the payee's endorsement.  The check was made payable to "Jacob M Dick Rev Living Trust Dated 4/6/01 Dr. Jacob Dick" which I included as the potential bank account holder based on BLMIS bank records.