# EXHIBIT 7

08-01789-cgm    Doc 21186-35    Filed 02/28/22    Entered 02/28/22 19:41:43    Ex. 7
Pg 2 of 2

**EXHIBIT 7**

**Transfers from the Jacob Dick Trust to the Dick Trust Defendants**

| Transferee | Date per Bank Statement | Amount | Description Per Bank Statement | Bank Statement Bates Reference | Check Date | Check Number | Check Payee | Check Memo | Check Image Bates Reference |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Jacob Dick Trust Capital One Account** | | | | | |
| Andrea J. Marks[1] | 9/19/2008 | 500,100 | Check Withdrawal | Capital_One_JMD_0000034 | 9/16/2008 | 103 | Andrea Joy Cohen | Distribution | Capital_One_JMD_0000001 |
| Suzanne Breen | 9/29/2008 | 500,000 | Check Withdrawal | Capital_One_JMD_0000035 | 9/16/2008 | 104 | Suzanne Breen | Distribution | Capital_One_JMD_0000003 |
| Suzanne Breen | 9/29/2008 | 25,000 | Check Withdrawal | Capital_One_JMD_0000035 | 9/16/2008 | 102 | Suzanne Breen | Distribution | Capital_One_JMD_0000004 |
| Andrea J. Marks[1] | 10/20/2008 | 17,994 | Check Withdrawal | Capital_One_JMD_0000035 | 10/15/2008 | 107 | Andrea Joy Cohen | n/a | Capital_One_JMD_0000005 |
| Andrea J. Marks[1] | 11/13/2008 | 65,000 | Check Withdrawal | Capital_One_JMD_0000036 | 11/12/2008 | 115 | Andrea Joy Cohen | n/a | Capital_One_JMD_0000008 |
| Suzanne Breen | 11/25/2008 | 65,000 | Check Withdrawal | Capital_One_JMD_0000037 | 11/12/2008 | 116 | Suzanne Breen | n/a | Capital_One_JMD_0000014 |
| Andrea J. Marks[1] | 12/11/2008 | 50,000 | Check Withdrawal | Capital_One_JMD_0000037 | 9/16/2008 | 101 | Andrea Joy Cohen, as Trustee of the 8.1 Trust F/B/O Reid Doral Ashley U/I dated 4/6/01 | Distribution | Capital_One_JMD_0000015 |
| Andrea J. Marks | 12/24/2009 | 48,489 | Check Withdrawal | Capital_One_JMD_0000050 | 12/21/2009 | 127 | Andrea Joy Marks | Partial Distribution | Capital_One_JMD_0000024 |
| Suzanne Breen | 12/29/2009 | 48,489 | Check Withdrawal | Capital_One_JMD_0000050 | 12/21/2009 | 128 | Suzanne Breen | Partial Distribution | Capital_One_JMD_0000025 |
| | | **$ 1,320,072** | | | | | | | |

[1] The check payee for these transfers is Andrea Joy Cohen. Documents contained in the BLMIS customer file for the Dick Trust Account indicate that Andrea Joy Cohen was formerly known as A.J. Marks. *See,* for example, AMF00277622.