# EXHIBIT 9

```
                          0 ·    *

         63,864·42  +
              13·99  +
         63,878·41  *

         63,878·41  ÷
              83·875  =
             761·59  *

              83·875  ×
                761·  =
         63,828·88  + I
         63,828·88  ×
               0·025  =
          1,595·72  *

          1,595·72  ÷
                  4·  ×
                  8·  =
          3,191·44  *

          3,191·44  + I
                761·  ×
                2·25  =
          1,712·25  *

          1,712·25  ×
              0·03125  =
               53·51  + I
         67,073·83  ◇ I
         67,073·83  ÷
          1,712·25  =
               39·17  *

               39·25  ×
          1,712·25  =
         67,205·81  - I
             131·98-* I

             131·98-÷
               0·125  =
          1,055·84-*

          1,712·00  +
          1,052·00  -
             660·00  *
```

MADTSS00401002

ℓ + C   Lipkin                                            56 180.81          80

| | | | | |
|---|---|---|---|---|
| ● 1/21 Res Oil | 56 172.00 | ·58 279.13 | 6  2½  3/10  INA | 8.81 |
| 2107.13 | | | | |
| 3/13  INA | 58 268.25 | 61.181.80 | 8  2½  5/8 | 79.69 |
| 5/8  Heinz | 61 187.50 | 63 864.42 | Heinz  7  2½  7/1 | 73.99 |
| 2176.92 | | | | |
| 6/30  Aetna | 63 828.88 | 67 020.76 | Aetna  8  2½  9/1 | 49.53 |
| 3191.88 | | | | |
| 9/5  Amax | 67 008— | 70 358.41 | Amax  8  2½  10/30 | 62.29 |
| 3350.40 | | | | |
| 10/30  Rockwell | 70 404.75 | 73 925.41 | Rockwell  8  2½  12/31 | 15.94 |
| 3520.66 | | | | |
| 12/31  Check | 10 000— | | Tomison  " | |
| Check  Ⓐ | | 5000— | " | |
| | | | | |
| | | | 68 941.35 | |

MADTSS00400966



MADTSS00401003

```
           0 ·   *

  61,201·49  ÷
        27·5  =
   2,225·51  *

        27·5  ×
     2,225·   =
  61,187·50  +I
  61,187·50  ×
        0·025  =
   1,529·69  *

   1,529·69  ÷
           4·  ×
           7·  =
   2,676·96  *

   2,676·96  +I
     2,225·   ×
        0·75  =
   1,668·75  *

   1,668·75  ×
        0·03125  =
        52·15  +I
  63,916·61  ◊I
  63,916·61  ÷
   1,668·75  =
        38·30  *

        38·375  ×
   1,668·75  =
  64,038·28  -I
      121·67-*I

      121·67-÷
        0·125  =
      973·36-*

   1,668·00  +
      973·00  -
      695·00  *
```

MADTSS00400994



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX    235130
WATS (800) 221-2242

REDACTED

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/80 | 5/5/80 |

IDENTIFICATION NO.

CONTRA PARTY

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SRD | 2225 | | HEINZ 1.70 CONV PFD | 61187.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADTSS00400986







**Bernard L. Madoff**

INVESTMENT SECURITIES
Established 1960
110 Wall Street. New York. NY 10005

TELEPHONE (212) 825-3910
PT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX   235130
WATS (800) 221-2242

WE HAVE THIS DAY   Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ          28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heing

2225   27½        61,187.50

973    38¼        37217.25
                    30  41
                  ─────────
                  37186.84

695 · 38⅜ = 26670.63
                  21.72
                ──────────
                26648.91

7 = 28,67

MADTSS00400993

REDACTED

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PERIOD ENDING | PAGE |
|---|---|---|---|
| | | 12/31/80 | |

| RATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | |
| | 1202 | | | RESERVE OIL & GAS $1.75 PFD | 46 1/2 | 56,172.00 | |
| | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | | | RESERVE OIL & GAS COM | | | 16.28 |
| | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| | | 1330 | | INA CORP | 30 | | 39,858.44 |
| | | | | INA CORP | | | 14.92 |
| | | | | INA CORP | | | |
| | 2726 | 973 | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | 37,186.84 |
| | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | 26,648.91 |
| | | 695 | | HEINZ COM | 38 1/4 | | |
| | | | | HEINZ COM | 38 3/8 | | 9.77 |
| | | | | HEINZ COM | | | 26.67 |
| | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | | AETNA LIFE COM. | | | 9.77 |
| | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | | AMAX INC. | | | 31.24 |
| | | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | | | ROCKWELL INTL | | | 10.123 |
| | 2497 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 72,626.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.35 |

MADTSS00401023

HJ Heinz 170 3rd (   )

P = .35 e

/P = 1.5

| | |
|---|---|
| 4/9/79 - 5/18 D | |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/22/80 - 1/20/81 | 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515