# EXHIBIT 10



MADTSS00400995