# EXHIBIT 21

## Excerpt from DTCABAL data file



## Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
              F O R M   F L A S H   D E F I N I T I O N
                   BOX DEFINITIONS - Page 1-1
 Left     Right                                             Spacing
 Edge     Edge   Top   Bottom  Width  Density Density Number Horiz  Vert
 4        10     5     10      1      1       0       0      0      0
```

F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
     F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
                DTCS
                         Millimeters
                     From From Right
 Ref    Definition     Page Top  Left Edge Lines      Equation
   1 L1 Dont Print      1   5    5    100  1   NP
   2 Header Line 1      1   14.2 5.4  270  1   A3502070/1/8/12 TRIM2/135
   3 Header Line 2-3    1   17.38 5.4 270  2   A3502070/1/8/12 TRIM2/135
   4 Macro Calls        1   23.73 4   206  56  TRIM1/5
   5 Data               1   23.73 8   206  56  COPYR4 TRIM7/67
   6                                              A3502070/1/8/12
   7 L81                1   5    5    100  1   PG
   8
   9
  10
  11
  12
  13
  14
  15
```

F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
F10=Copy Ref ____ through _____ to Ref _____ and Step Top _____ Step Left ____
F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu