# EXHIBIT 25



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

EACH UNIT =
10,040

288
SCHUPT

| Acct # | Name | Units | Need | Why |
|---|---|---|---|---|
| ZR211 | Eileen | 1.5 | 15 | SHUPT |
| C1277 | J.L. Ira | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy Ira | 1.5 | 15 | S |
| ZB480 | Peg | .8 | 8 | S |
| ZB482 | Pam | .5 | 5 | S |
| R0126 | Rita | 1.5 | 15 | S |
| C1310 | JC Pens | X | (3) | Loss for Taxes |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0205 | Gregory | .5 | 5 | S |
| L0214 | Devon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | As per David K |
| D0028 | Carmen | 5.0 | 55 | S |
| W0057 | Weisser | 3.0 | 30 | (Required) |
| ZR179 | Mend | 21.5 | 215 | (REQ) |
| ZB032* | Madhir | 319.0 | 3190 | 2600 Extra P+L + to bring to 11 % |
| ZA924 | Levy Aaron | 7.8 | 78 | (REQ) |
| ZR165 | Abe K | 1.4 | 14 | (REQ) |
| ZR172 | Sey K | 1.4 | 14 | (REQ) |
| ZR097 | Rhona Gaba | .4 | 4 | (REQ) |
| ZB143 | Ed Jeris | 11.6 | 116 | (REQ) |
| ZR010 | Rich Glantz | 9.8 | 98 | (REQ) |
| ZB348 | Spenling | 1.0 | 10 | (REQ) |
| ZA041 | Mann E | .6 | 6 | (REQ) |
| ZA210 | Mann P | .6 | 6 | (REQ) |
| L0124 | Noel | 38.5 | 385 | ½ % Cap  Cap = 77 Am from his List |
| E0116* | Mansia | 92.2 | 822 | 300 Extra P+L + to bring to 11.% |
| 1E0165 | NEW ※ | | | |
| 1E0156 | Need 78 | | | |
| 116 | Need 145 | | | 12B032 Need 50 |
| 133 | Need 129 | | | 12B046 Need 485 |
| 155 | Need 109 | 522 | | 12B249 Need 55 |
| 159 | Need 61 | | | 2600 + 590 = (3190) |
| | 300 + 522 = (822) | | | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115



4031    P840P13    SCHUPT    EACH MADE 10,040    Exhibit 25

| Acct | Name | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | Eileen | 15 | | | SCHUPT RETURN |
| 1C1277 | J.C Ira | 20 | | | |
| 1B0136 | Judy Der | 15 | | | |
| 1B0227 | Judy Ira | 15 | | | |
| 12B480 | Peg | 8 | | | |
| 12B482 | Pam | 5 | | | |
| 1R0126 | Rita | 15 | | | |
| 1C1210 | Sc Peas | 8 (3) | | | |
| 1S0431 | Myra | 10 | | | |
| 1L0174 | Merryl | 8 | | | |
| 1D0020 | Dolin | 8 | | | |
| 1L0205 | Gregory | 5 | | | |
| 1L0214 | Devon | 1 | | | |
| 1L0157 | Russel | 5 | | | |
| 1K0093 | Heather | 35 | | 45 | PER DCR |
| 1D0028 | Carmen | 50 | | | SCHUPT RETURN |
| 1W0057 | Weisser | 30 | | 30 | REQUIRED |
| 12R179 | Mend | 215 | | 215 | REQ |
| 12B032 | May | *6728 | | 2600 + | BRING RETURN to ? |
| 12A924 | Levy | 78 | | 78 | REQ |
| 12R165 | Abe K | 14 | | 14 | REQ |
| 12R172 | Sey K | 14 | | 14 | REQ |
| 12R097 | Rhoda G | 4 | | 4 | REQ |
| 12B143 | Ed Jelris G | 116 | | 116 | REQ |
| 12R010 | Rich G | 98 | | 98 | REQ |
| 12B348 | 2 Pearling | 10 | | 10 | REQ |
| 12A041 | Mary E | 6 | | 6 | REQ |
| 12A210 | Mary Plot | 6 | | 6 | REQ |
| 1L0124 | Noel | 385 | | (1/2 % of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116* | Marjo | *1264 | | 300 + | BRING ACCTS TO 10 |

WORK CAP FROM
WOT = 3.77 MM

BLM → ⟨ 11% ⟩

| | | | | | |
|---|---|---|---|---|---|
| 1E0156 | NEED 90 | | 12B032 | NEED | 540 |
| *1E0116 | NEED 170 | | 12B046 | NEED | 2684 |
| 1E0133 | NEED 162 | | 12B249 | NEED | 904 |
| 1E0155 | NEED 140 | | EXTRA → 2600 ⇒ 4128 |
| 1E0159 | ~~DID~~ 200 | | | | |

964 + 300 = 1264    @ 13%    BRING TO 14%

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| Acct # | Name | # Needed | Why | (.446 each) Units | Comments etc... |
|---|---|---|---|---|---|
| 10.0002 650 | O'Hara F.P | 21 | schopt ✓ | 14.0 | |
| 10.0013 147 | Bern Ira | 4⁴ | sch ✓ | 3.0 | |
| 10.0018 143 | J+B Joint | 3 | sch ✓ | 2.0 | |
| 1P0111 275 | G+S Joint | 3 | sch ✓ | 2.0 | 12B5⁴² |
| (1C1094) X | Eileen ○ | 4 | sch ✓ | 3.0 | 12R2⁵⁵ |
| (1C1277) ²⁷ | Jodi Ira | 10 | sch ✓ | 7.0 | 12R31⁰ |
| (1B0136) 160 | Judy | 13 | sch ✓ | 9.0 | |
| (1B0227) ²⁶⁴ | Judy Ira | 8 | sch ✓ | 6.0 | |
| (12B480) ⁴⁰⁰ | Peggy | 15 | sch ✓ | 10.0 | |
| (12B482) ¹¹⁶ | Pam | 4 | sch ✓ | 3.0 | |
| (12R211) ¹⁵¹ | Eileen Ira ○ | 6 | sch ✓ | 4.0 | All caught up to 11/01/04 |
| 1S0008 ⁰ | J. Sala + Demi | 14 | Past Person Acct N/W ✓ | 10.0 | All caught to 12/31/04 |
| 1R0186 ⁰ | Asha | 7 | Past Peformance Acct N/W ✓ | 5.0 | |
| 1L0157 ⁰ | Russ | 6 | sch ✓ | 4.0 | |
| 1L0205 ⁰ | Gregory | 5 | sch ✓ | 4.0 | |
| 1L0214 ⁰ | Devon | 5 | sch ✓ | 4.0 | |
| 1D0020 ⁰ | D.F.F | 5 | sch ✓ | 4.0 | |
| 1L0174 ⁰ | Merryl | 7 | sch ✓ | 5.0 | |
| 1S0431 ⁰ | Myra | 7 | sch ✓ | 5.0 | |
| 1M0200 ⁴¹¹ | Ralph | 4 | sch ✓ | 3.0 | |
| 1I0010 ⁸⁹¹ | Jodie + John | 20 | sch ✓ | 14.0 | |
| 1C1328 ⁸⁰ | Ellie | 6 | sch ✓ | 4.0 | |
| 1D0018 ²⁰⁰ ²³¹ X | Mom | 91 | sch ✓ | 63.0 | |
| 12R028 ⁰ | Sarah Cohen | * | sch ✓ | 1.0 | * Acct closed one time deal |
| (1R0126) ¹⁰⁶ | Rita | 15 | sch ✓ | 10.0 | |
| 1D0070 ⁰ | Carmen | 75 | sch ✓ | 52.0 | |
| 1D0028 ⁰ | Carmen | 65 | sch ✓ | 45.0 | |
| 1W0057 X | Weisser | 30 | REQ | X | No acct can not do |
| 12R179 ⁰ | Mendelow S | 215 → 107.5 | REQ ✓ | 75.0 | |
| 12R180 ⁰ | Mendelow N | 107.5 | REQ ✓ | 75.0 | |

65,000 opt TRD 3/05 for '04

$3⁹² Kary 1K0017 added  64,260  March of for 03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | Mkt Each Unit | Comments Etc... |
|---|---|---|---|---|---|
| 12A9240 | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R1650 | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R1720 | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R0970 | Rhoda Gaaa | 4 | REQ ✓ | 3.0 | |
| 12B1430 | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R0100 | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B3480 | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A0410 | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A2100 | Marj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124 0 | Noel Levine | 362 | w/e @ '12% list ✓ | 250.0 | 72.4 cap @ 1/2% |
| 1E01650 | Engler Grat | 20 | needs to be 11% ✓ | 14.0 | goes to 11% |
| 1E01560 | Engler QTIP | 21 | ✓ | 14.0 | 300 extra 116 |
| 1E0116 | Marja | 1.0 (300 extra put here) | ✓ | 7.0 | |
| 1E01330 | Marja | 31 | ✓ | 21.0 | |
| 1E01550 | Engler F.T | 26 | FIXED 305+300,160 ptc | ✓ 18.0 | |
| 1E01590 | Marja IRA | 30 | ✓ | 21.0 | |
| Frank ↓ | | s/b 660,000 put SP in 2005 ✓ | | DID | $600,000 Jan '05 Done |
| 12B0460 | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B0320 | Mayfair | 105,000 + 1680 Aspen F.A = 1785000 | ✓ | 1235.0 | |
| 12B2490 | Mayfair Bro P.P. | 270,000 | ✓ | 187.0 | |
| 12B5090 | Aster | 42,000 | ✓ | 29.0 | |
| 12B2620 | Strattham | 26,000 | ✓ | 18.0 | |
| 12A8790 | Ken Joada | 20,000 | ✓ | 14.0 | |
| 12B5100 | St James | 42000 | ✓ | 29.0 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMMENTS |
|---|---|---|---|---|---|
| 1-00002 X | | 25 | | 19 | to 14 |
| 1-00013 X | | 7 | | 5 | |
| 1-00018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C1094 X | | 4 | | 3 | |
| 1C1277 X | | 30 | | 22 | |
| 1B0136 X | | 15 | | 11 | |
| 1B0227 X | | 25 | | 19 | |
| 12B480 X | | 16 | | 12 | |
| 12B482 X | | 7 | | 5 | |
| 12R211 X | | 10 | | 8 | |
| 1S0008 0 (low 2005) | | 10 | | 8 | |
| 1R0186 ✓ | | 5 | | 4 | |
| 1L0157 ✓ | | 6 | | 5 | |
| 1L0205 ✓ | | 6 | | 5 | |
| 1L0214 ✓ | | 4 | | 3 | |
| 1D0020 ✓ | | 7 | | 5 | |
| 1L0174 ✓ | | 6 | | 5 | |
| 1S0431 ✓ | | 8 | | 6 | |
| 1M0200 ✓ | | 14 | | 11 | |
| 1I0010 ✓ | | 17 | | 12 | |
| 1C1328 ✓ | | 3 | | 3 | |
| 1D0018 ✓ | | — | | — | |
| 12R028 X | | — | | — | |
| 1R0126 ✓ | | 8 | | 6 | |
| 1D0070 X | | — | | — | |
| 1D0028 X | | — | | — | |
| 1W0057 X | X | — | | — | |
| 12R179 | | 108 | 4× 30 | 78 | |
| 12R180 | | 108 | 4× 30 | 78 | |
| | | | | 346 | |

TOTAL 3008

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 | ✓ | 78 | | 57 | |
| 12R165 | ✓ | 14 | | 11 | |
| 12R172 | ✓ | 14 | | 11 | |
| 12R097 | ✓ | 4 | | 3 | |
| 12B143 | ✓ | 116 | | 85 | |
| 12R010 | ✓ | 98 | | 72 | |
| 12B348 | ✓ | 10 | | 8 | |
| 12A011 | ✓ | 6 | | 5 | |
| 12A210 | ✓ | 6 | | 5 | |
| 1C012 | ✓ | 351 | | 256 | |
| 1E0165 | X | 11 | | 8 | |
| 1E0156 | X | 11 | | 8 | |
| 1E0116 | ✓ | — | | — | 300 GOES IN IN 2006 for 05 |
| 1E0133 | X | 16 | | 12 | |
| 1E0155 | X | 13 | | 10 | |
| 1E0159 | X | 74 | | 54 | |
| 12B046 | X | 1680 | | 1227 | |
| 12B032 | ✓ | 109 | | 80 | |
| 12B259 | X | 148 | | 108 | |
| 12B509 | X | 356 | | 260 | |
| 12B262 | X | 180 | | 132 | |
| 12A879 | X | 57 | | 42 | |
| 12B510 | ✓ | 284 | | 208 | |
| | | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEED | | V @ 2086 | NOT |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RACPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | ~~53~~ 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARJ ENG | 6 | | 3 | ✓ |
| 12A210 | MARJ PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
| | | | | | |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
| | | | | | |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER W/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER W/ Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | Dorothy-Jo | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 12R211 | 5.0 |
| J.B IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 12R179 | 75.0 |
| NANCY | 12R180 | 86.0 |
| MAT PEN | 12B249 | ~~15.0~~ 200.0 ✓ |
| MAT | 12B032 | 2000.0 |
| GROJ | 12B046 | ~~500.0~~ 400.0 |
| LEVY | 12A924 | 58.0 |
| ABE KLEIN | 12R165 | 11.0 |
| SEY KLEIN | 12R172 | 11.0 |
| IR GAGA / RHODA | 12R097 | 3.0 |
| ED | 12B143 | 87.0 |
| Rich | 12R010 | 73.0 |
| SPERLING | 12B348 | 8.0 |
| M ENG | 12A041 | 5.0 |
| M PLAT | 12A210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| CW/S | 1E0116 | 265.0 |
| IRA | 1E0159 | 42.0 |
| M.P. J.P | 1E0155 | 30.0 |
|  | 1E0133 | 36.0 |
|  | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131