# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Dick Living Trust Account

|  | Dick Living Trust Account |
|---|---:|
|  | 1CM883[a] |
| **INFLOWS** |  |
| Cash Deposits | $104,928 |
| Transfers of Principal (In) | 0[b] |
| **Principal Available** | **$104,928** |
| **OUTFLOWS** |  |
| Cash Withdrawals | ($1,786,227) |
| Transfers of Principal (Out) | 0 |
| **Total Outflows** | **($1,786,227)** |
| **Total** | **($1,681,299)** |

[a] BLMIS Account 1CM325 impacted the Principal Balance Calculation for the Dick Living Trust Account. (*See* **Exhibits 4A** and **4B**.)

[b] The Dick Living Trust Account received two inter-account transfers from BLMIS Account 1CM325 in the aggregate amount of $1,046,002, as reflected on the Customer Statements. However, due to the negative principal balance in BLMIS Account 1CM325 at the time of these inter-account transfers, no principal was credited into the Dick Living Trust Account. (*See* **Exhibits 4A** and **4B**.)