# Exhibit 4A

**BLMIS ACCOUNT NO. 1CM325 - JACOB M DICK REV LIVING TRUST DTD 4/6/01 AND JUNE DICK TIC**

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **2-Year Amount Withdrawn in Excess of Principal** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| | 4/27/1995 | CHECK | 10,000 | 10,000 | - | - | - | 10,000 | - | MF00197053 | MF00197053 |
| | 4/27/1995 | CHECK | 51,000 | 51,000 | - | - | - | 61,000 | - | MF00197053 | MF00197053 |
| | 4/27/1995 | CHECK | 12,000 | 12,000 | - | - | - | 73,000 | - | MF00197053 | MF00197053 |
| | 4/27/1995 | CHECK | 344,000 | 344,000 | - | - | - | 417,000 | - | MF00197053 | MF00197053 |
| | 4/27/1995 | CHECK | 583,000 | 583,000 | - | - | - | 1,000,000 | - | MF00197053 | MF00197053 |
| | 4/1/1998 | CHECK | (20,000) | - | (20,000) | - | - | 980,000 | - | MDPTPP01153557 | MDPTPP01153560 |
| | 4/9/1998 | CHECK | (120,000) | - | (120,000) | - | - | 860,000 | - | MDPTPP01153557 | MDPTPP01153560 |
| | 7/1/1998 | CHECK | (20,000) | - | (20,000) | - | - | 840,000 | - | MDPTPP01153574 | MDPTPP01153578 |
| | 10/1/1998 | CHECK | (20,000) | - | (20,000) | - | - | 820,000 | - | MDPTPP01153594 | MDPTPP01153598 |
| | 12/21/1998 | CHECK | (90,000) | - | (90,000) | - | - | 730,000 | - | MDPTPP01153606 | MDPTPP01153609 |
| | 1/4/1999 | CHECK | (20,000) | - | (20,000) | - | - | 710,000 | - | MDPTPP01153611 | MDPTPP01153615 |
| | 4/1/1999 | CHECK | (20,000) | - | (20,000) | - | - | 690,000 | - | MDPTPP01153629 | MDPTPP01153631 |
| | 7/1/1999 | CHECK | (20,000) | - | (20,000) | - | - | 670,000 | - | MDPTPP01153646 | MDPTPP01153649 |
| | 10/1/1999 | CHECK | (20,000) | - | (20,000) | - | - | 650,000 | - | MDPTPP01153662 | MDPTPP01153666 |
| | 12/21/1999 | CHECK | (9,600) | - | (9,600) | - | - | 640,400 | - | MDPTPP01153675 | MDPTPP01153677 |
| | 1/3/2000 | CHECK | (20,000) | - | (20,000) | - | - | 620,400 | - | MDPTPP01153679 | MDPTPP01153683 |
| | 1/10/2000 | CHECK | (21,800) | - | (21,800) | - | - | 598,600 | - | MDPTPP01153679 | MDPTPP01153683 |
| | 4/3/2000 | CHECK | (20,000) | - | (20,000) | - | - | 578,600 | - | MDPTPP01153697 | MDPTPP01153699 |
| | 4/12/2000 | CHECK | (100,000) | - | (100,000) | - | - | 478,600 | - | MDPTPP01153697 | MDPTPP01153699 |
| | 4/12/2000 | CHECK | (15,000) | - | (15,000) | - | - | 463,600 | - | MDPTPP01153697 | MDPTPP01153699 |
| | 6/6/2000 | CHECK | (45,000) | - | (45,000) | - | - | 418,600 | - | MDPTPP01153708 | MDPTPP01153710 |
| | 7/3/2000 | CHECK | (20,000) | - | (20,000) | - | - | 398,600 | - | MDPTPP01153712 | MDPTPP01153718 |
| | 10/2/2000 | CHECK | (20,000) | - | (20,000) | - | - | 378,600 | - | MDPTPP01153733 | MDPTPP01153737 |
| | 12/27/2000 | CHECK | (10,900) | - | (10,900) | - | - | 367,700 | - | MDPTPP01153747 | MDPTPP01153751 |
| | 1/2/2001 | CHECK | (20,000) | - | (20,000) | - | - | 347,700 | - | MDPTPP01153753 | MDPTPP01153758 |
| | 1/10/2001 | CHECK | (34,000) | - | (34,000) | - | - | 313,700 | - | MDPTPP01153753 | MDPTPP01153758 |
| | 4/2/2001 | CHECK | (20,000) | - | (20,000) | - | - | 293,700 | - | MDPTPP01153772 | MDPTPP01153775 |
| | 6/15/2001 | CHECK | (31,050) | - | (31,050) | - | - | 262,650 | - | MDPTPP01153781 | MDPTPP01153785 |
| | 7/2/2001 | CHECK | (20,000) | - | (20,000) | - | - | 242,650 | - | MDPTPP01153787 | MDPTPP01153790 |
| | 10/1/2001 | CHECK | (20,000) | - | (20,000) | - | - | 222,650 | - | MDPTPP01153804 | MDPTPP01153808 |
| | 12/14/2001 | CHECK | (9,000) | - | (9,000) | - | - | 213,650 | - | MDPTPP01153816 | MDPTPP01153819 |
| | 12/14/2001 | CHECK | (21,000) | - | (21,000) | - | - | 192,650 | - | MDPTPP01153816 | MDPTPP01153819 |
| | 12/14/2001 | CHECK | (70,000) | - | (70,000) | - | - | 122,650 | - | MDPTPP01153816 | MDPTPP01153819 |
| | 1/2/2002 | CHECK | (20,000) | - | (20,000) | - | - | 102,650 | - | MDPTPP01153821 | MDPTPP01153825 |
| | 4/1/2002 | CHECK | (20,000) | - | (20,000) | - | - | 82,650 | - | MDPTPP01153840 | MDPTPP01153845 |
| | 6/12/2002 | CHECK | (26,000) | - | (26,000) | - | - | 56,650 | - | MDPTPP01153854 | MDPTPP01153858 |
| | 7/1/2002 | CHECK | (20,000) | - | (20,000) | - | - | 36,650 | - | MDPTPP01153860 | MDPTPP01153865 |
| | 10/1/2002 | CHECK | (20,000) | - | (20,000) | - | - | 16,650 | - | MDPTPP01153877 | MDPTPP01153882 |
| | 1/2/2003 | CHECK | (20,000) | - | (20,000) | - | - | (3,350) | - | MDPTPP01153894 | MDPTPP01153899 |
| | 1/8/2003 | CHECK | (52,800) | - | (52,800) | - | - | (56,150) | - | MDPTPP01153894 | MDPTPP01153899 |
| | 4/1/2003 | CHECK | (20,000) | - | (20,000) | - | - | (76,150) | - | MDPTPP01153916 | MDPTPP01153918 |
| | 7/1/2003 | CHECK | (20,000) | - | (20,000) | - | - | (96,150) | - | MDPTPP01153932 | MDPTPP01153938 |
| | 10/1/2003 | CHECK | (20,000) | - | (20,000) | - | - | (116,150) | - | MDPTPP01153955 | MDPTPP01153960 |
| | 1/2/2004 | CHECK | (20,000) | - | (20,000) | - | - | (136,150) | - | MDPTPP01153971 | MDPTPP01153976 |
| | 4/1/2004 | CHECK | (20,000) | - | (20,000) | - | - | (156,150) | - | MDPTPP01153988 | MDPTPP01153994 |
| | 5/26/2004 | TRANS TO 1CM88330 *(1CM883)* | (1,044,484) [1] | - | - | - | - | (156,150) | - | MDPTPP01153997 | MDPTPP01154001 |

Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1CM325   Pg 3 of 3

**BLMIS ACCOUNT NO. 1CM325 - JACOB M DICK REV LIVING TRUST DTD 4/6/01 AND JUNE DICK TIC**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 5/26/2004 | TRANS TO 1CM88430 (*1CM884*) | (983,823) [1] | - | - | - | - | (156,150) | - | MDPTPP01153997 | MDPTPP01154001 |
| 3/7/2005 | TRANS TO 1CM88430 (*1CM884*) | (1,012) [1] | - | - | - | - | (156,150) | - | MDPTPP01154026 | MDPTPP01154027 |
| 3/7/2005 | TRANS TO 1CM88330 (*1CM883*) | (1,518) [1] | - | - | - | - | (156,150) | - | MDPTPP01154026 | MDPTPP01154027 |
| | Total: | | $ 1,000,000 | $ (1,156,150) | $ - | $ - | $ (156,150) | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.