# Exhibit 4B

**Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for the Dick Living Trust Account**

BLMIS ACCOUNT NO. 1CM883 - JACOB M DICK REV LIVING TST DTD 4/6/01  DR JACOB DICK

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 5/26/2004 | TRANS FROM 1CM32530 (*1CM325*) | 1,044,484 [1] | - | - | - | - | - | - | MDPTPP01918929 | MDPTPP01918929 |
| 9/8/2004 | CHECK | 104,928 | 104,928 | - | - | - | 104,928 | - | MDPTPP01918947 | MDPTPP01918951 |
| 3/7/2005 | TRANS FROM 1CM32530 (*1CM325*) | 1,518 [1] | - | - | - | - | 104,928 | - | MDPTPP01918981 | MDPTPP01918985 |
| 4/18/2007 | CHECK | (100,000) | - | (100,000) | - | - | 4,928 | - | MDPTPP01919134 | MDPTPP01919139 |
| 4/9/2008 | CHECK | (100,000) | - | (100,000) | - | - | (95,072) | (95,072) | MDPTPP01919188 | MDPTPP01919193 |
| 8/25/2008 | CHECK | (75,000) | - | (75,000) | - | - | (170,072) | (75,000) | MDPTPP01919207 | MDPTPP01919211 |
| 9/16/2008[2] | CHECK | (1,509,474) | - | (1,509,474) | - | - | (1,679,546) | (1,509,474) | MDPTPP01919213 | MDPTPP01919216 |
| 10/7/2008 | CHECK | (1,753) | - | (1,753) | - | - | (1,681,299) | (1,753) | MDPTPP01919218 | MDPTPP01919219 |
| | Total: | | $ 104,928 | $ (1,786,227) | $ - | $ - | $ (1,681,299) | $ (1,681,299) | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date.  Accordingly, the account balance has remained unchanged.

[2] The Principal Balance Calculation uses the clearing date for this check which cleared during the 90-day preference period.  The cash withdrawal transaction via check listed on Exhibit 4B in the amount of $1,509,474 was issued on September 10, 2008, but cleared on September 16, 2008.  (*See* JPMSAF0070284 and MADWAA00302409-MADWAA00302410; *see also* Principal Balance Calculation Report ¶30, n. 10.)