Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| UBS (LUXEMBOURG) SA FBO LUXALPHA SICAV | 1FR108 |
| GROUPEMENT FINANCIER LTD | 1FR096 |