**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| **Plaintiff,** | **Adv. Pro No.: 08-01789 (CGM)** |
| **v.** | **SIPA Liquidation** |
| **BERNARD L MADOFF INVESTMENT SECURITIES, LLC** | |
| **Defendant.** | |
| **In re:** | |
| **BERNARD L. MADOFF,** | |
| **Debtor.** | |
| **In re** | |
| **IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,** | |
| **Plaintiff,** | **Adv. Pro. No.: 12-01002 (CGM)** |
| **v.** | |
| **THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,** | |
| **Defendant.** | |

<u>**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***</u>

Upon the motion of Alison T. Holdway, Esq. to be admitted, *pro hac vice*, to represent The

Public Institution for Social Security (the "**Client**"), in the above referenced adversary proceeding,

and upon the movant's certification that the movant is a member in good standing of the bar of the

Commonwealth of Massachusetts and, if applicable, and the bars of the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeal for the First Circuit:

**ORDERED,** that Alison T. Holdway, Esq., is admitted to practice, *pro hac vice*, in the above captioned adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



/s/ Cecelia G. Morris

_____

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: March 1, 2022**
**Poughkeepsie, New York**