**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>   Plaintiff,<br><br>   v.<br><br>SQUARE ONE FUND LTD.,<br><br>   Defendant. | Adv. Pro. No. 10-04330 (CGM) |

**ORDER ISSUING A LETTER OF REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL**
**DOCUMENTS IN A CIVIL OR COMMERCIAL MATTER**

Upon the Motion (the "Motion"), dated February 11, 2022, brought by Irving H. Picard,

as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of

Bernard L. Madoff Investment Securities LLC, and the chapter 7 estate of Bernard L. Madoff,

seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to

be transmitted, via the appropriate channels, to the applicable court in the United Kingdom to

obtain the testimony of Mr. Jérôme Müller; and it appearing that due and sufficient notice of the

Motion has been given under the circumstances; and it further appearing that the relief sought in

the Motion is appropriate based upon the information provided in the Motion and in the record;

and it further appearing that this Court has jurisdiction to consider the Motion and the relief

requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation; and

sufficient cause appearing therefore; it is hereby

     **ORDERED** that the Motion is granted; and it is further

     **ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be

signed and sealed by the Court for transmission to the appropriate judicial authority in the United

Kingdom so that valid service of process may be effectuated upon Mr. Müller.

/s/ Cecelia G. Morris



**Dated: March 1, 2022**
**Poughkeepsie, New York**

    **Hon. Cecelia G. Morris**
    **U.S. Bankruptcy Judge**