**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01695 (CGM) |
| v. | |
| BORDIER & CIE, | |
| Defendant. | |

## NOTICE OF APPEARANCE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for Defendant Bordier & Cie ("Bordier") in Adv. Pro. No. 12-01695, and requests that copies of all notices given or required

to be given in the above-captioned cases and all papers served or required to be served in these cases be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for notices but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of the above-named party's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.

Dated: New York, New York
       March 1, 2022

                                        ALLEGAERT BERGER & VOGEL LLP

                                        By:  s/Bianca Lin
                                             Bianca Lin
                                             BLin@abv.com

                                        111 Broadway, 20th Floor
                                        New York, New York 10006
                                        Phone: 212.571.0550
                                        Fax: 212.571.0555

                                        *Attorneys for Bordier & Cie*