**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant.<br>In re:<br>BERNARD L. MADOFF,<br>                            Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**MOTION FOR ADMISSION TO PRACTICE,**
***PRO HAC VICE* OF CHRISTOPHER M. LAMBE**

I, Christopher M. Lambe, request admission, *pro hac vice*, before the Honorable Judge Cecelia G. Morris, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa et seq. ("SIPA") and the estate of Bernard L. Madoff, in the above-referenced cases, as well as the following related adversary proceedings:

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Caceis Bank Luxembourg et al.*, Adv. Pro. No. 11-02758 (CGM);

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Crédit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (CGM);

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Barfield Nominees Limited et al.*, Adv. Pro. No. 12-01669 (CGM);

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami, f/k/a Calyon S.A. d/b/a Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A. et al.*, Adv. Pro. No. 12-01670 (CGM); and

29130886.2

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Intesa Sanpaolo SpA et al.*, Adv. Pro. No. 12-01680 (CGM).

I certify that I am a member in good standing of the bars of the State of Delaware and Commonwealth of Pennsylvania, and the bar of the U.S. District Court for the Eastern District of Pennsylvania.

My address is:

> Christopher M. Lambe
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> 1000 North King Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
> Email: clambe@ycst.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 2, 2022
New York, New York

> */s/ Christopher M. Lambe*
> Christopher M. Lambe
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> 1000 North King Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
> Email: clambe@ycst.com

Filed by:

*/s/ Matthew B. Lunn*
Matthew B. Lunn
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Email: mlunn@ycst.com

29130886.2