**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BORDIER & CIE,<br><br>    Defendant. | Adv. Pro. No. 12-01695 (CGM) |

**CORPORATE OWNERSHIP STATEMENT OF BORDIER & CIE**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, Defendant Bordier & Cie states that it has no parent corporation and no publicly held corporation directly or indirectly owns 10% or more of its equity interests.

Dated: March 2, 2022
      New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/* John F. Zulack_____
John F. Zulack
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com

*Counsel for Defendant Bordier & Cie*