**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Carole Angel | 011748 | 2898 | Skoloff & Wolfe, P.C. | Carole Angel | 1A0034 |
| Gerald Blumenthal (IRA) | 006832 | 2366 | Milberg LLP | Millennium Trust Company, LLC FBO Gerald Blumenthal (43067) | 1B0166 |
| Linda A. Abbit, Trustee of the Exemption Trust under the Brodsky Family Trust dated January 9, 2002 | 004902 100370 | 2367 2426 | Becker & Poliakoff, LLP | Linda Abbit Trustee Exemption Trust Under Brodsky Family Trust Dtd 1/9/05 | 1B0165 |
| Linda A. Abbit, Trustee of the Survivors Trust under the Brodsky Family Trust dated January 9, 2002 | 004903 100409 | 2368 2427 | Becker & Poliakoff, LLP | Linda A Abbit Trustee Survivors Trust Under Brodsky Family Trust 1/9/02 | 1B0164 |
| Rosenthal Family LLC | 009487 | 3014 | SNR Denton US LLP | Rosenthal Family LLC c/o Rosenthal Automotive | 1R0108 |