**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Lawrence Simonds | 002760 | 2748 | Pro Se Filing | Millennium Trust Company, LLC FBO Lawrence Simonds (080407) | 1S0508 |