EXHIBIT B
SUMMARY OF THIRTY-EIGHTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2021 THROUGH NOVEMBER 30, 2021

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,052.00 | 205.70 | 216,396.40 |
| | Sheehan, David J. | 1968 | 1,052.00 | 603.80 | 635,197.60 |
| | Matthias, Michael R. | 1973 | 787.00 | 45.80 | 36,044.60 |
| | Bash, Brian A. | 1975 | 847.00 | 22.10 | 18,718.70 |
| | Long, Thomas L. | 1976 | 1,045.00 | 359.50 | 375,677.50 |
| | Smith, Elizabeth A. | 1985 | 956.00 | 8.00 | 7,648.00 |
| | McDonald, Heather J. | 1986 | 763.00 | 1.50 | 1,144.50 |
| | Hunt, Dean D. | 1991 | 987.00 | 227.60 | 224,641.20 |
| | Goldberg, Steven H. | 1991 | 1,052.00 | 29.70 | 31,244.40 |
| | Griffin, Regina L. | 1993 | 1,052.00 | 551.20 | 579,862.40 |
| | Cohen, Adam I. | 1994 | 700.00 | 31.30 | 21,910.00 |
| | Thomas, Erika K. | 1994 | 805.00 | 630.50 | 507,552.50 |
| | Brennan, Terry M. | 1995 | 632.00 | 1.00 | 632.00 |
| | Cole, Tracy L. | 1996 | 954.00 | 504.70 | 481,483.80 |
| | Murphy, Keith R. | 1997 | 1,052.00 | 408.80 | 430,057.60 |
| | Hoang, Lan | 1997 | 1,033.00 | 841.90 | 869,682.70 |
| | Rollinson, James H. | 1998 | 917.00 | 532.70 | 488,485.90 |
| | Fish, Eric R. | 1998 | 912.00 | 293.80 | 267,945.60 |
| | Rose, Jorian L. | 1998 | 1,033.00 | 63.00 | 65,079.00 |
| | Warshavsky, Oren J. | 1998 | 1,052.00 | 653.90 | 687,902.80 |
| | Pergament, Benjamin D. | 1999 | 900.00 | 608.20 | 547,380.00 |
| | Bohorquez, Fernando A. | 2000 | 975.00 | 275.30 | 268,417.50 |
| | Cremona, Nicholas J. | 2000 | 1,043.10 | 745.00 | 777,110.90 |
| | Kates, Elyssa S. | 2000 | 745.00 | 1.80 | 1,341.00 |
| | Zeballos, Gonzalo S. | 2001 | 951.00 | 302.30 | 287,487.30 |
| | Beckerlegge, Robertson D. | 2001 | 838.00 | 546.90 | 458,302.20 |
| | Bell, Stacey A. | 2001 | 915.00 | 619.90 | 567,208.50 |
| | North, Geoffrey A. | 2002 | 917.00 | 705.00 | 646,485.00 |
| | Song, Brian W. | 2002 | 833.00 | 584.20 | 486,638.60 |
| | Hochmuth, Farrell A. | 2003 | 674.00 | 74.00 | 49,876.00 |
| | Sherer, James A. | 2003 | 749.00 | 9.60 | 7,190.40 |
| | Oliver, Jason S. | 2003 | 843.00 | 580.60 | 489,445.80 |
| | Shields, Nkosi D. | 2003 | 709.00 | 460.80 | 326,707.20 |
| | Malchow, Jessica P. | 2003 | 485.00 | 5.40 | 2,619.00 |
| | Allen, Brian F. | 2005 | 751.00 | 334.70 | 251,359.70 |
| | Vanderwal, Amy E. | 2006 | 917.00 | 651.50 | 597,425.50 |
| | Kosack, Melissa L. | 2006 | 764.00 | 809.20 | 618,228.80 |
| | Feil, Matthew D. | 2006 | 776.00 | 630.10 | 488,957.60 |
| | Longstaff, Carrie | 2006 | 756.00 | 525.70 | 397,429.20 |
| | Carlisle, Marie L. | 2006 | 638.00 | 619.50 | 395,241.00 |
| | Wasick, Joanna F. | 2007 | 910.00 | 547.00 | 497,770.00 |
| | Forman, Jonathan A. | 2007 | 724.00 | 140.10 | 101,432.40 |
| | Patel, Tayan B. | 2007 | 627.00 | 3.40 | 2,131.80 |
| | Brown, Seanna R. | 2007 | 1,033.00 | 728.50 | 752,540.50 |
| | Calvani, Torello H. | 2007 | 833.00 | 615.30 | 512,544.90 |
| | Giuliani, Esterina | 2007 | 917.00 | 553.80 | 507,834.60 |
| | McCurrach, Elizabeth G. | 2008 | 776.00 | 290.10 | 225,117.60 |
| | Attard, Lauren T. | 2008 | 679.00 | 172.50 | 117,127.50 |
| | Ramos-Mrosovsky, Carlos | 2008 | 950.00 | 146.30 | 138,985.00 |
| | Sabella, Michael A. | 2008 | 594.00 | 386.20 | 229,402.80 |
| | Stanley, Trevor M. | 2008 | 643.00 | 4.50 | 2,893.50 |
| | Choi, David | 2008 | 638.00 | 355.10 | 226,553.80 |
| | Usitalo, Michelle R. | 2008 | 725.00 | 393.10 | 284,997.50 |
| | Campbell, Patrick T. | 2009 | 732.00 | 355.00 | 259,860.00 |
| | Shapiro, Peter B. | 2009 | 751.00 | 465.80 | 349,815.80 |
| | Markel, Tatiana | 2009 | 764.00 | 489.40 | 373,901.60 |
| | Khan, Ferve E. | 2009 | 751.00 | 538.70 | 404,563.70 |
| | Molina, Marco | 2009 | 764.00 | 363.80 | 277,943.20 |
| | Bent, Camille C. | 2010 | 704.00 | 595.60 | 419,302.40 |
| | Iannuzzi, Michael M. | 2010 | 541.00 | 31.30 | 16,933.30 |
| | Layden, Andrew V. | 2010 | 445.00 | 7.30 | 3,248.50 |
| | Shifrin, Maximillian S. | 2011 | 725.00 | 380.40 | 275,790.00 |
| | Wangsgard, Kendall E. | 2011 | 616.00 | 6.00 | 3,696.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Slavin, Jeffrey A. | 2011 | 516.00 | 11.20 | 5,779.20 |
| | Feldstein, Robyn M. | 2011 | 594.00 | 301.00 | 178,794.00 |
| | Krishna, Ganesh | 2011 | 704.00 | 711.50 | 500,896.00 |
| | Oliva, Frank M. | 2011 | 704.00 | 611.60 | 430,566.40 |
| | Hough, Shawn P. | 2012 | 704.00 | 390.90 | 275,193.60 |
| Partners and of Counsel Total | | | 849.65 | 24,701.60 | 20,987,774.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Bieler, Philip | 1994 | 602.00 | 584.60 | 351,929.20 |
| | Wlodek, Heather | 2003 | 802.00 | 471.90 | 378,463.80 |
| | Hiatt, Eric B. | 2005 | 638.00 | 249.60 | 159,244.80 |
| | Cowherd, Matthew K. | 2005 | 622.00 | 430.10 | 267,522.20 |
| | Mezibov, Jonathan G. | 2006 | 275.00 | 573.00 | 157,575.00 |
| | Goldmark, Jena B. | 2007 | 576.00 | 581.00 | 334,656.00 |
| | Mattera, Marshall J. | 2009 | 638.00 | 643.70 | 410,680.60 |
| | Nickodem, Robert G. | 2009 | 282.00 | 580.10 | 163,588.20 |
| | Rouach, Sophie | 2010 | 501.00 | 132.30 | 66,282.30 |
| | Chandler, Tara R. | 2010 | 282.00 | 725.70 | 204,647.40 |
| | Maytal, Anat | 2010 | 725.00 | 336.60 | 244,035.00 |
| | Hansford, Melissa L. | 2010 | 282.00 | 366.60 | 103,381.20 |
| | Boga-Lofaro, Csilla | 2010 | 518.00 | 66.50 | 34,447.00 |
| | McGourty, Cara | 2010 | 616.00 | 480.20 | 295,803.20 |
| | Mahida, Michelle Marie Hoff | 2010 | 275.00 | 810.70 | 222,942.50 |
| | Biondo, Lindsay J. | 2010 | 282.00 | 772.20 | 217,760.40 |
| | Rollins, Jennifer B. | 2010 | 275.00 | 587.40 | 161,535.00 |
| | Ubaid, Maryland H. | 2010 | 282.00 | 603.90 | 170,299.80 |
| | White, Jason T. | 2011 | 282.00 | 646.70 | 182,369.40 |
| | Cardenas, Samantha A. | 2011 | 275.00 | 616.10 | 169,427.50 |
| | Vonderhaar, Douglas A. | 2011 | 341.00 | 95.40 | 32,531.40 |
| | Blanchard, Jason I. | 2011 | 745.00 | 325.90 | 242,795.50 |
| | Gottesman, Joel D. | 2011 | 282.00 | 477.30 | 134,598.60 |
| | Rose, Nicholas M. | 2011 | 616.00 | 376.70 | 232,047.20 |
| | Patrick, Stacey M. | 2011 | 282.00 | 617.00 | 173,994.00 |
| | Gallagher, Christopher B. | 2012 | 704.00 | 525.30 | 369,811.20 |
| | Ackerman, Stephanie | 2012 | 653.00 | 808.30 | 527,819.90 |
| | Rice, David W. | 2012 | 594.00 | 54.30 | 32,254.20 |
| | Friedman, Matthew B. | 2013 | 567.00 | 313.00 | 177,471.00 |
| | Charlemagne, Chardaie C. | 2013 | 653.00 | 119.50 | 78,033.50 |
| | Tanney, Michelle N. | 2013 | 653.00 | 480.70 | 313,897.10 |
| | Gillingham, Ross M. | 2013 | 275.00 | 736.80 | 202,620.00 |
| | Sterling, Nichole L. | 2013 | 508.00 | 3.00 | 1,524.00 |
| | Brumbach, Maxim G. | 2013 | 275.00 | 602.50 | 165,687.50 |
| | Mosher, Sarah E. | 2013 | 275.00 | 621.00 | 170,775.00 |
| | Goertemiller, Noah J. | 2014 | 275.00 | 711.20 | 195,580.00 |
| | Horning, Nathan T. | 2014 | 282.00 | 714.20 | 201,404.40 |
| | Serrao, Andrew M. | 2015 | 622.00 | 1.60 | 995.20 |
| | Turner, Tara E. | 2015 | 581.00 | 746.90 | 433,948.90 |
| | Merola, Danielle L. | 2015 | 395.00 | 11.90 | 4,700.50 |
| | Berry, Joshua L. | 2016 | 275.00 | 604.00 | 166,100.00 |
| | Stewart, Matthew L. | 2016 | 275.00 | 730.60 | 200,915.00 |
| | Nadworny, Bari R. | 2016 | 508.00 | 84.80 | 43,078.40 |
| | Molony, Matthew E. | 2016 | 275.00 | 662.30 | 182,132.50 |
| | Shalodi, Amani | 2016 | 282.00 | 753.40 | 212,458.80 |
| | Martin, Lauren E. | 2016 | 275.00 | 694.60 | 191,015.00 |
| | Cantu, Michael R. | 2016 | 282.00 | 790.80 | 223,005.60 |
| | Maw, Darley | 2017 | 581.00 | 34.70 | 20,160.70 |
| | Dindiyal, Ariana G. | 2017 | 459.00 | 739.00 | 339,201.00 |
| | Stork, Victoria L. | 2017 | 581.00 | 677.20 | 393,453.20 |
| | Wafelbakker, Tess N. | 2018 | 359.00 | 3.80 | 1,364.20 |
| | Cohen, Andrea A. | 2018 | 425.00 | 49.10 | 20,867.50 |
| | Fischetti, Chloe S. | 2018 | 450.00 | 351.50 | 158,175.00 |
| | Huse, Jessica A. | 2018 | 535.00 | 1.90 | 1,016.50 |
| | Corrigan, Megan A. | 2019 | 443.00 | 291.80 | 129,267.40 |
| | Gotsis, Christina O. | 2019 | 443.00 | 298.70 | 132,324.10 |
| | Hayes, Sarah M. | 2019 | 410.00 | 66.90 | 27,429.00 |
| | Farrell, Deirdre J. | 2019 | 530.00 | 18.90 | 10,017.00 |
| | Williams, Briana D. | 2019 | 406.00 | 354.90 | 144,089.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Weinstein, Paige E. | 2019 | 280.00 | 297.00 | 83,160.00 |
| | Bordner, Alexa T. | 2019 | 454.00 | 456.40 | 207,205.60 |
| | Yantis, Brittany A. | 2019 | 443.00 | 376.30 | 166,700.90 |
| | Silversmith, Jordan R. | 2019 | 443.00 | 393.10 | 174,143.30 |
| | Jeffrey, Kevin J. | 2019 | 280.00 | 324.80 | 90,944.00 |
| | Mazoch, Jo Ann M. | 2020 | 385.00 | 55.80 | 21,483.00 |
| | Sternbach, Lauren E. | 2020 | 454.00 | 196.50 | 89,211.00 |
| | Quailey, Shade I. | 2020 | 510.00 | 30.70 | 15,657.00 |
| | Van Duyn, Audrey J. | 2020 | 454.00 | 20.00 | 9,080.00 |
| | Sullivan, Kayley B. | 2020 | 510.00 | 477.40 | 243,474.00 |
| | D'Angelo, Alexa | 2020 | 510.00 | 26.30 | 13,413.00 |
| | Thompson, Evette N. | 2021 | 290.00 | 314.40 | 91,176.00 |
| | Diaz, Yadilsa | 2021 | 485.00 | 504.40 | 244,634.00 |
| | Bridges, Bailey A. | 2021 | 385.00 | 55.30 | 21,290.50 |
| | Gaudreau, Madison J. | 2021 | 485.00 | 201.70 | 97,824.50 |
| | Record, Luke E. | 2021 | 485.00 | 175.40 | 85,069.00 |
| | Cruz, Mardeline | 2021 | 485.00 | 76.80 | 37,248.00 |
| | Rogo, Francesca A. | #N/A | 365.00 | 165.00 | 60,225.00 |
| | Karambelas, Alexandra J. | #N/A | 365.00 | 135.70 | 49,530.50 |
| | Chichi, Delores V. | #N/A | 365.00 | 120.30 | 43,909.50 |
| | Surapaneni, Priyanka | #N/A | 365.00 | 66.00 | 24,090.00 |
| Associates Total | | | 411.32 | 30,279.60 | 12,454,618.70 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Blaber, Theresa A. | #N/A | 378.00 | 41.90 | 15,838.20 |
| | Bryan, Katrina E. | #N/A | 369.00 | 638.20 | 235,495.80 |
| | Chan, Angeline | #N/A | 289.00 | 431.70 | 124,761.30 |
| | Monge, Tirsa | #N/A | 388.00 | 285.60 | 110,812.80 |
| | von Collande, Constance M. | #N/A | 383.00 | 534.00 | 204,522.00 |
| | Godsen, Brian J. | #N/A | 191.00 | 20.00 | 3,820.00 |
| | Stone, Adrian | #N/A | 340.00 | 315.80 | 107,372.00 |
| | Glanzman, Adam J. | #N/A | 389.00 | 174.10 | 67,724.90 |
| | McKenna, Patrice M. | #N/A | 308.00 | 565.60 | 174,204.80 |
| | Oliver-Weeks, Marcella J. | #N/A | 461.70 | 732.10 | 338,012.00 |
| | Graham, Sonya M. | #N/A | 297.00 | 3.10 | 920.70 |
| | Wong, Sun Kei | #N/A | 301.00 | 12.70 | 3,822.70 |
| | Iskhakova, Yuliya | #N/A | 427.55 | 833.80 | 356,487.10 |
| | Dangelmajer, Susan E. | #N/A | 376.00 | 18.90 | 7,106.40 |
| | Nunes, Silas T. | #N/A | 343.00 | 165.70 | 56,835.10 |
| | Polanco Ortiz, Dorian A. | #N/A | 293.00 | 17.60 | 5,156.80 |
| | Szalay, Sarah M. | #N/A | 217.00 | 167.50 | 36,347.50 |
| | Clark, Raymond W. | #N/A | 185.00 | 3.80 | 703.00 |
| | Villamayor, Fidentino L. | #N/A | 406.00 | 273.60 | 111,081.60 |
| | Bekier, James M. | #N/A | 494.00 | 278.70 | 137,677.80 |
| | Montani, Christine A. | #N/A | 388.00 | 387.00 | 150,156.00 |
| | Bookout, Kimberly M. | #N/A | 259.00 | 16.00 | 4,144.00 |
| | Fishelman, Benjamin D. | #N/A | 472.00 | 323.90 | 152,880.80 |
| | Whyte, Omar C. | #N/A | 325.00 | 4.30 | 1,397.50 |
| | Cabrera, Ramon C. | #N/A | 304.00 | 263.90 | 80,225.60 |
| | Safina, Megan R. | #N/A | 310.00 | 152.40 | 47,244.00 |
| | Kinne, Tanya M. | #N/A | 411.13 | 721.50 | 296,627.00 |
| | O'Neil, Alden | #N/A | 385.00 | 73.80 | 28,413.00 |
| | Gibbons, Michael E. | #N/A | 425.00 | 22.80 | 9,690.00 |
| | Farber, Eugenll B. | #N/A | 185.00 | 4.00 | 740.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | 383.51 | 7,484.00 | 2,870,220.40 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 849.65 | 24,701.60 | 20,987,774.00 |
| Associates Total | 411.32 | 30,279.60 | 12,454,618.70 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 383.51 | 7,484.00 | 2,870,220.40 |
| Blended Attorney Rate | 608.25 | | |
| Total Fees Incurred | | 62,465.20 | 36,312,613.10 |
| **Less 10% Public Interest Discount** | | | (3,631,261.31) |
| **Grand Total** | | | $ 32,681,351.79 |