EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-EIGHTH INTERIM PERIOD
OF AUGUST 1, 2021 THROUGH NOVEMBER 30, 2021

|  | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 8,076.90 | $ 5,570,644.10 |
| 02 | Bankruptcy Court Litigation and Related Matters | 425.00 | 301,375.80 |
| 03 | Feeder Funds | 1,199.00 | 1,076,556.20 |
| 04 | Asset Search Recovery and Sale | 9.60 | 9,305.00 |
| 05 | Internal Office Meetings with Staff | 474.50 | 268,832.00 |
| 07 | Billing | 971.50 | 430,429.40 |
| 08 | Case Administration | 1,859.90 | 932,534.00 |
| 11 | Press Inquires and Responses | 92.40 | 78,129.80 |
| 12 | Document Review | 13,918.80 | 4,258,753.10 |
| 13 | Discovery - Depositions and Document Productions | 685.60 | 280,998.10 |
| 14 | International | 107.60 | 67,257.30 |
| 20 | Governmental Agencies | 7.50 | 7,707.70 |
| 21 | Allocation | 12.90 | 11,442.00 |
| 000005 | Customer Claims | 361.10 | 226,672.10 |
| 000007 | Madoff Family | 80.60 | 66,868.90 |
| 000009 | Fairfield Greenwich | 5,553.80 | 3,101,338.70 |
| 000029 | Rye/Tremont | 823.90 | 520,698.20 |
| 000030 | HSBC | 2,473.40 | 1,962,073.90 |
| 000032 | LuxAlpha/UBS | 1,965.40 | 1,516,005.70 |
| 000033 | Nomura Bank International PLC | 540.00 | 361,721.10 |
| 000034 | Citibank | 505.60 | 355,420.00 |
| 000035 | Natixis | 799.70 | 513,764.50 |
| 000036 | Merrill Lynch | 168.80 | 125,262.20 |
| 000037 | ABN AMRO | 295.10 | 204,383.40 |
| 000039 | Fortis | 242.40 | 202,681.60 |
| 000042 | Equity Trading | 27.60 | 20,617.40 |
| 000053 | Magnify | 4,336.50 | 2,611,198.40 |
| 000060 | Avellino & Bienes | 3,806.50 | 3,006,325.50 |
| 000062 | Subsequent Transfer | 8,446.00 | 5,532,122.20 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 150.10 | 133,953.60 |
| 000065 | Legacy Capital Ltd | 1,138.80 | 870,814.60 |
| 000071 | Square One | 2,540.70 | 1,400,828.40 |
| 000073 | BNP Paribas | 368.00 | 285,898.20 |
| Grand Total | | **62,465.20** | **36,312,613.10** |

**Less 10% Public Interest Discount** (3,631,261.31)

**Grand Total** $ 32,681,351.79

| Task/Matter Name | HOURS | AMOUNT |
|---|---|---|
| **Current Application** | | |
| Interim Compensation Requested | | $ 32,681,351.79 |
| Interim Compensation Paid | | *(29,413,216.61)* |
| Interim Compensation Deferred | | $ 3,268,135.18 |
| | | |
| **Prior Applications** | | |
| Interim Compensation Requested | | $ 1,346,660,202.00 |
| Interim Compensation Paid | | *$ (1,332,866,260.93)* |
| Interim Compensation Deferred | | $ 13,793,941.07 |