EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-EIGHTH
INTERIM PERIOD OF AUGUST 1, 2021 THROUGH NOVEMBER 30, 2021

| | | |
|---|---|---:|
| E101 | Copying (E101) | 1,018.50 |
| E102 | Outside Printing (E102) | 7,208.36 |
| E106 | Online Research (E106) | 46,568.38 |
| E107 | Delivery Services/ Messengers (E107) | 2,496.58 |
| E108 | Postage (E108) | 1,001.34 |
| E110 | Out-of-Town Travel (E110) | 138,899.87 |
| E111 | Business Meals, etc. (E111) | 2,792.42 |
| E112 | Court Fees (E112) | 3,791.54 |
| E113 | Subpoena Fees (E113) | 1,381.83 |
| E114 | Witness Fees (E114) | 29.00 |
| E115 | Deposition Transcripts (E115) | 200.00 |
| E116 | Trial Transcripts (E116) | 1,599.70 |
| E119 | Experts (E119) | 435.18 |
| E123 | Other Professionals (E123) | 18,877.27 |
| E124 | Other (E124) | 151,523.60 |
| **Grand Total** | | **377,823.57** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded     $   20,046,192.98