# Exhibit B

SUMMARY OF THIRTY-SEVENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2021 THROUGH NOVEMBER 30, 2021

| Name | Year Admitted | Apr-Jul 2021 Standard Hourly Rate | Apr-Jul 2021 Total Hours Billed | Apr-Jul 2021 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 695.00 | 356.70 | $ 247,906.50 |
| Robert J. Luddy | 1987 | 670.00 | 36.40 | $ 24,388.00 |
| Kim M. Longo | 2002 | 585.00 | 522.30 | $ 305,545.50 |
| **Total Partners** | | | 915.40 | $577,840.00 |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 465.00 | 599.30 | $ 278,674.50 |
| Alan D. Lawn | 2009 | 420.00 | 564.60 | $ 237,132.00 |
| **Total Special Counsel** | | | 1,163.90 | $515,806.50 |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 451.70 | $ 198,748.00 |
| Carol LaFond | 2000 | 410.00 | 577.00 | $ 236,570.00 |
| Alex Jonatowski | 2007 | 395.00 | 597.50 | $ 236,012.50 |
| **Total Associates** | | | 1,626.20 | $671,330.50 |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 255.00 | 21.20 | $ 5,406.00 |
| Carilyn Priolo | | 165.00 | 148.40 | $ 24,486.00 |
| **Total Paraprofessionals** | | | 169.60 | $ 29,892.00 |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 915.40 | 577,840.00 |
| **Special Counsel** | 1,163.90 | 515,806.50 |
| **Associates** | 1,626.20 | 671,330.50 |
| **Paraprofessionals** | 169.60 | 29,892.00 |
| | | |
| **Blended Attorney Rate** | 476.31 | |
| **Blended Rate All Professionals** | 463.18 | |
| **GRAND TOTAL** | 3,875.10 | $ 1,794,869.00 |

{12003789:1}