## **Exhibit C**

SUMMARY OF THIRTY-SEVENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021

| Code Description | Amount |
|---|---:|
| Telephone - Reimbursements | $ 350.28 |
| Air Courier/Messenger | $ 323.83 |
| Online Research | $ 3,152.61 |
| **TOTAL** | **$ 3,826.72** |

{12003789:1}