# **Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTY-SEVENTH INTERIM PERIOD OF AUGUST 1, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 4.90 | $ 1,666.50 |
|  |  | 007 | Fee Application | 135.70 | 28,642.50 |
|  |  | 020 | Internal Office Meetings | 8.80 | 3,778.50 |
|  |  | 041 | Discovery, Document Review, Document Production | 2.50 | 1,201.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 13.50 | 8,586.50 |
| 12 | Credit Suisse | 010 | Litigation | 465.00 | 190,547.50 |
| 14 | Zephyros | 010 | Litigation | 106.40 | 42,866.50 |
| 15 | Mistral | 010 | Litigation | 61.20 | 24,827.50 |
| 16 | Societe Generale | 010 | Litigation | 225.80 | 106,233.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 401.40 | 180,385.50 |
| 18 | Clariden Leu | 010 | Litigation | 130.30 | 54,616.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 119.20 | 48,596.50 |
| 20 | Coordinated Cases | 010 | Litigation | 1,001.00 | 478,734.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,070.50 | 557,947.00 |
| 24 | Naidot | 010 | Litigation | 128.90 | 66,239.50 |
|  |  |  | **TOTALS** | **3,875.10** | **$ 1,794,869.00** |

{12003789:1}