**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE* OF MICHAEL S. NEIBURG**

Upon the motion of Michael S. Neiburg, a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware, having requested to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa et seq. ("SIPA") and the estate of Bernard L. Madoff, in the above-referenced cases, as well as the following related adversary proceedings:

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Caceis Bank Luxembourg et al.*, Adv. Pro. No. 11-02758 (CGM);

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Crédit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (CGM);

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Barfield Nominees Limited et al.*, Adv. Pro. No. 12-01669 (CGM);

29131005.2

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami, f/k/a Calyon S.A. d/b/a Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A. et al.*, Adv. Pro. No. 12-01670 (CGM); and

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC v. Intesa Sanpaolo SpA et al.*, Adv. Pro. No. 12-01680 (CGM)

it is hereby:

**ORDERED** that Michael S. Neiburg, is admitted to practice, *pro hac vice*, in the above-referenced cases, as well as the related adversary proceedings, to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.



**Dated: March 3, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

29131005.2