# EXHIBIT D



MULTI-STRATEGY FUND LIMITED
CDP CAPITAL INC
TACTICAL ALTERNATIVE INVESTMENTS
C/O MARIO THERRIEN
1000 PLACE JEAN-PAUL RIOPELLE
MONTREAL, QUEBEC H2Z 2B3
CANADA

Fund ID      : 03302
Holder ID    : 08121305
Account ID   : ▇▇4021
Contract No. : 8849902
Date         : Mar-11-2005
Order No.    : 6162302
Email        : HEDGEFUNDS@CDPCAPITAL.COM
FAX Number : 001 514 847 2343

Account name: MULTI-STRATEGY FUND LIMITED

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2005 |
| Trade Date | | Mar-01-2005 |
| Expected Payment Date | | Mar-15-2005 |
| No. of voting shares Redeemed | | 24,900.93 |
| Redemption Price | USD | 1,034.6350 |
| Gross Redemption Proceeds | USD | 25,763,373.71 |

| | | |
|---|---|---|
| Net Redemption Proceeds | USD | 25,763,373.71 |
| Amount to be paid | USD | 25,763,373.71 |
| Proceeds Paid to Date | USD | 25,763,373.71 |

Your balance following this transaction will be 0.00 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31) 20 5722 830 Fax: (31) 20 5722 476 E-mail: amsterdamweb@citco.com

Telstone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773