# EXHIBIT E

```
15/03 '05 13:36  FAX 514 281 2808        CCDQ MTL.                           ☑001/001
014                    CAISSE CENTRALE DESJARDINS                    PAGE:        1
                    CENTRE DES SERVICES INTERNATIONAUX               DATE: 05-03-15
                         INTERNATIONAL SERVICE CENTRE


                    TRANSFERT DE FONDS A CRÉDITER AU BÉNÉFICIAIRE
                    FUNDS TRANSFER TO BE CREDITED TO BENEFICIARY

      DESTINATAIRE / ADDRESSEE:
      ------------------------
      CAISSE DE DEPOT ET PLACEMENT DU QUEBEC CDP CAPITAL
      TRANSIT:CDP     (PATRICIA WEI, POSTE  4877)
      TÉLÉPHONE / PHONE : (514)842-3261
      TÉLÉCOPIEUR / FAX : (514)847-2343       CLÉ / TEST KEY: _____


      TRANSFERT DE FONDS / FUNDS TRANSFER
      -----------------------------------
      RÉFÉRENCE CSID / CSID REFERENCE:     INTL50315H000742

      DATE VALEUR / VALUE DATE:            05-03-15

      MONTANT ET DEVISE REÇUS /
      AMOUNT AND CURRENCY RECEIVED:                   25,763,373.71 USD<<--------

      EXPÉDITEUR / REMITTER:               FAIRFIELD SENTRY LIMITED



      RECEIVE NOSTRO:                      IRVT
      BANQUE DE L'EXPÉDITEUR /
      REMITTER'S BANK:                     CITCO BANK NEDERLAND N.V. DUBLIN BR
                                           ATTN MARTINA FITZGERALD
                                           DUBLIN 1 IRELAND


      COMPTE AUPRÈS DE /
      ACCOUNT WITH:




      BÉNÉFICIAIRE /
      BÉNÉFICIARY :                        ■0942
                                           MULTI STRATEGY FUND LTD



      DÉTAIL DU PAIEMENT /                 FAIRFIELD SENTRY SHARES 24900.93000
      PAYMENT DETAIL:                      00 T/D 03.01.05 R
                                           BNY CUST RRN - (BKCD)CRED

      INFORMATIONS COMPLÉMENTAIRES /
      ADDITIONAL INFORMATION:




      MONTANT ORIGINAL EXPÉDIÉ /
      ORIGINAL AMOUNT SENT:                           25,763,373.710   USD
      FRAIS AUTRES QUE DESJARDINS / OTHER FEES:

      MONTANT REÇU / AMOUNT RECEIVED:                  25,763,373.71   USD
      TAUX DE CHANGE / RATE:                             1.000000000
      FRAIS DU CSID / CSID'S CHARGES:                            .00
      MONTANT NET REÇU / NET AMOUNT RECEIVED:          25,763,373.71

      ----> VEUILLEZ CRÉDITER IMMÉDIATEMENT VOTRE MEMBRE ET DÉBITER VOTRE COMPTE
      11.20.06 ou 11.29.06 (EFFETS EN CIRCULATION)
      ----> PLEASE CREDIT YOUR MEMBER IMMEDIATELY AND DEBIT YOUR GENERAL LEDGER
      11.20.06 or 11.29.06
```