Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>MULTI-STRATEGY FUND LIMITED,<br><br>       Defendant. | Adv. Pro. No. 12-01205 (CGM) |

**CERTIFICATE OF SERVICE**

3648391.1

I certify that on March 4, 2022, I caused Defendant Multi-Strategy Fund Limited's Notice of Motion to Dismiss the Amended Complaint, Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint, Notice of Hearing, and the Declarations of Robert J. Lack and Mario A. Therrien and the exhibits thereto to be served on all counsel of record in the above-referenced adversary proceeding through the Court's electronic case filing system (No. 12-1205 ECF 99-103 and No. 08-1789 ECF 21231-35).

Dated: New York, New York
March 4, 2022

s/ Robert J. Lack
Robert J. Lack (rlack@fklaw.com)
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*