UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                      Plaintiff,<br><br>     v.<br><br>LEGACY CAPITAL LTD.,<br><br>                      Defendant. | Adv. Pro. No. 10-05286 (CGM) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                          Plaintiff,<br><br>     v.<br><br>RAFAEL MAYER, et al.,<br><br>                      Defendants. | Adv. Pro. No. 20-01316 (CGM) |

**STIPULATION AND ORDER**

Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa-*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff, and Defendants Legacy Capital Ltd., Rafael Mayer, David Mayer, Prince Resources LDC, Prince Capital Partners LLC and Khronos Liquid Opportunities Fund Ltd. (collectively, the "Defendants") (together with the Trustee, the "Parties"), by and through its undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on February 24, 2022, the Trustee filed a motion to consolidate two separate adversary proceedings, *Picard v. Legacy Capital Ltd.* (*In re BLMIS*), Adv. Pro. No. 10-05286 (CGM) (Bankr. S.D.N.Y.) and *Picard v. Mayer* (*In re BLMIS*), Adv. Pro. No. 20-01316 (CGM) (Bankr. S.D.N.Y.), for all pre-trial matters pursuant to Rule 42 of the Federal Rules of Civil Procedure as made applicable by Rule 7042 of the Federal Rules of Bankruptcy Procedure (the "Motion");

**WHEREAS**, the hearing date for the Motion is currently scheduled for March 16, 2022 at 10:00 a.m. (EST) with the Trustee having set a deadline to file any objection to the Motion ("Objection") by March 4, 2022 and the Trustee having set a deadline to reply to those Objections, if any ("Reply"), by March 11, 2022; and

**WHEREAS**, the Parties have agreed to adjourn the hearing date on the Motion and extend the briefing schedule as to the Objection and Reply deadlines.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1. The deadline for Defendants to file their Objection is adjourned from March 4, 2022 to March 23, 2022; and

2. The deadline for the Trustee to file his Reply is adjourned from March 11, 2022 to March 30, 2022; and

3. The hearing date for the Motion is adjourned from March 16, 2022 to April 7, 2022 at 2:00 p.m. (EST).

| | |
|---|---|
| Dated:  March 4, 2022<br>New York, New York | Dated:  March 4, 2022<br>New York, New York |

*/s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 11th Floor
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Jason S. Oliver
Tatiana Markel
Carrie Longstaff
Peter B. Shapiro
dsheehan@bakerlaw.com
owarshavsky@bakerlaw.com
joliver@bakerlaw.com
tmarkel@bakerlaw.com
clongstaff@bakerlaw.com
pshapiro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff*

*/s/ Eric B. Fisher*
**BINDER & SCHWARTZ LLP**
366 Madison Avenue, Sixth Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher
Lindsay A. Bush
Sarah Dowd
efisher@binderschwartz.com
lbush@binderschwartz.com
sdowd@binderschwartz.com

*Attorneys for Legacy Capital Ltd. and Rafael Mayer*

3

Dated:  March 4, 2022
        New York, New York

Dated:  March 4, 2022
        Miami, Florida

*/s/ Daniel H. Tabak*
**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 510-7299
Daniel H. Tabak
dtabak@cohengresser.com

*Attorneys for Prince Capital Partners LLC and Prince Resources LDC*

*/s/ Eugene E. Stearns*
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower
150 West Flagler Street
Suite 2200
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
Miami, Florida 33130
Eugene E. Stearns (admitted *pro hac vice*)
Carlos J. Canino (admitted *pro hac vice*)
Matthew M. Graham (admitted *pro hac vice*)
estearns@stearnsweaver.com
ccanino@stearnsweaver.com
mgraham@stearnsweaver.com

*Attorneys for David Mayer*

Dated:  March 4, 2022
        White Plains, New York

*/s/ Daniel S. Alter*
**YANKWITT LLP**
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.: (914) 686-1500
Fax: (914) 487-5000
Daniel S. Alter
daniel@yankwitt.com

*Attorneys for Khronos Liquid Opportunities Fund Ltd.*

**SO ORDERED.**

**Dated: March 7, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**