Hearing Date: July 13, 2022<br>
Objections Date: May 6, 2022<br>
Reply Date: June 6, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>   v.<br><br>BANQUE CANTONALE VAUDOISE,<br><br>       Defendant. | Adv. Pro. No. 12-01694 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Banque Cantonale Vaudoise's Motion to Dismiss the Complaint in the above-captioned action, the Declaration of David A. Shaiman dated as of the date hereof and exhibits thereto, and all prior pleadings and proceedings herein, Defendant Banque Cantonale Vaudoise ("Defendant") will move this Court for an order dismissing the Complaint filed by

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: March 7, 2022  
      New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/* John F. Zulack  
John F. Zulack  
Lauren J. Pincus  
David A. Shaiman  
111 Broadway, 20th Floor  
New York, New York 10006  
Tel. No.: 212-571-0550  
Email: jzulack@abv.com  
Email: lpincus@abv.com  
Email: dshaiman@abv.com

*Counsel for Banque Cantonale Vaudoise*