**Hearing Date: July 13, 2022**
**Objections Date: May 6, 2022**
**Reply Date: June 6, 2022**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 12-01694 (CGM) |
| v. | **ORAL ARGUMENT REQUESTED** |
| BANQUE CANTONALE VAUDOISE, | |
| Defendant. | |

## NOTICE OF HEARING ON
## DEFENDANT BANQUE CANTONALE VAUDOISE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, on March 7, 2022, Banque Cantonale Vaudoise

("Defendant"), filed its Motion to Dismiss the Complaint (the "Motion") pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the

Federal Rules of Bankruptcy Procedure, in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the Motion will be held on July 13, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on December 21, 2021, oppositions to the Motion, if any, shall be filed by Friday, May 6, 2022, and replies in further support of the Motion shall be filed by Monday, June 6, 2022.

Dated: March 7, 2022
         New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: /s/ John F. Zulack_____
John F. Zulack
Lauren J. Pincus
David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com
Email: lpincus@abv.com
Email: dshaiman@abv.com

*Counsel for Banque Cantonale Vaudoise*