**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                      Plaintiff,<br><br>v.<br><br>BANQUE CANTONALE VAUDOISE,<br><br>                      Defendant. | Adv. Pro. No. 12-01694 (CGM) |

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 7, 2022, the Motion to Dismiss of Defendant Banque Cantonale Vaudoise, the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declaration of David A. Shaiman and exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of

1

this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: March 7, 2022
      New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: */s/ David A. Shaiman*

David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: dshaiman@abv.com

*Counsel for Defendant Banque Cantonale Vaudoise*