UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-01789 (CGM)
CORPORATION :
                Plaintiff-Applicant, :
: SIPA LIQUIDATION
   v. :
:
BERNARD L. MADOFF : (Substantially Consolidated)
INVESTMENT SECURITIES LLC, :
:
                Defendant. :
:
------------------------------------------------------------X
*In re* :
:
BERNARD L. MADOFF, :
:
                Debtor. :
:
------------------------------------------------------------X
:
IRVING H. PICARD, Trustee for the :
Liquidation of Bernard L. Madoff :
Investment Securities LLC and :
Bernard L. Madoff, : Adversary Proceeding
                Plaintiff, :
: Case No. 10-04570 (CGM)
   v. :
:
JACOB M. DICK REV LIVING :
TRUST DTD 4/6/01, individually :
and as tenant in common, :
:
ESTATE OF JACOB M. DICK, as :
grantor of the Jacob M. Dick Rev :
Living Trust Dtd 4/6/01, :
:
ANDREA J. MARKS, trustee & : :
beneficiary of Jacob M. Dick Rev :
Living Trust Dtd 4/6/01, executor & :
beneficiary of Estate of Jacob M. :
Dick, & trustee of Article 8.1Trust :

| | |
|---|---|
| created under Jacob M. Dick Rev Living Trust Dtd 4/6/01 | : <br> : <br> : |
| REID DORAL ASHLEY, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, | : <br> : <br> : <br> : <br> : |
| RIO JOCELYN BREEN, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, | : <br> : <br> : <br> : <br> : |
| ARTICLE 8.1 TRUST, | : <br> : |
| SUZANNE BREEN, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01, and | : <br> : <br> : <br> : <br> : |
| DOUGLAS J. STURLINGH, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01, | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

------------------------------------------------------------X

## ORDER GRANTING MOTION TO EXTEND TIME AND ADJOURN THE HEARING ON THE TRUSTEE'S <u>MOTION FOR SUMMARY JUDGMENT</u>

**UPON** the motion to extend time to file opposition and reply papers and to adjourn the hearing on the Trustee's pending summary judgment motion filed by the Defendants on March 4, 2022, (ECF No. 110) and having found justification for extending the time and adjourning the hearing, it is HEREBY

**ORDERED**, that the Defendants' Motion to is **GRANTED**, and

**ORDERED**, that the pending hearing scheduled for March 16, 2022, at 10:00 am shall take place on April 20, 2022, at 10:00 am., and

**ORDERED**, that the Defendants' Opposition to the Trustee's motion shall be served and filed before 5:00 pm on March 18, 2022, and

**ORDERED**, that the Trustee's reply shall be served and filed before 5:00 pm on March 25, 2022.



**Dated: March 7, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**