UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>KOOKMIN BANK,<br><br>    Defendant | Adv. Pro. No. 12-01194 (CGM) |

### NOTICE OF MOTION OF DEFENDANT
### KOOKMIN BANK TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon Defendant Kookmin Bank's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, the accompanying Declaration of Hoon-mi Park Manager, Custody Business Department, Kookmin Bank, dated March 7, 2022, and the exhibits thereto, the Complaint, dated March 22, 2012, attached hereto as an exhibit, in the above-captioned adversary proceeding, and all prior pleadings and proceedings herein, defendant Kookmin Bank will move this Court at 10:00 am (prevailing Eastern time) on June 15, 2022,. for an order dismissing the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), as made applicable by

Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order in this proceeding entered on January 27, 2022, the plaintiff shall respond to this motion by May 6, 2022 and Kookmin Bank shall file its reply by June 6, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Kookmin Bank does not consent to the entry of final orders or judgment by this Court.

Dated: New York, NY
March 7, 2022

/s/ Richard A. Cirillo
_____
Richard A. Cirillo

CIRILLO LAW OFFICE
246 East 33rd Street – 1 FR
New York, NY 10016-4802
T: 917-541-6778
E: rcirillo@cirillo-law.com
*Attorney for Defendant
Kookmin Bank*