Exhibit C

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO KOOKMIN BANK**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 1/14/2005 | (1,064,388) |
| 3/21/2005 | (1,483,698) |
| 3/21/2005 | (1,695,653) |
| 3/21/2005 | (741,854) |
| 4/14/2005 | (534,474) |
| 4/14/2005 | (641,375) |
| 4/14/2005 | (1,015,502) |
| 4/14/2005 | (748,265) |
| 4/14/2005 | (2,594,298) |
| 4/14/2005 | (641,281) |
| 4/14/2005 | (641,281) |
| 5/13/2005 | (1,066,537) |
| 5/13/2005 | (1,066,861) |
| 5/13/2005 | (1,119,545) |
| 5/13/2005 | (639,922) |
| 5/13/2005 | (639,922) |
| 5/13/2005 | (1,119,869) |
| 5/13/2005 | (1,226,523) |
| 5/13/2005 | (8,212,336) |
| 6/15/2005 | (640,148) |
| 6/15/2005 | (640,148) |
| 6/15/2005 | (5,547,965) |
| 7/15/2005 | (529,522) |
| 7/15/2005 | (754,769) |
| 7/15/2005 | (535,944) |
| 7/15/2005 | (686,000) |
| 7/15/2005 | (476,566) |
| 7/15/2005 | (423,611) |
| 7/15/2005 | (2,210,360) |
| 7/15/2005 | (476,566) |
| 7/15/2005 | (413,026) |
| 7/15/2005 | (1,397,924) |
| 1/19/2006 | (384,169) |
| **Total:** | **$ (42,010,303)** |