UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>KOOKMIN BANK,<br><br>    Defendant | Adv. Pro. No. 12-01194 (CGM) |

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2022, I caused Defendant Kookmin Bank's Notice of Motion to Dismiss the Complaint and the exhibit thereto, Memorandum of Law in Support of Motion to Dismiss, Notice of Hearing, and Declaration of Hoon-mi Park, Manager, Custody Business Department, Kookmin Bank, and the exhibits thereto to be served on all counsel of record in the above-referenced adversary proceeding through the Court's electronic case filing system in cases numbers 12-01194 and 08-01789.

                /s/ Richard A. Cirillo

                CIRILLO LAW OFFICE
                Richard A. Cirillo
                246 East 33rd Street – 1 FR
                New York, NY 10016-4802
                T: 917-541-6778
                E: rcirillo@cirillo-law.com
                *Attorney for Defendant*
                *Kookmin Bank*