UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        ) ss:
COUNTY OF DALLAS        )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 7, 2022, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S FIFTIETH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 21208)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S FIFTIETH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 21209)

3. NOTICE OF HEARING ON TRUSTEE'S FIFTIETH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 21210)

Executed on March 7, 2022

Tassie Powers Barr

Sworn to and subscribed before me this 7th day of March, 2022

MARY S BETIK
Notary ID #4866693
My Commission Expires
March 12, 2026

(SEAL)

Notary Public

08-01789-cgm    Doc 21251    Filed 03/08/22    Entered 03/08/22 17:02:54    Main Document
Pg 2 of 4

2

# Exhibit A

Exhibit A
3/07/2022

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Milberg LLP | Attn: Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| SNR Denton US LLP | Attn: Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | Counsel |
| Skoloff & Wolfe, P.C. | Attn: Jonathan W. Wolfe & Barbara A. Schweiger | 140 Broadway Center | New York | NY | 10005 | Counsel |