**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Charlotte Marden (the "Claimant"), having filed an objection (the "Objection", Docket No. 5168) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012124), hereby gives notice that she withdraws such Objection.

Dated:  March  10, 2022

  /s/ Richard Levy, Jr.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rlevy@pryorcashman.com