**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Patrice M. Auld (the "Claimant"), having filed an objection (the "Objection", Docket No. 5172) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013934), hereby gives notice that she withdraws such Objection.

Dated:  March   10, 2022

                                                          */s/ Richard Levy, Jr.*
                                                          PRYOR CASHMAN LLP
                                                          7 Times Square
                                                          New York, New York 10036
                                                          Telephone: (212) 421-4100
                                                          Facsimile: (212) 326-0806
                                                          rlevy@pryorcashman.com