UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,<br><br>Defendants. | Adv. Pro. No. 10-04468 (CGM) |

**ORDER AUTHORIZING REDACTION OF CERTAIN EXHIBITS ATTACHED TO THE DECLARATION OF MICHAEL S. NEIBURG IN SUPPORT OF TRUSTEE'S (I) OPPOSITION TO DEFENDANT KENNETH W. BROWN'S MOTION FOR SUMMARY JUDGMENT, (II) CROSS MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KENNETH W. BROWN, AND (III) MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT KEN-WEN FAMILY LIMITED PARTNERSHIP**

29166089.2

Upon the motion (the "Motion")[1] of Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, substantively consolidated with the chapter 7 estate of Bernard L. Madoff in the above-captioned cases, for entry of an order pursuant to 11 USC §§ 105(a) and 107(c) of title 11 of the United States Bankruptcy Code, authorizing the Trustee to redact the Confidential Information in the Exhibits attached to the *Declaration of Michael S. Neiburg in Support of Trustee's (I) Opposition to Defendant Kenneth W. Brown's Motion for Summary Judgment, (II) Cross Motion for Summary Judgment as to Defendant Kenneth W. Brown and (III) Motion for Summary Judgment as to Defendant Ken-Wen Family Limited Partnership* [Docket No. 181]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §157(b); and venue of these proceedings being proper in this district pursuant to 28 U.S.C. § 1409; and it appearing that no other notice need be provided; and the Court having reviewed the Motion and considered the relief requested therein; and after due deliberation the Court having determined that just cause for the relief requested herein exists; and the Court having found that the relief granted herein is in the best interests of all parties in interest; and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Trustee is authorized to redact the Confidential Information from Exhibits 4, 15, 16, 17, 18, 19, 20, 21, and 22 to the Neiburg Declaration.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

29166089.2

2

3. The Confidential Information shall remain confidential and shall not be made available to anyone (other than to the Parties and their respective counsel) without the prior written consent of the Parties.

**Dated: March 11, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

29166089.2

3