**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br>v.<br><br>BANK JULIUS BAER & CO. LTD.,<br><br>      Defendant. | Adv. Pro. No. 11-02922 (CGM) |

**STIPULATION AND ORDER**

**WHEREAS**, on December 8, 2011, Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff filed a complaint against Defendant Bank Julius Baer & Co. Ltd. ("BJB" and, together with the Trustee, the "Parties") seeking to recover alleged avoidable transfers from BLMIS under section 550 of the Bankruptcy Code; and

**WHEREAS**, the Trustee subsequently identified additional alleged transfers from BLMIS that he seeks to recover from BJB, and seeks to make certain other revisions to the

existing complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below, that:

1. The Trustee will provide a proposed amended complaint to BJB on or before **March 30, 2022**.

2. BJB will indicate whether it consents to the Trustee filing the proposed amended complaint on or before **April 13, 2022**.

3. On or before **April 15, 2022**, either:

    a. If BJB consents to the Trustee filing the proposed amended complaint, the Trustee will file the amended complaint.

        i. BJB will answer, move or otherwise respond to the amended complaint on or before **June 14, 2022**.

        ii. The Trustee will file any opposition to BJB's motion on or before **August 15, 2022**.

        iii. BJB will file any reply brief in support of their motion on or before **September 14, 2022**.

    b. If BJB does not consent to the Trustee filing the proposed amended complaint, the Trustee will file his motion for leave to file an amended complaint.

        i. BJB will file any opposition to the Trustee's motion for leave to file an amended complaint on or before **June 14, 2022**.

        ii. The Trustee will file any reply brief in support of his motion on or before **July 14, 2022**.

4. In either case, the Parties reserve the right to seek oral argument on the motion.

5. The deadlines established by this Stipulation are without prejudice to either Party seeking future extensions of time.

6. Except as expressly set forth herein, the Parties reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights, arguments, objections, and defenses, including without limitation any defenses based on lack of jurisdiction.

Dated: March 17, 2022
      New York, New York

| | |
|---|---|
| */s/ David J. Sheehan* | */s/ Eric Halper* |
| **Baker & Hostetler LLP** | **McKool Smith** |
| 45 Rockefeller Plaza | One Manhattan West |
| New York, New York 10111 | 395 9th Avenue |
| Telephone: (212) 589-4200 | New York, NY 10001 |
| Facsimile: (212) 589-4201 | Telephone: (212) 402-9400 |
| David J. Sheehan | Facsimile: (212) 402-9444 |
| Email: dsheehan@bakerlaw.com | Eric Halper |
| Keith R. Murphy | ehalper@mckoolsmith.com |
| Email: kmurphy@bakerlaw.com | |
| | *Attorneys for BJB* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | |

3

**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com
Alan D. Lawn
Email: alawn@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

**SO ORDERED.**



**Dated: March 18, 2022
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**