# EXHIBIT B



# Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

NEW YORK, 2/09/79

LEAR SIEGLER INC                                           8.92

**CLIENT'S ACCOUNT NUMBER**

GUNTHER & MARGARET UNFLAT
78-02 79TH STREET
GLENDALE NY 11227

1-02103-1-8

**BERNARD L. MADOFF**

INVESTMENT SECURITIES

110 WALL STREET, NEW YORK, N. Y. 10005

TEL. 212-825-3910

WE HAVE THIS DAY **CREDITED** YOUR
ACCOUNT WITH THE FOLLOWING:

NEW YORK, Feb 7, 1979

| Check | $50,000.00 |

CLIENT'S ACCOUNT NUMBER

**CR. A/C**

Gunther & Margaret Unflat
78-02 79th Street
Glendale, N.Y. 11227

**CLIENT'S COPY**