# EXHIBIT E

**BERNARD L. MADOFF INVESTMENT**
**SECURITIES LLC**
885 Third Avenue
New York, NY 10022

January 1, 2001

Bank of New York
1 Wall Street – 42nd Floor
New York, New York 10286

Attn:   E.A. Rivera

Ladies and Gentlemen:

On January 1, 2001, Bernard L. Madoff, a sole proprietorship (the "Sole Proprietorship") changed its legal status from a sole proprietorship to a limited liability company. The name of the limited liability company is Bernard L. Madoff Investment Securities LLC (the "Company"), a New York limited liability company (the "Company"). The sole member of the Company is Bernard L. Madoff. The Sole Proprietorship, the Company and Bernard L. Madoff as the sole member of the Company have delivered to the Bank of New York ("BONY") certain agreements, certificates, resolutions and other documentation (collectively, the "Documents") in connection with opening certain accounts with BONY and the Company's participation/membership in The Depository Trust Company, the National Securities Clearing Corporation and The Options Clearing Corporation ("OCC"). Please be advised that each of the Documents so delivered were true and complete when completed, executed and delivered and are true and complete at the date hereof, with the same effect as though executed and delivered this date.

Very truly yours,

BERNARD L. MADOFF, a sole proprietorship      BERNARD L. MADOFF
                                               INVESTMENT SECURITIES LLC


By: _____      By: _____
     Bernard L. Madoff, sole proprietor          Bernard L. Madoff, sole member


_____
Bernard L. Madoff, as sole member of the Company

MESTABL00005744

| | | |
|---|---|---|
| **MADF** | **BERNARD L. MADOFF**<br>**Investment Securities**<br>885 Third Avenue New York, NY 10022-4834 | **BERNARD L. MADOFF INVESTMENT**<br>**SECURITIES LLC**<br>885 Third Avenue<br>New York, NY 10022 | 212 230-2424<br>800 334-1343<br>Telex 235130<br>Fax 212 486-8178 |

January 1, 2001

National Securities Clearing Corporation
55 Water Street
New York, New York 10041

Ladies and Gentlemen:

On January 1, 2001, Bernard L. Madoff, a sole proprietorship (the "Sole Proprietorship") changed its legal status from a sole proprietorship to a limited liability company. The name of the limited liability company is Bernard L. Madoff Investment Securities LLC (the "Company"), a New York limited liability company (the "Company"). The sole member of the Company is Bernard L. Madoff. In connection with the Company's application to become a member of the National Securities Clearing Corporation ("NSCC"), the Sole Proprietorship, the Company and Bernard L. Madoff as the sole member of the Company have delivered to the NSCC certain agreements, certificates, resolutions and other documentation (collectively, the "Documents"). Please be advised that each of the Documents so delivered were true and complete when completed, executed and delivered and are true and complete at the date hereof, with the same effect as though executed and delivered this date.

Very truly yours,

BERNARD L. MADOFF, a sole proprietorship        BERNARD L. MADOFF
                                                 INVESTMENT SECURITIES LLC

By: _____                   By: _____
     Bernard L. Madoff, sole proprietor               Bernard L. Madoff, sole member

_____
Bernard L. Madoff, as sole member of the Company

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222**

MADTEE00544438

| | | |
|---|---|---|
| **BERNARD L. MADOFF**<br>**Investment Securities**<br>885 Third Avenue  New York, NY 10022-4834 | **BERNARD L. MADOFF INVESTMENT**<br>**SECURITIES LLC**<br>885 Third Avenue<br>New York, NY  10022 | 212 230-2424<br>800 334-1343<br>Telex 235130<br>Fax 212 486-8178 |

January 1, 2001

The Options Clearing Corporation
17 State Street- Floor 6
New York, New York 10004

Attn:  Ms. Cheryl Coston

Ladies and Gentlemen:

On January 1, 2001, Bernard L. Madoff, a sole proprietorship (the "Sole Proprietorship") changed its legal status from a sole proprietorship to a limited liability company. The name of the limited liability company is Bernard L. Madoff Investment Securities LLC (the "Company"), a New York limited liability company (the "Company"). The sole member of the Company is Bernard L. Madoff. In connection with the Company's application to become a member of The Options Clearing Corporation ("OCC"), the Sole Proprietorship, the Company and Bernard L. Madoff as the sole member of the Company have delivered to the OCC certain agreements, certificates, resolutions and other documentation (collectively, the "Documents"). Please be advised that each of the Documents so delivered were true and complete when completed, executed and delivered and are true and complete at the date hereof, with the same effect as though executed and delivered this date.

Very truly yours,

BERNARD L. MADOFF, a sole proprietorship          BERNARD L. MADOFF
                                                   INVESTMENT SECURITIES LLC

By: _____          By: _____
        Bernard L. Madoff, sole proprietor               Bernard L. Madoff, sole member


_____
   Bernard L. Madoff, as sole member of the Company

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

**BERNARD L. MADOFF INVESTMENT**
**SECURITIES LLC**
885 Third Avenue
New York, NY 10022

January 1, 2001

The Depository Trust Company
55 Water Street – 50th Floor
New York, New York 10041-0099

Attn:   Director of Compliance

Ladies and Gentlemen:

On January 1, 2001, Bernard L. Madoff, a sole proprietorship (the "Sole Proprietorship") changed its legal status from a sole proprietorship to a limited liability company. The name of the limited liability company is Bernard L. Madoff Investment Securities LLC (the "Company"), a New York limited liability company (the "Company"). The sole member of the Company is Bernard L. Madoff. In connection with the Company's application to become a Participant in The Depository Trust Company ("DTC"), the Sole Proprietorship, the Company and Bernard L. Madoff as the sole member of the Company have delivered to the DTC certain agreements, applications, questionnaires, certificates, resolutions and other documentation (collectively, the "Documents"). Please be advised that each of the Documents so delivered were true and complete when completed, executed and delivered and are true and complete at the date hereof, with the same effect as though executed and delivered this date.

Very truly yours,

BERNARD L. MADOFF, a sole proprietorship          BERNARD L. MADOFF
                                                   INVESTMENT SECURITIES LLC

By: _____               By: _____
       Bernard L. Madoff, sole proprietor                  Bernard L. Madoff, sole member

_____
       Bernard L. Madoff, as sole member of the Company

MESTABL00005745