# EXHIBIT L

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

## FOCUS REPORT
(FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT)
### PART II [11]

**FORM
X-17A-5**

(Please read instructions before preparing Form)

This report is being filed pursuant to (Check Applicable Block(s)):

1) Rule 17a-5(a) [X] [16]    2) Rule 17a-5(b) [ ] [17]    3) Rule 17a-11 [ ] [18]

4) Special request by designated examining authority [ ] [19]    5) Other [ ] [26]

NAME OF BROKER-DEALER

Bernard L. Madoff _____ [13]

ADDRESS OF PRINCIPAL PLACE OF BUSINESS (Do not use P.O. Box No.)

885 Third Avenue _____ [20]
(No. and Street)

New York _____ [21]    NY _____ [22]    10022 ____ [23]
(City)    (State)    (Zip Code)

SEC. FILE NO.

8-08132 _____ [14]
FIRM ID NO.

_____ [15]
FOR PERIOD BEGINNING (MM/DD/YY)

05/01/08 _____ [24]
AND ENDING (MM/DD/YY)

05/30/08 _____ [25]

NAME AND TELEPHONE NUMBER OF PERSON TO CONTACT IN REGARD TO THIS REPORT    (Area code) - Telephone No.

Enrica Cotellessa-Pitz _____ [30]    (212) 230-2429 _____ [31]

NAME(S) OF SUBSIDIARIES OR AFFILIATES CONSOLIDATED IN THIS REPORT    OFFICIAL USE

_____ [32]    _____ [33]
_____ [34]    _____ [35]
_____ [36]    _____ [37]
_____ [38]    _____ [39]

DOES RESPONDENT CARRY ITS OWN CUSTOMER ACCOUNTS ?    YES [X] [40]    NO [ ] [41]

CHECK HERE IF RESPONDENT IS FILING AN AUDITED REPORT    [ ] [42]

EXECUTION:
The registrant/broker or dealer submitting this Form and its attachments and the person(s) by whom
it is executed represent hereby that all information contained therein is true, correct and complete.
It is understood that all required items, statements, and schedules are considered integral parts of
this Form and that the submisson of any amendment represents that all unamended items, statements
and schedules remain true, correct and complete as previously submitted.

Dated the _____ day of _____ 20 _____
Manual Signatures of:

1) _____
Principal Executive Officer or Managing Partner

2) _____
Principal Financial Officer or Partner

3) _____
Principal Operations Officer or Partner

ATTENTION - Intentional misstatements or omissions of facts constitute Federal
Criminal Violations. (See 18 U.S.C. 1001 and 15 U.S.C. 78:f (a) )

FINRA

PUBLIC0003000

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II

| BROKER OR DEALER | | | | | | | | | | | | 100 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernard L. Madoff | N | 2 | | | | | | | | | | |

## STATEMENT OF FINANCIAL CONDITION

as of (MM/DD/YY) __05/30/08__ 99

SEC FILE NO. __8-08132__ 98

Consolidated [ ] 198

Unconsolidated [ X ] 199

| | ASSETS Allowable | | Nonallowable | | Total | |
|---|---|---|---|---|---|---|
| 1. Cash .................... $ | 250,390,764 | 200 | $ | | 250,390,764 | 750 |
| 2. Cash segregated in compliance with federal and other regulations .......... | 2,604,995 | 210 | | | 2,604,995 | 760 |
| 3. Receivable from brokers or dealers and clearing organizations: | | | | | | |
| A. Failed to deliver: | | | | | | |
| 1. Includable in "Formula for Reserve Requirements" .................. | | 220 | | | | |
| 2. Other ................. | 99,108 | 230 | | | 99,108 | 770 |
| B. Securities borrowed: | | | | | | |
| 1. Includable in "Formula for Reserve Requirements" .................. | | 240 | | | | |
| 2. Other ................. | 217,760,669 | 250 | | | 217,760,669 | 780 |
| C. Omnibus accounts: | | | | | | |
| 1. Includable in "Formula for Reserve Requirements" .................. | | 260 | | | | |
| 2. Other ................. | | 270 | | | | 790 |
| D. Clearing Organizations: | | | | | | |
| 1.Includable in "Formula for Reserve Requirements" .................. | | 280 | | | | |
| 2. Other ................. | 12,887,245 | 290 | | | 12,887,245 | 800 |
| E. Other ................. | 9,745,510 | 300 | $ | 550 | 9,745,510 | 810 |
| 4. Receivables from customers: | | | | | | |
| A. Securities accounts: | | | | | | |
| 1. Cash and fully secured accounts ..... | | 310 | | 560 | | |
| 2. Partly secured accounts ............. | | 320 | | 570 | | |
| 3. Unsecured Accounts | | 330 | | 580 | | |
| B. Commodity accounts ................. ( | | 335 | ( | 590 | | 820 |
| C. Allowance for doubtful accounts ........ ( | | | | | | |
| 5. Receivables from non-customers: | | | | | | |
| A. Cash and fully secured accounts ....... | | 340 | | 600 | | 830 |
| B. Partly secured and unsecured accounts | | 350 | | | | |
| 6. Securities purchased under agreements to resell .................... | | 360 | | 605 | | 840 |
| 7. Securities and spot commodities owned, at market value: | | | | | | |
| A. Banker's acceptances, certificates of deposit and commercial paper .... | | 370 | | | | |
| B. U.S. and Canadian government obligations ................. | 79,687,500 | 380 | | | | |
| C. State and municipal government obligations ................. | | 390 | | | | |
| D. Corporate obligations ............... | 32,312,325 | 400 | | | | |

Page 1

OMIT PENNIES

PUBLIC0003001

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II

| BROKER OR DEALER | |
|---|---|
| Bernard L. Madoff | as of    05/30/08 |

## STATEMENT OF FINANCIAL CONDITION

### ASSETS (continued)

| | Allowable | Nonallowable | Total |
|---|---|---|---|
| E. Stocks and warrants . . . . . . . . . . . . . . $ | 327,098,611 |410| | |
| F. Options . . . . . . . . . . . . . . . . . . . . . . . | 42,530,875 |420| | |
| G. Arbitrage . . . . . . . . . . . . . . . . . . . . . . . |  |422| | |
| H. Other securities . . . . . . . . . . . . . . . . |  |424| | |
| I. Spot Commodities . . . . . . . . . . . . . . . |  |430| | |
| J. Total inventory - includes encumbered securities of . . . $ |120| | $ | 481,629,311 |850| |
| 8. Securities owned not readily marketable: | | | |
| A. At Cost . . . . . . $ |130| |440| $ | 25,290,349 |610| | 25,290,349 |860| |
| 9. Other investments not readily marketable: | | | |
| . . . . . . $ |140| | | | |
| B. At estimated fair value . . . . . . . . . . . . . |450| | 2,705,619 |620| | 2,705,619 |870| |
| 10. Securities borrowed under subordination agreements and partners' individual and capital securities accounts, at market value: | | | |
| A. Exempted securities . . . . $ |150| | | | |
| B. Other . . . . . . $ |160| |460| | |630| | |880| |
| 11. Secured demand notes- market value of collateral: | | | |
| A. Exempted securities . . . . $ |170| | | | |
| B. Other . . . . . . $ |180| |470| | |640| | |890| |
| 12. Memberships in exchanges: | | | |
| A. Owned, at market value . . . . . . . $ |190| | | | |
| B. Owned at cost . . . . . . . . . . . . . . . . . . | | 69,400 |650| | |
| C. Contributed for use of company, at market value . . . . . . . . . . . . . | | |660| | 69,400 |900| |
| 13. Investment in and receivables from affiliates, subsidiaries and associated partnerships . . . . . . . . . . . . . | |480| | |670| | |910| |
| 14. Property, furniture, equipment, leasehold improvements and rights under lease agreements: At cost (net of accumulated depreciation and amortization) . . . . . . . . . | |490| | 7,557,062 |680| | 7,557,062 |920| |
| 15. Other Assets: | | | |
| A. Dividends and interest receivable . . . . . . . | 565,635 |500| | 18,067 |690| | |
| B. Free shipments . . . . . . . . . . . . . . . . . | |510| | |700| | |
| C. Loans and advances . . . . . . . . . . . . . . | |520| | 1,095,135 |710| | |
| D. Miscellaneous . . . . . . . . . . . . . . . . . . | |530| | 70,757 |720| | |
| E. Collateral accepted under SFAS 140 . . . . | |536| | | | |
| F. SPE Assets | |537| | | 1,749,594 |930| |
| 16.    TOTAL ASSETS . . . . . . . . . . . . . . $ | 975,683,237 |540| $ | 36,806,389 |740| $ | 1,012,489,626 |940| |

OMIT PENNIES

Page 2

PUBLIC0003002

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II

| BROKER OR DEALER | as of | 05/30/08 |
|---|---|---|
| Bernard L. Madoff | | |

## STATEMENT OF FINANCIAL CONDITION
## LIABILITIES AND OWNERSHIP EQUITY

| Liabilities | A.I. Liabilities * | Non-A.I. Liabilities * | Total |
|---|---|---|---|
| 17. Bank loans payable: | | | |
| A. Includable in "Formula for Reserve Requirements" .................. $ | [1030] $ | [1240] $ | [1460] |
| B. Other ............................ | [1040] | [1250] | [1470] |
| 18. Securities sold under repurchase agreements. | | [1260] | [1480] |
| 19. Payable to brokers or dealers and clearing organizations: | | | |
| A. Failed to receive: | | | |
| 1. Includable in "Formula for Reserve Requirements" ................ | [1050] | [1270] | [1490] |
| 2. Other .................... | [1060] | [1280] | 46,797 [1500] |
| B. Securities loaned: | | | |
| 1. Includable in "Formula for Reserve Requirements" ................ | [1070] | | [1510] |
| 2. Other .................... | [1080] | [1290] | 26,198,545 [1520] |
| C. Omnibus accounts: | | | |
| 1. Includable in "Formula for Reserve Requirements" ................ | [1090] | | [1530] |
| 2. Other .................... | [1095] | [1300] | [1540] |
| D. Clearing organizations: | | | |
| 1. Includable in "Formula for Reserve Requirements" ................ | [1100] | | [1550] |
| 2. Other .................... | [1105] | [1310] | 2,386,322 [1560] |
| E. Other ................ | [1110] | [1320] | 6,304,124 [1570] |
| 20. Payable to customers: | | | |
| A. Securities accounts - including free credits of ..... $ [950] | [1120] | | [1580] |
| B. Commodities accounts ............. | [1130] | [1330] | [1590] |
| 21. Payable to non customers: ......... | | | |
| A. Securities accounts ................ | [1140] | [1340] | [1600] |
| B. Commodities accounts ............. | [1150] | [1350] | [1610] |
| 22. Securities sold not yet purchased at market value - including arbitrage of ..... $ [960] | | [1360] | 266,109,720 [1620] |
| 23. Accounts payable and accrued liabilities and expenses: ................ | | | |
| A. Drafts payable .................. | [1160] | | [1630] |
| B. Accounts payable ............... | [1170] | | [1640] |
| C. Income taxes payable .......... | [1180] | | [1650] |
| D. Deferred income taxes ............ | | [1370] | [1660] |
| E. Accrued expenses and other liabilities .. | [1190] | | 6,000,000 [1670] |
| F. Other ................ | [1200] | [1380] | 427,464 [1680] |
| G. Obligation to return securities ....... | | [1386] | [1686] |
| H. SPE Liabilities .................. | | [1387] | [1687] |

OMIT PENNIES

*Brokers or Dealers electing the alternative net capital requirement method need not complete these columns.

Page 3

## FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
### PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

## STATEMENT OF FINANCIAL CONDITION
### LIABILITIES AND OWNERSHIP EQUITY (continued)

| | Liabilities | A.I. Liabilities * | Non-A.I. Liabilities * | Total |
|---|---|---|---|---|
| 24. Notes and mortgages payable: | | | | |
| A. Unsecured . . . . . . . . . . . . . . . . . . . . . . $ | ___ 1210 | | $ ___ | 1690 |
| B. Secured . . . . . . . . . . . . . . . . . . . . . . . | ___ 1211 | $ ___ 1390 | ___ | 1700 |
| 25. Liabilities subordinated to claims of general creditors: | | | | |
| A. Cash borrowings: . . . . . . . . . . . . . . . . . | | ___ 1400 | ___ | 1710 |
|    1. from outsiders   $ ___ 0970 | | | | |
|    2. Includes equity subordination(15c3-1(d)) | | | | |
|     of . . . . . . . . . $ ___ 0980 | | | | |
| B. Securities borrowings, at market value: . . . . . | | ___ 1410 | ___ | 1720 |
|    from outsiders   $ ___ 0990 | | | | |
| C. Pursuant to secured demand note collateral agreements: . . . . . . . . . . . . . . . | | ___ 1420 | ___ | 1730 |
|    1. from outsiders   $ ___ 1000 | | | | |
|    2. Includes equity subordination(15c3-1(d)) | | | | |
|     of . . . . . . . . . $ ___ 1010 | | | | |
| D. Exchange memberships contributed for use of company, at market value . . . . . . . . . | | ___ 1430 | ___ | 1740 |
| E. Accounts and other borrowings not qualified for net capital purposes . . . . . . . . . | ___ 1220 | ___ 1440 | ___ | 1750 |
| 26.    TOTAL LIABILITIES . . . . . . . . . . . . . . . . $ | ___ 1230 | $ ___ 1450 | $ 307,472,972 | 1760 |

### Ownership Equity

| | | Total | |
|---|---|---|---|
| 27. Sole proprietorship . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | ___ | 1770 |
| 28. Partnership - limited partners . . . . . . . . . . . $ ___ 1020 | | 705,016,654 | 1780 |
| 29. Corporation: | | | |
|   A. Preferred stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ___ | 1791 |
|   B. Common stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ___ | 1792 |
|   C. Additional paid- in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ___ | 1793 |
|   D. Retained Earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ___ | 1794 |
|   E. Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ___ | 1795 |
|   F. Less capital stock in treasury . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ( | | ___ ) | 1796 |
| 30. TOTAL OWNERSHIP EQUITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | 705,016,654 | 1800 |
| 31. TOTAL LIABILITIES AND OWNERSHIP EQUITY . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | 1,012,489,626 | 1810 |

OMIT PENNIES

* Brokers or Dealers electing the alternative net capital requirement method need not complete these columns.

Page 4

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

## COMPUTATION OF NET CAPITAL

1. Total ownership equity (from Statement of Financial Condition - Item 1800) . . . . . . . . . . . . . . . . . . . . . $ 705,016,654 `3480`
2. Deduct: Ownership equity not allowable for Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ( ) `3490`
3. Total ownership equity qualified for Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 705,016,654 `3500`
4. Add:
    A. Liabilities subordinated to claims of general creditors allowable in computation of net capital . . . . . . `3520`
    B. Other (deductions) or allowable credits (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `3525`
5. Total capital and allowable subordinated liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 705,016,654 `3530`
6. Deductions and/or charges:
    A. Total non-allowable assets from
        Statement of Financial Condition (Notes B and C) . . . . . . . . . . . . $ 36,806,389 `3540`
        1. Additional charges for customers' and
            non-customers' security accounts . . . . . . . . . . . . . . . . . . . . . . . . `3550`
        2. Additional charges for customers' and
            non-customers' commodity accounts . . . . . . . . . . . . . . . . . . . . . `3560`
    B. Aged fail-to-deliver: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,236 `3570`
        1. number of items . . . . . . . . . . . . . . . 1 `3450`
    C. Aged short security differences-less
        reserve of . . . . . . . . . . . . . . . . . . . . . . . $ `3460` `3580`
        number of items . . . . . . . . . . . . . . . . `3470`
    D. Secured demand note deficiency . . . . . . . . . . . . . . . . . . . . . . . . . . `3590`
    E. Commodity futures contracts and spot commodities -
        proprietary capital charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1,470,750 `3600`
    F. Other deductions and/or charges . . . . . . . . . . . . . . . . . . . . . . . . . 6,264,477 `3610`
    G. Deductions for accounts carried under
        Rule 15c3-1(a)(6), (a)(7) and (c)(2)(x) . . . . . . . . . . . . . . . . . . . . . `3615`
    H. Total deductions and/or charges . . . . . . . . . . . . . . . . . . . . . . . . . . . ( 44,543,852 ) `3620`
7. Other additions and/or allowable credits (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `3630`
8. Net Capital before haircuts on securities positions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 660,472,802 `3640`
9. Haircuts on securities: (computed, where applicable,
    pursuant to 15c3-1(f)):
    A. Contractual securities commitments . . . . . . . . . . . . . . . . . . . . . $ `3660`
    B. Subordinated securities borrowings . . . . . . . . . . . . . . . . . . . . . `3670`
    C. Trading and investment securities: . . . . . . . . . . . . . . . . . . . . . . . . .
        1. Bankers' acceptances, certificates of deposit
            and commercial paper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `3680`
        2. U.S. and Canadian government obligations . . . . . . . . . . . . . . . . 1,246,813 `3690`
        3. State and municipal government obligations . . . . . . . . . . . . . . . . `3700`
        4. Corporate obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,846,849 `3710`
        5. Stocks and warrants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63,271,182 `3720`
        6. Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10,268,691 `3730`
        7. Arbitrage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `3732`
        8. Other securities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8,704,960 `3734`
    D. Undue concentration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `3650`
    E. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `3736` ( 88,338,495 ) `3740`
10. Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 572,134,307 `3750`

OMIT PENNIES

Page 5

PUBLIC0003005

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II

| BROKER OR DEALER | as of | 05/30/08 |
|---|---|---|
| Bernard L. Madoff | | |

## COMPUTATION OF BASIC NET CAPITAL REQUIREMENT

**Part A**

11. Minimal net capital required (6-2/3% of line 19) .......................................... $ _____ `3756`

12. Minimum dollar net capital requirement of reporting broker or dealer and minimum net capital requirement
of subsidiaries computed in accordance with Note (A) .......................................... $ _____ `3758`

13. Net capital requirement (greater of line 11 or 12) .......................................... $ _____ `3760`

14. Excess net capital (line 10 less 13) .......................................... $ _____ `3770`

15. Excess net capital at 1000% (line 10 less 10% of line 19) .......................................... $ _____ `3780`

## COMPUTATION OF AGGREGATE INDEBTEDNESS

16. Total A.I. liabilities from Statement of Financial Condition .......................................... $ _____ `3790`

17. Add:

    A. Drafts for immediate credit ................................ $ _____ `3800`

    B. Market value of securities borrowed for which no
        equivalent value is paid or credited ................ $ _____ `3810`

    C. Other unrecorded amounts (List) ................ $ _____ `3820` $ _____ `3830`

18. Deduct: Adjustment based on deposits in Special Reserve Bank Accounts(15c3-1(c)(1)(vii)) ............ $ _____ `3838`

19. Total aggregate indebtedness .......................................... $ _____ `3840`

20. Percentage of aggregate indebtedness to net capital (line 19 divided by line 10) ............ % _____ `3850`

21. Percentage of aggregate indebtedness to net capital after anticipated capital withdrawals
(line 19 divided by line 10 less item 4880 page 12) ................ % _____ `3853`

## COMPUTATION OF ALTERNATE NET CAPITAL REQUIREMENT

**Part B**

22. 2% of combined aggregate debit items as shown in Formula for Reserve Requirements pursuant
to Rule 15c3-3 prepared as of the date of net capital computation including both
brokers or dealers and consolidated subsidiaries' debits .......................................... $ _____ `3870`

23. Minimum dollar net capital requirement of reporting broker or dealer and minimum net capital
requirement of subsidiaries computed in accordance with Note(A) ............ $ 1,000,000 `3880`

24. Net capital requirement (greater of line 22 or 23) .......................................... $ 1,000,000 `3760`

25. Excess net capital (line 10 less 24) .......................................... $ 571,134,307 `3910`

26. Percentage of Net Capital to Aggregate Debits (line 10 divided by line 18 page 8) ............ % _____ `3851`

27. Percentage of Net Capital, after anticipated capital withdrawals, to Aggregate Debits
item 10 less 4880 page 12 divided by line 17 page 8) ................ % _____ `3854`

28. Net capital in excess of the greater of:
5% of combined aggregate debit items or 120% of minimum net capital requirement ............ $ 570,934,307 `3920`

## OTHER RATIOS

**Part C**

29. Percentage of debt to debt-equity total computed in accordance with Rule 15c3-1 (d) ............ % _____ `3860`

30. Options deductions/Net Capital ratio (1000% test) total deductions exclusive of liquidating
equity under Rule 15c3-1(a)(6), (a)(7) and (c)(2)(x) divided by Net Capital ................ % _____ `3852`

NOTES:

(A) The minimum net capital requirement should be computed by adding the minimum dollar net capital requirement
of the reporting broker dealer and, for each subsidiary to be consolidated, the greater of:

    1. Minimum dollar net capital requirement, or

    2. 6-2/3% of aggregate indebtedness or 2% of aggregate debits if alternate method is used.

(B) Do not deduct the value of securities borrowed under subordination agreements or secured demand notes
covered by subordination agreements not in satisfactory form and the market values of memberships in
exchanges contributed for use of company (contra to item 1740) and partners' securities which were
included in non-allowable assets.

(C) For reports filed pursuant to paragraph (d) of Rule 17a-5, respondent should provide a list of material
non-allowable assets.

10/85

PUBLIC0003006

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | For the period (MMDDYY) from | 05/01/08 | 3932 | to | 05/30/08 | 3933 |
| Bernard L. Madoff | Number of months included in this statement | | | | 1 | 3931 |

STATEMENT OF INCOME (LOSS)

## REVENUE

| | | |
|---|---|---|
| 1. Commissions: | $ | |
| a. Commissions on transactions in listed equity securities executed on an exchange | 15,864,181 | 3935 |
| b. Commissions on transactions in exchange listed equity securities executed over-the-counter | | 3937 |
| c. Commissions on listed option transactions | | 3938 |
| d. All other securities transactions | | 3939 |
| e. Total securities commissions | 15,864,181 | 3940 |
| 2. Gains or losses on firm securities trading accounts | 2,758,825 | 3941 |
| a. From market making in over-the-counter equity securities | | |
| 1. Includes gains or (losses) OTC market making in exchange listed equity securities  1,621,519  3943 | | |
| b. From trading in debt securities | 1,650,037 | 3944 |
| c. From market making in options on a national securities exchange | | 3945 |
| d. From all other trading | 7,221,930 | 3949 |
| e. Total gains or (losses) | 11,630,792 | 3950 |
| 3. Gains or losses on firm securities investment accounts | | |
| a. Includes realized gains (losses)  4235 | | |
| b. Includes unrealized gains (losses)  4236 | | |
| c. Total realized and unrealized gains (losses) | | 3952 |
| 4. Profits or losses from underwriting and selling groups | | 3955 |
| a. Includes underwriting income from corporate equity securities  4237 | | |
| 5. Margin interest | | 3960 |
| 6. Revenue from sale of investment company shares | | 3970 |
| 7. Fees for account supervision, investment advisory and administrative services | | 3975 |
| 8. Revenue from research services | (275,404) | 3980 |
| 9. Commodities revenue | | 3990 |
| 10. Other revenue related to securities business | 1,185,794 | 3985 |
| 11. Other revenue | $ | 3995 |
| 12. Total revenue | 28,405,363 | 4030 |

## EXPENSES

| | | |
|---|---|---|
| 13. Registered representatives' compensation | $ | 4110 |
| 14. Clerical and administrative employees' expenses | 3,363,960 | 4040 |
| 15. Salaries and other employment costs for general partners and voting stockholder officers | | 4120 |
| a. Includes interest credited to General and Limited Partners capital accounts  4130 | | 4055 |
| 16. Floor brokerage paid to certain brokers (see definition) | 15,606 | 4145 |
| 17. Commissions and clearance paid to all other brokers (see definition) | 82,447 | 4135 |
| 18. Clearance paid to non-brokers (see definition) | 791,515 | 4060 |
| 19. Communications | 435,691 | 4080 |
| 20. Occupancy and equipment costs | 10,944 | 4150 |
| 21. Promotional costs | 3,244 | 4075 |
| 22. Interest expense  4070 | | 4170 |
| a. Includes interest on accounts subject to subordination agreements | | |
| 23. Losses in error account and bad debts | 34,745 | 4186 |
| 24. Data processing costs (including service bureau service charges) | | 4190 |
| 25. Non-recurring charges | 267,191 | 4195 |
| 26. Regulatory fees and expenses | 4,577,290 | 4100 |
| 27. Other expenses | $ | 4200 |
| 28. Total expenses | 9,582,633 | |

## NET INCOME

| | | |
|---|---|---|
| 29. Income (loss) before Federal income taxes and items below (Item 12 less Item 28) | $ 18,822,730 | 4210 |
| 30. Provision for Federal income taxes (for parent only) | | 4220 |
| 31. Equity in earnings (losses) of unconsolidated subsidiaries not included above  4238 | | 4222 |
| a. After Federal income taxes of | | 4224 |
| 32. Extraordinary gains (losses)  4239 | | |
| a. After Federal income taxes of | | 4225 |
| 33. Cumulative effect of changes in accounting principles | $ | 4230 |
| 34. Net income (loss) after Federal income taxes and extraordinary items | 18,822,730 | |

## MONTHLY INCOME

| | | |
|---|---|---|
| 35. Income (current month only) before provision for Federal income taxes and extraordinary items | $ 18,822,730 | 4211 |

Page 7

PUBLIC0003007

### FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
#### PART II

| BROKER OR DEALER | as of | 05/30/08 |
|---|---|---|
| Bernard L. Madoff | | |

### COMPUTATION FOR DETERMINATION OF RESERVE REQUIREMENTS
### FOR BROKER-DEALERS UNDER RULE 15c3-3
(See Rule 15c3-3, Exhibit A and Related Notes)

**CREDIT BALANCES**

1. Free credit balances and other credit balances in customers'
   security accounts (see Note A, Exhibit A, Rule 15c3-3) . . . . . . . . . . . . . . . . . . . . . . $ _____ `4340`
2. Monies borrowed collateralized by securities carried for the accounts
   of customers (see Note B) . . . . . . . . . . . . . . . _____ `4350`
3. Monies payable against customers' securities loaned (see Note C) . . . . . . . . . . _____ `4360`
4. Customers' securities failed to receive (see Note D) . . . . . . . . . . . . . . . . . . . . . . . . . _____ `4370`
5. Credit balances in firm accounts which are attributable to
   principal sales to customers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ `4380`
6. Market value of stock dividends, stock splits and similar distributions
   receivable outstanding over 30 calendar days . . . . . . . . . . . _____ `4390`
7. ** Market value of short security count differences over 30 calendar days old . . . . . . . . . _____ `4400`
8. ** Market value of short securities and credits (not to be offset by longs or by
   debits) in all suspense accounts over 30 calendar days . . . . . . . . . . . . _____ `4410`
9. Market value of securities which are in transfer in excess of 40 calendar days
   and have not been confirmed to be in transfer by the transfer agent or
   the issuer during the 40 days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ `4420` `4425`
10. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ `4430`
11. TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ `4430`

**DEBIT BALANCES**

12. ** Debit balances in customers' cash and margin accounts excluding unsecured
    accounts and accounts doubtful of collection net of deductions pursuant to
    Note E, Exhibit A, Rule 15c3-3 . . . . . . . . . . . . . . . . . . . . . . $ _____ `4440`
13. Securities borrowed to effectuate short sales by customers and
    securities borrowed to make delivery on customers'
    securities failed to deliver . . . . . . . . . . . . . . . . . . _____ `4450`
14. Failed to deliver of customers' securities not older than 30 calendar days . . . . . . . . . . . _____ `4460`
15. Margin required and on deposit with the Options
    Clearing Corporation for all option contracts
    written or purchased in customer accounts (see Note F) . . . . . . . . . . . . . . . . . . _____ `4465`
16. Margin related to security futures products written, purchased or sold in customer
    accounts required and on deposit with a clearing agency or
    a derivative clearing organization (see note G) . . . . . . . . . . . . . . . . . . . . . . . _____ `4467`
17. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ `4469` `4470`
18. ** Aggregate debit items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ `4471`
19. ** Less 3% (for alternative method only - see Rule 15c3-1(f)(5)(i)) . . . . . . . . . . . . . . . . . ( _____ ) `4472`
20. ** TOTAL 15c3-3 DEBITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ `4480`

**RESERVE COMPUTATION**

21. Excess of total debits over total credits (line 20 less line 11) . . . . . . . . . . . . . . . $ _____ `4490`
22. Excess of total credits over total debits (line 11 less line 20) . . . . . . . . . . . . . . . . . . _____ `4500`
23. If computation permitted on a monthly basis, enter 105% of
    excess of total credits over total debits . . . . . . . . . . . . . . . . . . . . . . . . _____ `4510`
24. Amount held on deposit in "Reserve Bank Account(s)", including
    value of qualified securities, at end of reporting period . . . . . . . . . . . . . . . . . 20,000 `4510`
25. Amount of deposit (or withdrawal) including
    $ _____ `4515` value of qualified securities . . . . . . . . . . . . . . . . . . . _____ `4520`
26. New amount in Reserve Bank Account(s) after adding deposit or subtracting withdrawal including
    $ _____ `4525` value of qualified securities . . . . . . . . . . . . . . . . . $ 20,000 `4530`
27. Date of deposit (MMDDYY) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 07/27/99 `4540`

OMIT PENNIES

### FREQUENCY OF COMPUTATION

28. Daily _____ `4332`   Weekly __X__ `4333`   Monthly _____ `4334`

** In the event the Net Capital Requirement is computed under the alternative method, this "Reserve
Formula" shall be prepared in accordance with the requirements of paragraph (f) of Rule 15c3-1.

PUBLIC0003008

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | |
|---|---|
| Bernard L. Madoff | as of _____05/30/08_____ |

## COMPUTATION FOR DETERMINATION OF PAIB RESERVE REQUIREMENTS
## FOR BROKER-DEALERS

### CREDIT BALANCES

1. Free credit balances and other credit balances in proprietary
   accounts of introducing brokers (PAIB) ................................ $ _____ [2110]
2. Monies borrowed collateralized by securities carried for
   PAIB ................................................................ _____ [2120]
3. Monies payable against PAIB securities loaned (see Note 2-
   PAIB) ............................................................... _____ [2130]
4. PAIB securities failed to receive ..................................... _____ [2140]
5. Credit balances in firm accounts which are attributable to
   principal sales to PAIB ............................................. _____ [2150]
6. Other (List) ......................................................... _____ [2160]
7. TOTAL PAIB CREDITS .................................................. $ _____ [2170]

### DEBIT BALANCES

8. Debit balances in PAIB excluding unsecured accounts
   and accounts doubtful of collection ............................... $ _____ [2180]
9. Securities borrowed to effectuate short sales by PAIB
   and securities borrowed to make delivery on PAIB
   securities failed to deliver ........................................ _____ [2190]
10. Failed to deliver of PAIB securities not older than
    30 calendar days ................................................... _____ [2200]
11. Margin required and on deposit with the Options
    Clearing Corporation for all option contracts written
    or purchased in PAIB accounts ..................................... _____ [2210]
12. Margin related to security futures products written, purchased or sold in PAIB
    accounts required and on deposit with a clearing agency or
    a derivative clearing organization ................................. _____ [2215]
13. Other (List) ........................................................ _____ [2220]
14. TOTAL PAIB DEBITS .................................................. $ _____ [2230]

### RESERVE COMPUTATION

15. Excess of total PAIB debits over total PAIB credits (line 14 less line 7) ........... $ _____ [2240]
16. Excess of total PAIB credits over total PAIB debits (line 7 less line 14) ........... _____ [2250]
17. Excess debits in customer reserve formula computation ............... _____ [2260]
18. PAIB Reserve Requirement (line 16 less line 17) .................... _____ [2270]
19. Amount held on deposit in "Reserve Bank Account(s)", including
    $ _____ [2275] value of qualified securities, at end of reporting period ........... _____ [2280]
20. Amount of deposit (or withdrawal) including
    $ _____ [2285] value of qualified securities ........................ _____ [2290]
21. New amount in Reserve Bank Account(s) after adding deposit or subtracting
    $ _____ [2295] value of qualified securities ..................... $ _____ [2300]
22. Date of deposit (MMDDYY) ........................................... _____ [2310]

### FREQUENCY OF COMPUTATION                                            OMIT PENNIES

23.  Daily _____ [2315]   Weekly _____ [2320]   Monthly _____ [2330]

Page 8A

PUBLIC0003009

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

COMPUTATION FOR DETERMINATION OF RESERVE REQUIREMENTS
FOR BROKER-DEALERS UNDER RULE 15c3-3 (continued)

EXEMPTIVE PROVISIONS

26. If an exemption from Rule 15c3-3 is claimed, identify below the section upon which such
exemption is based (check one only)

A. (k) (1)-$2,500 capital category as per Rule 15c3-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ 4550

B. (k) (2)(A)-"Special Account for the Exclusive Benefit of customers" maintained . . . . . . . . . . . . . . . . . _____ 4560

C. (k) (2)(B)-All customer transactions cleared through another broker-dealer on a fully disclosed basis.
Name of clearing firm _____ 4335 _____ 4570

D. (k) (3)-Exempted by order of the Commission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4580

Information for Possession or Control Requirements Under Rule 15c3-3

State the market valuation and the number of items of:

1. Customers' fully paid securities and excess margin securities not in the respondent's possession
or control as of the report date (for which instructions to reduce to possession or control had
been issued as of the report date) but for which the required action was not taken by respondent
within the time frames specified under Rule 15c3-3. Notes A and B . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ 4586

A. Number of items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4587

2. Customers' fully paid securities and excess margin securities for which instructions to reduce
to possession or control had not been issued as of the report date, excluding items arising
from "temporary lags which result from normal business operations" as permitted under
Rule 15c3-3. Notes B,C and D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4588

A. Number of items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ 4589

OMIT PENNIES

3. The system and procedures utilized in complying with the requirement to maintain physical possession or
control of customers' fully paid and excess margin securities have been tested and are functioning in a
manner adequate to fulfill the requirements of Rule 15c3-3 . . . Yes _____ x _____ 4584    No _____ 4585

NOTES

A--Do not include in item one customers' fully paid and excess margin securities required by Rule 15c 3-3 to be in
possession or control but for which no action was required by the respondent as of the report date or required action
was taken by respondent within the time frames specified under Rule 15c3-3.

B--State separately in response to items one and two whether the securities reported in response thereto were
subsequently reduced to possession or control by the respondent.

C--Be sure to include in item two only items not arising from "temporary lags which result from normal business
operations" as permitted under Rule 15c3-3.

D--Item two must be responded to only with report which is filed as of the date selected for the broker's or dealer's
annual audit of financial statements, whether or not such date is the end of a calendar quarter. The response to item
two should be filed within 60 calendar days after such date, rather than with the remainder of this report. This
information may be required on a more frequent basis by the Commission or the designated examining authority
in accordance with Rule 17a-5(a)(2)(iv).

Page 9

PUBLIC0003010

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

STATEMENT OF SEGREGATION REQUIREMENTS AND FUNDS IN SEGREGATION
FOR CUSTOMERS TRADING ON U.S. COMMODITY EXCHANGES

SEGREGATION REQUIREMENTS (Section 4d(2) of the CEAct)

1. Net ledger balance
   A. Cash                                                                    $ _____ 7010
   B. Securities (at market)                                                    _____ 7020
2. Net unrealized profit (loss) in open futures contracts traded on a contract market   _____ 7030
3. Exchange traded options
   A. Add market value of open option contracts purchased on a contract market   _____ 7032
   B. Deduct market value of open option contracts granted (sold) on a contract market ( _____ )7033
4. Net equity (deficit) (add lines 1, 2, and 3)                                 _____ 7040
5. Accounts liquidating to a deficit and accounts with debit balances
   - gross amount                                     _____ 7045
   Less: amount offset by customer owned securities   ( _____ ) 7047   _____ 7050
6. Amount required to be segregated (add lines 4 and 5)                       $ _____ 7060

FUNDS IN SEGREGATED ACCOUNTS

7. Deposited in segregated funds bank accounts
   A. Cash                                                                      _____ 7070
   B. Securities representing investments of customers' funds (at market)       _____ 7080
   C. Securities held for particular customers or option customers in lieu of cash (at market)   _____ 7090
8. Margins on deposit with derivatives clearing organizations of contract markets
   A. Cash                                                                    $ _____ 7100
   B. Securities representing investments of customers' funds (at market)       _____ 7110
   C. Securities held for particular customers or option customers in lieu of cash (at market)   _____ 7120
9. Net settlement from (to) derivatives clearing organizations of contract markets   _____ 7130
10. Exchange traded options
    A. Value of open long option contracts                                      _____ 7132
    B. Value of open short option contracts                                   ( _____ 7133
11. Net equities with other FCMs
    A. Net liquidating equity                                                   _____ 7140
    B. Securities representing investments of customers' funds (at market)      _____ 7160
    C. Securities held for particular customers or option customers in lieu of cash (at market)   _____ 7170
12. Segregated funds on hand (describe: _____ )                       _____ 7150
13. Total amount in segregation (add lines 7 through 12)                         _____ 7180
14. Excess (deficiency) funds in segregation (subtract line 6 from line 13)    $ _____ 7190

Page T10-1

PUBLIC0003011

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | as of | 05/30/08 |
|---|---|---|
| Bernard L. Madoff | | |

## STATEMENT OF SEGREGATION REQUIREMENTS AND FUNDS IN SEGREGATION
## FOR CUSTOMERS' DEALER OPTIONS ACCOUNTS

1. Amount required to be segregated in accordance

   with Commission regulation 32.6                                                    $ _____  7200

2. Funds in segregated accounts

   A. Cash                                              $ _____  7210

   B. Securities (at market)                              _____  7220

   C. Total                                                             _____  7230

3. Excess (deficiency) funds in segregation

   (subtract line 2.C from line 1)                                      $ _____  7240

Page T10-2

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

STATEMENT OF SECURED AMOUNTS AND FUNDS HELD IN SEPARATE ACCOUNTS
FOR FOREIGN FUTURES AND FOREIGN OPTIONS CUSTOMERS
PURSUANT TO COMMISSION REGULATION 30.7

FOREIGN FUTURES AND FOREIGN OPTIONS SECURED AMOUNTS - SUMMARY

I. Check the appropriate box to identify the amount shown on line 1. below.

[     ] 7300    Secured amounts in only U.S. - domiciled customers' accounts

[     ] 7310    Secured amounts in U.S. and foreign - domiciled customers' accounts

[     ] 7320    Net liquidating equities in all accounts of customers
                trading on foreign boards of trade

[     ] 7330    Amount required to be set aside pursuant to law, rule
                or regulation of a foreign government or a rule of a
                self-regulatory organization authorized thereunder.

II. Has the FCM changed the method of calculating the amount to be set aside in separate
    accounts since the last financial report it filed ?

[     ] Yes 7340    If yes, explain the change below

[     ] No 7350

1. Amount to be set aside in separate section
   30.7 accounts                                    $ _____ 7360

2. Total funds in separate section 30.7 accounts
   (page T10-4, line 8)                             _____ 7370

3. Excess (deficiency) - (subtract line 1 from line 2)  $ _____ 7380

PUBLIC0003013

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

STATEMENT OF SECURED AMOUNTS AND FUNDS HELD IN SEPARATE ACCOUNTS
FOR FOREIGN FUTURES AND FOREIGN OPTIONS CUSTOMERS
PURSUANT TO COMMISSION REGULATION 30.7

FUNDS DEPOSITED IN SEPARATE REGULATION 30.7 ACCOUNTS

1. Cash in banks
  A. Banks located in the United States      $ _____ 7500
  B. Other banks designated by the Commission
    Name(s): _____ 7510    _____ 7520 $ _____ 7530

2. Securities
  A. In safekeeping with banks located in the United States    $ _____ 7540
  B. In safekeeping with other banks designated by the Commission
    Name(s): _____ 7550    _____ 7560    _____ 7570

3. Equities with registered futures commission merchants
  A. Cash      $ _____ 7580
  B. Securities    _____ 7590
  C. Unrealized gain (loss) on open futures contracts    _____ 7600
  D. Value of long option contracts    _____ 7610
  E. Value of short option contracts    ( _____ ) 7615    _____ 7620

4. Amounts held by clearing organizations of foreign boards of trade
  Name(s): _____ 7630
  A. Cash      $ _____ 7640
  B. Securities    _____ 7650
  C. Amount due to (from) clearing organizations - daily variation    _____ 7660
  D. Value of long option contracts    _____ 7670
  E. Value of short option contracts    ( _____ ) 7675    _____ 7680

5. Amounts held by members of foreign boards of trade
  Name(s): _____ 7690
  A. Cash      $ _____ 7700
  B. Securities    _____ 7710
  C. Unrealized gain (loss) on open futures contracts    _____ 7720
  D. Value of long option contracts    _____ 7730
  E. Value of short option contracts    ( _____ ) 7735    _____ 7740

6. Amounts with other depositories designated by a foreign board of trade
  Name(s): _____ 7750    _____ 7760

7. Segregated funds on hand (describe: _____ )    _____ 7765

8. Total funds in separate section 30.7 accounts (to page T10-3 line 2)    $ _____ 7770

A. If any securities shown are other than the types of securities referred to in CFTC Regulation 1.25, attach
  a separate schedule detailing the obligations shown on each such line.

Page T10-4

PUBLIC0003014

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

## COMPUTATION OF CFTC MINIMUM NET CAPITAL REQUIREMENT

Net Capital required

A. Risk-Based Requirement

i. Amount of Customer Risk Maintenance Margin requirement _____ 7415

ii. Enter 8% of line A.i _____ 7425

iii. Amount of Non-Customer Risk Maintenance Margin requirement _____ 7435

iv. Enter 4% of line A.iii _____ 7445

v. Add lines A.ii and A.iv. _____ 7455

B. Minimum Dollar Amount Requirement _____ 7465
(Enter $500,000 if a member of NFA)

C. Other NFA Requirement _____ 7475

D. Minimum CFTC Net Capital Requirement.
Enter the greatest of lines A, B or C _____ 7490

Note:    If amount on Line D (7490) is greater than minimum net capital requirement computed on Line 3760 (Page 6) then enter this greater amount on Line 3760. The greater of the amount required by SEC or CFTC is the minimum net capital requirement.

CFTC Early Warning Level _____ 7495

Note:    If the minimum CFTC Net Capital Requirement computed on Line D (7490) is the:
(1) Risk Based Requirement, enter 110% of Line A (7455) or
(2) Minimum Dollar Amount Requirement, enter 150% of Line B (7465) or
(3) Other NFA Requirement, enter 150% of Line C (7475).

PUBLIC0003015

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

Ownership Equity and Subordinated Liabilities maturing or proposed to be
withdrawn within the next six months and accruals, (as defined below),
which have not been deducted in the computation of Net Capital.

| Type of Proposed withdrawal or Accrual (See below for code to enter) | Name of Lender or Contributor | Insider or Outsider ? (In or Out) | Amount to be withdrawn (cash amount and/or Net Capital Value of Securities) | (MMDDYY) Withdrawal or Maturity Date | Expect to Renew (Yes or No) |
|---|---|---|---|---|---|
| 4600 | 4601 | 4602 | 4603 | 4604 | 4605 |
| 4610 | 4611 | 4612 | 4613 | 4614 | 4615 |
| 4620 | 4621 | 4622 | 4623 | 4624 | 4625 |
| 4630 | 4631 | 4632 | 4633 | 4634 | 4635 |
| 4640 | 4641 | 4642 | 4643 | 4644 | 4645 |
| 4650 | 4651 | 4652 | 4653 | 4654 | 4655 |
| 4660 | 4661 | 4662 | 4663 | 4664 | 4665 |
| 4670 | 4671 | 4672 | 4673 | 4674 | 4675 |
| 4680 | 4681 | 4682 | 4683 | 4684 | 4685 |
| 4690 | 4691 | 4692 | 4693 | 4694 | 4695 |

TOTAL    $ _____ 4699*

OMIT PENNIES

* To agree with the total on Recap (Item No. 4880)

Instructions: Detail listing must include the total of items maturing during the six month period following the report date, regardless of whether or not the capital contribution is expected to be renewed. The schedule must also include proposed capital withdrawals scheduled within the six month period following the report date including the proposed redemption of stock and payments of liabilities secured by fixed assets (which are considered allowable assets in the capital computation pursuant to Rule 15c3-1(c) (2) (iv)), which could be required by the lender on demand or in less than six months.

| WITHDRAWAL CODE: | DESCRIPTION |
|---|---|
| 1 | Equity Capital |
| 2. | Subordinated Liabilities |
| 3. | Accruals |
| 4. | 15c3-1(c) (2) (iv) Liabilities |

Page 11

PUBLIC0003016

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
Capital Withdrawals
PART II

| BROKER OR DEALER | |
|---|---|
| Bernard L. Madoff | as of   05/30/08 |

### RECAP

Ownership Equity and Subordinated Liabilities maturing or proposed to
be withdrawn within the next six months and accruals, which have
not been deducted in the computation of Net Capital.

1. Equity Capital

A. Partnership Capital:
1. General Partners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 4700
2. Limited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4710
3. Undistributed Profits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4720
4. Other (describe below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4730
5. Sole Proprietorship . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4735
B. Corporation Capital:
1. Common Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4740
2. Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4750
3. Retained Earnings (Dividends and Other) . . . . . . . . . . . . . . . . . . _____ 4760
4. Other (describe below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4770

2. Subordinated Liabilities

A. Secured Demand Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4780
B. Cash Subordinations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4790
C. Debentures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4800
D. Other (describe below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4810

3. Other Anticipated Withdrawals

A. Bonuses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4820
B. Voluntary Contributions to Pension or Profit Sharing Plans . . . . . . _____ 4860
C. Other (describe below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 4870
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 4880

4. Description of Other
_____
_____
_____
_____

### STATEMENT OF CHANGES IN OWNERSHIP EQUITY
(SOLE PROPRIETORSHIP, PARTNERSHIP OR CORPORATION)

| | | |
|---|---|---|
| 1. Balance, beginning of period . . . . . . . . . . . . . . . . . . . . . . . $ | 686,193,924 | 4240 |
| A. Net income (loss) | 18,822,730 | 4250 |
| B. Additions (Includes non-conforming capital of _____ $ ____ 4262 ) | | 4260 |
| C. Deductions (Includes non-conforming capital of ____ $ ____ 4272 ) | | 4270 |
| 2. Balance, end of period (From Item 1800) . . . . . . . . . . . . $ | 705,016,654 | 4290 |

### STATEMENT OF CHANGES IN LIABILITIES SUBORDINATED
TO CLAIMS OF GENERAL CREDITORS

| | | |
|---|---|---|
| 3. Balance, beginning of period . . . . . . . . . . . . . . . . . . . . . . . $ | | 4300 |
| A. Increases . . . . . . . . . . . . . . . . . . . . . . . . | | 4310 |
| B. Decreases . . . . . . . . . . . . . . . . . . . . . . . ( | ) | 4320 |
| 4. Balance, end of period (From item 3520) . . . . . . . . . . . $ | | 4330 |

OMIT PENNIES

PUBLIC0003017

**FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT**
**PART II**

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

## FINANCIAL AND OPERATIONAL DATA

1. Month end total number of stock record breaks unresolved over three business days.

| | | Valuation | Number |
|---|---|---|---|
| A. breaks long | $ | 4890 | 4900 |
| B. breaks short | $ | 4910 | 4920 |

2. Is the firm in compliance with Rule 17a-13 regarding periodic count and verification of securities positions and locations at least once in each calendar quarter ? (Check one)   Yes [X] 4930   No [ ] 4940

   A) If response is negative attach explanation of steps being taken to comply with Rule 17a-13.

3. Personnel employed at end of reporting period:

   A. Income producing personnel ............................................ 45 [4950]

   B. Non-income producing personnel (all other) ......................... 92 [4960]

   C. Total ...................................................................... 137 [4970]

4. Actual number of tickets executed during current month of reporting period ....... 5,384,397 [4980]

5. Number of corrected customer confirmations mailed after settlement date ........... [4990]

| | No. of Items | Debit (Short Value) | No. of Items | Credit (Long Value) |
|---|---|---|---|---|
| 6. Money differences | 5000 | $ 5010 | 5020 | $ 5030 |
| 7. Security suspense accounts | 5040 | $ 5050 | 5060 | $ 5070 |
| 8. Security difference accounts | 5080 | $ 5090 | 5100 | $ 5110 |
| 9. Commodity suspense accounts | 5120 | $ 5130 | 5140 | $ 5150 |
| 10. Open transactions with correspondents, other brokers, clearing organizations, depositories and interoffice and intercompany accounts which could result in a charge-unresolved amounts over 30 calendar days | 5160 | $ 5170 | 5180 | $ 5190 |
| 11. Bank account reconciliations-unresolved amounts over 30 calendar days | 5200 | $ 5210 | 5220 | $ 5230 |
| 12. Open transfers over 40 calendar days, not confirmed | 5240 | $ 5250 | 5260 | $ 5270 |
| 13. Transactions in reorganization accounts-over 60 calendar days | 5280 | $ 5290 | 5300 | $ 5310 |
| 14. Total | 5320 | $ 5330 | 5340 | $ 5350 |

| | No. of Items | Ledger Amount | Market Value |
|---|---|---|---|
| 15. Failed to deliver 5 business days or longer (21 business days or longer in the case of Municipal Securities) | 5360 | $ 5361 | 5362 |
| 16. Failed to receive 5 business days or longer (21 business days or longer in the case of Municipal Securities) | 5363 | $ 5364 | 5365 |

17. Security concentrations (See instructions in Part I):

| | | |
|---|---|---|
| A. Proprietary positions | $ | 5370 |
| B. Customers' accounts under Rule 15c3-3 | $ | 5374 |
| 18. Total of personal capital borrowings due within six months | $ | 5378 |
| 19. Maximum haircuts on underwriting commitments during the period | $ | 5380 |
| 20. Planned capital expenditures for business expansion during next six months | $ | 5382 |
| 21. Liabilities of other individuals or organizations guaranteed by respondent | $ | 5384 |
| 22. Lease and rentals payable within one year | $ | 4,179,600 [5386] |
| 23. Aggregate lease and rental commitments payable for entire term of the lease | | |
| A. Gross | $ | 17,657,600 [5388] |
| B. Net | $ | 17,657,600 [5390] |

OMIT PENNIES

Page 13

PUBLIC0003018

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART I (OR PART II)

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

FINANCIAL AND OPERATIONAL DATA
Operational Deductions From Capital (Note A)

| | I | II | III | IV |
|---|---|---|---|---|
| | No. of Items | Debits (Short Value) | Credits (Long Value) | Deductions In Computing Net Capital |
| 1. Money suspense and balancing differences ...... | 5610 $ | 5810 $ | 6010 $ | 6012 |
| 2. Security suspense and differences with related money balances ................ L | 5620 | 5820 | 6020 | 6022 |
| S | 5625 | 5825 | 6025 | 6027 |
| 3. Market value of short and long security suspense and differences without related money (other than reported in line 4., below) .......... | 5630 | 5830 | 6030 | 6032 |
| 4. Market value of security record breaks ....... | 5640 | 5840 | 6040 | 6042 |
| 5. Unresolved reconciling differences with others: | | | | |
| A. Correspondents and Broker/Dealers ........ L | 5650 | 5850 | 6050 | 6052 |
| S | 5655 | 5855 | 6055 | 6057 |
| B. Depositories ................... | 5660 | 5860 | 6060 | 6062 |
| C. Clearing Organizations ................. L | 5670 | 5870 | 6070 | 6072 |
| S | 5675 | 5875 | 6075 | 6077 |
| D. Inter-company Accounts ............. | 5680 | 5880 | 6080 | 6082 |
| E. Bank Accounts and Loans ............ | 5690 | 5890 | 6090 | 6092 |
| F. Other .................... | 5700 | 5900 | 6100 | 6102 |
| G. (Offsetting) Items A. through F. | 5720 ( | )5920 ( | )6120 | |
| TOTAL Line 5 .................... | 5730 | 5930 | 6130 | 6132 |
| 6. Commodity Differences ................. | 5740 | 5940 | 6140 | 6142 |
| 7. Open transfers and reorganization account items over 40 days not confirmed or verified | 5760 | 5960 | 6160 | 6162 |
| 8. TOTAL (Line 1.-7.) .................. | 5770 $ | 5970 $ | 6170 $ | 6172 |
| 9. Lines 1.-6. resolved subsequent to report date | 5775 $ | 5975 $ | 6175 $ | 6177 |
| 10. Aged Fails   --to deliver ............. | 1 5780 $ | 14 5980 $ | 6180 $ | 2,236 6182 |
| --to receive ............. | 5785 $ | 5985 $ | 6185 $ | 6187 |
| | (Omit 000's) | (Omit 000's) | (Omit Pennies) | |

NOTE A - This section must be completed as follows:
1. All member organizations must complete column IV, lines 1. through 8. and 10., reporting deductions from capital as of the report date whether resolved subsequently or not (see instructions relative to each line item).
2. a. Columns I, II and III of lines 1. through 8. and 10. must be completed when a Part II filing is required.
   b. Columns I, II and III of line 1. through 8. must be completed with a Part I filing, only if the total deduction on line 8 column IV equals or exceeds 25% of excess net capital as of the prior month end reporting date. All columns of line 10. require completion.
3. A response to line 9., cols. I through IV and the "Potential Operational Charges Not Deducted From Capital" schedule on p. 3 are required only if:
   a. the parameters cited in 2.b. above exist, and
   b. the total deduction, line 8. column IV, for the current month exceeds the total deductions for the prior month by 50% or more.
4. All columns and line items (1. through 10.) must be answered if required. If respondent has nothing to report enter -0-.

---

Other Operational Data (Items 1., 2. and 3. below require an answer)

Item 1. Have the accounts enumerated on line 5.A. through F. above been reconciled with statements received from others within 35 days for lines 5.A. through D. and 65 days for lines 5.E. and F. prior to the report date and have all reconciling difference been appropriately comprehended in the computation of net capital at the report date? If this has not been done in all respects, answer No.

Yes   X   5600
No   5601

Item 2. Do the respondent's books reflect a concentrated position (See Instruction) in commodities? If yes report the totals ($000 omitted) in accordance with the specific instructions; If No answer -0- for:
A. Firm Trading and Investment Accounts    A.    5602
B. Customers' and Non-Customers' and Other Accounts    B.    5603

Item 3. Does respondent have any planned operational changes? (Answer Yes or No based on specific instructions.)

Yes   5604
No   X   5605

Page Op 2

PUBLIC0003019

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART I (OR PART II)

| BROKER OR DEALER | | |
|---|---|---|
| Bernard L. Madoff | as of | 05/30/08 |

## FINANCIAL AND OPERATIONAL DATA
### Potential Operational Charges Not Deducted From Capital (Note B)

| | I<br>No. of<br>Items | II<br>Debits<br>(Short Value) | III<br>Credits<br>(Long Value) | IV<br>Deductions<br>In Computing<br>Net Capital |
|---|---|---|---|---|
| 1. Money suspense and balancing differences . . . . . . | 6210 $ | 6410 $ | 6610 $ | 6612 |
| 2. Security suspense and differences with related | | | | |
| money balances . . . . . . . . . . . . . . . . . . . . . . . L | 6220 | 6420 | 6620 | 6622 |
| S | 6225 | 6425 | 6625 | 6627 |
| 3. Market value of short and long security sus- | | | | |
| pense and differences without related money | | | | |
| (other than reported in line 4., below) . . . . . . . . . | 6230 | 6430 | 6630 | 6632 |
| 4. Market value of security record breaks . . . . . . . . . | 6240 | 6440 | 6640 | 6642 |
| 5. Unresolved reconciling differences with others: | | | | |
| A. Correspondents and Broker/Dealers . . . . . . . . . L | 6250 | 6450 | 6650 | 6652 |
| S | 6255 | 6455 | 6655 | 6657 |
| B. Depositories . . . . . . . . . . . . . . . . . . . . . . . . . | 6260 | 6460 | 6660 | 6662 |
| C. Clearing Organizations . . . . . . . . . . . . . . . . . L | 6270 | 6470 | 6670 | 6672 |
| S | 6275 | 6475 | 6675 | 6677 |
| D. Inter-company Accounts . . . . . . . . . . . . . . . . | 6280 | 6480 | 6680 | 6682 |
| E. Bank Accounts and Loans . . . . . . . . . . . . . . . | 6290 | 6490 | 6690 | 6692 |
| F. Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6300 | 6500 | 6700 | 6702 |
| G. (Offsetting) Items A. through F. . . . . . . . . . . . . | 6310 ( | 6510 ( | 6710 | |
| TOTAL (Line 5.) . . . . . . . . . . . . . . . . . . . . . | 6330 | 6530 | 6730 | 6732 |
| 6. Commodity Differences . . . . . . . . . . . . . . . . . . | 6340 | 6540 | 6740 | 6742 |
| TOTAL (Line 1.-6.) . . . . . . . . . . . . . . . . . . . . . . | 6370 $ | 6570 $ | 6770 $ | 6772 |
| | (Omit 000's) | (Omit 000's) | (Omit Pennies) | |

NOTE B - This section must be completed as follows:

1. All line items (1. through 6.) and columns (I through IV) must be completed only if:
    a. the total deductions on line 8., column IV, of the "Operational Deductions From Capital" schedule equal or exceed 25% of excess net capital as of the prior month end reporting date; and
    b. the total deduction on line 8., column IV, for the current month exceeds the total deductions for the prior month by 50% or more. If respondent has nothing to report enter -0-.
2. Include only suspense and difference items open at the report date which were NOT required to be deducted in the computation of net capital AND which were not resolved seven (7) business days subsequent to the report date.
3. Include in column IV only additional deductions not comprehended in the computation of net capital at the report date.
4. Include on line 5. A. through F. unfavorable differences offset by favorable differences (see instructions for line 5) at the report date if resolution of the favorable items resulted in additional deductions in the computation of net capital subsequent to the report date.
5. Exclude from lines 5. A. through F. new reconciling differences disclosed as a result of reconciling with the books of account statements received subsequent to the report date.
6. Line items 1. through 5. above correspond to similar line items in the "Operational Deductions From Capital" schedule (page 2) and the same instructions should be followed except as stated in Note (B-1 through 5.) above.

Page Op 3

PUBLIC0003020