# EXHIBIT W

11-Jan-09
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID REDACTED
Sequence number REDACTED   Posting date 17-JUL-08

REDACTED                                                      1028

July 16, 2008

Pay to the order of  Bernard Madoff Securities — $500,000.00/100

Five Hundred Thousand Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com
Dep. to
For Acct. # 1-Z0012-3-0
REDACTED

REDACTED

9233440 0R1 703

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L MADOFF

Bernard Madoff Securities

For Deposit Only
Acct # 1-Z0012-3-0
Bernard Madoff

AcctNum: REDACTED    Amount: 000000050000000
Xerno: REDACTED PostDate: 20080717 Sequence: REDACTED
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
USR: REDACTED             BOFD: 074909962 CapSEC: DO
TranCode: 001025 Route/Tran: 02110110 DocType: 8
EntryNum: 5702 ItemType: P