# EXHIBIT AC

```
4/30/95    JACOB M DICK                                                              1-CM325-3-0      1
           & JUNE DICK      T I C
           270-20 WEST GRAND CENTRAL PKWY
              FLORAL PARK            NY 11005
```

REDACTED-0219

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|---|---|-------|--------|
| | | | | NO BALANCE FORWARD | | | |
| 4/27 | 4/27 | | | CHECK | JRNL | | 10,000.00 |
| 4/27 | 4/27 | | | CHECK | JRNL | | 583,000.00 |
| 4/27 | 4/27 | | | CHECK | JRNL | | 51,000.00 |
| 4/27 | 4/27 | | | CHECK | JRNL | | 344,000.00 |
| 4/27 | 4/27 | | | CHECK | JRNL | | 12,000.00 |
| 4/28 | 4/28 | 1000000 | | 32755 U S TREASURY BILL | 98.920 | 989,200.00 | |
| | | | | DUE 7/06/1995 | | | |
| 4/28 | 4/28 | 10800 | | 33104 FIDELITY CASH RESERVES SBI | 1 | 10,800.00 | |
| | | | | NEW BALANCE | | | |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|--------------------|---|------|-------|------------|
| FIDELITY CASH RESERVES SBI | 10800 | 10,800.00 | | 10,800.00 |
| U S TREASURY BILL | 1000000 | 989,200.00 | | |
| DUE 7/06/1995 | | | | 989,200.00 |
| END OF POSITIONS | | 1,000,000.00 | | |

MF00197053