# EXHIBIT AD

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                              5/31/04        1
AND JUNE DICK TIC
270-20 WEST GRAND CENTRAL PKWY
FLORAL PARK           NY 11005                        1-CM325-3-0    REDACTED-0219


                                    BALANCE FORWARD                              18,305.47
5/03                                SBC COMMUNICATIONS INC      DIV                 426.56
                                    DIV 4/10/04 5/03/04
5/03                                VERIZON COMMUNICATIONS      DIV                 444.68
                                    DIV 4/09/04 5/03/04
5/14                                PROCTER & GAMBLE CO         DIV                 262.50
                                    DIV 4/23/04 5/14/04
5/17                                TEXAS INSTRUMENTS INC       DIV                  15.62
                                    DIV 4/30/04 5/17/04
5/18    75,000              78225   U S TREASURY BILL         99.691    74,768.25
                                    DUE 9/2/2004
                                            9/02/2004
5/18    11,437              81342   FIDELITY SPARTAN              1     11,437.00
                                    U S TREASURY MONEY MARKET
5/24       280              75086   FIDELITY SPARTAN              1        280.00
                                    U S TREASURY MONEY MARKET
5/25              1,085      6103   AMERICAN INTL GROUP INC    70.110            76,069.35
5/25                525     10314   AMGEN INC                  53.730            28,208.25
5/25                455     11160   BANC ONE CORP              47.440            21,585.20
5/25                525     14525   AMERICAN EXPRESS COMPANY   49.380            25,924.50
5/25              2,205     15371   ORACLE CORPORATION         11.220            24,740.10
5/25                840     18736   BANK OF AMERICA            81.470            68,434.80
5/25                700     19582   PEPSICO INC                53.750            37,625.00
5/25              2,170     22947   CITI GROUP INC             45.470            98,669.90
```

CONTINUED ON PAGE     2

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                              5/31/04        2
AND JUNE DICK TIC
270-20 WEST GRAND CENTRAL PKWY
FLORAL PARK            NY 11005                      1-CM325-3-0    REDACTED-0219


5/25             3,150 23793  PFIZER INC                    34.980         110,187.00
5/25             2,870 27158  CISCO SYSTEMS INC             21.550          61,848.50
5/25               525 28004  PROCTER & GAMBLE CO          106.840          56,091.00
5/25               840 31358  THE WALT DISNEY CO            23.150          19,446.00
5/25             1,365 32215  SBC COMMUNICATIONS INC        24.300          33,169.50
5/25             4,235 35528  GENERAL ELECTRIC CO           30.340         128,489.90
5/25             1,890 36423  TIME WARNER INC               16.320          30,844.80
5/25               210 39713  GOLDMAN SACHS GROUP INC       92.530          19,431.30
5/25               735 40617  TEXAS INSTRUMENTS INC         25.200          18,522.00
5/25               945 43787  HOME DEPOT INC                34.280          32,394.60
5/25               840 44763  TYCO INTERNATIONAL LTD        29.010          24,368.40
5/25             1,260 47998  HEWLETT PACKARD CO            20.810          26,220.60
5/25               805 48973  U S BANCORP                   26.670          21,469.35
5/25               700 52209  INTERNATIONAL BUSINESS MACHS  87.480          61,236.00
5/25               735 53173  VIACOM INC                    37.350          27,452.25
                              CLASS B NON VOTING SHS
5/25             2,695 56420  INTEL CORP                    27.470          74,031.65
5/25             1,155 57384  VERIZON COMMUNICATIONS        35.850          41,406.75
5/25             1,225 60631  JOHNSON & JOHNSON             54.710          67,019.75
5/25               700 61595  WELLS FARGO & CO NEW          58              40,600.00
5/25               840 64842  JP MORGAN CHASE & CO          36.020          30,256.80
5/25             1,785 65806  WAL-MART STORES INC           54.990          98,157.15
5/25             1,015 69053  COCA COLA CO                  49.770          50,516.55
5/25             2,695 70017  EXXON MOBIL CORP              42.860         115,507.70
5/25               490 73264  MEDTRONIC INC                 48.910          23,965.90
```

CONTINUED ON PAGE    3

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                          5/31/04          3
AND JUNE DICK TIC
270-20 WEST GRAND CENTRAL PKWY
FLORAL PARK        NY 11005                           1-CM325-3-0     REDACTED-0219


5/25                    385 77473  MERRILL LYNCH & CO INC    55.190                   21,248.15
5/25                    315 81682  3M COMPANY                82.490                   25,984.35
5/25                    840 85893  ALTRIA GROUP INC          49.240                   41,361.60
5/25                    910 90104  MERCK & CO                46.630                   42,433.30
5/25                  4,480 94315  MICROSOFT CORP            25.800                  115,584.00
5/25                    455 98526  MORGAN STANLEY            52.340                   23,814.70
5/25  1,850,000             80751  U S TREASURY BILL         99.531   1,841,323.50
                                   DUE 10/14/2004
5/25     22,993             85098  FIDELITY SPARTAN          1          22,993.00
                                   U S TREASURY MONEY MARKET
5/26                               FIDELITY SPARTAN          DIV                          17.05
                                   U S TREASURY MONEY MARKET
                                   DIV 05/26/04
5/26                               TRANS TO 1CM88330         CW       1,044,483.98
5/26                               TRANS TO 1CM88430         CW         983,822.65
5/26                               MERRILL LYNCH & CO INC    DIV                          61.60
                                   DIV 5/07/04 5/26/04
5/26     60,224             89116  FIDELITY SPARTAN          1                        60,224.00
                                   U S TREASURY MONEY MARKET
5/26    125,000             89117  U S TREASURY BILL         99.703                  124,628.75
                                   DUE 9/2/2004
                                              9/02/2004
5/26  1,850,000             89118  U S TREASURY BILL         99.530                1,841,305.00
                                   DUE 10/14/2004
5/27                               GOLDMAN SACHS GROUP INC   DIV                          52.50
                                   DIV 4/27/04 5/27/04

                                   CONTINUED ON PAGE    4
```

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                      5/31/04           4
AND JUNE DICK TIC
270-20 WEST GRAND CENTRAL PKWY
FLORAL PARK         NY 11005                    1-CM325-3-0    REDACTED-0219


5/28                           CITI GROUP INC         DIV                      868.00
                               DIV 5/03/04 5/28/04

                               NEW BALANCE                    68,180.00
```

MDPTPP01154000

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                          5/31/04          5
AND JUNE DICK TIC
270-20 WEST GRAND CENTRAL PKWY
FLORAL PARK         NY 11005                       1-CM325-3-0    REDACTED-0219
```

YEAR-TO-DATE SUMMARY

```
DIVIDENDS                                                        7,093.93
GROSS PROCEEDS FROM SALES                                    9,802,761.70
```