# EXHIBIT AE

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                              3/31/05        1
AND JUNE DICK TIC
196 OCEAN AVENUE
WOODMERE            NY 11598                        1-CM325-3-0    REDACTED 1219


                                    BALANCE FORWARD                                          .51
3/04                                FIDELITY SPARTAN          DIV                           7.71
                                    U S TREASURY MONEY MARKET
                                    DIV 03/04/05
3/04                 2,521 71224    FIDELITY SPARTAN          1                         2,521.00
                                    U S TREASURY MONEY MARKET
3/07                                TRANS TO 1CM88330         CW          1,517.53
3/07                                TRANS TO 1CM88430         CW          1,011.69

                                    NEW BALANCE
```

MDPTPP01154026

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                    3/31/05        2
AND JUNE DICK TIC
196 OCEAN AVENUE
WOODMERE          NY 11598               1-CM325-3-0   REDACTED-0219
```

YEAR-TO-DATE SUMMARY

DIVIDENDS                                                              7.71

MDPTPP01154027