# EXHIBIT AF

```
ACCOUNT #    1-CM883-3 JACOB M DICK REV LIVING TST     REPORT FOR THE PERIOD FROM 5/26/04 TO 5/31/04
                      INITIAL INVESTMENT                                                  1,044,483.98CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS
                      NET WORKING CAPITAL                                                 1,044,483.98CR
                      BENCHMARK RATE OF RETURN                       15.00 %
                      BENCHMARK RETURN FOR    6 DAYS                                          2,575.44CR
                      CAPITAL GAINS AND LOSSES
                      DIVIDENDS AND INTEREST
                      REALIZED P/L
                      UNREALIZED P/L                                                             61.50CR
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                            2,513.94-
                      CURRENT CASH BALANCE                                                         .23CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS                       1,044,545.25
                      TOTAL EQUITY                                                        1,044,545.48CR
                      PRIOR YEAR END EQUITY
                      ANNUALIZED RETURN FOR CURRENT YEAR             .35 %
                      PROJECTED ANNUALIZED RATE OF RETURN            .01 %
                      BUYING POWER     1,045      OVER/UNDER           3-
```

MDPTQQ00183407