# EXHIBIT AG

| | VOID | CORRECTED | | | | |
|---|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | | 1 Ordinary dividends $ 9004.21 | OMB No. 1545-0110 **19**99 Form 1099-DIV | | **Dividends and Distributions** |
| BERNARD L. MADOFF 885 THIRD AVE. NEW YORK, NY 10022 DIRECT INQUIRIES TO: 212 230-2470 | | | 2a Total capital gain distr. $ | | | |
| PAYER'S Federal identification number 13-1997126 | RECIPIENT'S identification number REDACTED 0219 | | 2b 28% rate gain $ | 2c Unrecap. sec. 1250 gain $ | | Copy C For Payer or State Copy |
| RECIPIENT'S name, address, and ZIP code JACOB M DICK & JUNE DICK  T I C **REDACTED** | | | 2d Section 1202 gain $ | 3 Nontaxable distributions $ | | For Privacy Act and Paperwork Reduction Act Notice and instructions for completing this form, see the 1999 Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | | 4 Federal income tax withheld $ | 5 Investment expenses $ | | |
| | | | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | | |
| Account number (optional) 1CM325 | | 2nd TIN Not. | 8 Cash liquidation distr. $ | 9 Noncash liquidation distr. $ | | |

Form **1099-DIV**  Department of the Treasury - Internal Revenue Service

MADTBB03152173

| ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. BERNARD L. MADOFF 885 THIRD AVE. NEW YORK, NY 10022 DIRECT INQUIRIES TO: 212 230-2470 | 1a Date of sale | OMB No. 1545-0715 **2001** Form 1099-B | | Proceeds From Broker and Barter Exchange Transactions |
| | 1b CUSIP no. | | | |
| | 2 Stocks, bonds, etc. $ 16997576.07 | Reported ☒ Gross proceeds ☐ Gross proceeds less commissions and option premiums to IRS | | |
| PAYER'S Federal identification number 13-1997126 | RECIPIENT'S identification number REDACTED | 3 Bartering $ | 4 Federal income tax withheld $ | Copy C For Payer or State Copy |
| RECIPIENT'S name, address, and ZIP code JACOB M DICK REV LIVING TRUST DTD 4/6/01 AND JUNE DICK TIC REDACTED | | 5 Description | | For Privacy Act and Paperwork Reduction Act Notice, see the 2001 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | Regulated Futures Contracts | | |
| | | 6 Profit or (loss) realized in 2001 $ | 7 Unrealized profit or (loss) on open contracts—12/31/2000 $ | |
| | | 8 Unrealized profit or (loss) on open contracts—12/31/2001 $ | 9 Aggregate profit or (loss) $ | |
| Account number (optional) 1CM325 | 2nd TIN not. ☐ | | | |

Form **1099-B**                                              Department of the Treasury - Internal Revenue Service

MADTSS00914717

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0112 | |
|---|---|---|---|
| BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY 10022<br>DIRECT INQUIRIES TO: 212 230-2470 | | 20**01**<br>Form 1099-INT | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | Copy C |
|---|---|---|---|
| 13-1997126 | Redacted 0239 | $ 66.97 | For Payer or State Copy |

| RECIPIENT'S name, address, and ZIP code | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | For Privacy Act and Paperwork Reduction Act Notice, see the 2001 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|---|
| JACOB M DICK<br>REV LIVING TRUST DTD 4/6/01<br>AND JUNE DICK TIC<br>Redacted | $ | $ | |
| | 4 Federal income tax withheld | 5 Investment expenses | |
| | $ | $ | |
| | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| | $ | | |

| Account number (optional) | 2nd TIN not. | | |
|---|---|---|---|
| 1CM325 | ☐ | $ | |

Form **1099-INT**                                      Department of the Treasury - Internal Revenue Service

MADTSS00920485

| | | |
|---|---|---|
| ☐ VOID  ☐ CORRECTED | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY  10022<br><br>DIRECT INQUIRIES TO:212 230-2470 | 1a Date of sale<br><br>1b CUSIP no.<br><br>2 Stocks, bonds, etc.<br>$ 28510285.34 Reported to IRS ☒ Gross proceeds  ☐ Gross proceeds less commissions and option premiums | OMB No. 1545-0715<br>**2003**<br>Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
| PAYER'S Federal identification number<br>13-1997126 | RECIPIENT'S identification number<br>Redacted 0219 | 3 Bartering<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer or State Copy |
| RECIPIENT'S name, address, and ZIP code<br><br>JACOB M DICK<br>REV LIVING TRUST DTD 6/6/01<br>AND JUNE DICK TIC<br><br>Redacted | 5 Description<br><br>6a Profit or (loss) realized in 2003<br>$<br><br>7 Unrealized profit or (loss) on open contracts—12/31/2002<br>$ | 6b Post-5/5/2003 profit or (loss) realized<br>$<br><br>8 Unrealized profit or (loss) on open contracts—12/31/2003<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Account number (optional)<br>1CM325 | 2nd TIN not.<br>☐ | 9a Aggregate profit or (loss)<br>$ | 9b Post-5/5/2003 aggregate profit or (loss)<br>$ | |

Form 1099-B                                                  Department of the Treasury - Internal Revenue Service

| | | |
|---|---|---|
| ☐ VOID ☐ CORRECTED | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY 10022<br><br>DIRECT INQUIRIES TO: 212 230-2470 | 1a Total ordinary dividends<br>$ 13652.80<br>1b Qualified dividends<br>$<br>2a Total capital gain distr.<br>$ | OMB No. 1545-0110<br>**2005**<br>Form 1099-DIV<br>2b Unrecap. Sec. 1250 gain<br>$ | Dividends and Distributions<br><br>Copy C<br>For Payer or State Copy |
| PAYER'S Federal identification number<br>13-1997126 | RECIPIENT'S identification number<br>Redacted-0219 | 2c Section 1202 gain $ | 2d Collectibles (28%) gain $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name, address, and ZIP code<br><br>JACOB M DICK REV LIVING TST<br>DTD 4/6/01  DR JACOB DICK<br>C/O AJ MARKS<br><br>Redacted | 3 Nondividend distributions $<br>5 Investment expenses<br>6 Foreign tax paid $ | 4 Federal income tax withheld $<br>7 Foreign country or U.S. possession | |
| Account number (see instructions)<br>1CM883 | 2nd TIN not.<br>☐ | 8 Cash liquidation distributions $ | 9 Noncash liquidation distributions $ | |

Form 1099-DIV                                                                 Department of the Treasury - Internal Revenue Service

MS00877059