EXHIBIT AJ

Page 1

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK


-------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff,              Adv.Pro.No.
     v.                            08-01789(SMB)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.

-------------------------------------x

In Re:

BERNARD L. MADOFF,

           Debtor.

-------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated     Adv.Pro.Nos.
SIPA Liquidation of Bernard L.     Listed on
Madoff Investment Securities LLC   Exhibit A
and Bernard L. Madoff,             Attached Hereto

           Plaintiff,
      v.
DEFENDANTS IN ADVERSARY PROCEEDINGS
LISTED ON EXHIBIT A ATTACHED HERETO,

           Defendants.

-------------------------------------x

                  Deposition of:
                   JOANN CRUPI
                  May 23, 2019
```

Page 2

1	Videotaped Deposition of JOANN CRUPI, as
2	reported by NANCY C. BENDISH, Certified Court
3	Reporter, RMR, CRR and Notary Public of the
4	States of New York and New Jersey, at DUANE
5	MORRIS, One Riverfront Plaza, Newark, New Jersey,
6	on Thursday, May 23, 2019, commencing at 9:55 a.m.
7
8
	A P P E A R A N C E S:
9
10	    BAKER HOSTETLER, LLP
	    45 Rockefeller Plaza
11	    New York, New York  10111
	    BY:  JAMES H. ROLLINSON, ESQ.
12	         jrollinson@bakerlaw.com
	         TERRY BRENNAN, ESQ.
13	         tbrennan@bakerlaw.com
	    For Plaintiff Irving Picard, Trustee
14	    for the Substantially Consolidated
	    SIPA Liquidation of BLMIS and the
15	    Estate of Bernard L. Madoff
16
	    YOUNG CONAWAY STARGATT & TAYLOR, LLP
17	    Rodney Square
	    1000 North King Street
18	    Wilmington, Delaware  19801
	    BY:  MICHAEL S. NEIBURG, ESQ.
19	         mneiburg@ycst.com
	         TARA C. PAKROUH, ESQ. (p.m. only)
20	         (Via Telephone)
	         tpakrouh@ycst.com
21	    Co-Counsel for Plaintiff,
	    Irving Picard, Trustee
22
23
24
25

Page 3

```
 1   A P P E A R A N C E S (Cont'd):

 2
         CHAITMAN, LLP
 3       465 Park Avenue
         New York, New York  10022
 4       BY:  HELEN DAVIS CHAITMAN, ESQ.
                  hchaitman@chaitmanllp.com
 5       For a number of Clawback Defendants

 6
         DUANE MORRIS, LLP
 7       One Riverfront Plaza
         1037 Raymond Boulevard
 8       Newark, New Jersey  07102
         BY:  ERIC R. BRESLIN, ESQ.
 9                ERBreslin@duanemorris.com
         For the Witness, Joann Crupi
10

11
     ALSO PRESENT:
12

13       CHARLES BOWMAN, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

EXHIBIT A:  ADVERSARY PROCEEDINGS

| ADV.PRO. NO. | CASE NAME |
|---|---|
| 1. 10-04341 | Marden, et al. |
| 2. 10-04343 | Patrice Auld, et al. |
| 3. 10-04348 | Marden Family Limited Partnership, et al. |
| 4. 10-04361 | Harvey L. Werner Revocable Trust, et al. |
| 5. 10-04384 | Lanx BM Investments, LLC, et al. |
| 6. 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 7. 10-04417 | The Lustig Family 1990 Trust, et al. |
| 8. 10-04438 | Estate of Seymour Epstein, et al. |
| 9. 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10. 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 11. 10-04545 | Jerome Goodman, et al. |
| 12. 10-04554 | David Ivan Lustig |
| 13. 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. |
| 14. 10-04610 | The Whitman Partnership, et al. |
| 15. 10-04655 | Jaffe Family Investment Partnership, et al. |
| 16. 10-04709 | Andrew M. Goodman |
| 17. 10-04718 | The Jordan H. Kart Revocable Trust, et al. |
| 18. 10-04752 | Kuntzman Family LLC, et al. |

Page 5

```
 1        EXHIBIT A:    ADVERSARY PROCEEDINGS (Cont'd)
 2
          ADV.PRO.              CASE NAME
 3          NO.
 4
     19. 10-04762    James M. Goodman
 5
     20. 10-04809    Edyne Gordon NTC
 6
     21. 10-04823    Frank DiFazio, et al.
 7
     22. 10-04826    Boyer Palmer
 8
     23. 10-04837    Leslie Ehrlich f/k/a Leslie
 9                   Harwood, et al.
10   24. 10-04905    Train Klan, a Partnership, et al.
11   25. 10-04914    Edyne Gordon
12   26. 10-04931    Cantor, et al.
13   27. 10-04961    Sylvan A1ssociates LLC f/k/a
                     Sylvan Associates Ltd
14
                     Partnership, et al.
15   28. 10-04979    James M. 2New Trust dtd
                     3/19/01, et al.
16
     29. 10-04991    Guiducci Family Limited
17                   Partnership, et al.
18   30. 10-05048    Estate of Armand L.
                     Greenhall, et al.
19
     31. 10-05104    The Gloria Albert Sandler and
20                   Maurice Sandler Revocable
                     Living Trust
21
     32. 10-05118    Charlotte M. Marden
22
     33. 10-05124    The Lawrence J. Ryan and
23                   Theresa R. Ryan Revocable
                     Living Trust, et al.
24
     34. 10-05127    Atwood Management Profit Sharing
25                   Plan & Trust, etc., et al.
```

Page 6

```
 1        EXHIBIT A:   ADVERSARY PROCEEDINGS (Cont'd)
 2
          ADV.PRO.           CASE NAME
 3          NO.
 4
      35. 10-05128   JABA Associates LP, et al.
 5
      36. 10-05133   Boyer H. Palmer, individually, et al.
 6
      37. 10-05150   Plafsky Family LLC Retirement
 7                   Plan, Robert Plafsky, et al.
 8    38. 10-05151   Palmer Family Trust, et al.
 9    39. 10-05157   The Harnick Brothers Partnership,
                     et al.
10
      40. 10-05168   Bernard Marden Profit Sharing
11
      41. 10-05194   Bruce D. Pergament, et al.
12
      42. 10-05196   Whitman 1990 Trust U/A DTD
13                   4/13/90, et al.
14    43. 10-05384   Neil Reger Profit Sharing
                     Keogh, et al.
15
      44. 10-05394   Richard M. Glantz, et al.
16
      45. 10-05435   Keith Schaffer, et al.
17
      46. 10-05439   Avram J. Goldberg, individually
18                   and in his capacity as trust
                     officer
19
20
21
22
23
24
25
```

08-01789-cgm   Doc 21271-36   Filed 03/18/22   Entered 03/18/22 18:06:45   Ex. AJ
Crupi Transcript   Pg 8 of 12
Picard v Defendants on Exhibit A          Joann Crupi 5/23/2019

Page 7

```
 1                    I N D E X
 2   WITNESS                                EXAMINATION
 3
     JOANN CRUPI
 4
          By Mr. Rollinson.....................9,183
 5
          By Ms. Chaitman...................160,184
 6
 7
 8
 9                  E X H I B I T S
10   NUMBER          DESCRIPTION                     PAGE
11
     P-53    Notice of Deposition...................10
12
     P-14A   Blowup of MADTSS00976560 in P-14.......60
13
     P-14B   Blowup of MADTSS00976561 in P-14.......83
14
     P-14C   Blowup of MADTSS00976559 in P-14.......84
15
     P-54    Customer Ledger MF00368931-935.........91
16
     P-55    Customer Ledger MF00371493.............96
17
     P-56    Document MADTSS01362494.   ............131
18
     P-27A   Blowup of MADTSS01059414 in P-27......137
19
     P-57    Document MADTSS01309801...............152
20
     P-58    Documents MADTBB01911127-145..........156
21
     P-59    Document MADTSS01309950...............157
22
23          (Previously marked Exhibits P-5, P-6,
     P-7, P-14, P-15, P-16, P-27, P-28, P-29, P-33,
24   P-40, P-41 and P-46 were also referenced and are
     attached hereto.)
25
```

Page 165

```
 1                MR. BRESLIN:  Answer the question.
 2         A.     He would have other people write
 3   it up but based on his information that he gave
 4   them.
 5         Q.     So he would say to someone else,
 6   write up a ticket, I'm buying $600 million of
 7   T-bills through JPMorgan Chase, or whatever it
 8   was?
 9         A.     It was never that side of it.
10   What we did was the allocation of whatever he
11   did.  You know what I mean?  If he said there
12   were 600 million T-bills to buy, he gave the one
13   slot, the one piece of information at what price
14   on what day and then he'd tell us if I had to
15   purchase stuff for, you know, people who were in
16   my venue, he'd say use this date, this was
17   bought on this date, and we just allocated to
18   those certain customers based on his
19   information.
20         Q.     Okay.  So he would tell you which
21   customers to allocate the T-bills to?
22         A.     Yes.
23         Q.     Now, looking at P-56, do you see
24   there are two lines that name Norman Levy?
25         A.     Yes.
```

Page 188

1                    ERRATA SHEET
2
     WITNESS NAME:   JOANN CRUPI
3
     PAGE/LINE             CHANGE              REASON
4
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

Page 189

1                         JURAT
2              I, JOANN CRUPI, have read the
3      foregoing deposition and hereby affix my
4      signature that same is true and correct, except
5      as noted above.
                                    _____
6                                   JOANN CRUPI
7
       THE STATE OF _____
8
       COUNTY OF _____
9
10          Before me, _____, on this
11     day personally appeared _____,
12     known to me (or proved to me on the oath of or
13     through _____ (description of identity
14     card or other document) to be the person whose
15     name is subscribed to the foregoing instrument
16     and acknowledged to me that he/she executed the
17     same for the purpose and consideration therein
18     expressed.
19          Given under my hand and seal of office on
20     this _____ day of _____, _____.
21
22                                  _____
                                    NOTARY PUBLIC IN AND FOR
23                                  THE STATE OF_____
24
25     My Commission Expires: _____.

```
 1                REPORTER'S CERTIFICATION

 2

 3                 I, NANCY C. BENDISH, Certified

 4    Court Reporter and Notary Public of the States

 5    of New York and New Jersey, do hereby certify

 6    that, prior to the commencement of the

 7    aforementioned examination, JOANN CRUPI was

 8    sworn by me to testify the truth, the whole

 9    truth and nothing but the truth.

10                 I DO FURTHER CERTIFY that the

11    foregoing is a true and accurate transcript of

12    the testimony as taken stenographically by and

13    before me at the time, place, and on the date

14    hereinbefore set forth.

15                 I DO FURTHER CERTIFY that I am

16    neither a relative nor employee nor attorney nor

17    counsel of any party in this action and that I

18    am neither a relative nor employee of such

19    attorney or counsel, and that I am not

20    financially interested in the event nor outcome

21    of this action.

22
                          _____
23                        NANCY C. BENDISH, CCR, RMR, CRR
                          Realtime Systems Administrator
24                        Certificate No. XI00836

25    Dated:  May 24, 2019
```