# EXHIBIT AM

## Lehman Brothers Miscellaneous 703 account withdrawals and deposits

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 1 | **Bernard L. Madoff Financial Resource Account-Account ending 398-18** | On December 27, 2001 Bernard L. Madoff withdrew $50,000,000 from the Lehman Brothers account ending in 398-18<br><br>[See bates number BARSAA0018952]<br><br>**Total amount withdrew: $50,000,000** | On December 27, 2001 Bernard L. Madoff deposited $50,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0000040]<br><br>**Total amount deposited: $50,000,000** |

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 2 | **Bernard L. Madoff Financial Resource Account- Account ending 398-18** | On September 30, 2002 Bernard L. Madoff withdrew $42,000,000 from the Lehman Brothers account ending in 398-18<br><br>[See bates number SECSAH0001205]<br><br>**Total amount withdrew:  $42,000,000** | On September 30, 2002 Bernard L. Madoff deposited $42,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0000669]<br><br>**Total amount deposited: $42,000,000** |

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 3 | **Bernard L. Madoff Financial Resource Account-Account ending 398-18** | On December 27, 2002 Bernard L. Madoff withdrew $75,000,000 from the Lehman Brothers account ending in 398-18<br><br>[See bates number BARSAA0018966]<br><br>**Total amount withdrew:  $75,000,000** | On December 27, 2002 Bernard L. Madoff deposited $75,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0000202]<br><br>**Total amount deposited: $75,000,000** |

|  | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
|  | 4 | **Bernard L. Madoff Premier Client Account- Account ending 152** | On June 26, 2003 Bernard L. Madoff withdrew $50,000,000 from the Lehman Brothers account ending in 152<br><br>[See bates number BARSAA0020468]<br><br>**Total amount withdrew:  $50,000,000** | On June 26, 2003 Bernard L. Madoff deposited $50,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0001091]<br><br>**Total amount deposited: $50,000,000** |

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 5 | Bernard L. Madoff Premier Client Account-Account ending 152 | On September 26, 2003 Bernard L. Madoff withdrew $20,000,000 from the Lehman Brothers account ending in 152<br><br>[See bates number BARSAA0020650]<br><br>**Total amount withdrew: $20,000,000** | On September 26, 2003 Bernard L. Madoff deposited $20,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0001343]<br><br>**Total amount deposited: $20,000,000** |

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 6 | **Bernard L. Madoff Premier Client Account- Account ending 152** | On December 30, 2003 Bernard L. Madoff withdrew $70,000,000 from the Lehman Brothers account ending in 152<br><br>[See bates number BARSAA0020321]<br><br>**Total amount withdrew:  $70,000,000** | On December 30, 2003 Bernard L. Madoff deposited $70,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0000852]<br><br>**Total amount deposited: $70,000,000** |

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 7 | **Bernard L. Madoff Premier Client Account- Account ending 152** | On December 23, 2005 Bernard L. Madoff withdrew $48,000,000 from the Lehman Brothers account ending in 152<br><br>[See bates number BARSAA0020348]<br><br>**Total amount withdrew: $48,000,000** | On December 23, 2005 Bernard L. Madoff deposited $48,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0002133]<br><br>**Total amount deposited: $48,000,000** |

|  | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
|  | 8 | **Bernard L. Madoff Premier Client Account-Account ending 152** | On January 9, 2006 Bernard L. Madoff withdrew $16,000,000 from the Lehman Brothers account ending in 152<br><br>[See bates number BARSAA0020418]<br><br>**Total amount withdrew: $16,000,000** | On January 9, 2006 Bernard L. Madoff deposited $16,000,000 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0002883]<br><br>**Total amount deposited: $16,000,000** |

| | TAB NO. | LEHMAN BROTHERS ACCOUNT | THIRD PARTY BROKERAGE SOURCE | DATE/AMOUNT T-BILLS CREDITED TO ACCOUNT |
|---|---|---|---|---|
| | 9 | **Bernard L. Madoff Financial Resource Account- Account ending 398** | On April 18, 2006 Bernard L. Madoff withdrew $12,095,012.70 from the Lehman Brothers account ending in 398-18<br><br>[See bates number SECSAH0000389]<br><br>**Total amount withdrew:  $12,095,012.70** | On April 18, 2006 Bernard L. Madoff deposited $12,095,012.70 from a Lehman Brothers account into the Chase Manhattan Bank account ending in 703<br><br>[See bates number JPMSAB0002668]<br><br>**Total amount deposited: $12,095,012.70** |

# TAB 1-
# Bernard L. Madoff Financial Resource Account-
# Account ending 398-18

**LEHMAN BROTHERS**

**LEHMAN BROTHERS INC.**
**Financial Resource Account**
December 1 - December 31, 2001

Page 7 of 8

H

**CONFIDENTIAL**

Ref: 00001011 00005725

**BERNARD L MADOFF**                                    **Account number 831-04398-18  224**

**Withdrawals**

| Date | Description | Reference no. | Amount |
|---|---|---|---|
| 12/27/01 | WITHDRAWAL | | **$ 50,000,000.00** |
| | FUNDS WIRED TO | | |
| | CHASE MANHATTAN BANK N A | | |
| | BERNARD L. MADOFF | | |
| | REF ID: | | |

**Money funds activity**

| | Opening money funds balance | | $ 114,997.37 | All transactions are traded at 1.00 USD ($) per share. |
|---|---|---|---|---|

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| 12/03/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | 8,541.39 | 12/14/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | 97,335.00 |
| 12/03/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS MONTHLY DIVIDEND REINVESTED | 5,050.91 | 12/17/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | 51,662,500.00 |
| 12/04/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | 18,841.66 | 12/18/01 | Redemption | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | -51,862,350.00 |
| 12/11/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | 9,463.34 | 12/28/01 | Redemption | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | -79,713.00 |
| 12/13/01 | Investment | MONEY MARKET OBLIGATIONS TRUST GOVT OBLIGS FD INSTL SHS | 25,333.33 | | | **Closing balance** | **$ 0.00** |

## Earnings details

The taxable and non-taxable designations provided below refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

**Interest credited**

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 12/14/01 | FEDERAL HOME LOAN BANK | DUE 06/14/2011    6.625 REG INT  ON   20000000.00000 BND REC 12/13/01 PAY 12/14/01 IFM 06/14/01 F/C 12/14/01 | $ 662,500.00 | | $ 662,500.00 |
| | **Total interest earned** | | **$ 662,500.00** | **$ 0.00** | **$ 662,500.00** |

BARC\SIPCMAD18952

BARSAA0018952

P=0056 P=0032 S=0005
3013365AP01 LFMAP001

The Chase Manhattan Bank



**Statement of Account**

**In US Dollars**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| **Account No:** | 140-081703 |
| **Statement Start Date:** | 01 DEC 2001 |
| **Statement End Date:** | 31 DEC 2001 |
| **Statement Code:** | 000-USA-11 |
| **Statement No:** | 012 |
| | Page 40 of 48 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 27DEC | | 27DEC USD | | YOUR: O/B CITY MIAMI  OUR: 0149808361FF | | 2,900,000.00 | REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B CITY MIAMI OBI=FFC T BRAMAN FAMILY IRREVOCABLE TRUST A IMAD: 1227F6B7021C000056 FEDWIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA /066004367 B/O: STEVEN SCHIFF MIAMI, FL 33176-1700 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B CITY MIAMI OBI=FBO STEVEN SCHIFF ACCOUNT # 1 S0243-3- |
| 27DEC | | USM | * | DEP REF #      1623 | | 3,259,039.00 | IMAD: 1227F6B7021C000038 DEPOSIT CASH LETTER CASH LETTER 0000001623 *VALUE DATE: 12/28     2,479,039  12/31      766,400  01/02       13,600 |
| 27DEC | | 27DEC USD | | YOUR: PHN OF 01/12/27  OUR: 0029300361GP | | 4,000,000.00 | BOOK TRANSFER CREDIT B/O: STERLING DOUBLEDAY ENTERPRISES FLUSHING NY 11368 REF: ACCT. 1KW267-3-0 |
| 27DEC | | USD | | YOUR: NC0582756012270101  OUR: 0136100313IN | | 25,001,215.28 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 01122 6 TO 011227 RATE 1.7500 |
| 27DEC | | USD | | OUR: 000000115BIB | | 41,000,000.00 | MATURITY REF: MATURITY         COMMERCIAL PA PER        TICKET # 001158 |
| 27DEC | | 27DEC USD | | YOUR: SWF OF 01/12/27  OUR: 8168800361FQ | | 50,000,000.00 | BOOK TRANSFER CREDIT B/O: LEHMAN BROTHERS INCORPORATED JERSEY CITY NJ 07302 ORG: BERNARD L MADOFF ATTN ELEANOR PLAIA OGB: LEHMAN INVESTMENT INC. 101 HUDSON STREET REF: /BNF/LEHMAN REF:QCT4TK0 |
| 27DEC | | USD | | OUR: 0000001485IB | | 55,000,000.00 | MATURITY REF: MATURITY         TICKET # 001485 |
| 27DEC | | USD | | DEP REF #      1224 | | 84,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000001224 |

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMSAB0000040

# TAB 2-
# Bernard L. Madoff Financial Resource Account- Account ending 398-18

Ref: 00001358 00022796

*BERNARD L MADOFF*                          **Account number 831-04398-18 224**

**Investment activity**
*continued*

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 09/26/02 | Sold | DORMITORY AUTHORITY OF NY 2001 2-5 N/A 09/27/02 7 DAY SAVER DUE 01/15/2032 01.350% BGH -REF:9RATB10 MTS -REF:0200209260929783 YIELD 1.349 % TO PAR CALL ACCRUED INT REC $ 22.50 | -200,000 | $ 100.00 | $ 200,022.50 |
| 09/30/02 | Sold | FEDERAL HOME LOAN BANK DISC NOTE DUE 10/07/2002 BGH -REF:9VKCL80 MTS -REF:0200209300927944 YIELD 1.897MTY | -41,975,000 | 99.963 | 41,959,737.42 |

| | Amount |
|---|---|
| **Total securities bought and other subtractions** | **$ -247,779,284.74** |
| **Total securities sold and other additions** | **$ 284,075,759.92** |
| Total accrued interest paid | 183,295.14 |
| Total accrued interest received | 22.50 |

**Deposits**

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/02 | ADJUST MARGIN INTEREST CHARGED 9/23 THROUGH 9/30 | $ 94.58 |

**Withdrawals**

| Date | Description | Reference no. | Amount |
|------|-------------|---------------|--------|
| 09/30/02 | REF ID: FUNDS WIRED TO JPMORGAN CHASE BANK BERNARD L MADOFF | | $ 42,000,000.00 |

**Interest charged on loans**

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/02 | FROM 08/21 THRU 09/22 @ 5 3/8% BAL ABAL 63,956 INTEREST CHARGED FOR 4 DAY(S) | $ 38.20 |

BARCMAD0001197

SECSAH0001205

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

**JPMorgan Chase Bank**



**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 31 AUG 2002 |
| Statement End Date: | 30 SEP 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 009 |
| | Page 46 of 49 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B US BANK MINN OBI=F BO RD AND D LTD PARTNERSHIP BBI=/TI IMAD: 0930I17DK   001951 |
| 30SEP | | USD | | YOUR: 31Y9999584270 OUR: 2702004600XN | | 7,900,146.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 30SEP | | USD | | YOUR: NC0876409009300201 OUR: 0227300389IN | | 30,004,218.75 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 02092 7 TO 020930 RATE 1.6875 |
| 30SEP | | 30SEP USD | | YOUR: SWF OF 02/09/30 OUR: 7504100273FQ | | 42,000,000.00 | BOOK TRANSFER CREDIT B/O: LEHMAN BROTHERS INCORPORATED JERSEY CITY NJ 07302 ORG: BERNARD L MADOFF ATTN ELEANOR PLAIA OGB: LEHMAN INVESTMENT INC. 101 HUDSON STREET REF: /BNF/LEHMAN REF:D9W7PQ0 |
| 30SEP | | USD | | OUR: 0000001236IB | | 45,000,000.00 | MATURITY REF: MATURITY TICKET # 001236 |
| 30SEP | | 30SEP USD | | YOUR: JODI OUR: 0800900273FP | 654.75 | | CHIPS DEBIT VIA: SOCIETE GENERALE NA INC. /0422 A/C: MR AND MRS APFELBAUM 75006 PARIS BEN: MR AND MRS APFELBAUM 75006 PARIS REF: LAURENCE/BNF/FFC MR AND MRS AP FELBAUM ACCT 00050009466 SOCIETE GE SSN: 0275928 |
| 30SEP | | 30SEP USD | | YOUR: JODI OUR: 0800700273FP | 3,265.50 | | CHIPS DEBIT VIA: SOCIETE GENERALE NA INC. /0422 A/C: MR AND MRS APFELBAUM 75006 PARIS BEN: MR AND MRS APFELBAUM 75006 PARIS REF: LAURENCE/BNF/FFC MR AND MRS AP FELBAUM ACCT 00050009466 SOCIETE GE SSN: 0275929 |
| 30SEP | | USD | | OUR: 00000001439735273CX | 4,140.95 | | DEFICIT BALANCE FEE CAA DEFICIENCY FEES FOR 08/2002 |

JPMSAB0000669

# TAB 3-
# Bernard L. Madoff Financial Resource Account- Account ending 398-18

CONFIDENTIAL

# LEHMAN BROTHERS

**LEHMAN BROTHERS INC.**
**Financial Resource Account**
December 1 - December 31, 2002

H

Ref: 00001020 00016618

**BERNARD L MADOFF**                    **Account number 831-04398-18 224**

**Withdrawals**

| Date | Description | Reference no. | Amount |
|------|-------------|---------------|--------|
| 12/27/02 | REF ID: | | $ 75,000,000.00 |
| | FUNDS WIRED TO | | |
| | JPMORGAN CHASE BANK | | |
| | BERNARD L. MADOFF | | |

BARC\SIPCMAD18966

BARSAA0018966

P=0066 P=0035 S=0005
3023E5AP01 1PCAPL01

18Dec08-372

JPMorgan Chase Bank


JPMorganChase

**Statement of Account**

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 NOV 2002 |
| Statement End Date: | 31 DEC 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 51 of 60 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 27DEC | | USD | | YOUR: 31Y9999704360 OUR: 3602004697XN | | 6,994,879.00 | FLUSHING NY 11368- REF: 1KW247-3-0 RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 27DEC | | USD | | DEP REF #     1671 | | 15,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000001671 |
| 27DEC | | USD | | YOUR: NC0947991312270201 OUR: 0236100319IN | | 30,000,937.50 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 02122 6 TO 021227 RATE 1.1250 |
| 27DEC | | USD | | OUR: 0000000809IB | | 70,000,000.00 | MATURITY REF: MATURITY          COMMERCIAL PA PER          TICKET # 000809 |
| 27DEC | | 27DEC USD | | YOUR: SWF OF 02/12/27 OUR: 3717000361FQ | | 75,000,000.00 | BOOK TRANSFER CREDIT B/O: LEHMAN BROTHERS INCORPORATED JERSEY CITY NJ 07302 ORG: BERNARD L MADOFF ATTN ELEANOR PLAIA OGB: LEHMAN INVESTMENT INC. 101 HUDSON STREET REF: /BNF/LEHMAN REF:DCT4CMO |
| 27DEC | | 27DEC USD | | YOUR: JODI OUR: 0142000361FP | 7,500.00 | | FEDWIRE DEBIT VIA: OHIO SVGS LN CLE /241070433 A/C: LORI FRIEDMAN AND DAVINA GREEN LONDON NW8 3RU REF: GREENSPAN IMAD: 1227810GC08C001773 |
| 27DEC | | 27DEC USD | | YOUR: JODI OUR: 0141700361FP | 600,000.00 | | BOOK TRANSFER DEBIT A/C: NEPHROLOGY ASSOCIATES P C NEW ROCHELLE NY 10804-221 ORG: BERNARD L MADOFF 885 THIRD AVENUE REF: NEPHROL |
| 27DEC | | 27DEC USD | | YOUR: JODI OUR: 0142100361FP | 1,250,000.00 | | BOOK TRANSFER DEBIT A/C: CHAIM CHARYTAN NEW ROCHELLE NY 10804-221 ORG: BERNARD L MADOFF 885 THIRD AVE REF: CHARYTAN |
| 27DEC | | 27DEC USD | | YOUR: CDS FUNDING OUR: 0421100361FP | 2,567,136.34 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |

JPMSAB0000202

# TAB 4-
# Bernard L. Madoff Premier Client Account-
# Account ending 152

CONFIDENTIAL

## LEHMAN BROTHERS

| | | |
|---|---|---|
| **Premier client account** | | **BERNARD L MADOFF** |
| **831-76152** | | June 1 - June 30, 2003 |

## ACTIVITY

| Withdrawals | | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|---|
| REF ID: | | 26 Jun 2003 | | | -$ 50,000,000.00 | |
| FUNDS WIRED TO | | | | | | |
| JPMORGAN CHASE BANK | | | | | | |
| BERNARD L. MADOFF | | | | | | |
| REF ID:0630B1QGC05C007294 | | 30 Jun 2003 | | | - 1,290,000.00 | |
| FUNDS WIRED TO | | | | | | |
| BANK OF NEW YORK | | | | | | |
| BERNARD AND RUTH MADOFF | | | | | | |
| Total USD withdrawals | | | | | **-$ 51,290,000.00** | |

| Other activity | Type | Date | Quantity |
|---|---|---|---|
| FEDERAL HOME LOAN BANK | Journal | 25 Jun 2003 | 25,000,000 |
| TFR FROM ACCT 831-04398-1 | | | |
| NASSAU CNTY N Y G/O GEN IMPT | Journal | 25 Jun 2003 | 5,000,000 |
| SER-S | | | |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y G/O SER | Journal | 25 Jun 2003 | 5,000,000 |
| H-FGIC-TCRS | | | |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y G/O SER E | Journal | 25 Jun 2003 | 5,000,000 |
| XLCA-ICR | | | |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK NY G/O RFDG | Journal | 25 Jun 2003 | 5,000,000 |
| SER A-CIFG-TCRS | | | |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y G/O RFDG-SER G | Journal | 25 Jun 2003 | 5,000,000 |
| TCRS | | | |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y SER F- TCRS | Journal | 25 Jun 2003 | 5,000,000 |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y G/O RFDG- | Journal | 25 Jun 2003 | 5,000,000 |
| SER-D-TCRS | | | |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y G/O SER C | Journal | 25 Jun 2003 | 5,000,000 |
| TFR FROM ACCT 831-04398-1 | | | |
| NEW YORK N Y CITY HEALTH & | Journal | 25 Jun 2003 | 5,000,000 |
| HOSP CORP REV HEALTH SYS-SER A | | | |
| TFR FROM ACCT 831-04398-1 | | | |

BARC\SIPCMAD20468

BARSAA0020468

**JPMorgan Chase Bank**

**JPMorganChase**

**Statement of Account**

CM

**In US Dollars**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 31 MAY 2003 |
| Statement End Date: | 30 JUN 2003 |
| Statement Code: | 000-USA-11 |
| Statement No: | 006 |
| | Page 44 of 52 |

| Ledger Date | Adj Ledger Date | Value Date | F | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | ATTN: TONY TILETNICK |
| 26JUN | | USD | | OUR: 0000001105IB | | 50,000,000.00 | REF: TO REPAY YOUR DEPOSIT FR 03062 5 TO 030626 RATE 1.0000 MATURITY |
| 26JUN | | USD | | YOUR: 31Y9999742176 OUR: 1762084662XN | | 50,000,000.00 | REF: MATURITY TICKET # 001105 RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 26JUN | 26JUN | USD | | YOUR: SWF OF 03/06/26 OUR: 6693600177FQ | | 50,000,000.00 | BOOK TRANSFER CREDIT B/O: LEHMAN BROTHERS INCORPORATED JERSEY CITY NJ 07302- ORG: BERNARD L MADOFF ATTN ELEANOR PLAZA OGB: LEHMAN INVESTMENT INC. 101 HUDSON STREET 30TH FL REF: /ACC/LEHMAN REF:E65BM80 |
| 26JUN | | USD | | OUR: 0000001298IB | | 53,000,000.00 | MATURITY REF: MATURITY    COMMERCIAL PA PER    TICKET # 001298 |
| 26JUN | 26JUN | USD | | YOUR: CDS FUNDING OUR: 0282700177FP | 1,846,780.30 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |
| 26JUN | 26JUN | USD | | YOUR: JODI OUR: 0243000177FP | 10,000,000.00 | | FEDWIRE DEBIT VIA: NORTHERN TR MIA /066009650 |

REDACTED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 26JUN | | USD | | YOUR: ND0130052406260301 OUR: 0317700865IN | 40,000,000.00 | | IMAD: 0626B1Q8C08C001792 NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO ESTABLISH YOUR DEPOSIT FR 0 30626 TO 030627 RATE 0.9375 |
| 26JUN | | USD | | YOUR: 31Y9999720177 OUR: 1774002832ZE | 50,000,000.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 26JUN | | USD | | OUR: 0000001587IB | 130,000,000.00 | | PURH OF/SALE OF JPMORGAN CHASE CP REF: PURCHASE OF    CHEMICAL C.P. TICKET # 001587 |
| 26JUN | | | | | **** Balance **** | 18,103,054.50 | CLOSING LEDGER BALANCE |
| 26JUN | | | | | **** Balance **** | 17,811,412.50 | CLOSING COLLECTED BALANCE |
| 27JUN | | USD | | YOUR: 31Y9973705178 OUR: 1781003705XP | | 833.33 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF |

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMSAB0001091

# TAB 5-
# Bernard L. Madoff Premier Client Account-
# Account ending 152

CONFIDENTIAL

# LEHMAN BROTHERS

| **Premier client account** | BERNARD L MADOFF |
|---|---|
| **831-76152** | September 1 - September 30, 2003 |

## ACTIVITY

| Withdrawals | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| REF ID: | 26 Sep 2003 | | | -$ 20,000,000.00 | |
| FUNDS WIRED TO | | | | | |
| JPMORGAN CHASE BANK | | | | | |
| BERNARD L MADOFF | | | | | |

| Interest | Date | Taxable amt. | Tax withheld | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|---|
| NASSAU CNTY N Y G/O GEN IMPT | 02 Sep 2003 | | | $ 128,125.00 | $ 128,125.00 | DUE 03/01/2013    5.125 |
| SER-S | | | | | | REG INT   ON 5000000 BND |
| | | | | | | REC 08/15/03 PAY 09/01/03 |
| NEW YORK N Y G/O SER | 15 Sep 2003 | | | 143,750.00 | 143,750.00 | DUE 03/15/2013    5.750 |
| H-FGIC-TCRS | | | | | | REG INT   ON 5000000 BND |
| | | | | | | REC 08/29/03 PAY 09/15/03 |
| Total USD interest | | | | **$ 271,875.00** | **$ 271,875.00** | |

*The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

| Interest charged on loans | Date | Amount | Comment |
|---|---|---|---|
| FROM 08/21 THRU 09/21 @ 1.417% | 22 Sep 2003 | -$ 62,642.20 | |
| BAL  49552,874 ABAL  49713,226 | | | |
| INTEREST CHARGED FOR 32 DAY(S) | | | |

| Other activity | Type | Date | Quantity |
|---|---|---|---|
| NEW YORK ST TWY AUTH SVC | Journal | 25 Sep 2003 | 10,000,000 |
| CONTRACT REV LOC HWY & BRDG | | | |
| TFR FROM ACCT 831-04398-1 | | | |

BARC\SIPCMAD20650

BARSAA0020650

**JPMorgan Chase Bank**

# ◆JPMorganChase

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 AUG 2003 |
| Statement End Date: | 30 SEP 2003 |
| Statement Code: | 000-USA-11 |
| Statement No: | 009 |
| | Page 46 of 55 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G1Bdec08-372

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | /0001<br>B/O: BANK OF NEW YORK<br>1-516-868-2300<br>REF: NBBK=BERNARD L MADOFF NEW YORK<br> NY 10022-4834/AC-000140081703 BNF=<br>LOVE & QUICHES LTD PENSION PLAN/AC-<br>1CM118-3-0 ORG=BANK OF NEW YORK 1-5<br>SSN: 0233177 |
| 26SEP | * | USM | | DEP REF #        2867 | | 454,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002867<br>*VALUE DATE: 09/26          241,000<br>          09/29          213,000 |
| 26SEP | 26SEP | USD | | YOUR: 00668320030926PW<br>OUR: 0391209269FF | | 1,000,000.00 | FEDWIRE CREDIT<br>VIA: UBS AG STAMFORD BRANCH<br>/026007993<br>B/O: AMERICAN INDEPENDENCE CORP<br>96 CUMMINGS POINT ROAD<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=00668320030926PW BBI=/<br>TIME/16:29<br>IMAD: 0926B1Q8052C004326 |
| 26SEP | | USD | | YOUR: 31Y9999728268<br>OUR: 2682004576XN | | 12,151,944.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 26SEP | 26SEP | USD | | YOUR: SWF OF 03/09/26<br>OUR: 3947100269FQ | | 20,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: LEHMAN BROTHERS INCORPORATED<br>NEW YORK NY 10019-<br>ORG: BERNARD L MADOFF ATTN<br>ELEANOR PLAIA<br>OGB: LEHMAN INVESTMENT INC.<br>745 7TH AVENUE<br>REF: /ACC/LEHMAN REF:E9S7EE0 |
| 26SEP | | USD | | YOUR: NC0224839909260301<br>OUR: 0326900237IN | | 40,001,041.67 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>ATTN: TONY TILETNICK<br>REF: TO REPAY YOUR DEPOSIT FR 03092<br>5 TO 030926 RATE 0.9375 |
| 26SEP | | USD | | OUR: 0000000893IB | | 45,000,000.00 | MATURITY<br>REF: MATURITY<br>          TICKET # 000893 |
| 26SEP | 26SEP | USD | | YOUR: Q/B CITIBANK NYC<br>OUR: 3851400269FC | | 89,956,525.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: BERNARD L MADOFF<br>NEW YORK NY 10022-4834 |

JPMSAB0001343

# TAB 6-
# Bernard L. Madoff Premier Client Account-
# Account ending 152

CONFIDENTIAL

# LEHMAN BROTHERS

**Premier client account**
**831-76152**

BERNARD L MADOFF
December 1 - December 31, 2003

## ACTIVITY

| Withdrawals | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| REF ID:1229B1QGC05C005457<br>FUNDS WIRED TO<br>BANK OF NEW YORK<br>BERNARD & RUTH MADOFF | 29 Dec 2003 | | | -$ 2,000,000.00 | |
| REF ID:<br>FUNDS WIRED TO<br>JPMORGAN CHASE BANK<br>BERNARD L MADOFF | 30 Dec 2003 | | | - 70,000,000.00 | |
| Total USD withdrawals | | | | **-$ 72,000,000.00** | |

| Interest charged on loans | Date | | | Amount | Comment |
|---|---|---|---|---|---|
| FROM 11/21 THRU 12/21 @ 1.489%<br>BAL  69776,051 ABAL  69249,599<br>INTEREST CHARGED FOR 31 DAY(S) | 22 Dec 2003 | | | -$ 88,810.53 | |
| FROM 12/22 THRU 12/30 @ 1.437%<br>BAL 141339,861 ABAL  77562,084<br>INTEREST CHARGED FOR  9 DAY(S) | 31 Dec 2003 | | | - 27,871.16 | |
| Total USD interest charged on loans | | | | **-$ 116,681.69** | |

| Other activity | Type | Date | Quantity | | |
|---|---|---|---|---|---|
| ERIE CNTY NY INDL DEV AGY SCH<br>FAC REV CITY OF BUFFALO PROJ<br>TFR FROM ACCT 831-04398-1 | Journal | 30 Dec 2003 | 5,000,000 | | |
| FEDERAL HOME LOAN BANK<br>TFR FROM ACCT 831-04398-1 | Journal | 30 Dec 2003 | 25,000,000 | | |
| NEW YORK N Y CITY TRANSITIONAL<br>AUTH REV FUTURE TAX SECD-SER C<br>TFR FROM ACCT 831-04398-1 | Journal | 30 Dec 2003 | 2,000,000 | | |
| NEW YORK ST G/O CUSTDL RCPTS<br>TFR FROM ACCT 831-04398-1 | Journal | 30 Dec 2003 | 4,000,000 | | |
| NEW YORK ST DORM AUTH REVS ST<br>UNIV EDL FACS SERIES 2002 B<br>TFR FROM ACCT 831-04398-1 | Journal | 30 Dec 2003 | 10,000,000 | | |
| NEW YORK ST ENVIRONMENTAL FACS<br>CORP ST CLEAN WTR & DRNKG WTR<br>REV PREREFNDED-FDS 2 RES-F ETM<br>TFR FROM ACCT 831-04398-1 | Journal | 30 Dec 2003 | 5,000,000 | | |

BARC\SIPCMAD20321

BARSAA0020321

00-01789-cgm   Doc 21271-39   Filed 03/16/22   Entered 03/16/22 18:06:45   Ex. AM
Lehman Bros.-703 Chart   Pg 28 of 37

**JPMorgan Chase Bank**

# JPMorganChase

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES **CM**
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 29 NOV 2003 |
| Statement End Date: | 31 DEC 2003 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 58 of 65 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

| Ledger Date | Adj Ledger Date | Value Date | P | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 30DEC | | 30DEC USD | | YOUR: SWF OF 03/12/30 OUR: 6553700364JS | | 4,000,000.00 | BOOK TRANSFER CREDIT B/O: UNION BANCAIRE PRIVEE GENEVA SWITZERLAND 1211 ORG: M-INVEST LTD REF: SUBSCRIPTION FROM M-INVEST LIMITED/OCMT/USD4000000,00/ |
| 30DEC | | 30DEC USD | | YOUR: SWF OF 03/12/30 OUR: 6540800364JS | | 9,100,000.00 | BOOK TRANSFER CREDIT B/O: UNION BANCAIRE PRIVEE GENEVA SWITZERLAND 1211 ORG: M-INVEST LTD REF: SUBSCRIPTION FROM M-INVEST LIMITED/OCMT/USD9100000,00/ |
| 30DEC | | 30DEC USD | | YOUR: SWF OF 03/12/30 OUR: 5210600364FT | | 10,000,000.00 | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LL BOSTON MA 02109-3614 ORG: /X082890431 BERNARD L MADOFF OGB: NATIONAL FINANCIAL SERVICES CO BANK RECONCILIATION D-7 |
| 30DEC | | USD | | YOUR: NC0313054112300301 OUR: 0336400259IN | | 14,000,364.58 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 031229 TO 031230 RATE 0.9375 |
| 30DEC | | USD | | OUR: 0000001073IB | | 25,000,000.00 | MATURITY REF: MATURITY TICKET # 001073 |
| 30DEC | | USD | | YOUR: 31Y9999747363 OUR: 3632004583XN | | 38,330,245.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 30DEC | | 30DEC USD | | YOUR: SWF OF 03/12/30 OUR: 1731400364FQ | | 70,000,000.00 | BOOK TRANSFER CREDIT B/O: LEHMAN BROTHERS INCORPORATED NEW YORK NY 10019- ORG: BERNARD L MADOFF ATTN ELEANOR PLAZA OGB: LEHMAN INVESTMENT INC. 745 7TH AVENUE REF: /ACC/LEHMAN REF:ECW7H30 |
| 30DEC | | USD | | OUR: 0000000816IB | | 150,000,000.00 | MATURITY REF: MATURITY COMMERCIAL PA PER TICKET # 000816 |
| 30DEC | | USD | | | 220,000.00 | | CHECK PAID # 16218 |
| 30DEC | | USD | | | 330,000.00 | | CHECK PAID # 16219 |
| 30DEC | | 30DEC USD | | YOUR: JODI OUR: 0120500364FP | 590,000.00 | | BOOK TRANSFER DEBIT A/C: SHARON LISSAUER NEW YORK NY 10016-385 |

JPMSAB0000852

# TAB 7-
# Bernard L. Madoff Premier Client Account-
# Account ending 152

CONFIDENTIAL

BARC\SIPCMAD20348

BARSAA0020348

# LEHMAN BROTHERS

**Premier client account**
**831-76152**

BERNARD L MADOFF
December 1 - December 31, 2005

**ACTIVITY**

| Security transactions | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| NEW YORK N Y CITY TRANSITIONAL AUTH REV FUTURE TAX SECD-SER C | Sold | 22 Dec 2005 | 28 Dec 2005 | -2,000,000 | 105.136 | 2,143,549.48 | DUE 08/01/2009 05.000% FA   01 YIELD 3.466% TO DATE   080109 REVENUE BOND ACCRUED INT REC $ 40,833.33 |
| NEW YORK ST EVNRMNTL FACS CORP POLLUTN CTL REV RFDG-ST WTR SUB REVOLVING FD SER E | Sold | 22 Dec 2005 | 28 Dec 2005 | -5,000,000 | 112.908 | 5,656,229.48 | DUE 06/15/2012 06.000% JD   15 YIELD 3.734% TO DATE   061512 ACCRUED INT REC $ 10,833.33 |
| NEW YORK ST TWY AUTH SVC CONTRACT REV LOC HWY & BRDG | Sold | 22 Dec 2005 | 28 Dec 2005 | -10,000,000 | 109.678 | 11,106,754.48 | DUE 04/01/2016 05.750% AO   01 YIELD 3.502% -PREREFUND040110 PRE-REF   04/01/10 AT  101.000 ACCRUED INT REC $ 138,958.33 |
| Total USD security transactions | | | | | | **$ 82,699,014.15** | |

| Deposits | Date | Amount | Comment |
|---|---|---|---|
| FROM 831-04398 | 01 Dec 2005 | $ 229,533.55 | |
| FR 831-04398 | 30 Dec 2005 | 13,673,159.14 | |
| Total USD deposits | | **$ 13,902,692.69** | |

| Withdrawals | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| FUNDS WIRED TO 021000021 JPMORGAN CHASE BANK, NA BERNARD L MADOFF 140081703 | 23 Dec 2005 | | | -$ 48,000,000.00 | |

| Interest | Date | Taxable amt. | Tax withheld | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|---|
| NEW YORK ST EVNRMNTL FACS CORP POLLUTN CTL REV RFDG-ST WTR SUB REVOLVING FD SER E | 15 Dec 2005 | | | $ 150,000.00 | $ 150,000.00 | DUE 06/15/2012   6.000 REG INT   ON 5000000 BND REC 11/30/05 PAY 12/15/05 |

*The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

| Interest charged on loans | Date | Amount | Comment |
|---|---|---|---|
| FROM 11/21 THRU 12/20 @ 4.807% BAL  59114,789 ABAL  57434,053 INTEREST CHARGED FOR 30 DAY(S) | 21 Dec 2005 | -$ 230,110.97 | |
| FROM 12/21 THRU 12/29 @ 4.880% BAL  22768,639 ABAL  43675,050 INTEREST CHARGED FOR  9 DAY(S) | 30 Dec 2005 | - 53,286.62 | |
| Total USD interest charged on loans | | **-$ 283,397.59** | |

08-01789-cgm Doc 21271-39 Filed 03/18/22 Entered 03/18/22 18:06:45 Ex. AM
Lehman Bros.-703 Chart Pg 31 of 37

JPMorgan Chase Bank, N.A.  **JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 01 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: 000-USA-11
Statement No: 012
Page 45 of 61

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 23DEC | | 23DEC USD | | YOUR: SWF OF 05/12/23<br>OUR: 5452100357FQ | | 48,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: LEHMAN BROTHERS INCORPORATED<br>NEW YORK NY 10019-<br>ORG: BERNARD L MADOFF ATTN<br>ELEANOR PLAIA<br>OGB: LEHMAN INVESTMENT INC.<br>745 7TH AVENUE<br>REF: /ACC/LEHMAN REF:GCP65K0 |
| 23DEC | | USD | | YOUR: NC0215434212230501<br>OUR: 0535700419IN | | 50,005,815.97 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>ATTN: TONY TILETNICK<br>REF: TO REPAY YOUR DEPOSIT FR 05122<br>2 TO 051223 RATE 4.1875 |
| 23DEC | | 23DEC USD | | YOUR: JODI<br>OUR: 0465500357J0 | 20,000.00 | | FEDWIRE DEBIT<br>VIA: COMRCE BK WASH SEA<br>/125008013<br>A/C: KEVIN AND PATRICE AULD FOUNDAT<br>SEATTLE,WASHINGTON 98102<br>REF: TELEBEN<br>IMAD: 1223B1QGC02C001577 |
| 23DEC | | 23DEC USD | | YOUR: JODI<br>OUR: 0465400357J0 | 500,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ELAINE TENENBAUM<br>NEW YORK, NY<br>REF: TELEBEN<br>SSN: 0204595 |
| 23DEC | | 23DEC USD | | YOUR: REA<br>OUR: 0465300357J0 | 500,000.00 | | FEDWIRE DEBIT<br>VIA: US TR NYC<br>/021001318<br>A/C: FRANCIS G. AND MERCEDES P. REA<br>11050<br>REF: /TIME/09:42<br>IMAD: 1223B1QGC07C002143 |
| 23DEC | | 23DEC USD | | YOUR: CAP OF 05/12/23<br>OUR: 0465200357J0 | 750,000.00 | | FEDWIRE DEBIT<br>VIA: CHEVY CHASE SAV BK<br>/255071981<br>A/C: ALBERT H. SMALL<br>WASHINGTON, D.C. 20036, SUITE 230<br>REF: TELEBEN<br>IMAD: 1223B1QGC06C001597 |
| 23DEC | | 23DEC USD | | YOUR: JODI<br>OUR: 0465100357J0 | 1,750,000.00 | | FEDWIRE DEBIT<br>VIA: SUNTRUST ATL<br>/061000104<br>A/C: HELLER BROS. PARTNERSHIP LTD.<br>WINTER GARDEN, FL. 34777-0249 |

JPMSAB0002133

# TAB 8-
# Bernard L. Madoff Premier Client Account-
# Account ending 152

# LEHMAN BROTHERS

**Premier client account**
**831-76152**

BERNARD L MADOFF
January 1 - January 31, 2006

CONFIDENTIAL

**ACTIVITY**

| Security transactions | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| NEW YORK N Y CITY TRANSITIONAL FIN AUTH ADJ-FUTURE TAX SECURED-SER A | Sold | 06 Jan 2006 | 09 Jan 2006 | -5,000,000 | 100.00 | 5,060,347.95 | DUE 02/15/2030 02.950% FA  01 YIELD 2.950% TO DATE  021530 ACCRUED INT REC $ 60,347.95 |
| NEW YORK ST HSG FIN AGY 10 BARCLAY STR-SER A FANNIE MAE | Sold | 06 Jan 2006 | 09 Jan 2006 | -3,710,000 | 100.00 | 3,718,252.46 | DUE 11/15/2037 02.920% YIELD 2.920% TO DATE  111537 ACCRUED INT REC $ 8,252.46 |
| Total USD security transactions | | | | | | **$ 25,510,233.85** | |

| Withdrawals | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| FUNDS WIRED TO 021000021 JPMORGAN CHASE BANK, NA BERNARD L MADOFF 140081703 | 09 Jan 2006 | | | -$ 16,000,000.00 | |
| TO 831-04398 | 11 Jan 2006 | | | - 492,717.10 | |
| Total USD withdrawals | | | | **-$ 16,492,717.10** | |

| Interest | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| NEW YORK ST DORM AUTH REVS CITY UNIV SYS CONS-4TH GEN-A | 03 Jan 2006 | | $ 131,250.00 | $ 131,250.00 | DUE 07/01/2009    5.250 REG INT   ON 5000000 BND REC 12/15/05 PAY 01/01/06 |

*The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

| Dividends | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| MUNICIPAL CASH SERIES II | 13 Jan 2006 | | $ 60.98 | $ 60.98 | RESIDUAL DIVIDEND FROM LIQ |
| MUNICIPAL CASH SERIES II | 25 Jan 2006 | | 0.01 | 0.01 | RESIDUAL DIVIDEND FROM LIQ |
| Total USD dividends | | | **$ 60.99** | **$ 60.99** | |
| Total USD dividends - 2006 | | **$ 0.00** | **$ 60.99** | | |

*The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

| Interest charged on loans | Date | | | Amount | Comment |
|---|---|---|---|---|---|
| FROM 12/30 THRU 01/22 @ 4.947% BAL       ABAL  6380,778 INTEREST CHARGED FOR 10 DAY(S) | 23 Jan 2006 | | | -$ 8,769.58 | |

BARC\SIPCMAD20418

BARSAA0020418

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08



CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 31 DEC 2005 |
| Statement End Date: | 31 JAN 2006 |
| Statement Code: | 000-USA-11 |
| Statement No: | 001 |
| | Page 19 of 61 |

| Ledger Date | Adj Ledger Date | Value Date | P S | Reference | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | /066004367 B/O: SBD INC MIAMI, FL 33176-1700 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=STEVEN SCHIFF MIAMI, F L 33176/AC-1-S0243-3-0 RFB=O/B CITY IMAD: 0109F6B7021C000095 |
| 09JAN | | | * USM | DEP REF # 3153 | | 1,888,870.00 | DEPOSIT CASH LETTER CASH LETTER 0000003153 *VALUE DATE: 01/09 368,100 01/10 1,502,020 01/11 18,750 |
| 09JAN | 09JAN | USD | | YOUR: SWF OF 06/01/09 OUR: 6890100009FQ | | 16,000,000.00 | BOOK TRANSFER CREDIT B/O: LEHMAN BROTHERS INCORPORATED NEW YORK NY 10019- ORG: BERNARD L MADOFF ATTN ELEANOR PLAIA OGB: LEHMAN INVESTMENT INC. 745 7TH AVENUE REF: /ACC/LEHMAN REF:H198B50 |
| 09JAN | 09JAN | USD | | YOUR: O/B CITIBANK NYC OUR: 0467209009FF | | 24,875,619.75 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: BERNARD L MADOFF NEW YORK NY 10022-4834 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B CITIBANK NYC BBI=/ TIME/14:57 IMAD: 0109B1Q8024C004991 |
| 09JAN | 09JAN | USD | | YOUR: SWF OF 06/01/09 OUR: 4508400009FT | | 42,000,000.00 | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LL BOSTON MA 02109-3614 ORG: /X082890431 BERNARD L MADOFF OGB: NATIONAL FINANCIAL SERVICES CO BANK RECONCILIATION D-7 |
| 09JAN | | USD | | YOUR: 31Y9998475006 OUR: 0062003295XN | | 48,079,806.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 09JAN | | USD | | OUR: 0000000154IB | | 50,000,000.00 | MATURITY REF: MATURITY COMMERCIAL PA PER TICKET # 000154 |
| 09JAN | | USD | | YOUR: NC0231322201090601 OUR: 0600900477IN | | 55,018,906.25 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. |

09-01789-cgm Doc 21271-39 Filed 03/18/22 Entered 03/18/22 18:06:45 Ex. AM
Lehman Bros -703 Chart Pg 34 of 37

# TAB 9-
# Bernard L. Madoff Financial Resource Account- Account ending 398

# LEHMAN BROTHERS

**Premier client FRA account
831-04398**

BERNARD L MADOFF

April 1 - April 30, 2006

## ACTIVITY

### Security transactions

| Security transactions | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK DISC NOTE | Bought | 13 Apr 2006 | 13 Apr 2006 | 2,600,000 | $ 99.947 | -$ 2,598,630.67 | DUE 04/17/2006<br>BGH -REF:4DKE290<br>YIELD  4.808MTY<br>MTS -REF:0200604130030472 |
| PUERTO RICO COMWLTH RES INT RCPTS-M4J-144 A | Sold | 10 Apr 2006 | 13 Apr 2006 | -2,500,000 | 104.50 | 2,612,500.00 | DUE 07/01/2021 06.720% JJ  01<br>CALL DATE 07/01/08 AT  100.000 |
| NEW YORK CITY SER B LINE OF CREDIT C- N/A 4/18/2006 | Sold | 13 Apr 2006 | 17 Apr 2006 | -675,000 | 100.00 | 675,000.00 | DUE 10/01/2020 02.950%<br>BGH -REF:4DHBD10<br>MTS -REF:0200604130024563<br>PUT DATE  04/17/06 AT  100.000 |
| FEDERAL HOME LOAN BANK DISC NOTE | Redemption | 17 Apr 2006 | 17 Apr 2006 | -2,600,000 | | 2,600,000.00 | ISSUE REDEEMED FOR CASH |
| NEW YORK ST DORM AUTH REVS RES INT RCPTS-M7J-144 A | Sold | 12 Apr 2006 | 18 Apr 2006 | -5,000,000 | 119.375 | 6,147,251.24 | DUE 11/15/2033 08.107% MN  15<br>CALL DATE 05/15/12 AT  100.000<br>REVENUE BOND<br>ACCRUED INT REC $ 178,501.24 |
| PUERTO RICO COMWLTH RES INT RCPTS-M4J-144 A | Sold | 12 Apr 2006 | 18 Apr 2006 | -2,500,000 | 104.50 | 2,662,097.37 | DUE 07/01/2021 06.320% JJ  01<br>CALL DATE 07/01/08 AT  100.000<br>ACCRUED INT REC $ 49,597.37 |
| PUERTO RICO COMWLTH RES INT RCPTS-M4J-144 A | Cancel sell | 10 Apr 2006 | 19 Apr 2006 | 2,500,000 | 104.50 | - 2,612,500.00 | ORIGINAL SETTLEMENT 04/13/06<br>DUE 07/01/2021 06.720% JJ  01<br>TO CXL PREVIOUS SELL |
| PUERTO RICO COMWLTH RES INT RCPTS-M4J-144 A | Sold | 10 Apr 2006 | 19 Apr 2006 | -2,500,000 | 104.50 | 2,659,322.68 | DUE 07/01/2021 06.030% JJ  01<br>ORIGINAL S/D 04/13/06<br>PROCESSED 04/13/06<br>ACCRUED INT REC $ 46,822.68 |
| Total USD security transactions | | | | | | **$ 12,145,040.62** | |

### Withdrawals

| Withdrawals | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| FUNDS WIRED TO 021000021 JPMORGAN CHASE BANK, NA BERNARD L MADOFF 140081703 | 18 Apr 2006 | | | -$ 12,095,012.70 | |

BARCMAD0000381

SECSAH0000389

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMorgan Chase Bank, N.A.



**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 APR 2006 |
| Statement End Date: | 28 APR 2006 |
| Statement Code: | 000-USA-11 |
| Statement No: | 004 |
| | Page 33 of 54 |

| Ledger Date | Anti Ledger Date | Value Date | | Reference | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | NEW YORK NY 10021- |
| | | | | | | | ORG: HARRIETTE LEVINE 36008 |
| | | | | | | | 660 PARK AVENUE |
| 18APR | | 18APR USD | | YOUR: SWF OF 06/04/18<br>OUR: 6961500108FQ | | 12,095,012.70 | BOOK TRANSFER CREDIT |
| | | | | | | | B/O: LEHMAN BROTHERS INCORPORATED |
| | | | | | | | NEW YORK NY 10019- |
| | | | | | | | ORG: BERNARD L MADOFF ATTN |
| | | | | | | | ELEANOR PLAIA |
| | | | | | | | OGB: LEHMAN INVESTMENT INC. |
| | | | | | | | 745 7TH AVENUE |
| 18APR | | USD | | YOUR: 31Y9998505107<br>OUR: 1072003399XN | | 37,006,342.00 | REF: /ACC/LEHMAN REF:H4JDR30 |
| | | | | | | | RETURN OF AIP INVESTMENT PRINCIPAL |
| | | | | | | | AIP REDEMPTION OF J.P. MORGAN |
| | | | | | | | CHASE & CO. COMMERCIAL PAPER. |
| 18APR | | 18APR USD | | YOUR: O/B CITIBANK NYC<br>OUR: 0416708108FF | | 125,000,000.00 | FEDWIRE CREDIT |
| | | | | | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: DECISIONS INC. |
| | | | | | | | 22 SAW MILL RIVER RD 3RD FL 10532 |
| | | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 |
| | | | | | | | 00001400 BNF=REF: FBO DECISIONS INC |
| | | | | | | | . RFB=O/B CITIBANK NYC OBI=PER YOUR |
| | | | | | | | IMAD: 0418B1Q8022C004018 |
| 18APR | | 18APR USD | | YOUR: JODI<br>OUR: 1183100108J0 | 185,000.00 | | FEDWIRE DEBIT |
| | | | | | | | VIA: KEY BK WASH TAC |
| | | | | | | | /125000574 |
| | | | | | | | A/C: MARDEN FAMILY TRUST |
| | | | | | | | PALM BEACH,FL |
| | | | | | | | REF: TELEBEN |
| | | | | | | | IMAD: 0418B1QGC06C003087 |
| 18APR | | 18APR USD | | YOUR: JODI<br>OUR: 1183000108J0 | 200,000.00 | | FEDWIRE DEBIT |
| | | | | | | | VIA: CY NATL BK LA |
| | | | | | | | /122016066 |
| | | | | | | | A/C: WILLIAM CHAIS |
| | | | | | | | BEVERLY HILLS, CA. |
| | | | | | | | REF: TELEBEN/TIME/12:14 |
| | | | | | | | IMAD: 0418B1QGC04C003052 |
| 18APR | | 18APR USD | | YOUR: HELLER<br>OUR: 1182900108J0 | 250,000.00 | | BOOK TRANSFER DEBIT |
| | | | | | | | A/C: WARREN M HELLER |
| | | | | | | | NEW YORK NY 10128-010 |
| 18APR | | 18APR USD | | YOUR: CAP OF 06/04/18<br>OUR: 1182800108J0 | 280,000.00 | | BOOK TRANSFER DEBIT |
| | | | | | | | A/C: KLEINWORT BENSON (CHANNEL ISLA |
| | | | | | | | ST HELIER JERSEY CHANNEL ISLANDS UK |
| 18APR | | 18APR USD | | YOUR: YELSEY<br>OUR: 1182600108J0 | 500,000.00 | | CHIPS DEBIT |
| | | | | | | | VIA: CITIBANK |