# EXHIBIT AU

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

## Investment Report

January 1, 2005 - January 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

**Fidelity Account**   **X08-289043**   BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

### Account Summary

| | |
|---|---|
| Beginning market value as of Jan 1 | $185,375,124.52 |
| Margin interest paid | -143,138.23 |
| Change in investment value | 66,448.93 |
| Change in debit balance | 143,138.23 |
| Ending market value as of Jan 31 | 185,441,573.45 |
| Debit balance | -105,944,591.43 |
| **Ending Net Value** | **$79,496,982.02** |
| Your commission schedule | Gold |
| Account eligible trades from Feb 2004 - Jan 2005 | 1 |
| Current rate on debit balance | 2.55% |
| Additional amount you can borrow | $7,226,930.74 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $32,595.86 | $32,595.86 |
| **Tax-exempt** | | |
| Dividends | 48,790.21 | 48,790.21 |
| **Total** | **$81,386.07** | **$81,386.07** |

0001

REDACTED

FMR_SIPC_114659
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114659

**Investment Report**

*Private Access*

January 1, 2005 - January 31, 2005

---

**Fidelity Account**     **X08-289043**     BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings (Symbol) as of January 31, 2005 | Performance January 31, 2005 | Quantity January 31, 2005 | Price per Unit January 31, 2005 | Total Cost Basis | Total Value January 1, 2005 | Total Value January 31, 2005 |
|---|---|---|---|---|---|---|
| **Bonds 27% of holdings** | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.469 | $50,000,000.00 | $49,297,000.00 | $49,234,500.00 |
| 1.940% 04/07/2006 | | | | | | |
| **Mutual Funds 73% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.10% | 2,506,803.731 | 11.390 | 26,496,084.68 | 28,570,049.85 | 28,552,494.50 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.26% | 1,088,860.283 | 13.160 | 14,210,587.07 | 14,182,947.36 | 14,329,401.32 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,096.910 | 11.300 | 16,790.36 | 12,344.76 | 12,395.08 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,423,451.277 | 12.570 | 83,281,243.36 | 93,312,782.55 | 93,312,782.55 |
| **Total Market Value** | | | | | | 185,441,573.45 |
| Debit balance | | | | | -105,801,453.20 | -105,944,591.43 |
| **Total Net Value** | | | | | | **$79,496,982.02** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**     (for holdings with activity this period)

**Core Account**     - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$105,801,453.20 | Margin interest | -143,138.23 | |
| *Investment Activity* | | | Subtotal of Investment Activity | - $143,138.23 | |
| Securities bought | -$81,386.07 | | **Ending** | | -$105,944,591.43 |
| Income | 81,386.07 | | | | |

---

REDACTED

**FMR_SIPC_114660**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114660

*Private Access*

**Investment Report**

January 1, 2005 - January 31, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

---

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS  b | Dividend received | | | $72.25 |
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS  b | Reinvestment | 6.3830 | $11.32000 | -72.25 |
| 1/31 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 32,523.61 |
| 1/31 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,855.4530 | 11.39000 | -32,523.61 |
| 1/31 | SPARTAN NY MUNI INCOME | Dividend received | | | 48,790.21 |
| 1/31 | SPARTAN NY MUNI INCOME | Reinvestment | 3,707.4630 | 13.16000 | -48,790.21 |

b Activity that occurred in 2004.

### Margin Activity as of January 31, 2005

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 2.550% | 105,767,16 | -$143,138.23 | Total year to date | | | | -$143,138.23 |
| **Total this period** | | | | **-$143,138.23** | | | | | |

---

### Additional Information About Your Investment Report

A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

REDACTED

0001

**FMR_SIPC_114661**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114661

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment  at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission  would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

REDACTED

409955.10.0

Page 4 of 4

FMR_SIPC_114662
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114662

*Private Access*

Envelope REDACTED

**Investment Report**

February 1, 2005 - February 28, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

| Account Summary | | Income Summary | | |
|---|---|---|---|---|
| | | | This Period | Year to Date |
| Beginning market value as of Feb 1 | $185,441,573.45 | | | |
| Margin interest paid | -242,024.53 | **Taxable** | | |
| Change in investment value | -722,865.16 | Dividends | $26,591.70 | $59,187.56 |
| Change in debit balance | 242,024.53 | **Tax-exempt** | | |
| Ending market value as of Feb 28 | 184,718,708.29 | Dividends | 42,867.45 | 91,657.66 |
| | | **Total** | **$69,459.15** | **$150,845.22** |
| Debit balance | -106,186,615.96 | | | |
| **Ending Net Value** | **$78,532,092.33** | | | |
| | | | | |
| Your commission schedule | Gold | | | |
| Account eligible trades from Mar 2004 - Feb 2005 | 1 | | | |
| | | | | |
| Current rate on debit balance | 2.57% | | | |
| Additional amount you can borrow | $7,448,297.92 | | | |

0001    REDACTED    Page 1 of 4

**FMR_SIPC_114663**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114663

*Private Access*

**Investment Report**

February 1, 2005 - February 28, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings (Symbol) as of February 28, 2005 | Performance February 28, 2005 | Quantity February 28, 2005 | Price per Unit February 28, 2005 | Total Cost Basis | Total Value February 1, 2005 | Total Value February 28, 2005 |
|---|---|---|---|---|---|---|
| **Bonds 27% of holdings** | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.344 | $50,000,000.00 | $49,234,500.00 | $49,172,000.00 |
| 1.940% 04/07/2006 | | | | | | |
| **Mutual Funds 73% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.07% | 2,509,151.018 | 11.320 | 26,522,655.97 | 28,552,494.50 | 28,403,589.52 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.15% | 1,092,142.630 | 13.060 | 14,253,454.52 | 14,329,401.32 | 14,263,382.75 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,098.716 | 11.250 | 16,810.77 | 12,395.08 | 12,360.55 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,423,451.277 | 12.510 | 83,281,243.36 | 93,312,782.55 | 92,867,375.47 |

| | |
|---|---|
| **Total Market Value** | **184,718,708.29** |
| Debit balance | -105,944,591.43 |
| **Total Net Value** | **$78,532,092.33** |

All positions held in margin account unless indicated otherwise.

---

**Transaction Details**    (for holdings with activity this period)

---

**Core Account**    - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$105,944,591.43 | Margin interest | -242,024.53 | |
| **Investment Activity** | | | Subtotal of Investment Activity | - $242,024.53 | |
| Securities bought | -$69,459.15 | | **Ending** | | -$106,186,615.96 |
| Income | 69,459.15 | | | | |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 1/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $20.41 |
| 1/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 1.8060 | $11.30000 | -20.41 |

0001    REDACTED    Page 2 of 4

**FMR_SIPC_114664**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114664

Investment Report

*Private Access*

February 1, 2005 - February 28, 2005

---

**Fidelity Account**    **X08-289043**    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223
**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 2/28 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 26,571.29 |
| 2/28 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,347.2870 | 11.32000 | -26,571.29 |
| 2/28 | SPARTAN NY MUNI INCOME | Dividend received | | | 42,867.45 |
| 2/28 | SPARTAN NY MUNI INCOME | Reinvestment | 3,282.3470 | 13.06000 | -42,867.45 |

**Margin Activity as of February 28, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 2.570% | 105,944,59 | -$242,024.53 | Total year to date | | | | -$385,162.76 |
| **Total this period** | | | | -$242,024.53 | | | | | |

---

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

**FMR_SIPC_114665**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114665

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001

REDACTED

Page 4 of 4

FMR_SIPC_114666
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114666

*Private Access*

Envelope REDACT ₀

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

March 1, 2005 - March 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

| Account Summary | |
|---|---|
| Beginning market value as of Mar 1 | $184,718,708.29 |
| Margin interest paid | -204,674.70 |
| Change in investment value | -39,399.98 |
| Change in debit balance | 204,674.70 |
| Ending market value as of Mar 31 | 184,679,308.31 |
| Debit balance | -106,391,290.66 |
| **Ending Net Value** | **$78,288,017.65** |
| Your commission schedule | Gold |
| Account eligible trades from Apr 2004 - Mar 2005 | 0 |
| Current rate on debit balance | 2.80% |
| Additional amount you can borrow | $7,448,297.92 |

| Income Summary | | |
|---|---|---|
| | This Period | Year to Date |
| **Taxable** | | |
| Dividends | $151,977.69 | $211,165.25 |
| St cap gain | 118,775.22 | 118,775.22 |
| Lt cap gain | 208,964.37 | 208,964.37 |
| **Tax-exempt** | | |
| Dividends | 47,814.02 | 139,471.68 |
| **Total** | **$527,531.30** | **$678,376.52** |

0001

REDACTED

Page 1 of 5

**FMR_SIPC_114667**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114667

*Private Access*

**Investment Report**

March 1, 2005 - March 31, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings (Symbol) as of March 31, 2005 | Performance March 31, 2005 | Quantity March 31, 2005 | Price per Unit March 31, 2005 | Total Cost Basis | Total Value March 1, 2005 | Total Value March 31, 2005 |
|---|---|---|---|---|---|---|
| **Bonds 27% of holdings** | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.188 | $50,000,000.00 | $49,172,000.00 | $49,094,000.00 |
| 1.940% 04/07/2006 | | | | | | |
| **Mutual Funds 73% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.08% | 2,511,428.317 | 11.320 | 26,548,434.99 | 28,403,589.52 | 28,429,368.55 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.43% | 1,098,786.263 | 12.880 | 14,339,493.53 | 14,263,382.75 | 14,152,367.07 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,098.716 | 11.250 | 16,810.77 | 12,360.55 | 12,360.55 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,457,194.238 | 12.470 | 83,696,956.63 | 92,867,375.47 | 92,991,212.14 |
| **Total Market Value** | | | | | | **184,679,308.31** |
| Debit balance | | | | | -106,186,615.96 | -106,391,290.66 |
| **Total Net Value** | | | | | | **$78,288,017.65** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**    (for holdings with activity this period)

---

**Core Account**    - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$106,186,615.96 | Margin interest | -204,674.70 | |
| **Investment Activity** | | | Subtotal of Investment Activity | - $204,674.70 | |
| Securities bought | -$527,531.30 | | **Ending** | | -$106,391,290.66 |
| Income | 527,531.30 | | | | |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 3/04 | SPARTAN NY MUNI INCOME | Long-term cap gain | | | $38,224.99 |
| 3/04 | SPARTAN NY MUNI INCOME | Reinvestment | 2,931.3640 | $13.04000 | -38,224.99 |

0001    REDACTED    Page 2 of 5

**FMR_SIPC_114668**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114668

**Investment Report**

March 1, 2005 - March 31, 2005

*Private Access*

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223
**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 3/23 | VANGUARD INFLATION PROTECTED SECS | Dividend received | | | 126,198.67 |
| 3/23 | VANGUARD INFLATION PROTECTED SECS | Short-term cap gain | | | 118,775.22 |
| 3/23 | VANGUARD INFLATION PROTECTED SECS | Long-term cap gain | | | 170,739.38 |
| 3/23 | VANGUARD INFLATION PROTECTED SECS AS OF 03/23/05 | Reinvestment | 9,640.8460 | 12.32000 | -118,775.22 |
| 3/23 | VANGUARD INFLATION PROTECTED SECS AS OF 03/23/05 | Reinvestment | 10,243.3990 | 12.32000 | -126,198.67 |
| 3/23 | VANGUARD INFLATION PROTECTED SECS AS OF 03/23/05 | Reinvestment | 13,858.7160 | 12.32000 | -170,739.38 |
| 3/31 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 25,779.02 |
| 3/31 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,277.2990 | 11.32000 | -25,779.02 |
| 3/31 | SPARTAN NY MUNI INCOME | Dividend received | | | 47,814.02 |
| 3/31 | SPARTAN NY MUNI INCOME | Reinvestment | 3,712.2690 | 12.88000 | -47,814.02 |

**Margin Activity as of March 31, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 2.570% | 106,186,61 | -$204,674.70 | Total year to date | | | | -$589,837.46 |
| Total this period | | | | -$204,674.70 | | | | | |

---

**Additional Information About Your Investment Report**

A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

0001                                    REDACTED                                    Page 3 of 5

**FMR_SIPC_114669**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114669

**Investment Report**

*Private Access*

March 1, 2005 - March 31, 2005

▶ *Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information. The Statement of Financial Condition of National Financial Services LLC (NFS), an affiliate of Fidelity Brokerage Services LLC, is now available at Fidelity.com. You also can receive this document at no cost by calling us at 800-544-6666. As of December 31, 2004 NFS had net capital of $1,468,631,103 and required net capital of $212,303,360.*

0001

REDACTED

Page 4 of 5

**FMR_SIPC_114670**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114670

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA'). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance** An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

0001                        REDACTED                        409955.10.0

FMR_SIPC_114671
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114671

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

April 1, 2005 - April 30, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

**Account Summary**

| | |
|---|---|
| Beginning market value as of Apr 1 | $184,679,308.31 |
| Withdrawals | -5,100,000.00 |
| Margin interest paid | -258,373.11 |
| Change in investment value | 3,063,463.38 |
| Change in debit balance | 4,873,373.11 |
| Ending market value as of Apr 30 | 187,257,771.69 |
| Debit balance | -111,264,663.77 |
| **Ending Net Value** | **$75,993,107.92** |
| Your commission schedule | Gold |
| Account eligible trades from May 2004 - Apr 2005 | 0 |
| Current rate on debit balance | 2.96% |
| Additional amount you can borrow | $2,833,297.92 |

**Income Summary**

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $27,420.93 | $238,586.18 |
| St cap gain | 0.00 | 118,775.22 |
| Interest | 485,000.00 | 485,000.00 |
| Lt cap gain | 0.00 | 208,964.37 |
| **Tax-exempt** | | |
| Dividends | 46,768.78 | 186,240.46 |
| **Total** | **$559,189.71** | **$1,237,566.23** |

0001                    REDACTED                                                            Page 1 of 4

**FMR_SIPC_114672**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114672

**Investment Report**

April 1, 2005 - April 30, 2005

*Private Access*

---

**Fidelity Account**   X08-289043   BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings (Symbol) as of April 30, 2005 | Performance April 30, 2005 | Quantity April 30, 2005 | Price per Unit April 30, 2005 | Total Cost Basis | Total Value April 1, 2005 | Total Value April 30, 2005 |
|---|---|---|---|---|---|---|
| **Bonds 26% of holdings** | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.438 | $50,000,000.00 | $49,094,000.00 | $49,219,000.00 |
| 1.940% 04/07/2006 | | | | | | |
| **Mutual Funds 74% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 0.98% | 2,513,809.824 | 11.510 | 26,575,846.13 | 28,429,368.55 | 28,933,951.07 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.41% | 1,102,370.078 | 13.050 | 14,386,262.31 | 14,152,367.07 | 14,385,929.52 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,099.586 | 11.390 | 16,820.56 | 12,360.55 | 12,524.28 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,457,194.238 | 12.700 | 83,696,956.63 | 92,991,212.14 | 94,706,366.82 |
| **Total Market Value** | | | | | | 187,257,771.69 |
| Debit balance | | | | | -106,391,290.66 | -111,264,663.77 |
| **Total Net Value** | | | | | | **$75,993,107.92** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**   (for holdings with activity this period)

**Core Account**   - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$106,391,290.66 | Subtotal of Investment Activity | $226,626.89 | |
| *Investment Activity* | | | *Cash Management Activity* | | |
| Securities bought | -$74,189.71 | | Other withdrawals | -5,100,000.00 | |
| Income | 559,189.71 | | Subtotal of Cash Management Activity | - $5,000,000.00 | |
| Margin interest | -258,373.11 | | **Ending** | | -$111,264,663.77 |

0001                    REDACTED

Page 2 of 4

**FMR_SIPC_114673**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114673

*Private Access*

**Investment Report**

April 1, 2005 - April 30, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

---

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 3/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $9.79 |
| 3/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 0.8700 | $11.25000 | -9.79 |
| 4/07 | FEDERAL HOME LN BKS CONS BD 1.940% 04/07/2006 | Interest | | | 485,000.00 |
| 4/29 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 27,411.14 |
| 4/29 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,381.5070 | 11.51000 | -27,411.14 |
| 4/29 | SPARTAN NY MUNI INCOME | Dividend received | | | 46,768.78 |
| 4/29 | SPARTAN NY MUNI INCOME | Reinvestment | 3,583.8150 | 13.05000 | -46,768.78 |

### Margin Activity as of April 30, 2005

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 2.800% | 107,159,35 | -$258,373.11 | Total year to date | | | | -$848,210.57 |
| Total this period | | | | -$258,373.11 | | | | | |

---

### Cash Management Activity

#### Other Withdrawals

| Date | Reference | Description | Amount | Date | Reference | Description | Amount |
|---|---|---|---|---|---|---|---|
| 4/15 | | WIRE TFR TO BANK | -$5,100,000.00 | Total | | | -$5,100,000.00 |

---

### Additional Information About Your Investment Report

A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

0001                                    REDACTED

**FMR_SIPC_114674**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114674

**Information About Your Fidelity Statement**

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment  at $1.00 per share, it is possible to lose money by investing in the fund.  Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

**Additional Information About Your Brokerage Account, If Applicable**

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement of HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account result from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission  would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

0001                                         REDACTED

409955.10.0

FMR_SIPC_114675
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114675

*Private Access*

Envelope REDACT₀

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

May 1, 2005 - May 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

---

**Fidelity Account**    **X08-289043**    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Account Summary | |
|---|---|
| Beginning market value as of May 1 | $187,257,771.69 |
| Margin interest paid | -296,705.77 |
| Change in investment value | 1,057,556.46 |
| Change in debit balance | 296,705.77 |
| Ending market value as of May 31 | 188,315,328.15 |
| Debit balance | -111,561,369.54 |
| **Ending Net Value** | **$76,753,958.61** |
| Your commission schedule | Gold |
| Account eligible trades from Jun 2004 - May 2005 | 0 |
| Current rate on debit balance | 3.00% |
| Additional amount you can borrow | $2,833,297.92 |

| Income Summary | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $29,126.68 | $267,712.86 |
| St cap gain | 0.00 | 118,775.22 |
| Interest | 0.00 | 485,000.00 |
| Lt cap gain | 0.00 | 208,964.37 |
| **Tax-exempt** | | |
| Dividends | 48,208.17 | 234,448.63 |
| **Total** | **$77,334.85** | **$1,314,901.08** |

0001                           REDACTED                                      Page 1 of 4

**FMR_SIPC_114676**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114676

*Private Access*

**Investment Report**

May 1, 2005 - May 31, 2005

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings  (Symbol) as of May 31, 2005 | Performance May 31, 2005 | Quantity May 31, 2005 | Price per Unit May 31, 2005 | Total Cost Basis | Total Value May 1, 2005 | Total Value May 31, 2005 |
|---|---|---|---|---|---|---|
| **Bonds** *26% of holdings* | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.594 | $50,000,000.00 | $49,219,000.00 | $49,297,000.00 |
| 1.940% 04/07/2006 | | | | | | |
| | | | | | | |
| **Mutual Funds** *74% of holdings* | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.00% | 2,516,318.150 | 11.580 | 26,604,892.55 | 28,933,951.07 | 29,138,964.18 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.31% | 1,106,050.091 | 13.100 | 14,434,470.48 | 14,385,929.52 | 14,489,256.19 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,106.633 | 11.380 | 16,900.82 | 12,524.28 | 12,593.48 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,457,194.238 | 12.790 | 83,696,956.63 | 94,706,366.82 | 95,377,514.30 |
| | | | | | | |
| **Total Market Value** | | | | | | **188,315,328.15** |
| | | | | | | |
| Debit balance | | | | | -111,264,663.77 | -111,561,369.54 |
| **Total Net Value** | | | | | | **$76,753,958.61** |
| *All positions held in margin account unless indicated otherwise.* | | | | | | |

**Transaction Details**    (for holdings with activity this period)

**Core Account**    - Fidelity NY Muni Money Market

| Description | Amount | Balance | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning** | | -$111,264,663.77 | | Margin interest | -296,705.77 | |
| *Investment Activity* | | | | Subtotal of Investment Activity | - $296,705.77 | |
| Securities bought | -$77,334.85 | | | **Ending** | | -$111,561,369.54 |
| Income | 77,334.85 | | | | | |

**Investment Activity**

| Settlement Date | Security | Description | | | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 4/29 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | | | $80.26 |
| 4/29 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | | | 7.0470 | $11.39000 | -80.26 |

0001    REDACTED

Page 2 of 4

**FMR_SIPC_114677**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114677



**Investment Report**

May 1, 2005 - May 31, 2005

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223
**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 5/31 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 29,046.42 |
| 5/31 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,508.3260 | 11.58000 | -29,046.42 |
| 5/31 | SPARTAN NY MUNI INCOME | Dividend received | | | 48,208.17 |
| 5/31 | SPARTAN NY MUNI INCOME | Reinvestment | 3,680.0130 | 13.10000 | -48,208.17 |

**Margin Activity as of May 31, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 3.000% | 111,264,66 | -$296,705.77 | Total year to date | | | | -$1,144,916.34 |
| Total this period | | | | -$296,705.77 | | | | | |

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

0001                    REDACTED                                Page 3 of 4

**FMR_SIPC_114678**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114678

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.

We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Information About Mutual Funds and Their Performance** An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.

Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001

REDACTED

Page 4 of 4

FMR_SIPC_114679

**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114679

*Private Access*

EnvelopeREDACTED ₀

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

## Investment Report

June 1, 2005 - June 30, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

**Fidelity Account**   **X08-289043**   BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Account Summary | | Income Summary | | |
|---|---|---|---|---|
| | | | **This Period** | **Year to Date** |
| Beginning market value as of Jun 1 | $188,315,328.15 | | | |
| Margin interest paid | -296,567.31 | **Taxable** | | |
| Change in investment value | 505,915.43 | Dividends | $1,911,067.92 | $2,178,780.78 |
| Change in debit balance | 296,567.31 | St cap gain | 150,979.09 | 269,754.31 |
| Ending market value as of Jun 30 | 188,821,243.58 | Interest | 0.00 | 485,000.00 |
| | | Lt cap gain | 125,815.91 | 334,780.28 |
| Debit balance | -111,857,936.85 | **Tax-exempt** | | |
| **Ending Net Value** | **$76,963,306.73** | Dividends | 46,887.17 | 281,335.80 |
| | | **Total** | **$2,234,750.09** | **$3,549,651.17** |
| Your commission schedule | Gold | | | |
| Account eligible trades from Jul 2004 - Jun 2005 | 0 | | | |
| Current rate on debit balance | 3.30% | | | |
| Additional amount you can borrow | $2,860,694.97 | | | |

**FMR_SIPC_114680**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114680

**Investment Report**

*Private Access*

June 1, 2005 - June 30, 2005

---

**Fidelity Account**      X08-289043      BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings  (Symbol) as of June 30, 2005 | Performance June 30, 2005 | Quantity June 30, 2005 | Price per Unit June 30, 2005 | Total Cost Basis | Total Value June 1, 2005 | Total Value June 30, 2005 |
|---|---|---|---|---|---|---|
| **Bonds** *26% of holdings* | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.656 | $50,000,000.00 | $49,297,000.00 | $49,328,000.00 |
| 1.940%  04/07/2006 | | | | | | |
| | | | | | | |
| **Mutual Funds** *74% of holdings* | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.17% | 2,543,130.211 | 11.490 | 26,913,444.10 | 29,138,964.18 | 29,220,566.12 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.27% | 1,109,621.086 | 13.130 | 14,481,357.65 | 14,489,256.19 | 14,569,324.86 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,115.282 | 11.330 | 16,999.24 | 12,593.48 | 12,636.14 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,606,575.236 | 12.580 | 85,576,169.58 | 95,377,514.30 | 95,690,716.46 |

| | | |
|---|---|---|
| **Total Market Value** | | 188,821,243.58 |
| | | |
| Debit balance | -111,561,369.54 | -111,857,936.85 |
| **Total Net Value** | | **$76,963,306.73** |
| *All positions held in margin account unless indicated otherwise.* | | |

---

**Transaction Details**      (for holdings with activity this period)

---

**Core Account**      - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$111,561,369.54 | Margin interest | -296,567.31 | |
| *Investment Activity* | | | Subtotal of Investment Activity | - $296,567.31 | |
| Securities bought | -$2,234,750.09 | | **Ending** | | -$111,857,936.85 |
| Income | 2,234,750.09 | | | | |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 5/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $98.42 |
| 5/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 8.6490 | $11.38000 | -98.42 |

0001                    REDACTED                                    Page 2 of 4

**FMR_SIPC_114681**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114681



**Investment Report**

June 1, 2005 - June 30, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223
**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 6/03 | FIDELITY INFLATION PROTECTED BOND | Short-term cap gain | | | 150,979.09 |
| 6/03 | FIDELITY INFLATION PROTECTED BOND | Long-term cap gain | | | 125,815.91 |
| 6/03 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 24,048.2190 | 11.51000 | -276,795.00 |
| 6/24 | VANGUARD INFLATION PROTECTED SECS | Dividend received | | | 1,879,212.95 |
| 6/24 | VANGUARD INFLATION PROTECTED SECS AS OF 06/24/05 | Reinvestment | 149,380.9980 | 12.58000 | -1,879,212.95 |
| 6/30 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 31,756.55 |
| 6/30 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,763.8420 | 11.49000 | -31,756.55 |
| 6/30 | SPARTAN NY MUNI INCOME | Dividend received | | | 46,887.17 |
| 6/30 | SPARTAN NY MUNI INCOME | Reinvestment | 3,570.9950 | 13.13000 | -46,887.17 |

**Margin Activity as of June 30, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 3.300% | 111,561,36 | -$296,567.31 | Total year to date | | | | -$1,441,483.65 |
| Total this period | | | | -$296,567.31 | | | | | |

---

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

0001            REDACTED                                    Page 3 of 4

**FMR_SIPC_114682**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114682

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.

We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, we carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including these under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. If the time you purchase shares of a no-load fund, those shares will be assessed either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the shares status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available. Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.

Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as this information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001

REDACTED

Page 4 of 4

FMR_SIPC_114683
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114683

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

## Investment Report

July 1, 2005 - July 31, 2005

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

### Account Summary

| | |
|---|---|
| Beginning market value as of Jul 1 | $188,821,243.58 |
| Additions | 546,197.00 |
| Withdrawals | -3,092,394.00 |
| Margin interest paid | -326,058.14 |
| Change in investment value | -2,581,435.62 |
| Change in debit balance | 2,872,255.14 |
| Ending market value as of Jul 31 | 186,239,807.96 |
| Debit balance | -114,730,191.99 |
| **Ending Net Value** | **$71,509,615.97** |
| Your commission schedule | Gold |
| Account eligible trades from Aug 2004 - Jul 2005 | 0 |
| Current rate on debit balance | 3.48% |
| Additional amount you can borrow | $314,497.97 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $31,749.63 | $2,210,530.41 |
| St cap gain | 0.00 | 269,754.31 |
| Interest | 0.00 | 485,000.00 |
| Lt cap gain | 0.00 | 334,780.28 |
| **Tax-exempt** | | |
| Dividends | 47,722.70 | 329,058.50 |
| **Total** | **$79,472.33** | **$3,629,123.50** |

0001    REDACTED    Page 1 of 5

**FMR_SIPC_114684**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114684

*Private Access*

**Investment Report**

July 1, 2005 - July 31, 2005

---

**Fidelity Account**    **X08-289043**    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

| Holdings (Symbol) as of July 31, 2005 | Performance July 31, 2005 | Quantity July 31, 2005 | Price per Unit July 31, 2005 | Total Cost Basis | Total Value July 1, 2005 | Total Value July 31, 2005 |
|---|---|---|---|---|---|---|
| **Bonds** *26% of holdings* | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.625 | $50,000,000.00 | $49,328,000.00 | $49,312,500.00 |
| 1.940% 04/07/2006 | | | | | | |
| | | | | | | |
| **Mutual Funds** *74% of holdings* | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.39% | 2,545,944.322 | 11.250 | 26,945,102.85 | 29,220,566.12 | 28,641,873.62 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.30% | 1,113,289.241 | 13.010 | 14,529,080.35 | 14,569,324.86 | 14,483,893.03 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,123.303 | 11.100 | 17,090.12 | 12,636.14 | 12,468.66 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,606,575.236 | 12.330 | 85,576,169.58 | 95,690,716.46 | 93,789,072.65 |

| | |
|---|---|
| **Total Market Value** | **186,239,807.96** |
| | |
| Debit balance | -111,857,936.85    -114,730,191.99 |
| **Total Net Value** | **$71,509,615.97** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**    (for holdings with activity this period)

---

**Core Account**    *- Fidelity NY Muni Money Market*

| Description | Amount | Balance | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning** | | -$111,857,936.85 | | *Cash Management Activity* | | |
| *Investment Activity* | | | | Deposits | 546,197.00 | |
| Securities bought | -$79,472.33 | | | Other withdrawals | -3,092,394.00 | |
| Income | 79,472.33 | | | Subtotal of Cash Management Activity | - $2,546,197.00 | |
| Margin interest | -326,058.14 | | | **Ending** | | -$114,730,191.99 |
| Subtotal of Investment Activity | - $326,058.14 | | | | | |

REDACTED

**FMR_SIPC_114685**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114685

**Investment Report**

*Private Access*

July 1, 2005 - July 31, 2005

---

**Fidelity Account**       X08-289043     BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

---

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 6/30 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $90.88 |
| 6/30 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 8.0210 | $11.33000 | -90.88 |
| 7/29 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 31,658.75 |
| 7/29 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,814.1110 | 11.25000 | -31,658.75 |
| 7/29 | SPARTAN NY MUNI INCOME | Dividend received | | | 47,722.70 |
| 7/29 | SPARTAN NY MUNI INCOME | Reinvestment | 3,668.1550 | 13.01000 | -47,722.70 |

### Margin Activity as of July 31, 2005

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 3.480% | 112,433,84 | -$326,058.14 | Total year to date | | | | -$1,767,541.79 |
| **Total this period** | | | | **-$326,058.14** | | | | | |

---

### Cash Management Activity

#### Deposits ( 1 )

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/14 | WIRE TRANS FROM BANK | $546,197.00 | Total | | $546,197.00 | | | |

#### Other Withdrawals

| Date | Reference | Description | Amount | Date | Reference | Description | Amount |
|---|---|---|---|---|---|---|---|
| 7/14 | | WIRE TFR TO BANK | -$546,197.00 | 7/15 | | WIRE TFR TO BANK | -546,197.00 |
| 7/14 | | WIRE TFR TO BANK | -2,000,000.00 | Total | | | -$3,092,394.00 |

0001                    REDACTED                    Page 3 of 5

**FMR_SIPC_114686**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114686

*Private Access*

**Investment Report**

July 1, 2005 - July 31, 2005

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

0001                    REDACTED                                    Page 4 of 5

**FMR_SIPC_114687**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114687

## Information About Your Fidelity Statement

**For TDD Service for the Hearing-Impaired,** call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available. Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

0001 REDACTED

409955.10.0

FMR_SIPC_114688
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114688

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

August 1, 2005 - August 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

## Fidelity Account    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

### Account Summary

| | |
|---|---|
| Beginning market value as of Aug 1 | $186,239,807.96 |
| Withdrawals | -626,584.00 |
| Margin interest paid | -354,898.73 |
| Change in investment value | 2,927,005.38 |
| Change in debit balance | -18,517.27 |
| Ending market value as of Aug 31 | 188,166,813.34 |
| Debit balance | -114,711,674.72 |
| **Ending Net Value** | **$73,455,138.62** |
| Your commission schedule | Gold |
| Account eligible trades from Sep 2004 - Aug 2005 | 0 |
| Current rate on debit balance | 3.45% |
| Additional amount you can borrow | $187,913.97 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $30,174.45 | $2,240,704.86 |
| St cap gain | 0.00 | 269,754.31 |
| Interest | 0.00 | 485,000.00 |
| Lt cap gain | 0.00 | 334,780.28 |
| **Tax-exempt** | | |
| Dividends | 47,637.00 | 376,695.50 |
| **Total** | **$77,811.45** | **$3,706,934.95** |

### Realized Gain/Loss from Sales

| | This Period | Year to Date |
|---|---|---|
| Long-term gain | $97,110.75 | $97,110.75 |

0001

REDACTED

Page 1 of 5

**FMR_SIPC_114689**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114689

**Investment Report**

August 1, 2005 - August 31, 2005

*Private Access*

---

**Fidelity Account**     X08-289043     BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings  (Symbol) as of August 31, 2005 | Performance August 31, 2005 | Quantity August 31, 2005 | Price per Unit August 31, 2005 | Total Cost Basis | Total Value August 1, 2005 | Total Value August 31, 2005 |
|---|---|---|---|---|---|---|
| **Bonds** *26% of holdings* | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.844 | $50,000,000.00 | $49,312,500.00 | $49,422,000.00 |
| 1.940% 04/07/2006 | | | | | | |
| **Mutual Funds** *74% of holdings* | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.39% | 2,548,572.305 | 11.480 | 26,975,272.09 | 28,641,873.62 | 29,257,610.06 |
| M FIDELITY NEW YORK MUNI INCOME (FTFMX) | 30-day yield: 3.39% | 1,116,922.879 | 13.110 | 14,576,717.35 | 14,483,893.03 | 14,642,858.94 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,123.772 | 11.330 | 17,095.33 | 12,468.66 | 12,732.33 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,526,318.414 | 12.600 | 84,673,280.33 | 93,789,072.65 | 94,831,612.01 |
| **Total Market Value** | | | | | | 188,166,813.34 |
| Debit balance | | | | | -114,730,191.99 | -114,711,674.72 |
| **Total Net Value** | | | | | | **$73,455,138.62** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**     (for holdings with activity this period)

**Core Account**   - *Fidelity NY Muni Money Market*

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$114,730,191.99 | Subtotal of Investment Activity | $645,101.27 | |
| *Investment Activity* | | | *Cash Management Activity* | | |
| Securities bought | -$77,811.45 | | Other withdrawals | -626,584.00 | |
| Securities sold | 1,000,000.00 | | Subtotal of Cash Management Activity | - $626,584.00 | |
| Income | 77,811.45 | | **Ending** | | -$114,711,674.72 |
| Margin interest | -354,898.73 | | | | |

0001

REDACTED

**FMR_SIPC_114690**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114690

*Private Access*

**Investment Report**

August 1, 2005 - August 31, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

---

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 7/29 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | | $5.21 |
| 7/29 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 0.469 | $11.10000 | | -5.21 |
| 8/26 | VANGUARD INFLATION PROTECTED SECS UNSOLICITED ORDER CONF:05237CJFNJ 0 | You sold | -80,256.822 | 12.46000 | $902,889.25a | 1,000,000.00 |
| | | Long-term gain: $97,110.75 | | | | |
| 8/31 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | | 30,169.24 |
| 8/31 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,627.983 | 11.48000 | | -30,169.24 |
| 8/31 | FIDELITY NEW YORK MUNI INCOME | Dividend received | | | | 47,637.00 |
| 8/31 | FIDELITY NEW YORK MUNI INCOME | Reinvestment | 3,633.638 | 13.11000 | | -47,637.00 |

a - Average Cost Single Category
Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

---

**Margin Activity as of August 31, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 3.480% | 114,730,19 | -$354,898.73 | Total year to date | | | | -$2,122,440.52 |
| Total this period | | | | -$354,898.73 | | | | | |

---

### Cash Management Activity

**Other Withdrawals**

| Date | Reference | Description | Amount | Date | Reference | Description | Amount |
|---|---|---|---|---|---|---|---|
| 8/29 | | WIRE TFR TO BANK | -$626,584.00 | Total | | | -$626,584.00 |

---

0001                    REDACTED                    Page 3 of 5

**FMR_SIPC_114691**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114691

**Investment Report**

August 1, 2005 - August 31, 2005

*Private Access*

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

▶ *Effective August 15, 2005, the Spartan New York Municipal Income Fund will be called the Fidelity New York Municipal Income Fund. The name change will not affect the Fund's investment policies or how it is managed.*

0001                    REDACTED                                    Page 4 of 5

**FMR_SIPC_114692**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114692

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate on the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.

We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities. Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001

REDACTED

Page 5 of 5

FMR_SIPC_114693

CONFIDENTIAL TREATMENT REQUESTED

FMRSAA0114693

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

September 1, 2005 - September 30, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

## Fidelity Account    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

### Account Summary

| | |
|---|---|
| Beginning market value as of Sep 1 | $188,166,813.34 |
| Margin interest paid | -363,212.88 |
| Change in investment value | -295,106.23 |
| Change in debit balance | 363,212.88 |
| Ending market value as of Sep 30 | 187,871,707.11 |
| Debit balance | -115,074,887.60 |
| **Ending Net Value** | **$72,796,819.51** |
| Your commission schedule | Gold |
| Account eligible trades from Oct 2004 - Sep 2005 | 0 |
| Current rate on debit balance | 3.80% |
| Additional amount you can borrow | $187,913.97 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Dividends | $842,631.91 | $3,083,336.77 |
| St cap gain | 0.00 | 269,754.31 |
| Interest | 0.00 | 485,000.00 |
| Lt cap gain | 0.00 | 334,780.28 |
| Tax-exempt | | |
| Dividends | 45,520.07 | 422,215.57 |
| **Total** | **$888,151.98** | **$4,595,086.93** |

### Realized Gain/Loss from Sales

| | This Period | Year to Date |
|---|---|---|
| Long-term gain | $0.00 | $97,110.75 |

0001

REDACTED

**FMR_SIPC_114694**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114694

*Private Access*

**Investment Report**

September 1, 2005 - September 30, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

| Holdings (Symbol) as of September 30, 2005 | Performance September 30, 2005 | Quantity September 30, 2005 | Price per Unit September 30, 2005 | Total Cost Basis | Total Value September 1, 2005 | Total Value September 30, 2005 |
|---|---|---|---|---|---|---|
| **Bonds** *26% of holdings* | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.844 | $50,000,000.00 | $49,422,000.00 | $49,422,000.00 |
| 1.940% 04/07/2006 | | | | | | |
| **Mutual Funds** *74% of holdings* | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.10% | 2,551,174.614 | 11.440 | 27,005,042.50 | 29,257,610.06 | 29,185,437.58 |
| M FIDELITY NEW YORK MUNI INCOME (FTFMX) | 30-day yield: 3.34% | 1,120,437.942 | 12.950 | 14,622,237.42 | 14,642,858.94 | 14,509,671.35 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,125.459 | 11.240 | 17,114.44 | 12,732.33 | 12,650.15 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,591,502.246 | 12.480 | 85,486,122.72 | 94,831,612.01 | 94,741,948.03 |
| **Total Market Value** | | | | | | 187,871,707.11 |
| Debit balance | | | | | -114,711,674.72 | -115,074,887.60 |
| **Total Net Value** | | | | | | **$72,796,819.51** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**    (for holdings with activity this period)

---

**Core Account**    - *Fidelity NY Muni Money Market*

| Description | Amount | Balance | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning** | | -$114,711,674.72 | | Margin interest | -363,212.88 | |
| *Investment Activity* | | | | Subtotal of Investment Activity | - $363,212.88 | |
| Securities bought | -$888,151.98 | | | **Ending** | | -$115,074,887.60 |
| Income | 888,151.98 | | | | | |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 8/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $19.11 |
| 8/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 1.687 | $11.33000 | -19.11 |

0001                    REDACTED                    Page 2 of 5

**FMR_SIPC_114695**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114695



**Investment Report**

September 1, 2005 - September 30, 2005

---

**Fidelity Account**    **X08-289043**    BERNARD L MADOFF - INDIVIDUAL

Private Access Account Executive:  John Becker, Team 223

**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 9/23 | VANGUARD INFLATION PROTECTED SECS | Dividend received | | | 812,842.39 |
| 9/23 | VANGUARD INFLATION PROTECTED SECS AS OF 09/23/05 | Reinvestment | 65,183.832 | 12.47000 | -812,842.39 |
| 9/30 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 29,770.41 |
| 9/30 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,602.309 | 11.44000 | -29,770.41 |
| 9/30 | FIDELITY NEW YORK MUNI INCOME | Dividend received | | | 45,520.07 |
| 9/30 | FIDELITY NEW YORK MUNI INCOME | Reinvestment | 3,515.063 | 12.95000 | -45,520.07 |

**Margin Activity as of September 30, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 3.800% | 114,698,80 | -$363,212.88 | Total year to date | | | | -$2,485,653.40 |
| **Total this period** | | | | -$363,212.88 | | | | | |

---

**Additional Information About Your Investment Report**

A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

▶  *Statement of Financial Condition: Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information.  The Statement of Financial Condition of National Financial Services LLC (NFS), an affiliate of Fidelity Brokerage Services LLC, is now available at Fidelity.com.  You also can receive this document at no cost by calling us at 800-544-6666. As of June 30, 2005, NFS had net capital of $1,415,529,052 and required net capital of $199,551,093. As of July 31, 2005, NFS had net capital of $1,449,607,659 and required net capital of $200,815,577.*

0001    REDACTED    Page 3 of 5

**FMR_SIPC_114696**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114696

**Investment Report**

September 1, 2005 - September 30, 2005

*Private Access*

*Routing of Orders: FBS routes most customer orders to its affiliated broker/dealer, NFS, which in turn sends orders to various exchanges or market centers for execution.  In deciding where to send an order, NFS looks at a number of factors, such as size of order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing, and execution cost. Some market centers may execute orders at prices superior to the publicly quoted market.  Although you can direct us, when placing an order in writing or through a representative, to send an order to a particular market, our order-routing policies are designed to result in transaction processing that is favorable for you.*

*Order Routing Disclosure: In accordance with the Securities and Exchange Commission ("SEC") approved Rule 11Ac1-6 we are notifying you that disclosure information of our order execution and routing practices is available to you.  Quarterly reports that identify the top venues, as defined in the rule, where orders were routed and additional order routing detail are available on Fidelity.com and by request.  In addition you may request specific order routing and execution information including the identity of the marketplace where your orders were routed for execution, whether your orders were directed or non-directed, and the time of the execution, if any. You can request to receive this information in writing for the preceding six months from the date of the request by calling a Fidelity Representative.*

0001          REDACTED                                                    Page 4 of 5

**FMR_SIPC_114697**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114697

## Information About Your Fidelity Statement

**For TDD Service for the Hearing-Impaired**, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001                               REDACTED                          Page 5 of 5

**FMR_SIPC_114698**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114698

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

## Investment Report

October 1, 2005 - October 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

---

**Fidelity Account**    **X08-289043**    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Account Summary | |
|---|---|
| Beginning market value as of Oct 1 | $187,871,707.11 |
| Margin interest paid | -387,613.87 |
| Change in investment value | -1,100,651.69 |
| Change in debit balance | -97,386.13 |
| Ending market value as of Oct 31 | 186,286,055.42 |
| Debit balance | -114,977,501.47 |
| **Ending Net Value** | **$71,308,553.95** |
| Your commission schedule | Gold |
| Account eligible trades from Nov 2004 - Oct 2005 | 0 |
| Current rate on debit balance | 4.05% |
| Additional amount you can borrow | $672,913.97 |

| Income Summary | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $36,467.76 | $3,119,804.53 |
| St cap gain | 0.00 | 269,754.31 |
| Interest | 485,000.00 | 970,000.00 |
| Lt cap gain | 0.00 | 334,780.28 |
| **Tax-exempt** | | |
| Dividends | 47,387.30 | 469,602.87 |
| **Total** | **$568,855.06** | **$5,163,941.99** |

| Realized Gain/Loss from Sales | This Period | Year to Date |
|---|---|---|
| Long-term gain | $0.00 | $97,110.75 |

REDACTED

0001

FMR_SIPC_114699
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114699

*Private Access*

**Investment Report**

October 1, 2005 - October 31, 2005

**Fidelity Account**   X08-289043   BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

| Holdings (Symbol) as of October 31, 2005 | Performance October 31, 2005 | Quantity October 31, 2005 | Price per Unit October 31, 2005 | Total Cost Basis | Total Value October 1, 2005 | Total Value October 31, 2005 |
|---|---|---|---|---|---|---|
| **Bonds 27% of holdings** | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $98.969 | $50,000,000.00 | $49,422,000.00 | $49,484,500.00 |
| 1.940% 04/07/2006 Aaa / AAA | | | | | | |
| **Mutual Funds 73% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.55% | 2,554,398.553 | 11.290 | 27,041,440.77 | 29,185,437.58 | 28,839,159.66 |
| M FIDELITY NEW YORK MUNI INCOME (FTFMX) | 30-day yield: 3.58% | 1,124,131.418 | 12.830 | 14,669,624.72 | 14,509,671.35 | 14,422,606.09 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,131.641 | 11.030 | 17,183.93 | 12,650.15 | 12,482.00 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,591,502.246 | 12.320 | 85,486,122.72 | 94,741,948.03 | 93,527,307.67 |
| **Total Market Value** | | | | | | 186,286,055.42 |
| Debit balance | | | | | -115,074,887.60 | -114,977,501.47 |
| **Total Net Value** | | | | | | **$71,308,553.95** |

*All positions held in margin account unless indicated otherwise.*

**Transaction Details**   (for holdings with activity this period)

**Core Account**   - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$115,074,887.60 | Margin interest | -387,613.87 | |
| *Investment Activity* | | | Subtotal of Investment Activity | $97,386.13 | |
| Securities bought | -$83,855.06 | | **Ending** | | -$114,977,501.47 |
| Income | 568,855.06 | | | | |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 9/30 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $69.49 |
| 9/30 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 6.182 | $11.24000 | -69.49 |

0001                    REDACTED                    Page 2 of 4

**FMR_SIPC_114700**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114700

*Private Access*

**Investment Report**

October 1, 2005 - October 31, 2005

---

**Fidelity Account**     **X08-289043**     BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223
**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 10/07 | FEDERAL HOME LN BKS CONS BD 1.940% 04/07/2006 | Interest | | | 485,000.00 |
| 10/31 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 36,398.27 |
| 10/31 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 3,223.939 | 11.29000 | -36,398.27 |
| 10/31 | FIDELITY NEW YORK MUNI INCOME | Dividend received | | | 47,387.30 |
| 10/31 | FIDELITY NEW YORK MUNI INCOME | Reinvestment | 3,693.476 | 12.83000 | -47,387.30 |

**Margin Activity as of October 31, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 4.050% | 114,848,55 | -$387,613.87 | Total year to date | | | | -$2,873,267.27 |
| **Total this period** | | | | -$387,613.87 | | | | | |

---

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

0001                    REDACTED                    Page 3 of 4

**FMR_SIPC_114701**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114701

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.

We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities. Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001

REDACTED

Page 4 of 4

FMR_SIPC_114702
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114702

*Private Access*

Envelope #REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

## Investment Report

November 1, 2005 - November 30, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

## Fidelity Account   X08-289043   BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

### Account Summary

| | |
|---|---|
| Beginning market value as of Nov 1 | $186,286,055.42 |
| Margin interest paid | -417,815.47 |
| Change in investment value | 357,758.98 |
| Change in debit balance | 417,815.47 |
| Ending market value as of Nov 30 | 186,643,814.40 |
| Debit balance | -115,395,316.94 |
| **Ending Net Value** | **$71,248,497.46** |
| Your commission schedule | Gold |
| Account eligible trades from Dec 2004 - Nov 2005 | 0 |
| Current rate on debit balance | 4.22% |
| Additional amount you can borrow | $672,913.97 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $39,653.43 | $3,159,457.96 |
| St cap gain | 0.00 | 269,754.31 |
| Interest | 0.00 | 970,000.00 |
| Lt cap gain | 0.00 | 334,780.28 |
| **Tax-exempt** | | |
| Dividends | 45,670.75 | 515,273.62 |
| **Total** | **$85,324.18** | **$5,249,266.17** |

### Realized Gain/Loss from Sales

| | This Period | Year to Date |
|---|---|---|
| Long-term gain | $0.00 | $97,110.75 |

0001

REDACTED

Page 1 of 4

**FMR_SIPC_114703**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114703

**Investment Report**

November 1, 2005 - November 30, 2005

*Private Access*

---

**Fidelity Account**     X08-289043     BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

| Holdings (Symbol) as of November 30, 2005 | Performance November 30, 2005 | Quantity November 30, 2005 | Price per Unit November 30, 2005 | Total Cost Basis | Total Value November 1, 2005 | Total Value November 30, 2005 |
|---|---|---|---|---|---|---|
| **Bonds 27% of holdings** | | | | | | |
| M FEDERAL HOME LN BKS CONS BD | | 50,000,000.000 | $99.188 | $50,000,000.00 | $49,484,500.00 | $49,594,000.00 |
| 1.940% 04/07/2006 Aaa / AAA | | | | | | |
| **Mutual Funds 73% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.82% | 2,557,904.646 | 11.290 | 27,081,024.56 | 28,839,159.66 | 28,878,743.45 |
| M FIDELITY NEW YORK MUNI INCOME (FTFMX) | 30-day yield: 3.63% | 1,127,688.330 | 12.840 | 14,715,295.47 | 14,422,606.09 | 14,479,518.16 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,137.955 | 10.910 | 17,253.57 | 12,482.00 | 12,415.08 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,591,502.246 | 12.340 | 85,486,122.72 | 93,527,307.67 | 93,679,137.71 |
| **Total Market Value** | | | | | | 186,643,814.40 |
| Debit balance | | | | | -114,977,501.47 | -115,395,316.94 |
| **Total Net Value** | | | | | | **$71,248,497.46** |

*All positions held in margin account unless indicated otherwise.*

---

**Transaction Details**     (for holdings with activity this period)

---

**Core Account** - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$114,977,501.47 | Margin interest | -417,815.47 | |
| **Investment Activity** | | | Subtotal of Investment Activity | - $417,815.47 | |
| Securities bought | -$85,324.18 | | **Ending** | | -$115,395,316.94 |
| Income | 85,324.18 | | | | |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 10/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $69.64 |
| 10/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 6.314 | $11.03000 | -69.64 |

REDACTED

0001

Page 2 of 4

**FMR_SIPC_114704**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114704

*Private Access*

**Investment Report**

November 1, 2005 - November 30, 2005

---

**Fidelity Account**    **X08-289043**    BERNARD L MADOFF - INDIVIDUAL

Private Access Account Executive:  John Becker, Team 223

**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 11/30 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 39,583.79 |
| 11/30 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 3,506.093 | 11.29000 | -39,583.79 |
| 11/30 | FIDELITY NEW YORK MUNI INCOME | Dividend received | | | 45,670.75 |
| 11/30 | FIDELITY NEW YORK MUNI INCOME | Reinvestment | 3,556.912 | 12.84000 | -45,670.75 |

**Margin Activity as of November 30, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 4.220% | 114,977,50 | -$417,815.47 | Total year to date | | | | -$3,291,082.74 |
| **Total this period** | | | | -$417,815.47 | | | | | |

---

**Additional Information About Your Investment Report**

A copy of your Investment Report is available to:

BERNARD L MADOFF INVESTMNT SEC

0001    REDACTED    Page 3 of 4

**FMR_SIPC_114705**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114705

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including these under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance** An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. If the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

0001                REDACTED                    Page 4 of 4

**FMR_SIPC_114706**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114706

*Private Access*

Envelope REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

December 1, 2005 - December 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

**Account Summary**

| | |
|---|---|
| Beginning market value as of Dec 1 | $186,643,814.40 |
| Withdrawals | -27,401,898.00 |
| Margin interest paid | -510,829.34 |
| Change in investment value | 1,632,872.23 |
| Change in debit balance | -65,642,805.11 |
| Ending market value as of Dec 31 | 94,721,154.18 |
| | |
| Debit balance | -49,752,511.83 |
| **Ending Net Value** | **$44,968,642.35** |
| | |
| Your commission schedule | Gold |
| Account eligible trades from Jan 2005 - Dec 2005 | 1 |
| | |
| Current rate on debit balance | 4.37% |
| Additional amount you can borrow | $111,017.96 |

**Income Summary**

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Dividends | $2,342,611.10 | $5,502,069.06 |
| St cap gain | 999,908.70 | 1,269,663.01 |
| Interest | 215,555.56 | 1,185,555.56 |
| Lt cap gain | 138,266.00 | 473,046.28 |
| Tax-exempt | | |
| Dividends | 17,412.32 | 532,685.94 |
| **Total** | **$3,713,753.68** | **$8,963,019.85** |

**Realized Gain/Loss from Sales**

| | This Period | Year to Date |
|---|---|---|
| Short-term gain | $61,012.82 | $61,012.82 |
| Short-term loss | -10,474.54 | -10,474.54 |
| **Net short** | **$50,538.28** | **$50,538.28** |
| | | |
| Long-term gain | $1,005,916.48 | $1,103,027.23 |
| Long-term loss | -623,545.08 | -623,545.08 |
| Lt disallowed loss | 1,801.70 | 1,801.70 |
| **Net long** | **$384,173.10** | **$481,283.85** |

0001                    REDACTED

Page 1 of 6

**FMR_SIPC_114707**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114707

*Private Access*

**Investment Report**

December 1, 2005 - December 31, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

| Holdings  (Symbol) as of December 31, 2005 | Quantity December 31, 2005 | Price per Unit December 31, 2005 | Total Cost Basis | Total Value December 1, 2005 | Total Value December 31, 2005 |
|---|---|---|---|---|---|
| **Mutual Funds 100% of holdings** | | | | | |
| M  VANGUARD INFLATION PROTECTED SECS (VIPSX) | 7,789,568.601 | $12.160 | $87,892,628.93 | $93,679,137.71 | $94,721,154.18 |
| | | | | | |
| Debit balance | | | | -115,395,316.94 | -49,752,511.83 |
| *Position held in margin account.* | | | | | |

---

**Transaction Details**    (for holdings with activity this period)

---

**Core Account**    - Fidelity NY Muni Money Market

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| Beginning | | -$115,395,316.94 | Subtotal of Investment Activity | $93,044,703.11 | |
| *Investment Activity* | | | *Cash Management Activity* | | |
| Securities bought | -$3,498,198.12 | | Other withdrawals | -27,401,898.00 | |
| Securities sold | 93,555,532.45 | | Subtotal of Cash Management Activity | -$27,401,898.00 | |
| Income | 3,498,198.12 | | Ending | | -$49,752,511.83 |
| Margin interest | -510,829.34 | | | | |

---

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 11/30 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | | $153.77 |
| 11/30 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 14.094 | $10.91000 | | -153.77 |
| 12/02 | FIDELITY INFLATION PROTECTED BOND | Short-term cap gain | | | | 997,582.81 |
| 12/02 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 91,689.597 | 10.88000 | | -997,582.81 |
| 12/02 | FIDELITY NEW YORK MUNI INCOME UNSOLICITED ORDER | You sold | -662,509.743 | 12.83000 | $8,645,752.15a | 8,500,000.00 |
| | | *Long-term loss: $145,752.15* | | | | |

**FMR_SIPC_114708**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114708

*Private Access*

**Investment Report**

December 1, 2005 - December 31, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223
**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| | | Long-term disallowed loss: $1,801.70 | | | | |
| 12/06 | AMERICAN CENTURY INFLATION ADJ TREAS | Long-term cap gain | | | | 36.29 |
| 12/06 | AMERICAN CENTURY INFLATION ADJ TREAS AS OF 12/06/05 | Reinvestment | 3.335 | 10.88000 | | -36.29 |
| 12/16 | FIDELITY NEW YORK MUNI INCOME | Short-term cap gain | | | | 2,325.89 |
| 12/16 | FIDELITY NEW YORK MUNI INCOME | Long-term cap gain | | | | 39,540.18 |
| 12/16 | FIDELITY NEW YORK MUNI INCOME | Reinvestment | 3,273.344 | 12.79000 | | -41,866.07 |
| 12/23 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | | 34,640.65 |
| 12/23 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 3,149.150 | 11.00000 | | -34,640.65 |
| 12/23 | FIDELITY NEW YORK MUNI INCOME | Dividend received | | | | 17,412.32 |
| 12/23 | FIDELITY NEW YORK MUNI INCOME | Reinvestment | 1,359.276 | 12.81000 | | -17,412.32 |
| 12/27 | AMERICAN CENTURY INFLATION ADJ TREAS UNSOLICITED ORDER | You sold | -1,155.384 | 10.96000 | 17,443.63a | 12,663.01 |
| | | Short-term loss: $268.34 Long-term loss: $4,512.28 | | | | |
| 12/27 | FEDERAL HOME LN BKS CONS BD 1.940% 04/07/2006 REF/CZ7/B108 | You sold Accrued interest: $215,555.56 | -50,000,000.000 | 99.25771 | 50,000,000.00f | 49,844,410.56 |
| | | Long-term loss: $371,145.00 | | | | |
| 12/27 | FIDELITY INFLATION PROTECTED BOND UNSOLICITED ORDER | You sold | -2,652,743.393 | 11.00000 | 28,113,248.02a | 29,180,177.32 |
| | | Short-term gain: $61,012.82 Long-term gain: $1,005,916.48 | | | | |

0001                    REDACTED                                    Page 3 of 6

**FMR_SIPC_114709**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114709

*Private Access*

**Investment Report**

December 1, 2005 - December 31, 2005

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL

Private Access Account Executive:  John Becker, Team 223

**Transaction Details**

*Investment Activity*

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 12/27 | FIDELITY NEW YORK MUNI INCOME UNSOLICITED ORDER | You sold | -469,811.207 | 12.81000 | 6,130,623.41*a* | 6,018,281.56 |
| | | *Short-term loss: $10,206.20* | | | | |
| | | *Long-term loss: $102,135.65* | | | | |
| 12/28 | VANGUARD INFLATION PROTECTED SECS | Dividend received | | | | 2,307,816.68 |
| 12/28 | VANGUARD INFLATION PROTECTED SECS | Long-term cap gain | | | | 98,689.53 |
| 12/28 | VANGUARD INFLATION PROTECTED SECS AS OF 12/28/05 | Reinvestment | 8,122.595 | 12.15000 | | -98,689.53 |
| 12/28 | VANGUARD INFLATION PROTECTED SECS AS OF 12/28/05 | Reinvestment | 189,943.760 | 12.15000 | | -2,307,816.68 |

*f - FIFO (First-In, First-Out)  a - Average Cost Single Category*

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

**Margin Activity as of December 31, 2005**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| | | 4.370% | 112,926.51 | -$411,240.74 | Total this period | | | | -$510,829.34 |
| 12/21-12/29 | 49,652,923 | 4.370% | 91,156,611 | -99,588.60 | Total year to date | | | | -$3,801,912.04 |

---

*Cash Management Activity*

**Other Withdrawals**

| Date | Reference | Description | Amount | Date | Reference | Description | Amount |
|---|---|---|---|---|---|---|---|
| 12/2 | | WIRE TFR TO BANK | -$4,601,898.00 | Total | | | -$27,401,898.00 |
| 12/27 | | WIRE TFR TO BANK | -22,800,000.00 | | | | |

0001                    REDACTED                    Page 4 of 6

**FMR_SIPC_114710**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114710

**Investment Report**

December 1, 2005 - December 31, 2005

*Private Access*

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

▶ *As part of the National Association of Securities Dealer's (NASD) Public Disclosure Program, you have access to the NASD public hotline at 800-289-9999 and website at www.nasdr.com. You can call or email your inquiries and request a brochure that includes information detailing the Public Disclosure Program.*

0001                           REDACTED                                    Page 5 of 6

**FMR_SIPC_114711**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114711

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities. Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.

We deliver statements at least four times during the calendar year for any account with a balance. Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor

broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities.

Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Services® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as this information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

409955.10.0

Page 6 of 6

0001   REDACTED

FMR_SIPC_114712

**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114712