# EXHIBIT AW

**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and BERNARD L. MADOFF,<br><br>                    Plaintiff,<br>v.<br><br>JACOB M. DICK REV LIVING TRUST DTD 4/6/01, individually and as tenant in common,<br><br>ESTATE OF JACOB M. DICK, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01,<br><br>ANDREA J. MARKS, as trustee and beneficiary of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, as executor and beneficiary of the Estate of Jacob M. Dick, and as trustee of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01,<br><br>ARTICLE 8.1 TRUST,<br><br>                    Defendants. | Adv. Pro. No. 10-04570 (SMB) |

## DECLARATION OF IRA SCHALL, CERTIFIED PUBLIC ACCOUNTANT

I, Ira Schall, declare pursuant to 28 U.S.C. 1746, that the following is true and correct based upon my personal knowledge and documents I, or my firm, possessed:

1. I am a certified public accountant and partner at Schall and Ashenfarb CPAs, LLC with offices at 307 Fifth Avenue, 15th Floor, New York, NY 10016.

2. The focus of my part of the practice is on all aspects of federal and state taxation, including the preparation of federal, state, and local tax returns for individuals, trusts, partnership, and corporation.

3. In order to prepare Exhibit A, I, or a member of my firm, utilized the annual Madoff Portfolio Management Report (PMR) given to me to determine, to the best of our knowledge, the total income received and the total taxes payable towards Madoff-related income. Although I did not prepare tax returns from 1995 to 2002 (I prepared only 2006 and 2007), throughout the years reflected on Exhibit A, my firm applied that year's maximum statutory income tax rates for both federal and New York State calculations, which was a reasonable assumption based on our knowledge of his filed tax returns. Accordingly, to the best of my knowledge, this information is accurate and complete.

4. Exhibit A shows that Jacob Dick would have approximately $886,842 in total income taxes accrued on reported gains and dividend income from his Madoff investment account for the tax years 1995-2002.

5. Exhibit A incorporates the varying tax rates, tax brackets, and taxable income from Bernard L. Madoff Investment Securities. The impact of the alternative minimum tax has not been included, but doing so would not significantly change the analysis. Exhibit A also excludes the impact any adjustment in reported income in one year might make with respect to carryover gains, losses, and itemized deductions in subsequent years.

6. In 2009, the IRS issued a ruling (Rev Proc 2009-20) allowing investors in Madoff Securities LLC to claim a theft-loss deduction on their 2008 tax returns. To the best of our knowledge, no theft-loss deduction was taken on their 2008 tax returns.

7. The statements made herein are true and correct based on my personal knowledge and the verbal information provided to me or other members of my firm by AJ Marks.

Ira Schall

August 21, 2017

EXHIBIT A

JACOB M. DICK, et al

Accounts # 1CM325

Schedule of Taxes Paid on Madoff Investment

1995-2002

| Year | Account # 1CM325 1995-2002 | | Combined accounts | | Federal Taxes | New York Taxes | | Total Taxes | | Federal Tax Rate | NY Tax Rate |
|------|------|---|------|---|------|------|---|------|---|------|------|
| 1995 | 101,382 | | 101,382 | | 40,147 | 6,945 | | 47,092 | | 39.60% | 6.85% |
| 1996 | 203,066 | | 203,066 | | 80,414 | 13,910 | | 94,324 | | 39.60% | 6.85% |
| 1997 | 270,715 | | 270,715 | | 107,203 | 18,544 | | 125,747 | | 39.60% | 6.85% |
| 1998 | 290,786 | | 290,786 | | 115,151 | 19,919 | | 135,070 | | 39.60% | 6.85% |
| 1999 | 321,585 | | 321,585 | | 127,348 | 22,029 | | 149,376 | | 39.60% | 6.85% |
| 2000 | 237,453 | | 237,453 | | 94,031 | 16,266 | | 110,297 | | 39.60% | 6.85% |
| 2001 | 249,337 | | 249,337 | | 97,491 | 17,080 | | 114,570 | | 39.10% | 6.85% |
| 2002 | 242,828 | | 242,828 | | 93,732 | 16,634 | | 110,365 | | 38.60% | 6.85% |
| | | | | | | | | | | | |
| Total | 1,917,152 | | 1,917,152 | | 755,517 | 131,325 | | 886,842 | | | |

**P O R T F O L I O   T R A N S A C T I O N S**

SYSTEM DATE: 2/01/96          WSID:      USERID:          TIME: 17:59:32   DATE: 12/31/95

MF00548997

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1CM3243 | .15 | FBO HARRY L SCHICK (41962) | | | | | |
| | | | 4/26 | 700,000.00CR | 700,000.00CR | 250 | 71,917.81CR |
| | | | | | 700,000.00CR | 250 | 71,917.81CR |
| 1CM3253 | .15 | JACOB M DICK | | | | | |
| | | | 4/27 | 1,000,000.00CR | 1,000,000.00CR | 249 | 102,328.77CR |
| | | | | | 1,000,000.00CR | 249 | 102,328.77CR |
| 1CM3263 | .15 | THE LITWIN FOUNDATION INC | | | | | |
| | | | 5/08 | 5,250,000.00CR | 5,250,000.00CR | 28 | 60,410.96CR |
| | | 761 | 6/05 CA | 675,000.00CR | 5,925,000.00CR | 92 | 224,013.70CR |
| | | 762 | 9/05 CW | 100,000.00 | 5,825,000.00CR | 7 | 16,756.85CR |
| | | 763 | 9/12 CW | 50,000.00 | 5,775,000.00CR | 111 | 263,434.93CR |
| | | | | 150,000.00 | 675,000.00CR | 5,775,000.00CR | 238 | 564,616.44CR |
| 1CM3273 | .15 | AXELROD FAMILY PARTNERSHIP | | | | | |
| | | | 5/24 | 1,005,383.50CR | 1,005,383.50CR | 29 | 11,981.97CR |
| | | 764 | 6/22 CA | 1,290.64CR | 1,006,674.14CR | 11 | 4,550.72CR |
| | | 765 | 7/03 CA | 20,000.00CR | 1,026,674.14CR | 7 | 2,953.45CR |
| | | 766 | 7/10 CA | 20,000.00 | 1,006,674.14CR | 7 | 2,895.91CR |
| | | 767 | 7/17 CA | 2,834.22CR | 1,009,508.36CR | 8 | 3,318.93CR |
| | | 768 | 7/25 CA | 20,000.00CR | 1,029,508.36CR | 69 | 29,192.91CR |
| | | 769 | 10/02 CW | 25,000.00 | 1,004,508.36CR | 42 | 17,338.09CR |
| | | 770 | 11/13 CW | 50,000.00 | 954,508.36CR | 49 | 19,220.92CR |
| | | | | 75,000.00 | 24,124.86CR | 954,508.36CR | 222 | 91,452.90CR |
| 1CM3283 | .15 | DAVID A REDLEAF | | | | | |
| | | | 6/09 | 500,000.00CR | 500,000.00CR | 206 | 42,328.77CR |
| | | | | | 500,000.00CR | 206 | 42,328.77CR |
| 1CM3293 | .15 | NORMAN M LEFF | | | | | |
| | | | 6/07 | 750,000.00CR | 750,000.00CR | 36 | 11,095.89CR |
| | | 771 | 7/13 CA | 500,000.00CR | 1,250,000.00CR | 172 | 88,356.16CR |
| | | | | 500,000.00CR | 1,250,000.00CR | 208 | 99,452.05CR |
| 1CM3303 | .15 | LEVA INC | | | | | |
| | | | 6/13 | 650,000.00CR | 650,000.00CR | 202 | 53,958.90CR |
| | | | | | 650,000.00CR | 202 | 53,958.90CR |
| 1CM3313 | .15 | ROCKMAN CORP | | | | | |
| | | | 6/21 | 1,123,248.14CR | 1,123,248.14CR | 194 | 89,552.11CR |
| | | | | | 1,123,248.14CR | 194 | 89,552.11CR |
| 1CM3323 | .15 | STANLEY MONDSHINE | | | | | |
| | | | 6/30 | 1,000,000.00CR | 1,000,000.00CR | 52 | 21,369.86CR |
| | | 772 | 8/21 CA | 100,000.00CR | 1,100,000.00CR | | |
| | | 773 | 8/21 CA | 50,000.00CR | 1,150,000.00CR | 8 | 3,780.82CR |

DICK.SCHALL 000001

```
ACCOUNT #   1-CM325-3 JACOB M DICK              REPORT FOR THE PERIOD FROM 4/27/95 TO 12/31/95
                     INITIAL INVESTMENT                               1,000,000.00CR
                     PROFITS UNDER EXPECTED RETURN FOR PREVIOUS YEAR
                     ADJUSTMENTS
                     CAPITAL ADDITIONS
                     CAPITAL WITHDRAWALS
                     NET WORKING CAPITAL                              1,000,000.00CR
                     EXPECTED RATE OF RETURN              15.00 %
                     EXPECTED RETURN FOR    249 DAYS                    102,328.77CR
                     CAPITAL GAINS AND LOSSES                            88,439.86CR
                     DIVIDENDS AND INTEREST                             12,942.43CR
                     REALIZED P/L                                      101,382.29CR  agree
                     UNREALIZED P/L
                     PROFITS WITHDRAWN
                     OVER/UNDER EXPECTED RETURN FOR CURRENT YEAR           946.48-
                     CURRENT CASH BALANCE                                     .29CR
                     NET MARKET VALUE OF OPEN SECURITIES POSITIONS    1,101,382.00
                     TOTAL EQUITY                                     1,101,382.29CR
                     PRIOR YEAR END EQUITY
                     ANNUALIZED RETURN FOR CURRENT YEAR     14.86 %
                     PROJECTED ANNUALIZED RATE OF RETURN    14.74 %
                     BUYING POWER       1,101    OVER/UNDER       1-
```

DICK.SCHALL 000002                    MADTQQ00125033

```
ACCOUNT #   1-CM325-3 JACOB M DICK               REPORT FOR THE PERIOD FROM 1/01/96 TO 12/31/96
                      INITIAL INVESTMENT                              1,102,328.77CR
                      PROFITS UNDER EXPECTED RETURN FOR PREVIOUS YEAR       946.48
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS
                      NET WORKING CAPITAL                             1,102,328.77CR
                      EXPECTED RATE OF RETURN                 15.00 %
                      EXPECTED RETURN FOR   366 DAYS                    165,802.33CR
                      CAPITAL GAINS AND LOSSES                          182,915.77CR
                      DIVIDENDS AND INTEREST                            20,150.13CR
                      REALIZED P/L                                     203,065.90CR  agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER EXPECTED RETURN FOR CURRENT YEAR        37,263.57
                      CURRENT CASH BALANCE                                    .19CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS    1,304,448.00
                      TOTAL EQUITY                                     1,304,448.19CR
                      PRIOR YEAR END EQUITY         1,101,382.29CR
                      ANNUALIZED RETURN FOR CURRENT YEAR       18.38 %
                      PROJECTED ANNUALIZED RATE OF RETURN      18.33 %
                      BUYING POWER      1,304    OVER/UNDER         36
```

DICK.SCHALL 000005  MDPTQQ00125046

```
ACCOUNT #    1-CM325-3 JACOB M DICK              REPORT FOR THE PERIOD FROM 1/01/97 TO 12/31/97
                       INITIAL INVESTMENT                                1,268,131.10CR
                       PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR    36,317.09-
                       ADJUSTMENTS
                       CAPITAL ADDITIONS
                       CAPITAL WITHDRAWALS
                       NET WORKING CAPITAL                               1,268,131.10CR
                       BENCHMARK RATE OF RETURN                15.00 %
                       BENCHMARK RETURN FOR 365 DAYS                       190,219.67CR
                       CAPITAL GAINS AND LOSSES                            257,443.87CR
                       DIVIDENDS AND INTEREST                               13,271.32CR
                       REALIZED P/L                                       270,715.19CR    agree
                       UNREALIZED P/L
                       PROFITS WITHDRAWN
                       OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR         80,495.52
                       CURRENT CASH BALANCE                                      .38CR
                       NET MARKET VALUE OF OPEN SECURITIES POSITIONS     1,575,163.00
                       TOTAL EQUITY                                      1,575,163.38CR
                       PRIOR YEAR END EQUITY          1,304,448.19CR
                       ANNUALIZED RETURN FOR CURRENT YEAR      20.75 %
                       PROJECTED ANNUALIZED RATE OF RETURN     20.69 %
                       BUYING POWER        1,575    OVER/UNDER        117
```

DICK.SCHALL 00004 MADTQQ00125058

```
ACCOUNT #    1-CM325-3 JACOB M DICK               REPORT FOR THE PERIOD FROM 1/01/98 TO 12/31/98
                       INITIAL INVESTMENT                             1,458,350.77CR
                       PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR    116,812.61-
                       ADJUSTMENTS
                       CAPITAL ADDITIONS
                       CAPITAL WITHDRAWALS                              270,000.00
                       NET WORKING CAPITAL                            1,188,350.77CR
                       BENCHMARK RATE OF RETURN                15.00 %
                       BENCHMARK RETURN FOR 365 DAYS                    200,649.87CR
                       CAPITAL GAINS AND LOSSES                         280,440.72CR
                       DIVIDENDS AND INTEREST                            10,345.61CR
                       REALIZED P/L                                     290,786.33CR    agree
                       UNREALIZED P/L
                       PROFITS WITHDRAWN
                       OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR      90,136.46
                       CURRENT CASH BALANCE                           1,595,949.71CR
                       NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                       TOTAL EQUITY                                   1,595,949.71CR
                       PRIOR YEAR END EQUITY             1,575,163.38CR
                       ANNUALIZED RETURN FOR CURRENT YEAR        19.99 %
                       PROJECTED ANNUALIZED RATE OF RETURN       19.94 %
                       BUYING POWER        3,192    OVER/UNDER         207
```

DICK.SCHALL 000005MDPTQQ00125070

```
ACCOUNT #   1-CM325-3 JACOB M DICK            REPORT FOR THE PERIOD FROM 1/01/99 TO 12/31/99
                     INITIAL INVESTMENT                          1,389,000.64CR
                     PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR    206,949.07-
                     ADJUSTMENTS
                     CAPITAL ADDITIONS
                     CAPITAL WITHDRAWALS                            89,600.00
                     NET WORKING CAPITAL                         1,299,400.64CR
                     BENCHMARK RATE OF RETURN              15.00 %
                     BENCHMARK RETURN FOR 365 DAYS                 200,802.59CR
                     CAPITAL GAINS AND LOSSES                      312,580.36CR
                     DIVIDENDS AND INTEREST                          9,004.21CR
                     REALIZED P/L                                 321,584.57CR      agree
                     UNREALIZED P/L
                     PROFITS WITHDRAWN
                     OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR  120,781.98
                     CURRENT CASH BALANCE                                 .28CR
                     NET MARKET VALUE OF OPEN SECURITIES POSITIONS 1,827,934.00
                     TOTAL EQUITY                                1,827,934.28CR
                     PRIOR YEAR END EQUITY            1,595,949.71CR
                     ANNUALIZED RETURN FOR CURRENT YEAR       20.80 %
                     PROJECTED ANNUALIZED RATE OF RETURN      20.69 %
                     BUYING POWER        1,828    OVER/UNDER         328
```

DICK.SCHALL 00006   MADTQQ00125082

```
ACCOUNT #    1-CM325-3 JACOB M DICK             REPORT FOR THE PERIOD FROM 1/01/00 TO 12/31/00
                      INITIAL INVESTMENT                                    1,500,203.23CR
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   327,731.05-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                     272,700.00
                      NET WORKING CAPITAL                                   1,227,503.23CR
                      BENCHMARK RATE OF RETURN                    15.00 %
                      BENCHMARK RETURN FOR 366 DAYS                           198,605.04CR
                      CAPITAL GAINS AND LOSSES                                230,286.96CR
                      DIVIDENDS AND INTEREST                                    7,166.52CR
                      REALIZED P/L                                           237,453.48CR       agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR             38,848.44
                      CURRENT CASH BALANCE                                          .76CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,792,687.00
                      TOTAL EQUITY                                          1,792,687.76CR
                      PRIOR YEAR END EQUITY              1,827,934.28CR
                      ANNUALIZED RETURN FOR CURRENT YEAR         14.36 %
                      PROJECTED ANNUALIZED RATE OF RETURN        14.32 %
                      BUYING POWER        1,793    OVER/UNDER        367
```

DICK.SCHALL 000007QQ00125094

```
ACCOUNT #   1-CM325-3 JACOB M DICK                REPORT FOR THE PERIOD FROM 1/01/01 TO 12/31/01
                      INITIAL INVESTMENT                              1,426,108.27CR
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   366,579.49-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                               245,050.00
                      NET WORKING CAPITAL                             1,181,058.27CR
                      BENCHMARK RATE OF RETURN                 15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                     198,146.10CR
                      CAPITAL GAINS AND LOSSES                          239,896.33CR
                      DIVIDENDS AND INTEREST                              9,440.63CR
                      REALIZED P/L                                     249,336.96CR       agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR       51,190.86
                      CURRENT CASH BALANCE                            1,796,974.72CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                      TOTAL EQUITY                                   1,796,974.72CR
                      PRIOR YEAR END EQUITY            1,792,687.76CR
                      ANNUALIZED RETURN FOR CURRENT YEAR        14.77 %
                      PROJECTED ANNUALIZED RATE OF RETURN       14.73 %
                      BUYING POWER      3,594    OVER/UNDER        418
```

DICK.SCHALL 000008   MDPTQQ00125106

```
ACCOUNT #   1-CM325-3 JACOB M DICK            REPORT FOR THE PERIOD FROM 1/01/02 TO 12/31/02
                      INITIAL INVESTMENT                              1,379,204.37CR
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR    419,146.25-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                               106,000.00
                      NET WORKING CAPITAL                             1,273,204.37CR
                      BENCHMARK RATE OF RETURN                  15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                     197,191.08CR
                      CAPITAL GAINS AND LOSSES                          229,985.59CR
                      DIVIDENDS AND INTEREST                             12,842.06CR
                      REALIZED P/L                                     242,827.65CR    agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR       45,636.57
                      CURRENT CASH BALANCE                                    .77CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,935,177.50
                      TOTAL EQUITY                                   1,935,178.27CR
                      PRIOR YEAR END EQUITY          1,798,350.62CR
                      ANNUALIZED RETURN FOR CURRENT YEAR        14.00 %
                      PROJECTED ANNUALIZED RATE OF RETURN       13.92 %
                      BUYING POWER       1,935    OVER/UNDER        465
```

DICK.SCHALL 00005QQ00125118

```
ACCOUNT #   1-CM325-3 JACOB M DICK            REPORT FOR THE PERIOD FROM 1/01/03 TO 12/31/03
                      INITIAL INVESTMENT                                       1,470,395.45CR
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR     464,782.82-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                         132,800.00
                      NET WORKING CAPITAL                                      1,337,595.45CR
                      BENCHMARK RATE OF RETURN                      15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                               205,270.67CR
                      CAPITAL GAINS AND LOSSES                                    173,462.79CR
                      DIVIDENDS AND INTEREST                                       19,272.44CR
                      REALIZED P/L                                                192,735.23CR
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                 12,535.44-
                      CURRENT CASH BALANCE                                              .50CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS             1,995,113.00
                      TOTAL EQUITY                                             1,995,113.50CR
                      PRIOR YEAR END EQUITY              1,935,178.27CR
                      ANNUALIZED RETURN FOR CURRENT YEAR          10.51 %
                      PROJECTED ANNUALIZED RATE OF RETURN         10.45 %
                      BUYING POWER       1,995    OVER/UNDER        452
```

DICK.SCHALL 00010 MADTQQ00125130

```
ACCOUNT #   1-CM325-3 JACOB M DICK              REPORT FOR THE PERIOD FROM 1/01/04 TO 12/31/04
                      INITIAL INVESTMENT                                    1,542,866.12CR
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   452,247.38-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                   2,068,306.63
                      NET WORKING CAPITAL                                     525,440.51
                      BENCHMARK RATE OF RETURN                   15.00 %
                      BENCHMARK RETURN FOR 366 DAYS                          43,422.55CR
                      CAPITAL GAINS AND LOSSES                               66,099.20CR
                      DIVIDENDS AND INTEREST                                  9,615.44CR
                      REALIZED P/L                                          75,714.64CR
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR           32,292.09
                      CURRENT CASH BALANCE                                        .51CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS           2,521.00
                      TOTAL EQUITY                                            2,521.51CR
                      PRIOR YEAR END EQUITY              1,995,113.50CR
                      ANNUALIZED RETURN FOR CURRENT YEAR         10.19 %
                      PROJECTED ANNUALIZED RATE OF RETURN        10.16 %
                      BUYING POWER        3     OVER/UNDER        485
```

DICK.SCHALL 00401
MADTQQ00125142

```
ACCOUNT #   1-CM325-3 JACOB M DICK                REPORT FOR THE PERIOD FROM 1/01/05 TO 12/31/05
                      INITIAL INVESTMENT                                        482,017.96
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   484,539.47-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                         2,529.22
                      NET WORKING CAPITAL                                       484,547.18
                      BENCHMARK RATE OF RETURN                        15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                              72,614.52
                      CAPITAL GAINS AND LOSSES
                      DIVIDENDS AND INTEREST                                         7.71CR
                      REALIZED P/L                                                   7.71CR
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR               72,622.23
                      CURRENT CASH BALANCE
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                      TOTAL EQUITY
                      PRIOR YEAR END EQUITY                        2,521.51CR
                      ANNUALIZED RETURN FOR CURRENT YEAR              1.74 %
                      PROJECTED ANNUALIZED RATE OF RETURN            1.74 %
                      BUYING POWER              OVER/UNDER            557
```

DICK.SCHALL 000152QQ00125154

```
ACCOUNT #    1-CM325-3  JACOB M DICK                    REPORT FOR THE PERIOD FROM 1/01/06 TO 12/31/06
                        INITIAL INVESTMENT                                          557,161.70
                        PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR     557,161.70-
                        ADJUSTMENTS
                        CAPITAL ADDITIONS
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                         557,161.70
                        BENCHMARK RATE OF RETURN                       15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                                83,574.26
                        CAPITAL GAINS AND LOSSES
                        DIVIDENDS AND INTEREST
                        REALIZED P/L
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                 83,574.26
                        CURRENT CASH BALANCE
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                        TOTAL EQUITY
                        PRIOR YEAR END EQUITY
                        ANNUALIZED RETURN FOR CURRENT YEAR               .00 %
                        PROJECTED ANNUALIZED RATE OF RETURN              .00 %
                        BUYING POWER              OVER/UNDER             641
```

DICK.SCHALL 00015QQ00125166

```
ACCOUNT #   1-CM325-3 JACOB M DICK                    REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                      INITIAL INVESTMENT                                        640,735.96
                      PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   640,735.96-
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS
                      NET WORKING CAPITAL                                       640,735.96
                      BENCHMARK RATE OF RETURN                    15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                              96,110.39
                      CAPITAL GAINS AND LOSSES
                      DIVIDENDS AND INTEREST
                      REALIZED P/L
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR               96,110.39
                      CURRENT CASH BALANCE
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                      TOTAL EQUITY
                      PRIOR YEAR END EQUITY
                      ANNUALIZED RETURN FOR CURRENT YEAR            .00 %
                      PROJECTED ANNUALIZED RATE OF RETURN           .00 %
                      BUYING POWER                  OVER/UNDER      737
```

DICK.SCHALL 0000144 MADTQQ00125178

```
ACCOUNT #   1-CM883-3 JACOB M DICK REV LIVING TST    REPORT FOR THE PERIOD FROM 5/26/04 TO 12/31/04
                      INITIAL INVESTMENT                                    1,044,483.98CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR
                      ADJUSTMENTS
                      CAPITAL ADDITIONS                                       104,928.29CR
                      CAPITAL WITHDRAWALS
                      NET WORKING CAPITAL                                   1,149,412.27CR
                      BENCHMARK RATE OF RETURN                 15.00 %
                      BENCHMARK RETURN FOR 220 DAYS                           99,391.74CR
                      CAPITAL GAINS AND LOSSES                                56,464.39CR
                      DIVIDENDS AND INTEREST                                  13,483.10CR
                      REALIZED P/L                                           69,947.49CR   agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR            29,444.25-
                      CURRENT CASH BALANCE                                         .76CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS        1,219,359.00
                      TOTAL EQUITY                                         1,219,359.76CR
                      PRIOR YEAR END EQUITY
                      ANNUALIZED RETURN FOR CURRENT YEAR       10.55 %
                      PROJECTED ANNUALIZED RATE OF RETURN      10.50 %
                      BUYING POWER      1,219    OVER/UNDER        29-
```

DICK.SCHALL 00015   MADTSQQ00183414

```
ACCOUNT #    1-CM883-3 JACOB M DICK REV LIVING TST    REPORT FOR THE PERIOD FROM 1/01/05 TO 12/31/05
                      INITIAL INVESTMENT                                    1,248,804.01CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR         29,444.25
                      ADJUSTMENTS
                      CAPITAL ADDITIONS                                         1,517.53CR
                      CAPITAL WITHDRAWALS
                      NET WORKING CAPITAL                                   1,250,321.54CR
                      BENCHMARK RATE OF RETURN                    15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                           187,507.69CR
                      CAPITAL GAINS AND LOSSES                                107,701.86CR
                      DIVIDENDS AND INTEREST                                   13,652.80CR
                      REALIZED P/L                                            121,354.66CR      agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR             66,153.03-
                      CURRENT CASH BALANCE                                           .45CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,342,231.50
                      TOTAL EQUITY                                          1,342,231.95CR
                      PRIOR YEAR END EQUITY            1,219,359.76CR
                      ANNUALIZED RETURN FOR CURRENT YEAR          9.94 %
                      PROJECTED ANNUALIZED RATE OF RETURN         9.91 %
                      BUYING POWER       1,342      OVER/UNDER        96-
```

DICK.SCHALL 00016   MADTQQ00183426

```
ACCOUNT #   1-CM883-3 JACOB M DICK REV LIVING TST    REPORT FOR THE PERIOD FROM 1/01/06 TO 12/31/06
                      INITIAL INVESTMENT                                    1,437,829.23CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR         95,597.28
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS
                      NET WORKING CAPITAL                                   1,437,829.23CR
                      BENCHMARK RATE OF RETURN               15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                           215,674.38CR
                      CAPITAL GAINS AND LOSSES                                154,086.94CR
                      DIVIDENDS AND INTEREST                                   26,716.11CR
                      REALIZED P/L                                           180,803.05CR     agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR             34,871.33-
                      CURRENT CASH BALANCE
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,523,035.00
                      TOTAL EQUITY                                         1,523,035.00CR
                      PRIOR YEAR END EQUITY              1,342,231.95CR
                      ANNUALIZED RETURN FOR CURRENT YEAR          13.47 %
                      PROJECTED ANNUALIZED RATE OF RETURN         13.43 %
                      BUYING POWER        1,523     OVER/UNDER         130-
```

DICK.SCHALL 00001  MADTQQ00183438

```
ACCOUNT #   1-CM883-3 JACOB M DICK REV LIVING TST     REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                      INITIAL INVESTMENT                                    1,653,503.61CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR        130,468.61
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                     100,000.00
                      NET WORKING CAPITAL                                   1,553,503.61CR
                      BENCHMARK RATE OF RETURN                     15.00 %
                      BENCHMARK RETURN FOR 365 DAYS                           237,422.80CR
                      CAPITAL GAINS AND LOSSES                                149,937.63CR
                      DIVIDENDS AND INTEREST                                   16,597.67CR
                      REALIZED P/L                                            166,535.30CR     agree
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR            70,887.50-
                      CURRENT CASH BALANCE                                         .30CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS        1,589,570.00
                      TOTAL EQUITY                                         1,589,570.30CR
                      PRIOR YEAR END EQUITY              1,523,035.00CR
                      ANNUALIZED RETURN FOR CURRENT YEAR          11.46 %
                      PROJECTED ANNUALIZED RATE OF RETURN         11.43 %
                      BUYING POWER         1,590     OVER/UNDER       201-
```

DICK.SCHALL 00018 MADTQQ00183450