# EXHIBIT AZ

08-01789-cgm    Doc 13875-53    Filed 03/18/16    Entered 03/18/16 18:06:45    Exhibit
                    PW-73 Bernard L. Madoff Plea Allocution    Pg 2 of 4

08-01789-smb    Doc 21875-52    Filed 03/18/22    Entered 03/18/22 18:57:45    Exhibit AZ
                    Madoff RA Transcript    Pg 2 of 51

93CMMADP1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              09 CR 213 (DC)

 5   BERNARD L. MADOFF,

 6              Defendant.

 7   ------------------------------x

 8                                              New York, N.Y.
                                                March 12, 2009
 9                                              10:00 a.m.

10
     Before:
11
                         HON. DENNY CHIN,
12
                                                District Judge
13

14                          APPEARANCES

15   LEV L. DASSIN
          United States Attorney for the
16        Southern District of New York
     MARC O. LITT
17   LISA BARONI
          Assistant United States Attorneys
18
     DICKSTEIN SHAPIRO LLP
19        Attorneys for Defendant
     BY:  IRA LEE SORKIN
20        DANIEL J. HORWITZ
          NICOLE P. DE BELLO
21        MAURO M. WOLFE

22   ALSO PRESENT:  STEVEN GARFINKEL, FBI
                    KEITH KELLY, FBI
23                  JULIA SCHULTE HANISH, USDOJ, FBI
                    THEODORE V. CACIOPPI, FBI
24

25
```

1 advisory business to the London bank account of Madoff

2 Securities International Limited, a United Kingdom corporation

3 that was an affiliate of my business in New York. Madoff

4 Securities International Limited was principally engaged in

5 proprietary trading and was a legitimate, honestly run and

6 operated business. Nevertheless, to support my false statement

7 that I purchased and sold securities for my investment advisory

8 clients in European markets, I caused money from the bank

9 account of my fraudulent advisory business, located here in

10 Manhattan, to be wire transferred to the London bank account of

11 Madoff Securities International Limited.

12 There were also times in recent years when I had

13 money, which had originated in the New York Chase Manhattan

14 bank account of my investment advisory business, transferred

15 from the London bank account of Madoff Securities International

16 Limited to the Bank of New York operating bank account of my

17 firm's legitimate proprietary and market making business. That

18 Bank of New York account was located in New York. I did this

19 as a way of ensuring that the expenses associated with the

20 operation of the fraudulent investment advisory business would

21 not be paid from the operations of the legitimate proprietary

22 trading and market making businesses.

23 In connection with the purported trades, I caused the

24 fraudulent investment advisory side of my business to charge

25 the investment advisory clients four cents per share as a

08-01789-smb Doc 13875-58 Filed 08/12/16 Entered 08/12/16 18:57:45 Exhibit
Bernard L. Madoff Plea Allocution Pg 51 of 51

I (We) hereby certify that the foregoing is a true and accurate transcript, to the best of my (our) skill and ability, from my (our) stenographic notes of the proceeding.

_____
Official Court Reporter
U.S. District Court