# EXHIBIT BE

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 08-99000-smb

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

7          Debtor.

8  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

9  Adv. Case No. 08-01789-smb

10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11 SECURITIES INVESTOR PROTECTION CORPORATION,

12             Plaintiff,

13         v.

14 BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

15             Defendant.

16 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17 Adv. Case No. 10-04889-smb

18 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19 IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF THE BERNARD

20 L. MADOFF TRUST,

21             Plaintiff,

22         v.

23 THE ESTATE OF ROBERT SHERVYR,

24             Defendant.

25 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Page 2

1      United States Bankruptcy Court
2      One Bowling Green
3      New York, NY  10004
4
5      March 17, 2020
6      10:04 AM

21  B E F O R E :
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO: SHEA

Page 3

1  HEARING re 08-01789-smb Conference on Letter of Baker &
2  Hostetler dated March 5, 2020 re Mediation
3
4  HEARING re 10-04889-smb Status Conference
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   CHAITMAN LLP

 4        Attorneys for the Shervy Defendants

 5        465 Park Avenue

 6        New York, NY 10022

 7

 8   BY:  HELEN CHAITMAN (TELEPHONICALLY)

 9

10   BAKER HOSTETLER LLP

11        Attorneys for the Trustee

12        45 Rockefeller Plaza

13        New York, NY 10111

14

15   BY:  NICHOLAS J. CREMONA

16

17   ALSO PRESENT TELEPHONICALLY:

18

19   KEVIN H. BELL

20   DAVID J. SHEEHAN

21   JENNIFER ALLIM

22

23

24

25
```

1              THE COURT: Let me tell you what my thought is. I
2   don't have a problem with trying this one mediation that
3   gets scheduled. Is the mediator going forward in light of,
4   you know, the coronavirus?
5              MR. CREMONA: At the moment we have a mediation
6   scheduled for a half day on April 24th at 9 a.m. That's
7   part of the difficulty that we were having with JAMS. And,
8   you know, I have not met Mr. Hurkin-Torres, who Ms. Chaitman
9   is recommending, and who we've agreed to. And I assume he
10  has -- he's more than capable, he just does not have that
11  much availability, which, hence, is why we are out to April
12  24.
13             THE COURT: Things are going to slow down.
14             MR. CREMONA: I understand completely, Your Honor.
15  And everything is fluid. So as of now, that is scheduled to
16  go forward. That's all I can say.
17             THE COURT: Okay. Here's what I thought we should
18  do, and you can respond. Go forward with the one mediation.
19  Given the history of the parties or the counsel, if it
20  doesn't -- if mediation doesn't work, I don't see the
21  purpose to putting everybody through the time and effort of
22  mediation in the 59 other cases.
23             And what I would do -- this is something -- what
24  I've been thinking about doing, and this is something that
25  we talked about two or three years ago, is having a

1   consolidated trial on certain issues that seem to affect

2   every single case.  For example, whether the accounts from

3   which the transfers were made were held or owned by BLMIS or

4   Madoff personally.  I don't see the reason to try that case

5   -- that issue 60 times, if it can be avoided.  This issue of

6   whether or not it was a Ponzi Scheme, and if so, when it

7   began.  Whether there are other badges of fraud.  I don't

8   know if -- I think that could be done on an omnibus basis,

9   not on a case-by-case basis.  And this issue of allocation,

10  when BLMIS was buying T-bills and equity securities through

11  the proprietary trading market, whether it was allocating

12  those trades to customers.  It just seems to me that we

13  could try those issues in a consolidated trial.  And, you

14  know, then we can have individualized trials on the deposits

15  and withdrawals, once those are resolved, assuming they're

16  resolved in favor of the Trustee.

17          So what I'm suggesting then, for today, go forward

18  with your arbitration, we'll -- I'm sorry, mediation.  We'll

19  -- I'll schedule another conference for about two months

20  out, which is May already, we'll do it telephonically.

21          By the way, Mr. Cremona, I'm going to do these --

22  all these conferences telephonically now, we're going to

23  just telework.

24          MR. CREMONA:  I understand from the Clerk.

25          THE COURT:  And if it works, fine.  Then we'll

1                All right.  Thank you very much.  I think that
2     takes care of your one matter.  Right, Ms. Chaitman?
3                MR. CREMONA:  Actually, Your Honor --
4                MS. CHAITMAN:  No, there's --
5                THE COURT:  Oh, there's another one?
6                MR. CREMONA:  Yeah, the other matter is a request
7     by the Trustee for a 7056 Conference, which we would now
8     like to convert, but I'm happy to discuss that.  That's in
9     the Savin case, which is Adversary Proceeding Number 10-
10    4889.
11               THE COURT:  You know my view on these summary
12    judgment --
13               MR. CREMONA:  I completely --
14               THE COURT:  -- motions, particularly on the issues
15    I've identified, I have to try it.
16               MR. CREMONA:  I understand.  And that's -- what I
17    -- so, Your Honor, when I filed this letter, it was February
18    10, it was in response to a motion to withdraw the reference
19    that Ms. Chaitman filed in the Savin matter, which is now
20    pending before Judge Swain.  And the Trustee had since filed
21    his opposition to that motion.
22               THE COURT:  Oh, all right.
23               MR. CREMONA:  So at that point in time, we had
24    requested a 7056 Conference, but we've gotten subsequent
25    guidance from Your Honor, and subsequent guidance from Judge

Page 20

1                     C E R T I F I C A T I O N

2

3     I, Sonya Ledanski Hyde, certified that the foregoing

4 transcript is a true and accurate record of the proceedings.

5

6

7

8 Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20 Veritext Legal Solutions

21 330 Old Country Road

22 Suite 300

23 Mineola, NY 11501

24

25 Date:  March 18, 2020