# EXHIBIT 15

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\*  FOR ACCOUNT   NTC & CO.
MARCUM & KLIEGMAN LLP
ATTN: PETER BUELL

10 MELVILLE PARK ROAD
MELVILLE            NY   11747

PERIOD ENDING: 4/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-60320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | .45 |
| 4/04 | 72 |  | 2938 | VERIZON COMMUNICATIONS | 37.090 | 2,672.48 |  |
| 4/04 | 252 |  | 4153 | GENERAL ELECTRIC CO | 37.470 | 9,452.44 |  |
| 4/04 | 80 |  | 7233 | WELLS FARGO & CO NEW | 30.220 | 2,420.60 |  |
| 4/04 | 6 |  | 8448 | GOOGLE | 446.900 | 2,681.40 |  |
| 4/04 | 60 |  | 11528 | WAL-MART STORES INC | 52.970 | 3,180.20 |  |
| 4/04 | 10 |  | 12743 | GOLDMAN SACHS GROUP INC | 170.520 | 1,705.20 |  |
| 4/04 | 136 |  | 15823 | EXXON MOBIL CORP | 84.530 | 11,501.08 |  |
| 4/04 | 62 |  | 17038 | HEWLETT PACKARD CO | 46.270 | 2,870.74 |  |
| 4/04 | 36 |  | 21333 | INTERNATIONAL BUSINESS MACHS | 115.620 | 4,163.32 |  |
| 4/04 | 146 |  | 25628 | INTEL CORP | 21.470 | 3,139.62 |  |
| 4/04 | 72 |  | 29923 | JOHNSON & JOHNSON | 64.820 | 4,669.04 |  |
| 4/04 | 82 |  | 34217 | J.P. MORGAN CHASE & CO | 44.930 | 3,687.26 |  |
| 4/04 | 50 |  | 38512 | COCA COLA CO | 61.120 | 3,058.00 |  |
| 4/04 | 30 |  | 42807 | MCDONALDS CORP | 56.140 | 1,685.20 |  |
| 4/04 | 54 |  | 47102 | MERCK & CO | 38.310 | 2,070.74 |  |
| 4/04 | 202 |  | 51397 | MICROSOFT CORP | 28.780 | 5,821.56 |  |
| 4/04 | 22 |  | 61203 | APPLE INC | 145.880 | 3,209.36 |  |
| 4/04 | 100 |  | 64282 | ORACLE CORPORATION | 19.870 | 1,991.00 |  |
| 4/04 | 40 |  | 65498 | ABBOTT LABORATORIES | 54.910 | 2,197.40 |  |
| 4/04 | 42 |  | 68577 | PEPSICO INC | 71.360 | 2,998.12 |  |
| 4/04 | 62 |  | 69792 | AMERICAN INTL GROUP INC | 44.860 | 2,783.32 |  |
| 4/04 | 172 |  | 72872 | PFIZER INC | 20.930 | 3,605.96 |  |
| 4/04 | 108 |  | 74087 | BANK OF AMERICA | 39.460 | 4,265.68 |  |
|  |  |  |  | CONTINUED ON PAGE    2 |  |  |  |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
MARCUM & KLIEGMAN LLP
ATTN: PETER BUELL

10 MELVILLE PARK ROAD
MELVILLE         NY  11747

PERIOD ENDING: 4/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-G0320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/04 | 78 | | 77167 | PROCTER & GAMBLE CO | 69.900 | 5,455.20 | |
| 4/04 | 126 | | 78382 | CITI GROUP INC | 22.650 | 2,858.90 | |
| 4/04 | 54 | | 81462 | PHILLIP MORRIS INTERNATIONAL | 50.530 | 2,730.62 | |
| 4/04 | 76 | | 82677 | COMCAST CORP - CL A | 19.660 | 1,497.16 | |
| 4/04 | 30 | | 85757 | SCHLUMBERGER LTD | 86.410 | 2,593.30 | |
| 4/04 | 40 | | 86972 | CONOCOPHILIPS | 75.930 | 3,038.20 | |
| 4/04 | 152 | | 90052 | AT&T INC | 38.910 | 5,920.32 | |
| 4/04 | 150 | | 91267 | CISCO SYSTEMS INC | 24.470 | 3,676.50 | |
| 4/04 | 26 | | 94347 | UNITED PARCEL SVC INC CLASS B | 73.400 | 1,909.40 | |
| 4/04 | 54 | | 95562 | CHEVRON CORP | 85.210 | 4,603.34 | |
| 4/04 | 24 | | 98642 | UNITED TECHNOLOGIES CORP | 69.570 | 1,669.68 | |
| 4/04 | 48 | | 99857 | THE WALT DISNEY CO | 31.770 | 1,525.96 | |
| 4/04 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/04/08 | DIV | | 4.29 |
| 4/04 | | 5,355 | 20115 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,355.00 |
| 4/04 | | 150,000 | 24071 | U S TREASURY-BILL DUE  7/31/2008          7/31/2008 | 99.548 | | 149,322.00 |
| 4/04 | 25,000 | | 27454 | U S TREASURY BILL DUE 9/18/2008          9/18/2008 | 99.304 | 24,826.00 | |

CONTINUED ON PAGE      3

10-04762_Buell_0000002

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
MARCUM & KLIEGMAN LLP
ATTN: PETER BUELL

10 MELVILLE PARK ROAD
MELVILLE    NY    11747

PERIOD ENDING: 4/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-G0320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/04 | 4,785 | | 28405 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,785.00 | |
| 4/07 | 3,478 | | 35365 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,478.00 | |
| 4/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/23/08 | DIV | | 6.46 |
| 4/23 | | 8,263 | 58297 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,263.00 |
| 4/23 | 8,261 | | 62618 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,261.00 | |
| 4/30 | | | | J.P. MORGAN CHASE & CO DIV 4/04/08 4/30/08 | DIV | | 31.16 |
| 4/30 | 32 | | 72885 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 32.00 | |
| | | | | NEW BALANCE | | 1,707.94 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 152 | | | AT&T INC | 38.710 | | |
| | 40 | | | ABBOTT LABORATORIES | 52.750 | | |
| | 62 | | | AMERICAN INTL GROUP INC | 46.200 | | |
| | 22 | | | APPLE INC | 173.950 | | |
| | 108 | | | BANK OF AMERICA | 37.540 | | |
| | 54 | | | CHEVRON CORP | 96.150 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

10-04762_Buell_0000003

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
MARCUM & KLIEGMAN LLP
ATTN: PETER BUELL

10 MELVILLE PARK ROAD
MELVILLE            NY  11747

PERIOD ENDING: 4/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-G0320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 150 |  |  | CISCO SYSTEMS INC | 25.640 |  |  |
|  | 126 |  |  | CITI GROUP INC | 25.270 |  |  |
|  | 50 |  |  | COCA COLA CO | 58.870 |  |  |
|  | 76 |  |  | COMCAST CORP CL A | 20.550 |  |  |
|  | 40 |  |  | CONOCOPHILIPS | 86.150 |  |  |
|  | 48 |  |  | THE WALT DISNEY CO | 32.430 |  |  |
|  | 136 |  |  | EXXON MOBIL CORP | 93.070 |  |  |
|  | 252 |  |  | GENERAL ELECTRIC CO | 32.700 |  |  |
|  | 10 |  |  | GOLDMAN SACHS GROUP INC | 191.370 |  |  |
|  | 6 |  |  | GOOGLE | 574.290 |  |  |
|  | 62 |  |  | HEWLETT PACKARD CO | 46.350 |  |  |
|  | 146 |  |  | INTEL CORP | 22.260 |  |  |
|  | 36 |  |  | INTERNATIONAL BUSINESS MACHS | 120.700 |  |  |
|  | 82 |  |  | J.P. MORGAN CHASE & CO | 47.650 |  |  |
|  | 72 |  |  | JOHNSON & JOHNSON | 67.090 |  |  |
|  | 30 |  |  | MCDONALDS CORP | 59.580 |  |  |
|  | 54 |  |  | MERCK & CO | 38.040 |  |  |
|  | 202 |  |  | MICROSOFT CORP | 28.520 |  |  |
|  | 100 |  |  | ORACLE CORPORATION | 20.850 |  |  |
|  | 42 |  |  | PEPSICO INC | 68.530 |  |  |
|  | 172 |  |  | PFIZER INC | 20.110 |  |  |
|  | 54 |  |  | PHILLIP MORRIS INTERNATIONAL | 51.030 |  |  |
|  | 78 |  |  | PROCTER & GAMBLE CO | 67.050 |  |  |
|  | 30 |  |  | SCHLUMBERGER LTD | 100.550 |  |  |

CONTINUED ON PAGE    5

10-04762_Buell_0000004

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
MARCUM & KLIEGMAN LLP
ATTN: PETER BUELL

10 MELVILLE PARK ROAD
MELVILLE           NY  11747

PERIOD ENDING: 4/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-G0320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,293 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 26 | | | UNITED PARCEL SVC INC CLASS B | 72.410 | | |
| | 25,000 | | | U S TREASURY BILL DUE 9/18/2008  9/18/2008 | 99.444 | | |
| | 24 | | | UNITED TECHNOLOGIES CORP | 72.470 | | |
| | 72 | | | VERIZON COMMUNICATIONS | 38.480 | | |
| | 60 | | | WAL-MART STORES INC | 57.980 | | |
| | 80 | | | WELLS FARGO & CO NEW | 29.750 | | |
| | | | | MARKET VALUE OF SECURITIES      LONG              SHORT       160,365.70 | | | |

10-04762_Buell_0000005

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
MARCUM & KLIEGMAN LLP
ATTN: PETER BUELL

10 MELVILLE PARK ROAD
MELVILLE            NY  11747

PERIOD ENDING: 4/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-G0320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 215.26 |
| | | | | GROSS PROCEEDS FROM SALES | | | 299,253.00 |

10-04762_Buell_0000006