# EXHIBIT 18

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

## VERIFICATION OF ADDRESS CHANGE

Date: March 12, 2007          Account #:     1G0320

| New Address | Old Address |
|---|---|
| 1ST TRUST & CO<br>FBO JAMES M GOODMAN<br>Redacted | 1ST TRUST & CO<br>FBO JAMES M GOODMAN<br>Redacted |

Redacted

We have recently received a request for a change in your mailing address. For your protection we ask that you confirm your new mailing address by signing and returning this form. To insure that future mailings, account statements, checks, etc. are forwarded to the correct address you must return this form immediately. The change requested is noted above.

Client Signature: *[signature]*    Joint Signature: X ___ (All joint tenants must sign)    Date: 3/16/07 mm/dd/yyyy

**IMPORTANT:** If the new address is *not* correct, please contact us immediately at
**(800) 334-1343**

Redacted

AMF00186546