# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         1
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0    [Redacted]


                              BALANCE FORWARD                        507,780.46
12/01                         INTEL CORP                   DIV                    1,789.20
                              DIV 11/07/06 12/01/06
12/01                         WELLS FARGO & CO NEW         DIV                    2,892.96
                              DIV 11/03/06 12/01/06
12/05                         PFIZER INC                   DIV                    5,443.20
                              DIV 11/10/06 12/05/06
12/11                         CHEVRON CORP                 DIV                    3,538.08
                              DIV 11/17/06 12/11/06
12/11                         EXXON MOBIL CORP             DIV                    5,886.72
                              DIV 11/13/06 12/11/06
12/11                         INTERNATIONAL BUSINESS MACHS DIV                    1,436.40
                              DIV 11/10/06 12/09/06
12/11                         UNITED TECHNOLOGIES CORP     DIV                      801.36
                              DIV 11/17/06 12/10/06
12/12                         JOHNSON & JOHNSON            DIV                    3,402.00
                              DIV 11/28/06 12/12/06
12/14                         HOME DEPOT INC               DIV                    1,417.50
                              DIV 11/30/06 12/14/06
12/14                         MICROSOFT CORP               DIV                    2,671.20
                              DIV 11/16/06 12/14/06
12/15                         AMERICAN INTL GROUP INC      DIV                    1,330.56
                              DIV 12/01/06 12/15/06
12/15                         COCA COLA CO                 DIV                    1,953.00
                              DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

MDPTPP03456817

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                                1-H0024-3-0    [Redacted]




12/15                              TIME WARNER INC                 DIV                    693.00
                                   DIV 11/30/06 12/15/06
12/15                              WACHOVIA CORP NEW               DIV                  3,386.88
                                   DIV 11/30/06 12/15/06
12/21         15,372   1842        CITI GROUP INC                  54.580             838,389.76
12/21          3,528   3842        SCHLUMBERGER LTD                67                 236,235.00
12/21          6,300   6092        COMCAST CORP                    43.140             271,530.00
                                   CL A
12/21         12,096   8092        AT&T INC                        35.810             432,674.76
12/21         19,152  10342        CISCO SYSTEMS INC               27.730             530,318.96
12/21         12,600  12342        TIME WARNER INC                 21.710             273,042.00
12/21          6,804  14592        CHEVRON CORP                    75.110             510,776.44
12/21          3,276  16592        UNITED PARCEL SVC INC           76.630             250,908.88
                                   CLASS B
12/21         32,004  18842        GENERAL ELECTRIC CO             37.630           1,203,030.52
12/21          3,024  20806        UNITED TECHNOLOGIES CORP        62.410             188,607.84
12/21          1,260  23092        GOLDMAN SACHS GROUP INC        201.700             254,092.00
12/21          6,048  25024        WACHOVIA CORP NEW               57.430             347,095.64
12/21          6,300  27342        HOME DEPOT INC                  40.080             252,252.00
12/21         10,332  29274        WELLS FARGO & CO NEW            35.750             368,956.00
12/21          8,568  31592        HEWLETT PACKARD CO              40.020             342,549.36
12/21          7,560  33524        WAL-MART STORES INC             46.640             352,296.40
12/21          4,788  35842        INTERNATIONAL BUSINESS MACHS    95.800             458,499.40
12/21         18,396  37774        EXXON MOBIL CORP                76.800           1,412,077.80
12/21         17,892  40092        INTEL CORP                      21.100             376,806.20

                                   CONTINUED ON PAGE    3
```

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0      [Redacted]



12/21                    9,072 44342   JOHNSON & JOHNSON          66.780                    605,466.16
12/21                   10,584 48591   J.P. MORGAN CHASE & CO     48.410                    511,948.44
12/21                    6,300 52841   COCA COLA CO               48.990                    308,385.00
12/21                    2,772 57091   MERRILL LYNCH & CO INC     91.960                    254,803.12
12/21                    6,552 61341   ALTRIA GROUP INC           85.910                    562,620.32
12/21                    6,804 65591   MERCK & CO                 44                        299,104.00
12/21                    3,276 69841   MORGAN STANLEY             80.620                    263,980.12
12/21                   26,712 74091   MICROSOFT CORP             30.110                    803,230.32
12/21                    4,788 80642   ABBOTT LABORATORIES        48.170                    230,446.96
12/21                    8,064 84881   AMERICAN INTL GROUP INC    72.790                    586,656.56
12/21                   12,600 86841   ORACLE CORPORATION         18.050                    226,926.00
12/21                    3,528 89131   AMGEN INC                  70.630                    249,041.64
12/21                    5,040 91091   PEPSICO INC                63.210                    318,377.40
12/21                    3,780 93359   AMERICAN EXPRESS COMPANY   62.270                    235,229.60
12/21                   22,680 95341   PFIZER INC                 25.870                    585,824.60
12/21                   14,112 97591   BANK OF AMERICA            53.690                    757,109.28
12/21                    9,828 99591   PROCTER & GAMBLE CO        64.120                    629,778.36
12/21   16,250,000             42168   U S TREASURY BILL          99.063   16,097,737.50
                                       DUE 3/01/2007
                                             3/01/2007
12/21       15,617             46409   FIDELITY SPARTAN           1            15,617.00
                                       U S TREASURY MONEY MARKET
12/22                                  BANK OF AMERICA            DIV                         7,902.72
                                       DIV 12/01/06 12/22/06
12/29                                  FIDELITY SPARTAN           DIV                           110.86
                                       U S TREASURY MONEY MARKET
                                       DIV 12/29/06

                                       CONTINUED ON PAGE     4
```

```
[Redacted]
[Redacted]
[Redacted]                                                                12/31/06        4
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0      [Redacted]


12/29                              TRANS FROM 40 ACCT          JRNL                   292,069.00

12/29    8,375,000           2281 U S TREASURY BILL            98.682      8,264,617.50
                                  DUE 4/5/2007
                                        4/05/2007
12/29       10,001           6854 FIDELITY SPARTAN             1             10,001.00
                                  U S TREASURY MONEY MARKET
12/29                41,231 83587 FIDELITY SPARTAN             1                           41,231.00
                                  U S TREASURY MONEY MARKET
12/29            16,600,000 88904 U S TREASURY BILL            99.166                  16,461,556.00
                                  DUE 3/01/2007
                                        3/01/2007
12/29    8,375,000          97809 U S TREASURY BILL            98.780      8,272,825.00
                                  DUE 3/29/2007
                                        3/29/2007
                                  NEW BALANCE                                                    .02

                                  SECURITY POSITIONS           MKT PRICE
            10,001                FIDELITY SPARTAN             1
                                  U S TREASURY MONEY MARKET
         8,375,000                U S TREASURY BILL            98.780
                                  DUE 3/29/2007
                                        3/29/2007
         8,375,000                U S TREASURY BILL            98.682
                                  DUE 4/5/2007
                                        4/05/2007
                                  MARKET VALUE OF SECURITIES
                                       LONG           SHORT
                                  16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                              12/31/06        5
[Redacted]
[Redacted]
[Redacted]                          1-H0024-3-0    [Redacted]



                    YEAR-TO-DATE SUMMARY

              DIVIDENDS                                   285,425.85
              GROSS PROCEEDS FROM SALES                141,072,172.20
```

MDPTPP03456821