# EXHIBIT 9

```
              0 .   *

     63,864.42   +
         13.99   +
     63,878.41   *

     63,878.41   ÷
         83.875 =
        761.59   *

         83.875 ×
        761.    =
     63,828.88  +I
     63,828.88   ×
          0.025 =
      1,595.72   *

      1,595.72   ÷
          4.    ×
          8.    =
      3,191.44   *

      3,191.44  +I
        761.    ×
          2.25  =
      1,712.25   *

      1,712.25   ×
          0.03125 =
         53.51  +I
     67,073.83  ◊I
     67,073.83   ÷
      1,712.25  =
         39.17   *

         39.25   ×
      1,712.25  =
     67,205.81  -I
        131.98- *I

        131.98- ÷
          0.125 =
      1,055.84- *

      1,712.00   +
      1,052.00   -
        660.00   *
```

MADTSS00401002

L & C Lipkin                                                                56,180.81    80

| Date | Description | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6  2½  3/10 | 8.81 |
|  | 2107.13 |  |  | INA |  |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8  2½  5/8 | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz 7  2½  7/1 | 13.99 |
|  | 2676.92 |  |  |  |  |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | Aetna 8  2½  9/1 | 49.53 |
|  | 3,191.88 |  |  | Amax |  |
| 9/5 | Amax | 67,008— | 70,358.41 | 8  2½  10/30 | 62.29 |
|  | 3350.40 |  |  | Rockwell |  |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8  2½  12/31 | 15.94 |
|  | 3520.66 |  |  | Tomlinson |  |
| 12/31 | Check | 10,000— |  | " |  |
|  | Check Ⓐ |  | 5000— | " |  |

68,941.35

MADTSS00400966



MADTSS00401003

```
               0·     *

       61,201·49   ÷
             27·5  =
        2,225·51   *

             27·5  ×
          2,225·   =
       61,187·50  +I
       61,187·50   ×
            0·025  =
        1,529·69   *

        1,529·69   ÷
              4·   ×
              7·   =
        2,676·96   *

        2,676·96  +I
          2,225·   ×
            0·75   =
        1,668·75   *

        1,668·75   ×
          0·03125  =
             52·15 +I
       63,916·61  ◊I
       63,916·61   ÷
        1,668·75   =
             38·30 *

             38·375 ×
        1,668·75   =
       64,038·28  -I
          121·67- *I

          121·67- ÷
            0·125  =
          973·36- *

        1,668·00   +
          973·00   -
          695·00   *
```



MADTSS00400986







**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street. New York. NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ                28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225   27½        61,187.50


973    38¼        37217.25
                    30 41
                  ─────────
                  37186.84
695    38⅜ = 26670.63
                    21.72
                  ─────────
                  26648.91
7 = 28,67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

YOUR ACCOUNT NUMBER
YOUR TAX PAYER IDENTIFICATION NUMBER
PERIOD ENDING: 12/31/80
PAGE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| 12/22 | | 714 | | RESERVE OIL & GAS COM | 29 7/8 | | 16.26 |
| 12/30 | | 1330 | | INA CORP | | | 21,308.44 |
| 12/30 | | | | INA CORP | 30 | | 39,858.44 |
| | | | | INA CORP | | | 14.92 |
| 12/30 | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 12/30 | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | | HEINZ COM | | | 26.67 |
| 12/30 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 12/30 | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | | AETNA LIFE COM. | | | 9.77 |
| | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| 12/30 | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 12/30 | | | | AMAX INC. | | | 31.24 |
| | | | | AMAX INC $3. PFD | 64 | | 67,008.00 |
| | 1816 | | | ROCKWELL INTL | 34 1/8 | 61,934.68 | |
| | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | | | ROCKWELL INTL | | | 10.23 |
| | 2407 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 70,404.75 | |
| | | | | CHECK | | | 10,000.00 |
| | | | | CHECK | | | 5,000.00 |
| | | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

| | |
|---|---|
| HJ Heinz 170 3rd (?) | |
| | P= .35 C |
| 4/9/79 - 5/18 D | P= 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/84~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515