# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
               F O R M   F L A S H   D E F I N I T I O N
                   BOX DEFINITIONS - Page 1-1

   Left     Right                               Fill                          Spacing
   Edge     Edge     Top     Bottom   Width   Density  Density   Number   Horiz    Vert
   4        10       5       10       1       1        0         0        0        0

   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____
   _____   _____   _____  _____   _____  _____   _____    _____   _____   _____

   F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
   F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
      F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                  DATA MAPPER - Variable Text Locations
                  DTCS
                            ___ Millimeters ___
                            From  From  Right
   Ref      Definition      Page  Top   Left  Edge  Lines      Equation
     1  L1 Dont Print        1    5     5     100   1    NP
     2  Header Line 1        1    14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
     3  Header Line 2-3      1    17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
     4  Macro Calls          1    23.73 4     206   56   TRIM1/5
     5  Data                 1    23.73 8     206   56   COPYR4 TRIM7/67
     6                                                   A3502070/1/8/12
     7  L81                  1    5     5     100   1    PG
     8
     9
    10
    11
    12
    13
    14
    15

   F1=Flash F2=Print Def F3=Go To ___  F4=Prev Screen F5=Next Screen F9=Para Select
   F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
   F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```