# EXHIBIT 25



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

EACH UNIT = 10,040

SCHUPT

| Acct # | NAME | UNITS | NEED | WHY |
|---|---|---|---|---|
| ZR211 | EILEEN | 1.5 | 15 | SHUPT |
| C1277 | J.L. IRA | 2.0 | 20 | S |
| B0136 | JUDY | 1.5 | 15 | S |
| B0227 | JUDY IRA | 1.5 | 15 | S |
| ZB480 | PEG | .8 | 8 | S |
| ZB482 | PAM | .5 | 5 | S |
| R0126 | RITA | 1.5 | 15 | S |
| C1310 | JC PENS | X | (3) | LOSS FOR TAXES |
| S0431 | MYRA | 1.0 | 10 | S |
| L0174 | MERYL | .8 | 8 | S |
| D0020 | DOLINSKI | .8 | 8 | S |
| L0205 | GREGORY | .5 | 5 | S |
| L0214 | DEVON | .2 | 2 | S |
| L0157 | RUSSELL | .5 | 5 | S |
| K0093 | HEATHER K | 3.5 | 35 | AS PER DAVID K |
| D0028 | CARMEN | 5.0 | 55 | S |
| W0057 | WEISSER | 3.0 | 30 | (REQUIRED) |
| ZR179 | MEND | 21.5 | 215 | (REQ) |
| ZB032* | MAYFAIR | 319.0 | 3190 | 2600 EXTRA P+L + to BRING to 11% |
| ZA924 | LEVY AARON | 7.8 | 78 | (REQ) |
| ZR165 | ABE K | 1.4 | 14 | (REQ) |
| ZR172 | SEY K | 1.4 | 14 | (REQ) |
| ZR097 | Rhoda GAGA | .4 | 4 | (REQ) |
| ZB143 | ED JELRIS | 11.6 | 116 | (REQ) |
| ZR010 | Rich GLANTZ | 9.8 | 98 | (REQ) |
| ZB348 | SPERLING | 1.0 | 10 | (REQ) |
| ZA041 | MANN E | .6 | 6 | (REQ) |
| ZA210 | MANN P | .6 | 6 | (REQ) |
| L0124 | NOEL | 38.5 | 385 | 1/2 % CAP   CAP = 77 AM from his LIST |
| E0116* | MANJIA | 92.2 | 822 | 300 EXTRA P+L + to BRING to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | 12B032 NEED 50 |
| 133 | NEED 129 | | | 12B046 NEED 485 |
| 155 | NEED 109 | 522 | | 12B249 NEED 55 |
| 159 | NEED 61 | | | 2600 + 590 = (3190) |
| | 300 + 522 = (822) | | | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| ACCT # | NAME | # NEEDED | WHY | (.446 EACH) UNITS | COMMENTS ETC... |
|---|---|---|---|---|---|
| 10.0002 650 | O'HARA F.P. | 21 | SCHOPT | 14.0 | |
| 10.0013 147 | BERN IRA | 4 | sch | 3.0 | |
| 10.0018 143 | J+B JOINT | 3 | sch | 2.0 | |
| 1P0111 275 | G+S JOINT | 3 | sch | 2.0 | 12B5 |
| 1C1094 X | EILEEN ○ | 4 | sch | 3.0 | 12R2 |
| 1C1277 27 | JODI IRA | 10 | sch | 7.0 | 12R31.0 |
| 1B0136 160 | JUDY | 13 | sch | 9.0 | |
| 1B0227 264 | JUDY IRA | 8 | sch | 6.0 | |
| 12B480 400 | PEGGY | 15 | sch | 10.0 | |
| 12B482 116 | PAM | 4 | sch | 3.0 | |
| 12R211 151 | EILEEN IRA ○ | 6 | sch | 4.0 | |
| 1S0008 | J. SALA + DEMI | 14 | PAST PERFOR ACCT N/W | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 | ASHA | 7 | PAST PERFORMANCE ACCT N/W | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 | RUSS | 6 | sch | 4.0 | |
| 1L0205 | GREGORY | 5 | sch | 4.0 | |
| 1L0214 | DEVON | 5 | sch | 4.0 | |
| 1D0020 | D.F.F | 5 | sch | 4.0 | |
| 1L0174 | MERRYL | 7 | sch | 5.0 | |
| 1S0431 | MYRA | 7 | sch | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch | 4.0 | |
| 1D0018 200 231 X | MOM | 91 | sch | 63.0 | |
| 12R028 | SARAH COHEN | * | sch | 1.0 | * ACCT CLOSED ONE TIME DEAL |
| 1R0126 | RITA | 15 | sch | 10.0 | |
| 1D0070 | CARMEN | 75 | sch | 52.0 | |
| 1D0028 | CARMEN | 65 | sch | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 | MENDELOW S | 215 107.5 | REQ | 75.0 | |
| 12R180 | MENDELOW N | 107.5 | REQ | 75.0 | |

65,000 OPT TRD 3/05 FOR '04

KARY, KU017 ADDED  64,260  MANUAL OF for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| ACCT # | NAME | $ NEEDED | WHY? | MKT EACH UNIT | COMMENTS ETC... |
|---|---|---|---|---|---|
| 12A924° | JOEL LEVY | 78 | REQ ✓ | 54.0 | |
| 12R165° | ABE KLEINMAN | 14 | REQ ✓ | 10.0 | |
| 12R172° | SEYMORE KLEINMAN | 14 | REQ ✓ | 10.0 | |
| 12R097° | RHODA GAAA | 4 | REQ ✓ | 3.0 | |
| 12B143° | JECRIS | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. GLATZ IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | JERRY SPERLING | 10 | REQ ✓ | 7.0 | |
| 12A041° | MARJ ENG | 6 | REQ ✓ | 4.0 | |
| 12A210° | MARJ PLATEIS | 6 | REQ ✓ | 4.0 | |
| 1C0124° | NOEL LEVINE | 362 | w/ e'12% LIST ✓ | 250.0 | 72.4 CAP @ ½% |
| | | | | | |
| 1E0165° | ENGLER GRAT | 20 | needs to be 11% ✓ | 14.0 | GOES TO 11% |
| 1E0156° | ENGLER QTIP ✓ | 21 | ✓ | 14.0 | 300 EXTRA @ 116 |
| 1E0116° | MARJA ✓ | 10 (300 EXTRA PUT HERE) | ✓ | 7.0 | |
| 1E0133° | MARJA ✓ | 31 | ✓ | 21.0 | |
| 1E0155° | ENGLER F.T ✓ | 26 | FIXED 205 300 160 | 18.0 | |
| 1E0159° | MARJA IRA ✓ | 30 | ptc | 21.0 | |
| FRANK ↓ | | S/B 660,000 PUT SP IN 2005 | ✓ | DID | $600,000 JAN '05 DONE |
| 12B046° | GROSVENOR | 66,000 | ✓ | 46.0 | |
| 12B032● | MAYFAIR | 108,000 + 1680 ASPEN P.P. F.A = 1785000 | ✓ | 1235.0 | |
| 12B249● | MAYFAIR BOOK | 270,000 | ✓ | 187.0 | |
| 12B509● | ASTER | 42,000 | ✓ | 29.0 | |
| 12B262● | STRATHAM | 26,000 | ✓ | 18.0 | |
| 12A879● | KEN JORDAN | 20,000 | ✓ | 14.0 | |
| 12B510● | ST JAMES | 42000 | ✓ | 29.0 | |

6980 767
74128

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JV 1370 | COMMENTS |
|---|---|---|---|---|---|
| 1:00002 X |  | 25 |  | 19 | to 14 |
| 100013 X |  | 7 |  | 5 |  |
| 100018 X |  | 6 |  | 5 |  |
| 1P0111 X |  | 10 |  | 8 |  |
| 1C 1094 X |  | 4 |  | 3 |  |
| 1C 1277 X |  | 30 |  | 22 |  |
| 1B 0136 X |  | 15 |  | 11 |  |
| 1B 0227 X |  | 25 |  | 19 |  |
| 12B 480 X |  | 16 |  | 12 |  |
| 12B 482 X |  | 7 |  | 5 |  |
| 12R 211 X |  | 10 |  | 8 |  |
| 1S 0008 0 (low 2005) |  | 10 |  | 8 |  |
| 1R 0186 ✓ |  | 5 |  | 4 |  |
| 1L 0157 ✓ |  | 6 |  | 5 |  |
| 1L 0205 ✓ |  | 6 |  | 5 |  |
| 1L 0214 ✓ |  | 4 |  | 3 |  |
| 1D 0020 ✓ |  | 7 |  | 5 |  |
| 1L 0174 ✓ |  | 6 |  | 5 |  |
| 1S 0431 ✓ |  | 8 |  | 6 |  |
| 1M 0200 ✓ |  | 14 |  | 11 |  |
| 1T 0010 ✓ |  | 17 |  | 12 |  |
| 1C 1328 ✓ |  | 3 |  | 3 |  |
| 1D 0018 ✓ |  | — |  | — |  |
| 12R 028 X |  | — |  | — |  |
| 1R 0126 ✓ |  | 8 |  | 6 |  |
| 1D 0070 X |  | — |  | — |  |
| 1D 0028 X |  | — |  | — |  |
| 1W 0057 X | X | — |  | — |  |
| 12R 179 |  | 108 | ux 30 | 78 |  |
| 12R 180 |  | 108 | ux 30 | 78 |  |
|  |  |  |  | 346 |  |

TOTAL 3008

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UP115 @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 | | 78 | | 57 | |
| 12R165 | | 14 | | 11 | |
| 12R172 | | 14 | | 11 | |
| 12R097 | | 4 | | 3 | |
| 12B143 | | 116 | | 85 | |
| 12R010 | | 98 | | 72 | |
| 12B348 | | 10 | | 8 | |
| 12A011 | | 6 | | 5 | |
| 12A210 | | 6 | | 5 | |
| 1C012 | | 351 | | 256 | |
| 1E0165 | | 11 | | 8 | |
| 1E0156 | | 11 | | 8 | |
| 1E0116 | | — | | — | 300 GOES IN IN 2006 for 05 |
| 1E0133 | | 16 | | 12 | |
| 1E0155 | | 13 | | 10 | |
| 1E0159 | | 74 | | 54 | |
| 12B046 | | 1680 | | 1227 | |
| 12B032 | | 109 | | 80 | |
| 12B249 | | 148 | | 108 | |
| 12B509 | | 356 | | 260 | |
| 12B262 | | 180 | | 132 | |
| 12A179 | | 57 | | 42 | |
| 12B510 | | 284 | | 208 | |
| | | | | 2662 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEW $ | | V @ 2086 | NOT |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVS | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | 58 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MAN ENG | 6 | | 3 | ✓ |
| 12A210 | MAN PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ETAL | 630 | | 300 | ✓ |

Closed 6/26/07

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | # NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ±350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 ⓐ | KAREN | — | ALREADY KOKO OVER w/ⓐ | — | ✗ |
| 1L0214 ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER w/ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 1ZR211 | 5.0 |
| J.B IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 1ZR179 | 75.0 |
| NANCY | 1ZR180 | 86.0 |
| MAJ PEN | 1ZB249 | ~~25.0~~ 200.0 ✓ |
| MAJ | 1ZB032 | 2000.0 |
| GROJ | 1ZB046 | ~~500.0~~ 400.0 |
| LEVY | 1ZA924 | 58.0 |
| ABE KLEIN | 1ZR165 | 11.0 |
| SEY KLEIN | 1ZR172 | 11.0 |
| RHODA (GAJA) | 1ZR097 | 3.0 |
| ED | 1ZB143 | 87.0 |
| Rich | 1ZR010 | 73.0 |
| SPERLING | 1ZB348 | 8.0 |
| M ENG | 1ZA041 | 5.0 |
| M PLAT | 1ZA210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| M.P.T.P (CW) | 1E0116 | ~~~~ 265.0 |
| (IRA) | 1E0159 | ~~~~ 42.0 |
| | 1E0155 | ~~~~ 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131