# EXHIBIT 7

CHASE

| CKS out | WIRE / TRANS / MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
| --- | --- | --- | --- | --- | --- |
| (1899975.56) (330000.00) NL | -1000000.00 MS -1375000.00 MJG -3000000.00 [illegible] -150000.00 MARDEN -500000.00 [illegible] -600000.00 RABN -4000.00 OAKDALE +562211.75 | CROESUS +390000.00 | 6/16 | 314 139 733.11 | |
| - 72000.00 CHELA (1579935.00) | -250000 MANSEL +5000000.00 THEMA +372107.28 | | 6/17 | 317 627 505.39 | 17600- |
| - 500000.00 SHALL (328000.00) | -144000.00 BLM -3050000.00 RUBIN -1500000.00 [illegible] Sterling -62017.52 +1190000.00 | | 6/18 | 313 857 522.91 | |
| - 600000.00 BIRDLAKE (2704411.00) | -150000.00 ANS ENIE S.S. -400000.00 -50000.00 MARDEN EVENSTAD +3000000.00 +654891.00 +1000000.00 SCHWARTZ | +1000000.00 HAYMAN +1000000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300000 - BFS +600000 - BFS (92350-) | -75000 - [illegible] +5000000 - Litwin -600000 - [illegible] -2700000 - [illegible] +5000000 - Litwin -450000 - ANEW -2000000 - BNP +247890.09 | + 300000.00 Bermam | 6/20 | 291 558 009.00 | |
| -1300000.00 SACHS (1220270.00) | +2500000.00 LAZARUS +2500000.00 [illegible] -500000.00 [illegible] +32000.00 +3999975 - CARLSTON +2000000 - SLAVIN +800000.00 LEHRER 636 567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2981000.00) | +2000000.00 MEDIN DOUGH +298387.50 PELNICK -45000.00 ANCY +250000.00 LEARNING [illegible] -1000000.00 [illegible] -500000.00 [illegible] +419788.58 +1000000 - SHECKMAN | INT ADJ 4/24 AS PER DAN B. -2244008.72 | 6/24 | 294 734 256.38 | [illegible] +180 [illegible] |
| -1000000.00 KOAN -4000000.00 HUBBARD (18112446.43) | -2000000.00 MEDCA -1300000.00 KAPLAN -2000000 [illegible] -500000.00 SCHIFF -1700000.00 [illegible] -1400000.00 [illegible] +700000.00 | | 6/25 | 261 351 809.95 | |
| -10000000.00 BRANCH (1251557.44) | +70000.00 [illegible] 78000.00 CADMUS +100000.00 BERMAN +290000.00 STEIN +291642.78 | +5000000.00 ALM-FIRLLIN | 6/26 | 300 929 895.29 | |
| - 500000 - Jalon (1841219.46) | -[illegible] - Jacobs -[illegible] - [illegible] -[illegible] - Engelers 1008646153 Lewis -20000000 - Thybo -1600000 - [illegible] 1000000 - Mittleman 702955.71 | -1200000 - [illegible] -15963960 - Amazon -90000 - [illegible] | 6/27 | | [illegible] |
| +3000000 - Sonnenberg +50000000.00 BLM [illegible] | +10000000 - MA[illegible] +496518.90 Fisher +1500000 - Rumin +1000000 - Smith +275000 [illegible] Cottage +2200000.00 | +45000000 - BLM SPEC | 6/27 | 375 920 404.13 | 21703.51 |
| (1780376-) (550000.00) NL | -3000000.00 STERLING -500000.00 [illegible] -725000 [illegible] -12000000 TREMONT -238000.00 BNP -2000000.00 RFP +466000 - ALPHA +1459593.25 | +5200000.00 TURBO +3626559.00 STERLING +16999975.00 M INVEST | 6/30 | 350 233 155.38 | CKS [illegible] +1000000 +1340000 |
| (250000000-) [illegible] (2000) Annette (1405040-) NL | -300000 - Picower -251000 - Maida [illegible] -1000000 - Klein -350000 - [illegible] -2000000 - Thybo -100000 - Marden +[illegible] - Nedely +1759716 | +757898.47 - Bigos +425817.50 - Berman | 7/1 | | |
| +12999985 - Benjamin [illegible] +600000 - Masons | +5767 [illegible] +10000 [illegible] +95000 [illegible] -[illegible] - Cohen -[illegible] - [illegible] +3229945 [illegible] +3529950.53 [illegible] +[illegible] - Hart | -59100 BLM Spec | | 119 669 026.51 | |
| (1500) (5657350.55) | -48000 - Wilson -50000 - [illegible] -1130000 - BNP +15000 - Robins -[illegible] - Schier -100000 [illegible] +[illegible] Hypres +70000 - Downstown +1571666.68 | +500000 - Turbo +[illegible] - Harmony | 7/2 | 110 496 862.64 | |
| (2695525.04) | -500000 - [illegible] -[illegible] - Low -4624535.92 [illegible] -7500 [illegible] +1000000.00 [illegible] +4654555.00 Cohen +3000000.00 Ascot +155000.00 | +1000000.00 Avalax +2000000.00 broad MKT | 7/3 | 140 041 336.68 | |
| (677000.00) (110000.00) NL | +1800000.00 RPPIJ +2700000.00 FRIEDMAN -150850 - HARDEN +3715585.00 [illegible] AMER MASTERS +12000000.00 +1913 [illegible] +41 [illegible] PASH [illegible] | +400000.00 RBD +600000.00 [illegible] | 7/7 | 163 254 89[illegible].69 | CK R[illegible] +14000- +8000- |