# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
−    65 Cks out
+    20 Wire In – Westwood
+   200     "      " – Primeo CLB
+   500     "      " – N Sachs
+  1100     "      " – Schupak
+  2000     "      " – Yesod
+  3000     "      " – BPI Multi Advisors
+  1762 My Deposit 200H C+H 500H E+H
                              278H ARB 784A+B
−  14200 Tony Out
−  27300 Wire Out – Bankers
−   3 2800   "     "  – Bk of NY
−  10 000   "     "  – Credit Lyons
+  15000 W.C. Deposit
+ 22937
_____
65 000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  BAL 3-28
- 15 823  Cks out *
-    369  ct out - Monroe
-    175  Wire Out - Marden
-    650    "     "  - Cigna
-   1000    "     "  - Tremont
-   1000    "     "  - Stan (Brighton)
-   9000  Tony Out
+  27300  Wire In - Chem
────────
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1 N.C.
           80 mil    4-1 Picower
          545 M      4-5 Picower
Wiring Out 1.7 mil   4-1 Marden
           150 M     4-1 Marden
           100 M     4-1 MALD/AUCD
           2 mil     4-1 Hadassah
           50 M      4-2 Marden
           250 M     4-2 Goodman
           1.875 M   4-3 Greenwich
           1 mil     4-4 Lagoon

MADTSS00244688