# EXHIBIT 2

**Documents Considered**                                             **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | JPMSAF0051915 | JPMSAF0051915 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | JPMSAF0062460 | JPMSAF0062460 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | JPM-STEIN00000001 | JPM-STEIN00001408 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | JPM-YANK00000126 | JPM-YANK00000932 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | MADWAA00067979 | MADWAA00067980 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | MADWAA00131405 | MADWAA00131494 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | MADWAA00150335 | MADWAA00150336 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | MADWAA00205558 | MADWAA00205559 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | MADWAA00292512 | MADWAA00292513 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | MADWAA00306130 | MADWAA00306131 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MADWAA00333261 | MADWAA00333262 |
| 10-04762_Buell_0000001 | 10-04762_Buell_0000044 | MADWAA00364230 | MADWAA00364231 |
| 10-04762_GOBCAA0000001 | 10-04762_GOBCAA0000186 | MDPTPP03412246 | MDPTPP03412247 |
| 10-05079_Goodman_0000001 | 10-05079_Goodman_0001343 | MDPTPP03412307 | MDPTPP03412312 |
| AMF00186537 | AMF00186653 | MDPTPP03412326 | MDPTPP03412329 |
| FISERV_GOODMAN-00001 | FISERV_GOODMAN-00065 | MDPTPP03412374 | MDPTPP03412379 |
| GOODMAN.BUELL 000001 | GOODMAN.BUELL 000037 | MDPTPP03412466 | MDPTPP03412468 |
| JPM-GOODMAN1_00000001 | JPM-GOODMAN1_00000071 | MDPTPP03412586 | MDPTPP03412590 |
| JPM-MILLER00000001 | JPM-MILLER00001439 | MDPTPP03412653 | MDPTPP03412658 |
| JPMSAF0001182 | JPMSAF0001182 | MDPTPP03412730 | MDPTPP03412735 |
| JPMSAF0013175 | JPMSAF0013175 | MDPTPP03412796 | MDPTPP03412800 |
| JPMSAF0029322 | JPMSAF0029322 | MLPFS_GOODMAN000001 | MLPFS_GOODMAN004628 |
| JPMSAF0040340 | JPMSAF0040341 | PUBLIC0612877 | PUBLIC0612879 |

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee and Verification [Omnibus]

Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Plaintiff's Initial Disclosures

Plaintiff's Amended Initial Disclosures

Plaintiff's Second Amended Initial Disclosures

[Defendants'] Initial Disclosures

Responses and Objections of Defendant Audrey Goodman as Personal Representative of the Estate of James M. Goodman to Trustee's First Request for Production of Documents

Responses and Objections of Defendant Audrey Goodman as Personal Representative of the Estate of James M. Goodman to Trustee's First Set of Interrogatories and Verification

Responses and Objections of Defendant Estate of James M. Goodman to Trustee's First Request for Production of Documents

Responses and Objections of Defendant Estate of James M. Goodman to Trustee's First Set of Interrogatories and Verification

Declaration of Peter E. Buell, Certified Public Accountant

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of Bruce Goodman for Adv. No. 10-04762 (SMB), dated August 2, 2017