# EXHIBIT 6

**Reconciliation and Tracing Results - Goodman NTC Account**

| | | | | | | | | | | BLMIS Bank Account Data | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 29830 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 1/2/2001 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 121482 | MADWAA00150335-36 | | | n/a - prior to Two Year Period | | |
| 214896 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 4/23/2001 | 40 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 11111 | 5847 | n/a - deposit | | |
| 225932 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 1/4/2002 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 131492 | JPMSAF0001182 MADWAA00067979-80 | | | n/a - prior to Two Year Period | | |
| 279118 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 4/2/2003 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 143233 | JPMSAF0013175 MADWAA00306130-31 | | | n/a - prior to Two Year Period | | |
| 188831 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 12/2/2004 | (175,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 159331 | JPMSAF0029322 MADWAA00333261-62 | | | n/a - prior to Two Year Period | | |
| 277522 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 12/5/2005 | (175,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169576 | JPMSAF0040340 JPMSAF0040341 MADWAA00364230-31 | | | n/a - prior to Two Year Period | | |
| 7602 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 12/14/2006 | (175,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180321 | JPMSAF0051915 MADWAA00205558-59 | | | JPMorgan Chase Bank, NA | xxxxxxxx5965 | James M. Goodman |
| 235394 | 1G0320 | NTC & CO. FBO JAMES M GOODMAN (xx1278) | 12/12/2007 | (175,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191465 | JPMSAF0062460 MADWAA00292512-13 | | | JPMorgan Chase Bank, NA | Unknown | FOR DEPOSIT ONLY (check payee is Fiserv Trust Company FBO James M Goodman (xx1278))[4] |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The cancelled check from BLMIS records identifies JPMorgan Chase Bank as the banking institution that received funds from BLMIS, but did not contain the name of the account holder of the bank account in receipt of funds from BLMIS. However, based on my review of available bank records produced to the Trustee by JPMorgan Chase Bank, and the Pensco Traditional/Roth IRA Transfer/Rollover Request Form (*see* PUBLIC0612877-79), NTC or NTC-related entities held at least one account at JPMorgan Chase Bank. Based on these documents, and based on my analysis of the 12/12/2007 cash withdrawal from the Goodman NTC Account (as detailed in **Exhibit 7**), I conclude that the holder(s) of the bank account at JPMorgan Chase Bank identified through my tracing analysis are NTC or NTC-related entities. As of the date of this report, the relevant bank records related to the bank account(s) held at JPMorgan Chase Bank by NTC or NTC-related entities that received funds from BLMIS via check were not available for my review.