# EXHIBIT 7

**Analysis of the 12/12/2007 Cash Withdrawal from the Goodman NTC Account**

| | | | | | *Tracing Results - per BLMIS Bank Records [2]* | | | *Analysis of Cash Withdrawal Reflected in the NTC Quarterly Account Statement* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Banking Institution | Bank Account Number | Potential Bank Account Holder | Date of Inflow | Amount of Inflow[3] | Transaction | Transaction Description | Date of Outflow | Amount of Outflow | Transaction | Transaction Description | NTC Account Statement Bates Reference |
| 235394 | 12/12/2007 | (175,000) | CW | CHECK | JPMorgan Chase Bank, NA | *Unknown* | NTC | 12/14/2007 | 175,000 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 12/12/2007) | 12/14/2007 | (175,000) | IRA DISTRIBUTION | For Tax Year 2007[4] | FISERV_GOODMAN-00022-24 10-04762_Buell_0000043 |
| | | | | | | | | | **$ 175,000** | | | | **$ (175,000)** | | | |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] *See* **Exhibit 6**.

[3] The inflow per the NTC quarterly account statement represents funds from BLMIS to NTC, consistent with the results of my tracing analysis summarized in **Exhibit 5** and detailed in **Exhibit 6**.

[4] The total gross distribution for 2007 of $175,000 is reflected on the 2007 Form 1099-R for James M. Goodman, an IRS form that reports distributions from IRAs. *See* FISERV_GOODMAN-00040.