# Exhibit 8

# Exhibit 8 – Excerpt from the Checkbook File

| Account | Acct_Type | Transaction | Amount_Value | Amount | Negative/Decimal | NegDoc_Alpha | NegDoc_Convert | Int_Test | Signed_Amount | Signed_Full_Amount | Desc | YY | MM | DD | User | Date | Hour | Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A0044 | 3 | CW | 2 | 18000.00 | 00 | | 0 | | 18000.00 | 18000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:15 | |
| 1A0044 | 3 | CW | 2 | 150000.00 | 00 | | 0 | | 150000.00 | 150000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEIA | 1/29/08 | 15:31 | |
| 1A0004 | 3 | GA | 2 | 17182.80 | 00 | | 0 | | 17182.80 | -17182.80 | CHECK WIRE | 8 | 12 | 12 | ALETHEIA | 1/08/08 | 13:47 | |
| 1A0126 | 3 | CW | 2 | 5000.00 | 00 | | 0 | | 5000.00 | 5000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 1/20/08 | 13:37 | |
| 1A0115 | 3 | CA | 2 | 900000.00 | 00 | | 4 | | 690000.00 | -900000.00 | CHECK WIRE | 8 | 12 | 1 | DOROTHY | 1/10/08 | 16:18 | |
| 1A0116 | 3 | CW | 2 | 1298.00 | 04 | | | | 1298.00 | 1298.34 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:50 | |
| 1A0140 | 3 | CA | 2 | 1206286000.00 | 0A | K | 2 | | 1206286.02 | 1206286.02 | CHECK WIRE | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:33 | |
| 1A0140 | 3 | GA | 2 | 6432.00 | 01 | | 50 | | 6432.00 | 6432.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:34 | |
| 1B0011 | 3 | CW | 2 | 90000.00 | 00 | | 0 | | 90000.00 | 90000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:04 | |
| 1B0020 | 3 | GA | 2 | 500000.00 | 00 | | 0 | | -500000.00 | -500000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:26 | |
| 1B0038 | 3 | CW | 2 | 116000.00 | 00 | | 0 | | 116000.00 | 116000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:04 | |
| 1B0061 | 3 | CW | 2 | 7000.00 | 00 | | 0 | | 7000.00 | 7000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:04 | |
| 1B0061 | 3 | CW | 2 | 3250000.00 | 00 | | 0 | | 3250000.00 | 3250000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:47 | |
| 1B0061 | 3 | GA | 2 | 99500.00 | 00 | | 0 | | 99500.00 | 99500.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:36 | |
| 1B0061 | 3 | GA | 2 | 60000.00 | 00 | | 0 | | 60000.00 | -60000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 15:16 | |
| 1B0081 | 3 | CA | 2 | 84200.00 | 00 | | 0 | | 84200.00 | 84200.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 15:16 | |
| 1B0081 | 3 | GA | 2 | 40000.00 | 00 | | 0 | | 40000.00 | -40000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:36 | |
| 1B0096 | 3 | GA | 2 | 88200.00 | 00 | | 0 | | 88200.00 | -88200.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 15:16 | |
| 1B0147 | 3 | CW | 2 | 68000.00 | 00 | | 0 | | 68000.00 | 68000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:04 | |
| 1B0149 | 3 | CW | 2 | 2500.00 | 00 | | 0 | | 2500.00 | 2500.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:04 | |
| 1B0179 | 3 | CW | 2 | 105000.00 | 00 | | 0 | | 105000.00 | 105000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:04 | |
| 1B0224 | 3 | CW | 2 | 25700.00 | 00 | | 0 | | 25700.00 | 25700.00 | CHECK | 8 | 12 | 9 | ALETHEIA | 1/09/08 | 13:59 | |
| 1B0225 | 3 | CW | 2 | 120000.00 | 00 | | 0 | | 120000.00 | 120000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:59 | |
| 1B0259 | 3 | CW | 2 | 125000.00 | 00 | | 0 | | 125000.00 | 125000.00 | CHECK WIRE | 8 | 12 | 5 | ALETHEIA | 1/08/08 | 15:47 | |
| 1B0268 | 3 | CW | 2 | 1200000.00 | 00 | | 0 | | 1200000.00 | -1200000.00 | CHECK | 8 | 12 | 5 | ALETHEIA | 1/08/08 | 15:47 | |
| 1B0294 | 3 | GA | 2 | 80000.00 | 00 | | 0 | | 80000.00 | 80000.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEIA | 1/08/08 | 13:04 | |
| 1C0025 | 3 | CA | 2 | 8000.00 | 00 | | 0 | | 8000.00 | 8000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:04 | |
| 1C0044 | 3 | CA | 2 | 80000.00 | 00 | | 0 | | 80000.00 | 80000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:16 | |
| 1C0044 | 3 | GA | 2 | 443936.00 | 24 | R | 29 | | 443936.29 | -443936.29 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 12:04 | |
| 1C0044 | 3 | CW | 2 | 90000.00 | 00 | | 0 | | 90000.00 | 90000.00 | TRANS TO 1CM06610 | 8 | 12 | 9 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0044 | 3 | CW | 2 | 500000.00 | 00 | | 0 | | 500000.00 | 500000.00 | TRANS TO 1CM06810 | 8 | 12 | 9 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0046 | 3 | CW | 2 | 500000.00 | 00 | | 0 | | 500000.00 | 500000.00 | TRANS FROM 1CM06450 | 8 | 12 | 9 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0060 | 3 | CA | 2 | 50000.00 | 00 | | 0 | | -50025.00 | -50025.00 | TRANS FROM 1CM06450 | 8 | 12 | 9 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0070 | 3 | CW | 2 | 10000.00 | 00 | | 0 | | 10000.00 | 10000.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEIA | 1/09/08 | 12:38 | |
| 1C0081 | 3 | CW | 2 | 125665.00 | 00 | | 0 | | 1325663.00 | 1325663.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEIA | 1/10/08 | 15:16 | |
| 1C0085 | 3 | CA | 2 | 262486.00 | 47 | | 0 | | 262486.47 | 262486.47 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 15:47 | |
| 1C0089 | 3 | CW | 2 | 262486.00 | 48 | | 48 | | 262486.48 | 262486.48 | CHECK | 8 | 12 | 9 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0200 | 3 | CW | 2 | 30000.00 | 00 | | 0 | | 30000.00 | 30000.00 | CHECK | 8 | 12 | 9 | ALETHEIA | 1/09/08 | 12:38 | |
| 1C0201 | 3 | CW | 2 | 25657.00 | 96 | | 96 | | 25657.96 | 256577.96 | CHECK | 8 | 12 | 9 | ALETHEIA | 1/09/08 | 12:38 | |
| 1C0206 | 3 | CW | 2 | 80000.00 | 00 | | 0 | | 80000.00 | 80000.00 | CHECK | 8 | 12 | 5 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0206 | 3 | CW | 2 | 181090.00 | 24 | M | 24 | | 181090.24 | -181090.24 | CHECK WIRE | 8 | 12 | 10 | DOROTHY | 1/10/08 | 16:18 | |
| 1C0226 | 3 | CA | 2 | 200000.00 | 00 | | 0 | | 200000.00 | -200000.00 | CHECK WIRE | 8 | 12 | 4 | ALETHEIA | 1/09/08 | 14:32 | |
| 1C0227 | 3 | CW | 2 | 20000.00 | 00 | | 0 | | 20000.00 | 20000.00 | CHECK | 8 | 12 | 8 | ALETHEIA | 1/08/08 | 15:31 | |
| 1C0227 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000.00 | 50000.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:04 | |
| 1C0233 | 3 | CA | 2 | 135000.00 | 00 | | 0 | | 135000.00 | 135000.00 | CHECK WIRE | 8 | 12 | 5 | ALETHEIA | 1/08/08 | 15:47 | |
| 1C0235 | 3 | GA | 2 | 75500.00 | 00 | | 0 | | 75500.00 | 75500.00 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 13:04 | |
| 1C0156 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000.00 | 50000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 1/20/08 | 17:35 | |
| 1C0138 | 3 | CW | 2 | 100000.00 | 00 | | 0 | | 100000.00 | 100000.00 | CHECK | 8 | 12 | 5 | ALETHEIA | 1/05/08 | 15:16 | |
| 1C0376 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000.00 | 50000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 1/09/08 | 17:35 | |
| 1C0378 | 3 | CW | 2 | 60000.00 | 00 | | 0 | | 60000.00 | 60000.00 | CHECK | 8 | 12 | 8 | ALETHEIA | 1/08/08 | 17:35 | |
| 1C0402 | 3 | GA | 2 | 567644.00 | 00 | | 0 | | -567644.30 | -567644.30 | CHECK | 8 | 12 | 1 | ALETHEIA | 1/20/08 | 14:54 | |
| 1C0429 | 3 | CW | 2 | 8910045000.00 | 00 | | 0 | | 4910169.00 | 4910169.00 | CHECK | 8 | 12 | 5 | ALETHEIA | 1/05/08 | 15:31 | |
| 1C0429 | 3 | CW | 2 | 80000.00 | 00 | | 0 | | 80000.00 | 80000.00 | RETURNED CHECK | 8 | 12 | 8 | ALETHEIA | 1/09/08 | 12:38 | |