# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Goodman NTC Account

|  | Goodman NTC Account 1G0320[a] |
|---|---:|
| **INFLOWS** |  |
| Cash Deposits | $40 |
| Transfers of Principal (In) | 0[b] |
| **Principal Available** | **$40** |
| **OUTFLOWS** |  |
| Cash Withdrawals | ($1,175,000) |
| Transfers of Principal (Out) | 0 |
| **Total Outflows** | **($1,175,000)** |
| **Total** | **($1,174,960)** |

[a] BLMIS Account 1G0054 impacted the Principal Balance Calculation for the Goodman NTC Account.  (*See* **Exhibits 4A** and **4B**.)

[b] The Goodman NTC Account received an inter-account transfer from BLMIS Account 1G0054 in the amount of $785,624, as reflected on the Customer Statements.  However, due to the negative principal balance in BLMIS Account 1G0054 at the time of this inter-account transfer, no principal was credited into the Goodman NTC Account.  (*See* **Exhibits 4A** and **4B**.)