# Exhibit 4A

**Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1G0054** Pg 2 of 2

### BLMIS ACCOUNT NO. 1G0054 (FORMERLY 110305) - NTC & CO. FBO JAMES M GOODMAN FTC ACCT #944571 IRA

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| | 10/31/1991 | CHECK | 465,684 | 465,684 | - | - | - | 465,684 | - | MF00479148 | MF00479148 |
| | 4/26/1995 | ROLLOVER | 677 | 677 | - | - | - | 466,362 | - | MF00183084 | MF00183084 |
| | 4/7/1997 | CHECK 1997 DISTRIBUTION | (65,929) | - | (65,929) | - | - | 400,433 | - | MDPTPP03251958 | MDPTPP03251960 |
| | 6/12/1997 | CHECK 1997 DISTRIBUTION | (84,071) | - | (84,071) | - | - | 316,362 | - | MDPTPP03251966 | MDPTPP03251968 |
| | 1/9/1998 | CHECK 1998 DISTRIBUTION | (150,000) | - | (150,000) | - | - | 166,362 | - | MDPTPP03251989 | MDPTPP03251991 |
| | 1/22/1998 | STOP PAYMENT | 150,000 | - | 150,000 | - | - | 316,362 | - | MDPTPP03251989 | MDPTPP03251991 |
| | 1/23/1998 | CHECK 1998 DISTRIBUTION | (150,000) | - | (150,000) | - | - | 166,362 | - | MDPTPP03251989 | MDPTPP03251991 |
| | 1/4/1999 | CHECK 1999 DISTRIBUTION | (200,000) | - | (200,000) | - | - | (33,639) | - | MDPTPP03252021 | MDPTPP03252023 |
| | 1/10/2000 | CHECK | (200,000) | - | (200,000) | - | - | (233,639) | - | MDPTPP03252055 | MDPTPP03252056 |
| | 2/3/2000 | TRANS TO 30 ACCT *(1G0320)* | (785,624) [1] | - | - | - | - | (233,639) | - | MDPTPP03252057 | MDPTPP03252058 |
| | | Total: | | $ 466,362 | $ (700,000) | $ - | $ - | $ (233,639) | $ - | | |

[1] **Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.**