# Exhibit 4B

Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for the Goodman NTC Account

**BLMIS ACCOUNT NO. 1G0320 - NTC & CO. FBO JAMES M GOODMAN (111278)**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 2/3/2000 | TRANS FROM 50 ACCT (1G0054) | 785,624 [1] | - | - | - | - | - | - | MDPTPP03412246 | MDPTPP03412247 |
| 1/2/2001 | CHECK | (200,000) | - | (200,000) | - | - | (200,000) | - | MDPTPP03412307 | MDPTPP03412312 |
| 4/23/2001 | CHECK | 40 | 40 | - | - | - | (199,960) | - | MDPTPP03412326 | MDPTPP03412329 |
| 1/4/2002 | CHECK | (125,000) | - | (125,000) | - | - | (324,960) | - | MDPTPP03412374 | MDPTPP03412379 |
| 4/2/2003 | CHECK | (150,000) | - | (150,000) | - | - | (474,960) | - | MDPTPP03412466 | MDPTPP03412468 |
| 12/2/2004 | CHECK | (175,000) | - | (175,000) | - | - | (649,960) | - | MDPTPP03412586 | MDPTPP03412590 |
| 12/5/2005 | CHECK | (175,000) | - | (175,000) | - | - | (824,960) | - | MDPTPP03412653 | MDPTPP03412658 |
| 12/14/2006 | CHECK | (175,000) | - | (175,000) | - | - | (999,960) | (175,000) | MDPTPP03412730 | MDPTPP03412735 |
| 12/12/2007 | CHECK | (175,000) | - | (175,000) | - | - | (1,174,960) | (175,000) | MDPTPP03412796 | MDPTPP03412800 |
| | | Total: | $ 40 | $ (1,175,000) | $ - | $ - | $ (1,174,960) | $ (350,000) | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.