**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET FUND L.P. TO DEFENDANT**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/3/2008 | (1,400,000) |
| Total: | $ (1,400,000) |