**EXHIBIT D**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET FUND L.P.**
**TO RYE SELECT BROAD MARKET XL FUND L.P.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 8/31/2006 | (1,000,000) |
| 7/3/2007 | (1,000,000) |
| 7/3/2007 | (1,000,000) |
| 8/2/2007 | (5,000,000) |
| 9/4/2007 | (25,000,000) |
| 1/2/2008 | (2,065,535) |
| 4/10/2008 | (47,318) |
| 6/17/2008 | (2,585,965) |
| 7/2/2008 | (6,500,000) |
| 7/11/2008 | (1,310,004) |
| 7/11/2008 | (478,793) |
| 9/2/2008 | (700,000) |
| 11/12/2008 | (500,000) |
| 11/21/2008 | (1,200,000) |
| Total: $ | **(48,387,616)** |