**EXHIBIT G**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PRIME FUND, L.P.**
**TO RYE SELECT BROAD MARKET XL FUND L.P.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/3/2007 | (1,000,000) |
| 7/3/2007 | (350,000) |
| 7/3/2007 | (320,000) |
| 7/3/2007 | (140,000) |
| 8/1/2007 | (9,800,000) |
| 8/1/2007 | (6,200,000) |
| 8/1/2007 | (2,850,000) |
| 8/1/2007 | (300,000) |
| 8/1/2007 | (250,000) |
| 8/7/2007 | (652,691) |
| 8/7/2007 | (130,538) |
| 8/7/2007 | (130,538) |
| 1/2/2008 | (1,500,000) |
| 1/3/2008 | (1,500,000) |
| 2/1/2008 | (190,000) |
| 3/3/2008 | (200,000) |
| 3/26/2008 | (100,000,000) |
| 3/26/2008 | (100,000,000) |
| 4/4/2008 | (2,363) |
| 4/7/2008 | (55,962) |
| 4/7/2008 | (4,319) |
| 5/20/2008 | (450,329) |
| 6/2/2008 | (40,000,000) |
| 6/2/2008 | (370,000) |
| 6/17/2008 | (490,672) |
| 7/1/2008 | (74,000) |
| 7/22/2008 | (1,351,888) |
| 7/22/2008 | (1,017,835) |
| 7/22/2008 | (367,066) |
| 8/1/2008 | (10,000,000) |
| 9/2/2008 | (150,000) |
| 9/18/2008 | (697,456) |
| 10/2/2008 | (1,000,000) |
| 10/2/2008 | (430,000) |
| 10/23/2008 | (3,341,980) |
| 11/3/2008 | (2,000,000) |
| 11/4/2008 | (2,000,000) |
| 11/24/2008 | (2,100,737) |
| 11/24/2008 | (1,054,392) |
| **Total: $** | **(292,472,765)** |