**EXHIBIT J**

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED TO DEFENDANT**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/4/2007 | (25,000,000) |
| 7/1/2008 | (30,000,000) |
| 10/1/2008 | (11,630,000) |
| 11/3/2008 | (4,260,000) |
| 12/1/2008 | (33,574,000) |
| Total: $ | (104,464,000) |