## Exhibit L

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC | 1FR010 |