**EXHIBIT N**

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC
TO RYE SELECT BROAD MARKET XL PORTFOLIO, LTD.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 8/31/2006 | (10,000,000) |
| 1/2/2008 | (318,000) |
| Total: $ | **(10,318,000)** |