**EXHIBIT O**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL FUND L.P. TO DEFENDANT**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/1/2007 | (7,500,000) |
| 2/1/2008 | (15,000,000) |
| 3/26/2008 | (15,000,000) |
| 6/2/2008 | (25,000,000) |
| 7/1/2008 | (8,333,333) |
| 8/1/2008 | (25,000,000) |
| Total: $ | (95,833,333) |