**EXHIBIT P**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL PORTFOLIO, LTD. TO DEFENDANT**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/1/2006 | (10,000,000) |
| 10/3/2006 | (63,000,000) |
| 11/1/2006 | (52,000,000) |
| 1/2/2007 | (33,000,000) |
| 1/31/2007 | (25,000,000) |
| 3/1/2007 | (19,000,000) |
| 4/2/2007 | (4,000,000) |
| 5/1/2007 | (1,000,000) |
| 6/1/2007 | (4,000,000) |
| 7/2/2007 | (6,000,000) |
| Total: $ | (217,000,000) |