**EXHIBIT S**
**SUBSEQUENT TRANSFERS FROM HARLEY INTERNATIONAL FUND LTD TO DEFENDANT**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 12/2/2008 | (4,799,960) |
| 12/10/2008 | (16,999,960) |
| **Total:** $ | **(21,799,920)** |