Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>          v.<br><br>MULTI-STRATEGY FUND LIMITED,<br><br>          Defendant. | Adv. Pro. No. 12-01205 (CGM) |

**ORDER GRANTING MOTION TO REDACT
PORTIONS OF FINANCIAL ACCOUNT NUMBERS**

3653472.2

This cause having come before the Court on March 25, 2022 on the motion (the "Motion") of defendant Multi-Strategy Fund Limited ("Multi-Strategy") for entry of an order authorizing the redaction of portions of bank account numbers from documents filed on behalf of Multi-Strategy in this case; due notice of the Motion having been given, and it appearing that no other or further notice need be given; and it appearing that the relief requested by the Motion is necessary to protect the legitimate privacy interests as provided in Federal Rule of Bankruptcy Procedure 9037(a) & (h); and upon the proceedings before the Court and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Multi-Strategy may redact all but the last four digits of financial account numbers appearing in documents filed with this Court, including from the documents previously filed at ECF Nos. 93-1, 93-2, 93-3, 93-4, 93-5, 101-1, 101-2, 101-3, 101-4, and 101-5 in Case Number 12-01205-cgm and ECF Nos. 21070-1, 21070-2, 21070-3, 21070-4, 21070-5, 21233-1, 21233-2, 21233-3, 21233-4, and 21233-5 in Case Number 08-01789-cgm.



**Dated: March 23, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

3653472.2