UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br>  v.<br><br>HSBC BANK PLC, et al.,<br><br>         Defendants. | Adv. Pro. No. 09-1364 (CGM) |

## **DISCOVERY ARBITRATOR'S EIGHTH DISCOVERY ORDER**

    By Order dated January 19, 2022, I granted counsels' joint request for an extension of the date for submission of a proposed amended case management schedule to March 22, 2022, so that they could pursue settlement discussions.

    By letter dated March 22, 2022, counsel have jointly requested a further extension of approximately ninety days so that they can continue to discuss (and hopefully secure court approval of) a potential settlement.

It appearing that the parties are proceeding in good faith, counsels' request is granted and the date for submission of a proposed amended case management schedule is hereby adjourned to June 22, 2022.

SO ORDERED.

Dated:   New York, New York
         March 22, 2021.

_____
Hon. Frank Maas (Ret.)
Discovery Arbitrator