**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>ESTATE OF JAMES M. GOODMAN; and AUDREY GOODMAN, in her capacity as Personal Representative of the Estate of James M. Goodman,<br><br>    Defendants. | Adv. Pro. No. 10-04762 (CGM) |

**MOTION TO REDACT CERTAIN EXHIBITS TO DECLARATIONS OF NICHOLAS J. CREMONA, LISA M. COLLURA, AND BRUCE G. DUBINSKY IN SUPPORT OF <u>TRUSTEE'S MOTION FOR SUMMARY JUDGMENT</u>**

Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA), and the chapter 7 estate of Bernard L. Madoff, respectfully submits this motion to redact pursuant to 11 U.S.C. §§ 105(a) and 107(c) of title 11 of the United States Bankruptcy Code.

1. On March 22, 2022, the Trustee filed the following declarations in support of the Trustee's motion for summary judgment:

   - *Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment*, ECF No. 107 (the "Cremona Declaration");

   - *Declaration of Lisa M. Collura in Support of Trustee's Motion for Summary Judgment*, ECF No. 108 (the "Collura Declaration"); and

   - *Declaration of Bruce G. Dubinsky in Support of Trustee's Motion for Summary Judgment*, ECF No. 109 (the "Dubinsky Declaration").

2. The Cremona, Collura, and Dubinsky Declarations included certain exhibits that displayed confidential information ("Confidential Information").

3. This Confidential Information should have been filed in redacted form pursuant to Rule 9037(a) of the Federal Rules of Bankruptcy Procedure.

4. The Trustee hereby requests that the Court enter the attached Proposed Order (Exhibit A) and the following exhibits (the "Exhibits") be replaced with redacted versions:

   - Exhibits 6–7 to the Cremona Declaration;

   - Exhibit 4 to Attachment B to the Collura Declaration; and

   - Exhibits 31–33 to Attachment A to the Dubinsky Declaration.

5. The redacted versions of the Exhibits will be provided to the Court.

Dated: March 28, 2022
      New York, New York

/s/ Nicholas J. Cremona
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter
7 Estate of Bernard L. Madoff*