**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>       v.<br><br>BANCA CARIGE S.P.A.,<br><br>       Defendant. | Adv. Pro. No. 11-02570 (CGM) |

**DECLARATION OF BRIAN W. SONG IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

    I, Brian W. Song, declare the following:

    1.    I am a Partner with the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff. I submit this Declaration in opposition to Defendant's Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Fairfield Sentry Limited Private Placement Memorandum dated April 2006 (SECSEV2150333-SECSEV2150397).

3. Attached hereto as Exhibit 2 is a true and correct copy of a Fairfield Sentry Limited Private Placement Memorandum dated August 14, 2006 (SECSEV0749666-SECSEV0749726).

Dated: March 28, 2022
      New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Brian W. Song*
    Brian W. Song
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    bsong@bakerlaw.com