# EXHIBIT 1

-SR84- SHAREHOLDERS HISTORICAL LIST DATE : 8/30/95 1
======== 01 JAN 88 - 30 AUG 95 ========= TIME : 17:00:42

50083 Fairfield Sentry Ltd
A CLASS A

| SHAREHOLDER | TRADE DT | | QUANTITY | AMOUNT SUBSCR/REDEMPT | NUMBER TYPE | QUANTITY | ISS/CNC | RUNNING BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| 27 Redacted | | | | | | | | | |
| | 01JUL92 | SUB | 1,889 | 499,753.84 | | | | 1,889 | |
| | | | | | ISS 000067 CT | 1,889 | 01JUL92 | | |
| | 01APR94 | RED | 155 | 50,016.95 | | | | 1,734 | |
| | | | | | REI 100051 BF | 1,734 | 01APR94 | | |
| | | | | | CNC 000067 | 1,889 | 01APR94 | | |
| | 01AUG94 | RED | 495 | 166,859.55 | | | | 1,239 | |
| | | | | | REI 100085 BF | 1,239 | 01AUG94 | | |
| | | | | | CNC 100051 | 1,734 | 01AUG94 | | |
| | | | | | | | | 1,239 | ** |
| 35 Redacted | | | | | | | | | |
| | 01MAY91 | SUB | 5,926 | 1,299,986.62 | | | | 5,926 | |
| | | | | | ISS 000021 CT SK | 5,926 | 01MAY91 | | |
| | 01JUL91 | SUB | 11,144 | 2,499,822.08 | | | | 17,070 | |
| | | | | | ISS 000030 CT SK | 11,144 | 01JUL91 | | |
| | 01OCT91 | SUB | 12,220 | 2,849,581.80 | | | | 29,290 | |
| | | | | | ISS 000038 CT SK | 12,220 | 01OCT91 | | |
| | 01JAN92 | SUB | 1,640 | 399,930.40 | | | | 30,930 | |
| | | | | | ISS 000049 CT SK | 1,640 | 01JAN92 | | |
| | 01APR92 | SUB | 19,652 | 4,999,861.84 | | | | 50,582 | |
| | | | | | ISS 000060 CT SK | 19,652 | 01APR92 | | |
| | 01JUL92 | SUB | 2,834 | 749,763.04 | | | | 53,416 | |
| | | | | | ISS 000073 CT | 2,834 | 01JUL92 | | |
| | 01OCT92 | SUB | 1,492 | 399,945.52 | | | | 54,908 | |
| | | | | | ISS 000095 CT SK | 1,492 | 01OCT92 | | |
| | 01JAN93 | SUB | 6,258 | 1,749,799.38 | | | | 61,166 | |
| | | | | | ISS 000104 CT SK | 6,258 | 01JAN93 | | |
| | 01APR93 | SUB | 3,444 | 999,758.76 | | | | 64,610 | |
| | | | | | ISS 000117 CT SK | 3,444 | 01APR93 | | |
| | 01JUL93 | SUB | 13,423 | 3,999,919.77 | | | | 78,033 | |
| | | | | | ISS 100001 BF | 13,423 | 01JUL93 | | |
| | 01OCT93 | SUB | 28,890 | 8,799,894.00 | | | | 106,923 | |
| | | | | | ISS 100002 BF | 28,890 | 01OCT93 | | |
| | 01APR94 | SUB | 2,789 | 899,982.41 | | | | 109,712 | |
| | | | | | ISS 100048 BF | 2,789 | 01APR94 | | |
| | 01JUL94 | RED | 7,005 | 2,319,985.95 | | | | 102,707 | |
| | | | | | REI 100078 BF | 10,065 | 01JUL94 | | |
| | | | | | CNC 000021 | 5,926 | 01JUL94 | | |
| | | | | | CNC 000030 | 11,144 | 01JUL94 | | |
| | 01AUG94 | RED | 1,513 | 510,017.17 | | | | 101,194 | |
| | | | | | REI 100086 BF | 10,707 | 01AUG94 | | |
| | | | | | CNC 000038 | 12,220 | 01AUG94 | | |
| | 01NOV94 | SUB | 920 | 319,884.00 | | | | 102,114 | |
| | | | | | ISS 100123 BF | 920 | 01NOV94 | | |
| | 01JAN95 | SUB | 3,447 | 1,199,797.29 | | | | 105,561 | |
| | | | | | ISS 100167 BF | 3,447 | 01JAN95 | | |
| | 01FEB95 | SUB | 1,537 | 539,886.62 | | | | 107,098 | |
| | | | | | ISS 100173 BF | 1,537 | 01FEB95 | | |
| | 01APR95 | RED | 701 | 250,193.91 | | | | 106,397 | |
| | | | | | REI 100221 BF | 9,364 | 01APR95 | | |

-SR84-

SHAREHOLDERS HISTORICAL LIST
======== 01 JAN 88 - 30 AUG 95 =========

DATE : 8/30/95 12
TIME : 17:00:42

50083 Fairfield Sentry Ltd
A CLASS A

| SHAREHOLDER | TRADE DT | | QUANTITY | AMOUNT SUBSCR/REDEMPT | NUMBER TYPE | QUANTITY | ISS/CNC | RUNNING BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 48,921 | ** |
| 418 Redacted | | | | | | | | | |
| | 01JUL93 | SUB | 3,187 | 949,694.13 | ISS 000132 CT | 3,187 | 01JUL93 | 3,187 | |
| | 01JAN94 | SUB | 320 | 99,907.20 | ISS 000262 CT | 320 | 01JAN94 | 3,507 | |
| | 02OCT94 | RED | 3,507 | 1,094,920.47 | CNC 000132 | 3,187 | 02OCT94 | 0 | |
| | | | | | CNC 000262 | 320 | 02OCT94 | | |
| | 02OCT94 | SUB | 3,507 | 1,094,920.47 | ISS 100126 BF | 3,507 | 02OCT94 | 3,507 | |
| | 03OCT94 | TF- | 320 | | REI 100127 BF | 3,187 | 03OCT94 | 3,187 | |
| | | | | | CNC 100126 | 3,507 | 03OCT94 | | |
| | | | | | | | | 3,187 | ** |
| 426 Redacted | | | | | | | | | |
| | 01APR91 | SUB | 924 | 199,916.64 | ISS 000019 CT | 924 | 01APR91 | 924 | |
| | 01OCT94 | RED | 594 | 202,720.32 | REI 000304 CT | 330 | 01OCT94 | 330 | |
| | | | | | CNC 000019 | 924 | 01OCT94 | | |
| | | | | | | | | 330 | ** |
| 434 DARIER HENTSCH & CIE. | | | | | | | | | |
| | 01JUL92 | SUB | 944 | 249,744.64 | ISS 000078 CT | 944 | 01JUL92 | 944 | |
| | 01OCT92 | SUB | 10,072 | 2,699,900.32 | ISS 000092 CT | 10,072 | 01OCT92 | 11,016 | |
| | 01JAN93 | SUB | 8,145 | 2,277,423.45 | ISS 000099 CT SK | 8,145 | 01JAN93 | 19,161 | |
| | 01APR93 | SUB | 1,205 | 349,799.45 | ISS 000118 CT SK | 1,205 | 01APR93 | 20,366 | |
| | 01JUL93 | SUB | 3,210 | 956,547.90 | ISS 000131 CT SK | 3,210 | 01JUL93 | 23,576 | |
| | 01JAN94 | SUB | 512 | 159,851.52 | ISS 100039 BF | 512 | 01JAN94 | 24,088 | |
| | 01APR94 | CON | 944 | | REI 100055 BF | 944 | 01APR94 | 24,088 | |
| | | | | | CNC 000078 | 944 | 01APR94 | | |
| | 01APR94 | SUB | 309 | 99,711.21 | ISS 100041 BF | 309 | 01APR94 | 24,397 | |
| | 01APR94 | SUB | 2,169 | 699,914.61 | ISS 100042 BF | 2,169 | 01APR94 | 26,566 | |
| | 01JUL94 | SUB | 100 | 33,119.00 | ISS 100063 BF | 100 | 01JUL94 | 26,666 | |
| | 01OCT94 | SUB | 293 | 99,995.04 | ISS 100100 BF | 293 | 01OCT94 | 26,959 | |
| | 01OCT94 | SUB | 468 | 159,719.04 | ISS 100109 BF | 468 | 01OCT94 | 27,427 | |
| | 01OCT94 | SUB | 879 | 299,985.12 | ISS 100108 BF | 879 | 01OCT94 | 28,306 | |

-SR84-

SHAREHOLDERS HISTORICAL LIST
======== 01 JAN 88 - 30 AUG 95 =========

DATE : 8/30/95 13
TIME : 17:00:42

50083 Fairfield Sentry Ltd
A CLASS A

| SHAREHOLDER | TRADE DT | | QUANTITY | AMOUNT SUBSCR/REDEMPT | NUMBER TYPE | | | QUANTITY | ISS/CNC | RUNNING BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 02OCT94 | TF+ | 480 | | | | | | | 28,786 | |
| | | | | | ISS | 100121 | BF | 480 | 02OCT94 | | |
| | 01NOV94 | SUB | 719 | 249,996.30 | | | | | | 29,505 | |
| | | | | | ISS | 100122 | BF | 719 | 01NOV94 | | |
| | 01DEC94 | RED | 1,353 | 467,840.34 | | | | | | 28,152 | |
| | | | | | REI | 100142 | BF | 103 | 01DEC94 | | |
| | | | | | CNC | 100039 | | 512 | 01DEC94 | | |
| | | | | | CNC | 100055 | | 944 | 01DEC94 | | |
| | 01JAN95 | RED | 360 | 125,305.20 | | | | | | 27,792 | |
| | | | | | REI | 100162 | BF | 52 | 01JAN95 | | |
| | | | | | CNC | 100041 | | 309 | 01JAN95 | | |
| | | | | | CNC | 100142 | | 103 | 01JAN95 | | |
| | 22MAR95 | TF- | 465 | | | | | | | 27,327 | |
| | | | | | REI | 100203 | BF | 3 | 22MAR95 | | |
| | | | | | CNC | 100109 | | 468 | 22MAR95 | | |
| | 01APR95 | SUB | 672 | 239,843.52 | | | | | | 27,999 | |
| | | | | | ISS | 100205 | BF | 672 | 01APR95 | | |
| | 01MAY95 | SUB | 1,033 | 374,917.02 | | | | | | 29,032 | |
| | | | | | ISS | 100225 | BF | 1,033 | 01MAY95 | | |
| | 01JUL95 | SUB | 2,425 | 899,747.75 | | | | | | 31,457 | |
| | | | | | ISS | 100260 | BF | 2,425 | 01JUL95 | | |
| | 30AUG95 | TF- | 850 | | | | | | | 30,607 | |
| | 30AUG95 | TF- | 850 | | | | | | | 29,757 | |
| | | | | | REI | 100290 | BF | 1,319 | 30AUG95 | | |
| | | | | | REI | 100292 | BF | 469 | 30AUG95 | | |
| | | | | | CNC | 100042 | | 2,169 | 30AUG95 | | |
| | | | | | CNC | 100290 | | 1,319 | 30AUG95 | | |
| | | | | | | | | | | 29,757 | ** |
| 442 Redacted . | 01APR93 | SUB | 336 | 97,537.44 | | | | | | 336 | |
| | | | | | ISS | 000112 | CT | 336 | 01APR93 | | |
| | | | | | | | | | | 336 | ** |
| 469 Redacted . | 01JAN94 | SUB | 320 | 99,907.20 | | | | | | 320 | |
| | | | | | ISS | 100018 | BF | 320 | 01JAN94 | | |
| | 01NOV94 | RED | 320 | 111,264.00 | | | | | | 0 | |
| | | | | | CNC | 100018 | | 320 | 01NOV94 | | |
| | | | | | | | | | | 0 | ** |
| 477 Redacted | 01OCT93 | SUB | 3,282 | 999,697.20 | | | | | | 3,282 | |
| | | | | | ISS | 000146 | CT | 3,282 | 01OCT93 | | |
| | | | | | | | | | | 3,282 | ** |
| 485 Redacted (OBL) | 01OCT93 | SUB | 8,207 | 2,499,852.20 | | | | | | 8,207 | |
| | | | | | ISS | 000145 | CT | 8,207 | 01OCT93 | | |
| | 01APR94 | SUB | 9,296 | 2,999,726.24 | | | | | | 17,503 | |
| | | | | | ISS | 000278 | CT | 9,296 | 01APR94 | | |
| | 01JAN95 | RED | 3,600 | 1,253,052.00 | | | | | | 13,903 | |
| | | | | | REI | 000316 | CT | 4,607 | 01JAN95 | | |
| | | | | | CNC | 000145 | | 8,207 | 01JAN95 | | |

**FAIRFIELD SENTRY LIMITED**

Amsterdam, January 5, 1998

Citco Bank Nederland N.V.
Attn. Payments Department
Strawinskylaan 1629
1007 XX Amsterdam

**Re : Fairfield Sentry Limited**
**Account number:** Redacted**3.797**

Dear Sirs,

By the debit of the above account, please arrange for the following wire transfer:

**Amount** : **USD 1,745.33**

To : Chase Manhattan Bank
New York, USA
ABA 021 000 021

6

In favour of : Lombard Odier & Cie.
Geneva, Switzerland

Account number : Redacted7298

Ref : Fairfield Sentry Ltd.

Yours faithfully,
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

abo

*Correspondence Address*
*World Trade Center Amsterdam*
*Tower B, 16th floor*
*Strawinskylaan 1637*
*1077 XX Amsterdam*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone: (31-20) 6769611*
*Fax: (31-20) 6750881*

*Registered Office*
*Citco Building*
*Wickhams Cay*
*P.O. Box 662*
*Road Town, Tortola*
*British Virgin Islands*

KINGATE GLOBAL FUND - DM CLASS
SHARE CAPITAL

Preference Shareholders

| Date of Investment | Name of Shareholder | Amount Invested (Redeemed) US$ | Subs Fees | 1% Redem Fees | Net Investment | Price per Share US$ | No. of Shares | Share Capital | Share Premium | Realized (Gain) Loss (Includes 1% red fee) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jan-96 | Redacted | 130,246.45 | | | 130,246.45 | 100.00 | 1,302 | 13.02 | 130,233.43 | |
| 1-Mar-97 | | (152,633.46) | | | (152,633.46) | 117.23 | (1,302) | (13.02) | (130,233.43) | (22,387.01) |
| | | | | | | | - | - | - | |
| 1-Jul-97 | Redacted | 1,161,246.00 | 11,500 | | 1,149,746.00 | 125.26 | 9,178 | 91.78 | 1,149,654.22 | |
| | | | | | | | 9,178 | 91.78 | 1,149,654.22 | |
| 1-Apr-96 | Redacted | 150,000.00 | - | | 150,000.00 | 103.25 | 1,452 | 14.52 | 149,985.48 | |
| 1-Apr-96 | | 100,000.00 | - | | 100,000.00 | 103.25 | 968 | 9.68 | 99,990.32 | |
| 1-May-96 | | 155,000.00 | 1,550 | | 153,450.00 | 103.36 | 1,484 | 14.84 | 153,435.16 | |
| 1-Jun-96 | | 350,000.00 | 3,500 | | 346,500.00 | 105.99 | 3,269 | 32.69 | 346,467.31 | |
| 1-Jun-96 | | 300,000.00 | 3,000 | | 297,000.00 | 105.99 | 2,802 | 28.02 | 296,971.98 | |
| 1-Jul-96 | | 200,000.00 | 2,000 | | 198,000.00 | 105.87 | 1,870 | 18.70 | 197,981.30 | |
| 1-Jul-96 | | 50,000.00 | 500 | | 49,500.00 | 105.87 | 467 | 4.67 | 49,495.33 | |
| 1-Aug-96 | | 150,000.00 | 1,500 | | 148,500.00 | 107.32 | 1,383 | 13.83 | 148,486.17 | |
| 1-Nov-96 | | 255,000.00 | 2,550 | | 252,450.00 | 111.19 | 2,270 | 22.70 | 252,427.30 | |
| 1-Nov-96 | | 50,000.00 | 500 | | 49,500.00 | 111.19 | 445 | 4.45 | 49,495.55 | |
| 1-Dec-96 | | 130,000.00 | | | 130,000.00 | 112.49 | 1,155 | 11.55 | 129,988.45 | |
| 1-Dec-96 | | 200,000.00 | 3,000 | | 197,000.00 | 112.49 | 1,751 | 17.51 | 196,982.49 | |
| 1-Jan-97 | | 100,000.00 | 1,000 | | 99,000.00 | 112.88 | 877 | 8.77 | 98,991.23 | |
| 1-Feb-97 | | 100,000.00 | 1,000 | | 99,000.00 | 116.60 | 849 | 8.49 | 98,991.51 | |
| 1-Mar-97 | | 90,000.00 | 900 | | 89,100.00 | 117.23 | 760 | 7.60 | 89,092.40 | |
| 1-Mar-97 | | 250,000.00 | 2,500 | | 247,500.00 | 117.23 | 2,111 | 21.11 | 247,478.89 | |
| 1-Apr-97 | | 300,000.00 | 3,000 | | 297,000.00 | 118.38 | 2,508 | 25.08 | 296,974.92 | |
| 1-Jun-97 | | 540,000.00 | 5,400 | | 534,600.00 | 122.97 | 4,347 | 43.47 | 534,556.53 | |
| 1-Jun-97 | | 400,000.00 | 4,000 | | 396,000.00 | 122.97 | 3,220 | 32.20 | 395,967.80 | |
| 1-Jul-97 | | 369,746.00 | 3,700 | | 366,046.00 | 125.26 | 2,922 | 29.22 | 366,016.78 | |
| 1-Jul-97 | | 139,786.00 | 1,400 | | 138,386.00 | 125.26 | 1,104 | 11.04 | 138,374.96 | |
| 1-Aug-97 | | 395,000.00 | 3,950 | | 391,050.00 | 125.93 | 3,105 | 31.05 | 391,018.95 | |
| 1-Aug-97 | | 100,000.00 | 1,000 | | 99,000.00 | 125.93 | 786 | 7.86 | 98,992.14 | |
| Aug-20-97 | | | | | | | (986) | (9.86) | (101,849.64) | |
| 1-Dec-97 | Redacted | 210,000.00 | 2,100 | | 207,900.00 | 130.67 | 1,591 | 15.91 | 207,884.09 | |
| | | | | | | | 42,510 | 425.10 | 4,934,197.40 | |
| 1-Dec-97 | Redacted | 300,000.00 | 4,500 | | 295,500.00 | 130.67 | 2,261 | 22.61 | 295,477.39 | |
| | | | | | | | 2,261 | 22.61 | 295,477.39 | |

KING_000129917

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 19,947 | 199.47 | 2,273,458.75 | |
| 1-Jan-96 | DARIER, HENTSCH & CIE | 410,817.41 | | 410,817.41 | 100.00 | 4,108 | 41.08 | 410,776.33 | |
| 1-Mar-97 | DARIER, HENTSCH & CIE | (23,446.00) | | (23,446.00) | 117.23 | (200) | (2.00) | (19,998.85) | (3,445.15) |
| 16-Apr-97 | DARIER, HENTSCH & CIE<br>trf to Citco Global Custody NV Cash | | | | | (3,908) | (39.08) | (390,777.48) | |
| | | | | | | - | - | - | |
| 1-Feb-97 | Redacted | 253,750.00 | 3,750 | 250,000.00 | 116.60 | 2,144 | 21.44 | 249,978.56 | |
| 21-Apr-97 | | | | | | (2,144) | (21.44) | (249,978.56) | |
| | | | | | | (0) | (0.00) | 0.00 | |
| 1-May-97 | Redacted | 500,000.00 | | 500,000.00 | 121.93 | 4,100 | 41.00 | 499,959.00 | |
| 1-Aug-97 | | 350,000.00 | 3,500 | 346,500.00 | 125.93 | 2,751 | 27.51 | 346,472.49 | |
| | | | | | | 6,851 | 68.51 | 846,431.49 | |
| 1-Jul-97 | Redacted | 604,557.00 | 8,557 | 596,000.00 | 125.26 | 4,758 | 47.58 | 595,952.42 | |
| | | | | | | 4,758 | 47.58 | 595,952.42 | |
| 1-Feb-97 | Lombard Odier & Cie | 400,000.00 | | 400,000.00 | 116.60 | 3,430 | 34.30 | 399,965.70 | |
| | | | | | | 3,430 | 34.30 | 399,965.70 | |
| 1-Oct-97 | Redacted | 400,000.00 | - | 400,000.00 | 128.40 | 3,115 | 31.15 | 399,968.85 | |
| | | | | | | 3,115 | 31.15 | 399,968.85 | |
| 1-Dec-97 | Redacted | 223,500.00 | 3,353 | 220,147.00 | 130.67 | 1,684 | 16.84 | 220,130.16 | |
| | | | | | | 1,684 | 16.84 | 220,130.16 | |
| 1-Aug-97 | Redacted | 1,296,314.00 | | 1,296,314.00 | 125.93 | 10,293 | 102.93 | 1,296,211.07 | |
| 1-Sep-97 | | 12,799.29 | | 12,799.29 | 125.47 | 102 | 1.02 | 12,798.27 | |
| | | | | | | 10,395 | 103.95 | 1,309,009.34 | |
| 1-Nov-97 | Redacted | 170,000.00 | - | 170,000.00 | 128.47 | 1,323 | 13.23 | 169,986.77 | |
| | | | | | | 1,323 | 13.23 | 169,986.77 | |
| 1-Jan-96 | Redacted | 600,931.83 | | 600,931.83 | 100.00 | 6,009 | 60.09 | 600,871.74 | |
| 1-Mar-97 | | 700,000.00 | | 700,000.00 | 117.23 | 5,971 | 59.71 | 699,940.29 | |
| 1-Jun-97 | | (1,473,180.60) | | (1,473,180.60) | 122.97 | (11,980) | (119.80) | (1,300,812.03) | (172,248.77) |
| | | | | | | - | 0.00 | - | |
| 1-Jun-97 | Redacted | 400,000.00 | 6,000 | 394,000.00 | 122.97 | 3,204 | 32.04 | 393,967.96 | |
| 1-Jul-97 | | 320,000.00 | 4,800 | 315,200.00 | 125.26 | 2,516 | 25.16 | 315,174.84 | |
| 1-Aug-97 | | 250,000.00 | 3,750 | 246,250.00 | 125.93 | 1,955 | 19.55 | 246,230.45 | |
| 1-Nov-97 | | 139,000.00 | - | 139,000.00 | 128.47 | 1,081 | 10.81 | 138,989.19 | |

KEF 149

DEC 02 - DEC 03
NO SEPS

# Demand Dep[●]t Account
Euro

KINGATE EURO FUND LTD

Account Number Redacted 0149

For the Period 20 DEC 02 TO 19 JAN 03

Administrator SHONDA SMITH 299-6343

| I | | TION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 20 Dec | Opening Balance | EFF. RATE OF INTEREST - 0.0625 | | | 20,637,697.17 |
| 20 Dec | Outgoing Wire | MONEY TRANSFER #021219004601 IFO LOMBARD ODIER DARIER HENTSCH CI REF NOV 30TH REDEMP PROCEEDS CHG: 27.00 REF: 3016 | 2,974,838.84 | | 17,662,858.33 |
| 24 Dec | Incoming Wire | MONEY TRANSFER Redacted Redacted | | 1,500,000.00 | 19,162,858.33 |
| 27 Dec | Incoming Wire | MONEY TRANSFER Redacted Redacted | | 150,000.00 | 19,312,858.33 |
| 30 Dec | Incoming Wire | MONEY TRANSFER Redacted Redacted | | 80,000.00 | 19,392,858.33 |
| | Incoming Wire | MONEY TRANSFER Redacted Redacted | | 62,500.00 | 19,455,358.33 |
| | Incoming Wire | MONEY TRANSFER Redacted Redacted | | 115,000.00 | 19,570,358.33 |
| | Incoming Wire | MONEY TRANSFER Redacted Redacted | | 1,000,000.00 | 20,570,358.33 |

0

08-01789-cgm    Doc 21309-1    Filed 03/29/22    Entered 03/29/22 19:41:04    Exhibit 1
Pg 12 of 14

Date 12/29/2008
Edit1

| name | product | amount | tickettype | settledate |
|---|---|---|---|---|
| Redacted | BMI LUXALPHA-EURO SHARES | 230,000.00 | Investment | 1/18/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 100,000.00 | Investment | 2/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 50,000.00 | Investment | 4/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 20,000.00 | Investment | 5/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 300,000.00 | Investment | 7/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 350,000.00 | Investment | 12/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 195,000.00 | Investment | 4/16/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 403,777.21 | Withdrawal | 10/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 175,000.00 | Investment | 10/16/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 668,827.10 | Withdrawal | 10/16/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 200,000.00 | Investment | 2/16/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 200,000.00 | Investment | 5/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 100,000.00 | Investment | 6/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 350,000.00 | Investment | 11/15/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 50,000.00 | Investment | 1/1/2007 |
| Redacted | BMI LUXALPHA-EURO SHARES | 600,000.00 | Investment | 2/16/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 75,000.00 | Investment | 3/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 200,000.00 | Investment | 3/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,481,745.18 | Withdrawal | 10/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 57,252.95 | Withdrawal | 10/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 350,000.00 | Investment | 8/19/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 445,000.00 | Investment | 4/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 6,350,000.00 | Investment | 4/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 200,000.00 | Investment | 4/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 754,000.00 | Investment | 4/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 168,000.00 | Investment | 4/16/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 27,000.00 | Investment | 4/16/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 3,228,830.00 | Investment | 4/16/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,539,000.00 | Investment | 4/16/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 300,000.00 | Investment | 4/16/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 58,000.00 | Investment | 5/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 183,906.00 | Investment | 5/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 300,000.00 | Investment | 6/15/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 50,000.00 | Investment | 6/15/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,130,000.00 | Investment | 7/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 42,774.00 | Withdrawal | 7/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 40,000.00 | Investment | 7/15/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 10,890.00 | Investment | 8/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 40,000.00 | Investment | 8/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 33,000.00 | Investment | 8/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 50,000.00 | Investment | 8/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 9,000.00 | Investment | 8/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 300,000.00 | Investment | 8/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 11,301.91 | Withdrawal | 8/1/2004 |

| | | | | |
|---|---|---|---|---|
| Redacted | BMI LUXALPHA-EURO SHARES | 4,186.65 | Withdrawal | 10/16/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 11,300.00 | Investment | 11/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 757,000.00 | Investment | 11/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 93,500.00 | Investment | 11/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 71,000.00 | Investment | 11/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 22,400.00 | Investment | 11/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 10,000.00 | Investment | 12/11/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 220,000.00 | Investment | 10/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 340,000.00 | Investment | 6/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 233,000.00 | Investment | 11/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 8,000,000.00 | Investment | 2/16/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 8,215,532.12 | Investment | 7/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 8,215,532.12 | Withdrawal | 7/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 8,466,450.15 | Withdrawal | 11/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,000,000.00 | Investment | 4/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,033,297.77 | Withdrawal | 9/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,034,000.00 | Investment | 9/15/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,045,923.51 | Withdrawal | 12/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,000,000.00 | Investment | 4/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,087,694.38 | Withdrawal | 6/1/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 825,000.00 | Investment | 7/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,250,003.02 | Investment | 11/1/2006 |
| LOMBARD ODIER DARIER HENTSCH | BMI LUXALPHA-EURO SHARES | 158,000.00 | Investment | 4/16/2004 |
| LOMBARD ODIER DARIER HENTSCH | BMI LUXALPHA-EURO SHARES | 27,000.00 | Investment | 12/1/2004 |
| LOMBARD ODIER DARIER HENTSCH | BMI LUXALPHA-EURO SHARES | 150,000.00 | Investment | 5/16/2006 |
| LOMBARD ODIER DARIER HENTSCH | BMI LUXALPHA-EURO SHARES | 65,329.35 | Withdrawal | 1/1/2007 |
| LOMBARD ODIER DARIER HENTSCH | BMI LUXALPHA-EURO SHARES | 327,435.57 | Withdrawal | 7/1/2007 |
| Redacted | BMI LUXALPHA-EURO SHARES | 5,000,000.00 | Investment | 3/1/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 2,000,000.00 | Investment | 6/17/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 610,000.00 | Investment | 5/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 773,793.81 | Withdrawal | 9/15/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,000,000.00 | Investment | 5/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,000,000.00 | Investment | 10/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 493,781.19 | Withdrawal | 11/1/2006 |
| Redacted | BMI LUXALPHA-EURO SHARES | 150,000.00 | Investment | 7/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 355,800.00 | Investment | 3/1/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 129,571.94 | Withdrawal | 6/16/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 74,780.00 | Withdrawal | 8/1/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 165,000.00 | Withdrawal | 10/18/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 122,512.93 | Withdrawal | 11/1/2007 |
| Redacted | BMI LUXALPHA-EURO SHARES | 5,000,000.00 | Investment | 3/19/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 5,000,000.00 | Investment | 3/19/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 3,000,000.00 | Investment | 3/16/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 3,000,000.00 | Investment | 4/1/2005 |
| Redacted | BMI LUXALPHA-EURO SHARES | 167,000.00 | Investment | 4/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 1,146,000.00 | Investment | 11/18/2008 |
| Redacted | BMI LUXALPHA-EURO SHARES | 305,000.00 | Investment | 6/1/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 200,000.00 | Investment | 11/16/2004 |
| Redacted | BMI LUXALPHA-EURO SHARES | 300,000.00 | Investment | 9/16/2008 |