# EXHIBIT 2

FGGE001221250
SECSEV1798773

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# FairfieldGreenwichGroup

## Firm Profile

*New York Office:*
919 Third Avenue
New York, NY 10022
phone: +1 212.319.6060
fax: +1 212.319.0450
e-mail: main@fggus.com

*London Office:*
Pollen House
10-12 Cork Street
London W1S 3NP
phone: +44 207.534.9244
fax: +44 207.534.9245
e-mail: main@fgguk.com

*Bermuda Office:*
12 Church Street, Suite 606
Hamilton, Bermuda HM 11
phone: +441 292-5401
fax: +441 292-5413
www.fggus.com

**CONFIDENTIAL**

# Firm History

**1983**          Walter Noel establishes consulting firm to advise non-U.S. investors on opportunities in the U.S.

**1984**          Walter places client money with managers that have low volatility funds, the first of which is value manager Tweedy Brown.

**1985**          After graduation, Corina joins Walter at his new firm.

**1986**          Walter brings to Martin Zweig the idea of an offshore version of his domestic, long-short equity fund.  The following year, Zweig International is launched with $2 million raised from Walter's clients.

**1987**          Fred Kolber and Jeffrey Tucker launch the Greenwich Options Fund.  Impressed with the low volatility and strong performance, Walter raises the idea of an offshore version of the Fund.   Thus, the conception of Fairfield International Limited, the first manager-distribution partnership of Fairfield Greenwich Group.

**1989**          Continuing to search for good managers, an account is opened at Madoff Securities for the benefit of a multi-strategy fund FGG had started to "test" the new managers.

**1990**          Launch of Fairfield Sentry Limited

**FairfieldGreenwichGroup**                                    **CONFIDENTIAL**                        2

FGGE001221251
SECSEV1798774

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Firm History

**1990's**        Given strong performance and available capacity, the firm's marketing efforts are channeled towards Fairfield Sentry, with significant assistance of the Littlestone group founded by Andrés Piedrahita.

**1997**          Fairfield and Littlestone agree to merge, consolidate much of the Greenwich office in New York, and open a new office in London headed by Andrés and Corina.

**1999**          Large sums are raised for Fairfield Sentry.  Recognizing the firm's growing dependence on one manager, the firm embarks upon an effort to diversify the assets under management.  To achieve this goal, FGG begins to hire and build an infrastructure by adding professionals to screen managers, conduct extensive due diligence, structure agreements and ventures with managers, and monitor investments after an allocation is made to a manager.

**2002**          Ownership of Fairfield Greenwich Limited is expanded from the three founders, Walter, Jeffrey and Andres, to include ten other employee-partners.

**2003**          Launch of Chester Global Strategy Fund Limited.

**FairfieldGreenwichGroup**                                    **CONFIDENTIAL**                            3

FGGE001221252
SECSEV1798775

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# The Firm Today

**Fairfield Greenwich Group is one of the largest and most experienced alternative asset managers.**

- Over $13 billion in assets under management.

- Approximately 100 employees.

- Employee-owned with 14 active partners.

- Offices in New York, London, Bermuda, Madrid, Greenwich, Miami, Lugano, Rotterdam, Rio de Janeiro, Singapore and Beijing (opening in 2007).

- Three main lines of business:
    (i)   5 onshore and offshore Sentry Funds;
    (ii)  4 onshore and offshore Chester & Irongate Fund-of-Funds; and
    (iii) 18 single manager and 8 multi-strategy funds with full transparency.

- Additional lines of business include onshore and offshore Renaissance Funds, onshore and offshore Aerium European Real Estate Funds, Sentry and multi-strategy structured products, and Wilshire Portable Alpha (launching February 2007).

- FGG entities are registered with the U.S. SEC as an investment adviser and broker-dealer, with the U.S. CFTC as a commodity pool operator, authorized and regulated by the U.K. Financial Services Authority, and by the Monetary Authority in Singapore.

- Client base includes family offices, financial advisors, government authorities, pension funds, private banks, and other institutional investors

**Fairfield Greenwich Group**

**CONFIDENTIAL**

4

FGGE001221253
SECSEV1798776

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# FGG Corporate Structure



**FAIRFIELD GREENWICH LIMITED**

*Cayman*

Parent Company;
Offshore Distributor

| FAIRFIELD GREENWICH (BERMUDA) LTD. | CHESTER MANAGEMENT (CAYMAN) LTD. | FAIRFIELD GREENWICH ADVISORS LLC | FAIRFIELD GREENWICH (UK) LTD. | FAIRFIELD GREENWICH REALTY PARTENRS | FAIRFIELD HEATHCLIFF CAPITAL LLC | FGG LUGANO SA | LION FAIRFIELD CAPITAL MANAGEMENT |
|---|---|---|---|---|---|---|---|
| *Bermuda* | *Cayman* | *Delaware* | *UK* | *Delaware* | *Delaware* | *Switzerland* | *Singapore* |
| Manager of Sentry Funds; Risk Office | Manager of Chester Fund of Funds | Manager of Single Manager Funds and Multi-Strat Funds | Manager of SICAV; European Distributor | Manager of European Real Estate Funds | U.S. Distributor | Manager of European Real Estate Funds | Singapore joint venture; Advisor to Asian Funds |

FGGE001221254
SECSEV1798777

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001221255
SECSEV1798778

# GLOBAL DISTRIBUTION CAPABILITIES - FGG AUM GROWTH



FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001221256
SECSEV1798779

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# FGG AUM Breakdown



Single Managers (non-Sentry, non-Asian) 14%

Multi Manager 7%

Single Managers (Asian funds) 1%

Sentry 50%

Fund of Funds 28%

FGGE001221257
SECSEV1798780

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Investor Geographic Breakdown



FGGE001221258
SECSEV1798781

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Investor Type Breakdown



FOF
16%

Private
Bank/Investment
Advisor
48%

Institutions
24%

Family Office
12%

Fairfield Greenwich Group

**CONFIDENTIAL**

9

# A Full Array of Strategies and Products

| SINGLE MANAGER FUNDS | |
|---|---|
| **Fairfield Paradigm Fund, Ltd.** | Long/Short U.S. Equity, Relative Value |
| **Fairfield Manhasset Offshore Fund Ltd.** | Long/Short U.S. Equity |
| **Fairfield ICAP Absolute Return Fund, Ltd.** | Long/Short U.S. & International Equity |
| **Arlington International Fund Limited** | Diversified Event-Driven |
| **NGA Fairfield Ltd.** | Distressed Securities, Event-Driven |
| **Fairfield Del Mar Fund Ltd.** | Short-Biased, Distressed Securities, Event-Driven |
| **Fairfield Redstone Fund, Ltd.** | Long/Short Small & Mid-Cap Growth |
| **Fairfield Raven Credit Opportunities Fund Ltd.** | Long/Short Credit – Cap. Structure Arb., Special Situations |
| **Fairfield Parabolic Partners Fund Ltd.** | Event-Driven Credit and Equity Volatility Relative Value |
| **Fairfield Apex Greater China Equity Fund Ltd.** | China, Hong Kong, Taiwan Long/Short Equity |
| **Fairfield Fortitude Australian Absolute Return Fund Ltd.** | Australian Multi-Strategy |
| **Fairfield Areca Asian Equity Fund Ltd.** | Asia Pacific Long/Short Equity |
| **Fairfield Korean Equity Fund Ltd.** | Long/Short Korea Equities |
| **Fairfield Ludgate Hill Asian Arbitrage Fund Ltd.** | Asian CB and ADR/GDR Arbitrage |
| **Fairfield Falcon Pacific Japan Equity Fund Ltd.** | Long/Short Japan Equities |
| **Fairfield Renaissance Institutional Equities Fund Ltd.**[1] | Quantitative Computer-Model Exchange-traded U.S. Equities |

1  Not included in FGG Multi-Strategy funds

Fairfield Greenwich Group

**CONFIDENTIAL**

10

FGGE001221259
SECSEV1798782

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# A Full Array of Strategies and Products (Cont.)

| MULTI-MANAGER FUNDS | |
| --- | --- |
| **Fairfield Investment Fund Ltd. ("FIF")** | Includes all core single manager funds |
| **FIF Advanced Ltd.** | FIF leveraged approximately 2 to 1 |
| **Fairfield Greenwich Fund (Luxembourg)** | |
| **Sub-fund: Fairfield Swiss Guardian Fund** | Switzerland registered SICAV, listed on Luxembourg Stock Exchange |
| **Fairfield Lion Investment Fund (Asia) Limited** | Asian-focused Multi-Strategy |

Fairfield Greenwich Group

FGGE001221260
SECSEV1798783

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED



# FLIFA Strategies

**Greater China Long/short & Cross Border Trading**
**15%**

**Japan Long/Short**
**14%**

**Australian Market Neutral/Multi-Strategy**
**14%**




**Asian Long/Short**
**36%**

**Asian Convertible bond & ADR/GDR Arbitrage**
**21%**

*FairfieldGreenwichGroup*

**CONFIDENTIAL**

12

FGGE001221261
SECSEV1798784

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Operational Risk Monitoring

**FGG's strategic partnerships with all managers included in its multi-strategy funds allows for immediate access to those funds, enabling the highest level of operational and "business" risk monitoring.**

- Ongoing evaluation of funds' infrastructures and teams effectively mitigates operational and business risk.

- Effective risk monitoring substantially reduces dangers of operational failures leading to "blow-ups"

- FGG utilizes an extensive in-house accounting, legal, compliance and administrative platform to monitor and direct fund operations

- Robust staffing and infrastructure allow investment professionals to focus on portfolio management, operational professionals to focus on business management.

Fairfield Greenwich Group

**CONFIDENTIAL**

13

FGGE001221262
SECSEV1798785

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001221263
SECSEV1798786

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Unified Fund Administration

**FGG's *common fund administrator* addresses operational risk. It 1) provides a confirmation loop for holdings data; 2) Runs books and records across all managers; 3) Lower admin fees; 4) Independent NAV.**



**CONFIDENTIAL**                                    14

# Finance Group –
# Fund Administration

**FGG Finance Group provides internal accounting controls/reporting capabilities and in-house check on fund administration platform**

- Perform allocations to multi-manager products

- Reconcile cash daily for all funds

- Prepare and calculate monthly and weekly estimated and final returns

- Approve final NAVs prepared by Citco

- Convert foreign currencies and execute hedging transactions

- Subscribe/redeem from master-feeder funds

- Create tear sheets, other investor communications

- Provide support for investors/potential investors

- Perform due diligence, modeling, and make pro-formas for new JVs and product initiatives

- Calculate and review solicitor fee payouts

- Review fund audit work

FairfieldGreenwichGroup

**CONFIDENTIAL**                    15

FGGE001221264
SECSEV1798787

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Finance Group - Structure

Members have a depth and breadth of expertise in the hedge fund industry with diverse backgrounds in audit and administration.

- Chief Financial Officer: **Dan Lipton**, CPA, MBA – ex-Senior Manager at E&Y
- Hedge Fund Controller:  **Nancy Ng**, CPA, CFA – ex-Senior Auditor at E&Y
  - NY Team
    - **Franklin Mejia** – ex-Citco Administrator
    - **Kent Scott**, CPA (pending certification), CFA candidate – ex-Rothstein Kass auditor
    - **Erika Meyers** – ex -Ernst & Young auditor
    - **Jason Kenny**, CPA – ex-Anchin Block and Anchin auditor
  - Bermuda Team
    - FGBL Controller: **Gordon McKenzie**, CPA, CA – ex-E&Y auditor
    - **Ryan Amlin**, CPA, ex -Ernst & Young auditor

**Other Finance/Accounting Areas:**

- Tax Director (joint with legal/compliance) – **Julia Luongo**, CPA, JD – ex-PwC
- Fund Operations : **Kristin Castellanos**
- Heathcliff (Broker-Dealer) Controller: **Matthew Levinson**, CPA, ex-E&Y auditor
- Management Company Controller: **Cheryl Neal**, Accountant: **Bernadette Lebron**

*Fairfield Greenwich Group*

FGGE001221265
SECSEV1798788

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Legal and Compliance – An Expanding Responsibility

**Anti-money laundering (AML) and Patriot Act issues**

■ Compliance with ever-changing, multi-jurisdictional requirements, training

■ Risk-based KYC program

**Compliance with local solicitation, sales registration, and public communication requirements**

■ US RIA and BD Registrations

■ UK FSA registration

■ Local private placements and registration requirements

■ Sales literature compliance review

**Structured and registered products**

**Tax issues (in conjunction with Finance Group)**

**Client-tailored structured products**

**Manager agreements and third-party retrocession agreements**

FairfieldGreenwichGroup

CONFIDENTIAL

17

FGGE001221266
SECSEV1798789

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Legal Team

Members have a depth and breadth of expertise in the hedge fund industry, with concentrations in legal, tax and compliance:

- General Counsel: **Mark J. McKeefry, Esq. -** Partner

- Legal:
  - **Michael Thorne, Esq.** – SVP & Associate General Counsel
  - **Laurence Birdsey** – Legal Analyst

- Tax:
  - **Julia Luongo, Esq., CPA –** Managing Director & Tax Director

- Compliance:
  - **Anthony Dell'Arena, Esq.** – Director & Chief Compliance Officer
  - **Grace Lee** – Compliance Analyst
  - **John Donachie** – U.K. Compliance Officer

*FairfieldGreenwichGroup*

FGGE001221267
SECSEV1798790

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001221268
SECSEV1798791

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice: 1983 – 2000



ADDITIONS
TERMINATIONS

FairfieldGreenwichGroup

19

# Themes Put Into Practice: 2001 – 2002

ADDITIONS
TERMINATIONS

FGGE001221269
SECSEV1798792
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED



FGGE001221270
SECSEV1798793

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice:
# 2003 – 2004



Fairfield Guardian Fund (Luxembourg SICAV)

Fairfield Paradigm Fund, Ltd.

Fairfield Briscoe Senior Capital Fund, Ltd.

Fairfield Dover Fund, Ltd.

Chester Global Strategy Fund

Preservation Capital Ltd.

Isis Capital Bond Arbitrage Fund

Fairfield FFTW Global Credit Fund Ltd.

Irongate Global Strategy Fund

Fairfield Trafalgar Fund, Ltd.

Fairfield Ajia-RPMH Fund, Ltd.

| MARCH | MAY | SEPTEMBER | NOVEMBER | DECEMBER | MAY | JULY | AUGUST | SEPTEMBER | DECEMBER |
| 2003 | 2003 | 2003 | 2003 | 2003 | 2004 | 2004 | 2004 | 2004 | 2004 |

Balboa Fund, Ltd.

Fairfield GMO Market Neutral Fund, Ltd.

Fairfield Schlarbaum Offshore Fund

■ ADDITIONS
■ TERMINATIONS

FairfieldGreenwichGroup

21

FGGE001221271
SECSEV1798794

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice: 2005



1  Included as of Jan 1, 2006 in Fairfield Lion Investment Fund (Asia) Limited
2  FIF direct investment as of launch

ADDITIONS

TERMINATIONS

## FairfieldGreenwichGroup

FGGE001221272
SECSEV1798795

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice: 2006



1  Included as of Jan 1, 2006 in Fairfield Lion Investment Fund (Asia) Limited
2  As of Jan 1, 2006, FIF has allocated to Fairfield Lion Investment Fund (Asia) Limited and thus invests indirectly into: Fairfield Apex Greater China Equity Fund Ltd., Fairfield Areca Asian Equity Fund Ltd., Fairfield Korean Equity Fund Ltd., Fairfield Falcon Pacific Japan Equity Fund, Fairfield Fortitude Australian Absolute Return Fund Ltd., Ludgate Hill Asian Arbitrage Fund Ltd.



■ ADDITIONS
■ TERMINATIONS

Fairfield Greenwich Group

23

FGGE001221273
SECSEV1798796

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED



**2007 Partners**

Jeffrey Tucker
Richard Landsberger
Jacqueline Harary
Dan Lipton
Mark McKeefry

Walter Noel
Philip Toub
Cornelis Boele
Santiago Reyes

Andres Piedrahita
Corina Piedrahita
Andrew Smith
Amit Vijayvergiya

**Fairfield Greenwich Limited**

**Fairfield Heathcliff Capital**

**Fairfield Greenwich (Bermuda) Ltd.**

**Fairfield Greenwich Advisors LLC**

**Fairfield Greenwich (UK) Ltd.**

**Lion Fairfield Capital Management**

**FGG Lugano SA** *Switzerland Rep Office*

**FGG Rio de Janiero** *Rio Rep Office*

**FGG Rotterdam** *Netherlands Rep. Office*

**Fairfield Heathcliff Capital**

**Client Services:**
Veronica Barco
Lauren Ross
Carla Castillo
Lakshmi Chaudhuri
Trey Ingram
Mimi Pagsibigan
Lina Pava
Amanda Simone
Kristin Corbett
Antonia Peristeris

**FINOP:**
Matt Levinson

**Compliance:**
Anthony Dell'Arena
Laurence Birdsey
Grace Lee

**Communications:**
Andrew Ludwig

**Sales:**
Matt Brown
Mami Hidaka
Scott Nevin
Jeremy Norton

**Fairfield Greenwich (Bermuda) Ltd.**

**Risk:**
Bjorn Axelsson
Charles Oddy
Disha Attavar

**Accounting:**
Gordon McKenzie
Ryan Amlin

**Admin:**
Sally Edwards

**Fairfield Greenwich Advisors LLC**

**Investments:**
Patrick Blake
Jennifer Keeney
Adrienne Garofalo
Enrique Mendez
Blair Keller
Maani Hariri
Nikko Buencamino
Eric Sacks

**Fund of Funds:**
Eric Chin
Mamta Jalan
Kim Huynh
Anthony Cho
Mehwish Qureshi
Hahn Lin

**Fund Ops:**
Kristin Castellanos
Nils Moldavsky
Joseph Malieckal

**Trading:**
Kim Morris
Tim Hynes

**Research:**
Arnie Morris

**FirmAccounting:**
Cheryl Neal
Bernadette Lebron

**IT:**
John Kogan
Jason Elizaitis
Mike Savva
Ted Southard

**Admin/ Reception:**
Laurie Mulcahey
Agnes Dimandja
Leonard Basso
Anna Kalaj
Linda Higgins
Alexandra Stabile
Ellen Ryon
Samantha Goldberg

**Fund Accounting:**
Nancy Ng
Franklin Mejia
Kent Scott
Jason Kenny
Erika Meyers

**Legal/ Tax:**
Michael Thorne
Julia Luongo

**Fairfield Greenwich (UK) Ltd.**

**Sales:**
Vianney d'Hendcourt
Marco Musciacco
Stephane Muuls
Kim Perry

**Client Services:**
Annie Hudson
Daisy Ashby

**Investment Team:**
William Lee

**Firm Accounting:**
Ornella Dellapina Fenman

**Compliance:**
John Donachie

**Sales:**
Yanko Della Schiava

**Client Services:**
Caterina Pedrini

**Sales:** Bianca Haegler

**Sales:**
Willem Aalder

**Fairfield Heathcliff Capital** Miami Branch Office

**Sales:** Harvey Glover

**Client Services:** Legna Gonzalez

**Fairfield Greenwich (UK) Ltd.** Madrid Branch Office

**Sales:**
Fernando de Cordoba
Juan Galobart

**Admin/Reception:**
Victoria De Los Rios

FairfieldGreenwichGroup

**CONFIDENTIAL**

24