# EXHIBIT 3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

## FOUNDING PARTNERS

Andrés Piedrahita · Walter Noel, Jr. · Jeffrey Tucker

## PARTNERS

Lourdes Barreneche · Cornelis Boele · Jacqueline Harary · Harold Greisman
Richard Landsberger · Dan Lipton · Mark McKeefry · Charles Murphy
Corina Piedrahita · Santiago Reyes · Andrew Smith · Philip Toub
Amit Vijayvergiya

## CLIENT GROUP

**Lourdes Barreneche**, Partner
**Richard Landsberger**, Partner
**Santiago Reyes**, Partner
**Cornelis Boele**, Partner
**Corina Piedrahita**, Partner
**Philip Toub**, Partner
**Jacqueline Harary**, Partner

### GLOBAL BUSINESS DEVELOPMENT

**Matt Brown**, Managing Director
**Mami Hidaka**, Managing Director
**Scott Nevin**, Managing Director
**Yanko Della Schiava**, Managing Director
**Marco Musciacco**, Managing Director
**Kim Perry**, Managing Director
**Vianney d'Hendcourt**, Managing Director
**Stephane Muuls**, Managing Director

**Willem Aalders**, Senior Vice President
**Juan Galobart**, Senior Vice President
**Bianca Haegler**, Senior Vice President
**Fernando de Cordoba**, Senior Vice President
**Harvey Glover**, Senior Vice President
**Jeremy Norton**, Senior Vice President

### CLIENT SERVICES / INVESTOR RELATIONS

**Veronica Barco**, Senior Vice President
**Lauren Ross**, Director, Investor Relations
**Carla Castillo**, Vice President
**Lakshmi Chaudhuri**, Senior Vice President
**Annie Hudson**, Senior Vice President, Int'l. Client Services
**Daisy Ashby**, Vice President, Int'l. Client Services
**Legna Gonzalez**, Ass't. Vice President
**Trey Ingram**, Ass't. Vice President
**Robert Netzel**, Vice President, Investor Relations
**Amanda Simone**, Vice President, Investor Relations
**Kristin Corbett**, Int'l. Client Services
**Mimi Pagsibigan**, Int'l. Client Services
**Lina Pava**, Int'l. Client Services
**Antonia Peristeris**, Int'l. Client Services
**Myle Trinh**, Int'l. Client Services
**Caterina Verda**, Int'l. Client Services

### ADMINISTRATION

**Sally Edwards**, Office Manager (Bermuda)
**Laurie Mulcahey**, Office Manager (NY)
**Ellen Ryon**, Office Manager (CT)
**Victoria De Los Rios**, Office Manager (Madrid)
**Agnes Dimandja**, Administration
**Samantha Goldberg**, Receptionist
**Anna Kalaj**, Executive Assistant
**Linda Higgins-Eng**, Receptionist
**Alexandra Stabile**, Receptionist
**Mehwish Qureshi**, Receptionist

## INVESTMENT GROUP

### SINGLE MANAGER FUNDS

**Harold Greisman**, Partner

**Patrick Blake**, Managing Director
**Jennifer Keeney**, Managing Director
**Douglas Reid**, Managing Director
**Eric Sacks**, Senior Analyst
**Adrienne Garofalo**, Director
**Blair Keller**, Director
**Enrique Méndez**, Director
**William Lee**, Vice President
**Maani Hariri**, Ass't. Vice President
**Laurance Buencamino**, Analyst

### FUND OF FUNDS

**Andrés Piedrahita**, Founding Partner
**Andrew Smith**, Partner

**Eric Chin**, Director & Senior Analyst
**Joseph Malieckal**, Senior Vice President, Fund of Fund Operations
**Kim Huynh**, Senior Vice President & Analyst
**Mamta Jalan**, Vice President & Analyst
**Anthony Cho**, Ass't. Vice President & Analyst Associate
**Jigisha Patel**, Ass't. Vice President & Operations Associate

### RISK MANAGEMENT

**Amit Vijayvergiya**, Partner, Chief Risk Officer

**Charles Oddy**, Director & Senior Risk Officer
**Björn Axelsson**, Vice President, Risk Analyst
**Disha Attavar**, Analyst

## OPERATIONS GROUP

**Dan Lipton**, Chief Financial Officer, Partner
**Mark McKeefry**, General Counsel, Partner

### FUND ACCOUNTING

**Nancy Ng**, Managing Director, Controller – Hedge Funds
**Gordon McKenzie**, Director, Controller – FGBL (Bermuda)
**Franklin Mejia**, Senior Vice President, Senior Fund Accountant
**Kent Scott**, Senior Vice President, Sr. Fund Accountant
**Ryan Amlin**, Vice President, Senior Fund Accountant (Bermuda)
**Jason Kenny**, Vice President, Fund Accountant
**Erika Meyers**, Vice President, Fund Accountant

### MANAGEMENT CO./ FINANCE

**Matthew J. Levinson**, Director – Financial Operations
**Cheryl Neal**, Senior Vice President, Controller – FGL
**Ornella Dellapina Fenman**, Senior Vice President, Int'l. Client Services & Office Manager (UK)
**Bernadette Lebron**, Jr. Accountant

### COMMUNICATIONS

**Andrew Ludwig**, Senior Vice President & Director of Communications

### INFORMATION TECHNOLOGY

**John Kogan**, Chief Technology Officer
**Jason Elizaitis**, Director of Information Technology
**Roland Voyages**, Director, Application Development
**Tanvir Akhtar**, Senior Network Engineer
**Michael Savva**, Network Administrator
**Ted Southard**, Network Administrator

### TAX

**Julia Luongo**, Managing Director & Tax Director

### FUND OPERATIONS

**Kristin Castellanos**, Senior Vice President, Fund Operations

### COMPLIANCE

**Anthony Dell'Arena**, Director & Chief Compliance Officer
**John Donachie**, Compliance Officer (UK)
**Grace Lee**, Compliance Analyst

### LEGAL

**Michael Thorne**, Associate General Counsel
**Thomas Rogers**, Paralegal

As of May 2007

0

FairfieldGreenwichGroup

FGGE000219378
SECSEV0796901

