# EXHIBIT 5

FGGE00032025C
SECSEV0897773

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C |
|---|---|---|---|
| 1 | **2000 - FGG Employee Census** | | |
| 2 | | | |
| 3 | | **Greenwich Office** | |
| 4 | 1 | Walter Noel, Jr. | |
| 5 | 2 | Sharon Kenney | |
| 6 | | | |
| 7 | | **London Office** | |
| 8 | 1 | Robert Hissom | |
| 9 | 2 | Corina Noel Piedrahita | |
| 10 | 3 | Andres Piedrahita | |
| 11 | 4 | Sarah Stratton | |
| 12 | | | |
| 13 | | **Lugano Office** | |
| 14 | 1 | Yanko Della Schiava | |
| 15 | | | |
| 16 | | **Madrid Office** | |
| 17 | 1 | Joaquin Almasque | |
| 18 | 2 | Carlos Garcia-Ordonez | |
| 19 | 3 | Gema Fernandez | |
| 20 | 4 | Karen Maeyens | |
| 21 | | | |
| 22 | | **Miami Office** | |
| 23 | 1 | Santiago Reyes | |
| 24 | | | |
| 25 | | **New York Office** | |
| 26 | 1 | Veronica Barco | |
| 27 | 2 | Lourdes Barreneche | |
| 28 | 3 | Cornelis Boele | |
| 29 | 4 | Gregory Bowes | |
| 30 | 5 | Harold Greisman | |
| 31 | 6 | Steven Grey | |
| 32 | 7 | Jacqueline Harary | |
| 33 | 8 | Cheryl Neal | |
| 34 | 9 | Eric Sacks | |
| 35 | 10 | Laurie Schwarz | |
| 36 | 11 | Jeffrey Tucker | |
| 37 | | | |
| 38 | | **Rio Office** | |
| 39 | 1 | Philip Toub | |
| 40 | 2 | Bianca Haegler | |
| 41 | | | |
| 42 | **25** | **Total Employees** | |
| 43 | | | |
| 44 | **Consultants:** | | |
| 45 | 1 | Adam Horne | London, UK |
| 46 | 2 | Roberto Cioci | Bogota, Columbia |

FGGE00320251
SECSEV0897774

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|   | A | B | C |
|---|---|---|---|
| 1 | **2001 - FGG Employee Census** | | |
| 2 | | | |
| 3 | **Greenwich Office** | | |
| 4 | 1 | Walter Noel, Jr. | |
| 5 | 2 | Erin Kane | |
| 6 | | | |
| 7 | **London Office** | | |
| 8 | 1 | Robert Hissom | |
| 9 | 2 | Richard Landsberger | |
| 10 | 3 | Fiona Lee | |
| 11 | 4 | Corina Noel Piedrahita | |
| 12 | 5 | Andres Piedrahita | |
| 13 | 6 | Sarah Stratton | |
| 14 | | | |
| 15 | **Lugano Office** | | |
| 16 | 1 | Yanko Della Schiava | |
| 17 | | | |
| 18 | **Madrid Office** | | |
| 19 | 1 | Joaquin Almasque | |
| 20 | 2 | Antonio Alvarez | |
| 21 | 3 | Carlos Batista | |
| 22 | 4 | Carlos Garcia-Ordonez | |
| 23 | 5 | Cristina Ruiz | |
| 24 | 6 | Carolina Sanchez | |
| 25 | | | |
| 26 | **Miami Office** | | |
| 27 | 1 | Santiago Reyes | |
| 28 | | | |
| 29 | **New York Office** | | |
| 30 | 1 | Veronica Barco | |
| 31 | 2 | Lourdes Barreneche | |
| 32 | 3 | Robert Blum | |
| 33 | 4 | Cornelis Boele | |
| 34 | 5 | Gregory Bowes | |
| 35 | 6 | Jaime Cohane | |
| 36 | 7 | Andrew Gifford | |
| 37 | 8 | Harold Greisman | |
| 38 | 9 | Steven Grey | |
| 39 | 10 | Jacqueline Harary | |
| 40 | 11 | Cheryl Neal | |
| 41 | 12 | Scott Nevin | |
| 42 | 13 | Eric Sacks | |
| 43 | 14 | Laurie Schwarz | |
| 44 | 15 | Jeffrey Tucker | |
| 45 | | | |
| 46 | **Rio Office** | | |
| 47 | 1 | Philip Toub | |
| 48 | 2 | Bianca Haegler | |

|    | A | B | C |
|----|------|------|------|
| 49 |    |    |    |
| 50 |    | **Rotterdam Office** |    |
| 51 | 1  | Willem Aalders |    |
| 52 |    |    |    |
| 53 | 34 | **Total Employees** |    |
| 54 |    |    |    |
| 55 |    |    |    |
| 56 | **Consultants:** |    |    |
| 57 | 1  | Adam Horne | London, UK |
| 58 | 2  | Roberto Cioci | Bogota, Columbia |

FGGE000320252
SECSEV0897775

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00320253
SECSEV0897776

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C |
|---|---|---|---|
| 1 | **2002 - FGG Employee Census** | | |
| 2 | | | |
| 3 | | **Greenwich Office** | |
| 4 | | 1 | Walter Noel, Jr. | |
| 5 | | 2 | Alexandra Ness | |
| 6 | | | |
| 7 | | **London Office** | |
| 8 | | 1 | Ornella Dellapina Fenman | |
| 9 | | 2 | Robert Hissom | |
| 10 | | 3 | Richard Landsberger | |
| 11 | | 4 | Corina Noel Piedrahita | |
| 12 | | 5 | Andres Piedrahita | |
| 13 | | 6 | Sarah Stratton | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | **Lugano Office** | |
| 18 | | 1 | Yanko Della Schiava | |
| 19 | | | |
| 20 | | **Madrid Office** | |
| 21 | | 1 | Joaquin Almasque | |
| 22 | | 2 | Antonio Alvarez | |
| 23 | | 3 | Carlos Garcia-Ordonez | |
| 24 | | 4 | Stephane Muuls | |
| 25 | | 5 | Cristina Ruiz | |
| 26 | | 6 | Katia Slooch | |
| 27 | | | |
| 28 | | **Miami Office** | |
| 29 | | 1 | Santiago Reyes | |
| 30 | | | |
| 31 | | **New York Office** | |
| 32 | | 1 | Veronica Barco | |
| 33 | | 2 | Lourdes Barreneche | |
| 34 | | 3 | Robert Blum | |
| 35 | | 4 | Cornelis Boele | |
| 36 | | 5 | Gregory Bowes | |
| 37 | | 6 | Lakshmi Chaudhuri | |
| 38 | | 7 | Jaime Cohane | |
| 39 | | 8 | Steven Grey | |
| 40 | | 9 | Harold Greisman | |
| 41 | | 10 | Jaqueline Harary | |
| 42 | | 11 | Stephanie Ho | |
| 43 | | 12 | Dan Lipton | |
| 44 | | 13 | Andrew Ludwig | |
| 45 | | 14 | Mayya Molchan | |
| 46 | | 15 | Kim Morris | |
| 47 | | 16 | Cheryl Neal | |
| 48 | | 17 | Scott Nevin | |

FGGE00320254
SECSEV0897777

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | A  | B | C |
|----|----|---|---|
| 49 | 18 | Nancy Ng | |
| 50 | 19 | Eric Sacks | |
| 51 | 20 | Laurie Schwarz | |
| 52 | 21 | Amanda Simone | |
| 53 | 22 | Jeffrey Tucker | |
| 54 | 23 | John Wartmann | |
| 55 | | | |
| 56 | | **Rio Office** | |
| 57 | 1 | Philip Toub | |
| 58 | 2 | Bianca Haegler | |
| 59 | | | |
| 60 | | **Rotterdam Office** | |
| 61 | 1 | Willem Aalders | |
| 62 | | | |
| 63 | | **Winchester, MA Home Office** | |
| 64 | 1 | Ron Thomann | |
| 65 | | | |
| 66 | **43** | **Total Employees** | |
| 67 | | | |
| 68 | | | |
| 69 | Consultants: | | |
| 70 | 1 | Adam Horne | London, UK |
| 71 | 2 | CTA Beta Capital | Mexico |
| 72 | 3 | Pedro Martin | Mexico |
| 73 | 4 | Roberto Cioci | Bogota, Columbia |

FGGE00320255
SECSEV0897778

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C |
|---|---|---|---|
| 1 | 2003 - FGG Employee Census | | |
| 2 | | | |
| 3 | | Bermuda Office | |
| 4 | 1 | Amit Vijayvergiya | |
| 5 | 2 | Gordon McKenzie | |
| 6 | | | |
| 7 | | Greenwich Office | |
| 8 | 1 | Walter Noel, Jr. | |
| 9 | 2 | Alexandra Ness | |
| 10 | | | |
| 11 | | London Office | |
| 12 | 1 | Ornella Dellapina Fenman | |
| 13 | 2 | Robert Hissom | |
| 14 | 3 | Annie Hudson | |
| 15 | 4 | Richard Landsberger | |
| 16 | 5 | Marco Musciacco | |
| 17 | 6 | Kim Perry | |
| 18 | 7 | Corina Noel Piedrahita | |
| 19 | 8 | Andres Piedrahita | |
| 20 | 9 | Andrew Smith | |
| 21 | | | |
| 22 | | Lugano Office | |
| 23 | 1 | Yanko Della Schiava | |
| 24 | | | |
| 25 | | Madrid Office | |
| 26 | 1 | Joaquin Almasque | |
| 27 | 2 | Antonio Alvarez | |
| 28 | 3 | Carlos Garcia-Ordonez | |
| 29 | 4 | Stephane Muuls | |
| 30 | 5 | Marta Vitorica | |
| 31 | 6 | Carlos Zunzunegui | |
| 32 | | | |
| 33 | | Miami Office | |
| 34 | 1 | Santiago Reyes | |
| 35 | | | |
| 36 | | New York Office | |
| 37 | 1 | Veronica Barco | |
| 38 | 2 | Kathleen Barker | |
| 39 | 3 | Lourdes Barreneche | |
| 40 | 4 | Patrick Blake | |
| 41 | 5 | Robert Blum | |
| 42 | 6 | Cornelis Boele | |
| 43 | 7 | Carla Castillo | |
| 44 | 8 | Lakshmi Chaudhuri | |
| 45 | 9 | Agnes Loteta Dimandja | |
| 46 | 10 | Jason Elizaitis | |
| 47 | 11 | Steven Grey | |
| 48 | 12 | Harold Greisman | |

|    | A | B | C |
|----|-----|-----|-----|
| 49 | 13 | Jacqueline Harary | |
| 50 | 14 | Mami Hidaka | |
| 51 | 15 | Stephanie Ho | |
| 52 | 16 | Dan Lipton | |
| 53 | 17 | Andrew Ludwig | |
| 54 | 18 | Mark McKeefry | |
| 55 | 19 | Mayya Molchan | |
| 56 | 20 | Kim Morris | |
| 57 | 21 | Cheryl Neal | |
| 58 | 22 | Scott Nevin | |
| 59 | 23 | Nancy Ng | |
| 60 | 24 | Lauren Ross | |
| 61 | 25 | Eric Sacks | |
| 62 | 26 | Laurie Schwarz | |
| 63 | 27 | Amanda Simone | |
| 64 | 28 | Jeffrey Tucker | |
| 65 | 29 | John Wartmann | |
| 66 | | | |
| 67 | | **Rio Office** | |
| 68 | 1 | Bianca Haegler | |
| 69 | 2 | Philip Toub | |
| 70 | | | |
| 71 | | | |
| 72 | | **Rotterdam Office** | |
| 73 | 1 | Willem Aalders | |
| 74 | | | |
| 75 | | | |
| 76 | | **Winchester, MA Home Office** | |
| 77 | 1 | Ron Thomann | |
| 78 | | | |
| 79 | | | |
| 80 | **54** | **Total Employees** | |
| 81 | | | |
| 82 | **Consultants:** | | |
| 83 | 1 | Adam Horne | London, UK |
| 84 | 2 | CTA Beta Capital | Mexico |
| 85 | 3 | Pedro Martin | Mexico |
| 86 | 4 | Roberto Cioci | Bogota, Columbia |

FGGE00320256
SECSEV0897779

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00320257
SECSEV0897780

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C |
|---|---|---|---|
| 1 | 2004 - FGG Employee Census | | |
| 2 | | | |
| 3 | | **Bermuda Office** | |
| 4 | 1 | Amit Vijayvergiya | |
| 5 | 2 | Gordon McKenzie | |
| 6 | 3 | Charles Oddy | |
| 7 | | | |
| 8 | | **Greenwich Office** | |
| 9 | 1 | Walter Noel, Jr. | |
| 10 | 2 | Ellen Ryon | |
| 11 | | | |
| 12 | | **London Office** | |
| 13 | 1 | Daisy Ashby | |
| 14 | 2 | Ornella Dellapina Fenman | |
| 15 | 3 | Vianney d'Hendecourt | |
| 16 | 4 | Annie Hudson | |
| 17 | 5 | Richard Landsberger | |
| 18 | 6 | Stephane Muuls | |
| 19 | 7 | Marco Musciacco | |
| 20 | 8 | Kim Perry | |
| 21 | 9 | Corina Noel Piedrahita | |
| 22 | 10 | Andres Piedrahita | |
| 23 | 11 | Andrew Smith | |
| 24 | | | |
| 25 | | | |
| 26 | | **Lugano Office** | |
| 27 | 1 | Caterina Pedrini | |
| 28 | 2 | Yanko Della Schiava | |
| 29 | | | |
| 30 | | **Madrid Office** | |
| 31 | 1 | Joaquin Almasque | |
| 32 | 2 | Antonio Alvarez | |
| 33 | 3 | Carlos Garcia-Ordonez | |
| 34 | 4 | Sandra Cuadros Stein | |
| 35 | 5 | Carlos Zunzunegui | |
| 36 | | | |
| 37 | | **Miami Office** | |
| 38 | 1 | Santiago Reyes | |
| 39 | | | |
| 40 | | **New York Office** | |
| 41 | 1 | Veronica Barco | |
| 42 | 2 | Kathleen Barker Dolan | |
| 43 | 3 | Lourdes Barreneche | |
| 44 | 4 | Laurence Birdsey | |
| 45 | 5 | Patrick Blake | |
| 46 | 6 | Robert Blum | |
| 47 | 7 | Cornelis Boele | |
| 48 | 8 | Carla Castillo | |

|    | A  | B | C |
|----|-----|---|---|
| 49 | 9 | Lakshmi Chaudhuri | |
| 50 | 10 | Eric Chin | |
| 51 | 11 | Agnes Loteta Dimandja | |
| 52 | 12 | Jason Elizaitis | |
| 53 | 13 | Harold Greisman | |
| 54 | 14 | Jacqueline Harary | |
| 55 | 15 | Mami Hidaka | |
| 56 | 16 | Stephanie Ho | |
| 57 | 17 | Jennifer Keeney | |
| 58 | 18 | Dan Lipton | |
| 59 | 19 | Andrew Ludwig | |
| 60 | 20 | Julia Luongo | |
| 61 | 21 | Mark McKeefry | |
| 62 | 22 | Franklin Mejia | |
| 63 | 23 | Enrique Mendez | |
| 64 | 24 | Nils Moldavsky | |
| 65 | 25 | Arnold Morris | |
| 66 | 26 | Kim Morris | |
| 67 | 27 | Bassam Nakhleh | |
| 68 | 28 | Cheryl Neal | |
| 69 | 29 | Scott Nevin | |
| 70 | 30 | Nancy Ng | |
| 71 | 32 | Lauren Ross | |
| 72 | 33 | Eric Sacks | |
| 73 | 34 | Laurie Mulcahey | |
| 74 | 35 | Kent Scott | |
| 75 | 36 | Amanda Simone | |
| 76 | 37 | Jeffrey Tucker | |
| 77 | 38 | John Wartman | |
| 78 | | | |
| 79 | | **Rio Office** | |
| 80 | 1 | Bianca Haegler | |
| 81 | 2 | Philip Toub | |
| 82 | | | |
| 83 | | | |
| 84 | | **Rotterdam Office** | |
| 85 | 1 | Willem Aalders | |
| 86 | 2 | Ingrid Nieweg | |
| 87 | | | |
| 88 | | **Fairfield Heathcliff** | |
| 89 | 1 | Ronald Thomann | |
| 90 | 2 | Scott Nevin | |
| 91 | | | |
| 92 | **66** | **Total Employees** | |
| 93 | | | |
| 94 | | | |
| 95 | Consultants: | | |
| 96 | 1 | Adam Horne | London, UK |

FGGE00320258
SECSEV0897781
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C |
|---|---|---|---|
| 97 | 2 | Pedro Martin | Mexico |
| 98 | 3 | Roberto Cioci | Bogota, Columbia |

FGGE0003202SS
SECSEV0897782

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | A | B |
|----|---|---|
| 1  | **2005 - FGG Employee Census** | |
| 2  | | |
| 3  | | **Bermuda Office** |
| 4  | 1 | Amit Vijayvergiya |
| 5  | 2 | Gordon McKenzie |
| 6  | 3 | Charles Oddy |
| 7  | | |
| 8  | | |
| 9  | | **Greenwich Office** |
| 10 | 1 | Walter Noel, Jr. |
| 11 | 2 | Ellen Ryon |
| 12 | | |
| 13 | | **London Office** |
| 14 | 1 | Daisy Ashby |
| 15 | 2 | Ornella Dellapina Fenman |
| 16 | 3 | Vianney d'Hendecourt |
| 17 | 4 | Annie Hudson |
| 18 | 5 | Richard Landsberger |
| 19 | 6 | Stephane Muuls |
| 20 | 7 | Marco Musciacco |
| 21 | 8 | Kim Perry |
| 22 | 9 | Andres Piedrahita |
| 23 | | |
| 24 | | |
| 25 | | **Lugano Office** |
| 26 | 1 | Caterina Pedrini |
| 27 | 2 | Yanko Della Schiava |
| 28 | | |
| 29 | | **Madrid Office** |
| 30 | 1 | Joaquin Almasque |
| 31 | 2 | Antonio Alvarez |
| 32 | 3 | Carlos Garcia-Ordonez |
| 33 | 4 | Sandra Cuadros Stein |
| 34 | 5 | Carlos Zunzunegui |
| 35 | | |
| 36 | | **New Madrid Office** |
| 37 | 1 | Fernando de Cordova |
| 38 | 2 | Victoria de los Rios |
| 39 | 3 | Corina Noel Piedrahita |
| 40 | | |
| 41 | | **Miami Office** |
| 42 | 1 | Santiago Reyes |
| 43 | 2 | W. Harvey Glover |
| 44 | | |
| 45 | | **New York Office** |
| 46 | 1 | Veronica Barco |
| 47 | 2 | Lourdes Barreneche |
| 48 | 3 | Laurence Birdsey |

FGGE0003202620
SECSEV0897783

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00320261
SECSEV0897784

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|     | A   | B                     |
| --- | --- | --------------------- |
| 49  | 4   | Patrick Blake         |
| 50  | 5   | Cornelis Boele        |
| 51  | 6   | Matthew Brown         |
| 52  | 7   | Carla Castillo        |
| 53  | 8   | Lakshmi Chaudhuri     |
| 54  | 9   | Eric Chin             |
| 55  | 10  | Anthony Dell'Arena    |
| 56  | 11  | Agnes Loteta Dimandja |
| 57  | 12  | Jason Elizaitis       |
| 58  | 13  | Adrienne  Garofalo    |
| 59  | 14  | Harold Greisman       |
| 60  | 15  | Jacqueline Harary     |
| 61  | 16  | Maani Hariri          |
| 62  | 17  | Linda Higgens         |
| 63  | 18  | Timothy Hynes         |
| 64  | 19  | G. Trey Ingram        |
| 65  | 20  | Mamta Jalan           |
| 66  | 21  | Jennifer Keeney       |
| 67  | 22  | Dan Lipton            |
| 68  | 23  | Andrew Ludwig         |
| 69  | 24  | Julia Luongo          |
| 70  | 25  | Joseph Malieckal      |
| 71  | 26  | Mark McKeefry         |
| 72  | 27  | Franklin Mejia        |
| 73  | 28  | Enrique Mendez        |
| 74  | 29  | Nils Moldavsky        |
| 75  | 30  | Arnold Morris         |
| 76  | 31  | Kim Morris            |
| 77  | 32  | Laurie Mulcahey       |
| 78  | 33  | Bassam Nakhleh        |
| 79  | 34  | Cheryl Neal           |
| 80  | 35  | Nancy Ng              |
| 81  | 36  | Jeremy Norton         |
| 82  | 37  | Lauren Ross           |
| 83  | 38  | Eric Sacks            |
| 84  | 39  | Michael Savva         |
| 85  | 40  | Kent Scott            |
| 86  | 41  | Amanda Simone         |
| 87  | 42  | Andrew Smith          |
| 88  | 43  | Jeffrey Tucker        |
| 89  | 44  | David Upson           |
| 90  | 45  | Jennifer Whitaker     |
| 91  |     |                       |
| 92  |     |                       |
| 93  |     | **Rio Office**        |
| 94  | 1   | Bianca Haegler        |
| 95  | 2   | Philip Toub           |
| 96  |     |                       |

| | A | B |
|---|---|---|
| 97 | | |
| 98 | **Rotterdam Office** | |
| 99 | 1 | Willem Aalders |
| 100 | 2 | Ingrid Nieweg |
| 101 | | |
| 102 | **Fairfield Heathcliff** | |
| 103 | 1 | Mami Hidaka |
| 104 | 2 | Scott Nevin |
| 105 | 3 | Ronald Thomann |
| 106 | | |
| 107 | 78 | **Total Employees** |
| 108 | | |
| 109 | | |
| 110 | **Consultants:** | |
| 111 | 1 | Adam Horne |
| 112 | 2 | Pedro Martin |
| 113 | 3 | Roberto Cioci |
| 114 | 4 | Rik Klomp |

FGGE00320262
SECSEV0897785

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00320263
SECSEV0897786

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | 2006 - FGG Employee Census | | | |
| 2 | | | | |
| 3 | | Bermuda Office | | |
| 4 | 1 | Ryan Amlin | | |
| 5 | 2 | Disha Attavar | | |
| 6 | 3 | Bjorn Axelsson | | |
| 7 | 4 | Sally Edwards | | |
| 8 | 5 | Gordon McKenzie | | |
| 9 | 6 | Charles Oddy | | |
| 10 | 7 | Amit Vijayvergiya | | |
| 11 | | | | |
| 12 | | Greenwich Office | | |
| 13 | 1 | Walter Noel, Jr. | | |
| 14 | 2 | Ellen Ryon | | |
| 15 | | | | |
| 16 | | London Office | | |
| 17 | 1 | Daisy Ashby | | |
| 18 | 2 | Ornella Dellapina Fenman | | |
| 19 | 3 | Vianney d'Hendecourt | | |
| 20 | 4 | Annie Hudson | | |
| 21 | 5 | Richard Landsberger | | |
| 22 | 6 | Stephane Muuls | | |
| 23 | 7 | Marco Musciacco | | |
| 24 | 8 | Kim Perry | | |
| 25 | 9 | Andres Piedrahita | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | Lugano Office | | |
| 29 | 1 | Caterina Pedrini | | |
| 30 | 2 | Yanko Della Schiava | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | New Madrid Office | | |
| 34 | 1 | Fernando de Cordova | | |
| 35 | 2 | Juan Galobart | | |
| 36 | 3 | Victoria de los Rios | | |
| 37 | 4 | Corina Noel Piedrahita | | |
| 38 | | | | |
| 39 | | Miami Office | | |
| 40 | 1 | Legna Gonzalez | | |
| 41 | 2 | W. Harvey Glover | | |
| 42 | 3 | Santiago Reyes | | |
| 43 | | | | |
| 44 | | New York Office | | |
| 45 | 1 | Veronica Barco | | 1 |
| 46 | 2 | Lourdes Barreneche | | 2 |
| 47 | 3 | Leonard Basso | | 3 |
| 48 | 4 | Laurence Birdsey | | 4 |

FGGE00320264
SECSEV0897787

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | A  | B | C | D |
|----|----|---|---|---|
| 49 | 5  | Patrick Blake |  | 5  |
| 50 | 6  | Cornelis Boele |  | 6  |
| 51 | 7  | Matthew Brown |  | 7  |
| 52 | 8  | Laurance Buencamino |  | 8  |
| 53 | 9  | Kristen Castellanos |  | 9  |
| 54 | 10 | Carla Castillo |  | 10 |
| 55 | 11 | Lakshmi Chaudhuri |  | 11 |
| 56 | 12 | Eric Chin |  | 12 |
| 57 | 13 | Young (Anthony) Cho |  | 13 |
| 58 | 14 | Kristen Corbett |  | 14 |
| 59 | 15 | Anthony Dell'Arena |  | 15 |
| 60 | 16 | Agnes Loteta Dimandja |  | 16 |
| 61 | 17 | Jason Elizaitis |  | 17 |
| 62 | 18 | Adrienne  Garofalo |  | 18 |
| 63 | 19 | Samantha Goldberg |  | 19 |
| 64 | 20 | Jacqueline Harary |  | 20 |
| 65 | 21 | Maani Hariri |  | 21 |
| 66 | 22 | Linda Higgens |  | 22 |
| 67 | 23 | Kim Huynh |  | 23 |
| 68 | 24 | Timothy Hynes |  | 24 |
| 69 | 25 | G. Trey Ingram |  | 25 |
| 70 | 26 | Mamta Jalan |  | 26 |
| 71 | 27 | Anna Kalaj |  | 27 |
| 72 | 29 | Jennifer Keeney |  | 28 |
| 73 | 28 | Blair Keller |  | 29 |
| 74 | 30 | Jason Kenny |  | 30 |
| 75 | 31 | Bernadette Lebron |  | 31 |
| 76 | 32 | Grace Lee |  | 32 |
| 77 | 33 | Matthew Levinson |  | 33 |
| 78 | 34 | Dan Lipton |  | 34 |
| 79 | 35 | Andrew Ludwig |  | 35 |
| 80 | 36 | Julia Luongo |  | 36 |
| 81 | 37 | Joseph Malieckal |  | 37 |
| 82 | 38 | Mark McKeefry |  | 38 |
| 83 | 39 | Franklin Mejia |  | 39 |
| 84 | 40 | Enrique Mendez |  | 40 |
| 85 | 41 | Erika Meyers |  | 41 |
| 86 | 42 | Nils Moldavsky |  | 42 |
| 87 | 43 | Arnold Morris |  | 43 |
| 88 | 44 | Kim Morris |  | 44 |
| 89 | 45 | Laurie Mulcahey |  | 45 |
| 90 | 46 | Cheryl Neal |  | 46 |
| 91 | 47 | Nancy Ng |  | 47 |
| 92 | 48 | Jeremy Norton |  | 48 |
| 93 | 49 | Mimi Pagsibigan |  | 49 |
| 94 | 50 | Lina  Pava |  | 50 |
| 95 | 51 | Antonia Peristeris |  | 51 |
| 96 | 52 | Mehwish Qureshi |  | 52 |

|     | A   | B                 | C   | D   |
| --- | --- | ----------------- | --- | --- |
| 97  | 53  | Lauren Ross       |     | 53  |
| 98  | 54  | Eric Sacks        |     | 54  |
| 99  | 55  | Michael Savva     |     | 55  |
| 100 | 56  | Kent Scott        |     | 56  |
| 101 | 57  | Amanda Simone     |     | 57  |
| 102 | 58  | Andrew Smith      |     | 58  |
| 103 | 59  | Ted Southard      |     | 59  |
| 104 | 60  | Alexandra Stabile |     | 60  |
| 105 | 61  | Michael Thorne    |     | 61  |
| 106 | 62  | Philip Toub       |     | 62  |
| 107 | 63  | Jeffrey Tucker    |     | 63  |
| 108 |     |                   |     |     |
| 109 |     |                   |     |     |
| 110 |     |                   |     |     |
| 111 |     |                   |     |     |
| 112 |     | **Rio Office**    |     |     |
| 113 | 1   | Bianca Haegler    |     |     |
| 114 |     |                   |     |     |
| 115 |     | **Rotterdam Office** |  |     |
| 116 | 1   | Willem Aalders    |     |     |
| 117 | 2   | Ingrid Nieweg     |     |     |
| 118 |     |                   |     |     |
| 119 |     | **Fairfield Heathcliff** | |    |
| 120 | 1   | Mami Hidaka       |     |     |
| 121 | 2   | Scott Nevin       |     |     |
| 122 |     |                   |     |     |
| 123 |     |                   |     |     |
| 124 | **95** | **Total Employees** | |  |
| 125 |     |                   |     |     |
| 126 |     |                   |     |     |
| 127 | Consultants: |          |     |     |
| 128 |     |                   |     |     |
| 129 | 1   | Pedro Martin      |     |     |
| 130 | 2   | Roberto Cioci     |     |     |

FGGE00320265
SECSEV0897788

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000320266
SECSEV0897789

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **2007 - FGG Employee Census** | | | |
| 2 | | | | |
| 3 | *(Updated: 04/20/07)* | | | |
| 4 | | | | |
| 5 | | **Bermuda Office** | | NEW |
| 6 | 1 | Ryan Amlin | | |
| 7 | 2 | Disha Attavar | | |
| 8 | 3 | Bjorn Axelsson | | |
| 9 | 4 | Elizabeth Colebrook | | |
| 10 | 5 | Sally Edwards | | |
| 11 | 6 | Gordon McKenzie | | |
| 12 | 7 | Charles Oddy | | |
| 13 | 8 | Amit Vijayvergiya | | |
| 14 | | | | |
| 15 | | **Greenwich Office** | | |
| 16 | 1 | Walter Noel, Jr. | | |
| 17 | 2 | Ellen Ryon | | |
| 18 | | | | |
| 19 | | **London Office** | | |
| 20 | 1 | Daisy Ashby | | |
| 21 | 2 | Ornella Dellapina Fenman | | |
| 22 | 3 | Vianney d'Hendecourt | | |
| 23 | 4 | Annie Hudson | | |
| 24 | 5 | Richard Landsberger | | |
| 25 | 6 | Stephane Muuls | | |
| 26 | 7 | Marco Musciacco | | |
| 27 | 8 | Kim Perry | | |
| 28 | 9 | Andres Piedrahita | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | **Lugano Office** | | |
| 32 | 1 | Caterina Pedrini | | |
| 33 | 2 | Yanko Della Schiava | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | **New Madrid Office** | | |
| 37 | 1 | Fernando de Cordova | | |
| 38 | 2 | Victoria de los Rios | | |
| 39 | 3 | Juan Galobart | | |
| 40 | 4 | Corina Noel Piedrahita | | |
| 41 | 5 | Myle Trinh | | N |
| 42 | | | | |
| 43 | | **Miami Office** | | |
| 44 | 1 | Legna Gonzalez | | |
| 45 | 2 | W. Harvey Glover | | |
| 46 | 3 | Santiago Reyes | | |
| 47 | | | | |
| 48 | | **New York Office** | | |

FGGE00320267
SECSEV0897790

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | | B | C | D |
|---|---|---|---|---|---|
| 49 | | 1 | Tanvir Ahktar | | N |
| 50 | | 2 | Veronica Barco | | |
| 51 | | 3 | Lourdes Barreneche | | |
| 52 | | 4 | Leonard Basso | | |
| 53 | | 5 | Patrick Blake | | |
| 54 | | 6 | Cornelis Boele | | |
| 55 | | 7 | Courtney Brown | | N |
| 56 | | 8 | Matthew Brown | | |
| 57 | | 9 | Laurance Buencamino | | |
| 58 | | 10 | Kristen Castellanos | | |
| 59 | | 11 | Carla Castillo | | |
| 60 | | 12 | Lakshmi Chaudhuri | | |
| 61 | | 13 | Eric Chin | | |
| 62 | | 14 | Young (Anthony) Cho | | |
| 63 | | 15 | Kristen Corbett | | |
| 64 | | 16 | Anthony Dell'Arena | | |
| 65 | | 17 | Agnes Loteta Dimandja | | |
| 66 | | 18 | Jason Elizaitis | | |
| 67 | | 19 | Adrienne  Garofalo | | |
| 68 | | 20 | Samantha Goldberg | | |
| 69 | | 21 | Harold Greisman | | N |
| 70 | | 22 | Jacqueline Harary | | |
| 71 | | 23 | Maani Hariri | | |
| 72 | | 24 | Kim Huynh | | |
| 73 | | 25 | Timothy Hynes | | |
| 74 | | 26 | G. Trey Ingram | | |
| 75 | | 27 | Mamta Jalan | | |
| 76 | | 28 | Anna Kalaj | | |
| 77 | | 29 | Jennifer Keeney | | |
| 78 | | 30 | Blair Keller | | |
| 79 | | 31 | Jason Kenny | | |
| 80 | | 32 | Isul Kim | | N |
| 81 | | 33 | John Kogan | | N |
| 82 | | 34 | Bernadette Lebron | | |
| 83 | | 35 | Grace Lee | | |
| 84 | | 36 | Matthew Levinson | | |
| 85 | | 37 | Dan Lipton | | |
| 86 | | 38 | Andrew Ludwig | | |
| 87 | | 39 | Julia Luongo | | |
| 88 | | 40 | Joseph Malieckal | | |
| 89 | | 41 | Mark McKeefry | | |
| 90 | | 42 | Franklin Mejia | | |
| 91 | | 43 | Enrique Mendez | | |
| 92 | | 44 | Erika Meyers | | |
| 93 | | 45 | Nils Moldavsky | | |
| 94 | | 46 | Arnold Morris | | |
| 95 | | 47 | Kim Morris | | |
| 96 | | 48 | Laurie Mulcahey | | |

FGGE00320268
SECSEV0897791

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D |
|---|---|---|---|---|
| 97 | 49 | Charles Murphy | | N |
| 98 | 50 | Cheryl Neal | | |
| 99 | 51 | Robert Netzel | | N |
| 100 | 52 | Nancy Ng | | |
| 101 | 53 | Jeremy Norton | | |
| 102 | 54 | Mimi Pagsibigan | | |
| 103 | 55 | Jigisha Patel | | N |
| 104 | 56 | Lina  Pava | | |
| 105 | 57 | Antonia Peristeris | | |
| 106 | 58 | Mehwish Qureshi | | |
| 107 | 59 | Douglas Reid | | N |
| 108 | 60 | Thomas Rogers | | N |
| 109 | 61 | Lauren Ross | | |
| 110 | 62 | Eric Sacks | | |
| 111 | 63 | Michael Savva | | |
| 112 | 64 | Kent Scott | | |
| 113 | 65 | Amanda Simone | | |
| 114 | 66 | Andrew Smith | | |
| 115 | 67 | Ted Southard | | |
| 116 | 68 | Alexandra Stabile | | |
| 117 | 69 | Michael Thorne | | |
| 118 | 70 | Philip Toub | | |
| 119 | 71 | Jeffrey Tucker | | |
| 120 | 72 | Roland Voyages | | N |
| 121 | | | | |
| 122 | | | | |
| 123 | | **Rio Office** | | |
| 124 | 1 | Bianca Haegler | | |
| 125 | | | | |
| 126 | | **Rotterdam Office** | | |
| 127 | 1 | Willem Aalders | | |
| 128 | | | | |
| 129 | | **Fairfield Heathcliff** | | |
| 130 | 1 | Mami Hidaka | | |
| 131 | 2 | Martin Klenert | | N |
| 132 | 3 | Scott Nevin | | |
| 133 | | | | |
| 134 | | | | |
| 135 | **106** | **Total Employees** | | |
| 136 | | | | |
| 137 | | | | |
| 138 | Consultants: | | | |
| 139 | | | | |
| 140 | 1 | Pedro Martin | | |
| 141 | 2 | Roberto Cioci | | |

FGGE00032026S
SECSEV0897792

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2000 YE Personnel | Left 2001 | 2001 YE Personnel | Left 2002 | Hired 2001 | 2002 YE Personnel | Left 2003 | Hired 2002 | 2003 YE Personnel | Left 2004 | Hired 2003 |
| 2 | | Andres Piedrahita | | Andres Piedrahita | | | Alexandra Ness | | N | Agnes Loteta Dimandja | | |
| 3 | | Bianca Haegler | | Andrew Gifford | L | N | Amanda Simone | | N | Alexandra Ness | L | |
| 4 | | Carlos Garcia-Ordonez | | Antonio Alvarez | | N | Andres Piedrahita | | | Amanda Simone | | |
| 5 | | Cheryl Neal | | Bianca Haegler | | | Andrew Ludwig | | N | Amit Vijayvergiya | | N |
| 6 | | Corina Noel Piedrahita | | Carlos Batista | L | N | Antonio Alvarez | | | Andres Piedrahita | | |
| 7 | | Cornelis Boele | | Carlos Garcia-Ordonez | | | Bianca Haegler | | | Andrew Ludwig | | |
| 8 | | Eric Sacks | | Carolina Sanchez | L | N | Carlos Garcia-Ordonez | | | Andrew Smith | | N |
| 9 | | Gema Fernandez | L | Cheryl Neal | | | Cheryl Neal | | | Annie Hudson | | N |
| 10 | | Gregory Bowes | | Corina Noel Piedrahita | | | Corina Noel Piedrahita | | | Antonio Alvarez | | |
| 11 | | Harold Greisman | | Cornelis Boele | | | Cornelis Boele | | | Bianca Haegler | | |
| 12 | | Jeffrey Tucker | | Cristina Ruiz | | N | Cristina Ruiz | L | | Carla Castillo | | N |
| 13 | | Joaquin Almasque | | Eric Sacks | | | Dan Lipton | | N | Carlos Garcia-Ordonez | | |
| 14 | | Karen Maeyens | L | Erin Kane | L | N | Eric Sacks | | | Carlos Zunzunegui | | |
| 15 | | Laurie Schwarz | | Fiona Lee | L | N | Gregory Bowes | L | | Cheryl Neal | | |
| 16 | | Lourdes Barreneche | | Gregory Bowes | | | Harold Greisman | | | Corina Noel Piedrahita | | |
| 17 | | Philip Toub | | Harold Greisman | | | Jaime Cohane | L | | Cornelis Boele | | |
| 18 | | Robert Hissom | | Jaime Cohane | | N | Jaqueline Harary | | N | Dan Lipton | | |
| 19 | | Santiago Reyes | | Jeffrey Tucker | | | Jeffrey Tucker | | | Eric Sacks | | |
| 20 | | Sarah Stratton | | Joaquin Almasque | | | Joaquin Almasque | | | Gordon McKenzie | | N |
| 21 | | Sharon Kenney | L | Laurie Schwarz | | | John Wartmann | | N | Harold Greisman | | |
| 22 | | Steven Grey | | Lourdes Barreneche | | | Katia Slooch | L | N | Jacqueline Harary | | |
| 23 | | Veronica Barco | | Philip Toub | | | Kim Morris | | N | Jason Elizaitis | | N |
| 24 | | Walter Noel, Jr. | | Richard Landsberger | | N | Lakshmi Chaudhuri | | N | Jeffrey Tucker | | |
| 25 | | Yanko Della Schiava | | Robert Blum | | N | Laurie Schwarz | | | Joaquin Almasque | | |
| 26 | | | | Robert Hissom | | | Lourdes Barreneche | | | John Wartmann | | |
| 27 | | | | Santiago Reyes | | | Mayya Molchan | | N | Kathleen Barker | | N |
| 28 | | | | Sarah Stratton | | | Nancy Ng | | | Kim Morris | | |
| 29 | | | | Scott Nevin | | N | Ornella Dellapina Fenman | | N | Kim Perry | | N |
| 30 | | | | Steven Grey | | | Philip Toub | | | Lakshmi Chaudhuri | | |
| 31 | | | | Veronica Barco | | | Richard Landsberger | | | Lauren Ross | | N |
| 32 | | | | Walter Noel, Jr. | | | Robert Blum | | | Laurie Schwarz | | |
| 33 | | | | Willem Aalders | | N | Robert Hissom | | N | Lourdes Barreneche | | |
| 34 | | | | Yanko Della Schiava | | | Ron Thomann | | N | Mami Hidaka | | N |
| 35 | | | | | | | Santiago Reyes | | | Marco Musciacco | | N |
| 36 | | | | | | | Sarah Stratton | L | | Mark McKeefry | | N |
| 37 | | | | | | | Scott Nevin | | | Marta Vitorica | L | N |
| 38 | | | | | | | Stephane Muuls | | N | Mayya Molchan | L | |
| 39 | | | | | | | Stephanie Ho | | N | Nancy Ng | | |
| 40 | | | | | | | Steven Grey | | | Ornella Dellapina Fenman | | |
| 41 | | | | | | | Veronica Barco | | | Patrick Blake | | N |
| 42 | | | | | | | Walter Noel, Jr. | | | Philip Toub | | |
| 43 | | | | | | | Willem Aalders | | | Richard Landsberger | | |
| 44 | | | | | | | Yanko Della Schiava | | | Robert Blum | | |
| 45 | | | | | | | | | | Robert Hissom | L | |
| 46 | | | | | | | | | | Ron Thomann | | |
| 47 | | | | | | | | | | Santiago Reyes | | |

| | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2004 YE Personnel | Left 2005 | Hired 2004 | 2005 YE Personnel | Left 2006 | Hired 2005 | 2006 YE Personnel | Left 2007 | Hired 2006 | 2007 Personnel | | Hired 2007 | SUMMARY TOTALS | New |
| 2 | Agnes Loteta Dimandja | | | Adrienne Garofalo | | N | Adrienne Garofalo | | | Adrienne Garofalo | | | 2007 | 14 |
| 3 | Amanda Simone | | | Agnes Loteta Dimandja | | | Agnes Loteta Dimandja | | | Agnes Loteta Dimandja | | | 2006 | 27 |
| 4 | Amit Vijayvergiya | | | Amanda Simone | | | Alexandra Stabile | | N | Alexandra Stabile | | | 2005 | 16 |
| 5 | Andres Piedrahita | | | Amit Vijayvergiya | | | Amanda Simone | | | Amanda Simone | | | 2004 | 17 |
| 6 | Andrew Ludwig | | | Andres Piedrahita | | | Amit Vijayvergiya | | | Amit Vijayvergiya | | | 2003 | 16 |
| 7 | Andrew Smith | | | Andrew Ludwig | | | Andres Piedrahita | | | Andres Piedrahita | | | 2002 | 15 |
| 8 | Annie Hudson | | | Andrew Smith | | | Andrew Ludwig | | | Andrew Ludwig | | | 2001 | 12 |
| 9 | Antonio Alvarez | | | Annie Hudson | | | Andrew Smith | | | Andrew Smith | | | 2000 | |
| 10 | Arnold Morris | N | | Anthony Dell'Arena | | N | Anna Kalaj | | N | Anna Kalaj | | | | |
| 11 | Bassam Nakhleh | N | | Antonio Alvarez | L | | Annie Hudson | | | Annie Hudson | | | | |
| 12 | Bianca Haegler | | | Arnold Morris | | | Anthony Dell'Arena | | | Anthony Dell'Arena | | | | |
| 13 | Carla Castillo | | | Bassam Nakhleh | L | | Antonia Peristeris | | N | Antonia Peristeris | | | | |
| 14 | Carlos Garcia-Ordonez | | | Bianca Haegler | | | Arnold Morris | | | Arnold Morris | | | | |
| 15 | Carlos Zunzunegui | | | Carla Castillo | | | Bernadette Lebron | | N | Bernadette Lebron | | | | |
| 16 | Caterina Pedrini | N | | Carlos Garcia-Ordonez | L | | Bianca Haegler | | | Bianca Haegler | | | | |
| 17 | Charles Oddy | N | | Carlos Zunzunegui | L | | Bjorn Axelsson | | N | Bjorn Axelsson | | | | |
| 18 | Cheryl Neal | | | Caterina Pedrini | | | Blair Keller | | N | Blair Keller | | | | |
| 19 | Corina Noel Piedrahita | | | Charles Oddy | | | Carla Castillo | | | Carla Castillo | | | | |
| 20 | Cornelis Boele | | | Cheryl Neal | | | Caterina Pedrini | | | Caterina Pedrini | | | | |
| 21 | Daisy Ashby | N | | Corina Noel Piedrahita | | | Charles Oddy | | | Charles Murphy | | N | | |
| 22 | Dan Lipton | | | Cornelis Boele | | | Cheryl Neal | | | Charles Oddy | | | | |
| 23 | Ellen Ryon | N | | Daisy Ashby | | | Corina Noel Piedrahita | | | Cheryl Neal | | | | |
| 24 | Enrique Mendez | N | | Dan Lipton | | | Cornelis Boele | | | Corina Noel Piedrahita | | | | |
| 25 | Eric Chin | N | | David Upson | | N | Daisy Ashby | | | Cornelis Boele | | | | |
| 26 | Eric Sacks | | | Ellen Ryon | | | Dan Lipton | | | Courtney Brown | | N | | |
| 27 | Franklin Mejia | N | | Enrique Mendez | L | | David Upson | | | Daisy Ashby | | | | |
| 28 | Gordon McKenzie | | | Eric Chin | | | Ellen Ryon | | | Dan Lipton | | | | |
| 29 | Harold Greisman | | | Eric Sacks | | | Enrique Mendez | | | Disha Attavar | | N | | |
| 30 | Ingrid Nieweg | | Hired | Fernando de Cordova | | N | Eric Chin | | | Douglas Reid | | | | |
| 31 | Jacqueline Harary | | | Franklin Mejia | | | Eric Sacks | | | Ellen Ryon | | | | |
| 32 | Jason Elizaitis | | | G. Trey Ingram | | N | Erika Meyers | | N | Elizabeth Colebrook | | N | | |
| 33 | Jeffrey Tucker | | | Gordon McKenzie | | | Fernando de Cordova | | | Enrique Mendez | | | | |
| 34 | Jennifer Keeney | N | | Harold Greisman | L | | Franklin Mejia | | | Eric Chin | | | | |
| 35 | Joaquin Almasque | | | Ingrid Nieweg | L | | G. Trey Ingram | | | Eric Sacks | | | | |
| 36 | John Wartman | L | | Jacqueline Harary | | | Gordon McKenzie | | | Erika Meyers | | | | |
| 37 | Julia Luongo | N | | Jason Elizaitis | | | Grace Lee | | N | Fernando de Cordova | | | | |
| 38 | Kathleen Barker Dolan | L | | Jeffrey Tucker | | | Jacqueline Harary | | | Franklin Mejia | | | | |
| 39 | Kent Scott | N | | Jennifer Keeney | | | Jason Elizaitis | | | G. Trey Ingram | | | | |
| 40 | Kim Morris | | | Jennifer Whitaker | L | N | Jason Kenny | | N | Gordon McKenzie | | | | |
| 41 | Kim Perry | | | Jeremy Norton | | N | Jeffrey Tucker | | | Grace Lee | | N | | |
| 42 | Lakshmi Chaudhuri | | | Joaquin Almasque | L | | Jennifer Keeney | | | Harold Greisman | | | | |
| 43 | Lauren Ross | | | Joseph Malieckal | | N | Jeremy Norton | | | Isul Kim | | | | |
| 44 | Laurence Birdsey | N | | Julia Luongo | | | Joseph Malieckal | | | Jacqueline Harary | | | | |
| 45 | Laurie Mulcahey | | | Kent Scott | | | Juan Galobart | | N | Jason Elizaitis | | | | |
| 46 | Lourdes Barreneche | | | Kim Morris | | | Julia Luongo | | | Jason Kenny | | | | |
| 47 | Mami Hidaka | | | Kim Perry | | | Kent Scott | | | Jeffrey Tucker | | | | |

FGGE00032027C
SECSEV0897793

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00320271
SECSEV0897794

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | AA | AB |
|----|------|------------------|
|    | Left | Total Personnel |
| 2  | 2  | 106 |
| 3  | 11 | 94  |
| 4  | 4  | 78  |
| 5  | 5  | 66  |
| 6  | 5  | 54  |
| 7  | 5  | 43  |
| 8  | 3  | 33  |
| 9  |    | 24  |
| 10 |    |     |
| 11 |    |     |
| 12 |    |     |
| 13 |    |     |
| 14 |    |     |
| 15 |    |     |
| 16 |    |     |
| 17 |    |     |
| 18 |    |     |
| 19 |    |     |
| 20 |    |     |
| 21 |    |     |
| 22 |    |     |
| 23 |    |     |
| 24 |    |     |
| 25 |    |     |
| 26 |    |     |
| 27 |    |     |
| 28 |    |     |
| 29 |    |     |
| 30 |    |     |
| 31 |    |     |
| 32 |    |     |
| 33 |    |     |
| 34 |    |     |
| 35 |    |     |
| 36 |    |     |
| 37 |    |     |
| 38 |    |     |
| 39 |    |     |
| 40 |    |     |
| 41 |    |     |
| 42 |    |     |
| 43 |    |     |
| 44 |    |     |
| 45 |    |     |
| 46 |    |     |
| 47 |    |     |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | | | | | | | | | | Scott Nevin | | |
| 49 | | | | | | | | | | Stephane Muuls | | |
| 50 | | | | | | | | | | Stephanie Ho | | |
| 51 | | | | | | | | | | Steven Grey | L | |
| 52 | | | | | | | | | | Veronica Barco | | |
| 53 | | | | | | | | | | Walter Noel, Jr. | | |
| 54 | | | | | | | | | | Willem Aalders | | |
| 55 | | | | | | | | | | Yanko Della Schiava | | |
| 56 | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | |

FGGE00320272
SECSEV0897795

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00320273
SECSEV0897796

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | Marco Musciacco | | | Lakshmi Chaudhuri | | | Kim Huynh | | N | Jennifer Keeney | | | | |
| 49 | Mark McKeefry | | | Lauren Ross | | | Kim Morris | | | Jeremy Norton | | N | | |
| 50 | Nancy Ng | | | Laurence Birdsey | | | Kim Perry | | | Jigisha Patel | | N | | |
| 51 | Nils Moldavsky | | N | Laurie Mulcahey | | | Kristen Castellanos | | N | John Kogan | | | | |
| 52 | Ornella Dellapina Fenman | | | Linda Higgens | | N | Kristen Corbett | | | Joseph Malieckal | | | | |
| 53 | Patrick Blake | | | Lourdes Barreneche | | | Lakshmi Chaudhuri | | | Juan Galobart | | | | |
| 54 | Philip Toub | | | Maani Hariri | | N | Laurance Buencamino | | N | Julia Luongo | | | | |
| 55 | Richard Landsberger | | | Mami Hidaka | | | Lauren Ross | | | Kent Scott | | | | |
| 56 | Robert Blum | L | | Mamta Jalan | | N | Laurence Birdsey | L | | Kim Huynh | | | | |
| 57 | Ronald Thomann | | | Marco Musciacco | | | Laurie Mulcahey | | | Kim Morris | | | | |
| 58 | Sandra Cuadros Stein | | N | Mark McKeefry | | | Legna Gonzalez | | N | Kim Perry | | | | |
| 59 | Santiago Reyes | | | Matthew Brown | | N | Leonard Basso | | N | Kristen Castellanos | | | | |
| 60 | Scott Nevin | | | Michael Savva | | N | Lina Pava | | N | Kristen Corbett | | | | |
| 61 | Stephane Muuls | | | Nancy Ng | | | Linda Higgins | L | | Lakshmi Chaudhuri | | | | |
| 62 | Stephanie Ho | L | | Nils Moldavsky | | | Lourdes Barreneche | | | Laurance Buencamino | | | | |
| 63 | Veronica Barco | | | Ornella Dellapina Fenman | | | Maani Hariri | | | Lauren Ross | | | | |
| 64 | Vianney d'Hendecourt | | N | Patrick Blake | | | Mami Hidaka | | | Laurie Mulcahey | | | | |
| 65 | Walter Noel, Jr. | | | Philip Toub | | | Mamta Jalan | | | Legna Gonzalez | | | | |
| 66 | Willem Aalders | | | Richard Landsberger | | | Marco Musciacco | | | Leonard Basso | | | | |
| 67 | Yanko Della Schiava | | | Ronald Thomann | L | | Marisa Gray | | N | Lina Pava | | | | |
| 68 | | | | Sandra Cuadros Stein | L | | Mark McKeefry | | | Lourdes Barreneche | | | | |
| 69 | | | | Santiago Reyes | | | Matthew Brown | | | Maani Hariri | | | | |
| 70 | | | | Scott Nevin | | | Matthew Levinson | | N | Mami Hidaka | | | | |
| 71 | | | | Stephane Muuls | | | Mehwish Qureshi | | | Mamta Jalan | | | | |
| 72 | | | | Timothy Hynes | N | | Michael Savva | | | Marco Musciacco | | | | |
| 73 | | | | Veronica Barco | | | Michael Thorne | | N | Mark McKeefry | | N | | |
| 74 | | | | Vianney d'Hendecourt | | | Mimi Pagsibigan | | N | Martin Klenert | | | | |
| 75 | | | | Victoria de los Rios | | N | Nancy Ng | | | Matthew Brown | | | | |
| 76 | | | | W. Harvey Glover | | N | Nils Moldavsky | | | Matthew Levinson | | | | |
| 77 | | | | Walter Noel, Jr. | | | Ornella Dellapina Fenman | | | Mehwish Qureshi | | | | |
| 78 | | | | Willem Aalders | | | Patrick Blake | | | Michael Savva | | | | |
| 79 | | | | Yanko Della Schiava | | | Philip Toub | | | Michael Thorne | | | | |
| 80 | | | | | | | Richard Landsberger | | | Mimi Pagsibigan | | N | | |
| 81 | | | | | | | Ryan Amlin | | N | Myle Trinh | | | | |
| 82 | | | | | | | Sally Edwards | | N | Nancy Ng | | | | |
| 83 | | | | | | | Samantha Goldberg | | N | Nils Moldavsky | | | | |
| 84 | | | | | | | Santiago Reyes | | | Ornella Dellapina Fenman | | | | |
| 85 | | | | | | | Scott Nevin | | | Patrick Blake | | | | |
| 86 | | | | | | | Stephane Muuls | | | Philip Toub | | | | |
| 87 | | | | | | | Ted Southard | | N | Richard Landsberger | | N | | |
| 88 | | | | | | | Timothy Hynes | | | Rob Netzel | | N | | |
| 89 | | | | | | | Veronica Barco | | | Roland Voyages | | | | |
| 90 | | | | | | | Vianney d'Hendecourt | | | Ryan Amlin | | | | |
| 91 | | | | | | | Victoria de los Rios | | | Sally Edwards | | | | |
| 92 | | | | | | | W. Harvey Glover | | | Samantha Goldberg | | | | |
| 93 | | | | | | | Walter Noel, Jr. | | | Santiago Reyes | | | | |
| 94 | | | | | | | Willem Aalders | | | Scott Nevin | | | | |
| 95 | | | | | | | Yanko Della Schiava | | | Stephane Muuls | | N | | |

FGGE00320274
SECSEV0897797

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | |
| 106 | | | | | | | | | | | | |
| 107 | | | | | | | | | | | | |
| 108 | | | | | | | | | | | | |
| 109 | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | |
| 111 | | | | | | | | | | | | |
| 112 | | | | | | | | | | | | |
| 113 | | | | | | | | | | | | |
| 114 | | | | | | | | | | | | |
| 115 | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | |
| 117 | | | | | | | | | | | | |
| 118 | | | | | | | | | | | | |
| 119 | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | |
| 121 | | | | | | | | | | | | |
| 122 | | | | | | | | | | | | |
| 123 | | | | | | | | | | | | |
| 124 | | | | | | | | | | | | |
| 125 | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | |
| 127 | | | | | | | | | | | | |
| 128 | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | |
| 130 | CHECK TOTAL | | 24 | | 33 | | | 43 | | | 54 | |

| | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | | | | | | | Young (Anthony) Cho | | N | Tanvir Ahktar | | | | |
| 97 | | | | | | | | | | Ted Southard | | N | | |
| 98 | | | | | | | | | | Thomas Rogers | | | | |
| 99 | | | | | | | | | | Timothy Hynes | | | | |
| 100 | | | | | | | | | | Veronica Barco | | | | |
| 101 | | | | | | | | | | Vianney d'Hendecourt | | | | |
| 102 | | | | | | | | | | Victoria de los Rios | | | | |
| 103 | | | | | | | | | | W. Harvey Glover | | | | |
| 104 | | | | | | | | | | Walter Noel, Jr. | | | | |
| 105 | | | | | | | | | | Willem Aalders | | | | |
| 106 | | | | | | | | | | Yanko Della Schiava | | | | |
| 107 | | | | | | | | | | Young (Anthony) Cho | | | | |
| 108 | | | | | | | | | | 106 | | | | |
| 109 | | | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | | | |
| 111 | | | | | | | | | | | | | | |
| 112 | | | | | | | | | | | | | | |
| 113 | | | | | | | | | | | | | | |
| 114 | | | | | | | | | | | | | | |
| 115 | | | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | | | |
| 117 | | | | | | | | | | | | | | |
| 118 | | | | | | | | | | | | | | |
| 119 | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | |
| 121 | | | | | | | | | | | | | | |
| 122 | | | | | | | | | | | | | | |
| 123 | | | | | | | | | | | | | | |
| 124 | | | | | | | | | | | | | | |
| 125 | | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | | |
| 127 | | | | | | | | | | | | | | |
| 128 | | | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | | | |
| 130 | | 66 | | | 78 | | | | 95 | | | | | |

FGGE00320275
SECSEV0897798

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

## Analysis Summary

Page 6 ($AA$48:$AB$95) entirely blank.
Page 9 ($AA$96:$AB$130) entirely blank.

FGGE00032027
SECSEV0897799

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED