# EXHIBIT 17



MADTNN00116675

CONFIDENTIAL

CONFIDENTIAL
MADTNN00116676



# HERMÈS
"VISION"
2001

« Le monde est très grand et plein de contrées magnifiques
que l'existence de mille hommes ne suffirait pas à visiter »
ARTHUR RIMBAUD

« The world is immense and full of magnificent countries
that even a thousand existences would not suffice to visit »

Page de couverture :
Illustration de B.E. Swebach (1800-1870). Collection E. Hermès
Extrait d'une lettre d'Arthur Rimbaud à sa famille datant de 1885
parue dans « Le Problème de Rimbaud - Le poète maudit »
de Marcel Coulon, A. Gomès Éditeur (1923).

24, FAUBOURG SAINT-HONORÉ, 75008 PARIS
TÉL. 01.40.17.47.17

# HERMÈS

AGENDA
"VISION-GMS"
ANNUEL
1998

Gravure de J.-F. Swebach-Desfontaines (1769-1823)
collection E. Hermès

24, FAUBOURG SAINT-HONORÉ, 75008 PARIS
TÉL. 01.40.17.47.17

## du 26 Octobre — 44ᵉ semaine - 44th week

**Lundi 26 Monday** S. Dimitri
- 8 — Emily MADOFF
- 9 — Ballot 9:30
- 2:00 B.H Shaheen

**Mardi 27 Tuesday** Ste Émeline
- 9:30 Banco Atlantico
- 12 — Frederic label Lombard
- 17:15 Victor Wright
- 18:30 6- Schumer rcep

**Mercredi 28 Wednesday** S. Simon S. Jude
- 8:45 Tucker
- 12:30 Hadassah - Lunch
- 17 - Tom Prichard @ E 64 St
- 19:30 Dinner Jeff 7:30 pm w/ Tucker

**Jeudi 29 Thursday** S. Narcisse
- 10 Sandra Manzky 10:00 (Baron Kalan)
- 13:30 Hadassah Lunch
- 18 Bank SANTODENZ

**Vendredi 30 Friday** St Bienvenue
- P.B

**Samedi 31 Saturday** S. Quentin
- P.B

**Dimanche 1ᵉʳ Sunday** Toussaint - Férié
- P.B

au 1ᵉʳ Novembre

---

## du 17 Septembre au 23 Septembre — 38ᵉ semaine - 38th week

**Lundi 17 Monday** S. Renaud
- 10 SB4U DeFazio
- 11 @ SB4U

**Mardi 18 Tuesday** Ste Nadège

**Mercredi 19 Wednesday** Ste Émilie
- 8 Bd Mtg 133,864

**Jeudi 20 Thursday** S. Davy
- 19 Lv. For Nice

**Vendredi 21 Friday** S. Matthieu

**Samedi 22 Saturday** Automne S. Maurice

**Dimanche 23 Sunday** S. Constant

Notes