# EXHIBIT 18

# Frédéric P. Lebel, CFA

Managing Partner at HFS Hedge Fund Selection S.A.
Geneva

## Contact

www.linkedin.com/in/frédéric-p-lebel-cfa-93a3637 (LinkedIn)

## Top Skills

Alternative Investments
Equities
Portfolio Management

## Certifications

CFA
CIPM

## Honors-Awards

Daniel J. Forrestal III Leadership Award for Professional Ethics and Standards of Investment Practice

## Summary

Experienced investor and board member. Skilled in the selection of alternative and traditional investment funds as well as portfolio management and asset allocation. Multi-cultural professional and active CFA Institute volunteer.

## Experience

**HFS Hedge Fund Selection S.A.**
Managing Partner
January 2008 - Present (14 years 3 months)
Geneva Area, Switzerland

Advisor to asset managers and asset owners

**CFA Institute**
Past Chair of the Board of Governors
September 2011 - September 2018 (7 years 1 month)
Charlottesville, Virginia Area

**OFI Asset Management**
Co-CEO and CIO of OFI MGA
May 2008 - June 2017 (9 years 2 months)
Geneva, Switzerland & Paris, France

**Lombard Odier**
Executive Vice President
August 1995 - December 2007 (12 years 5 months)
Geneva Area, Switzerland

Head of Hedge Fund Selection

**Morgan Stanley**
Associate
1993 - 1995 (2 years)
New York and London

## Education

**IMD Business School**
High Performance Boards, Governance · (2012 - 2012)

**Universität St. Gallen-Hochschule für Wirtschafts-, Rechts- und Sozialwissenschaften**
Lic. oec. HSG, finance and accounting · (1986 - 1992)

**Collège Champittet**
Maturité Fédérale C, Science & Mathematics · (1977 - 1986)

## Coordonnées

www.linkedin.com/in/nassif-michel-39037146 (LinkedIn)

# Nassif Michel

Board Member in Private Banking. Board of Directors. MBA, Master Engineering
Zurich

## Résumé

Lombard Odier,

JP Morgan Genève,

Royal Bank of Canada, Londres

---

## Expérience

**Banque Audi (Suisse) SA**
Chief Investment Officer until 31.01.2018
décembre 2009 - janvier 2018 (8 ans 2 mois)
Genève

CIO of the Private Bank, and Executive Member of the managment committee, credit committee, and Asset/Liability management committee of Audi (Suisse).

**Lombard Odier**
Executive Vice President
2007 - 2009 (2 ans)
Genève

**J P Morgan (Suisse) SA**
Managing Director
1996 - 2003 (7 ans)
Genève

Senior investment advisor then Head of Hedge Funds Advisory Group at JP Morgan Private Bank.

**Royal Bank of Canada**
Head of Corporate Desk and Interest Rate Swaps in London 1996
1981 - 1996 (15 ans)
London, Dubai, Athens, Toronto, Montreal

---

Page 1 of 2

## Formation

McGill University, Montreal

Master of Business Administration - MBA · (1981)

ESIB Université de Lyon

Master Sc. Electro-Mechanical Engineer · (1975)

# Thomas Chladek

Head of Switzerland chez EQUOS
Genève

### Coordonnées

www.linkedin.com/in/thomas-chladek-04729912 (LinkedIn)

### Principales compétences

Business Development
Hedge Funds
Gestion de portefeuille

## Résumé

#blockchain #crytpotrading #alternative #disruption #newfrontier #impact

---

## Expérience

**EQUOS**
Head of Switzerland
janvier 2020 - Present (2 ans 3 mois)
Genève, Suisse

EQUOS.io is a digital currency exchange built for professional investors but designed for use by everyone. The exchange is founded on the principles of delivering trust, compliance fairness, and innovative product to its customers. Its ambition is to bridge the world of traditional finance with crypto and introduce a derivatives asset class that can help investors, grow, protect, and structure their digital portfolios. EQUOS.io is a Diginex Group brand.

**Diginex**
Portfolio Management
janvier 2019 - Present (3 ans 3 mois)
Geneva, Hong Kong

Regional Head and Portfolio Solutions

**Lombard Odier Darier Hentsch & Cie**
Fund of Hedge Funds Portfolio Manager
décembre 2007 - décembre 2018 (11 ans 1 mois)

**Calibria Financial Services**
Hedge Fund Reseach, Portfolio Management
mai 2005 - décembre 2007 (2 ans 8 mois)

**Bucephale Investment Management**
Hedge Fund Research Analyst
juillet 2001 - mai 2005 (3 ans 11 mois)

Page 1 of 2

## Formation

### Université de Genève
MS, Economics and Finance

### CAIA Association

### Specialist institute of The Institute of Banking
Certified Investment Fund Director Institute (CIFDI) · (2018 - 2018)

### Global Association of Risk Professionals (GARP)
Financial Risk Manager (FRM)