# EXHIBIT 19

# Visitor List

**Period:** Expected from July 1, 2007 to December 6, 2010
**Property:** 885 Third Avenue
**Tenant:** BERNARD MADOFF

| Expected | In | Out | Host / Phone | Visitor | Visitor Company | Notes | Pre-Authorized |
|---|---|---|---|---|---|---|---|
| **885 Third Avenue** | | | | | | | |
| **BERNARD MADOFF** | | | | | | | |
| **Saturday, August 4, 2007** | | | | | | | |
| 7:00 AM | - | - | Rich Collins / 212-230-2424 | Joe Sibrizzi | Zwicker Electric | 18th floor cell # Redacted | Yes |
| 7:00 AM | - | - | Rich Collins / 212-230-2424 | Terrence Patterson | BDG | cell # Redacted | Yes |
| **Saturday, August 25, 2007** | | | | | | | |
| 6:00 AM | - | - | Rich Collins / Redacted | Vern Moline | MGE UPS Systems | test battery systems | Yes |
| 6:00 AM | - | - | Rich Collins / Redacted | Trevor Samuels | MGE UPS Systems | test battery systems | Yes |
| **Saturday, September 22, 2007** | | | | | | | |
| 7:00 AM | - | - | Rich Collins / Redacted | Ken Murphy | Zwicker Electric | Tom Morawski | Yes |

Redacted

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Friday, September 26, 2008** | | | | | | | |
| 7:27 AM | 7:27 AM | - | . / - | william scales | - | - | No |
| 7:43 AM | 7:43 AM | - | . / - | jimenez, | - | - | No |
| 8:40 AM | 8:40 AM | - | . / - | COTELLESSA PITZ .E | - | - | No |
| 9:12 AM | 9:12 AM | - | . / - | AL. CAPACINO | - | - | No |
| 11:49 AM | 11:49 AM | - | S / - | VICTOR GONZALEZ | - | - | No |
| 12:14 PM | 12:14 PM | - | J / - | RAY PASTRANA | - | - | No |
| 3:05 PM | 3:05 PM | - | .. / - | maria sclafani | - | - | No |
| **Sunday, September 28, 2008** | | | | | | | |
| 6:38 AM | 6:38 AM | - | . / - | lee john | | - | No |
| 6:38 AM | 6:38 AM | - | . / - | lee john | | - | No |
| 6:38 AM | 6:38 AM | - | . / - | lee john | | - | No |
| **Monday, September 29, 2008** | | | | | | | |
| 8:32 AM | 8:32 AM | - | . / - | SCHUSTER DEREK V. | - | - | No |
| 8:34 AM | 8:34 AM | - | . / - | MS. SHANNA MADOFF | - | - | No |
| 9:18 AM | 9:18 AM | - | . / - | OLGA DROZDOVA | - | - | No |
| 9:50 AM | 9:50 AM | - | . / - | DAVID G. FRIEHLING | - | - | No |
| 11:36 AM | 11:36 AM | - | . / - | MAHASE GEORGE K, | - | - | No |
| 12:13 PM | 12:13 PM | - | VISITOR / - | HELAINE M. WILLIAMS | - | - | No |
| 1:32 PM | 1:32 PM | - | . / - | GERMINO TARA LANE | - | - | No |
| 1:32 PM | 1:32 PM | - | . / - | SMIGIE, JONATHAN | - | - | No |
| 3:05 PM | 3:05 PM | - | .. / 555.555.5555 | VICTOR GONZALEZ | - | - | No |
| 3:21 PM | 3:21 PM | - | .. / 555.555.5555 | JOLE TAYLOR | - | - | No |
| 4:02 PM | 4:02 PM | - | .. / 555.555.5555 | JASON GEFAELL | - | - | No |
| 4:06 PM | 4:06 PM | - | ... / 555.555.5555 | FRANK LOUTHAN | - | - | No |
| 5:32 PM | 5:32 PM | - | .. / 555.555.5555 | ROBERT INGOLSTADT | - | - | No |
| 5:39 PM | 5:39 PM | - | .. / - | URSULA RADEL | - | - | No |
| **Tuesday, September 30, 2008** | | | | | | | |
| 3:22 PM | 3:22 PM | - | . / - | JONATHAN DORSHEIMER | - | - | No |
| 3:22 PM | 3:22 PM | - | . / - | JONATHAN DORSHEIMER | - | - | No |
| 3:23 PM | 3:23 PM | - | .. / - | DAVID BUNT | - | - | No |
| 3:31 PM | 3:31 PM | - | . / - | SUSAN ROSENBERGER | - | - | No |
| 3:31 PM | 3:31 PM | - | . / - | SUSAN ROSENBERGER | - | - | No |
| **Wednesday, October 1, 2008** | | | | | | | |
| 9:46 AM | 9:46 AM | - | VISITOR / - | STEPHEN R. MIELE | - | - | No |
| 11:24 AM | 11:24 AM | - | . / - | SHARON LISSAUER | - | - | No |
| 11:48 AM | 11:48 AM | - | . / - | shareef jones | - | - | No |
| 12:25 PM | 12:25 PM | - | VISITOR / - | HELAINE M. WILLIAMS | - | - | No |
| 1:09 PM | 1:09 PM | - | . / - | MORRIS GUYADEEN | - | - | No |
| 1:21 PM | 1:21 PM | - | . / - | LYDIA A. GREENFIELD | - | - | No |
| 1:30 PM | 1:30 PM | - | . / - | ZELL NICOLE SOFIA | - | - | No |

## Visitor List

| Time In | Time Out | Badge / Phone | Visitor | Escort Required |
|---|---|---|---|---|
| 1:37 PM | 1:37 PM | - . / - | MR. MARK | No |
| 1:55 PM | 1:55 PM | - . / - | NASSIF GHASSAN MICHAEL | No |
| 1:55 PM | 1:55 PM | - . / - | BRENDA, GLORIA | No |
| 1:57 PM | 1:57 PM | - . / - | ZENDRIAN, ALEXANDRA | No |
| 1:59 PM | 1:59 PM | - . / - | CHLADEK, THOMAS | No |
| 2:28 PM | 2:28 PM | - . / - | CANGIALOSE, WILLIAM | No |
| 2:49 PM | 2:49 PM | - VISITOR / - | STANLEY GREENMAN | No |
| 3:09 PM | 3:09 PM | - . / - | VIELA VARGASVILLAMIL | No |
| 3:09 PM | 3:09 PM | - . / - | VIELA VARGASVILLAMIL | No |
| 3:18 PM | 3:18 PM | - . / - | JEFFREY SHANKMAN | No |
| 3:18 PM | 3:18 PM | - . / - | JEFFREY SHANKMAN | No |
| 4:05 PM | 4:05 PM | - .. / - | HANNAH MALDONARLDO | No |
| 4:08 PM | 4:08 PM | - .. / - | RENEE BALL | No |
| 4:11 PM | 4:11 PM | - .. / - | STEVEN BALL | No |
| 4:24 PM | 4:24 PM | - . / - | JASMES ROBBINS | No |
| 4:24 PM | 4:24 PM | - . / - | JASMES ROBBINS | No |
| 8:53 PM | 8:53 PM | - .. / - | JOSEPH HIGGINS | No |

**Thursday, October 2, 2008**

| Time In | Time Out | Badge / Phone | Visitor | Escort Required |
|---|---|---|---|---|
| 7:56 AM | 7:56 AM | - . / - | CHRISTOPHER CONCANNON | No |
| 8:58 AM | 8:58 AM | - . / - | MS. SHANNA | No |
| 9:04 AM | 9:04 AM | - . / - | STEPHEN L. KAY | No |
| 9:04 AM | 9:04 AM | - . / - | STEPHEN L. KAY | No |
| 9:04 AM | 9:04 AM | - . / - | STEPHEN L. KAY | No |
| 11:30 AM | 11:30 AM | - . / - | FORMAN DANNY T. | No |
| 11:30 AM | 11:30 AM | - . / - | JOE, RICHARD | No |
| 11:30 AM | 11:30 AM | - . / - | JOE, RICHARD | No |
| 11:36 AM | 11:36 AM | - . / - | MS. P. CLOCK | No |
| 12:55 PM | 12:55 PM | - . / - | FRIEHLING, DAVID | No |
| 1:49 PM | 1:49 PM | - . / - | GONZALEZ, VICTOER | No |
| 2:14 PM | 2:14 PM | - . / - | NICOLE ZELL | No |
| 2:14 PM | 2:14 PM | - . / - | NICOLE ZELL | No |
| 2:34 PM | 2:34 PM | - . / - | TYUS, DANTE | No |
| 3:24 PM | 3:24 PM | - .. / - | MARK JOSEPH MCKEEFRY | No |
| 3:24 PM | 3:24 PM | - . / - | WA;TER NOEL | No |
| 3:24 PM | 3:24 PM | - . / - | WA;TER NOEL | No |
| 3:31 PM | 3:31 PM | - . / - | JEFFREY TUCKER | No |
| 3:31 PM | 3:31 PM | - . / - | JEFFREY TUCKER | No |
| 3:35 PM | 3:35 PM | - .. / 555.555.5555 | DOUGLAS RAPPAPORT | No |
| 3:44 PM | 3:44 PM | - .. / 555.555.5555 | BONNIE WEBSTER | No |
| 3:59 PM | 3:59 PM | - . / - | AKASH BISSOONDIAL | No |
| 4:11 PM | 4:11 PM | - . / - | EICHAKEEM MCCLARY | No |
| 4:11 PM | 4:11 PM | - . / - | EICHAKEEM MCCLARY | No |
| 4:51 PM | 4:51 PM | - .. / - | RICHARD ELDEN | No |

CBRSAB0000089