# EXHIBIT 20

```
24/10/03-15:57:07           AMSCBN16B02-0991-000001                    1
```

```
--------------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority                    : Normal
Message Output Reference  : 1657 031024CITCNL2AAXXX2927734954
Correspondent Input Reference : 1657 031024LOCYCHGGAXXX7089716428
----------------------- Message Header -------------------------
Swift Output    : FIN 103 Single Customer Credt Transfer
Sender          : Redacted GXXX
                  LOMBARD ODIER DARIER HENTSCH AND CIE (FORMERLY LOM
                  GENEVA CH
Receiver        : Redacted AXXX
                  CITCO BANK NEDERLAND N.V.
                  AMSTERDAM NL
MUR : LOCMBG03CFBBA9EF
----------------------- Message Text ---------------------------
 20: Sender's Reference
     TFNZIRS7TY
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date            : 24 October 2003
     Currency        : USD (US DOLLAR)
     Amount          :          #1,300,000.00#
33B: Currency/Instructed Amount
     Currency        : USD (US DOLLAR)
     Amount          :          #1,300,000.00#
50K: Ordering Customer-Name & Address
     LOMBARD ODIER DARIER HENTSCH ET CIE
52A: Ordering Institution - BIC
     LOCYCHGGXXX
     LOMBARD ODIER DARIER HENTSCH AND CIE (FORMERLY LOMBARD ODIER AND C
     E)
     GENEVA  CH
53A: Sender's Correspondent - BIC
     Redacted 3XXX
     CITIBANK N.A.
     NEW YORK,NY  US
54A: Receiver's Correspondent - BIC
     Redacted  3XXX
     HSBC BANK USA
     NEW YORK,NY  US
 59: Beneficiary Customer-Name & Addr
     /    Redacted    3797
     FAIRFIELD SENTRY LTD
 70: Remittance Information
     SCR IN FAIRFIELD SENTRY B AS
     AGREE WITH FUND MANAGER
     ON BEHALF OF LOMBARD ODIER
     DARIER HENTSCH ET CIE
71A: Details of Charges
     OUR
----------------------- Message Trailer ------------------------
{MAC:A250359C}
{CHK:FFB52D877940}
```

Handwritten annotations:
- F
- citco dublin
- CA: 5033
- 2 -- 5 001
- money should go to B (approx.)