# EXHIBIT 21

BLO



STATEMENT OF ACCOUNT    0 2 MAART 2004

FAIRFIELD SENTRY LIMITED
C/O CITCO FUND SERVICES (EUROPE) BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Date: 26 FEB 2004    Page 1
Statement no - 85
Account type - Current account funds
Currency    - US Dollar
Account no - Redacted 5-001    Redacted 0.50.1
IBAN    Redacted    05 01    BIC Redacted IE2D

Previous Balance    9,626,946.79    Date: 25 FEB 2004

New balance    13,238,282.77    Date: 26 FEB 2004

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 25FEB04 | | Previous balance | | 1361 | 9,626,946.79 |
| 26FEB04 | 25FEB04 | We credit your a/c Redacted | | 2,692,832.00 | 12,319,778.79 |
| 26FEB04 | | We credit your a/c Redacted | | 1362 864,027.54 | 13,183,806.33 |
| 26FEB04 | | We credit your a/c CBND40226H000686 057049310 CITIBANK NA NY IFO FAIRFIELD SENTRY LTD REF LOMBARD ODIER DARIER HENTSCH | | 1363 345,000.00 | 13,528,806.33 |
| 26FEB04 | | We debit your a/c Redacted | 1364. 290,389.32 | | 13,238,417.01 |
| 26FEB04 | | Charges & Commission Redacted | 20.00 | 1365 | 13,238,397.01 |
| 26FEB04 | | Charges & Commission Redacted | 99.34 | | 13,238,297.67 |

Branch Office
Custom House Plaza Block 6
Int'l Financial Services Centre
P.O. Box 6639
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
BIC: CITCIE2D
dublin-bank@citco.com

Citco Bank Nederland N.V. is a company
limited by shares registered in
Amsterdam, The Netherlands,
No. 33185291. Citco Bank
Nederland N.V. Dublin Branch is
registered in Dublin No. 904070.

CONFIDENTIAL    ANWAR-CFSE-00319812