# EXHIBIT 22




## Request for wire transfer payment

**CITCO BANK NEDERLAND N.V.**
ATTN: PAYMENTS DEPARTMENT
TELESTONE - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Date............: May-13-2003

Fund ID........: 03302
Holder ID......: Redacted 5802
Account ID....: Redacted 2024
Contract No.: 4809202
Order No......: 2772702
Cash ID.......: 9958402

**FAIRFIELD SENTRY LIMITED CLASS A**

In request of the above named account please could you process the following wire transfer payment

**Please debit:**
Account name:     FAIRFIELD SENTRY LIMITED
Account number:   Redacted 3 797

**Please credit:**
Bank name:        CITIBANK NA
Address:          NEW YORK
                  USA

ABA number:       021 000 089
SWIFT:            Redacted JS33
For credit name:  LOMBARD ODIER DARIER HENTSCH & CIE, GENEVA
For credit number: Redacted 2.419
For further credit name:
For further credit number:

Amount:           USD    135,203.36
Value date:       As soon as possible
Ref:              FAIRFIELD SENTRY A  USD  135,203.36
Note:

Authorised signatory  ..................................

Authorised signatory  ..................................

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL                                                                                          ANWAR-CFSE-00318277

PWA

15 MEI 2003



**CITCO**
Citco Bank Nederland N.V.

P.O. Box 7241
1007 JE Amsterdam
The Netherlands
Phone: +31 (0)20 572 2200
Fax:   +31 (0)20 572 2625

FAIRFIELD SENTRY LIMITED
C/O CITCO FUND SERVICES (EUROPE) BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

## Statement of account

Statement no.    1,197/13
Statement date   14MAY03                           Previous balance - 14MAY03        35,409,664.94
Account type     Current account funds
Account no.      Redacted 5-001  Redacted 3.797
Currency         US Dollar                         New balance - 14MAY03              1,561,771.08

| Book Date | Value Date | Description | Debit | Credit |
|---|---|---|---|---|
| | | We debit your a/c<br>CBNA30514H000206<br>CITIBANK NA NEW YORK F/O LOMBARD<br>ODIER DARIER HENTSCH AND CIE<br>GENEVA A/C 10952419 REF<br>FAIRFIELD SENTRY A   USD 135203.36 | 135,203.36 #3345 | |
| | | We debit your a/c<br>Redacted | 600,000.00 #3346 | |
| | | We debit your a/c<br>Redacted | 36,000.00 #3347 | |
| | | We debit your a/c<br>Redacted | 1,500,000.00 #3348 | |
| 14MAY03 | | Carried Forward | | 33,138,461.58 |

CONFIDENTIAL                                                                                    ANWAR-CFSE-00318095