# EXHIBIT 23



**CITCO**
*Citco Fund Services
(Europe) B.V.*

## Request for Wire Transfer Payment

| | |
|---|---|
| CITCO BANK NEDERLAND N.V. DUBLIN BRANCH | Date : Dec-17-2003 |
| ATTN: PAYMENTS DEPARTMENT | |
| CUSTOM HOUSE PLAZA BLOCK 6 | Fund ID : 03302 |
| INTERNATIONAL FINANCIAL SERVICES CENTRE | Holder ID : Redacted 5802 |
| DUBLIN 1, IRELAND | Account ID : Redacted 2024 |
| | Contract No. : 5713002 |
| | Order No. : 3544202 |
| | Cash ID : 10717902 |

### FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please process the following wire transfer payment

**Please debit:**
Further Cr. Num:   Redacted   0501
Further Cr. Name: FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: CITIBANK NA
Bank Address: NEW YORK
Bank Address: USA

ABA Ref.: 021 000 089
SWIFT Ref.: Redacted US33

Beneficiary Acct No: Redacted 2.419
Beneficiary Name: LOMBARD ODIER DARIER HENTSCH & CIE, GENEVA
Amount: USD   530,149.25
Value date: Dec-18-2003
Ref: FAIRFIELD SENTRY A   Shares:555.26 T/D:11-30-2003 RE
Note:

Authorised signatory                                    Authorised signatory

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL                                                  ANWAR-CFSE-00319534

BLO



STATEMENT OF ACCOUNT

23 DEC. 2003

| FAIRFIELD SENTRY LIMITED | Date: 18 DEC 2003 | Page 3 |
| C/O CITCO FUND SERVICES (EUROPE) BV | Statement no - 58 | |
| NARITAWEG 165 | Account type - Current account funds | |
| 1043 BW AMSTERDAM | Currency - US Dollar | |
| THE NETHERLANDS | Account no - Redacted 5-001    Redacted 0.50.1 | |
| | IBAN    Redacted    05 01    BIC Redacted IE2D | |

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 18DEC03 | | We debit your a/c Redacted | 150,000.00  9060 | | 40,995,380.70 |
| 18DEC03 | | We debit your a/c Redacted | 418,411.75  9061 | | 40,576,968.95 |
| 18DEC03 | | Redacted We debit your a/c CBND31218H000237 CITIBANK NA NY IFO LOMBARD ODIER DARIER HENTSCH AND CIE GENEVA REF FAIRFIELD SENTRY A SHARES 555.26 TD 11.30.2003 RE | 530,149.25  9062 | | 40,046,819.70 |
| 18DEC03 | | We debit your a/c Redacted | 25,000.00  9063 | | 40,021,819.70 |
| 18DEC03 | | We debit your a/c Redacted | 200,000.00  9064 | | 39,821,819.70 |

Branch Office
Custom House Plaza Block 6
Int'l Financial Services Centre
P.O. Box 6639
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
BIC: CITCIE2D
dublin-bank@citco.com

Citco Bank Nederland N.V. is a company
limited by shares registered in
Amsterdam, The Netherlands,
No. 33185291. Citco Bank
Nederland N.V. Dublin Branch is
registered in Dublin No. 904070.

CONFIDENTIAL                                          ANWAR-CFSE-00319533