# EXHIBIT 24



# Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH  
ATTN: PAYMENTS DEPARTMENT  
CUSTOM HOUSE PLAZA BLOCK 6  
INTERNATIONAL FINANCIAL SERVICES CENTRE  
DUBLIN 1, IRELAND  

Date         : Dec-17-2003  
Fund ID      : 03302  
Holder ID    : Redacted 5802  
Account ID   : Redacted 2024  
Contract No. : 5712702  
Order No.    : 3662902  
Cash ID      : 10831802  

## FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please process the following wire transfer payment

**Please debit:**  
Further Cr. Num:    Redacted    0501  
Further Cr. Name:   FAIRFIELD SENTRY LIMITED  

**Please credit:**  

Bank Name:     CITIBANK NA  
Bank Address:  NEW YORK  
Bank Address:  USA  

ABA Ref.:   021 000 089  
SWIFT Ref.: Redacted JS33  

Beneficiary Acct No: Redacted 2.419  
Beneficiary Name:    LOMBARD ODIER DARIER HENTSCH & CIE, GENEVA  
Amount:      USD    28,643.30  
Value date:  Dec-18-2003  
Ref:         FAIRFIELD SENTRY A   Shares:30.00 T/D:11-30-2003 RE  
Note:  

Authorised signatory                    Authorised signatory  

Telestone 8 - Teleport            amsterdam-fund@citco.com        Phone: +31 (0)20 572 2100
Naritaweg 165                         www.citco.com               Fax:   +31 (0)20 572 2600
P.O. Box 7241                                                     Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands

CONFIDENTIAL                                                           ANWAR-CFSE-00319522