# EXHIBIT 25



# Request for Wire Transfer Payment

| | |
|---|---|
| CITCO BANK NEDERLAND N.V. DUBLIN BRANCH | Date : Jul-16-2004 |
| ATTN: PAYMENTS DEPARTMENT | |
| CUSTOM HOUSE PLAZA BLOCK 6 | Fund ID : 03302 |
| INTERNATIONAL FINANCIAL SERVICES CENTRE | Holder ID : Redacted 5802 |
| DUBLIN 1, IRELAND | Account ID : Redacted 2024 |
| | Contract No. : 7221902 |
| | Order No. : 4834402 |
| | Cash ID : 11935702 |

## FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please process the following wire transfer payment

**Please debit:**

Further Cr. Num:    Redacted   0501
Further Cr. Name: FAIRFIELD SENTRY LIMITED

**Please credit:**

Bank Name: CITIBANK NA
Bank Address: NEW YORK
Bank Address: USA

ABA Ref.: 021 000 089
SWIFT Ref.: Redacted JS33

Beneficiary Acct No: 109.52.419
Beneficiary Name: LOMBARD ODIER DARIER HENTSCH & CIE, GENEVA
Amount: USD    853,109.69
Value date: Jul-16-2004
Ref: FAIRFIELD SENTRY A   Shares:856.97 T/D:07-01-2004 RE
Note:

Authorised signatory                    Authorised signatory

Telestone 8 - Telepors
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL

ANWAR-CFSE-00321337

BLO



STATEMENT OF ACCOUNT

FAIRFIELD SENTRY LIMITED
C/O CITCO FUND SERVICES (EUROPE) BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Date:   16 JUL 2004                                  Page 11
Statement no -      139
Account type -   Current account funds
Currency       -   US Dollar
Account no   -   Redacted 5-001         Redacted 0.50.1
IBAN           Redacted           05 01       BIC  Redacted IE2D

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 16JUL04 | | We debit your a/c CBND40716H000399 CITIBANK NA NY IFO LOMBARD ODIER DA RIER HENTSCH AND CIE GENEVA REF FAIRFIELD SENTRY A SHARES 856.97 T/D 07.01.2004 RE | 4523 853,109.69 | | 17,562,479.89 |
| 16JUL04 | | We debit your a/c Redacted | 4524 796,396.32 | | 16,766,083.57 |
| 16JUL04 | | We debit your a/c Redacted | 4525 376,456.54 | | 16,389,627.03 |
| 16JUL04 | | We debit your a/c Redacted | 4526 796,396.32 | | 15,593,230.71 |
| 16JUL04 | | Redacted We debit your a/c Redacted | 4527 872,482.03 | | 14,720,748.68 |

Branch Office
Custom House Plaza Block 6
Int'l Financial Services Centre
P.O. Box 6639
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
BIC: CITCIE2D
dublin-bank@citco.com

Citco Bank Nederland N.V. is a company
limited by shares registered in
Amsterdam, The Netherlands,
No. 33185291. Citco Bank
Nederland N.V. Dublin Branch is
registered in Dublin No. 904070.

CONFIDENTIAL                                                                              ANWAR-CFSE-00321267