# EXHIBIT 26

14/03 2008 17:09 FAX 0227092102    EMIFPL    @001/001

## Lombard Odier Darier Hentsch
Banquiers Privés depuis 1796

# Telefax

............................ MESSAGE FAX ............................

Destinataire/Addressee : Fairfield International Limited
C/o Citco Fund Services (Europe) B.V., Amsterdam

No FAX/FAX nbr : 0031 20 57 22 610

Expéditeur/Sender : Stéphane Bellay    Référence Order : SBE

Email       : funddealing@lodh.com
Copy to     : stephane.bellay@lodh.com
Direct phone : 0041 22 709 24 73
Fax         : 0041 22 709 21 02

Si ce message est incomplet veuillez svp m'appeler
If this message is incomplete please call the sender

Nombre de pages (y compris celle-ci)
Number of pages (including cover page)    - 1 -    Date : 14 mars 2008

## REDEMPTION

Please **REDEEM** our behalf for

- 1'070.05 -    shares of **Fairfield Sigma**
(one thousand seventy point zero five shares)
(ISIN : VGG3299V1085)

At the next available Net Asset Value

The Original follows by airmail.

Shares to be withdrawn form our safekeeping account with you.

Redemption proceeds to be paid to :

**CITIBANK N.A., NEW-YORK, SWIFT :** Redacted**US33**
A/c Redacted 2419 in name of Lombard Odier Darier Hentsch & Cie

Please let us have your execution advice by fax to our number ++ 41 22 709 21 02

Many thanks and best regards.

Stéphane Bellay

Lombard Odier Darier Hentsch & Cie
by proxy :

M. IMSTEPF
Assistant Vice President

Stéphane Bellay
Assistant Manager

Lombard Odier Darier Hentsch & Cie
Rue de la Corraterie 11 • 1204 Genève | Case postale 5215 • 1211 Genève 11 | Suisse
Telephone +41 (0)22 709 21 11 • Fax +41 (0)22 709 29 11 • www.lodh.com

CONFIDENTIAL    CFSE-TRST-060670

CFSSAK0005991