# EXHIBIT 5

```
User ID: JOPRAY
==============================================================================
TO: Name: BACK OFFICE, ALAIN ROGNON
    Company: BANQUE SYZ & CO SA
    Fax Phone Number: 0041 22 310 9475
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:
Sent at:Wed Jul 25 10:47:28 2007
Sent on channel 10
Elapsed Time:  0 minutes, 22 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------------
JOPRAY approved fax at Wed Jul 25 10:47:10 2007
------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-103228

CFSSAM0008920

**CITCO**
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

BANQUE SYZ & CO SA
30 RUE DU RHONE
CASE POSTALE 5015
CH-1211 GENEVA 11
SWITZERLAND

Date : Jul-25-2007
Fund ID : 03302
Holder ID : [REDACTED]1702
Account ID : [REDACTED]7421
Order No. : [REDACTED]8302
Email : BACKHEDGE@SYZBANK.CH
FAX Number : 0041 22 310 9475

BACK OFFICE, ALAIN ROGNON
Account: BANQUE SYZ & CO SA

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Aug-01-2007 |
| Settlement Date | Jul-27-2007 |
| Valuation/NAV Date | Jul-31-2007 |
| Type of transaction | Subscription |

Amount                                                USD       30,000.00

Bank Name: HSBC BANK USA
Bank Address 1: NEW YORK
Bank Address 2: USA
ABA Ref.: 021001088
SWIFT Ref.: [REDACTED]US33
Further Cr. Num: [REDACTED]6487
Further Cr. Name: CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: [REDACTED]E2D
Beneficiary Acct No: REDACTED 0501
Beneficiary Name: FAIRFIELD SENTRY LIMITED

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                   CFSE-TRST-103229

CFSSAM0008921