# EXHIBIT 6

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

BANQUE SYZ & CO SA
30 RUE DU RHONE
CASE POSTALE 5015
CH-1211 GENEVA 11
SWITZERLAND

Date            : Aug-07-2008
Fund ID         : 03302
Holder ID       : REDACTED 1702
Account ID      : REDACTED 7421
Order No.       : 5617
Email           : BACKHEDGE@SYZBANK.CH
FAX Number      : 0041 22 310 9475

BACK OFFICE, ALAIN ROGNON
Account: BANQUE SYZ & CO SA

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Sep-01-2008 |
| Settlement Date | Aug-27-2008 |
| Valuation/NAV Date | Aug-31-2008 |
| Type of transaction | Subscription |
| Fund Currency | USD |
| voting shares | 193.8200 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | REDACTED US33 |
| Further Cr. Num: | REDACTED 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | REDACTED IE2D |
| Beneficiary Acct No: | REDACTED 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

REVISED (watermark)

CONFIDENTIAL                                                                                    CFSE-TRST-053753

CFSSAJ0020098