# EXHIBIT 7

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

BANQUE SYZ & CO SA
30 RUE DU RHONE
CASE POSTALE 5015
CH-1211 GENEVA 11
SWITZERLAND

Date         : Nov-29-2006
Fund ID      : 03302
Holder ID    : [REDACTED]1702
Account ID   : [REDACTED]7421
Order No.    : [REDACTED]0502
Email        : BACKHEDGE@SYZBANK.CH
FAX Number   : 0041 22 310 9475

BACK OFFICE, ALAIN ROGNON
Account: BANQUE SYZ & CO SA

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jan-01-2007 |
| Settlement Date | Jan-31-2007 |
| Valuation/NAV Date | Dec-31-2006 |
| Type of transaction | Redemption |
| voting shares | 11,332.04 |

| | |
|---|---|
| Bank Name: | UBS AG |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | [REDACTED]US33 |
| Beneficiary Acct No: | [REDACTED]2000 |
| Beneficiary Name: | BANQUE SYZ AND CO SA GENEVA |
| Ben Swift Ref: | [REDACTED]CHGG |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

CFSE-TRST-077342

CFSSAL0011081