# EXHIBIT 8

**CITCO**
*Citco Fund Services
(Europe) B.V.*

## Confirmation of Order Received

BANQUE SYZ & CO SA
30 RUE DU RHONE
CASE POSTALE 5015
CH-1211 GENEVA 11
SWITZERLAND

Date        : Jan-30-2007
Fund ID     : 03302
Holder ID   : [REDACTED]1702
Account ID  : [REDACTED]7421
Order No.   : [REDACTED]4202
Email       : BACKHEDGE@SYZBANK.CH
FAX Number  : 0041 22 310 9475

BACK OFFICE, ALAIN ROGNON
Account: BANQUE SYZ & CO SA

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Mar-01-2007 |
| Settlement Date | Mar-31-2007 |
| Valuation/NAV Date | Feb-28-2007 |
| Type of transaction | Redemption |
| voting shares | 160.35 |

| | |
|---|---|
| Bank Name: | UBS AG |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | [REDACTED]US33 |
| Beneficiary Acct No: | [REDACTED]2000 |
| Beneficiary Name: | BANQUE SYZ AND CO SA GENEVA |
| Ben Swift Ref: | [REDACTED]CHGG |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

www.citco.com

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773*

```
User ID: ASGHAIER
================================================================================
TO: Name: BACK OFFICE, ALAIN ROGNON
    Company: BANQUE SYZ & CO SA
    Fax Phone Number: 0041 22 310 9475
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:
Sent at:Tue Jan 30 11:05:20 2007
Sent on channel 4
Elapsed Time:  0 minutes, 28 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
ASGHAIER approved fax at Tue Jan 30 11:05:08 2007
--------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-079881

CFSSAL0013620