# EXHIBIT 9

FOR ELECTRONIC BANKING ONLY

Hemisphere Management Limited

# EXPENSE/REDEMPTION SETTLEMENT FORM

| | | | |
|---|---|---|---|
| DATE: | 8-Nov-99 | VALUE DATE: | 10 9-Nov-99 |
| REQUESTED BY: | Sharry Hall | | |
| METHOD OF SETTLEMENT: | Wire Transfer | | |
| CLIENT NAME: | Kingate Global Fund Class B | | |
| REPETITIVE NUMBER: | | | |
| ACCOUNT NUMBER: | REDACTED 9335 | | |
| REMITTING BANK DETAILS: | | | |
| QUANTITY OF SHARES: | | | |
| REDEMPTION PRICE: | 95% redemption payment | | |
| TOTAL AMOUNT: | $6,365,000.00 | CURRENCY: | USD |
| PAYEE: | | | |
| RECEIVING BANK DETAILS: | UBS AG New York | | |
| CHIPS: | REDACTED US33 | | |
| | In favour: Banque Syz & Co | | |
| | Account: WA REDACTED 2.000 | | |
| FOR FURTHER CREDIT TO: | | | |
| REFERENCE: | | | |
| SUFFICIENT FUNDS IN A/C? | yes | | |
| AUTHORISED SIGNATORY: (Account/Group Manager) | [signature] | | |
| AUTHORISED SIGNATORY: (Vice President or Above) | [signature] | | |

KING_000162996