# EXHIBIT 10

Hemisphere Management Limited

**WIRES**
**EXPENSE/REDEMPTION SETTLEMENT FORM**

LOG # SH 0917

| | | |
|---|---|---|
| DATE: | 12-Jul-01 | VALUE 12-Jul-01 |
| REQUESTED BY: | Tina Outerbridge | |
| CLIENT NAME: | Kingate Global Fund - USD | |
| REPETITIVE NUMBER: | | |
| ACCOUNT NUMBER: | REDACTED 9335 | |
| QUANTITY OF SHARES: | 9,123 shares | |
| REDEMPTION PRICE: | $ 239.31 | |
| REMITTING CURRENCY: | USD | |
| TOTAL AMOUNT: | $ 2,183,225.13 | |

CORRESPONDENT BANK (optional)
Address (mandatory if correspondent bank used)

BENEFICIARY BANK: UBS New York
Name & Address (mandatory) Swift: REDACTED US33

ACCOUNT NAME: Banque Syz & CO.
ACCOUNT NUMBER: REDACTED 2.000

FURTHER CREDIT TO:

REFERENCE: (optional) Kingate July 2001

SUFFICIENT FUNDS IN A/C? (mandatory)
AUTHORISED SIGNATORY:
(Account/Group Manager)
AUTHORISED SIGNATORY:
(VP or above)

**TO BE COMPLETED BY CASH DEPARTMENT ONLY:**

| For Conversions Only: | |
|---|---|
| Call back made by: | — |
| on: | at: |
| signed by: | |