# EXHIBIT 12



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

### TRADING AUTHORIZATION LIMITED TO PURCHASES
### AND SALES OF SECURITIES AND OPTIONS

To Whom It May Concern:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and  with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.   All purchases, sales or trades shall be executed strictly in accordance with the established trading authorization directive.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 385 Third Avenue New York, NY. Such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation. This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the  personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, January 16, 2007

Geneva                    Switzerland
(City)                    (State)

Very truly yours, _____
(Client Signature)

Signature of Authorized Agent: _____

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

MWPTAP00020170

0002

**MWPTAP00301391**

MWPTAP00301379

MWPTAP00028179

**MWPTAP00301392**

MWPTAP00301379



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## OPTION AGREEMENT

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer and exercise) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.  I understand, and am well aware, that option trading may be speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold the company, its other divisions, and its officers, directors and agents harmless for such loss.

2.  I understand that any option transaction made for any account of mine is subject to the rules, regulations, customs and usages of The Options Clearing Corporation and of the registered national securities exchange, national securities association, clearing organization or market where such transaction was executed I agree to abide by such rules, regulations, custom and usages and I agree that, acting individually or in concert with others, I will not exceed any applicable position or exercise limits imposed by such exchange, association, clearing organization or other market with respect to option trading.

3.  If I do not satisfy my transaction obligations on a timely basis, you are authorized in your sole discretion and without notification, to take any and all steps you deem necessary to protect yourself (for any reason) in connection with option transactions for my account including the right to buy and/or sell for my account and risk any part or all of the shares represented by options handled, purchased, sold for my account, or to buy for my account and risk any option as you may deem necessary or appropriate. Any and all expenses or losses incurred in this connection will be reimbursed by me.

4   In addition to the terms and conditions hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the purchase and sale of securities except to the extent that such other agreements are contrary to or inconsistent herewith.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

MWPTAP00028180

0003

**MWPTAP00301393**

MWPTAP00301379

5.   This agreement shall apply to all puts or calls which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6.   I have received from the company the most recent risk disclosure document entitled "Characteristics and Risks of Standardized Options". I have read and understand the information contained in this document.

7.   I understand that you assign exercise notices on a random basis. You may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED  _January 16, 2007_          ACCOUNT NO. _ATR 126_

SIGNATURES

(If a Corporation)                         (If Individuals)

_Banque Syz dCo S.A_
(Name of Corporation)

By _____           _____
                                   (Second Party if Joint Account)

Title _General Manager   Senior Vice Prés._

                                   (If a Partnership)

SEAL
                                   _____
                                   (Name of Partnership)

                                   By_____
                                          (A Partner)

MWPTAP00020101

0004

MWPTAP00301394

MWPTAP00301379

MWPTAP00028182

**MWPTAP00301395**

MWPTAP00301379



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8118

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments of every kind and nature and related contracts and options. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of the Securities Exchange Act of 1934, as amended, and (b) to the rules and regulations of (1) the Securities and Exchange Commission and (2) the Board of Governors of the Federal Reserve System.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not affect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London WIJ 8DT. Tel 020-7493 6222

**7. BROKER AS AGENT**

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

**8. CONFIRMATIONS AND STATEMENTS**

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

**9. SUCCESSORS**

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall ensure to the benefit of the Broker's present organization and any successors organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

**10. CHOICE OF LAWS**

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _SWITZERLAND_ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _SWITZERLAND_

**11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION**

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

**12. ARBITRATION DISCLOSURES**

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

MWPTAP00301397

MWPTAP00301379



## 13. ARBITRATION

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 10, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR AN ARBITRATION FACILITY PROVIDED BY ANY EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. AND IN ACCORDANCE WITH THE RULES PERTAINING TO THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER   ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

## 14. DISCLOSURES TO ISSUERS

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below.

___ Yes, I do object to the disclosure of information.

___ No, I do not object to the disclosure of such information

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) _____
(Customer Signature/date)

(X) _____
(Customer Signature/date)

Ba-re S17d Co S A.
(Customer Address)

1 F R 126
(Account Number)

30 ro du Rhine

1204   Geneve

MWPTAP00028185

0007

MWPTAP00301398

MWPTAP00301379

MWPTAP00028186

**MWPTAP00301399**

MWPTAP00301379

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

**CONFIDENTIAL**

212 230-2424
800 334-1343
Fax 212-486-8178

## TERMS AND CONDITIONS FOR OPTION HEDGING TRANSACTIONS

Issued by: Account Name: _Banque Syz + Co. S.N._

Account #: _1FR126_

The following instructions establishes the terms and conditions under which Bernard L. Madoff Investment Securities LLC (BLMIS) will effect, as agent, the client's transactions.

Bernard L. Madoff (individual), acting as agent for the above referenced account, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the account. Bernard L. Madoff (individual) will determine only the price at which, or the time an option contract shall be effected pursuant to the instructions set forth below.

Upon establishment of equity positions for the account, an attempt to establish broad based index option contracts shall be made in accordance with the following conditions:

- The purchase of broad based index put options shall be limited to the S&P 100 Index, as calculated and disseminated by Standard and Poor's Corporation. The size of the contracts shall correspond to the total dollar value of the executed underlying equity positions. The expiration of the contract shall be the nearest expiration cycle.

- Strike price of the put option shall be less (but not greater than 1 5% less) than the value of the S&P 100 Index at the point the equity orders are completed. If within the 1.5% index band, there are multiple strike prices available, the contract priority shall be the higher strike. The resulting put option contract established shall be long "out of the money."

- The sale of broad based call option contracts shall be limited to the S&P 100 Index, as calculated and disseminated by Standard and Poor's Corporation. The size of contracts shall correspond to the total dollar value of the underlying equity position. The expiration of the contract shall be the nearest expiration cycle.

- Strike price of the call option shall be ten (10) index points greater than the strike price of the put option referred to above. The resulting call option contract established shall be short "out of the money".

- Upon liquidation of equity positions for the account, a corresponding amount of index option contracts shall be unwound.

- If existing option positions are liquidated in anticipation of expiration, replacement positions of any other expiration or strike may only include contracts of the next nearest expiration cycle. The strike prices of these contracts shall use the methodology stated above.

Option transactions will incur a commission of one dollar ($1.00) per contract

Agreed to by: _____          2/8/07
Bernard L. Madoff Investment Securities LLC              Date
Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MWPTAP00028187

0008

MWPTAP00028188

**MWPTAP00301401**

MWPTAP00301379

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

**CONFIDENTIAL**

212 230-2424
800 334-1343
Fax 212 486 8178

## TRADING AUTHORIZATION DIRECTIVE

Issued by: Account Name: _BANQUE SYZ + Co S.A._

Account #: _1FR126_

This Trading Authorization Directive establishes the terms and conditions under which Bernard L. Madoff Investment Securities LLC (BLMIS) will execute the client's orders.

Bernard L. Madoff (Individual), acting as agent for the above referenced account, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the account. Bernard L. Madoff (individual) will determine only the time and price at which a specified order shall be executed. The purchase or sale of equity securities is limited as to issue and quantity.

The core order/execution parameters are as follows:

- Orders generated shall be for the attached list of securities in its entirety, each of which is resident in the S&P 100 Index.

- The amount of each equity security shall be dollar weighted proportionately within the portfolio to the previous day's closing market capitalization of that particular issue within the Standard and Poor's 100 Index.

- The sum total of the combined market capitalization of the equities to be executed must be in excess of seventy-five percent (75%) of the total market capitalization, as measured by Standard and Poor's, of the entire Standard and Poor's 100 Index .

- The resulting portfolio, when measured against the Standard and Poor's 100 Index, shall reflect an overall correlation of at least .95 to 1.

- Bernard L. Madoff will determine the time and price to which liquidation orders will be exposed.

The dollar amount of the total order(s) to be calculated (as predefined by each client) and the resultant prorata allocation of executions, are predicated on the total dollar amount of order(s) from all clients at the time the necessary parameters are in place to attempt implementation of the strategy.

Transactions in U.S. Government securities shall be limited to U.S. Treasury Bills having a weighted yield to maturity within five percent (5%) of the average yield to maturity of all treasury bill issues available.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MWPTAP00028189

0009

**MWPTAP00301402**

MWPTAP00301379



Equity transactions executed for the account will be average price transactions. A commission of four cents ($0.04) per share will be charged on the transactions. The commission stated above will be BLMIS' only compensation. There will be no other fees or expenses incurred by the account.

Agreed to by: _____    2/8/07
Bernard L. Madoff Investment Securities LLC         Date

*Please contact us if there have been any changes in the account holder's financial condition or investment objectives, or if the holder wishes to impose or modify any restrictions on the transactions executed for this account.*

MWPTAP00028190

0010

MWPTAP00301403

MWPTAP00301379

**MADOFF**
SECURITIES LLC
ndon

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

CO SA
EPARTMENT
30 RUE DU RHONE
1

PERIOD ENDING: 3/31/07
YOUR ACCOUNT NUMBER: 1-FR126-3-0
PAGE: 1 A

| SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | NO BALANCE FORWARD | | | |
| | 17131 | CHECK WIRE U S TREASURY BILL DUE 5/17/2007 | JRNL 99.022 | 20,175,732.50 | 20,185,000.00 |
| | 17132 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,267.00 | |
| | | FIDELITY SPARTAN DIV 03/09/07 | DIV | | 2.40 |
| | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |
| | | W/H TAX DIV FDLXX | CW | .72 | |
| 9,267 | 18752 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,267.00 |
| 20,375,000 | 23249 | U S TREASURY BILL DUE 5/17/2007 | 99.049 | | 20,181,233.75 |
| | 24776 | U S TREASURY BILL DUE 6/14/2007 | 98.669 | 20,177,610.50 | |
| | 28535 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,892.00 | |
| | | NEW BALANCE | | | |
| | | SECURITY POSITIONS | MKT PRICE | | *43 |

MWPTAP00028258



RD L. MADOFF
ENT SECURITIES LLC
k □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYZ & CO SA
FICE DEPARTMENT
5015  30 RUE DU RHONE
NEVE 11
LAND

Reçu Récent
0 7 MAI 2007

| SOLD OR SHORT DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | .43 |
| 322 | 902 | MERRILL LYNCH & CO INC | 90,140 | 299,577.08 | |
| 852 | 5196 | ALTRIA GROUP INC | 70,020 | 550,111.04 | |
| 154 | 9490 | MERCK & CO | 49,660 | 405,253.64 | |
| 228 | 13784 | MORGAN STANLEY | 61,120 | 343,144.36 | |
| 220 | 18078 | MICROSOFT CORP | 28,300 | 491,434.00 | |
| 060 | 23611 | ABBOTT LABORATORIES | 57,070 | 344,943.80 | |
| 966 | 27905 | AMERICAN INTL GROUP INC | 68,200 | 680,079.20 | |
| 342 | 30960 | PEPSICO INC | 65,590 | 616,224.78 | |
| 214 | 32198 | BANK OF AMERICA | 50,930 | 877,397.02 | |
| 180 | 35254 | PFIZER INC | 26,650 | 725,634.80 | |
| 724 | 36492 | CITI GROUP INC | 52,770 | 988,813.48 | |
| 080 | 39548 | PROCTER & GAMBLE CO | 63,560 | 768,287.80 | |
| 080 | 40786 | COMCAST CORP | 27,480 | 332,441.40 | |
| | | CL A | | | |
| 530 | 43842 | SCHLUMBERGER LTD | 73,610 | 333,634.30 | |
| 342 | 45080 | CONOCOPHILLIPS | 69,070 | 438,294.94 | |
| 858 | 48136 | AT&T INC | 38,970 | 990,700.26 | |
| 254 | 49374 | CISCO SYSTEMS INC | 26,530 | 617,050.62 | |
| 496 | 52430 | TIME WARNER INC | 20,730 | 301,081.08 | |
| 154 | 53668 | CHEVRON CORP | 76,080 | 677,205.52 | |
| 926 | 56724 | UNITED PARCEL SVC INC | 71,120 | 279,374.12 | |
| | | CLASS B | | | |
| 260 | 57962 | GENERAL ELECTRIC CO | 34,950 | 1,373,707.00 | |

CONTINUED ON PAGE   2

RANDOM RATING   R
PERIOD ENDING   4/30/07
YOUR ACCOUNT NUMBER   1-FR126-3-D
PAGE   1

MWPTAP00028262

0054

MWPTAP00301475

MWPTAP00301379



D L. MADOFF
SECURITIES LLC
London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu Réception
0 8 JUIN 2007

Z & CO SA
CE DEPARTMENT
15 30 RUE DU RHONE
VE 11
ND

PERIOD ENDING: 5/31/07
PAGE: 1
A

YOUR ACCOUNT NUMBER: 1-FR126-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 27,784.71 |
| | | | CHECK WIRE | CA | | 750,000.00 |
| 0 | | 13768 | U S TREASURY BILL DUE 6/14/2007 6/14/2007 | 99.461 | 745,957.50 | |
| 3 | | 13802 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,043.00 | |
| | | | PROCTER & GAMBLE CO DIV 4/27/07 5/15/07 | DIV | | 4,228.00 |
| | | | W/H TAX DIV PG | CW | 1,268.40 | |
| | 14,496 | 33572 | TIME WARNER INC | 21.410 | | 309,780.36 |
| | 3,926 | 37837 | UNITED PARCEL SVC INC CLASS B | 70.700 | | 277,411.20 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/21/07 | DIV | | 154.08 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 46.22 | |
| | 46,012 | 42577 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 46,012.00 |
| 30 | | 46970 | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 98.956 | 371,085.00 | |

CONTINUED ON PAGE 2

ARD L. MADOFF
ENT SECURITIES LLC
rk ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYZ & CO SA
FICE DEPARTMENT
5015  30 RUE DU RHONE
NEVE  11
LAND

| SOLD OR DELIVERED OR BOUGHT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 281,162.58 |
| | | CONOCOPHILIPS | DIV | | 2,600.22 |
| | | DIV 5/21/07 6/01/07 | | | |
| | | W/H TAX DIV COP | CW | 780.07 | |
| | | INTEL CORP | DIV | | 2,480.18 |
| | | DIV 5/07/07 6/01/07 | | | |
| | | W/H TAX DIV INTC | CW | 744.05 | |
| | | WELLS FARGO & CO NEW | DIV | | 3,636.08 |
| | | DIV 5/04/07 6/01/07 | | | |
| | | WAL-MART STORES INC | CW | | 2,059.84 |
| | | DIV 5/18/07 6/04/07 | DIV | | |
| | | W/H TAX DIV WMT | CW | 1,090.82 | |
| | | CHECK WIRE | CA | | |
| | | PFIZER INC | DIV | | 617.89 |
| | | DIV 5/11/07 6/05/07 | | | |
| 000 | 70038 | W/H TAX DIV PFE | CW | 2,364.66 | 1,226,000.00 |
| | | U.S TREASURY BILL | 99.150 | 1,214,697.75 | 7,802.20 |
| | | DUE 8/9/2007 8/09/2007 | | | |
| 302 | 70039 | FIDELITY SPARTAN | 1 | 11,302.00 | |
| | | U.S TREASURY MONEY MARKET | | | |
| | | CHEVRON CORP | DIV | | 4,729.32 |
| | | DIV 5/18/07 5/11/07 | | | |
| | | CONTINUED ON PAGE 2 | | | |

YOUR ACCOUNT NUMBER 1-FR126-3-0    PERIOD ENDING 6/30/07    PAGE 1

MWPTAP00028276





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu [illegible]
06 AOUT 2007

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING: 7/31/07 PAGE: 1 A

YOUR ACCOUNT NUMBER: 1-FR126-3-0 YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 367,534.0? |
| 7/02 | | | | COCA COLA CO [illegible] | DIV | | [illegible] |
| | | | | DIV 6/15/07 7/01/07 | | | |
| 7/02 | | | | W/H TAX DIV KO | CW | 770.10 | |
| 7/02 | | | | MERCK & CO | DIV | | 3,0[illegible] |
| | | | | DIV [illegible] | | | |
| 7/02 | | | | W/H TAX DIV MRK | CW | [illegible] | |
| 7/05 | | | | CHECK WIRE | CA | | 815,000.0? |
| 7/05 | | | | HEWLETT PACKARD CO | DIV | | 821.4? |
| | | | | DIV [illegible] | | | |
| 7/05 | | | | W/H TAX DIV HPQ | CW | [illegible] | |
| 7/05 | 800,000 | | 15797 | U S TREASURY BILL | 98.784 | 790,272.00 | |
| | | | | DUE 10/4/2007 | | | |
| | | | | [illegible] | | | |
| 7/05 | 24,728 | | 15824 | FIDELITY SPARTAN | 1 | [illegible] | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 7/06 | | | | SCHLUMBERGER LTD | DIV | | 792.7? |
| | | | | DIV [illegible] | | | |
| 7/10 | | | | ALTRIA GROUP INC | DIV | | [illegible] |
| | | | | DIV 6/15/07 7/10/07 | | | |
| 7/10 | | | | W/H TAX DIV MO | CW | 1,625.36 | |
| 7/23 | | | | FIDELITY SPARTAN | [illegible] | | [illegible] |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 07/23/07 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



☐ New York ☐ London

800 334-1343
Fax (212) 838-4063

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015   30 RUE DU RHONE
1211 GENEVE   11
SWITZERLAND

YOUR ACCOUNT NUMBER: 1-FR1Z6-3-0
PERIOD ENDED: 8/31/07

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 8/06 | | | | BALANCE FORWARD | | |
| 8/06 | 1,250 | | 45854 | APPLE INC | 132.100 | 165,496.00 |
| 8/06 | 2,380 | | 46050 | ABBOTT LABORATORIES | 50.270 | 119,737.60 |
| 8/06 | 3,920 | | 46246 | AMERICAN INTL GROUP INC | 64 | 251,036.00 |
| 8/06 | 1,820 | | 46442 | AMGEN INC | 52.410 | 95,658.20 |
| 8/06 | 1,820 | | 46638 | AMERICAN EXPRESS COMPANY | 58.390 | 106,276.00 |
| 8/06 | 1,120 | | 46834 | BOEING CO | 103.060 | 115,471.20 |
| 8/06 | 6,720 | | 47030 | BANK OF AMERICA | 47.120 | 316,914.40 |
| 8/06 | 2,940 | | 47226 | BRISTOL MYERS SQUIBB COMPANY | 28.240 | 83,142.60 |
| 8/06 | 7,420 | | 47422 | CITI GROUP INC | 46.420 | 344,732.40 |
| 8/06 | 4,760 | | 47618 | COMCAST CORP CL A | 25.860 | 123,283.60 |
| 8/06 | 2,520 | | 47814 | CONOCOPHILLIPS | 80.030 | 201,775.60 |
| 8/06 | 9,240 | | 48010 | CISCO SYSTEMS INC | 28.790 | 266,388.60 |
| 8/06 | 2,380 | | 48206 | CVS CAREMARK CORP | 35.300 | 84,109.00 |
| 8/06 | 3,220 | | 48402 | CHEVRON CORP | 84.740 | 272,990.80 |
| 8/06 | 3,500 | | 48598 | DELL INC | 27.500 | 96,390.00 |
| 8/06 | 2,940 | | 48794 | THE WALT DISNEY CO | 32.800 | 96,549.00 |
| 8/06 | 15,540 | | 48990 | GENERAL ELECTRIC CO | 38.620 | 600,775.80 |
| 8/06 | 280 | | 49186 | GOOGLE | 510.100 | 142,839.00 |
| 8/06 | 560 | | 49382 | GOLDMAN SACHS GROUP INC | 187.110 | 104,803.60 |
| 8/06 | 2,940 | | 49578 | HOME DEPOT INC | 37 | 108,897.00 |
| 8/06 | 3,920 | | 49774 | HEWLETT PACKARD CO | 45.970 | 180,358.40 |
| 8/06 | 2,100 | | 49970 | INTERNATIONAL BUSINESS MACHS | 110.210 | 231,525.00 |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028291

0079

MWPTAP00301504

MWPTAP00301379



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015    30 RUE DU RHONE
1211 GENEVE   11
SWITZERLAND

YOUR ACCOUNT NUMBER: 1-FR126-4-0
PERIOD ENDING: 9/30/07

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 80,954.00 |
| 9/14 | | 133 | 79502 | S & P 100 INDEX | 10.400 | | 138,147 |
| 9/14 | 133 | | 79700 | SEPTEMBER 685 CALL | 8.100 | 107,863.00 | |
| 9/17 | 104 | 104 | 89597? | SEPTEMBER 675 PUT | 7. | | 72,... |
| 9/17 | | | 90195 | S & P 100 INDEX | 9 | | 74,122 |
| 9/37 | 104 | | | S & P 100 INDEX | 9 | 93,704.00 | |
| 9/18 | 78 | | 233 | SEPTEMBER 685 PUT | 8 | | 70,122 |
| 9/18 | | | 734 | S & P 100 INDEX | 6 | 46,878.00 | |
| 9/18 | 78 | | 734 | S & P 100 INDEX | | | |
| 9/24 | 53 | | 87462 | SEPTEMBER 695 PUT | 30 | | 155,075.00 |
| 9/24 | 72 | | 87660 | SEPTEMBER 685 CALL | 20 | 144,072.00 | |
| 9/24 | 53 | | 87850 | S & P 100 INDEX | .150 | | 745 |
| 9/24 | 72 | | 88056 | S & P 100 INDEX | .200 | | 1,368. |
| 9/25 | 42 | | 98326 | SEPTEMBER 685 PUT | 28 | | 113,653.00 |
| 9/25 | 58 | | 98424 | S & P 100 INDEX | 17.300 | 100,398.00 | |
| | | | | SEPTEMBER 695 CALL | | | |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028301
0088
MWPTAP00301514
MWPTAP00301379

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Reçu Réception
0 6 NOV. 2007

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015          30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING 10/31/07 — PAGE 1 — YOUR ACCOUNT NUMBER 1-FR126-3-0

| DATE | BOUGHT RECEIVED/LONG | SOLD DELIVERED/SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 774,937. |
| 10/01 | | | | COCA COLA CO | DIV | | 949. |
| 10/01 | | | | DIV 4/15/07-10/04/07 | | | |
| | | | | W/H TAX DIV KO | CH | 236.89 | |
| 10/10 | | | | ALTRIA GROUP INC | DIV | | 2,104. |
| | | | | DIV 3/13/07-09/12/07 | | | |
| 10/10 | | | | W/H TAX DIV MO | | | |
| 10/25 | | | | GENERAL ELECTRIC CO | DIV | | 5,785. |
| | | | | DIV 9/17/07-10/25/07 | | | |
| 10/25 | | | 173 | DAY 91 | | 1,537.73 | |
| 10/31 | 3,608 | | | WELLS FARGO & CO NEW | | 1,017,316. | |
| 10/31 | 2,376 | | 368 | WAL-MART STORES INC | 44.210 | 105,137.96 | |
| 10/31 | 5,280 | | 577 | EXXON MOBIL CORP | 92.680 | 49,281.44 | |
| 10/31 | 792 | | 89921 | APPLE INC | 161.450 | 491,472.60 | |
| 10/31 | 1,408 | | 90130 | ABBOTT LABORATORIES | 54.080 | 76,172.48 | |
| 10/31 | 2,552 | | 90339 | AMERICAN INTL GROUP INC | 61.850 | 157,943.20 | |
| 10/31 | 1,056 | | 90540 | AMGEN INC | 57.200 | 60,445.20 | |
| 10/31 | 1,056 | | 90737 | AMERICAN EXPRESS COMPANY | | 61,190.880 | |
| 10/31 | 704 | | 90965 | BOEING CO | | 67,534.56 | |
| 10/31 | 4,312 | | 91175 | BANK OF AMERICA | 47.170 | 203,569.04 | |
| 10/31 | 1,056 | | 91344 | BANK OF NEW YORK MELLON CORP T | 47.630 | 50,550.48 | |
| 10/31 | 1,408 | | 91874 | HEWLETT-PACKARD CO | | 547,572.29 | |
| 10/31 | 4,840 | | 92802 | CITIGROUP INC | | 202,611.60 | |
| 10/31 | 3,344 | | 92011 | COMCAST CORP | 21.210 | 71,059.24 | |
| | | | | CLA | | | |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028324

0110

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Reçu Réception
1 0 DEC. 2007

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015    30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING: 11/30/07

YOUR ACCOUNT NUMBER: 1-FR126-3-0

| DATE | TRAN REF NO | ITEM | QUANTITY | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 771,559 |
| 11/07 | | | | | | | |
| 11/07 | | | | ABBOTT LABORATORIES | 57,330 | | 76,49 |
| 11/07 | 7793 | | 2,552 | AMERICAN INTL GROUP INC | 59,330 | | 151,30 |
| 11/07 | 8002 | | 1,056 | | 57,780 | | 60,60 |
| 11/07 | 8420 | | 1,056 | BOEING CO | | | |
| 11/07 | | | 4,312 | BANK OF AMERICA | 45,800 | | 197,31 |
| 11/07 | 8629 | | 1,056 | BANK OF NEW YORK MELLON CORP | 47,210 | | 49,81 |
| 11/07 | 8838 | | | | | | |
| 11/07 | 9255 | | | CITI GROUP INC | | | |
| 11/07 | 9465 | | 3,344 | COMCAST CORP | 20,710 | | 69,12 |
| 11/07 | | | | | | | |
| 11/07 | | | 1,406 | | | | |
| 11/07 | 10092 | | 1,406 | CVS CAREMARK CORP | 41,530 | | 58,41 |
| 11/07 | | | | | 87,900 | | 177,82 |
| 11/07 | 10928 | | 9,856 | GENERAL ELECTRIC CO | 40,400 | | 397,78 |
| 11/07 | 11117 | | 176 | GOOGLE | 710,500 | | 125,07 |
| 11/07 | | | | | | | |
| 11/07 | 11764 | | 2,464 | HEWLETT PACKARD CO | 51,780 | | 127,48 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028334

0119

MWPTAP00301547

MWPTAP00301379



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu Réception
07 JAN. 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

| PERIOD ENDING | PAGE | |
|---|---|---|
| 12/31/07 | 1 | A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR126-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 267,407. |
| 12/03 | | | | CONOCOPHILLIPS | DIV | | 649. |
| | | | | DIV 10/31/07 12/03/07 | | | |
| 12/03 | | | | W/H TAX DIV COP | CW | 194.83 | |
| 12/03 | | | | MCDONALDS CORP | DIV | | 2,574. |
| | | | | DIV 11/15/07 12/03/07 | | | |
| 12/03 | | | | W/H TAX DIV MCD | CW | 772.20 | |
| 12/07 | | | | CHECK WIRE | CA | | 450,000. |
| 12/07 | 450,000 | | 79170 | U S TREASURY BILL | 99.081 | 445,864.50 | |
| | | | | DUE 3/27/2008 | | | |
| | | | | 3/27/2008 | | | |
| 12/07 | 4,135 | | 79171 | FIDELITY SPARTAN | 1 | 4,135.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/10 | | | | CHEVRON CORP | DIV | | 1,760. |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/10 | | | | W/H TAX DIV CVX | CW | 528.26 | |
| 12/10 | | | | EXELON CORP | DIV | | 406. |
| | | | | DIV 11/13/07 12/10/07 | | | |
| 12/10 | | | | W/H TAX DIV EXC | CW | 121.97 | |
| 12/10 | | | | UNITED TECHNOLOGIES CORP | DIV | | 464. |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/10 | | | | W/H TAX DIV UTX | CW | 139.30 | |
| 12/11 | 792 | | 68331 | APPLE INC | 186.180 | 147,485.56 | |
| 12/11 | 1,496 | | 68541 | ABBOTT LABORATORIES | 58 | 86,827.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Réception
0 6 FEV. 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING: 1/31/08
PAGE: 1
A

ACCOUNT NUMBER: 1-FR126-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 1/02 | | | | HEWLETT PACKARD CO DIV [illegible] | DIV | | 1[illegible] |
| 1/02 | | | | W/H TAX DIV HPQ | CW | 59.14 | |
| 1/02 | | | | WAL-MART STORES INC DIV [illegible] | DIV | | 50 |
| 1/02 | | | | W/H TAX DIV WMT | CW | 151.01 | |
| 1/03 | | | | UNITED PARCEL SVC INC CLASS B DIV [illegible] | DIV | | 60 |
| 1/03 | | | | W/H TAX DIV UPS | CW | 182.95 | |
| 1/07 | | 50,000 | 82770 | U S TREASURY BILL DUE 04/03/2008 [illegible] | 99.234 | | 49,61 |
| 1/07 | 50,000 | | 82950 | U S TREASURY BILL DUE 4/10/2008 4/10/2008 | 99.170 | 49,585.00 | |
| 1/07 | 32 | | 83130 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | [illegible] | 32.00 | |
| 1/17 | | | | CHECK WIRE | CA | | 1,000,00 |
| 1/17 | 1,000,000 | | 85864 | U S TREASURY BILL DUE 4/10/2008 4/10/2008 | 99.307 | 993,070.00 | |
| 1/17 | 6,930 | | 85874 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,930.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MWPTAP00028382

0164

MWPTAP00301595

MWPTAP00301379



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu [illegible]
07 AVR. 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING: 3/31/08 | PAGE: 1 | A

YOUR ACCOUNT NUMBER: 1-FR126-3-0 | YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 255,468 |
| /03 | | | | CONOCOPHILLIPS | DIV | | [illegible] |
| | | | | DIV 2/25/08 3/03/08 | | | |
| /03 | | | | W/H TAX DIV COP | CW | 438.65 | |
| /03 | | | | INTEL CORP | DIV | | 1,469 |
| | | | | DIV [illegible] | | | |
| /03 | | | | W/H TAX DIV INTC | CW | [illegible] | |
| /03 | | | | WELLS FARGO & CO NEW | DIV | | 2,099 |
| | | | | DIV 2/08/08 3/01/08 | | | |
| /03 | | | | W/H TAX DIV WFC | CW | [illegible] | |
| /04 | | | | PFIZER INC | DIV | | [illegible] |
| | | | | DIV 2/08/08 3/04/08 | | | |
| /04 | | | | W/H TAX DIV PFE | CW | 1,264.90 | |
| /04 | | | | UNITED PARCEL SVC INC CLASS B | DIV | | [illegible] |
| | | | | DIV 2/11/08 3/04/08 | | | |
| /04 | | | | W/H TAX DIV UPS | CW | 271.76 | |
| /05 | | | | MERRILL LYNCH & CO INC | DIV | | [illegible] |
| | | | | DIV 2/14/08 3/05/08 | | | |
| /05 | | | | W/H TAX DIV MER | CW | 172.94 | |
| /07 | | | | BOEING CO | DIV | | 585 |
| | | | | DIV [illegible] | | | |
| /07 | | | | W/H TAX DIV BA | CW | 175.68 | |
| /10 | | | | CHEVRON CORP | DIV | | 2,441 |
| | | | | DIV 2/15/08 3/10/08 | | | |
| | | | | CONTINUED ON PAGE [illegible] | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028890

0171

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu Réception
0 6 MAI 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT    30 RUE DU RHONE
PO BOX 5015
1211 GENEVE 11
SWITZERLAND

PAGE 1    A

PERIOD ENDING 4/30/08

YOUR ACCOUNT NUMBER 1-FR126-4-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 27,036.00 | |
| | 166 | 56028 | S & P 100 INDEX | 8,800 | | 288,674.00 |
| | 166 | 55815 | APRIL 615 PUT | 17,400 | 146,244.00 | |
| | 166 | 40049 | S & P 100 INDEX | 4,600 | | 16,434.00 |
| | | | APRIL 625 CALL | | | |
| 166 | | 49059 | S & P 100 INDEX | 1 | 76,526.00 | |
| | | | APRIL 625 CALL | | | |
| | 166 | 53564 | S & P 100 INDEX | 12,200 | 202,686.00 | |
| | | | APRIL 615 PUT | | | |
| 166 | | 44554 | S & P 100 INDEX | 15,800 | | 262,114.00 |
| 165 | | | MAY 625 PUT | | | |
| | | | MAY 535 CALL | | | |
| | | | NEW BALANCE | | 1,146,680.00 | |

| | | | SECURITY POSITIONS | MKT PRICE | | |
|---|---|---|---|---|---|---|
| | | | S & P 100 INDEX | 13,700 | | |
| | | | MAY 535 CALL | | | |
| 166 | | | S & P 100 INDEX | 4,800 | | |
| | | | MAY 625 PUT | | | |

MARKET VALUE OF SECURITIES
LONG    79,680.00
SHORT    227,420.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu Réception
09 JUIN 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING: 5/31/08
PAGE: 1 A
YOUR ACCOUNT NUMBER: 1-FR126-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 114,679.79 | |
| 5/01 | | | | AT&T INC | DIV | | 4,310.00 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/01 | | | | W/H TAX DIV T | CW | 1,294.80 | |
| 5/01 | | | | VERIZON COMMUNICATIONS | DIV | | 2,212.78 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/01 | | | | W/H TAX DIV VZ | CW | 663.83 | |
| 5/02 | | | | BANK OF NEW YORK MELLON CORP | DIV | | 478.08 |
| | | | | DIV 4/23/08 5/02/08 | | | |
| 5/02 | | | | W/H TAX DIV BK | CW | 143.42 | |
| 5/02 | | | | CVS CAREMARK CORP | DIV | | 159.36 |
| | | | | DIV 4/21/08 5/02/08 | | | |
| 5/02 | | | | W/H TAX DIV CVS | CW | 47.81 | |
| 5/09 | 3,380 | | 75883 | APPLE INC | [illegible] | [illegible] | |
| 5/09 | 2,346 | | 76200 | ABBOTT LABORATORIES | [illegible] | [illegible] | |
| 5/09 | 3,864 | | 76413 | AMERICAN INTL GROUP INC | 46.980 | 181,684.72 | |
| 5/09 | 1,794 | | 76626 | AMERICAN EXPRESS COMPANY | 49.890 | 89,573.66 | |
| 5/09 | [illegible] | | [illegible] | BOEING CO | [illegible] | [illegible] | |
| 5/09 | 6,782 | | 77052 | BANK OF AMERICA | 38.440 | [illegible] | |
| 5/09 | 1,656 | | 77265 | BANK OF NEW YORK MELLON CORP | 45.110 | 74,768.16 | |
| 5/09 | 7,866 | | 77478 | CITI GROUP INC | 25.410 | 200,189.06 | |
| 5/09 | 966 | | 77691 | CATERPILLAR INC | [illegible] | [illegible] | |
| 5/09 | 4,084 | | 77904 | COMCAST CORP | [illegible] | [illegible] | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu Réception
08 JUIL. 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT    30 RUE DU RHONE
PO BOX 5015
1211 GENEVE 11
SWITZERLAND

| DATE | | | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 348,389.65 |
| 5/02 | | | | CONOCOPHILLIPS | | | | |
| 5/02 | | | | DIV 5/27/08 | | CM | | 247.88 |
| 5/02 | | | | W/H TAX DIV COP | | DIV | | |
| 5/02 | | | | INTEL CORP | | CM | | 1,666. |
| 5/02 | | | | W/H TAX DIV PFE | | DIV | | |
| 6/02 | | | | WAL-MART STORES INC | | DIV | | 1,877. |
| 5/02 | | | | DIV 5/16/08 6/02/08 | | CM | | |
| 6/02 | | | | WELLS FARGO & CO NEW | | DIV | | |
| 6/02 | | | | DIV 5/09/08 6/01/08 | | CM | | 1,002.35 |
| 6/03 | | | | W/H TAX DIV PFE | | DIV | | |
| 6/03 | | | | DIV 5/09/08 6/03/08 | | CM | | 2,159.62 |
| 6/03 | | | | UNITED PARCEL SVC INC | | DIV | | |
| 6/03 | | | | DIV 5/15/08 6/03/08 | | CM | | 1,504. |
| 6/03 | | | | W/H TAX DIV UPS | | DIV | | |
| 6/05 | | | | ROHM & HAAS CO | | CM | | 451.44 |
| 6/06 | | | | CHEVRON CORP | | DIV | | 972. |
| 6/10 | | | | DIV 5/19/08 6/10/08 | | DIV | | 4,544. |
| | | | | CONTINUED ON PAGE 2 | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

1-FR126-3-0

MWPTAP00028430
0208
MWPTAP00301643
MWPTAP00301379





BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Reçu Réception
0 8 AOUT 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING: 7/31/08
PAGE: 1
A

YOUR ACCOUNT NUMBER: 1-FR126-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 348,389.94 | |
| 7/09 | | | | CHECK WIRE | CA | | 1,050,000.00 |
| 7/09 | 1,050,000 | | 57943 | U S TREASURY BILL | 99.647 | 1,046,293.50 | |
| | | | | DUE 9/18/2008 | | | |
| | | | | 9/18/2008 | | | |
| 7/09 | [illegible] | | [illegible] | FIDELITY SPARTAN | 1 | [illegible] | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 7/21 | 2,670 | | 58634 | APPLE INC | 169.690 | 453,378.30 | |
| 7/21 | 4,539 | | 58856 | ABBOTT LABORATORIES | 57.550 | 261,400.45 | |
| 7/21 | [illegible] | | 59078 | AMERICAN INTL GROUP INC | [illegible] | [illegible] | |
| 7/21 | 4,204 | | 59300 | AMGEN INC | 52.220 | [illegible] | |
| 7/21 | 3,471 | | 59522 | AMERICAN EXPRESS COMPANY | 37.120 | 128,981.52 | |
| 7/21 | 2,136 | | 59744 | BOEING CO | 63.620 | 135,977.32 | |
| 7/21 | 12,816 | | 59966 | BANK OF AMERICA | [illegible] | [illegible] | |
| 7/21 | 1,869 | | 60188 | BAXTER INTERNATIONAL INC | 66.590 | [illegible] | |
| 7/21 | 5,874 | | 60410 | BRISTOL MYERS SQUIBB COMPANY | 21.600 | 127,112.40 | |
| 7/21 | 2,136 | | 60632 | ANHEUSER BUSCH COS INC | 66.610 | 142,363.96 | |
| 7/21 | [illegible] | | 60854 | CITI GROUP INC | [illegible] | [illegible] | |
| 7/21 | 1,869 | | 61076 | CATERPILLAR INC | [illegible] | [illegible] | |
| 7/21 | 8,544 | | 61298 | COMCAST CORP | 18.300 | 156,696.20 | |
| | | | | CL A | | | |
| 7/21 | [illegible] | | 61520 | CONOCOPHILLIPS | [illegible] | [illegible] | |
| 7/21 | 17,622 | | 61742 | CISCO SYSTEMS INC | 20.610 | [illegible] | |
| 7/21 | 4,272 | | 61964 | CVS CAREMARK CORP | 37.840 | 161,822.48 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015  30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

09 SEP. 2008

For Exception

1-FR126-3-0

8/31/08

PAGE 1

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 132,119.23 | |
| 8/01 | | | | CVS CAREMARK CORP | DIV | | 294 |
| 8/01 | | | | DIV 7/21/08 AS 8/01/08 | CW | 88.43 | |
| 8/08 | | | | W/H TAX DIV CVS | DIV | | 12 |
| 8/08 | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/08 | | | | DIV 08/08/08 | CW | 3.72 | |
| 8/08 | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/08 | | 20,015 | 46913 | FIDELITY SPARTAN | 1 | | 20,015 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/06 | | 2,375,000 | 77131 | U S TREASURY BILL | 99.666 | | 2,367,067 |
| | | | | DUE 10/23/2008 | | | |
| 8/08 | 2,175,000 | | 77363 | U S TREASURY BILL | 99.436 | 2,162,733.00 | |
| | | | | DUE 10/23/2008 | | | |
| 8/11 | 400,000 | | 77849 | U S TREASURY BILL | 99.672 | 398,688.00 | |
| | | | | DUE 10/23/2008 | | | |
| 8/11 | 142,096 | | 69505 | FIDELITY SPARTAN | 1 | 142,096.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/13 | 1,240 | | 77849 | APPLE INC | 163.880 | 203,260.20 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028448

0224

MWPTAP00301661

MWPTAP00301379

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

Reçu Réception
0 8 OCT. 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015   30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

| Period ending | Your account number | Tax payer identification number | Page |
|---|---|---|---|
| 9/30/08 | 1-FR126-3-0 | | 1 A |

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 12,479.68 | |
| 9/02 | | | | CONOCOPHILLIPS | DIV | | 24,133. |
| | | | | DIV 9/15/08  9/02/08 | CM | 640.00 | |
| 9/02 | | | | W/H TAX DIV COP | DIV | | 24,317. |
| 9/02 | | | | INTEL CORP | CM | | |
| 9/02 | | | | DIV 9/02/08  9/01/08 | DIV | 595.27 | |
| | | | | W/H TAX DIV INTC | CM | | 24,321. |
| 9/02 | | | | WAL-MART STORES INC | DIV | | |
| 9/02 | | | | DIV 9/15/08  9/02/08 | CM | 1,896.47 | 24,814. |
| | | | | W/H TAX DIV WMT | DIV | | |
| 9/02 | | | | WELLS FARGO & CO NEW | CM | | 6,322. |
| 9/02 | | | | DIV 8/08/08  9/01/08 | DIV | 844.25 | |
| 9/03 | | | | W/H TAX DIV WFC | CM | | |
| | | | | PFIZER INC | CA | 1,896.77 | |
| 9/04 | 1,750,000 | 1,750,000 | 70865 | DIV 9/08/08  9/03/08 | | 1,749,835.00 | 1,770,000. |
| | | | | W/H TAX DIV PFE | | | |
| 9/04 | | 242,165 | 70863 | CHECK MKS | J | 24,165.00 | 854 |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 10/30/2008  10/30/2008 | | | |
| 9/04 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/05 | | | | BOEING CO | | | |
| | | | | DIV 8/08/08  9/05/08 | | | |
| | | | | *CONTINUED ON PAGE 2* | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

Reçu Réception
0 7 NOV. 2008

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015   30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

PERIOD ENDING 10/31/08   PAGE 1

YOUR ACCOUNT NUMBER 1-FR126-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|-------------|---|---|---|
| 10/01 | | | | BALANCE FORWARD | | 1,343,970.25 | |
| 10/01 | | | | BAXTER INTERNATIONAL INC | DIV | | 595. |
| 10/01 | | | | DIV 9/30/08 10/01/08 | | | |
| 10/01 | | | | W/H TAX DIV BAX | CW | 178.59 | |
| 10/01 | | | | COCA COLA CO | DIV | | 1,046. |
| 10/01 | | | | DIV 9/15/08 10/01/08 | | | |
| 10/01 | | | | W/H TAX DIV KG | CW | 313.84 | |
| 10/01 | | | | HEWLETT PACKARD CO | DIV | | 834. |
| 10/01 | | | | DIV 9/10/08 10/01/08 | | | |
| 10/01 | | | | W/H TAX DIV HPQ | CW | 250.39 | |
| 10/01 | | | | MERCK & CO INC | DIV | | 3,417. |
| 10/01 | | | | DIV 9/05/08 10/01/08 | | | |
| 10/01 | | | | W/H TAX DIV MRK | CW | 1,025.20 | |
| 10/03 | | | | SCHLUMBERGER LTD | DIV | | 1,041. |
| 10/03 | | | | DIV 9/05/08 10/03/08 | CW | | 1. |
| 10/10 | | | | FIDELITY SPARTAN | DIV | | |
| 10/10 | | | | U S TREASURY MONEY MARKET | | | |
| 10/10 | | | | DIV 10/20/08 | | | |
| 10/10 | | | | W/H TAX DIV FDLXX | CW | .53 | |
| 10/10 | | | | FIDELITY SPARTAN | DIV | | |
| 10/10 | | | | U S TREASURY MONEY MARKET | | | |
| 10/10 | | | | ALTRIA GROUP INC | DIV | | 629. |
| 10/10 | | | | DIV 9/15/08 10/10/08 | | | |
| 10/10 | | | | W/H TAX DIV MO | CW | 188.74 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00028476

0250



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

685 Third Avenue
New York, NY 10017
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BANQUE SYZ & CO SA
BACK OFFICE DEPARTMENT
PO BOX 5015 30 RUE DU RHONE
1211 GENEVE 11
SWITZERLAND

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | OSN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,343,970.98 |
| 11/06 | 5,231 | | 10979 | APPLE INC | 105.380 | 340,411.78 |
| 11/06 | 5,744 | | 11214 | ABBOTT LABORATORIES | 55.090 | 316,665.96 |
| 11/06 | 3,969 | | 11449 | AMGEN INC | 60.350 | 238,479.15 |
| 11/06 | 2,872 | | 11684 | BOEING CO | 51.120 | 146,930.64 |
| 11/06 | 18,408 | | 11919 | BANK OF AMERICA | 25.840 | 445,791.12 |
| 11/06 | 2,154 | | 12154 | BAXTER INTERNATIONAL INC | 60.600 | 130,618.40 |
| 11/06 | 4,308 | | 12389 | BANK OF NEW YORK MELLON CORP | 32.290 | 139,277.32 |
| 11/06 | 7,180 | | 12624 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 148,266.80 |
| 11/06 | 2,515 | | 12859 | ANHEUSER BUSCH COS INC | 62.430 | 156,986.59 |
| 11/06 | 20,104 | | 13094 | CITI GROUP INC | 13.530 | 272,011.12 |
| 11/06 | 10,770 | | 13329 | COMCAST CORP | 15.790 | 170,486.30 |
| | | | | CL A | | |
| 11/06 | 5,744 | | 13564 | CONOCOPHILLIPS | 51.120 | 293,862.28 |
| 11/06 | 21,899 | | 13799 | CISCO SYSTEMS INC | 17.520 | 384,565.48 |
| 11/06 | 5,385 | | 14034 | CVS CAREMARK CORP | 30.510 | 164,511.35 |
| 11/06 | 7,535 | | 14269 | CHEVRON CORP | 73.740 | 556,226.86 |
| 11/06 | 7,180 | | 14504 | THE WALT DISNEY CO | 24.760 | 178,065.80 |
| 11/06 | 38,413 | | 14739 | GENERAL ELECTRIC CO | 19.600 | 754,430.80 |
| 11/06 | 718 | | 14974 | GOOGLE | 356.520 | 256,009.36 |
| 11/06 | 1,436 | | 15209 | GOLDMAN SACHS GROUP INC | 91.870 | 131,982.32 |
| 11/06 | 6,462 | | 15444 | HOME DEPOT INC | 23.300 | 150,822.60 |
| 11/06 | 8,975 | | 15679 | HEWLETT PACKARD CO | 38.310 | 344,091.25 |
| 11/06 | 5,026 | | 15914 | INTERNATIONAL BUSINESS MACHS | 92.800 | 466,413.80 |
| | | | | CONTINUED ON PAGE | 2 | |

MWPTAP00028483

MWPTAP00301696

MWPTAP00301379