**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Gloria Konigsberg | 007932 | 3076 | Norman A. Kaplan, Esq. | Gloria Konigsberg | 1K0051 |
| Mrs Andrea Certilman Ziegler | 003220 | 3951 | Certilman, Balin, Adler & Hyman LLP | Mrs Andrea Certilman Ziegler | 1Z0016 |