IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Don H. Rimsky | 014281 | 2244 | Kramer Levin Naftalis & Frankel LLP | Don H. Rimsky | 1CM155 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Feiner Living Trust | 100125 | 750 | Pro Se Filing | Phyllis Feiner Harvey Feiner Trustees Feiner Living Trust | 1ZB241 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.  **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Gloria Konigsberg | 007932 | 3076 | Norman A. Kaplan, Esq. | Gloria Konigsberg | 1K0051 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Gloria Konigsberg I/T/F Jeffrey Konigsberg | 007931 | 3006 | Norman A. Kaplan, Esq. | Gloria Konigsberg I/T/F Jeffrey Konigsberg | 1K0052 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Gloria Konigsberg I/T/F Stephen R. Konigsberg | 007933 | 3007 | Norman A. Kaplan, Esq. | Gloria Konigsberg I/T/F Stephen R. Konigsberg | 1K0053 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Lisa B. Hurwitz Revocable Trust U/D/T 2/26/98 | 004584 | 2181 | Duane Morris LLP | Lisa B. Hurwitz Rev Trust Dtd 2/26/98 Peter G. Chernis Trustee | 1EM383 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Mrs Andrea Certilman Ziegler | 003220 | 3951 | Certilman, Balin, Adler & Hyman LLP | Mrs Andrea Certilman Ziegler | 1Z0016 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| The Marcia Chernis Revocable Trust Dtd 1/16/87 | 004690 | 2508 | Duane Morris LLP | Marcia Chernis Rev Tst Dtd 1/16/87 | 1EM035 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |