PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq. (S.D.N.Y. admission pending)
Eleven Times Square
New York, NY 10036-8299
Telephone:  212-969-3000
Facsimile:  212-969-2900
Email:  ebarak@proskauer.com
          rgorkin@proskauer.com
          estevens@proskauer.com

*Attorneys for Defendant Lion Global Investors Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) | |
| v. | SIPA Liquidation | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) | |
| Defendant. | | |
| In re: | | |
| BERNARD L. MADOFF | | |
| Debtor. | | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | | |
| Plaintiff, | Adv. Pro. No. 11-02540 (CGM) | |
| v. | | |
| LION GLOBAL INVESTORS LIMITED, | | |
| Defendants. | | |

## MOTION AND NOTICE OF
## MOTION TO DISMISS THE LGI COMPLAINT

Defendant Lion Global Investors Limited ("LGI"), upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint in the above-captioned action, the Declaration of James Tan Thian Peng, dated as of March 29, 2022 and the exhibits thereto, the Declaration of Ehud Barak dated as of the date hereof and the exhibits thereto, and all prior pleadings and proceedings herein, hereby moves this Court for an order dismissing the Complaint with prejudice filed by Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Securities Investment Securities LLC, pursuant to Rules 8(a), 10(c), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE NOTICE that, pursuant to the Stipulation and Order in this proceeding entered January 6, 2022, the Trustee shall respond to this motion by June 1, 2022 and LGI shall file its reply by July 1, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, LGI does not consent to the entry of final orders or judgments by this Court.

WHEREFORE, Defendants respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

*[Remainder of page intentionally left blank.]*

Dated:  April 1, 2022
        New York, New York

PROSKAUER ROSE LLP

By:   s/ *Ehud Barak*
      Ehud Barak
      Russell T. Gorkin
      Elliot R. Stevens (S.D.N.Y. admission
      pending)
      Eleven Times Square
      New York, NY 10036-8299
      Telephone:  (212) 969-3000
      Facsimile:  (212) 969-2900
      Email:  ebarak@proskauer.com
              rgorkin@proskauer.com
              estevens@proskauer.com

      *Attorneys for Defendant Lion Global*
      *Investors Limited*