# Exhibit 1

Form 23.

The Companies Act, Cap. 185.

Section ~~52(3)~~. 61(3)

CERTIFICATE UNDER SECTION ~~52(3)~~ 61(3) OF THE COMPANIES ACT, CAP. 185, THAT A COMPANY IS ENTITLED TO COMMENCE BUSINESS

I, ..JUTHIKA RAMANATHAN.................................................Asst.......

Registrar of Companies, hereby certify that .....OCBC-SIMBL INVESTMENT.....

MANAGEMENT LTD ------------------------------------------------

has this day filed with me the Statutory Declaration required under the provisions

of section ~~52(1)(b)(iii)~~ 61(2) of the Companies Act, Cap. 185, and that the said

Company is entitled to commence business and to exercise its borrowing powers.

Given under my hand this 22nd day of ....August................., 1986..

MISS JUTHIKA RAMANATHAN
Asst.    Registrar of Companies.

mh

R of C 25—S 0457/74

FORM 8.

THE COMPANIES ACT, CAP. 185.
Section ~~16 (1)~~ 19(4)

No. of Company

..01745/1986-D..

**CERTIFICATE OF INCORPORATION OF PUBLIC COMPANY**

This is to certify that ...OCBC-SIMBL INVESTMENT MANAGEMENT LTD................................

is, on and from the ..22nd.. day of ...August.............., 19..86., incorporated under the

Companies Act, Cap. 185, and that the company is ..a public company limited by..........

shares.

Given under my hand and seal, at ............Singapore........................, this ..22nd.... day of

August                    86
........................., 19..........

MISS..JUTHIKA..RAMANATHAN........
Asst.     *Registrar of Companies.*

R O C 15
/mh