# Exhibit 2

FORM 13

THE COMPANIES ACT
(CHAPTER 50)
SECTION 28(2)

No. of Company
198601745D
. . . . . . . . . . . . . . .

CERTIFICATE OF INCORPORATION ON CHANGE OF
NAME OF COMPANY

   This is to certify that OCBC-SIMBL INVESTMENT MANAGEMENT LTD incorporated under the Companies Act on the 22nd day of August 1986 did by a special resolution resolve to change its name to OCBC ASSET MANAGEMENT LIMITED and that the company which is a public company limited by shares is now known by its new name with effect from the 8th day of December 1989.

   Given under my hand and seal on this 8th day of December 1989.

           MISS JUTHIKA RAMANATHAN
         DEPUTY REGISTRAR OF COMPANIES
            SINGAPORE

/ND-CERT5-O

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

bizFILE

Company No: 198601745D

**CERTIFICATE CONFIRMING INCORPORATION OF COMPANY UNDER THE NEW NAME**

This is to confirm that OCBC ASSET MANAGEMENT LIMITED incorporated under the Companies Act on 22/08/1986 did by a special resolution resolve to change its name to LION CAPITAL MANAGEMENT LIMITED and that the company is now known by its new name with effect from 26/09/2005.

GIVEN UNDER MY HAND AND SEAL ON 27/09/2005.

SHIRLYN LIM
ASSISTANT REGISTRAR
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)   bizFILE

Company No: 198601745D

CERTIFICATE CONFIRMING INCORPORATION OF COMPANY UNDER THE NEW NAME

This is to confirm that LION CAPITAL MANAGEMENT LIMITED incorporated under the Companies Act on 22/08/1986 did by a special resolution resolve to change its name to LION GLOBAL INVESTORS LIMITED and that the company is now known by its new name with effect from 02/06/2008.

GIVEN UNDER MY HAND AND SEAL ON 03/06/2008.

LINDA LEE
ASSISTANT REGISTRAR
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

