# Exhibit 8

**In re: Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff, Debtors**

**Irving H. Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,**

**v.**

**Fairfield Sentry Limited, et al.**

**Adv. Pro. No. 09-1239 (BRL)**

# Exhibits 1-111 to the Amended Complaint as listed on the attached index are available for review upon written or telephonic request to:

**Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:  Nikki Landrio
Tel:  (212) 589-4221
Email: nlandrio@bakerlaw.com**

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Exemplar BLMIS account agreements for Fairfield Sentry Limited |
| 2 | Summary chart of Fairfield Sentry Limited's withdrawals from its BLMIS accounts |
| 3 | FGG press release dated May 12, 2009 |
| 4 | Exemplar BLMIS account agreements for Greenwich Sentry, L.P. |
| 5 | Summary chart of Greenwich Sentry, L.P.'s withdrawals from its BLMIS account |
| 6 | Exemplar BLMIS account agreements for Greenwich Sentry Partners, L.P. |
| 7 | Summary chart of Greenwich Sentry Partners, L.P.'s withdrawals from its BLMIS account |
| 8 | Fairfield Sigma Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 9 | Fairfield Lambda Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 10 | Chester Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 11 | Chester Global Strategy Fund, L.P.'s redemption confirmation for a withdrawal from Greenwich Sentry, L.P. |
| 12 | Irongate Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 13 | Fairfield Greenwich Fund (Luxembourg)'s redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 14 | Internal FGG chart showing Fairfield Guardian Fund's redemptions from Fairfield Sentry Limited |
| 15 | Fairfield Investment Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 16 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (USD) Fund, for withdrawals from Fairfield Sentry Limited |
| 17 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (JPY) Fund, for withdrawals made from Fairfield Sentry Limited |
| 18 | FIF Advanced, Ltd.'s redemption confirmations for withdrawals made from Fairfield Sentry Limited |
| 19 | Sentry Select Limited's redemption confirmation for a withdrawal from Fairfield Sentry Limited |
| 20 | Stable Fund's redemption confirmation for the October 2008 withdrawal made from Fairfield Sentry Limited |
| 21 | July 2, 2003 email from FGG's Thomann to Tucker and Boele |
| 22 | Excerpt from an FGG chart that contains the proposed shareholder register for Fairfield Greenwich Limited |
| 23 | April 2009 Vanity Fair article entitled, "Greenwich Mean Time" |
| 24 | March 31, 2009 Wall Street Journal article entitled, "The Charming Mr. Piedrahita Finds Himself Caught in the Madoff Storm" |
| 25 | FGG employment offer letter to Vijayvergiya |
| 26 | FGG's split-strike conversion strategy summary |

| Exhibit Number | Exhibit Description |
|---|---|
| 27 | Worksheets detailing FGG partner compensation for 2008 |
| 28 | May 22, 2003 email from Landsberger to Tucker |
| 29 | July 15, 2004 email from Toub to Vijayvergiya |
| 30 | March 25, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Ludwig |
| 31 | August 22, 2003 email from Blum to Vijayvergiya and Landsberger |
| 32 | April 5, 2004 email from FGG's Chaudhuri to Tucker |
| 33 | June 24, 2004 email from Vijayvergiya to Lipton, McKeefry, and FGG's Ludwig |
| 34 | August 7, 2004 email from Vijayvergiya to Landsberger and McKenzie |
| 35 | January 14, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Nevin |
| 36 | March 25, 2003 email from Blum to Lipton and Tucker |
| 37 | April 9, 2004 email from FGG's Boncompagni to Boele, Vijayvergiya, Tucker, Blum, Greisman, Lipton, Smith, and others at FGG |
| 38 | March 15, 2008 email from Landsberger to Smith, Toub, della Schiava, Vijayvergiya, Tucker, and the Executive Committee |
| 39 | Transcript of the telephone call between McKeefry, Vijayvergiya, and Madoff |
| 40 | June 2001 letter to Fairfield Sentry Limited's investors |
| 41 | August 2008 emails between Vijayvergiya, Murphy, Piedrahita, Landsberger, Toub, Tucker, and the Executive Committee |
| 42 | Notes of the SEC's telephone interview of Vijayvergiya and McKeefry |
| 43 | SEC phone log exhibit from the SEC Office of Inspector General's Report on Madoff |
| 44 | SEC Case Closing Recommendation for BLMIS |
| 45 | October 2002 marketing brochure for Fairfield Sentry Limited |
| 46 | December 19, 2003 email from Vijayvergiya to FGG's Musciacco |
| 47 | September 19, 2003 email from Blum to Tucker |
| 48 | November 24, 2003 email from Blum to Landsberger, Greisman, Tucker, and Piedrahita |
| 49 | May 2005 transcript of mock investor phone interview between Lipton and Vijayvergiya during a sales team training session |
| 50 | May 7, 2008 memorandum summarizing an investor meeting with FGG |
| 51 | December 2, 2003 email from FGG's della Schiava to Noel, Piedrahita, Tucker, and Blum |
| 52 | September 5, 2005 email from Capital Research's Jan Buren to FGG's Carla Castillo |
| 53 | September 1, 2005 email from FGG's Castillo to Vijayvergiya |
| 54 | September 12, 2005 email from FGG's Castillo to Lipton |
| 55 | Excerpts from the transcript of Lipton's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 56 | November 2, 2005 FGG Investment Team Presentation |
| 57 | Notes taken during a 2006 due diligence meeting on Fairfield Sentry Limited |
| 58 | Fairfield Sentry Limited Due Diligence Questionnaire |
| 59 | August 20, 2008 email from Lipton to Vijayvergiya |
| 60 | Fairfield Sentry Limited's October 2008 marketing tear sheet |
| 61 | August 6, 2003 email from Vijayvergiya to CBG Investment Advisors Inc.'s Martin |
| 62 | April 15, 2008 email from Lipton to McKenzie |

| Exhibit Number | Exhibit Description |
|---|---|
| 63 | BLMIS's Master Agreement for OTC Options |
| 64 | May 26, 2005 email from Vijayvergiya to Tucker |
| 65 | June 4, 2008 memorandum summarizing Vijayvergiya's telephone conference with Madoff |
| 66 | July 23, 2008 email from Vijayvergiya to Barreneche |
| 67 | February 27, 2004 email from Vijayvergiya to FGG's Musciacco |
| 68 | December 11, 2003 email from Vijayvergiya to della Schiava |
| 69 | February 1, 2005 email from FGG's Perry to Tucker |
| 70 | June 21, 2007 email from Piedrahita to Landsberger, Viavergiya, Lipton, and the Executive Committee |
| 71 | June 10, 2008 email from Vijayvergiya to McKenzie and FGG's Attavar |
| 72 | May 2008 internal FGG notes in response to investor questions |
| 73 | June 2, 2008 email from FGG's Horn to Vijayvergiya |
| 74 | October 21, 2008 email from Merrill Lynch's Craane to Barreneche |
| 75 | Spreadsheet accompanying a May 2008 report from Berman |
| 76 | June 13, 2008 email from Berman to Vijayvergiya |
| 77 | Berman's notes from a June 25, 2008 telephone call with FGG |
| 78 | December 10, 2008 draft letter from Tucker to Madoff |
| 79 | December 12, 2008 FGG press release |
| 80 | February 5, 2009 Wall Street Journal article entitled, "Markopolos Testifies Fairfield Knew Little About Madoff" |
| 81 | December 14, 2008 Salus Alpha Group press release |
| 82 | May 2001 MAR/Hedge article entitled, "Madoff tops charts; skeptics ask how" |
| 83 | May 7, 2001 Barron's article entitled, "Don't Ask, Don't Tell" |
| 84 | Excerpts from the transcript of Noel's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 85 | Excerpts from the transcript of Tucker's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 86 | May 23, 2005 email from FGG's Ross to Vijayvergiya |
| 87 | September 24, 2003 email from della Schiava to FGG's Barco |
| 88 | March 2003 article entitled, "Understanding and Mitigating Operational Risk in Hedge Fund Investments" |
| 89 | 2004 article entitled, "Valuation issues and operational risk in hedge funds" |
| 90 | 2006 article entitled, "Hedge fund operational risk: meeting the demand for higher transparency and best practice" |
| 91 | May 11, 2001 email from Thorp to Dillon |
| 92 | November 11, 2004 redacted email from Cambridge Associates LLC's Sherman to Cambridge Associates LLC's Kleeblatt and Woolston |
| 93 | December 17, 2008 New York Times article entitled, "European Banks Tally Losses Linked to Fraud" |
| 94 | December 15, 2008 email from Acorn Partners LP's Rosenkranz to Zuckerman and Probert |
| 95 | December 12, 2008 email from Acorn Partners LP to its investors |

| Exhibit Number | Exhibit Description |
|---|---|
| 96 | February 25, 2004 email from Noel to Piedrahita, Tucker, Toub, Landsberger, and Caledon Partners' Horne |
| 97 | January 7, 2009 Bloomberg article entitled, "Credit Suisse Urged Clients to Dump Madoff  Funds" |
| 98 | June 15, 2005 email from Merrill Lynch's El Hicheri to Dutruit |
| 99 | December 2006 email from Merrill Lynch's El Hicheri to Fuehrer |
| 100 | February 6, 2008 email from Merrill Lynch's Personne to Homes and Alberici |
| 101 | 2007 report by Aksia |
| 102 | December 11, 2008 letter from Aksia's Vos to his clients and friends |
| 103 | August 14, 2007 email from Institutional Investor Inc.'s Ocrant to Vos |
| 104 | August 23, 2007 email from Aksia's Gray to Vos |
| 105 | December 19, 2008 email from Sitrick and Company's Kabrin to FGG's Ludwig |
| 106 | February 5, 2009 email from Sitrick and Company's Kabrin to Thorne |
| 107 | December 31, 2008 Bloomberg Businessweek article entitled, "The Madoff Case Could Reel in Former Investors" |
| 108 | December 15, 2008 Albourne press release entitled, "Albourne on Madoff" |
| 109 | August 2009 SEC Office of Inspector General's report on Madoff |
| 110 | April 2004 Limited Partnership Agreement for Greenwich Sentry, L.P. |
| 111 | April 2004 Limited Partnership Agreement for Greenwich Sentry Partners, L.P. |

# Exhibit 8



| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 4806302 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2776002 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| | | |
| No. of voting shares Redeemed | | 1,996.9900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,800,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,800,000.00 |
| Amount to be Paid | USD | 1,800,000.00 |
| Proceeds Paid to Date | USD | 1,800,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358108-1250-R001460
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5052202
Date         : Jul-29-2009
Order No.    : 3053902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 3,264.3100 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 3,000,000.00 |
| Net Redemption Proceeds | USD | 3,000,000.00 |
| Amount to be Paid | USD | 3,000,000.00 |
| Proceeds Paid to Date | USD | 3,000,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358108-1250-R001549
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5193102
Date         : Jul-29-2009
Order No.    : 3267402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 750.8800 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| Net Redemption Proceeds | USD | 700,000.00 |
| Amount to be Paid | USD | 700,000.00 |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: 358108-1250-R001581
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5325902 |
| Date | : Jul-29-2009 |
| Order No. | : 3327602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 2,782.7800 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,600,000.00 |
| Net Redemption Proceeds | USD | 2,600,000.00 |
| Amount to be Paid | USD | 2,600,000.00 |
| Proceeds Paid to Date | USD | 2,600,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358108-1250-R1599
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5326002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 11,238.1400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 10,500,000.00 |
| | | |
| Net Redemption Proceeds | USD | 10,500,000.00 |
| | | |
| Amount to be Paid | USD | 10,500,000.00 |
| | | |
| Proceeds Paid to Date | USD | 10,500,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: 358108-1250-R1601

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

# Exhibit 9



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 4806002
Date         : Jul-29-2009
Order No.    : 2776102
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 1,220.3800 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| Amount to be Paid | USD | 1,100,000.00 |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358106-1250-R001461
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID      : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID    : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID   : 0002156 |
| KINSALE ROAD | Contract No. : 5051502 |
| CORK | Date         : Jul-29-2009 |
| IRELAND | Order No.    : 3054302 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 272.0300 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358106-1250-R001551
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| Fund ID | : 03302 |
|---|---|
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5193602 |
| Date | : Jul-29-2009 |
| Order No. | : 3269302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 1,823.5600 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| Amount to be Paid | USD | 1,700,000.00 |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: YOUR REF: 358106-1250-R1582
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5325702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 1,391.3900 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Amount to be Paid | USD | 1,300,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,300,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358106-1250-R1598
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

# CITCO

**Citco Fund Services**
**(Europe) B.V.**

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5325802 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3329602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 2,247.6300 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,100,000.00 |
| | | |
| Amount to be Paid | USD | 2,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,100,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 358106-1250-R001602
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building          www.citco.com          Phone: (31-20) 5722100

# Exhibit 16



CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 4917502 |
| Date | : Jul-29-2009 |
| Order No. | : 2838002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2003 |
| Trade Date | | Jun-01-2003 |
| Payment Date | | Jun-16-2003 |
| | | |
| No. of voting shares Redeemed | | 54.9500 |
| Redemption Price | USD | 909.9593 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 754,386.1600 voting shares .

Note: Your ref 200487-1250-R001475
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5438302 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3354102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 53.0200 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200487-1250-R001609
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7219102
Date         : Jul-29-2009
Order No.    : 4891902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| | | |
| No. of voting shares Redeemed | | 1,115.0200 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 1,110,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,110,000.00 |
| | | |
| Amount to be Paid | USD | 1,110,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,110,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Y REF 200487-1250-R1844

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7589502 |
| Date | : Jul-29-2009 |
| Order No. | : 5071602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| No. of voting shares Redeemed | | 49.5300 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200487-1250-R001869
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 17



| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 4806402 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2785902 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 2,341.7900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 2,110,788.00 |
| Net Redemption Proceeds | USD | 2,110,788.00 |
| Amount to be Paid | USD | 2,110,788.00 |
| Proceeds Paid to Date | USD | 2,110,788.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 200526-1250-R001468
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 5051402
Date          : Jul-29-2009
Order No.     : 2984602
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 217.6200 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Y/REF 200526-1250-R001533
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID     : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID   : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 0002156 |
| KINSALE ROAD | Contract No. : 7218802 |
| CORK | Date        : Jul-29-2009 |
| IRELAND | Order No.   : 4750802 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| | | |
| No. of voting shares Redeemed | | 150.6800 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 150,000.00 |
| | | |
| Net Redemption Proceeds | USD | 150,000.00 |
| Amount to be Paid | USD | 150,000.00 |
| Proceeds Paid to Date | USD | 150,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Your ref 200526-1250R001831
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7589702
Date         : Jul-29-2009
Order No.    : 5069702
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 74.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 75,000.00 |
| | | |
| | | |
| Net Redemption Proceeds | USD | 75,000.00 |
| | | |
| Amount to be Paid | USD | 75,000.00 |
| | | |
| Proceeds Paid to Date | USD | 75,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200526-1250-R001868
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7771502 |
| Date | : Jul-29-2009 |
| Order No. | : 5187702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| | | |
| No. of voting shares Redeemed | | 443.4000 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 450,000.00 |
| | | |
| Net Redemption Proceeds | USD | 450,000.00 |
| | | |
| Amount to be Paid | USD | 450,000.00 |
| | | |
| Proceeds Paid to Date | USD | 450,000.00 |

Your balance following this transaction will be 887,645.7000 voting shares .

Note: Y REF 200526-1250-R001890
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*