**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 7, 2022 AT 2:00 P.M.**

**CONTESTED MATTERS**

1. **10-05286; Picard v. Legacy Capital Ltd.**

   A. Trustee's Motion to Consolidate the Legacy Adversary Proceedings for all Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC filed by David Sheehan on behalf of Irving H. Picard (Filed: 2/24/2022) [ECF No. 257]

Opposition Due:    March 23, 2022

Opposition Filed:

B.  Legacy Capital Ltd.'s Memorandum of Law in Opposition to the Trustee's Motion to Consolidate Separate Adversary Proceedings filed by Eric Fisher on behalf of Legacy Capital Ltd. (Filed: 3/23/2022) [ECF No. 262]

C.  Declaration of Eric B. Fisher in Support of Legacy Capital Ltd.'s Opposition to the Trustee's Motion to Consolidate Separate Adversary Proceedings filed by Eric Fisher on behalf of Legacy Capital Ltd. (Filed: 3/23/2022) [ECF No. 263]

Replies Due:    March 30, 2022

Replies Filed:

D.  Trustee's Reply in Further Support of Motion to Consolidate the Legacy Adversary Proceedings for All Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard (Filed: 3/30/2022) [ECF No. 265]

E.  Declaration of Jason S. Oliver in Further Support of the Trustee's Reply on the Motion to Consolidate the Legacy Adversary Proceedings for All Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard (Filed: 3/30/2022) [ECF No. 266]

Related Documents:

F.  Notice of Hearing on Trustee's Motion to Consolidate the Legacy Adversary Proceedings for all Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard (Filed: 2/24/2022) [ECF No. 258]

G.  Stipulation and Order signed on 3/7/2022. (DuBois, Linda) (Entered: 03/07/2022) [ECF No. 260]

Status:    This matter is going forward.

2.  **20-01316; Picard v. Rafael Mayer, et al.**

A.  Trustee's Motion to Consolidate the Legacy Adversary Proceedings for all Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC filed by David Sheehan on behalf of Irving H. Picard (Filed: 2/24/2022) [ECF No. 111]

Opposition Due:    March 23, 2022

Opposition Filed:

B.  Defendant's Memorandum of Law in Opposition to the Trustee's Motion to Consolidate Separate Adversary Proceedings filed by Daniel H. Tabak on behalf of Prince Capital Partners LLC, Prince Resources LDC. (Filed: 3/23/2022) [ECF No. 116]

Replies Due:        March 30, 2022

Replies Filed:

C.  Trustee's Reply in Further Support of Motion to Consolidate the Legacy Adversary Proceedings for All Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard (Filed: 3/30/2022) [ECF No. 119]

D.  Declaration of Jason S. Oliver in Further Support of the Trustee's Reply on the Motion to Consolidate the Legacy Adversary Proceedings for All Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard (Filed: 3/30/2022) [ECF No. 120]

Related Documents:

E.  Notice of Hearing on Trustee's Motion to Consolidate the Legacy Adversary Proceedings for all Pre-Trial Matters filed by David J. Sheehan on behalf of Irving Picard (Filed: 2/24/2022) [ECF No. 112]

F.  Stipulation and Order signed on 3/7/2022. (DuBois, Linda) (Entered: 03/11/2022) [ECF No. 115]

<u>Status</u>:    This matter is going forward.

Dated: April 4, 2022
New York, New York

Respectfully submitted,

<u>/s/ David J. Sheehan</u>
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
Carrie A. Longstaff
Email: clongstaff@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*