UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br>    v.<br><br>NOMURA INTERNATIONAL PLC,<br><br>                    Defendant. | Adv. Pro. No. 10-05348 (CGM) |

## STIPULATION AND ORDER

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the Chapter 7 estate of Bernard L. Madoff, and the defendant in this action, Nomura International plc ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Trustee will provide a proposed amended complaint to Defendant on or before May 16, 2022.

2. Defendant will indicate whether it consents to the Trustee filing the proposed amended complaint on or before May 30, 2022.

3. On or before June 13, 2022, either:

    a. If Defendant consents to the Trustee filing the proposed amended complaint, the Trustee will file the amended complaint.

        i. Defendant will answer, move, or otherwise respond to the amended complaint on or before August 12, 2022.

        ii. The Trustee will file any opposition to the Defendant's motion on or before October 11, 2022.

        iii. Defendant will file any reply brief in support of its motion on or before November 21, 2022.

    b. If the Defendant does not consent to the Trustee filing the proposed amended complaint, the Trustee will file his motion for leave to file an amended complaint.

        i. The Defendant will file any opposition to the Trustee's motion for leave to file an amended complaint on or before August 12, 2022.

        ii. The Trustee will file any reply brief in support of his motion on or before September 21, 2022.

4. Except as expressly set forth herein, the Parties reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

5. The above deadlines granted by this Stipulation and Order are without prejudice to either party seeking future extensions of time.

Dated: March 30, 2022
　　　　New York, New York

| | |
|---|---|
| /s/ Matthew D. Feil | /s/ Randall L. Martin |
| **Baker & Hostetler LLP** | **Shearman & Sterling LLP** |
| | |
| David J. Sheehan | 599 Lexington Avenue |
| Email: dsheehan@bakerlaw.com | New York, New York 10022 |
| Matthew D. Feil | Telephone: (212) 848-4000 |
| Email: mfeil@bakerlaw.com | Facsimile: (646) 848-7174 |
| Frank M. Oliva | Jeffrey J. Resetarits |
| Email: foliva@bakerlaw.com | Email: Jeffrey.Resetarits@Shearman.com |
| David Choi | Randall L. Martin |
| Email: dchoi@bakerlaw.com | Email: Randall.Martin@Shearman.com |
| Andrew M. Serrao | |
| Email: aserrao@bakerlaw.com | *Attorneys for Defendant Nomura International plc* |

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: April 4, 2022
Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**