# EXHIBIT A

## ENTITY DEFENDANTS AND RELATED GENERAL PARTNER DEFENDANTS

| ENTITY DEFENDANTS | GENERAL PARTNER DEFENDANTS |
|---|---|
| Mayfair Ventures, G.P. | Frank J. Avellino<br>Nancy C. Avellino<br>Estate of Michael S. Bienes<br>Dianne K. Bienes, Individually and in Her Capacity as Personal Representative of the Estate of Michael S. Bienes |
| Grosvenor Partners, Ltd. | Frank J. Avellino<br>Nancy C. Avellino<br>Estate of Michael S. Bienes<br>Dianne K. Bienes, Individually and in Her Capacity as Personal Representative of the Estate of Michael S. Bienes<br>Mayfair Ventures, G.P. |
| Aster Associates | Frank J. Avellino<br>Nancy C. Avellino<br>Thomas Avellino<br>27 Cliff LLC<br>Rachel A. Rosenthal<br>Rachel Anne Rosenthal Trust U/A dated June 29, 1990<br>Rachel Rosenthal Trust Number 3<br>Heather C. Lowles<br>Heather Carroll Lowles Trust U/A dated June 29, 1990<br>Tiffany Joy Lowles Trust U/A dated June 29, 1990<br>Melanie Ann Lowles Trust U/A dated June 29, 1990<br>Taylor Ashley McEvoy Trust U/A dated June 24, 1992<br>Madison Alyssa McEvoy Trust U/A dated June 29, 1990<br>S.A. Grantor Retained Annuity Trust |
| St. James Associates | Estate of Michael S. Bienes<br>Dianne K. Bienes, Individually and in Her Capacity as Personal Representative of the Estate of Michael S. Bienes |