# EXHIBIT 4

# EXHIBIT 4

**Avellino & Bienes**

Heron Tower
70 East 55th Street
New York, N.Y. 10022

Telephone (212) 688-6677
Telecopier (212) 826-8113

December 9, 1992

Bernard L. Madoff
885 Third Avenue
New York, New York 10022

Dear Bernie,

    Price Waterhouse has requested that you send them copies of the monthly brokerage statements for all of the Avellino & Bienes brokerage accounts from December 31, 1983 to-date. They need the copies for my personal, Frank J. Avellino, Trustee account and Dianne K. Bienes account for the same period.

    It is important that you send the statements as soon as possible so that they can complete their audit.

    Please send all statement copies to Price Waterhouse, Attention of Geoffrey Cook, at 153 East 53rd Street, New York, New York 10022.

    Thank you for your kind cooperation.

Sincerely,

Frank Avellino

SECSFA0003756