# EXHIBIT 6

MF00063978

12/31/87   F & M ASSOCIATES                                    1-00601-3-0              1
           C/O FRANK AVELLINO
           1051 INDIAN MOUND TRAIL
              VERO BEACH          FL 32963

        59-2258195

| T/D1 | S/CT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|--|--|-------|--------|
| | | | | BALANCE FORWARD | | 429,918.02 | |
| 12/24 | 12/24 | | | ANHEUSER BUSCH COS INC | DIV | | 4,500.00 |
| | | | | DIV 11/09  12/09/87 | | | |
| 12/24 | 12/24 | | | INTERNATIONAL BUSINESS MACHS | DIV | | 127,380.00 |
| | | | | DIV 11/12  12/10/87 | | | |
| 12/31 | 12/31 | | | DEC MARGIN INTEREST | INT | 3,635.45 | |
| 12/31 | 12/31 | | | CHECK | CH | 2500,000.00 | |
| | | | | NEW BALANCE | | 2,801,277.47 | |

| | | SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|--|--|--------------------|--|------|-------|------------|
| ANHEUSER BUSCH COS INC | 30000 | | | 223,150.00 | | 223,150.00 |
| CHUBB CORP | 49620 | | | 1,952,192.50 | | 1,952,192.50 |
| INTERNATIONAL BUSINESS MACHS | 115800 | | | 12,519,850.00 | | 12,519,850.00 |
| U S TREASURY BILLS | 8405000 | | | 7,839,763.75 | | |
| 10/27/1988 | | | | | | 7,839,763.75 |
| | | END OF POSITIONS | | 22,534,956.25 | | 2,801,277.47 |

MF00539119

1/31/88    F & M ASSOCIATES                                                1-00601-3-0              1
           C/O FRANK AVELLINC
           120 EAST 56TH ST SUITE 740
           NEW YORK            NY 10022

           59-2258199

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|--|--|-------|--------|
| | | | | BALANCE FORWARD | | 2,801,277.47 | |
| 1/26 | 1/26 | | | CHUBB CORP | DIV | | 23,321.40 |
| | | | | DIV 12/18/87 01/05/88 | | | |
| 1/31 | 1/31 | | | JAN MARGIN INTEREST | INT | 21,971.63 | |
| | | | | NEW BALANCE | | 2,799,927.50 | |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|--------------------|--|------|-------|------------|
| ANHEUSER BUSCH COS INC | 30000 | 223,150.00 | | 223,150.00 |
| CHUBB CORP | 49620 | 1,952,192.50 | | 1,952,192.50 |
| INTERNATIONAL BUSINESS MACHS | 115800 | 12,519,850.00 | | 12,519,850.00 |
| U S TREASURY BILLS | 8405000 | 7,839,763.75 | | |
| 10/27/1988 | | | | 7,839,763.75 |
| END OF POSITIONS | | 22,534,956.25 | | 2,799,927.90 |

MF00357984

```
12/30/83   AVELLINO & BIENES                    1-00125-3-0            1
           120 EAST 56TH STREET
           NEW YORK       NY 10022


         59-166-4935


T/DT  S/DT   LONG      SHORT                              DEBIT          CREDIT
                            BALANCE FORWARD            545,219.25

8/19  8/26          29925 345 GULF & WESTN INDS INC   43              1,286,775.00
8/19  8/26   29925        845 GULF CORPORATION        43  1,286,775.00
12/23 12/23               CHECK                       CA                400,000.00
12/23 12/23               GENERAL MOTORS CORP         DIV               18,760.00
12/23 12/23               GULF CORPORATION            DIV               22,443.75
                          DIV 11/07  12/09
12/23 12/23               GULF & WESTN INDS INC       DIV    6,733.13
                          CXL DIV 09/16  10/01
12/30 12/30               CHECK                       CW   500,000.00
12/30 12/30               DEC MARGIN INTEREST         INT    4,435.13

                          NEW BALANCE                    615,183.76


                          SECURITY POSITIONS              LONG        SHORT      DIFFERENCE

GENERAL ELECTRIC CO            26910                   1,284,952.50            1,284,952.50
GENERAL MOTORS CORP            18760                   1,285,060.00            1,285,060.00
GULF CORPORATION               29925                   1,286,775.00            1,286,775.00
U S TREASURY NOTES           9935000                   9,999,602.36            9,999,602.36
8.000  2/15/1985

                          END OF POSITIONS           13,856,389.86             615,183.76
```

CONFIDENTIAL pursuant to March 7, 2994 Agreed
Confidentiality Order in Von Kahle, et al. v. Sullivan, et al.

MF00358553

```
1/31/8-   AVELLINO & BIENES                           1-00125-3-0
          253 CODRINGTON DR
          LAUDERDALE BYTHE SEAFL 33308

          59-1664935
```

| T/DT | S/DT | LONG | SHORT | | DEBIT | | CREDIT |
|------|------|------|-------|---|-------|---|--------|
| | | | | BALANCE FORWARD | 615,183.76 | | |
| 1/06 | 1/06 | | | CHECK | | CA | 144,000.00 |
| 1/30 | 1/30 | | | CHECK | | CA | 150,000.00 |
| 1/30 | 1/30 | | | GENERAL ELECTRIC CO | | DIV | 13,455.00 |
| 1/31 | | | | DIVIDEND 12/06 01/25 | | | |
| 1/31 | 1/31 | | | JAN MARGIN INTEREST | 114,719.97 | INT | |
| | | | | CHECK | 325,000.00 | CK | |
| | | | | NEW BALANCE | 637,448.73 | | |

| | | SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|------|-------|------------|
| GENERAL ELECTRIC CO | 26910 | | | 1,284,052.50 | | 1,284,052.50 |
| GENERAL MOTORS CORP | 18760 | | | 1,285,060.00 | | 1,285,060.00 |
| GULF CORPORATION | 29825 | | | 1,286,775.00 | | 1,286,775.00 |
| U S TREASURY NOTES | 9935000 | | | 9,999,602.36 | | 9,999,602.36 |
| 8.000 2/15/1985 | | | | | | |
| | | END OF POSITIONS | | 13,856,389.86 | | 637,448.73 |

CONFIDENTIAL pursuant to March 7, 3001 Agreed
Confidentiality Order in Von Kahle, et al. v. Sullivan, et al.

MF00364359

| 12/31/84 | AVELLINO & BIENES |  |  |  |  | 1-00125-3-0 |  | 1 |  |
|  | 263 CODRINGTON DR |  |  |  |  |  |  |  |  |
|  | LAUDERDALE BYTHE SEAFL 33308 |  |  |  |  |  |  |  |  |

59-1664935

| T/DT | S/DT | LONG | SHORT |  |  | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 12,150,455.83 |  |
| 12/07 | 12/07 |  |  | CHECK | CA |  | 200,000.00 |
| 12/10 | 12/10 |  | 938 | GENERAL MOTORS CORP | RECD |  |  |
|  |  |  |  | CLASS E |  |  |  |
|  |  |  |  | SPINOFF GENL MOTORS |  |  |  |
| 12/10 | 12/10 |  |  | GENERAL MOTORS CORP | DIV |  | 23,450.00 |
|  |  |  |  | DIV 11/15  12/10 |  |  |  |
| 12/10 | 12/10 |  |  | INTERNATIONAL BUSINESS MACHS | DIV |  | 23,980.00 |
|  |  |  |  | DIV 11/07  12/10 |  |  |  |
| 12/31 | 12/31 |  |  | DEC MARGIN INTEREST | INT | 114,355.68 |  |
| 12/31 | 12/31 |  |  | CHECK | CW | 400,000.00 |  |
|  |  |  |  | NEW BALANCE |  | 12,417,381.51 |  |

| SECURITY POSITIONS |  | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| AMR CORP | 73800 | 2,399,500.00 |  | 2,399,500.00 |
| AMERICAN EXPRESS COMPANY | 92000 | 2,386,875.00 |  | 2,386,875.00 |
| DIGITAL EQUIP CORP | 26900 | 2,392,612.50 |  | 2,392,612.50 |
| GENERAL ELECTRIC CO | 73910 | 3,672,327.50 |  | 3,672,327.50 |
| GENERAL MOTORS CORP | 18760 | 1,285,060.00 |  |  |
| GENERAL MOTORS CORP | 938 |  |  |  |
| CLASS E |  |  | 1,285,060.00 |  |
| INTERNATIONAL BUSINESS MACHS | 21800 | 2,397,525.00 |  | 2,397,525.00 |
| U S TREASURY NOTES | 9935900 | 9,999,602.36 |  | 9,999,602.36 |
| 8.000  2/15/1985 |  |  |  |  |
| END OF POSITIONS |  | 24,533,502.36 |  | 12,417,381.51 |

CONFIDENTIAL pursuant to March 7, 3084 Agreed
Confidentiality Order in Von Kahle, et al. v. Sullivan, et al.

MF00370654

| 1/31/85 | AVELLINO & BIENES | | 1-00125-3-0 | | 1 |
| | 263 CODRINGTON DR | | | | |
| | LAUDERDALE BYTHE SEAFL 33308 | | | | |

59-1664935

| T/DT | S/DT | LONG | SHORT | | | | DEBIT | CREDIT |
|------|------|------|-------|---|---|---|-------|--------|
| | | | | BALANCE FORWARD | | | 12,417,381.51 | |
| 1/03 | 1/10 | 5300 | 63 | GENERAL ELECTRIC CO | 55 | 3/4 | 295,475.00 | |
| 1/03 | 1/10 | 7100 | 65 | FORD MOTOR CO DEL | 43 | 1/8 | 306,187.50 | |
| 1/04 | 1/11 | 4000 | 35 | EASTMAN KODAK CO | 69 | 1/2 | 278,000.00 | |
| 1/04 | 1/11 | 4000 | 36 | GENERAL MOTORS CORP | 75 | 1/2 | 302,000.00 | |
| 1/04 | 1/11 | 11500 | 61 | MERRILL LYNCH & CO INC | 25 | 3/4 | 296,125.00 | |
| 1/04 | 1/11 | 2500 | 62 | INTERNATIONAL BUSINESS MACHS | 119 | 1/4 | 298,125.00 | |
| 1/04 | 1/11 | 2500 | 64 | TEXAS INSTRS INC | 116 | | 290,000.00 | |
| 1/08 | 1/15 | 8500 | 37 | AMERICAN EXPRESS COMPANY | 35 | 3/8 | 300,687.50 | |
| 1/28 | 1/28 | | | GENERAL ELECTRIC CO | | DIV | | 40,650.50 |
| | | | | DIV 12/06/84 01/25/85 | | | | |
| 1/31 | 1/31 | | | CHECK | | CW | 300,000.00 | |
| 1/31 | 1/31 | | | JAN MARGIN INTEREST | | INT | 121,925.50 | |
| | | | | NEW BALANCE | | | 15,165,256.51 | |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|--------------------|---|------|-------|------------|
| AMR CORP | 73800 | 2,399,500.00 | | 2,399,500.00 |
| AMERICAN EXPRESS COMPANY | 90500 | 2,687,562.50 | | 2,687,562.50 |
| DIGITAL EQUIP CORP | 26900 | 2,392,612.50 | | 2,392,612.50 |
| EASTMAN KODAK CO | 4000 | 278,000.00 | | 278,000.00 |
| FORD MOTOR CO DEL | 7100 | 306,187.50 | | 306,187.50 |
| GENERAL ELECTRIC CO | 79210 | 3,967,802.50 | | 3,967,802.50 |
| GENERAL MOTORS CORP | 22760 | 1,587,060.00 | | 1,587,060.00 |
| GENERAL MOTORS CORP | 938 | | | |
| CLASS E | | | | 1,587,060.00 |
| INTERNATIONAL BUSINESS MACHS | 24300 | 2,695,650.00 | | 2,695,650.00 |
| MERRILL LYNCH & CO INC | 11500 | 296,125.00 | | 296,125.00 |
| TEXAS INSTRS INC | 2500 | 290,000.00 | | 290,000.00 |
| U S TREASURY NOTES | 993500 | 9,999,502.36 | | 9,999,502.36 |
| 8.000 2/15/1985 | | | | |
| | END OF POSITIONS | 26,900,102.36 | | 15,165,256.51 |

CONFIDENTIAL pursuant to March 7, 3177 Agreed
Confidentiality Order in Von Kahle, et al. v. Sullivan, et al.

MF00063795

```
12/31/87  AVELLINO & BIENES
          C/O FRANK AVELLINO
          1051 INDIAN MOUND TRAIL                    1-00125-3-0          1
          VERO BEACH        FL 32963

          55-1664535
```

| T/DT  S/DT | LONG | SHORT | | DEBIT | CREDIT | |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | 3,362,745.51 | | |
| 12/01 12/01 | | | MARGIN INT NOV 30 1987 INT | 7,668.83 | | |
| 12/16 12/16 | | | CHECK CA | | 1500,000.00 | |
| 12/23 12/23 | | | CHECK CA | | 2000,000.00 | |
| 12/24 12/24 | | | INTERNATIONAL BUSINESS MACHS DIV | | 26,730.00 | |
| | | | DIV 11/12 12/10/87 | | | |
| 12/24 12/24 | | | TRAVELERS CORP DIV | | 35,340.00 | |
| | | | DIV 10/30 12/10/87 | | | |
| 12/24 12/24 | | | FORD MOTOR CO DEL DIV | | 10,650.00 | |
| | | | DIV 11/02 12/01/87 | | | |
| 12/24 12/24 | | | ATLANTIC RICHFIELD CO DIV | | 19,550.00 | |
| | | | DIV 11/13 12/15/87 | | | |
| 12/31 12/31 | | | DEC MARGIN INTEREST INT | 15,825.51 | | |
| 12/31 12/31 | | | CHECK CK | 750,000.00 | | |
| | | | NET BALANCE | 547,965.85 | | |

| | | SECURITY POSITIONS | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|
| ATLANTIC RICHFIELD CO | 15550 | | 763,893.75 | | 763,893.75 |
| CHUBB CORP | 7200 | | 283,200.00 | | 283,200.00 |
| EASTMAN KODAK CO | 9000 | | 378,000.00 | | 378,000.00 |
| FORD MOTOR CO DEL | 10650 | | 306,187.50 | | 306,187.50 |
| INTERNATIONAL BUSINESS MACHS | 24300 | | 2,695,650.00 | | 2,695,650.00 |
| TRAVELERS CORP | 62000 | | 2,567,875.00 | | 2,567,875.00 |
| U S TREASURY BILLS | 40985000 | | 38,228,758.75 | | 39,228,758.75 |
| 10/27/1988 | | | | | |
| UPJOHN CO | 24780 | | 2,928,462.50 | | 2,928,462.50 |
| | | END OF POSITIONS | 48,052,027.50 | | 547,969.85 |

CONFIDENTIAL pursuant to March 7, 2480 Agreed
Confidentiality Order  in Von Kahle, et al. v. Sullivan, et al.

MF00529833

```
12/31/88   AVELLINO & BIENES                              I-00125-3-0            I
           C/O FRANK AVELLINO
           4750 NE 23RD AVENUE
           FT LAUDERDALE        FL 33308

           59-1664935


T/DT  S/DT    LONG    SHORT                                    DEBIT          CREDIT
                                      BALANCE FORWARD       541,486,619.82
12/23 12/23                  U S TREASURY BILLS            JRNL               40,985,000.00
                             DUE 10/27/1988
                                     10/27/1988
                             REDEEMED 10/27/88
12/23 12/23                  U S TREASURY BILLS            JRNL  40,984,700.00
                             DUE 10/27/1988
                                     10/27/1988
                             CANCEL 10/27/88
12/28 12/28                  UNION CARBIDE CORP            DIV                 16,600.00
                             DIV 11/07  12/01/88
12/28 12/28                  TRAVELERS CORP                DIV                 37,200.00
                             DIV 10/31  12/10/88
12/28 12/28                  NWA INC                       DIV                  9,000.00
                             DIV 12/15  12/31/88
12/28 12/28                  USX CORP                      DIV                 17,500.00
                             DIV 11/04  12/10/88
12/28 12/28                  THE LIMITED INC               DIV                  1,140.00
                             DIV 12/09  12/28
12/28 12/28                  INTERNATIONAL PAPER CO        DIV                 29,250.00
                             DIV 11/18  12/15/88
12/28 12/28                  NORTHROP CORP                 DIV                  6,600.00
                             DIV 11/28  12/10/88
12/28 12/28                  INTERNATIONAL BUSINESS MACHS  DIV                158,730.00
                             DIV 11/10  12/10/88
12/28 12/28                  PHELPS DODGE CORP             DIV                 20,000.00
                             DIV 11/18  12/09/88
12/28 12/28                  EXXON CORP                    DIV                 82,500.00
                             DIV 11/14-12/10
12/28 12/28                  FORD MOTOR CO DEL             DIV                 81,780.00
                             DIV 11/01-12/01
12/28 12/28                  ATLANTIC RICHFIELD CO         DIV                 15,550.00
                             DIV 11/18-12/15
12/28 12/28                  GENERAL MOTORS CORP           DIV                152,500.00
                             DIV 11/07-12/10
12/28 12/28                  CHEVRON CORP                  DIV                 65,000.00
                             DIV 11/07-12/12
12/28 12/28                  BOEING CO                     DIV                 36,000.00
                             DIV 11/10-12/09
12/28 12/28                  AMERICAN BRANDS INC           DIV                 24,400.00
                             DIV 11/03-12/01
12/30 12/30                  CHECK                         CK    5,000,000.00
```

CONTINUED ON PAGE   2

CONFIDENTIAL pursuant to March 7, 3285 Agreed
Confidentiality Order  in Von Kahle, et al. v. Sullivan, et al.

MF00538937

```
1/31/88   AVELLINO & BIENES                              1-00125-3-0          1
          C/O FRANK AVELLINO
          120 EAST 56TH ST SUITE 740
          NEW YORK        NY 10022

      59-1664935
```

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|---|---|-------|--------|
| | | | | BALANCE FORWARD | CA | 547,869.85 | |
| 1/21 | 1/21 | | | CHECK | CA | | 2,000,000.00 |
| 1/26 | 1/26 | 10650 | | FORD MOTOR CO DEL | RECD | | |
| | | | | 2 FOR 1 STOCK SPLIT 01/12/88 | | | |
| 1/26 | 1/26 | | | CHUBB CORP | DIV | | 3,384.00 |
| | | | | DIV 12/16/87  01/05/88 | | | |
| 1/26 | 1/26 | | | EASTMAN KODAK CO | DIV | | 4,050.00 |
| | | | | DIV 12/01/87  01/04/88 | | | |
| 1/29 | 1/29 | | | TRANS FROM A & A | CA | 51,946.00 | |
| 1/29 | 1/29 | | | TRANS FROM A & A | CA | | 389,967.00 |
| 1/31 | 1/31 | | | JAN MARGIN INTEREST | INT | 2,777.37 | |
| | | | | NEW BALANCE | | | 1,898,599.78 |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|--------------------|---|------|-------|-----------|
| ATLANTIC RICHFIELD CO | 15550 | 763,893.75 | | 763,893.75 |
| CHUBB CORP | 7200 | 283,200.00 | | 283,200.00 |
| EASTMAN KODAK CO | 9000 | 278,000.00 | | 278,000.00 |
| FORD MOTOR CO DEL | 21300 | 306,187.50 | | 306,187.50 |
| INTERNATIONAL BUSINESS MACHS | 24300 | 2,695,650.00 | | 2,695,650.00 |
| TRAVELERS CORP | 62000 | 2,567,875.00 | | 2,567,875.00 |
| U S TREASURY BILLS | 40985000 | 38,228,758.75 | | 38,228,758.75 |
| 10/27/1988 | | | | |
| UPJOHN CO | 247800 | 2,928,462.50 | | 2,928,462.50 |
| | END OF POSITIONS | 48,052,027.50 | | 1,898,599.78CR |

CONFIDENTIAL pursuant to March 7, 3370 Agreed
Confidentiality Order in Von Kahle, et al. v. Sullivan, et al.