# EXHIBIT 9

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

────────────────────────────────
SECURITIES INVESTOR PROTECTION
CORPORATION,

   Plaintiff-Applicant,   Adv. Pro. No.
v.           08-01789 (SMB)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,      SIPA LIQUIDATION

   Defendant.
────────────────────────────────
In re:         (Substantively
            Consolidated)
BERNARD L. MADOFF,

   Debtor.
────────────────────────────────
IRVING H. PICARD, Trustee for the
Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and
Bernard L. Madoff,

   Plaintiff,     Adv. Pro. No.
v.           10-05421 (SMB)
FRANK J. AVELLINO, et al.,

   Defendants.
────────────────────────────────

CONFIDENTIAL TRANSCRIPT
DEPOSITION OF DIANNE BIENES
Pages 1 through 109
(Videotaped)

Thursday, November 7, 2019
9:11 a.m. - 11:47 a.m.
U.S. Legal Support
100 Northeast 3rd Avenue, Suite 1050
Fort Lauderdale, Florida 33301

Stenographically Reported By:
Janet L. McKinney, RPR, FPR, CLR
Registered Professional Reporter
Florida Professional Reporter
Certified LiveNote Reporter

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

```
                                                        Page 2

  1    APPEARANCES:

  2    ON BEHALF OF THE PLAINTIFF:

  3         BAKER & HOSTETLER LLP
            45 Rockefeller Plaza
  4         New York, New York 10111-0100
            212.589.4200
  5         Rgriffin@bakerlaw.com
            Cgallagher@bakerlaw.com
  6         BY: REGINA L. GRIFFIN, ESQ.
                CHRISTOPHER B. GALLAGHER, ESQ.
  7
  8    ON BEHALF OF THE DEFENDANTS BIENES:

  9         HAILE SHAW & PFAFFENBERGER
            66 U.S. Highway One
 10         3rd Floor
            North Palm Beach, Florida 33408
 11         561.627.8100
            Tresk@haileshaw.com
 12         BY: TERRY RESK, ESQ.

 13
       Also Present:
 14
            Jason Cooper, Videographer
 15         Bendish Reporting

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 3

```
 1                        I N D E X
 2   DIANNE BIENES                                        Page
 3    Direct Examination By Ms. Griffin                      6
      Cross-Examination By Ms. Resk                        103
 4    Certificate of Oath                                  107
      Certificate of Reporter                              107
 5
 6                      E X H I B I T S
     PLF'S
 7    No.   Description                                   Page
 8    1     Final Judgment of Permanent Injunction          45
            and Other Equitable Relief
 9
      2     Customer Statement of Account                   52
10
      3     Customer Statement 10/31/87                     56
11
      4     Customer Statement October 31, 1989             59
12
      5     Customer Statement October 31, 1989             61
13
      6     Customer Statement October 31, 1990             62
14          Account No. 1-00212-3-0
15    7     Customer Statement October 31, 1990             62
            Account No. 1-00212-7-0
16
      8     Portfolio Management Report 12/31/05            64
17
      9     Customer Statement 10/31/91                     68
18
     10     Frontline interview transcript of              69
19          Michael Bienes
20   11     Option Agreement to:  Bernard L.               70
            Madoff Investment Securities
21
     12     Margin Agreement                               73
22
     13     Partnership Account Agreement                  74
23
     14     Customer Claim for Bernard L. Madoff           76
24          Investment Securities LLC in
            Liquidation December 11, 2008
25
```

## BENDISH REPORTING
## 877.404.2193

**Picard v. Avellino**                                      **Bienes 11/7/2019**

## CONFIDENTIAL

Page 4

|   |    |                                                    |     |
|---|----|----------------------------------------------------|-----|
| 1 | 15 | Customer Claim Bernard L. Madoff                   | 79  |
|   |    | Investment Securities LLC In                       |     |
| 2 |    | Liquidation December 11, 2008                       |     |
| 3 | 16 | Handwritten accounting ledger sheet                | 80  |
| 4 | 17 | Letter from Michael Bienes to Lee                  | 85  |
|   |    | Richards December 16th, 2008                       |     |
| 5 |    |                                                    |     |
|   | 18 | United States Securities and Exchange              | 97  |
| 6 |    | Commission January 22, 2009                        |     |

```
 7
    DEFT'S
 8   No.    Description                                      Page
 9          None
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Picard v. Avellino**                                      **Bienes 11/7/2019**
**CONFIDENTIAL**

---

Page 5

1          Videotape deposition taken before JANET L.

2     McKINNEY, Registered Professional Reporter, Florida

3     Professional Reporter, Certified LiveNote Reporter and

4     Notary Public in and for the State of Florida at Large

5     in the above cause.

6                          *****

7          THE VIDEOGRAPHER:  Good morning.  We are now

8          on the record.  Today is Thursday, November 7,

9          2019.  The time is 9:11 a.m.

10         My name is Jason Cooper, the video technician

11         in association with Bendish Reporting.  This

12         deposition is being held at the office of U.S.

13         Legal Support located at 100 Northeast 3rd Avenue,

14         Suite 1050, Fort Lauderdale, Florida.

15         The caption of the case:  Irving H. Picard,

16         Trustee for the Substantively Consolidated SIPA

17         Liquidation of Bernard L. Madoff Investment

18         Securities LLC and Bernard L. Madoff, Plaintiff,

19         versus Frank J. Avellino, et al., Defendants, filed

20         in the United States Bankruptcy Court, Southern

21         District of New York, Adversary Proceeding No.

22         08-01789 (SMB).  Name of the witness is Dianne

23         Bienes.

24         At this time the attorneys present will

25         identify themselves and the parties they represent.

---

**Picard v. Avellino**                    **Bienes 11/7/2019**

**CONFIDENTIAL**

                                                    Page 6

1        Then the court reporter, Janet McKinney, will swear

2        in the witness.

3            MS. GRIFFIN:  Good morning.  Regina Griffin,

4        BakerHostetler, counsel for the Trustee.

5            MR. GALLAGHER:  Chris Gallagher,

6        BakerHostetler for the Trustee.

7            MS. RESK:  Terry Resk, Haile, Shaw &

8        Pfaffenberger, counsel for the deponent.

9            THE REPORTER:  Ma'am, would you raise your

10       right hand, please.

11           Do you solemnly swear or affirm the testimony

12       you are about to give will be the truth, and

13       nothing but the truth?

14           THE WITNESS:  I do.

15   THEREUPON:

16                       DIANNE BIENES

17   having been first duly sworn or affirmed, was examined

18   and testified as follows:

19                   DIRECT EXAMINATION

20   BY MS. GRIFFIN:

21       Q.  Good morning, Miss Bienes.

22       A.  Good morning.

23       Q.  Before we begin I just want to go over a few

24   ground rules in the deposition today so we have a clear

25   record.

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

---

                                                                    Page 7

1          Throughout the deposition I'm going to ask you

2     a series of questions and I'd ask that you answer each

3     of my questions truthfully and to the fullest extent

4     that you have knowledge.  Do you understand?

5          A.  Yes.

6          Q.  Okay.  The court reporter will be taking down

7     the questions and answers, so your answers have to be

8     audible.  I'm sure your counsel's probably --

9          A.  Right.

10         Q.  -- advised this.  So if you can -- the court

11    reporter can't capture our gestures like I'm gesturing

12    right now such as nodding your head.  So do you

13    understand?

14         A.  Yes.

15         Q.  Also to help the court reporter accurately

16    transcribe our conversation we should both try not to

17    talk over each other.  So please wait for me to finish

18    my questions and I'll try to wait for you to finish

19    your answer.

20         A.  Thank you.

21         Q.  And that way we don't interrupt each other.

22         If you don't understand a question please let

23    me know.

24         Also, are you represented by counsel here

25    today?

---

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                            **Bienes 11/7/2019**

## CONFIDENTIAL

Page 8

1        A.  Yes.

2        Q.  And who is that?

3        A.  Terry Resk.

4        Q.  Okay.  During the course of my questioning

5    your counsel may object to some of the questions as a

6    general rule.  However, you will -- unless she

7    instructs you not to answer I -- you're going to have

8    to answer my questions.  Okay?

9        A.  I understand.

10       Q.  Just some definitional things before we start.

11   If I refer to "BLMIS" that means Bernard L. Madoff

12   Investment Securities.  Do you understand what I --

13       A.  Yes --

14       Q.  -- mean by that?

15       A.  -- I do.

16       Q.  And when I refer to "Madoff" I will be

17   referring to Bernard L. Madoff.  Do you understand

18   that?

19       A.  Personally?

20       Q.  Yes.  If you don't understand the question

21   whether I'm referring to him or the business BLMIS,

22   please let me know and I will rephrase the question to

23   make sure that we're both clear on the question that's

24   being asked.  Okay?

25       A.  Thank you.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 9

1        Q.  I guess if I refer to "Mr. Avellino" I -- I --

2    that means Frank Avellino; do you understand?

3        A.  I understand.

4        Q.  Okay.  And Mr. Bienes I'll be referring to --

5        A.  Michael.

6        Q.  -- Michael your husband, and you understand.

7    Okay.

8            So I'd like to talk just a little bit about

9    your background right now.  So could you just tell me

10   briefly what educational level that you achieved?

11       A.  I took -- I finished high school, I took some

12   college courses, but I never pursued it.

13       Q.  So you finished high school?

14       A.  Right.

15       Q.  What were those college courses in?

16       A.  Mostly accounting.

17       Q.  Right.  Bookkeeping type of -- of courses?

18       A.  No, more accounting.

19       Q.  More accounting?  What's the difference

20   between bookkeeping and accounting?

21       A.  I -- what they called it, I don't really know.

22   I can't --

23       Q.  Okay.

24       A.  -- give you a definition.

25       Q.  I forgot to ask you some background questions.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 10

1   Physically is there anything -- is there any physical

2   condition that you have right now that would prevent

3   you from being able to answer the questions I pose to

4   you truthfully?

5        A.  No.

6        Q.  No?

7            Are you on any medications today?

8        A.  I am on medication, but I don't assume that

9   they would impair my ability to answer.

10       Q.  Okay.

11       A.  I mean, I take a little Synthroid for a

12   thyroid problem and some blood pressure medication.

13       Q.  But none of which you believe will affect your

14   ability to testify truthfully?

15       A.  I don't think so.  I'm not a doctor, but I

16   would assume so, I don't know.

17       Q.  After you completed high school and took some

18   college courses did you hold any jobs?

19       A.  Yes, I did.

20       Q.  Could you tell me what they were?

21       A.  Always in the bookkeeping field.

22       Q.  And -- and who did you work -- what company

23   did you work for?

24       A.  God, I worked for Equitable Lumber & Building

25   Supply in Brentwood, New York.

---

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                               **Bienes 11/7/2019**
## CONFIDENTIAL

Page 11

1        Q.   And when was that approximately?  I know it

2     was probably a long time ago.

3        A.   That was in the '60s.

4        Q.   Okay.  And did you work anywhere else besides

5     Equitable Lumber?

6        A.   Yes, after that I worked for a company called

7     Todd Equipment Leasing in Great Neck.  That was when I

8     left Equitable.

9        Q.   When approximately did you leave Equitable to

10    begin working at Todd Equipment Leasing?

11       A.   Oh, in the '70s.

12       Q.   And after that Todd Equipment Leasing did you

13    work anywhere else?

14       A.   No.

15       Q.   Did there come a time that you became

16    acquainted with a person named Saul Alpern?

17       A.   Yes, when I worked for Equitable Lumber.

18       Q.   And -- and how did you meet Saul Alpern?

19       A.   He was the accountant for Equitable.

20       Q.   Do you know what, if any, relationship Saul

21    Alpern had to Bernard Madoff?

22       A.   Well, I -- I know he was his father-in-law.

23       Q.   Okay.

24       A.   But I didn't know it at the time.

25       Q.   Did you interact with Saul Alpern while you

**Picard v. Avellino**                              **Bienes 11/7/2019**

## CONFIDENTIAL

Page 12

1   were working at Equitable Lumber?

2       A.   What do you mean by interact?   I -- I took

3   care of the books and he was the accountant.   In that

4   respect, yes.

5       Q.   So you worked together on a regular basis

6   then?

7       A.   Yes.

8       Q.   Okay.

9       A.   When he came out once a month.

10      Q.   What was the name of -- of the entity that

11   Mr. Alpern worked for at the time, if you recall?

12      A.   Alpern & Heller.

13      Q.   Okay.

14      A.   And I knew Mr. Heller as well.

15      Q.   Okay.   Did you socialize with Mr. Alpern?

16      A.   No.

17      Q.   Did you ever become aware that Mr. Alpern

18   pooled investor monies to invest with Bernard Madoff?

19      A.   No.

20      Q.   How would you describe your relationship with

21   Saul Alpern?

22      A.   Business.   He came to do the books and I was

23   there and he did his worksheets.

24      Q.   Do you or anybody in your family have a

25   familial relationship with Saul Alpern or his family?

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 13

1        A.   No.

2        Q.   No?  Okay.

3             There came a time when you met your husband

4   Michael Bienes.

5        A.   Yes.

6        Q.   Went was that approximately?

7        A.   I think in 1969.

8        Q.   How did you meet Mr. Bienes?

9        A.   The firm used to do a certified audit because

10  the company was factored and they had to supply an

11  audit to the factor, which at the time was Minehart

12  Financial, which I don't even know if they exist.

13       Q.   And when you say the firm used to do a

14  certified audit who did --

15       A.   Alpern & Heller.

16       Q.   Okay.  And so Mr. Bienes at the time worked

17  for Alpern & Heller?

18       A.   Yes.

19       Q.   Okay.  And do you in what capacity he worked

20  at Alpern & Heller at that time?

21       A.   As an accountant I suppose, I don't know.

22       Q.   Okay.  What -- had Mr. Bienes always worked at

23  Alpern & Heller?  Had he worked somewhere else before

24  that?

25       A.   Yes.

---

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 14

```
 1        Q.  And where was that?

 2        A.  The Internal Revenue Service.

 3        Q.  And what position did he hold with the

 4   Internal Revenue Service?

 5        A.  I have no idea.

 6        Q.  Do you know what he -- he did at the Internal

 7   Revenue Service?

 8        A.  No, I don't.

 9        Q.  So Mr. Alpern was Michael Bienes's boss at the

10   time you met him; is that correct?

11        A.  I assume so.

12        Q.  Okay.  Did you and Michael ever invest monies

13   with Saul Alpern?

14        A.  Not for years later.

15        Q.  So you did give him money to invest at some

16   point?

17        A.  Years later, yes.  I don't remember exactly

18   when.

19        Q.  Okay.  So -- so just to be clear we were

20   talking roughly about the time you met Mr. Bienes which

21   was 1969, and from your answer I'm taking that it was

22   sometime after 1969 that you gave money to Mr. Alpern

23   to invest?

24        A.  I would assume it was in the '70s --

25        Q.  Okay.
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 15

```
1          A.   -- at some point.  I don't know when.

2          Q.   And did you have an understanding how

3    Mr. Alpern was going to invest your money when you did?

4          A.   I knew he had a fund.

5          Q.   Did you know anything about that fund?

6          A.   I knew his clients were all invested in it.  I

7    don't -- I can't say all, I mean --

8          Q.   Right.

9          A.   -- you know.

10         Q.   Did that fund have any relationship to Bernard

11   Madoff?

12         A.   I don't know.  I assume so.  I don't know.

13         Q.   Did you know what Mr. Alpern was investing

14   your funds in?

15         A.   Not exactly, no.

16         Q.   Did you know whether they were stocks or

17   bonds?

18         A.   No, I wouldn't know.

19         Q.   Did you receive statements from Mr. Alpern in

20   connection with those investments?

21         A.   I don't remember.

22         Q.   Was Michael involved in making those

23   investments with Saul Alpern?

24         A.   No.

25         Q.   It was just you?
```

---

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 16

1        A.  Well, I gave -- I had the amount of $5,000

2    that I put in the fund.

3        Q.  Okay.

4        A.  I didn't -- Michael didn't handle it.  I

5    mean -- you know, as far as I know.

6        Q.  So you would have been the person to supervise

7    the investment, the returns, anything like that?

8            MS. RESK:  Object to form.  Supervise?

9    BY MS. GRIFFIN:

10       Q.  Were you the person who managed your

11   investment?

12           MS. RESK:  Same objection.

13   BY MS. GRIFFIN:

14       Q.  Do you understand what I mean by managing your

15   investment?

16       A.  I don't -- I don't understand anything about

17   managing investments.  I mean, I gave him my money, it

18   was put in the fund.  I don't recall whether there were

19   any statements or anything else involved, I really

20   don't.

21       Q.  You would -- strike that.

22           Did you and Michael have any other business

23   relationships with Saul Alpern besides what you've

24   described already?

25       A.  I had no business relationships with Saul

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

                                                           Page 17

 1    Alpern.

 2         Q.   Except for he was the accountant for Equitable

 3    Lumber?

 4         A.   Yeah, but by that time I wasn't with

 5    Equitable.

 6         Q.   When did you stop working for Todd Equipment

 7    Leasing?

 8         A.   I would say around '74.  It was after I was

 9    married.

10         Q.   And after Todd Equipment Leasing did you work

11    for anybody else?

12         A.   No.

13         Q.   Did Michael ever become a partner of Saul

14    Alpern's?

15         A.   Oh...

16         Q.   If you can recall.

17         A.   I -- I know he became a partner.  I don't know

18    if it was with Saul.  He may have been a partner with

19    Saul towards the end of Saul's career, I don't know.

20         Q.   At some point -- well, let me back up.  Was

21    Mr. Avellino a partner of Saul Alpern's?

22         A.   Yes.

23         Q.   And at some point after Mr. Alpern retired do

24    you know if the firm became Avellino & Bienes?

25         A.   Yes.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 18

1      Q.   There came a time when you met Mr. Avellino?

2      A.   Yes.

3      Q.   And do you remember approximately when that

4   was?

5      A.   I think I met him before I met my husband

6   because he was working for Alpern.

7      Q.   So did he perform services for Equitable

8   Lumber while you were there?

9      A.   I don't recall.

10      Q.   Okay.  But did you ever work with Mr. Alpern

11   to your recollection?

12      A.   Did I ever work with Mr. Alpern?

13      Q.   Yes.

14      A.   I worked with him when he came in to do the

15   books for Equitable.

16      Q.   I'm sorry.  Did you ever work for

17   Mr. Avellino?  I misspoke.

18      A.   No.

19      Q.   Okay.  What did Frank Avellino do for a living

20   at the time that you met him?

21      A.   He was an accountant for Alpern & Heller.

22      Q.   Do you know whether Mr. Avellino had a

23   relationship with Bernard Madoff?

24      A.   No.

25      Q.   Do you know whether Mr. Avellino ever invested

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 19

 1   with Bernard Madoff?

 2        A.   Now you say ever, I mean, you're talking about

 3   in that time period?

 4        Q.   Ever is where I'm starting with.  Do you know

 5   if Mr. Alpern ever invested with Mr. Madoff?

 6        A.   Well, years later.

 7        Q.   Okay.  And when you say years later I know

 8   we've been talking currently about the time you met

 9   your husband around 1969.  When you say years later do

10   you think the '70s or the '80s later?  Just roundabout

11   if you can recall.

12        A.   Well, I -- I don't know when he invested with

13   him, but, I mean...

14          MS. RESK:  I don't think she wants you to

15        guess.

16   BY MS. GRIFFIN:

17        Q.   That's right.  And that's fine.  But you did

18   have an understanding that at some point Mr. Avellino

19   invested with Mr. Madoff?

20        A.   Yes.

21        Q.   Okay.  How would you describe your

22   relationship to Mr. Avellino?

23        A.   Always friendly.

24        Q.   You're still friendly?

25        A.   Yes.  I mean, we don't have opportunity to see

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                          **Bienes 11/7/2019**
## CONFIDENTIAL

                                                              Page 20

```
 1   each other, but, yes.

 2        Q.  And why is that?

 3        A.  Because we're not near each other.

 4        Q.  Do you communicate with Mr. Avellino?

 5        A.  No.

 6        Q.  Do you communicate with Miss Avellino?

 7        A.  Mrs., yes.  Occasionally.

 8        Q.  Okay.  Would you describe your relationship as

 9   a social one?

10        A.  A social, yes.

11        Q.  You used to spend -- did you used to spend a

12   lot of time with them in the past?

13        A.  No.

14        Q.  No?

15             There came a time -- did there come a time

16   that you met Bernard Madoff?

17        A.  Yes.

18        Q.  And -- and do you remember the circumstances

19   of how that came to be?

20        A.  I remember I met him at a Religious Zionists

21   of America dinner at I believe it was the New York

22   Hilton, and it would be in the early '70s.

23        Q.  Did you know what Mr. Madoff did for a living

24   at that time?

25        A.  He was a broker.
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 21

1        Q.  Do you know where Mr. Madoff's offices were at

2   the time when he was a broker?

3        A.  No.

4        Q.  Do you know if Mr. Madoff ever worked out of

5   his father-in-law Saul Alpern's offices?

6        A.  Not personally, no.

7        Q.  How would you describe your relationship to

8   Bernard Madoff?

9        A.  I had none.

10       Q.  How many times had you met Mr. Madoff over the

11  years?

12       A.  Certainly less than ten times.

13       Q.  How would you describe your husband Michael's

14  relationship to Mr. Madoff?

15       A.  I wouldn't know what his relationship was.

16       Q.  Do you know whether Mr. Bienes did any

17  accounting work for Madoff?

18       A.  No.

19       Q.  Did you have any family relationships with

20  Mr. Madoff or his family?

21       A.  No.

22       Q.  Did you have any social relationships with

23  Mr. Madoff or his family?

24       A.  No.

25       Q.  Did you know Jerome Horowitz?

**Picard v. Avellino**                          **Bienes 11/7/2019**
## CONFIDENTIAL

1        A.  No.

2        Q.  Did you know David Freeling?

3        A.  No.

4        Q.  Have you heard of either of those gentlemen?

5        A.  I've heard of them, yes.

6        Q.  What do you -- what do you know about Jerome

7    Horowitz?

8        A.  He was an accountant.

9        Q.  And do you know whether he was an accountant

10   for Mr. Madoff?

11       A.  Personally, no.  I might have heard it, but I

12   don't know.

13       Q.  Okay.  And what do you know of David Freeling?

14       A.  Nothing.

15       Q.  So you know nothing about his relationship to

16   Mr. Madoff?

17       A.  No.

18       Q.  Did you know Jeffry Picower?

19       A.  Yes.

20       Q.  And did you meet him?

21       A.  Yes.

22       Q.  How did you come to meet Mr. Picower?

23       A.  Through my husband.

24       Q.  Did you meet him socially or did you meet him

25   in connection with any business?

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 23

```
 1        A.  Socially.

 2        Q.  And how did your husband, Mr. Bienes, know

 3   Jeffry Picower?

 4        A.  He knew him from the time he was a child.

 5        Q.  Did he have any familial relationships with

 6   Mr. Picower?

 7        A.  He was his brother -- brother-in-law -- former

 8   brother-in-law.

 9        Q.  So Mr. Bienes was married to Jeffry Picower's

10   sister?

11        A.  Correct.

12        Q.  And what was her name?

13        A.  Emily.

14        Q.  Did Mr. Bienes and Emily have any children?

15        A.  Yes.

16        Q.  How many?

17        A.  Three.

18        Q.  And what were their names?

19        A.  Their names?

20        Q.  Yes.  If you know.

21        A.  Terry, Rhonda, and Gail.  I had to think of

22   it.

23            THE REPORTER:  I'm sorry, repeat it.

24            THE WITNESS:  Terry, Rhonda, and Gail.

25        A.  I'm sorry.
```

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 24

```
 1   BY MS. GRIFFIN:

 2       Q.  So I take it from your answer that you don't

 3   see them very frequently?

 4       A.  No.

 5       Q.  Okay.  So if you know, do you know when

 6   Mr. Bienes divorced Emily Picower?

 7       A.  I'd say sometime -- I want to say 1970, maybe

 8   after.  I'm not sure.

 9           MS. RESK:  Don't guess.  Tell her what you

10       know.

11           THE WITNESS:  I know.

12           MS. RESK:  Tell her everything you know,

13       nothing that you don't know.

14   BY MS. GRIFFIN:

15       Q.  No?

16       A.  No, I don't know.

17       Q.  Did you see Mr. Picower frequently?

18       A.  No.

19       Q.  Do you know whether Mr. Bienes saw or

20   communicated with Mr. Picower frequently?

21       A.  With Jeffry, no, I wouldn't know.

22       Q.  When you met Mr. Picower where did you meet

23   him?  If you recall.

24       A.  I don't recall.

25       Q.  Okay.  How many times would you say you've
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 25

1    ever met or seen Mr. Picower?

2          A.   I wouldn't have any idea.

3          Q.   Would you say it was more than a dozen times?

4          A.   I doubt it, but I...

5          Q.   Did there come a time that you became a

6    partner in an entity called Avellino & Bienes?

7          A.   Yes, I was a partner.

8          Q.   Could you describe what your partnership

9    interest was in Avellino & Bienes?

10         A.   When you say interest, by that --

11         Q.   How much did you own?  Whether you were a

12   limited partner?  I just was asking you generally to

13   describe what your understanding was of your interest

14   in Avellino & Bienes.

15         A.   I just was a 50 percent partner of my

16   husband's share.

17         Q.   Okay.

18         A.   I had no function in the partnership.

19         Q.   When you say you had no function in the

20   partnership, could you please explain what you mean by

21   that?

22         A.   Well, I was not involved in any of the

23   operational end of the partnership.

24         Q.   So you performed no services --

25         A.   None.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 26

 1        Q.   -- with Avellino & Bienes?

 2        A.   None.

 3        Q.   Did your husband perform any of those

 4    operational functions for Avellino & Bienes that you

 5    described?

 6        A.   I assume so.

 7        Q.   Did you receive distributions from Avellino &

 8    Bienes on account of your partnership interest in that

 9    entity?

10        A.   Did I receive what?

11        Q.   Did you receive any income from Avellino &

12    Bienes?

13        A.   I assume that my husband did.

14        Q.   But you, to your knowledge, you don't know

15    whether you did?

16        A.   Well, we didn't -- it was not individually

17    paid out if that's what you're asking.

18        Q.   So even though you were a 50 percent partner

19    in your husband's share of Avellino & Bienes you left

20    it to Michael to -- to withdraw or receive the income

21    in connection with Avellino & Bienes, is that what

22    you're saying?

23        A.   Well, I don't know what the mechanics were as

24    far as the bookkeeping end was.  I mean, I don't know.

25    We just had a draw and that was it.  I mean...

**Picard v. Avellino**                                    **Bienes 11/7/2019**
## CONFIDENTIAL

```
                                                              Page 27

 1        Q.   Can you explain what you mean by a draw?

 2        A.   Well, we got -- received a check as income.

 3        Q.   Thank you.

 4             And do you know what services Avellino &

 5   Bienes was providing pursuant to which you earned those

 6   draw -- draws?

 7             MS. RESK:  Object to form.

 8   BY MS. GRIFFIN:

 9        Q.   Was Avellino & Bienes providing any services

10   while you were a partner to anybody?

11        A.   I don't know.

12        Q.   Do you know how Avellino & Bienes earned

13   income from which you earned your draws?

14             MS. RESK:  Object to form.

15             THE WITNESS:  Excuse me?

16             MS. RESK:  I'm sorry, I objected to the form.

17             THE WITNESS:  Oh.

18   BY MS. GRIFFIN:

19        Q.   You have no idea --

20             MS. RESK:  Because of "you."

21             MS. GRIFFIN:  Okay.  I'm asking Mrs. Bienes

22        what her understanding is of how Avellino & Bienes

23        earned income?

24        A.   I -- I'd assume from the investments they

25   made.
```

Picard v. Avellino                               Bienes 11/7/2019

CONFIDENTIAL

Page 28

1    BY MS. GRIFFIN:

2        Q.   Okay.  And can you explain to me what

3    investments they made that you just described?

4        A.   I didn't participate in their -- the business

5    end of it.

6        Q.   Do you have any understanding whether the

7    investments you just described had anything to do with

8    Madoff?

9        A.   I assume that they -- they were.

10       Q.   To your knowledge, what business did

11   Avellino & Bienes engage in while you were a partner?

12       A.   In the part that I was a partner in, is that

13   what you're asking?

14       Q.   Yes.

15       A.   Yes, they were engaged in investments.

16       Q.   And you just testified that you assume that

17   the investments had something to do with Mr. Madoff.

18       A.   Yes.

19       Q.   What do you form that assumption based on?

20       A.   Because I -- from what I understand it was the

21   same thing that Saul Alpern was doing.

22       Q.   And what did you understand Saul Alpern was

23   doing?

24       A.   He had an investment group that he invested

25   with Madoff.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 29

1      Q.   And how did Avellino & Bienes earn money by

2   investing with Madoff?

3      A.   I don't know.

4      Q.   Do you recall when you became a partner in

5   Avellino & Bienes?

6      A.   No.

7      Q.   You're not a licensed certified public

8   accountant, are you?

9      A.   No, I'm not.

10      Q.   So when you were a partner in Avellino &

11   Bienes was Avellino & Bienes performing accounting

12   services?

13      A.   I couldn't possibly be a partner in their

14   accounting business.

15      Q.   So the answer to my question would be no?

16      A.   Right.

17      Q.   Okay.  Did Avellino & Bienes have clients?

18      A.   The accounting firm?

19      Q.   The firm of which you were a partner which

20   was -- as you just described --

21      A.   Yes.

22      Q.   -- was no longer providing accounting

23   services?

24      A.   Right.

25      Q.   Okay.  After you became a partner did

---

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 30

1    Avellino & Bienes the partnership have clients?

2         A.  Yes.

3         Q.  Do you know approximately how many clients?

4         A.  No.

5         Q.  Hundreds?  Dozens?  Thousands?

6         A.  I wouldn't have a clue.  I had no

7    participation.

8         Q.  Okay.  Did your husband participate though in

9    Avellino & Bienes?

10        A.  Yes.

11        Q.  Do you know what his role was in connection

12   with Avellino & Bienes the partnership?

13        A.  No.

14        Q.  Was Mr. Avellino involved in Avellino & Bienes

15   the partnership?

16        A.  Yes.

17        Q.  Could you describe your understanding of what

18   his role was in connection with that partnership?

19        A.  I think he kept the books, but I don't know.

20        Q.  During this time were you personally investing

21   with Mr. Madoff at BLMIS?

22        A.  Yes.

23        Q.  Were you receiving statements from BLMIS for

24   those investments?

25        A.  I don't remember.

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 31

1        Q.  Do you remember ever receiving any customer

2    statements from BLMIS?

3        A.  No.

4        Q.  Do you know whether Mr. Avellino was involved

5    with your own personal investments at BLMIS?

6        A.  I don't know.

7        Q.  Would your husband have known?

8        A.  I assume so, I don't know.  I can't speak for

9    what...

10       Q.  So you don't -- sitting right here right now

11   you had an investment with Mr. Madoff, you don't know

12   whether you received any customer statements, and you

13   don't know whether your husband or Mr. Avellino was

14   involved with those investments?

15       A.  I'm not sure what you're asking.  I didn't

16   receive any statements.

17       Q.  Who did?

18       A.  I guess Avellino & Bienes.

19       MS. RESK:  Don't guess.  Tell her what you

20   know.

21       A.  Oh, I'm sorry.  I mean, I don't know.

22   BY MS. GRIFFIN:

23       Q.  Well, you --

24       A.  I didn't receive them.  I don't know who --

25       Q.  Who did.

**Picard v. Avellino**                                      **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 32

 1        A.   -- received them.

 2        Q.   Did you and your husband have a relationship

 3   where you kind of delegated duties when it came to

 4   money?

 5        A.   Yes.

 6        Q.   And what would that relationship be?

 7        A.   He handles investments, he handled taxes.  I

 8   handled our ongoing life.

 9        Q.   And what do you mean by your ongoing life?

10        A.   Paying the bills, making arrangements, taking

11   care of charities.

12        Q.   Typical delegation in relationships.

13             So it wouldn't surprise you if Mr. Bienes was

14   the one receiving the statements or reviewing them on

15   behalf of your personal investments with BLMIS?

16        A.   No.

17        Q.   Where were -- did Avellino & Bienes have

18   offices when you were a partner?

19        A.   Yes.

20        Q.   Where were they located?

21        A.   This is really --

22             MS. RESK:  Don't guess.

23   BY MS. GRIFFIN:

24        Q.   Even a --

25        A.   Well, they -- they moved, that's why I'm --

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

---

Page 33

1          Q.  So if you can recall anyplace they had an

2     office.

3          A.  Once they were on 5th Avenue and then --

4          Q.  Do you remember a decade generally when that

5     was?  If not, I understand.

6          A.  I know they started out at the Young & Rubicam

7     building.  Then they were on 5th Avenue.  I would say

8     that would be -- well, I guess this is in the '7 --

9               MS. RESK:  No, you're not guessing.

10              THE WITNESS:  Oh, right.  I'm sorry.

11         A.  I don't know.  I'm just --

12    BY MS. GRIFFIN:

13         Q.  Did you often go into Avellino & Bienes's

14    offices?

15         A.  No.

16         Q.  Did you ever have interactions with any of the

17    employees at Avellino & Bienes --

18         A.  No.

19         Q.  -- while you were a partner?

20         A.  No, not really, no.

21         Q.  Would you have left those interactions to

22    Mr. Bienes?

23              MS. RESK:  Object to form.

24         A.  I don't know, I mean --

25

---

Picard v. Avellino                              Bienes 11/7/2019

**CONFIDENTIAL**

Page 34

1   BY MS. GRIFFIN:

2       Q.  So when you were a partner at Avellino &

3   Bienes you didn't have anything to do with the staff at

4   Avellino & Bienes?

5       A.  Except take somebody to lunch once in awhile I

6   had no -- nothing else to do with anyone there.

7       Q.  Who -- who would you take to lunch?

8       A.  Somebody who worked for him.

9       Q.  I'm sorry, somebody who worked for who?

10      A.  For Avellino & Bienes.

11      Q.  Okay.  So do you mean staff, secretaries?

12      A.  Yeah.

13      Q.  Okay.  Did you have an office at Avellino &

14  Bienes?

15      A.  No.

16      Q.  You didn't have your own private assistant?

17      A.  I didn't do anything.

18      Q.  Okay.  Did you have an understanding of what

19  investment strategies Mr. Madoff engaged in in

20  connection with your private investments?

21          MS. RESK:  I'm sorry, can you repeat that?

22          MS. GRIFFIN:  Sure.  I'll rephrase it.

23  BY MS. GRIFFIN:

24      Q.  Did you -- you had private -- you had your own

25  investments at BLMIS?

**Picard v. Avellino**                          **Bienes 11/7/2019**
## CONFIDENTIAL

Page 35

```
 1        A.  Yes.
 2        Q.  Did you have an understanding what those
 3   investments were?
 4        A.  No.
 5        Q.  Do you know whether your money was invested in
 6   stocks, bonds, or treasuries?
 7        A.  No.
 8        Q.  So did you ever have an understanding of what
 9   Mr. Madoff's investment strategies were at any time?
10        A.  No.
11        Q.  Did you ever have communications with anyone
12   at BLMIS?
13        A.  At the end when we had a call for money I did
14   the last couple of years.
15        Q.  And could you please explain a little bit by
16   what you meant when you had a call for money in the
17   last couple of years?
18        A.  Well, when we had -- right before he closed
19   abruptly the last couple of years when we had our own
20   partnership, my husband and I, then I would have to
21   call on my own -- or I didn't call, I sent a fax and
22   asked for a draw against my account.
23        Q.  I see.  So you would fax in redemption
24   requests?
25        A.  Yes.
```

**Picard v. Avellino**                          **Bienes 11/7/2019**
**CONFIDENTIAL**

Page 36

1       Q.  And -- and do you recall what entity you would

2   do that in connection with?  You just described an

3   entity you and your husband had together.

4       A.  St. James.

5       Q.  And that was a partnership?

6       A.  Yes.

7       Q.  And were you a general partner or do you know?

8       A.  No, it was just my husband and I.

9       Q.  Okay.  And that's one time that you actually

10  got involved with your accounts?

11          MS. RESK:  Object to form.

12          MS. GRIFFIN:  Well, she testified previously

13       that she didn't have anything to do with that and

14       she delegated all those activities to Mr. Bienes.

15  BY MS. GRIFFIN:

16      Q.  And I'm just saying that is this the only time

17  that you got involved in your investments with Madoff?

18      A.  If you -- if your question is did I call for

19  money, I called for -- well, I sent a fax for money.

20      Q.  Um-hum.

21      A.  I was not involved with my investments with

22  Mr. Madoff.

23      Q.  So based on your testimony previously are you

24  saying that you did not review the statements -- or,

25  first of all, did you receive statements in connection

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 37

1    with that entity that you and your part -- your husband

2    had?

3         A.  At the end.

4         Q.  At the end.  When you say at the end do you

5    mean 2006 to 2008 roughly?

6         A.  Yes, exactly.  2000 -- yeah, right.

7         Q.  Did you review those statements?

8         A.  No.  I didn't get the statements, my husband

9    did.

10        Q.  And do you know whether he reviewed those

11   statements?

12        A.  No, he gave them to the accountant.

13        Q.  And who was your account -- that -- who was

14   the accountant that you just referred to?

15        A.  Becky McDonough.

16        Q.  And what did Becky McDonough do with the

17   statements?

18        A.  Filled out our tax return.

19        Q.  Based on what you just said previously I take

20   it you never had any personal communications then with

21   any employees of BLMIS?

22        A.  Only -- only when I sent faxes.

23        Q.  Okay.  But did you ever speak to anybody on

24   the phone?

25        A.  No.

**Picard v. Avellino**                              **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 38

1        Q.  Do you know whether Michael Bienes had any

2   understanding about what Mr. Madoff's investment

3   strategy was in this later time period that you just

4   discussed?

5        A.  No, I really wouldn't know.

6        Q.  When you would fax your -- I think you called

7   it your calls for money into BLMIS do you know to whose

8   attention you would have sent them to?

9        A.  Who I would have sent the faxes to?

10       Q.  Yes.

11       A.  Frank DePasquale or whatever his name was.

12       Q.  Yeah.

13       A.  I'm not sure.

14       Q.  Had you ever met Mr. DePasquale?

15       A.  No.

16       Q.  Did there come a time that you became aware

17   that the SEC was investigating the partnership

18   Avellino & Bienes?

19       A.  November 13th, 1992.

20       Q.  That's a very specific date.  How -- how do

21   you know it was that date?

22       A.  Because it was Friday the 13th.  That is

23   something like somebody says when were you born?

24       Q.  So can I ask you the circumstances on which

25   you came to learn about the investigation?

**Picard v. Avellino**                              **Bienes 11/7/2019**

## CONFIDENTIAL

Page 39

1        A.   Okay.  My husband and -- and see this is where

2    my mind is foggy.  Certain things I remember, but I

3    know we were having some sort of charity event at our

4    home.  And we were getting ready to go next door to the

5    pavilion where we held these events and a phone call

6    came in.  I think it was from the attorney, I'm not

7    sure.  And I didn't even know there was an SEC

8    investigation going on.  And that was when we heard.

9        Q.   And do you recall what you heard about that

10   investigation?

11       A.   They decided that they were going to close

12   down the ongoing investment account, excuse me.

13            MS. GRIFFIN:  Do you need some water?

14            THE VIDEOGRAPHER:  Going off the record,

15       folks?

16            MS. GRIFFIN:  Please.

17            THE VIDEOGRAPHER:  Time is 9:53.

18            (Recess taken at 9:53 a.m.)

19            (Deposition resumed at 10:04 a.m.)

20            THE VIDEOGRAPHER:  Back on the video record.

21       The time is 10:04.

22   BY MS. GRIFFIN:

23       Q.   Miss Bienes, I'm going to ask you some

24   questions about an answer you gave us prior to our

25   taking a break, so I'm going to ask the court reporter

## CONFIDENTIAL

---

Page 40

1   to read back the last two questions and answers.

2           (Read back.)

3   BY MS. GRIFFIN:

4       Q.  So my next question, Miss Bienes, is when you

5   say "they" decided that they were going to close down

6   the ongoing investment account who is the "they"?

7       A.  The SEC.

8       Q.  And to be clear, what did you mean by the

9   ongoing investment account?

10      A.  Close down Avellino & Bienes.

11      Q.  And when you say -- did that investment

12  account relate to Madoff?

13      A.  Yes.

14      Q.  And how did it relate to Madoff?

15      A.  The monies were invested with Madoff.

16      Q.  Did you know whether your husband was aware of

17  the SEC investigation prior to when you learned about

18  it?

19      A.  Yes.

20      Q.  And do you know how long he had known about --

21      A.  No.

22      Q.  Were you ever contacted by the SEC?

23      A.  No.

24      Q.  Were you represented by attorneys, you

25  personally, in connection with the 1992 SEC

---

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 41

1    investigation?

2        A.  I was not involved with this investigation.

3        Q.  Do you know whether --

4        A.  I mean, probably because I was a partner, but

5    I -- I had no involvement.

6        Q.  And when you say you had no involvement you

7    didn't get in -- sorry.

8            What did you mean by you had no involvement?

9        A.  That's exactly what I mean.

10       Q.  You never spoke to the SEC?

11       A.  No.

12       Q.  Did you ever have written communications with

13   the SEC?

14       A.  No.

15       Q.  Did you ever talk to any lawyers for -- for

16   Avellino & Bienes?

17       A.  No.

18       Q.  Do you know whether Avellino & Bienes was

19   represented by counsel?

20       A.  Yes.

21       Q.  Do you know who that counsel was?

22       A.  Ira Sorkin.

23       Q.  I know the answer to this question based on

24   your testimony, but did the SEC ever seek to take a

25   deposition of you?

**Picard v. Avellino**                         **Bienes 11/7/2019**

## CONFIDENTIAL

Page 42

1        A.   No.

2        Q.   I know you said you had no involvement, but

3   just to be clear, did you ever give any documents to

4   the SEC in connection with the 1992 investigation?

5        A.   I never had any documents.

6        Q.   Did you give any documents to Ira Sorkin in

7   connection with the 1992 investigation?

8        A.   I never had any documents.

9        Q.   Did Michael have a role in dealing with the

10  SEC investigation?

11       A.   I wouldn't know.

12       Q.   Did Frank Avellino have a role in connection

13  with the investigation?

14       A.   I don't know.

15       Q.   Do you know whether Michael or Frank were

16  communicating with attorneys about the SEC

17  investigation?

18       A.   I don't know personally, no.

19       Q.   You never asked a single question to either

20  one of them about the 1992 investigation?

21       A.   I was in Florida, they were in New York.  I

22  don't know what they were doing.

23       Q.   You didn't have any phone calls with your

24  husband about the SEC investigation?

25            MS. RESK:  They would be privileged.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

                                                              Page 43

```
 1            MS. GRIFFIN:  I'm not asking her what the

 2       content was.

 3            MS. RESK:  You can answer.

 4       A.  I'm sorry.

 5  BY MS. GRIFFIN:

 6       Q.  That's okay.

 7       A.  What did he --

 8       Q.  Did you have any conversations -- phone

 9  conversations with your husband about the SEC

10  investigation?

11       A.  Mostly they were complaining about

12  Pricewaterhouse.

13       Q.  And who was Pricewaterhouse?

14       A.  I assume the SEC hired them to check the books

15  of Avellino & Bienes.

16       Q.  And when you say mostly they were complaining

17  about Pricewaterhouse who was the "they"?

18       A.  I remember my husband and then a long time

19  later I guess him and Frank complaining about that.

20       Q.  And what were they complaining about

21  Pricewaterhouse?

22       A.  That they kept burning out their copy machine.

23  I mean, really.

24       Q.  That's what you remember about the 1992 --

25       A.  Yes.
```

Picard v. Avellino                              Bienes 11/7/2019
**CONFIDENTIAL**

                                                              Page 44

1        Q.   -- SEC investigation?

2        A.   Well, I mean about them, what they were

3   complaining about.

4        Q.   Do you remember them complaining about

5   anything else about the 1992 SEC investigation?

6             MS. RESK:  You're really not supposed to

7        mention anything that -- conversation between you

8        and your husband.  If you have anything between you

9        and Frank, or anything that --

10            THE WITNESS:  Oh.

11            MS. RESK:  -- between you and your husband and

12       Frank was present.

13   BY MS. GRIFFIN:

14       Q.   You can answer.

15       A.   Do I remember anything else?

16       Q.   That they were complaining about.

17       A.   No.

18       Q.   Do you know what the outcome of that 1992 SEC

19   investigation was?

20       A.   Everybody got their money back.

21       Q.   Did -- was Avellino & Bienes's account closed

22   as a result of that investigation?

23       A.   The investment account, yes.

24            MS. GRIFFIN:  I'm giving a document to the

25       court reporter and asking her to mark it.  It's a

## CONFIDENTIAL

Page 45

 1        copy of a Final Judgment of Permanent Injunction

 2        and Other Equitable Relief against Avellino &

 3        Bienes, Frank J. Avellino, and Michael S. Bienes.

 4            MS. RESK:  Is that -- was that brought by a

 5        particular entity?

 6            MS. GRIFFIN:  Sorry.  In the SEC

 7        investigation/action.

 8            (Whereupon, Plaintiff's Exhibit 1 was marked

 9   for identification.)

10   BY MS. GRIFFIN:

11        Q.  Miss Bienes, I'm giving you a copy of what's

12   been marked as Plaintiff's 1.  Can you take a moment to

13   look at it.

14        A.  You want me to read all this?

15        Q.  I just want to say do you recognize it?  And

16   to expedite matters I'm going to ask you to flip to the

17   second-to-the-last page where I believe there is

18   something that purports to be your signature.

19        A.  Yes.

20        Q.  Is that your signature?

21        A.  Yes.

22        Q.  Do you recall signing any -- any type of

23   papers at the conclusion of the SEC investigation in

24   1992 related to Avellino & Bienes?

25        A.  Yes, I remember having to sign it.

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

Page 46

1        Q.  Do you -- is this document -- is this the

2   document you recall signing?

3        A.  I don't know.  I mean --

4        Q.  Do you have any reason to doubt that it isn't?

5   Do you want to take a moment to look it over?

6        A.  No, I don't doubt that it is.  I wouldn't

7   remember if it wasn't.

8        Q.  All right.  May I have that back?

9            What were the circumstances under which you

10  signed any -- this document or any document at the

11  conclusion of the SEC investigation?

12       A.  I was told I had to.

13       Q.  And who told you?

14           MS. RESK:  You're not supposed to say anything

15       if your lawyer told you.

16       A.  I don't know who told me.

17  BY MS. GRIFFIN:

18       Q.  Did you have an understanding as to what you

19  were signing with respect to the conclusion of the 1992

20  investigation?

21       A.  I thought I did.

22       Q.  And did you understand that there were --

23  whether there were any restrictions or instructions to

24  you?

25       A.  From what my husband told me, yes.

**Picard v. Avellino**                                      **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 47

1        Q.   Okay.  And what did you -- what was that

2    understanding?

3        A.   What did he tell me or what was my

4    understanding?

5        Q.   What was your understanding?

6        A.   That they weren't doing business anymore.

7        Q.   And when you say "they"?

8        A.   Avellino & Bienes.

9        Q.   After the conclusion of the 1992 SEC

10   investigation did there come a time that you,

11   Mr. Bienes, and the Avellinos met with Mr. Madoff?

12       A.   Yes.

13       Q.   And do you remember the -- when approximately

14   that meeting was?

15       A.   It was in '93, but I'm not sure when.

16       Q.   And can you --

17       A.   Sorry.

18       Q.   Please.

19            And what can you tell me, what do you remember

20   about that meeting?

21       A.   Well, the --

22            THE WITNESS:  I'm sorry, I have allergies.

23       It's not the talking, it's the allergies.

24            MS. GRIFFIN:  For me it's the Claritin that

25       dries me out.

**Picard v. Avellino**                              **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 48

1        A.   What do I remember about that meeting?   I

2    remember we went up to Madoff's office because the SEC

3    had released our money and we wanted to arrange to

4    reinvest it with Madoff.

5    BY MS. GRIFFIN:

6        Q.   And do you remember approximately when that

7    was?

8        A.   Wow, I don't -- I mean, I -- no, I don't.

9        Q.   But it was after the SEC investigation

10   concluded and after the SEC released your funds?

11       A.   Yes.  Yes.

12       Q.   And what was discussed about reinvesting your

13   funds with Mr. Madoff?

14       A.   Just that we would open an account with our

15   returned funds, the Avellinos and us.

16       Q.   And would those -- do you recall anything that

17   Mr. Madoff said at the meeting?

18       A.   No.

19       Q.   Do you remember anything that your husband

20   said at the meeting?

21       A.   Not really.

22       Q.   Was it agreed upon that you could reinvest

23   with Mr. Madoff?

24       A.   Yes.

25       Q.   Do you recall any other gists of the

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 49

1    conversation about that meeting?

2        A.   No.

3        Q.   Do you recall how much money you guys had to

4    invest at that time to reinvest with Mr. Madoff?

5        A.   My husband and I?

6        Q.   Um-hum, yes.

7        A.   I think it was something like 22 million.

8        Q.   Do you recall your husband becoming upset with

9    Mr. Madoff at that meeting?

10       A.   Yes, I think he did.

11       Q.   And, you know, what, if anything, do you

12   recall about that?

13       A.   Oh, I don't know.  I really don't remember.

14       Q.   You just remember him being upset --

15       A.   Yeah, he was.

16       Q.   -- with Mr. Madoff?

17       A.   Yes, he was.

18       Q.   Do you recall how Mr. Madoff responded to your

19   husband being upset?

20       A.   No.

21       Q.   Eventually, however, you did reinvest with

22   Mr. Madoff?

23       A.   Yes.

24       Q.   Were those accounts held personally in your

25   and Mr. Bienes's names?

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 50

1        A.   No, we had a group with the Avellinos.

2        Q.   What do you mean by a group?

3        A.   Well, it was some sort of entity with the

4    Avellinos, some trusts or family members.  It was no --

5    no outside money.

6        Q.   Do you know why you didn't just invest in your

7    own name instead of through entities?

8        A.   No.

9        Q.   Do you know who made that decision?

10       A.   No.

11       Q.   Did you have any involvement with the entities

12   that you invested with Mr. Madoff through?

13       A.   After '92?

14       Q.   Yes.

15       A.   No.

16       Q.   Do you know who did have involvement with

17   those entities?

18       A.   When you say involvement what do you -- in

19   what respect?

20       Q.   Who -- who sent the money for investment, who

21   received statements, who reviewed them, who monitored

22   your investments?

23       A.   As far as I understand Mr. Avellino.

24       Q.   Did your husband have any role in connection

25   with those entities?

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

---

Page 51

1        A.   Not that I'm aware of.

2             MS. GRIFFIN:  Why don't we start with these.

3   BY MS. GRIFFIN:

4        Q.   Did you receive any customer statements for

5   those entities?

6        A.   No.

7        Q.   Do you know who did?

8        A.   I assume Mr. Avellino.

9             MS. RESK:  Don't assume.

10            THE WITNESS:  Oh, I'm sorry.

11            MS. RESK:  Tell her what you know.

12       A.   Well, I mean, no.

13  BY MS. GRIFFIN:

14       Q.   You did not?

15       A.   No, I did not.

16       Q.   Did Mr. Bienes receive any customer statements

17  for those entities?

18       A.   Not that I know of.

19            MS. GRIFFIN:  Okay.  Off the record.  We're

20       just going to --

21            THE VIDEOGRAPHER:  Off the record, folks.  The

22       time is 10:21.

23            (Recess taken at 10:21 a.m.)

24            (Deposition resumed at 10:41 a.m.)

25            THE VIDEOGRAPHER:  We're back on the video

---

**Picard v. Avellino**                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 52

1    record.  The time is 10:41.

2         MS. GRIFFIN:  I'm giving to the court reporter

3    a document -- I'm sorry, Terry -- that we'd like to

4    have marked, and I apologize for the poor quality,

5    but this is what we have.

6         Yeah, I know.

7         (Whereupon, Plaintiff's Exhibit 2 was marked

8    for identification.)

9    BY MS. GRIFFIN:

10        Q.  Mrs. Bienes, I'm -- we're handing over to you

11   a document that's been marked as Trustee's Exhibit 2.

12   It's -- it's a customer statement on BLMIS letterhead,

13   but if you look on the second page it's a little bit

14   clearer.  It has a date --

15        A.  I have a vision problem you know.

16        Q.  Ah.  I know.  Apologies.  That's a little bit

17   clearer.

18        A.  Yeah, that's clearer, okay.

19        Q.  And really does this -- do you recognize these

20   type of documents at all?

21        Would this help?  We use it.  Would this help

22   you?

23        A.  Well, I mean, this -- this is clearer.  I

24   don't -- if you don't ask me any details I won't.  I

25   can see it has my name on it.

**Picard v. Avellino**                           **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 53

1        Q.  Okay.

2        A.  Okay.

3        Q.  Are you familiar with this type of document?

4        A.  I see what it is, but, I mean, when you say

5    familiar, no, I'm not familiar with it.

6        Q.  You don't recognize any of this?

7            Can you turn -- and I apologize, let's see,

8    it's roughly about ten pages in.  There's a Bates

9    range, it's this document, the last three numbers are

10   431, and I can help you.

11       A.  Where is that?

12       Q.  I can help you find that if it's okay.

13           MS. RESK:  The numbers are on the side.

14   BY MS. GRIFFIN:

15       Q.  Yeah, they're roughly -- here you go.  There

16   you go.

17           MR. GALLAGHER:  Bottom right.

18           MS. GRIFFIN:  Terry, this is what I'm showing

19       her.

20       A.  This?

21           MS. RESK:  Can you show me too?

22           MS. GRIFFIN:  Sure.

23           MS. RESK:  Here, I'm --

24           MS. GRIFFIN:  You got it?

25           MS. RESK:  I don't know.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

---

Page 54

```
 1               MS. GRIFFIN:  431.

 2               MS. RESK:  I'm sorry, I'm going to hover.  Oh,

 3       I shouldn't do that.

 4   BY MS. GRIFFIN:

 5       Q.  Okay.  Miss Bienes, are you looking at the

 6   Bates stamp MADTBB03242431?

 7       A.  Where are you talking about?

 8               MS. RESK:  Oh, the number's right there.

 9               THE WITNESS:  Oh.

10   BY MS. GRIFFIN:

11       Q.  I just want to make sure we're both looking at

12   the same document.

13       A.  42431.

14       Q.  Correct.

15       A.  Yes, I can see that.

16       Q.  That's better than my husband.

17       A.  It's certain things, you know, and it has to

18   be absolutely black and white.

19       Q.  Right.  So on this page there's a special

20   notice at the top and then there's something that

21   appears to be your signature down at the bottom.  Is

22   that your signature?

23       A.  It appears to be, yes.

24       Q.  And it appears to be dated 12/12/86.

25               Do you recall signing these types of documents
```

---

**Picard v. Avellino**                        **Bienes 11/7/2019**
**CONFIDENTIAL**

Page 55

1   at all?

2        A.  No.

3        Q.  The -- the special notice at top says, "In

4   connection with the regular examination of our books we

5   enclose a statement of your account as shown by our

6   books on October 31.  Any transactions which are

7   cleared subsequent to the closing date of this

8   statement are not included.  Will you kindly examine

9   this statement immediately and sign noting exceptions,

10  if any, on the reverse thereof.  It is important that

11  this confirmation or any exceptions thereto be sent

12  directly -- I'm sorry, direct to our accountants Jerome

13  Horowitz, Certified Public Accountant," and then I'm

14  going to skip the address, "promptly in order that they

15  may properly verify the accuracy of your account."

16            And then it's signed, "Very truly yours,

17  Bernard L. Madoff, 110 Wall Street."

18            Do you remember examining this statement and

19  signing it or examining statements of this type and

20  signing them?

21        A.  No, not really.  No.

22        Q.  Do you remember sending anything to Jerome

23  Horowitz?

24        A.  No.

25        Q.  Do you recall Michael sending any documents to

**Picard v. Avellino**                                  **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 56

1    Jerome Horowitz such as these?  No?

2         A.  I wouldn't know.

3         Q.  Okay.  But you have no recollection as you sit

4    here --

5         A.  No.

6         Q.  -- of this statement or signing any of these

7    statements?

8         A.  No.

9              MS. GRIFFIN:  I know this is going to get

10             repetitive, my apologies.

11             THE WITNESS:  Do you want this back?

12             MS. GRIFFIN:  Yes, please.  Yes, we have to

13             give it to the court reporter so we all have a

14             record.

15             Do you have the first exhibit?

16             THE REPORTER:  It's here.

17             MS. GRIFFIN:  Okay, thanks, so I don't mess

18             you up.

19             I'm going to ask the court reporter to mark as

20             Trustee Plaintiff's Exhibit 3 a Customer Statement

21             purportedly in the name of Dianne K. Bienes with a

22             date of 10/31/87.

23             (Whereupon, Plaintiff's Exhibit 3 was marked

24       for identification.)

25

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 57

```
 1   BY MS. GRIFFIN:

 2        Q.  Miss Bienes, I'm giving you a copy of that

 3   document that we've just marked as Trustee's Exhibit 3.

 4   Can you take a moment to just look it over?  And in

 5   particular we're looking at the fourth page.

 6            So, again, I'm drawing your attention to the

 7   fourth page, the Bates range ending in the last three

 8   digits 686.

 9        A.  Yes.

10        Q.  Okay.  Is that your signature?

11        A.  No.

12        Q.  Do you have any idea whose handwriting that

13   is?

14        A.  I don't know.

15        Q.  Could it be your husband's?

16        A.  I don't know.

17        Q.  Could it be Mr. Avellino's?

18        A.  I don't know.  I don't know whose it is.

19        Q.  Do you recall ever authorizing your husband to

20   sign your name on -- on your behalf in connection with

21   your BLMIS accounts?

22        A.  No.

23        Q.  But without explicitly giving him that

24   authority would you -- let's scratch that.  I withdraw

25   the question.
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**
CONFIDENTIAL

Page 58

```
 1              But sitting here you have no idea whose

 2    signature that is?

 3         A.   No.

 4         Q.   Does Mr. Avellino -- strike that.

 5              Did Mr. Avellino have the authority to act on

 6    your behalf in connection with your BLMIS investments?

 7         A.   No.

 8         Q.   Who did, if anyone?

 9         A.   My husband.

10         Q.   Okay.  Could you look at the first page of the

11    document.  Is that -- does that address look familiar

12    to you?

13         A.   Yes.

14         Q.   Were you living at that address at that time?

15         A.   Yes.

16         Q.   Okay.  May I have that back, please?

17         A.   Sure.

18         Q.   Okay.  Thank you.

19              MS. GRIFFIN:  I told you it's going to get

20         repetitive, right?

21              Can we mark this as Trustee Exhibit 4.  It's a

22         document -- I'm sorry, ready?

23              It's a document that appears to be a customer

24         statement on BLMIS letterhead with -- addressed to

25         Dianne K. Bienes dated October 31, 1989.
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 59

 1          (Whereupon, Plaintiff's Exhibit 4 was marked

 2     for identification.)

 3     BY MS. GRIFFIN:

 4          Q.  Miss Bienes --

 5              MS. RESK:  You're looking at a letter?

 6              MS. GRIFFIN:  I said a cust- --

 7              MS. RESK:  Oh, okay.

 8              MS. GRIFFIN:  I'm sorry, a document that looks

 9          like a customer statement on BLMIS letter --

10              MS. RESK:  Oh, okay.

11              MS. GRIFFIN:  Sorry.

12     BY MS. GRIFFIN:

13          Q.  So, Miss Bienes, I'm going to give that to

14     you.

15          A.  Sure.

16          Q.  Okay.  And just take a look, particularly the

17     first four pages.

18              If you could look, Miss Bienes, at the fourth

19     page of Trustee's Exhibit 4 it's the Bates range ending

20     in the last three numbers 220.

21          A.  Right.

22          Q.  Is that your signature, Miss Bienes?

23          A.  Yes.

24          Q.  Okay.  I call your attention to the special

25     notice up top.  It's the same notice that I read to you

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

```
                                                           Page 60
 1   with a -- that looked like a similar customer

 2   statement --

 3        A.  Right.

 4        Q.  -- with your signature.

 5            Does this ring any bells with you?

 6        A.  No.

 7        Q.  That this was a practice of reviewing the

 8   statements?

 9        A.  Well, I mean, it seems to be an annual

10   confirmation, but I don't remember it.

11        Q.  Okay.  But sitting here today you don't

12   remember if you reviewed your statements or signed

13   them?

14            MS. RESK:  Object to form.

15   BY MS. GRIFFIN:

16        Q.  Sitting here today do you remember reviewing

17   customer --

18        A.  No.

19        Q.  -- statements in your name?

20        A.  No.

21            MS. GRIFFIN:  Okay.  I'm going to ask the

22       court reporter to mark as Trustee's 5 another

23       customer -- BLMIS customer statement that's in the

24       name of Dianne K. Bienes.  And it again also has

25       the same date, October 31, 1989.
```

**Picard v. Avellino**                              **Bienes 11/7/2019**
## CONFIDENTIAL

---

Page 61

```
 1            (Whereupon, Plaintiff's Exhibit 5 was marked

 2    for identification.)

 3    BY MS. GRIFFIN:

 4        Q.  Okay.  Miss Bienes, we've given you Trustee's

 5    4 -- I'm sorry, Trustee's 5, and also I'm returning to

 6    you what we had just looked at which is the Trustee's

 7    Exhibit No. 4.

 8        A.  Um-hum.

 9        Q.  I wanted to call your attention to the account

10    numbers.  They're slightly different.

11        A.  Yes.

12        Q.  Were you aware that you had more than one

13    account at BLMIS?

14            MS. RESK:  Object to form.

15        A.  No.

16            MS. GRIFFIN:  I'm not going to ask the

17        follow-up question if she wasn't aware.

18    BY MS. GRIFFIN:

19        Q.  Could I ask you to look at Trustee's 5.

20        A.  Um-hum.

21        Q.  And this is the one that is account number

22    100212-3-0.  Can you look at the sixth page,

23    Miss Bienes.  It's -- the last three digits of the

24    Bates range are 183.

25            MS. GRIFFIN:  Sixth page.  They're
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

```
                                                           Page 62

 1        double-sided, Terry.

 2        A.  Yes.

 3   BY MS. GRIFFIN:

 4        Q.  Okay.  Is that your signature, Miss Bienes?

 5        A.  Yes.  It appears to be, yes.

 6        Q.  And, again, it appears to have the same

 7   special notice at the top?

 8        A.  Yes.

 9        Q.  Does this do anything to refresh your

10   recollection on whether or not you reviewed these

11   statements or sent them on to Jerome Horowitz?

12        A.  No.

13        Q.  Okay.

14        A.  It all looks the same to me, I don't know.

15             MS. GRIFFIN:  Are we putting them here?

16             THE REPORTER:  Yes.

17             MS. GRIFFIN:  I'm going to ask the court

18        reporter to mark two exhibits.  Just like the last

19        two we saw they are both customer statements on

20        BLMIS letterhead addressed to Dianne Bienes, this

21        time at 141 Bay Colony Drive, Fort Lauderdale.  And

22        it's for -- dated October 31, 1990.  The first

23        document has account number 1-00212-3-0 and the

24        second has 1-00212-7-0.

25             (Whereupon, Plaintiff's Exhibits 6 and 7 were
```

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

Page 63

 1   marked for identification.)

 2          MS. GRIFFIN:  Okay, Terry, this is No. 6 and

 3       this is No. 7.

 4   BY MS. GRIFFIN:

 5       Q.  Okay.  Miss Bienes, we're showing you what's

 6   been marked as Trustee's Exhibit 6.  Would you turn to

 7   the fourth page, please?  I'm sorry, the sixth page.

 8          Do you see that signature there?

 9       A.  Um-hum.

10       Q.  Is that your signature?

11       A.  Yes.

12       Q.  It appears -- I know it's rough to read, but

13   it appears to contain the same special notice up top.

14   I can at least read Jerome Horowitz.  Don't have any

15   recollection about --

16       A.  No.

17       Q.  -- any procedure of signing these or sending

18   them on to Jerome Horowitz?

19          Okay.  And same questions with regard to

20   Trustee's 7, last page, could you just confirm whether

21   or not that's your signature?

22       A.  Yes, it appears to be.

23       Q.  Okay.  And, again, this does nothing to help

24   your recollection about this?

25       A.  No.

Picard v. Avellino                          Bienes 11/7/2019
                          CONFIDENTIAL

                                                        Page 64

 1        Q.  Okay.

 2        A.  I don't remember signing these.

 3        Q.  Okay.

 4            MS. GRIFFIN:  All right, Chris, we're boring

 5        the witness.

 6            MS. RESK:  You're boring me too.  No.

 7            MS. GRIFFIN:  Where are we next?

 8            Okay.  I'm going to give a document to the

 9        court reporter that's entitled at the top Port- --

10        well, it's blank in the middle, but I believe what

11        it says is Portfolio Management Report as of

12        12/31/05.  And it's for St. James Associates,

13        Michael Bienes, Dianne Bienes.  The Bates range for

14        this is at the bottom, 10-054 -- yes, thank you --

15        21-Bienes_006275.

16            (Whereupon, Plaintiff's Exhibit 8 was marked

17    for identification.)

18    BY MS. GRIFFIN:

19        Q.  Here you go, Miss Bienes.  That's Trustee's

20    Exhibit 8.

21            Okay.  Miss Bienes, have you had an

22    opportunity to review Trustee's Exhibit 8?

23        A.  Yes, I see --

24        Q.  Do you --

25        A.  Well, I mean, I -- I looked at the first page,

Picard v. Avellino                          Bienes 11/7/2019
CONFIDENTIAL

Page 65

```
 1   but --
 2        Q.  Sure.  Sure.  Take your time.  And then I note
 3   that on the third page it's a different report --
 4   actually they're all different.  I just realized that.
 5   So each one is a Portfolio Management Report --
 6        A.  Oh.
 7        Q.  -- for different dates?
 8        A.  Different years, yes.
 9        Q.  Yes, for St. James Associates.  I just...
10            The first question I have is do you
11   recognize -- I know it's not exactly the best evidence
12   of handwriting, but do you recognize any of the
13   handwriting on here, the markings?  Do you know who
14   might have written these on these?
15            MS. RESK:  Object to form.
16        A.  No, I don't know.
17   BY MS. GRIFFIN:
18        Q.  Do you recognize this type of report?
19        A.  Not really.
20        Q.  Do you recall receiving any documents
21   concerning St. James Associates?
22        A.  No, I didn't receive any documents --
23        Q.  Who did?
24        A.  -- for St. James.  My husband I would assume
25   would get these.
```

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 66

```
 1         Q.   Okay.  Did he -- scratch that.

 2              Were you involved in keeping any files for him

 3    with respect --

 4         A.   No.

 5         Q.   -- to St. James?

 6         A.   No.

 7         Q.   No?  So he took care of the documents himself?

 8         A.   Yes.

 9         Q.   And just to be clear, the Bates range suggests

10    that this was produced by your counsel in connection

11    with this action.  Does this ring a bell with you at

12    all as a document you had in your possession?

13         A.   I --

14         Q.   I'm going to make a representation that my

15    understanding is this Bates range means your counsel

16    provided this to the trustee, which means it had to

17    have come from you.

18              MS. RESK:  Object to form.

19              MS. GRIFFIN:  I'm sorry, Terry, is it your

20         position that this was or was not?

21              MS. RESK:  I mean, I don't know where we got

22         it.

23              MS. GRIFFIN:  Okay.  That's fair enough.  Fair

24         enough.

25
```

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 67

1    BY MS. GRIFFIN:

2        Q.  All right.  But you -- sitting here you don't

3    recognize it as something that you've ever seen before?

4        A.  If I found it and sent it to them I don't

5    recall.  I really don't.

6        Q.  Okay.  That's fine.

7            You know -- well, I'm going to draw your

8    attention to on the first page like a third of the way

9    down, close to halfway down, "Annualized return for the

10   current year 11 percent."  Do you recall any annualized

11   returns for any of your accounts including St. James

12   Associates?

13       A.  No.

14       Q.  We're done with that one.  Thank you.

15       A.  I'm just -- I just want to look at what I

16   was -- dream about it.

17           MS. RESK:  That would be a nightmare.

18           MS. GRIFFIN:  Oh, this is another one?  This

19       is 10/31/91.

20           MR. GALLAGHER:  Yes.

21           MS. GRIFFIN:  Okay.

22           Reverting back --

23           THE WITNESS:  We're regressing.

24           MS. GRIFFIN:  -- to another customer

25       statement.  If I could ask the court reporter to

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 68

```
 1        please mark as Trustee's Exhibit 9 a BLMIS customer

 2        stated -- statement in the name of Dianne K. Bienes

 3        dated 10/31/91 for the account number 100212-3-0.

 4        (Whereupon, Plaintiff's Exhibit 9 was marked

 5   for identification.)

 6   BY MS. GRIFFIN:

 7        Q.  Miss Bienes, we're showing you what's been

 8   marked as Trustee's Exhibit 9.  If you could take a

 9   look --

10        MS. GRIFFIN:  Oh, sorry, Terry.  I used to be

11        good at multi-tasking.

12   BY MS. GRIFFIN:

13        Q.  If you could take a look at the last page, is

14   that your signature?

15        A.  No.

16        Q.  And, again, is there anyone else who would be

17   authorized to sign your name on your behalf in

18   connection with this account?

19        A.  No.

20        Q.  Do you have any idea whose handwriting that

21   is?

22        A.  No.

23        Q.  Could it be your husband's?

24        A.  Possibly.

25        Q.  Okay.
```

**BENDISH REPORTING**
**877.404.2193**

CONFIDENTIAL

Page 69

1      A.  I'm not sure.

2      Q.  Okay.  Fair enough.  Okay.  Thank you.

3           MS. GRIFFIN:  Okay.  I'm going to ask the

4      court reporter to mark what appears to be a

5      transcript of the Frontline interview of Michael

6      Bienes and it bears the Bates range

7      10-05421-Bienes_006304.

8           (Whereupon, Plaintiff's Exhibit 10 was marked

9      for identification.)

10     BY MS. GRIFFIN:

11     Q.  Miss Bienes, we're giving you a copy of

12     Trustee's Exhibit 10.  Have you had an opportunity to

13     look at Trustee's Exhibit 10?

14     A.  Well, I see what it is.

15     Q.  Okay.  Do you recall seeing this document

16     before?

17     A.  No.

18     Q.  If you could take a moment to look through

19     there's a lot of handwriting on this document.  Could

20     you take a look through and tell me if you recognize

21     whose handwriting that is?

22     A.  Looks like my husband's.

23     Q.  Okay.  Do you recall that he was interviewed

24     by Frontline?

25     A.  Yes.

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 70

1        Q.  Yes?  Were you there?

2        A.  Not at the -- I was in the house, but I wasn't

3    at the --

4        Q.  The interview took place at your house?

5        A.  Yes.

6        Q.  I see.

7            That's all the questions I had about that.

8        A.  Oh, okay.

9        Q.  Yeah.  I just wanted to know if you recognized

10   the handwriting?

11           MS. RESK:  I'm sorry, what exhibit was that,

12       11?  10?

13           MS. GRIFFIN:  10.

14           All right.  I'm going to ask the -- the court

15       reporter to mark a document as an exhibit, the

16       first page of which reads "Option Agreement to:

17       Bernard L. Madoff Investment Securities" and it

18       starts with Bates range MADTBB03347901.

19           (Whereupon, Plaintiff's Exhibit 11 was marked

20       for identification.)

21   BY MS. GRIFFIN:

22       Q.  Just to speed things along we're going to --

23   I'm going to ask you questions on -- about the

24   handwriting on page -- it looks like halfway through

25   the document.  It's got what appears to be Mr. Bienes's

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 71

1   signature, it ends 925.

2       A.   Oh, 925.

3       Q.   And I do want you to take the opportunity to

4   look through this.

5       A.   Wait, you want me to look at 925 or you want

6   me to look through it?

7       Q.   I'll let you -- we'll go to 925 first.

8            This purports to be what appears to be a

9   partnership account agreement, and do you see the

10  handwritten signature there?

11      A.   Yes.

12      Q.   Do you recognize it?

13      A.   It looks like Michael Bienes's signature.

14      Q.   And can you confirm that is, in fact, your

15  husband's signature?

16           MS. RESK:  Don't guess.  Tell her what you

17      know.

18      A.   I said it appears to be his signature.

19  BY MS. GRIFFIN:

20      Q.   Okay.  Okay.  Fair enough.

21           Do you recall signing any documents in

22  connection with your investments with BLMIS?

23      A.   I don't recall, no.

24      Q.   Fair question.

25      A.   Did I sign this?

**Picard v. Avellino**                                    **Bienes 11/7/2019**
### CONFIDENTIAL

Page 72

1        Q.  I'm going to direct your attention now to

2    about eight pages from that page, Bates range ending in

3    932.

4        A.  Okay.  9 -- oh, 932.  Oh, I'm sorry, it's both

5    sides.  Okay.

6        Q.  It's on the back, yes.  We tried to condense

7    it for the travel.

8            So looking at page 932 it appears that

9    somebody signed your name.  Is that your signature?

10       A.  I -- I would assume it is, yes.

11           MS. RESK:  Do not assume.

12       A.  Oh -- oh, I mean it looks like.  What am I

13   supposed to say?

14   BY MS. GRIFFIN:

15       Q.  That's the best you can answer.

16       A.  This I see is my signature.

17       Q.  Okay.  That one looks a little different to

18   you?

19       A.  Yeah, but --

20       Q.  You have -- do you have -- you don't have any

21   recollection I take it of signing these?

22       A.  No.

23       Q.  Okay.

24       A.  I mean, I -- I see --

25       Q.  If you could turn a couple pages later, 935 is

Picard v. Avellino                              Bienes 11/7/2019

**CONFIDENTIAL**

Page 73

1    the last three Bates range.

2        A.   Yes.

3        Q.   Okay.   Is that your signature?

4        A.   Yes.

5        Q.   Okay.   And the next page, 936.

6        A.   Yes.

7        Q.   Is that your signature?

8        A.   Yes.

9        Q.   Two pages later, 938.   Is that your signature?

10       A.   Yes.

11       Q.   That's it for that.

12       A.   That's it?

13       Q.   Yes.

14            Did you have any reason to doubt that the one

15   you weren't sure about was your signature?  If you can

16   answer.

17       A.   I don't know.

18       Q.   Okay.  All right.

19       A.   Maybe it was a late night.  I don't know.

20            MS. GRIFFIN:  Asking the court reporter to

21       mark a document with BLMIS at the top titled Margin

22       Agreement, Bates range MADTBB03348229.

23            (Whereupon, Plaintiff's Exhibit 12 was marked

24       for identification.)

25

**Picard v. Avellino**                         **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 74

1   BY MS. GRIFFIN:

2       Q.  Okay.  Miss Bienes, if you could take a look

3   at number -- Trustee's Exhibit 12.  And the question I

4   have for you is whether or not that's your signature on

5   the third page of the document, Bates range 237?

6       A.  Yes.

7       Q.  Okay.  And sitting here do you have any

8   recollection of signing any agreements in connection

9   with your BLMIS investments?

10      A.  No, I do not.

11          MS. GRIFFIN:  Okay.  All right.  One more

12          time.  We're going to give the court reporter a

13          document with a BLMIS header that says Partnership

14          Account Agreement on it, Bates range

15          MADTBB03348201.

16          (Whereupon, Plaintiff's Exhibit 13 was marked

17      for identification.)

18  BY MS. GRIFFIN:

19      Q.  Okay.  Miss Bienes, I'm giving you what's been

20  marked as Trustee's Exhibit 12, and if you could just

21  take a -- oh, pardon me, I'm giving you what's been

22  marked as Trustee's Exhibit 13.  If you could look at

23  the third page ending in Bates range 203.  Do you

24  recognize that signature?

25      A.  Yes.  It's Michael Bienes.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 75

1        Q.   Okay.  And do you recognize that as your

2    husband's handwriting?

3        A.   Yes.

4        Q.   Okay.  The next page ending in 204, do you

5    recognize that signature?

6        A.   Michael Bienes.

7        Q.   And is that your husband's handwriting?

8        A.   It appears to be, yes.

9        Q.   Could you swing over to Bates range ending

10   209, that's a few pages later.  If you could look at

11   209, 210 --

12       A.   Okay.

13       Q.   -- 211 --

14       A.   Yes.

15       Q.   -- and 213 and confirm whether or not those

16   are your signatures?

17       A.   9, yes.  11?

18       Q.   Um-hum.  10?

19       A.   Yes, 10, 11, yes.

20       Q.   And 13?

21       A.   13, yes.

22       Q.   And sitting here do you recall ever signing

23   any type of authorization in connection with your

24   accounts at BLMIS?

25       A.   No.

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 76

1       Q.  Thank you.

2            MS. GRIFFIN:  Okay.  I'm giving to the court

3       reporter a document to be marked as an exhibit

4       entitled Customer Claim for Bernard L. Madoff

5       Investment Securities LLC In Liquidation

6       December 11, 2008.  And it has your name Dianne K.

7       Bienes at the top.

8            (Whereupon, Plaintiff's Exhibit 14 was marked

9    for identification.)

10   BY MS. GRIFFIN:

11       Q.  Miss Bienes, if you could take a look at this

12   exhibit which has been marked Trustee's Exhibit 14.

13            Do you recall ever having seen this document,

14   Trustee's Exhibit 14 before?

15       A.  Truly I don't remember it.

16       Q.  Okay.  Do you remember whether or not you

17   filed a customer claim in connection with your private

18   account at BLMIS?

19       A.  My what account?

20       Q.  Your -- the account that had been in your

21   name, Dianne K. Bienes.

22       A.  I don't remember.

23       Q.  Okay.  Could you please look at the fourth

24   page of the document, it's Bates range -- it's a

25   different weird number -- MWPTAP00084061.

**Picard v. Avellino**                                    **Bienes 11/7/2019**
### CONFIDENTIAL

Page 77

1        A.  Yes.

2        Q.  Okay.

3        A.  Okay.  4061.

4        Q.  Okay.  Is that your signature on that page?

5        A.  Yes.

6        Q.  It purports to be in January 6th of 2009?

7        A.  Yes.

8        Q.  Does -- looking over this document, seeing

9   your signature does it help refresh your recollection

10   about whether or not you filed this claim?

11       A.  I couldn't remember my own name on

12   January 2009.

13       Q.  Okay.  And if you could look up above under

14   number 9 it says, "Please list the full name and

15   address of anyone assisting you in the preparation of

16   this claim form."  It's the last page again.

17       A.  Yeah.

18       Q.  Or almost the last page, sorry.  Rebecca

19   McDonough, I think you mentioned her name before.

20       A.  Yes.

21       Q.  Would she --

22       A.  CPA.

23       Q.  Yeah.  And would she have helped you out with

24   this if you had filed a claim?

25       A.  I don't know to what extent, but --

**Picard v. Avellino**                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 78

1        Q.   Okay.

2        A.   -- I assume so.

3        Q.   But sitting here you have no recollection of

4    this?

5        A.   No.

6        Q.   Yeah.

7             Could you look at what is the second-to-last

8    page ending in Bates range 062.  It appears to be a

9    customer statement in the name of Dianne K. Bienes

10   dated January 31, 1993.

11       A.   Yes.

12       Q.   Do you recall having these statements?

13       A.   No.

14       Q.   Do you have any idea where Miss -- if

15   Miss McDonough had helped you prepare this do you have

16   any idea where she would have gotten this statement

17   from?

18       A.   No.

19       Q.   Do you recognize the handwriting on this

20   document?

21       A.   Which handwriting?

22       Q.   On the front page.

23       A.   No.

24       Q.   No?

25       A.   No.

**Picard v. Avellino**                                   **Bienes 11/7/2019**
## CONFIDENTIAL

Page 79

1          Q.  Under number 9 which we just -- you know, that

2     lists Miss McDonough's name?

3          A.  No, I don't know who wrote that.

4          Q.  Okay.

5          A.  Are we done with this?

6          Q.  Yes.

7               MS. GRIFFIN:  Okay.  I'm asking the court

8          reporter to mark as Trustee 15, another Customer

9          Claim, this one in the Bernard L. Madoff Investment

10         Securities liquidation.  This one is in the name of

11         St. James Associates.

12              (Whereupon, Plaintiff's Exhibit 15 was marked

13    for identification.)

14    BY MS. GRIFFIN:

15         Q.  If you could take a moment just to look at

16    Trustee's 15.

17              Are you ready?

18              Looking at Trustee's 15, if you look at the

19    fourth page, Bates range ending 665, do you recognize

20    the handwritten signatures there?

21         A.  Yes, my husband and myself.

22         Q.  Do you have any recollection of this document,

23    Trustee's 15?

24         A.  No.

25         Q.  Were you aware that a claim had been filed on

Picard v. Avellino                                    Bienes 11/7/2019

## CONFIDENTIAL

Page 80

1    the -- in the Bernard L. Madoff Investment Securities

2    liquidation on behalf of St. James?

3         A.  Yes.

4         Q.  Okay.  And do you have any idea who

5    prepared -- who filed that claim or caused it to be

6    filed?

7         A.  I don't.

8         Q.  Okay.  Okay.  Thank you.

9         MS. GRIFFIN:  I'm going to ask the court

10            reporter to mark as Trustee Exhibit 16 a -- I don't

11            even know what you call this, but it looks

12            accountantese to me.  It's a handwritten document

13            that has numbers on it and contains references to

14            Squadron Ellenoff, Lee Richards and others, and

15            it's Bates range 10-05421-Bienes_006274.

16            (Whereupon, Plaintiff's Exhibit 16 was marked

17    for identification.)

18    BY MS. GRIFFIN:

19         Q.  Okay.  Miss Bienes, if you could take a look

20    at Trustee's Exhibit 16.

21         A.  Oh, my God.

22         Q.  I do offer this up.  We use it.

23         A.  That won't -- I don't know if it will.  Let me

24    try, thank you.

25            Yes.

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 81

1       Q.  Do you recognize this document, Miss Bienes,

2   Trustee's Exhibit 16?

3       A.  I -- I think I've seen it before, but I don't

4   know where.

5       Q.  Does the handwriting look at all familiar?

6       A.  You mean who prepared it?

7       Q.  Um-hum.

8       A.  No, I don't know.

9       Q.  Okay.  There's some arrows at the bottom

10  with -- that then are drawn down to F & M.  Do you see

11  those?

12      A.  Yes.

13      Q.  Do you have any idea what F & M stands for?

14      A.  Frank and Michael.

15      Q.  Was there ever an entity associated with the

16  name F & M to your knowledge?

17      A.  I don't know.

18      Q.  At the top on the upper left-hand side it says

19  1992.  And then it has date June 23rd, Squadron

20  Ellenoff, and then there's some numbers there.  Do you

21  have any idea what Squadron Ellenoff was?

22      A.  No.

23      Q.  Below that there's a listing November 24,

24  Lee S. Richards, and then there's a number next to that

25  name.  Do you see that?

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 82

1       A.  Yes.

2       Q.  Do you know who Lee Richards is?

3       A.  I've heard the name, but I don't know who he

4   is.

5       Q.  Okay.  Do you know in what context you heard

6   the name?

7       A.  No.

8       Q.  Sitting here you have no idea who he is?

9       A.  No.

10      Q.  Okay.  December 7th is the next entry,

11  Greenberg Traurig.  There's a number next to that.  Do

12  you see that?

13      A.  Yes.

14      Q.  Do you have any idea who -- what Greenberg

15  Traurig is?

16      A.  A law firm.

17      Q.  Um-hum.  And do you know whether or not

18  Greenberg Traurig was involved in the 1992 SEC

19  investigation?

20      A.  I don't know.

21      Q.  Did Avellino & Bienes ever retain Greenberg

22  Traurig?

23      A.  I think for partnership agreements.

24      Q.  Okay.  So the answer is yes?

25      A.  Yes.

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 83

```
 1       Q.  Okay.  And how else --

 2           MS. RESK:  I'm sorry, do you know that or were

 3       you thinking?

 4           THE WITNESS:  No, I know it.

 5           MS. RESK:  Okay.

 6           THE WITNESS:  No, I know it.

 7           MS. RESK:  Good.

 8   BY MS. GRIFFIN:

 9       Q.  And when you say the partnership agreements

10   for what entity?

11       A.  All.

12       Q.  All.  And when you say all could you list what

13   you mean?

14       A.  Avellino & Bienes, Grosvenor, St. James,

15   whatever.  Ongoing over the years.

16       Q.  If you could look a little further down on the

17   document there's the number 1993 on the far left and

18   then it lists Squadron Ellenoff, Greenberg Traurig, and

19   then below that Pricewaterhouse and then a number next

20   to that.

21       A.  Yes.

22       Q.  And can you just -- do you have an

23   understanding of whether Pricewaterhouse was involved

24   in the 1992 SEC investigation?

25       A.  Yes, they were retained to do the audit.
```

---

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 84

1       Q.   Do you know whether or not Avellino & Bienes

2    had to pay attorney's fees as a result of that 1992 SEC

3    investigation?

4       A.   I don't know.

5       Q.   But you were aware that attorneys did

6    represent Avellino & Bienes --

7       A.   Yes.

8       Q.   -- in connection with that?

9       A.   Yes.

10      Q.   So --

11      A.   Yes.

12      Q.   -- you would assume that they --

13      A.   Right.

14      Q.   -- incurred fees?

15      A.   But she said I shouldn't say I assume, so I'm

16   not assuming.

17      Q.   Got you.  You said you think you've seen this

18   document before.  Do you have any context in which you

19   may have seen it?

20      A.   I don't know.

21      Q.   Okay.  Okay, we're done.

22           MS. RESK:  Oh, good.  Forever.

23           MS. GRIFFIN:  Not completely, Terry.  Don't

24      get excited.

25           All right.  I'm going to ask the court

**Picard v. Avellino**                              **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 85

1        reporter to mark as Trustee's Exhibit 17 what

2        appears to be a letter dated December 16th, 2008,

3        that appears to be at the bottom with the printed

4        name Michael Bienes and it is addressed to Mr. Lee

5        Richards care of Bernard L. Madoff.  It's on Bates

6        stamp MADTSS00212074.

7                (Whereupon, Plaintiff's Exhibit 17 was marked

8    for identification.)

9    BY MS. GRIFFIN:

10       Q.  Miss Bienes, if you could just take a moment

11   to review Trustee's Exhibit 17.

12               Oh, I'm sorry, have you had an opportunity to

13   review Trustee's Exhibit 17?

14       A.  Slightly.

15       Q.  Have you ever seen this Trustee's Exhibit 17

16   before?

17       A.  Yes.

18       Q.  And in what context did you see it?

19       A.  I don't recall.

20       Q.  Do you know whether or not Mr. Bienes prepared

21   Trustee's Exhibit 17?

22       A.  I don't know.

23       Q.  Can you look at the first page at the top

24   there's a fax line there.

25       A.  Yes.

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

Page 86

1        Q.   And a number at the top 02074085656.  Do you

2   see that?

3        A.   Yes.

4        Q.   And next to it letters DMB space FAX space LDN

5   space?

6        A.   Right.

7        Q.   Do you have any idea what those numbers or

8   what those letters might mean?

9        A.   Yes.  I would assume that's our London fax.

10       Q.   Okay.  And you had a fax in your London home?

11       A.   Yes.

12       Q.   Okay.  Do you know -- strike that.

13            Can you look at the last page and all of those

14   phone numbers, fax numbers, mobile numbers, and there's

15   also an email address.

16       A.   Yes.

17       Q.   Do you recognize any of those?

18       A.   Yes.

19       Q.   Okay.  And what are they?

20       A.   They're my numbers.

21       Q.   Okay.

22       A.   The first three would be London and the

23   following three would be Florida.

24       Q.   And that email address at the bottom,

25   DMBienes@AOL.com?

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 87

1          A.   That's mine.

2          Q.   That's yours?

3               Were you involved at all in preparing a letter

4    to Mr. Richards?

5          A.   I don't recall.

6          Q.   Do you recall --

7          A.   I don't recall this letter at all.

8          Q.   Okay.  Do you have any reason to doubt that

9    Mr. Bienes sent this letter to Mr. Richards from

10   your --

11         A.   No, I don't doubt it --

12         Q.   Okay.

13         A.   -- because it was sent from my fax number.

14         Q.   Okay.  Thank you.

15         A.   Are we done with this?

16         Q.   Yes, thank you.

17         A.   I don't want to give it back if I need to keep

18   it.

19         Q.   Did there come a time that Mr. Bienes retired?

20         A.   Yes.

21         Q.   And do you recall when that was?

22         A.   From accounting or from business?

23         Q.   From business in general.

24         A.   I guess sometime in the '80s.

25         Q.   When did he retire from account -- from

Picard v. Avellino                          Bienes 11/7/2019
## CONFIDENTIAL

Page 88

 1   providing accounting services?

 2       A.   Well, I know that was in the '80s, but exactly

 3   when I don't know.

 4       Q.   And so after he retired from providing

 5   accounting services were you employed at that time?

 6       A.   No.

 7       Q.   Where did your and Mr. Bienes's income come

 8   from after Mr. Bienes retired?

 9           MS. RESK:   Object to form.

10   BY MS. GRIFFIN:

11       Q.   Did you have an income after Mr. Bienes

12   retired from accounting?

13           MS. RESK:   And by "you" you mean her

14       individually or them as a couple --

15           MS. GRIFFIN:   Together.

16           MS. RESK:   -- or him?

17           MS. GRIFFIN:   Together.

18   BY MS. GRIFFIN:

19       Q.   So after Mr. Bienes ceased --

20       A.   From --

21       Q.   -- providing accounting services.

22       A.   -- income from investments.

23       Q.   And those investments were with Mr. Madoff?

24       A.   Mostly, yes.

25       Q.   What other sources of income did you have from

**Picard v. Avellino**                           **Bienes 11/7/2019**

## CONFIDENTIAL

```
                                                        Page 89

 1    the 1980s on?  I know that's a long time.

 2         A.  I don't really remember.

 3         Q.  Did you invest with any other investment

 4    managers?

 5         A.  I didn't, no.

 6         Q.  Did Michael?

 7         A.  I don't know.

 8         Q.  Do you have any idea whether you diversified

 9    your investments outside of Mr. Madoff?

10         A.  No, I don't know.

11         Q.  What other sources of income can you recall,

12    if any, outside of your Madoff investments?

13         A.  I can't.

14         Q.  So to your knowledge that's --

15         A.  Yeah.

16         Q.  -- the only source of income you knew of?

17            MS. RESK:  Object to form.

18    BY MS. GRIFFIN:

19         Q.  You can answer.

20         A.  Hum?

21         Q.  Other than --

22         A.  I'm sorry.

23         Q.  I'll rephrase.

24            Other than the invest -- the income that you

25    earned from the Madoff investments what other sources
```

Picard v. Avellino                              Bienes 11/7/2019

**CONFIDENTIAL**

Page 90

1    of income did you and Mr. Bienes have after he retired?

2        A.  I don't recall.

3        Q.  Mr. Bienes had testified that around 1992-93

4    he approximated that you had about 17 to $18 million

5    invested with BLMIS.  Does that seem right to you?

6            MS. RESK:  Object to form.

7    BY MS. GRIFFIN:

8        Q.  You can answer.

9        A.  I -- I don't know.

10       Q.  Do you know what your net worth was in 1992?

11       A.  No, I don't.

12       Q.  Do you know what your net worth was just

13   before Madoff confessed to the fraud in December 2008?

14       A.  No, I don't.

15       Q.  Did you have or are you aware of what your --

16   strike that.

17           Who would have known what your net worth was

18   at the time that Madoff confessed?

19       A.  I don't think anyone would have known.

20       Q.  Do you know how much money you had invested

21   with Madoff when he confessed in December 2008?

22       A.  Approximately 50 million in St. James and 20

23   million in the pension plan.

24       Q.  What do you mean by the pension plan?

25       A.  We had a pension plan.

**Picard v. Avellino**                          **Bienes 11/7/2019**
## CONFIDENTIAL

1      Q.  And what was that plan called?  Did it have an

2   account with Madoff?

3      A.  Yes.

4      Q.  What was the name on that account?

5      A.  I think it was Mayfair.  I don't really

6   recall.

7      Q.  Who else was involved Mayfair, if anyone?

8      A.  As far as I --

9           MS. RESK:  Object to form.

10          You can answer.

11     A.  As far as I know the Avellinos and us.

12  BY MS. GRIFFIN:

13     Q.  Okay.  Was Mayfair a partnership?

14     A.  I don't know.

15     Q.  But you were -- strike that.

16          At the time Madoff confessed in December 2008,

17  to your knowledge did you have any other investments

18  anywhere else?

19     A.  No.

20          THE VIDEOGRAPHER:  Counsel, five minutes until

21          media change.

22  BY MS. GRIFFIN:

23     Q.  Would it be fair to say that your and

24  Mr. Bienes's sole source of income since the '80s or

25  primary source of income was Madoff investments?

**Picard v. Avellino**                                    **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 92

1        A.   I would think so, yes.

2        Q.   It enabled you to have nice homes?

3        A.   Yes.

4        Q.   You had a house -- a home in London, not a

5   house, sorry?

6        A.   We rented an apartment in London.

7        Q.   Did you have any other real estate properties?

8        A.   No.

9        Q.   No?

10            Did you own artwork?

11       A.   No.

12       Q.   Did you or Michael or anyone on your behalf

13   file any claims with regard to your Madoff investments

14   with anyone other than the SIPA Trustee?

15       A.   No.

16       Q.   So you didn't file anything or Michael didn't

17   file anything with the Madoff Victims Funds which

18   was/is administered by Richard Breeden?

19       A.   What is that?

20       Q.   The Madoff's Victims Fund.

21       A.   I don't know what it is --

22       Q.   Okay.

23       A.   -- so I can't answer you.

24       Q.   But, to your knowledge, the only claim you

25   filed is in the SIPA liquidation?

**Picard v. Avellino**                              **Bienes 11/7/2019**

## CONFIDENTIAL

                                                                 Page 93

```
 1        A.   That's all I know about.

 2        Q.   Okay.  With Madoff's confessing and your

 3   income having been primarily derived from him how are

 4   you currently meeting expenses today?

 5            MS. RESK:  Objection.  That's totally

 6        irrelevant.

 7            MS. GRIFFIN:  Okay.

 8   BY MS. GRIFFIN:

 9        Q.   Is anybody else paying your attorney's fees in

10   connection with this action?

11        A.   Yes.

12        Q.   Who?

13        A.   Mr. Avellino.

14        Q.   Have you discussed that arrangement directly

15   with Mr. Avellino?

16        A.   Have I discussed?

17        Q.   The fact that he would pay your legal fees.

18   Were you involved in any discussions?

19        A.   No, I was not involved.

20        Q.   And who was, if anyone?

21        A.   My husband.

22        Q.   Did you file any insurance claims in

23   connection with your Madoff investments?

24        A.   Oh, I don't remember.

25        Q.   And just to be clear, did Michael or anyone on
```

**Picard v. Avellino**                              **Bienes 11/7/2019**

### CONFIDENTIAL

Page 94

1   your behalf file any insurance claims for the Madoff

2   investments?

3       A.  What kind of insurance?

4       Q.  I don't know, I'm just asking.  People have

5   filed claims with insurance companies, so I'm not

6   saying it's covered, I'm just asking a question.  To

7   your knowledge.

8       A.  I don't -- I don't really recall.

9       Q.  Have you recovered any monies in connection

10  with your Madoff investments from any sources?

11      A.  No.

12      Q.  After Madoff confessed in 2008 did you and

13  Michael retain attorneys?

14          MS. RESK:  Object to form.  Time frame.

15  BY MS. GRIFFIN:

16      Q.  After Madoff confessed in December 2008 to his

17  fraud did you retain attorneys in connection with your

18  Madoff investments?

19      A.  We retained attorneys because we had a huge

20  loan outstanding and our source of income had

21  disappeared.

22      Q.  And what did those attorneys do in connection

23  with that loan that was outstanding?

24          MS. GRIFFIN:  This -- actually this may be a

25          good time to break.  He has to change the --

**Picard v. Avellino**                          **Bienes 11/7/2019**
### CONFIDENTIAL

---

Page 95

1          THE WITNESS:  Answer?

2          MS. GRIFFIN:  Yeah, sure.

3          THE WITNESS:  Oh.

4          MS. GRIFFIN:  You can wait until -- we'll

5     break and I'll rephrase the question.

6          THE WITNESS:  Okay.  Okay.

7          THE VIDEOGRAPHER:  Going off the record.  The

8     time is 11:22.

9          (Recess taken at 11:22 a.m.)

10          (Deposition resumed at 11:33 a.m.)

11          THE VIDEOGRAPHER:  Back on the video record.

12     The time is 11:33.

13   BY MS. GRIFFIN:

14     Q.  There's just a couple questions I want to

15   follow up that I asked you earlier.

16     A.  Okay.

17     Q.  Forgive me for jumping out of order.

18          Back in 1992 did you have an understanding

19   about why the SEC was investigating Avellino & Bienes?

20     A.  What I was told?

21          MS. RESK:  By whom?

22          THE WITNESS:  By my husband.

23          MS. RESK:  You're not going to answer that.

24   BY MS. GRIFFIN:

25     Q.  But you had an understanding about why they

---

**Picard v. Avellino**                                    **Bienes 11/7/2019**
**CONFIDENTIAL**

Page 96

1    were investigating you?

2         A.   Once it happened, yes.

3         Q.   And what was that understanding?

4         A.   What I was told by my husband.

5              MS. GRIFFIN:  Are you directing her not to

6         answer?

7              MS. RESK:  Yeah.

8    BY MS. GRIFFIN:

9         Q.   Okay.  Did you or Mr. Bienes or anyone on your

10   behalf file for any federal tax refund in connection

11   with your Madoff investments?

12        A.   Yes.

13        Q.   And can you elaborate on what you did file?

14        A.   What we did file?

15        Q.   Um-hum.

16        A.   I -- I don't know how to answer that.  What do

17   you mean what we did file?

18        Q.   When did you file for that federal tax refund

19   in connection with your Madoff investments?

20        A.   When -- I guess when it was allowed.

21        Q.   Okay.  And were you granted any tax refund?

22        A.   Yes.

23        Q.   And do you know how much you were granted?

24        A.   No.

25        Q.   Did you file any state tax refunds in

**Picard v. Avellino**                                    **Bienes 11/7/2019**
## CONFIDENTIAL

```
1   connection?

2         A.   We don't have state tax.

3         Q.   And why is that?

4         A.   We don't have state tax in Florida.

5         Q.   Okay.

6         A.   Oh --

7         Q.   For the record.

8         A.   -- I'm sorry.

9         Q.   For the record.

10        A.   I'm sorry.

11             (Whereupon, Plaintiff's Exhibit 18 was marked

12   for identification.)

13             MS. GRIFFIN:  Okay.  I've asked the court

14        reporter to mark as the Trustee's Exhibit 18 a

15        document that has the letterhead the US -- United

16        States Securities and Exchange Commission and it's

17        got a date of January 22, 2009, and it's addressed

18        to Michael Bienes at 141 Bay Colony Drive,

19        Fort Lauderdale.

20   BY MS. GRIFFIN:

21        Q.   Could you take a look at --

22        A.   Sure.

23        Q.   -- Trustee's Exhibit 18?

24        A.   Yes.

25        Q.   Okay.  Have you ever seen Trustee's Exhibit 18
```

**Picard v. Avellino**                          **Bienes 11/7/2019**

## CONFIDENTIAL

1   before?

2        A.   I'm -- I'm not sure.   I don't --

3        Q.   Okay.

4        A.   I'm not really aware of this.

5        Q.   Were you aware that the SEC had served a

6   subpoena on Mr. Bienes after Madoff confessed in

7   December 2008?

8        A.   No.

9        Q.   Did you ever become aware that he had been

10  served with a subpoena?

11       A.   No, I didn't.

12       Q.   Did you ever become aware that St. James had

13  been served with a subpoena by the SEC?

14       A.   No.

15       Q.   Did -- forgive me if you've answered this

16  already.   Did you maintain any files in connection with

17  St. James's investments?

18       A.   No.

19       Q.   Who did, if anybody?

20       A.   My husband.

21       Q.   Just for the record to be clear, so you did

22  not assist him in responding to any SEC subpoena to

23  your knowledge?

24       A.   No.   No, I wasn't aware of it.

25       Q.   Do you currently have in your custody --

**Picard v. Avellino**                          **Bienes 11/7/2019**
### CONFIDENTIAL

Page 99

1   sorry, we're done with that.  Thank you.

2          Do you have in your possession any records

3   regarding the St. James Associates BLMIS investment

4   accounts?

5        A.  No.

6        Q.  Do you have in your possession any records

7   regarding any investments in BLMIS?

8        A.  No.

9        Q.  Just to be clear, did the SEC ever interview

10  you after Madoff confessed in 2008?

11       A.  No.

12       Q.  Do you know whether the SEC interviewed or

13  deposed your husband in connection with Madoff?

14       A.  They did not.

15       Q.  Okay.  Did you ever speak with the Federal

16  Bureau of Investigation after Madoff confessed in

17  December 2008?

18       A.  No.

19       Q.  Do you know whether Mr. Bienes spoke to the

20  FBI?

21       A.  I would have no idea.

22       Q.  Do you have any emails or texts about your

23  BLMIS investments?

24       A.  Do I have any --

25       Q.  Emails --

**Picard v. Avellino**                                 **Bienes 11/7/2019**

## CONFIDENTIAL

                                                        Page 100

1        A.  No, I --

2        Q.  -- or texts?  No?

3        A.  I never had any email contact with Madoff.

4        Q.  Okay.  Did you ever -- do you know what a

5    litigation hold is?

6        A.  A litigation hold?

7        Q.  Yes, do you know what that is?

8        A.  No.

9        Q.  After Madoff confessed in 2009 did you and

10   your husband endeavor to preserve records relating to

11   your investments in BLMIS?

12       A.  I didn't have any records.

13       Q.  But your husband did according to your

14   testimony; isn't that right?

15           MS. RESK:  Object to form.

16       A.  I --

17   BY MS. GRIFFIN:

18       Q.  To your knowledge did Mr. Bienes preserve any

19   records concerning your BLMIS investments after Madoff

20   confessed in December of 2008?

21       A.  I don't know.

22       Q.  Do you regularly delete emails on a daily

23   basis?

24       A.  Yes.

25       Q.  When did you start that practice?

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                                    **Bienes 11/7/2019**
## CONFIDENTIAL

---

Page 101

1        A.   I've always done it.

2        Q.   How long have you had an email address?

3        A.   I'm not sure.

4        Q.   When did you hire attorneys in connection with

5    your Madoff investments?

6        A.   You mean after?

7        Q.   After Madoff confessed in December 2008.

8        A.   Sometime I guess in 2009.

9             MS. RESK:   Don't guess.

10   BY MS. GRIFFIN:

11       Q.   Do you remember what law firm represented you?

12       A.   In this case originally?

13       Q.   Actually you had just said that you hired

14   attorneys in connection with your Madoff investments

15   after 2008 and I'm asking you what law firm that was?

16       A.   Broad and -- excuse me -- Broad and Cassels

17   [sic].

18       Q.   And in what connection did they represent you

19   regarding your Madoff investments?

20       A.   I have no idea.

21       Q.   Did you communicate with them or did your

22   husband?

23       A.   Basically my husband.

24       Q.   Do you regularly delete texts on a daily

25   basis?

---

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                                      **Bienes 11/7/2019**
## CONFIDENTIAL

---

Page 102

1      A.  Yes.

2      Q.  Why is that?

3      A.  Because they're of no consequence.

4      Q.  So even after this lawsuit was filed in 2010

5  you continued to delete emails and texts on a daily

6  basis?

7      A.  Yes.

8      Q.  Have you had any communications with Madoff or

9  any member of his family since he confessed in

10 December 2008?

11     A.  No.

12     Q.  Are you aware if Mr. Bienes had any

13 communications with Madoff or any member of his family?

14     A.  None.

15     Q.  Were you surprised to learn that Avellino &

16 Bienes's former attorney, Ira Sorkin, was representing

17 Madoff?

18         MS. RESK:  Object to form.

19 BY MS. GRIFFIN:

20     Q.  You can answer.

21         MS. RESK:  Can you rephrase it, I mean --

22     please.

23 BY MS. GRIFFIN:

24     Q.  Did there come a time where you learned Ira

25 Sorkin was representing Madoff?

---

**Picard v. Avellino**                              **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 103

```
 1       A.  Yes.

 2       Q.  Yes?

 3           Were you surprised at that having -- him

 4   having represented Avellino & Bienes?

 5       A.  I had no thought about it one way or the

 6   other.

 7       Q.  Are you aware whether anyone else representing

 8   you or Michael has reached out to Mr. Madoff since

 9   2008?

10       A.  No.

11           MS. GRIFFIN:  We're done.

12           MS. RESK:  I have just a few.

13           No, no, keep it on for just a little bit --

14           THE WITNESS:  Oh.

15           MS. RESK:  -- because I have a few follow-up

16       questions.

17           THE WITNESS:  Oh.

18                      CROSS-EXAMINATION

19   BY MS. RESK:

20       Q.  Do you know whether or not Frank Avellino

21   monitored any of the statements that we're talking

22   about today?

23       A.  No.

24       Q.  Do you know if or how often he would look at

25   the statements?
```

**Picard v. Avellino**                          **Bienes 11/7/2019**

**CONFIDENTIAL**

```
 1        A.  No.

 2        Q.  When you -- when A & B paid anything as a

 3   result -- I'm sorry.  When A & B paid anything after

 4   you became a partner were checks made out just to

 5   Mr. Bienes or to both of you?

 6             MS. GRIFFIN:  Objection.  I just don't

 7        understand the question.

 8             MS. RESK:  Okay.

 9   BY MS. RESK:

10        Q.  Payments were made by A & B after you became a

11   partner of A & B.  Do you know to whom checks from

12   A & B representing those payments were made payable?

13        A.  No, I don't recall.

14             MS. GRIFFIN:  Objection to form.  What

15        payments were made by A & B?  That is my --

16             MS. RESK:  The payments that she said earlier

17        were made by A & B.

18             MS. GRIFFIN:  To her, to --

19             MS. RESK:  Well, that's the question.  She

20        said they were made by A & B, but I don't know to

21        whom they were made.

22        A.  You mean when Michael and I were 50/50

23   partners --

24        Q.  Yes.

25        A.  -- were they made out to Dianne and Michael
```

**Picard v. Avellino**                                      **Bienes 11/7/2019**

**CONFIDENTIAL**

Page 105

1    Bienes or --

2         Q.  Yes.

3         A.  -- just Michael Bienes?

4         Q.  Right.

5         A.  I don't recall.

6         Q.  Okay.  So you don't know who they were made

7    payable to?

8         A.  No.  But we were considered one unit.

9         Q.  Do you know in reference to all of the

10   investments we've been discussing today whether or not

11   they were made with Bernie Madoff individually or

12   whether he was -- he had a formal entity?

13        A.  As far as I knew it was made with his formal

14   entity.

15        Q.  Do you know whether or not he actually -- they

16   were made with an LLC or whether he was just doing

17   business under the name Bernard L. Madoff --

18             MS. GRIFFIN:  Object --

19        Q.  -- Investment Securities?

20        A.  I have no idea.

21             MS. GRIFFIN:  Objection.

22   BY MS. RESK:

23        Q.  Do you know whether or not when investments

24   were made they were made with a formal entity that's --

25   that's Bernard L. Madoff Investment Securities LLC or

**Picard v. Avellino**                                      **Bienes 11/7/2019**

## CONFIDENTIAL

Page 106

1    just to Bernard Madoff?

2         A.  I would have --

3              MS. GRIFFIN:  Object to form.

4    BY MS. RESK:

5         Q.  You can answer it.

6         A.  I would have no idea.

7         Q.  Do you know, do you have any knowledge as to

8    when those investments were made to whom they were

9    actually made?

10        A.  No.

11             MS. RESK:  Nothing else I don't think.  Let me

12        look.

13             I'm done.

14             MS. GRIFFIN:  We're done.

15             THE VIDEOGRAPHER:  Going off the record.  The

16        time is 11:47.  We're off.

17             (The deposition was concluded at 11:47 a.m.)

18             (Reading and signing of the deposition was not

19    waived by the witness and all parties.)

20

21

22

23

24

25

**Picard v. Avellino**                        **Bienes 11/7/2019**

**CONFIDENTIAL**

---

Page 107

```
 1                      CERTIFICATE OF OATH

 2    STATE OF FLORIDA

 3    COUNTY OF BROWARD

 4

 5             I, Janet L. McKinney, Registered Professional

 6    Reporter, Florida Professional Reporter, Certified

 7    LiveNote Reporter, Notary Public, State of Florida,

 8    certify that DIANNE BIENES personally appeared before

 9    me on November 7, 2019 and was duly sworn.

10             Signed this 8th day of November, 2019.

11

12

13                      _____
                        Janet L. McKinney
14                      Registered Professional Reporter
                        Florida Professional Reporter
15                      Certified LiveNote Reporter
                        Notary Public, State of Florida
16                      Commission No.:  GG182475
                        Expires:  June 2, 2022
17

18

19

20

21

22

23

24

25
```

---

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                                    **Bienes 11/7/2019**

## CONFIDENTIAL

Page 108

1                              ERRATA SHEET
                    DO NOT WRITE ON THE TRANSCRIPT
2                   ENTER CHANGES ON THIS PAGE
3

| Page | Line | Change | Reason |
|------|------|--------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9                              JURAT

10

11          I, DIANNE BIENES, have read the foregoing
     deposition and hereby affix my signature that same is
     true and correct, except noted above.

12

13          _____
                    DIANNE BIENES
14   THE STATE OF _____
15   COUNTY OF _____
16       Before me, _____, on this day
     personally appeared _____, known to me or
17   proved to me on the oath of or through _____
     (description of identity card or other document) to be
18   the person whose name is subscribed to the foregoing
     instrument and acknowledged to me that he/she executed
19   the same for the purpose and consideration therein
     expressed.
20       Given under my hand and seal of office on
      this _____ day of _____  _____.

21

22          _____

              NOTARY PUBLIC IN AND FOR
23   THE STATE OF _____
24   My Commission Expires: _____.
25

**BENDISH REPORTING**
**877.404.2193**

**Picard v. Avellino**                                    **Bienes 11/7/2019**
**CONFIDENTIAL**

Page 109

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF BROWARD

4

5           I, Janet McKinney, Registered Professional

6    Reporter, Florida Professional Reporter, Certified

7    LiveNote Reporter, certify that I was authorized to and

8    did stenographically report the deposition of DIANNE

9    BIENES, pages 6 through 106; that a review of the

10   transcript was not requested; and that the transcript

11   is a true record of my stenographic notes.

12          I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am

16   I financially interested in the action.

17          Dated this 8th day of November, 2019.

18

19

20          _____
             Janet L. McKinney, RPR, FPR, CLR
21          Registered Professional Reporter
             Florida Professional Reporter
22          Certified LiveNote Reporter

23

24

25

Picard v. Avellino                                                  Bienes 11/7/2019

CONFIDENTIAL

**A**

**a.m**
1:20,20 5:9 39:18,19
51:23,24 95:9,10
106:17
**ability**
10:9,14
**able**
10:3
**abruptly**
35:19
**absolutely**
54:18
**account**
3:9,14,15,22 26:8
35:22 37:13 39:12
40:6,9,12 44:21,23
48:14 55:5,15 61:9,13
61:21 62:23 68:3,18
71:9 74:14 76:18,19
76:20 87:25 91:2,4
**accountant**
11:19 12:3 13:21 17:2
18:21 22:8,9 29:8
37:12,14 55:13
**accountantese**
80:12
**accountants**
55:12
**accounting**
4:3 9:16,18,19,20
21:17 29:11,14,18,22
87:22 88:1,5,12,21
**accounts**
36:10 49:24 57:21
67:11 75:24 99:4
**accuracy**
55:15
**accurately**
7:15
**achieved**
9:10
**acknowledged**

108:18
**acquainted**
11:16
**act**
58:5
**action**
66:11 93:10 109:15,16
**activities**
36:14
**address**
55:14 58:11,14 77:15
86:15,24 101:2
**addressed**
58:24 62:20 85:4 97:17
**administered**
92:18
**Adv**
1:4,13
**Adversary**
5:21
**advised**
7:10
**affect**
10:13
**affirm**
6:11
**affirmed**
6:17
**affix**
108:11
**ago**
11:2
**agreed**
48:22
**agreement**
3:20,21,22 70:16 71:9
73:22 74:14
**agreements**
74:8 82:23 83:9
**Ah**
52:16
**al**
1:15 5:19

**allergies**
47:22,23
**allowed**
96:20
**Alpern**
11:16,18,21,25 12:11
12:12,15,17,21,25
13:15,17,20,23 14:9
14:13,22 15:3,13,19
15:23 16:23 17:1,23
18:6,10,12,21 19:5
28:21,22
**Alpern's**
17:14,21 21:5
**America**
20:21
**amount**
16:1
**annual**
60:9
**annualized**
67:9,10
**answer**
7:2,19 8:7,8 10:3,9
14:21 24:2 29:15
39:24 41:23 43:3
44:14 72:15 73:16
82:24 89:19 90:8
91:10 92:23 95:1,23
96:6,16 102:20 106:5
**answered**
98:15
**answers**
7:7,7 40:1
**anybody**
12:24 17:11 27:10
37:23 93:9 98:19
**anymore**
47:6
**anyplace**
33:1
**apartment**
92:6

**apologies**
52:16 56:10
**apologize**
52:4 53:7
**APPEARANCES**
2:1
**appeared**
107:8 108:16
**appears**
54:21,23,24 58:23 62:5
62:6 63:12,13,22 69:4
70:25 71:8,18 72:8
75:8 78:8 85:2,3
**approximated**
90:4
**approximately**
11:1,9 13:6 18:3 30:3
47:13 48:6 90:22
**arrange**
48:3
**arrangement**
93:14
**arrangements**
32:10
**arrows**
81:9
**artwork**
92:10
**asked**
8:24 35:22 42:19 95:15
97:13
**asking**
25:12 26:17 27:21
28:13 31:15 43:1
44:25 73:20 79:7 94:4
94:6 101:15
**assist**
98:22
**assistant**
34:16
**assisting**
77:15
**associated**

Picard v. Avellino                                    Bienes 11/7/2019
CONFIDENTIAL

81:15
**Associates**
64:12 65:9,21 67:12
79:11 99:3
**association**
5:11
**assume**
10:8,16 14:11,24 15:12
26:6,13 27:24 28:9,16
31:8 43:14 51:8,9
65:24 72:10,11 78:2
84:12,15 86:9
**assuming**
84:16
**assumption**
28:19
**attention**
38:8 57:6 59:24 61:9
67:8 72:1
**attorney**
39:6 102:16 109:13
**attorney's**
84:2 93:9
**attorneys**
5:24 40:24 42:16 84:5
94:13,17,19,22 101:4
101:14 109:15
**audible**
7:8
**audit**
13:9,11,14 83:25
**authority**
57:24 58:5
**authorization**
75:23
**authorized**
68:17 109:7
**authorizing**
57:19
**Avellino**
1:15 5:19 9:1,2 17:21
17:24 18:1,17,19,22
18:25 19:18,22 20:4,6

25:6,9,14 26:1,4,7,11
26:19,21 27:4,9,12,22
28:11 29:1,5,10,11,17
30:1,9,12,14,14 31:4
31:13,18 32:17 33:13
33:17 34:2,4,10,13
38:18 40:10 41:16,18
42:12 43:15 44:21
45:2,3,24 47:8 50:23
51:8 58:4,5 82:21
83:14 84:1,6 93:13,15
95:19 102:15 103:4
103:20
**Avellino's**
57:17
**Avellinos**
47:11 48:15 50:1,4
91:11
**Avenue**
1:21 5:13 33:3,7
**aware**
12:17 38:16 40:16 51:1
61:12,17 79:25 84:5
90:15 98:4,5,9,12,24
102:12 103:7
**awhile**
34:5

--- **B** ---

**B**
2:6 3:6 104:2,3,10,11
104:12,15,17,20
**back**
17:20 39:20 40:1,2
44:20 46:8 51:25
56:11 58:16 67:22
72:6 87:17 95:11,18
**background**
9:9,25
**BAKER**
2:3
**BakerHostetler**
6:4,6
**Bankruptcy**

1:1 5:20
**based**
28:19 36:23 37:19
41:23
**Basically**
101:23
**basis**
12:5 100:23 101:25
102:6
**Bates**
53:8 54:6 57:7 59:19
61:24 64:13 66:9,15
69:6 70:18 72:2 73:1
73:22 74:5,14,23 75:9
76:24 78:8 79:19
80:15 85:5
**Bay**
62:21 97:18
**Beach**
2:10
**bears**
69:6
**Becky**
37:15,16
**becoming**
49:8
**behalf**
2:2,8 32:15 57:20 58:6
68:17 80:2 92:12 94:1
96:10
**believe**
10:13 20:21 45:17
64:10
**bell**
66:11
**bells**
60:5
**Bendish**
2:15 5:11
**Bernard**
1:5,8,11,12 3:20,23 4:1
5:17,18 8:11,17 11:21
12:18 15:10 18:23

19:1 20:16 21:8 55:17
70:17 76:4 79:9 80:1
85:5 105:17,25 106:1
**Bernie**
105:11
**best**
65:11 72:15
**better**
54:16
**Bienes**
1:18 2:8 3:2,19 4:4
5:23 6:16,21 9:4 13:4
13:8,16,22 14:20
17:24 21:16 23:2,9,14
24:6,19 25:6,9,14
26:1,4,8,12,19,21
27:5,9,12,21,22 28:11
29:1,5,11,11,17 30:1
30:9,12,14 31:18
32:13,17 33:17,22
34:3,4,10,14 36:14
38:1,18 39:23 40:4,10
41:16,18 43:15 45:3,3
45:11,24 47:8,11
51:16 52:10 54:5
56:21 57:2 58:25 59:4
59:13,18,22 60:24
61:4,23 62:4,20 63:5
64:13,13,19,21 68:2,7
69:6,11 74:2,19,25
75:6 76:7,11,21 78:9
80:19 81:1 82:21
83:14 84:1,6 85:4,10
85:20 87:9,19 88:8,11
88:19 90:1,3 95:19
96:9 97:18 98:6 99:19
100:18 102:12 103:4
104:5 105:1,3 107:8
108:10,13 109:9
**Bienes's**
14:9 33:13 44:21 49:25
70:25 71:13 88:7
91:24 102:16

Picard v. Avellino                                    Bienes 11/7/2019
CONFIDENTIAL

Page 3

**bills**
32:10
**bit**
9:8 35:15 52:13,16
103:13
**black**
54:18
**blank**
64:10
**BLMIS**
8:11,21 30:21,23 31:2
31:5 32:15 34:25
35:12 37:21 38:7
52:12 57:21 58:6,24
59:9 60:23 61:13
62:20 68:1 71:22
73:21 74:9,13 75:24
76:18 90:5 99:3,7,23
100:11,19
**blood**
10:12
**bonds**
15:17 35:6
**bookkeeping**
9:17,20 10:21 26:24
**books**
12:3,22 18:15 30:19
43:14 55:4,6
**boring**
64:4,6
**born**
38:23
**boss**
14:9
**bottom**
53:17 54:21 64:14 81:9
85:3 86:24
**break**
39:25 94:25 95:5
**Breeden**
92:18
**Brentwood**
10:25

**briefly**
9:10
**Broad**
101:16,16
**broker**
20:25 21:2
**brother**
23:7
**brother-in-law**
23:7,8
**brought**
45:4
**BROWARD**
107:3 109:3
**building**
10:24 33:7
**Bureau**
99:16
**burning**
43:22
**business**
8:21 12:22 16:22,25
22:25 28:4,10 29:14
47:6 87:22,23 105:17

**C**

**call**
35:13,16,21,21 36:18
39:5 59:24 61:9 80:11
**called**
9:21 11:6 25:6 36:19
38:6 91:1
**calls**
38:7 42:23
**capacity**
13:19
**caption**
5:15
**capture**
7:11
**card**
108:17
**care**
12:3 32:11 66:7 85:5

**career**
17:19
**case**
5:15 101:12
**Cassels**
101:16
**cause**
5:5
**caused**
80:5
**ceased**
88:19
**certain**
39:2 54:17
**Certainly**
21:12
**Certificate**
3:4,4 107:1 109:1
**certified**
1:25 5:3 13:9,14 29:7
55:13 107:6,15 109:6
109:22
**certify**
107:8 109:7,12
**Cgallagher@bakerla...**
2:5
**change**
91:21 94:25 108:3
**CHANGES**
108:2
**charities**
32:11
**charity**
39:3
**check**
27:2 43:14
**checks**
104:4,11
**child**
23:4
**children**
23:14
**Chris**

**6:5 64:4**
**CHRISTOPHER**
2:6
**circumstances**
20:18 38:24 46:9
**claim**
3:23 4:1 76:4,17 77:10
77:16,24 79:9,25 80:5
92:24
**claims**
92:13 93:22 94:1,5
**Claritin**
47:24
**clear**
6:24 8:23 14:19 40:8
42:3 66:9 93:25 98:21
99:9
**cleared**
55:7
**clearer**
52:14,17,18,23
**clients**
15:6 29:17 30:1,3
**close**
39:11 40:5,10 67:9
**closed**
35:18 44:21
**closing**
55:7
**CLR**
1:23 109:20
**clue**
30:6
**college**
9:12,15 10:18
**Colony**
62:21 97:18
**come**
11:15 20:15 22:22 25:5
38:16 47:10 66:17
87:19 88:7 102:24
**Commission**
4:6 97:16 107:16

Picard v. Avellino                                    Bienes 11/7/2019
CONFIDENTIAL

108:24
**communicate**
20:4,6 101:21
**communicated**
24:20
**communicating**
42:16
**communications**
35:11 37:20 41:12
   102:8,13
**companies**
94:5
**company**
10:22 11:6 13:10
**complaining**
43:11,16,19,20 44:3,4
   44:16
**completed**
10:17
**completely**
84:23
**concerning**
65:21 100:19
**concluded**
48:10 106:17
**conclusion**
45:23 46:11,19 47:9
**condense**
72:6
**condition**
10:2
**confessed**
90:13,18,21 91:16
   94:12,16 98:6 99:10
   99:16 100:9,20 101:7
   102:9
**confessing**
93:2
**CONFIDENTIAL**
1:17
**confirm**
63:20 71:14 75:15
**confirmation**

55:11 60:10
**connected**
109:15
**connection**
15:20 22:25 26:21
   30:11,18 34:20 36:2
   36:25 40:25 42:4,7,12
   50:24 55:4 57:20 58:6
   66:10 68:18 71:22
   74:8 75:23 76:17 84:8
   93:10,23 94:9,17,22
   96:10,19 97:1 98:16
   99:13 101:4,14,18
**consequence**
102:3
**consideration**
108:19
**considered**
105:8
**Consolidated**
1:8,11 5:16
**contact**
100:3
**contacted**
40:22
**contain**
63:13
**contains**
80:13
**content**
43:2
**context**
82:5 84:18 85:18
**continued**
102:5
**conversation**
7:16 44:7 49:1
**conversations**
43:8,9
**Cooper**
2:14 5:10
**copy**
43:22 45:1,11 57:2

69:11
**CORPORATION**
1:3
**correct**
14:10 23:11 54:14
   108:11
**counsel**
6:4,8 7:24 8:5 41:19,21
   66:10,15 91:20
   109:13,15
**counsel's**
7:8
**COUNTY**
107:3 108:15 109:3
**couple**
35:14,17,19 72:25
   88:14 95:14
**course**
8:4
**courses**
9:12,15,17 10:18
**court**
1:1 5:20 6:1 7:6,10,15
   39:25 44:25 52:2
   56:13,19 60:22 62:17
   64:9 67:25 69:4 70:14
   73:20 74:12 76:2 79:7
   80:9 84:25 97:13
**covered**
94:6
**CPA**
77:22
**Cross-Examination**
3:3 103:18
**current**
67:10
**currently**
19:8 93:4 98:25
**cust-**
59:6
**custody**
98:25
**customer**

3:9,10,11,12,13,15,17
   3:23 4:1 31:1,12 51:4
   51:16 52:12 56:20
   58:23 59:9 60:1,17,23
   60:23 62:19 67:24
   68:1 76:4,17 78:9
   79:8

_____
**D**

**D**
3:1
**daily**
100:22 101:24 102:5
**date**
38:20,21 52:14 55:7
   56:22 60:25 81:19
   97:17
**dated**
54:24 58:25 62:22 68:3
   78:10 85:2 109:17
**dates**
65:7
**David**
22:2,13
**day**
107:10 108:16,20
   109:17
**dealing**
42:9
**Debtor**
1:9
**decade**
33:4
**December**
3:24 4:2,4 76:6 82:10
   85:2 90:13,21 91:16
   94:16 98:7 99:17
   100:20 101:7 102:10
**decided**
39:11 40:5
**decision**
50:9
**Defendant**
1:6

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

**Defendants**
1:16 2:8 5:19
**definition**
9:24
**definitional**
8:10
**DEFT'S**
4:7
**delegated**
32:3 36:14
**delegation**
32:12
**delete**
100:22 101:24 102:5
**DePasquale**
38:11,14
**deponent**
6:8
**deposed**
99:13
**deposition**
1:18 5:1,12 6:24 7:1
  39:19 41:25 51:24
  95:10 106:17,18
  108:11 109:8
**derived**
93:3
**describe**
12:20 19:21 20:8 21:7
  21:13 25:8,13 30:17
**described**
16:24 26:5 28:3,7
  29:20 36:2
**description**
3:7 4:8 108:17
**details**
52:24
**Dianne**
1:18 3:2 5:22 6:16
  56:21 58:25 60:24
  62:20 64:13 68:2 76:6
  76:21 78:9 104:25
  107:8 108:10,13

109:8
**difference**
9:19
**different**
61:10 65:3,4,7,8 72:17
  76:25
**digits**
57:8 61:23
**dinner**
20:21
**direct**
3:3 6:19 55:12 72:1
**directing**
96:5
**directly**
55:12 93:14
**disappeared**
94:21
**discussed**
38:4 48:12 93:14,16
**discussing**
105:10
**discussions**
93:18
**distributions**
26:7
**District**
1:1 5:21
**diversified**
89:8
**divorced**
24:6
**DMB**
86:4
**DMBienes@AOL.com**
86:25
**doctor**
10:15
**document**
44:24 46:1,2,10,10
  52:3,11 53:3,9 54:12
  57:3 58:11,22,23 59:8
  62:23 64:8 66:12

69:15,19 70:15,25
  73:21 74:5,13 76:3,13
  76:24 77:8 78:20
  79:22 80:12 81:1
  83:17 84:18 97:15
  108:17
**documents**
42:3,5,6,8 52:20 54:25
  55:25 65:20,22 66:7
  71:21
**doing**
28:21,23 42:22 47:6
  105:16
**door**
39:4
**double-sided**
62:1
**doubt**
25:4 46:4,6 73:14 87:8
  87:11
**dozen**
25:3
**Dozens**
30:5
**draw**
26:25 27:1,6 35:22
  67:7
**drawing**
57:6
**drawn**
81:10
**draws**
27:6,13
**dream**
67:16
**dries**
47:25
**Drive**
62:21 97:18
**duly**
6:17 107:9
**duties**
32:3

| | E |
|---|---|
**E**
3:1,6
**earlier**
95:15 104:16
**early**
20:22
**earn**
29:1
**earned**
27:5,12,13,23 89:25
**educational**
9:10
**eight**
72:2
**either**
22:4 42:19
**elaborate**
96:13
**Ellenoff**
80:14 81:20,21 83:18
**email**
86:15,24 100:3 101:2
**emails**
99:22,25 100:22 102:5
**Emily**
23:13,14 24:6
**employed**
88:5
**employee**
109:13,14
**employees**
33:17 37:21
**enabled**
92:2
**enclose**
55:5
**endeavor**
100:10
**ends**
71:1
**engage**
28:11

Picard v. Avellino                                    Bienes 11/7/2019
CONFIDENTIAL

engaged
28:15 34:19
**ENTER**
108:2
entities
50:7,11,17,25 51:5,17
entitled
64:9 76:4
entity
12:10 25:6 26:9 36:1,3
   37:1 45:5 50:3 81:15
   83:10 105:12,14,24
entry
82:10
**Equipment**
11:7,10,12 17:6,10
**Equitable**
3:8 10:24 11:5,8,9,17
   11:19 12:1 17:2,5
   18:7,15 45:2
**ERRATA**
108:1
**ESQ**
2:6,6,12
estate
92:7
et
1:15 5:19
event
39:3
events
39:5
**Eventually**
49:21
**Everybody**
44:20
evidence
65:11
exactly
14:17 15:15 37:6 41:9
   65:11 88:2
examination
3:3 6:19 55:4

examine
55:8
examined
6:17
examining
55:18,19
exceptions
55:9,11
**Exchange**
4:5 97:16
excited
84:24
excuse
27:15 39:12 101:16
executed
108:18
exhibit
45:8 52:7,11 56:15,20
   56:23 57:3 58:21 59:1
   59:19 61:1,7 63:6
   64:16,20,22 68:1,4,8
   69:8,12,13 70:11,15
   70:19 73:23 74:3,16
   74:20,22 76:3,8,12,12
   76:14 79:12 80:10,16
   80:20 81:2 85:1,7,11
   85:13,15,21 97:11,14
   97:23,25
exhibits
62:18,25
exist
13:12
expedite
45:16
expenses
93:4
**Expires**
107:16 108:24
explain
25:20 27:1 28:2 35:15
explicitly
57:23
expressed

108:19
extent
7:3 77:25

---

**F**

**F**
81:10,13,16
fact
71:14 93:17
factor
13:11
factored
13:10
fair
66:23,23 69:2 71:20,24
   91:23
familial
12:25 23:5
familiar
53:3,5,5 58:11 81:5
family
12:24,25 21:19,20,23
   50:4 102:9,13
far
16:5 26:24 50:23 83:17
   91:8,11 105:13
**father-in-law**
11:22 21:5
fax
35:21,23 36:19 38:6
   85:24 86:4,9,10,14
   87:13
faxes
37:22 38:9
**FBI**
99:20
federal
96:10,18 99:15
fees
84:2,14 93:9,17
field
10:21
file
92:13,16,17 93:22 94:1

96:10,13,14,17,18,25
filed
5:19 76:17 77:10,24
   79:25 80:5,6 92:25
   94:5 102:4
files
66:2 98:16
**Filled**
37:18
**Final**
3:8 45:1
**Financial**
13:12
financially
109:16
find
53:12
fine
19:17 67:6
finish
7:17,18
finished
9:11,13
firm
13:9,13 17:24 29:18,19
   82:16 101:11,15
first
6:17 36:25 56:15 58:10
   59:17 62:22 64:25
   65:10 67:8 70:16 71:7
   85:23 86:22
five
91:20
flip
45:16
**Floor**
2:10
**Florida**
1:22,24 2:10 5:2,4,14
   42:21 86:23 97:4
   107:2,6,7,14,15 109:2
   109:6,21
foggy

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

39:2
**folks**
39:15 51:21
**follow**
95:15
**follow-up**
61:17 103:15
**following**
86:23
**follows**
6:18
**foregoing**
108:10,18
**Forever**
84:22
**forgive**
95:17 98:15
**forgot**
9:25
**form**
16:8 27:7,14,16 28:19
33:23 36:11 60:14
61:14 65:15 66:18
77:16 88:9 89:17 90:6
91:9 94:14 100:15
102:18 104:14 106:3
**formal**
105:12,13,24
**former**
23:7 102:16
**Fort**
1:22 5:14 62:21 97:19
**found**
67:4
**four**
59:17
**fourth**
57:5,7 59:18 63:7
76:23 79:19
**FPR**
1:23 109:20
**frame**
94:14

**Frank**
1:15 5:19 9:2 18:19
38:11 42:12,15 43:19
44:9,12 45:3 81:14
103:20
**fraud**
90:13 94:17
**Freeling**
22:2,13
**frequently**
24:3,17,20
**Friday**
38:22
**friendly**
19:23,24
**front**
78:22
**Frontline**
3:18 69:5,24
**full**
77:14
**fullest**
7:3
**function**
25:18,19
**functions**
26:4
**fund**
15:4,5,10 16:2,18
92:20
**funds**
15:14 48:10,13,15
92:17
**further**
83:16 109:12

―――――――――――
**G**

**Gail**
23:21,24
**Gallagher**
2:6 6:5,5 53:17 67:20
**general**
8:6 36:7 87:23
**generally**

25:12 33:4
**gentlemen**
22:4
**gestures**
7:11
**gesturing**
7:11
**getting**
39:4
**GG182475**
107:16
**gists**
48:25
**give**
6:12 9:24 14:15 42:3,6
56:13 59:13 64:8
74:12 87:17
**given**
61:4 108:20
**giving**
44:24 45:11 52:2 57:2
57:23 69:11 74:19,21
76:2
**go**
6:23 33:13 39:4 53:15
53:16 64:19 71:7
**God**
10:24 80:21
**going**
7:1 8:7 15:3 39:8,11,14
39:23,25 40:5 45:16
51:20 54:2 55:14 56:9
56:19 58:19 59:13
60:21 61:16 62:17
64:8 66:14 67:7 69:3
70:14,22,23 72:1
74:12 80:9 84:25 95:7
95:23 106:15
**good**
5:7 6:3,21,22 68:11
83:7 84:22 94:25
**gotten**
78:16

**granted**
96:21,23
**Great**
11:7
**Greenberg**
82:11,14,18,21 83:18
**Griffin**
2:6 3:3 6:3,3,20 16:9
16:13 19:16 24:1,14
27:8,18,21 28:1 31:22
32:23 33:12 34:1,22
34:23 36:12,15 39:13
39:16,22 40:3 43:1,5
44:13,24 45:6,10
46:17 47:24 48:5 51:2
51:3,13,19 52:2,9
53:14,18,22,24 54:1,4
54:10 56:9,12,17 57:1
58:19 59:3,6,8,11,12
60:15,21 61:3,16,18
61:25 62:3,15,17 63:2
63:4 64:4,7,18 65:17
66:19,23 67:1,18,21
67:24 68:6,10,12 69:3
69:10 70:13,21 71:19
72:14 73:20 74:1,11
74:18 76:2,10 79:7,14
80:9,18 83:8 84:23
85:9 88:10,15,17,18
89:18 90:7 91:12,22
93:7,8 94:15,24 95:2
95:4,13,24 96:5,8
97:13,20 100:17
101:10 102:19,23
103:11 104:6,14,18
105:18,21 106:3,14
**Grosvenor**
83:14
**ground**
6:24
**group**
28:24 50:1,2
**guess**

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

9:1 19:15 24:9 31:18
31:19 32:22 33:8
43:19 71:16 87:24
96:20 101:8,9
**guessing**
33:9
**guys**
49:3

## H

**H**
1:10 3:6 5:15
**Haile**
2:9 6:7
**halfway**
67:9 70:24
**hand**
6:10 108:20
**handing**
52:10
**handle**
16:4
**handled**
32:7,8
**handles**
32:7
**handwriting**
57:12 65:12,13 68:20
69:19,21 70:10,24
75:2,7 78:19,21 81:5
**handwritten**
4:3 71:10 79:20 80:12
**happened**
96:2
**he/she**
108:18
**head**
7:12
**header**
74:13
**heard**
22:4,5,11 39:8,9 82:3,5
**held**
5:12 39:5 49:24

**Heller**
12:12,14 13:15,17,20
13:23 18:21
**help**
7:15 52:21,21 53:10,12
63:23 77:9
**helped**
77:23 78:15
**high**
9:11,13 10:17
**Highway**
2:9
**Hilton**
20:22
**hire**
101:4
**hired**
43:14 101:13
**hold**
10:18 14:3 100:5,6
**home**
39:4 86:10 92:4
**homes**
92:2
**Horowitz**
21:25 22:7 55:13,23
56:1 62:11 63:14,18
**HOSTETLER**
2:3
**house**
70:2,4 92:4,5
**hover**
54:2
**huge**
94:19
**Hum**
89:20
**Hundreds**
30:5
**husband**
9:6 13:3 18:5 19:9
21:13 22:23 23:2 26:3
26:13 30:8 31:7,13

32:2 35:20 36:3,8
37:1,8 39:1 40:16
42:24 43:9,18 44:8,11
46:25 48:19 49:5,8,19
50:24 54:16 57:19
58:9 65:24 79:21
93:21 95:22 96:4
98:20 99:13 100:10
100:13 101:22,23
**husband's**
25:16 26:19 57:15
68:23 69:22 71:15
75:2,7

## I

**idea**
14:5 25:2 27:19 57:12
58:1 68:20 78:14,16
80:4 81:13,21 82:8,14
86:7 89:8 99:21
101:20 105:20 106:6
**identification**
45:9 52:8 56:24 59:2
61:2 63:1 64:17 68:5
69:9 70:20 73:24
74:17 76:9 79:13
80:17 85:8 97:12
**identify**
5:25
**identity**
108:17
**immediately**
55:9
**impair**
10:9
**important**
55:10
**included**
55:8
**including**
67:11
**income**
26:11,20 27:2,13,23
88:7,11,22,25 89:11

89:16,24 90:1 91:24
91:25 93:3 94:20
**incurred**
84:14
**individually**
26:16 88:14 105:11
**Injunction**
3:8 45:1
**instructions**
46:23
**instructs**
8:7
**instrument**
108:18
**insurance**
93:22 94:1,3,5
**interact**
11:25 12:2
**interactions**
33:16,21
**interest**
25:9,10,13 26:8
**interested**
109:16
**Internal**
14:2,4,6
**interrupt**
7:21
**interview**
3:18 69:5 70:4 99:9
**interviewed**
69:23 99:12
**invest**
12:18 14:12,15,23 15:3
49:4 50:6 89:3,24
**invested**
15:6 18:25 19:5,12,19
28:24 35:5 40:15
50:12 90:5,20
**investigating**
38:17 95:19 96:1
**investigation**
38:25 39:8,10 40:17

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

41:1,2 42:4,7,10,13
42:17,20,24 43:10
44:1,5,19,22 45:23
46:11,20 47:10 48:9
82:19 83:24 84:3
99:16
**investigation/action**
45:7
**investing**
15:13 29:2 30:20
**investment**
1:5,12 3:20,24 4:1 5:17
8:12 16:7,11,15 28:24
31:11 34:19 35:9 38:2
39:12 40:6,9,11 44:23
50:20 70:17 76:5 79:9
80:1 89:3 99:3 105:19
105:25
**investments**
15:20,23 16:17 27:24
28:3,7,15,17 30:24
31:5,14 32:7,15 34:20
34:25 35:3 36:17,21
50:22 58:6 71:22 74:9
88:22,23 89:9,12,25
91:17,25 92:13 93:23
94:2,10,18 96:11,19
98:17 99:7,23 100:11
100:19 101:5,14,19
105:10,23 106:8
**investor**
1:2 12:18
**involved**
15:22 16:19 25:22
30:14 31:4,14 36:10
36:17,21 41:2 66:2
82:18 83:23 87:3 91:7
93:18,19
**involvement**
41:5,6,8 42:2 50:11,16
50:18
**Ira**
41:22 42:6 102:16,24

**irrelevant**
93:6
**Irving**
1:10 5:15

_____
**J**
**J**
1:15 5:19 45:3
**James**
36:4 64:12 65:9,21,24
66:5 67:11 79:11 80:2
83:14 90:22 98:12
99:3
**James's**
98:17
**Janet**
1:23 5:1 6:1 107:5,13
109:5,20
**January**
4:6 77:6,12 78:10
97:17
**Jason**
2:14 5:10
**Jeffry**
22:18 23:3,9 24:21
**Jerome**
21:25 22:6 55:12,22
56:1 62:11 63:14,18
**jobs**
10:18
**Judgment**
3:8 45:1
**jumping**
95:17
**June**
81:19 107:16
**JURAT**
108:9

_____
**K**
**K**
56:21 58:25 60:24 68:2
76:6,21 78:9
**keep**

87:17 103:13
**keeping**
66:2
**kept**
30:19 43:22
**kind**
32:3 94:3
**kindly**
55:8
**knew**
12:14 15:4,6 23:4
89:16 105:13
**know**
7:23 8:22 9:21 10:16
11:1,20,22,24 13:12
13:21 14:6 15:1,5,9
15:12,12,13,16,18
16:5,5 17:17,17,19,24
18:22,25 19:4,7,12
20:23 21:1,4,15,16,25
22:2,6,9,12,13,15,18
23:2,20 24:5,5,10,11
24:12,13,16,19,21
26:14,23,24 27:4,11
27:12 29:3 30:3,11,19
31:4,6,8,11,13,20,21
31:24 33:6,11,24 35:5
36:7 37:10 38:1,5,7
38:21 39:3,7 40:16,20
41:3,18,21,23 42:2,11
42:14,15,18,22 44:18
46:3,16 49:11,13 50:6
50:9,16 51:7,11,18
52:6,15,16 53:25
54:17 56:2,9 57:14,16
57:18,18 62:14 63:12
65:11,13,16 66:21
67:7 70:9 71:17 73:17
73:19 77:25 79:1,3
80:11,23 81:4,8,17
82:2,3,5,17,20 83:2,4
83:6 84:1,4,20 85:20
85:22 86:12 88:2,3

89:1,7,10 90:9,10,12
90:20 91:11,14 92:21
93:1 94:4 96:16,23
99:12,19 100:4,7,21
103:20,24 104:11,20
105:6,9,15,23 106:7
**knowledge**
7:4 26:14 28:10 81:16
89:14 91:17 92:24
94:7 98:23 100:18
106:7
**known**
31:7 40:20 90:17,19
108:16

_____
**L**
**L**
1:5,8,11,12,23 2:6 3:20
3:23 4:1 5:1,17,18
8:11,17 55:17 70:17
76:4 79:9 80:1 85:5
105:17,25 107:5,13
109:20
**Large**
5:4
**late**
73:19
**Lauderdale**
1:22 5:14 62:21 97:19
**law**
82:16 101:11,15
**lawsuit**
102:4
**lawyer**
46:15
**lawyers**
41:15
**LDN**
86:4
**learn**
38:25 102:15
**learned**
40:17 102:24
**Leasing**

BENDISH REPORTING
877.404.2193

Picard v. Avellino                                    Bienes 11/7/2019
CONFIDENTIAL

11:7,10,12 17:7,10
**leave**
11:9
**ledger**
4:3
**Lee**
4:4 80:14 81:24 82:2
  85:4
**left**
11:8 26:19 33:21 83:17
**left-hand**
81:18
**legal**
1:21 5:13 93:17
**let's**
53:7 57:24
**letter**
4:4 59:5,9 85:2 87:3,7
  87:9
**letterhead**
52:12 58:24 62:20
  97:15
**letters**
86:4,8
**level**
9:10
**licensed**
29:7
**life**
32:8,9
**limited**
25:12
**line**
85:24 108:3
**liquidation**
1:5,11 3:24 4:2 5:17
  76:5 79:10 80:2 92:25
**list**
77:14 83:12
**listing**
81:23
**lists**
79:2 83:18

**litigation**
100:5,6
**little**
9:8 10:11 35:15 52:13
  52:16 72:17 83:16
  103:13
**LiveNote**
1:25 5:3 107:7,15
  109:7,22
**living**
18:19 20:23 58:14
**LLC**
1:5,12 3:24 4:1 5:18
  76:5 105:16,25
**LLP**
2:3
**loan**
94:20,23
**located**
5:13 32:20
**London**
86:9,10,22 92:4,6
**long**
11:2 40:20 43:18 89:1
  101:2
**longer**
29:22
**look**
45:13 46:5 52:13 57:4
  58:10,11 59:16,18
  61:19,22 67:15 68:9
  68:13 69:13,18,20
  71:4,5,6 74:2,22
  75:10 76:11,23 77:13
  78:7 79:15,18 80:19
  81:5 83:16 85:23
  86:13 97:21 103:24
  106:12
**looked**
60:1 61:6 64:25
**looking**
54:5,11 57:5 59:5 72:8
  77:8 79:18

**looks**
59:8 62:14 69:22 70:24
  71:13 72:12,17 80:11
**lot**
20:12 69:19
**Lumber**
10:24 11:5,17 12:1
  17:3 18:8
**lunch**
34:5,7

————————————

**M**

**M**
81:10,13,16
**Ma'am**
6:9
**machine**
43:22
**Madoff**
1:5,8,11,12 3:20,23 4:1
  5:17,18 8:11,16,17
  11:21 12:18 15:11
  18:23 19:1,5,19 20:16
  20:23 21:4,8,10,14,17
  21:20,23 22:10,16
  28:8,17,25 29:2 30:21
  31:11 34:19 36:17,22
  40:12,14,15 47:11
  48:4,13,17,23 49:4,9
  49:16,18,22 50:12
  55:17 70:17 76:4 79:9
  80:1 85:5 88:23 89:9
  89:12,25 90:13,18,21
  91:2,16,25 92:13,17
  93:23 94:1,10,12,16
  94:18 96:11,19 98:6
  99:10,13,16 100:3,9
  100:19 101:5,7,14,19
  102:8,13,17,25 103:8
  105:11,17,25 106:1
**Madoff's**
21:1 35:9 38:2 48:2
  92:20 93:2
**MADTBB03242431**

54:6
**MADTBB03347901**
70:18
**MADTBB03348201**
74:15
**MADTBB03348229**
73:22
**MADTSS00212074**
85:6
**maintain**
98:16
**making**
15:22 32:10
**managed**
16:10
**Management**
3:16 64:11 65:5
**managers**
89:4
**managing**
16:14,17
**Margin**
3:21 73:21
**mark**
44:25 56:19 58:21
  60:22 62:18 68:1 69:4
  70:15 73:21 79:8
  80:10 85:1 97:14
**marked**
45:8,12 52:4,7,11
  56:23 57:3 59:1 61:1
  63:1,6 64:16 68:4,8
  69:8 70:19 73:23
  74:16,20,22 76:3,8,12
  79:12 80:16 85:7
  97:11
**markings**
65:13
**married**
17:9 23:9
**matters**
45:16
**Mayfair**

Picard v. Avellino                                           Bienes 11/7/2019
CONFIDENTIAL

91:5,7,13
**McDonough**
37:15,16 77:19 78:15
**McDonough's**
79:2
**McKinney**
1:23 5:2 6:1 107:5,13
109:5,20
**mean**
8:14 10:11 12:2 15:7
16:5,14,17 19:2,13,25
25:20 26:24,25 27:1
31:21 32:9 33:24
34:11 37:5 40:8 41:4
41:8,9 43:23 44:2
46:3 48:8 50:2 51:12
52:23 53:4 60:9 64:25
66:21 72:12,24 81:6
83:13 86:8 88:13
90:24 96:17 101:6
102:21 104:22
**means**
8:11 9:2 66:15,16
**meant**
35:16
**mechanics**
26:23
**media**
91:21
**medication**
10:8,12
**medications**
10:7
**meet**
11:18 13:8 22:20,22,24
22:24 24:22
**meeting**
47:14,20 48:1,17,20
49:1,9 93:4
**member**
102:9,13
**members**
50:4

**mention**
44:7
**mentioned**
77:19
**mess**
56:17
**met**
13:3 14:10,20 18:1,5,5
18:20 19:8 20:16,20
21:10 24:22 25:1
38:14 47:11
**Michael**
3:19 4:4 9:5,6 13:4
14:9,12 15:22 16:4,22
17:13 26:20 38:1 42:9
42:15 45:3 55:25
64:13 69:5 71:13
74:25 75:6 81:14 85:4
89:6 92:12,16 93:25
94:13 97:18 103:8
104:22,25 105:3
**Michael's**
21:13
**middle**
64:10
**million**
49:7 90:4,22,23
**mind**
39:2
**mine**
87:1
**Minehart**
13:11
**minutes**
91:20
**misspoke**
18:17
**mobile**
86:14
**moment**
45:12 46:5 57:4 69:18
79:15 85:10
**money**

14:15,22 15:3 16:17
29:1 32:4 35:5,13,16
36:19,19 38:7 44:20
48:3 49:3 50:5,20
90:20
**monies**
12:18 14:12 40:15 94:9
**monitored**
50:21 103:21
**month**
12:9
**morning**
5:7 6:3,21,22
**moved**
32:25
**multi-tasking**
68:11
**MWPTAP00084061**
76:25

_____

**N**

**N**
3:1
**name**
5:10,22 12:10 23:12
38:11 50:7 52:25
56:21 57:20 60:19,24
68:2,17 72:9 76:6,21
77:11,14,19 78:9 79:2
79:10 81:16,25 82:3,6
85:4 91:4 105:17
108:18
**named**
11:16
**names**
23:18,19 49:25
**near**
20:3
**Neck**
11:7
**need**
39:13 87:17
**net**
90:10,12,17

**never**
9:12 37:20 41:10 42:5
42:8,19 100:3
**New**
1:1 2:4,4 5:21 10:25
20:21 42:21
**nice**
92:2
**night**
73:19
**nightmare**
67:17
**nodding**
7:12
**North**
2:10
**Northeast**
1:21 5:13
**Notary**
5:4 107:7,15 108:22
**note**
65:2
**noted**
108:11
**notes**
109:11
**notice**
54:20 55:3 59:25,25
62:7 63:13
**noting**
55:9
**November**
1:20 5:8 38:19 81:23
107:9,10 109:17
**number**
61:21 62:23 68:3 74:3
76:25 77:14 79:1
81:24 82:11 83:17,19
86:1 87:13
**number's**
54:8
**numbers**
53:9,13 59:20 61:10

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

80:13 81:20 86:7,14
86:14,14,20

---

**O**

**oath**
3:4 107:1 108:17
**object**
8:5 16:8 27:7,14 33:23
36:11 60:14 61:14
65:15 66:18 88:9
89:17 90:6 91:9 94:14
100:15 102:18 105:18
106:3
**objected**
27:16
**objection**
16:12 93:5 104:6,14
105:21
**Occasionally**
20:7
**October**
3:11,12,13,15 55:6
58:25 60:25 62:22
**offer**
80:22
**office**
5:12 33:2 34:13 48:2
108:20
**offices**
21:1,5 32:18 33:14
**oh**
11:11 17:15 27:17
31:21 33:10 44:10
49:13 51:10 54:2,8,9
59:7,10 65:6 67:18
68:10 70:8 71:2 72:4
72:4,12,12 74:21
80:21 84:22 85:12
93:24 95:3 97:6
103:14,17
**okay**
7:6 8:4,8,24 9:4,7,23
10:10 11:4,23 12:8,13
12:15 13:2,16,19,22

14:12,19,25 16:3
18:10,19 19:7,21 20:8
22:13 24:5,25 25:17
27:21 28:2 29:17,25
30:8 34:11,13,18 36:9
37:23 39:1 43:6 47:1
51:19 52:18 53:1,2,12
54:5 56:3,17 57:10
58:10,16,18 59:7,10
59:16,24 60:11,21
61:4 62:4,13 63:2,5
63:19,23 64:1,3,8,21
66:1,23 67:6,21 68:25
69:2,2,3,15,23 70:8
71:20,20 72:4,5,17,23
73:3,5,18 74:2,7,11
74:19 75:1,4,12 76:2
76:16,23 77:2,3,4,13
78:1 79:4,7 80:4,8,8
80:19 81:9 82:5,10,24
83:1,5 84:21,21 86:10
86:12,19,21 87:8,12
87:14 91:13 92:22
93:2,7 95:6,6,16 96:9
96:21 97:5,13,25 98:3
99:15 100:4 104:8
105:6
**once**
12:9 33:3 34:5 96:2
**ongoing**
32:8,9 39:12 40:6,9
83:15
**open**
48:14
**operational**
25:23 26:4
**opportunity**
19:25 64:22 69:12 71:3
85:12
**Option**
3:20 70:16
**order**
55:14 95:17

**originally**
101:12
**outcome**
44:18
**outside**
50:5 89:9,12
**outstanding**
94:20,23

---

**P**

**page**
3:2,7 4:8 45:17 52:13
54:19 57:5,7 58:10
59:19 61:22,25 63:7,7
63:20 64:25 65:3 67:8
68:13 70:16,24 72:2,8
73:5 74:5,23 75:4
76:24 77:4,16,18 78:8
78:22 79:19 85:23
86:13 108:2,3
**pages**
1:18 53:8 59:17 72:2
72:25 73:9 75:10
109:9
**paid**
26:17 104:2,3
**Palm**
2:10
**papers**
45:23
**pardon**
74:21
**part**
28:12 37:1
**participate**
28:4 30:8
**participation**
30:7
**particular**
45:5 57:5
**particularly**
59:16
**parties**
5:25 106:19 109:13

**parties'**
109:14
**partner**
17:13,17,18,21 25:6,7
25:12,15 26:18 27:10
28:11,12 29:4,10,13
29:19,25 32:18 33:19
34:2 36:7 41:4 104:4
104:11
**partners**
104:23
**partnership**
3:22 25:8,18,20,23
26:8 30:1,12,15,18
35:20 36:5 38:17 71:9
74:13 82:23 83:9
91:13
**pavilion**
39:5
**pay**
84:2 93:17
**payable**
104:12 105:7
**paying**
32:10 93:9
**payments**
104:10,12,15,16
**pension**
90:23,24,25
**People**
94:4
**percent**
25:15 26:18 67:10
**perform**
18:7 26:3
**performed**
25:24
**performing**
29:11
**period**
19:3 38:3
**Permanent**
3:8 45:1

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

person
11:16 16:6,10 108:18
personal
31:5 32:15 37:20
personally
8:19 21:6 22:11 30:20
40:25 42:18 49:24
107:8 108:16
Pfaffenberger
2:9 6:8
phone
37:24 39:5 42:23 43:8
86:14
physical
10:1
Physically
10:1
Picard
1:10 5:15
Picower
22:18,22 23:3,6 24:6
24:17,20,22 25:1
Picower's
23:9
place
70:4
Plaintiff
1:13 2:2 5:18
Plaintiff's
45:8,12 52:7 56:20,23
59:1 61:1 62:25 64:16
68:4 69:8 70:19 73:23
74:16 76:8 79:12
80:16 85:7 97:11
Plaintiff-Applicant
1:4
plan
90:23,24,25 91:1
Plaza
2:3
please
6:10 7:17,22 8:22
25:20 35:15 39:16

47:18 56:12 58:16
63:7 68:1 76:23 77:14
102:22
PLF'S
3:6
point
14:16 15:1 17:20,23
19:18
pooled
12:18
poor
52:4
Port-
64:9
Portfolio
3:16 64:11 65:5
pose
10:3
position
14:3 66:20
possession
66:12 99:2,6
possibly
29:13 68:24
practice
60:7 100:25
preparation
77:15
prepare
78:15
prepared
80:5 81:6 85:20
preparing
87:3
present
2:13 5:24 44:12
preserve
100:10,18
pressure
10:12
prevent
10:2
previously

36:12,23 37:19
Pricewaterhouse
43:12,13,17,21 83:19
83:23
primarily
93:3
primary
91:25
printed
85:3
prior
39:24 40:17
private
34:16,20,24 76:17
privileged
42:25
Pro
1:4,13
probably
7:8 11:2 41:4
problem
10:12 52:15
procedure
63:17
Proceeding
5:21
produced
66:10
Professional
1:24,24 5:2,3 107:5,6
107:14,14 109:5,6,21
109:21
promptly
55:14
properly
55:15
properties
92:7
PROTECTION
1:2
proved
108:17
provided

66:16
providing
27:5,9 29:22 88:1,4,21
public
5:4 29:7 55:13 107:7
107:15 108:22
purportedly
56:21
purports
45:18 71:8 77:6
purpose
108:19
pursuant
27:5
pursued
9:12
put
16:2,18
putting
62:15

| Q |
| --- |

quality
52:4
question
7:22 8:20,22,23 29:15
36:18 40:4 41:23
42:19 57:25 61:17
65:10 71:24 74:3 94:6
95:5 104:7,19
questioning
8:4
questions
7:2,3,7,18 8:5,8 9:25
10:3 39:24 40:1 63:19
70:7,23 95:14 103:16

| R |
| --- |

raise
6:9
range
53:9 57:7 59:19 61:24
64:13 66:9,15 69:6
70:18 72:2 73:1,22

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

74:5,14,23 75:9 76:24
78:8 79:19 80:15
**reached**
103:8
**read**
40:1,2 45:14 59:25
63:12,14 108:10
**Reading**
106:18
**reads**
70:16
**ready**
39:4 58:22 79:17
**real**
92:7
**realized**
65:4
**really**
9:21 16:19 32:21 33:20
38:5 43:23 44:6 48:21
49:13 52:19 55:21
65:19 67:5 89:2 91:5
94:8 98:4
**reason**
46:4 73:14 87:8 108:3
**Rebecca**
77:18
**recall**
12:11 16:18 17:16 18:9
19:11 24:23,24 29:4
33:1 36:1 39:9 45:22
46:2 48:16,25 49:3,8
49:12,18 54:25 55:25
57:19 65:20 67:5,10
69:15,23 71:21,23
75:22 76:13 78:12
85:19 87:5,6,7,21
89:11 90:2 91:6 94:8
104:13 105:5
**receive**
15:19 26:7,10,11,20
31:16,24 36:25 51:4
51:16 65:22

**received**
27:2 31:12 32:1 50:21
**receiving**
30:23 31:1 32:14 65:20
**Recess**
39:18 51:23 95:9
**recognize**
45:15 52:19 53:6 65:11
65:12,18 67:3 69:20
71:12 74:24 75:1,5
78:19 79:19 81:1
86:17
**recognized**
70:9
**recollection**
18:11 56:3 62:10 63:15
63:24 72:21 74:8 77:9
78:3 79:22
**record**
5:8 6:25 39:14,20
51:19,21 52:1 56:14
95:7,11 97:7,9 98:21
106:15 109:11
**records**
99:2,6 100:10,12,19
**recovered**
94:9
**redemption**
35:23
**refer**
8:11,16 9:1
**reference**
105:9
**references**
80:13
**referred**
37:14
**referring**
8:17,21 9:4
**refresh**
62:9 77:9
**refund**
96:10,18,21

**refunds**
96:25
**regard**
63:19 92:13
**regarding**
99:3,7 101:19
**Regina**
2:6 6:3
**Registered**
1:24 5:2 107:5,14
109:5,21
**regressing**
67:23
**regular**
12:5 55:4
**regularly**
100:22 101:24
**reinvest**
48:4,22 49:4,21
**reinvesting**
48:12
**relate**
40:12,14
**related**
45:24
**relating**
100:10
**relationship**
11:20 12:20,25 15:10
18:23 19:22 20:8 21:7
21:14,15 22:15 32:2,6
**relationships**
16:23,25 21:19,22 23:5
32:12
**relative**
109:12,14
**released**
48:3,10
**Relief**
3:8 45:2
**Religious**
20:20
**remember**

14:17 15:21 18:3 20:18
20:20 30:25 31:1 33:4
39:2 43:18,24 44:4,15
45:25 46:7 47:13,19
48:1,2,6,19 49:13,14
55:18,22 60:10,12,16
64:2 76:15,16,22
77:11 89:2 93:24
101:11
**rented**
92:6
**repeat**
23:23 34:21
**repetitive**
56:10 58:20
**rephrase**
8:22 34:22 89:23 95:5
102:21
**report**
3:16 64:11 65:3,5,18
109:8
**Reported**
1:23
**reporter**
1:24,24,25 3:4 5:2,3,3
6:1,9 7:6,11,15 23:23
39:25 44:25 52:2
56:13,16,19 60:22
62:16,18 64:9 67:25
69:4 70:15 73:20
74:12 76:3 79:8 80:10
85:1 97:14 107:6,6,7
107:14,14,15 109:1,6
109:6,7,21,21,22
**Reporting**
2:15 5:11
**represent**
5:25 84:6 101:18
**representation**
66:14
**represented**
7:24 40:24 41:19
101:11 103:4

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

**representing**
102:16,25 103:7
104:12
**requested**
109:10
**requests**
35:24
**Resk**
2:12 3:3 6:7,7 8:3 16:8
16:12 19:14 24:9,12
27:7,14,16,20 31:19
32:22 33:9,23 34:21
36:11 42:25 43:3 44:6
44:11 45:4 46:14 51:9
51:11 53:13,21,23,25
54:2,8 59:5,7,10
60:14 61:14 64:6
65:15 66:18,21 67:17
70:11 71:16 72:11
83:2,5,7 84:22 88:9
88:13,16 89:17 90:6
91:9 93:5 94:14 95:21
95:23 96:7 100:15
101:9 102:18,21
103:12,15,19 104:8,9
104:16,19 105:22
106:4,11
**respect**
12:4 46:19 50:19 66:3
**responded**
49:18
**responding**
98:22
**restrictions**
46:23
**result**
44:22 84:2 104:3
**resumed**
39:19 51:24 95:10
**retain**
82:21 94:13,17
**retained**
83:25 94:19

**retire**
87:25
**retired**
17:23 87:19 88:4,8,12
90:1
**return**
37:18 67:9
**returned**
48:15
**returning**
61:5
**returns**
16:7 67:11
**Revenue**
14:2,4,7
**reverse**
55:10
**Reverting**
67:22
**review**
36:24 37:7 64:22 85:11
85:13 109:9
**reviewed**
37:10 50:21 60:12
62:10
**reviewing**
32:14 60:7,16
**Rgriffin@bakerlaw....**
2:5
**Rhonda**
23:21,24
**Richard**
92:18
**Richards**
4:4 80:14 81:24 82:2
85:5 87:4,9
**right**
6:10 7:9,12 9:9,14,17
10:2 15:8 19:17 29:16
29:24 31:10,10 33:10
35:18 37:6 46:8 53:17
54:8,19 58:20 59:21
60:3 64:4 67:2 70:14

73:18 74:11 84:13,25
86:6 90:5 100:14
105:4
**ring**
60:5 66:11
**Rockefeller**
2:3
**role**
30:11,18 42:9,12 50:24
**rough**
63:12
**roughly**
14:20 37:5 53:8,15
**roundabout**
19:10
**RPR**
1:23 109:20
**Rubicam**
33:6
**rule**
8:6
**rules**
6:24

---

**S**

**S**
3:6 45:3 81:24
**Saul**
11:16,18,20,25 12:21
12:25 14:13 15:23
16:23,25 17:13,18,19
17:21 21:5 28:21,22
**Saul's**
17:19
**saw**
24:19 62:19
**saying**
26:22 36:16,24 94:6
**says**
38:23 55:3 64:11 74:13
77:14 81:18
**school**
9:11,13 10:17
**scratch**

57:24 66:1
**seal**
108:20
**SEC**
38:17 39:7 40:7,17,22
40:25 41:10,13,24
42:4,10,16,24 43:9,14
44:1,5,18 45:6,23
46:11 47:9 48:2,9,10
82:18 83:24 84:2
95:19 98:5,13,22 99:9
99:12
**second**
52:13 62:24
**second-to-last**
78:7
**second-to-the-last**
45:17
**secretaries**
34:11
**Securities**
1:2,5,12 3:20,24 4:1,5
5:18 8:12 70:17 76:5
79:10 80:1 97:16
105:19,25
**see**
19:25 24:3,17 35:23
39:1 52:25 53:4,7
54:15 63:8 64:23
69:14 70:6 71:9 72:16
72:24 81:10,25 82:12
85:18 86:2
**seeing**
69:15 77:8
**seek**
41:24
**seen**
25:1 67:3 76:13 81:3
84:17,19 85:15 97:25
**sending**
55:22,25 63:17
**sent**
35:21 36:19 37:22 38:8

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

38:9 50:20 55:11
62:11 67:4 87:9,13
**series**
7:2
**served**
98:5,10,13
**Service**
14:2,4,7
**services**
18:7 25:24 27:4,9
29:12,23 88:1,5,21
**share**
25:16 26:19
**Shaw**
2:9 6:7
**sheet**
4:3 108:1
**show**
53:21
**showing**
53:18 63:5 68:7
**shown**
55:5
**sic**
101:17
**side**
53:13 81:18
**sides**
72:5
**sign**
45:25 55:9 57:20 68:17
71:25
**signature**
45:18,20 54:21,22
57:10 58:2 59:22 60:4
62:4 63:8,10,21 68:14
71:1,10,13,15,18 72:9
72:16 73:3,7,9,15
74:4,24 75:5 77:4,9
108:11
**signatures**
75:16 79:20
**signed**

46:10 55:16 60:12 72:9
107:10
**signing**
45:22 46:2,19 54:25
55:19,20 56:6 63:17
64:2 71:21 72:21 74:8
75:22 106:18
**similar**
60:1
**single**
42:19
**SIPA**
1:5,11 5:16 92:14,25
**sister**
23:10
**sit**
56:3
**sitting**
31:10 58:1 60:11,16
67:2 74:7 75:22 78:3
82:8
**sixth**
61:22,25 63:7
**skip**
55:14
**slightly**
61:10 85:14
**SMB**
1:4,14 5:22
**social**
20:9,10 21:22
**socialize**
12:15
**socially**
22:24 23:1
**sole**
91:24
**solemnly**
6:11
**somebody**
34:5,8,9 38:23 72:9
**Sorkin**
41:22 42:6 102:16,25

**sorry**
18:16 23:23,25 27:16
31:21 33:10 34:9,21
41:7 43:4 45:6 47:17
47:22 51:10 52:3 54:2
55:12 58:22 59:8,11
61:5 63:7 66:19 68:10
70:11 72:4 77:18 83:2
85:12 89:22 92:5 97:8
97:10 99:1 104:3
**sort**
39:3 50:3
**source**
89:16 91:24,25 94:20
**sources**
88:25 89:11,25 94:10
**Southern**
1:1 5:20
**space**
86:4,4,5
**speak**
31:8 37:23 99:15
**special**
54:19 55:3 59:24 62:7
63:13
**specific**
38:20
**speed**
70:22
**spend**
20:11,11
**spoke**
41:10 99:19
**Squadron**
80:14 81:19,21 83:18
**St**
36:4 64:12 65:9,21,24
66:5 67:11 79:11 80:2
83:14 90:22 98:12,17
99:3
**staff**
34:3,11
**stamp**

54:6 85:6
**stands**
81:13
**start**
8:10 51:2 100:25
**started**
33:6
**starting**
19:4
**starts**
70:18
**state**
5:4 96:25 97:2,4 107:2
107:7,15 108:14,23
109:2
**stated**
68:2
**statement**
3:9,10,11,12,13,15,17
52:12 55:5,8,9,18
56:6,20 58:24 59:9
60:2,23 67:25 68:2
78:9,16
**statements**
15:19 16:19 30:23 31:2
31:12,16 32:14 36:24
36:25 37:7,8,11,17
50:21 51:4,16 55:19
56:7 60:8,12,19 62:11
62:19 78:12 103:21
103:25
**States**
1:1 4:5 5:20 97:16
**stenographic**
109:11
**stenographically**
1:23 109:8
**stocks**
15:16 35:6
**stop**
17:6
**strategies**
34:19 35:9

Picard v. Avellino                              Bienes 11/7/2019

CONFIDENTIAL

Page 17

**strategy**
38:3
**Street**
55:17
**strike**
16:21 58:4 86:12 90:16
  91:15
**subpoena**
98:6,10,13,22
**subscribed**
108:18
**subsequent**
55:7
**Substantively**
1:7,11 5:16
**suggests**
66:9
**Suite**
1:21 5:14
**supervise**
16:6,8
**supply**
10:25 13:10
**Support**
1:21 5:13
**suppose**
13:21
**supposed**
44:6 46:14 72:13
**sure**
7:8 8:23 24:8 31:15
  34:22 38:13 39:7
  47:15 53:22 54:11
  58:17 59:15 65:2,2
  69:1 73:15 95:2 97:22
  98:2 101:3
**surprise**
32:13
**surprised**
102:15 103:3
**swear**
6:1,11
**swing**

75:9
**sworn**
6:17 107:9
**Synthroid**
10:11

---
**T**

**T**
3:6
**take**
10:11 24:2 34:5,7
  37:19 41:24 45:12
  46:5 57:4 59:16 65:2
  68:8,13 69:18,20 71:3
  72:21 74:2,21 76:11
  79:15 80:19 85:10
  97:21
**taken**
5:1 39:18 51:23 95:9
**talk**
7:17 9:8 41:15
**talking**
14:20 19:2,8 47:23
  54:7 103:21
**tax**
37:18 96:10,18,21,25
  97:2,4
**taxes**
32:7
**technician**
5:10
**tell**
9:9 10:20 24:9,12
  31:19 47:3,19 51:11
  69:20 71:16
**ten**
21:12 53:8
**Terry**
2:12 6:7 8:3 23:21,24
  52:3 53:18 62:1 63:2
  66:19 68:10 84:23
**testified**
6:18 28:16 36:12 90:3
**testify**

10:14
**testimony**
6:11 36:23 41:24
  100:14
**texts**
99:22 100:2 101:24
  102:5
**thank**
7:20 8:25 27:3 58:18
  64:14 67:14 69:2 76:1
  80:8,24 87:14,16 99:1
**thanks**
56:17
**thereof**
55:10
**thereto**
55:11
**thing**
28:21
**things**
8:10 39:2 54:17 70:22
**think**
10:15 13:7 18:5 19:10
  19:14 23:21 30:19
  38:6 39:6 49:7,10
  77:19 81:3 82:23
  84:17 90:19 91:5 92:1
  106:11
**thinking**
83:3
**third**
65:3 67:8 74:5,23
**thought**
46:21 103:5
**Thousands**
30:5
**three**
23:17 53:9 57:7 59:20
  61:23 73:1 86:22,23
**Thursday**
1:20 5:8
**thyroid**
10:12

**time**
5:9,24 11:2,15,24
  12:11 13:3,11,16,20
  14:10,20 17:4 18:1,20
  19:3,8 20:12,15,15,24
  21:2 23:4 25:5 30:20
  35:9 36:9,16 38:3,16
  39:17,21 43:18 47:10
  49:4 51:22 52:1 58:14
  62:21 65:2 74:12
  87:19 88:5 89:1 90:18
  91:16 94:14,25 95:8
  95:12 102:24 106:16
**times**
21:10,12 24:25 25:3
**titled**
73:21
**today**
5:8 6:24 7:25 10:7
  60:11,16 93:4 103:22
  105:10
**Todd**
11:7,10,12 17:6,10
**told**
46:12,13,15,16,25
  58:19 95:20 96:4
**top**
54:20 55:3 59:25 62:7
  63:13 64:9 73:21 76:7
  81:18 85:23 86:1
**totally**
93:5
**transactions**
55:6
**transcribe**
7:16
**transcript**
1:17 3:18 69:5 108:1
  109:10,10
**Traurig**
82:11,15,18,22 83:18
**travel**
72:7

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

Page 18

treasuries
35:6
Tresk@haileshaw.com
2:11
tried
72:6
true
108:11 109:11
truly
55:16 76:15
trustee
1:10 5:16 6:4,6 56:20
58:21 66:16 79:8
80:10 92:14
Trustee's
52:11 57:3 59:19 60:22
61:4,5,6,19 63:6,20
64:19,22 68:1,8 69:12
69:13 74:3,20,22
76:12,14 79:16,18,23
80:20 81:2 85:1,11,13
85:15,21 97:14,23,25
trusts
50:4
truth
6:12,13
truthfully
7:3 10:4,14
try
7:16,18 80:24
turn
53:7 63:6 72:25
two
40:1 62:18,19 73:9
type
9:17 45:22 52:20 53:3
55:19 65:18 75:23
types
54:25
Typical
32:12

**U**

U.S

1:21 2:9 5:12
Um-hum
36:20 49:6 61:8,20
63:9 75:18 81:7 82:17
96:15
understand
7:4,13,22 8:9,12,17,20
9:2,3,6 16:14,16
28:20,22 33:5 46:22
50:23 104:7
understanding
15:2 19:18 25:13 27:22
28:6 30:17 34:18 35:2
35:8 38:2 46:18 47:2
47:4,5 66:15 83:23
95:18,25 96:3
unit
105:8
United
1:1 4:5 5:20 97:15
upper
81:18
upset
49:8,14,19
use
52:21 80:22

**V**

v
1:4,14
verify
55:15
versus
5:19
Victims
92:17,20
video
5:10 39:20 51:25 95:11
Videographer
2:14 5:7 39:14,17,20
51:21,25 91:20 95:7
95:11 106:15
Videotape
5:1

Videotaped
1:19
vision
52:15

**W**

wait
7:17,18 71:5 95:4
waived
106:19
Wall
55:17
want
6:23 24:7 45:14,15
46:5 54:11 56:11
67:15 71:3,5,5 87:17
95:14
wanted
48:3 61:9 70:9
wants
19:14
was/is
92:18
wasn't
17:4 46:7 61:17 70:2
98:24
water
39:13
way
7:21 67:8 103:5
we'll
71:7 95:4
we're
8:23 20:3 51:19,25
52:10 54:11 57:5 63:5
64:4 67:14,23 68:7
69:11 70:22 74:12
84:21 99:1 103:11,21
106:14,16
we've
19:8 57:3 61:4 105:10
weird
76:25
went

13:6 48:2
weren't
47:6 73:15
white
54:18
withdraw
26:20 57:24
witness
5:22 6:2,14 23:24
24:11 27:15,17 33:10
44:10 47:22 51:10
54:9 56:11 64:5 67:23
83:4,6 95:1,3,6,22
103:14,17 106:19
work
10:22,23 11:4,13 17:10
18:10,12,16 21:17
worked
10:24 11:6,17 12:5,11
13:16,19,22,23 18:14
21:4 34:8,9
working
11:10 12:1 17:6 18:6
worksheets
12:23
worth
90:10,12,17
wouldn't
15:18 21:15 24:21 25:2
30:6 32:13 38:5 42:11
46:6 56:2
Wow
48:8
WRITE
108:1
written
41:12 65:14
wrote
79:3

**X**

X
3:1,6

Picard v. Avellino                              Bienes 11/7/2019
CONFIDENTIAL

Page 19

| Y | 10-05421-Bienes_00... | 3:21 73:23 74:3,20 | 1992-93 |
|---|---|---|---|
| **yeah** | 80:15 | **12/12/86** | 90:3 |
| 17:4 34:12 37:6 38:12 | **10-05421-Bienes_00...** | 54:24 | **1993** |
| 49:15 52:6,18 53:15 | 69:7 | **12/31/05** | 78:10 83:17 |
| 70:9 72:19 77:17,23 | **10/31/87** | 3:16 64:12 | |
| 78:6 89:15 95:2 96:7 | 3:10 56:22 | **13** | **2** |
| **year** | **10/31/91** | 3:22 74:16,22 75:20,21 | **2** |
| 67:10 | 3:17 67:19 68:3 | **13th** | 3:9 52:7,11 107:16 |
| **years** | **10:04** | 38:19,22 | **20** |
| 14:14,17 19:6,7,9 | 39:19,21 | **14** | 90:22 |
| 21:11 35:14,17,19 | **10:21** | 3:23 76:8,12,14 | **2000** |
| 65:8 83:15 | 51:22,23 | **141** | 37:6 |
| **York** | **10:41** | 62:21 97:18 | **2006** |
| 1:1 2:4,4 5:21 10:25 | 51:24 52:1 | **15** | 37:5 |
| 20:21 42:21 | **100** | 4:1 79:8,12,16,18,23 | **2008** |
| **Young** | 1:21 5:13 | **16** | 3:24 4:2,4 37:5 76:6 |
| 33:6 | **100212-3-0** | 4:3 80:10,16,20 81:2 | 85:2 90:13,21 91:16 |
| | 61:22 68:3 | **16th** | 94:12,16 98:7 99:10 |
| **Z** | **10111-0100** | 4:4 85:2 | 99:17 100:20 101:7 |
| **Zionists** | 2:4 | **17** | 101:15 102:10 103:9 |
| 20:20 | **103** | 4:4 85:1,7,11,13,15,21 | **2009** |
| | 3:3 | 90:4 | 4:6 77:6,12 97:17 |
| **0** | **1050** | **18** | 100:9 101:8 |
| **02074085656** | 1:21 5:14 | 4:5 90:4 97:11,14,23 | **2010** |
| 86:1 | **106** | 97:25 | 102:4 |
| **062** | 109:9 | **183** | **2019** |
| 78:8 | **107** | 61:24 | 1:20 5:9 107:9,10 |
| **08-01789** | 3:4,4 | **1969** | 109:17 |
| 1:4 5:22 | **109** | 13:7 14:21,22 19:9 | **2022** |
| | 1:18 | **1970** | 107:16 |
| **1** | **11** | 24:7 | **203** |
| **1** | 3:20,24 4:2 67:10 | **1980s** | 74:23 |
| 1:18 3:8 45:8,12 | 70:12,19 75:17,19 | 89:1 | **204** |
| **1-00212-3-0** | 76:6 | **1989** | 75:4 |
| 3:14 62:23 | **11:22** | 3:11,12 58:25 60:25 | **209** |
| **1-00212-7-0** | 95:8,9 | **1990** | 75:10,11 |
| 3:15 62:24 | **11:33** | 3:13,15 62:22 | **21-Bienes_006275** |
| **10** | 95:10,12 | **1992** | 64:15 |
| 3:18 69:8,12,13 70:12 | **11:47** | 38:19 40:25 42:4,7,20 | **210** |
| 70:13 75:18,19 | 1:20 106:16,17 | 43:24 44:5,18 45:24 | 75:11 |
| **10-054** | **110** | 46:19 47:9 81:19 | **211** |
| 64:14 | 55:17 | 82:18 83:24 84:2 | 75:13 |
| **10-05421** | **12** | 90:10 95:18 | **212.589.4200** |
| 1:14 | | | 2:4 |

Picard v. Avellino                                    Bienes 11/7/2019

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **213** | 16:1 | 62:25 63:3,20 107:9 | 72:3,4,8 |
| 75:15 | **50** | **70** | **935** |
| **22** | 25:15 26:18 90:22 | 3:20 | 72:25 |
| 4:6 49:7 97:17 | **50/50** | **70s** | **936** |
| **220** | 104:22 | 11:11 14:24 19:10 | 73:5 |
| 59:20 | **52** | 20:22 | **938** |
| **237** | 3:9 | **73** | 73:9 |
| 74:5 | **56** | 3:21 | **97** |
| **23rd** | 3:10 | **74** | 4:5 |
| 81:19 | **561.627.8100** | 3:22 17:8 | |
| **24** | 2:11 | **76** | |
| 81:23 | **59** | 3:23 | |
| | 3:11 | **79** | |
| **3** | **5th** | 4:1 | |
| **3** | 33:3,7 | **7th** | |
| 3:10 56:20,23 57:3 | | 82:10 | |
| **31** | **6** | | |
| 3:11,12,13,15 55:6 | **6** | **8** | |
| 58:25 60:25 62:22 | 3:3,13 62:25 63:2,6 | **8** | |
| 78:10 | 109:9 | 3:16 64:16,20,22 | |
| **33301** | **60s** | **80** | |
| 1:22 | 11:3 | 4:3 | |
| **33408** | **61** | **80s** | |
| 2:10 | 3:12 | 19:10 87:24 88:2 91:24 | |
| **3rd** | **62** | **85** | |
| 1:21 2:10 5:13 | 3:13,15 | 4:4 | |
| | **64** | **8th** | |
| **4** | 3:16 | 107:10 109:17 | |
| **4** | **66** | | |
| 3:11 58:21 59:1,19 | 2:9 | **9** | |
| 61:5,7 | **665** | **9** | |
| **4061** | 79:19 | 3:17 68:1,4,8 72:4 | |
| 77:3 | **68** | 75:17 77:14 79:1 | |
| **42431** | 3:17 | **9:11** | |
| 54:13 | **686** | 1:20 5:9 | |
| **431** | 57:8 | **9:53** | |
| 53:10 54:1 | **69** | 39:17,18 | |
| **45** | 3:18 | **92** | |
| 2:3 3:8 | **6th** | 50:13 | |
| | 77:6 | **925** | |
| **5** | | 71:1,2,5,7 | |
| **5** | **7** | **93** | |
| 3:12 60:22 61:1,5,19 | **7** | 47:15 | |
| **5,000** | 1:20 3:15 5:8 33:8 | **932** | |