# EXHIBIT 10

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

            Plaintiff,              Adv.Pro.No.
      v.                            08-01789(SMB)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

            Defendant.              **ORIGINAL**

------------------------------------x

In Re:

BERNARD L. MADOFF,

            Debtor.

------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated
SIPA Liquidation of Bernard L.     Adv.Pro.No.
Madoff Investment Securities LLC   10-05421(SMB)
and Bernard L. Madoff,

            Plaintiff,
      v.
FRANK J. AVELLINO, et al.,
            Defendants.
------------------------------------x

            Deposition of:

         BERNARD L. MADOFF

         November 13, 2019

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 2

1                    DEPOSITION OF BERNARD L. MADOFF, as

2    reported by Nancy C. Bendish, Certified Court

3    Reporter, RMR, CRR and Notary Public of the

4    States of New York and New Jersey, at the BUTNER

5    FEDERAL PRISON MEDICAL FACILITY, Old NC Highway

6    75, Butner, North Carolina, on Wednesday,

7    November 13, 2019, commencing at 9:40 a.m.

8

9    A P P E A R A N C E S:

10

        BAKER HOSTETLER, LLP
11      45 Rockefeller Plaza
        New York, New York  10111
12      BY:  MELISSA L. KOSACK, ESQ.
                mkosack@bakerlaw.com
13            STACEY A. BELL, ESQ.
                sbell@bakerlaw.com
14      For Plaintiff Irving Picard, Trustee
        for the Substantially Consolidated
15      SIPA Liquidation of BLMIS and the
        Estate of Bernard L. Madoff

16

17      HAILE SHAW & PFAFFENBERGER
        249 Royal Palm Way
18      Suite 301A
        Palm Beach, Florida  33480
19      BY:  GARY WOODFIELD, ESQ.
                gwoodfield@haileshaw.com
20      For the Defendants

21

        PETER A. GOLDMAN, CPA, JD, LLM
22      12 Fairlawn Parkway
        Rye Brook, New York  10573
23            pagoldman45@gmail.com
        For the Witness, Bernard L. Madoff

24

25

BENDISH REPORTING
877.404.2193

Picard v. Avellino                          Benard Madoff 11/13/2019

```
                                                      Page 3
 1                      I N D E X

 2   WITNESS                               EXAMINATION

 3

     BERNARD L. MADOFF
 4

           By Mr. Woodfield.........................4
 5

           By Ms. Kosack..........................66
 6

 7

 8

 9              E X H I B I T S

10   NUMBER              DESCRIPTION              PAGE

11
     Defendants'
12
     D-1      Order Authorizing the Deposition
13            of Bernard L. Madoff..................4

14   D-2      Letter December 9, 1992 to
              Madoff from Avellino.................30
15
     D-3      Letter April 27, 1993 to Madoff
16            from NASD, MADTNN00112399-401........35

17   D-4      Portfolio Management Report as of
              12/31/91, MF00021568.................42
18
     D-5      Broker Statement of Transactions
19            8/31/92, MF00456622..................49

20   D-6      Account Statement 1/31/08 for
              Strattham, STR0000216-225............51
21

22
     Trustee-19   Last Will and Testament of Frank
23                J. Avellino, KRASS00000009-24....68

24

25
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 4

1                    (Exhibit D-1 marked for

2       identification.)

3                    THE NOTARY:  First of all, state

4       your name.

5                    MR. MADOFF:  Bernard Madoff.

6                    THE NOTARY:  Do you solemnly state

7       that the evidence you shall give in the issue or

8       matter shall be the truth, the whole truth and

9       nothing but the truth, so help you God?

10                   MR. MADOFF:  Yes.

11      B E R N A R D   L.   M A D O F F,

12           having been duly sworn,

13           testifies as follows:

14      EXAMINATION BY MR. WOODFIELD:

15           Q.    Mr. Madoff, my name is Gary

16      Woodfield.  I know your deposition has been

17      taken a number of times in these various cases.

18      This is another case, so I've got to put you

19      through this again to some degree.

20                   I represent Frank Avellino and

21      various family members and entities all in one

22      action that Mr. Picard has brought against Frank

23      Avellino, Michael Bienes, now Michael Bienes's

24      estate, and their various relatives who were

25      involved in this.

Picard v. Avellino                         Benard Madoff 11/13/2019

Page 5

```
 1                There was a court order that was

 2    entered with regard to this deposition, and I've

 3    just marked this as Defendants' 1.  You don't

 4    necessarily have to read it, I'll just let you

 5    know that this is an order that authorized us to

 6    conduct your deposition and it has certain

 7    restrictions in it that I don't think will be

 8    relevant to our examination today.

 9                And I know you've been deposed a

10    number of times and I apologize in advance

11    having to go through this again.  I'm not going

12    to go into great depth because there's just a

13    certain number of issues I want to cover with

14    you and I realize these are events that took

15    place a long time ago, so you remember what you

16    remember.  I mean, do the best you can.

17         A.     Okay.

18         Q.     Did you state your name on the

19    record?

20                THE REPORTER:  Yes, he did.

21         Q.     Okay.  Mr. Madoff, what I'd like

22    to do is just briefly talk a little bit about

23    the business, and I'll refer to it as BLMIS, but

24    it's, you know, your broker-dealer business,

25    from pretty much inception to 1992, sort of
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 6

1   using that time period.  So I don't recall

2   exactly what year.  Do you recall what year in

3   the '60s you actually started the business?

4        A.      Just about the beginning of 1960.

5        Q.      And at that time your initial

6   offices were using space in your father-in-law's

7   accounting practice?

8        A.      Correct, right.

9        Q.      How long were you there, do you

10  recall, approximately?

11       A.      I don't really recall.  I would

12  say less than a year maybe.

13       Q.      And so going from then, '60s up to

14  '92, is a long period of time, did the practice

15  evolve during that period of time as far as --

16  could you describe generally -- I mean, were you

17  doing mostly broker-dealer work or market

18  making, representing retail clients?  Can you

19  describe the business and how it changed or grew

20  during that period of time?

21              MS. KOSACK:  Objection as to form.

22       Q.      You can answer.

23       A.      It started out as a small

24  broker-dealer doing retail business with

25  basically family, family members, a handful of

Picard v. Avellino                     Benard Madoff 11/13/2019

Page 7

```
 1    family members that were introduced to me by my

 2    father-in-law, Saul Alpern, it was his

 3    accounting clients, while I was in law school.

 4    And then it evolved into market making, doing

 5    convertible bond arbitrage primarily.

 6         Q.    Did you have what I'll refer to as

 7    retail clients throughout that period of time?

 8         A.    Not really.  I mean, the retail

 9    clients that we had were, my recollection, were

10    basically all family and friends but probably

11    certainly less than a dozen.

12         Q.    So if you gave us rough

13    approximations of like the percentage of work

14    that was retail as opposed to proprietary

15    trading or market making, what would you think

16    the percentage would be?

17         A.    Market making was the majority

18    because of the activity that market makers go

19    through.  They do a lot of buying and selling

20    for their own account primarily and, it, you

21    know, it doesn't pan out to what was that much

22    because you -- hopefully you try and sell what

23    you bought and so on and so forth.

24         Q.    What about the -- that's the

25    market-making side of the business?
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 8

```
 1        A.      Market-making side.
 2        Q.      What about the proprietary-trading
 3   side; were you actively --
 4        A.      Well --
 5        Q.      -- trading your own account then?
 6        A.      -- market making and proprietary
 7   trading is the same, is one and the same,
 8   because you -- we always trade -- as a market
 9   maker you're always trading primarily for your
10   own account.  So that's -- it's going into the
11   firm's trading account or investment account and
12   out and that's primarily how all market makers
13   operate.
14        Q.      There came a time where there was
15   a unit or at least a characterization in the
16   practice of investment advisory.  Do you recall
17   that?
18        A.      That was later on, yes.
19        Q.      Okay.  So do you recall before or
20   after say 1992 did that unit start?
21        A.      I don't recall, tell you the
22   truth.
23        Q.      Okay.
24        A.      I don't recall.
25        Q.      And why did you start that unit?
```

Picard v. Avellino                Benard Madoff 11/13/2019

                                                        Page 9

1         A.        There was some changes in

2    the industry that required you to -- the SEC

3    wanted market makers to register as

4    investment -- not market makers -- they wanted

5    all broker-dealers to register as investment

6    advisors.  Most broker-dealers did not.

7    They preferred to stay not registered

8    because that subjected you to the fraud statute

9    and there was a lot of arguments going on in the

10   industry whether or not it was going to be --

11   whether or not they had the right to force firms

12   to register as investment advisors and so on and

13   so forth.

14             And finally we registered as an

15   'investment advisor with basically -- when the

16   SEC was pushing pretty much everybody to

17   register as investment advisor, and then they

18   changed the rule.  They lost a court case at the

19   time, I remember, the SEC, so market makers

20   could withdraw as a Registered Investment

21   Advisor.

22             I had already registered and I

23   wasn't sure whether or not it was -- it was in

24   limbo sort of as to whether or not they were

25   going to still require you to register, so we

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 10

1    did.  But basically my business never really

2    changed.

3         Q.     So were your individual retail

4    clients characterized in the investment advisor

5    unit?

6         A.     Some were.  Some were and some

7    weren't.  Mostly the investment advisory

8    business was hedge funds, European hedge funds

9    that had had -- some of them had a -- again, my

10   recollection was that some of them didn't

11   have a -- some of them had a requirement that

12   they were going to have to register -- they

13   could only deal with a Registered Investment

14   Advisor.  That was a small portion of it.  I

15   don't know that that ever came to pass.

16        Q.     Did it make any difference in your

17   business as to whether a client was

18   characterized as in the investment advisor unit

19   or otherwise?

20        A.     No, no.

21        Q.     Who did all the trading for all of

22   the clients?

23        A.     I did the trading for the

24   proprietary -- well, there was, you know, there

25   was a market-making side, proprietary trading

Picard v. Avellino                    Benard Madoff 11/13/2019

1  side and the investment advisory side was

2  primarily handled by Frank DiPascali was the one

3  that handled pretty much all of the, I would

4  say, institutional-type clients.

5      Q.    When you say handled, was he

6  making the investment decisions for them?

7      A.    Well, we made the investment

8  decisions -- it was a combination of who made

9  investment decisions.  It could have been market

10 makers, it could have been proprietary traders,

11 it could have been me, and it could have been

12 him, particularly if there were options

13 involved, which was his specialty.

14     Q.    You used the term before, let me

15 ask if you -- I really need you to, if you can,

16 give us a brief description of the trading

17 strategy that you used of these arbitrage or

18 convertible bond arbitrage transactions.

19     A.    Convertible bond arbitrage is when

20 you buy a -- most companies issued convertible

21 bonds and most convertible bonds are convertible

22 into common stock.  You have to physically

23 deliver the bonds to the transfer agent or to a

24 clearing agent and then they will exchange bonds

25 for stock, for common stock.

Picard v. Avellino                 Benard Madoff 11/13/2019

Page 12

1              So arbitrageurs primarily, which

2    is called bona fide arbitrage as opposed to risk

3    arbitrage, what they do is basically, typically

4    would either make a market into a convertible

5    bond or go out into the street to buy it.  And

6    then when they buy the bond, they simultaneously

7    sell the stock against that position, but they

8    might be short the stock at certain times.

9              As a market maker you're actually

10   required when you're making a two-sided market

11   for a time to trade short, on the short side of

12   the market.

13        Q.    I've seen reference to a phrase a

14   premium arbitrage.

15        A.    That's --

16             MS. KOSACK:  Objection to form.

17        Q.    Can you tell us what that is?

18        A.    That's when a bond trades at a

19   higher level than it should, based upon the

20   common stock.

21        Q.    What kind of returns would you get

22   from these arbitrage trades?

23        A.    It varies.  Could be -- depending

24   upon how long you stay short, the open common

25   stock, or how long you -- how fast you can

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 13

1   physically convert it.

2        Q.      Were you able to estimate or

3   project the approximate return you would get on

4   these trades?

5        A.      It varies.  Typically you would --

6   again, there's no general rule because the

7   longer you stay open, both the long and the

8   short, being long the buy and the short the

9   stock, and not physically converting it into

10  cash so you can make the delivery, that depends

11  upon what your return is.

12            So the goal is to convert it as

13  quickly as possible, unless you think that the

14  stock is going to -- the spreads will change,

15  they'll widen or short.  So there's no basically

16  general rule.

17       Q.      What about the risk involved in

18  these kinds of trading strategies?

19       A.      Well, there's always risk involved

20  because you can be short a bond and long a stock

21  at one price and then the spread, which is the

22  difference between what the conversion is worth

23  and the stock, can wind and it depends upon how

24  long that's going to stay open, and so on.  Or

25  it can possibly, there's a rumor about a merger

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 14

1    or something happening in the market.

2          Q.       Did you do anything in your

3    trading strategy to minimize the risk involved

4    in those kinds of transactions?

5          A.       Well, we basically stayed away

6    from huge risk positions, if at all possible.

7    Most arbitrageurs will do that.  But there's

8    always a risk involved, no matter how -- all our

9    clients were certainly aware of the fact that

10   there's a risk involved because it's -- you're

11   not only doing bonds where you can immediately

12   convertible.  There's also what they call

13   premium arbitrage and so on and so forth.  It's,

14   you know, sort of complicated, but it's

15   something that market makers were in a unique

16   position to do that because they don't pay the

17   commissions that would typically be paid by

18   other firms.

19         Q.       Throughout the decades, let's say

20   the '70s and '80s, the returns you had for

21   customers was pretty consistent.  How were you

22   able to continue to have consistent returns in

23   the market?

24         A.       Well, basically the goal is

25   usually, was to do at least double what the

Picard v. Avellino                              Benard Madoff 11/13/2019

1    bond -- long bond rate would be.  So that would

2    be the -- well, because there is a risk

3    involved.  So you wouldn't do a trade unless it

4    was immediately convertible and then again it

5    depends upon whether you're doing warrants,

6    rights, units, there's all different forms.  And

7    that dictates how quickly you can convert the

8    bond, the warrants, the rights into stock and

9    into a profit.

10        Q.    How long did you utilize this

11    arbitrage bond, convertible bond strategy in

12    your practice?

13        A.    Basically forever.  I mean, except

14    in the later years, I guess we're talking about

15    in the post-'90s, we started a new strategy

16    called the split-strike conversion strategy,

17    which was -- it was not so unique, it was just

18    where you would -- instead of buying one bond

19    and one stock, you would buy either a basket of

20    bonds or a basket of stocks and then you would

21    hedge that with Standard & Poor's indexes.  It's

22    called, basically called covered rights.

23        Q.    Using the year 1992, were the

24    trades you made as reflected on the statements

25    given to your customers all legitimate trades?

Picard v. Avellino                    Benard Madoff 11/13/2019

```
1        A.     Yes.   Well, some -- our problems
2    occurred in the post-'90s because we found the
3    marketplace was very difficult to do the
4    split-strike conversion.  And that strategy
5    involved putting the money into, while you were
6    waiting for the strategy to become available,
7    you would put the money typically in Treasury
8    bonds, waiting for it.  But the longer that you
9    waited, the smaller your return would be because
10   you're talking about investing in bonds that had
11   2 percent treasuries, let's say paying 2
12   percent, and you were hoping to earn, you know,
13   let's say 8 or 10 percent and, you know, so you
14   were typically -- you were basically losing that
15   difference.
16        Q.     Were you doing split-strike
17   conversion strategies, let's say prior to '92?
18        A.     We started doing different blends
19   of it.  Well, as a market maker you're always,
20   you're doing some forms of it, you know.  But
21   basically it became a typical type of strategy
22   when we were dealing with a group of foreign
23   hedge funds.
24        Q.     What about the what I'll refer to
25   as the A&B accounts?  Do you know what I'm
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 17

1    referring to when I use those initials?

2         A.      Yes.

3         Q.      What was the trading strategy

4    utilized by your firm with regard to those

5    accounts?

6         A.      Well, primarily it was -- the

7    trading strategy from the inception was

8    convertible bonds in common.  We were not doing,

9    to my recollection, I don't remember when we

10   started doing, if at all, split-strike trades

11   for them.  That's typically more of an

12   institutional type of a trade.

13              So Avellino & Bienes, those

14   accounts were basically initiated originally by

15   my father-in-law, who -- they were his -- he had

16   a group of clients that wanted to do trading

17   convertible bonds, and what we would do is he

18   opened up an account, I think Avellino &

19   Alpern -- Alpern & Heller was the first

20   account -- and we would buy, you know, treat it

21   as an investment club type of an account.  And

22   then we would report to them the trades in that

23   particular account and then Saul Alpern and

24   Heller, as their accountants, split the trades

25   up and they would report them, individual

Picard v. Avellino                 Benard Madoff 11/13/2019

Page 18

1    trades, like anybody else would, and just charge

2    them a small accounting fee.

3              But as far as we were concerned,

4    we were dealing with one account, but we knew

5    that they were -- a limited number of accounts.

6    You had to have -- you couldn't have more than

7    about a hundred accounts, otherwise, you would

8    have to become registered to do that type of

9    trading.

10        Q.    We'll get into, in a bit, when A&B

11   was shut down by the SEC, but up until that

12   point in time, were the transactions that you

13   made on the A&B accounts as reflected in those

14   statements valid transactions?

15        A.    Yes.

16             MS. KOSACK:  Objection to form.

17        A.    Yes.

18        Q.    And so the statements that they

19   received showed literally stock -- security

20   transactions that were legitimate?

21        A.    No different than any other

22   account, right.

23        Q.    There are a few terms that have

24   been utilized.  I'd like to ask you about these

25   terms and just give us a brief description of

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 19

1    them.  For example, like "naked short sales."
2    Just briefly tell us what that means and how it
3    was utilized in your business.
4         A.       Naked short means that you're --
5    every short sale is a naked short.  In other
6    words, it means that you're selling stock that
7    you don't physically own.
8                  As a market maker, that's the
9    typical transaction.  You have to -- you're
10   required as a market maker to make a two-sided
11   quote in a group of stocks that you're
12   registered in and then you would trade those
13   stocks, sometimes on the long side, sometimes on
14   the short side, depending upon your feeling of
15   the market conditions and based upon what your
16   client wanted to do.
17        Q.       Did BLMIS utilize naked short
18   transactions?
19        A.       Who?
20        Q.       Did your company?
21        A.       Did they do it?  Of course, yes.
22        Q.       To a large degree?
23        A.       Yes.
24        Q.       Is there anything improper about
25   naked short transactions?

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 20

1          A.        Absolutely none.

2          Q.        What about the term "continuous

3     net settlement," what did that mean?

4          A.        That was basically a clearing

5     operation that was initiated by my firm for the

6     clearing corporation where there was a huge

7     interest in Wall Street to have a central

8     clearing corporation handle the trades the same

9     way that a bank would handle them, and they

10    formed this national clearing corporation and

11    then part of that clearing corporation function

12    was what they called a continuous net

13    settlement, where you would -- market makers and

14    even nonmarket makers would report their buys

15    and sells during the course of the day to the

16    clearinghouse and then what they would do is

17    they would net out all the transactions so that

18    rather than you getting lots of different

19    particular individual trades, you would get one

20    net settlement.

21              So if your net purchases were

22    100,000 shares, even though you may have traded

23    a million shares on that day, if it netted out,

24    the buys and the sells, at different prices --

25    and you never knew who -- you never knew really

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 21

```
 1   who you were getting, going to get under the
 2   continuous net settlement because it was
 3   guaranteed by the clearinghouse.
 4          Q.     Were all security transactions --
 5          A.     No.
 6          Q.     -- done through that?
 7          A.     No.
 8          Q.     For instance, over-the-counter
 9   transactions, would they be reflected in this --
10          A.     Some were; some weren't.  It
11   depends upon whether it traded on NASDAQ or
12   whether it was -- depended upon the activity in
13   the stock.  A lot of -- some people would
14   internalize the transactions.  Internalizing
15   meaning they would net the trades amongst their
16   own retail clients, if they had retail clients,
17   and they would, you know, net them out that way.
18          Q.     And so those transactions wouldn't
19   be reflected in any entity that monitors trades?
20          A.     No.
21          Q.     How much, let's say in the
22   mid-'90s, let's say, just pick a time period,
23   how much trading did your company do that was in
24   transactions that wouldn't be recorded anywhere?
25                 MS. KOSACK:  Objection, form.
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 22

1        Q.      Other than internally?

2                MS. KOSACK:  Objection, form.

3        A.      We were doing 10 percent of all

4    the trading in the United States at one point,

5    so it's an astronomical figure.  I don't know

6    how much would be ex-clearinghouse or not.

7                Again, you have to understand that

8    the goal of most firms is to internalize as many

9    transactions as you can, rather than go through

10   the clearinghouse, because you have control of

11   those securities, you have control of the whole

12   operation.

13               But it depends upon who you're

14   dealing with.  Madoff dealt with most major

15   brokerage firms like Fidelity and Merrill and

16   Goldman and so on.  And those trades typically

17   would be done through the clearinghouse.

18               But again, it depended upon what

19   those firms themselves wanted to do.  Sometimes

20   they would want to do the trade ex-clearinghouse

21   because they had customers on both sides of the

22   trade and they wanted to do it that way.

23       Q.      So when you use the term "ex-

24   clearinghouse," that's a transaction that

25   wouldn't have gone through this clearing?

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 23

```
 1        A.      Correct.

 2        Q.      And so there would be, other than

 3   the internal records of your business, there

 4   would be no evidence of those trades?

 5        A.      Correct.

 6        Q.      Where were those trades recorded

 7   within your company?

 8                MS. KOSACK:   Objection to form.

 9        A.      They would be on the trading

10   ledgers, depending upon whether it was, again,

11   bought as part of the investment-account

12   inventory or the market-making inventory or in

13   crossing two clients' trades.

14        Q.      What about the blotter, what's the

15   blotter?

16        A.      Blotter is a general term for,

17   it's a ledger sheet that reports, again, the

18   transactions.  It's an internal mechanism for

19   firms to be able to keep track of what they're

20   doing during the day.

21        Q.      And did your firm keep track of

22   its transactions on the blotters?

23        A.      Yes.

24        Q.      How long did it maintain those

25   blotters?
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 24

```
 1        A.      Well, I think it was a regular

 2   retention of six years in the industry.  So as a

 3   general rule, firms would get rid of the records

 4   after six years because they were just so

 5   cumbersome.

 6               Then there was a change in the

 7   industry to make it even shorter because the

 8   course of -- the paper course of doing all these

 9   transactions was so astronomical that firms came

10   up with their own devices how to record them and

11   may have used, you know, computer systems.

12        Q.      Do you recall how long your

13   company maintained the blotters?

14        A.      It varied.  I mean, typically we

15   would try to not retain them longer than --

16   because it was a matter of space.  We had five

17   warehouses full of records.  We maintained

18   customer transactions longer than typical

19   because customers, as a general rule, retail

20   customers, would lose their, you know, when it

21   came time to do their tax returns, we would be

22   flooded with, you know, requests for duplicate

23   trades and so on and so forth.

24        Q.      How were those maintained?

25        A.      If we had the records, we would
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 25

1    send them a duplicate.  If we didn't, we didn't.

2         Q.      Were the records the client

3    statements or some other form of record?

4         A.      Basically they would be

5    confirmations.

6         Q.      What's a focus report?

7         A.      A what?

8         Q.      A focus report?

9         A.      A focus report is basically a

10   quarterly report that broker-dealers file with

11   the NASD and once a year with the SEC.

12        Q.      Did that reflect all of the

13   transactions that were performed by the company?

14        A.      Yes.

15        Q.      When did you start doing focus

16   reports; do you recall?

17        A.      From the inception.

18        Q.      So the focus reports would have

19   reflected all transactions made by your

20   business?

21        A.      Yes.  But again, depending upon

22   whether there were net trades and so on.  They

23   would appear, you know, differently.  They would

24   appear as a net position as opposed to

25   individual positions.

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 26

1              Used to be, when the industry

2    first started, you had to reflect all your

3    inventory in the marked to market and so on, and

4    then that changed, I don't remember what year it

5    was, where they eliminated -- because it was too

6    cumbersome for firms to report the growth

7    positions, so they just reported net positions.

8         Q.    What about the term "legging in"?

9         A.    Legging in is a term that market

10   makers and basically arbitrageurs use where you

11   buy the bond first and then you sell the stock.

12   Typically -- and that was something that we did

13   regularly.  Because the goal would be if the

14   market is going up, you would buy the bond

15   first, wait for the stock to go up, you're

16   selling the stock at a higher price, so you're

17   making a greater profit.

18              And sometimes that works and

19   sometimes it doesn't.  You're at risk during --

20   if it doesn't.

21        Q.    What about the term "selling

22   against the box"?

23        A.    Short against the box?

24        Q.    Selling against the box.

25        A.    Short against the box.

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 27

```
 1        Q.      Short against the box.

 2        A.      Short against the box means that

 3   we had stock in one of the firm accounts,

 4   inventory account, market-making account, or

 5   trading account, and we would be selling stock

 6   against that position.  It's like being short

 7   against a long position.

 8        Q.      So let's go up to 1992 when you

 9   learned about the SEC investigation of A&B.  How

10   did that come about?

11        A.      It was a nightmare because

12   unbeknownst to me they had, I guess it was Mike

13   Bienes I think was the one that decided that

14   rather than do the trades that we had always

15   been doing them with my father-in-law, he would

16   break up the individual trades and report

17   individually to each client what their tax

18   consequences were.

19               I was told by the SEC, which was

20   sort of a shock to me at the time when they came

21   in to do an examination, that they had come up

22   with a plan where they would issue notes to the

23   customers and pay them an interest rate on

24   borrowing money and they would -- I don't

25   remember how they would report the trade, but
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 28

1    basically it was something that they weren't

2    supposed to do or we weren't aware of the fact

3    that they were doing it, and you were limited to

4    how many clients you could have and so on and so

5    forth.

6         Q.    Prior to your learning of that SEC

7    investigation, do you recall ever having any

8    conversations with either Frank Avellino or

9    Michael Bienes about the requirement --

10        A.    Yeah, it was --

11        Q.    -- to register?

12              Remember, just let me finish

13   before you answer.  Sorry.

14        A.    Yes.

15        Q.    What were those conversations?

16        A.    Hostile.

17        Q.    No, I'm sorry, let me be clearer.

18              Before the SEC investigation,

19   before you learned about that --

20        A.    I didn't learn about it until the

21   SEC came in and told me, are you aware of the

22   fact that you have an unregistered hedge fund

23   operating within your firm?  I said I had no

24   idea what they were talking about.

25              I always had a very close

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 29

```
 1   relationship with the SEC and the regulators

 2   because I was on all the boards and I was

 3   familiar with all the regulations.

 4              And I made it very clear to all my

 5   clients what their restrictions were as to how

 6   much capital they could invest, how much their

 7   net worth had to be, so on and so forth.

 8              And we had a very strict rule

 9   about investing for, you know, small clients

10   because it was too cumbersome to trade and we

11   weren't sure whether or not they were

12   sophisticated enough to handle the transactions.

13              So when the SEC asked me about

14   this trade, I said I was not aware of the fact.

15   I told them that this was exactly -- this was

16   supposed to be a transaction handled by my

17   father-in-law, how it was supposed to be done

18   and how we thought it was being done for years,

19   and we'd have no way of knowing that it wasn't.

20              But hostile would be the best way

21   I could describe the conversation with both of

22   them, but it was primarily, I guess, Mike's

23   idea, Mike Bienes.

24              MR. WOODFIELD:  Mark this as

25   Defendants' 2.
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 30

1                    (Exhibit D-2 marked for

2        identification.)

3            Q.        Mr. Madoff, I'm handing you a

4        document we've marked Exhibit Defendants' 2.

5        This is a letter dated December 9, 1992 to you

6        from Frank Avellino.  Will you just take a

7        moment and read it.

8            A.        (Witness complies.)  Yes.

9            Q.        Do you recall receiving this

10       letter?

11           A.        I recall getting a phone call.  I

12       spoke to the -- I don't remember whether it was

13       after I received the letter or not, I was

14       approached by one of the partners of

15       Pricewaterhouse and told them that, you know, we

16       would take care of that and send it to them.

17           Q.        And did you, pursuant to this

18       request, did you cause the statements of A&B to

19       be sent to Pricewaterhouse?

20           A.        I wouldn't have done it but

21       someone in my back office would have done it,

22       primarily Frank DiPascali.

23           Q.        Other than providing these

24       documents, did you have any other involvement in

25       the SEC's investigation?

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 31

```
1        A.      No.  Other than the fact that we

2    froze the -- we had actually -- I remember

3    telling the Pricewaterhouse and the SEC that we

4    closed these accounts, and the SEC said, you

5    know, you didn't have to close them, if you

6    didn't want to.  They would just have to

7    register.  And I said no; I said this was a

8    violation of our internal rules, and I closed

9    the accounts and I sent the money out.

10            So the money was basically, I

11   think, primarily most of it was returned before

12   we even sent the statements out, the duplicate

13   statements out, because there was no reason to

14   hold the accounts open.  We weren't going to do

15   business with them any longer.

16        Q.      In this litigation Mr. Picard has

17   alleged that the statements that were sent to

18   Pricewaterhouse were recreated by your company

19   to show more conservative trades and to reflect

20   what was alleged to be a shortfall in how much

21   was in those accounts.  Is that accurate at all?

22            MS. KOSACK:  Objection as to form.

23        A.      I would have no way of knowing

24   that because I basically -- once the -- once the

25   relationship ended between Avellino & Bienes and
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 32

1    myself, I had nothing to do with the accounts.

2    I wiped my hands of them and turned them over --

3    you know, turned the money back to the clients.

4              And at one point my father-in-law

5    called me up asking me to please don't close

6    certain of these accounts, these people were

7    relying upon the money and they weren't aware of

8    the fact that what they were doing was improper,

9    and so on and so forth.

10             And I said, okay, I said,

11   certainly these accounts, if they're good

12   accounts of yours that you -- and they're

13   sophisticated enough, and I think we had a

14   minimum of $500,000 for an individual's account

15   to open it up, I said, when you open up an

16   account.

17             But I had nothing to do with it at

18   that stage of the game.  I turned it all over to

19   Frank DiPascali because I just didn't want to

20   handle those.  I didn't have the time to handle,

21   you know, retail accounts.  Because when I

22   handled the A&B accounts, typically there was

23   not any conversation going on because it was an

24   institutional type of account and required no

25   extra work from me or even people in my firm

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 33

1    because it was one account, like, you know, an

2    investment account, investment club account.

3              But the thought of having to deal

4    with, you know, all these distant relatives,

5    friends or whatever it is calling up -- I mean,

6    my reputation had always been on Wall Street to

7    not do retail clients type business because most

8    of our -- most of the firms -- not most of, a

9    lot of those firms like Fidelity and those types

10   of firms, they were dealing with retail clients.

11   You know, I didn't think it was right for me to

12   compete with them going into the retail

13   business.

14        Q.    So just to be clear, do you have

15   any knowledge that the statements that your

16   company sent to Pricewaterhouse in connection

17   with the SEC's investigation of A&B were in any

18   way modified or changed?

19              MS. KOSACK:  Objection.

20        A.    I never saw them.

21        Q.    So did you have any knowledge of

22   that?

23        A.    No.

24        Q.    What about with regard to the

25   repayment of the A&B clients that you mentioned

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 34

```
 1    before, were there sufficient funds in your

 2    company to make those payments?

 3         A.    If there was sufficient funds in

 4    the account, then we would pay them.  But if

 5    they didn't have -- if we had arbitrage

 6    positions set up that were going to be used for

 7    those accounts or they weren't out of

 8    conversion -- I wanted to get rid of those

 9    accounts immediately, I was so furious.

10              So some of these arbitrage

11    positions that we had were not completed yet.

12    They weren't back from the transfer agents and

13    so on.

14         Q.    So what did you do with those?

15         A.    So we called -- I had other

16    sophisticated clients, a group of I think it was

17    four clients, that we called and said do you

18    want to take over these positions?  I'm getting

19    rid of, you know, one of my accounts, and they

20    sent in money and we gave them the positions.

21         Q.    I've seen reference to the Big

22    Four, quote unquote.  Were those the individuals

23    you approached?

24         A.    Yes.

25         Q.    Ultimately you permitted Avellino
```

Picard v. Avellino                    Benard Madoff 11/13/2019

                                                            Page 35

1     & Bienes to reinvest with your business, did you

2     not?

3          A.     No.

4          Q.     Did they come back in at all?

5          A.     No, not to my knowledge.

6          Q.     What about through partnerships

7     that were created that invested with you?

8          A.     I was not aware of any.

9          Q.     So your recollection is that they

10    had no further investments --

11         A.     Yes.

12         Q.     -- with you after the SEC

13    investigation?

14         A.     That's correct.  I thought they

15    couldn't.

16                MR. WOODFIELD:  Mark this as --

17    this April 27, 1993 letter as Defendants' 3.

18                (Exhibit D-3 marked for

19    identification.)

20         Q.     Take a look at this if you would

21    for a moment.  I'll ask you some questions about

22    it.

23         A.     (Witness complies.)

24         Q.     Just take a quick look at the next

25    couple of pages.

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 36

```
 1        A.       (Witness complies.)

 2        Q.       Is this the report, the type of

 3   report that you got from the NASD after they

 4   conducted audits of your company?

 5        A.       Yes.

 6        Q.       Is this, in fact, one of those

 7   reports from the audit?

 8        A.       Yes.

 9        Q.       If you would just take a look at

10   the description on what is this last paragraph.

11   See where it talks generally about your business

12   and the market making and --

13              MS. KOSACK:  What page are you on,

14   I'm sorry?

15        Q.       Page 2, it's under the last

16   paragraph on page 2.

17              MS. KOSACK:  Just for the record

18   it's the Bates number ending in 112400.  That's

19   the page you're on?

20              MR. WOODFIELD:  Yes.

21        Q.       Is that factually accurate, the

22   first sentence, "As of December 31, 1992" your

23   company, "was making markets in approximately

24   460 securities"?

25              MS. KOSACK:  Objection as to form.
```

Picard v. Avellino                    Benard Madoff 11/13/2019

                                                              Page 37

1          A.      If that's what it says, yeah.

2          Q.      Look at the last page if you

3    would, the last paragraph that begins with

4    "December 14, 1992."

5              MS. KOSACK:  And for the record,

6    it's the page ending in 112401?

7              MR. WOODFIELD:  Correct.

8          A.      (Witness examining document.)

9              Okay.

10         Q.      Do you understand that at the time

11   the NASD was doing their audit of your business,

12   it was at the same time that this SEC action

13   with A&B was involved --

14             MS. KOSACK:  Objection.

15         Q.      -- ongoing?

16             MS. KOSACK:  Sorry.  Objection as

17   to form.

18         Q.      Do you have that understanding?

19         A.      It looks that way, but I'm not

20   sure of the dates.

21         Q.      When this last sentence of that

22   paragraph which states, "The staff's review

23   found no apparent violations on the part of

24   MADF," what did the NASDAQ or NASD's

25   investigation entail?  What did they do?

Picard v. Avellino                          Benard Madoff 11/13/2019

```
                                                          Page 38

 1        A.        Typically it was making sure you

 2   had enough capital, making sure that your

 3   markups on your customer trades was fair and

 4   orderly and so on and so forth.

 5              I'm not sure that I understand

 6   what the A&B -- A&B was an unregistered -- that

 7   was in December of '92.  When was the

 8   examination that the NASD --

 9        Q.    Well, this letter is dated April

10   27, '93.  It's not clear to me when that

11   investigation started, but looks like it was

12   simultaneous.

13              MS. KOSACK:  Objection to the

14   form.

15        Q.    Do you have any recollection of

16   this particular event?

17        A.    Well, I know that when the SEC

18   called about the A&B accounts, they came up with

19   a whole crew of people, their division chief,

20   and did an examination of our firm to make sure

21   that we had all the securities there.  And the

22   NASD came up and did a similar, came up and did

23   a follow-up audit.

24        Q.    Were all the securities there at

25   the time?
```

Picard v. Avellino                    Benard Madoff 11/13/2019

1        A.      Yeah.

2        Q.      When the A&B customers came in to

3    become your investors directly with you, there

4    were a number of them, were there not?

5        A.      When the A&B came in originally?

6        Q.      No, no.   After A&B was shut down

7    and the investors with A&B --

8        A.      Some of them that were

9    originally -- as I said, my father-in-law asked

10   me to take some of these accounts in directly in

11   their own names, and we limited it to family

12   partnerships where we said it could be fathers,

13   you know, sons, daughters, but nothing extended

14   past that.

15       Q.      Was any compensation given to

16   Frank Avellino or Michael Bienes for causing

17   those A&B customers to come in to become direct

18   investors with you?

19              MS. KOSACK:   Objection as to form.

20       A.      Quite frankly, I had -- I think it

21   was well known that my relationship with both of

22   them was sour, and I, quite frankly, refused to

23   see them when they wanted to come up to my

24   office to talk to me.

25              They did come up once.   I remember

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 40

```
 1   this distinctly because it was I think an Easter
 2   parade and both their wives came with them.
 3   They were dressed in the most ridiculous outfits
 4   I've ever seen in my life, and Mike Bienes at
 5   that time was mentally unstable.  He started to
 6   have a conversation with himself in front of
 7   myself and the wives and Frank Avellino.  I
 8   turned to them and said, what is wrong with him,
 9   and they said, no, leave him alone, he's lost
10   it.  Whatever that meant.
11         Q.    Was that a meeting that took place
12   after the SEC investigation?
13         A.    Yes.
14         Q.    And do you recall whether or not
15   Frank Avellino and Michael Bienes, through
16   partnerships, were permitted to invest again
17   with you?
18         A.    My instructions were to --
19         Q.    DiPascali?
20         A.    -- Frank DiPascali, was that, no,
21   I don't want any -- it wasn't only for them, by
22   the way.  It was we had a strict rule about
23   that, you know, that having partnership accounts
24   that were unsuitable and unregistered, and we
25   went -- I gave instructions to my operations
```

Picard v. Avellino                    Benard Madoff 11/13/2019

```
                                                       Page 41
 1    people, which certainly included Frank, to do a
 2    search and make sure that all of the accounts
 3    that we had, if they had names that looked
 4    strange to us, find out exactly, you know, who
 5    the owners are and close the accounts if they
 6    are not following whatever our requirements
 7    were, which was, you know, they said should just
 8    be immediate family members.
 9         Q.    And did Frank DiPascali handle all
10    of those accounts --
11         A.    Yes, he did.
12         Q.    -- when I say those accounts, the
13    A&B clients that came in after A&B was shut
14    down?
15         A.    Yes.
16         Q.    Did you have any day-to-day
17    involvement with those accounts?
18         A.    I had very little involvement with
19    any of the retail accounts other than the Big
20    Four accounts, which were a totally different
21    type of trading.
22         Q.    Who was doing the trading for
23    those A&B clients that came in?
24         A.    Well, because depending upon the
25    type of strategy we were using, it would go into
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 42

1    a -- it depended upon whether it was coming out

2    of the market-making side of the firm or the

3    investment side of the firm, and it was done in

4    what you would call block size and then we would

5    give instructions to the operations people, and

6    that's back office people, to break up the

7    trades to the individual accounts.

8         Q.    So it's clear the investment

9    advisory section did not do trading, correct?

10              MS. KOSACK:  Objection as to form.

11        A.     Investment advisory section?

12   Well, no, they were not an investment advisory

13   section, all they did was they were registered

14   as an investment advisor but nothing changed,

15   you know, in the handling of the trades.

16              MR. WOODFIELD:  Mark this exhibit,

17   which is MF00021568, as Defendants' 4, please.

18              MR. GOLDMAN:  If you need to take

19   a break, you ought to tell us.

20              MR. WOODFIELD:  Oh, I'm sorry.

21   Yeah, at any time you want to take a break...

22              MR. GOLDMAN:  Do you want to start

23   with this?

24              (Exhibit D-4 marked for

25   identification.)

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 43

1    BY MR. WOODFIELD:

2         Q.      I show you this document I just

3    put in front of you that at the top is entitled

4    "Portfolio Management Report as of 12/31/91."  I

5    apologize, it's not all that clear to read, so

6    let me know if you have some trouble.  I can

7    help you with some of the reading of it.

8                 Well, my first question is what is

9    this document?

10        A.      Looks like an account ledger for

11   this client.

12        Q.      And is this an internal --

13        A.      Yes.

14        Q.      -- an internal document of your

15   company?

16        A.      Yes.

17        Q.      This is not something that would

18   go to a client?

19        A.      It depends.  Depends on what the

20   clients wanted.  We did have some statements

21   that did go to clients that were very similar to

22   this, if not the same.

23        Q.      Now, looking at this, I just want

24   to ask you about some of the line items that --

25   if you could explain those to us.

Picard v. Avellino                     Benard Madoff 11/13/2019

Page 44

```
 1              So I take it from looking at the
 2   top where it has an account number and a
 3   specific account and then, quote, Frank J.
 4   Avellino Trustee, close quote, that that's one
 5   particular account that was at your company?
 6        A.    Yes.
 7        Q.    So with regard to these line items
 8   below that, you see where it starts with
 9   "Initial investment"?
10        A.    Um-hum.
11        Q.    The next one is "Profits under
12   expected return for previous year."  What does
13   that mean?
14        A.    Typically what most investment --
15   people that were handling whether advisory
16   accounts or just retail accounts where you were
17   managing their account for them, you know, you
18   would project out what the particular strategy
19   was -- what the goal was.  It's not a guarantee.
20   It's strictly a, you know, what we're estimating
21   the trades should produce.
22        Q.    The next line under that is
23   "Adjustments."  There's no dollar amount
24   connected to that, but what would the
25   adjustments be?
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 45

1        A.      It depends upon if there were an

2    error in the account, what's known as an as-of

3    transaction.  Typically with most, though, when

4    you're dealing with trades like this, you would

5    have errors that are made in the accounts,

6    errors of either the firm or of the client who

7    told you to sell the stock, to unwind the

8    position, and for some reason it wasn't unwound,

9    and we had to go back in after a conversation.

10   It was always one of these things where they

11   would say we'll make it up to you, don't worry,

12   just put the trade through.

13       Q.      Go down several more line items,

14   there's a line item "Expected rate of return"

15   and then on that line is 31 percent.  What is

16   that?

17       A.      Depends upon the type of

18   transaction.  I would say it's a more

19   speculative type of transaction than a typical

20   one.

21       Q.      Again, how were you able to

22   determine a number such as the 31 percent?

23       A.      Based upon where the stock and the

24   bonds were trading at or whatever the units

25   were.

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 46

1          Q.      And is 31 percent as of 1992 a

2    good return?

3          A.      Of course, yeah.

4          Q.      Do you know what the general

5    market was at that point in time?

6          A.      It's representative in that

7    return.

8          Q.      Going down to the bottom of that

9    first client list of terms which we've just

10   discussed, the last one is "Annualized return

11   for current year" and it has 92.98 percent.

12   What is that?

13         A.      Well, that -- you have to look

14   at -- I had a conversation like this with

15   Picard's people when they were down here last

16   time, which for some reason, which is always an

17   embarrassment to them, in my feeling, where they

18   would look at a transaction, and just look at

19   the long position or the short position, and

20   determine what the percentage return was of that

21   position.

22              It's totally wrong.  I mean, you

23   have to net out the long and the short.  So they

24   would come up with some thing, I remember the

25   account was Stanley Chais, they said he had a

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 47

1    400 percent return in a particular stock, but if

2    they bothered to read it, they would see that he

3    might have had 392 percent loss in the contra

4    side of that transaction.

5              I said, how can you possibly, you

6    know, ask me that question?  What they were

7    trying to do, it seemed to me, was exaggerate,

8    you know, what the profits were, the same way

9    that they went on this tare that they couldn't

10   find any customer confirmations on transactions,

11   so they're assuming that we never did the trade.

12   They couldn't find the, not only customer

13   confirmation, they couldn't find the contra

14   broker side and that's because they weren't

15   issued any longer.

16        Q.    This statement as reflected at the

17   top is year end 12/31/91.  So were the

18   securities transactions that are reflected on

19   this statement all valid at that point in time?

20             MS. KOSACK:  Objection as to form.

21        A.    I'm assuming if they're on the

22   statement they were valid.  Again, I had no

23   way -- I did not handle all of those

24   transactions, so I don't know.

25        Q.    To your knowledge, though, as of

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 48

```
 1    12/31/91 was your company still performing

 2    transactions in a valid manner?

 3         A.    It was.  There were, I think it

 4    was sometime in the post-'90s -- not post-'90s,

 5    in the '90s, where we had bigger short positions

 6    in stocks that were open longer than we wanted

 7    to, which meant that we were long either

 8    Treasury bonds or we were not -- we were having

 9    difficulty generating the stock.

10              I think I testified in court that

11    I believed that, you know, which would be

12    established as a fraud, was the way we were

13    handling -- my office was handling certain types

14    of transactions post that period.

15         Q.    So would it be fair to say you

16    weren't either recording or covering the short

17    transactions?

18         A.    It depends, yeah, but you have to

19    understand that there was absolutely nothing

20    wrong with a broker-dealer being short stock.

21    It's an everyday operation for all

22    broker-dealers, whether it be Merrill Lynch,

23    Goldman Sachs, or Madoff, to have a long

24    position and short position and have an open

25    short position.  If we thought the market was
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 49

```
 1    going to go lower, then we would typically keep
 2    a long position open -- short position open
 3    longer.  Sometimes it worked out; sometimes it
 4    didn't.
 5               But it got to the point where I
 6    was under a lot of pressure from the foreign
 7    hedge funds that we were dealing the
 8    split-strike trades with to do trading, and that
 9    was my downfall.  It was a mistake.  I should
10    have returned their funds and closed the
11    accounts.  But I had made a commitment when I
12    took the accounts on to not return the money
13    because these hedge funds were known as hot
14    money hedge funds.  They were all foreign hedge
15    funds and as soon as you have a -- if you had a
16    bad period of time where you weren't doing the
17    trading at the level that they were hoping for,
18    they would close the account.
19               So we made a commitment that we
20    would not close the account and they also made a
21    commitment that they would stay the course.
22               MR. WOODFIELD:  Mark this as the
23    next exhibit.  This is MF00456622.
24               (Exhibit D-5 marked for
25    identification.)
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 50

```
 1          Q.      I put this in front of you,
 2    Mr. Madoff.  If you could take a look at it and
 3    then tell us what this document is and what it
 4    represents.
 5          A.      I can hardly see it.  I can hardly
 6    read it but it looks like just open positions.
 7          Q.      Is this an internal record of your
 8    company?
 9          A.      Yes.
10          Q.      And is this the type of record you
11    generally maintained?
12          A.      Yes.
13          Q.      And, again, what does it reflect?
14          A.      It's a typical statement, broker
15    statement of transactions.
16          Q.      What about with regard to the
17    categories when it refers to longs and shorts?
18          A.      Longs and shorts means you were
19    long in stock and short in stock.
20          Q.      Were these kind of reports
21    generated monthly or weekly or daily; do you
22    know?
23          A.      Monthly typically.  Sometimes
24    quarterly.  Depends.
25          Q.      And were these statements provided
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 51

1    to the customers or just for your internal

2    business?

3        A.    No, they were to the customers.

4        Q.    And in this particular document

5    with this account titled "Avellino & Bienes,"

6    were these transactions, for example, the top

7    part where it lists all of these long

8    transactions, is there a counter to those

9    transactions?  Would there be shorts?

10        A.    Sometimes.  It depends upon --

11    you'd have to look at the individual transaction

12    to see whether or not one is convertible into

13    the other.

14        Q.    Okay.  What about the lower

15    section here where, again, it lists a number of

16    companies with dollar amounts on them?

17        A.    I don't --

18        Q.    Like the Advanced Micro Devices,

19    that whole column below there, what does that

20    represent or what do they represent?

21        A.    Those are long positions that the

22    account was long in.

23            MR. WOODFIELD:  Mark this

24    document, which is STR0000216, the next exhibit.

25            (Exhibit D-6 marked for

Picard v. Avellino                      Benard Madoff 11/13/2019

```
                                                          Page 52

 1    identification.)

 2         Q.      Mr. Madoff, I hand you this

 3    account statement of your company for a

 4    Strattham, a client, dated 1/31/08 and ask you

 5    is that the typical type of statement that your

 6    company generated and provided to its customers?

 7         A.      2008 you said, is that what

 8    that --

 9         Q.      Yes.

10         A.      Yeah.

11         Q.      Now, if you look at this, would

12    you be able to tell me what kind of investment

13    strategy was being exercised based upon the

14    transactions in that statement?

15         A.      Yes.

16         Q.      Could you do so.

17         A.      It looks like a lot of movement in

18    and out of the market and into Treasury bonds

19    and so on.  I couldn't tell what -- without

20    going into great detail, what the strategy was.

21         Q.      If you would, turn to the very

22    last page of this document, which is STR000225.

23         A.      Um-hum.

24         Q.      Could you tell us what that page

25    represents.
```

Picard v. Avellino                    Benard Madoff 11/13/2019

```
 1        A.       This is split-strike transactions.
 2        Q.       And how are you able to determine
 3    that?
 4        A.       The S&P 100 Index that is short,
 5    and there must be typically -- typically there
 6    would be, on the other side, a long portfolio of
 7    stocks.
 8        Q.       Further down on this page I see a
 9    long position with a dollar amount and a short
10    position with a dollar amount.  Is that the long
11    position you just referred to?
12        A.       Right.
13        Q.       Now, could you explain to me what
14    these puts and calls are and what you're doing
15    with these transactions?
16        A.       Typically what happens is the
17    strategy that we get, we were using, which was
18    not an uncommon strategy, where you were long a
19    basket of securities that represented the S&P
20    movement in the S&P 100 or 500, depending upon
21    what we were using, and you would be short
22    the -- short normally the puts or short calls
23    and so on.
24        Q.       Would the monthly statements for
25    this account going forward show how those puts
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 54

1    and calls were implemented?

2          A.      Typically.

3          Q.      Now, in looking at this statement,

4    this statement is dated January 31, 2008, your

5    business wasn't doing these transactions at this

6    point in time, was it?

7          A.      We were doing some of them; some

8    of them we weren't.

9          Q.      But is there anything on the face

10   of this statement that would cause the customer

11   who received it any concerns about the validity

12   of the transactions?

13                 MS. KOSACK:   Objection.

14         A.      No.  I mean, it depends upon

15   whether -- what the transaction was and --

16   again, depends upon the type of trading that we

17   did.  Typically we would not do very big risk

18   trades.  But there were some transactions that

19   could have been done with the customer

20   requesting, having a position in the market,

21   view of the market, or that, you know -- again,

22   I didn't handle these transactions during that

23   period of time so...

24         Q.      Who did?

25         A.      Frank --

Picard v. Avellino                    Benard Madoff 11/13/2019

1        Q.        DiPascali?

2        A.        -- DiPascali, yeah.

3        Q.        Again, looking at this last page,

4    could you explain to me what these transactions

5    are?  For example, the first item looks like the

6    S&P Index 100, February 2 -- 610 call.  What

7    exactly are you doing there?

8        A.        You're short the calls, the S&P

9    100 calls.  And typically you would have either

10    underlying -- you'd have underlying positions in

11    the puts or underlying positions in the stocks,

12    or sometimes -- I can't tell.  I mean, Frank

13    could have put on a riskier position than

14    typical.

15            Again, depending upon whether he

16    was getting instructions from a customer, which

17    is unlikely because typically we would not pay

18    attention to what a customer asked us to do, or

19    that he was -- he became aggressive at some

20    point in time in trading.

21        Q.        Were these puts and calls

22    protecting the investments from risk?

23        A.        Some of them were, yeah.

24        Q.        How is that possible?  How does

25    that work?

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 56

1        A.      Because if you were long -- if you

2    were short the calls, you would have a contra

3    long position on the side in either one of the

4    indexes or not.  It's hard to tell.  I mean,

5    there's all sorts of different trading that it

6    involved, big risk or no risk or limited risk.

7        Q.      But by having these puts and

8    calls, did it result in a more consistent return

9    on the investments?

10       A.      A more consistent return?  No.

11   Well, it depends upon whether or not you did

12   what we considered -- we had a strategy that

13   involved a basket of anywhere from 35 to 50

14   securities, and that had a 90 percent

15   correlation to the index.  That would be a

16   limited risk, no different than if you were

17   doing a convertible bond.

18            But if you just went out and had a

19   position on it in the eve of the index or in the

20   shortness of the stock, you'd be taking greater

21   risk.

22       Q.      So when you say -- you used the

23   term 90.  Is that protecting -- if the

24   investment fell below 90 percent, you're

25   protected up to 90 -- that 10 percent?  Is that

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 57

```
 1    what you're saying?

 2                 I don't understand; I'm not sure I

 3    understand.  How are you protecting the risk in

 4    a transaction like that?

 5                 MS. KOSACK:   Objection.

 6        A.      You're either long the stock or

 7    you're long a related, you know, option.  You

 8    can't tell that from just looking at this now.

 9        Q.      Other than the one meeting you

10    mentioned you had with Frank Avellino and

11    Michael Bienes and their wives, I guess that was

12    after the 1992 --

13        A.      Correct.

14        Q.      -- do you recall any other

15    meetings with them?

16        A.      No.  I remember running into Mike

17    Bienes and his wife in London.  I was having

18    lunch with some of my partners in my London firm

19    and I heard somebody screaming out my name as I

20    walked into the restaurant and it was Mike

21    Bienes.

22                 You know, he came over to my

23    table.  I introduced him to my partners.  They

24    all looked at me and said who is that guy?  I

25    said, you don't want to know.
```

Picard v. Avellino                              Benard Madoff 11/13/2019

Page 58

1        Q.      What about prior to the A&B SEC

2    investigation, did you have -- let's say in the

3    '70s and '80s, right, prior to 1992, what was

4    your relationship with Frank and Michael?

5        A.      Well, I don't know when Michael

6    went to the firm.  He went to the firm after my

7    father-in-law retired.  And with Frank I had

8    very little relationship with him because I was

9    doing -- my relationship was strictly with my

10   father-in-law, and I had a very limited

11   relationship with him, I mean, a relationship

12   other --

13       Q.      Business.

14       A.      -- than as a father-in-law.

15              But, you know, we put trades on

16   ourselves.  These were all, you know,

17   discretionary accounts or limited discretionary

18   accounts, so we didn't have to -- we weren't

19   going to go -- we didn't have the time to go and

20   speak to my father-in-law, certainly not his

21   customers, I didn't even know who they were,

22   when we did our buying and selling.

23       Q.      Let's say after your father-in-law

24   was no longer involved in it, was Frank Avellino

25   and Michael Bienes, let's say in the '80s, how

Picard v. Avellino                    Benard Madoff 11/13/2019

1    often would you communicate with them?

2         A.      Very little.

3         Q.      Did you have any social

4    relationship with them?

5         A.      No.

6         Q.      Did they have any access to you

7    different than anyone else -- I'm sorry, strike

8    that.

9                 Did they have the ability to -- or

10   a relationship with you different from any other

11   customers or clients?

12        A.      No.  I didn't have any with them.

13        Q.      At any time in your dealings with

14   them, did you have any awareness that they had

15   any understanding as to the fraud that your

16   company was doing?

17        A.      No.

18        Q.      Did they have any involvement in

19   it at all?

20        A.      Nothing that they did with me

21   because I didn't do any trades with them.  In

22   other words, they were doing their trading with

23   Frank DiPascali, so they would have nothing to

24   do with me.  They had no conversations with me.

25        Q.      Did Frank DiPascali ever tell you

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 60

1    that Frank Avellino or Michael Bienes had

2    knowledge of the wrongdoing?

3                 MS. KOSACK:   Objection.

4         A.      No, because he would be putting

5    his job in jeopardy if I knew he was handling

6    those accounts.

7         Q.      Now, of all your employees, was

8    there anyone other than Frank DiPascali who knew

9    when the fraud was ongoing?

10        A.      Not really.

11        Q.      Was there anyone else who was

12   involved in it?  Not knowingly involved.

13        A.      No.  Basically the other people in

14   the firm, as I made very clear, were basically

15   bookkeepers and were following the instructions

16   of either the client -- we had some clients like

17   the Big Four clients who would constantly call

18   and give them instructions as to what they

19   wanted to buy and sell for tax purposes and so

20   on.  But basically, no.

21        Q.      Were the transactions that you did

22   for the Big Four, were they improper?

23        A.      No.  There were transactions that

24   occurred between the Big Four and myself that

25   happened in the '90s where the -- they wanted to

Picard v. Avellino                    Benard Madoff 11/13/2019

1    unwind positions that I didn't want them to

2    unwind because we had commitments with foreign

3    clients.

4         Q.     You mentioned that.  What I'm

5    thinking -- I didn't mean to go into that.  I

6    meant what about just back-dating on

7    transactions for the Big Four for tax purposes?

8         A.     Well, I went into this with the

9    SEC at the time, I recall.  When you're doing

10   the type of trading that we did for clients like

11   the Big Four, it was not uncommon to have a

12   dispute as to when they gave instructions to

13   liquidate a position or not.

14          And we had made it clear when we

15   put these transactions on, they were basically

16   long positions and short positions.  These were

17   not necessarily arbitrage positions, but they

18   were hedged positions, and there were foreign

19   customers on the other side.

20          And we made it clear that they had

21   to keep the positions open and not unwind the

22   positions prematurely because that disrupted the

23   trades on the contra side of the transaction.

24          That being said, some of the Big

25   Four, primarily two clients, kept on pressing

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 62

1    us.  They were worried about the market going

2    down and them giving up the long position

3    profit.  And they, against my wishes and my

4    instructions, they wanted to sell the stock, and

5    I had no way that I could prevent them from

6    selling the stock.

7                So they called up back office

8    people, primarily I think it would be Annette,

9    she was our head bookkeeper, and tell her to

10   sell the stock and position.  And there were

11   disputes between the customer and myself as to

12   whether or not the trade should have been done.

13               And they back-dated the trade

14   because they claimed that they gave instructions

15   to sell the stock, and I said, no, you didn't

16   give instructions.  I said you wanted to sell

17   the stock but we told you you can't sell the

18   stock.

19               And then we had these what they

20   called hold harmless agreements between the

21   customer and myself where they would be

22   responsible for any loss that we took by closing

23   the trade prematurely.

24      Q.      Frank DiPascali testified that the

25   fraud began back in the 1970s.  Is that

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 63

1    accurate?

2         A.      No.

3         Q.      Was he involved in trading at all,

4    let's say prior to 1992?

5         A.      No.  Not really.  He worked in the

6    research department in the trading department,

7    but certainly he never did any transactions for

8    the firm back in those days.

9         Q.      What about Joanne Crupi; what was

10   her job responsibility?

11        A.      She was a bookkeeper.

12        Q.      Did she have any knowledge or

13   involvement in wrongdoing?

14        A.      No.

15        Q.      What about Irwin Lipkin; what was

16   his job?

17        A.      He was a cashier.  He was with the

18   firm for a lot of years, before that his wife

19   was a bookkeeper with the firm, and he was

20   just -- basically handled the financial reports

21   up to a certain point and so on and so forth.

22   He wasn't the brightest light in the world and

23   made a lot of errors, which is why we got rid of

24   him.

25        Q.      What about David Kugel; what did

Picard v. Avellino                    Benard Madoff 11/13/2019

                                                            Page 64

1    he do?

2         A.        David Kugel was a market maker in

3    convertible bonds for the firm.

4         Q.        Are you aware that he's testified

5    that, again, with regard to the arbitrage trades

6    in the '70s, those trades were not being

7    implemented; is that accurate?

8         A.        No.  Because what happened was at

9    the meeting that I had with the depositions

10   with --

11                  MR. GOLDMAN:  Don't --

12        A.        What's his name?

13        Q.        David?

14        A.        David, your partner.  What's his

15   name?

16                  MS. KOSACK:  David Sheehan?

17                  MR. GOLDMAN:  David Sheehan.

18                  THE WITNESS:  David who?

19                  MR. GOLDMAN:  Sheehan.

20                  THE WITNESS:  Sheehan, right.

21        A.        They produced a smoking gun, a

22   scrap of paper that showed what a -- that had

23   conversion ratio.  It was a handwritten scrap of

24   paper, there were probably a hundred of them in

25   the firm, I guess, over the years, by David

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 65

1   Kugel, and it could have been by other than

2   traders, that explained to the back office

3   clerks how you convert one bond into -- how

4   much -- what the conversion ratio was.

5              And it just tells them so that the

6   clerk would know that, that for every bond that

7   we were going to sell the customer, he would be

8   short in a certain amount of stock.

9              They would then search the trading

10  ledgers or the investment ledger to get the time

11  that we were trading those particular stocks and

12  put the transaction through.

13             It was a typical everyday

14  transaction that went on between market makers

15  and proprietary traders and back office

16  operations all over Wall Street.

17             MR. WOODFIELD:  I have nothing

18  further.

19             THE WITNESS:  You have what?

20             MR. WOODFIELD:  I have no further

21  questions, thank you.  I don't want you to miss

22  lunch.

23             MR. GOLDMAN:  Don't worry.

24             MS. KOSACK:  We'll take a break

25  and then reconvene and figure out where we are.

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 66

1                    MR. WOODFIELD:  Sure.

2                    (Recess taken 11:07-11:25 a.m.)

3                         -   -   -

4    EXAMINATION BY MS. KOSACK:

5         Q.    Good morning, Mr. Madoff.

6         A.    Good morning.

7         Q.    My name is Melissa Kosack and

8    along with my colleague, Ms. Stacey Bell, we

9    represent the Trustee Irving Picard in the

10   action against the Avellino and Bienes

11   defendants.

12              I just have a few follow-up

13   questions here today.  Before I began I would

14   just like to remind you that you are still under

15   oath and your obligation to answer my questions

16   truthfully still applies.  Is that clear?

17        A.    Yup.

18        Q.    You testified earlier to some

19   questions that Mr. Woodfield posed to you about

20   trade blotters and how they were part of the

21   records at BLMIS.  Do you recall that testimony?

22        A.    Yes.

23        Q.    Did you also prepare trade

24   blotters at BLMIS during the time period in

25   which you did not execute trades for your

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 67

1    investment advisory business customers?

2         A.    Yes.

3         Q.    Did you also prepare customer

4    statements during the time period for which you

5    did not execute trades for your investment

6    advisory business customers?

7         A.    Yes.

8         Q.    Now, you also testified earlier to

9    some questions from Mr. Woodfield that you

10   had --

11        A.    Well, let me correct you.  I

12   didn't prepare them.  They were prepared by my

13   office, but it was my responsibility.  That's a

14   back office function.  Sometimes I knew what was

15   going on, sometimes I didn't, but it was

16   certainly my responsibility.

17        Q.    So if you didn't prepare those

18   customer statements, someone else at BLMIS --

19        A.    Yes.

20        Q.    -- did prepare customer statements

21   during that time; is that right?

22        A.    Yes.

23        Q.    I just want to ask you in response

24   to some questions Mr. Woodfield had posed to

25   you, you testified that you had a professional

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 68

```
 1   relationship with Mr. Frank Avellino.  Do you

 2   recall that?

 3        A.    A professional relationship?

 4              MR. WOODFIELD:  Object to the term

 5   "professional."

 6              THE WITNESS:  What?

 7              MR. WOODFIELD:  I object.  You can

 8   answer.

 9        A.    No, I never had a professional

10   relationship.  I mean, he was a client.

11        Q.    Were you also friends with

12   Mr. Frank Avellino?

13        A.    Not really, no.

14              MS. KOSACK:  I'd like to mark as

15   Trustee's Exhibit 19 a document with Bates

16   number KRASS00000009, and the last Bates number

17   of that document is KRASS00000024.

18              I'd like to note for the record

19   that there are gaps in the Bates numbers of this

20   document.  That is based on the redaction

21   efforts of the defendants when they produced the

22   document to us.  This exhibit contains all of

23   the pages that the defendants produced to us.

24              (Exhibit Trustee-19 marked for

25   identification.)
```

Picard v. Avellino                    Benard Madoff 11/13/2019

```
                                                        Page 69
 1    BY MS. KOSACK:
 2         Q.      Mr. Madoff, I'm handing you
 3    Trustee's Exhibit 19.  Why don't you take a
 4    minute to review that document.
 5         A.      What's this say?
 6         Q.      And while you're reviewing that --
 7         A.      Oh, last will and testament.
 8         Q.      -- yes, I'd like to note for the
 9    record that the full title of the document is
10    the "Last Will and Testament of Frank J.
11    Avellino."
12         A.      Okay.
13         Q.      Mr. Madoff, do you recognize this
14    document?
15         A.      No.
16         Q.      Have you ever seen this document
17    before?
18         A.      No.
19         Q.      I'd like to direct your attention
20    to the first page of the document ending in
21    Bates number 9.  Do you see that the title is
22    the "Last Will and Testament of Frank J.
23    Avellino"?
24         A.      Yes.
25         Q.      I'd like to direct your attention
```

Picard v. Avellino                Benard Madoff 11/13/2019

Page 70

1    to the second-to-last page of the document

2    ending in Bates number KRASS00000023.

3         A.    The last page?

4         Q.    The second-to-last page ending in

5    23.

6         A.    Yeah.

7         Q.    Do you see that on that page this

8    Last Will and Testament of Frank J. Avellino is

9    dated August 14th, 1980?

10        A.    Um-hum.

11        Q.    Okay.  I would now like to direct

12   your attention to the page with Bates number

13   ending in 17.  It's the second page of the

14   packet, on the double-sided side, and it ends in

15   17.

16        A.    Okay.  Are you talking about this?

17   (Indicating.)  Even with my glasses I can't see.

18        Q.    That page (indicating).

19              Do you see that that page after

20   the first paragraph is titled "Article VII,

21   Executors and Trustees"?

22        A.    Right.

23        Q.    Do you see in that section at the

24   letter A that this article starts out by

25   appointing you as one of the executors and

Picard v. Avellino                    Benard Madoff 11/13/2019

```
                                                        Page 71

 1   trustees under Mr. Avellino's will?

 2        A.       Right, um-hum.

 3        Q.       Do you also see that this document

 4   refers to you as, quote, my friend Bernard

 5   Madoff, unquote?

 6        A.       A lot of my clients would put me

 7   as executor of their estates and describe me as

 8   friend.  Some of them that were -- I had no

 9   problem doing that.  They looked at it as being

10   an honor.

11        Q.       But this document does refer to

12   you as Mr. Avellino's friend?

13        A.       I would dispute the fact we were

14   friends.  I mean, we had a relationship.  He

15   worked for my father-in-law.  That was it.

16        Q.       Did you know that you were the

17   executor and trustee under Mr. Avellino's will?

18        A.       I have no idea whether or not --

19   my guess would be that I assume that he would

20   ask me that.  Typically clients would ask me if

21   I have any problem being executor of an estate

22   and I would say no.

23        Q.       Now, Mr. Madoff, did you meet with

24   Gary Woodfield in preparation of this

25   deposition?
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 72

```
1        A.      Who?

2        Q.      Did you meet with Mr. Woodfield

3   who was asking the questions earlier today?

4        A.      No.

5        Q.      Did you meet with your lawyer in

6   preparation for this deposition?

7        A.      No.

8        Q.      Do you know if Mr. Woodfield

9   provided any of the exhibits that were shown to

10   you here today to your lawyer in advance of this

11   deposition?

12        A.      No.

13            MS. KOSACK:  No further questions.

14   Sorry -- one.

15        Q.      Mr. Madoff, have you spoken with

16   Mr. Avellino in advance of this deposition?

17        A.      No.

18        Q.      When was the last time you spoke

19   to Mr. Avellino?

20        A.      I wasn't sure whether he was

21   alive.  I don't know.  Years ago.

22            MS. KOSACK:  No further questions.

23        A.      I think it was the one time I

24   mentioned that he came up to the office during

25   the Easter parade, whatever.  I don't remember
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 73

1    how many years ago that was.

2                    MS. KOSACK:  Thank you.

3                    MR. WOODFIELD:  I have nothing

4    further.  Thanks.

5                    (Deposition concluded 11:33 a.m.)

6                          -o0o-

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 74

1                          ERRATA SHEET

2

   WITNESS NAME:   BERNARD L. MADOFF
3

   PAGE/LINE                CHANGE                REASON
4

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

Picard v. Avellino                    Benard Madoff 11/13/2019

```
 1                    JURAT

 2           I, BERNARD L. MADOFF, have read

 3   the foregoing deposition and hereby affix my

 4   signature that same is true and correct, except

 5   as noted above.

 6                    _____
                      BERNARD L. MADOFF
 7

     THE STATE OF _____
 8
     COUNTY OF _____
 9

10        Before me, _____, on this

11   day personally appeared _____,

12   known to me (or proved to me on the oath of or

13   through _____ (description of identity

14   card or other document) to be the person whose

15   name is subscribed to the foregoing instrument

16   and acknowledged to me that he/she executed the

17   same for the purpose and consideration therein

18   expressed.

19        Given under my hand and seal of office on

20   this _____ day of _____, _____.

21

22                    _____
                      NOTARY PUBLIC IN AND FOR
23                    THE STATE OF_____

24

25   My Commission Expires: _____.
```

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 76

```
 1                 REPORTER'S CERTIFICATION

 2

 3              I, NANCY C. BENDISH, Certified

 4    Court Reporter and Notary Public of the States

 5    of New York and New Jersey, do hereby certify

 6    that, prior to the commencement of the

 7    aforementioned examination, BERNARD L. MADOFF

 8    was sworn by a North Carolina Notary to testify

 9    the truth, the whole truth and nothing but the

10    truth.

11              I DO FURTHER CERTIFY that the

12    foregoing is a true and accurate transcript of

13    the testimony as taken stenographically by and

14    before me at the time, place, and on the date

15    hereinbefore set forth.

16              I DO FURTHER CERTIFY that I am

17    neither a relative nor employee nor attorney nor

18    counsel of any party in this action and that I

19    am neither a relative nor employee of such

20    attorney or counsel, and that I am not

21    financially interested in the event nor outcome

22    of this action.

23                           _____
                             NANCY C. BENDISH, CCR, RMR, CRR
                             Realtime Systems Administrator
24                           Certificate No. XI00836

25    Dated:  November 14, 2019
```

BENDISH REPORTING
877.404.2193

Picard v. Avellino                    Benard Madoff 11/13/2019

## A

**A&B**
16:25 18:10,13 27:9
30:18 32:22 33:17,25
37:13 38:6,6,18 39:2
39:5,6,7,17 41:13,13
41:23 58:1

**a.m**
2:7 66:2 73:5

**ability**
59:9

**able**
13:2 14:22 23:19 45:21
52:12 53:2

**absolutely**
20:1 48:19

**access**
59:6

**account**
3:20 7:20 8:5,10,11,11
17:18,20,21,23 18:4
18:22 27:4,4,5 32:14
32:16,24 33:1,2,2
34:4 43:10 44:2,3,5
44:17 45:2 46:25
49:18,20 51:5,22 52:3
53:25

**accountants**
17:24

**accounting**
6:7 7:3 18:2

**accounts**
16:25 17:5,14 18:5,7
18:13 27:3 31:4,9,14
31:21 32:1,6,11,12,21
32:22 34:7,9,19 38:18
39:10 40:23 41:2,5,10
41:12,17,19,20 42:7
44:16,16 45:5 49:11
49:12 58:17,18 60:6

**accurate**
31:21 36:21 63:1 64:7
76:12

**acknowledged**

75:16

**action**
4:22 37:12 66:10 76:18
76:22

**actively**
8:3

**activity**
7:18 21:12

**adjustments**
44:23,25

**Administrator**
76:23

**Adv.Pro.No**
1:5,15

**advance**
5:10 72:10,16

**Advanced**
51:18

**advisor**
9:15,17,21 10:4,14,18
42:14

**advisors**
9:6,12

**advisory**
8:16 10:7 11:1 42:9,11
42:12 44:15 67:1,6

**affix**
75:3

**aforementioned**
76:7

**agent**
11:23,24

**agents**
34:12

**aggressive**
55:19

**ago**
5:15 72:21 73:1

**agreements**
62:20

**al**
1:19

**alive**
72:21

**alleged**

31:17,20

**Alpern**
7:2 17:19,19,23

**amount**
44:23 53:9,10 65:8

**amounts**
51:16

**Annette**
62:8

**Annualized**
46:10

**answer**
6:22 28:13 66:15 68:8

**anybody**
18:1

**apologize**
5:10 43:5

**apparent**
37:23

**appear**
25:23,24

**appeared**
75:11

**applies**
66:16

**appointing**
70:25

**approached**
30:14 34:23

**approximate**
13:3

**approximately**
6:10 36:23

**approximations**
7:13

**April**
3:15 35:17 38:9

**arbitrage**
7:5 11:17,18,19 12:2,3
12:14,22 14:13 15:11
34:5,10 61:17 64:5

**arbitrageurs**
12:1 14:7 26:10

**arguments**
9:9

**article**
70:20,24

**as-of**
45:2

**asked**
29:13 39:9 55:18

**asking**
32:5 72:3

**assume**
71:19

**assuming**
47:11,21

**astronomical**
22:5 24:9

**attention**
55:18 69:19,25 70:12

**attorney**
76:17,20

**audit**
36:7 37:11 38:23

**audits**
36:4

**August**
70:9

**authorized**
5:5

**Authorizing**
3:12

**available**
16:6

**Avellino**
1:19 3:14,23 4:20,23
17:13,18 28:8 30:6
31:25 34:25 39:16
40:7,15 44:4 51:5
57:10 58:24 60:1
66:10 68:1,12 69:11
69:23 70:8 72:16,19

**Avellino's**
71:1,12,17

**aware**
14:9 28:2,21 29:14
32:7 35:8 64:4

**awareness**
59:14

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 2

| B | | | |
|---|---|---|---|
| **B** | 48:11 | 13:20 15:1,1,8,11,11 | 35:1 36:11 37:11 51:2 |
| 3:9 4:11 | **Bell** | 15:18 26:11,14 56:17 | 54:5 58:13 67:1,6 |
| **back** | 2:13 66:8 | 65:3,6 | **Butner** |
| 30:21 32:3 34:12 35:4 | **Bendish** | **bonds** | 2:4,6 |
| 42:6 45:9 62:7,25 | 2:2 76:3,23 | 11:21,21,23,24 14:11 | **buy** |
| 63:8 65:2,15 67:14 | **Bernard** | 15:20 16:8,10 17:8,17 | 11:20 12:5,6 13:8 |
| **back-dated** | 1:7,11,15,16,23 2:1,15 | 45:24 48:8 52:18 64:3 | 15:19 17:20 26:11,14 |
| 62:13 | 2:23 3:3,13 4:5 71:4 | **bookkeeper** | 60:19 |
| **back-dating** | 74:2 75:2,6 76:7 | 62:9 63:11,19 | **buying** |
| 61:6 | **best** | **bookkeepers** | 7:19 15:18 58:22 |
| **bad** | 5:16 29:20 | 60:15 | **buys** |
| 49:16 | **Bienes** | **borrowing** | 20:14,24 |
| **BAKER** | 4:23 17:13 27:13 28:9 | 27:24 | |
| 2:10 | 29:23 31:25 35:1 | **bothered** | | C | | | |
| **bank** | 39:16 40:4,15 51:5 | 47:2 | **C** |
| 20:9 | 57:11,17,21 58:25 | **bottom** | 2:2,9 76:3,23 |
| **BANKRUPTCY** | 60:1 66:10 | 46:8 | **call** |
| 1:1 | **Bienes's** | **bought** | 14:12 30:11 42:4 55:6 |
| **based** | 4:23 | 7:23 23:11 | 60:17 |
| 12:19 19:15 45:23 | **big** | **box** | **called** |
| 52:13 68:20 | 34:21 41:19 54:17 56:6 | 26:22,23,24,25 27:1,2 | 12:2 15:16,22,22 20:12 |
| **basically** | 60:17,22,24 61:7,11 | **break** | 32:5 34:15,17 38:18 |
| 6:25 7:10 9:15 10:1 | 61:24 | 27:16 42:6,19,21 65:24 | 62:7,20 |
| 12:3 13:15 14:5,24 | **bigger** | **brief** | **calling** |
| 15:13,22 16:14,21 | 48:5 | 11:16 18:25 | 33:5 |
| 17:14 20:4 25:4,9 | **bit** | **briefly** | **calls** |
| 26:10 28:1 31:10,24 | 5:22 18:10 | 5:22 19:2 | 53:14,22 54:1 55:8,9 |
| 60:13,14,20 61:15 | **blends** | **brightest** | 55:21 56:2,8 |
| 63:20 | 16:18 | 63:22 | **capital** |
| **basket** | **BLMIS** | **broker** | 29:6 38:2 |
| 15:19,20 53:19 56:13 | 2:15 5:23 19:17 66:21 | 3:18 47:14 50:14 | **card** |
| **Bates** | 66:24 67:18 | **broker-dealer** | 75:14 |
| 36:18 68:15,16,19 | **block** | 5:24 6:17,24 48:20 | **care** |
| 69:21 70:2,12 | 42:4 | **broker-dealers** | 30:16 |
| **Beach** | **blotter** | 9:5,6 25:10 48:22 | **Carolina** |
| 2:18 | 23:14,15,16 | **brokerage** | 2:6 76:8 |
| **began** | **blotters** | 22:15 | **case** |
| 62:25 66:13 | 23:22,25 24:13 66:20 | **Brook** | 4:18 9:18 |
| **beginning** | 66:24 | 2:22 | **cases** |
| 6:4 | **boards** | **brought** | 4:17 |
| **begins** | 29:2 | 4:22 | **cash** |
| 37:3 | **bona** | **business** | 13:10 |
| **believed** | 12:2 | 5:23,24 6:3,19,24 7:25 | **cashier** |
| | **bond** | 10:1,8,17 19:3 23:3 | 63:17 |
| | 7:5 11:18,19 12:5,6,18 | 25:20 31:15 33:7,13 | **categories** |

| | | | |
|---|---|---|---|
| 50:17 | 66:16 | 42:1 | conduct |
| cause | clearer | commencement | 5:6 |
| 30:18 54:10 | 28:17 | 76:6 | conducted |
| causing | clearing | commencing | 36:4 |
| 39:16 | 11:24 20:4,6,8,10,11 | 2:7 | confirmation |
| CCR | 22:25 | Commission | 47:13 |
| 76:23 | clearinghouse | 75:25 | confirmations |
| central | 20:16 21:3 22:10,17,24 | commissions | 25:5 47:10 |
| 20:7 | clerk | 14:17 | connected |
| certain | 65:6 | commitment | 44:24 |
| 5:6,13 12:8 32:6 48:13 | clerks | 49:11,19,21 | connection |
| 63:21 65:8 | 65:3 | commitments | 33:16 |
| certainly | client | 61:2 | consequences |
| 7:11 14:9 32:11 41:1 | 10:17 19:16 25:2 27:17 | common | 27:18 |
| 58:20 63:7 67:16 | 43:11,18 45:6 46:9 | 11:22,25 12:20,24 17:8 | conservative |
| Certificate | 52:4 60:16 68:10 | communicate | 31:19 |
| 76:24 | clients | 59:1 | consideration |
| CERTIFICATION | 6:18 7:3,7,9 10:4,22 | companies | 75:17 |
| 76:1 | 11:4 14:9 17:16 21:16 | 11:20 51:16 | considered |
| Certified | 21:16 28:4 29:5,9 | company | 56:12 |
| 2:2 76:3 | 32:3 33:7,10,25 34:16 | 19:20 21:23 23:7 24:13 | consistent |
| certify | 34:17 41:13,23 43:20 | 25:13 31:18 33:16 | 14:21,22 56:8,10 |
| 76:5,11,16 | 43:21 59:11 60:16,17 | 34:2 36:4,23 43:15 | Consolidated |
| Chais | 61:3,10,25 71:6,20 | 44:5 48:1 50:8 52:3,6 | 1:15 2:14 |
| 46:25 | clients' | 59:16 | constantly |
| change | 23:13 | compensation | 60:17 |
| 13:14 24:6 74:3 | close | 39:15 | contains |
| changed | 28:25 31:5 32:5 41:5 | compete | 68:22 |
| 6:19 9:18 10:2 26:4 | 44:4 49:18,20 | 33:12 | continue |
| 33:18 42:14 | closed | completed | 14:22 |
| changes | 31:4,8 49:10 | 34:11 | continuous |
| 9:1 | closing | complicated | 20:2,12 21:2 |
| characterization | 62:22 | 14:14 | contra |
| 8:15 | club | complies | 47:3,13 56:2 61:23 |
| characterized | 17:21 33:2 | 30:8 35:23 36:1 | control |
| 10:4,18 | colleague | computer | 22:10,11 |
| charge | 66:8 | 24:11 | conversation |
| 18:1 | column | concerned | 29:21 32:23 40:6 45:9 |
| chief | 51:19 | 18:3 | 46:14 |
| 38:19 | combination | concerns | conversations |
| claimed | 11:8 | 54:11 | 28:8,15 59:24 |
| 62:14 | come | concluded | conversion |
| clear | 27:10,21 35:4 39:17,23 | 73:5 | 13:22 15:16 16:4,17 |
| 29:4 33:14 38:10 42:8 | 39:25 46:24 | conditions | 34:8 64:23 65:4 |
| 43:5 60:14 61:14,20 | coming | 19:15 | convert |

Picard v. Avellino                     Benard Madoff 11/13/2019

13:1,12 15:7 65:3
**convertible**
7:5 11:18,19,20,21,21
12:4 14:12 15:4,11
17:8,17 51:12 56:17
64:3
**converting**
13:9
**corporation**
1:4 20:6,8,10,11
**correct**
6:8 23:1,5 35:14 37:7
42:9 57:13 67:11 75:4
**correlation**
56:15
**counsel**
76:18,20
**counter**
51:8
**COUNTY**
75:8
**couple**
35:25
**course**
19:21 20:15 24:8,8
46:3 49:21
**court**
1:1 2:2 5:1 9:18 48:10
76:4
**cover**
5:13
**covered**
15:22
**covering**
48:16
**CPA**
2:21
**created**
35:7
**crew**
38:19
**crossing**
23:13
**CRR**
2:3 76:23

**Crupi**
63:9
**cumbersome**
24:5 26:6 29:10
**current**
46:11
**customer**
24:18 38:3 47:10,12
54:10,19 55:16,18
62:11,21 65:7 67:3,18
67:20
**customers**
14:21 15:25 22:21
24:19,20 27:23 39:2
39:17 51:1,3 52:6
58:21 59:11 61:19
67:1,6

**D**

**D**
3:1 4:11,11
**D-1**
3:12 4:1
**D-2**
3:14 30:1
**D-3**
3:15 35:18
**D-4**
3:17 42:24
**D-5**
3:18 49:24
**D-6**
3:20 51:25
**daily**
50:21
**date**
76:14
**dated**
30:5 38:9 52:4 54:4
70:9 76:25
**dates**
37:20
**daughters**
39:13
**David**

63:25 64:2,13,14,16,17
64:18,25
**day**
20:15,23 23:20 75:11
75:20
**day-to-day**
41:16
**days**
63:8
**deal**
10:13 33:3
**dealing**
16:22 18:4 22:14 33:10
45:4 49:7
**dealings**
59:13
**dealt**
22:14
**Debtor**
1:12
**decades**
14:19
**December**
3:14 30:5 36:22 37:4
38:7
**decided**
27:13
**decisions**
11:6,8,9
**Defendant**
1:8
**defendants**
1:20 2:20 66:11 68:21
68:23
**Defendants'**
3:11 5:3 29:25 30:4
35:17 42:17
**degree**
4:19 19:22
**deliver**
11:23
**delivery**
13:10
**department**
63:6,6

**depended**
21:12 22:18 42:1
**depending**
12:23 19:14 23:10
25:21 41:24 53:20
55:15
**depends**
13:10,23 15:5 21:11
22:13 43:19,19 45:1
45:17 48:18 50:24
51:10 54:14,16 56:11
**deposed**
5:9
**deposition**
1:22 2:1 3:12 4:16 5:2
5:6 71:25 72:6,11,16
73:5 75:3
**depositions**
64:9
**depth**
5:12
**describe**
6:16,19 29:21 71:7
**description**
3:10 11:16 18:25 36:10
75:13
**detail**
52:20
**determine**
45:22 46:20 53:2
**devices**
24:10 51:18
**dictates**
15:7
**difference**
10:16 13:22 16:15
**different**
15:6 16:18 18:21 20:18
20:24 41:20 56:5,16
59:7,10
**differently**
25:23
**difficult**
16:3
**difficulty**

Picard v. Avellino                     Benard Madoff 11/13/2019

Page 5

| | | | |
|---|---|---|---|
| 48:9 | 44:23 51:16 53:9,10 | **entered** | 7:4 |
| **DiPascali** | **double** | 5:2 | **ex-** |
| 11:2 30:22 32:19 40:19 | 14:25 | **entities** | 22:23 |
| 40:20 41:9 55:1,2 | **double-sided** | 4:21 | **ex-clearinghouse** |
| 59:23,25 60:8 62:24 | 70:14 | **entitled** | 22:6,20 |
| **direct** | **downfall** | 43:3 | **exactly** |
| 39:17 69:19,25 70:11 | 49:9 | **entity** | 6:2 29:15 41:4 55:7 |
| **directly** | **dozen** | 21:19 | **exaggerate** |
| 39:3,10 | 7:11 | **ERRATA** | 47:7 |
| **discretionary** | **dressed** | 74:1 | **examination** |
| 58:17,17 | 40:3 | **error** | 3:2 4:14 5:8 27:21 38:8 |
| **discussed** | **duly** | 45:2 | 38:20 66:4 76:7 |
| 46:10 | 4:12 | **errors** | **examining** |
| **dispute** | **duplicate** | 45:5,6 63:23 | 37:8 |
| 61:12 71:13 | 24:22 25:1 31:12 | **ESQ** | **example** |
| **disputes** | | 2:12,13,19 | 19:1 51:6 55:5 |
| 62:11 | **E** | **established** | **exchange** |
| **disrupted** | **E** | 48:12 | 11:24 |
| 61:22 | 2:9,9 3:1,9 4:11 | **estate** | **execute** |
| **distant** | **earlier** | 2:15 4:24 71:21 | 66:25 67:5 |
| 33:4 | 66:18 67:8 72:3 | **estates** | **executed** |
| **distinctly** | **earn** | 71:7 | 75:16 |
| 40:1 | 16:12 | **estimate** | **executor** |
| **DISTRICT** | **Easter** | 13:2 | 71:7,17,21 |
| 1:1 | 40:1 72:25 | **estimating** | **executors** |
| **division** | **efforts** | 44:20 | 70:21,25 |
| 38:19 | 68:21 | **et** | **exercised** |
| **document** | **either** | 1:19 | 52:13 |
| 30:4 37:8 43:2,9,14 | 12:4 15:19 28:8 45:6 | **European** | **exhibit** |
| 50:3 51:4,24 52:22 | 48:7,16 55:9 56:3 | 10:8 | 4:1 30:1,4 35:18 42:16 |
| 68:15,17,20,22 69:4,9 | 57:6 60:16 | **eve** | 42:24 49:23,24 51:24 |
| 69:14,16,20 70:1 71:3 | **eliminated** | 56:19 | 51:25 68:15,22,24 |
| 71:11 75:14 | 26:5 | **event** | 69:3 |
| **documents** | **embarrassment** | 38:16 76:21 | **exhibits** |
| 30:24 | 46:17 | **events** | 72:9 |
| **doing** | **employee** | 5:14 | **expected** |
| 6:17,24 7:4 14:11 15:5 | 76:17,19 | **everybody** | 44:12 45:14 |
| 16:16,18,20 17:8,10 | **employees** | 9:16 | **Expires** |
| 22:3 23:20 24:8 25:15 | 60:7 | **everyday** | 75:25 |
| 27:15 28:3 32:8 37:11 | **ended** | 48:21 65:13 | **explain** |
| 41:22 49:16 53:14 | 31:25 | **evidence** | 43:25 53:13 55:4 |
| 54:5,7 55:7 56:17 | **ends** | 4:7 23:4 | **explained** |
| 58:9 59:16,22 61:9 | 70:14 | **evolve** | 65:2 |
| 71:9 | **entail** | 6:15 | **expressed** |
| **dollar** | 37:25 | **evolved** | 75:18 |

Picard v. Avellino                                        Benard Madoff 11/13/2019

**extended**
39:13
**extra**
32:25

### F

**F**
4:11,11
**face**
54:9
**FACILITY**
2:5
**fact**
14:9 28:2,22 29:14
31:1 32:8 36:6 71:13
**factually**
36:21
**fair**
38:3 48:15
**Fairlawn**
2:22
**familiar**
29:3
**family**
4:21 6:25,25 7:1,10
39:11 41:8
**far**
6:15 18:3
**fast**
12:25
**father-in-law**
7:2 17:15 27:15 29:17
32:4 39:9 58:7,10,14
58:20,23 71:15
**father-in-law's**
6:6
**fathers**
39:12
**February**
55:6
**FEDERAL**
2:5
**fee**
18:2
**feeling**

19:14 46:17
**fell**
56:24
**fide**
12:2
**Fidelity**
22:15 33:9
**figure**
22:5 65:25
**file**
25:10
**finally**
9:14
**financial**
63:20
**financially**
76:21
**find**
41:4 47:10,12,13
**finish**
28:12
**firm**
17:4 20:5 23:21 27:3
28:23 32:25 38:20
42:2,3 45:6 57:18
58:6,6 60:14 63:8,18
63:19 64:3,25
**firm's**
8:11
**firms**
9:11 14:18 22:8,15,19
23:19 24:3,9 26:6
33:8,9,10
**first**
4:3 17:19 26:2,11,15
36:22 43:8 46:9 55:5
69:20 70:20
**five**
24:16
**flooded**
24:22
**Florida**
2:18
**focus**
25:6,8,9,15,18

**follow-up**
38:23 66:12
**following**
41:6 60:15
**follows**
4:13
**force**
9:11
**foregoing**
75:3,15 76:12
**foreign**
16:22 49:6,14 61:2,18
**forever**
15:13
**form**
6:21 12:16 18:16 21:25
22:2 23:8 25:3 31:22
36:25 37:17 38:14
39:19 42:10 47:20
**formed**
20:10
**forms**
15:6 16:20
**forth**
7:23 9:13 14:13 24:23
28:5 29:7 32:9 38:4
63:21 76:15
**forward**
53:25
**found**
16:2 37:23
**four**
34:17,22 41:20 60:17
60:22,24 61:7,11,25
**Frank**
1:19 3:22 4:20,22 11:2
28:8 30:6,22 32:19
39:16 40:7,15,20 41:1
41:9 44:3 54:25 55:12
57:10 58:4,7,24 59:23
59:25 60:1,8 62:24
68:1,12 69:10,22 70:8
**frankly**
39:20,22
**fraud**

9:8 48:12 59:15 60:9
62:25
**friend**
71:4,8,12
**friends**
7:10 33:5 68:11 71:14
**front**
40:6 43:3 50:1
**froze**
31:2
**full**
24:17 69:9
**function**
20:11 67:14
**fund**
28:22
**funds**
10:8,8 16:23 34:1,3
49:7,10,13,14,15
**furious**
34:9
**further**
35:10 53:8 65:18,20
72:13,22 73:4 76:11
76:16

### G

**game**
32:18
**gaps**
68:19
**Gary**
2:19 4:15 71:24
**general**
13:6,16 23:16 24:3,19
46:4
**generally**
6:16 36:11 50:11
**generated**
50:21 52:6
**generating**
48:9
**getting**
20:18 21:1 30:11 34:18
55:16

Picard v. Avellino                    Benard Madoff 11/13/2019

**give**
4:7 11:16 18:25 42:5
    60:18 62:16
**given**
15:25 39:15 75:19
**giving**
62:2
**glasses**
70:17
**go**
5:11,12 7:18 12:5 22:9
    26:15 27:8 41:25
    43:18,21 45:9,13 49:1
    58:19,19 61:5
**goal**
13:12 14:24 22:8 26:13
    44:19
**God**
4:9
**going**
5:11 6:13 8:10 9:9,10
    9:25 10:12 13:14,24
    21:1 26:14 31:14
    32:23 33:12 34:6 46:8
    49:1 52:20 53:25
    58:19 62:1 65:7 67:15
**Goldman**
2:21 22:16 42:18,22
    48:23 64:11,17,19
    65:23
**good**
32:11 46:2 66:5,6
**great**
5:12 52:20
**greater**
26:17 56:20
**grew**
6:19
**group**
16:22 17:16 19:11
    34:16
**growth**
26:6
**guarantee**
44:19

**guaranteed**
21:3
**guess**
15:14 27:12 29:22
    57:11 64:25 71:19
**gun**
64:21
**guy**
57:24
**gwoodfield@hailesh...**
2:19

**H**

**H**
1:14 3:9
**HAILE**
2:17
**hand**
52:2 75:19
**handful**
6:25
**handing**
30:3 69:2
**handle**
20:8,9 29:12 32:20,20
    41:9 47:23 54:22
**handled**
11:2,3,5 29:16 32:22
    63:20
**handling**
42:15 44:15 48:13,13
    60:5
**hands**
32:2
**handwritten**
64:23
**happened**
60:25 64:8
**happening**
14:1
**happens**
53:16
**hard**
56:4
**harmless**

62:20
**he/she**
75:16
**head**
62:9
**heard**
57:19
**hedge**
10:8,8 15:21 16:23
    28:22 49:7,13,14,14
**hedged**
61:18
**Heller**
17:19,24
**help**
4:9 43:7
**hereinbefore**
76:15
**higher**
12:19 26:16
**Highway**
2:5
**hold**
31:14 62:20
**honor**
71:10
**hopefully**
7:22
**hoping**
16:12 49:17
**HOSTETLER**
2:10
**hostile**
28:16 29:20
**hot**
49:13
**huge**
14:6 20:6
**hundred**
18:7 64:24

**I**

**idea**
28:24 29:23 71:18
**identification**

4:2 30:2 35:19 42:25
    49:25 52:1 68:25
**identity**
75:13
**immediate**
41:8
**immediately**
14:11 15:4 34:9
**implemented**
54:1 64:7
**improper**
19:24 32:8 60:22
**inception**
5:25 17:7 25:17
**included**
41:1
**index**
53:4 55:6 56:15,19
**indexes**
15:21 56:4
**indicating**
70:17,18
**individual**
10:3 17:25 20:19 25:25
    27:16 42:7 51:11
**individual's**
32:14
**individually**
27:17
**individuals**
34:22
**industry**
9:2,10 24:2,7 26:1
**initial**
6:5 44:9
**initials**
17:1
**initiated**
17:14 20:5
**instance**
21:8
**institutional**
17:12 32:24
**institutional-type**
11:4

instructions
40:18,25 42:5 55:16
60:15,18 61:12 62:4
62:14,16
instrument
75:15
interest
20:7 27:23
interested
76:21
internal
23:3,18 31:8 43:12,14
50:7 51:1
internalize
21:14 22:8
Internalizing
21:14
internally
22:1
introduced
7:1 57:23
inventory
23:12,12 26:3 27:4
invest
29:6 40:16
invested
35:7
investigation
27:9 28:7,18 30:25
33:17 35:13 37:25
38:11 40:12 58:2
investing
16:10 29:9
investment
1:7,16 8:11,16 9:4,5,12
9:15,17,20 10:4,7,13
10:18 11:1,6,7,9
17:21 33:2,2 42:3,8
42:11,12,14 44:9,14
52:12 56:24 65:10
67:1,5
investment-account
23:11
investments
35:10 55:22 56:9

INVESTOR
1:4
investors
39:3,7,18
involved
4:25 11:13 13:17,19
14:3,8,10 15:3 16:5
37:13 56:6,13 58:24
60:12,12 63:3
involvement
30:24 41:17,18 59:18
63:13
Irving
1:14 2:14 66:9
Irwin
63:15
issue
4:7 27:22
issued
11:20 47:15
issues
5:13
item
45:14 55:5
items
43:24 44:7 45:13

J
J
1:19 3:23 44:3 69:10
69:22 70:8
January
54:4
JD
2:21
jeopardy
60:5
Jersey
2:4 76:5
Joanne
63:9
job
60:5 63:10,16
JURAT
75:1

K
keep
23:19,21 49:1 61:21
kept
61:25
kind
12:21 50:20 52:12
kinds
13:18 14:4
knew
18:4 20:25,25 60:5,8
67:14
know
4:16 5:5,9,24 7:21
10:15,24 14:14 16:12
16:13,20,25 17:20
21:17 22:5 24:11,20
24:22 25:23 29:9
30:15 31:5 32:3,21
33:1,4,11 34:19 38:17
39:13 40:23 41:4,7
42:15 43:6 44:17,20
46:4 47:6,8,24 48:11
50:22 54:21 57:7,22
57:25 58:5,15,16,21
65:6 71:16 72:8,21
knowing
29:19 31:23
knowingly
60:12
knowledge
33:15,21 35:5 47:25
60:2 63:12
known
39:21 45:2 49:13 75:12
Kosack
2:12 3:5 6:21 12:16
18:16 21:25 22:2 23:8
31:22 33:19 36:13,17
36:25 37:5,14,16
38:13 39:19 42:10
47:20 54:13 57:5 60:3
64:16 65:24 66:4,7
68:14 69:1 72:13,22

73:2
KRASS00000009
68:16
KRASS00000009-24
3:23
KRASS00000023
70:2
KRASS00000024
68:17
Kugel
63:25 64:2 65:1

L
L
1:7,11,15,16,23 2:1,12
2:15,23 3:3,13 4:11
74:2 75:2,6 76:7
large
19:22
law
7:3
lawyer
72:5,10
learn
28:20
learned
27:9 28:19
learning
28:6
leave
40:9
ledger
23:17 43:10 65:10
ledgers
23:10 65:10
legging
26:8,9
legitimate
15:25 18:20
let's
14:19 16:11,13,17
21:21,22 27:8 58:2,23
58:25 63:4
letter
3:14,15 30:5,10,13

Picard v. Avellino                    Benard Madoff 11/13/2019

35:17 38:9 70:24
**level**
12:19 49:17
**life**
40:4
**light**
63:22
**limbo**
9:24
**limited**
18:5 28:3 39:11 56:6
56:16 58:10,17
**line**
43:24 44:7,22 45:13,14
45:15
**Lipkin**
63:15
**liquidate**
61:13
**Liquidation**
1:15 2:15
**list**
46:9
**lists**
51:7,15
**literally**
18:19
**litigation**
31:16
**little**
5:22 41:18 58:8 59:2
**LLC**
1:7,16
**LLM**
2:21
**LLP**
2:10
**London**
57:17,18
**long**
5:15 6:9,14 12:24,25
13:7,8,20,24 15:1,10
19:13 23:24 24:12
27:7 46:19,23 48:7,23
49:2 50:19 51:7,21,22

53:6,9,10,18 56:1,3
57:6,7 61:16 62:2
**longer**
13:7 16:8 24:15,18
31:15 47:15 48:6 49:3
58:24
**longs**
50:17,18
**look**
35:20,24 36:9 37:2
46:13,18,18 50:2
51:11 52:11
**looked**
41:3 57:24 71:9
**looking**
43:23 44:1 54:3 55:3
57:8
**looks**
37:19 38:11 43:10 50:6
52:17 55:5
**lose**
24:20
**losing**
16:14
**loss**
47:3 62:22
**lost**
9:18 40:9
**lot**
7:19 9:9 21:13 33:9
49:6 52:17 63:18,23
71:6
**lots**
20:18
**lower**
49:1 51:14
**lunch**
57:18 65:22
**Lynch**
48:22

---

**M**

**M**
4:11
**MADF**

37:24
**Madoff**
1:7,11,16,16,23 2:1,15
2:23 3:3,13,14,15 4:5
4:5,10,15 5:21 22:14
30:3 48:23 50:2 52:2
66:5 69:2,13 71:5,23
72:15 74:2 75:2,6
76:7
**MADTNN00112399-...**
3:16
**maintain**
23:24
**maintained**
24:13,17,24 50:11
**major**
22:14
**majority**
7:17
**maker**
8:9 12:9 16:19 19:8,10
64:2
**makers**
7:18 8:12 9:3,4,19
11:10 14:15 20:13,14
26:10 65:14
**making**
6:18 7:4,15,17 8:6 11:6
12:10 26:17 36:12,23
38:1,2
**Management**
3:17 43:4
**managing**
44:17
**manner**
48:2
**mark**
29:24 35:16 42:16
49:22 51:23 68:14
**marked**
4:1 5:3 26:3 30:1,4
35:18 42:24 49:24
51:25 68:24
**market**
6:17 7:4,15,17,18 8:6,8

8:12 9:3,4,19 11:9
12:4,9,10,12 14:1,15
14:23 16:19 19:8,10
19:15 20:13 26:3,9,14
36:12 46:5 48:25
52:18 54:20,21 62:1
64:2 65:14
**market-making**
7:25 8:1 10:25 23:12
27:4 42:2
**marketplace**
16:3
**markets**
36:23
**markups**
38:3
**matter**
4:8 14:8 24:16
**mean**
5:16 6:16 7:8 15:13
20:3 24:14 33:5 44:13
46:22 54:14 55:12
56:4 58:11 61:5 68:10
71:14
**meaning**
21:15
**means**
19:2,4,6 27:2 50:18
**meant**
40:10 48:7 61:6
**mechanism**
23:18
**MEDICAL**
2:5
**meet**
71:23 72:2,5
**meeting**
40:11 57:9 64:9
**meetings**
57:15
**Melissa**
2:12 66:7
**members**
4:21 6:25 7:1 41:8
**mentally**

Picard v. Avellino                    Benard Madoff 11/13/2019

40:5
**mentioned**
33:25 57:10 61:4 72:24
**merger**
13:25
**Merrill**
22:15 48:22
**MF00021568**
3:17 42:17
**MF00456622**
3:19 49:23
**Michael**
4:23,23 28:9 39:16
  40:15 57:11 58:4,5,25
  60:1
**Micro**
51:18
**mid-'90s**
21:22
**Mike**
27:12 29:23 40:4 57:16
  57:20
**Mike's**
29:22
**million**
20:23
**minimize**
14:3
**minimum**
32:14
**minute**
69:4
**mistake**
49:9
**mkosack@bakerlaw...**
2:12
**modified**
33:18
**moment**
30:7 35:21
**money**
16:5,7 27:24 31:9,10
  32:3,7 34:20 49:12,14
**monitors**
21:19

**monthly**
50:21,23 53:24
**morning**
66:5,6
**movement**
52:17 53:20

## N

**N**
2:9 3:1 4:11
**naked**
19:1,4,5,17,25
**name**
4:4,15 5:18 57:19
  64:12,15 66:7 74:2
  75:15
**names**
39:11 41:3
**Nancy**
2:2 76:3,23
**NASD**
3:16 25:11 36:3 37:11
  38:8,22
**NASD's**
37:24
**NASDAQ**
21:11 37:24
**national**
20:10
**NC**
2:5
**necessarily**
5:4 61:17
**need**
11:15 42:18
**neither**
76:17,19
**net**
20:3,12,17,20,21 21:2
  21:15,17 25:22,24
  26:7 29:7 46:23
**netted**
20:23
**never**
10:1 20:25,25 33:20

47:11 63:7 68:9
**new**
1:1 2:4,4,11,11,22
  15:15 76:5,5
**nightmare**
27:11
**nonmarket**
20:14
**normally**
53:22
**North**
2:6 76:8
**Notary**
2:3 4:3,6 75:22 76:4,8
**note**
68:18 69:8
**noted**
75:5
**notes**
27:22
**November**
1:24 2:7 76:25
**number**
3:10 4:17 5:10,13 18:5
  36:18 39:4 44:2 45:22
  51:15 68:16,16 69:21
  70:2,12
**numbers**
68:19

## O

**O**
4:11
**o0o-**
73:6
**oath**
66:15 75:12
**object**
68:4,7
**Objection**
6:21 12:16 18:16 21:25
  22:2 23:8 31:22 33:19
  36:25 37:14,16 38:13
  39:19 42:10 47:20
  54:13 57:5 60:3

**obligation**
66:15
**occurred**
16:2 60:24
**office**
30:21 39:24 42:6 48:13
  62:7 65:2,15 67:13,14
  72:24 75:19
**offices**
6:6
**Oh**
42:20 69:7
**okay**
5:17,21 8:19,23 32:10
  37:9 51:14 69:12
  70:11,16
**Old**
2:5
**once**
25:11 31:24,24 39:25
**ongoing**
37:15 60:9
**open**
12:24 13:7,24 31:14
  32:15,15 48:6,24 49:2
  49:2 50:6 61:21
**opened**
17:18
**operate**
8:13
**operating**
28:23
**operation**
20:5 22:12 48:21
**operations**
40:25 42:5 65:16
**opposed**
7:14 12:2 25:24
**option**
57:7
**options**
11:12
**order**
3:12 5:1,5
**orderly**

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 11

orderly
38:4
originally
17:14 39:5,9
ought
42:19
outcome
76:21
outfits
40:3
over-the-counter
21:8
owners
41:5

**P**

P
2:9,9
packet
70:14
page
3:10 36:13,15,16,19
37:2,6 52:22,24 53:8
55:3 69:20 70:1,3,4,7
70:12,13,18,19
PAGE/LINE
74:3
pages
35:25 68:23
pagoldman45@gmai...
2:23
paid
14:17
Palm
2:17,18
pan
7:21
paper
24:8 64:22,24
parade
40:2 72:25
paragraph
36:10,16 37:3,22 70:20
Parkway
2:22

part
20:11 23:11 37:23 51:7
66:20
particular
17:23 20:19 38:16 44:5
44:18 47:1 51:4 65:11
particularly
11:12
partner
64:14
partners
30:14 57:18,23
partnership
40:23
partnerships
35:6 39:12 40:16
party
76:18
pass
10:15
pay
14:16 27:23 34:4 55:17
paying
16:11
payments
34:2
people
21:13 32:6,25 38:19
41:1 42:5,6 44:15
46:15 60:13 62:8
percent
16:11,12,13 22:3 45:15
45:22 46:1,11 47:1,3
56:14,24,25
percentage
7:13,16 46:20
performed
25:13
performing
48:1
period
6:1,14,15,20 7:7 21:22
48:14 49:16 54:23
66:24 67:4
permitted

34:25 40:16
person
75:14
personally
75:11
PETER
2:21
PFAFFENBERGER
2:17
phone
30:11
phrase
12:13
physically
11:22 13:1,9 19:7
Picard
1:14 2:14 4:22 31:16
66:9
Picard's
46:15
pick
21:22
place
5:15 40:11 76:14
Plaintiff
1:5,17 2:14
plan
27:22
Plaza
2:11
please
32:5 42:17
point
18:12 22:4 32:4 46:5
47:19 49:5 54:6 55:20
63:21
Poor's
15:21
portfolio
3:17 43:4 53:6
portion
10:14
posed
66:19 67:24
position

12:7 14:16 25:24 27:6
27:7 45:8 46:19,19,21
48:24,24,25 49:2,2
53:9,10,11 54:20
55:13 56:3,19 61:13
62:2,10
positions
14:6 25:25 26:7,7 34:6
34:11,18,20 48:5 50:6
51:21 55:10,11 61:1
61:16,16,17,18,21,22
possible
13:13 14:6 55:24
possibly
13:25 47:5
post
48:14
post-'90s
15:15 16:2 48:4,4
practice
6:7,14 8:16 15:12
preferred
9:7
prematurely
61:22 62:23
premium
12:14 14:13
preparation
71:24 72:6
prepare
66:23 67:3,12,17,20
prepared
67:12
pressing
61:25
pressure
49:6
pretty
5:25 9:16 11:3 14:21
prevent
62:5
previous
44:12
price
13:21 26:16

Picard v. Avellino                                    Benard Madoff 11/13/2019

prices
20:24
Pricewaterhouse
30:15,19 31:3,18 33:16
primarily
7:5,20 8:9,12 11:2 12:1
17:6 29:22 30:22
31:11 61:25 62:8
prior
16:17 28:6 58:1,3 63:4
76:6
PRISON
2:5
probably
7:10 64:24
problem
71:9,21
problems
16:1
produce
44:21
produced
64:21 68:21,23
professional
67:25 68:3,5,9
profit
15:9 26:17 62:3
profits
44:11 47:8
project
13:3 44:18
proprietary
7:14 8:6 10:24,25
11:10 65:15
proprietary-trading
8:2
protected
56:25
protecting
55:22 56:23 57:3
PROTECTION
1:4
proved
75:12
provided

providing
50:25 52:6 72:9
30:23
Public
2:3 75:22 76:4
purchases
20:21
purpose
75:17
purposes
60:19 61:7
pursuant
30:17
pushing
9:16
put
4:18 16:7 43:3 45:12
50:1 55:13 58:15
61:15 65:12 71:6
puts
53:14,22,25 55:11,21
56:7
putting
16:5 60:4

---

**Q**

quarterly
25:10 50:24
question
43:8 47:6
questions
35:21 65:21 66:13,15
66:19 67:9,24 72:3,13
72:22
quick
35:24
quickly
13:13 15:7
quite
39:20,22
quote
19:11 34:22 44:3,4
71:4

---

**R**

R
2:9 4:11,11
rate
15:1 27:23 45:14
ratio
64:23 65:4
read
5:4 30:7 43:5 47:2 50:6
75:2
reading
43:7
realize
5:14
really
6:11 7:8 10:1 11:15
20:25 60:10 63:5
68:13
Realtime
76:23
reason
31:13 45:8 46:16 74:3
recall
6:1,2,10,11 8:16,19,21
8:24 24:12 25:16 28:7
30:9,11 40:14 57:14
61:9 66:21 68:2
received
18:19 30:13 54:11
receiving
30:9
Recess
66:2
recognize
69:13
recollection
7:9 10:10 17:9 35:9
38:15
reconvene
65:25
record
5:19 24:10 25:3 36:17
37:5 50:7,10 68:18
69:9
recorded
21:24 23:6

recording
48:16
records
23:3 24:3,17,25 25:2
66:21
recreated
31:18
redaction
68:20
refer
5:23 7:6 16:24 71:11
reference
12:13 34:21
referred
53:11
referring
17:1
refers
50:17 71:4
reflect
25:12 26:2 31:19 50:13
reflected
15:24 18:13 21:9,19
25:19 47:16,18
refused
39:22
regard
5:2 17:4 33:24 44:7
50:16 64:5
register
9:3,5,12,17,25 10:12
28:11 31:7
registered
9:7,14,20,22 10:13
18:8 19:12 42:13
regular
24:1
regularly
26:13
regulations
29:3
regulators
29:1
reinvest
35:1

Picard v. Avellino                    Benard Madoff 11/13/2019

Page 13

| | | | S |
|---|---|---|---|

**related**
57:7

**relationship**
29:1 31:25 39:21 58:4
58:8,9,11,11 59:4,10
68:1,3,10 71:14

**relative**
76:17,19

**relatives**
4:24 33:4

**relevant**
5:8

**relying**
32:7

**remember**
5:15,16 9:19 17:9 26:4
27:25 28:12 30:12
31:2 39:25 46:24
57:16 72:25

**remind**
66:14

**repayment**
33:25

**report**
3:17 17:22,25 20:14
25:6,8,9,10 26:6
27:16,25 36:2,3 43:4

**reported**
2:2 26:7

**Reporter**
2:3 5:20 76:4

**REPORTER'S**
76:1

**reports**
23:17 25:16,18 36:7
50:20 63:20

**represent**
4:20 51:20,20 66:9

**representative**
46:6

**represented**
53:19

**representing**
6:18

**represents**

**50:4 52:25**

**reputation**
33:6

**request**
30:18

**requesting**
54:20

**requests**
24:22

**require**
9:25

**required**
9:2 12:10 19:10 32:24

**requirement**
10:11 28:9

**requirements**
41:6

**research**
63:6

**response**
67:23

**responsibility**
63:10 67:13,16

**responsible**
62:22

**restaurant**
57:20

**restrictions**
5:7 29:5

**result**
56:8

**retail**
6:18,24 7:7,8,14 10:3
21:16,16 24:19 32:21
33:7,10,12 41:19
44:16

**retain**
24:15

**retention**
24:2

**retired**
58:7

**return**
13:3,11 16:9 44:12
45:14 46:2,7,10,20

**47:1 49:12 56:8,10**

**returned**
31:11 49:10

**returns**
12:21 14:20,22 24:21

**review**
37:22 69:4

**reviewing**
69:6

**rid**
24:3 34:8,19 63:23

**ridiculous**
40:3

**right**
6:8 9:11 18:22 33:11
53:12 58:3 64:20
67:21 70:22 71:2

**rights**
15:6,8,22

**risk**
12:2 13:17,19 14:3,6,8
14:10 15:2 26:19
54:17 55:22 56:6,6,6
56:16,21 57:3

**riskier**
55:13

**RMR**
2:3 76:23

**Rockefeller**
2:11

**rough**
7:12

**Royal**
2:17

**rule**
9:18 13:6,16 24:3,19
29:8 40:22

**rules**
31:8

**rumor**
13:25

**running**
57:16

**Rye**
2:22

**S**
2:9 3:9

**S&P**
53:4,19,20 55:6,8

**Sachs**
48:23

**sale**
19:5

**sales**
19:1

**Saul**
7:2 17:23

**saw**
33:20

**saying**
57:1

**says**
37:1

**sbell@bakerlaw.com**
2:13

**school**
7:3

**scrap**
64:22,23

**screaming**
57:19

**seal**
75:19

**search**
41:2 65:9

**SEC**
9:2,16,19 18:11 25:11
27:9,19 28:6,18,21
29:1,13 31:3,4 35:12
37:12 38:17 40:12
58:1 61:9

**SEC's**
30:25 33:17

**second**
70:13

**second-to-last**
70:1,4

**section**

Picard v. Avellino                    Benard Madoff 11/13/2019

| | | | |
|---|---|---|---|
| 42:9,11,13 51:15 70:23 | 12:8,11,11,24 13:8,8 13:15,20 19:1,4,5,5 19:14,17,25 26:23,25 27:1,2,6 46:19,23 48:5,16,20,24,25 49:2 50:19 53:4,9,21,22,22 55:8 56:2 61:16 65:8 | 6:23 10:14 18:2 29:9 | **spoken** 72:15 |
| **securities** 1:4,7,16 22:11 36:24 38:21,24 47:18 53:19 56:14 | | **smaller** 16:9 | **spread** 13:21 |
| | | **smoking** 64:21 | **spreads** 13:14 |
| **security** 18:19 21:4 | | **social** 59:3 | **Stacey** 2:13 66:8 |
| **see** 36:11 39:23 44:8 47:2 50:5 51:12 53:8 69:21 70:7,17,19,23 71:3 | **shorter** 24:7 | **solemnly** 4:6 | **staff's** 37:22 |
| | **shortfall** 31:20 | **somebody** 57:19 | **stage** 32:18 |
| **seen** 12:13 34:21 40:4 69:16 | **shortness** 56:20 | **sons** 39:13 | **Standard** 15:21 |
| **sell** 7:22 12:7 26:11 45:7 60:19 62:4,10,15,16 62:17 65:7 | **shorts** 50:17,18 51:9 | **soon** 49:15 | **Stanley** 46:25 |
| | **show** 31:19 43:2 53:25 | **sophisticated** 29:12 32:13 34:16 | **start** 8:20,25 25:15 42:22 |
| **selling** 7:19 19:6 26:16,21,24 27:5 58:22 62:6 | **showed** 18:19 64:22 | **sorry** 28:13,17 36:14 37:16 42:20 59:7 72:14 | **started** 6:3,23 15:15 16:18 17:10 26:2 38:11 40:5 |
| **sells** 20:15,24 | **shown** 72:9 | **sort** 5:25 9:24 14:14 27:20 | **starts** 44:8 70:24 |
| **send** 25:1 30:16 | **shut** 18:11 39:6 41:13 | **sorts** 56:5 | **state** 4:3,6 5:18 75:7,23 |
| **sent** 30:19 31:9,12,17 33:16 34:20 | **side** 7:25 8:1,3 10:25 11:1,1 12:11 19:13,14 42:2,3 47:4,14 53:6 56:3 61:19,23 70:14 | **sour** 39:22 | **statement** 3:18,20 47:16,19,22 50:14,15 52:3,5,14 54:3,4,10 |
| **sentence** 36:22 37:21 | | **SOUTHERN** 1:1 | |
| **set** 34:6 76:15 | **sides** 22:21 | **space** 6:6 24:16 | **statements** 15:24 18:14,18 25:3 30:18 31:12,13,17 33:15 43:20 50:25 53:24 67:4,18,20 |
| **settlement** 20:3,13,20 21:2 | **signature** 75:4 | **speak** 58:20 | |
| **shares** 20:22,23 | **similar** 38:22 43:21 | **specialty** 11:13 | **states** 1:1 2:4 22:4 37:22 76:4 |
| **SHAW** 2:17 | **simultaneous** 38:12 | **specific** 44:3 | **statute** 9:8 |
| **Sheehan** 64:16,17,19,20 | **simultaneously** 12:6 | **speculative** 45:19 | **stay** 9:7 12:24 13:7,24 49:21 |
| **sheet** 23:17 74:1 | **SIPA** 1:15 2:15 | **split** 17:24 | **stayed** 14:5 |
| **shock** 27:20 | **six** 24:2,4 | **split-strike** 15:16 16:4,16 17:10 49:8 53:1 | **stenographically** 76:13 |
| **short** | **size** 42:4 | **spoke** 30:12 72:18 | |
| | **small** | | |

Picard v. Avellino                           Benard Madoff 11/13/2019

| | | | |
|---|---|---|---|
| 11:22,25,25 12:7,8,20 | 34:1,3 | term | 4:17 5:10 12:8 |
| 12:25 13:9,14,20,23 | **Suite** | 11:14 20:2 22:23 23:16 | **title** |
| 15:8,19 18:19 19:6 | 2:18 | 26:8,9,21 56:23 68:4 | 69:9,21 |
| 21:13 26:11,15,16 | **supposed** | **terms** | **titled** |
| 27:3,5 45:7,23 47:1 | 28:2 29:16,17 | 18:23,25 46:9 | 51:5 70:20 |
| 48:9,20 50:19,19 | **sure** | **testament** | **today** |
| 56:20 57:6 62:4,6,10 | 9:23 29:11 37:20 38:1 | 3:22 69:7,10,22 70:8 | 5:8 66:13 72:3,10 |
| 62:15,17,18 65:8 | 38:2,5,20 41:2 57:2 | **testified** | **told** |
| **stocks** | 66:1 72:20 | 48:10 62:24 64:4 66:18 | 27:19 28:21 29:15 |
| 15:20 19:11,13 48:6 | **sworn** | 67:8,25 | 30:15 45:7 62:17 |
| 53:7 55:11 65:11 | 4:12 76:8 | **testifies** | **top** |
| **STR0000216** | **systems** | 4:13 | 43:3 44:2 47:17 51:6 |
| 51:24 | 24:11 76:23 | **testify** | **totally** |
| **STR0000216-225** | | 76:8 | 41:20 46:22 |
| 3:20 | **T** | **testimony** | **track** |
| **STR000225** | **T** | 66:21 76:13 | 23:19,21 |
| 52:22 | 3:9 | **thank** | **trade** |
| **strange** | **table** | 65:21 73:2 | 8:8 12:11 15:3 17:12 |
| 41:4 | 57:23 | **Thanks** | 19:12 22:20,22 27:25 |
| **strategies** | **take** | 73:4 | 29:10,14 45:12 47:11 |
| 13:18 16:17 | 30:6,16 34:18 35:20,24 | **thing** | 62:12,13,23 66:20,23 |
| **strategy** | 36:9 39:10 42:18,21 | 46:24 | **traded** |
| 11:17 14:3 15:11,15,16 | 44:1 50:2 65:24 69:3 | **things** | 20:22 21:11 |
| 16:4,6,21 17:3,7 | **taken** | 45:10 | **traders** |
| 41:25 44:18 52:13,20 | 4:17 66:2 76:13 | **think** | 11:10 65:2,15 |
| 53:17,18 56:12 | **talk** | 5:7 7:15 13:13 17:18 | **trades** |
| **Strattham** | 5:22 39:24 | 24:1 27:13 31:11 | 12:18,22 13:4 15:24,25 |
| 3:20 52:4 | **talking** | 32:13 33:11 34:16 | 17:10,22,24 18:1 20:8 |
| **street** | 15:14 16:10 28:24 | 39:20 40:1 48:3,10 | 20:19 21:15,19 22:16 |
| 12:5 20:7 33:6 65:16 | 70:16 | 62:8 72:23 | 23:4,6,13 24:23 25:22 |
| **strict** | **talks** | **thinking** | 27:14,16 31:19 38:3 |
| 29:8 40:22 | 36:11 | 61:5 | 42:7,15 44:21 45:4 |
| **strictly** | **tare** | **thought** | 49:8 54:18 58:15 |
| 44:20 58:9 | 47:9 | 29:18 33:3 35:14 48:25 | 59:21 61:23 64:5,6 |
| **strike** | **tax** | **time** | 66:25 67:5 |
| 59:7 | 24:21 27:17 60:19 61:7 | 5:15 6:1,5,14,15,20 7:7 | **trading** |
| **subjected** | **tell** | 8:14 9:19 12:11 18:12 | 7:15 8:5,7,9,11 10:21 |
| 9:8 | 8:21 12:17 19:2 42:19 | 21:22 24:21 27:20 | 10:23,25 11:16 13:18 |
| **subscribed** | 50:3 52:12,19,24 | 32:20 37:10,12 38:25 | 14:3 17:3,7,16 18:9 |
| 75:15 | 55:12 56:4 57:8 59:25 | 40:5 42:21 46:5,16 | 21:23 22:4 23:9 27:5 |
| **Substantially** | 62:9 | 47:19 49:16 54:6,23 | 41:21,22 42:9 45:24 |
| 2:14 | **telling** | 55:20 58:19 59:13 | 49:8,17 54:16 55:20 |
| **Substantively** | 31:3 | 61:9 65:10 66:24 67:4 | 56:5 59:22 61:10 63:3 |
| 1:15 | **tells** | 67:21 72:18,23 76:14 | 63:6 65:9,11 |
| **sufficient** | 65:5 | **times** | **transaction** |

19:9 22:24 29:16 45:3
45:18,19 46:18 47:4
51:11 54:15 57:4
61:23 65:12,14
**transactions**
3:18 11:18 14:4 18:12
18:14,20 19:18,25
20:17 21:4,9,14,18,24
22:9 23:18,22 24:9,18
25:13,19 29:12 47:10
47:18,24 48:2,14,17
50:15 51:6,8,9 52:14
53:1,15 54:5,12,18,22
55:4 60:21,23 61:7,15
63:7
**transcript**
76:12
**transfer**
11:23 34:12
**treasuries**
16:11
**Treasury**
16:7 48:8 52:18
**treat**
17:20
**trouble**
43:6
**true**
75:4 76:12
**trustee**
1:14 2:14 44:4 66:9
71:17
**Trustee's**
68:15 69:3
**Trustee-19**
3:22 68:24
**trustees**
70:21 71:1
**truth**
4:8,8,9 8:22 76:9,9,10
**truthfully**
66:16
**try**
7:22 24:15
**trying**

47:7
**turn**
52:21
**turned**
32:2,3,18 40:8
**two**
23:13 61:25
**two-sided**
12:10 19:10
**type**
16:21 17:12,21 18:8
32:24 33:7 36:2 41:21
41:25 45:17,19 50:10
52:5 54:16 61:10
**types**
33:9 48:13
**typical**
16:21 19:9 24:18 45:19
50:14 52:5 55:14
65:13
**typically**
12:3 13:5 14:17 16:7
16:14 17:11 22:16
24:14 26:12 32:22
38:1 44:14 45:3 49:1
50:23 53:5,5,16 54:2
54:17 55:9,17 71:20

**U**

**Ultimately**
34:25
**um-hum**
44:10 52:23 70:10 71:2
**unbeknownst**
27:12
**uncommon**
53:18 61:11
**underlying**
55:10,10,11
**understand**
22:7 37:10 38:5 48:19
57:2,3
**understanding**
37:18 59:15
**unique**

14:15 15:17
**unit**
8:15,20,25 10:5,18
**United**
1:1 22:4
**units**
15:6 45:24
**unquote**
34:22 71:5
**unregistered**
28:22 38:6 40:24
**unstable**
40:5
**unsuitable**
40:24
**unwind**
45:7 61:1,2,21
**unwound**
45:8
**use**
17:1 22:23 26:10
**usually**
14:25
**utilize**
15:10 19:17
**utilized**
17:4 18:24 19:3

**V**

**v**
1:6,18
**valid**
18:14 47:19,22 48:2
**validity**
54:11
**varied**
24:14
**varies**
12:23 13:5
**various**
4:17,21,24
**view**
54:21
**VII**
70:20

**violation**
31:8
**violations**
37:23

**W**

**wait**
26:15
**waited**
16:9
**waiting**
16:6,8
**walked**
57:20
**Wall**
20:7 33:6 65:16
**want**
5:13 22:20 31:6 32:19
34:18 40:21 42:21,22
43:23 57:25 61:1
65:21 67:23
**wanted**
9:3,4 17:16 19:16
22:19,22 34:8 39:23
43:20 48:6 60:19,25
62:4,16
**warehouses**
24:17
**warrants**
15:5,8
**wasn't**
9:23 29:11 40:21 45:8
54:5 63:22 72:20
**way**
2:17 20:9 21:17 22:22
29:19,20 31:23 33:18
37:19 40:22 47:8,23
48:12 62:5
**we'll**
18:10 45:11 65:24
**we're**
15:14 44:20
**we've**
30:4 46:9
**Wednesday**

Picard v. Avellino                                    Benard Madoff 11/13/2019

2:6
**weekly**
50:21
**went**
40:25 47:9 56:18 58:6
58:6 61:8 65:14
**weren't**
10:7 21:10 28:1,2
29:11 31:14 32:7 34:7
34:12 47:14 48:16
49:16 54:8 58:18
**widen**
13:15
**wife**
57:17 63:18
**wind**
13:23
**wiped**
32:2
**wishes**
62:3
**withdraw**
9:20
**Witness**
2:23 3:2 30:8 35:23
36:1 37:8 64:18,20
65:19 68:6 74:2
**wives**
40:2,7 57:11
**Woodfield**
2:19 3:4 4:14,16 29:24
35:16 36:20 37:7
42:16,20 43:1 49:22
51:23 65:17,20 66:1
66:19 67:9,24 68:4,7
71:24 72:2,8 73:3
**words**
19:6 59:22
**work**
6:17 7:13 32:25 55:25
**worked**
49:3 63:5 71:15
**works**
26:18
**world**

63:22
**worried**
62:1
**worry**
45:11 65:23
**worth**
13:22 29:7
**wouldn't**
15:3 21:18,24 22:25
30:20
**wrong**
40:8 46:22 48:20
**wrongdoing**
60:2 63:13

| X |
| --- |

**x**
1:3,9,13,21 3:1,9
**XI00836**
76:24

| Y |
| --- |

**yeah**
28:10 37:1 39:1 42:21
46:3 48:18 52:10 55:2
55:23 70:6
**year**
6:2,2,12 15:23 25:11
26:4 44:12 46:11
47:17
**years**
15:14 24:2,4 29:18
63:18 64:25 72:21
73:1
**York**
1:1 2:4,11,11,22 76:5
**Yup**
66:17

| Z |
| --- |

| 0 |
| --- |

**08-01789(SMB)**
1:6

| 1 |
| --- |

**1**
5:3
**1/31/08**
3:20 52:4
**10**
16:13 22:3 56:25
**10-05421(SMB)**
1:15
**100**
53:4,20 55:6,9
**100,000**
20:22
**10111**
2:11
**10573**
2:22
**11:07-11:25**
66:2
**11:33**
73:5
**112400**
36:18
**112401**
37:6
**12**
2:22
**12/31/91**
3:17 43:4 47:17 48:1
**13**
1:24 2:7
**14**
37:4 76:25
**14th**
70:9
**17**
70:13,15
**19**
68:15 69:3
**1960**
6:4
**1970s**
62:25
**1980**

70:9
**1992**
3:14 5:25 8:20 15:23
27:8 30:5 36:22 37:4
46:1 57:12 58:3 63:4
**1993**
3:15 35:17

| 2 |
| --- |

**2**
16:11,11 29:25 30:4
36:15,16 55:6
**2008**
52:7 54:4
**2019**
1:24 2:7 76:25
**23**
70:5
**249**
2:17
**27**
3:15 35:17 38:10

| 3 |
| --- |

**3**
35:17
**30**
3:14
**301A**
2:18
**31**
36:22 45:15,22 46:1
54:4
**33480**
2:18
**35**
3:16 56:13
**392**
47:3

| 4 |
| --- |

**4**
3:4,13 42:17
**400**
47:1

Picard v. Avellino                    Benard Madoff 11/13/2019

| | | | |
|---|---|---|---|
| **42** | 3:14 30:5 69:21 | | |
| 3:17 | **9:40** | | |
| **45** | 2:7 | | |
| 2:11 | **90** | | |
| **460** | 56:14,23,24,25 | | |
| 36:24 | **90s** | | |
| **49** | 48:5 60:25 | | |
| 3:19 | **92** | | |
| **5** | 6:14 16:17 38:7 | | |
| **50** | **92.98** | | |
| 56:13 | 46:11 | | |
| **500** | **93** | | |
| 53:20 | 38:10 | | |
| **500,000** | | | |
| 32:14 | | | |
| **51** | | | |
| 3:20 | | | |
| **6** | | | |
| **60s** | | | |
| 6:3,13 | | | |
| **610** | | | |
| 55:6 | | | |
| **66** | | | |
| 3:5 | | | |
| **68** | | | |
| 3:23 | | | |
| **7** | | | |
| **70s** | | | |
| 14:20 58:3 64:6 | | | |
| **75** | | | |
| 2:6 | | | |
| **8** | | | |
| **8** | | | |
| 16:13 | | | |
| **8/31/92** | | | |
| 3:19 | | | |
| **80s** | | | |
| 14:20 58:3,25 | | | |
| **9** | | | |
| **9** | | | |