# EXHIBIT 13

```
 1      IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
           CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
 2                  COMPLEX LITIGATION UNIT
 3              CASE NO.:   12-034123(07)
 4
 5   P&S ASSOCIATES, GENERAL PARTNERSHIP,
     a Florida limited partnership, et al.,
 6
             Plaintiffs,
 7
     v.
 8
     MICHAEL D. SULLIVAN, et al.,
 9
             Defendants.
10   _____/
11                              One Town Center Road
                                Suite 301
12                              Boca Raton, Florida 33486
                                Wednesday, 10:10 a.m. - 12:59 p.m.
13                              September 9, 2015
14
15
                  DEPOSITION OF FRANK AVELLINO
16
17                     VOLUME 1 of 2
18                  (Pages 1 through 143)
19
20
21         Taken on behalf of the Plaintiffs before
22   SUSAN MATOS, Court Reporter and Notary Public in and
23   for the State of Florida at Large, pursuant to
24   Plaintiffs' Third Re-Notice of Taking Videotaped
25   Deposition in the above cause.
```

```
 1   APPEARANCES:
 2   Attorneys for Plaintiffs
 3
         LEONARD K. SAMUELS, ESQUIRE
 4       lsamuels@bergersingerman.com
         STEVEN D. WEBER, ESQUIRE
 5       sweber@bergersingerman.com
         ZACHARY P. HYMAN, ESQUIRE
 6       zhyman@bergersingerman.com
         (Appeared telephonically.)
 7       BERGER SINGERMAN LLP
         350 East Las Olas Boulevard
 8       Suite 1000
         Fort Lauderdale, Florida 33301
 9       (954)525-9900
10
         THOMAS M. MESSANA, ESQUIRE
11       tmessana@messana-law.com
         THOMAS G. ZEICHMAN, ESQUIRE
12       tzeichman@messana-law.com
         MESSANA, P.A.
13       401 East Las Olas Boulevard
         Suite 1400
14       Fort Lauderdale, Florida
         (954)712-7400
15
16
     Attorney for Defendant
17   Frank Avellino
18       GARY A. WOODFIELD, ESQUIRE
         gwoodfield@haileshaw.com
19       HAILE SHAW & PFAFFENBERGER P.A.
         660 U.S. Highway 1
20       Third Floor
         North Palm Beach, Florida 33408
21       (561)627-8100
22
23
24
25
```

```
 1   APPEARANCES CONTINUED:
 2   Attorney for Defendant
     Michael Bienes
 3
         JONATHAN ETRA, ESQUIRE
 4       jetra@broadandcassel.com
         Broad and Cassel
 5       One Biscayne Tower, 21st Floor
         Two South Biscayne Boulevard
 6       Miami, Florida 33131
         (305)373-9447
 7
 8
 9
10
11
12
13
14
15   ALSO PRESENT:
16       Brian Terrinoni, Videographer
         Philip von Kahle
17
18
19
20
21
22
23
24
25
```

1      A.    Yes.

2      Q.    And did -- did Madoff ever guarantee

3  Avellino & Bienes a certain rate of return on

4  investment?

5      A.    No.

6      Q.    Was Mr. Bienes also preclude by the SEC

7  from selling securities?

8      A.    It was Avellino & Bienes.  I'm assuming

9  that Bienes was part of it.

10     Q.    And who was your counsel in that?

11     A.    I think it was Lee Sorkin.

12     Q.    Are you currently a defendant in an action

13  being brought by Irving Picard?

14     A.    Yes.

15     Q.    And have you had your deposition taken in

16  that case?

17     A.    Not that I recall.

18     Q.    And I want to ask you about a couple

19  allegations that are in that complaint concerning

20  documents and statements of Avellino & Bienes that

21  you said were reviewed by Price Waterhouse.

22           Did Bernie Madoff or anyone from his

23  company assist Avellino & Bienes in putting together

24  statements that were provided to the SEC?

25     A.    Not that I recall.

1  Q. Are you aware of allegations being made by
2  Bernie Picard [sic] against Avellino & Bienes
3  that -- that Avellino & Bienes sent statements to
4  Bernie Madoff Investments so that Madoff and his
5  employees can alter them and conceal the original
6  statements from the SEC?
7  A. No. Nope. I'm not aware of it, no.
8  Q. Are you aware that -- that -- strike that.
9  And there's also an allegation that Bernie
10 Madoff created an entirely new set of account
11 statements for production to the SEC and/or the
12 receiver which eliminated certain transactions and
13 replaced them with other fictitious transactions
14 more consistent with the false testimony and
15 representations Avellino & Bienes made to the SEC.
16 Are you aware of that allegation?
17 A. No.
18 Q. And is that allegation true?
19 A. No.
20 Q. Okay. And so is the allegation that
21 Bernie Madoff -- Bernie Madoff's firm assisted in
22 preparing or altering statements to be provided by
23 Avellino & Bienes to the SEC, is that statement true
24 or false?
25 A. I don't know. I don't think so. No, it's

1  false.

2      Q.   It's false?

3      A.   Yeah.

4      Q.   Did you personally oversee the statements

5  of Avellino and Bienes that were prepared and

6  provided to the SEC?

7      A.   Over the years?

8      Q.   During the investigation in 1990 -- 1991,

9  1992, 1993 time frame?

10         MR. WOODFIELD:   Objection to the form of

11     the question as being vague or oversought.

12         Can you just clarify?

13  BY MR. SAMUELS:

14     Q.   Do you understand the question?

15     A.   It doesn't make sense.  You said did I

16  prepare -- say it again.  I...

17     Q.   Were you involved in the preparation of

18  statements that were provided to the SEC in

19  conjunction with their investigation in the early

20  1990s?

21     A.   Again, over the years.  Not that day, not

22  that time.  Over the years.

23     Q.   I'm talking about the statements that were

24  presented to the SEC while they were investigating

25  Avellino & Bienes in 1992 --

```
1        A.    I answer again --
2        Q.    -- 1993 time frame.
3        A.    -- over the years, all of the statements
4   were provided to the SEC.  Those statements you're
5   indicating were part of it, then, yes, of course, I
6   did.
7        Q.    And do you have knowledge of anyone from
8   Bernie Madoff's firm assisting Avellino & Bienes in
9   preparing statements or altering statements to be
10  provided to the SEC --
11       A.    No.
12       Q.    -- in connection with the investigation in
13  the early '90s?
14       A.    No.
15       Q.    So to the extent those allegations are
16  being made by Mr. Picard, you would either deny them
17  or say you have no knowledge of them?
18       A.    No knowledge of them and I deny them
19  emphatically.
20       Q.    Now, I intended originally when I spoke
21  about your depositions to go over some of the ground
22  rules of the deposition.  We've gone a little far
23  before I did that, but I just want to do that now
24  anyway --
25       A.    Sure.
```

1 there might have been positives.

2     Q. So did Mr. Madoff, in any given year, ever

3 have a negative return in all the years that you

4 were with him?

5     A. I can't recall.

6     Q. You don't recall any negative returns?

7     A. No. No, I don't.

8     Q. You can't recall whether he had a negative

9 return or you can't recall him having a negative

10 return?

11     A. I can't recall if he had a negative return

12 or whether he reported to us on securities a

13 negative return.

14     Q. In terms of Bernie Madoff's securities,

15 was that -- could anyone from the public invest with

16 Mr. Madoff?

17     A. I'm assuming so.

18     Q. Do you know if you had to be referred to

19 Mr. Madoff in order to open an account?

20     A. I don't know.

21     Q. Did Mr. Madoff ever tell you what rate of

22 return you would receive when you began investing

23 with him?

24     A. No.

25     Q. Did there ever come a time when you were

1                And the question is?
2    BY MR. SAMUELS:
3        Q.   The question is:  This is a letter from
4    Avellino & Bienes to Ms. Gianna indicating that she
5    would receive an annual rate of 15 percent
6    compounded quarterly, correct?
7        A.   Yes.
8        Q.   Okay.  Now, in the next page we have a
9    letter to note holder indicating that enclosed
10   you'll find a check representing your total
11   principal note amount of Avellino & Bienes plus
12   interest on that note as of November 16, 1992.  This
13   check is being sent to you as a result of a consent
14   between Avellino & Bienes and the Securities
15   Exchange Commission requiring this redemption of
16   your donated interest.
17               Do you see that?
18       A.   Yes.
19       Q.   Okay.  Did Avellino & Bienes return all of
20   the principal amounts on their notes plus interest
21   to all of its investors who had notes?
22       A.   Yes.
23       Q.   Okay.  And was the money provided to
24   Avellino & Bienes by Madoff or anyone on his behalf?
25       A.   It came from Madoff's office.

1       Q.      Madoff's office sent you the money?

2       A.      Yes.

3       Q.      Okay.  And do you know how Madoff's office

4   got the money to return to you?

5       A.      I have no clue.

6       Q.      Did you make any inquiry how they were

7   able to get all the money back?

8       A.      At that point, I didn't care.

9       Q.      Did you ever come to learn that the money

10  provided Mr. Madoff to pay you back came from

11  Mr. Picower?

12      A.      No.

13      Q.      At any point in time did you ever learn

14  that?

15      A.      No.

16      Q.      So sitting here today, you're unaware of

17  that.

18      A.      No.

19      Q.      Do you know how Mr. Sullivan --

20  Mr. Sullivan came to be an investor or someone who

21  provided investors to Avellino & Bienes?

22      A.      I'm assuming he knew me and saw the way I

23  lived.  I was never around, but the way I lived, and

24  from the church group, must have talked.

25      Q.      Did you ever tell Mr. Sullivan that you're

1      A.   I can't remember.  Why would I pay?  I
2  don't know.  I don't think so.
3      Q.   Okay.  And have you ever paid any of his
4  legal expenses or costs in connection with this
5  lawsuit or anything having to do with S&P or P&S?
6      A.   No.
7      Q.   When is the last time you've spoken to
8  Mr. Sullivan?
9      A.   I can't even recall.
10     Q.   Was it less than a year ago?
11     A.   Not that I -- no, I don't think so.
12     Q.   Have you ever had discussions with
13 Mr. Sullivan about this lawsuit?
14     A.   No.
15     Q.   Has Mr. Sullivan ever discussed with you
16 any discussions he may have had with Mr. von Kahle
17 or my office or any of Mr. von Kahle's lawyers?
18     A.   No.
19     Q.   Going back to your relationship with
20 Mr. Madoff, how often did you go up to New York to
21 meet with Mr. Madoff during the time frame of, let's
22 say, when you were operating Avellino & Bienes down
23 here in South Florida?
24     A.   I can't recall.
25     Q.   Was it frequent?

1    A.    No.

2    Q.    But you do recall going up to meet with
3    Mr. Madoff?

4    A.    I went there once, that I recall.  But
5    that was it.

6    Q.    During that time frame?

7    A.    It was 2004, maybe.

8    Q.    And what caused you to go up and meet
9    Mr. Madoff in 2004?

10    A.    Probably estate planning.

11    Q.    And why would you be meeting with
12    Mr. Madoff about estate planing?

13    A.    He had all my money.

14    Q.    Okay.  And how about after -- how about
15    any other times you went up to New York to meet
16    Mr. Madoff?

17    A.    No.

18    Q.    Did you ever have working lunches with
19    Mr. Madoff in Mr. Madoff's office?

20    A.    No.

21    Q.    Did you ever have closed-door meetings
22    that lasted hours with Mr. Madoff?

23    A.    No.

24    Q.    What is the most amount of money that you,
25    directly or indirectly through your entities, had