# EXHIBIT 14

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES INVESTOR PROTECTION ) Adv. Pro. No. 08-01789 (SMB)
CORPORATION,
                                ) SIPA LIQUIDATION
            Plaintiff,
                                ) (Substantively Consolidated)
        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

            Defendant.
_____
In re:

BERNARD L. MADOFF,
                                ) Adv. Pro. No. 10-05421 (SMB)

Debtor.
_____
IRVING H. PICARD, Trustee for
the Substantively Consolidated
SIPA Liquidation of Bernard L.
Madoff Investment Securities
LLC and Bernard L. Madoff,

            Plaintiff,

        v.

FRANK J. AVELLINO, et al.,

            Defendants.
_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF
ERIC S. LIPKIN
_____

Taken at 999 Third Avenue, Suite 3600
Seattle, Washington


DATE TAKEN:    JANUARY 14, 2020
REPORTED BY:   CINDY M. KOCH, RPR, CRR, CCR #2357

Page 2

```
 1                   A P P E A R A N C E S
 2   FOR THE TRUSTEE:
 3                   CHRISTOPHER B. GALLAGHER
                     REGINA L. GRIFFIN
 4                   BakerHostetler
                     45 Rockefeller Plaza
 5                   New York, NY 10111-0100
                     212.847.2874
 6                   cgallagher@bakerlaw.com
                     rgriffin@bakerlaw.com
 7
 8   FOR DEFENDANTS:
                     GARY A. WOODFIELD
 9                   Haile Shaw & Pfaffenberger, P.A.
                     660 U.S. Highway One
10                   Third Floor
                     North Palm Beach, FL 33408
11                   561.627.8100
                     gwoodfield@haileshaw.com
12
13   ALSO PRESENT:   DANNY GAD, videographer
14
                           *   *   *   *   *
15
16
17
18
19
20
21
22
23
24
25
```

Page 135

1        You recall that?
2        A.  Now that you mention it, yes.
3        Q.  Okay.  We were in like a -- I think we were in
4   the bar association offices or something, yeah.  In any
5   event, testing your memory.
6        A.  I failed.
7        Q.  So tell me this:  When was the first time that
8   you learned that Madoff was a -- BLMIS was a fraud?
9        A.  December 11, 2008.
10       Q.  And is that the date that he was arrested?
11       A.  Yes.
12       Q.  So from 1992 or thereabouts, when you began
13  working there, up until -- up until the date of this
14  arrest, all that period of time, you did not learn that
15  there was this fraud going on.  Is that my
16  understanding?
17       A.  That is correct.
18       Q.  And a good part of that time, like from '94 and
19  '95, I believe you indicated, you actually worked for
20  Frank DiPascali; correct?
21       A.  That is correct.
22       Q.  And again, just so I'm clear, as we sit here
23  today, you have no recollection of having ever met Frank
24  Avellino; correct?
25       A.  That is correct.  But if you had asked me