| | |
|---|---|
| HERBERT SMITH FREEHILLS<br>NEW YORK LLP<br>Scott S. Balber<br>Jonathan C. Cross<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (917) 542-7600<br>scott.balber@hsf.com<br>jonathan.cross@hsf.com | **Hearing Date: September 14, 2022**<br>**Opposition Date: June 9, 2022**<br>**Reply Date: July 13, 2022** |

*Attorneys for Defendants Bank Hapoalim (Switzerland) Ltd. and Bank Hapoalim B.M.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | **ORAL ARGUMENT REQUESTED** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>BANK HAPOALIM B.M. and BANK HAPOALIM (SWITZERLAND) LTD.,<br><br>    Defendants. | Adv. Pro. No. 12-01216 (CGM) |

**NOTICE OF HEARING ON THE**
**HAPOALIM DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that on April 6, 2022, Bank Hapoalim (Switzerland) Ltd. ("Hapoalim Switzerland") and Bank Hapoalim B.M. ("Hapoalim B.M.") (together, the "Hapoalim Defendants"), filed their Motion to Dismiss the Complaint in the above-captioned action pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on September 14, 2022 at 10:00 a.m. (prevailing Eastern time) before the Honorable Cecelia G. Morris, Chief Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time on the day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on February 7, 2021 (ECF No. 113), all papers responsive to the Hapoalim Defendants' Motion to Dismiss the Complaint shall be served and filed no later than June 9, 2022, and all reply papers in further support of the Hapoalim Defendants' Motion to Dismiss the Complaint shall be served and filed no later than July 13, 2022.

Dated: New York, New York
      April 6, 2022

**HERBERT SMITH FREEHILLS NEW YORK LLP**

By:   <u>/s/Scott S. Balber</u>
      Scott S. Balber
      Jonathan C. Cross
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (917) 542-7600
      scott.balber@hsf.com
      jonathan.cross@hsf.com

*Attorneys for Defendants Bank Hapoalim (Switzerland) Ltd. and Bank Hapoalim B.M.*