Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531

*Attorneys for Defendants*
*John Fujiwara and Gladys Fujiwara*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : : | No. 08-01789 (CGM) |
| v. | : : : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : : : | |
| Defendant. | : | |

-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : : | Adv. Pro. No. 10-04289 (CGM) |
| BERNARD L. MADOFF, | : : : | |
| Debtor. | : | |

-----------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | : : : |
| Plaintiff, | : : |
| v. | : : : |
| JOHN FUJIWARA, in his individual capacity and As Personal Representative of the Estate of Gladys Fujiwara, and THE ESTATE OF GLADYS FUJIWARA, | : : : : : |
| Defendants. | : |

-----------------------------------------------------------X

# NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS JOHN FUJIWARA AND THE ESTATE OF GLADYS FUJIWARA

**PLEASE TAKE NOTICE** that upon the annexed motion of Lax & Neville LLP, the undersigned will present the proposed order to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for signature on May 2, 2022 at 12:00 pm.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
April 6, 2022

LAX & NEVILLE LLP

By: */s/ Barry R. Lax*
Barry R. Lax
Brian J. Neville (BN8251)
350 Fifth Ave.
Suite 4640
New York, NY 10118
Telephone: (212) 696-1999
Facsimile: (212) 566 - 4531
*Attorneys for Defendants*