Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531

*Attorneys for Defendants*
*John Fujiwara and Gladys Fujiwara*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : | No. 08-01789 (CGM) |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| Defendant. | : | |

-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| BERNARD L. MADOFF, | : | Adv. Pro. No. 10-04289 (CGM) |
| Debtor. | : | |

-------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | |
| v. | : | **CERTIFICATE OF SERVICE** |
| JOHN FUJIWARA, in his individual capacity and As Personal Representative of the Estate of Gladys Fujiwara, and THE ESTATE OF GLADYS FUJIWARA, | : | |
| Defendants. | : | |

-------------------------------------------------------------X

I, Brian J. Neville, Esq., hereby certify that on April 6, 2022, I caused a true and correct copy of:

(i) Notice of Motion of Lax & Neville LLP for an Order Pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules to Withdraw as Counsel to Defendants John Fujiwara and the Estate of Gladys Fujiwara;

(ii) Memorandum of Law in Support of Lax & Neville LLP's Motion for an Order Pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules to Withdraw as Counsel to Defendants John Fujiwara and the Estate of Gladys Fujiwara;

(iii) Declaration of Brian J. Neville, Esq. in Support of Lax & Neville for an Order Pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules to Withdraw as Counsel to Defendants John Fujiwara and the Estate of Gladys Fujiwara

and the appendices and exhibits attached thereto to be filed electronically with the Bankruptcy Court, served upon the parties in this action who receive electronic service through CM/ECF, and served upon the recipients listed below via electronic mail:

Stacey Ann Bell (sbell@bakerlaw.com)
Richard J. Bernard (bhaa@bakerlaw.com)
Nicholas Cremona (ncremona@bakerlaw.com)
David J. Sheehan (dsheehan@bakerlaw.com)
Amy Vanderwal (avanderwal@bakerlaw.com)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and Bernard L. Madoff*

Kevin H. Bell (kbell@sipc.org)
Kenneth Caputo (kcaptuo@sipc.org)
Nicholas G. Hallenbeck, I (nhallenbeck@sipc.org)
Nathanael Kelley (nkelley@sipc.org)
Christopher H. LaRosa (clarosa@sipc.org)
Josephine Wang (jwang@sipc.org)
SECURITIES INVESTOR PROTECTION CORPORATION
805 15th Street, N.W., Suite 800
Washington, D.C. 20005

Dated: New York, New York
April 6, 2022

                LAX & NEVILLE LLP

                By: */s/ Brian J. Neville*
                      Brian J. Neville (BN8251)
                      Barry R. Lax
                      350 Fifth Avenue
                      Suite 4640
                      New York, NY 10118
                      Telephone: (212) 696-1999
                      Facsimile: (212) 566 - 4531
                      *Attorneys for Defendants*