PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq. (S.D.N.Y. admission pending)
Eleven Times Square
New York, NY 10036-8299
Telephone:  212-969-3000
Facsimile:  212-969-2900
Email:  ebarak@proskauer.com
            rgorkin@proskauer.com
            estevens@proskauer.com

*Attorneys for Defendant Lion Global Investors Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>                Defendants. | Adv. Pro. No. 11-02540 (CGM) |

**CERTIFICATE OF SERVICE**

I, Ehud Barak, hereby certify that on April 1, 2022, I caused the Defendant Lion Global Investors Limited's Motion and Notice of Motion to Dismiss the LGI Complaint, the Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, the Declaration of James Tan Thian Peng in Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Ehud Barak in Support of Defendants' Motion to Dismiss the Complaint, and accompanying exhibits, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: New York, New York            /s/ Ehud Barak
      April 7, 2022                            Ehud Barak