UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

    Debtor.

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                ) ss:
COUNTY OF DALLAS      )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1.  I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On March 31, 2022, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S FIFTY-FIRST OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 21312)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S FIFTY-FIRST OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 21313)

Executed on April 7, 2022

_____
Tassie Powers Barr

Sworn to and subscribed before me this ___7th___ day of ___April___, 2022

(SEAL)

MARY S BETIK
Notary ID #4866693
My Commission Expires
March 12, 2026

_____
Notary Public

2

# Exhibit A

Exhibit A
3/31/2022

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Certilman, Balin, Adler & Hyman LLP | Attn: Richard J. McCord | 90 Merrick Ave. | East Meadow | NY | 11554 | Counsel |
| Duane Morris LLP | Attn: Patricia H. Heer | 1540 Broadway | New York | NY | 10036-4086 | Counsel |
| Norman A. Kaplan, Esq. | 111 Great Neck Road | | Great Neck | NY | 11021 | Counsel |
| Kramer Levin Naftalis & Frankel LLP | Attn: Philip Bentley | 1177 Avenue of the Americas | New York | NY | 10036 | Counsel |