**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BSI**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/14/2003 | (108,620) |
| 3/14/2003 | (83,488) |
| 5/14/2003 | (621,629) |
| 5/14/2003 | (266,369) |
| 5/14/2003 | (238,192) |
| 5/14/2003 | (191,989) |
| 6/16/2003 | (255,335) |
| 6/16/2003 | (180,190) |
| 6/16/2003 | (113,745) |
| 7/16/2003 | (260,940) |
| 7/16/2003 | (148,763) |
| 7/16/2003 | (119,134) |
| 8/15/2003 | (320,364) |
| 8/15/2003 | (183,894) |
| 9/17/2003 | (14,015) |
| 10/14/2003 | (130,355) |
| 11/19/2003 | (225,317) |
| 2/18/2004 | (34,807) |
| 2/18/2004 | (15,518) |
| 3/18/2004 | (504,507) |
| 4/21/2004 | (1,356,302) |
| 4/21/2004 | (58,336) |
| 6/17/2004 | (152,892) |
| 8/13/2004 | (498,163) |
| 8/13/2004 | (129,522) |
| 8/13/2004 | (41,846) |
| 9/15/2004 | (506,290) |
| 9/15/2004 | (132,877) |
| 11/16/2004 | (130,276) |
| 3/15/2005 | (52,487) |
| 4/14/2005 | (52,172) |
| 4/14/2005 | (50,085) |
| 7/15/2005 | (54,931) |
| 7/15/2005 | (21,127) |
| 7/25/2005 | (10,815) |
| 8/15/2005 | (703,452) |
| 8/15/2005 | (17,982) |
| 9/15/2005 | (30,724) |
| 10/14/2005 | (678,962) |
| 10/14/2005 | (53,443) |
| 10/14/2005 | (46,410) |
| 10/14/2005 | (12,826) |
| 10/24/2005 | (4,038) |
| 12/19/2005 | (399,378) |
| 12/19/2005 | (99,571) |
| 1/19/2006 | (935,065) |
| 1/19/2006 | (86,719) |
| 1/30/2006 | (9,109) |
| 2/15/2006 | (80,989) |
| 3/17/2006 | (126,133) |
| 3/17/2006 | (115,434) |
| 3/17/2006 | (55,497) |
| 4/20/2006 | (1,739,012) |
| 4/20/2006 | (308,750) |
| 4/20/2006 | (103,449) |
| 4/20/2006 | (59,596) |
| 5/5/2006 | (6,473) |
| 5/15/2006 | (170,258) |
| 6/16/2006 | (255,306) |
| 6/16/2006 | (193,320) |
| 6/16/2006 | (136,020) |
| 6/16/2006 | (45,721) |
| 6/16/2006 | (22,861) |
| 8/10/2006 | (6,753) |
| 8/14/2006 | (352,837) |
| 9/14/2006 | (109,769) |
| 9/14/2006 | (102,960) |
| 9/14/2006 | (45,630) |
| 10/27/2006 | (7,846) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BSI**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/14/2006 | (120,267) |
| 11/14/2006 | (49,612) |
| 11/14/2006 | (47,317) |
| 12/15/2006 | (124,077) |
| 12/15/2006 | (107,696) |
| 1/16/2007 | (71,883) |
| 2/6/2007 | (4,223) |
| 3/16/2007 | (122,548) |
| 3/16/2007 | (60,593) |
| 3/16/2007 | (26,518) |
| 3/16/2007 | (14,464) |
| 4/17/2007 | (49,006) |
| 5/16/2007 | (351,338) |
| 5/16/2007 | (62,202) |
| 5/16/2007 | (62,189) |
| 5/16/2007 | (3,900) |
| 6/15/2007 | (618,397) |
| 6/15/2007 | (112,241) |
| 6/15/2007 | (29,420) |
| 6/15/2007 | (24,942) |
| 7/19/2007 | (107,434) |
| 7/30/2007 | (9,303) |
| 8/17/2007 | (251,703) |
| 9/19/2007 | (293,250) |
| 9/19/2007 | (32,303) |
| 10/16/2007 | (99,862) |
| 11/19/2007 | (127,539) |
| 11/19/2007 | (127,539) |
| 11/19/2007 | (105,810) |
| 12/19/2007 | (2,811,774) |
| 12/19/2007 | (95,618) |
| 12/19/2007 | (21,036) |
| 1/17/2008 | (231,360) |
| 2/15/2008 | (64,987) |
| 3/17/2008 | (630,808) |
| 3/17/2008 | (45,520) |
| 4/14/2008 | (214,991) |
| 4/14/2008 | (54,725) |
| 4/14/2008 | (37,904) |
| 5/15/2008 | (131,505) |
| 5/15/2008 | (21,467) |
| 5/16/2008 | (3,403) |
| 6/17/2008 | (137,941) |
| 6/17/2008 | (98,899) |
| 6/17/2008 | (66,286) |
| 6/17/2008 | (40,594) |
| 7/15/2008 | (998,997) |
| 8/6/2008 | (3,448) |
| 8/18/2008 | (691,221) |
| 8/18/2008 | (352,282) |
| 8/18/2008 | (313,881) |
| 8/18/2008 | (10,675) |
| 10/15/2008 | (631,344) |
| 10/15/2008 | (33,765) |
| 11/3/2008 | (19,422) |
| 11/18/2008 | (421,526) |
| 11/18/2008 | (323,855) |
| 11/18/2008 | (292,902) |
| 11/18/2008 | (275,429) |
| 11/18/2008 | (137,232) |
| 11/18/2008 | (102,811) |
| 11/18/2008 | (55,086) |
| 11/18/2008 | (30,346) |
| 11/18/2008 | (26,996) |
| 11/19/2008 | (280,443) |
| | $ (27,315,638) |