**EXHIBIT D**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO DEL GOTTARDO**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/14/2003 | (1,737,043) |
| 3/14/2003 | (777,122) |
| 3/14/2003 | (482,169) |
| 3/14/2003 | (83,894) |
| 5/14/2003 | (1,401,608) |
| 5/14/2003 | (270,407) |
| 11/19/2003 | (2,039,044) |
| 4/21/2004 | (2,135,081) |
| 1/14/2005 | (536,927) |
| 1/14/2005 | (122,286) |
| 7/15/2005 | (212,117) |
| 7/15/2005 | (107,812) |
| 7/15/2005 | (81,150) |
| 8/15/2005 | (611,830) |
| 8/15/2005 | (473,350) |
| 8/15/2005 | (44,499) |
| 8/15/2005 | (33,372) |
| 1/19/2006 | (91,801) |
| 1/19/2006 | (53,068) |
| 3/17/2006 | (115,311) |
| 3/17/2006 | (113,691) |
| 3/17/2006 | (63,511) |
| 5/15/2006 | (35,811) |
| 5/15/2006 | (26,776) |
| 7/20/2006 | (1,193,073) |
| 10/12/2006 | (334,572) |
| 11/14/2006 | (113,229) |
| 11/14/2006 | (42,408) |
| 11/14/2006 | (9,818) |
| 12/15/2006 | (54,296) |
| 1/16/2007 | (252,624) |
| 1/16/2007 | (74,915) |
| 2/15/2007 | (86,545) |
| 4/17/2007 | (137,683) |
| 5/16/2007 | (147,723) |
| 6/15/2007 | (94,868) |
| 7/19/2007 | (130,009) |
| 9/19/2007 | (609,888) |
| 9/19/2007 | (470,556) |
| 9/19/2007 | (121,150) |
| 10/16/2007 | (38,289) |
| 11/19/2007 | (409,732) |
| 12/19/2007 | (72,216) |
| 2/15/2008 | (107,541) |
| 3/18/2008 | (81,143) |
| 5/15/2008 | (231,449) |
| 6/17/2008 | (312,871) |
| 6/17/2008 | (57,908) |
| 7/15/2008 | (110,115) |
| 11/18/2008 | (1,411,247) |
| 11/18/2008 | (587,440) |
| 11/18/2008 | (283,980) |
| 11/18/2008 | (263,841) |
| 11/18/2008 | (214,169) |
| 11/18/2008 | (141,983) |
| 11/18/2008 | (140,242) |
| 11/18/2008 | (131,914) |
| 11/18/2008 | (104,503) |
| 11/18/2008 | (47,242) |
| **Total:** | **$ (20,270,860)** |