**EXHIBIT F**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BSI**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/28/2003 | (635,045) |
| 7/28/2003 | (313,560) |
| 7/28/2003 | (153,163) |
| 11/24/2003 | (29,785) |
| 9/15/2005 | (251,189) |
| 9/15/2005 | (166,893) |
| 9/15/2005 | (25,881) |
| 5/24/2006 | (3,346,287) |
| 10/17/2006 | (68,489) |
| 4/17/2007 | (746,761) |
| 4/17/2007 | (141,957) |
| 5/16/2007 | (487) |
| 6/19/2007 | (121,018) |
| 6/19/2007 | (60,509) |
| 10/19/2007 | (82,524) |
| 10/19/2007 | (72,138) |
| 4/18/2008 | (1,384,147) |
| 4/18/2008 | (74,130) |
| 7/21/2008 | (60,350) |
| 8/15/2008 | (89,641) |
| 11/21/2008 | (465,613) |
| 11/21/2008 | (129,201) |
| 11/21/2008 | (99,583) |
| 11/21/2008 | (76,402) |
| 11/21/2008 | (70,112) |
| 11/21/2008 | (30,808) |
| **Total:** | **$ (8,695,673)** |