**EXHIBIT G**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BANCO DEL GOTTARDO**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/21/2006 | (127,754) |
| 11/17/2006 | (148,934) |
| 1/19/2007 | (57,520) |
| 6/19/2007 | (48,436) |
| 7/19/2007 | (204,982) |
| 8/17/2007 | (29,198) |
| 9/20/2007 | (164,283) |
| 9/20/2007 | (18,584) |
| 11/20/2007 | (315,644) |
| 3/18/2008 | (182,198) |
| 4/18/2008 | (3,030,594) |
| 4/18/2008 | (62,269) |
| 5/20/2008 | (55,866) |
| 8/15/2008 | (175,811) |
| **Total:** | **$ (4,622,074)** |