**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>UBS AG, *et. al.*,<br><br>      Defendants. | Adv. Pro. No. 10-05311 (CGM) |

**STIPULATION AND ORDER FOR VOLUNTARY**
**DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT AA (ALTERNATIVE ADVANTAGE) PLC ON BEHALF OF ITS**
**SUB-FUND LANDMARK INVESTMENT FUND IRELAND**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP and defendant AA (Alternative Advantage) PLC on behalf of its sub-fund Landmark Investment Fund Ireland ("Landmark"), by and through its counsel, Norton Rose Fulbright US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 7, 2010, the Trustee filed a complaint in the above-captioned adversary proceeding in which he asserted claims against, among others, Landmark (the "Claims").

2. On September 29, 2020, the parties entered into an agreement to settle the Claims.

3. On November 16, 2020, this Court entered an Order approving the settlement agreement between the Trustee, on the one hand, and Landmark, on the other hand (the "Landmark Settlement") (ECF No. 264). The Landmark Settlement provides for the release of the Claims as against Landmark.

4. In accordance with Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal with prejudice of the Claims, with each party bearing its own costs, attorneys' fees, and expenses.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

[*Remainder of page intentionally left blank*]

the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 7, 2022
      New York, New York

| NORTON ROSE FULBRIGHT US LLP | BAKER & HOSTETLER LLP |
|---|---|
| BY:   /s/ Thomas J. Hall<br>Thomas J. Hall<br>thomas.hall@nortonrosefulbright.com<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>(212) 541-5369<br><br>*Attorneys for Defendant AA (Alternative Advantage) PLC on behalf of its sub-fund Landmark Investment Fund Ireland* | BY:   /s/ Oren J. Warshavsky<br>Oren J. Warshavsky<br>owarshavsky@bakerlaw.com<br>Geoffrey A. North<br>gnorth@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>(212) 589-4200<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |

**SO ORDERED.**



**Dated: April 8, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**