**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br>v.<br><br>CITIBANK, N.A., CITICORP NORTH AMERICA, INC. and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>    Defendants. | Adv. Pro. No. 10-05345 (CGM) |

**AMENDED STIPULATION AND ORDER**

  **WHEREAS,** on February 1, 2022, the Court entered a scheduling order for Defendants to answer, move, or otherwise respond to the Amended Complaint, Dkt. No. 209;

  **WHEREAS,** Defendants have requested a short extension of the deadlines in the scheduling order to ensure that the parties have fully addressed the arguments;

  **WHEREAS,** the Trustee consents to the Defendants' request provided that he is afforded a reciprocal extension to file his opposition brief;

**WHEREAS,** the parties have demonstrated "good cause" for extending the deadlines set forth in the scheduling order;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. Defendants will answer, move or otherwise respond to the amended complaint on or before April 22, 2022.

2. The Trustee will file any opposition to Defendants' motion on or before July 1, 2022.

3. Defendants will file any reply brief in support of their motion on or before August 15, 2022.

4. Except as expressly set forth herein, the parties reserve all rights and defenses they may have, and entry into this Amended Stipulation and Order shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

[*Remainder of page intentionally left blank*]

Dated: April 11, 2022
      New York, New York

| | |
|---|---|
| */s/ Matthew D. Feil* | */s/ Carmine D. Boccuzzi, Jr.* |
| **Baker & Hostetler LLP** | **Cleary Gottlieb Steen & Hamilton LLP** |
| | |
| 45 Rockefeller Plaza | One Liberty Plaza |
| New York, New York 101011 | New York, New York 10006 |
| Telephone: 212.589.4200 | Telephone: (212) 225-2000 |
| Facsimile: 212.589.01 | Facsimile: (212) 225-3999 |
| David J. Sheehan | Carmine D. Boccuzzi, Jr. |
| Email: dsheehan@bakerlaw.com | Email: cboccuzzi@cgsh.com |
| Seanna R. Brown | Pascale Bibi |
| Email: sbrown@bakerlaw.com | Email: pbibi@cgsh.com |
| Matthew D. Feil | Brandi M. Lupo |
| Email: mfeil@bakerlaw.com | Email: blupo@cgsh.com |
| Amy Vanderwal | Miranda Gonzalez |
| Email: avanderwal@bakerlaw.com | Email: mirgonzalez@cgsh.com |
| Chardaie C. Charlemagne | |
| Email: ccharlemagne@bakerlaw.com | *Attorneys for Defendants Citibank, N.A.,* |
| Frank M. Oliva | *Citicorp North America, Inc., and Citigroup* |
| Email: foliva@bakerlaw.com | *Global Markets Limited* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: April 11, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**