UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant, | Adv. Pro. No. 08-01789 (cgm)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br>v.<br><br>MERITZ FIRE & MARINE INSURANCE CO., LTD.,<br><br>             Defendant. | Adv. Pro. No. 11-02539 (CGM) |

### Certificate of Service

      I, Blanka K. Wolfe, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused the *Motion of Meritz Fire & Marine Insurance Co., Ltd. to Dismiss the Complaint* [Adv. Pro. 08-01789 (CGM) Dk. No. 21359; Adv. Pro. 11-02539 Dk. No. 119], the *Memorandum of Law In Support of the Motion to Dismiss* [Adv. Pro. 08-01789 (CGM) Dk. No. 21360; Adv. Pro. 11-02539 Dk. No. 120], *Declaration of Michael T. Driscoll In Support of Motion to Dismiss* [Adv. Pro. 08-01789 (CGM) Dk. No. 21361; Adv. Pro. 11-02539 Dk. No. 121], and the *Notice of Hearing of the Motion to Dismiss* [Adv. Pro. 08-01789 (CGM)

- 2 -

Dk. No. 21362; Adv. Pro. 11-02539 Dk. No. 122], all dated April 11, 2022, to be served by CM/ECF on all counsel of record in the above referenced adversary proceeding.

Dated: New York, New York
April 11, 2022

By: */s/ Blanka K. Wolfe*
Blanka K. Wolfe