## EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: August 1, 2021 – November 30, 2021 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 3/3/2022 ECF No. 21212 | 8/1/2021 – 11/30/2021 | $32,681,351.79 | $32,681,351.79 | $29,413,216.61 | $0 | $29,413,216.61 | $377,823.57 | $377,823.57 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 3/3/2022 ECF No. 21213 | 8/1/2021 – 11/30/2021 | $105,110.27 | $105,110.27 | $84,088.21 | $0 | $84,088.21 | $6,832.17 | $6,832.17 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 3/3/2022 ECF No. 21214 | 8/1/2021 – 11/30/2021 | $683,984.36 | $683,984.36 | $547,187.49 | $0 | $547,187.49 | $27,694.39 | $27,694.39 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 3/3/2022 ECF No. 21215 | 8/1/2021 – 11/30/2021 | $9,963.97 | $9,963.97 | $7,971.18 | $0 | $7,971.18 | $0 | $0 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 3/3/2022 ECF No. 21216 | 8/1/2021 – 11/30/2021 | $143,636.13 | $143,636.13 | $114,908.90 | $0 | $114,908.90 | $730.24 | $730.24 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 3/3/2022 ECF No. 21220 | 8/1/2021 – 11/30/2021 | $1,794,869.00 | $1,794,869.00 | $1,435,895.20 | $0 | $1,435,895.20 | $3,826.72 | $3,826.72 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 3/3/2022 ECF No. 21218 | 8/1/2021 – 11/30/2021 | $209,908.77 | $209,908.77 | $167,927.02 | $0 | $167,927.02 | $27,903.25 | $27,903.25 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | 3/3/2022 ECF No. 21219 | 8/1/2021 – 11/30/2021 | $52,175.25 | $52,175.25 | $41,740.20 | $0 | $41,740.20 | $464.91 | $464.91 |
| Velitor Law, Special Counsel to the Trustee | 3/3/2022 ECF No. 21224 | 8/1/2021 – 11/30/2021 | $24,461.10 | $24,461.10 | $19,568.88 | $0 | $19,568.88 | $0 | $0 |
| Kelley, Wolter & Scott, P.A., Special Counsel to the Trustee | 3/3/2022 ECF No. 21221 | 8/1/2021 – 11/30/2021 | $1,800.00 | $1,800.00 | $1,440.00 | $0 | $1,440.00 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 3/3/2022 ECF No. 21217 | 8/1/2021 – 11/30/2021 | $31,461.66 | $31,461.66 | $25,169.33 | $0 | $25,169.33 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 3/3/2022 ECF No. 21222 | 8/1/2021 – 11/30/2021 | $92,690.25 | $92,690.25 | $74,152.20 | $0 | $74,152.20 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Bowman and Brooke, Special Counsel to the Trustee | 3/3/2022 ECF No. 21223 | 10/8/2021 – 11/30/2021 | $9,262.50 | $9,262.50 | $7,410.00 | $0 | $7,410.00 | $526.90 | $526.90 |
| Lukins & Annis P.S., Special Counsel to the Trustee | 3/3/2022 ECF No. 21225 | 9/16/2021 – 11/30/2021 | $1,692.90 | $1,692.90 | $1,354.32 | $0 | $1,354.32 | $0 | $0 |

Schedule A(1)    DATE: __/__/__    INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,379,341,553.79 | $1,379,341,553.79 | $1,362,279,477.54 | $20,424,016.55 | $20,424,016.55 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Eugene F. Collins, Special Counsel to the Trustee | $851,117.11 | $851,117.11 | $835,568.41 | $49,439.64 | $49,439.64 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,662,909.10 | $2,662,909.10 | $2,574,127.44 | $194,159.21 | $194,159.21 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,735,934.79 | $6,735,934.79 | $6,638,926 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $2,100,963.14 | $2,100,963.14 | $2,019,144.67 | $60,111.37 | $60,111.37 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $77,966,712.20 | $77,966,712.20 | $76,492,062.93 | $795,503.97 | $795,503.97 |
| UGGC & Associés, Special Counsel to the Trustee | $2,740,714.68 | $2,740,714.68 | $2,676,467.34 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,814.30 | $321,814.30 | $320,543.67 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $15,165,299.75 | $15,165,299.75 | $14,338,169.72 | $603,253.81 | $603,253.81 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,528,863.27 | $20,528,863.27 | $20,235,082.60 | $1,316,746.49 | $1,316,746.49 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $85,902.69 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $106,499.97 | $106,499.97 | $104,338.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $225,949.63 | $225,949.63 | $212,427.98 | $365.04 | $365.04 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,579,951.14 | $1,579,951.14 | $1,477,828.05 | $23,403.61 | $23,403.61 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $194,695.08 | $194,695.08 | $161,626.32 | $165.24 | $165.24 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $66,604.50 | $66,604.50 | $53,283.60 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | $9,262.50 | $9,262.50 | $7,410.00 | $526.90 | $526.90 |
| Lukins & Annis P.S., Special Counsel to the Trustee | $1,692.90 | $1,692.90 | $1,354.32 | $0 | $0 |

Schedule B(1)            DATE: __/__/__            INITIALS:  :__ USBJ