UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC

SIPA LIQUIDATION

Case No. 08-01789

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )  ss:
COUNTY OF DALLAS         )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 8, 2022, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000780)

Executed on April 12, 2022.

_____
Tassie Powers Barr

Sworn to and subscribed before me this  12th  day of  April , 2022



(SEAL)                                   Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER T000780**
4/08/2022

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for Confidentiality Reasons | | | | | | |
| | X | Redacted for Confidentiality Reasons | | | | | | |