JONES DAY  
Thomas E. Lynch  
250 Vesey Street  
New York, New York 10281  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306  
telynch@jonesday.com

*Attorneys for QS Finance Ltd.*  
*(formerly known as Quilvest Finance Ltd.)*

Hearing Date: Sept. 14, 2022  
Objections Date: June 13, 2022  
Reply Date: July 28, 2022

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUILVEST FINANCE LTD.,<br><br>Defendant. | Adv. Pro. No. 11-02538 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in

Support of Defendant's Motion to Dismiss Plaintiff's Complaint, the supporting Declaration

of Thomas E. Lynch dated April 12, 2022 (including the exhibits attached thereto), and all prior pleadings and proceedings herein, Defendant QS Finance Ltd. (formerly known as Quilvest Finance Ltd.) will move this Court for an order dismissing the Complaint filed by Irving Picard as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 8(a), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Stipulation and Order entered on March 1, 2022, oppositions to the motion to dismiss, if any, shall be filed on or before June 13, 2022 and replies in further support of the motion shall be filed on or before July 28, 2022.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgement by this Court.

Dated: April 12, 2022
      New York, New York

                                                       By: /s/ Thomas E. Lynch
Thomas E. Lynch
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: telynch@jonesday.com

*Attorneys for QS Finance Ltd.*
*(formerly known as Quilvest Finance Ltd.)*