JONES DAY  
Thomas E. Lynch  
250 Vesey Street  
New York, New York 10281  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306  
telynch@jonesday.com  

*Attorneys for QS Finance Ltd.*  
*(formerly known as Quilvest Finance Ltd.)*

Hearing Date: Sept. 14, 2022  
Objections Date: June 13, 2022  
Reply Date: July 28, 2022  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUILVEST FINANCE LTD.,<br><br>Defendant. | Adv. Pro. No. 11-02538 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING ON MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, on April 12, 2022, Defendant QS Finance Ltd. (formerly known as Quilvest Finance Ltd.), by and through its undersigned counsel, filed a

motion for an order dismissing the Complaint filed by Irving Picard as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 8(a), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE THAT, a hearing to consider Defendant's motion to dismiss will be held on September 14, 2022 at 10:00 a.m. EDT, or as soon thereafter as counsel may be heard, in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the Court's directives, hearings are being conducted remotely until further order of the Court. Parties who wish to participate in hearings must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Stipulation and Order entered on March 1, 2022, oppositions to the motion to dismiss, if any, shall be filed on or before June 13, 2022, and replies in further support of the motion shall be filed on or before July 28, 2022.

Dated: April 12, 2022
       New York, New York

By: /s/ Thomas E. Lynch
    Thomas E. Lynch
    JONES DAY
    250 Vesey Street
    New York, New York 10281
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306
    Email: telynch@jonesday.com

    *Attorneys for QS Finance Ltd.*
    *(formerly known as Quilvest Finance Ltd.)*