**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>QUILVEST FINANCE LTD.,<br><br>      Defendant. | Adv. Pro. No. 11-02538 (CGM) |

**CERTIFICATE OF SERVICE**

    I, Thomas E. Lynch, an attorney admitted to practice before this Court, certify that I caused copies of Defendant QS Finance Ltd.'s (1) Notice of Motion to Dismiss Plaintiff's Complaint, dated Apr. 12, 2022; (2) the Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, dated Apr. 12, 2022; (3) the supporting Declaration of Thomas E. Lynch, dated Apr. 12, 2022 (including the Exhibits 1 through 7 attached thereto);

(4) the Notice of Hearing, dated Apr. 12, 2022, to be electronically filed with the Clerk of Court and served through the CM/ECF system to all counsel registered to receive notifications.

Dated: April 12, 2022
      New York, New York

                                                  /s/ Thomas E. Lynch
                                                       Thomas E. Lynch