UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; and CREDIT SUISSE (UK) LIMITED;<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 11-02925 (CGM) |

## STIPULATION AND ORDER

**WHEREAS**, on December 11, 2011, Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff filed a complaint against the original defendants in this

{12030356:1}

adversary proceeding seeking to recover avoidable transfers from BLMIS under section 550 of the Bankruptcy Code (the "Complaint"), ECF No. 1; and

**WHEREAS**, on March 29, 2022, this Court so-ordered a stipulation between the Trustee and the original defendants (i) providing that the Complaint is deemed amended to reflect that the above-captioned defendants ("Defendants" and, together with the Trustee, the "Parties"), and not certain defendants as originally named, are the defendants in this adversary proceeding, and (ii) dismissing Counts Four and Five of the Complaint, which sought to recover transfers allegedly received by certain defendants from Kingate Global Fund Ltd. and Kingate Euro Fund Ltd., respectively, ECF No. 101.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below, that:

1. Defendants shall respond to the Complaint as amended by stipulation by **June 15, 2022**. If any Defendants file a motion to dismiss the complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage. The Trustee shall respond to the motion by **August 15, 2022**, and such Defendants shall file their reply by **September 15, 2022**.

2. If any Defendants file such a motion to dismiss the Complaint, the parties shall seek oral argument on the motion at the Court's first available convenience. The deadlines established by this Stipulation and Order are without prejudice to any party seeking future extensions of time.

3. The Parties reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

Dated: New York, New York
April 13, 2022

**WINDELS MARX LANE & MITTENDORF, LLP**

By: /s/ Kim M. Longo
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By: /s/ Daniel S. Shamah
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendants*

**SO ORDERED:**



**Dated: April 15, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**