**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br>  v.<br><br>MISTRAL (SPC),<br><br>       Defendant. | Adv. Pro. No. 12-01273 (CGM) |

## STIPULATION AND ORDER

**WHEREAS**, on April 5, 2012, Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff, commenced the above-captioned adversary proceeding by filing a complaint (the "Complaint") against defendant Mistral (SPC) ("Defendant" and, together with the Trustee, the "Parties") to recover avoidable transfers from BLMIS under section 550 of the Bankruptcy Code, ECF No. 1; and

{12030353:1}

**WHEREAS**, the Trustee seeks to add allegations further supporting the avoidability of the initial transfers from BLMIS to Rye Select Broad Market Portfolio Limited, and make certain other updates and revisions to the Complaint.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below, that:

1. The Trustee will provide a proposed amended complaint to Defendant on or before **May 23, 2022**.

2. Defendant will indicate whether it consents to the Trustee filing the proposed amended complaint on or before **June 6, 2022**.

3. On or before **June 8, 2022**, either:

    a. If Defendant consents to the Trustee filing the proposed amended complaint, the Trustee will file the amended complaint.

        i. Defendant will answer, move or otherwise respond to the amended complaint on or before **August 8, 2022**. If Defendant files a motion to dismiss the amended complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage.

        ii. The Trustee will file any opposition to Defendant's motion on or before **October 7, 2022**.

        iii. Defendant will file any reply brief in support of its motion on or before **November 7, 2022**.

    iv.  If Defendant files such a motion to dismiss the amended complaint, the Parties shall seek oral argument on the motion at the Court's first available convenience.

  b.  If Defendant does not consent to the Trustee filing the proposed amended complaint, the Trustee will file his motion for leave to file an amended complaint.

    i.  Defendant will file any opposition to the Trustee's motion for leave to file an amended complaint on or before **August 8, 2022**.

    ii.  The Trustee will file any reply brief in support of his motion on or before **September 8, 2022**.

4.  The deadlines established by this Stipulation and Order are without prejudice to either Party seeking future extensions of time.

5.  Except as expressly set forth herein, the Parties reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: New York, New York
April 13, 2022

**WINDELS MARX LANE & MITTENDORF, LLP**

By: _/s/ Kim M. Longo_
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By: _/s/ Daniel S. Shamah_
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendant*

**SO ORDERED:**



**Dated: April 15, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

{12030353:1}   4