**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., CITICORP NORTH AMERICA, INC., and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>    Defendants. | Adv. Pro. No. 10-05345 (CGM) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that Miranda Gonzalez respectfully requests the withdrawal of her appearance as counsel for Defendants Citibank, N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited (collectively, the "Citi Defendants") in the above-captioned adversary proceeding, Adv. Pro. No. 10-05345. As of April 15, 2022, Miranda Gonzalez will no longer be a member of the firm Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that Cleary Gottlieb Steen & Hamilton LLP will

continue to represent the Citi Defendants in this action.

Dated: April 14, 2022
New York, New York

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: */s/ Miranda Gonzalez*
            Miranda Gonzalez
            One Liberty Plaza
            New York, New York 10006
            T: 212-225-2000
            mirgonzalez@cgsh.com

            *Attorney for Citibank, N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited*