# Exhibit 1

FORM NO. 3a

Registration No. EC 14904



**BERMUDA**

# CERTIFICATE OF INCORPORATION
# ON CHANGE OF NAME

I HEREBY CERTIFY that in accordance with section 10 of *the Companies Act 1981* **GROSVENOR MANAGEMENT LIMITED** by resolution and with the approval of the Registrar of Companies has changed its name and was registered as **GROSVENOR INVESTMENT MANAGEMENT LTD.** on the **13th** day of **November, 1996**.



Given under my hand and the Seal of the REGISTRAR OF COMPANIES this **14th** day of **November, 1996**.

for **Registrar of Companies**

FORM NO. 3a



BERMUDA

# CERTIFICATE OF INCORPORATION ON CHANGE OF NAME

I hereby certify that

WESTMINSTER MANAGEMENT LTD.

having by resolution and with the approval of the Registrar of Companies changed its name, is now registered under the name of

GROSVENOR MANAGEMENT LIMITED

Given under my hand the    4th    day of   July    19 91



for Registrar of Companies

RC7

**FORM NO. 6**



**BERMUDA**

## CERTIFICATE OF INCORPORATION

I hereby in accordance with the provisions of section 14 of the Companies Act, 1981, issue this Certificate of Incorporation and do certify that on the 14th day of August 19 89

WESTMINSTER MANAGEMENT LTD.

was registered by me in the Register maintained by me under the provisions of the said section and that the status of the said company is that of a local/~~exempted~~ company.

Given under my hand this 14th day of August 19 89



for Registrar of Companies

RC11