# Exhibit 2

IN THE SUPREME COURT OF BERMUDA

COMPANIES WINDING-UP

COMMERCIAL COURT

2019: No.7

IN THE MATTER OF GROSVENOR INVESTMENT MANAGEMENT LTD.

AND IN THE MATTER OF THE COMPANIES ACT 1981

ORDER

**UPON THE PRESENTATION OF THE PETITION** of Grosvenor Investment Management Limited (the "Company")

**AND UPON READING** the Petition filed herein and the First Affidavit of Ernest Morrison and the exhibit thereto

**AND UPON** hearing Counsel for the Company

**IT IS HEREBY ORDERED** as follows:

1. That the Company be wound up by the Court under the provisions of the Companies Act, 1981;

2. That Michael Morrison and Charles Thresh of KPMG Advisory Ltd., Bermuda are hereby appointed as joint and several provisional liquidators of the Company;

3. That the costs of this Petition be paid out of the assets of the Company as a priority.

4. That the time for convening the first meetings of creditors and contributories be extended for a period of six months.

Dated this 1st day of February, 2019

CHIEF JUSTICE/PUISNE JUDGE

IN THE SUPREME COURT OF BERMUDA

COMPANIES WINDING-UP

COMMERCIAL COURT

2019: No.7

IN THE MATTER OF GROSVENOR
INVESTMENT MANAGEMENT LTD.

AND IN THE MATTER OF THE COMPANIES
ACT 1981

## ORDER



CONYERS DILL & PEARMAN LIMITED
Barristers & Attorneys
Clarendon House, 2 Church Street
Hamilton, Bermuda