# Exhibit 3

**FORM NO. 5**                                                                                          **Registration No. EC/24027**



**BERMUDA**

# CERTIFICATE OF DEPOSIT OF MEMORANDUM OF ASSOCIATION AND CONSENT GRANTED BY THE MINISTER

THIS IS TO CERTIFY that a Memorandum of Association of

<u>**Grosvenor Aggressive Growth Fund Limited**</u>

and the consent granted by the Minister under section 6(1) of *the Companies Act 1981* ("the Act") were delivered to the Registrar of Companies on the **24th** day of **October, 1997** in accordance with section 14(2) of the Act.

Given under my hand this **30th** day of **October, 1997**.

for **Acting Registrar of Companies**

Minimum Capital of the Company: <u>US$12,000.00</u>

Authorised Capital of the Company: <u>US$12,000.00</u>