# Exhibit 6

IN THE SUPREME COURT OF BERMUDA
COMPANIES WINDING UP
COMMERCIAL COURT
2015: No. 490

IN THE MATTER OF GROSVENOR BALANCED GROWTH FUND LIMITED

AND IN THE MATTER OF THE COMPANIES ACT 1981

---

ORDER

---

**UPON THE PETITION** of Grosvenor Investment Asset Management Ltd presented to this Court on 9 December 2015

**AND UPON READING** the First Affidavit of Ernest Morrison dated 9 December 2015 and the order of the Registrar of the Supreme Court dated 14 January 2015 confirming compliance with Rule 24 of the Companies (Winding Up) Rules 1982

**AND UPON HEARING** Counsel for the Petitioner

**IT IS HEREBY ORDERED**:

1. That Grosvenor Balanced Growth Fund Limited (the "Company") be wound up by the Court under the provisions of the Companies Act, 1981;

2. That Michael Morrison and Charles Thresh of KPMG Advisory Ltd., Bermuda continue in their appointment as joint and several provisional liquidators of the Company;

3. That the costs of this Petition be paid out of the assets of the Company as a priority.

4. That the time for convening the first meetings of creditors and contributories be extended for a period of six months.

~~5. That such other order be made in the premises as the court shall deem fit.~~

Dated this 15th day of January, 2016

CHIEF JUSTICE

IN THE SUPREME COURT OF BERMUDA
COMPANIES WINDING UP
COMMERCIAL COURT
2015 : No. 490

IN THE MATTER OF GROSVENOR BALANCED GROWTH FUND GROWTH FUND LIMITED

AND IN THE MATTER OF THE COMPANIES ACT 1981

ORDER



CONYERS DILL & PEARMAN LIMITED
Clarendon House
2 Church Street, Hamilton HM 11
Attorneys for the JPLs
RJM/gm/352998