# Exhibit 7

FORM NO. 6 Registration No. 27040



**BERMUDA**

# CERTIFICATE OF INCORPORATION

I hereby in accordance with section 14 of *the Companies Act 1981* issue this Certificate of Incorporation and do certify that on the **23rd** day of **September, 1999**

**GROSVENOR PRIVATE RESERVE FUND LIMITED**

was registered by me in the Register maintained by me under the provisions of the said section and that the status of the said company is that of an **exempted** company.



Given under my hand and the Seal of the REGISTRAR OF COMPANIES this **8th** day of **October, 1999**.

for **Registrar of Companies**