# Exhibit 8

IN THE SUPREME COURT OF BERMUDA
COMPANIES WINDING UP
COMMERCIAL COURT
2015: No. 492

IN THE MATTER OF GROSVENOR PRIVATE RESERVE FUND LIMITED

AND IN THE MATTER OF THE COMPANIES ACT 1981

ORDER

**UPON THE PETITION** of Grosvenor Investment Asset Management Ltd, Gleneagles Capital Investment Ltd, Grosvenor International Asset Management Limited, Grosvenor Fund Administration Limited, William Dolan, Lahaina Limited and Eila II Trust presented to this Court on 9 December 2015

**AND UPON READING** the First Affidavit of Ernest Morrison dated 9 December 2015 and the order of the Registrar of the Supreme Court dated 14 January 2015 confirming compliance with Rule 24 of the Companies (Winding Up) Rules 1982

**AND UPON HEARING** Counsel for the Petitioner

**IT IS HEREBY ORDERED**:

1. That Grosvenor Private Reserve Fund Limited (the "Company") be wound up by the Court under the provisions of the Companies Act, 1981;

2. That Michael Morrison and Charles Thresh of KPMG Advisory Ltd., Bermuda continue in their appointment as joint and several provisional liquidators of the Company;

3. That the costs of this Petition be paid out of the assets of the Company as a priority.

4. That the time for convening the first meetings of creditors and contributories be extended for a period of six months.

5. ~~That such other order be made in the premises as the court shall deem fit.~~ *CNM*

Dated this 15th day of January, 2016

_____
CHIEF JUSTICE

**IN THE SUPREME COURT OF BERMUDA**
**COMPANIES WINDING UP**
**COMMERCIAL COURT**
**2015 : No. 492**

**IN THE MATTER OF GROSVENOR PRIVATE RESERVE FUND LIMITED**

**AND IN THE MATTER OF THE COMPANIES ACT 1981**

---

ORDER

---



CONYERS DILL & PEARMAN LIMITED
Clarendon House
2 Church Street, Hamilton HM 11
Attorneys for the JPLs
RJM/gm/352998