**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 20, 2022 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04468; Picard v. Ken-Wen Family Limited Partnership,** *et al.*

    A.    Motion to Reconsider FRCP 60 or FRBP 3008 filed by Mark S. Roher on behalf of Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership (Filed: 3/25/2022) [ECF No. 220]

**Opposition Due**:     April 13, 2022

**Opposition Filed**:

B.  Memorandum of Law in Opposition to Kenneth W. Brown's Motion After Judgment to Petition for Rehearing to Open, Amend, or Alter a Judgment filed by Matthew B. Lunn on behalf of Irving H. Picard (Filed: 4/13/2022) [ECF No. 229]

C.  Declaration of Christopher M. Lambe in Support of Trustee's Opposition to Defendant Kenneth W. Brown's Motion After Judgment to Petition for Rehearing to Open, Amend, or Alter a Judgment filed by Matthew B. Lunn on behalf of Irving H. Picard (Filed: 4/13/2022) [ECF No. 230]

**Replies Due**:     April 15, 2022

**Replies Filed**:     None.

**Related Documents**:

D.  Notice of Hearing to consider the Motion to Reconsider FRCP 60 or FRBP 3008 filed by Mark S. Roher on behalf of Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership filed by Clerk of Court, United States Bankruptcy Court, SDNY (Entered: 3/31/2022) [ECF No. 222]

E.  Notice to Defendant, Kenneth Brown, in his capacity as a General Partner of Ken Wen Family Limited Partnership, of the hearing scheduled to be held on April 20, 2022 at 10:00 AM (Fredericks, Frances) (Entered: 4/1/2022) [ECF No. 226]

**Status**:     This matter is going forward.

2.  **10-04570; Picard v. Jacob M. Dick Rev Living Trust DTD 4/6/01, *et al.***

    A.  Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 2/28/2022) [ECF No. 103]

    B.  Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 2/28/2022) [ECF No. 104]

    C.  Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 2/28/2022) [ECF No. 105]

2

D.    Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 2/28/2022) [ECF No. 106]

E.    Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 2/28/2022) [ECF No. 107]

F.    Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 2/28/2022) [ECF No. 108]

**Opposition Due**:    March 18, 2022

**Opposition Filed**:

G.    Defendants' Memorandum of Law in Opposition to Trustee's Motion for Summary Judgment filed by Helen Davis Chaitman on behalf of Article 8.1 Trust, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Jacob M. Dick Rev Living Trust DTD 4/6/01, individually and as tenant in common, Andrea J. Marks, trustee & beneficiary of Jacob M. Dick Rev Living Trust Dtd 4/6/01, executor & beneficiary of Estate of Jacob M. Dick, and trustee of Article8.1 Trust created under Jacob M. Dick Rev Living Trust Dtd 4/6/01 (Filed: 3/18/2022) [ECF No. 113]

H.    Declaration of Helen Davis Chaitman in Opposition to the Trustee's Motion for Summary Judgment filed by Helen Davis Chaitman on behalf of Article 8.1 Trust, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Jacob M. Dick Rev Living Trust DTD 4/6/01, individually and as tenant in common, Andrea J. Marks, trustee & beneficiary of Jacob M. Dick Rev Living Trust Dtd 4/6/01, executor & beneficiary of Estate of Jacob M. Dick, and trustee of Article8.1 Trust created under Jacob M. Dick Rev Living Trust Dtd 4/6/01 (Filed: 3/18/2022) [ECF No. 114]

I.    Defendants' Opposition and Response to Trustees Statement of Material Facts filed by Helen Davis Chaitman on behalf of Article 8.1 Trust, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Jacob M. Dick Rev Living Trust DTD 4/6/01, individually and as tenant in common, Andrea J. Marks, trustee & beneficiary of Jacob M. Dick Rev Living Trust Dtd 4/6/01, executor & beneficiary of Estate of Jacob M. Dick, and trustee of Article8.1 Trust created under Jacob M. Dick Rev Living Trust Dtd 4/6/01 (Filed: 3/18/2022) [ECF No. 115]

J.    Defendants' Rule 56.1 Counterstatement of Material Facts in Opposition to the Trustees Motion for Summary Judgment filed by Helen Davis Chaitman on behalf of Article 8.1 Trust, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Jacob M. Dick Rev Living Trust DTD 4/6/01, individually and as tenant in common, Andrea J. Marks, trustee & beneficiary of Jacob M. Dick Rev Living Trust Dtd 4/6/01, executor & beneficiary of Estate of

    Jacob M. Dick, and trustee of Article8.1 Trust created under Jacob M. Dick Rev Living Trust Dtd 4/6/01  (Filed: 3/18/2022) [ECF No. 116]

**Replies Due**:   March 25, 2022

**Replies Filed**:

K.    Trustee's Reply Memorandum of Law in Further Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/25/2022) [ECF No. 118]

L.    Trustee's Responses and Objections to Defendants' Statement of Additional Material Facts filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/25/2022) [ECF No. 119]

M.    Declaration of Tara E. Turner in Further Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/25/2022) [ECF No. 120]

**Related Documents**:

N.    Notice of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 2/28/2022) [ECF No. 102]

O.    Motion to Extend Time filed by Helen Davis Chaitman on behalf of Article 8.1 Trust, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Jacob M. Dick Rev Living Trust DTD 4/6/01, individually and as tenant in common, Andrea J. Marks, trustee & beneficiary of Jacob M. Dick Rev Living Trust Dtd 4/6/01, executor & beneficiary of Estate of Jacob M. Dick, and trustee of Article8.1 Trust created under Jacob M. Dick Rev Living Trust Dtd 4/6/01  (Filed: 3/4/2022) [ECF No. 110]

P.    Order Granting Motion to Extend Time and Adjourn the Hearing on the Trustee's Motion for Summary Judgment signed on 3/7/2022. (DuBois, Linda) (Entered: 3/07/2022) [ECF No. 111]

Q.    Notice of Adjournment of Hearing re: Motion for Summary Judgment filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff; hearing not held and adjourned to 4/20/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Vanessa Ashmeade) (Entered: 03/08/2022) [ECF No. 112]

**Status**:    This matter is going forward.

3. **10-04762; Picard v. Estate of James M. Goodman,** *et al.*

   A. Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/22/2022) [ECF No. 105]

   B. Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/22/2022) [ECF No. 106]

   C. Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 3/22/2022) [ECF No. 107]

   D. Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 3/22/2022) [ECF No. 108]

   E. Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas Cremona on behalf of Irving H. Picard (Filed 3/22/2022) [ECF No. 109]

   F. Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/22/2022) [ECF No. 110]

**Opposition Due**:     April 13, 2022

**Opposition Filed**:

   G. Opposition to Trustee's Motion for Summary Judgment filed by Helen Davis Chaitman on behalf of Estate of James M. Goodman, Audrey Goodman (Filed: 4/11/2022) [ECF No. 115]

**Replies Due**:  April 15, 2022

**Replies Filed**:

   H. Trustee's Reply Memorandum of Law in Further Support of Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/15/2022) [ECF No. 116]

   I. Declaration of Tara E. Turner in Further Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/15/2022) [ECF No. 117]

**Related Documents**:

J.   Notice of Trustee's Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/22/2022) [ECF No. 104]

K.   Motion to Redact Certain Exhibits to Declarations of Nicholas J. Cremona, Lisa M. Collura, and Bruce G. Dubinsky in Support of Trustee's Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/28/2022) [ECF No. 112]

L.   Order Granting Motion to Redact signed on 3/29/2022. (DuBois, Linda) (Entered: 03/29/2022) [ECF No. 113]

**Status**:   This matter is going forward.

Dated: April 15, 2022        Respectfully submitted,
   New York, New York

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*