**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BJB**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 5/14/2003 | (1,954,536) |
| 6/16/2003 | (300,287) |
| 7/16/2003 | (610,990) |
| 9/17/2003 | (1,595,815) |
| 9/17/2003 | (18,686) |
| 10/14/2003 | (1,792,705) |
| 11/19/2003 | (229,321) |
| 11/19/2003 | (217,855) |
| 11/19/2003 | (38,220) |
| 11/19/2003 | (19,110) |
| 12/18/2003 | (150,000) |
| 1/21/2004 | (363,980) |
| 2/18/2004 | (588,688) |
| 2/18/2004 | (560,784) |
| 3/18/2004 | (1,491,200) |
| 4/21/2004 | (495,726) |
| 6/17/2004 | (2,424,766) |
| 6/17/2004 | (235,899) |
| 7/16/2004 | (376,895) |
| 7/16/2004 | (167,154) |
| 8/13/2004 | (970,192) |
| 8/13/2004 | (157,858) |
| 9/15/2004 | (452,329) |
| 9/15/2004 | (225,685) |
| 10/19/2004 | (213,127) |
| 10/19/2004 | (71,042) |
| 1/14/2005 | (633,254) |
| 1/14/2005 | (275,894) |
| 2/16/2005 | (451,611) |
| 3/15/2005 | (181,785) |
| 3/15/2005 | (103,464) |
| 4/14/2005 | (26,086) |
| 6/15/2005 | (1,572,837) |
| 6/15/2005 | (735,296) |
| 6/15/2005 | (71,637) |
| 7/15/2005 | (528,867) |
| 8/15/2005 | (163,950) |
| 8/15/2005 | (53,850) |
| 9/15/2005 | (250,000) |
| 9/15/2005 | (4,238) |
| 10/14/2005 | (1,647,691) |
| 10/14/2005 | (362,183) |
| 10/14/2005 | (205,221) |
| 10/14/2005 | (182,797) |
| 10/14/2005 | (103,348) |
| 10/14/2005 | (85,509) |
| 10/14/2005 | (64,132) |
| 11/17/2005 | (1,449,506) |
| 11/17/2005 | (155,574) |
| 1/19/2006 | (106,575) |
| 1/19/2006 | (96,422) |
| 2/15/2006 | (326,690) |
| 3/17/2006 | (216,438) |
| 4/20/2006 | (449,565) |
| 4/20/2006 | (250,000) |
| 4/20/2006 | (202,400) |
| 4/20/2006 | (100,000) |
| 5/15/2006 | (506,234) |
| 6/16/2006 | (2,681,083) |
| 6/16/2006 | (74,297) |
| 7/20/2006 | (663,422) |
| 7/20/2006 | (129,635) |
| 8/14/2006 | (204,348) |
| 9/14/2006 | (140,400) |
| 10/12/2006 | (59,215) |
| 11/14/2006 | (64,516) |
| 11/15/2006 | (74,063) |
| 1/16/2007 | (201,894) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BJB**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 1/16/2007 | (122,082) |
| 2/15/2007 | (82,274) |
| 3/16/2007 | (307,365) |
| 4/17/2007 | (335,521) |
| 4/17/2007 | (213,790) |
| 6/15/2007 | (112,241) |
| 6/15/2007 | (19,954) |
| 7/19/2007 | (273,709) |
| 7/19/2007 | (112,627) |
| 7/19/2007 | (95,032) |
| 7/19/2007 | (51,308) |
| 8/17/2007 | (2,168,560) |
| 8/17/2007 | (1,377,349) |
| 10/16/2007 | (500,000) |
| 10/16/2007 | (104,673) |
| 10/16/2007 | (30,000) |
| 10/16/2007 | (28,158) |
| 11/19/2007 | (292,511) |
| 11/19/2007 | (81,000) |
| 11/19/2007 | (27,000) |
| 12/19/2007 | (281,000) |
| 1/17/2008 | (2,114,592) |
| 1/17/2008 | (117,253) |
| 2/15/2008 | (145,558) |
| 3/17/2008 | (202,162) |
| 3/18/2008 | (111,161) |
| 3/18/2008 | (67,000) |
| 3/18/2008 | (18,208) |
| 4/14/2008 | (427,247) |
| 5/15/2008 | (1,771,165) |
| 5/15/2008 | (810,454) |
| 6/17/2008 | (304,916) |
| 6/17/2008 | (119,315) |
| 6/17/2008 | (30,000) |
| 7/15/2008 | (545,394) |
| 7/15/2008 | (198,739) |
| 7/15/2008 | (93,269) |
| 8/18/2008 | (236,189) |
| 8/18/2008 | (153,243) |
| 8/18/2008 | (20,016) |
| 8/18/2008 | (16,013) |
| 9/16/2008 | (27,510) |
| 10/15/2008 | (69,151) |
| 10/15/2008 | (27,647) |
| 10/15/2008 | (14,857) |
| 11/18/2008 | (3,087,478) |
| 11/18/2008 | (399,696) |
| 11/19/2008 | (1,349,778) |
| 11/19/2008 | (705,691) |
| 11/19/2008 | (703,734) |
| 11/19/2008 | (206,692) |
| 11/19/2008 | (195,718) |
| 11/19/2008 | (153,875) |
| 11/19/2008 | (104,744) |
| 11/19/2008 | (101,814) |
| 11/19/2008 | (83,774) |
| 11/19/2008 | (13,498) |
| 11/19/2008 | (7,463) |
| **Total:** | **$ (52,949,944)** |