**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BJB**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 12/22/2003 | (161,485) |
| 6/23/2004 | (700,606) |
| 8/20/2004 | (509,213) |
| 6/10/2005 | (19,916) |
| 2/15/2006 | (197,109) |
| 6/19/2007 | (1,263,699) |
| 7/19/2007 | (788,126) |
| 3/18/2008 | (803,360) |
| 5/20/2008 | (291,817) |
| 6/18/2008 | (933,079) |
| 6/18/2008 | (52,900) |
| 7/21/2008 | (19,409) |
| 8/15/2008 | (2,575,608) |
| 9/19/2008 | (874,517) |
| 11/21/2008 | (63,897) |
| 11/21/2008 | (1,031,074) |
| 11/21/2008 | (976,525) |
| **Total:** | **$ (11,262,340)** |