**EXHIBIT G**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD LAMBDA TO BJB**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 6/24/2004 | (205,996) |
| 12/24/2004 | (76,546) |
| 4/23/2007 | (39,984) |
| 10/24/2007 | (41,422) |
| **Total:** | **$ (363,949)** |