# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

April 18, 2022

**Via ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

      **Re:**    *Picard v Estate of James M. Goodman and Audrey Goodman*
              **Adv. Pro. No. 10-04762 (CGM) (Bankr. S.D.N.Y.)**

Dear Judge Morris:

    I write on behalf of Defendants to advise the Court that we will rely upon our papers in lieu of oral argument on April 20, 2022 hearing.

                                              Respectfully submitted,

                                              */s/ Helen Davis Chaitman*

                                              Helen Davis Chaitman

HDC:leb

cc:    All attorneys of record via ECF.

{00048257 1 }