# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

April 18, 2022

**Via ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

      **Re:**   *Picard v. Jacob M. Dick Rev Living Trust*, et al.
             Adv. Pro. No.: 10-04570 (CGM)

Dear Judge Morris:

    I write on behalf of Defendants to advise the Court that we will rely upon our papers in lieu of oral argument on April 20, 2022 hearing.

                                Respectfully submitted,

                                */s/ Helen Davis Chaitman*

                                Helen Davis Chaitman

HDC:leb

cc:    All attorneys of record via ECF.

{00048258 1 }