UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>     Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**ORDER GRANTING MOTION TO**
**<u>PARTIALLY REDACT FINANCIAL ACCOUNT NUMBERS</u>**

   This cause having come before the Court on April 12, 2022 on the motion (the "Motion") of defendant Lion Global Investors Limited ("LGI") for entry of an order authorizing the partial redaction of certain financial account numbers included in an exhibit filed by LGI in this case; due notice of the Motion having been given, and it appearing that no other or further notice need be given; and it appearing that the relief requested by the Motion is necessary to

protect the legitimate privacy interests as provided in Federal Rule of Bankruptcy Procedure 9037(a) & (h); and upon the proceedings before the Court and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED

2. LGI may redact all but the last four digits of financial account numbers appearing in Exhibit 11 to the Barak Declaration, previously filed at ECF No. 111-11 in Case Number 11-02540-gcm and ECF No. 21322-11 in Case Number 08-01789-gcm.



/s/ Cecelia G. Morris

**Dated: April 18, 2022**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**