**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**AMENDED NOTICE OF AGENDA FOR MATTERS**
**SCHEDULED FOR HEARING ON APRIL 20, 2022 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.  **10-04468; Picard v. Ken-Wen Family Limited Partnership,** *et al.*

  A.  Motion to Reconsider FRCP 60 or FRBP 3008 filed by Mark S. Roher on behalf of Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership (Filed: 3/25/2022) [ECF No. 220]

**Opposition Due**: April 13, 2022

**Opposition Filed**:

B. Memorandum of Law in Opposition to Kenneth W. Brown's Motion After Judgment to Petition for Rehearing to Open, Amend, or Alter a Judgment filed by Matthew B. Lunn on behalf of Irving H. Picard (Filed: 4/13/2022) [ECF No. 229]

C. Declaration of Christopher M. Lambe in Support of Trustee's Opposition to Defendant Kenneth W. Brown's Motion After Judgment to Petition for Rehearing to Open, Amend, or Alter a Judgment filed by Matthew B. Lunn on behalf of Irving H. Picard (Filed: 4/13/2022) [ECF No. 230]

**Replies Due**: April 15, 2022

**Replies Filed**:

D. Reply to Motion (related document(s)220) filed by Mark S. Roher on behalf of Kenneth W Brown (Filed: 04/18/2022) [ECF No. 233]

E. Opposition to Trustee/Plaintiff's Material Facts filed by Mark S. Roher on behalf of Kenneth W Brown (Filed: 4/18/2022) [ECF No. 244]

**Related Documents**:

F. Notice of Hearing to consider the Motion to Reconsider FRCP 60 or FRBP 3008 filed by Mark S. Roher on behalf of Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership filed by Clerk of Court, United States Bankruptcy Court, SDNY (Entered: 3/31/2022) [ECF No. 222]

G. Notice to Defendant, Kenneth Brown, in his capacity as a General Partner of Ken Wen Family Limited Partnership, of the hearing scheduled to be held on April 20, 2022 at 10:00 AM (Fredericks, Frances) (Entered: 4/1/2022) [ECF No. 226]

**Status**:    This matter is going forward.

Dated: April 18, 2022
      New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*