# EXHIBIT 1

# FairfieldGreenwichGroup

## Firm Profile

*New York Office:*
919 Third Avenue
New York, NY 10022
phone: +1 212.319.6060
fax: +1 212.319.0450
e-mail: main@fggus.com

*London Office:*
Pollen House
10-12 Cork Street
London W1S 3NP
phone: +44 207.534.9244
fax: +44 207.534.9245
e-mail: main@fgguk.com

*Bermuda Office:*
12 Church Street, Suite 606
Hamilton, Bermuda HM 11
phone: +441 292-5401
fax: +441 292-5413
www.fggus.com

**CONFIDENTIAL**

FGGE001221250
SECSEV1798773

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Firm History

**1983**    Walter Noel establishes consulting firm to advise non-U.S. investors on opportunities in the U.S.

**1984**    Walter places client money with managers that have low volatility funds, the first of which is value manager Tweedy Brown.

**1985**    After graduation, Corina joins Walter at his new firm.

**1986**    Walter brings to Martin Zweig the idea of an offshore version of his domestic, long-short equity fund.  The following year, Zweig International is launched with $2 million raised from Walter's clients.

**1987**    Fred Kolber and Jeffrey Tucker launch the Greenwich Options Fund.  Impressed with the low volatility and strong performance, Walter raises the idea of an offshore version of the Fund.   Thus, the conception of Fairfield International Limited, the first manager-distribution partnership of Fairfield Greenwich Group.

**1989**    Continuing to search for good managers, an account is opened at Madoff Securities for the benefit of a multi-strategy fund FGG had started to "test" the new managers.

**1990**    Launch of Fairfield Sentry Limited

**FairfieldGreenwichGroup**                **CONFIDENTIAL**                2

FGGE001221251
SECSEV1798774

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Firm History

**1990's**          Given strong performance and available capacity, the firm's marketing efforts are channeled towards Fairfield Sentry, with significant assistance of the Littlestone group founded by Andrés Piedrahita.

**1997**            Fairfield and Littlestone agree to merge, consolidate much of the Greenwich office in New York, and open a new office in London headed by Andrés and Corina.

**1999**            Large sums are raised for Fairfield Sentry.  Recognizing the firm's growing dependence on one manager, the firm embarks upon an effort to diversify the assets under management.  To achieve this goal, FGG begins to hire and build an infrastructure by adding professionals to screen managers, conduct extensive due diligence, structure agreements and ventures with managers, and monitor investments after an allocation is made to a manager.

**2002**            Ownership of Fairfield Greenwich Limited is expanded from the three founders, Walter, Jeffrey and Andres, to include ten other employee-partners.

**2003**            Launch of Chester Global Strategy Fund Limited.

---

**FairfieldGreenwichGroup**                    **CONFIDENTIAL**                              3

FGGE001221252
SECSEV1798775

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# The Firm Today

**Fairfield Greenwich Group is one of the largest and most experienced alternative asset managers.**

- Over $13 billion in assets under management.

- Approximately 100 employees.

- Employee-owned with 14 active partners.

- Offices in New York, London, Bermuda, Madrid, Greenwich, Miami, Lugano, Rotterdam, Rio de Janeiro, Singapore and Beijing (opening in 2007).

- Three main lines of business:
    - (i)   5 onshore and offshore Sentry Funds;
    - (ii)  4 onshore and offshore Chester & Irongate Fund-of-Funds; and
    - (iii) 18 single manager and 8 multi-strategy funds with full transparency.

- Additional lines of business include onshore and offshore Renaissance Funds, onshore and offshore Aerium European Real Estate Funds, Sentry and multi-strategy structured products, and Wilshire Portable Alpha (launching February 2007).

- FGG entities are registered with the U.S. SEC as an investment adviser and broker-dealer, with the U.S. CFTC as a commodity pool operator, authorized and regulated by the U.K. Financial Services Authority, and by the Monetary Authority in Singapore.

- Client base includes family offices, financial advisors, government authorities, pension funds, private banks, and other institutional investors

---

**Fairfield Greenwich Group**

CONFIDENTIAL

FGGE001221253
SECSEV1798776

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# FGG Corporate Structure



**FAIRFIELD GREENWICH LIMITED**

*Cayman*

**Parent Company; Offshore Distributor**

| **FAIRFIELD GREENWICH (BERMUDA) LTD.** | **CHESTER MANAGEMENT (CAYMAN) LTD.** | **FAIRFIELD GREENWICH ADVISORS LLC** | **FAIRFIELD GREENWICH (UK) LTD.** | **FAIRFIELD GREENWICH REALTY PARTENRS** | **FAIRFIELD HEATHCLIFF CAPITAL LLC** | **FGG LUGANO SA** | **LION FAIRFIELD CAPITAL MANAGEMENT** |
|---|---|---|---|---|---|---|---|
| *Bermuda* | *Cayman* | *Delaware* | *UK* | *Delaware* | *Delaware* | *Switzerland* | *Singapore* |
| **Manager of Sentry Funds; Risk Office** | **Manager of Chester Fund of Funds** | **Manager of Single Manager Funds and Multi-Strat Funds** | **Manager of SICAV; European Distributor** | **Manager of European Real Estate Funds** | **U.S. Distributor** | **Manager of European Real Estate Funds** | **Singapore joint venture; Advisor to Asian Funds** |

FairfieldGreenwichGroup

**CONFIDENTIAL**

FGGE001221254
SECSEV1798777

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# GLOBAL DISTRIBUTION CAPABILITIES - FGG AUM GROWTH



FGGE001221255
SECSEV1798778

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FairfieldGreenwichGroup

**CONFIDENTIAL**

6

# FGG AUM Breakdown



**Single Managers**
**(non-Sentry, non-**
**Asian) 14%**

**Single Managers**
**(Asian funds) 1%**

**Multi Manager**
**7%**

**Sentry 50%**

**Fund of Funds**
**28%**

FairfieldGreenwichGroup

**CONFIDENTIAL**

7

FGGE001221256
SECSEV1798779

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Investor Geographic Breakdown



FGGE001221257
SECSEV1798780

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FairfieldGreenwichGroup

**CONFIDENTIAL**

# Investor Type Breakdown



FOF
16%

Private
Bank/Investment
Advisor
48%

Institutions
24%

Family Office
12%

CONFIDENTIAL

FGGE001221258
SECSEV1798781

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# A Full Array of Strategies and Products

| SINGLE MANAGER FUNDS | |
|---|---|
| **Fairfield Paradigm Fund, Ltd.** | Long/Short U.S. Equity, Relative Value |
| **Fairfield Manhasset Offshore Fund Ltd.** | Long/Short U.S. Equity |
| **Fairfield ICAP Absolute Return Fund, Ltd.** | Long/Short U.S. & International Equity |
| **Arlington International Fund Limited** | Diversified Event-Driven |
| **NGA Fairfield Ltd.** | Distressed Securities, Event-Driven |
| **Fairfield Del Mar Fund Ltd.** | Short-Biased, Distressed Securities, Event-Driven |
| **Fairfield Redstone Fund, Ltd.** | Long/Short Small & Mid-Cap Growth |
| **Fairfield Raven Credit Opportunities Fund Ltd.** | Long/Short Credit – Cap. Structure Arb., Special Situations |
| **Fairfield Parabolic Partners Fund Ltd.** | Event-Driven Credit and Equity Volatility Relative Value |
| **Fairfield Apex Greater China Equity Fund Ltd.** | China, Hong Kong, Taiwan Long/Short Equity |
| **Fairfield Fortitude Australian Absolute Return Fund Ltd.** | Australian Multi-Strategy |
| **Fairfield Areca Asian Equity Fund Ltd.** | Asia Pacific Long/Short Equity |
| **Fairfield Korean Equity Fund Ltd.** | Long/Short Korea Equities |
| **Fairfield Ludgate Hill Asian Arbitrage Fund Ltd.** | Asian CB and ADR/GDR Arbitrage |
| **Fairfield Falcon Pacific Japan Equity Fund Ltd.** | Long/Short Japan Equities |
| **Fairfield Renaissance Institutional Equities Fund Ltd.**[1] | Quantitative Computer-Model Exchange-traded U.S. Equities |

1  Not included in FGG Multi-Strategy funds

Fairfield Greenwich Group

FGGE001221259
SECSEV1798782

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# A Full Array of Strategies and Products (Cont.)

| MULTI-MANAGER FUNDS | |
|---|---|
| **Fairfield Investment Fund Ltd. ("FIF")** | Includes all core single manager funds |
| **FIF Advanced Ltd.** | FIF leveraged approximately 2 to 1 |
| **Fairfield Greenwich Fund (Luxembourg)** | |
| **Sub-fund: Fairfield Swiss Guardian Fund** | Switzerland registered SICAV, listed on Luxembourg Stock Exchange |
| **Fairfield Lion Investment Fund (Asia) Limited** | Asian-focused Multi-Strategy |

FairfieldGreenwichGroup

FGGE001221260
SECSEV1798783

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED




# FLIFA Strategies

**Greater China Long/short & Cross Border Trading 15%**

**Japan Long/Short 14%**

**Australian Market Neutral/Multi-Strategy 14%**




**Asian Long/Short 36%**

**Asian Convertible bond & ADR/GDR Arbitrage 21%**

FGGE001221261
SECSEV1798784

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Operational Risk Monitoring

**FGG's strategic partnerships with all managers included in its multi-strategy funds allows for immediate access to those funds, enabling the highest level of operational and "business" risk monitoring.**

- Ongoing evaluation of funds' infrastructures and teams effectively mitigates operational and business risk.

- Effective risk monitoring substantially reduces dangers of operational failures leading to "blow-ups"

- FGG utilizes an extensive in-house accounting, legal, compliance and administrative platform to monitor and direct fund operations

- Robust staffing and infrastructure allow investment professionals to focus on portfolio management, operational professionals to focus on business management.

Fairfield Greenwich Group

**CONFIDENTIAL**

13

FGGE001221262
SECSEV1798785

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Unified Fund Administration

**FGG's *common fund administrator* addresses operational risk. It 1) provides a confirmation loop for holdings data; 2) Runs books and records across all managers; 3) Lower admin fees; 4) Independent NAV.**



---

Fairfield Greenwich Group

FGGE001221263
SECSEV1798786

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Finance Group – Fund Administration

## FGG Finance Group provides internal accounting controls/reporting capabilities and in-house check on fund administration platform

- Perform allocations to multi-manager products

- Reconcile cash daily for all funds

- Prepare and calculate monthly and weekly estimated and final returns

- Approve final NAVs prepared by Citco

- Convert foreign currencies and execute hedging transactions

- Subscribe/redeem from master-feeder funds

- Create tear sheets, other investor communications

- Provide support for investors/potential investors

- Perform due diligence, modeling, and make pro-formas for new JVs and product initiatives

- Calculate and review solicitor fee payouts

- Review fund audit work

**FairfieldGreenwichGroup**

**CONFIDENTIAL**

15

FGGE001221264
SECSEV1798787

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Finance Group - Structure

Members have a depth and breadth of expertise in the hedge fund industry with

  diverse backgrounds in audit and administration.

- Chief Financial Officer: **Dan Lipton**, CPA, MBA – ex-Senior Manager at E&Y

- Hedge Fund Controller: **Nancy Ng**, CPA, CFA – ex-Senior Auditor at E&Y
  - NY Team
    - **Franklin Mejia** – ex-Citco Administrator
    - **Kent Scott**, CPA (pending certification), CFA candidate – ex-Rothstein Kass auditor
    - **Erika Meyers** – ex -Ernst & Young auditor
    - **Jason Kenny**, CPA – ex-Anchin Block and Anchin auditor
  - Bermuda Team
    - FGBL Controller: **Gordon McKenzie**, CPA, CA – ex-E&Y auditor
    - **Ryan Amlin**, CPA, ex -Ernst & Young auditor

**Other Finance/Accounting Areas:**

- Tax Director (joint with legal/compliance) – **Julia Luongo**, CPA, JD – ex-PwC

- Fund Operations : **Kristin Castellanos**

- Heathcliff (Broker-Dealer) Controller: **Matthew Levinson**, CPA, ex-E&Y auditor

- Management Company Controller: **Cheryl Neal**, Accountant: **Bernadette Lebron**

---

**FairfieldGreenwichGroup**                                    **CONFIDENTIAL**          16

FGGE001221265
SECSEV1798788

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Legal and Compliance – An Expanding Responsibility

## Anti-money laundering (AML) and Patriot Act issues

- Compliance with ever-changing, multi-jurisdictional requirements, training
- Risk-based KYC program

## Compliance with local solicitation, sales registration, and public communication requirements

- US RIA and BD Registrations
- UK FSA registration
- Local private placements and registration requirements
- Sales literature compliance review

## Structured and registered products

## Tax issues (in conjunction with Finance Group)

## Client-tailored structured products

## Manager agreements and third-party retrocession agreements

FairfieldGreenwichGroup

FGGE001221266
SECSEV1798789

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Legal Team

Members have a depth and breadth of expertise in the hedge fund industry, with concentrations in legal, tax and compliance:

- General Counsel: **Mark J. McKeefry, Esq. -** Partner

- Legal:
    - **Michael Thorne, Esq.** – SVP & Associate General Counsel
    - **Laurence Birdsey** – Legal Analyst

- Tax:
    - **Julia Luongo, Esq., CPA –** Managing Director & Tax Director

- Compliance:
    - **Anthony Dell'Arena, Esq.** – Director & Chief Compliance Officer
    - **Grace Lee** – Compliance Analyst
    - **John Donachie** – U.K. Compliance Officer

---

Fairfield Greenwich Group

FGGE001221267
SECSEV1798790

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001221268
SECSEV1798791

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice:
# 1983 – 2000



# Themes Put Into Practice:
# 2001 – 2002



FGGE001221269
SECSEV1798792

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001221270
SECSEV1798793

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice:
# 2003 – 2004



FairfieldGreenwichGroup

FGGE001221271
SECSEV1798794

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice: 2005



JANUARY 2005 — Fairfield Ajia - RPMH Absolute Return Fund Ltd.

FEBRUARY 2005 — Fairfield Aerium Property Fund; Fairfield Dover Fund, Ltd.; Preservation Capital Ltd.

APRIL 2005 — Fairfield Trafalgar Advanced Fund, Ltd.

MAY 2005 — Fairfield Manhasset Offshore Fund Ltd.; Fairfield Briscoe Senior Capital Fund, Ltd.; Fairfield ICAP Absolute Return Fund, Ltd.; Fairfield Del Mar Fund Ltd.; Isis Capital Bond Arbitrage Fund

JULY 2005 — Fairfield Raven Credit Opportunities Fund Ltd.

AUGUST 2005 — Fairfield Ludgate Hill Asian Arbitrage Fund Ltd.[1,2]; FFTW DAF; FFTW GCF

SEPTEMBER 2005 — Fairfield Parabolic Partners Fund Ltd.; Fairfield Apex Greater China Equity Fund Ltd.[1]

OCTOBER 2005 — Fairfield Fortitude Australian Absolute Return Fund Ltd.[1]

NOVEMBER 2005 — Fairfield Saxo Fund Ltd.; Fairfield Areca Asian Equity Fund Ltd.[1,2]

DECEMBER 2005 — Fairfield Korean Equity Fund Ltd.[1]; Whiteford International Ltd.

1  Included as of Jan 1, 2006 in Fairfield Lion Investment Fund (Asia) Limited
2  FIF direct investment as of launch

ADDITIONS
TERMINATIONS

FairfieldGreenwichGroup

FGGE001221272
SECSEV1798795

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# Themes Put Into Practice: 2006



**ADDITIONS**

**TERMINATIONS**

1  Included as of Jan 1, 2006 in Fairfield Lion Investment Fund (Asia) Limited
2  As of Jan 1, 2006, FIF has allocated to Fairfield Lion Investment Fund (Asia) Limited and thus invests indirectly into: Fairfield Apex Greater China Equity Fund Ltd., Fairfield Areca Asian Equity Fund Ltd., Fairfield Korean Equity Fund Ltd., Fairfield Falcon Pacific Japan Equity Fund, Fairfield Fortitude Australian Absolute Return Fund Ltd., Ludgate Hill Asian Arbitrage Fund Ltd.

FairfieldGreenwichGroup

23

FGGE001221273
SECSEV1798796

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED



**2007 Partners**

| | | |
|---|---|---|
| Jeffrey Tucker | Walter Noel | Andres Piedrahita |
| Richard Landsberger | Philip Toub | Corina Piedrahita |
| Jacqueline Harary | Cornelis Boele | Andrew Smith |
| Dan Lipton | Santiago Reyes | Amit Vijayvergiya |
| Mark McKeefry | | |

**Fairfield Greenwich Limited**

**Fairfield Heathcliff Capital**

| Client Services: | FINOP: |
|---|---|
| Veronica Barco | Matt Levinson |
| Lauren Ross | |
| Carla Castillo | Compliance: |
| Lakshmi Chaudhuri | Anthony Dell'Arena |
| Trey Ingram | Laurence Birdsey |
| Mimi Pagsibigan | Grace Lee |
| Lina Pava | |
| Amanda Simone | Communications: |
| Kristin Corbett | Andrew Ludwig |
| Antonia Peristeris | |

Sales:
Matt Brown
Mami Hidaka
Scott Nevin
Jeremy Norton

**Fairfield Heathcliff Capital**
Miami Branch Office

Sales: Harvey Glover

Client Services: Legna Gonzalez

**Fairfield Greenwich (Bermuda) Ltd.**

Risk:
Bjorn Axelsson
Charles Oddy
Disha Attavar

Accounting:
Gordon
McKenzie
Ryan Amlin

Admin:
Sally Edwards

**Fairfield Greenwich Advisors LLC**

| Investments: | FirmAccounting: |
|---|---|
| Patrick Blake | Cheryl Neal |
| Jennifer Keeney | Bernadette Lebron |
| Adrienne Garofalo | |
| Enrique Mendez | IT: |
| Blair Keller | John Kogan |
| Maani Hariri | Jason Elizaitis |
| Nikko Buencamino | Mike Savva |
| Eric Sacks | Ted Southard |

| Fund of Funds: | Admin/ Reception: |
|---|---|
| Eric Chin | Laurie Mulcahey |
| Mamta Jalan | Agnes Dimandja |
| Kim Huynh | Leonard Basso |
| Anthony Cho | Anna Kalaj |
| Mehwish Qureshi | Linda Higgins |
| Hahn Lin | Alexandra Stabile |
| | Ellen Ryon |
| Fund Ops: | Samantha Goldberg |
| Kristin Castellanos | |
| Nils Moldavsky | Fund Accounting: |
| Joseph Malieckal | Nancy Ng |
| | Franklin Mejia |
| Trading: | Kent Scott |
| Kim Morris | Jason Kenny |
| Tim Hynes | Erika Meyers |

| Research: | Legal/ Tax: |
|---|---|
| Arnie Morris | Michael Thorne |
| | Julia Luongo |

**Fairfield Greenwich (UK) Ltd.**

Sales:
Vianney d'Hendcourt
Marco Musciacco
Stephane Muuls
Kim Perry

Client Services:
Annie Hudson
Daisy Ashby

Investment Team:
William Lee

Firm Accounting:
Ornella Dellapina Fenman

Compliance:
John Donachie

**Lion Fairfield Capital Management**

**FGG Lugano SA**
*Switzerland Rep Office*

Sales:
Yanko Della Schiava

Client Services:
Caterina Pedrini

**FGG Rio de Janiero**
*Rio Rep Office*

Sales: Bianca Haegler

**Fairfield Greenwich (UK) Ltd.**
Madrid Branch Office

Sales:
Fernando de Cordoba
Juan Galobart

Admin/Reception:
Victoria De Los Rios

**FGG Rotterdam**
*Netherlands Rep. Office*

Sales:
Willem Aalder

FairfieldGreenwichGroup

**CONFIDENTIAL**