# EXHIBIT 2



FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

## FOUNDING PARTNERS

Andrés Piedrahita
Walter Noel, Jr.
Jeffrey Tucker

## PARTNERS

Lourdes Barreneche, Cornelis Boele, Jacqueline Harary, Harold Greisman
Richard Landsberger, Dan Lipton, Mark McKeefry, Charles Murphy
Corina Piedrahita, Santiago Reyes, Andrew Smith, Philip Toub
Amit Vijayvergiya

## CLIENT GROUP

**Lourdes Barreneche** – Partner
**Richard Landsberger** – Partner
**Santiago Reyes** – Partner
**Cornelis Boele** – Partner
**Corina Piedrahita** – Partner
**Philip Toub** – Partner
**Jacqueline Harary** – Partner

### GLOBAL BUSINESS DEVELOPMENT

**Matt Brown** – Managing Director
**Mami Hidaka** – Managing Director
**Scott Nevin** – Managing Director
**Yanko Della Schiava** – Managing Director
**Marco Musciacco** – Managing Director
**Kim Perry** – Managing Director
**Vianney d'Hendcourt** – Managing Director
**Stephane Muuls** – Managing Director
**Willem Aalders** – Senior Vice President
**Juan Galobart** – Senior Vice President
**Bianca Haegler** – Senior Vice President
**Fernando de Cordoba** – Senior Vice President
**Harvey Glover** – Senior Vice President
**Jeremy Norton** – Senior Vice President

### CLIENT SERVICES / INVESTOR RELATIONS

**Veronica Barco** – Senior Vice President
**Daisy Ashby** – Vice President, Int'l. Client Services
**Kristin Corbett** – Int'l. Client Services
**Lauren Ross** – Director, Investor Relations
**Mimi Pagsibigan** – Int'l. Client Services
**Legna Gonzalez** – Ass't. Vice President
**Lina Pava** – Int'l. Client Services
**Carla Castillo** – Vice President
**Trey Ingram** – Ass't. Vice President
**Antonia Peristeris** – Int'l. Client Services
**Lakshmi Chaudhuri** – Senior Vice President
**Robert Netzel** – Vice President, Investor Relations
**Myle Trinh** – Int'l. Client Services
**Annie Hudson** – Senior Vice President, Int'l. Client Services
**Amanda Simone** – Vice President, Investor Relations
**Caterina Verda** – Int'l. Client Services

### ADMINISTRATION

**Sally Edwards** – Office Manager (Bermuda)
**Victoria De Los Rios** – Office Manager (Madrid)
**Anna Kalaj** – Executive Assistant
**Linda Higgins-Eng** – Receptionist
**Laurie Mulcahey** – Office Manager (NY)
**Agnes Dimandja** – Administration
**Alexandra Stabile** – Receptionist
**Ellen Ryon** – Office Manager (CT)
**Samantha Goldberg** – Receptionist
**Mehwish Qureshi** – Receptionist

## INVESTMENT GROUP

### SINGLE MANAGER FUNDS

**Harold Greisman** – Partner
**Patrick Blake** – Managing Director
**Blair Keller** – Director
**Jennifer Keeney** – Managing Director
**Enrique Méndez** – Director
**Douglas Reid** – Managing Director
**William Lee** – Vice President
**Eric Sacks** – Senior Analyst
**Maani Hariri** – Ass't. Vice President
**Adrienne Garofalo** – Director
**Laurance Buencamino** – Analyst

### FUND OF FUNDS

**Andrés Piedrahita** – Founding Partner
**Andrew Smith** – Partner
**Eric Chin** – Director & Senior Analyst
**Mamta Jalan** – Vice President & Analyst
**Joseph Malieckal** – Senior Vice President, Fund of Fund Operations
**Anthony Cho** – Ass't. Vice President & Analyst Associate
**Kim Huynh** – Senior Vice President & Analyst
**Jigisha Patel** – Ass't. Vice President & Operations Associate

### RISK MANAGEMENT

**Amit Vijayvergiya** – Partner, Chief Risk Officer
**Charles Oddy** – Director & Senior Risk Officer
**Björn Axelsson** – Vice President, Risk Analyst
**Disha Attavar** – Analyst

## OPERATIONS GROUP

**Dan Lipton** – Chief Financial Officer, Partner
**Mark McKeefry** – General Counsel, Partner

### FUND ACCOUNTING

**Nancy Ng** – Managing Director, Controller – Hedge Funds
**Gordon McKenzie** – Director, Controller – FGBL (Bermuda)
**Franklin Mejia** – Senior Vice President, Senior Fund Accountant
**Kent Scott** – Senior Vice President, Sr. Fund Accountant
**Ryan Amlin** – Vice President, Senior Fund Accountant (Bermuda)
**Jason Kenny** – Vice President, Fund Accountant
**Erika Meyers** – Vice President, Fund Accountant

### MANAGEMENT CO./ FINANCE

**Matthew J. Levinson** – Director – Financial Operations
**Cheryl Neal** – Senior Vice President, Controller – FGL
**Ornella Dellapina Fenman** – Senior Vice President, Int'l. Client Services & Office Manager (UK)
**Bernadette Lebron** – Jr. Accountant

### COMMUNICATIONS

**Andrew Ludwig** – Senior Vice President & Director of Communications

### INFORMATION TECHNOLOGY

**John Kogan** – Chief Technology Officer
**Jason Elizaitis** – Director of Information Technology
**Roland Voyages** – Director, Application Development
**Tanvir Akhtar** – Senior Network Engineer
**Michael Savva** – Network Administrator
**Ted Southard** – Network Administrator

### TAX

**Julia Luongo** – Managing Director & Tax Director

### FUND OPERATIONS

**Kristin Castellanos** – Senior Vice President, Fund Operations

### COMPLIANCE

**Anthony Dell'Arena** – Director & Chief Compliance Officer
**John Donachie** – Compliance Officer (UK)
**Grace Lee** – Compliance Analyst

### LEGAL

**Michael Thorne** – Associate General Counsel
**Thomas Rogers** – Paralegal

As of May 2007

FairfieldGreenwichGroup

FGGE000219378
SECSEV0796901