# EXHIBIT 5



FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED   FGGE002391090
SECSEV2968041