# EXHIBIT 6

| | |
|---|---|
| From: | Lauren Ross [lauren@fggus.com] |
| Sent: | Tuesday, February 15, 2005 9:34 PM |
| To: | Finance Group |
| Subject: | FW: Sentry Capacity for March 1 |
| Importance: | High |

**From:** Lauren Ross
**Sent:** Tuesday, February 15, 2005 3:38 PM
**To:** Sales and Marketing
**Cc:** Jeffrey Tucker; Amit Vijayvergiya; Gordon McKenzie; Corina Piedrahita
**Subject:** Sentry Capacity for March 1
**Importance:** High

Shortly you will be receiving your Sentry capacity allowances for March 1 investments.

Due to the increased volume of trades, for Sentry/Sigma/Lambda investments, please note the following:

1 - ALL advises and approvals for Sentry and Sigma should be sent to SAM and LAUREN and factshelp@citco.com, not directly to Maria Ibarra or Maria Joao on the Citco IRG desk. Advises should include amount, investing entity (custodian if applicable) and subagent/rebate information.

2 - Approval from Jeffrey/Corina does not mean that Citco will automatically approve the trade once received. Please forward these approvals to Sam who will keep a master list and coordinate the approvals with Citco.

Finally, the capacity allowances you will receive are *inclusive* of any capacity amounts you have through redemptions. For example, if you had a $10mm redemption and have $5mm of capacity and FGG gives you $10mm of capacity this month, you have $10mm TOTAL in capacity. Any additional capacity should be approved by Jeffrey or Corina.

Please contact Sam or me with any questions.

Kind rgds,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

1

CONFIDENTIAL                                                                                                  FGANW005819744
                                                                                                              FG-05921424