# EXHIBIT 7

FGGE00390905
SECSEV0968428

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Ron Thomann Account Assignment** | | | | | | |
| 2 | **Final - May 2006** | | | | | | |
| 3 | **Account** | **Contact** | **Type of Account** | **City** | **Region** | **Agent** | |
| 4 | *Clients* | | | | | | |
| 5 | Admadjaja Family | Singapore | Individual | New York | US NY | Singapore | Active |
| 6 | Altrafin A.G. | Zurich` | Family office | Zurich | Switzerland | Switzerland | Active |
| 7 | ANOVA (Parson Finance) | Hurden | Family office | Zurich | Switzerland | Switzerland | Active |
| 8 | Asset Management Partners (AMP) | Baar-Zug | Family office | Baar | Switzerland | Switzerland | Active |
| 9 | Cap Advisors | Dublin | Family office | Dublin | Ireland | Ireland | Active |
| 10 | Carthesio Weath Management SA | Lugano | Family office | Lugano | Switzerland | Switzerland | Active |
| 11 | Embiricos Family Office | London | Family office | London | United Kingdom | UK | Active |
| 12 | Hunter Douglas Management AG | Wiltshire | Family office | New York | US NY | UK | Active |
| 13 | Bamont Trust | Vaduz | | Vaduz | Liechtenstein | Lichtenstein | Active |
| 14 | Inlaks Foundation | London | Family office | London | United Kingdom | UK | Active |
| 15 | Lavoro Bank AG | Zurich | Private bank | Zurich | Switzerland | Switzerland | Active |
| 16 | MIF | Geneva | Family office | Geneva | Switzerland | Switzerland | Active |
| 17 | Partners Group | Baar-Zug | Family office | New York | Switzerland | Switzerland | Active |
| 18 | Rheinfinanz A.G. | Binningen | Family office | Binnengen | Switzerland | Switzerland | Active |
| 19 | Sonnenberg Family Office | Oxford | | Luzern | Switzerland | UK | Active |
| 20 | Spectrum Value Management Ltd (Ferro) | Jona | Family office | Jona | Switzerland | Switzerland | Active |
| 21 | Stanhope (now Bank Leumi) | | | | | | |
| 22 | St. Stephen's School | Rome | Trust | New York | US NY | Italy | Active |
| 23 | UBS Sauerborn | Bad Hamburg | Family office | Hamburg | Germany | Ron | |
| 24 | | | | | | | |
| 25 | *Prospects* | | | | | | |
| 26 | | | | | | | |
| 27 | *Asia* | | | | | | |
| 28 | Citic Capital | Yichen Zhang | | Hong Kong | Hong Kong | Ron | |
| 29 | Godrej Family | Bombay | | Bombay | India | India | Active |
| 30 | Han Asset Management | Seoul | | Seoul | Korea | Korea | Active |
| 31 | Pacific Eagle Asset Management PTE Ltd | Singapore | | Singapore | Singapore | Singapore | Active |
| 32 | *Middle East* | | | | | | |
| 33 | Burgan Bank | Samer Khanachet | | Bahrain | Bahrain | Ron | |
| 34 | United Gulf Bank | Samer Khanachet | | Bahrain | Bahrain | Ron | |
| 35 | Gulf Investment | | | Safat | Kuwait | Ron | |
| 36 | KIPCO Asset Management | | | Safat | Kuwait | Ron | |
| 37 | Kuwait Investment Authority | Adnan Al-Sultan | | Safat | Kuwait | Ron | |

FGGE00039090C
SECSEV0968429

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | H         | I                 | J                                           |
|----|-----------|-------------------|---------------------------------------------|
| 1  |           |                   |                                             |
| 2  |           |                   |                                             |
| 3  | Date      | Assigned          | FGG Assets                                  |
| 4  |           |                   |                                             |
| 5  |           | Matt/Jeremy       | redeemed from Redstone and Belmont LPs      |
| 6  |           | Cornelis          | $200k in Briscoe, $100k in NGA              |
| 7  |           | Lourdes/Richard   | $11.6mm Redstone, $7mm NGA                  |
| 8  |           | Philip            | $2.3 Pdigm, $4.7 Redstone, $12.6 FSL        |
| 9  |           | Yanko             | $630k Redstone                              |
| 10 |           | Yanko/Marco       | $2.5mm Redstone                             |
| 11 |           | Stephane/Vianney  | $2.2mm FSL                                  |
| 12 |           | Cornelis/Richard  | $1mm Chester                                |
| 13 |           | Cornelis/Richard  | $200k Manhasset (eep part of ANOVA)         |
| 14 |           | Kim               | $333k Redstone                              |
| 15 |           | Yanko             | $1.3mm Chester, $610k Sigma                 |
| 16 |           | Philip            | $1.5 Sentry                                 |
| 17 |           | Kim/Philip        | $66mm Pilot separate account                |
| 18 |           | Kim               | $6mm Sentry, $2.3 Chester                   |
| 19 |           | Cornelis/Richard  | $3mm Redstone                               |
| 20 |           | Cornelis/Richard  | $2.3mm FIF                                  |
| 21 |           |                   | $1.2mm FIF                                  |
| 22 |           | Matt/Jeremy       | $1.2mm Sigma                                |
| 23 | 2/12/2003 | Kim               | used to be in Whiteford thru Partners Grp   |
| 24 |           |                   |                                             |
| 25 |           |                   |                                             |
| 26 |           |                   |                                             |
| 27 |           |                   |                                             |
| 28 | 2/10/2003 | Lion Capital      |                                             |
| 29 |           | Lourdes           |                                             |
| 30 |           | Richard           |                                             |
| 31 |           | Richard/LFC       |                                             |
| 32 |           |                   |                                             |
| 33 | 5/29/2003 | Philip            |                                             |
| 34 | 5/29/2003 | Philip            |                                             |
| 35 | 8/23/2001 | Philip            |                                             |
| 36 | 8/23/2001 | Philip            |                                             |
| 37 | 8/23/2001 | Philip            |                                             |

FGGE00390907
SECSEV0968430

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 38 | Jameel Family Foundation | Jeddah |  | Jeddah | Saudi Arabia | Saudi Arabia | Active |
| 39 | Saudi Oger Ltd | Riyadh |  | Riyadh | Saudi Arabia | Saudi Arabia | Active |
| 40 | *Europe and Scandinavia* |  |  |  |  |  |  |
| 41 | *Belgium* |  |  |  |  |  |  |
| 42 | DeGroof Family Foundation | Jean Jacques DeGroof |  | Brussels | Belgium | Ron |  |
| 43 | *Denmark* |  |  |  |  |  |  |
| 44 | Maersk Mc-Kinney Moller | Copenhagen |  | Copenhagen | Denmark | Denmark | Active |
| 45 | *France* |  |  |  |  |  |  |
| 46 | Groupe Euris Rallye | Louis Duquesne |  | Paris | France | Ron |  |
| 47 | Aforge Capital Management S.A. | Geneve |  | Paris | France | Switzerland | Active |
| 48 | Banque Transatlantique | Paris |  | Paris | France | Francia |  |
| 49 | Craig Family | Paris |  | Paris | France | France | Active |
| 50 | FRAAM | Paris |  | Paris | France | France | Active |
| 51 | *Greece* |  |  |  |  |  |  |
| 52 | Alpha Trust | Chris Aisopos |  | Athens | Greece | Ron |  |
| 53 | *Iceland* |  |  |  |  |  |  |
| 54 | Johannesson Family | Reykjavik |  | Reykjavik | Iceland | Iceland | Active |
| 55 | *Ireland* |  |  |  |  |  |  |
| 56 | Pioneer Alternative Investments | Alberto LaRocco |  | Dublin | Ireland | Ron |  |
| 57 | *Italy* |  |  |  |  |  |  |
| 58 | Fidor S.p.A.-Fiduciaria Orefici | Milano |  | Milan | Italy | Italia | Active |
| 59 | Ufficio Italiano dei Cambi | Roma |  | Rome | Italy | Italy | Active |
| 60 | *Liechtenstein* |  |  |  |  |  |  |
| 61 | Liechtensteinische Landesbank AG | Beat Zellweger |  | Vaduz | Liechtenstein | Ron |  |
| 62 | *Spain* |  |  |  |  |  |  |
| 63 | Omega Capital | Oscar Fanjul |  | Madrid | Spain | Ron |  |
| 64 | Rincasa S.A. | Felipe Ruiz Lopez |  | Madrid | Spain | Ron |  |
| 65 | Casagrande | Madrid |  | Madrid | Spain | Spain | Active |
| 66 | *Sweden* |  |  |  |  |  |  |
| 67 | Sirius International Insurance Corporation | Lars Olofsson |  | Stockholm | Sweden | Ron |  |
| 68 | *Switzerland* |  |  |  |  |  |  |
| 69 | Beisheim Holding Schweiz AG |  |  | Baar | Switzerland | Switzerland | Active |
| 70 | Kirkbi AG | Baar |  | Baar | Switzerland | Switzerland | Active |
| 71 | Trafina Privatbank AG | Basel |  | Basel | Switzerland | Switzerland | Active |
| 72 | BEKB/BCBE | Bundesgasse 6 |  | Bern | Switzerland | Switzerland |  |
| 73 | Privatbank Von Graffenried | Marcel Eggimann |  | Bern | Switzerland | Ron |  |
| 74 | AP Anlage & Privatbank | Joachim Bodschwinna |  | Freienbach | Switzerland | Ron |  |

FGGE00390906
SECSEV0968431

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | H | I | J |
|----|-----------|------------------------------|---|
| 38 |           | Philip |   |
| 39 |           | Philip |   |
| 40 |           |  |   |
| 41 |           |  |   |
| 42 | 8/23/2001 | Stephane/Vianney |   |
| 43 |           |  |   |
| 44 |           | Richard |   |
| 45 |           |  |   |
| 46 | 8/23/2001 | Santiago |   |
| 47 |           | Stephane/Vianney |   |
| 48 |           | Stephane/Vianney |   |
| 49 |           | Stephane/Vianney |   |
| 50 |           | Stephane/Vianney |   |
| 51 |           |  |   |
| 52 | 5/27/2003 | Stephane/Vianney |   |
| 53 |           |  |   |
| 54 |           | Richard |   |
| 55 |           |  |   |
| 56 | 8/23/2001 | Cornelis/Jackie/Yanko/Marco |   |
| 57 |           |  |   |
| 58 |           | Yanko |   |
| 59 |           | Marco/Yanko |   |
| 60 |           |  |   |
| 61 | 9/27/2005 | Kim |   |
| 62 |           |  |   |
| 63 | 8/23/2001 | Fernando/Lourdes |   |
| 64 | 8/23/2001 | Fernando/Lourdes/Santiago |   |
| 65 |           | Lourdes |   |
| 66 |           |  |   |
| 67 | 8/23/2001 | Richard |   |
| 68 |           |  |   |
| 69 |           | Kim |   |
| 70 |           | Kim |   |
| 71 |           | Kim |   |
| 72 |           | Kim |   |
| 73 | 12/2/2005 | Lourdes/Richard |   |
| 74 | 12/2/2005 | Lourdes |   |

FGGE00039009C
SECSEV0968432

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 75 | Banque Pasche | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 76 | Bucephale Investment Management S.A. | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 77 | Crescendo Capital Management S.A. | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 78 | Liberty Alternative Asset Management | Pierre Joillet | | Geneva | Switzerland | Ron | |
| 79 | SETE | Spiro Latsis | | Geneva | Switzerland | Ron | |
| 80 | Fund Marketing Group | Michael Mandach | | Geneva | Switzerland | Ron/Walter | |
| 81 | Banque Privee de Rothschild | Alexandre Col | | Geneva | Switzerland | Ron | |
| 82 | Pictet & Cie Banquiers | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 83 | Millenium Conseils et Placements SA | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 84 | WM Capital Management AG | Zurich | | Geneva | Switzerland | Switzerland | Active |
| 85 | Confiance SA | Lugano | | Lugano | Switzerland | Switzerland | Active |
| 86 | Luserve AG | Luzern | | Luzern | Switzerland | Switzerland | Active |
| 87 | LGT Capital Partners Ltd | Pfaffikon | | Pfaffikon | Switzerland | Switzerland | Active |
| 88 | Allied Finance A.G. | Vaduz | | Vaduz | Switzerland | Lichenstein | Active |
| 89 | Fortune Management Inc. | P.O. Box 324 | | Zug | Switzerland | United Kingdom | |
| 90 | Fortune Wealth Management Inc. | Laurence Rose | | Zug | Switzerland | Ron | |
| 91 | Julius Baer Family Office Ltd. | Zug | | Zurich | Switzerland | Switzerland | Active |
| 92 | Arzi Bank | Marc Destraz | | Zurich | Switzerland | Ron | |
| 93 | Actieninvest AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 94 | AKB Privat Bank | Claudia Schreiber | | Zurich | Switzerland | Ron | Private Bank |
| 95 | Aquila Investment Group AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 96 | Belvedere Asset Management AG | Zurich | | Zurich | Switzerland | Swizterland | Active |
| 97 | Breda Consulting | Tobias Braun | | Zurich | Switzerland | Ron | |
| 98 | Die Vermoegenskanzlei AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 99 | Klaus Jacob & Partner | Zurich | | Zurich | Switzerland | Swizterland | Active |
| 100 | Platanus Family Office | Heinz Spross | | Zurich | Switzerland | Ron | |
| 101 | Swiss Asset Partners Holding AG | Zurcih | | Zurich | Switzerland | Switerland | Active |
| 102 | Swiss Best Invest AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 103 | Swisscanto Anlagestiftung | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 104 | IHAG Holding/Privatbank IHAG | Tony Knecht | Family office | Zurich | Switzerland | Ron | |
| 105 | GL Asset Management | Andreas Gilgen | | Zurich | Switzerland | Ron | |
| 106 | *United Kingdom* | | | | | | |
| 107 | Abacus Financial Limited | | | Channel Islands | United Kingdom | | Active |
| 108 | Rossborough Financial Services Limited | Jersey | | Jersey | United Kingdom | | Active |
| 109 | Unigestion | Patrick Fenal | | London | United Kingdom | Ron | |
| 110 | Leumi Bank | London | | London | United Kingdom | UK | Active |
| 111 | PerInvest | London | | London | United Kingdom | United Kingdom | Active |
| 112 | Societe Financiere Madina SA | | | London | United Kingdom | Ron/Philip | |

FGGE00390910
SECSEV0968433

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|     | H          | I                 | J   |
|-----|------------|-------------------|-----|
| 75  |            | Cornelis          |     |
| 76  |            | Kim               |     |
| 77  |            | Kim               |     |
| 78  | 8/23/2001  | Kim               |     |
| 79  | 8/23/2001  | Kim               |     |
| 80  | 3/7/2005   | Matt/Jeremy       |     |
| 81  | 8/23/2001  | RM                |     |
| 82  |            | RM                |     |
| 83  |            | Yanko             |     |
| 84  |            | Yanko             |     |
| 85  |            | Marco/Yanko       |     |
| 86  |            | Kim               |     |
| 87  |            | Cornelis/Philip   |     |
| 88  |            | Lourdes           |     |
| 89  |            | Kim               |     |
| 90  | 9/27/2005  | Kim               |     |
| 91  |            | Cornelis          |     |
| 92  | 5/18/2005  | Jackie            |     |
| 93  |            | Kim               |     |
| 94  | 2/4/2005   | Kim               |     |
| 95  |            | Kim               |     |
| 96  |            | Kim               |     |
| 97  | 10/17/2005 | Kim               |     |
| 98  |            | Kim               |     |
| 99  |            | Kim               |     |
| 100 | 10/17/2005 | Kim               |     |
| 101 |            | Kim               |     |
| 102 |            | Kim               |     |
| 103 |            | Kim/Yanko         |     |
| 104 | 5/28/2003  | Philip/Yanko      |     |
| 105 | 10/14/2005 | Yanko             |     |
| 106 |            |                   |     |
| 107 |            | Stephane/Vianney  |     |
| 108 |            | RL to assign      |     |
| 109 | 10/11/2002 | Atilio            |     |
| 110 |            | Lourdes           |     |
| 111 |            | Philip            |     |
| 112 | 5/4/2005   | Philip            |     |

FGGE00390911
SECSEV0968434

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 113 | Aspen Investment Group | Aitua Ekhaese | | London | United Kingdom | Ron | |
| 114 | Caparo Group Ltd. | London | | London | United Kingdom | United Kingdom | Active |
| 115 | Collingham Capital Management | London | | London | United Kingdom | United Kingdom | Active |
| 116 | Damirji Family | Hadi Damirji | | London | United Kingdom | Ron | |
| 117 | Hoegh Capital Partners | London | | London | United Kingdom | United Kingdom | Active |
| 118 | Nagel Family | Willie Nagel | | London | United Kingdom | Ron | |
| 119 | St. James's Place Capital plc | Glos. | | London | United Kingdom | United Kingdom | Active |
| 120 | Taylor Young Investment Management Company | London | | London | United Kingdom | United Kingdom | Active |
| 121 | Wedge Advisors Ltd | London | | London | United Kingdom | | Active |
| 122 | LCF Rothschild Asset Management Limited | London | | London | United Kingdom | UK | Active |
| 123 | Rothschild Private Managment Limited | London | | London | United Kingdom | United Kingdom | Active |
| 124 | SG Hambros | London | | London | United Kingdom | United Kingdom | Active |
| 125 | Baker Davies Limited | Poole | | Ringwood | United Kingdom | United Kingdom | Active |
| 126 | *United States* | | | | | | |
| 127 | Kochis Fitz | San Francisco | | San Francisco | US CA | USA` | Active |
| 128 | Asset Management Advisors | Greenwich | | Greenwich | US CT | USA | Active |
| 129 | Kenmar Global Investments | John Maher | | Greenwich | US CT | Ron/Santiago | |
| 130 | UBS O'Connor | Bill Brown | | Stamford | US CT | Ron | |
| 131 | UBS AIS | Stamford | | Stamford | US CT | USA | Active |
| 132 | Leeds Family Foundation | Daniel Leeds | | Washinton DC | US DC | Ron | |
| 133 | Anchor Point Capital LLC | Miami | | Miami | US FL | USA | Active |
| 134 | Banco Santander | Miami | | Miami | US FL | USA | Active |
| 135 | Boeing Company | Keith Cardoza | | Chicago | US IL | Ron | |
| 136 | David H. Koch Charitable Foundation | Witchita | | Wichita | US KS | USA | Active |
| 137 | Cambridge Associates | Boston | | Boston | US MA | USA | Active |
| 138 | United Gulf Management | Boston | | Boston | US MA | USA | Active |
| 139 | Mad River Management | Bruce Winans | | Boston | US MA | Ron/Richard | |
| 140 | Tufts University | Tom McGurty | | Boston | US MA | Ron | |
| 141 | Hub Angels Investment Group LLC | Newton | | Boston | US MA | USA | Active |
| 142 | MIT | Kathryn Crecelius | | Cambridge | US MA | Ron | |
| 143 | New England Pension Consultants | Rick Harper | | Cambridge | US MA | Ron | |
| 144 | Johns Hopkins University Endowment | Baltimore | | Baltimore | US MD | USA | Active |
| 145 | Wachovia (North Carolina) | | | Charlotte | US NC | USA | Active |
| 146 | Goldman Sachs | Princeton | | Princeton | US NJ | USA | Active |
| 147 | Baxter Partners | Princeton | | Princeton | US NJ | USA | Active |
| 148 | Bessemer Trust | New York | | New York | US NY | USA | Inactive |
| 149 | Robeco-Sage Capital Management LLC | White Plains | | New York | US NY | USA | Active |
| 150 | Momentum | Alice Healy | | New York | US NY | Ron/Rob | |

FGGE00390912
SECSEV0968435

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | H | I | J |
|---|---|---|---|
| 113 | 8/23/2001 | Richard | |
| 114 | | Richard | |
| 115 | | RL to assign | |
| 116 | 8/23/2001 | RL to assign | |
| 117 | | RL to assign | |
| 118 | 8/23/2001 | RL to assign | |
| 119 | | RL to assign | |
| 120 | | RL to assign | |
| 121 | | RL to assign | |
| 122 | | RM | |
| 123 | | RM | |
| 124 | | Santiago | |
| 125 | | RL to assign | |
| 126 | | | |
| 127 | | Scott | |
| 128 | | Matt/Jeremy | |
| 129 | 5/25/2005 | Santiago | |
| 130 | 10/11/2002 | Matt/Jeremy | |
| 131 | | RM | |
| 132 | 8/23/2001 | Matt/Jeremy | |
| 133 | | Matt/Jeremy | |
| 134 | | Santiago | |
| 135 | 5/28/2003 | Scott | |
| 136 | | Partners | |
| 137 | | Firm | |
| 138 | | Philip | |
| 139 | 10/28/2003 | Richard | |
| 140 | 9/11/2002 | Richard | |
| 141 | | Walter | |
| 142 | 8/23/2001 | Richard | |
| 143 | 8/23/2001 | Scott | |
| 144 | | Scott | |
| 145 | | RM | |
| 146 | | RM | |
| 147 | | Scott | |
| 148 | | Cornelis | |
| 149 | | Cornelis | |
| 150 | 1/23/2004 | Cornelis/Jackie/Yanko/Marco | |

FGGE000390913
SECSEV0968436

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 151 | Museum of Modern Art | New York | | New York | US NY | USA | Active |
| 152 | Yeshiva University | New York | | New York | US NY | USA | Active |
| 153 | Auda FoF | B. Scott Reid | | New York | US NY | Ron | Fund of Funds |
| 154 | Corbin Capital Partners | Craig Bergstrom | | New York | US NY | Ron | |
| 155 | Fairway Investment Partners | New York | | New York | US NY | USA | Active |
| 156 | Lyra Starview Capital Partners LLC | New York | | New York | US NY | USA | Active |
| 157 | Plus Funds | New York | | New York | US NY | | Active |
| 158 | Sagen Asset Management | New York | | New York | US NY | USA | Active |
| 159 | Thomas H. Lee Capital | Jim Burritt | | New York | US NY | Ron | |
| 160 | Investcorp International Inc. | New York | | New York | US NY | USA | Active |
| 161 | M Square Advisors, LLC | Arthur Mizne | | New York | US NY | Ron | Fund of Funds |
| 162 | Dominick & Dominick | Michael Campbell | | New York | US NY | Ron | |
| 163 | Bank of America Capital Management | New York | | New York | US NY | USA | Active |
| 164 | Deutsche Bank | Hong Kong | | New York | US NY | Hong Kong | Active |
| 165 | J.P. Morgan Partners, LLC | New York | | New York | US NY | USA | Active |
| 166 | Merrill Lynch Investment Managers | New York | | New York | US NY | USA | Active |
| 167 | WAFRA | Alex Boguslavsky | | New York | US NY | Ron | |
| 168 | Charles G. Koch Charitable Foundation | Washington D.C. | | Houston | US TX | USA | Active |
| 169 | Koch Capital Markets | Eric Westphal | | Houston | US TX | Ron | |
| 170 | Oasis Capital Markets | Houston | | Houston | US TX | USA | Active |
| 171 | Signature Financial Management Inc | Norfolk | | Norfolk | US VA | USA | Active |
| 172 | *Russia* | | | | | | |
| 173 | Sberbank (Savings Bank of the Russian Federation) | Moscow | | Moscow | Russia | Russia | Active |
| 174 | | | | | | | |
| 175 | *TO BE ASSIGNED* | | | | | | |
| 176 | Epicon AG | Vienna | | Vienna | Austria | Austria | Active |
| 177 | Bankhaus Bauer Privatbank AG | Geneva | | Stuttgart | Germany | Switzerland | Active |
| 178 | Artemis Alternative Assets GmbH | Wiesbaden | | Wiesbaden | Germany | Germany | Active |
| 179 | Olymp Asset Management AG | Baar | | Baar | Switzerland | Switzerland | Active |
| 180 | Stichting Ingka | Amsterdam | | Epalinges | Switzerland | Holland | Active |
| 181 | Braininvest Wealth Management | Fernando Caramaschi | | Geneva | Switzerland | Ron | |
| 182 | C.I.M. Banque | Geneva | | Geneva | Switzerland | Switzerland | Active |
| 183 | Carnegie Asset Management | Peter Svanlund | | Geneva | Switzerland | Ron | Private Bank |
| 184 | Codeval S.A. | Dominique Massot | | Geneva | Switzerland | Ron | |
| 185 | Dominicie Asset Management S.A. | CH-1207 | | Geneva | Switzerland | Switzerland | Active |
| 186 | Faisal Finance | Basem Al-Salem | | Geneva | Switzerland | Ron | |
| 187 | Genedon Asset Management | Geneva | | Geneva | Switzerland | Swizterland | Active |
| 188 | Independent Financial Managers S.A. | Carlos Valencia | | Geneva | Switzerland | Ron/Carlos | |

FGGE00390914
SECSEV0968437

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|     | H | I | J |
|-----|-----------|-----------|---|
| 151 |           | Jackie      |   |
| 152 |           | Jackie      |   |
| 153 | 9/26/2005 | Matt/Jeremy |   |
| 154 | 8/23/2001 | Matt/Jeremy |   |
| 155 |           | Matt/Jeremy |   |
| 156 |           | Matt/Jeremy |   |
| 157 |           | Matt/Jeremy |   |
| 158 |           | Matt/Jeremy |   |
| 159 | 7/7/2005  | Matt/Jeremy |   |
| 160 |           | Philip      |   |
| 161 | 9/7/2005  | Philip      |   |
| 162 | 12/2/2005 | Richard     |   |
| 163 |           | RM          |   |
| 164 |           | RM          |   |
| 165 |           | RM          |   |
| 166 |           | RM          |   |
| 167 | 8/23/2001 | Santiago    |   |
| 168 |           | Firm        |   |
| 169 | 8/23/2001 | Partners    |   |
| 170 |           | Partners    |   |
| 171 |           | Scott       |   |
| 172 |           |             |   |
| 173 |           | Jackie      |   |
| 174 |           |             |   |
| 175 |           |             |   |
| 176 |           | open        |   |
| 177 |           | open        |   |
| 178 |           | open        |   |
| 179 |           | open        |   |
| 180 |           | open        |   |
| 181 | 12/2/2005 | open        |   |
| 182 |           | open        |   |
| 183 | 10/3/2005 | open        |   |
| 184 | 10/17/2005| open        |   |
| 185 |           | open        |   |
| 186 | 10/17/2005| open        |   |
| 187 |           | open        |   |
| 188 | 9/4/2003  | open        |   |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 189 | Keane, Mathez & Cie. | Frank Keane | | Geneva | Switzerland | Ron | |
| 190 | Privagest SA | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 191 | Private Independent Managers S.A. | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 192 | SGI & Associes S.A. | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 193 | SwissEdge S.A. | Geneve | | Geneva | Switzerland | Switzerland | Active |
| 194 | Armada Venture Capital Group | Peter Mathis | | Kusnacht | Switzerland | Ron | |
| 195 | Executive Wealth Management Limited | Kusnacht | | Kusnacht | Switzerland | Switzerland | Active |
| 196 | Jakob-Stelling Family | Kusnacht | | Kusnacht | Switzerland | Switzerland | Active |
| 197 | Rausing Family Office | Jorn Rausing | | Lausanne | Switzerland | Ron | |
| 198 | Gemarfin S.A. | Lugano | | Lugano | Switzerland | Swizterland | Active |
| 199 | Ebfinanz AG | Meggen | | Meggen | Switzerland | Swizterland | Active |
| 200 | Arvest Privatbank AG | Pfaffikon | | Pfaffikon | Switzerland | Switzerland | Active |
| 201 | Sadco | Siegfried Maron | | Rappensil | Switzerland | Ron | |
| 202 | Symphony Investments AG | Regensdorf | | Regensdorf | Switzerland | Switzerland | Active |
| 203 | Concensus Partners A.G. | St. Gallen | | St. Gallen | Switzerland | Switzerland | Active |
| 204 | Kraus Partner Investment Solutions A. G. | St. Gallen | | St. Gallen | Switzerland | Switzerland | Active |
| 205 | Acemaxx Capital Management AG | Volketswil | | Volketswil | Switzerland | Switzerland | Active |
| 206 | Quantus Asset Management AG | Wallisellen | | Wallisellen | Switzerland | Switzerland | Active |
| 207 | Delta Investment Partner AG | Winterthur | | Winterthur | Switzerland | Switzerland | Active |
| 208 | Grano Management AG | Winterthur | | Winterthur | Switzerland | Switzerland | Active |
| 209 | MC Family Office | Winterthur | | Winterthur | Switzerland | Switzerland | Active |
| 210 | Pearl Investment Management Inc. | Zug | | Zug | Switzerland | Swizterland | Active |
| 211 | Absolute Investment Services A.G. | Burkhard Varnholt | | Zurich | Switzerland | Ron | |
| 212 | Baerpro | Michael Baer | | Zurich | Switzerland | Ron | Family Office |
| 213 | BFO Blechner Family Office | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 214 | Cambiata Schweiz AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 215 | CAT Finance Zurich AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 216 | Cottonfield Family Office AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 217 | Experta Family Office | Christian Daeniker | | Zurich | Switzerland | Ron | |
| 218 | FBM Vermoegensverwaltung AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 219 | Felix Kottmann Advisory AG | Felix Kottman | | Zurich | Switzerland | Ron | |
| 220 | Friedrich Christian Flick Collection | Zurich | | Zurich | Switzerland | Switzreland | Active |
| 221 | Geomac | Stephan Oertig | | Zurich | Switzerland | Ron | |
| 222 | Habib Bank | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 223 | HSZ (Schwiez) AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 224 | International Capital Management Corp. | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 225 | Kottmann Advisory A.G. | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 226 | Marston Capital Partners Limited | Zurich | | Zurich | Switzerland | Switzerland | |

FGGE00039091S
SECSEV0968438

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00039091€
SECSEV0968439

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | H | I | J |
|---|---|---|---|
| 189 | 10/17/2005 | open | |
| 190 | | open | |
| 191 | | open | |
| 192 | | open | |
| 193 | | open | |
| 194 | 3/11/2004 | open | |
| 195 | | open | |
| 196 | | open | |
| 197 | 10/17/2005 | open | |
| 198 | | open | |
| 199 | | open | |
| 200 | | open | |
| 201 | 8/23/2001 | open | |
| 202 | | open | |
| 203 | | open | |
| 204 | | open | |
| 205 | | open | |
| 206 | | open | |
| 207 | | open | |
| 208 | | open | |
| 209 | | open | |
| 210 | | open | |
| 211 | 2/2/2005 | open | |
| 212 | 8/29/2005 | open | |
| 213 | | open | |
| 214 | | open | |
| 215 | | open | |
| 216 | | open | |
| 217 | 12/2/2005 | open | |
| 218 | | open | |
| 219 | 4/22/2003 | open | |
| 220 | | open | |
| 221 | 10/17/2005 | open | |
| 222 | | open | |
| 223 | | open | |
| 224 | | open | |
| 225 | | open | |
| 226 | | open | |

FGGE000390917
SECSEV0968440

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 227 | Multi-Manager Investments AG | Zurich | | Zurich | Switzerland | Swizterland | Active |
| 228 | Nautilus Invest | Martina Bircher | | Zurich | Switzerland | Ron | |
| 229 | Profunda Investment AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 230 | RTM Financial Coaching AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 231 | Sigma Schmid | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 232 | Solidinvest AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 233 | Swiss Capital Mgmt AG | CH-8039 | | Zurich | Swiss | Switzerland | Active |
| 234 | Swiss Family Office AG | Zurich | | Zurich | Switzerland | Switzerland | Active |
| 235 | Termes Partnership LLP | Buckinghamshire | | Buckinghamshire | United Kingdom | United Kingdom | Active |
| 236 | Fakhry Family Office | Walid Fakhry | | London | United Kingdom | Ron | |
| 237 | The Capital Partnership | London | | London | United Kingdom | United Kingdom | Active |
| 238 | Vinton Fund Management | London | | London | United Kingdom | United Kingdom | Active |
| 239 | Comprehensive Finance | Los Gatos | | Los Gatos | US CA | | Active |
| 240 | Omidyar Family Foundation | Los Gatos | | Los Gatos | US CA | USA | Active |
| 241 | Gyre Capital | Dave Philipp | | San Francisco | US CA | Ron | |
| 242 | Wetherby Asset Management | San Francisco | | San Francisco | US CA | USA | Active |
| 243 | Franklin Templeton Alternative Strategies | Vijay Advani | | San Mateo | US CA | Ron | |
| 244 | Manchester Principals | Greenwich | | Greenwich | US CT | USA | Active |
| 245 | Conning Asset Management | | | Hartford | US CT | | Active |
| 246 | Yale University | Seth Alexander | | Stamford | US CT | Ron | |
| 247 | Aetna Capital Management LLC | West Hartford | | West Hartford | US CT | USA | Active |
| 248 | Rock Creek Group | Washington D.C. | | Washinton DC | US DC | USA | Active |
| 249 | JF International LLC | Weston | | Miami | US FL | USA | Active |
| 250 | Huizenga Capital Management | | | Chicago | US IL | USA | Active |
| 251 | University of Norte Dame | William James | | Indiana | US IN | Ron | |
| 252 | Boston Projects | John Snow III | | Boston | US MA | Ron | |
| 253 | Calibre Advisory Services | Waltham | | Boston | US MA | USA | Active |
| 254 | Carruth Associates | Michael Egan | | Boston | US MA | Ron | |
| 255 | Concord Investment Partners | Concrod | | Boston | US MA | USA | Active |
| 256 | Consilium Partners | Boston | | Boston | US MA | USA | Active |
| 257 | Crawford-Idema Foundation | Concord | | Boston | US MA | USA | Active |
| 258 | Hanover Strategic Management LLC | Boston | | Boston | US MA | USA | Active |
| 259 | Landay & Leblang | Boston | | Boston | US MA | USA | Active |
| 260 | Museum of Science | Ioannis Miaoulis | | Boston | US MA | Ron | |
| 261 | Nutter McClennen & Fish LLP | Boston | | Boston | US MA | USA | Active |
| 262 | Phillips Academy | Andover | | Boston | US MA | USA | Active |
| 263 | Pinnacle Trust Partners | Stephen Masiello | | Boston | US MA | Ron | |
| 264 | Sparta Group | Woburn | | Boston | US MA | USA | Active |

FGGE000390918
SECSEV0968441

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | H | I | J |
|---|---|---|---|
| 227 | | open | |
| 228 | 10/17/2005 | open | |
| 229 | | open | |
| 230 | | open | |
| 231 | | open | |
| 232 | | open | |
| 233 | | open | |
| 234 | | open | |
| 235 | | open | |
| 236 | 8/23/2001 | open | |
| 237 | | open | |
| 238 | | open | |
| 239 | | open | |
| 240 | | open | |
| 241 | 7/28/2005 | open | |
| 242 | | open | |
| 243 | 8/23/2001 | open | |
| 244 | | open | |
| 245 | | open | |
| 246 | 8/23/2001 | open | |
| 247 | | open | |
| 248 | | open | |
| 249 | | open | |
| 250 | | open | |
| 251 | 10/11/2002 | open | |
| 252 | 7/22/2005 | open | |
| 253 | | open | |
| 254 | 1/2/2003 | open | |
| 255 | | open | |
| 256 | | open | |
| 257 | | open | |
| 258 | | open | |
| 259 | | open | |
| 260 | 3/13/2003 | open | |
| 261 | | open | |
| 262 | | open | |
| 263 | 9/12/2005 | open | |
| 264 | | open | |

FGGE0003909919
SECSEV0968442

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 265 | Tarus & Orus | Haverhill | | Boston | US MA | USA | Active |
| 266 | The Boston Foundation | Boston | | Boston | US MA | USA | Active |
| 267 | St. Louis Trust Company | St. Louis | | St. Louis | US MI | USA | Active |
| 268 | Fetzer Enterprises | Vicksburg | | Vicksburg | US MI | USA | Active |
| 269 | Black River Asset Management LLC | Minneapolis | | Minneapolis | US MN | | Active |
| 270 | Morgan Creek Capital Management | Chapel Hill | | Chapel Hill | US NC | USA | Active |
| 271 | University of North Carolina | Mike Hennessy | | Chapel Hill | US NC | Ron | |
| 272 | Praesideo Management LLC | Charlotte | | Charlotte | US NC | USA | Active |
| 273 | Duke Management Company | Thruston Morton | | Durham | US NC | Ron | |
| 274 | Azimuth Trust | David Modest | | New York | US NY | Ron | |
| 275 | Cohn Family | New York | | New York | US NY | USA | Active |
| 276 | Enterprise Asset Mgmt | Cathy Paglia | | New York | US NY | Ron | |
| 277 | Fiduciary Trust International | New York | | New York | US NY | USA | Active |
| 278 | Generation Advisors LLC | New York | | New York | US NY | USA | |
| 279 | Hunt Financial Investments LLP | New York | | New York | US NY | USA | Active |
| 280 | Investors Bank & Trust | | | New York | US NY | Ron | |
| 281 | ITT Industries | White Plains | | New York | US NY | USA | Active |
| 282 | James Family Foundation | New York | | New York | US NY | USA | Active |
| 283 | Marchessini & Company | New York | | New York | US NY | USA | Active |
| 284 | Mayer & Hoffman Capital Advisors | New York | | New York | US NY | USA | Active |
| 285 | Medina & Associates | New York | | New York | US NY | | Active |
| 286 | Millburn Corporation | New York | | New York | US NY | USA | |
| 287 | Mousse Partners | New York | | New York | US NY | USA | Active |
| 288 | Olayan Corporation | New York | | New York | US NY | USA | Active |
| 289 | Protege Partners | New York | | New York | US NY | USA | Active |
| 290 | Russell Investment Group/Frank Russell Company | New York | | New York | US NY | USA | Active |
| 291 | Skadden, Arps Meagher & Flom | Earle Yaffa | | New York | US NY | Ron | |
| 292 | Spring Mountain Capital | Launny Steffens | | New York | US NY | Ron | |
| 293 | Taubman Asset Group | Brian Lasher | | New York | US NY | Ron | |
| 294 | U.S. Summit Corporation | New York | | New York | US NY | USA | Active |
| 295 | Unifund | Tony Riley | | New York | US NY | Ron | |
| 296 | Wolf International | Mary Kooi | | New York | US NY | Ron | |
| 297 | George Gund Foundation | Cleveland | | Cleveland | US OH | USA | Active |
| 298 | Millrace Asset Group | Berwyn | | Berwyn | US PA | USA | Active |
| 299 | Herr Foods | Nottingham | | Nottingham | US PA | USA | Active |
| 300 | St. Jude's Childrens Hospital | Memphis | | Memphis | US TN | USA | Active |
| 301 | Roux & Associates | Jackson Hole | | Jackson Hole | US WY | USA | Active |

| | H | I | J |
|---|---|---|---|
| 265 | | open | |
| 266 | | open | |
| 267 | | open | |
| 268 | | open | |
| 269 | | open | |
| 270 | | open | |
| 271 | 10/11/2002 | open | |
| 272 | | open | |
| 273 | 5/28/2003 | open | |
| 274 | 9/10/2004 | open | |
| 275 | | open | |
| 276 | 5/8/2002 | open | |
| 277 | | open | |
| 278 | | open | |
| 279 | | open | |
| 280 | 10/18/2005 | open | |
| 281 | | open | |
| 282 | | open | |
| 283 | | open | |
| 284 | | open | |
| 285 | | open | |
| 286 | | open | |
| 287 | | open | |
| 288 | | open | |
| 289 | | open | |
| 290 | | open | |
| 291 | 8/23/2001 | open | |
| 292 | 10/13/2005 | open | |
| 293 | 8/23/2001 | open | |
| 294 | | open | |
| 295 | 9/11/2002 | open | |
| 296 | 10/28/2005 | open | |
| 297 | | open | |
| 298 | | open | |
| 299 | | open | |
| 300 | | open | |
| 301 | | open | |

FGGE0003909320
SECSEV0968443

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00390921
SECSEV09968444

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Account** | **Contact** | **Region** | **Agent** |  | **Date** | **Assigned** |
| 2 | Unigestion | Patrick Fenal | United Kingdom | Ron |  | 10/11/2002 | Atilio |
| 3 | DeGroof Family Foundation | Jean Jacques DeGroof | Brussels | Ron |  | 8/23/2001 | CB to assign |
| 4 | Momentum | Alice Healy | US-NY | Ron/Rob |  | 1/23/2004 | Cornelis/Jackie/Yanko/Marco |
| 5 | Pioneer Alternative Investments | Alberto LaRocco | Dublin | Ron |  | 8/23/2001 | Cornelis/Jackie/Yanko/Marco |
| 6 | Ingka Holding AG | Alois Wiederkehr | Liechtenstein | Ron |  | 5/18/2005 | delete |
| 7 | Abdul Latif Jameel Group | Mohammed A. Jameel | Jeddah | Ron |  | 8/23/2001 | delete |
| 8 | Acojinamientos Selther SA | Armando Garza Sada, Jr. | Monterrey | Ron |  | 3/12/2003 | delete |
| 9 | Agelef Shipping Co. Ltd. | John Angelicoussis | United Kingdom | Ron |  | 8/23/2001 | delete |
| 10 | Albero Sacro Limited | Setsuko Sakakibara | Tokyo | Ron |  | 8/23/2001 | delete |
| 11 | Alternative Capital Partners | Philipp Steirberger | Switzerland | Ron |  | 10/17/2005 | delete |
| 12 | Ansbacher Limited | Christophe Leuthy | Switzerland | Ron |  | 10/17/2005 | delete |
| 13 | Arippol Family Foundation | Edwin Arippol | Italy | Ron |  | 8/23/2001 | delete |
| 14 | Arrowpoint Capital | Bruce Clark | Cambridge | Ron |  | 8/23/2001 | delete |
| 15 | Athenea Global Management | Patrick Schwartz | Switzerland | Ron |  | 8/23/2001 | delete |
| 16 | Atlas Capital | Francois Gileron | Switzerland | Ron |  | 8/23/2001 | delete |
| 17 | Bacardi Family | Joaquin Barcardi | US-FL | Ron |  | 8/23/2001 | delete |
| 18 | Banca Akros SPA | Marco Turrira | Italy | Ron |  | 8/23/2001 | delete |
| 19 | Banca Sella | Pietro Sella | Italy | Ron |  | 8/23/2001 | delete |
| 20 | Banco Central Do Brasil | Beny Parnes | Brasilia | Ron |  | 8/23/2001 | delete |
| 21 | Banco Cuscatlan Guatemala | Pedro Molina | Guatemala City | Ron |  | 8/23/2001 | delete |
| 22 | Bangkok Bank Public Company Limited | Chatsiri Sophonpanich | Bangkok | Ron |  | 6/4/2002 | delete |
| 23 | Bank Julius Baer | Michael Baer | Switzerland | Ron |  | 6/4/2002 | delete |
| 24 | Bergstrom Family Foundation | Gary Bergstrom | Boston | Ron |  | 8/23/2001 | delete |
| 25 | Capital Management International S.A. | Maryi Voute | France | Ron |  | 12/27/2002 | delete |
| 26 | Chu Family | Victor Chu | Hong Kong | Ron |  | 1/3/2003 | delete |
| 27 | Cisneros Group of Companies | Gustavo Cisneros | Venezulea | Ron |  | 1/3/2003 | delete |
| 28 | Consultores de Inversiones | Clarisa Lifsic | Buenos Aires | Ron |  | 1/3/2003 | delete |
| 29 | CSK Corporation | Teiichi Aruga | Tokyo | Ron |  | 1/3/2003 | delete |
| 30 | De Hoop Finance | Eusebius Worteiborer | Switzerland | Ron |  | 10/17/2005 | delete |
| 31 | De Pury, Pictet & Turrettini | Henri Turrettini | Switzerland | Ron |  | 8/23/2001 | delete |
| 32 | Delen (Suisse) SA | Philippe Ruchet | Switzerland | Ron |  | 12/2/2005 | delete |
| 33 | Discovery Capital Management | Tom Zucovsky | US-NY | Ron |  | 7/23/2002 | delete |
| 34 | DM Foundation | Georges de Menil | France | Ron |  | 8/23/2001 | delete |
| 35 | Dogus Holding Co. | Ferit F. Sahenk | Istinye-Instanbul | Ron |  | 8/23/2001 | delete |
| 36 | Eagle Capital International LLC | Juan Meyer | US-CT | Ron |  | 8/23/2001 | delete |
| 37 | Eczacibasi Group | Bulent Eczacibasi | Ankara | Ron |  | 8/23/2001 | delete |
| 38 | Emel International Limited | Rolando Gapud | Hong Kong | Ron |  | 8/23/2001 | delete |
| 39 | Esquel Group of Companies | Margie M. T. Yang | Hong Kong | Ron |  | 8/23/2001 | delete |
| 40 | Euristates Inc. | Joel Ornstein | US-NY | Ron |  | 8/23/2001 | delete |
| 41 | Executive Wealth Management | John Mee | Kusnacht | Ron |  | 12/2/2005 | delete |

FGGE00390922
SECSEV0968445

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | Fiduciare Tucker | Clive Tucker | Lonay | Ron | | 8/23/2001 | delete |
| 43 | FleetBoston Financial | Jake Filoon | Boston | Ron | | 5/24/2002 | delete |
| 44 | France Trading S.A. | Grenville Craig | Italy | Ron | | 8/23/2001 | delete |
| 45 | Gajah Tunggal Group | Cherie MK Nursalim | Hong Kong | Ron | | 8/23/2001 | delete |
| 46 | Garanti Bank/Dogus International | Ertan Sevinc | United Kingdom | Ron | | 8/23/2001 | delete |
| 47 | Giles Family Office | Edward Giles | US-NY | Ron | | 8/23/2001 | delete |
| 48 | GM Investment Mgmt Corporation | Edgar Sullivan | US-NY | Ron | | 8/23/2001 | delete |
| 49 | Godrej Soaps Ltd | Adi Godrej | Mumbai | Ron | | 8/23/2001 | delete |
| 50 | Gowen Family Office | Albert Gowen | Switzerland | Ron | | 10/17/2005 | delete |
| 51 | Gruppo Quimico SA | Jessus Barerra Lozano | Monterrey | Ron | | 3/12/2003 | delete |
| 52 | Hang Lung Development Co., Ltd. | Ronnie Chan | Hong Kong | Ron | | 8/23/2001 | delete |
| 53 | Harris Associates | Justin Sheperd | US-IL | Ron | | 9/10/2002 | delete |
| 54 | Haussmann & Partners | Arthur Haussmann | Switzerland | Ron | | 10/17/2005 | delete |
| 55 | Hellenic Bank | George Panayioyou | Athens | Ron | | 9/10/2002 | delete |
| 56 | Henry Crown & Co | Charles Gocdman | US-IL | Ron | | 8/23/2001 | delete |
| 57 | Hui Family | Richard Hui | Hong Kong | Ron | | 8/23/2001 | delete |
| 58 | Jacob Family | Donald Stellng | Kusnack | Ron | | 8/23/2001 | delete |
| 59 | Jennison Associates | Denis Kass | US-NY | Ron | | 5/27/2003 | delete |
| 60 | JP Morgan Chase Bank | Shakil Riaz | US-NY | Ron | | 8/23/2001 | delete |
| 61 | Jumabhoy Family | Assad Jumabhoy | Singapore | Ron | | 8/23/2001 | delete |
| 62 | Kummerman Family | Alan Tawil Kummerman | Switzerland | Ron | | 8/23/2001 | delete |
| 63 | Kybele Asset Management | Ester Ezgin | Switzerland | Ron | | 10/17/2005 | delete |
| 64 | LCF Rothschild Asset Management | Rick Sopher | United Kingdom | Ron | | 8/23/2001 | delete |
| 65 | Lee & Li | Paul S. P. Hsu | Taipei | Ron | | 8/23/2001 | delete |
| 66 | LGT Rothschild Asset Mgmt | Rick Sopher | United Kingdom | Ron | | 8/23/2001 | delete |
| 67 | Lippo Group | Stephen T. Riady | Hong Kong | Ron | | 8/23/2001 | delete |
| 68 | Mast Industries Inc | Martin Trust | Andover | Ron | | 11/2/2000 | delete |
| 69 | Merck & Company, Inc | Judith Lewent | US-DC | Ron | | 8/15/2002 | delete |
| 70 | MF  Limited | John Huysmans | United Kingdom | Ron | | 9/10/2002 | delete |
| 71 | Mitsubishi Capital Finance | Shun Maeda | US-NY | Ron | | 8/31/2000 | delete |
| 72 | MPS Asset Management | Nicolo Romito | Italy | Ron | | 8/23/2001 | delete |
| 73 | New York Life Investment | Steve Roussin | US-NJ | Ron | | 8/23/2001 | delete |
| 74 | New York University | Maurice Maertens | US-NY | Ron | | 8/23/2001 | delete |
| 75 | Newport Capital Advisers, Inc. | Andrew D. Farrillo | US-RI | Ron | | 5/27/2003 | delete |
| 76 | Noboa Family | Ernesto Noboa | | Ron | | 8/23/2001 | delete |
| 77 | Pacific Eagle Asset Management | Tey Wei Lin | Singapore | Ron | | 8/23/2001 | delete |
| 78 | Pasqual Leche | Tomaso Pasqual | Madrid | Ron | | 8/23/2001 | delete |
| 79 | Paul Family | Akash Paul | United Kingdom | Ron | | 8/23/2001 | delete |
| 80 | Permal Asset Mgmt | Richard Cordsen | US-NY | Ron | | 8/23/2001 | delete |
| 81 | Pictet & Co | Elisabeth Brugger | Switzerland | Ron | | 8/23/2001 | delete |
| 82 | Pictet/Roux & Associates | Laurent Roux | US-WY | Ron | Family Office | 8/29/2005 | delete |

FGGE00390923
SECSEV0968446

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 83 | Private Wealth Managers (PIM) | Pere Weis | Geneva | Ron/Carlos | | 10/27/2003 | delete |
| 84 | Publicis S.A. | Maurice Levy | France | Ron | | 8/23/2001 | delete |
| 85 | Quellos Capital Advisors | Chuck Clavi | US-NY | Ron | | 8/23/2001 | delete |
| 86 | Ralson Investments AG | Ralph Sonnenberg | Switzerland/Luzern | Ron | | 8/23/2001 | delete |
| 87 | RAS S.P.A. | Dr. Lentati | Trieste | Ron | | 11/7/2000 | delete |
| 88 | Riggs Bank & Trust Company | Richard Guillaume | US | Ron | | 8/23/2001 | delete |
| 89 | Riggs International Private Bank | Howard Weisberg | United Kingdom | Ron | | 8/23/2001 | delete |
| 90 | RK | Alain Tawil Kummerman | Switzerland | Ron | | 8/23/2001 | delete |
| 91 | Rosbank | Erwin Meyer | Switzerland | Ron | | 10/17/2005 | delete |
| 92 | Rossi S.p.a. | Marco Rossi | Italy | Ron | | 8/23/2001 | delete |
| 93 | Sabatini Family | Antonella Sabatini | Italy | Ron | | 8/23/2001 | delete |
| 94 | Saudi Aramco | Mohammed Iraani | Dhahran | Ron | | 8/23/2001 | delete |
| 95 | Sayeed Family | Sadeq Sayeed | United Kingdom | Ron | | 8/23/2001 | delete |
| 96 | Sella di Monteluce Family | Bina Sella Monteluce | United Kingdom | Ron | | 8/23/2001 | delete |
| 97 | Site Oil Company | Alvin Siteman | US | Ron | | 8/23/2001 | delete |
| 98 | Sodinor S.A. | Pierre Biraben | Switzerland | Ron | | 8/23/2001 | delete |
| 99 | Suruga Bank, Ltd. | Mitsuyoshi Okano | Tokyo | Ron | | 8/23/2001 | delete |
| 100 | Suzanne Wolfe & Associates | Suzanne Wolfe | Switzerland | Ron | | 8/23/2001 | delete |
| 101 | Tala Investments, LP | Elizabeth Burnett | US-NY | Ron | | 7/7/2005 | delete |
| 102 | The Industrial Bank of China | Kenneth Lo | Taipei | Ron | | 8/23/2001 | delete |
| 103 | The Minato Bank, Ltd. | Koichi Goshiro | Japan | Ron/Mami | | 10/8/2003 | delete |
| 104 | The Torrey Funds | Greethen Piller | US-NY | Ron | | 8/23/2001 | delete |
| 105 | Tokyo-Mitsubishi Asset Management Ltd. | Takeshi Tange | Tokyo | Ron | | 9/30/2002 | delete |
| 106 | Uffici Dei Cambi | Antonello Biagioli | Italy | Ron | | 9/11/2002 | delete |
| 107 | UniCredito Italiano | Pietro Modieno | Italy | Ron | | 10/11/2002 | delete |
| 108 | Union Square Investment Company | Leslie Tang Schilling | US-CA | Ron | | 10/11/2002 | delete |
| 109 | Valcan Group CMT | Nicolo Sella di Monteluce | Pe">Peveragno | Ron | | 10/11/2002 | delete |
| 110 | Versax S.A. | Armando Geza Sada | Monterrey | Ron | | 8/23/2001 | delete |
| 111 | Wan Hai Lines Ltd. | Ching C. Chen | Taipei | Ron | | 8/23/2001 | delete |
| 112 | Weil, Gotschal & Manges | James Westra | Boston | Ron | | 8/23/2001 | delete |
| 113 | Wong Family | David Wong | Hong Kong | Ron | | 8/23/2001 | delete |
| 114 | World Heart Federation | Janet Voute | Switzerland | Ron | | 8/23/2001 | delete |
| 115 | Yang Family | Margie Yang | Hong Kong | Ron | | 8/23/2001 | delete |
| 116 | Yashiro Family | Yoshio Yashiro | Le Vesinet | Ron | | 8/23/2001 | delete |
| 117 | Omega Capital | Oscar Fanjul | Madrid | Ron | | 8/23/2001 | Fernando/Lourdes |
| 118 | Rincasa S.A. | Felipe Ruiz Lopez | Madrid | Ron | | 8/23/2001 | Fernando/Lourdes/Santiago |
| 119 | Arzi Bank | Marc Destraz | Switzerland | Ron | | 5/18/2005 | Jackie |
| 120 | Breda Consulting | Tobias Braun | Switzerland | Ron | | 10/17/2005 | Kim |
| 121 | Fortune Wealth Management Inc. | Laurence Rose | Switzerland | Ron | | 9/27/2005 | Kim |
| 122 | Lichtensteinische Landesbank AG | Beat Zellweger | Vaduz | Ron | | 9/27/2005 | Kim |
| 123 | UBS Sauerborn Trust | Bad Hamburg | Hamburg | Ron | | 2/12/2003 | Kim |

FGGE00390924
SECSEV0968447

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 124 | SETE | Spiro Latsis | Bellevue | Ron | | 8/23/2001 | Kim |
| 125 | Citic Capital | Yichen Zharg | Hong Kong | Ron | | 2/10/2003 | Lion Capital |
| 126 | Privatbank Von Graffenried | Marcel Eggimann | Switzerland | Ron | | 12/2/2005 | Lourdes/Richard |
| 127 | Auda FoF | B. Scott Reid | US-NY | Ron | Fund of Funds | 9/26/2005 | Matt/Jeremy |
| 128 | Fund Marketing Group | Michael Mandach | Geneva | Ron/Walter | | 3/7/2005 | Matt/Jeremy |
| 129 | Leeds Family Foundation | Daniel Leeds | Washington DC | Ron | | 8/23/2001 | Matt/Jeremy |
| 130 | Absolute Investment Services A.G. | Burkhard Varnholt | Switzerland | Ron | | 2/2/2005 | open |
| 131 | AKB Privat Bank | Claudia Schreiber | Switzerland | Ron | Private Bank | 2/4/2005 | open |
| 132 | AP Anlage & Privatbank | Joachim Bodschwinna | Switzerland | Ron | | 12/2/2005 | open |
| 133 | Armada Venture Capital Group | Peter Mathis | Kunsnacht | Ron | | 3/11/2004 | open |
| 134 | Azimuth Trust | David Modest | US-NY | Ron | | 9/10/2004 | open |
| 135 | Baerpro | Michael Baer | Switzerland | Ron | Family Office | 8/29/2005 | open |
| 136 | Boston Projects | John Snow III | US-MA | Ron | | 7/22/2005 | open |
| 137 | Braininvest Wealth Management | Fernando Caramaschi | Switzerland | Ron | | 12/2/2005 | open |
| 138 | Carnegie Asset Management | Peter Svanlund | Switzerland | Ron | Private Bank | 10/3/2005 | open |
| 139 | Carruth Associates | Michael Egan | Hopkington | Ron | | 1/2/2003 | open |
| 140 | Codeval S.A. | Dominique Massot | Switzerland | Ron | | 10/17/2005 | open |
| 141 | Corbin Capital Partners | Craig Bergstrom | US-NY | Ron | | 8/23/2001 | open |
| 142 | Dominick & Dominick | Michael Campbell | US-NY | Ron | | 12/2/2005 | open |
| 143 | Duke Management Company | Thruston Morton | US-NC | Ron | | 5/28/2003 | open |
| 144 | Enterprise Asset Mgmt | Cathy Paglia | US-NY | Ron | | 5/8/2002 | open |
| 145 | Experta Family Office | Christian Dæniker | Switzerland | Ron | | 12/2/2005 | open |
| 146 | Faisal Finance | Basem Al-Salem | Switzerland | Ron | | 10/17/2005 | open |
| 147 | Fakhry Family | Walid Fakhry | United Kingdom | Ron | | 8/23/2001 | open |
| 148 | Felix Kottmann Advisory AG | Felix Kottmen | Switzerland | Ron | | 4/22/2003 | open |
| 149 | Franklin Templeton Alternative Strategies | Vijay Advani | US-NJ | Ron | | 8/23/2001 | open |
| 150 | Geomac | Stephan Oertig | Switzerland | Ron | | 10/17/2005 | open |
| 151 | GL Asset Management | Andreas Gilgen | Switzerland | Ron | | 10/14/2005 | open |
| 152 | Gyre Capital | Dave Philipp | UK-United Kingdom | Ron | | 7/28/2005 | open |
| 153 | Independent Capital Management | Alessandra Rohr | Switzerland | Ron | | 7/6/2005 | open |
| 154 | Independent Financial Managers S.A. | Carlos Valencia | Geneva | Ron/Carlos | | 9/4/2003 | open |
| 155 | Investors Bank & Trust | | US | Ron | | 10/18/2005 | open |
| 156 | Keane, Mathez & Cie. | Frank Keane | Switzerland | Ron | | 10/17/2005 | open |
| 157 | Liberty Alternative Asset Management | Pierre Joillet | Switzerland | Ron | | 8/23/2001 | open |
| 158 | M Square Advisors, LLC | Arthur Mizne | US-NY | Ron | Fund of Funds | 9/7/2005 | open |
| 159 | Museum of Science | Ioannis Miaoulis | Boston | Ron | | 3/13/2003 | open |
| 160 | Nautilus Invest | Martina Bircher | Switzerland | Ron | | 10/17/2005 | open |
| 161 | Parex Bank Group | Gene Zolotarev | Lithuwania | Ron | | 12/2/2005 | open |
| 162 | Pinnacle Trust Partners | Stephen Masiello | US-MA | Ron | | 9/12/2005 | open |
| 163 | Platanus Family Office | Heinz Spross | Switzerland | Ron | | 10/17/2005 | open |
| 164 | Quantum Capital | Jean-Claude de Morais Bastos | Germany | Ron | | 11/14/2005 | open |

FGGE00039092S
SECSEV0968448

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 165 | Rausing Family Office | Jorn Rausing | Lausanne | Ron | | 10/17/2005 | open |
| 166 | Sadco | Siegfried Maron | Switzerland | Ron | | 8/23/2001 | open |
| 167 | Skadden, Arps Meagher & Flom | Earle Yaffa | US-NY | Ron | | 8/23/2001 | open |
| 168 | Spring Mountain Capital | Launny Stefens | US-NY | Ron | | 10/13/2005 | open |
| 169 | Taubman Asset Group | Brian Lasher | US | Ron | | 8/23/2001 | open |
| 170 | Thomas H. Lee Capital | Jim Burritt | US-NY | Ron | | 7/7/2005 | open |
| 171 | Tufts University | Tom McGurly | US-MA | Ron | | 9/11/2002 | open |
| 172 | Unifund | Tony Riley | US-NY | Ron | | 9/11/2002 | open |
| 173 | University of Norte Dame | William James | US-IN | Ron | | 10/11/2002 | open |
| 174 | University of North Carolina | Mike Hennessy | US-NC | Ron | | 10/11/2002 | open |
| 175 | Wolf International | Mary Kooi | Switzerland | Ron | | 10/28/2005 | open |
| 176 | Yale University | Seth Alexander | US-CT | Ron | | 8/23/2001 | open |
| 177 | Koch Capital Markets | Eric Westphal | US-TX | Ron | | 8/23/2001 | Partners |
| 178 | Barrera Family | Jesus Barrera | Monteray | Ron/Pedro | | 9/12/2003 | Pedro |
| 179 | Burgan Bank | Samer Khanachet | Bahrain | Ron | | 5/29/2003 | Philip |
| 180 | Gulf Investment | | Safat | Ron | | 8/23/2001 | Philip |
| 181 | KIPCO Asset Management | | Safat | Ron | | 8/23/2001 | Philip |
| 182 | Kuwait Investment Authority | Adnan Al-Sultan | Safat | Ron | | 8/23/2001 | Philip |
| 183 | Societe Financiere Madina SA | | United Kingdom | Ron/Philip | | 5/4/2005 | Philip |
| 184 | United Gulf Bank | Samer Khanachet | Bahrain | Ron | | 5/29/2003 | Philip |
| 185 | IHAG Holding/Privatbank IHAG | Tony Knech: | Switzerland | Ron | | 5/28/2003 | Philip/Yanko |
| 186 | Aspen Investment Group | Aitua Ekhaese | United Kingdom | Ron | | 8/23/2001 | Richard |
| 187 | Mad River Management | Bruce Winans | US-MA | Ron/Richard | | 10/28/2003 | Richard |
| 188 | MIT | Kathryn Crecelius | Cambridge | Ron | | 8/23/2001 | Richard |
| 189 | Sirius International Insurance Corporation | Lars Olofsson | Stockholm | Ron | | 8/23/2001 | Richard |
| 190 | Damirji Family | Hadi Damirji | United Kingdom | Ron | | 8/23/2001 | RL to assign |
| 191 | Nagel Family | Willie Nagel | United Kingdom | Ron | | 8/23/2001 | RL to assign |
| 192 | Banque Privee de Rothschild | Alexandre Col | Switzerland | Ron | | 8/23/2001 | RM |
| 193 | UBS O'Connor | Bill Brown | US-CT | Ron | | 10/11/2002 | RM |
| 194 | Groupe Euris Rallye | Louis Duquesne | France | Ron | | 8/23/2001 | Santiago |
| 195 | Guggenheim Partners | Christopher Po | Hong Kong | Ron | | 8/23/2001 | Santiago |
| 196 | Kenmar Global Investments | John Maher | US-CT | Ron/Santiago | | 5/25/2005 | Santiago |
| 197 | WAFRA | Alex Boguslavsky | US-NY | Ron | | 8/23/2001 | Santiago |
| 198 | Boeing Company | Keith Cardoza | US-IL | Ron | | 5/28/2003 | Scott |
| 199 | New England Pension Consultants | Rick Harper | Cambridge | Ron | | 8/23/2001 | Scott |
| 200 | Alpha Trust | Chris Aisopos | Athens | Ron | | 5/27/2003 | Stephane/Vianney |