# EXHIBIT 11

**From:** Ron Thomann [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com]
**Sent:** 4/24/2003 12:08:24 PM
**To:** Richard Landsberger [richard@fgguk.com]
**CC:** Greg Bowes [greg@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Ornella Dellapina Fenman [ornella@fgguk.com]
**Subject:** FW: meeting in London

Richard:

Please advise whether you would be available to meet Christian Gresch, CFO, of ANOVA May 12 at FGG in London. This would be a very important meeting with a key decision-maker at ANOVA. Gresch has not been pro-hedge fund investing according to Daniel Vock. You could really help us build a stronger relationship with ANOVA.

According to Vock, ANOVA is still planning to invest in Qtr 2: $10mm in GMO MN; $3mm in Redstone and would like to invest $10mm in Fairfield Sentry (which can come out of my allocation)

Please advise. RT

-----Original Message-----
From: Daniel.Vock@aaa-net.com [mailto:Daniel.Vock@aaa-net.com]
Sent: Thursday, April 24, 2003 7:57 AM
To: Ron Thomann
Subject: meeting in London


Dear Ron,

our CFO, Christian Gresch, will be in London on Monday, May 12, 2003 and would like to take the opportunity to meet FGG people over there. Of specific interest would be a discussion about the Sentry Fund.

Please let me know if it would be possible to meet at 12.00 am (possibly for a light lunch). I suppose that the meeting would last till about 02.00 pm.

Kind regards

Daniel

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00008943S
SECSEV0666962