# EXHIBIT 12

**From:** Ron Thomann [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com]
**Sent:** 6/18/2003 8:47:18 AM
**To:** Richard Landsberger [richard@fgguk.com]
**CC:** Greg Bowes [greg@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Corina Piedrahita [corina.piedrahita@virgin.net]
**Subject:** ANOVA: Fairfield Sentry Limited

-----Original Message-----
From: Daniel.Vock@aaa-net.com [mailto:Daniel.Vock@aaa-net.com]
Sent: Wednesday, June 18, 2003 3:16 AM
To: Ron Thomann
Cc: Philip.Hjelmer@aaa-net.com
Subject: Re: Fairfield Sentry Limited

Dear Ron,

Please be informed that we have just finished our due diligence process and have decided to invest USD 10 mil in the Sentry Fund. I would kindly ask you to contact Philip directly as his assistant will have to do the administrative work.

Thanks and kind regards.

Daniel

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000091223
SECSEV0668746