# EXHIBIT 13

**From:** Ron Thomann [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com]
**Sent:** 7/16/2003 10:21:30 AM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Greg Bowes [greg@fggus.com]
**CC:** Richard Landsberger [richard@fgguk.com]
**Subject:** FW: Next Fairfield Sentry Subscription

Thanks to you both for meeting Frank Gulich yestersday from ANOVA. I have no idea why he showed up at 1:30 PM for the meeting. Sorry for any inconvenience, but am grateful you both managed to spend time with him.

RT

-----Original Message-----
From: Philip.Hjelmer@aaa-net.com [mailto:Philip.Hjelmer@aaa-net.com]
Sent: Sun 7/13/2003 4:55 PM
To: Ron Thomann
Cc:
Subject: Re: Next Fairfield Sentry Subscription

Dear Ron,

Thank you for the reminder. We intend to subscribe for $10 million for Parson Finance by end of July.

On a separate note, do you see any possibility for me to subscribe for $100,000 for my personal account and another $100,000 for another individual account which I manage (the same account that subscribed for $100,000 of the Redstone Fund)?

Kind regards,

Philip