# EXHIBIT 14



# Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date           : Apr-14-2005
Fund Id        : 03302
Holder Id      : Redacted 1202
Account Id     : Redacted 8499
Contract No.   : 9152202
Order No.      : Redacted 3802
CFI Cash Id    : 13682002

## FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       THE BANK OF NEW YORK
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:    021000018
SWIFT Ref.:  IRVTUS3N

Further Cr. Num:    Redacted 1558
Further Cr. Name:   ROYAL TRUST CORPORATION OF CANADA

Further Cr. SWIFT Ref.:  ROYCAT2
Beneficiary Acct No:     Redacted 1010
Beneficiary Name:        PARSON FINANCE PANAMA SA

Amount:      USD    11,089,081.40
Value date:  Apr-14-2005
Ref:         FAIRFIELD SENTRY Shares:10,627.37 T/D:04-01-2005 RE
Note:

Authorised signatory                    Authorised signatory

Telestone 8 - Teleport              amsterdam-fund@citco.com        Phone: +31 (0)20 572 2100
Naritaweg 165                       www.citco.com                   Fax: +31 (0)20 572 2600
P.O. Box 7241                                                       Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands