# EXHIBIT 15

**CITCO**
*Citco Fund Services (Europe) B.V.*

PARSON FINANCE PANAMA SA
BAHAMAS FINANCIAL CENTRE
2ND FLOOR
PO BOX SS-6373
SHIRLEY STREET
NASSAU
BAHAMAS
PHILIO HJELMER
Account name: PARSON FINANCE PANAMA SA

Fund ID       : 03302
Holder ID     : Redacted 1202
Account ID    : Redacted 8499
Contract No.  : 9152202
Date          : Jul-29-2009
Order No.     : Redacted 3802
Email         : PHILIP.HJELMER@AAA-NET.COM
FAX Number    : +12423560640

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Mar-31-2005 |
| Trade Date | | Apr-01-2005 |
| Payment Date | | Apr-14-2005 |
| No. of voting shares Redeemed | | 10,627.3700 |
| Redemption Price | USD | 1,043.4455 |
| Gross Redemption Proceeds | USD | 11,089,081.40 |
| Net Redemption Proceeds | USD | 11,089,081.40 |
| Amount to be Paid | USD | 11,089,081.40 |
| Proceeds Paid to Date | USD | 11,089,081.40 |

Your balance following this transaction will be 0.0000 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-007623
CFSSAD0006708