# EXHIBIT 16

**From:** Ron Thomann [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com]
**Sent:** 11/26/2003 12:59:30 PM
**To:** Kim Morris [kimm@fggus.com]
**CC:** John Wartman [john@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Richard Landsberger [richard@fgguk.com]
**Subject:** FW: December visit to New York

Kim:

Happy Thanksgiving to you and family.

I was at Goldman Sachs yesterday. While I did not see Kent Clark I spoke with his team who screens for Event Driven Funds for their FoFs. They are closing their existing ED FoF at $1.0 bn which has performed very well and will set up another in Qtr 1 . They are tracking Arlington.

Philip Hjelmer, President of Baumont is part of the ANOVA (Schmidheiny Family Office) group which is very interested in Arlington. This will be the first of two meetings they will want to do. Frank Gulich, the CEO, heard you in Zurich and likes the Fund very much. I think there is a very high chance of their investing $5mm-$10 mm in Qtr 1 2004. Would you be available the morning of Dec 16th to meet Philip and me @ FGG?

Best,

RT

-----Original Message-----
From: Ron Thomann
Sent: Tuesday, November 25, 2003 6:51 PM
To: 'Philip.Hjelmer@aaa-net.com'
Subject: RE: December visit to New York


Philip:

Good to hear from you.

Yes, let me focus on setting up the meetings between 9-11 AM @ FGG. I look forward to seeing you then.

Regards,

RT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000103203
SECSEV0680726

-----Original Message-----
From: Philip.Hjelmer@aaa-net.com [mailto:Philip.Hjelmer@aaa-net.com]
Sent: Tuesday, November 25, 2003 3:19 PM
To: Ron Thomann
Subject: December visit to New York

Ron:

Thank you for your mail of past Friday. Do you think that you could set up meetings with a) Arlington International and b) Fairfield Origination Capital Fund on Tuesday A.M. December 16?

Regards,

Philip

Bamont Trust Company Limited
Bahamas Financial Centre, 2nd Floor
Shirley & Charlotte Streets
P.O. Box SS-6367
Nassau, Bahamas
Phone: (242) 356 0454
Fax: (242) 356 0640

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000103204
SECSEV0680727