# EXHIBIT 19

| | |
|---|---|
| **From:** | Ron Thomann [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+ 20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com] |
| **Sent:** | Monday, May 05, 2003 10:19 AM |
| **To:** | Greg Bowes |
| **Cc:** | Richard Landsberger; John Wartman |
| **Subject:** | FW: Hello |
| **Attachments:** | Fairfield Sentry RFP.pdf; FIF Redstone Letter 43003-final.pdf |

-----Original Message-----
From: Daniel.Vock@aaa-net.com [mailto:Daniel.Vock@aaa-net.com]
Sent: Monday, May 05, 2003 2:12 AM
To: Ron Thomann
Subject: Re: Hello

Dear Ron,

thanks for the mail. Actually only Christian will be London for that
meeting but he knows date, time and place. In the meantime I hope we will
be able to come to grips with an eventual investment into Redstone this
week. I let you know the details a.s.a.p.

Kind regards

Daniel


            "Ron Thomann"

            <rthomann@fggus.c      To:      <daniel.vock@aaa-net.com>

            om>              cc:

                        Subject:  Hello

            02.05.2003 16:51




Daniel:

CONFIDENTIAL

FGANW005400897
FG-05548413

How are you?
Christian Gresch and you will enjoy meeting Richard Landsbeger of FGG's
London Office next week at the GMO conference in Zurich.   I encourage
Christian to confirm then his meeting with Richard in London May 12th.  I
attach an updated piece about Fairfield Sentry that might be useful to
Christian in preparation for his discussion with Richard.
Here is some news about several of our funds.
Fairfield Sentry is up an estimated 1.78% net Year-to-Date (as of April 24,
2003).
Fairfield Redstone is up an estimated 5.5% net Year-to-Date (as of April
30, 2003). See attached letter about the Fund's inclusion in the Fairfield
Investment Fund Multi-Manager Fund.
GMO Fairfield Market Neutral:  I am waiting for the estimated numbers for
April.
Best regards,
        <<Fairfield Sentry RFP.pdf>>  <<FIF Redstone Letter
43003-final.pdf>>


Ron Thomann

Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
General: 212 319-6060
Direct: 212 991-5289
Email: rthomann@fggus.com
www.fggus.com


============================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the
persons to whom it is addressed,and may contain confidential information.
Any use,distribution,modification,copying or disclosure by any other person
is strictly prohibited.  If you have received this message in error please
notify the sender by return e-mail and delete this message from your
computer. Any data or views contained herein is based upon information
available to us at this date and is subject to change without notice.


(See attached file: Fairfield Sentry RFP.pdf)(See attached file: FIF
Redstone Letter 43003-final.pdf)

CONFIDENTIAL

FGANW005400898
FG-05548414