# EXHIBIT 23

**From:** Ron Thomann [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com]
**Sent:** 5/14/2003 3:00:12 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Greg Bowes [greg@fggus.com]
**CC:** Richard Landsberger [richard@ffguk.com]; Lourdes Barreneche [lourdes@fggus.com]
**Subject:** FW: meeting in N.Y. and Boston

Jeffrey and Greg:

As you will see from the email below from Daniel Vock of ANOVA Frank Gulich, CEO, would like to spend a couple of hours at FGG and GMO July 18th. Unfortunately, I will not be able to staff the meeting because I will be on vacation in Italy July 12-19.

Could Laurie or Amanda book this meeting now for you both and should I book the GMO meeting with Richard myself?

I copied Lourdes on this because she knew Frank when he was CEO at Muller Muuls and would encourage her to participate at her discretion.

RT

-----Original Message-----
From: Daniel.Vock@aaa-net.com [mailto:Daniel.Vock@aaa-net.com]
Sent: Wednesday, May 14, 2003 10:25 AM
To: Ron Thomann
Subject: meeting in N.Y. and Boston


Dear Ron,

Frank Gulich, who you have met in Zurich recently, will be in N.Y on July 14, 2003 and like to take the opportunity to meet with your colleagues at FGG at about 02.00 pm (till about 04.00 pm).

Frank will also be in Boston on July 18, 2003 and would like to meet with the portfolio manager of the GMO US Market Neutral at 08.30 (for about an hour).

Would you be please so kind to arrange these meetings?

Thanks in advance and kind regards

Daniel

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075592
FG-02190837