# EXHIBIT 24

**From:** Ron Thomann [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com]
**Sent:** 1/22/2004 3:09:22 PM
**To:** Kim Morris [kimm@fggus.com]; Eric Sacks [eric@fggus.com]; Harold Greisman [harold@fggus.com]
**CC:** John Wartman [john@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Richard Landsberger [richard@fggus.com]
**Subject:** FW: visit toN.Y.

Kim/Eric/Harold:

This will be a close for at least $3.0 mm for when the fund reopens. You may recall Philip Hjelmer who visited in December. Frank Kulich, ANOVA's CEO, heard Kim in Zurich last September and liked what he heard about the strategy.

Daniel Vock is the key decision-maker and will recommend to the Investment Committee there to make an investment if he is convinced the strategy is sufficiently different than NGA in which ANOVA invested $3.0 mm last November.

While Richard will be with Vock next week in London and may have a chance to refer to the latter's upcoming visit with Arlington I hope you, Harold, will be able to compare/contrast NGA-Arlington then.

Please advise availability.

RT


-----Original Message-----
From: Daniel.Vock@aaa-net.com [mailto:Daniel.Vock@aaa-net.com]
Sent: Thursday, January 22, 2004 10:02 AM
To: Ron Thomann
Subject: visit toN.Y.


Dear Ron,

hope all is well.

I'll be in N.Y. on March 4, 2004 and would like to take the opportunity for
a meeting with Arlington.

I would suggest a meeting at 05.00 pm and, if you would be in too, would
like to invite you for a dinner that night.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00010671C
SECSEV0684233

Please let me know if Arlington and/or you are available.

Kind regards

Daniel

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000106711
SECSEV0684234