# EXHIBIT 25

| | |
|---|---|
| **From:** | Ron Thomann [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=RTHOMANN@fairdomain01.com] |
| **Sent:** | Wednesday, February 04, 2004 9:30 PM |
| **To:** | John Wartman |
| **Subject:** | FW: Materials and Meetings |

-----Original Message-----
**From:**   Ron Thomann
**Sent:**   Wednesday, February 04, 2004 2:20 PM
**To:**   Lauren Ross
**Subject:**      Materials and Meetings

Lauren:

Let me place an order for December materials:

25 Tear Sheet Packages
10 Multi Manager Funds Books
10 FFTW DAF A Books
20 Dover Institutional Dec Tear Sheets
20 Redstone Hot Issue Dec Tear Sheets
20 Arlington Dec Tear Sheets
20 DAF A  December Tear Sheets
20 Fairfield Sentry B Tear Sheets
20 Fairfield Sigma B Tear Sheets
20 FIF Institutional Tear Sheets
20 Fairfield Investors Tear Sheets (Euros)
20 Fairfield Guardian Tear Shetts
20 FIF Qtr 4 2003 Letter
20 Fairfield Sentry Semin Annual Qtr 4 Letter

Also, I plan to meet potential investors the following places and dates:

*New York:    February 10-11:*

2/10: St. Stephen's School (Rome): Duncan Pollock, Chairman of the Board and Rick Routhier, Member of the Board.

2/11: Bank of America Funds of Funds: Troy Gayeski
Momentum/Pioneer Investments: Alice Healy
Azimuth: David Mullins
Starview: Peter Fell

*New York:    March 1-4:*

3/1:  Nienie Admadjaja
3/4:  ANOVA: Daniel Vock, HF Dir with Arlington
Pictet: Laurent Roux, Senior Director

1

CONFIDENTIAL

FGANW003575684
FG-04279923

**_Chicago:      March 16-18:_**

Pritzker Family:  Jay Prtitzker, Member
Plymouth Rock: Kay Torshen, Founder
Make a Wish Foundation: Darly Ma, CFO
CSS LLC: Clay Struve, Founder
Dodi Managment: Tim Kelly, CIO
Liberty Wanger Asset Management: Ralph Wanger, CEO


Thanks for your help.

RT

CONFIDENTIAL

FGANW003575685
FG-04279924