# EXHIBIT 28

**From:** Lauren Ross [lauren@fggus.com]
**Sent:** 1/4/2005 4:38:25 PM
**To:** Ron Thomann [rthomann@fggus.com]
**CC:** Jeffrey Tucker [jeffrey@fggus.com]; Richard Landsberger [richard@fggus.com]
**Subject:** RE: Breda Consulting

Please contact Kim to see about any progress he has made with the account. If aggreable, let him
know you prefer to follow up per the intro below.

Tks, Lauren

-----Original Message-----
From: Ron Thomann
Sent: Tuesday, January 04, 2005 10:44 AM
To: Lauren Ross
Subject: Breda Consulting
Importance: High

Lauren:

I recall that you asked me about Breda Consulting last month because someone else at FGG
wanted to get the OK to contact them. Kim Perry? While I gave my OK because ANOVA had not
actually introduced as promised about a year ago they have now done so without my having asked
them to do so. Because the ANOVA intro is so important I should follow up with Breda. Please
advise whom I should speak with or what I should do about this. Best, RT

-----Original Message-----
From: Daniel.Vock@aaa-net.com [mailto:Daniel.Vock@aaa-net.com]
Sent: Tuesday, January 04, 2005 10:28 AM
To: Ron Thomann
Subject: RE: Best Wishes for Christmas and the New Year


Dear Ron,

thanks for the mail.
Good news all over (at least where we are invested). I will be in London as from Feb. 1 to 3 or
4th, 2005. In any case, due to internal changes we do not intend to make new / additional
investments in the 1st quarter 2005. I intend to be in the US in March and would suggest that we
could meet there.
As you might recall I mentioned another single family office we have kind of regular contact with.
I talked to them and their head would be ready to meet you on Feb. 1, 2005 in Zurich. Please see
below the contact details.

All the best.

NYAG-E001194153
FG-01309398

Daniel

BREDA Consulting
Gartenstrasse 33
8001 Zürich
Tel. +41 1 206 55 00
CEO
Christoph Stieger
e-mail: C.Stieger@BREDA.CH


"Ron Thomann"
om> To

04.01.2005 15:04    cc
,
,
,

Subject
RE: Best Wishes for Christmas and
the New Year



Daniel:


I hope you enjoyed the holidays. I thought I would send you (and copy your
colleagues) some updates about the various funds in which ANOVA has invested and has been
following.


I plan to be in Zurich February 1-4 and welcome the opportunity to meet you and your colleagues
there to review funds and focus on new ones of potential interest to you.


Fairfield Sentry was up 6.42% net (USD) as of December 30, 2004, and Assets Under
Management are about $5.0 bn.
NGA Fairfield was up 13.41% net (USD) as of December 31, 2004, and Assets Under

Management are about $375.0 mm.
Fairfield Redstone was up 14.22% net (USD) as of December 31, 2004, and Assets Under
Management are about $635.0 mm Arlington International was up 7.91% net (USD) as of
December 31, 2004 and
Assets Under Management are $300.0 mm. The new senior portfolio manager
will start February 1st. Let me know if you would like to meet the group again.

Fairfield Paradigm Fund was up 9.25% net as of December 30, 2004, and Assets Under
Management are about $625.0 mm.

FGG's New Funds
Trafalgar Pan-European Equity Market Neutral Fund is managed by a very experienced team in
London. The Portfolio Folio managers employ a model driven by three primary factors: value,
growth and balance sheet quality.
Their universe is comprised of stocks in the 15 European countries which they consider fully
developed from an economic and market point of view. A liquidity screen reduces the stock pool
to about 1,500. The Portfolio Managers seek to uncover the lowest 20 and highest 20 percentile
companies in the pool based on the above factors. A composite score is then assigned and
selections are then made. The Fund's investment strategy uses a disciplined multi-factor model
which selects a large number of long/short stocks on the basis of their growth, value, momentum
and quality characteristics. Selected stocks are then combined in the portfolio construction
process to eliminate unwanted sources of risk such as country and industry risk. The Fund was
launched 10/31/2001 and has achieved an annualized return of almost 9.68% net in Euros and
10.7% net in sterling while featuring annual standard deviation of about 4%. The Fund is up 8.0%
net (Euros) as of December 17, 2004 Year-To-Date while featuring an annual standard deviation
of 4.30%. AUM: $85 mm.

Ajia-RPMH Fund, launched November 1, 2004, is an Asian long/short equity strategy which
allocates capital to Asian countries while using quantitative and fundamental tools to select
sectors and securities. The investment process is disciplined and systematic, combining
macroeconomic analysis and fundamental stock selection. The macro analysis aims to determine
whether a specific country's economy is likely to be pro- or counter-cyclical, looking out over a
three- to six-month period. Sectors are then evaluated as to whether they benefit from the
predicted pro- or counter-cyclical trend. The strategy will have a +/- 30% net long/short exposure
determined by the team's global macro analysis and by putting the region's expected return in the
context of external influences. The portfolio construction incorporates risk control via portfolio
optimization at the country, sector and security levels. Trades are constructed as long and short
positions in risk-adjusted security baskets (typically 50-75 long positions and 50-75 short
positions).

Fairfield Ecofin Global Utilities Fund, launched October 7, 2004, employs a long/short equity
strategy which invests globally in the securities of utility companies and targets annual returns of

CONFIDENTIAL TREATMENT REQUESTED

12%-15%. Utility companies include those engaged in the power generation, transmission and distribution business; water supply and treatment companies; gas transmission and distribution companies and energy transmission companies.

To a lesser extent the Fund may invest in utility-related companies which supply equipment, technology or services to utility companies or which engage in commodity-related businesses supplying utility companies. The Fund's gross exposure will be typically 250% with a net exposure of -10% to

+50%. Approximately 40% to 60% of the Fund's gross exposure will be to

U.S. markets; 40%-60% to European markets, including the U.K.; and 0% to 10% to other markets, principally developed markets in Asia and Australasia.

Fairfield FFTW Global Credit Fund, a global relative value fund covering a wide group of fixed income sub-strategies, focuses on investment grade corporate credits. FFTW has a team of 11 investment professional, including 2 senior Portfolio Managers and 9 Credit Analysts, in New York and London who undertake rigorous credit analysis to look for credits they believe should be re-priced. Most frequently these positions will be offset by a delimitative position structured around credits of like rating and maturity. The Fund is up 2.73% net (USD) and 2.98% net (Euro) since inception July 1, 2004. AUM: $50 mm.

Fairfield Briscoe Senior Capital Fund, a loan fund in the $2.0 trillion syndicated U.S. loan market, actively manages a diversified portfolio of leveraged senior secured loans to established domestic businesses in the U.S. The Fund may use leverage of up to 6 times committed equity capital. The objective of the Fund is chiefly to earn a spread between the cost of borrowing and the interest income from the Fund's borrowers. Both the leverage and the portfolio loans are at floating rates, helping to insulate investors from movements in interest rates. The Fund acquires mostly corporate bank credits from agent banks through the syndication process as well as in the secondary market. Up to 15% of the portfolio may be smaller credits with higher spreads, but generally the Fund will use less leverage to finance these smaller credits. The Fund is up 1.67 between inception August 1, 2004 and October 31, 2004. AUM: $85mm.

Aerium-Fairfield Property Fund is a closed-end, Pan-European, real estate investment fund focused on office and retail properties priced between $5.0 mm-$100.0mm and managed by a very experienced team led by Eli Michel of Groupe Leonard de Vinci in Paris. Aerium currently manages a European real estate portfolio valued at about 3.0 bn Euros and has conducted transactions (or advised) valued at more than 4.0 bn Euros for major European and American funds, including UBS, W.P. Carey, Imperial Bank and Westbrook. Aerium has structured over 2.5 bn Euros in debt financing with major European banks, including Wurttemberger Hypo, Entenial, BNP Paribas and Barclays, and has a significant credit line with Wurttemberger Hypo Bank in Germany. The Fund currently features investments in France, Germany, Luxembourg and Switzerland.

I look forward to hearing from you, and hope we can meet soon in Zurich.

CONFIDENTIAL TREATMENT REQUESTED

Kind regards,

Ron Thomann

Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
General: 212 319-6060
Direct: 212 991-5289
Email: rthomann@fggus.com
www.fggus.com

◇ ◇ ◇ ◇ ◇ ◇



From: Ron Thomann
Sent: Tuesday, December 21, 2004 8:15 AM
To: daniel.vock@aaa-net.com; Christian.Gresch@aaa-net.com;
frank.gulich@aaa-net.com
Subject: Best Wishes for Christmas and the New Year

Daniel, Christian and Frank:

I wish you all a Merry Christmas and a Happy New Year.

I plan to be in Zurich during the week of January 31st when I hope to see you again.

Kind regards,

Ron Thomann

Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
General Telephone #: 212 319-6060
Direct Telephone #: 212 991-5289
Email: rthomann@fggus.com

URL: www.fggus.com (See attached file: Monthly Update Arlington Nov 2004.pdf)(See attached file: Monthly Update Sentry Nov 2004.pdf)(See attached file: Monthly Update FG-FFTW GCF Nov 2004.pdf)(See attached file:
Redstone Nov-04.pdf)(See attached file: Monthly Update NGA Nov 2004.pdf) (See attached file: Monthly Update Paradigm Nov 2004.pdf)

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001194158
FG-01309403