# EXHIBIT 30

**From:** Richard Landsberger [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENT
S_CN=RICHARD@fairdomain01.com]
**Sent:** 5/9/2003 1:43:40 PM
**To:** Ron Thomann [rthomann@fggus.com]
**CC:** Greg Bowes [greg@fggus.com]; John Wartman [john@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]
**Subject:** RE: FGG Risk Management Book

tnks

-----Original Message-----
From:    Ron Thomann
Sent:    09 May 2003 14:10
To:      Richard Landsberger
Cc:      Greg Bowes; John Wartman; Jeffrey Tucker
Subject:    FW: FGG Risk Management Book
Importance:    High


Richard:

Christian Gresch, CFO from ANOVA, looks forward to meeting you May 12 at FGG. While he will want to understand better Sentry (he has read the updated RFP) he will ask you about GMO MN as well. While Daniel Vock attended the GMO seminar in Zurich earlier this week Gresch did not. Vock is advocating for the investment in the GMO MN Fund, but a final decision has not been made. Gresch is concerned about the Qtr 1 performance. They know there will be a FGG piece coming out about Qtr 1 performance and market trends. I spent about a hour with Vock on the phone talking about both Sentry and GMO (using points I learned from recent presentations that Greg and John made to various prospective investors who visited us this week. Daniel seemed very appreciative of the update and is very positive about the growing interaction with FGG.

ANOVA will invest $3.0 mm in Redstone. The exact timing is unclear to me. Vock said they are reorganizing their Bahamas-based investment vehicles which may delay the investment by a month.

They will make a decision on Sentry soon after Gresch's discussion with you. I would stick with Class A shares.

As long as Gresch feels confortable with GMO they will move forward with that investment as well.

Call if you want to chat further about this one.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075585
FG-02190830

RT

-----Original Message-----
From:   Ron Thomann
Sent:   Friday, May 09, 2003 8:57 AM
To:     'daniel.vock@aaa-net.com'
Cc:     Richard Landsberger
Subject:    FGG Risk Management Book
Importance:    High

Daniel:

Good to talk with you earlier today.

I attach the Risk Management book that will provide more detail about FGG's approach for you and Christian Gresch. Richard Landsberger looks forward to meeting Christian in London May 12 and will certainly describe the Fairfield Sentry Fund and to discuss also the Fairfield GMO Market Neutral Fund.

I look forward to hearing from Phillip Hjelmer and you about the timing of ANOVA's subscription to Fairfield Redstone. When the FGG piece about the Fairfield GMO Market Neutral Fund is ready I will be sure to send it you as soon as available.

Best regards,

Ron Thomann

<< File: Risk Presentation.pdf >>

Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
General Telephone #: 212 319-6060
Direct Telephone #:   212 991-5289
Email: rthomann@fggus.com
URL: www.fggus.com

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075586
FG-02190831