# EXHIBIT 31

| | |
|---|---|
| From: | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| Sent: | Tuesday, October 22, 2002 6:51 PM |
| To: | Ron Thomann; Harold Greisman |
| Cc: | Greg Bowes; Richard Landsberger; Walter Noel |
| Subject: | RE: Anova |

I would like to do my part at the end so I can join around 10. As you know, in addition to Harold and myself, Greg has a complete command of Sentry. However, if you think it will help, I would be pleased to attend.

-----Original Message-----
**From:** Ron Thomann
**Sent:** Monday, October 21, 2002 8:46 AM
**To:** Jeffrey Tucker; Harold Greisman
**Cc:** Greg Bowes; Richard Landsberger; Walter Noel
**Subject:** Anova

Jeffrey/Harold:

I scheduled a meeting at 9AM October 31 at FGG with Daniel Vock, CIO-hedge Funds, and Philip Hjelmer of Anova, the family office of Stefan Schmidheiny in Zurich. Greg will join me in giving them an update of the Masters Fund and FGG. I believe that each of you has met Vock and Hjemer previously.

Anova is most likely going to make a significant investment in FGG funds in Q1, 2003, but may want to take some of my Sentry allocation December 1, 2002. Vock asked for a meeting with Madoff, but I told him that it would not be possible to arrange. I presented you and Harold as the resident experts for Sentry in lieu of Madoff. It would be great if one or both of you could join us for 30 miniutes to focus on Sentry.

I tried to see if Vock could visit FFTW and GMO during his upcoming trip to New York, but he prefers to do so in Q1, 2003.

This is an opportunity to sell Anova on one of 2 options: invest $5-$10mm in each of the following funds (Sentry, FFTW and GMO) or $25mm in the Masters one.

Let me know if you can join us for part of the 10/31 meeting.

RT

1

CONFIDENTIAL

FGANW005525808
FG-05668651