# EXHIBIT 32

| | |
|---|---|
| From: | Ron Thomann [rthomann@fggus.com] |
| Sent: | Thursday, April 29, 2004 7:37 PM |
| To: | Lauren Ross |
| Subject: | RT's List of Accounts:  Onshore ones are highlighted |
| Attachments: | AUM.doc |

Lauren:

I attach a current list of AUM in my book.

The onshore investments are the following.

1) Greenwich Sentry: $42,000,000 (Koch Capital Markets)

2) Stable Fund: $500,000 (Skadden Arps/Earle Yaffa)

3) Redstone: $200,000 (Dr. Orofsky)

       $100,000 (Nienie Admadjaja)

4) Belmont: $100,000 (Nienie Admadjaja)

Best,

RT

1

CONFIDENTIAL

FGANW003575800
FG-04280039

### AUM

**Fairfield Sentry**
**Class A**

| | | |
|---|---|---|
| Torschen IRA | $2,348,453.45 | |
| EmbiricosFamily | $1,926,026.23 | |
| Millenium | $1,539,592.05 | |
| Asset Mgmt Partners | $922,868.53 | |
| Fakhry Family | $549,190.39 | |
| DeGroof Family | $110,137.53 | |
| Riggs Intl PB | $109,836.13 | |

**Sigma A**

| | | | |
|---|---|---|---|
| Liberty | | | |
| Alternative | $1,111,199 | 925,998.84 | Euros |

**Sub Total** **$8,617,303**

**Class B**

| | |
|---|---|
| Anova | $10,373,819 |
| Koch Capital Markets | $10,000,001 |
| Carthesio | $1,037,379.70 |
| CSFB Bahamas | $207,471.58 |
| Nagel Family | $110,421.03 |

**Sub Total** **$21,729,091.00**
**Grand Total** **$30,346,394.00**

### Greenwich Sentry

| | |
|---|---|
| Koch Capital Mkts | **$42,000,000** |

**All Sentry** **$72,350,000**

### Redstone

| | | | |
|---|---|---|---|
| Hunter Douglas | $6,619,116 | 5,515,930.00 | Euros |
| Anova | $6,614,888 | | |
| AMP | $4,727,364 | | |
| Montsol | $2,152,477 | 1,793,730.83 | Euros |
| Cap Advisors | $1,514,640 | | |
| Cap Advisors Inlaks | $504,884 | Onshore | |
| Foundation | $262,863 | | |
| Osofsky | $240,000 | Onshore | |
| CSFB Bahamas | $220,573 | | |
| Admadjaja Family | $100,000 | Onshore | |

**Total** **$22,956,805**

### NGA Fairfield

| | |
|---|---|
| Anova | $3,153,705 |
| Montsol | $2,961,875 |

**Total** **$6,115,580**

### Arlington International

| | | |
|---|---|---|
| Admadjaja | **$105,000** | Onshore |

### FIF

| | |
|---|---|
| Spectrum | **$2,047,398** |

CONFIDENTIAL

FGANW003575801
FG-04280040

|  |  |  |
|---|---:|---|
| Riggs Trust | *$1,137,160.71* | |
| Carthesio | *$1,750,000.00* | |
| St. Stephen's School | *$500,000.00* | |
| St. Stephen's School | *$500,000.00* | Euros: 417,000 |

**_FIF Advanced_**

|  |  |  |
|---|---:|---|
| CSFB Bahamas | *$120,000.00* | Euros: 100,000 |

**_Stable_**

|  |  |  |
|---|---:|---|
| Skadden Arps | *$510,000* | Onshore |

**_Chester_**

|  |  |
|---|---:|
| Banco Santander | *$1,599,121* |

**_Fairfield Guardian_**

|  |  |
|---|---:|
| Riggs Intl PB | *$128,054.37* |

**_Fairfield Masters_**

|  |  |
|---|---:|
| Liberty Alternaive | *$73,142.50* |

**_MMFs Total_**  *$8,536,876.50*

**_Grand Total_**  *$110,000,000*

CONFIDENTIAL

FGANW003575802
FG-04280041