# EXHIBIT 33

**From:** Ron Thomann [RTHOMANN@fairdomain01.com]
**Sent:** 3/31/2003 4:10:55 PM
**To:** Walter Noel [walter@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]
**CC:** Lourdes Barreneche [lourdes@fggus.com]
**Subject:** RE: ANOVA

Walter:

Thanks. Gulich was not with Volk either of the times you joined me in meetings with ANOVA. Gulich was the CEO at Mueller Muuls, but left there about 9 months ago to head ANOVA. I understood Gulich to mean that Zehnder had tried to effect an introduction when Gulich was still at Mueller Muuls. Lourdes interacted with Gulich at Mueller Muuls which is an existing client of her's.

RT

-----Original Message-----
From:   Walter Noel
Sent:   Monday, March 31, 2003 10:59 AM
To:     Ron Thomann; Greg Bowes; Jeffrey Tucker
Cc:     John Wartman; Lourdes Barreneche; Veronica Barco
Subject:        ANOVA

Ron, Dominik Zehnder, Goldman Sachs Zurich, is the chap who tried to introduce me to Frank Gulich. He or Gulich was away each of the several times we tried to meet. Dominik told me Gulich managed a major family office, no name given. Was Gulich with Daniel Volk either of the times I met with Volk along with yourself? We are covering the waterfront. If we do not get them one way we will get them another. Good work!    Walter

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075036
FG-02190281