# EXHIBIT 34

## Microsoft Outlook

| | |
|---|---|
| From: | Angela, Indra    AMS |
| Sent: | Thursday, July 31, 2003 4:51 AM |
| To: | 'rthomann@fggus.com'; '          Redacted |
| Cc: | 'dan@fggus.com'; Fernandez, Maria João   AMS |
| Subject: | RE: Sentry B |

Dear all,

Subscription confirmed today. Subscription amount also received.

Regards,
Indra

-----Original Message-----
From: Ron Thomann [mailto:rthomann@fggus.com]
Sent: Thursday, July 31, 2003 9:22 AM
To: Corina Piedrahita; Angela, Indra AMS
Cc: Dan Lipton
Subject: RIF: Sentry B


Corina and Dan:  great.  many thanks.   RT

>    -----Messaggio originale-----
>    Da: Corina Piedrahita
>    Inviato: mer 30/07/2003 21.55
>    A: Indra Angela
>    Cc: Dan Lipton; Ron Thomann
>    Oggetto: FW: Sentry B
>    
>    
>    
>    Parson sub for sentry B accepted.
>    Corina
>    
>    -----Original Message-----
>    From: Dan Lipton [mailto:dan@fggus.com]
>    Sent: 30 July 2003 20:42
>    To: Corina Piedrahita; Ron Thomann
>    Cc: Indra Angela; Jeffrey Tucker
>    Subject: RE: Sentry B
>    
>    Corina,
>    
>    Ron is traveling on vacation some where abroad and I don't know if he has access to
> email. I suggest accepting it. I know he has been courting them for a while. Your call.
>    
>    Dan
>    
>    Daniel E. Lipton
>    Fairfield Greenwich Group
>    919 Third Avenue - 11th Floor
>    New York, NY 10022
>    212-991-5265 - Direct
>    212-319-6060 - General
>    212-319-0450 - Fax

1

CONFIDENTIAL                                                                                                              ANWAR-CFSE-00493495

-----Original Message-----
From: Corina Piedrahita
Sent: Wednesday, July 30, 2003 10:19 AM
To: Ron Thomann
Cc: Indra Angela; Dan Lipton; Jeffrey Tucker
Subject: Sentry B

Ron, we have a large sub in from Parson Finance for Sentry B.  First, does this belong to you?  If yes, were you expecting this and would you like it accepted?
Thanks and regards,
Corina
=============================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the persons to whom it is addressed,and may contain confidential information. Any use,distribution,modification,copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

2

CONFIDENTIAL
ANWAR-CFSE-00493496