# EXHIBIT 35

**Microsoft Outlook**

| | |
|---|---|
| From: | Collonna.Hepburn@aaa-net.com |
| Sent: | Friday, September 12, 2003 2:26 PM |
| To: | jbrouji@citco.com |
| Subject: | RE: Fairfield Sentry B sub - to be cancelled - Parson Finance |

Please advise if you have received a letter from our bank, State Street Bank. Also, please advise if there are any outstanding items in connection with the additional subscription. Could you please fax us (242-356-0640) or email a copy of the subscription confirmation.
Regards,
Collonna
----- Forwarded by Collonna Hepburn/AAA on 09/12/2003 08:23 AM -----

> cebeller@statestreet.com      To:    Collonna.Hepburn@aaa-net.com
>                                cc:
> 09/11/2003 11:18 AM    Subject:   RE: Fairfield Sentry B sub - to be cancelled - Parson Finance

Collonna: I just fax a letter to Jalila Brouji:   Would you please give him a heads-up that its coming over to FAX: 0031-20 5722 610.

Regards,

Carolyn E. Beller-Spooner
Client Service Officer

WMS/Fiduciary Investor Services

Tele. # 617-537-3143
 Fax:    617-537-3921

cebeller@statestreet.com

1

CONFIDENTIAL                                                                                                                           ANWAR-C-ESI-00814196