**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01677 (CGM) |
| Plaintiff, | |
| v. | |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund | |

L.P.; SG AUDACE ALTERNATIF (*f/k/a*
SGAM AI Audace Alternatif), now acting by
and through its manager, Lyxor Asset
Management S.A.S.; SGAM AI EQUILIBRIUM
FUND (*f/k/a* SGAM Alternative Diversified
Fund), now acting by and through its liquidator,
KPMG Advisory Sarl; LYXOR PREMIUM
FUND (*f/k/a* SGAM Alternative Multi Manager
Diversified Fund), now acting by and through its
trustee, Societe Generale S.A.; SOCIETE
GENERALE S.A., as Trustee for Lyxor
Premium Fund and Successor in Interest to
Banque de Reescompte et de Placement a/k/a
Barep and to Societe Generale Asset
Management Banque d/b/a Barep; SOCIETE
GENERALE LUXEMBOURG (*f/k/a* Societe
Generale Bank & Trust S.A.); OFI MGA
ALPHA PALMARES (*f/k/a* Oval Alpha
Palmares); OVAL PALMARES EUROPLUS;
and UMR SELECT ALTERNATIF;

                    Defendants.

## STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§

78aaa *et. seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, on the

one hand, and defendants Societe Generale Private Banking (Suisse) S.A. (*f/k/a* SG Private

Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private

Banking (Lugano-Svizzera) S.A.; Socgen Nominees (UK) Limited; Lyxor Asset Management

Inc. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.;

SG Audace Alternatif (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its

manager, Lyxor Asset Management S.A.S.; SGAM AI Equilibrium Fund (*f/k/a* SGAM

Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl;

Lyxor Premium Fund (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by

2

and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for

Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a

Barep and to Societe Generale Asset Management Banque d/b/a Barep; Societe Generale

Luxembourg (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA Alpha Palmares (*f/k/a* Oval

Alpha Palmares); Oval Palmares Europlus; and UMR Select Alternatif (collectively,

"Defendants"), on the other, by and through their respective, undersigned counsel, hereby

stipulate and agree as follows:

1.) Defendants shall respond to the complaint in the Action, Adv. Pro. No. 12-01677

(Bankr. S.D.N.Y. May 30, 2012), ECF No. 1, as amended by stipulation and order entered on

April 18, 2022, ECF No. 133, by April 29, 2022.  If any Defendants file a motion to dismiss the

complaint, the Trustee shall respond to the motion by June 28, 2022, and such Defendants shall

file their reply by July 28, 2022.

2.) If any Defendants file such a motion to dismiss the complaint, the parties shall

seek oral argument on the motion at the Court's first available convenience.

3.) The Trustee and Defendants reserve all rights, arguments, objections and defenses

they may have, and entry into this Stipulation shall not impair or otherwise affect any such

rights, arguments, objections, and defenses, including, without limitation, challenges to personal

jurisdiction or to the jurisdiction of this Court.

4.) The above deadlines granted by this Stipulation are without prejudice to either

party seeking future extensions of time.

Dated: New York, New York
April 18, 2022

**WINDELS MARX LANE & MITTENDORF, LLP**

By: ___/s/ Kim M. Longo_____
Kim M. Longo (klongo@windelsmarx.com)
Robert J. Luddy (rluddy@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*for the Chapter 7 Estate of Bernard L. Madoff*

**ALLEGAERT BERGER & VOGEL LLP**

By: ____/s/ John F. Zulack_____
John F. Zulack (jzulack@abv.com)
111 Broadway, 20th Floor
New York, NY 10006
Tel: (212) 571-0550
Fax: (212) 571-0550

*Attorneys for Societe Generale Private Banking*
*(Suisse) S.A., individually and as successor in interest*
*to Societe Generale Private Banking (Lugano-Svizzera)*
*S.A., Socgen Nominees (UK) Limited, Lyxor Asset*
*Management Inc., SG Audace Alternatif, now acting by*
*and through its manager, Lyxor Asset Management*
*S.A.S., SGAM AI Equilibrium Fund, now acting by and*
*through its liquidator, KPMG Advisory Sarl, Lyxor*
*Premium Fund, now acting by and through its trustee,*
*Societe Generale S.A., Societe Generale S.A., as*
*Trustee for Lyxor Premium Fund and Successor in*
*Interest to Banque de Reescompte et de Placement a/k/a*
*Barep and to Societe Generale Asset Management*
*Banque d/b/a Barep, and Societe Generale Luxembourg*

**MAYER BROWN LLP**

By: ___/s/ Christopher J. Houpt_____
Steven Wolowitz (swolowitz@mayerbrown.com)
Christopher J. Houpt (choupt@mayerbrown.com)
Bradley A. Cohen (bacohen@mayerbrown.com)
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500

*Attorneys for Societe Generale Private Banking
(Suisse) S.A., individually and as successor in interest
to Societe Generale Private Banking (Lugano-Svizzera)
S.A., Socgen Nominees (UK) Limited, Lyxor Asset
Management Inc., SG Audace Alternatif, now acting by
and through its manager, Lyxor Asset Management
S.A.S., SGAM AI Equilibrium Fund, now acting by and
through its liquidator, KPMG Advisory Sarl, Lyxor
Premium Fund, now acting by and through its trustee,
Societe Generale S.A., Societe Generale S.A., as
Trustee for Lyxor Premium Fund and Successor in
Interest to Banque de Reescompte et de Placement a/k/a
Barep and to Societe Generale Asset Management
Banque d/b/a Barep, and Societe Generale Luxembourg*


**BOND, SCHOENECK & KING, PLLC**

By: ___/s/ Brian J. Butler_____
Brian J. Butler (bbutler@bsk.com)
One Lincoln Center
110 West Fayette Street
Syracuse, NY 13202-1355
Tel: (315) 218-8000
Fax: (315) 218-8100

*Attorneys for OFI MGA Alpha Palmares, Oval
Palmares Europlus, and UMR Select Alternatif*


**SO ORDERED.**



**Dated: April 19, 2022
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**