Scott M. Berman
Jeffrey C. Fourmaux
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York  10036
Telephone: (212) 833-1100
E-mail:     sberman@fklaw.com
            jfourmaux@fklaw.com

*Attorneys for Defendant Pierre Delandmeter*

**Hearing Date:** Sept. 14, 2022
**Opposition Date:** June 17, 2022
**Reply Date:** July 29, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its | Adv. Pro. No. 10-04285 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

3658044.1

| |
|---|
| Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, MAITRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, , GROUPEMENT FINANCIER LTD., |
|                   Defendants. |

**NOTICE OF DEFENDANT PIERRE DELANDMETER'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon defendant Pierre Delandmeter's Memorandum of Law in Support of His Motion to Dismiss the Second Amended Complaint, the accompanying Declaration of Pierre Delandmeter, dated April 22, 2022, and the exhibits thereto, and all prior pleadings and proceedings herein, defendant Pierre Delandmeter ("Delandmeter") will move this Court on September 14, 2022, at 10:00 a.m. for an order dismissing all claims against Delandmeter in the Second Amended Complaint filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

3658044.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered in this proceeding on January 20, 2022, the Trustee shall file any opposition to this motion by June 17, 2022 and Delandmeter shall file any reply by July 29, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Delandmeter does not consent to the entry of final orders or judgment by this Court.

Dated: New York, New York
April 22, 2022

              FRIEDMAN KAPLAN SEILER
                & ADELMAN LLP

By:   /s/ Scott M. Berman
       Scott M. Berman
       Jeffrey C. Fourmaux
7 Times Square
New York, New York 10036
Telephone: (212) 833-1100
E-mail:    sberman@fklaw.com
              jfourmaux@fklaw.com

*Attorneys for Defendant Pierre Delandmeter*