Scott M. Berman
Jeffrey C. Fourmaux
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York  10036
Telephone: (212) 833-1100
E-mail: sberman@fklaw.com
jfourmaux@fklaw.com

**Hearing Date:** Sept. 14, 2022
**Hearing Time:** 10:00 a.m.
**Opposition Date:** June 17, 2022
**Reply Date:** July 29, 2022

*Attorneys for Defendant Pierre Delandmeter*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

              Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its | Adv. Pro. No. 10-04285 (CGM) |

3658208.1

| |
|---|
| Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, MAITRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, , GROUPEMENT FINANCIER LTD., |
|                   Defendants. |

**NOTICE OF HEARING ON DEFENDANT PIERRE DELANDMETER'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on April 22, 2022, defendant Pierre Delandmeter ("Delandmeter"), by and through its undersigned counsel, filed a motion for an order dismissing the Second Amended Complaint filed by plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Motion"). The Motion will be heard before the Honorable Cecelia G. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on **September 14, 2022 at 10:00 a.m. (prevailing Eastern time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

2

3658208.1

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court.  All parties who wish to participate in the Hearing must refer to Judge Morris's guidelines for remote appearances and are required to make arrangements to appear via ZoomGov.  For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367.  Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that if you oppose the relief requested in the Motion you are required to file a written response ("Opposition"), and to serve the Opposition on Delandmeter's counsel Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, NY 10036-6516, Attn: Scott M. Berman, Esq., sberman@fklaw.com, so that it is received by **June 17, 2022** (the "Opposition Deadline").  Delandmeter shall file his reply by July 29, 2002.

PLEASE TAKE FURTHER NOTICE that if no Opposition is timely served with respect to the Motion, Delandmeter may, on or after the Opposition Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

[Remainder of page intentionally left blank]

3658208.1

Dated: New York, New York
April 22, 2022

                FRIEDMAN KAPLAN SEILER
                  & ADELMAN LLP

By:   /s/ Scott M. Berman
      Scott M. Berman
      Jeffrey C. Fourmaux
7 Times Square
New York, New York 10036
Telephone: (212) 833-1100
E-mail:    sberman@fklaw.com
             jfourmaux@fklaw.com

*Attorneys for Defendant Pierre Delandmeter*