Scott M. Berman
Jeffrey C. Fourmaux
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York  10036
Telephone: (212) 833-1100
E-mail:     sberman@fklaw.com
            jfourmaux@fklaw.com

*Attorneys for Defendant Pierre Delandmeter*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its | Adv. Pro. No. 10-04285 (CGM) |

3658045.1

| |
|---|
| Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, MAITRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, , GROUPEMENT FINANCIER LTD., |
| Defendants. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I caused defendant Pierre Delandmeter's Notice of Defendant Pierre Delandmeter's Motion to Dismiss Second Amended Complaint, Memorandum of Law in Support of Defendant Pierre Delandmeter's Motion to Dismiss Second Amended Complaint, Declaration of Pierre Delandmeter dated April 22, 2022 and the exhibits thereto, and Notice of Hearing on Defendant Pierre Delandmeter's Motion to Dismiss Second Amended Complaint to be served on all counsel of record in the above-referenced adversary proceeding through the Court's electronic case filing system (Adv. Pro. No. 10-4285 at ECF 279 through ECF 282, and Adv. Pro. No. 08-1789 at ECF 21419 through ECF 21422).

2

3658045.1

Dated: New York, New York
April 22, 2022

        FRIEDMAN KAPLAN SEILER
          & ADELMAN LLP

By:   /s/ Scott M. Berman
     Scott M. Berman
     Jeffrey C. Fourmaux
7 Times Square
New York, New York 10036
Telephone: (212) 833-1100
E-mail:    sberman@fklaw.com
            jfourmaux@fklaw.com

*Attorneys for Defendant Pierre Delandmeter*

3

3658045.1