**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership,<br><br>       Defendants. | Adv. Pro. No. 10-04468 (CGM)<br><br>**Reference Docket Nos. 220, 229, 233, 234** |

**ORDER DENYING MOTION TO REOPEN, AMEND, OR ALTER JUDGMENT**

Defendant Kenneth W. Brown having filed the *Motion After Judgment to Petition for Rehearing to Reopen, Amend, or Alter a Judgment That No Longer Serves the Trustee's Original Purpose of Fairness and Equity* [Docket No. 220] (the "Motion") dated March 25, 2022; and the Court having considered the papers submitted in support of and in opposition to the Motion; and the Court having heard oral argument on April 20, 2022; and after due deliberation, it is hereby:

**ORDERED** that the Motion is **DENIED** for the reasons set forth on the record during the oral argument held on April 20, 2022.



**Dated: April 25, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

2