**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 12-01693 (CGM) |
| Plaintiff, | |
| v. | |
| BANQUE LOMBARD ODIER & CIE SA, | |
| Defendant. | |

**STIPULATION AND ORDER TO AMEND**
**BRIEFING SCHEDULE AND ADJOURN ARGUMENT DATE**

**WHEREAS,** on January 27, 2022, the Court entered a stipulation and order that set a

briefing schedule for Banque Lombard Odier & Cie SA's ("Defendant") motion to dismiss the

Trustee's Complaint (the "Motion"), ECF No. 88;

**WHEREAS,** on January 28, 2022, Defendant filed the Motion, ECF Nos. 89–90, and on

March 29, 2022, the Trustee opposed the Motion, ECF Nos. 100–01;

**WHEREAS,** Defendant has requested an extension of the deadline to file a reply in

further support of the Motion; and

**WHEREAS,** the parties have met and conferred, and the Trustee consents to the

Defendant's request.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and **SO**

**ORDERED**, by the Court that:

1.    Defendant will submit its reply in further support of its Motion on or before May

      27, 2022.

2.    The hearing to consider Defendant's Motion will be adjourned from May 18,

      2022, to June 15, 2022, at 10:00 a.m. (prevailing Eastern time).


Dated:  April 21, 2022
        New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Torello H. Calvani*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Tara E. Turner
Email: tturner@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*

**ALLEGAERT BERGER & VOGEL
LLP**

By: */s/ John F. Zulack*
111 Broadway, 20th Floor
New York, New York 10006
Telephone: 212.571.0550
Facsimile: 212.571.0555
John F. Zulack
Email:  jzulack@abv.com

*Attorney for Defendant Banque Lombard*
*Odier & Cie SA*

2

**MAYER BROWN LLP**

By: /s/ *Mark G. Hanchet*
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.506.2500
Mark G. Hanchet
Email: mhanchet@mayerbrown.com
Kevin C. Kelly
Email: kkelly@mayerbrown.com

Marc R. Cohen
1999 K St NW
Washington, DC 20006
Tel. No.: (202) 263-5282
Email: mcohen@mayerbrown.com

*Attorneys for Defendant Banque Lombard*
*Odier & Cie SA*

**SO ORDERED.**



**/s/ Cecelia G. Morris**
_____

**Dated: April 25, 2022**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**