**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01693 (CGM) |
| Plaintiff, | |
| v. | |
| BANQUE LOMBARD ODIER & CIE SA, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 25, 2022, the Amended Notice of Hearing on Defendant Banque Lombard Odier & Cie SA's Motion to Dismiss was served by filing it with the Court's electronic-filing system. Notice of this filing has been sent through the Court's

1

Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: April 25, 2022
       New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: */s/* David A. Shaiman

David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: dshaiman@abv.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*