KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendants*
*Access International Advisors LLC,*
*Access International Advisors Ltd.,*
*Access Management Luxembourg SA,*
*Access Partners SA, Patrick Littaye,*
*Claudine Magon de la Villehuchet, and*
*Groupement Financier Ltd.*

**Hearing Date**: September 14, 2022 at 10:00 a.m. (ET)
**Opposition Date**: June 17, 2022
**Reply Date**: July 29, 2022

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br> Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br> Defendant. | **Adv. Pro. No. 08-01789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its | **Adv. Pro. No. 10-04285 (CGM)** <br><br> **ORAL ARGUMENT REQUESTED** |

| | |
|---|---|
| Liquidator  MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator  MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually  as the sole beneficiary under the Will  of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators  MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators  and representatives of LUXALPHA, GROUPEMENT FINANCIER LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon Defendants Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA, Access Partners SA, Patrick Littaye, Claudine Magon de la Villehuchet, and Groupement Financier Ltd.'s (collectively, "Defendants") Memorandum of Law in Support of Its Motion to Dismiss, the accompanying Declaration of Patrick Littaye, dated April 22, 2022, and the exhibits thereto, the Second Amended Complaint, dated February 28, 2022 (the "SAC"), filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC, in the above-captioned adversary proceeding, and all prior pleadings and proceedings herein, Defendants move

for an order dismissing the claims asserted against them in the SAC pursuant to Federal Rules of

Civil Procedure 12(b)(2), 12(b)(6), and 9(b) as made applicable by Rule 7012 of the Federal Rules

of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order in this

proceeding entered March 8, 2022, the Trustee shall respond to this motion by June 17, 2022. If

the Trustee responds to the motion, Defendants shall file their reply by July 29, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal

Rules of Bankruptcy Procedure, Defendants do not consent to the entry of final orders or judgment

by this Court.

Dated: April 22, 2022
New York, New York

*/s/ Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Brian L. Muldrew
Email: brian.muldrew@katten.com

*Attorneys for Defendants:*
*Access International Advisors LLC,*
*Access International Advisors Ltd.,*
*Access Management Luxembourg SA,*
*Access Partners SA, Patrick Littaye,*
*Claudine Magon de la Villehuchet (in her*
*capacities set forth in the caption above), and*
*Groupement Financier Ltd.*