## AP (Lux)

Ownership

|   | DATE | OWNERSHIP | DOCUMENT DEMONSTRATING |
|---|---|---|---|
| 1. | February 5, 2007 | -Patrick Littaye (40%);<br><br>- Thierry de la Villehuchet (40%);<br><br>-Banque Degroof Luxembourg SA (20%) | Littaye Decl. Ex. 4. |

Directors

|   | DATE | DIRECTORS (ASSOCIATION) | DOCUMENT DEMONSTRATING |
|---|---|---|---|
| 1. | February 5, 2007 | -Patrick Littaye;<br><br>-Thierry de la Villehuchet;<br><br>-Alain Leonard ;<br><br>-Pierre Delandmeter. | Littaye Decl. Exs. 4; 9. |
| 2. | Dec. 29, 2008 | -Patrick Littaye;<br><br>-Alain Leonard;<br><br>-Pierre Delandmeter. | Littaye Decl. Ex. 10. |