**Registre de Commerce
et des Sociétés**
Luxembourg

*Conseil d'Administration*

# EXTRAIT

Access Partners S.A.

**Numéro d'immatriculation :** B 124678
**Date d'immatriculation/d'inscription :** 05/03/2007

**Dénomination(s) ou raison(s) sociale(s) :**
Access Partners S.A.

**Forme juridique :** Société anonyme

**Siège social :**
49, Boulevard du Prince Henri
L - 1724 Luxembourg

**Indication de l'objet social :** La Société a pour objet social la fourniture de services de courtage et de conseil portant sur des opérations financières au sens le plus large autorisé par la loi luxembourgeoise du 5 avril 1993 relative au secteur financier, telle que modifiée (article 26). Il s'agit du conseil en investissement et du conseil économique en opérations financières visant à optimiser économiquement et financièrement la situation patrimoniale et la composition des actifs financiers de personnes physiques ou d'institutions d'intérêts privés ou publiques, qu'elles soit nationales, étrangères, étatiques, parastatales, ou internationales, de familles ou de groupements familiaux et d'organismes de placement collectifs en valeurs mobilières et d'organismes de placements collectifs, établis principalement ... (*)

**Capital social / fonds social :**

Montant : 370.000 EUR

Etat de libération: Entièrement libéré

**Date de constitution :** 05/02/2007

**Durée :**
Illimitée

**Exercice social :**
Par exception, l'exercice social ayant débuté en date du 05/02/2007 se terminera en date du 31/12/2007.
Du: 01/01 au: 31/12



### Administrateur(s)/gérant(s) :
Régime de signature statutaire : La Société sera engagée par la signature conjointe de deux administrateurs de la Société, ou par la signature individuelle du directeur général délégué à la gestion journalière conformément à l'Article 16, ou par la signature individuelle de toute autre personne à qui des pouvoirs de signature auront été spécialement délégués par le Conseil d'Administration.

Organe : Conseil d'administration

Nom : LEONARD Prénom(s) : Alain
Fonction : Administrateur
Adresse privée ou professionnelle de la personne physique :
12, Rue Eugène Ruppert, L - 2453 Luxembourg
Durée du mandat : Déterminée       Date de nomination : 05/02/2007
                                   Jusqu'à l'assemblée générale qui se tiendra en l'année : 2008

Nom : DELANDMETER Prénom(s) : Pierre
Fonction : Administrateur
Adresse privée ou professionnelle de la personne physique :
8-10, Avenue Marie-Thérèse, L - 2132 Luxembourg
Durée du mandat : Déterminée       Date de nomination : 05/02/2007
                                   Jusqu'à l'assemblée générale qui se tiendra en l'année : 2008

Nom : LITTAYE Prénom(s) : Patrick
Fonction : Administrateur
Adresse privée ou professionnelle de la personne physique :
524, Avenue Louise, B - B-1050 Bruxelles
Durée du mandat : Déterminée       Date de nomination : 05/02/2007
                                   Jusqu'à l'assemblée générale qui se tiendra en l'année : 2008

Nom : MAGON DE LA VILLEHUCHET Prénom(s) : Thierry
Fonction : Administrateur
Adresse privée ou professionnelle de la personne physique :
509, Madison Avenue, USA - NY 10022 New York
Durée du mandat : Déterminée       Date de nomination : 05/02/2007
                                   Jusqu'à l'assemblée générale qui se tiendra en l'année : 2008

(*) Extrait de l'inscription : Pour le détail prière de se reporter au dossier.

**Pour extrait conforme (¹)**

Luxembourg, le 05/03/2007

Pour le gestionnaire du registre de commerce et des sociétés

*[signature]*

**Catherine GRAVIÈRE**

¹ En application de l'article 21 paragraphe 2 de la loi du 19 décembre 2002 concernant le registre de commerce et des sociétés ainsi que la comptabilité et les comptes annuels des entreprises et l'article 21 du règlement grand-ducal du 23 janvier 2003 portant exécution de la loi du 19 décembre 2002, le présent extrait reprend au moins la situation à jour des données communiquées au registre de commerce et des sociétés jusqu'à trois jours avant la date d'émission dudit extrait. Si une modification a été notifiée au registre de commerce et des sociétés entre temps, il se peut qu'elle n'ait pas été prise en compte lors de l'émission de l'extrait.