# ACCESS PARTNERS S.A.

*Siège social à Luxembourg (L-1724
49 Boulevard Prince Henri
B 124.678*

Registre de Commerce et des Sociétés
L090025122.05
B124678
Déposé le: 12/02/2009

### EXTRAIT DU PROCES VERBAL
### DE L'ASSEMBLEE GENERALE ORDINAIRE
### DES ACTIONNAIRES
#### Du 31 décembre 2008

L'assemblée décide à l'unanimité de reconduire les mandats d'administrateurs de M. Patrick Littaye, Monsieur Alain Leonard et Monsieur Pierre Delandmeter ainsi que le mandat de KPMG comme commissaire aux comptes jusqu'à la prochaine assemblée générale ordinaire qui se tiendra en 2009, KPMG étant domicilié 9 Allée Scheffer, L-2520 à Luxembourg.

Luxembourg, le 31 décembre 2008
Pour ACCESS PARTNERS S.A..
Un mandataire

Enregistré à Luxembourg - Sociétés,

Le    27 JAN. 2009
Référence: LSO DA / 09191
Reçu (€): quatorze
Droit d'Enregistrement: 12.- €
Droit de timbre    : 2.- €      Le Receveur,
Total    : 14.- €

s. Guy REULAND