113041

# MEMORIAL
### Journal Officiel du Grand-Duché de Luxembourg



# MEMORIAL
### Amtsblatt des Großherzogtums Luxemburg

## RECUEIL DES SOCIETES ET ASSOCIATIONS

Le présent recueil contient les publications prévues par la loi modifiée du 10 août 1915 concernant les sociétés commerciales et par la loi modifiée du 21 avril 1928 sur les associations et les fondations sans but lucratif.

**C — N° 2356**                                                                 **26 septembre 2008**

### SOMMAIRE

Access International Advisors (Luxembourg) S.A. .......................... 113076
Access Management Luxembourg ...... 113076
Africa Endelea ........................ 113079
AMS Investissements S.A. ............. 113088
A.R.T. & Partners Luxembourg S.A. .... 113046
Banque du Gothard (Luxembourg) S.A. .................................. 113046
Borletti Group ........................ 113042
Brasserie L'Empire S. à r.l. ............. 113086
British Blu Holding S.A. ................ 113048
BSI Luxembourg S.A. .................. 113046
Capita Plus Bond S.A. ................. 113047
Coach & Win ......................... 113047
Compagnie Mobilière d'Investissements Group S.A. .......................... 113042
Comprehensive Holdings Corporation S.A. .................................. 113059
Degroof Gestion Institutionnelle - Luxembourg ............................. 113060
D.S. Lux S.A. ......................... 113086
ESS .................................. 113045
Euro Boat Leisure S.A. ................ 113056
FB Energy Trading S.à r.l. .............. 113051
Financial Overseas Investment ......... 113051
Glencoy Overseas Investment S.A. ..... 113045
Héritiers Jules Gales S.A. .............. 113044
iadvisors Luxembourg S.A. ............. 113046
IGEFI Holdings S.à r.l. ................. 113082
Intercity Development S.A. ............ 113051
IPConcept Fund Management S.A. ..... 113043
Iside S.A. ............................ 113049
Jerto Investments S.à r.l. .............. 113050
Karitoe Participations Sàrl ............. 113044
Lemar S.A. .......................... 113049
Luxembourg Financial Group Asset Management S.A. ....................... 113043
Matrix Austria Holdings One Sàrl ...... 113043
MEIF II Swiss Holdings S.à r.l. .......... 113048
Mondi Investments .................... 113049
Mondi Packaging Europe .............. 113049
Mondi Services ....................... 113048
Mondi Technology Investments S.A. ... 113048
Montauk S.à r.l. ...................... 113050
Montauk S.à r.l. ...................... 113047
Neolite Holding S.A. .................. 113057
Netmed International S.A. ............. 113045
North Africa Consumer Goods S.à r.l. .. 113052
Parcolog S.à r.l. ...................... 113069
PARTS HOLDINGS S.àr.l. & Cie S.C.A. ................................ 113088
PharmaTech Services (Luxembourg) S.A. .................................. 113046
PharmaTech Services (Luxembourg) S.A. .................................. 113046
Power Investments International II S.à r.l. .................................. 113054
Prestige Automobile Luxembourg S.A. . 113044
Ramey S.àr.l. ........................ 113064
Repco 23 S.A. ........................ 113045
R & M Investments S.A. ............... 113059
Sapphire Lyon 2 S.à r.l. ............... 113075
Secapital S.à.r.l. ...................... 113052
Sobrass Participations ................. 113042
SSF International S.à r.l. ............... 113066
Technoconsult2 S.A. .................. 113061
UBS (LUX) Open-End Real Estate Management Company S.àr.l. ............. 113057
VA No1 Finco S.à r.l. .................. 113054
Vulcalux Holding S.A. ................. 113050
Wanchaï Europe S.A. ................. 113044
Worldselect ......................... 113047
WSB 2 Grundstück S.A. ............... 113069

113076

Luxembourg, le 9 septembre 2008.
Gérard LECUIT
*NOTAIRE*

Référence de publication: 2008116807/220/12.
(080135967) Déposé au registre de commerce et des sociétés de Luxembourg, le 11 septembre 2008.

### Access Management Luxembourg, Société Anonyme,
### (anc. Access International Advisors (Luxembourg) S.A.).
Siège social: L-2453 Luxembourg, 12, rue Eugène Ruppert.
R.C.S. Luxembourg B 94.564.

---

In the year two thousand and eight, on the twelfth of August,

Before us Maître Henri Hellinckx, notary residing in Luxembourg,

was held an extraordinary general meeting of the shareholders of Access International Advisors (Luxembourg) S.A., with registered office at 12, rue Eugène Ruppert, L - 2453 Luxembourg duly registered with the Luxembourg Trade Register under section B number 94.564, incorporated by a deed of Maître Henri Hellinckx, then notary residing in Mersch, on July 3, 2003 published in the Mémorial, Recueil des Sociétés et Associations C dated August 27, 2003, number 874.

The meeting is opened at 11:00 a.m., and M Yannick Deschamps, Lawyer, residing professionally in Luxembourg is elected chairman of the meeting.

Mrs Arlette Siebenaler, private employee, residing professionally in Luxembourg is appointed scrutineer.

The chairman and the scrutineer agreed that, Mrs Solange Wolter, private employee, residing professionally in Luxembourg, is appointed to assume the role of secretary.

The chairman then declared and requested the notary to declare the following:

I.- The shareholders present or represented and the number of shares held by each of them are shown on an attendance list, signed by the chairman, the secretary, the scrutineer and the undersigned notary. The said list as well as the proxies will be annexed to this document to be filed with the registration authorities.

II.- It appears from the attendance list, that all the shares in circulation are present or represented

III.- That the present extraordinary general meeting has been convened by notices containing the agenda sent to the shareholders on August 4, 2008.

IV.- That the agenda of the meeting is the following:

*Agenda:*

1. Change of name of the Company from Access International Advisors (Luxembourg) S.A. to Access Management Luxembourg.

2. Modification of the object of the Company to a management company regulated by Chapter 13 of the Luxembourg law of December 20, 2002 relative to undertakings for collective investment and modification of article 3 of the Article of Incorporation as follows:

"The Company's corporate purpose shall be collective management of Luxembourg and/or foreign UCITS that have been approved in accordance with Directive 85/611/EEC and other Luxembourg and/or foreign collective investment undertakings or funds that are not covered by this directive.

The collective management of portfolios of investment funds and investment companies shall include in particular:

- portfolio management. In this respect, the Company may, on behalf of UCITS and other collective investment funds under management, give advice or recommendations about investments to be made, enter into agreements, buy, sell, exchange and issue all securities and all other assets, exercise, on behalf of UCITS and collective investment funds. This list is for information only and is not exhaustive.

- marketing, in Luxembourg and/or abroad, shares/units in UCITS and collective investment funds.

The Company may perform all activities considered useful for the accomplishment of its purposes, while remaining however within the limits laid down by the law of August 10th, 1915 and by chapter 13 of the law of December 20th, 2002 relating to undertakings for collective investment."

3. increase the EUR capital by an amount of 200,000.- EUR by the creation of 2,000 new shares with a nominal value of one hundred euro (EUR 100.-) each.

4. accept the subscription and payment of the new shares under 3. above by Access Partners S.A. by contributing for 160,000.- EUR corresponding to 1,600 new shares with a nominal value of one hundred euro (EUR 100.-) each and by Banque Degroof Luxembourg by contributing for 40,000.- EUR corresponding to 400 new shares with a nominal value of one hundred euro (EUR 100.-) each.

5. subsequent amendment of Article 5 of the Articles of Incorporation in the above decision

After the foregoing was approved by the meeting, the meeting unanimously took the following resolution:



113077

### First resolution

The meeting resolves to change of name of the Company from Access International Advisors (Luxembourg) S.A. to Access Management Luxembourg.

### Second resolution

The meeting resolves to modify the object of the Company to a management company regulated by Chapter 13 of the Luxembourg law of December 20, 2002 relative to undertakings for collective investment and consequently to modify of article 3 of the Article of Incorporation as follows:

"The Company's corporate purpose shall be collective management of Luxembourg and/or foreign UCITS that have been approved in accordance with Directive 85/611/EEC and other Luxembourg and/or foreign collective investment undertakings or funds that are not covered by this directive.

The collective management of portfolios of investment funds and investment companies shall include in particular:

- portfolio management. In this respect, the Company may, on behalf of UCITS and other collective investment funds under management, give advice or recommendations about investments to be made, enter into agreements, buy, sell, exchange and issue all securities and all other assets, exercise, on behalf of UCITS and collective investment funds. This list is for information only and is not exhaustive.

- Marketing, in Luxembourg and/or abroad, shares/units in UCITS and collective investment funds.

The Company may perform all activities considered useful for the accomplishment of its purposes, while remaining however within the limits laid down by the law of August 10th, 1915 and by chapter 13 of the law of December 20th, 2002 relating to undertakings for collective investment."

### Third resolution

The meeting resolves to increase the capital by an amount of 200,000.- EUR (two hundred thousand euros) by the creation of 2,000 (two thousand) new shares with a nominal value of one hundred euro (EUR 100.-) each.

### Fourth resolution

The meeting resolves to accept the subscription and payment of the new shares under the third resolution above by the existing shareholders as follows:

Access Partners S.A., société anonyme, having its registered office in Luxembourg, here represented by Mr Yannick Deschamps, prenamed, by virtue of a proxy hereto attached, subscribes 1,600 (one thousand six hundred) new shares with a nominal value of one hundred euro (EUR 100.-) each, and

Banque Degroof Luxembourg S.A., société anonyme, having its registered office in Luxembourg, here represented by Mr Yannick Deschamps, prenamed, by virtue of a proxy hereto attached, subscribes 400 (four hundred) new shares with a nominal value of one hundred euro (EUR 100.-) each.

All the shares thus subscribed are fully paid up in cash, so that the amount of EUR 200,000.- (two hundred thousand euros) is at the disposal of the Company, as has been proved to the undersigned notary.

### Fifth resolution

The meeting resolves to amend Article 5 of the Articles of Incorporation as follows:

"The subscribed capital is set at three hundred and twenty five thousand EUR (EUR 325.000,-) represented by three thousand two hundred fifty (3.250) shares with a nominal value of one hundred EUR (EUR 100,-) each.

The subscribed capital of the Company may be increased or reduced by a resolution of the shareholders adopted in the manner required for amendment of these Articles of Incorporation."

### Costs

The amount of the expenses, remunerations and charges, in any form whatsoever, to be borne by the present deed are estimated at EUR 3,000.-.

The undersigned notary who understands and speaks English states herewith that on request of the above appearing persons, the present deed is worded in English followed by a French version. On request of the same appearing persons and in case of divergences between the English and the French text, the English version will prevail.

Whereof the present notarial deed was drawn up in Luxembourg, on the day named at the beginning of this document.

The document having been read to the persons appearing, the said persons appearing signed together with the notary the present deed.

**Suit la traduction française de ce qui précède:**

L'an deux mille huit, le douze août.

Par-devant Maître Henri Hellinckx, notaire de résidence à Luxembourg,

S'est réunie:

L'assemblée générale extraordinaire des actionnaires de Access International Advisors (Luxembourg) S.A. avec siège social à Luxembourg, 12, rue Eugène Ruppert, L - 2453 Luxembourg dûment enregistrée au Registre de Commerce et

113078

des Sociétés sous le numéro B. 94.564 et constituée suivant acte notarié de M ͤ Henri Hellinckx le 3 juillet 2003, notaire de résidence à Mersch à l'époque, publié au Mémorial, Recueil des Sociétés et Associations C daté du 27 août 2003, numéro 874.

L'Assemblée est ouverte à 11h00 et

Monsieur Yannick Deschamps, Juriste, résidant professionnellement à Luxembourg, est élu président de l'Assemblée.

Madame Arlette Siebenaler, employée privée, résidant professionnellement à Luxembourg, est nommée scrutateur.

Le Président et le scrutateur s'entendent pour que Madame Solange Wolter, employée privée, de résidence professionnelle à Luxembourg soit nommée comme secrétaire.

Le Président expose et prie alors le notaire instrumentant d'acter comme suit:

I.- Que les actionnaires présents ou représentés et le nombre d'actions détenues par chacun d'entre eux sont indiqués sur une liste de présence signée par le Président, le secrétaire, le scrutateur et le notaire instrumentant. Ladite liste ainsi que les procurations seront annexées au présent acte pour être soumises aux formalités de l'enregistrement.

II.- Qu'il apparaît de cette liste de présence que toutes les actions en circulation sont présentes ou représentées.

III.- Que la présente assemblée générale extraordinaire a été dûment convoquée par voie de notices, comprenant l'ordre du jour, envoyées actionnaires le 4 août 2008.

IV.- Que l'ordre du jour est le suivant:

*Ordre du jour:*

1. Changement de dénomination de la Société de Access International Advisors (Luxembourg) S.A. en Access Management Luxembourg.

2. Modification de l'objet social de la Société vers une société de gestion réglementée par le chapitre 13 de la loi du 20 décembre 2002 relative aux organismes de placement collectif et modification de l'article 3 des statuts comme suit:

"L'objet social de la Société est la gestion collective de portefeuille d'OPCVM luxembourgeois et/ou étrangers agréés conformément à la directive 85/611/CEE ainsi que d'autres OPC luxembourgeois et/ou étrangers qui ne relèveraient pas de cette directive.

Les activités de gestion collective de portefeuille de fonds d'investissement et de sociétés d'investissement incluent, notamment:

- la gestion de portefeuille. A ce titre, la Société pourra, pour le compte des OPCVM et OPC sous gestion, donner tout avis ou recommandation quant aux investissements à effectuer, conclure des contrats, acheter, vendre, échanger et délivrer toutes valeurs mobilières et tous autres avoirs, exercer pour le compte des OPCVM et OPC sous gestion. Cette énumération n'est pas exhaustive mais indicative.

- la commercialisation à Luxembourg et/ou à l'étranger des actions/parts d'OPCVM et OPC.

La Société pourra exercer toutes les activités estimées utiles à l'accomplissement de son objet, en restant toutefois dans les limites tracées par la loi du 10 août 1915 et par le Chapitre 13 de la loi du 20 décembre 2002 relative aux organismes de placement collectif."

3. Augmentation du capital à concurrence d'un montant de 200.000.- EUR par la création de 2.000 nouvelles actions d'une valeur nominale de cent euro (100.- EUR) chacune.

4. Acceptation de la souscription et de la libération des nouvelles actions sous le point (3) ci-dessus par Access Partners S.A. contribuant 160.000.- EUR correspondant à 1.600 nouvelles actions d'une valeur nominale de cent euro (100 EUR.-) chacune et par Banque Degroof Luxembourg contribuant 40.000.- EUR correspondant à 400 nouvelles actions d'une valeur nominale de cent euro (100 EUR.-) chacune.

5. Modification subséquente de l'article 5 des statuts suite à la susdite décision.

Ces faits ayant été approuvés par l'assemblée, cette dernière a pris à l'unanimité des voix les résolutions suivantes:

*1 ère Résolution*

L'Assemblée décide de changer la dénomination de la Société de Access International Advisors (Luxembourg) S.A. en Access Management Luxembourg.

*2 ème Résolution*

L'Assemblée décide de modifier l'objet social de la Société vers une société de gestion réglementée par le chapitre 13 de la loi du 20 décembre 2002 relative aux organismes de placement collectif et en conséquence de modifier l'article 3 des statuts comme suit:

"L'objet social de la Société est la gestion collective de portefeuille d'OPCVM luxembourgeois et/ou étrangers agréés conformément à la directive 85/611/CEE ainsi que d'autres OPC luxembourgeois et/ou étrangers qui ne relèveraient pas de cette directive.

Les activités de gestion collective de portefeuille de fonds d'investissement et de sociétés d'investissement incluent, notamment:

- la gestion de portefeuille. A ce titre, la Société pourra, pour le compte des OPCVM et OPC sous gestion, donner tout avis ou recommandation quant aux investissements à effectuer, conclure des contrats, acheter, vendre, échanger et

113079

délivrer toutes valeurs mobilières et tous autres avoirs, exercer pour le compte des OPCVM et OPC sous gestion. Cette énumération n'est pas exhaustive mais indicative.

- la commercialisation à Luxembourg et/ou à l'étranger des actions/parts d'OPCVM et OPC.

La Société pourra exercer toutes les activités estimées utiles à l'accomplissement de son objet, en testant toutefois dans les limites tracées par la loi du 10 août 1915 et par le Chapitre 13 de la loi du 20 décembre 2002 relative aux organismes de placement collectif."

*3 ème Résolution*

L'Assemblée décide d'augmenter le capital à concurrence d'un montant de 200.000.- EUR (deux cent mille euros) par la création de 2.000 (deux mille) nouvelles actions d'une valeur nominale de cent euro (100.- EUR) chacune.

*4 ème Résolution*

L'Assemblée décide d'accepter la souscription et la libération des nouvelles actions sous la troisième résolution ci-dessus par les actionnaires actuels comme suit:

Access Partners S.A., société anonyme, ayant son siège social à Luxembourg, ici représentée par Monsieur Yannick Deschamps, prénommé, en vertu d'une procuration ci-annexée, souscrit 1.600 (mille six cents) nouvelles actions d'une valeur nominale de cent euro (100 EUR.-) chacune et

Banque Degroof Luxembourg S.A., société anonyme, ayant son siège social à Luxembourg, ici représentée par Monsieur Yannick Deschamps, prénommé, en vertu d'une procuration ci-annexée, souscrit 400 (quatre cents) nouvelles actions d'une valeur nominale de cent euro (100 EUR.-) chacune.

Toutes les actions nouvelles ainsi souscrites ont été entièrement libérées en espèces, de sorte que la somme de EUR 200.000.- (deux cent mille euros) se trouve à la libre disposition de la Société, ainsi qu'il en est justifié au notaire soussigné, qui le constate expressément.

*5 ème Résolution*

L'Assemblée décide de modifier l'article 5 des statuts comme suit:

"Le capital social est fixé à trois cent vingt-cinq mille euro (EUR 325.000.-) représenté par trois mille deux cent cinquante (3.250) actions d'une valeur nominale de cent euro (100 EUR.-) chacune.

Le capital souscrit de la Société peut être augmenté ou réduit par décision des actionnaires statuant comme en matière de modification des présents statuts."

*Frais*

Le montant des frais, dépenses et rémunérations quelconques incombant à la société en raison des présentes s'élève approximativement à EUR 3.000.-.

A la demande des comparants, le notaire, qui parle et comprend l'anglais, a établi le présent acte en anglais suivi d'une version française. Sur demande des comparants, en cas de divergence entre le texte anglais et le texte français, le texte anglais fait loi.

DONT ACTE, fait et passé à Luxembourg, date qu'en tête des présentes.

Et après lecture faite et interprétation donnée aux comparants, ceux-ci ont signé avec le notaire le présent acte.

Signé: Y. DESCHAMPS, A. SIEBENALER, S. WOLTER et H. HELLINCKX.

Enregistré à Luxembourg A.C., le 18 août 2008. Relation: LAC/2008/34219. — Reçu mille euros (0,50% = 1.000.- EUR).

*Le Receveur* (signé): F. SANDT.

POUR COPIE CONFORME, délivrée aux fins de la publication au Mémorial, Recueil des Sociétés et Associations.

Luxembourg, le 4 septembre 2008.

Henri HELLINCKX.

Référence de publication: 2008116223/242/204.
(080135006) Déposé au registre de commerce et des sociétés de Luxembourg, le 10 septembre 2008.

**Africa Endelea, Association sans but lucratif.**

Siège social: L-1244 Luxembourg, 198, rue Jean-François Boch.

R.C.S. Luxembourg F 7.708.

—

STATUTS

Les soussignés

AGBOKA Firmin Kossi, Comptable, 5, allée Pierre de Mansfeld, L-2118 Luxembourg, Né le 23/08/1975 à KPALIME-TOGO, Togolaise

IKUKU Nicole Etikwa, Sociologue, 198, rue J-F Boch, L-1244 Luxembourg, Née le 14/10/1976 à Lokutu RDC, Luxembourgeoise

BAYE Gueye, Consultant, 53, rue Haute, F-57180 Terville France, Né le 22/09/1974 à Dakar, Française