### AML/(AIA (Lux)

Ownership

| | DATE | OWNERSHIP | DOCUMENT DEMONSTRATING |
|---|---|---|---|
| 1. | July 3, 2003 | -Access International Advisors, Inc. (50%);<br><br>-Access International Advisors Europe Limited (30%)<br><br>-Bank DeGroof Luxembourg SA (20%) | Littaye Decl. Ex. 21. |
| 2. | March 3, 2008 | -Access Partners (Lux) SA (80%)<br><br>-Bank DeGroof (20%) | Littaye Decl. Ex. 23. |
| 3. | June 11, 2008 | -Access Partners (Lux) SA (80%)<br><br>-Bank DeGroof (20%) | Littaye Decl. Ex. 20. |
| 4. | Aug. 12, 2008 | -Access Partners (Lux) SA (80%)<br><br>-Bank DeGroof (20%) | Littaye Decl. Ex. 22. |

Directors

| | DATE | DIRECTORS (ASSOCIATION) | DOCUMENT DEMONSTRATING |
|---|---|---|---|
| 1. | July 3, 2003 | -Patrick Littaye;<br><br>- Thierry de la Villehuchet;<br><br>-Jean-Michael Gelhay;<br><br>-Pierre Delandmeter. | Littaye Decl. Ex. 21. |
| 2. | March 31, 2004 | -Alain Leonard;<br><br>-Donald Villeneuve; | Littaye Decl. Ex. 24. |

|    |                     |                                                                                         |                     |
|----|---------------------|-----------------------------------------------------------------------------------------|---------------------|
|    |                     | -Patrick Littaye;<br>-Thierry de la Villehuchet;<br>-Pierre Delandmeter.                |                     |
| 3. | March 31, 2005      | -Patrick Littaye;<br>-Thierry de la Villehuchet;<br>-Jean-Michael Gelhay;<br>-Pierre Delandmeter. | Littaye Decl. Ex. 25. |
| 4. | March 31, 2006      | -Patrick Littaye;<br>-Thierry de la Villehuchet;<br>-Jean-Michael Gelhay;<br>-Pierre Delandmeter. | Littaye Decl. Ex. 26. |
| 5. | June 29, 2007       | -Patrick Littaye;<br>-Thierry de la Villehuchet;<br>-Jean-Michael Gelhay;<br>-Pierre Delandmeter. | Littaye Decl. Ex. 27. |
| 6. | October 28, 2008    | -Patrick Littaye;<br>-Thierry de la Villehuchet;<br>-Pierre Delandmeter.                | Littaye Decl. Ex. 28. |
| 7. | November 13, 2008   | -Patrick Littaye;<br>- Thierry de la Villehuchet;<br>-Alain Leonard (Bank Degroof);<br>-Pierre Delandmeter | Littaye Decl. Ex. 29. |