**ACCESS PARTNERS SA**
Société Anonyme
Registered Office: L-2449 Luxembourg, 49,
Boulevard Prince Henri
R.C.S. B 124.678

## Circular Resolutions of the Company

The undersigned, being all the Directors of the Access Partners SA (herein after the "Company"), in accordance with article 14 of the articles of incorporation hereby unanimously take the following resolution:

**WHEREAS:**

- The Company intends to acquire three hundred seventy five (375) shares of Access International Advisors Luxembourg S.A. ("AIA Lux") from Access International Advisors Europe Limited ("AIA Europe").

- The Company intends to acquire six hundred and twenty five (625) shares of AIA Lux from Access International Advisors, Inc ("AIA Inc").

- The Company will acquire these shares at a fair value market price as determined by KPMG Advisory acting as independent advisor to review the pricing of the shares of AIA Lux.

- The Company deems it advisable and in its best interest to proceed to the acquisitions described above.

**RESOLVED TO**

- To approve the Pricing Analysis Review Report done by KPMG Advisory for the acquisition of 375 shares of AIA Lux from AIA Europe and the acquisition of 625 shares of AIA Lux from AIA Inc.

- To acquire three hundred seventy five (375) shares of AIA Lux from AIA Europe.

- To acquire six hundred and twenty five (625) shares of AIA Lux from AIA Inc

- To sign the stock purchase agreement with AIA Europe and AIA Inc in the form attached hereto.

- To give power to any two Director, acting jointly, to do all such acts and things and to agree and sign all such agreements (including among others, stock purchase agreement) and documents, certificates, instruments and notices as may be required to give effect to the above resolutions.

Executed in Luxembourg on June 11, 2008.

_____          _____
Thierry Magon de la Villehuchet                         Patrick Littaye

1

Date:                                              Date:

_____                        _____

Alain Léonard                                      Pierre Delandmeter
Date:                                              Date: