Access International Advisors (Luxembourg) S.A.
*Société Anonyme*
Registered Office: 12, rue Eugène Ruppert
L – 2453 Luxembourg
R.C. Luxembourg N° B 94.564

## Circular Resolutions of the Board of Directors

The Board of Directors of the above-mentioned Company acting in application of article 12 of the Articles of Incorporation of the Company and through the present resolution which is dated and signed by any and all directors, takes the following resolutions:

**WHEREAS**

Having reviewed the draft financial statements for the fiscal year ended 31 December 2003,

**RESOLVED**

to convene the Annual General Meeting which will be held at the registered office of the Company on April 8, 2004 at 12h00 a.m. (local time) with the following Agenda:

1. To approve the annual report comprising the audited accounts of the Company for the fiscal year ended 31 December 2003 and to approve the auditors' report thereon

2. To discharge the Directors with respect to the performance of their duties during the fiscal year ended 31 December 2003

3. To elect the following persons as Directors, each to hold office until the next annual general meeting of shareholders and until his or her successor is duly elected:

    Mr. Alain Léonard
    Mr. Donald Villeneuve
    Mr. Patrick Littaye
    Mr. Thierry de la Villehuchet
    Me. Pierre Delandmeter

4. To discharge of the Auditor for the fiscal year ended on 31 December 2003.

5. To elect KPMG as independent auditors of the Company for the forthcoming fiscal year

6. To transact such other business as may properly come before the meeting

This circular resolution will be effective as of the date of the last signature hereto affixed.

Patrick Littaye
On March 31, 2004

Thierry de la Villehuchet
On March 31, 2004

Jean-Michel Gelhay
On March 31, 2004

Pierre Delandmeter
On March 31, 2004

Access International Advisors (Luxembourg) S.A.
Société Anonyme
Registered Office: 12, rue Eugène Ruppert
L – 2453 Luxembourg
R.C. Luxembourg N° B 94.564

## Circular Resolutions of the Board of Directors

The Board of Directors of the above-mentioned Company acting in application of article 12 of the Articles of Incorporation of the Company and through the present resolution which is dated and signed by any and all directors, takes the following resolutions:

**WHEREAS**

Having reviewed the draft financial statements for the fiscal year ended 31 December 2003,

**RESOLVED**

to convene the Annual General Meeting which will be held at the registered office of the Company on April 8, 2004 at 12h00 a.m. (local time) with the following Agenda:

1. To approve the annual report comprising the audited accounts of the Company for the fiscal year ended 31 December 2003 and to approve the auditors' report thereon

2. To discharge the Directors with respect to the performance of their duties during the fiscal year ended 31 December 2003

3. To elect the following persons as Directors, each to hold office until the next annual general meeting of shareholders and until his or her successor is duly elected:

    Mr. Alain Léonard
    Mr. Donald Villeneuve
    Mr. Patrick Littaye
    Mr. Thierry de la Villehuchet
    Me. Pierre Delandmeter

4. To discharge of the Auditor for the fiscal year ended on 31 December 2003.

5. To elect KPMG as independent auditors of the Company for the forthcoming fiscal year

6. To transact such other business as may properly come before the meeting

This circular resolution will be effective as of the date of the last signature hereto affixed.

| Patrick Littaye | Thierry de la Villehuchet | Jean-Michel Gelhay |
| On March 31, 2004 | On March 31, 2004 | On March 31, 2004 |

Pierre Delandmeter
On March 31, 2004