



Fax le 13.10.04.

**ACCESS INTERNATIONAL ADVISORS S.A.**
**12, rue Eugène Ruppert**

**L-2453 Luxembourg**

Luxembourg, le 01 octobre 2004

**FACTURE N° 05/001**

(à rappeler lors du paiement)

Loyer du local mis à votre disposition, suivant notre contrat de service du 01 octobre 2003, pour la période octobre, novembre et décembre 2004 :

| | |
|---|---|
| Montant hors TVA | EUR 2.625,00 |
| **Total** | **EUR 2.625,00** |

Exonération de TVA suivant l'article 44-1-g, de la loi TVA.

① Cpte crédité : 83-2106390-101
② à débiter : Iban LU63-0832-3131-6010-0260
(Abbl : 83-2313160-100)
date valeur 15.10.04

Veuillez porter cette somme au crédit du compte LU37 0019 1004 1017 0000 BCEELULL auprès de la BCEE avec la référence de la facture «BDL 05/001».

Christophe LAMBERT

SOCIÉTÉ ANONYME DE DROIT LUXEMBOURGEOIS
SIEGE SOCIAL : 12, rue Eugène Ruppert - L-2453 LUXEMBOURG - ADRESSE COURRIER : B.P. 902 L-2019 LUXEMBOURG
TELEPHONE : 45 35 45-1 - TELEX : 60653 - TELEFAX : 25 07 21 - R.C. : B 25459 - TVA : LU 13413108 - IBLC : 13413108



→ BPE/OGD.

BANQUE
DEGROOF
LUXEMBOURG

**ACCESS INTERNATIONAL ADVISORS S.A.**
**12, rue Eugène Ruppert**

**L-2453 Luxembourg**

Luxembourg, le 03 octobre 2005

**FACTURE N° 06/005**

(à rappeler lors du paiement)

Loyer du local mis à votre disposition, suivant notre contrat de service du 01 octobre 2003, pour la période octobre, novembre et décembre 2005 :

| | |
|---|---|
| Montant hors TVA | EUR 2.625,00 |
| **Total** | **EUR 2.625,00** |

Exonération de TVA suivant l'article 44-1-g, de la loi TVA.

BON POUR PAIEMENT.
① au crédit de : Abbo : no : 83-210 6390-101-77.
② au débit de : Abbo no : 83-2313160-100-26.
date valeur 14.10.05.

Veuillez porter cette somme au crédit du compte LU37 0019 1004 1017 0000 BCEELULL auprès de la BCEE avec la référence de la facture «BDL 06/005».

Christophe LAMBERT

Donald VILLENEUVE

SOCIÉTÉ ANONYME DE DROIT LUXEMBOURGEOIS

SIEGE SOCIAL : 12, rue Eugène Ruppert - L-2453 LUXEMBOURG - ADRESSE COURRIER : B.P. 902 L-2019 LUXEMBOURG
TELEPHONE : 45 35 45-1 - TELEX : 60 653 - TELEFAX : 25 07 21 - R.C. : B 25459 - TVA : LU 13413108 - IBLC : 13413108



10-04285-brl Doc 143-44 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 1 Pg 3 of 16

→ OGD.
Copie : Fidu. Becker & Cahen.

BANQUE
DEGROOF
LUXEMBOURG

**ACCESS INTERNATIONAL ADVISORS S.A.**
**12, rue Eugène Ruppert**

**L-2453 Luxembourg**

Luxembourg, le 03 avril 2006

## FACTURE N° 06/333

(à rappeler lors du paiement)

Loyer du local mis à votre disposition, suivant notre contrat de service du 01 octobre 2003, pour la période avril, mai, juin 2006 :

| | |
|---|---|
| Montant hors TVA | EUR 2.625,00 |
| **Total** | **EUR 2.625,00** |

Exonération de TVA suivant l'article 44-1-g, de la loi TVA.

Bon pour paiement : / date valeur : 15.05.06.
Compte à débiter : Iban : LU63 0832 3131 6010 0260

Veuillez verser cette somme sur notre compte LU79 0832 1063 9010 1770 auprès de Banque Degroof Luxembourg S.A. avec en communication la référence «BDL 06/120».

Christophe LAMBERT

Donald VILLENEUVE

SOCIÉTÉ ANONYME DE DROIT LUXEMBOURGEOIS
SIEGE SOCIAL : 12, rue Eugène Ruppert - L-2453 LUXEMBOURG - ADRESSE COURRIER : B.P. 902 L-2019 LUXEMBOURG
TELEPHONE : 45 35 45-1 - TELEX : 60 653 - TELEFAX : 25 07 21 - R.C. : B 25459 - TVA : LU 13413108 - IBLC : 13413108

10-04285-brl Doc 143-44 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 1 Pg 4 of 16

— D O G D

copie: Fid. Becker
K Cahen & Associés

+ compta OPC.

BANQUE DEGROOF
LUXEMBOURG

ACCESS INTERNATIONAL ADVISORS S.A.
12, rue Eugène Ruppert

L-2453 Luxembourg

Luxembourg, le 06 novembre 2006

**FACTURE N° 07/005**

(à rappeler lors du paiement)

Loyer du local mis à votre disposition, suivant notre contrat de service du 01 octobre 2003, pour la période octobre, novembre, décembre 2006 :

| | |
|---|---|
| Montant hors TVA | EUR 2.625,00 |
| **Total** | **EUR 2.625,00** |

Exonération de TVA suivant l'article 44-1-g, de la loi TVA.

Bon pour paiement, date valeur 09.11.06.
Compte à débiter : Iban : LU63 0832 3131 6010 0260

Veuillez verser cette somme sur notre compte LU79 0832 1063 9010 1770 auprès de Banque Degroof Luxembourg S.A. avec en communication la référence «BDL 07/005».

Christophe LAMBERT Régis LEONI

SOCIÉTÉ ANONYME DE DROIT LUXEMBOURGEOIS
SIEGE SOCIAL 12, rue Eugène Ruppert - L-2453 LUXEMBOURG - ADRESSE COURRIER B.P. 902 L-2019 LUXEMBOURG
TELEPHONE: 45 35 45-1 - TELEX 60353 - R.C. B 25459 - TVA [illegible]



**POSTES ET TELECOMMUNICATIONS**
**DIVISION DES TELECOMMUNICATIONS**

# FACTURE
## EXTRAIT DE COMPTE

**40258784910118**

N° de compte : 0402587849
Date d'émission : 10/11/2008
Date d'échéance : 28/11/2008
N° client : 402587830
N° TVA Client : LU19908278
Période de facturation : Octobre 2008

ACCESS MANAGEMENT LUXEMBOURG
C/O: FIDUCIAIRE B+C S.A R.L.
3, RUE DES FOYERS
L - 1537 LUXEMBOURG

**L'Internet sans fil en ville avec HotCity**

Avec HotCity, le réseau WiFi de la ville de Luxembourg et de P&T, accédez à Internet et à de multiples services à Luxembourg ville. Infos et conditions sur www.pt.lu ou au numéro gratuit 8002 8004.

| Facture Octobre 2008 | EUR |
|---|---|
| Abonnements et autres services | 121,1100 |
| Communications | 41,3771 |
| TOTAL (Hors TVA) | 162,4871 |
| TVA à payer 15% sur le montant de 162,4871 | 24,3731 |
| **TOTAL FACTURE TVA incluse** | **186,8602** |
| **Extrait de compte** | |
| Ancien solde au 08/10/2008 TVA incluse | 152,0100 |
| Paiements | -152,0100 |
| Solde reporté au 10/11/2008 | 0,0000 |
| Facture Octobre 2008 | 186,8602 |
| **TOTAL A PAYER** | **186,86** |

*Merci de payer dans les délais!*

P&T Luxembourg - Division des Télécommunications
5, rue Emile Bian - L-2999 Luxembourg - www.ept.lu

Tél. gratuit: 8002 8004 de 7h00 à 19h00 (jrs ouvr.) - Fax gratuit: 8002 8005
CCPLLULL IBAN LU81 1111 0000 4545 0000 N° TVA: LU 15400030
PICMFANVO8 - Pa.7759 - CL7759 - 04025878490360 - Cy.03 - HC : P - CL36288 - Page : 1

P&T LUXEMBOURG — **Copie Client**

EUR Montant: *186,86*

N° de compte du bénéficiaire: IBAN LU81 1111 0000 4545 0000

Nom du bénéficiaire: P&T Télécom

Communication: Facture Télécom ***40258784910118***

N° de compte du donneur d'ordre:

Nom et adresse du donneur d'ordre: ACCESS MANAGEMENT LUXEMBOURG C/O: FIDUCIAIRE B+C S.A R.L. 3. RUE DES FOYERS L 1537 LUXEMBOURG

A présenter uniquement en cas de versement

P&T LUXEMBOURG — **CHEQUES POSTAUX** L-1090 LUXEMBOURG

**Virement / Versement national**
Un caractère MAJUSCULE ou signe par case en cas d'écriture manuscrite

N° de compte du bénéficiaire: IBAN LU81 1111 0000 4545 0000

Code banque ou institution financière bénéficiaire: CCPLLULL

Nom du bénéficiaire: P&T Télécommunications

Communication: ***40258784910118*** N° FACT. 40258784910118

N° de compte du donneur d'ordre:

EUR Montant: 186,86

Nom et adresse du donneur d'ordre (maximum 4 lignes): ACCESS MANAGEMENT LUXEMBOURG C/O: FIDUCIAIRE B+C S.A R.L. 3. RUE DES FOYERS L-1537 LUXEMBOURG

ok 18/11/08

Date et signature



**POSTES ET TELECOMMUNICATIONS**
**DIVISION DES TELECOMMUNICATIONS**

ACCESS MANAGEMENT LUXEMBOURG

**Détail de la facture Octobre 2008**
**du compte 0402587849**

| **Paiements** | | |
|---|---|---|
| Paiement reçu le 23/10/2008 | | -152,01 |
| - Merci pour votre paiement - | | |

| **Abonnements et autres services** | | Prix unitaire | Nombre | Montant HTVA | TVA % |
|---|---|---|---|---|---|
| INE 13440621 | Abo. IP-Fixe 1/10-31/10/08 | 25,0000 | 1 | 25,0000 | 15% |
| | Abo. SpeedSurf Run 1/10-31/10/08 | 10,0000 | 1 | 10,0000 | 15% |
| TLF 26481658 | Abo.téléphone 1/10-31/10/08 | 16,0000 | 1 | 16,0000 | 15% |
| TLF 26482861 | Abo. LuxDSL Run 1/10-31/10/08 | 30,8700 | 1 | 30,8700 | 15% |
| | Abo.téléphone 1/10-31/10/08 | 16,0000 | 1 | 16,0000 | 15% |
| ~~TLF 26864468~~ | ~~Abo. ISDN 2B+D 1/10-31/10/08~~ | ~~22,0000~~ | ~~1~~ | ~~22,0000~~ | ~~15%~~ |
| TLF 26864470 | Abo.numéro d'appel multiple 1/10-31/10/08 | 1,2400 | 1 | 1,2400 | 15% |

| **Communications** | Nb. d'appels | Nb. d'unités | Montant HTVA | TVA % |
|---|---|---|---|---|
| TLF 26481658 | | | | |
| Nationales (P&T) | 1 | 1:00 mn | 0,0269 | 15% |
| Internationales | 14 | 262:23 mn | 41,3502 | 15% |
| *Total Minutes* | | *263:23* | *41,3771* | |
| **Total ligne TLF 26481658** | 15 | | 41,3771 | |

P&T Luxembourg - Division des Télécommunications
5, rue Emile Bian - L-2999 Luxembourg - www.ept.lu

Tél. gratuit: 8002 8004 de 7h00 à 19h00 (jrs ouvr.) - Fax gratuit: 8002 8005
CCPLLULL IBAN LU81 1111 0000 4545 0000 N° TVA: LU 15400030

**computer***systems*
LUXEMBOURG

ACCESS INTERN. ADVISORS LUX. S.A.
DONALD VILLENEUVE
RUE EUGENE RUPPERT, 12
2453 LUXEMBOURG
Luxembourg

Dn 2003

**Facture: 90018071** Date: 31.12.2003 Page: 1 / 1

Offre N°: 450617 Confirmation N°: 57913 Com.Client N°: v/c du cartes AIAL

Conditions de livraison: FRA Condition de payement: Up to 30.01.2004 without deduction

| Item | Qte | Reference | Description | Prix unitaire | Montant |
|---|---|---|---|---|---|
| Note de livraison N: 80007647 Date : 31.12.2003 | | | | | |
| 10 | 3 | 3045894 | | 47,60 | 142,80 |
| | | INTEL 100S DSKTP AD 10/100MBPS PCI | | | |
| | | Num Ser:717887 733713 733897 | | | |

| Montant HT | Taux TVA | Montant TVA | Total TTC |
|---|---|---|---|
| 142,80 | 15,00 % | 21,42 | 164,22 |

Signature:

| 142,80 | | 21,42 | 164,22 | Devise: EUR |
|---|---|---|---|---|

49, rue de Baerendall / B.P. 65 / L-8201 MAMER / Tel.: (352) 313388-1 / S.A. au capital de 180.000 EUR
R.C. B63089 / Ident. TVA LU 17355707 / Matr. TVA 19972225161 / IBAN: BIL LU43 0028 1002 1070 0000
IBAN: BCEE LU30 0019 7800 0443 5000 - KBL LU62 7050 5318 7225 8800 - BGL LU32 0030 2629 7239 0000

**computersystems**
LUXEMBOURG

ACCESS INTERN.ADVISOR SA (LUX)

12, rue Eug#ne Ruppert
2453 LUXEMBOURG
Luxembourg

**Facture: 90016911** Date: 17.10.2003 Page: 1 / 2

Offre N°: 449877 Confirmation N°: 57393 Com.Client N°: V/C DU 03/10/03 DEGR

Conditions de livraison: FRA Condition de payement: Up to 16.11.2003 without deduction

| Item | Qte | Reference | Description | Prix unitaire | Montant |
|---|---|---|---|---|---|
| Note de livraison N: 80007024 Date : 17.10.2003 | | | | | |
| 20 | 4 | 3045235 | EASY ACCESS KEYBOARD ACCESSORY SWISS<br>Num Ser:B68C80HK7P1JE0 B68C80HK7P1JEL B68C80HK7P1JEM B68C80HK7P1JEX | 23,35 | 93,41 |
| 30 | 2 | 3019671 | MS OFFICE PRO XP W32 UK CD<br>Num Ser:BD317022 BD330033 | 496,95 | 993,90 |
| 40 | 2 | 3043933 | ADOBE ACROBAT 6.0 UK | 315,76 | 631,51 |
| 50 | 1 | 3046552 | 17IN S7500 CRT MONITOR TCO99<br>Num Ser:SCN335VB075 | 141,75 | 141,75 |
| 60 | 2 | 3046033 | NEOVO F417B ANALOG LCD 430:1 160# BL/DG<br>Num Ser:CAF4170B33302373 CAF4170B33302375 | 387,24 | 774,47 |
| 80 | 1 | 3046541 | D-LINK DESKTOP SWITCH UNMAN. 8* 10/100<br>Num Ser:B21K437009758 | 34,33 | 34,33 |

B C

| Montant HT | Taux TVA | Montant TVA | Total TTC |
|---|---|---|---|
| | | | |

Signature:

Devise: EUR

49, rue de Baerendall / B.P. 65 / L-8201 MAMER / Tel.: (352) 313388-1 / S.A. au capital de 180.000 EUR
R.C. B63089 / Ident. TVA LU 17355707 / Matr. TVA 19972225161 / IBAN: BIL LU43 0028 1002 1070 0000
IBAN: BCEE LU30 0019 7800 0443 5000 - KBL LU62 7050 5318 7225 8800 - BGL LU32 0030 2629 7239 0000

**computer***systems*
LUXEMBOURG

ACCESS INTERN.ADVISOR SA (LUX)

12, rue Eug#ne Ruppert
2453 LUXEMBOURG
Luxembourg

***Facture: 90016911*** Date: 17.10.2003 Page: 2 / 2

**Offre N°:** 449877 **Confirmation N°:** 57393 **Com.Client N°:** V/C DU 03/10/03 DEGR

**Conditions de livraison:** FRA **Condition de payement:** Up to 16.11.2003 without deduction

| Item | Qte | Reference | Description | Prix unitaire | Montant |
|---|---|---|---|---|---|
| 90 | 1 | 3046542<br>PRESTIGE 650H ADSL ROUTER 4-PORT POTS<br>Num Ser:S3Z2642499 | | 148,60 | 148,60 |

B+C

| Montant HT | Taux TVA | Montant TVA | Total TTC |
|---|---|---|---|
| 2.817,97 | 15,00 % | 422,70 | 3.240,67 |
| 2.817,97 | | 422,70 | 3.240,67 |

Signature:

Devise: EUR

49, rue de Baerendall / B.P. 65 / L-8201 MAMER / Tel.: (352) 313388-1 / S.A. au capital de 180.000 EUR
R.C. B63089 / Ident. TVA LU 17355707 / Matr. TVA 19972225161 / IBAN: BIL LU43 0028 1002 1070 0000
IBAN: BCEE LU30 0019 7800 0443 5000 - KBL LU62 7050 5318 7225 8800 - BGL LU32 0030 2629 7239 0000

Commandé le 4/12/2003
BAND

**computersystems**
LUXEMBOURG

AIAL
**ACCESS INTERN. ADVISORS LUX. S.A.**
DONALD VILLENEUVE
RUE EUGENE RUPPERT, 12
2453 LUXEMBOURG (Luxembourg)

**Offre commerciale : 29465 / E1** **Date : 14.11.2003** **Page : 1 / 1**

**Référence** : votre demande
Conditions de paiements: Within 30 days without deduction

Impression du 14.11.2003

Validité: 10 jours date de la présente
Conditions de livraison: FRA LUXEMBOURG

| Item | Qté | Réf SAP | Part Number | Designation | Montant unitaire EUR | Montant HT ligne EUR |
|---|---|---|---|---|---|---|
| 10 | 3 | **3045894** | PILA8460C3 | **INTEL 100S DSKTP AD 10/100MBPS PCI** | 47,60 | **142,80** |

**N° d'offre** et **Références** articles à rappeler impérativement dans toutes vos correspondances.

| | Montant HT | Taux % | Montant TVA | Montant TTC |
|---|---|---|---|---|
| | 142,80 | 15,00 % | 21,42 | 164,22 |
| **TOTAL OFFRE en EUR :** | **142,80** | | **21,42** | **164,22** |

BON POUR ACCORD
Date: 4/12/2003
Signature: [signature]



Solutions Web / Bases de données / Réseaux / Développement

**ACCESS INTERNATIONAL ADVISORS LUXEMBOURG**
12 rue Eugene ruppert
L-2453 Luxemburg
Luxembourg

Le Mesnil Saint Denis, mardi 25 mars 2008

**Facture N° : 472**

| Désignation | Quantité |
|---|---|
| IBM System x3550 7978 - Quad-Core Xeon E5335 2 GHz | 1,00 |
| Processeur: 1 x Intel Quad-Core Xeon E5335 / 2 GHz ( Quad Core ) | |
| Disque dur: 2 x 73 Go - échangeable à chaud - Serial Attached SCSI | |
| HP Rack S10614 - rack - 14U | 1,00 |
| IBM System x3550 7978 - Quad-Core Xeon E5320 1.86 GHz | 1,00 |
| Processeur: 1 x Intel Quad-Core Xeon E5320 / 1.86 GHz ( Quad Core ) | |
| Microsoft Office Standard 2007 - ensemble complet | 3,00 |
| IBM disque dur - 146.8 Go - SAS | 2,00 |
| ZyXEL Dimension GS-1116 - commutateur - 16 ports | 1,00 |
| Lenovo ThinkVision L193p - écran plat - TFT - 19" | 3,00 |
| Lenovo 3000 J200 9690 - Pentium Dual Core E2160 1.8 GHz | 3,00 |
| IBM System x3550 7978 - Quad-Core Xeon E5335 2 GHz | 1,00 |
| RHEL 5.1 RedHat Server | |
| Processeur: 1 x Intel Quad-Core Xeon E5335 / 2 GHz ( Quad Core ) | |
| Disque dur: 2 x 73 Go - échangeable à chaud - Serial Attached SCSI | |
| HP Rack S10614 - rack - 14U | 1,00 |
| IBM System x3550 7978 - Quad-Core Xeon E5320 1.86 GHz | 1,00 |
| Processeur: 1 x Intel Quad-Core Xeon E5320 / 1.86 GHz ( Quad Core ) | |

**Please note the New IBAN**

**IBAN (International Bank Account Number) : FR76 3007 6021 3419 9774 0020 034**
**Code BIC (Bank Identifier Code) : NORDFRPP**

Univers Site / 13 rue du Marechal Delattre de Tassigny - 95 180 Menucourt
Tél : + 33 1 40 8 04 01 Fax : +33 1 34 21 03 44 contact@universite-fr.com http://www.universite-fr.com/
Sarl au capital de 15 300,00 euros RCS Versailles 431 617 059 code ape 00032
Tva intracommunautaire FR32431617059 00032



Solutions Web / Bases de données / Réseaux / Développement

ACCESS INTERNATIONAL ADVISORS LUXEMBOURG
12 rue Eugene ruppert
L-2453 Luxemburg
Luxembourg

Le Mesnil Saint Denis, mardi 25 mars 2008

**Facture N° : 472**

| | | | |
|---|---|---|---|
| IBM disque dur - 146.8 Go - SAS | | 2,00 | |
| ZyXEL Dimension GS-1116 - commutateur - 16 ports | | 1,00 | |
| HP Color LaserJet 2605dn - imprimante - couleur - laser | | 1,00 | |
| ZARAFA 6.01 5 users | | | |
| Total | 23 753,00 | 1,00 | 23 753,00 |

| | |
|---|---|
| Total H.T.(Euros) | 23 753,00 |
| T.V.A..(Euros) | ,00 |
| Total T.T.C.(Euros) | 23 753,00 |

ok to pay.

le 25 Mars 2008

**Please note the New IBAN**

**IBAN (International Bank Account Number) : FR76 3007 6021 3419 9774 0020 034**
**Code BIC (Bank Identifier Code) : NORDFRPP**

Univers Site / 13 rue du Marechal Delattre de Tassigny - 95 180 Menucourt
Tél : + 33 1 40 8 04 01 Fax : +33 1 34 21 03 44 contact@universite-fr.com http://www.universite-fr.com/
Sarl au capital de 15 300,00 euros RCS Versailles 431 617 059 code ape 00032
Tva intracommunautaire FR32431617059 00032



08-01789-cgm Doc 21435-30 Filed 04/25/22 Entered 04/25/22 18:36:37 Exhibit 30 Pg 13 of 39

Solutions Web / Bases de données
Réseaux / Développement / VPN
Serveurs à haute disponibilité

ACCESS MANAGEMENT LUXEMBOURG SA
12, RUE EUGENE RUPPERT
LUXEMBOURG
LUXEMBOURG

**Facture N° : 492**

Menucourt, lundi 22 septembre 2008

| | Prix Unit. | Qte | Total |
|---|---|---|---|
| Support Aout 2008 | 900,00 | ,50 | 450,00 |
| Support Septembre | 900,00 | 1,00 | 900,00 |

| | |
|---|---|
| Total H.T.(Euros) | 1 350,00 |
| T.V.A..(Euros) | ,00 |
| Total T.T.C.(Euros) | 1 350,00 |

ok to pay
22/09/08

**Please note the New IBAN**
**IBAN (International Bank Account Number) : FR76 3007 6021 3419 9774 0020 034**
**Code BIC (Bank Identifier Code) : NORDFRPP**

Univers Site / 13 rue du Marechal Delattre de Tassigny - 95 180 Menucourt
Tél :+ 33 1 75439597 Fax : + 33 1 75439597 contact@universite-fr.com
Sarl au capital de 15 300,00 euros RCS PONTOISE 431 617 059 000 40
Tva intracommunautaire FR32431617059

dns-lu

442235

pièces originales envoyées le 06/12/04 chez B. & de Fidu.

DNS-LUXEMBOURG
Service opéré par la Fondation RESTENA
6, rue Coudenhove-Kalergi
L-1359 Luxembourg

**Access Int. Advisors**
Luxembourg
12, rue Eugene Ruppert
L-2453 LUXEMBOURG

Luxembourg, le 24/11/2004

# FACTURE

Objet: Enregistrement d'un nom de domaine Internet en .LU

Nom de domaine enregistré: **aialuxembourg.lu**
Titulaire du nom de domaine: Access International Advisors Luxembourg S.A.

Référence à rappeler lors du paiement : **DNS031099 /2004 /11 .87947**

| | | |
|---|---|---|
| Frais d'initialisation | **43,48** | |
| Frais d'abonnement ( de **11/2004** à **10/2005** ) | **34,78** | |
| Total HT : | **78,26** | |
| 15% TVA : | **11,74** | |
| Total Facture : | **90,00** | **EUR** |

Nos factures sont payables dès réception net et sans escompte, TVA incluse.

E-mail: domreg@dns.lu Téléphone: (+352) 26 09 01-1 Fax: (+352) 26 09 42 07 TVA: LU 18403067 RCS : G1

| | | |
|---|---|---|
| Banque Générale du Luxembourg: | IBAN LU50 0030 1033 0741 1000 | Code BIC: BGLL LU LL |
| Banque et Caisse d'Epargne de l'Etat: | IBAN LU25 0019 1755 0732 5000 | Code BIC: BCEE LU LL |
| Comptes Chèques Postaux: | IBAN LU22 1111 2140 0826 0000 | Code BIC: CCPL LU LL |
| Dexia BIL: | IBAN LU93 0021 1709 9283 6200 | Code BIC: BILL LU LL |

BGL LU50 0030 1033 0741 1000 BGLL LULL
CCP LU22 1111 2140 0826 0000 CCPL LULL
Dexia BIL LU93 0021 1709 9283 6200 BILL LULL
BCEE LU25 0019 1755 0732 5000 BCEE LULL

**VIREMENT**
Un caractère MAJUSCULE (BLEU ou NOIR) ou signe par case en cas d'écriture manuscrite

Code de la banque du bénéficiaire

EUR ou | Montant 90,00

N° de compte du bénéficiaire

Nom de la banque du bénéficiaire (uniquement si code BIC non indiqué)

Code Pays

Nom et adresse du bénéficiaire
Fondation RESTENA
DNS-Luxembourg

Code Pays de résidence

Communication au bénéficiaire
DNS031099 /2004 /11 .87947

Reporting

N° de compte du donneur d'ordre

Avis de débit

Nom et adresse du donneur d'ordre (Max. 4 lignes)

Date d'exécution souhaitée

Date et Signature

Frais à charge (par défaut = PARTAGÉS)
[ ] PARTAGÉS ou [ ] Bénéficiaire ou [X] Donneur d'ordre



Luxembourg Online S.A.
14, av. du 10 Septembre
L-2550 Luxembourg
Tel.: +352 452564
Fax.: +352 459334
TVA: 19952215100
RC Luxbg: B 52947

Access International Advisors
(Luxembourg) SA
49, boulevard Prince Henri
1724 Luxembourg
Luxembourg

Luxembourg, le 12 septembre 2008

# FACTURE

No facture: 2008022201051/4

| Référence | Description | Quantité | Prix unitaire | Total |
|---|---|---|---|---|
| **2008022201051** | **LOL DSL Pro** | | | |
| | LOL DSL Pro 9/2008 | 1 | 50.85 | 50.85 |
| **2008022201052** | **Location Zyxel P660R PSTN (0 €/mois)** | | | |
| | Location Zyxel P660R PSTN (0 €/mois) 9/2008 *(s/n: S070Y48012125)* | 1 | 0.00 | 0.00 |
| **2008022201053** | **Abo ADSL adresse IP fixe** | | | |
| | Abo ADSL adresse IP fixe 9/2008 | 1 | 28.75 | 28.75 |
| 2008022201053 | Contre facture (supplément) | 1 | 1.25 | 1.25 |
| 2008022201053 | Facturation par courrier | 1 | 1.25 | 1.25 |

| | |
|---|---|
| **Total TTC (EUR)** | **82.10** |
| Total HT (EUR) | 71.40 |
| Total TVA 15.00% (EUR) | 10.70 |

Prière de payer le montant ci-dessus avant le 26.9.2008

Les détails de votre compte client et de vos consommations sont consultables sur www.internet.lu/espaceclient/ sous "Mon compte" en utilisant votre "Username" et "Password".

LOL Mobile - la téléphonie mobile de Luxembourg Online Mobile
Les meilleurs tarifs au Grand-Duché !
Détails sur www.internet.lu

ok
16/09/08

BCEELULL LU73 0019 1900 5260 4000 - BGLLLULL LU56 0030 7269 1026 0000 - BILLLULL LU72 0024 1260 4353 8800
BLUXLULL LU07 0081 3685 9900 1003 - CCPLLULL LU43 1111 1671 0764 0000 - CCRALULL LU62 0090 0000 2570 0006

Netline

NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

**Contrat : *#ND200412071040***

Luxembourg, le mardi 7 décembre 2004

# CONTRAT INTERNET

**Ce contrat est conclu entre :**

**NETLINE S.A.**
**1, rue de Bitbourg**
**L-1273 Luxembourg**
**Tél : 43 65 65 - 1**
**Email : info@netline.lu**
**R.C. : Société Anonyme**

ci-après dénommée "Netline"

**ET**

| Société | **ACCESS INTERNATIONAL ADVISORS SA** |
|---|---|
| Nom et prénom | **M. LITTAYE Patrick** |
| Rue et n° | **12, rue Eugène Ruppert** |
| Code postal et localité | **L-2453 LUXEMBOURG** |
| Téléphone | **26 25 88 50** |
| Fac-similé | **44 22 35** |
| Durée du contrat | **indéterminée** |

ci-après dénommé "l'Utilisateur".

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 • Compte Banque: BLUX 0949345/001.056 • BGLL: 30-185258-22
N° TVA: 1998 2207 110 • N° TVA: Intracom: LU 17533909

LR

Netline

NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

**Préambule**

Netline est un fournisseur d'accès et de services Internet.

En ces qualités, elle offre à ses clients la possibilité de se connecter au réseau Internet via son réseau d'accès.

Accessoirement, elle peut également fournir d'autres services liés à l'Internet. Par exemple, Netline peut fournir une ou plusieurs adresses de messagerie électronique, héberger un site Internet et/ou un serveur, attribuer un ou plusieurs noms de domaines sous la forme d'un URL et mettre en place des services de sécurité comme le contrôle d'accès.

## 1. Définitions

**1.1. "Information"** ou **"Donnée"** : tout contenu sous forme de texte, image, séquence animée ou de son, diffusées sur le réseau Internet par quelque moyen que ce soit.

**1.2. "Recommandé"** : lettre recommandée avec avis de réception ou message signé électroniquement et remplissant les conditions fixées par l'article 34 de la loi du 14 août 2000 relative au commerce électronique.

## 2. Objet du contrat

**2.1.** Netline s'engage à fournir les services et produits choisis par l'Utilisateur aux conditions prévues par le présent contrat et ses annexes.

**2.2.** Les services et produits choisis par l'Utilisateur ainsi que leur descriptif sont repris dans l'annexe 1.

**2.3.** Le matériel informatique autre que celui vendu ou loué par Netline doit être acquis par l'Utilisateur (Routeur d'accès, système de Firewall et autres systèmes de sécurité). Les coûts relatifs à ce matériel sont à charge de l'Utilisateur et aucune garantie n'est donnée par Netline quant à la compatibilité de ce matériel avec les services et produits qu'elle fournit.

## 3. Prix des services et produits couverts par le présent contrat

**3.1.** Le prix des services et produits choisis par l'Utilisateur sont repris dans l'annexe 1.

**3.2.** Le cas échéant, le coût des communications téléphoniques ou de quelconques redevances dues à titre de consultation de services payants sur le réseau Internet sont à charge de l'Utilisateur.

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 • Compte Banque: BLUX 0949345/001.056 • BGLL: 30-185258-22
N° TVA: 1998 2207 110 • N° TVA: Intracom: LU 17533909

LF

Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

## 4. Modalités de paiement

**4.1.** L'Utilisateur devra procéder au paiement des sommes dues, au plus tard dans les 30 jours de la date d'établissement de la facture.

**4.2.** La redevance annuelle sera majorée conformément aux variations légales de l'indice des prix à la consommation publié par le STATEC.
Indice au 1er Octobre 2004 : **636,26**.

**4.3.** Sans préjudice de la possibilité de suspension mentionnée au paragraphe **13**, tout retard de paiement entraînera de plein droit et sans mise en demeure l'exigibilité de toutes les sommes dues par l'Utilisateur, augmentées d'un intérêt annuel au taux légal plus trois pour cent. Les intérêts sur les sommes dues par l'Utilisateur commencent à compter de la date d'exigibilité et continuent à courir jusqu'au paiement intégral des sommes dues par l'Utilisateur, même après échéance ou résiliation du contrat.

**4.4.** En cas de retard ou d'incident de paiement de la part de l'Utilisateur, Netline peut exiger de l'Utilisateur la constitution, au choix de Netline et auprès d'une banque agrée par Netline, d'une garantie à première demande ou d'un dépôt de garantie, pour une somme équivalente au double du montant de la facture ayant fait l'objet du retard ou de l'incident de paiement de la part de l'Utilisateur. L'Utilisateur disposera d'un délai de 15 jours pour fournir la garantie exigée. Tout retard de paiement subséquent entraînera, après mise en demeure par Recommandé, la possibilité pour Netline de faire appel à la garantie à première demande ou de retenir la somme déposée en garantie. Cette faculté subsiste jusqu'au paiement intégral des sommes dues par l'Utilisateur, même après échéance ou résiliation du contrat.

**4.5.** Netline peut modifier les tarifs liés à la fourniture de ses services, moyennant notification écrite préalable au moins 30 jours à l'avance. Si la modification résulte en une augmentation, pour l'Utilisateur, du prix à payer, l'Utilisateur aura la faculté de résilier le contrat en notifiant Netline par Recommandé dans les 30 jours qui suivent la notification des modifications. A l'expiration de ce délai, les nouveaux prix seront réputés avoir été acceptés par l'Utilisateur.

## 5. Obligations de Netline

Netline s'engage à fournir à l'Utilisateur les services et produits que celui-ci a choisis, avec les réserves suivantes concernant :

**5.1.** l'accès au réseau Internet et les autres services Internet choisis par l'Utilisateur :

**5.1.1.** l'accès au réseau Internet et les autres services Internet choisis par l'Utilisateur sont soumis aux conditions techniques décrites en annexe 2 ;

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 Compte Banque: BLUX 0949345/001.056 BGLL: 30-185258-22
N° TVA: 1998 2207 110 N° TVA: Intracom: LU 17533909

Netline

NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

**5.1.2.** l'accès au réseau Internet via le réseau de Netline et l'utilisation des autres services Internet choisis par l'Utilisateur s'entend sous réserve de périodes exceptionnelles d'interruptions en cas de maintenance ou de pannes éventuelles du réseau d'accès et/ou des serveurs ou du fait de l'Utilisateur ou de tiers et sans préjudice de l'interruption ou de la suspension mentionnées aux paragraphes **12.1** et **13** du présent contrat ;

**5.2.** le nom de domaine et l'adressage IP :

**5.2.1.** l'Utilisateur qui demande à Netline de lui fournir un nom de domaine et/ou une ou plusieurs adresses IP accepte que Netline adresse à un organisme d'attribution des noms de domaines une demande d'attribution de nom de domaine pour le compte de l'Utilisateur. Le prix demandé par Netline pour ladite demande ne comprend pas les frais de l'organisme responsable de l'attribution du nom de domaine. Ces frais sont directement réglés par le client, sur présentation de la facture de l'organisme concerné ;

**5.2.2.** toute adresse IP attribuée par Netline à l'Utilisateur reste la propriété exclusive de Netline. L'Utilisateur pourra utiliser cette adresse IP pendant toute la durée du contrat.

**5.3.** le support technique et la maintenance :

**5.3.1.** Netline met à disposition de l'Utilisateur un support technique accessible selon les modalités décrites dans l'annexe 3 ;

**5.3.2.** hormis les cas ou un contrat de maintenance est également conclu entre l'Utilisateur et Netline, la maintenance du matériel de Netline loué à l'Utilisateur incombe à celui-ci. Toutefois, en cas de panne ou de dysfonctionnement du routeur situé chez l'Utilisateur (ce qui exclut le routeur d'accès) éventuellement loué par Netline à l'Utilisateur qui à choisi de se connecter au réseau Internet par l'intermédiaire d'une ligne louée, Netline s'engage à remplacer le routeur défectueux dans les huit heures de la notification par l'Utilisateur pour toute la durée de la réparation. Sauf stipulation contraire dans un contrat de maintenance, les frais de déplacement et de main d'oeuvre ainsi que le prix de la réparation restent à charge de l'Utilisateur.

## 6. Obligations de l'Utilisateur

L'Utilisateur s'engage à respecter les prescriptions suivantes concernant :

**6.1.** tous les services et produits qu'il a choisis :

**6.1.1.** respecter la loi et les règlements en vigueur et notamment les articles 383, alinéa 2 (relatif à la répression des outrages publics aux bonnes moeurs, notamment en matière de pornographie) et 457-1 (concernant la propagande inspirée par le racisme, le révisionnisme ou tout autre forme de discrimination) du Code pénal ;

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 Compte Banque: BLUX 0949345/001.056 BGLL: 30-185258-22
N° TVA: 1998 2207 110 N° TVA: Intracom: LU 17533909

Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

**6.1.2.** ne pas transférer ou céder à d'autres personnes, physiques ou morales, de droit privé ou de droit public, les droits ou obligations résultant du présent contrat, que ce soit à titre gratuit ou à titre onéreux, le contrat étant conclu en considération de la personne de l'Utilisateur ;

**6.1.3.** porter immédiatement à la connaissance de Netline toutes plaintes, actions, poursuites ou autres procédures initiées contre l'Utilisateur relatives à l'utilisation des services fournis par Netline. Le Client tiendra Netline indemne contre toute action ou dommage en relation avec les obligations ci-dessus énoncées. Au besoin, le Client défendra ou représentera à ses frais Netline en justice. Le cas échéant, toute condamnation de Netline, à des dommages intérêts ou autre, sera prise en charge par le Client ;

**6.1.4.** garder en bon état de fonctionnement le matériel éventuellement loué par Netline, qui reste la propriété exclusive de Netline ;

**6.1.5.** garder secrets l'identifiant et le mot de passe qui lui sont confiés :

**a)** l'Utilisateur est responsable de l'usage de son identifiant et de son mot de passe étant entendu que toute connexion ou communication effectuée à l'aide de cet identifiant et du mot de passe associé est réputée effectuée par l'Utilisateur, qui s'engage à en assumer toutes les conséquences ;

**b)** l'Utilisateur doit avertir Netline sans délai en cas de divulgation involontaire ou d'utilisation frauduleuse de son identifiant ou de son mot de passe afin d'obtenir le blocage jusqu'à obtention de nouvelles données d'identification des services associés à ces données.

**6.1.6.** s'acquitter des frais d'installation, des redevances mensuelles ou de toutes autres sommes relatives à son abonnement.

**6.2.** l'accès au réseau Internet :

**6.2.1.** ne pas utiliser son accès à des fins illégales ;

**6.2.2.** respecter la sécurité et la confidentialité du réseau. Ainsi, par exemple, l'Utilisateur ne peut se servir de son accès afin de détourner les Données de tiers ou de Netline ;

**6.2.3.** respecter les règles applicables aux réseaux auxquels il se connecte au départ du réseau d'accès de Netline ainsi que l'intégrité de ceux-ci ;

**6.3.** la messagerie électronique :

**6.3.1.** l'usage de la messagerie électronique est exclusivement réservé à l'Utilisateur ;

**6.3.2.** toute communication effectuée à l'aide d'une des adresses de messagerie électronique de l'Utilisateur est réputée émaner de l'Utilisateur, qui s'engage à en assumer toutes les conséquences ;

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 Compte Banque: BLUX 0949345/001.056 BGLL: 30-185258-22
N° TVA: 1998 2207 110 N° TVA: Intracom: LU 17533909



10-04285-brl Doc 143-45 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 2 Pg 5 of 23

Netline

NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

**6.4.** le nom de domaine et l'adressage IP :

**6.4.1.** ne pas porter préjudice aux droits de tiers par le choix du nom de domaine de l'Utilisateur ;

**6.4.2.** fournir des informations correctes en ce qui concerne la candidature à l'obtention d'un nom de domaine ;

**6.4.3.** accepter, en cas de litige relatif au nom de domaine, de se soumettre aux procédures amiables de règlement organisées ou agrées par l'organisme concerné ;

**6.5.** l'hébergement de son site Internet :

**6.5.1.** ne pas porter préjudice aux droits de tiers, en ce compris, le droit au respect de la vie privée, notamment au regard du traitement de données à caractère personnel, les droits d'auteurs, les marques et brevets ou tout autre droit de propriété intellectuelle ;
Ainsi, l'Utilisateur ne mettra en ligne aucune Information dont il n'est pas titulaire des droits ou dont il n'a pas acquis les droits, au besoin auprès de l'auteur ou de ses ayants droits ;

**6.5.2.** L'Utilisateur qui charge Netline de la création de son site Internet ne peut prétendre à aucun droit de propriété ni à aucun droit intellectuel sur les logiciels spécifiques ou progiciels, les codes source, les textes, les images, les séquences animées, les sons ou bases de données fournis par Netline qui constituent le site et ce jusqu'au paiement intégral du prix fixé pour la création du site.

En outre, l'Utilisateur ne pourra pas rendre le site accessible sur le réseau Internet, que ce soit au départ de son propre serveur ou de tout autre serveur situé au Luxembourg ou à l'étranger.

## 7. Responsabilité de Netline

**7.1.** Limitations de responsabilité concernant l'accès au réseau Internet

**7.1.1.** Le débit des Informations qui transitent par le réseau d'accès de Netline dépend de plusieurs facteurs sur lesquels Netline n'a pas de contrôle (afflux des utilisateurs à certaines heures, encombrement général du réseau, etc.). Netline ne sera dès lors en aucun cas redevable d'une quelconque indemnité relative au taux de transfert des Informations.

**7.1.2.** Bien que l'accès au réseau Internet se fasse par l'intermédiaire du réseau de Netline, Netline n'exerce ni contrôle ni vérification sur le contenu des Informations consultées par l'Utilisateur.

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

L2

10-04285-brl Doc 143-45 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 - Part 2 Pg 6 of 23

Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

**7.1.3.** Netline ne donne aucune garantie :

**a)** quant aux résultats pouvant être obtenus par l'utilisation des services auxquels elle permet l'accès ;

**b)** quant aux produits ou services obtenus ou commandés par l'intermédiaire du réseau Internet ; et

**c)** quant aux transactions effectuées ou amorcées par l'intermédiaire du réseau Internet.

**7.2.** Limitations concernant la messagerie électronique

**7.2.1.** Sauf en cas de faute grave ou dol de sa part, Netline n'est pas responsable en cas de perte ou détérioration du contenu des communications de l'Utilisateur, survenant pendant la communication ou ultérieurement. Il est conseillé à l'Utilisateur de faire des sauvegardes régulières ou de faire couvrir la sauvegarde par un contrat d'hébergement spécifique.

**7.3.** Limitations concernant le nom de domaine et l'adressage IP

Netline n'est pas responsable de l'éventuel refus d'enregistrement de nom de domaine et ne remboursera en aucun cas les frais exposés à ce titre, ni pour elle ni pour l'organisme d'attribution des noms de domaines concerné.

**7.4.** Limitations relatives à l'hébergement du site Internet de l'Utilisateur

Sauf en cas de faute grave ou dol de sa part, Netline n'est pas responsable en cas de perte ou détérioration des Données du site Internet de l'Utilisateur. Il est conseillé à l'Utilisateur de faire des sauvegardes régulières.

**7.5.** Limitations relatives à la fourniture de services antivirus et antispam

Les services antivirus et antispam proposés par Netline à l'Utilisateur le sont par l'intermédiaire de logiciels dont Netline n'est pas l'éditeur.

En conséquence, Netline ne donne aucune garantie relative aux services antivirus et antispam proposés à l'Utilisateur dont la fourniture constitue une obligation de moyen et non de résultat. La responsabilité de Netline ne pourra donc en aucune façon être engagée du fait de la fourniture de ces services, si ce n'est en cas de dol ou de faute grave.

Netline ne garantit pas que les logiciels utilisés sont libres d'erreur. Netline ne pourra de ce fait être tenue pour responsable des éventuelles défaillances des logiciels servant à la fourniture des services antivirus et antispam ni d'éventuelles pertes ou détérioration de fichiers ou de données de toute nature liée à l'utilisation de ceux-ci ou non.

Le système antispam mis en place par Netline est basé sur un repérage par mots clés. Dès lors, Netline ne garantit pas un filtrage automatique de tous les spams et ne pourra

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.



Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

être tenue pour responsable de la réception d'un spam par l'Utilisateur. La politique adoptée permet de ne pas traiter en tant que spam un message qui ne doit pas l'être, mais aucune garantie n'est donnée quant au résultat. Les messages considérés comme spam seront envoyés à l'Utilisateur avec la mention qu'il s'agit d'un spam, de sorte que si ce n'est pas le cas, le message peut encore être consulté par l'Utilisateur.

**7.6.** Limitations de responsabilité générales

**7.6.1.** Netline n'est tenue par ses engagements qu'à une obligation de moyen.

**7.6.2.** Netline ne peut être tenue responsable pour tout dommage direct ou indirect résultant de la non-exécution des obligations qui lui incombent en vertu du présent contrat, hormis les obligations essentielles du contrat, en cas de force majeure ou du fait de tiers (tels que défaillance du réseau public de distribution d'électricité ou de télécommunications).

**7.6.3.** Elle n'octroie aucune garantie, expresse ou implicite, sur la capacité des services et produits de Netline à répondre aux attentes ou aux besoins de l'Utilisateur.

**7.7.** Outre les limitations prévues aux paragraphes **7.1** à **7.6** ci-dessus et sauf en cas de dol ou de faute grave, la responsabilité de Netline est limitée au double de la moyenne mensuelle des 3 dernières factures de Netline (à l'exclusion des frais de fourniture et d'installation d'équipement) ou, en cas de vente, à 10 % de la facture de Netline.

## 8. Responsabilité de l'Utilisateur

**8.1.** L'Utilisateur est seul responsable des Informations qu'il consulte au départ du réseau d'accès de Netline ainsi que des conséquences directes ou indirectes qui peuvent en découler (telles que perte d'une chance, de contrats, d'affaires, de revenus ou de profits).

**8.2.** L'Utilisateur est seul responsable du contenu des Informations qu'il met à la disposition ou transmet par quelque moyen que ce soit aux utilisateurs du réseau Internet. Cette responsabilité s'étend à toute indemnité qui serait due en raison de plaintes, actions, poursuites ou autres procédures initiées à l'encontre de l'Utilisateur ou de Netline.

**8.3.** L'Utilisateur doit protéger les personnes dont il a la charge, particulièrement les mineurs d'âge, contre les préjudices physiques ou moraux qui pourraient découler de la consultation de certains sites pouvant comporter des Informations à caractère pornographique par exemple. Des logiciels permettent de contrôler l'accès à de tels sites.

**8.4.** A moins qu'un tel système soit couvert par le présent contrat, l'Utilisateur doit se munir de systèmes de protection contre les intrusions de tiers. En outre, l'Utilisateur doit se munir de systèmes de protection contre les virus informatiques. Il sera seul responsable en cas de

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 Compte Banque: BLUX 0949345/001.056 BGLL: 30-185258-22
N° TVA: 1998 2207 110 N° TVA: Intracom: LU 17533909



10-04285-brl Doc 143-45 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 2 Pg 8 of 23

Netline

NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

détérioration ou perte de Données ainsi que des conséquences directes ou indirectes qui peuvent en découler (telles que perte d'une chance, de contrats, d'affaires, de revenus ou de profits).

**8.5.** L'Utilisateur est seul responsable en cas de défaillances techniques découlant d'une mauvaise utilisation ou du mauvais entreposage du matériel.

## 9. Modification du contrat

**9.1.** Netline se réserve le droit de modifier à tout moment les conditions de fourniture de ses services, sous réserve que les modifications apportées n'aient pas pour effet de réduire la qualité des services fournis. Netline peut notamment modifier les conditions techniques de l'accès à son réseau afin de faire profiter l'Utilisateur des évolutions technologiques du marché.

## 10. Durée du contrat

Le contrat est conclu pour une durée indéterminée avec une période initiale minimale dont la durée est mentionnée à l'**Annexe 1** et prend effet à dater de la mise en service de l'objet du présent contrat.

## 11. Résiliation du contrat

**11.1.** Après la période initiale prévue au paragraphe **10**, chacune des parties peut résilier le présent contrat à tout moment, moyennant un préavis de 3 mois, notifié par Recommandée à l'autre partie.

**11.2.** Chacune des parties peut résilier le contrat sans préavis si l'autre partie :

**11.2.1.** viole les obligations qui lui incombent en vertu du présent contrat ;

**11.2.2.** déclarée en état de faillite ou de banqueroute ; ou

**11.2.3.** est en situation d'inexécution pour cause de force majeure pendant plus de 30 jours.

## 12. Effets de la résiliation du contrat

**12.1.** La résiliation du contrat entraîne automatiquement l'interruption des prestations de Netline. L'accès au réseau de Netline sera rendu impossible et les Données hébergées seront enlevées du serveur s'il s'agit d'un hébergement.

**12.2.** En cas de résiliation par l'Utilisateur sans respect de la période de préavis convenue, l'Utilisateur devra payer les sommes normalement dues jusqu'à l'échéance de la période

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.



Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

initiale prévue au paragraphe **10** et, sans préjudice du paiement des éventuels frais de désinstallation du matériel, une indemnité de :

**12.2.1.** 100 % des frais d'installation si la période initiale est de 12 mois ;

**12.2.2.** 75 % des frais d'installation si la période initiale est de 24 mois ; ou

**12.2.3.** 50 % des frais d'installation si la période initiale est de 36 mois.

**12.3.** Le matériel éventuellement loué ou mis à la disposition de l'Utilisateur doit être retourné sans délai à Netline par et aux frais de l'Utilisateur.

## 13. Suspension temporaire des services

**13.1.** Tout ou partie des services fournis par Netline peuvent être suspendu sans préavis ni indemnité :

**13.1.1.** en cas de violation d'une loi, d'un règlement, d'une stipulation contractuelle ou du droit d'un tiers par l'Utilisateur ;

**13.1.2.** à la demande d'une autorité judiciaire ou administrative compétente ;

**13.1.3.** en cas de plaintes, actions, poursuites ou autres procédures initiées à l'encontre l'Utilisateur ou de Netline, relatives à l'utilisation des services fournis par Netline.

**13.2.** La suspension des services conformément au présent paragraphe n'entraîne pas la suspension des obligations de paiement de l'Utilisateur.

**13.3.** Aucune indemnité ne pourra être réclamée à Netline par l'Utilisateur suite à la suspension des services opérée par elle en vertu du présent paragraphe ou suite aux conséquences directes ou indirectes qui peuvent en découler (telles que perte d'une chance, de contrats, d'affaires, de revenus, ou de profits).

## 14. Divers

**14.1.** Le cas échéant et avant la signature du contrat, l'Utilisateur doit fournir à Netline une copie des statuts de la société qu'il représente.

**14.2.** L'Utilisateur doit sans délai et au plus tard dans le mois de leur modification communiquer à Netline tout changement de ses données personnelles ou administratives.

**14.3.** Netline se réserve le droit de communiquer aux autorités judiciaires ou administratives compétentes, si elles le demandent et dans la mesure où la réglementation en vigueur le prévoit, l'identité, les coordonnées, le contenu des communications ou les Données du site Internet de l'Utilisateur.

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 Compte Banque: BLUX 0949345/001.056 BGLL: 30-185258-22
N° TVA: 1998 2207 110 N° TVA: Intracom: LU 17533909

LA

Netline

NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
**Tél :** +352 43 65 65 - 601 **Fax :** +352 43 65 65 - 650
**Email :** info@netline.lu **URL :** http://www.netline.lu

**14.4.** Les annexes font partie intégrante de la convention et peuvent contenir des limitations aux clauses prévues dans le présent contrat.

## 15. Données nominatives

Les données nominatives collectées dans le cadre du présent contrat sont conservées et traitées par Netline pour la gestion des relations contractuelles entre Netline et l'Utilisateur ainsi qu'à des fins de statistiques et de promotion concernant nos produits et services. La validité du contrat est subordonnée à la fourniture des données nominatives en question. L'Utilisateur dispose d'un droit d'accès et de rectification pour les données le concernant.

## 16. Loi applicable et tribunaux compétents

**16.1.** Le présent contrat est exclusivement régi par le droit luxembourgeois.

**16.2.** Tout litige découlant de sa mise en oeuvre sera soumis à la compétence exclusive du tribunal compétent de la ville de Luxembourg.

Fait en deux originaux à Luxembourg, le mardi 7 décembre 2004

| **Netline** | **L'Utilisateur** |
|---|---|
| par : **Frank Maitry** | par : |
| titre : *Directeur* | titre : |

L'Utilisateur déclare spécialement accepter les paragraphes **4.5**, **7**, et **11** du présent contrat.

**L'Utilisateur**

par:
titre:

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 • Compte Banque: BLUX 0949345/001.056 • BGLL: 30-185258-22
N° TVA: 1998 2207 110 • N° TVA: Intracom: LU 17533909

08-01789-cgm Doc 21435-30 Filed 04/25/22 Entered 04/25/22 18:36:37 Exhibit 30 Pg 27 of 39
10-04285-brl Doc 143-45 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 2 Pg 11 of 23

Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

## Annexe 1. Durée initiale, prix et descriptif des services et produits couverts

La durée initiale du contrat est de 12 mois.

Les services et produits choisis par l'Utilisateur sont indiqués ci-dessous.

### A. Noms de domaines en « .lu »

Les frais d'enregistrement de votre nouveau nom de domaine seront directement facturés par la société Restena qui gère l'enregistrement des noms de domaines qui se terminent par .lu. Votre nom de domaine : **aialuxembourg.lu**

| Description des produits et services | Prix annuels HTVA |
|---|---|
| Coût initial d'enregistrement de nom de domaine (à payer seulement la première année) | 43,48 € / dns |
| Coût annuel de maintenance de nom de domaine (à payer chaque année, y compris la première année) | 34,78 € / an / dns |

- Tous nos prix s'entendent nets HTVA.

### B. Gestion de votre nom de domaine dans nos serveurs DNS

Il faut ensuite rendre votre site Internet accessible à tous sur le web. Pour cela, nous enregistrerons votre nom de domaine dit DNS dans nos serveurs DNS.

Grâce à l'accès de nos serveurs DNS à l'Internet par notre bande passante totale de 419 Mbps, votre site sera accessible mondialement avec une rapidité d'affichage inégalée. De nombreux surfeurs pourront visionner les pages de votre site Internet simultanément sans délai d'affichage.

| Description des produits et services | Prix HTVA |
|---|---|
| Gestion de vos noms de domaines dans nos serveurs DNS | 20,00 € / an / nom de domaine |
| Accès à l'interface de gestion Web (modification du champ MX sur le serveur DNS) | 20,00 € / an / nom de domaine |
| Nombre et libellés des noms de domaines à gérer dans nos serveurs DNS :<br>1. aialuxembourg.lu | 1 |
| **Total annuel** | **40,00 € / an** |

- Tous nos prix s'entendent nets HTVA.

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.



08-01789-cgm Doc 21435-30 Filed 04/25/22 Entered 04/25/22 18:36:37 Exhibit 30 Pg 28 of 39
10-04285-brl Doc 143-45 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 2 Pg 12 of 23

Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

## Annexe 2. Conditions techniques

### 1. Equipement minimal de l'Utilisateur

L'Utilisateur doit disposer d'un local technique doté d'une borne 220V au moins et assez grand pour permettre une aération suffisante du matériel.

En cas de besoin, les techniciens de Netline doivent avoir accès à ce local au moins pendant les heures de bureau.

L'Utilisateur doit disposer d'une carte réseau Ethernet, FastEthernet, Tokenring, ATM ou autre, qui doit être connue lors de l'établissement de l'offre par Netline.

La configuration des terminaux de l'Utilisateur doit être communiquée au moment de l'établissement de l'offre par Netline.

### 2. Accès au réseau Internet

Comprend :

- Navigation sur le réseau Internet ;
- FTP, IRC, News, etc. ;

Accès (identifiant, mot de passe), PoP, débit maximum théorique de l'accès, etc.

### 3. Messagerie électronique

Une ou plusieurs adresses personnalisées de type nom.prénom@netline.lu ou nom.prénom@société.lu si l'Utilisateur possède son propre nom de domaine de second niveau. (cf service B du présent contrat)

Accès (identifiant, mot de passe), taille de la boîte, taille maximum des messages transmis ou reçus, *quid* si le message n'est pas livré, etc.

### 4. Hébergement du site de l'Utilisateur

URL, adresse(s) IP, espace disponible, technique de téléchargement, plate-forme et langages supportés par le réseau et les serveurs, sécurité, statistiques, etc.

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 Compte Banque: BLUX 0949345/001.056 BGLL: 30-185258-22
N° TVA: 1998 2207 110 N° TVA: Intracom: LU 17533909



Netline
NETLINE S.A.
1, rue de Bitbourg B.P. 2342 L-1023 Luxembourg
Tél : +352 43 65 65 - 601 Fax : +352 43 65 65 - 650
Email : info@netline.lu URL : http://www.netline.lu

## Annexe 3. Support technique

Le support technique de Netline est accessible :

- via les numéros d'appel 43.65.65-1, du lundi au vendredi de 8h à 17h
- par courrier électronique adressé à support@netline.lu ; info@netline.lu.
- par courrier postal expédié à Netline, 1, rue de Bitbourg à L-1273 Luxembourg.

Toutes les Informations contenues dans le présent contrat sont strictement confidentielles.

R.C. Luxembourg: B 63935 • Compte Banque: BLUX 0949345/001.056 • BGLL: 30-185258-22
N° TVA: 1998 2207 110 • N° TVA: Intracom: LU 17533909

LA



10-04285-brl Doc 143-45 Filed 10/26/12 Entered 10/26/12 21:29:02 Exhibit 43 Part 2 Pg 14 of 23

bonn

mobilier | fondé en 1855

9 rue philippe II
L-2340 luxembourg
t: +352 22 32 01
f: +352 46 72 28
b.p. 333 L-2013 luxembourg

**ACCES INTERNATIONAL ADVISERS**
**à l'attention de M. Alain LEONARD**
12, rue Eugène Ruppert
L - 2453 Luxembourg

Luxembourg, le 10 septembre 2008 / SG

## Facture N° 08/08/429 (selon notre offre du 20.06.08)

41 200 201
13611 / 08 364

Mobilier de Direction Essentiel, bois véritable coloris chêne naturel, wengé

| | | Prix HTVA |
|---|---|---|
| 1 Bureau de direction SICAME, modèle : ESSENTIEL, réf. : 014 - 793, coloris : wengé, 180 x 90 x H74 | | 1.332,00 |
| 1 Caisson 3 tiroirs sur roues réf. : 014 - 385, coloris : wengé, fermeture centralisée | | 629,00 |
| 1 Table de conférence, réf. : 014 - 704, coloris : wengé 110 x 110 x H74 | | 1.151,00 |
| 1 Fauteuil SEDUS, modèle : OPEN UP, réf. : UP 103, assise cuir noir, pied gris alu, accoudoirs 3D, manchettes soft touch, dos résille, têtière : cuir noir | | 1.377,00 |
| 2 Chaises visiteurs SEDUS, modèle : OPEN UP 233, pied luge chromé, assise cuir noir, dos résille, accoudoir polypropylène | à 707,00 | 1.414,00 |
| | Total HTVA : | 5.903,00 |
| | Remise 25 % : | 1.475,75 |
| | Total net HTVA : | 4.427,25 |
| | TVA à 15 % : | 664,08 |
| | **Total Net T.T.C. :** | **5.091,33 €** |

**Net au Comptant**

**S. E. & O.**

mobilier bonn (palais du mobilier s.à r.l. & cie. s.e.c.s.) r.c. luxembourg B 34398 t.v.a. LU 1990 2100 132 i.c. LU 14608132
CCPL IBAN LU66 1111 0001 0104 0000 BGLL IBAN LU50 0030 0412 2130 0000 DEXIA-BIL IBAN LU36 0020 1002 6000 0000 BCEE IBAN LU46 0019 1000 1025 3000

Édition 25 1 2007 LIVRE DE PAIE 2006 SALAIRES PLUS AVANCES MALADIE 1971 08 04 144 118/1225

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

Ancienneté 1 8 2004
Entrée 1 8 2004
Sortie

GOETZINGER DIANE 1
61 RUE MICHEL
L 3656 KAYL

| | Jours | Jours imposab | Stat | Cout | Classe | % | Rémun Base | BRUT MENSUEL | COTI-SABLE | MALADIE | PENSION | AUTRES | EXEMPT SHS | EXEMPT NDF | ABATTE-MENTS | EXEMPT AUTRES | IMPOSABLE | IMPOTS | DÉPEN-DANCE | NET SALAIRE | AJOUTES NETTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | 31 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,59 | 1567,61 | |
| F | 28 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,76 | 1567,44 | |
| M | 31 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,50 | 1567,70 | |
| A | 30 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,76 | 1567,44 | |
| M | 31 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,50 | 1567,70 | |
| J | 30 | 25 | Emp | 2 | 1 00 | | 1850 | 2366,28 | 2366,28 | 66,26 | 189,30 | | 172,09 | | 90,75 | | 1847,88 | 117,9 | 21,40 | 1971,42 | |
| J | 31 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,68 | 1567,52 | |
| A | 31 | 25 | Emp | 2 | 1 00 | | 1850 | 1333,72 | 1333,72 | 37,34 | 106,70 | | | | 90,75 | | 1098,93 | 9,3 | 11,34 | 1169,04 | |
| S | 30 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,68 | 1567,52 | |
| O | 31 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,59 | 1567,61 | |
| N | 30 | 25 | Emp | 2 | 1 00 | | 1850 | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,59 | 1567,61 | |
| D | 31 | 25 | Emp | 2 | 1 00 | | 1896,24 | 1896,24 | 1896,24 | 53,09 | 151,70 | | | | 90,75 | | 1600,70 | 73,3 | 17,09 | 1601,06 | |
| X = Décompte maladie payé par la Caisse | | | | | | | | 22246,24 | 22246,24 | 622,89 | 1779,70 | | 172,09 | | 1089 | | 18582,56 | 794,5 | 199,48 | 18849,67 | |

| HEURES | | Normal | Suppl. | Congé | Férié Extra | Chômag | Maladi | NON - PÉRIODIQUE | COTI-SABLE | MALADIE | PENSION | AUTRES | EXEMP-TION | IMPOSABLE | IMPOTS | DÉPEN-DANCE | NET NON-PÉRIODIQUE | RÉCAPITULATION ANNÉE IMPOSABLE | IMPOT | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | 88 | 88 | | | | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| F | 80 | 76 | | 4 | | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| M | 92 | 84 | | 8 | | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| A | 80 | 60 | | 16 | 4 | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| M | 92 | 80 | | 4 | 8 | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| J | 104 | 48 | 16 | 32 | 8 | | | | | | | | | | | | | 1847,88 | 117,9 | 1729,98 |
| J | 84 | 84 | | | | | | 1000 | 1000 | 27 | 80 | | | 893 | 150 | 10 | 733 | 2452,45 | 216 | 2236,45 |
| A | 92 | 44 | | 44 | 4 | | | | | | | | | | | | | 1098,93 | 9,3 | 1089,63 |
| S | 84 | 84 | | | | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| O | 88 | 88 | | | | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| N | 88 | 84 | | | 4 | | | | | | | | | | | | | 1559,45 | 66 | 1493,45 |
| D | 84 | 76 | | | 8 | | | 1300 | 1300 | 35,10 | 104 | | | 1160,90 | 177,5 | 13 | 970,40 | 2761,60 | 250,8 | 2510,80 |
| | 1056 | 896 | 16 | 108 | 36 | | | 2300 | 2300 | 62,10 | 184 | | | 2053,90 | 327,5 | 23 | 1703,40 | 20636,46 | 1122 | 19514,46 |

Part privée voiture: Etalement :

Édition 25 1 2007 LIVRE DE PAIE 2006 SALAIRES PLUS AVANCES MALADIE

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

| Mois | BRUT MENSUEL | COTISABLE | MALADIE | PENSION | AUTRES | EXEMPTION HRS SUPPL | EXEMPTIONS NDF | ABATTEMENTS | AUTRES EXEMPTIONS | IMPOSABLE | IMPOTS | DÉPENDANCE | SALAIRE NET | FRAIS PAIÉS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,59 | 1567,61 | |
| FÉV. | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,76 | 1567,44 | |
| MARS | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,50 | 1567,70 | |
| AVRI | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,76 | 1567,44 | |
| MAI | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,50 | 1567,70 | |
| JUIN | 2366,28 | 2366,28 | 66,26 | 189,30 | | 172,09 | | 90,75 | | 1847,88 | 117,90 | 21,40 | 1971,42 | |
| JUIL | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,68 | 1567,52 | |
| AOUT | 1333,72 | 1333,72 | 37,34 | 106,70 | | | | 90,75 | | 1098,93 | 9,30 | 11,34 | 1169,04 | |
| SEP. | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,68 | 1567,52 | |
| OCT. | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,59 | 1567,61 | |
| NOV. | 1850 | 1850 | 51,80 | 148 | | | | 90,75 | | 1559,45 | 66 | 16,59 | 1567,61 | |
| DÉC. | 1896,24 | 1896,24 | 53,09 | 151,70 | | | | 90,75 | | 1600,70 | 73,30 | 17,09 | 1601,06 | |
| TOT | 22246,24 | 22246,24 | 622,89 | 1779,70 | | 172,09 | | 1089 | | 18582,56 | 794,50 | 199,48 | 18849,67 | |

| Mois | BRUT NON PÉRIODIQUE | COTISABLE | MALADIE | PENSION | AUTRES | EXEMPTION | IMPOSABLE | IMPOTS | DÉPENDANCE | DÉCOMPTE ANNUEL | NET NON-PÉRIODIQUE | RÉCAPITULATION IMPOSABLE | RÉCAPITULATION IMPOT | RÉCAPITULATION NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | 1559,45 | 66 | |
| FÉV. | | | | | | | | | | | | 1559,45 | 66 | |
| MARS | | | | | | | | | | | | 1559,45 | 66 | |
| AVRI | | | | | | | | | | | | 1559,45 | 66 | |
| MAI | | | | | | | | | | | | 1559,45 | 66 | |
| JUIN | | | | | | | | | | | | 1847,88 | 117,90 | |
| JUIL | 1000 | 1000 | 27 | 80 | | | 893 | 150 | 10 | | 733 | 2452,45 | 216 | |
| AOUT | | | | | | | | | | | | 1098,93 | 9,30 | |
| SEP. | | | | | | | | | | | | 1559,45 | 66 | |
| OCT. | | | | | | | | | | | | 1559,45 | 66 | |
| NOV. | | | | | | | | | | | | 1559,45 | 66 | |
| DÉC. | 1300 | 1300 | 35,10 | 104 | | | 1160,90 | 177,50 | 13 | | 970,40 | 2761,60 | 250,80 | |
| TOT | 2300 | 2300 | 62,10 | 184 | | | 2053,90 | 327,50 | 23 | | 1703,40 | 20636,46 | 1122 | |

Édition 25 1 2007 LIVRE DE PAIE 2006 SALAIRES PLUS AVANCES MALADIE PARTS PATRONALES

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

| Mois | COTISABLE MALADIE | COTISABLE PENSION | COTISABLE FAMILLE | COTISABLE SANTÉ | COTISABLE ACCIDENT | MALADIE | PENSION | ALLOCATION FAMILIALE | SANTE DU TRAVAIL | ACCIDENT | AUTRES | TOTAL MENSUEL | | IMPOTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| FÉV. | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| MARS | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| AVRI | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| MAI | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| JUIN | 2366,28 | 2366,28 | | 2366,28 | 2366,28 | 66,26 | 189,30 | | 2,60 | 12,54 | | 270,70 | | |
| JUIL | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| AOUT | 1333,72 | 1333,72 | | 1333,72 | 1333,72 | 37,34 | 106,70 | | 1,47 | 7,07 | | 152,58 | | |
| SEP. | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| OCT. | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| NOV. | 1850 | 1850 | | 1850 | 1850 | 51,80 | 148 | | 2,04 | 9,81 | | 211,65 | | |
| DÉC. | 1896,24 | 1896,24 | | 1896,24 | 1896,24 | 53,09 | 151,70 | | 2,09 | 10,05 | | 216,93 | | |
| TOT | 22246,24 | 22246,24 | | 22246,24 | 22246,24 | 622,89 | 1779,70 | | 24,52 | 117,95 | | 2545,06 | | |

| Mois | COTISABLE MALADIE | COTISABLE PENSION | COTISABLE FAMILLE | COTISABLE SANTÉ | COTISABLE ACCIDENT | MALADIE | PENSION | ALLOCATION FAMILIALE | SANTE DU TRAVAIL | ACCIDENT | AUTRES | TOTAL NON PÉRIODIQUE | TOTAL SÉC. SOCIALE | TOTAL GLOBAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | 211,65 | 211,65 |
| FÉV. | | | | | | | | | | | | | 211,65 | 211,65 |
| MARS | | | | | | | | | | | | | 211,65 | 211,65 |
| AVRI | | | | | | | | | | | | | 211,65 | 211,65 |
| MAI | | | | | | | | | | | | | 211,65 | 211,65 |
| JUIN | | | | | | | | | | | | | 270,70 | 270,70 |
| JUIL | 1000 | 1000 | | 1000 | 1000 | 27 | 80 | | 1,10 | 5,30 | | 113,40 | 325,05 | 325,05 |
| AOUT | | | | | | | | | | | | | 152,58 | 152,58 |
| SEP. | | | | | | | | | | | | | 211,65 | 211,65 |
| OCT. | | | | | | | | | | | | | 211,65 | 211,65 |
| NOV. | | | | | | | | | | | | | 211,65 | 211,65 |
| DÉC. | 1300 | 1300 | | 1300 | 1300 | 35,10 | 104 | | 1,43 | 6,89 | | 147,42 | 364,35 | 364,35 |
| TOT | 2300 | 2300 | | 2300 | 2300 | 62,10 | 184 | | 2,53 | 12,19 | | 260,82 | 2805,88 | 2805,88 |

Édition 26 1 2006 LIVRE DE PAIE 2005 SALAIRES PLUS AVANCES MALADIE 1971 08 04 144 118/1225

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

Ancienneté 1 8 2004
Entrée 1 8 2004
Sortie

GOETZINGER DIANE
61 RUE MICHEL
L 3656 KAYL

1

| Jours | Jours imposab | Stat | Cout | Classe | % | Rémun Base | BRUT MENSUEL | COTI-SABLE | MALADIE | PENSION | AUTRES | EXEMPT SHS | EXEMPT NDF | ABATTE-MENTS | EXEMPT AUTRES | IMPOSABLE | IMPOTS | DÉPEN-DANCE | NET SALAIRE | AJOUTES NETTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,16 | 1525,55 | |
| F 28 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,24 | 1525,47 | |
| M 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 15,99 | 1525,72 | |
| A 30 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,16 | 1525,55 | |
| M 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,07 | 1525,64 | |
| J 30 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,07 | 1525,64 | |
| J 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,16 | 1525,55 | |
| A 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 15,99 | 1525,72 | |
| S 30 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,3 | 16,07 | 1525,64 | |
| O 31 | 25 | Emp | 2 | 1 00 | | 1838,55 | 1838,55 | 1838,55 | 51,48 | 147,08 | | | | 90,75 | | 1549,24 | 64,3 | 16,56 | 1559,13 | |
| N 30 | 25 | Emp | 2 | 1 00 | | 1838,55 | 1838,55 | 1838,55 | 51,48 | 147,08 | | | | 90,75 | | 1549,24 | 64,3 | 16,47 | 1559,22 | |
| D 31 | 25 | Emp | 2 | 1 00 | | 1838,55 | 1838,55 | 1838,55 | 51,48 | 147,08 | | | | 90,75 | | 1549,24 | 64,3 | 16,47 | 1559,22 | |
| X = Décompte maladie payé par la Caisse | | | | | | | 21659,22 | 21659,22 | 606,42 | 1732,74 | | | | 1089 | | 18231,06 | 717,6 | 194,41 | 18408,05 | |

| HEURES | Normal | Suppl. | Congé | Férié Extra | Chômag | Maladi | NON - PÉRIODIQUE | COTI-SABLE | MALADIE | PENSION | AUTRES | EXEMP-TION | IMPOSABLE | IMPOTS | DÉPEN-DANCE | NET NON-PÉRIODIQUE | RÉCAPITULATION ANNÉE IMPOSABLE | IMPOT | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J 84 | 84 | | | | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| F 80 | 80 | | | | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| M 92 | 76 | | 12 | 4 | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| A 84 | 60 | | 24 | | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| M 88 | 76 | | 4 | 8 | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| J 88 | 80 | | 4 | 4 | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| J 84 | 84 | | | | | | 1100 | 1100 | 29,70 | 88 | | | 982,30 | 150 | 11 | 821,30 | 2491,56 | 208,3 | 2283,26 |
| A 92 | 48 | | 40 | 4 | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| S 88 | 84 | | 4 | | | | | | | | | | | | | | 1509,26 | 58,3 | 1450,96 |
| O 84 | 84 | | | | | | | | | | | | | | | | 1549,24 | 64,3 | 1484,94 |
| N 88 | 80 | | 4 | 4 | | | | | | | | | | | | | 1549,24 | 64,3 | 1484,94 |
| D 88 | 68 | | 16 | 4 | | | 1300 | 1300 | 35,10 | 104 | | | 1160,90 | 208,4 | 13 | 939,50 | 2710,14 | 272,7 | 2437,44 |
| 1040 | 904 | | 108 | 28 | | | 2400 | 2400 | 64,80 | 192 | | | 2143,20 | 358,4 | 24 | 1760,80 | 20374,26 | 1076 | 19298,26 |

Part privée voiture:

Etalement :

Édition 26 1 2006 LIVRE DE PAIE 2005 SALAIRES PLUS AVANCES MALADIE

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

| Mois | BRUT MENSUEL | COTISABLE | MALADIE | PENSION | AUTRES | EXEMPTION HRS SUPPL | EXEMPTIONS NDF | ABATTEMENTS | AUTRES EXEMPTIONS | IMPOSABLE | IMPOTS | DÉPENDANCE | SALAIRE NET | FRAIS PAIÉS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,16 | 1525,55 | |
| FÉV. | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,24 | 1525,47 | |
| MARS | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 15,99 | 1525,72 | |
| AVRI | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,16 | 1525,55 | |
| MAI | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,07 | 1525,64 | |
| JUIN | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,07 | 1525,64 | |
| JUIL | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,16 | 1525,55 | |
| AOUT | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 15,99 | 1525,72 | |
| SEP. | 1793,73 | 1793,73 | 50,22 | 143,50 | | | | 90,75 | | 1509,26 | 58,30 | 16,07 | 1525,64 | |
| OCT. | 1838,55 | 1838,55 | 51,48 | 147,08 | | | | 90,75 | | 1549,24 | 64,30 | 16,56 | 1559,13 | |
| NOV. | 1838,55 | 1838,55 | 51,48 | 147,08 | | | | 90,75 | | 1549,24 | 64,30 | 16,47 | 1559,22 | |
| DÉC. | 1838,55 | 1838,55 | 51,48 | 147,08 | | | | 90,75 | | 1549,24 | 64,30 | 16,47 | 1559,22 | |
| TOT | 21659,22 | 21659,22 | 606,42 | 1732,74 | | | | 1089 | | 18231,06 | 717,60 | 194,41 | 18408,05 | |

| Mois | BRUT NON PÉRIODIQUE | COTISABLE | MALADIE | PENSION | AUTRES | EXEMPTION | IMPOSABLE | IMPOTS | DÉPENDANCE | DÉCOMPTE ANNUEL | NET NON-PÉRIODIQUE | RÉCAPITULATION IMPOSABLE | RÉCAPITULATION IMPOT | RÉCAPITULATION NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | 1509,26 | 58,30 | |
| FÉV. | | | | | | | | | | | | 1509,26 | 58,30 | |
| MARS | | | | | | | | | | | | 1509,26 | 58,30 | |
| AVRI | | | | | | | | | | | | 1509,26 | 58,30 | |
| MAI | | | | | | | | | | | | 1509,26 | 58,30 | |
| JUIN | | | | | | | | | | | | 1509,26 | 58,30 | |
| JUIL | 1100 | 1100 | 29,70 | 88 | | | 982,30 | 150 | 11 | | 821,30 | 2491,56 | 208,30 | |
| AOUT | | | | | | | | | | | | 1509,26 | 58,30 | |
| SEP. | | | | | | | | | | | | 1509,26 | 58,30 | |
| OCT. | | | | | | | | | | | | 1549,24 | 64,30 | |
| NOV. | | | | | | | | | | | | 1549,24 | 64,30 | |
| DÉC. | 1300 | 1300 | 35,10 | 104 | | | 1160,90 | 208,40 | 13 | | 939,50 | 2710,14 | 272,70 | |
| TOT | 2400 | 2400 | 64,80 | 192 | | | 2143,20 | 358,40 | 24 | | 1760,80 | 20374,26 | 1076 | |

Édition 26 1 2006 LIVRE DE PAIE 2005 SALAIRES PLUS AVANCES MALADIE PARTS PATRONALES

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

| Mois | COTISABLE MALADIE | COTISABLE PENSION | COTISABLE FAMILLE | COTISABLE SANTÉ | COTISABLE ACCIDENT | MALADIE | PENSION | ALLOCATION FAMILIALE | SANTE DU TRAVAIL | ACCIDENT | AUTRES | TOTAL MENSUEL | | IMPOTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| FÉV. | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| MARS | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| AVRI | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| MAI | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| JUIN | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| JUIL | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| AOUT | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| SEP. | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 50,22 | 143,50 | | 1,97 | 11,48 | | 207,17 | | |
| OCT. | 1838,55 | 1838,55 | | 1838,55 | 1838,55 | 51,48 | 147,08 | | 2,02 | 11,77 | | 212,35 | | |
| NOV. | 1838,55 | 1838,55 | | 1838,55 | 1838,55 | 51,48 | 147,08 | | 2,02 | 11,77 | | 212,35 | | |
| DÉC. | 1838,55 | 1838,55 | | 1838,55 | 1838,55 | 51,48 | 147,08 | | 2,02 | 11,77 | | 212,35 | | |
| TOT | 21659,22 | 21659,22 | | 21659,22 | 21659,22 | 606,42 | 1732,74 | | 23,79 | 138,63 | | 2501,58 | | |

| Mois | COTISABLE MALADIE | COTISABLE PENSION | COTISABLE FAMILLE | COTISABLE SANTÉ | COTISABLE ACCIDENT | MALADIE | PENSION | ALLOCATION FAMILIALE | SANTE DU TRAVAIL | ACCIDENT | AUTRES | TOTAL NON PÉRIODIQUE | TOTAL SÉC. SOCIALE | TOTAL GLOBAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| FÉV. | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| MARS | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| AVRI | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| MAI | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| JUIN | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| JUIL | 1100 | 1100 | | 1100 | 1100 | 29,70 | 88 | | 1,21 | 7,04 | | 125,95 | 333,12 | 333,1[illegible] |
| AOUT | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| SEP. | | | | | | | | | | | | | 207,17 | 207,1[illegible] |
| OCT. | | | | | | | | | | | | | 212,35 | 212,3[illegible] |
| NOV. | | | | | | | | | | | | | 212,35 | 212,3[illegible] |
| DÉC. | 1300 | 1300 | | 1300 | 1300 | 35,10 | 104 | | 1,43 | 8,32 | | 148,85 | 361,20 | 361,2[illegible] |
| TOT | 2400 | 2400 | | 2400 | 2400 | 64,80 | 192 | | 2,64 | 15,36 | | 274,80 | 2776,38 | 2776,38 |

Édition 17 2 2005 LIVRE DE PAIE 2004 SALAIRES PLUS AVANCES MALADIE 1971 08 04 144 118 1225

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

Ancienneté 1 8 2004
Entrée 1 8 2004
Sortie

COETZINGER DIANE 1
61 RUE MICHEL
L 3656 KAYL

| Jours | Jours imposab | Stat | Cout | Classe | % | Rémun Base | BRUT MENSUEL | COTI-SABLE | MALADIE | PENSION | AUTRES | EXEMPT SHS | EXEMPT NDF | ABATTE-MENTS | EXEMPT AUTRES | IMPOSABLE | IMPOTS | DÉPEN-DANCE | NET SALAIRE | AJOUTES NETTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 25 | Emp | 2 | 1 00 | | 1750 | 1750 | 1750 | 46,38 | 140 | | | | 90,75 | | 1472,87 | 53,30 | 15,72 | 1494,60 | |
| 30 | 25 | Emp | 2 | 1 00 | | 1750 | 1750 | 1750 | 46,38 | 140 | | | | 90,75 | | 1472,87 | 53,30 | 15,72 | 1494,60 | |
| 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 47,53 | 143,50 | | | | 90,75 | | 1511,95 | 59 | 16,19 | 1527,51 | |
| 30 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 47,53 | 143,50 | | | | 90,75 | | 1511,95 | 59 | 16,11 | 1527,59 | |
| 31 | 25 | Emp | 2 | 1 00 | | 1793,73 | 1793,73 | 1793,73 | 47,53 | 143,50 | | | | 90,75 | | 1511,95 | 59 | 16,03 | 1527,67 | |
| X = Décompte maladie payé par la Caisse | | | | | | | 8881,19 | 8881,19 | 235,35 | 710,50 | | | | 453,75 | | 7481,59 | 283,60 | 79,77 | 7571,97 | |

| HEURES | Normal | Suppl. | Congé | Férié Extra | Chômag | Maladi | NON - PÉRIODIQUE | COTI-SABLE | MALADIE | PENSION | AUTRES | EXEMP-TION | IMPOSABLE | IMPOTS | DÉPEN-DANCE | NET NON-PÉRIODIQUE | RÉCAPITULATION ANNÉE IMPOSABLE | IMPOT | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 28 | | 60 | | | | | | | | | | | | | | 1472,87 | 53,30 | 1419,57 |
| 88 | 84 | | 4 | | | | | | | | | | | | | | 1472,87 | 53,30 | 1419,57 |
| 84 | 84 | | | | | | | | | | | | | | | | 1511,95 | 59 | 1452,95 |
| 88 | 84 | | | 4 | | | | | | | | | | | | | 1511,95 | 59 | 1452,95 |
| 92 | 72 | | 20 | | | | 1300 | 1300 | 33,15 | 104 | | | 1162,85 | 181 | 13 | 968,85 | 2674,80 | 240 | 2434,80 |
| 440 | 352 | | 84 | 4 | | | 1300 | 1300 | 33,15 | 104 | | | 1162,85 | 181 | 13 | 968,85 | 8644,44 | 464,60 | 8179,84 |

Part privée voiture:

Etalement :

Édition 17 2 2005 LIVRE DE PAIE 2004 SALAIRES PLUS AVANCES MALADIE

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

| Mois | BRUT MENSUEL | COTISABLE | MALADIE | PENSION | AUTRES | EXEMPTION HRS SUPPL | EXEMPTIONS NDF | ABATTEMENTS | AUTRES EXEMPTIONS | IMPOSABLE | IMPOTS | DÉPENDANCE | SALAIRE NET | FRAIS PAIÉS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | | |
| FÉV. | | | | | | | | | | | | | | |
| MARS | | | | | | | | | | | | | | |
| AVRI | | | | | | | | | | | | | | |
| MAI | | | | | | | | | | | | | | |
| JUIN | | | | | | | | | | | | | | |
| JUIL | | | | | | | | | | | | | | |
| AOUT | 1750 | 1750 | 46,38 | 140 | | | | 90,75 | | 1472,87 | 53,30 | 15,72 | 1494,60 | |
| SEP. | 1750 | 1750 | 46,38 | 140 | | | | 90,75 | | 1472,87 | 53,30 | 15,72 | 1494,60 | |
| OCT. | 1793,73 | 1793,73 | 47,53 | 143,50 | | | | 90,75 | | 1511,95 | 59 | 16,19 | 1527,51 | |
| NOV. | 1793,73 | 1793,73 | 47,53 | 143,50 | | | | 90,75 | | 1511,95 | 59 | 16,11 | 1527,59 | |
| DÉC. | 1793,73 | 1793,73 | 47,53 | 143,50 | | | | 90,75 | | 1511,95 | 59 | 16,03 | 1527,67 | |
| TOT | 8881,19 | 8881,19 | 235,35 | 710,50 | | | | 453,75 | | 7481,59 | 283,60 | 79,77 | 7571,97 | |

| Mois | BRUT NON PÉRIODIQUE | COTISABLE | MALADIE | PENSION | AUTRES | EXEMPTION | IMPOSABLE | IMPOTS | DÉPENDANCE | DÉCOMPTE ANNUEL | NET NON-PÉRIODIQUE | RÉCAPITULATION IMPOSABLE | RÉCAPITULATION IMPOT | RÉCAPITULATION NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | | |
| FÉV. | | | | | | | | | | | | | | |
| MARS | | | | | | | | | | | | | | |
| AVRI | | | | | | | | | | | | | | |
| MAI | | | | | | | | | | | | | | |
| JUIN | | | | | | | | | | | | | | |
| JUIL | | | | | | | | | | | | | | |
| AOUT | | | | | | | | | | | | 1472,87 | 53,30 | |
| SEP. | | | | | | | | | | | | 1472,87 | 53,30 | |
| OCT. | | | | | | | | | | | | 1511,95 | 59 | |
| NOV. | | | | | | | | | | | | 1511,95 | 59 | |
| DÉC. | 1300 | 1300 | 33,15 | 104 | | | 1162,85 | 181 | 13 | | 968,85 | 2674,80 | 240 | |
| TOT | 1300 | 1300 | 33,15 | 104 | | | 1162,85 | 181 | 13 | | 968,85 | 8644,44 | 464,60 | |

Édition 17 2 2005 LIVRE DE PAIE 2004 SALAIRES PLUS AVANCES MALADIE PARTS PATRONALES

ACCESS INTERNATIONAL ADVISORS LUXBG. S.A 337
12 RUE EUGENE RUPPERT
L 2453 LUXEMBOURG 2003 2214 763

| Mois | COTISABLE MALADIE | COTISABLE PENSION | COTISABLE FAMILLE | COTISABLE SANTÉ | COTISABLE ACCIDENT | MALADIE | PENSION | ALLOCATION FAMILIALE | SANTE DU TRAVAIL | ACCIDENT | AUTRES | TOTAL MENSUEL | | IMPOTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | | |
| FÉV. | | | | | | | | | | | | | | |
| MARS | | | | | | | | | | | | | | |
| AVRI | | | | | | | | | | | | | | |
| MAI | | | | | | | | | | | | | | |
| JUIN | | | | | | | | | | | | | | |
| JUIL | | | | | | | | | | | | | | |
| AOUT | 1750 | 1750 | | 1750 | 1750 | 46,38 | 140 | | 1,93 | 12,25 | | 200,56 | | |
| SEP. | 1750 | 1750 | | 1750 | 1750 | 46,38 | 140 | | 1,93 | 12,25 | | 200,56 | | |
| OCT. | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 47,53 | 143,50 | | 1,97 | 12,56 | | 205,56 | | |
| NOV. | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 47,53 | 143,50 | | 1,97 | 12,56 | | 205,56 | | |
| DÉC. | 1793,73 | 1793,73 | | 1793,73 | 1793,73 | 47,53 | 143,50 | | 1,97 | 12,56 | | 205,56 | | |
| TOT | 8881,19 | 8881,19 | | 8881,19 | 8881,19 | 235,35 | 710,50 | | 9,77 | 62,18 | | 1017,80 | | |

| Mois | COTISABLE MALADIE | COTISABLE PENSION | COTISABLE FAMILLE | COTISABLE SANTÉ | COTISABLE ACCIDENT | MALADIE | PENSION | ALLOCATION FAMILIALE | SANTE DU TRAVAIL | ACCIDENT | AUTRES | TOTAL NON PÉRIODIQUE | TOTAL SÉC. SOCIALE | TOTAL GLOBAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN. | | | | | | | | | | | | | | |
| FÉV. | | | | | | | | | | | | | | |
| MARS | | | | | | | | | | | | | | |
| AVRI | | | | | | | | | | | | | | |
| MAI | | | | | | | | | | | | | | |
| JUIN | | | | | | | | | | | | | | |
| JUIL | | | | | | | | | | | | | | |
| AOUT | | | | | | | | | | | | | 200,56 | 200,56 |
| SEP. | | | | | | | | | | | | | 200,56 | 200,56 |
| OCT. | | | | | | | | | | | | | 205,56 | 205,56 |
| NOV. | | | | | | | | | | | | | 205,56 | 205,56 |
| DÉC. | 1300 | 1300 | | 1300 | 1300 | 33,15 | 104 | | 1,43 | 9,10 | | 147,68 | 353,24 | 353,24 |
| TOT | 1300 | 1300 | | 1300 | 1300 | 33,15 | 104 | | 1,43 | 9,10 | | 147,68 | 1165,48 | 1165,48 |