

**Commonwealth of The Bahamas**

**The International Business Companies Act**

(No. 2 of 1990)

**Certificate of Incorporation**

(Section 11 and 12)

No. 75,021 B

IBC 01

I, JACINDA P. BUTLER...... ASST. Registrar General of the Commonwealth of The Bahamas Do Hereby Certify pursuant to the International Business Companies Act (No. 2 of 1990) that all the requirements of the said Act in respect of incorporation have been satisfied, and that

**ALTERNATIVE ADVISORS LIMITED**

is incorporated in the Commonwealth of The Bahamas as an International Business Company this 20TH day of APRIL 1998

Given under my hand and seal at Nassau in the Commonwealth of The Bahamas

.................................
ASST. REGISTRAR GENERAL