# COMMONWEALTH OF THE BAHAMAS

## THE INTERNATIONAL BUSINESS COMPANIES ACT (2000)

IBC 05

(Section 12)

## CERTIFICATE OF INCORPORATION

(Change of Name)

No. 75,021 B

I, **CEDRIC F. MOXEY**, **ASST.**, Registrar General of the Commonwealth of The Bahamas DO HEREBY CERTIFY pursuant to the International Business Companies Act (2000) that **ACCESS INTERNATIONAL ADVISORS LIMITED** is incorporated in the Commonwealth of The Bahamas as an International Business Company and that the former name of the said company was **ALTERNATIVE ADVISORS LIMITED** which name has now been changed this 23RD day of MAY 2001

to **ACCESS INTERNATIONAL ADVISORS LIMITED**

\* (No. 45 of 2000)

**ACCESS INTERNATIONAL ADVISORS LIMITED**
**FORMERLY ALTERNATIVE ADVISORS LIMITED**

Given under my hand and seal at Nassau in the Commonwealth of The Bahamas

*[signature]*
ASST. Registrar General