## Access Ltd.

Ownership

|   | DATE | OWNERSHIP | DOCUMENT DEMONSTRATING |
|---|---|---|---|
| 1. | April 20, 1998 | -Access Group Limited (100%) | Littaye Decl. Ex. 41. |
| 2. | June 22, 2001 | -Access International Advisors, Inc. (50%);<br><br>-Pause Group Limited (50%). | Littaye Decl. Ex. 41. |
| 3. | December 22, 2005 | -R. Thierry Magon de La Villehuchet (31.67%);<br><br>-Access International Advisors, Inc. (31.67%);<br><br>-Pause Group (31.67%);<br><br>-Phillipe Junot (5%). | Littaye Decl. Ex. 41. |
| 4. | December 12, 2008 | -R. Thierry Magon de La Villehuchet (31.67%);<br><br>-Access International Advisors, Inc. (31.67%);<br><br>-Pause Group Limited (36.67%). | Littaye Decl. Ex. 41. |
| 5. | January 1, 2009 | -R. Thierry Magon de La Villehuchet (31.67%);<br><br>-Access International Advisors, Inc. (31.67%);<br><br>-Patrick Littaye (36.67%). | Littaye Decl. Ex. 41. |

Directors

|   | DATE | DIRECTORS (ASSOCIATION) | DOCUMENT DEMONSTRATING |
|---|---|---|---|
| 1. | April 26, 1998 | -John O'Donnell | Littaye Decl. Ex. 42. |
| 2. | April 27, 1998 | -John O'Donnell; -Philip Mark Croshaw; -James William Grassick. | Littaye Decl. Ex. 42. |
| 3. | January 26, 1999 | -John O'Donnell; -Jesse Grant Hester; -David Thomas Cocksedge. | Littaye Decl. Ex. 42. |
| 4. | October 2, 2000 | -John O'Donnell; -Jesse Grant Hester; -Sian Wood. | Littaye Decl. Ex. 42. |
| 5. | February 2, 2004 | -John O'Donnell; -Jesse Grant Hester; -Matthew Charles Stokes. | Littaye Decl. Ex. 42. |
| 6. | January 1, 2005 | -John O'Donnell; -Jesse Grant Hester; -Matthew Charles Stokes; -Marie McDonald; -Pachridee Hanna. | Littaye Decl. Ex. 42. |
| 7. | February 14, 2005 | -John O'Donnell; -Marie McDonald; -Pachridee Hanna. | Littaye Decl. Ex. 42. |
| 8. | January 25, 2006 | -John O'Donnell; | Littaye Decl. Ex. 42. |

|   |   |   |   |
|---|---|---|---|
|   |   | -Marie McDonald; -Pachridee Hanna; -R Thierry Magon De La Villehuchet. |   |
| 9. | November 13, 2006 | -John O'Donnell; -Marie McDonald; -R Thierry Magon De La Villehuchet; -Shenek Taylor. | Littaye Decl. Ex. 42. |
| 10. | January 15, 2009 | -Patrick Littaye. | Littaye Decl. Ex. 42. |