# Register of Members and Share Ledger

| Name | **JPCORS (IOM) Limited** | | Date entered as a member | **20/04/1998** |
|---|---|---|---|---|
| Address | **Quantum Suite, Exchange House, 54/58 Athol Street, Douglas, Isle of Man, IM1 1JD** | | Date ceased to be a member | **26/04/1998** |
| Profession | | | Class of Share | **ORDINARY SHARES** |
| | | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allotments | Transfers | | From | To | | | | | |
| 20/04/1998 | 1 | 0 | 1 | | | $1.0000 | 1.00 | 0.00 | 1.00 | Allotment |
| 26/04/1998 | 0 | 1 | -1 | | | $1.0000 | 0.00 | 1.00 | 0.00 | To Access Group Limited |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | **JPCORD (IOM) LIMITED** | | | | | | | | Date entered as a member | **20/04/1998** |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | **Chesterfield House, 11-13 Victoria Street, Douglas, Isle of Man, IM1 2LR** | | | | | | | | Date ceased to be a member | **19/04/1998** |
| | | | | | | | | | Class of Share | **ORDINARY SHARES** |
| Profession | | | | | | | | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allotments | Transfers | | From | To | | | | | |
| 19/04/1998 | 0 | 2 | -1 | | | $1.0000 | 0.00 | 1.00 | -1.00 | To Access Group Limited |
| 20/04/1998 | 2 | 0 | 1 | | | $1.0000 | 1.00 | 0.00 | 0.00 | Allotment |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | **Access Group Limited** | | Date entered as a member | **19/04/1998** |
|---|---|---|---|---|
| Address | **Quantum Suite, Exchange House, 54/58 Athol Street, Douglas, Isle of Man, IM1 1JD** | | Date ceased to be a member | **22/06/2001** |
| | | | Class of Share | **ORDINARY SHARES** |
| Profession | | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allotments | Transfers | | From | To | | | | | |
| 19/04/1998 | 0 | 2 | 1 | | | $1.0000 | 1.00 | 0.00 | 1.00 | **From JPCORD (IOM) LIMITED** |
| 26/04/1998 | 0 | 1 | 1 | | | $1.0000 | 1.00 | 0.00 | 2.00 | **From JPCORS (IOM) Limited** |
| 22/06/2001 | 3 | 0 | 198 | | | $1.9800 | 198.00 | 0.00 | 200.00 | **Allotment** |
| 22/06/2001 | 0 | 3 | -200 | | | $2.0000 | 0.00 | 200.00 | 0.00 | **To Pause Group Limited** |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | **Pause Group Limited** | Date entered as a member | **22/06/2001** |
| Address | **50 Shirley Street, Nassau, Bahamas** | Date ceased to be a member | **15/01/2009** |
| | | Class of Share | **ORDINARY SHARES** |
| Profession | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Allotments | Transfers | | From | To | | | | | |
| 22/06/2001 | 4 | 0 | 49,800 | | | $498.0000 | 49,800.00 | 0.00 | 49,800.00 | Allotment |
| 22/06/2001 | 0 | 3 | 200 | | | $2.0000 | 200.00 | 0.00 | 50,000.00 | From Access Group Limited |
| 12/12/2008 | 0 | 4 | 7,895 | | | $78.9500 | 7,895.00 | 0.00 | 57,895.00 | From Philippe Junot |
| 15/01/2009 | 0 | 5 | -57,895 | | | $578.9500 | 0.00 | 57,895.00 | 0.00 | To Patrick Littaye |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | **Access International Advisors Inc.** | Date entered as a member | **22/06/2001** |
|---|---|---|---|
| Address | **509 Madison Avenue, 22nd Floor, New York, New York  10022, United States of America** | Date ceased to be a member | |
| Profession | | Class of Share | **ORDINARY SHARES** |
| | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allotments | Transfers | | From | To | | | | | |
| **22/06/2001** | **5** | **0** | **50,000** | | | **$500.0000** | **50,000.00** | **0.00** | **50,000.00** | **Allotment** |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | R. Thierry Magon De La Villehuchet (Deceased 23/12/2008) | | | | | | | | Date entered as a member | **22/12/2005** |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | - | | | | | | | | Date ceased to be a member | |
| | | | | | | | | | Class of Share | **ORDINARY SHARES** |
| Profession | | | | | | | | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allotments | Transfers | | From | To | | | | | |
| **22/12/2005** | **6** | **0** | **50,000** | | | **$500.0000** | **50,000.00** | **0.00** | **50,000.00** | **Allotment** |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | **Philippe Junot** | Date entered as a member | **22/12/2005** |
| Address | **El Ancon Sierra, Las Lomas Del Marbella Club, Marbella, Spain** | Date ceased to be a member | **12/12/2008** |
| | | Class of Share | **ORDINARY SHARES** |
| Profession | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
| | Allotments | Transfers | | From | To | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **22/12/2005** | **7** | **0** | **7,895** | | | **$78.9500** | **7,895.00** | **0.00** | **7,895.00** | **Allotment** |
| **12/12/2008** | **0** | **4** | **-7,895** | | | **$78.9500** | **0.00** | **7,895.00** | **0.00** | **To Pause Group Limited** |

**Access International Advisors Limited**

# Register of Members and Share Ledger

| Name | **Patrick Littaye** | | | | | | Date entered as a member | **15/01/2009** |
|---|---|---|---|---|---|---|---|---|
| Address | **524 Avenue Louise, B1050 Bruxelles, Belgium** | | | | | | Date ceased to be a member | |
| Profession | | | | | | | Class of Share | **ORDINARY SHARES** |
| | | | | | | | Denomination | **$0.0100** |

| Date of Allotment or Entry of Transfer | References in Register of | | No. of Shares | Distinctive Numbers | | Consideration | Acquistions | Disposals | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allotments | Transfers | | From | To | | | | | |
| 15/01/2009 | 0 | 5 | 57,895 | | | $578.9500 | 57,895.00 | 0.00 | 57,895.00 | From Pause Group Limited |

**Access International Advisors Limited**