## Register of Directors

| Name and Christian Name<br>**JPCORS (IOM) Limited** | | Name and Christian Name<br>**JPCORD (IOM) LIMITED** | |
|---|---|---|---|
| Any former names | | Any former names | |
| Usual Residential registered or principal office of corporation | **Quantum Suite**<br>**Exchange House**<br>**54/58 Athol Street**<br>**Douglas**<br><br>**Isle of Man**<br>**IM1 1JD** | Usual Residential registered or principal office of corporation | **Chesterfield House**<br>**11-13 Victoria Street**<br>**Douglas**<br><br>**Isle of Man**<br>**IM1 2LR** |
| Business occupation and particulars of other directorships | | Business occupation and particulars of other directorships | |
| Nationality | | Nationality | |
| Date of Birth | | Date of Birth | |
| Date of Appointment  **20/04/1998** | Minute | Date of Appointment  **20/04/1998** | Minute |
| Date of Resignation  **26/04/1998** | Minute | Date of Resignation  **26/04/1998** | Minute |
| Dates and details of changes | | Dates and details of changes | |

**Access International Advisors Limited**

## Registered Directors

| Name and Christian Name | | Name and Christian Name | |
|---|---|---|---|
| **John Patrick O'Donnell** | | **Philip Mark Croshaw** | |
| Any former names | | Any former names | |
| Usual Residential registered or principal office of corporation | **Suite 15A** <br> **City Business Centre** <br> **Lower Rd** <br> **London** <br><br> **United Kingdom** <br> **SE16 2XB** | Usual Residential registered or principal office of corporation | **Mon Desir** <br> **The Avenue** <br> **Sark** <br><br><br> **Channel Islands** |
| Business occupation and particulars of other directorships | **Chartered Accountant** | Business occupation and particulars of other directorships | **Director** |
| Nationality **British** | | Nationality **British** | |
| Date of Birth **10/12/1945** | | Date of Birth **04/03/1956** | |
| Date of Appointment **26/04/1998** | Minute | Date of Appointment **27/04/1998** | Minute |
| Date of Resignation **15/01/2009** | Minute | Date of Resignation **26/01/1999** | Minute **Min 10/02/99** |
| Dates and details of changes | | Dates and details of changes | |

**Access International Advisors Limited**

## Register of Directors

| Name and Christian Name **James William Grassick** | Name and Christian Name **David Thomas Cocksedge** |
|---|---|
| Any former names | Any former names |
| Usual Residential registered or principal office of corporation    **La Closette** **Sark** **Channel Islands** | Usual Residential registered or principal office of corporation    **La Corderie** **Sark** **Channel Islands** **GY9 0SB** |
| Business occupation and particulars of other directorships    **Consultant** | Business occupation and particulars of other directorships    **Director** |
| Nationality    **British** | Nationality    **British** |
| Date of Birth    **03/09/1959** | Date of Birth    **11/12/1952** |
| Date of Appointment    **27/04/1998**    Minute | Date of Appointment    **26/01/1999**    Minute |
| Date of Resignation    **26/01/1999**    Minute | Date of Resignation    **02/10/2000**    Minute |
| Dates and details of changes | Dates and details of changes |

**Access International Advisors Limited**

## Register of Directors

| Name and Christian Name<br>**Jesse Grant Hester** | | Name and Christian Name<br>**Sian Wood** | |
|---|---|---|---|
| Any former names | | Any former names | |
| Usual Residential registered or principal office of corporation | **Flat No 5111**<br>**Golden Sands No. 5**<br>**PO Box 9168**<br>**Mankhol**<br>**Dubai**<br>**United Arab Emirates** | Usual Residential registered or principal office of corporation | **Apartment No. 14**<br>**8 Florinis Street**<br>**Nicosia 1065**<br><br>**Cyprus** |
| Business occupation and particulars of other directorships | **Director** | Business occupation and particulars of other directorships | |
| Nationality **British** | | Nationality | |
| Date of Birth **29/08/1976** | | Date of Birth | |
| Date of Appointment **26/01/1999** | Minute | Date of Appointment **02/10/2000** | Minute |
| Date of Resignation **14/02/2005** | Minute | Date of Resignation **02/02/2004** | Minute |
| Dates and details of changes | | Dates and details of changes | |

**Access International Advisors Limited**

## Register of Directors

| Name and Christian Name | |
|---|---|
| **Matthew Charles Stokes** | |

| Any former names |
|---|
| |

| Usual Residential registered or principal office of corporation | **Flat No. 5117**<br>**Golden Sands No. 5**<br>**PO Box 9168**<br>**Mankhol**<br>**Dubai**<br>**United Arab Emirates** |
|---|---|

| Business occupation and particulars of other directorships | **Consultant** |
|---|---|

| Nationality |
|---|
| |

| Date of Birth | **20/08/1976** |
|---|---|

| Date of Appointment | **02/02/2004** | Minute |
|---|---|---|

| Date of Resignation | **14/02/2005** | Minute |
|---|---|---|

| Dates and details of changes |
|---|
| |

---

| Name and Christian Name |
|---|
| **Marie McDonald** |

| Any former names |
|---|
| |

| Usual Residential registered or principal office of corporation | **50 Shirley Street**<br>**Nassau**<br><br>**Bahamas** |
|---|---|

| Business occupation and particulars of other directorships |
|---|
| |

| Nationality |
|---|
| |

| Date of Birth | **07/12/1959** |
|---|---|

| Date of Appointment | **01/01/2005** | Minute |
|---|---|---|

| Date of Resignation | **15/01/2009** | Minute |
|---|---|---|

| Dates and details of changes |
|---|
| |

**Access International Advisors Limited**

## Register of Directors

| Name and Christian Name | Name and Christian Name |
|---|---|
| **Pachridee Hanna** | **Shenek Taylor** |
| Any former names | Any former names |
| Usual Residential registered or principal office of corporation<br><br>**50 Shirley Street**<br>**Nassau**<br><br>**Bahamas** | Usual Residential registered or principal office of corporation<br><br>**50 Shirley Street**<br>**2nd Floor**<br>**P.O. Box: CB13937**<br>**Nassau**<br><br>**Bahamas** |
| Business occupation and particulars of other directorships | Business occupation and particulars of other directorships |
| Nationality | Nationality |
| Date of Birth  **14/01/1973** | Date of Birth  **12/11/1976** |
| Date of Appointment  **01/01/2005**          Minute | Date of Appointment  **13/11/2006**          Minute |
| Date of Resignation  **13/11/2006**          Minute | Date of Resignation  **15/01/2009**          Minute |
| Dates and details of changes | Dates and details of changes |

**Access International Advisors Limited**

## Register of Directors

| | |
|---|---|
| Name and Christian Name **Patrick Littaye** | |
| Any former names | |
| Usual Residential registered or principal office of corporation | **524 Avenue Louise** **B1050 Bruxelles** **Belgium** |
| Business occupation and particulars of other directorships | |
| Nationality | |
| Date of Birth | |
| Date of Appointment **15/01/2009** | Minute |
| Date of Resignation | Minute |
| Dates and details of changes | |

**Access International Advisors Limited**