KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800

*Attorneys for Defendants*
*Access International Advisors LLC,*
*Access International Advisors Ltd.,*
*Access Management Luxembourg SA,*
*Access Partners SA, Patrick Littaye,*
*Claudine Magon de la Villehuchet, and*
*Groupement Financier Ltd.*

**Hearing Date**: September 14, 2022 at 10:00 a.m. (ET)
**Opposition Date**: June 17, 2022
**Reply Date**: July 29, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS | **Adv. Pro. No. 10-04285 (CGM)** |

|  |  |
|---|---|
| (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, GROUPEMENT FINANCIER LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") listed on **Exhibit A** attached hereto will be held on **September 14, 2022 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to

participate in the Hearing must refer to Judge Morris's guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that oppositions to the Motion must: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) state with particularity the legal and factual basis for such opposition; (iv) be filed with the Bankruptcy Court, with a copy to chambers; and (v) served upon the parties specified in the Motion, so as to be received no later than 4:00 p.m. (Eastern Time) on June 17, 2022. Replies in further support of the Motion shall be filed by July 29, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password, which can be obtained on the PACER website at www.pacer.gov.

[*Remainder of page intentionally left blank.*]

Dated: April 25, 2022
New York, New York

*/s/ Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Brian L. Muldrew
Email: brian.muldrew@katten.com

*Attorneys for Defendants:*
*Access International Advisors LLC,*
*Access International Advisors Ltd.,*
*Access Management Luxembourg SA,*
*Access Partners SA, Patrick Littaye,*
*Claudine Magon de la Villehuchet (in her*
*capacities set forth in the caption above), and*
*Groupement Financier Ltd.*

# EXHIBIT A

## Motions

1. Notice of Defendants Access International Advisors, LLC ("Access LLC"), Access International Advisors, Ltd. ("Access Ltd."), Access Management (Luxembourg), S.A. ("AML") (f/k/a Access International Advisors (Luxembourg) S.A. ("AIA (Lux)")), Access Partners, S.A ("AP (Lux)"), Patrick Littaye ("Littaye") and Claudine Magon de la Villehuchet individually and in the capacities ascribed to her in the caption above ("CDLV," and together with Access LLC, Access Ltd., AML, AP (Lux) and Littaye, the "Access Defendants") and Groupement Financier Ltd. ("Groupement") Motion to Dismiss the Trustee's Complaint [Docket. No. 21434]

    i) <u>Related</u>: Access Defendants' and Groupement's Memorandum of Law in Support of Its Motion to Dismiss the Trustee's Complaint [Docket No. 21436]

    ii) <u>Related</u>: Declaration of Patrick Littaye in Support of Access Defendants' and Groupement's Motion to Dismiss the Trustee's Complaint, and all exhibits thereto [Docket No. 21435]