AKERMAN LLP
David W. Parham (admitted pro hac vice)
Bryce Benson (admitted pro hac vice)
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:(214) 720-4300
Facsimile:(214) 981-9339
david.parham@akerman.com
Brycebenson@akerman.com
*Counsel for Cathay Life Insurance Co., Ltd Adv. Pro. No. 11-02568-CGM*

**Hearing Date and Time: August 10, 2022 at 10:00 a.m.**
**Opposition Date and Time: June 24, 2022 at 4:00 p.m.**
**Reply Date and Time: July 24, 2022 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | **Adv. Pro. No. 08-01789-CGM** |
| Plaintiff-Applicant, | |
| -v- | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | **SIPA Liquidation** |
| Defendant. | **(Substantively Consolidated)** |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | **Adv. Pro. No. 11-02568-CGM** |
| -v- | |
| CATHAY LIFE INSURANCE CO. LTD., | |
| Defendant. | |

## DECLARATION OF COUNSEL IN SUPPORT OF
## CATHAY LIFE INSURANCE CO. LTD'S MOTION TO DISMISS THE COMPLAINT

62643970;9

I, David W. Parham, hereby declare under penalty of perjury as follows:

1.      I am an attorney duly licensed to practice before the Courts of the State of Texas. I am admitted *pro hac vice* to practice before the United States Bankruptcy Court for the Southern District of New York in this and related cases.  I am a partner in Akerman LLP and one of the attorneys of record for Cathay Life Insurance Company Limited ("Cathay") in the above-captioned adversary proceeding.

2.      I respectfully submit this declaration in support of Cathay's motion to dismiss the Complaint (the "Complaint") filed by Plaintiff Irving H. Picard, Trustee, for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee") in this adversary proceeding (the "Motion").

3.      The purposes of this declaration are to: (a) place before the Court certain documents attached to this declaration, which are referred to in Cathay's accompanying memorandum of law in support of the Motion (the "Memorandum"); (b) provide detailed calculations of the amounts sought by the Trustee in certain adversary proceedings filed in this Court as reflected in the Trustee's various filings; and (c) request that the Court take judicial notice of certain matters and facts, pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

### THE ATTACHED EXHIBITS

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint [ECF Adv. No. 1] filed in this adversary proceeding, with all exhibits thereto.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of the First Amended Complaint, without exhibits, filed by the Trustee in the matter captioned *Picard v. Fairfield Sentry Ltd.,* Adv. Pro. 09-01239 (Bankr. S.D.N.Y.) (the "Fairfield Action"), [ECF No. 23].

62643970;9

6.      Collectively attached hereto as **Exhibit 3** are true and correct copies of the three Consent Judgments entered in favor of the Trustee and against Fairfield Sentry Limited ("Fairfield Sentry"), Fairfield Sigma Limited ("Fairfield Sigma"), and Fairfield Lambda Limited ("Fairfield Lambda") (together, the "Fairfield Funds"), filed in the Fairfield Action, [ECF Nos. 108, 109, and 110].

7.      Attached hereto as **Exhibit 4** is a true and correct copy of the Settlement Agreement, without exhibits, dated as of May 9, 2011 between the Trustee and Kenneth Krys and Joanna Lau, as Joint Liquidators of the Fairfield Funds (the "Fairfield Settlement Agreement"), filed in the Fairfield Action, [ECF No. 69-2].

8.      Attached hereto as **Exhibit 5** is a true and correct copy of the Trustee's Twenty-Sixth Interim Report for the Period April 1, 2021 through September 30, 2021 filed in the substantively consolidated SIPA liquidation proceeding captioned *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC,* Adv. Pro. No. 08-01789 (Bankr. S.D.N.Y.) (the "Consolidated Proceeding"), [ECF No. 20821].

9.      Attached hereto as **Exhibit 6** is a true and correct copy of the Second Amended Complaint (the "Fairfield Second Amended Complaint") filed in the Fairfield Action, [ECF No. 286].

10.      Collectively attached hereto as **Exhibit 7** are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Fairfield Second Amended Complaint filed in the Fairfield Action, [ECF Nos. 286-8, 286-10, 286-12, 286-13, 286-14, and 286-21].

11.      Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit G to the Fairfield Settlement Agreement filed in the Fairfield Action, [ECF No. 69-9].

62643970;9

12.    Attached hereto as **Exhibit 9** is a true and correct copy of Fairfield Sentry's

Memorandum of Association and Articles of Association, filed as an exhibit to the Declaration

of William Hare, counsel for the Liquidators of the Fairfield Funds, in the matter captioned

*Fairfield Sentry Ltd. v. Cathay Life,* Adv. Pro. No. 11-01259 (Bankr. S.D.N.Y. 2011), [ECF No.

16-6].

13.    Collectively attached hereto as **Exhibit 10** are true and correct copies of the

following documents:

| | |
|---|---|
| (a) | Exhibit C to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citibank N.A. et al.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.), [ECF No. 214-3] |
| (b) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch International*, Adv. Pro. No. 10-05346 (Bankr. S.D.N.Y.), [ECF No. 1-1, page 43] |
| (c) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Nomura International PLC*, Adv. Pro. No. 10-05348 (Bankr. S.D.N.Y.), [ECF No. 42-4] |
| (d) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Bilbao Vizcaya Argentaria, S.A.*, Adv. Pro. No. 10-05351 (Bankr. S.D.N.Y.), [ECF No. 1-1, page 44] |
| (e) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Pictet at Cie*, Adv. Pro. No. 11-01724 (Bankr. S.D.N.Y.), [ECF No. 1, page 24] |
| (f) | Exhibit C to the *Complaint* filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Safra National Bank of New York*, Adv. Pro. No. 11-01885 (Bankr. S.D.N.Y.), [ECF No. 13] |
| (g) | Exhibit K to the *Complaint* filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque SYZ & Co., S.A.*, Adv. Pro. No. 11-02149 (Bankr. S.D.N.Y.), [ECF No. 1-11] |
| (h) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), [ECF No. 1-5] |

62643970;9

| (i) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Orbita Capital Return Strategy Limited*, Adv. Pro. No. 11-02537 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
|---|---|
| (j) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Quilvest Finance Ltd.,* Adv. Pro. No. 11-02538 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (k) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Meritz Fire & Marine Insurance Co. Ltd.*, Adv. Pro. No. 11-02539 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (l) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lion Global Investors Limited*, Adv. Pro. No. 11-02540 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (m) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. First Gulf Bank*, Adv. Pro. No. 11-02541 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (n) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Parson Finance Panama S.A.*, Adv. Pro. No. 11-02542 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (o) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Delta National Bank and Trust Company*, Adv. Pro. No. 11-02551 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (p) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Unifortune Asset Management SGR SPA et ano.*, Adv. Pro. No. 11-02553 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (q) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (r) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (s) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
| (t) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), [ECF No. 1-4] |

62643970;9

| (u) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), [ECF No. 1-7] |
|---|---|
| (v) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), [ECF No. 1-9] |
| (w) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banca Carige S.P.A.*, Adv. Pro. No. 11-02570 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (x) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Privee Espirito Santo S.A. formerly known as Compagnie Bancaire Espirito Santo S.A.*, Adv. Pro. No. 11-02571 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (y) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III*, Adv. Pro. No. 11-02572 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (z) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573 (Bankr. S.D.N.Y.), [ECF No. 8-4] |
| (aa) | Exhibit D to the Complaint filed in the matter captioned Irving H. Picard, *Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ASB Bank Corp.*, Adv. Pro. No. 11-02730 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (bb) | Exhibit C to the Complaint filed in the matter captioned Irving H. Picard, *Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Trincaster Corporation*, Adv. Pro. No. 11-02731 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (cc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bureau of Labor Insurance*, Adv. Pro. No. 11-02732 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (dd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Naidot & Co.*, Adv. Pro. No. 11-02733 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (ee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Caceis Bank, Caceis Bank Luxembourg*, Adv. Pro. No. 11-02758 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (ff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11¬02760 (Bankr. S.D.N.Y.), [ECF No. 1-3] |

| | |
|---|---|
| (gg) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC*, doing business as Lighthouse Partners, Adv. Pro. No. 11¬02762 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (hh) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC*, doing business as Lighthouse Partners, Adv. Pro. No. 11¬02762 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
| (ii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Inteligo Bank LTD. Panama Branch, formerly known as Blubank LTD. Panama Branch*, Adv. Pro. No. 11-02763 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (jj) | Exhibit C to the Complaint filed in the matter captioned Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al., Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (kk) | Exhibit C to the Complaint filed in the matter captioned Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch Bank (Suisse) SA, Adv. Pro. No. 11-02910 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (ll) | Exhibit C to the Complaint filed in the matter captioned Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Julius Baer & Co. Ltd., Adv. Pro. No. 11-02922 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (mm) | Exhibit C to the Complaint filed in the matter captioned Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Falcon Private Bank Ltd. (formerly known as AIG Privat Bank AG), Adv. Pro. No. 11¬02923 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (nn) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG et al.*, Adv. Pro. No. 11-02925 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
| (oo) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of* Bernard *L. Madoff Investment Securities LLC v. LGT Bank in Liechtenstein Ltd.*, Adv. Pro. No. 11-02929 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (pp) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security.*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (qq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Fullerton Capital PTE Ltd.*, Adv. Pro. No. 12-01004 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (rr) | Exhibit F to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SICO Limited*, Adv. Pro. No. 12-01005 (Bankr. S.D.N.Y.), [ECF No. 14-6] |

| (ss) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), [ECF No. 1-6] |
|------|---|
| (tt) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), [ECF No. 1-7] |
| (uu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (vv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (ww) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
| (xx) | Exhibit J to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (Bankr. S.D.N.Y.), [ECF No. 1-10] |
| (yy) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Arden Asset Management Inc. et al.*, Adv. Pro. No. 12-01023 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (zz) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SNS Bank N.V. et ano.*, Adv. Pro. No. 12-01046 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (aaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company*, Adv. Pro. No. 12-01047 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (bbb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco General S.A. et ano.*, Adv. Pro. No. 12-01048 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (ccc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kookmin Bank*, Adv. Pro. No. 12-01194 (Bankr. S.D.N.Y.), [ECF No. 1-3] |

62643970;9

| (ddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Six Sis AG*, Adv. Pro. No. 12-01195 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
|---|---|
| (eee) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Vontobel AG formerly known as Bank J. Vontobel & Co. AG*, Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), [ECF No. 1-9] |
| (fff) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Multi-Strategy Fund Limited et ano.*, Adv. Pro. No. 12-01205 (Bankr. S.D.N.Y.), [ECF No. 1-6] |
| (ggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (hhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (iii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (jjj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), [ECF No. 1-14] |
| (kkk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (lll) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (mmm) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
| (nnn) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), [ECF No. 1-6] |

62643970;9

| (ooo) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), [ECF No. 1-7] |
|---|---|
| (ppp) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ZCM Asset Holding Company (Bermuda) LLC*, Adv. Pro. No. 12-01512 (Bankr. S.D.N.Y.), [ECF No. 1-6] |
| (qqq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of* Bernard *L. Madoff Investment Securities LLC v. Citivic Nominees Ltd.*, Adv. Pro. No. 12-01513 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (rrr) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Standard Chartered Defendants*, Adv. Pro. No. 12-01565 (Bankr. S.D.N.Y.), [ECF No. 1-6] |
| (sss) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UKFP (Asia) Nominees Limited*, Adv. Pro. No. 12-01566 (Bankr. S.D.N.Y.), [ECF No. 1-2] |
| (ttt) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A.*, Adv. Pro. No. 12-01576 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (uuu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (vvv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (www) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barfield Nominees Limited*, Adv. Pro. No. 12-01669 (Bankr. S.D.N.Y.), [ECF No. 1-9] |
| (xxx) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole Corporate and Investment Bank doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*, Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), [ECF No. 1-9] |
| (yyy) | Exhibit E to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG*, Adv. Pro. No. 12-01676 (Bankr. S.D.N.Y.), [ECF No. 12-5] |

62643970;9

| (zzz) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Societe Generale Private Banking (Suisse) S.A. formerly known as SG Private Banking Suisse S.A. et al.*, Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
|---|---|
| (aaaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (bbbb) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (cccc) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), [ECF No. 1-7] |
| (dddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 1201691 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (eeee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 1201691 (Bankr. S.D.N.Y.), [ECF No. 1-4] |
| (ffff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 1201693 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (gggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Cantonale Vaudoise*, Adv. Pro. No. 12-01694 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (hhhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bordier & Cie*, Adv. Pro. No. 12-01695 (Bankr. S.D.N.Y.), [ECF No. 1-3] |
| (iiii) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, formerly known as Fortis (Isle Of Man) Nominees Limited et al.*, Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), [ECF No. 1-3] |

| (jjjj) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Internationale a Luxembourg S.A. (formerly known as Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. et al.*, Adv. Pro. No. 12-01698 (Bankr. S.D.N.Y.), [ECF No. 1-5] |
|---|---|
| (kkkk) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Royal Bank of Canada et al.*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.), [ECF No. 1-5] |

14.     Collectively attached hereto as **Exhibit 11** are true and correct copies of Exhibits 5 and 6 to the Fairfield Second Amended Complaint filed in the Fairfield Action, [ECF Nos. 286-5 and 286-6].

15.     Attached hereto as **Exhibit 12** is a true and correct copy of the United Kingdom Privy Council's judgment in *Fairfield Sentry Ltd. v. Migani,* [2014] UKPC 9, *available at* https://www.jcpc.ukkases/docs/jcpc-2012-0061-judgment.pdf.

## CATHAY'S OUTSTANDING POSITIONS

16.     Collectively attached hereto as **Exhibit 13** are certified English translations and true and correct copies of publicly-available information that, in the aggregate, reflect that Cathay held outstanding positions in forward contracts in total contract amounts of no less than $1,000,000,000 on December 11, 2008 and April 13, 2009, respectively.

17.     **Exhibit 13** also includes a true and correct copies a certificate executed by Ruby Fung, a translator employed by Cathay's Taiwan-based counsel, Baker McKenzie (the collectively "Fung Certificate"). Ex. p. 1.  The Fung Certificate certifies that the documents attached are true and accurate copies of certain webpages from a website maintained by the Taiwan Market Observation Post System ("MOPS"). The Fung Certificate further certifies that true and accurate translations of the webpages are also attached.

62643970;9

18.    The Fung Certificate bears the signature and attestation of a notary that Ms. Fung's signature is authentic and, thus, that Ms. Fung has confirmed her representations within and attached to the Fung Certificates as true and correct. *Id.*

19.    Attached to the Fung Certificate is a true and correct copy of the website of MOPS, specifically the page that reports information for Cathay (the "Cathay MOPS Information Page"), available at the URL: https://mops.twse.com.tw/mops/web/t15sf.

20.    The undersigned verifies that the Cathay MOPS Information Page was accessible on April 21, 2022, and displayed the information and selection criteria referred to herein on those dates.

21.    To access the report from the Cathay Mops Information Page from December 2008 and April 2009, two distinct searches have to be run, but each search will be discussed simultaneously. Generally, the unique identifier for Cathay and certain time specifications must be entered into the three boxes that appear in the middle of the page at the Cathay MOPS Information Page.

22.    Specifically, the code "5846" (the unique identifier MOPS assigns to Cathay) must be entered in the first box, to the right of the following text: 公司代號或簡稱. The date code "97" and "98" (corresponding to the year 2008 and 2009) must be entered in the second box, to the right of the following text: 年度.

23.    Finally, the number "12" and "4" (corresponding to December and April) must be selected in the dropdown menu from the third box, to the right of the following text: 月份.

24.    After making these specifications, clicking the button labeled 查詢, located to the right of the three boxes causes a list of reports to appear in the form of a table (the "Cathay MOPS Report Table").

25.     A true and correct copy of the certified translation of the entire webpage on which the Cathay MOPS Reports Table appears is attached to the Fung Certificate. *See* Fung Certificate, p. 1, 3.

26.     The report for Cathay is listed in the first row of the Cathay MOPS Report Table and is accessible via a button in the right-most column of the row. The row is labeled with Cathay's unique identifier code, 5846, the following text: 國泰人壽保險股份有限公司, and a button labeled 詳細資料.

27.     Upon clicking the button, the MOPS report for certain types of transactions in which Cathay participated as of the end of December 2008 and April 2009 (the "December 2008 Cathay MOPS Report" and "April 2009 Cathay MOPS Report") opens in a pop-up window.

28.     A true and correct copy of the certified translation of the entire December 2008 Cathay MOPS Report and April 2009 Cathay MOPS Report is attached to the Fung Certificate. Fung Certificate, p. 3, 5-6.

29.     Immediately above the first row in the translation of the December 2008 Cathay MOPS Report and April 2009 Cathay MOPS Report is a note that the amounts stated in the table are expressed in the unit "TWD 1,000" which corresponds to 1,000 Taiwanese dollars. *Id.*

30.     The December 2008 Cathay MOPS Report shows that as of December 2008, Cathay held outstanding positions in swap agreements in the total contract amount of TWD 390, 285,657 (the "December 2008 TWD Swap Total"). Fung Certificate, p. 3, fourth row in table, "Swap" column.

31.     The December 2008 Cathay MOPS Report shows that Cathay held outstanding positions in forward contracts in the total contract amount of TWD 368,144,377 (the "December

62643970;9

2008 TWD Forward Total"). Fung Certificate, p. 3, fourth row at top of page, "Forward Contract" column.

32.     The April 2009 Cathay MOPS Report shows that, Cathay held outstanding positions in swap agreements in the total contract amount of TWD 404,196,016 (the "April 2009 TWD Swap Total"). *See* Fung Certificate, p. 5, 6 third fourth in both tables, "Swap" column (two "Total Contract Sum" "Swap" amounts are 42,027,815 + 362,168,201=404,196,016 thousand Taiwan dollars).

33.     The April 2009 Cathay MOPS Report shows that Cathay held outstanding positions in forward contracts in the total contract amount of TWD 329,462,631 (the "April 2009 TWD Forward Total"). *See* Fung Certificate, p. 5, fourth row at top of page, "Forward Contract" column.

34.     Attached to this declaration as **Exhibit 14-A** and **Exhibit 14-B** are true and correct copies of the webpage available at the following URLS the ("Exchange Rate Pages"): https://exchangerates.org/usd/twd/in-2008 (the "Exchange Rate Page for December 2008") and the https://exchangerates.org/usd/twd/in-2009 (the "Exchange Rate Page for April 2009").

35.     The undersigned verified that the Exchange Rate Pages were accessible on March 21, 2022 and displayed the information and selection criteria referred to herein on that date.

36.     The bottom-most row in the Exchange Rate Page for December 2008 displays a table shows that on December 11, 2008, the Taiwan Dollar closed at an exchange rate of 33.29 TWD per 1 USD (the "December 11, 2008 Exchange Rate"). Exchange Rate Page for December 2008 p. 3.

37.     Applying the December 11, 2008 Exchange Rate to the TWD Swap Total shows that as of December, 2008,  Cathay held outstanding positions in swap agreements in the total

contract amount of USD $12,992,609,521.53, which is not less than $1,000,000,000 in notional or actual principal amount outstanding positions.

38.    The fourth row in the Exchange Rate Page for April 2009 table shows that on April 13, 2009, the Taiwan Dollar closed at an exchange rate of 33.72 TWD per 1 USD (the "April 13, 2009 Exchange Rate"). Exchange Rate Page for April 2009, p.2.

39.    Applying the April 13, 2009 Exchange Rate to the April 2009 TWD Forward Total shows that as of April, 2009, Cathay held outstanding positions in forward contracts in the total contract amount of USD $13,629,489,659.52 which is not less than $1,000,000,000 in notional or actual principal amount outstanding positions.

## CALCULATIONS OF AMOUNTS SOUGHT BY THE
## TRUSTEE IN CERTAIN ADVERSARY PROCEEDINGS

40.    Set forth below is a chart calculating the sum total of amounts claimed by the Trustee in adversary proceedings commenced in this Court as subsequent transfers allegedly received by the defendants listed below directly from Fairfield Sentry after May 9, 2003,[1] as reflected in the Trustee's complaints and/or exhibits thereto included in **Exhibit 10:**[2]

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|------------|--------------|--------|
| 10-05345 | Citibank, N.A., et al | ($100,000,000) |
| 10-05346 | Merrill Lynch International | ($14,200,000) |
| 10-05348 | Nomura International PLC | ($20,013,186) |

---

[1] According to Exhibit C to the Complaint in this adversary proceeding (Exhibit 1 hereto), May 9, 2003 is the date of the first alleged BLMIS-to-Fairfield Sentry initial transfer within the six-year lookback period (calculating back from the Filing Date of December 11, 2008).

[2] Where applicable, the numbers in this chart have been adjusted to reflect the dismissal of certain claims in the adversary proceedings identified below, pursuant to the following: (i) Stipulation and Order entered on December 21, 2021, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), ECF No. 111; (ii) Stipulation and Order entered on January 27, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), ECF No. 87; (iii) Stipulation and Order entered on February 22, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 1201210 (Bankr. S.D.N.Y.), ECF No. 89.

62643970;9

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | ($45,000,000) |
| 11-01724 | Pictet et Cie. | ($50,386,685) |
| 11-01885 | Safra New York | ($95,853,574) |
| 11-02149 | Banque Syz & Co., SA | ($15,449,241) |
| 11-02493 | Abu Dhabi Investment Authority | ($300,000,000) |
| 11-02537 | Orbita | ($30,662,226) |
| 11-02538 | Quilvest Finance Ltd. | ($37,800,113) |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | ($21,855,898) |
| 11-02540 | Lion Global Investors Limited | ($50,583,442) |
| 11-02541 | First Gulf Bank | ($11,532,393) |
| 11-02542 | Parson Finance Panama S.A. | ($11,089,081) |
| 11-02551 | Delta National Bank and Trust Company | ($20,634,958) |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | ($16,355,650) |
| 11-02554 | National Bank of Kuwait S.A.K. | ($18,724,399) |
| 11-02568 | Cathay Life Insurance Co. LTD. | ($24,496,799) |
| 11-02568 | Cathay Bank | ($17,206,126) |
| 11-02569 | Barclays Private Bank | ($820,636) |
| 11-02569 | Barclays Spain | ($4,719,252) |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | ($37,973,175) |
| 11-02570 | Banca Carige S.P.A. | ($10,532,489) |
| 11-02571 | BPES | ($11,426,745) |
| 11-02572 | Korea Exchange Bank | ($33,593,106) |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | ($54,253,642) |
| 11-02730 | Atlantic Security Bank | ($120,168,691) |
| 11-02731 | Trincaster Corporation | ($13,311,800) |
| 11-02732 | Bureau of Labor Insurance | ($42,123,406) |
| 11-02733 | Naidot & Co. | ($13,654,907) |
| 11-02758 | Caceis Bank Luxembourg, et al. | ($24,052,228) |
| 11-02760 | ABN Amro Bank N.V., et al. | ($2,808,105) |
| 11-02762 | Lighthouse Diversified | ($7,913,873) |
| 11-02762 | Lighthouse Supercash | ($3,251,378) |
| 11-02763 | Inteligo Bank LTD. | ($10,745,160) |
| 11-02784 | Somers Dublin Limited et al. | ($1,985,648) |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | ($44,127,787) |
| 11-02922 | Bank Julius Baer & Co. Ltd. | ($35,258,617) |
| 11-02923 | Falcon Private Bank Ltd. | ($38,675,129) |
| 11-02925 | Credit Suisse AG et al. | ($256,629,647) |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | ($10,350,118) |

62643970;9

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01002 | The Public Institution For Social Security | ($20,000,000) |
| 12-01004 | Fullerton Capital PTE Ltd. | ($10,290,445) |
| 12-01005 | SICO LIMITED | ($14,544,620) |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | ($60,595,069) |
| 12-01019 | Banco Itau International | ($9,969,942) |
| 12-01021 | Grosvenor Aggressive | ($4,191,288) |
| 12-01021 | Grosvenor Balanced | ($13,000,000) |
| 12-01021 | Grosvenor Private | ($14,315,101) |
| 12-01022 | Credit Agricole (Suisse) SA | ($15,654,127) |
| 12-01023 | Arden Asset Management, et al. | ($12,586,659) |
| 12-01046 | SNS Bank N.V. et al. | ($21,060,551) |
| 12-01047 | KOCH INDUSTRIES, INC., | ($21,533,871) |
| 12-01048 | Banco General S.A. et al. | ($8,240,499) |
| 12-01194 | Kookmin Bank | ($42,010,303) |
| 12-01195 | Six Sis AG | ($379,248) |
| 12-01202 | Bank Vontobel AG et. al. | ($8,470,371) |
| 12-01205 | Multi Strategy Fund Ltd., et al. | ($25,763,374) |
| 12-01207 | Lloyds TSB Bank PLC | ($11,134,574) |
| 12-01209 | BSI AG | ($27,452,138) |
| 12-01209 | Banca del Gottardo | ($20,058,735) |
| 12-01210 | Schroder & Co. | ($25,116,802) |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | ($6,477,447) |
| 12-01211 | Union Global Fund | ($9,283,664) |
| 12-01211 | Union Strategy Fund | ($1,445,016) |
| 12-01216 | Bank Hapoalim Switzerland | ($20,047,109) |
| 12-01216 | Bank Hapoalim B.M. | ($1,712,100) |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC | ($24,491,791) |
| 12-01513 | CITIVIC | ($59,479,232) |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. | ($275,267,978) |
| 12-01566 | UKFP (Asia) Nominees | ($8,012,183) |
| 12-01576 | BNP Paribas S.A. et al | ($3,423,188) |
| 12-01577 | UBS Deutschland AG, et al. | ($7,230,511) |
| 12-01577 | LGT Switzerland | ($522,826) |
| 12-01669 | Barfield Nominees Limited et al | ($16,178,329) |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH | ($26,121,583) |
| 12-01676 | Clariden Leu AG | ($35,838,401) |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | ($128,678,138) |

62643970;9

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility | ($7,913,079) |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | ($3,740,436) |
| 12-01690 | EFG Bank S.A., et al. | ($201,594,824) |
| 12-01691 | Banque Degroof Luxembourg | ($1,303,203) |
| 12-01691 | Banque Degroof | ($58,473) |
| 12-01693 | Banque Lombard Odier & Cie | ($93,511,466) |
| 12-01694 | Banque Cantonale Vaudoise | ($9,769,927) |
| 12-01695 | Bordier & Cie | ($7,928,454) |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. | ($122,001,935) |
| 12-01698 | Banque International a Luxembourg SA/Dexia | ($61,515,524) |
| 12-01699 | Royal Bank of Canada, et al. | ($38,182,649) |
| | **Total Sentry Six-Year Transfers to Investors** | **($3,238,316,493)** |
| | Less Pre-May 9, 2003 transfers | $66,839,526 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($3,171,476,967)** |

41.     Set forth below is a chart calculating the sum total of amounts claimed by the Trustee in the Fairfield Action as subsequent transfers allegedly received by the defendants listed below directly from Fairfield Sentry after May 9, 2003, as reflected in Exhibits 8, 10, 12, 13, 14, and 21 to the Fairfield Second Amended Complaint, collectively attached as **Exhibit 7** hereto:

| EXHIBIT NO. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 286-8 | Fif Advanced Limited | ($45,206,428) |
| 286-10 | Fairfield Investment Fund Limited | ($337,718,887) |
| 286-12 | Fairfield Greenwich Limited | ($87,440,586) |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | ($611,613,040) |
| 286-14 | Fairfield Greenwich Advisors | ($56,013,598) |
| 286-21 | Amit Vijayvergiya | ($955,465) |
| | **Total Sentry Six-Year Transfers to Investors** | **($1,138,948,004)** |
| | Less Pre-May 9, 2003 transfers | $103,688,693 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($1,035,259,311)** |

62643970;9

42.     Set forth below is a chart reflecting the transfers made directly by Fairfield Sentry to the entities listed below between May 9, 2003, and September 30, 2003, as alleged in the complaints and/or exhibits thereto included in **Exhibits 10** and **11** hereto:

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|-----------|---------------|------|--------|
| Quilvest | 11-02538 | 5/14/2003 | ($168,554) |
| Quilvest | 11-02538 | 5/14/2003 | ($210,313) |
| Quilvest | 11-02538 | 5/14/2003 | ($311,518) |
| Delta Bank | 11-02551 | 5/14/2003 | ($73,217) |
| Delta Bank | 11-02551 | 5/14/2003 | ($100,952) |
| Delta Bank | 11-02551 | 5/14/2003 | ($111,651) |
| Delta Bank | 11-02551 | 5/14/2003 | ($696,496) |
| MLBS | 11-02910 | 5/14/2003 | ($504,029) |
| MLBS | 11-02910 | 5/14/2003 | ($1,500,000) |
| MLBS | 11-02910 | 5/14/2003 | ($2,498,558) |
| BJB | 11-02922 | 5/14/2003 | ($1,954,536) |
| Credit Suisse London Nominees Limited | 11-02925 | 5/14/2003 | ($2,159,026) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 5/14/2003 | ($401,103) |
| Credit Suisse London Nominees Limited | 11-02925 | 5/14/2003 | ($36,000) |
| LGT Liechtenstein | 11-02929 | 5/14/2003 | ($500,974) |
| SNS Defendants | 12-01046 | 5/14/2003 | ($641,531) |
| Lloyds | 12-01207 | 5/14/2003 | ($2,093,660) |
| Lloyds | 12-01207 | 5/14/2003 | ($247,494) |
| BSI | 12-01209 | 5/14/2003 | ($191,989) |
| BSI | 12-01209 | 5/14/2003 | ($238,192) |
| BSI | 12-01209 | 5/14/2003 | ($266,369) |
| BSI | 12-01209 | 5/14/2003 | ($621,629) |
| Banca Del Gottardo | 12-01209 | 5/14/2003 | ($270,407) |
| Banca Del Gottardo | 12-01209 | 5/14/2003 | ($1,401,608) |
| ZCM | 12-01512 | 5/14/2003 | ($360,000) |
| Citivic | 12-01513 | 5/14/2003 | ($103,656) |
| UKFP | 12-01566 | 5/14/2003 | ($125,144) |
| Clariden | 12-01676 | 5/14/2003 | ($84,331) |
| EFG Bank | 12-01690 | 5/14/2003 | ($10,440,439) |
| EFG Bank | 12-01690 | 5/14/2003 | ($5,803,800) |
| EFG Bank | 12-01690 | 5/14/2003 | ($285,234) |
| EFG Bank | 12-01690 | 5/14/2003 | ($279,420) |
| EFG Bank | 12-01690 | 5/14/2003 | ($207,312) |
| EFG Bank | 12-01690 | 5/14/2003 | ($170,077) |
| EFG Bank | 12-01690 | 5/14/2003 | ($72,108) |
| Lombard Odier | 12-01693 | 5/14/2003 | ($345,219) |
| Lombard Odier | 12-01693 | 5/14/2003 | ($135,203) |

62643970;9

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Fairfield Lambda | 09-1239 | 5/14/2003 | ($1,100,000) |
| Fairfield Sigma | 09-1239 | 5/14/2003 | ($1,800,000) |
| ZCM | 12-01512 | 5/19/2003 | ($1,300,000) |
| Credit Suisse, Nassau Branch LATAM Investment Banking | 11-02925 | 5/20/2003 | ($93,029) |
| Naidot | 11-02733 | 6/16/2003 | ($1,000,000) |
| MLBS | 11-02910 | 6/16/2003 | ($25,000) |
| BJB | 11-02922 | 6/16/2003 | ($300,287) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($100,000) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 6/16/2003 | ($71,259) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($20,802) |
| Credit Suisse London Nominees Limited | 11-02925 | 6/16/2003 | ($20,000) |
| LGT Liechtenstein | 11-02929 | 6/16/2003 | ($72,797) |
| Agricole Suisse | 12-01022 | 6/16/2003 | ($179,708) |
| SNS Defendants | 12-01046 | 6/16/2003 | ($170,654) |
| Bank Vontobel | 12-01202 | 6/16/2003 | ($227,490) |
| BSI | 12-01209 | 6/16/2003 | ($113,745) |
| BSI | 12-01209 | 6/16/2003 | ($180,190) |
| BSI | 12-01209 | 6/16/2003 | ($255,335) |
| ZCM | 12-01512 | 6/16/2003 | ($170,000) |
| Citivic | 12-01513 | 6/16/2003 | ($496,838) |
| UKFP | 12-01566 | 6/16/2003 | ($199,763) |
| UKFP | 12-01566 | 6/16/2003 | ($46,180) |
| Bank Leu | 12-01676 | 6/16/2003 | ($51,868) |
| Low Volatility | 12-01680 | 6/16/2003 | ($1,000,000) |
| EFG Bank | 12-01690 | 6/16/2003 | ($1,968,406) |
| EFG Bank | 12-01690 | 6/16/2003 | ($655,000) |
| EFG Bank | 12-01690 | 6/16/2003 | ($505,273) |
| EFG Bank | 12-01690 | 6/16/2003 | ($382,274) |
| EFG Bank | 12-01690 | 6/16/2003 | ($133,882) |
| EFG Bank | 12-01690 | 6/16/2003 | ($120,169) |
| EFG Bank | 12-01690 | 6/16/2003 | ($90,996) |
| EFG Bank | 12-01690 | 6/16/2003 | ($82,688) |
| EFG Bank | 12-01690 | 6/16/2003 | ($42,859) |
| EFG Bank | 12-01690 | 6/16/2003 | ($38,983) |
| Bordier | 12-01695 | 6/16/2003 | ($1,144,165) |
| ZCM | 12-01512 | 6/18/2003 | ($750,000) |
| Quilvest | 11-02538 | 7/16/2003 | ($54,186) |
| Quilvest | 11-02538 | 7/16/2003 | ($2,471,566) |
| Delta Bank | 11-02551 | 7/16/2003 | ($404,373) |
| Delta Bank | 11-02551 | 7/16/2003 | ($2,493,614) |
| Inteligo | 11-02763 | 7/16/2003 | ($2,336,175) |
| MLBS | 11-02910 | 7/16/2003 | ($1,529,000) |

62643970;9

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| BJB | 11-02922 | 7/16/2003 | ($610,990) |
| Credit Suisse London Nominees Limited | 11-02925 | 7/16/2003 | ($1,684,206) |
| Credit Suisse London Nominees Limited | 11-02925 | 7/16/2003 | ($788,344) |
| Credit Suisse Nominees (Guernsey) Limited | 11-02925 | 7/16/2003 | ($693,868) |
| Sico | 12-01005 | 7/16/2003 | ($73,522) |
| Sico | 12-01005 | 7/16/2003 | ($77,189) |
| Sico | 12-01005 | 7/16/2003 | ($82,428) |
| Agricole Suisse | 12-01022 | 7/16/2003 | ($186,572) |
| SNS Defendants | 12-01046 | 7/16/2003 | ($2,215,212) |
| Lloyds | 12-01207 | 7/16/2003 | ($336,843) |
| BSI | 12-01209 | 7/16/2003 | ($119,134) |
| BSI | 12-01209 | 7/16/2003 | ($148,763) |
| BSI | 12-01209 | 7/16/2003 | ($260,940) |
| UKFP | 12-01566 | 7/16/2003 | ($302,756) |
| UKFP | 12-01566 | 7/16/2003 | ($167,640) |
| UKFP | 12-01566 | 7/16/2003 | ($100,735) |
| UKFP | 12-01566 | 7/16/2003 | ($76,224) |
| UKFP | 12-01566 | 7/16/2003 | ($74,625) |
| UKFP | 12-01566 | 7/16/2003 | ($56,787) |
| UKFP | 12-01566 | 7/16/2003 | ($47,293) |
| UKFP | 12-01566 | 7/16/2003 | ($35,153) |
| SG Equilibrium | 12-01677 | 7/16/2003 | ($32,270,698) |
| Lyxor Premium | 12-01677 | 7/16/2003 | ($8,580,866) |
| SG Audace | 12-01677 | 7/16/2003 | ($1,223,229) |
| SG Premium | 12-01677 | 7/16/2003 | ($973,253) |
| EFG Bank | 12-01690 | 7/16/2003 | ($1,594,867) |
| EFG Bank | 12-01690 | 7/16/2003 | ($1,447,307) |
| EFG Bank | 12-01690 | 7/16/2003 | ($476,480) |
| EFG Bank | 12-01690 | 7/16/2003 | ($476,480) |
| EFG Bank | 12-01690 | 7/16/2003 | ($266,886) |
| EFG Bank | 12-01690 | 7/16/2003 | ($238,240) |
| EFG Bank | 12-01690 | 7/16/2003 | ($51,015) |
| EFG Bank | 12-01690 | 7/16/2003 | ($35,024) |
| Lombard Odier | 12-01693 | 7/16/2003 | ($6,027,000) |
| Lombard Odier | 12-01693 | 7/16/2003 | ($5,615,477) |
| Bordier | 12-01695 | 7/16/2003 | ($1,497,385) |
| RBC-Dominion | 12-01699 | 7/16/2003 | ($367,180) |
| Fairfield Lambda | 09-1239 | 7/16/2003 | ($250,000) |
| Fairfield Sigma | 09-1239 | 7/16/2003 | ($3,000,000) |
| Quilvest | 11-02538 | 8/15/2003 | ($113,360) |
| Barclays Suisse | 11-02569 | 8/15/2003 | ($26,317) |
| MLBS | 11-02910 | 8/15/2003 | ($265,810) |
| MLBS | 11-02910 | 8/15/2003 | ($300,750) |

62643970;9

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| MLBS | 11-02910 | 8/15/2003 | ($1,971,100) |
| MLBS | 11-02910 | 8/15/2003 | ($6,386,104) |
| Credit Suisse (Luxembourg) SA | 11-02925 | 8/15/2003 | ($1,000,000) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($708,540) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($154,873) |
| Credit Suisse AG, Nassau Branch | 11-02925 | 8/15/2003 | ($149,727) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($93,224) |
| Credit Suisse London Nominees Limited | 11-02925 | 8/15/2003 | ($56,410) |
| Sico | 12-01005 | 8/15/2003 | ($32,628) |
| Sico | 12-01005 | 8/15/2003 | ($237,721) |
| Sico | 12-01005 | 8/15/2003 | ($384,083) |
| BSI | 12-01209 | 8/15/2003 | ($183,894) |
| BSI | 12-01209 | 8/15/2003 | ($320,364) |
| ZCM | 12-01512 | 8/15/2003 | ($130,000) |
| Citivic | 12-01513 | 8/15/2003 | ($149,158) |
| Citivic | 12-01513 | 8/15/2003 | ($24,238) |
| UKFP | 12-01566 | 8/15/2003 | ($66,776) |
| Clariden | 12-01676 | 8/15/2003 | ($63,113) |
| SG Suisse | 12-01677 | 8/15/2003 | ($2,865,901) |
| EFG Bank | 12-01690 | 8/15/2003 | ($150,000) |
| Lombard Odier | 12-01693 | 8/15/2003 | ($1,598,288) |
| Lombard Odier | 12-01693 | 8/15/2003 | ($1,584,808) |
| Bordier | 12-01695 | 8/15/2003 | ($203,079) |
| RBC-Dominion | 12-01699 | 8/15/2003 | ($88,507) |
| RBC-Jersey | 12-01699 | 8/15/2003 | ($50,000) |
| Fairfield Lambda | 09-1239 | 8/15/2003 | ($1,700,000) |
| Fairfield Sigma | 09-1239 | 8/15/2003 | ($700,000) |
| Safra | 11-01885 | 9/17/2003 | ($130,664) |
| Safra | 11-01885 | 9/17/2003 | ($146,127) |
| Quilvest | 11-02538 | 9/17/2003 | ($1,495,385) |
| Delta Bank | 11-02551 | 9/17/2003 | ($140,353) |
| MLBS | 11-02910 | 9/17/2003 | ($320,079) |
| MLBS | 11-02910 | 9/17/2003 | ($964,543) |
| BJB | 11-02922 | 9/17/2003 | ($18,686) |
| BJB | 11-02922 | 9/17/2003 | ($1,595,815) |
| Credit Suisse London Nominees Limited | 11-02925 | 9/17/2003 | ($1,992,900) |
| BSI | 12-01209 | 9/17/2003 | ($14,015) |
| ZCM | 12-01512 | 9/17/2003 | ($380,000) |
| Clariden | 12-01676 | 9/17/2003 | ($750,000) |
| Clariden | 12-01676 | 9/17/2003 | ($46,398) |
| Clariden | 12-01676 | 9/17/2003 | ($35,000) |
| SG Suisse | 12-01677 | 9/17/2003 | ($633,000) |
| Lombard Odier | 12-01693 | 9/17/2003 | ($725,171) |

62643970;9

| DEFENDANT | ADV. PRO. NO. | DATE | AMOUNT |
|---|---|---|---|
| Lombard Odier | 12-01693 | 9/17/2003 | ($140,148) |
| Bordier | 12-01695 | 9/17/2003 | ($3,272,168) |
| Bordier | 12-01695 | 9/17/2003 | ($127,067) |
| Fairfield Lambda | 09-1239 | 9/17/2003 | ($1,300,000) |
| Fairfield Lambda | 09-1239 | 9/17/2003 | ($2,100,000) |
| Fairfield Sigma | 09-1239 | 9/17/2003 | ($2,600,000) |
| Fairfield Sigma | 09-1239 | 9/17/2003 | ($10,500,000) |
| **TOTAL** | | | **($183,527,206)** |

## REQUEST FOR JUDICIAL NOTICE

43.    Pursuant to Federal Rule of Evidence 201(c)(2), Cathay respectfully requests that the Court take judicial notice of the documents attached hereto as Exhibits 2 to 11, inclusive, as well as other documents referred to in the Memoranda that were filed in the Fairfield Action or, in certain adversary proceedings, by the Fairfield Liquidators, for the purpose of considering those documents in adjudicating the Motion. The grounds for this request, including applicable precedents, are set forth in the Memorandum (*e.g.* Memorandum at 3. n.4,). Cathay requests that the Court take judicial notice of the fact of the filing of these documents and (where applicable) statements and admissions of the Trustee or the Fairfield Liquidators contained therein. Cathay further request that the Court take judicial notice of the truth of the facts set forth in the public record materials attached as Exhibits 13 to 14, as those facts are "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2022, in Dallas, Texas.

/s/David Parham
David Parham

62643970;9