# EXHIBIT 13



# CERTIFICATE

Re: Translation of webpages of Taiwan Market Observation Post System

I, Ruby Fung of Baker & McKenzie, Taipei, Taiwan, do hereby certify that I have seen and compared the version of webpages of the Taiwan Market Observation Post System and the attached physical copy of the same webpages, and that the attached physical copy is complete and accurate copy of the online version. Also attached is a certified English translation of these webpages.

Dated this 17th day of March, 2022

By _____

| | |
|---|---|
| Name: | Ruby Fung |
| Occupation: | Translator |
| Firm: | Baker & McKenzie, Taipei |
| Address: | 15/F, 168 Dunhua North Road, Taipei 10548, Taiwan |
| Telephone: | +886.2.2715.7333 |
| Email Address: | Ruby.Fung@bakermckenzie.com |

Notary stamp:
案號: Case No.: 2581  日期: Date: MAR 18 2022
本文件之簽名或蓋章,於臺灣臺北地方法院所屬民間公證人趙原孫事務所認證。 公證人:趙原孫
Attested at the Chao, Yuan-Sun Notary Public Office of Taiwan Taipei District Court, R.O.C., that the signature(s) / seal(s) in this document is / are authentic.
Notary Public
Chao, Yuan-Sun
901, NO.346, NAN-KING E., RD., SEC.3, Taipei Taiwan

412786689-v1\AP_DMS

[Translation]

Market Observation Post System (MOPS)

Search

| Please enter company code, abbreviated name or key word(s) of statement | Search |

Operating revenue ex-dividends e-book institutional investor conference treasury stock director and supervisor shareholdings independent directors director and supervisor remuneration ETFTDR

| Common Statements | Particulars | Collated Statements | Shareholders' Meetings and Dividends | Corporate Governance | Financial Statements | Material Information and Public Notices | Operations Overview | Investments | Call (Put) Warrants | Bonds | Asset Securitization |

Operations overview

♭ Monthly operating revenue
♭ Loans and endorsements and guarantees
● Major subsidiaries: operating revenue, endorsements and guarantees, and outstanding loans extended and borrowed
♭ Interested party transactions
● Financial data
● Mutual information of parent company and subsidiaries (not required from June 2013)
♭ China investments
♭ Investments in overseas subsidiaries
♭ Financial ratio analysis
● Derivatives trading information
♭ Self-assessed income
♭ Venture capital company investments

Derivatives Trading Information    Year 2008    Month December    [Inquiries]
Company code or abbreviated name 5846
[Print]    [New window]    [Feedback]
Provided by (public company) Cathay Life Insurance Co., Ltd.

Date: December 2008

| Parent Company/ Subsidiary Code | Parent Company/ Subsidiary Name | Details |
|---|---|---|
| 5846 | Cathay Life Insurance Co., Ltd. | [Details] |
| 5846001 | Symphox Information Co., Ltd. | [Details] |
| 5846002 | Cathay Securities Investment Consulting Co., Ltd. | [Details] |
| 5846003 | Bermuda | [Details] |
| 5846004 | Cathay Life Insurance (Vietnam) | [Details] |
| 5846005 | Cathay Lujiazui Life Insurance Company Limited | [Details] |

| E-voting | Cease to be a Public Company | Market Notices | Corporate Governance Assessment | Site Map | Site Use |

Investor Service Center (02) 2792-8188    Contact Us

Derivatives Trading Information

**Provided by Cathay Life Insurance Co., Ltd. (public company)**
Date: December 2008

For non-banking industry (unit: TWD 1,000)

| (2) Hedging purpose | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Risk aversion with regard to assets and liabilities held (Table 2) | | | | | | | | | |
| | | Futures | Options | | | | Forward contract | Swap | Others |
| | | | Short | | Long | | | | |
| | | | Call | Put | Call | Put | | | |
| Margin paid | | 159,287 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Premium recovered (paid) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outstanding position | Total contract sum | 4,550,958 | 0 | 0 | 0 | 0 | 368,144,377 | 390,285,657 | 90,880,689 |
| | Fair value | -153,006 | 0 | 0 | 0 | 0 | -10,547,433 | -9,649,073 | -214,273 |
| Settled position | Total contract sum | 83,499,769 | 0 | 0 | 0 | 33,842,480 | 2,209,451,593 | 314,866,931 | 110,828,176 |
| | Recognized profit (or loss) | 4,854,974 | 0 | 0 | 0 | 1,033,268 | -6,760,387 | -3,742,531 | 29,995 |
| Notes: | | | | | | | | | |

Note 1: This form shall disclose information on derivatives trading up to the end of the preceding month, not only trading information of a single month.

Note 2: Information of overseas subsidiaries and non-public domestic subsidiaries shall be disclosed and reported by public companies. The "no reporting is required" setting shall be implemented each month if no derivatives trading is conducted.

Note 3: Original attributes of hybrid instruments shall be bifurcated, and their trading information shall be reported in this form except for embedded derivatives where the accounting treatment does not require them to be recognized separately from host contracts (non-derivatives).

Note 4: Where an overall hybrid instrument is "designated as a financial asset or financial liability at fair value through profit or loss," please account for each attribute separately as required, and information such as the nature of contract and terms of trade etc. may be described in the notes section.

Note 5: The amount of financial instruments held "for trading" as disclosed in financial reports include both the amount of "trading purpose contracts" and that of "non-trading purpose contracts – those meeting criteria for hedge accounting."

Market Observation Post System (MOPS)

Search

| Please enter company code, abbreviated name or key word(s) of statement | Search |

Operating revenue ex-dividends e-book institutional investor conference treasury stock director and supervisor shareholdings independent directors director and supervisor remuneration ETFTDR

| Common Statements | Particulars | Collated Statements | Shareholders' Meetings and Dividends | Corporate Governance | Financial Statements | Material Information and Public Notices | Operations Overview | Investments | Call (Put) Warrants | Bonds | Asset Securitization |

Operations overview

- Monthly operating revenue
- Loans and endorsements and guarantees
- Major subsidiaries: operating revenue, endorsements and guarantees, and outstanding loans extended and borrowed
- Interested party transactions
- Financial data
- Mutual information of parent company and subsidiaries (not required from June 2013)
- China investments
- Investments in overseas subsidiaries
- Financial ratio analysis
- Derivatives trading information
- Self-assessed income
- Venture capital company investments

Derivatives Trading Information Company code or abbreviated name 5846    Year 2009    Month April    Inquiries

Print    New window    Feedback

Provided by (public company) Cathay Life Insurance Co., Ltd.

*Date: April 2009*

| Parent Company/ Subsidiary Code | Parent Company/ Subsidiary Name | Details |
|---|---|---|
| 5846 | Cathay Life Insurance Co., Ltd. | Details |
| 5846001 | Symphox Information Co., Ltd. | Details |
| 5846002 | Cathay Securities Investment Consulting Co., Ltd. | Details |
| 5846003 | Bermuda | Details |
| 5846004 | Cathay Life Insurance (Vietnam) | Details |
| 5846005 | Cathay Lujiazui Life Insurance Company Limited | Details |

| E-voting | Cease to be a Public Company | Market Notices | Corporate Governance Assessment | Site Map | Site Use |

Investor Service Center (02) 2792-8188        Contact Us

Derivatives Trading Information

Provided by Cathay Life Insurance Co., Ltd. (public company)
Date: April 2009

For non-banking industry (unit: TWD 1,000)

| Trading information | | Type of contract | Futures | Single option | | Basket option | | Forward contract | Swap | Hybrid instrument entirely measured at fair value through profit or loss under designation | Others |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Short | Long | Short | Long | | | | |
| Non-trading purpose contract | Those not meeting criteria for hedge accounting | Margin paid | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| | | Premium recovered (paid) | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| | | Outstanding position — Total contract sum | 0 | 0 | 0 | 0 | 0 | 329,462,631 | 362,168,201 | 0 | 0 |
| | | Outstanding position — Fair value | 0 | 0 | 0 | | 0 | 1,127,128 | -166,426 | 0 | 0 |
| | | Outstanding position — Unrealized profit (or loss) recognized this year | 153,006 | 0 | 0 | | 0 | 11,674,562 | 12,115,360 | 0 | 0 |
| | | Settled position — Total contract sum | 40,712,440 | 0 | 11,946,980 | 0 | 0 | 1,553,775 | 268,016,506 | 0 | 0 |
| | | Settled position — Realized profit (or loss) recognized this year | -436,978 | 0 | -127,033 | | 0 | -10,303,518 | -18,236,433 | 0 | 0 |
| | | Notes: | | | | | | | | | |

| Trading information | | Type of contract | | Futures | Single option | | Basket option | | Forward contract | Swap | Hybrid instrument entirely measured at fair value through profit or loss under designation | Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Short | Long | Short | Long | | | | |
| Non-trading purpose contract | Those meeting criteria for hedge accounting | Margin paid | | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 |
| | | Premium recovered (paid) | | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 |
| | | Outstanding position | Total contract sum | 0 | 0 | 0 | 0 | 0 | 0 | 42,027,815 | 0 | 0 |
| | | | Fair value | 0 | 0 | 0 | | | 0 | 0 | 1,867,874 | 0 | 0 |
| | | | Unrealized profit (or loss) recognized this year | 0 | 0 | 0 | | | 0 | 0 | 51,598 | 0 | 0 |
| | | Settled position | Total contract sum | 0 | 0 | 0 | 0 | 0 | 0 | 1,808,724 | 0 | 0 |
| | | | Realized profit (or loss) recognized this year | 0 | 0 | 0 | | | 0 | 0 | -624,672 | 0 | 0 |
| | | Notes: | | | | | | | | | | |

Note 1:  This form shall disclose information on derivatives trading up to the end of the preceding month, not only trading information of a single month.

Note 2:  Information of overseas subsidiaries and non-public domestic subsidiaries shall be disclosed and reported by public companies. The "no reporting is required" setting shall be implemented each month if no derivatives trading is conducted.

Note 3:  Original attributes of hybrid instruments shall be bifurcated, and their trading information shall be reported in this form except for embedded derivatives where the accounting treatment does not require them to be recognized separately from host contracts (non-derivatives).

Note 4:  Where an overall hybrid instrument is "designated as a financial asset or financial liability at fair value through profit or loss," please account for each attribute separately as required, and information such as the nature of contract and terms of trade etc. may be described in the notes section.

Note 5:  The amount of financial instruments held "for trading" as disclosed in financial reports include both the amount of "trading purpose contracts" and that of "non-trading purpose contracts – those meeting criteria for hedge accounting."

公開資訊觀測站

全站搜尋

請輸入公司代號、簡稱、或報表關鍵字 [搜尋]

營收 除權息 電子書 法說會 庫藏股 董監持股 獨立董事 募集基金 ETF TDR

常用報表　基本資料　彙總報表　股東會及股利　公司治理　財務報表　重大訊息與公告　營運概況　投資專區　認購(售)權證　債券　資產證券化

營運概況
- 每月營收
- 資金貸與及背書保證
- 重要子公司月營收、背書保證及資金貸放餘額
- 關係人交易專區
- 財務資料表
- 母子公司交互資訊(自102年6月起免申報)
- 赴大陸投資資訊
- 投資海外子公司資訊
- 財務比率分析
- 衍生性商品交易資訊
- 自結損益公告
- 創業投資公司投資資訊

### 衍生性商品交易資訊

公司代號或簡稱 5846　年度 97　月份 12 ▼　[查詢]

列印網頁　開新視窗　問題回報

本資料由 (公開發行公司) 國泰人壽 公司提供
資料年月：97年12月

| 母/子公司代號 | 母/子公司名稱 | 詳細資料 |
|---|---|---|
| 5846 | 國泰人壽保險股份有限公司 | 詳細資料 |
| 5846001 | 神坊資訊股份有限公司 | 詳細資料 |
| 5846002 | 國泰證券投資顧問股份有限公司 | 詳細資料 |
| 5846003 | 百慕達 | 詳細資料 |
| 5846004 | 越南國泰人壽保險有限公司 | 詳細資料 |
| 5846005 | 陸家嘴國泰人壽保險有限責任公司 | 詳細資料 |

電子投票｜ 不走紙公開發行｜ 市場公告｜ 公司治理評鑑｜ 網站地圖｜ 網站使用說明
投資人服務中心(02)2792-8188 聯絡我們

衍生性商品交易資訊

本資料由　(公開發行公司) 國泰人壽保險股份有限公司　　提供

資料年月：97年12月

非銀行業適用(單位：仟元新臺幣)

### (二)以避險為目的

#### 1.規避已持有資產負債(表二)

| | | 期貨 | 選擇權 | | | | 遠期契約 | 交換 | 其他 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 賣出 | | 買入 | | | | |
| | | | 買權 | 賣權 | 買權 | 賣權 | | | |
| 已付保證金 | | 159,287 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 已收(付)權利金 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 未沖銷契約 | 契約總金額 | 4,550,958 | 0 | 0 | 0 | 0 | 368,144,377 | 390,285,657 | 90,880,689 |
| | 公平價值評估淨損益 | -153,006 | 0 | 0 | 0 | 0 | -10,547,433 | -9,649,073 | -214,273 |
| 已沖銷契約 | 契約總金額 | 83,499,769 | 0 | 0 | 0 | 33,842,480 | 2,209,451,593 | 314,866,931 | 110,828,176 |
| | 認列損益金額 | 4,854,974 | 0 | 0 | 0 | 1,033,268 | -6,760,387 | -3,742,531 | 29,995 |
| 備註 | | | | | | | | | |

註1：本表應公告截至上月底止之衍生性商品交易資訊，非僅公告單一月份交易情形。

註2：海外子公司及國內未公開發行之子公司，應由公開發行公司代為公告申報，未從事衍生性商品交易者，應按月執行「設定免申報」作業。

註3：混合商品應將其交易內容拆解為原始型態，除嵌入式衍生性商品之會計處理毋需與主契約（非衍生性商品）分別認列者外，餘應將衍生性商品交易資訊填報於本表。

註4：將整體混合商品「指定為公平價值變動列入損益之金融資產或金融負債」者，請依規定單獨填報，並得於備註欄說明商品合約性質及交易條件等資訊。

註5：財務報告中揭露「以交易為目的」之金額包括上表中「以交易為目的」及「非以交易為目的-不符會計避險」之金額。



2022/3/9 下午3:51　　　　　　　　　　　　　　　　　公開資訊觀測站

全站搜尋
請輸入公司代號、簡稱、或報表關鍵字　[搜尋]

營收 除權息 電子書 法說會 庫藏股 董監持股 獨立董事 董監酬金 ETF TDR

常用報表　基本資料　公司報表　股東會及股利　公司治理　財務報表　重大訊息與公告　營運概況　投資專區　認購(售)權證　債券　綠能環保化

- 營運概況
  - 每月營收
  - 資金貸與及背書保證
  - 重要子公司月營收、背書保證及資金貸放餘額
  - 關係人交易專區
  - 財務資料表
  - 母子公司交互資訊(自102年6月起免申報)
  - 赴大陸投資資訊
  - 投資海外子公司資訊
  - 財務比率分析
  - 衍生性商品交易資訊
  - 自結損益公告
  - 創業投資公司投資資訊

衍生性商品交易資訊

公司代號或簡稱 [5846]　年度 [98]　月份 [4 ▼]　　　[查詢]

[列印網頁]　[開新視窗]　[問題回報]

本資料由　(公開發行公司) 國泰人壽　公司提供
資料年月：98年04月

| 母/子公司代號 | 母/子公司名稱 | 詳細資料 |
|---|---|---|
| 5846 | 國泰人壽保險股份有限公司 | 詳細資料 |
| 5846001 | 神坊資訊股份有限公司 | 詳細資料 |
| 5846002 | 國泰證券投資顧問股份有限公司 | 詳細資料 |
| 5846003 | 百慕達 | 詳細資料 |
| 5846004 | 越南國泰人壽保險有限公司 | 詳細資料 |
| 5846005 | 陸家嘴國泰人壽保險有限責任公司 | 詳細資料 |

電子投票 | 不繼續公開發行 | 市場公告 | 公司治理評鑑 | 網站地圖 | 網站使用說明
投資人服務中心(02)2792-8188 聯絡我們

**衍生性商品交易資訊**

本資料由　(公開發行公司) 國泰人壽保險股份有限公司　提供

資料年月：98年04月

非銀行業適用(單位：仟元新臺幣)

| 交易資訊 | | 契約種類 | 期貨 | 個別選擇權 | | 組合式選擇權 | | 遠期契約 | 交換 | 整體指定為FV變動列入損益之混合商品 | 其他 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 賣出 | 買入 | 賣出 | 買入 | | | | |
| 非以交易為目的 | 不符避險會計 | 已付保證金 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 已收(付)權利金 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 未沖銷契約　契約總金額 | 0 | 0 | 0 | 0 | 0 | 329,462,631 | 362,168,201 | 0 | 0 |
| | | 未沖銷契約　公平價值 | 0 | 0 | 0 | 0 | 0 | 1,127,128 | -166,426 | 0 | 0 |
| | | 未沖銷契約　本年度認列未實現損益金額 | 153,006 | 0 | 0 | 0 | 11,674,562 | 12,115,360 | 0 | 0 |
| | | 已沖銷契約　契約總金額 | 40,712,440 | 0 | 11,946,980 | 0 | 0 | 1,553,775 | 268,016,506 | 0 | 0 |
| | | 已沖銷契約　本年度認列已實現損益金額 | -436,978 | 0 | -127,033 | 0 | -10,303,518 | -18,236,433 | 0 | 0 |
| | | 備註： | | | | | | | | | |

| 交易資訊 | | 契約種類 | 期貨 | 個別選擇權 | | 組合式選擇權 | | 遠期契約 | 交換 | 整體指定為FV變動列入損益之混合商品 | 其他 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 賣出 | 買入 | 賣出 | 買入 | | | | |
| 非以交易為目 | 符合避險會 | 已付保證金 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

1/2

| 的 | 計 | | 已收(付)權利金 | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 未沖銷契約 | 契約總金額 | 0 | 0 | 0 | 0 | 0 | 0 | 42,027,815 | | 0 | 0 |
| | | | 公平價值 | 0 | 0 | 0 | | 0 | 0 | 1,867,874 | | 0 | 0 |
| | | | 本年度認列未實現損益金額 | 0 | 0 | 0 | | 0 | 0 | 51,598 | | 0 | 0 |
| | | 已沖銷契約 | 契約總金額 | 0 | 0 | 0 | 0 | 0 | 0 | 1,808,724 | | 0 | 0 |
| | | | 本年度認列已實現損益金額 | 0 | 0 | 0 | | 0 | 0 | -624,672 | | 0 | 0 |
| | | | 備註: | | | | | | | | | | |

註1：本表應公告截至上月底止之衍生性商品交易資訊，非僅公告單一月份交易情形。

註2：海外子公司及國內未公開發行之子公司，應由公開發行公司代為公告申報，未從事衍生性商品交易者，應按月執行「設定免申報」作業。

註3：混合商品應將其交易內容拆解為原始型態，除嵌入式衍生性商品之會計處理毋需與主契約（非衍生性商品）分別認列者外，餘應將衍生性商品交易資訊填報於本表。

註4：將整體混合商品「指定為公平價值變動列入損益之金融資產或金融負債」者，請依規定單獨填報，並得於備註欄說明商品合約性質及交易條件等資訊。

註5：財務報告中揭露「以交易為目的」之金額包括上表中「以交易為目的」及「非以交易為目的-不符會計避險」之金額。