# EXHIBIT 14-A

HOME  >  US DOLLAR (USD)  >  TAIWAN DOLLAR  >  HISTORICAL CHART 2008

# USD to TWD Historical Chart 2008

Interactive historical chart showing the daily US Dollar - Taiwan Dollar (USD/TWD) exchange rates in 2008.



## Historical Rate Tables (USD/TWD 2008)

Monthly Averages

| Month | Month Low | Month High | Average | Changes (%) |
| --- | --- | --- | --- | --- |
| January | 32.1637 | 32.4962 | 32.3701 | -0.829766% |
| Febuary | 30.8983 | 32.058 | 31.6665 | -3.469557% |

| April | 30.2648 | 30.5209 | 30.3706 | 0.473133% |
| May | 30.4047 | 31.0102 | 30.5959 | -0.169524% |
| June | 30.204 | 30.4834 | 30.3912 | -0.254346% |
| July | 30.3535 | 30.6573 | 30.4209 | 0.913436% |
| August | 30.6969 | 31.6085 | 31.235 | 2.873914% |
| September | 31.6355 | 32.2474 | 32.0105 | 1.837736% |
| October | 32.0952 | 33.5053 | 32.6965 | 2.809896% |
| November | 32.7996 | 33.4245 | 33.1198 | 0.921013% |
| December | 32.4585 | 33.5899 | 33.1425 | -1.611486% |

January 2008

Febuary 2008

March 2008

April 2008

May 2008

June 2008

July 2008

August 2008

September 2008

November 2008 ⌄

December 2008 ⌃

| Date | Rate | Change | Changes (%) |
| --- | --- | --- | --- |
| Monday, 01/12/2008 | 33.360271 | 0.016592 | 0.049761% |
| Tuesday, 02/12/2008 | 33.449234 | 0.088963 | 0.266673% |
| Wednesday, 03/12/2008 | 33.530894 | 0.08166 | 0.244131% |
| Thursday, 04/12/2008 | 33.545461 | 0.014567 | 0.043444% |
| Friday, 05/12/2008 | 33.56433 | 0.018869 | 0.056249% |
| Saturday, 06/12/2008 | 33.589891 | 0.025561 | 0.076155% |
| Sunday, 07/12/2008 | 33.589891 | 0.0 | 0.0% |
| Monday, 08/12/2008 | 33.48302 | -0.106871 | -0.318164% |
| Tuesday, 09/12/2008 | 33.522713 | 0.039693 | 0.118547% |
| Wednesday, 10/12/2008 | 33.464322 | -0.058391 | -0.174183% |
| Thursday, 11/12/2008 | 33.293957 | -0.170365 | -0.509094% |
| Friday, 12/12/2008 | 33.286828 | -0.007129 | -0.021412% |
| Saturday, 13/12/2008 | 33.298385 | 0.011557 | 0.034719% |
| Sunday, 14/12/2008 | 33.298385 | 0.0 | 0.0% |
| Monday, 15/12/2008 | 33.20904 | -0.089345 | -0.268316% |
| Tuesday, 16/12/2008 | 33.017026 | -0.192014 | -0.578198% |

| Thursday, 18/12/2008 | 32.458519 | -0.54512 | -1.651697% |
| Friday, 19/12/2008 | 32.512401 | 0.053882 | 0.166003% |
| Saturday, 20/12/2008 | 32.547749 | 0.035348 | 0.108722% |
| Sunday, 21/12/2008 | 32.547749 | 0.0 | 0.0% |
| Monday, 22/12/2008 | 32.963728 | 0.415979 | 1.278058% |
| Tuesday, 23/12/2008 | 33.035999 | 0.072271 | 0.219244% |
| Wednesday, 24/12/2008 | 33.039302 | 0.003303 | 0.009998% |
| Thursday, 25/12/2008 | 33.072981 | 0.033679 | 0.101936% |
| Friday, 26/12/2008 | 33.021811 | -0.05117 | -0.154718% |
| Saturday, 27/12/2008 | 33.053621 | 0.03181 | 0.09633% |
| Sunday, 28/12/2008 | 33.053621 | 0.0 | 0.0% |
| Monday, 29/12/2008 | 33.00007 | -0.053551 | -0.162013% |
| Tuesday, 30/12/2008 | 32.778453 | -0.221617 | -0.671565% |
| Wednesday, 31/12/2008 | 32.822675 | 0.044222 | 0.134912% |

### Currency Converter

| Amount: | 100 |
| From: | ☐ US Dollar ▼ |
| To: | ☐ Taiwan Dollar ▼ |

Click for more currencies↗

100 USD = TWD •
Rate is for reference only. Updated 1hr ago

### USD to TWD Stats (In 2008)

| | |
|---|---|
| High | 33.5899 |
| Low | 30.0145 |
| Average | 31.5548 |
| Volatility | 11.9121% |

ExchangeRates.org

About us  |  FAQ  |  Languages  |  Contact

  

© Copyright ExchangeRates.org - All rights reserved - Disclaimer & Privacy Policy