# EXHIBIT 14-B

HOME  ›  US DOLLAR (USD)  ›  TAIWAN DOLLAR  ›  HISTORICAL CHART 2009

# USD to TWD Historical Chart 2009

Interactive historical chart showing the daily US Dollar - Taiwan Dollar (USD/TWD) exchange rates in 2009.



## Historical Rate Tables (USD/TWD 2009)

### Monthly Averages

| Month | Month Low | Month High | Average | Changes (%) |
| --- | --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| Febuary | 33.6744 | 35.076 | 34.2591 | 4.05076% |
| March | 33.7695 | 35.1555 | 34.3231 | -3.360937% |
| April | 33.1308 | 33.8833 | 33.652 | -2.008097% |
| May | 32.5941 | 33.1944 | 32.8636 | -1.728026% |
| June | 32.3522 | 32.9667 | 32.7938 | 1.384423% |
| July | 32.7118 | 33.164 | 32.8962 | 0.322394% |
| August | 32.674 | 33.0062 | 32.8777 | 0.248347% |
| September | 32.0761 | 32.8895 | 32.5732 | -2.440135% |
| October | 32.0807 | 32.5495 | 32.319 | 1.082957% |
| November | 32.1226 | 32.5777 | 32.3348 | -1.051837% |
| December | 31.9754 | 32.3847 | 32.2641 | -0.577968% |

## January 2009 ⌄

## Febuary 2009 ⌄

## March 2009 ⌄

## April 2009 ⌃

| Date | Rate | Change | Changes (%) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Thursday, 02/04/2009 | 33.277275 | -0.532448 | -1.574837% |
| Friday, 03/04/2009 | 33.253796 | -0.023479 | -0.070556% |
| Saturday, 04/04/2009 | 33.256881 | 0.003085 | 0.009277% |
| Sunday, 05/04/2009 | 33.256881 | 0.0 | 0.0% |
| Monday, 06/04/2009 | 33.1851 | -0.071781 | -0.215838% |
| Tuesday, 07/04/2009 | 33.577304 | 0.392204 | 1.181868% |
| Wednesday, 08/04/2009 | 33.883323 | 0.306019 | 0.911386% |
| Thursday, 09/04/2009 | 33.764371 | -0.118952 | -0.351064% |
| Friday, 10/04/2009 | 33.782657 | 0.018286 | 0.054158% |
| Saturday, 11/04/2009 | 33.785314 | 0.002657 | 0.007865% |
| Sunday, 12/04/2009 | 33.785314 | 0.0 | 0.0% |
| Monday, 13/04/2009 | 33.712747 | -0.072567 | -0.214789% |
| Tuesday, 14/04/2009 | 33.634932 | -0.077815 | -0.230818% |
| Wednesday, 15/04/2009 | 33.80311 | 0.168178 | 0.50001% |
| Thursday, 16/04/2009 | 33.771971 | -0.031139 | -0.092119% |
| Friday, 17/04/2009 | 33.545126 | -0.226845 | -0.671696% |
| Saturday, 18/04/2009 | 33.827028 | 0.281902 | 0.840366% |

| Monday, 20/04/2009 | 33.826569 | -0.000459 | -0.001357% |
| Tuesday, 21/04/2009 | 33.850807 | 0.024238 | 0.071654% |
| Wednesday, 22/04/2009 | 33.849189 | -0.001618 | -0.00478% |
| Thursday, 23/04/2009 | 33.817354 | -0.031835 | -0.09405% |
| Friday, 24/04/2009 | 33.711479 | -0.105875 | -0.313079% |
| Saturday, 25/04/2009 | 33.730714 | 0.019235 | 0.057058% |
| Sunday, 26/04/2009 | 33.730714 | 0.0 | 0.0% |
| Monday, 27/04/2009 | 33.734644 | 0.00393 | 0.011651% |
| Tuesday, 28/04/2009 | 33.785514 | 0.05087 | 0.150795% |
| Wednesday, 29/04/2009 | 33.651151 | -0.134363 | -0.397694% |
| Thursday, 30/04/2009 | 33.130791 | -0.52036 | -1.546336% |

May 2009 ⌄

June 2009 ⌄

July 2009 ⌄

August 2009 ⌄

September 2009 ⌄

November 2009                                                              ⌄

December 2009                                                              ⌄

**Currency Converter**

| Amount: | 100 |
|---------|-----|

| From: | ☐ US Dollar | ⌄ |
|-------|-------------|---|

| To: | ☐ Taiwan Dollar | ⌄ |
|-----|-----------------|---|

Convert

Click for more currencies ›

100 USD = TWD  ●
Rate is for reference only. Updated 1hr ago

**USD to TWD Stats** (In 2009)

| High | 35.1555 |
|------|---------|
| Low | 31.9754 |
| Average | 33.0431 |
| Volatility | 9.945512% |

ExchangeRates.org

About us  |  FAQ  |  Languages  |  Contact

  

© Copyright ExchangeRates.org - All rights reserved - Disclaimer & Privacy Policy

# EXHIBIT 14-B

HOME  ›  US DOLLAR (USD)  ›  TAIWAN DOLLAR  ›  HISTORICAL CHART 2009

# USD to TWD Historical Chart 2009

Interactive historical chart showing the daily US Dollar - Taiwan Dollar (USD/TWD) exchange rates in 2009.



## Historical Rate Tables (USD/TWD 2009)

### Monthly Averages

| Month | Month Low | Month High | Average | Changes (%) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Febuary | 33.6744 | 35.076 | 34.2591 | 4.05076% |
| March | 33.7695 | 35.1555 | 34.3231 | -3.360937% |
| April | 33.1308 | 33.8833 | 33.652 | -2.008097% |
| May | 32.5941 | 33.1944 | 32.8636 | -1.728026% |
| June | 32.3522 | 32.9667 | 32.7938 | 1.384423% |
| July | 32.7118 | 33.164 | 32.8962 | 0.322394% |
| August | 32.674 | 33.0062 | 32.8777 | 0.248347% |
| September | 32.0761 | 32.8895 | 32.5732 | -2.440135% |
| October | 32.0807 | 32.5495 | 32.319 | 1.082957% |
| November | 32.1226 | 32.5777 | 32.3348 | -1.051837% |
| December | 31.9754 | 32.3847 | 32.2641 | -0.577968% |

## January 2009 ⌃

| Date | Rate | Change | Changes (%) |
|---|---|---|---|
| Thursday, 01/01/2009 | 32.870488 | 0 | 0% |
| Friday, 02/01/2009 | 32.833448 | -0.03704 | -0.112685% |
| Saturday, 03/01/2009 | 32.877083 | 0.043635 | 0.132898% |
| Sunday, 04/01/2009 | 32.877083 | 0.0 | 0.0% |

| | | | |
|---|---|---|---|
| Tuesday, 06/01/2009 | 33.091406 | 0.069608 | 0.210794% |
| Wednesday, 07/01/2009 | 33.046984 | -0.044422 | -0.13424% |
| Thursday, 08/01/2009 | 33.118054 | 0.07107 | 0.215057% |
| Friday, 09/01/2009 | 33.170495 | 0.052441 | 0.158346% |
| Saturday, 10/01/2009 | 33.223282 | 0.052787 | 0.159138% |
| Sunday, 11/01/2009 | 33.223282 | 0.0 | 0.0% |
| Monday, 12/01/2009 | 33.239445 | 0.016163 | 0.04865% |
| Tuesday, 13/01/2009 | 33.248117 | 0.008672 | 0.026089% |
| Wednesday, 14/01/2009 | 33.248592 | 0.000475 | 0.001429% |
| Thursday, 15/01/2009 | 33.38491 | 0.136318 | 0.409996% |
| Friday, 16/01/2009 | 33.355466 | -0.029444 | -0.088196% |
| Saturday, 17/01/2009 | 33.365434 | 0.009968 | 0.029884% |
| Sunday, 18/01/2009 | 33.365434 | 0.0 | 0.0% |
| Monday, 19/01/2009 | 33.510833 | 0.145399 | 0.435777% |
| Tuesday, 20/01/2009 | 33.648104 | 0.137271 | 0.409632% |
| Wednesday, 21/01/2009 | 33.579338 | -0.068766 | -0.204368% |

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Friday, 23/01/2009 | 33.703863 | 0.158934 | 0.473794% |
| Saturday, 24/01/2009 | 33.742648 | 0.038785 | 0.115076% |
| Sunday, 25/01/2009 | 33.742648 | 0.0 | 0.0% |
| Monday, 26/01/2009 | 33.698748 | -0.0439 | -0.130102% |
| Tuesday, 27/01/2009 | 33.680789 | -0.017959 | -0.053293% |
| Wednesday, 28/01/2009 | 33.69535 | 0.014561 | 0.043232% |
| Thursday, 29/01/2009 | 33.680226 | -0.015124 | -0.044885% |
| Friday, 30/01/2009 | 33.702218 | 0.021992 | 0.065296% |
| Saturday, 31/01/2009 | 33.710492 | 0.008274 | 0.02455% |

## Febuary 2009 ⌃

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Sunday, 01/02/2009 | 33.710492 | 0.0 | 0.0% |
| Monday, 02/02/2009 | 33.744642 | 0.03415 | 0.101304% |
| Tuesday, 03/02/2009 | 33.700219 | -0.044423 | -0.131645% |
| Wednesday, 04/02/2009 | 33.680487 | -0.019732 | -0.058552% |
| Thursday, 05/02/2009 | 33.688287 | 0.0078 | 0.023159% |
| Friday, 06/02/2009 | 33.674354 | -0.013933 | -0.041359% |

| | | | |
|---|---|---|---|
| Sunday, 08/02/2009 | 33.679863 | 0.0 | 0.0% |
| Monday, 09/02/2009 | 33.777651 | 0.097788 | 0.290346% |
| Tuesday, 10/02/2009 | 33.975458 | 0.197807 | 0.585615% |
| Wednesday, 11/02/2009 | 33.996243 | 0.020785 | 0.061177% |
| Thursday, 12/02/2009 | 34.017772 | 0.021529 | 0.063328% |
| Friday, 13/02/2009 | 34.051202 | 0.03343 | 0.098272% |
| Saturday, 14/02/2009 | 34.08711 | 0.035908 | 0.105453% |
| Sunday, 15/02/2009 | 34.08711 | 0.0 | 0.0% |
| Monday, 16/02/2009 | 34.235875 | 0.148765 | 0.436426% |
| Tuesday, 17/02/2009 | 34.589915 | 0.35404 | 1.03412% |
| Wednesday, 18/02/2009 | 34.638493 | 0.048578 | 0.14044% |
| Thursday, 19/02/2009 | 34.642989 | 0.004496 | 0.01298% |
| Friday, 20/02/2009 | 34.818495 | 0.175506 | 0.506613% |
| Saturday, 21/02/2009 | 34.840936 | 0.022441 | 0.064451% |
| Sunday, 22/02/2009 | 34.840936 | 0.0 | 0.0% |
| Monday, 23/02/2009 | 34.652402 | -0.188534 | -0.541128% |
| Tuesday, 24/02/2009 | 34.747652 | 0.09525 | 0.274873% |

| Thursday, 26/02/2009 | 34.865147 | 0.11603 | 0.333908% |
| Friday, 27/02/2009 | 35.005832 | 0.140685 | 0.403512% |
| Saturday, 28/02/2009 | 35.076023 | 0.070191 | 0.200512% |

## March 2009

| Date | Rate | Change | Changes (%) |
| --- | --- | --- | --- |
| Sunday, 01/03/2009 | 35.076023 | 0.0 | 0.0% |
| Monday, 02/03/2009 | 35.155526 | 0.079503 | 0.226659% |
| Tuesday, 03/03/2009 | 35.126601 | -0.028925 | -0.082277% |
| Wednesday, 04/03/2009 | 35.071365 | -0.055236 | -0.157248% |
| Thursday, 05/03/2009 | 34.921355 | -0.15001 | -0.427728% |
| Friday, 06/03/2009 | 34.729927 | -0.191428 | -0.548169% |
| Saturday, 07/03/2009 | 34.749406 | 0.019479 | 0.056087% |
| Sunday, 08/03/2009 | 34.749406 | 0.0 | 0.0% |
| Monday, 09/03/2009 | 34.820522 | 0.071116 | 0.204654% |
| Tuesday, 10/03/2009 | 34.594314 | -0.226208 | -0.64964% |
| Wednesday, 11/03/2009 | 34.517382 | -0.076932 | -0.222383% |
| Thursday, 12/03/2009 | 34.495284 | -0.022098 | -0.06402% |

| Saturday, 14/03/2009 | 34.507398 | 0.014012 | 0.040622% |
| Sunday, 15/03/2009 | 34.507398 | 0.0 | 0.0% |
| Monday, 16/03/2009 | 34.413549 | -0.093849 | -0.271968% |
| Tuesday, 17/03/2009 | 34.211439 | -0.20211 | -0.587298% |
| Wednesday, 18/03/2009 | 34.155954 | -0.055485 | -0.162183% |
| Thursday, 19/03/2009 | 33.913577 | -0.242377 | -0.709619% |
| Friday, 20/03/2009 | 33.780911 | -0.132666 | -0.391188% |
| Saturday, 21/03/2009 | 33.807951 | 0.02704 | 0.080045% |
| Sunday, 22/03/2009 | 33.807951 | 0.0 | 0.0% |
| Monday, 23/03/2009 | 33.788854 | -0.019097 | -0.056487% |
| Tuesday, 24/03/2009 | 33.769498 | -0.019356 | -0.057285% |
| Wednesday, 25/03/2009 | 33.848592 | 0.079094 | 0.234217% |
| Thursday, 26/03/2009 | 33.785354 | -0.063238 | -0.186826% |
| Friday, 27/03/2009 | 33.771094 | -0.01426 | -0.042208% |
| Saturday, 28/03/2009 | 33.803751 | 0.032657 | 0.096701% |
| Sunday, 29/03/2009 | 33.803751 | 0.0 | 0.0% |

Tuesday, 31/03/2009 | 33.89714 | -0.043336 | -0.127682%

## April 2009

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Wednesday, 01/04/2009 | 33.809723 | -0.087417 | -0.257889% |
| Thursday, 02/04/2009 | 33.277275 | -0.532448 | -1.574837% |
| Friday, 03/04/2009 | 33.253796 | -0.023479 | -0.070556% |
| Saturday, 04/04/2009 | 33.256881 | 0.003085 | 0.009277% |
| Sunday, 05/04/2009 | 33.256881 | 0.0 | 0.0% |
| Monday, 06/04/2009 | 33.1851 | -0.071781 | -0.215838% |
| Tuesday, 07/04/2009 | 33.577304 | 0.392204 | 1.181868% |
| Wednesday, 08/04/2009 | 33.883323 | 0.306019 | 0.911386% |
| Thursday, 09/04/2009 | 33.764371 | -0.118952 | -0.351064% |
| Friday, 10/04/2009 | 33.782657 | 0.018286 | 0.054158% |
| Saturday, 11/04/2009 | 33.785314 | 0.002657 | 0.007865% |
| Sunday, 12/04/2009 | 33.785314 | 0.0 | 0.0% |
| Monday, 13/04/2009 | 33.712747 | -0.072567 | -0.214789% |
| Tuesday, 14/04/2009 | 33.634932 | -0.077815 | -0.230818% |

4/25/22, 11:09 AM     USD Historical Taiwan Dollar rates for 4/26/22 11:08:34   Exhibit
08-01789-cgm    Doc 21442-15   Filed 04/26/22   Entered 04/26/22 11:08:34   Exhibit
14-B   Pg 17 of 33

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Thursday, 16/04/2009 | 33.771971 | -0.031139 | -0.092119% |
| Friday, 17/04/2009 | 33.545126 | -0.226845 | -0.671696% |
| Saturday, 18/04/2009 | 33.827028 | 0.281902 | 0.840366% |
| Sunday, 19/04/2009 | 33.827028 | 0.0 | 0.0% |
| Monday, 20/04/2009 | 33.826569 | -0.000459 | -0.001357% |
| Tuesday, 21/04/2009 | 33.850807 | 0.024238 | 0.071654% |
| Wednesday, 22/04/2009 | 33.849189 | -0.001618 | -0.00478% |
| Thursday, 23/04/2009 | 33.817354 | -0.031835 | -0.09405% |
| Friday, 24/04/2009 | 33.711479 | -0.105875 | -0.313079% |
| Saturday, 25/04/2009 | 33.730714 | 0.019235 | 0.057058% |
| Sunday, 26/04/2009 | 33.730714 | 0.0 | 0.0% |
| Monday, 27/04/2009 | 33.734644 | 0.00393 | 0.011651% |
| Tuesday, 28/04/2009 | 33.785514 | 0.05087 | 0.150795% |
| Wednesday, 29/04/2009 | 33.651151 | -0.134363 | -0.397694% |
| Thursday, 30/04/2009 | 33.130791 | -0.52036 | -1.546336% |

## May 2009

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|

| | | | |
|---|---|---|---|
| Saturday, 02/05/2009 | 33.194401 | 0.0272 | 0.082009% |
| Sunday, 03/05/2009 | 33.194401 | 0.0 | 0.0% |
| Monday, 04/05/2009 | 33.033056 | -0.161345 | -0.486061% |
| Tuesday, 05/05/2009 | 33.062145 | 0.029089 | 0.08806% |
| Wednesday, 06/05/2009 | 33.135122 | 0.072977 | 0.220727% |
| Thursday, 07/05/2009 | 33.098491 | -0.036631 | -0.11055% |
| Friday, 08/05/2009 | 32.993363 | -0.105128 | -0.317622% |
| Saturday, 09/05/2009 | 32.942155 | -0.051208 | -0.155207% |
| Sunday, 10/05/2009 | 32.942155 | 0.0 | 0.0% |
| Monday, 11/05/2009 | 32.898517 | -0.043638 | -0.132469% |
| Tuesday, 12/05/2009 | 32.850487 | -0.04803 | -0.145994% |
| Wednesday, 13/05/2009 | 32.92258 | 0.072093 | 0.219458% |
| Thursday, 14/05/2009 | 32.951742 | 0.029162 | 0.088578% |
| Friday, 15/05/2009 | 32.929613 | -0.022129 | -0.067156% |
| Saturday, 16/05/2009 | 32.938673 | 0.00906 | 0.027513% |
| Sunday, 17/05/2009 | 32.938673 | 0.0 | 0.0% |
| Monday, 18/05/2009 | 32.978641 | 0.039968 | 0.121341% |

| Wednesday, 20/05/2009 | 32.817281 | -0.063376 | -0.192746% |
| Thursday, 21/05/2009 | 32.694016 | -0.123265 | -0.37561% |
| Friday, 22/05/2009 | 32.608616 | -0.0854 | -0.26121% |
| Saturday, 23/05/2009 | 32.610516 | 0.0019 | 0.005827% |
| Sunday, 24/05/2009 | 32.610516 | 0.0 | 0.0% |
| Monday, 25/05/2009 | 32.60758 | -0.002936 | -0.009003% |
| Tuesday, 26/05/2009 | 32.64689 | 0.03931 | 0.120555% |
| Wednesday, 27/05/2009 | 32.706824 | 0.059934 | 0.183583% |
| Thursday, 28/05/2009 | 32.628306 | -0.078518 | -0.240066% |
| Friday, 29/05/2009 | 32.599966 | -0.02834 | -0.086857% |
| Saturday, 30/05/2009 | 32.594063 | -0.005903 | -0.018107% |
| Sunday, 31/05/2009 | 32.594063 | 0.0 | 0.0% |

## June 2009

| Date | Rate | Change | Changes (%) |
| --- | --- | --- | --- |
| Monday, 01/06/2009 | 32.352241 | -0.241822 | -0.74192% |
| Tuesday, 02/06/2009 | 32.420327 | 0.068086 | 0.210452% |

| Thursday, 04/06/2009 | 32.618267 | 0.114217 | 0.351393% |
| Friday, 05/06/2009 | 32.611647 | -0.00662 | -0.020295% |
| Saturday, 06/06/2009 | 32.603419 | -0.008228 | -0.02523% |
| Sunday, 07/06/2009 | 32.603419 | 0.0 | 0.0% |
| Monday, 08/06/2009 | 32.855626 | 0.252207 | 0.77356% |
| Tuesday, 09/06/2009 | 32.800379 | -0.055247 | -0.168151% |
| Wednesday, 10/06/2009 | 32.685874 | -0.114505 | -0.349097% |
| Thursday, 11/06/2009 | 32.77977 | 0.093896 | 0.287268% |
| Friday, 12/06/2009 | 32.798259 | 0.018489 | 0.056404% |
| Saturday, 13/06/2009 | 32.810576 | 0.012317 | 0.037554% |
| Sunday, 14/06/2009 | 32.810576 | 0.0 | 0.0% |
| Monday, 15/06/2009 | 32.948983 | 0.138407 | 0.421837% |
| Tuesday, 16/06/2009 | 32.860601 | -0.088382 | -0.268239% |
| Wednesday, 17/06/2009 | 32.930691 | 0.07009 | 0.213295% |
| Thursday, 18/06/2009 | 32.901133 | -0.029558 | -0.089758% |
| Friday, 19/06/2009 | 32.889987 | -0.011146 | -0.033877% |
| Saturday, 20/06/2009 | 32.936002 | 0.046015 | 0.139906% |

| Monday, 22/06/2009 | 32.891408 | -0.044594 | -0.135396% |
| Tuesday, 23/06/2009 | 32.88853 | -0.002878 | -0.00875% |
| Wednesday, 24/06/2009 | 32.882188 | -0.006342 | -0.019283% |
| Thursday, 25/06/2009 | 32.966698 | 0.08451 | 0.257008% |
| Friday, 26/06/2009 | 32.93553 | -0.031168 | -0.094544% |
| Saturday, 27/06/2009 | 32.935904 | 0.000374 | 0.001136% |
| Sunday, 28/06/2009 | 32.935904 | 0.0 | 0.0% |
| Monday, 29/06/2009 | 32.920495 | -0.015409 | -0.046785% |
| Tuesday, 30/06/2009 | 32.800133 | -0.120362 | -0.365614% |

## July 2009

| Date | Rate | Change | Changes (%) |
| --- | --- | --- | --- |
| Wednesday, 01/07/2009 | 32.711815 | -0.088318 | -0.269261% |
| Thursday, 02/07/2009 | 32.92568 | 0.213865 | 0.653785% |
| Friday, 03/07/2009 | 32.882486 | -0.043194 | -0.131186% |
| Saturday, 04/07/2009 | 32.898595 | 0.016109 | 0.04899% |
| Sunday, 05/07/2009 | 32.898595 | 0.0 | 0.0% |
| Monday, 06/07/2009 | 32.98382 | 0.085225 | 0.259054% |

| Wednesday, 08/07/2009 | 33.021695 | 0.054839 | 0.166346% |
| Thursday, 09/07/2009 | 32.968933 | -0.052762 | -0.15978% |
| Friday, 10/07/2009 | 33.044812 | 0.075879 | 0.230153% |
| Saturday, 11/07/2009 | 33.050052 | 0.00524 | 0.015857% |
| Sunday, 12/07/2009 | 33.050052 | 0.0 | 0.0% |
| Monday, 13/07/2009 | 33.163968 | 0.113916 | 0.344677% |
| Tuesday, 14/07/2009 | 33.097353 | -0.066615 | -0.200866% |
| Wednesday, 15/07/2009 | 32.91924 | -0.178113 | -0.538149% |
| Thursday, 16/07/2009 | 32.903412 | -0.015828 | -0.048081% |
| Friday, 17/07/2009 | 32.907568 | 0.004156 | 0.012631% |
| Saturday, 18/07/2009 | 32.903157 | -0.004411 | -0.013404% |
| Sunday, 19/07/2009 | 32.903157 | 0.0 | 0.0% |
| Monday, 20/07/2009 | 32.776374 | -0.126783 | -0.385322% |
| Tuesday, 21/07/2009 | 32.778106 | 0.001732 | 0.005284% |
| Wednesday, 22/07/2009 | 32.835591 | 0.057485 | 0.175376% |
| Thursday, 23/07/2009 | 32.790338 | -0.045253 | -0.137817% |
| Friday, 24/07/2009 | 32.824294 | 0.033956 | 0.103555% |

| Sunday, 26/07/2009 | 32.721996 | 0.0 | 0.0% |
| Monday, 27/07/2009 | 32.836333 | 0.114337 | 0.349419% |
| Tuesday, 28/07/2009 | 32.766586 | -0.069747 | -0.212408% |
| Wednesday, 29/07/2009 | 32.874506 | 0.10792 | 0.32936% |
| Thursday, 30/07/2009 | 32.83649 | -0.038016 | -0.11564% |
| Friday, 31/07/2009 | 32.817276 | -0.019214 | -0.058514% |

## August 2009

| Date | Rate | Change | Changes (%) |
| --- | --- | --- | --- |
| Saturday, 01/08/2009 | 32.83955 | 0.022274 | 0.067873% |
| Sunday, 02/08/2009 | 32.83955 | 0.0 | 0.0% |
| Monday, 03/08/2009 | 32.771564 | -0.067986 | -0.207025% |
| Tuesday, 04/08/2009 | 32.673956 | -0.097608 | -0.297844% |
| Wednesday, 05/08/2009 | 32.721388 | 0.047432 | 0.145168% |
| Thursday, 06/08/2009 | 32.762046 | 0.040658 | 0.124255% |
| Friday, 07/08/2009 | 32.76763 | 0.005584 | 0.017044% |
| Saturday, 08/08/2009 | 32.767488 | -0.000142 | -0.000433% |

| Monday, 10/08/2009 | 32.797064 | 0.029576 | 0.09026% |
| Tuesday, 11/08/2009 | 32.891974 | 0.09491 | 0.289386% |
| Wednesday, 12/08/2009 | 32.8931 | 0.001126 | 0.003423% |
| Thursday, 13/08/2009 | 32.894643 | 0.001543 | 0.004691% |
| Friday, 14/08/2009 | 32.916949 | 0.022306 | 0.06781% |
| Saturday, 15/08/2009 | 32.948931 | 0.031982 | 0.09716% |
| Sunday, 16/08/2009 | 32.948931 | 0.0 | 0.0% |
| Monday, 17/08/2009 | 32.98371 | 0.034779 | 0.105554% |
| Tuesday, 18/08/2009 | 32.96644 | -0.01727 | -0.052359% |
| Wednesday, 19/08/2009 | 33.006199 | 0.039759 | 0.120604% |
| Thursday, 20/08/2009 | 32.935296 | -0.070903 | -0.214817% |
| Friday, 21/08/2009 | 32.88886 | -0.046436 | -0.140992% |
| Saturday, 22/08/2009 | 32.930557 | 0.041697 | 0.126782% |
| Sunday, 23/08/2009 | 32.930557 | 0.0 | 0.0% |
| Monday, 24/08/2009 | 32.82332 | -0.107237 | -0.325646% |
| Tuesday, 25/08/2009 | 32.919393 | 0.096073 | 0.292697% |
| Wednesday, 26/08/2009 | 32.951609 | 0.032216 | 0.097863% |

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Friday, 28/08/2009 | 32.917269 | -0.00909 | -0.027607% |
| Saturday, 29/08/2009 | 32.952704 | 0.035435 | 0.107649% |
| Sunday, 30/08/2009 | 32.952704 | 0.0 | 0.0% |
| Monday, 31/08/2009 | 32.921106 | -0.031598 | -0.095889% |

## September 2009 ⌃

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Tuesday, 01/09/2009 | 32.878421 | -0.042685 | -0.129658% |
| Wednesday, 02/09/2009 | 32.880635 | 0.002214 | 0.006734% |
| Thursday, 03/09/2009 | 32.876179 | -0.004456 | -0.013552% |
| Friday, 04/09/2009 | 32.889462 | 0.013283 | 0.040403% |
| Saturday, 05/09/2009 | 32.879775 | -0.009687 | -0.029453% |
| Sunday, 06/09/2009 | 32.879775 | 0.0 | 0.0% |
| Monday, 07/09/2009 | 32.88133 | 0.001555 | 0.004729% |
| Tuesday, 08/09/2009 | 32.705117 | -0.176213 | -0.535906% |
| Wednesday, 09/09/2009 | 32.695229 | -0.009888 | -0.030234% |
| Thursday, 10/09/2009 | 32.673802 | -0.021427 | -0.065536% |
| Friday, 11/09/2009 | 32.587139 | -0.086663 | -0.265237% |

| | | | |
|---|---|---|---|
| Sunday, 13/09/2009 | 32.598422 | 0.0 | 0.0% |
| Monday, 14/09/2009 | 32.618164 | 0.019742 | 0.060561% |
| Tuesday, 15/09/2009 | 32.600314 | -0.01785 | -0.054724% |
| Wednesday, 16/09/2009 | 32.460992 | -0.139322 | -0.427364% |
| Thursday, 17/09/2009 | 32.4114 | -0.049592 | -0.152774% |
| Friday, 18/09/2009 | 32.430054 | 0.018654 | 0.057554% |
| Saturday, 19/09/2009 | 32.438616 | 0.008562 | 0.026401% |
| Sunday, 20/09/2009 | 32.438616 | 0.0 | 0.0% |
| Monday, 21/09/2009 | 32.413638 | -0.024978 | -0.077001% |
| Tuesday, 22/09/2009 | 32.374429 | -0.039209 | -0.120965% |
| Wednesday, 23/09/2009 | 32.363905 | -0.010524 | -0.032507% |
| Thursday, 24/09/2009 | 32.392915 | 0.02901 | 0.089637% |
| Friday, 25/09/2009 | 32.423327 | 0.030412 | 0.093885% |
| Saturday, 26/09/2009 | 32.429851 | 0.006524 | 0.020121% |
| Sunday, 27/09/2009 | 32.429851 | 0.0 | 0.0% |
| Monday, 28/09/2009 | 32.440881 | 0.01103 | 0.034012% |
| Tuesday, 29/09/2009 | 32.427968 | -0.012913 | -0.039805% |

## October 2009  ⌃

| Date | Rate | Change | Changes (%) |
|------|------|--------|-------------|
| Thursday, 01/10/2009 | 32.186501 | 0.110358 | 0.34405% |
| Friday, 02/10/2009 | 32.295796 | 0.109295 | 0.339568% |
| Saturday, 03/10/2009 | 32.289852 | -0.005944 | -0.018405% |
| Sunday, 04/10/2009 | 32.289852 | 0.0 | 0.0% |
| Monday, 05/10/2009 | 32.218789 | -0.071063 | -0.220078% |
| Tuesday, 06/10/2009 | 32.137354 | -0.081435 | -0.252756% |
| Wednesday, 07/10/2009 | 32.080742 | -0.056612 | -0.176156% |
| Thursday, 08/10/2009 | 32.124483 | 0.043741 | 0.136347% |
| Friday, 09/10/2009 | 32.253829 | 0.129346 | 0.40264% |
| Saturday, 10/10/2009 | 32.267589 | 0.01376 | 0.042662% |
| Sunday, 11/10/2009 | 32.267589 | 0.0 | 0.0% |
| Monday, 12/10/2009 | 32.291699 | 0.02411 | 0.074719% |
| Tuesday, 13/10/2009 | 32.291767 | 6.8e-05 | 0.000211% |
| Wednesday, 14/10/2009 | 32.243995 | -0.047772 | -0.147939% |

| | | | |
|---|---|---|---|
| Friday, 16/10/2009 | 32.266725 | 0.0273 | 0.084679% |
| Saturday, 17/10/2009 | 32.258159 | -0.008566 | -0.026547% |
| Sunday, 18/10/2009 | 32.258159 | 0.0 | 0.0% |
| Monday, 19/10/2009 | 32.327913 | 0.069754 | 0.216237% |
| Tuesday, 20/10/2009 | 32.292156 | -0.035757 | -0.110607% |
| Wednesday, 21/10/2009 | 32.37094 | 0.078784 | 0.243973% |
| Thursday, 22/10/2009 | 32.401652 | 0.030712 | 0.094875% |
| Friday, 23/10/2009 | 32.400206 | -0.001446 | -0.004463% |
| Saturday, 24/10/2009 | 32.413815 | 0.013609 | 0.042003% |
| Sunday, 25/10/2009 | 32.413815 | 0.0 | 0.0% |
| Monday, 26/10/2009 | 32.395863 | -0.017952 | -0.055384% |
| Tuesday, 27/10/2009 | 32.515337 | 0.119474 | 0.368794% |
| Wednesday, 28/10/2009 | 32.484519 | -0.030818 | -0.09478% |
| Thursday, 29/10/2009 | 32.524838 | 0.040319 | 0.124118% |
| Friday, 30/10/2009 | 32.549482 | 0.024644 | 0.07577% |
| Saturday, 31/10/2009 | 32.535067 | -0.014415 | -0.044286% |

## November 2009

| | | | |
|---|---|---|---|
| Sunday, 01/11/2009 | 32.535067 | 0.0 | 0.0% |
| Monday, 02/11/2009 | 32.546375 | 0.011308 | 0.034756% |
| Tuesday, 03/11/2009 | 32.577679 | 0.031304 | 0.096183% |
| Wednesday, 04/11/2009 | 32.523712 | -0.053967 | -0.165656% |
| Thursday, 05/11/2009 | 32.503488 | -0.020224 | -0.062182% |
| Friday, 06/11/2009 | 32.518242 | 0.014754 | 0.045392% |
| Saturday, 07/11/2009 | 32.552463 | 0.034221 | 0.105236% |
| Sunday, 08/11/2009 | 32.552463 | 0.0 | 0.0% |
| Monday, 09/11/2009 | 32.337336 | -0.215127 | -0.660862% |
| Tuesday, 10/11/2009 | 32.351298 | 0.013962 | 0.043176% |
| Wednesday, 11/11/2009 | 32.329703 | -0.021595 | -0.066752% |
| Thursday, 12/11/2009 | 32.337241 | 0.007538 | 0.023316% |
| Friday, 13/11/2009 | 32.228766 | -0.108475 | -0.335449% |
| Saturday, 14/11/2009 | 32.215472 | -0.013294 | -0.041249% |
| Sunday, 15/11/2009 | 32.215472 | 0.0 | 0.0% |
| Monday, 16/11/2009 | 32.170722 | -0.04475 | -0.138908% |
| Tuesday, 17/11/2009 | 32.122565 | -0.048157 | -0.149692% |

| Thursday, 19/11/2009 | 32.292044 | 0.165863 | 0.516286% |
| Friday, 20/11/2009 | 32.320372 | 0.028328 | 0.087724% |
| Saturday, 21/11/2009 | 32.255771 | -0.064601 | -0.199877% |
| Sunday, 22/11/2009 | 32.255771 | 0.0 | 0.0% |
| Monday, 23/11/2009 | 32.25405 | -0.001721 | -0.005335% |
| Tuesday, 24/11/2009 | 32.250833 | -0.003217 | -0.009974% |
| Wednesday, 25/11/2009 | 32.243563 | -0.00727 | -0.022542% |
| Thursday, 26/11/2009 | 32.2274 | -0.016163 | -0.050128% |
| Friday, 27/11/2009 | 32.300914 | 0.073514 | 0.22811% |
| Saturday, 28/11/2009 | 32.352726 | 0.051812 | 0.160404% |
| Sunday, 29/11/2009 | 32.352726 | 0.0 | 0.0% |
| Monday, 30/11/2009 | 32.192851 | -0.159875 | -0.494162% |

## December 2009 ⌃

| Date | Rate | Change | Changes (%) |
| --- | --- | --- | --- |
| Tuesday, 01/12/2009 | 32.16129 | -0.031561 | -0.098037% |
| Wednesday, 02/12/2009 | 32.147956 | -0.013334 | -0.04146% |
| Thursday, 03/12/2009 | 32.136445 | -0.011511 | -0.035806% |

| Saturday, 05/12/2009 | 32.164779 | 0.002896 | 0.009004% |
| Sunday, 06/12/2009 | 32.164779 | 0.0 | 0.0% |
| Monday, 07/12/2009 | 32.285819 | 0.12104 | 0.376312% |
| Tuesday, 08/12/2009 | 32.287339 | 0.00152 | 0.004708% |
| Wednesday, 09/12/2009 | 32.300836 | 0.013497 | 0.041803% |
| Thursday, 10/12/2009 | 32.304012 | 0.003176 | 0.009833% |
| Friday, 11/12/2009 | 32.214199 | -0.089813 | -0.278024% |
| Saturday, 12/12/2009 | 32.233659 | 0.01946 | 0.060408% |
| Sunday, 13/12/2009 | 32.233659 | 0.0 | 0.0% |
| Monday, 14/12/2009 | 32.304828 | 0.071169 | 0.220791% |
| Tuesday, 15/12/2009 | 32.308976 | 0.004148 | 0.01284% |
| Wednesday, 16/12/2009 | 32.315635 | 0.006659 | 0.02061% |
| Thursday, 17/12/2009 | 32.347331 | 0.031696 | 0.098083% |
| Friday, 18/12/2009 | 32.375266 | 0.027935 | 0.08636% |
| Saturday, 19/12/2009 | 32.375009 | -0.000257 | -0.000794% |
| Sunday, 20/12/2009 | 32.375009 | 0.0 | 0.0% |

| Tuesday, 22/12/2009 | 32.351677 | -0.032993 | -0.101878% |
| Wednesday, 23/12/2009 | 32.35332 | 0.001643 | 0.005079% |
| Thursday, 24/12/2009 | 32.288504 | -0.064816 | -0.200338% |
| Friday, 25/12/2009 | 32.275887 | -0.012617 | -0.039076% |
| Saturday, 26/12/2009 | 32.275887 | 0.0 | 0.0% |
| Sunday, 27/12/2009 | 32.275887 | 0.0 | 0.0% |
| Monday, 28/12/2009 | 32.297485 | 0.021598 | 0.066917% |
| Tuesday, 29/12/2009 | 32.309356 | 0.011871 | 0.036755% |
| Wednesday, 30/12/2009 | 32.201476 | -0.10788 | -0.333897% |
| Thursday, 31/12/2009 | 31.975408 | -0.226068 | -0.702042% |

**Currency Converter**

| Amount: | 100 |
| From: | ☐ US Dollar ▼ |
| To: | ☐ Taiwan Dollar ▼ |

Convert

Click for more currencies ›

100 USD = TWD ●

**USD to TWD Stats** (In 2009)

| | |
|---|---|
| High | 35.1555 |
| Low | 31.9754 |
| Average | 33.0431 |
| Volatility | 9.945512% |

**ExchangeRates**.org

About us  |  FAQ  |  Languages  |  Contact

  

© Copyright ExchangeRates.org - All rights reserved - Disclaimer & Privacy Policy