Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorney for Defendant Pierre Delandmeter*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATION ADVISORS (LUXEMBOURG) as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKE VINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, GROUPEMENT FINANCIER LTD.,<br><br>    Defendants. | Adv. Pro. No. 10-04285 (CGM) |

3658521.1

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey C. Fourmaux of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as additional counsel for defendant Pierre Delandmeter in the above-captioned adversary proceeding. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned. Defendant Pierre Delandmeter reserves all defenses and/or objections available to him.

Dated: New York, New York
April 24, 2022

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP


    /s/ Jeffrey C. Fourmaux
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)

7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorney for Defendant Pierre Delandmeter*

2

3658521.1