**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
: 
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
: 
       Plaintiff-Applicant, :
:   SIPA Liquidation
       v. :
:   No. 08-01789 (CGM)
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :   (Substantively Consolidated)
: 
       Defendant. :
:
------------------------------------- X
In re :
:
BERNARD L. MADOFF, :
:
       Debtor. :
:
------------------------------------- x
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
:
       Plaintiff, :   Adv. Pro. No. 10-05345 (CGM)
:
       v. :
:
CITIBANK, N.A., CITICORP NORTH :
AMERICA, INC., AND CITIGROUP GLOBAL :
MARKETS LIMITED, :
:
       Defendants. :
------------------------------------- x

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANTS CITIBANK, N.A., CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS LIMITED**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendants Citibank, N.A., Citicorp North America, Inc. and Citigroup Global Markets Limited, through their undersigned attorneys, state as follows:

Citibank, N.A. is a wholly owned subsidiary of Citicorp LLC, which is a wholly owned subsidiary of Citigroup Inc.

Citicorp North America, Inc. is a subsidiary of Citicorp Banking Corporation, which is a subsidiary of Citigroup Inc.

Citigroup Global Markets Limited is a wholly owned subsidiary of Citigroup Global Markets Holdings Bahamas Limited.  Citigroup Global Markets Holdings Bahamas Limited is partially owned by Citigroup Global Markets (International) Finance GmbH, Citigroup Global Markets Switzerland Holding GmbH, and Citigroup Financial Products Inc.  Citigroup Global Markets (International) Finance GmbH and Citigroup Global Markets Switzerland Holding GmbH are wholly owned subsidiaries of Citigroup Global Markets Europe Finance Limited.  Citigroup Global Markets Europe Finance Limited is a wholly owned subsidiary of Citigroup Financial Products Inc.  Citigroup Financial Products Inc. is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc.  Citigroup Global Markets Holdings Inc. is a wholly owned subsidiary of Citigroup Inc.

Citigroup Inc. is a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of Citigroup Inc.

Dated:  April 22, 2022
       New York, New York

                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                       Carmine D. Boccuzzi, Jr.
                                       (cboccuzzi@cgsh.com)
                                       E. Pascale Bibi
                                       (pbibi@cgsh.com)
                                       Brandi M. Lupo
                                       (blupo@cgsh.com)
                                       One Liberty Plaza
                                       New York, New York 10006
                                       T: 212-225-2000
                                       F: 212-225-3999

*Attorneys for Citibank, N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited*