Requested Hearing Date: September 7, 2022 at 10:00 a.m.<br>
Opposition Date: July 1, 2022<br>
Reply Date: August 15, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SECURITIES INVESTOR PROTECTION CORPORATION,

           Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

           Defendant.

------------------------------------- X

In re

BERNARD L. MADOFF,

           Debtor.

------------------------------------- x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

           Plaintiff,

    v.

CITIBANK, N.A., CITICORP NORTH AMERICA, INC., AND CITIGROUP GLOBAL MARKETS LIMITED,

           Defendants.

------------------------------------- x

SIPA Liquidation

No. 08-01789 (CGM)

(Substantively Consolidated)

Adv. Pro. No. 10-05345 (CGM)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF THE CITI DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint in the above-captioned action, the accompanying Declaration of Carmine D. Boccuzzi, Jr., and all prior pleadings and proceedings

herein, Defendants Citibank N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited (collectively, the "Citi Defendants") will move this Court for an order dismissing with prejudice the Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure;

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's April 11, 2022 Order, Adv. Pro. No. 10-05345 (Dkt. No. 219), any opposition briefs to this motion are due July 1, 2022 and replies are due August 15, 2022;

PLEASE TAKE FURTHER NOTICE that the Citi Defendants respectfully request that their Motion to Dismiss be heard before the Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge, on September 7, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that this motion is without prejudice to the Citi Defendants' rights to seek dismissal on other grounds, and that all defenses are expressly preserved; and

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, the Citi Defendants do not consent to the entry of final orders or judgment by this Court.

Dated: April 22, 2022

    New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Carmine D. Boccuzzi, Jr.
(cboccuzzi@cgsh.com)
E. Pascale Bibi
(pbibi@cgsh.com)
Brandi M. Lupo
(blupo@cgsh.com)
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Citibank, N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited*