**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
       Plaintiff-Applicant, :
:
    v. :
:    SIPA Liquidation
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :    No. 08-01789 (CGM)
:
       Defendant. :    (Substantively Consolidated)
:
---------------------------------------- x
In re :
:
BERNARD L. MADOFF, :
:
       Debtor. :
:
---------------------------------------- x
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
:
       Plaintiff, :
:    Adv. Pro. No. 10-05345 (CGM)
    v. :
:
CITIBANK, N.A., CITICORP NORTH :
AMERICA, INC., AND CITIGROUP GLOBAL :
MARKETS LIMITED, :
:
       Defendants. :
:
---------------------------------------- x

**DECLARATION OF CARMINE D. BOCCUZZI, JR.**
**IN SUPPORT OF THE CITI DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Carmine D. Boccuzzi, Jr., declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney admitted to practice before this Court, a partner at Cleary Gottlieb Steen & Hamilton LLP, and counsel to defendants Citibank, N.A., Citicorp North America, Inc. and Citigroup Global Markets Limited (collectively, the "Citi Defendants").

2. I respectfully submit this Declaration in support of the Citi Defendants' Motion to Dismiss the Trustee's Amended Complaint.

3. On May 18, 2009, Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), sued Fairfield Sentry Limited ("Fairfield Sentry") and its affiliates to avoid and recover, among other things, approximately $3 billion in alleged customer property transferred from Bernard L. Madoff Investment Securities LLC ("BLMIS") to Fairfield Sentry. *See* Fairfield Sentry Amended Complaint, *Picard v. Fairfield Sentry Ltd.*, No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), Dkt. No. 23.

4. The Trustee has brought adversary proceedings against over ninety defendants, seeking to recover alleged subsequent transfers of BLMIS customer property that these defendants allegedly received from Fairfield Sentry. These adversary proceedings and defendants are listed in Exhibit A to this Declaration.

5. Based on a review of the proceedings listed in Exhibit A to this Declaration, the total amount of post-May 9, 2003 subsequent transfers of property claimed by the Trustee against all defendants totals $5,011,936,278—approximately $2 billion dollars more than the total amount of BLMIS customer property allegedly transferred to Fairfield Sentry itself.

6. The Trustee alleges that on April 14, 2008, $60 million of BLMIS property was subsequently transferred by Fairfield Sentry to Citigroup Global Markets Limited ("CGML").

*See* Am. Compl ¶¶ 4, 180-90, Ex. C., *Picard v. Citibank, N.A.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y. Feb. 11, 2022), Dkt. No. 214 ("Amended Complaint" or "Am. Compl.").

7. In the seven months preceding the alleged April 14, 2008 Fairfield Sentry-to-CGML transfer, Fairfield Sentry received a total of $230 million from BLMIS: $65 million on September 6, 2007, $95 million on October 5, 2007, and $70 million on January 11, 2008. *See* Am. Compl., Ex. B.

8. Based on a review of the proceedings listed in Exhibit A to this Declaration, the Trustee alleges that Fairfield Sentry paid out at least $483 million in subsequent transfers during that same seven-month period: at least $117 million between September 6, 2007 and October 5, 2007; at least $225 million between October 5, 2007 and January 10, 2008; and at least $141 million between January 11, 2008 and April 14, 2008.

9. Thus, based on a review of the proceedings listed in Exhibit A, the Trustee alleges that Fairfield Sentry's alleged subsequent transfers of BLMIS property outpaced its receipt of BLMIS property by at least $253 million in the seven months preceding Fairfield Sentry's alleged subsequent transfer of BLMIS customer property to CGML. *See supra* ¶¶ 7-8.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2022 in New York, New York

By: _____
Carmine D. Boccuzzi, Jr.

3

# EXHIBIT A

**Defendants Which Allegedly Received BLMIS Property From Fairfield Sentry**

|          |                                              |
|----------|----------------------------------------------|
| 10-05345 | Citibank, N.A., et al                        |
| 10-05346 | Merrill Lynch International                  |
| 10-05348 | Nomura International PLC                     |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A.        |
| 11-01724 | Pictet et Cie.                               |
| 11-01885 | Safra New York                               |
| 11-02149 | Banque Syz & Co., SA                         |
| 11-02493 | Abu Dhabi Investment Authority               |
| 11-02537 | Orbita                                       |
| 11-02538 | Quilvest Finance Ltd.                        |
| 11-02539 | Meritz Fire & Insurance Co. Ltd.             |
| 11-02540 | Lion Global Investors Limited                |
| 11-02541 | First Gulf Bank                              |
| 11-02542 | Parson Finance Panama S.A.                   |
| 11-02551 | Delta National Bank and Trust Company        |
| 11-02553 | Unifortune Asset Management SGR SpA, et al.  |
| 11-02554 | National Bank of Kuwait S.A.K.               |
| 11-02568 | Cathay Life Insurance Co. LTD.               |
| 11-02568 | Cathay Bank                                  |
| 11-02569 | Barclays Private Bank                        |
| 11-02569 | Barclays Spain                               |
| 11-02569 | Barclays Bank (Suisse) S.A. et al.           |
| 11-02570 | Banca Carige S.P.A.                          |
| 11-02571 | BPES                                         |
| 11-02572 | Korea Exchange Bank                          |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd.     |
| 11-02730 | Atlantic Security Bank                       |
| 11-02731 | Trincaster Corporation                       |
| 11-02732 | Bureau of Labor Insurance                    |
| 11-02733 | Naidot & Co.                                 |
| 11-02758 | Caceis Bank Luxembourg, et al.               |
| 11-02760 | ABN Amro Bank N.V., et al.                   |
| 11-02762 | Lighthouse Diversified                       |
| 11-02762 | Lighthouse Supercash                         |
| 11-02763 | Inteligo Bank LTD.                           |
| 11-02784 | Somers Dublin Limited et al.                 |
| 11-02910 | Merrill Lynch Bank (Suisse) SA               |
| 11-02922 | Bank Julius Baer & Co. Ltd.                  |
| 11-02923 | Falcon Private Bank Ltd.                     |
| 11-02925 | Credit Suisse AG et al.                      |

|          |                                                                  |
|----------|------------------------------------------------------------------|
| 11-02929 | LGT Bank in Liechtenstein Ltd.                                   |
| 12-01002 | The Public Institution For Social Security                       |
| 12-01004 | Fullerton Capital PTE Ltd.                                       |
| 12-01005 | SICO Limited                                                     |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al.                        |
| 12-01019 | Banco Itau International                                         |
| 12-01021 | Grosvenor Aggressive                                             |
| 12-01021 | Grosvenor Balanced                                               |
| 12-01021 | Grosvenor Private                                                |
| 12-01022 | Credit Agricole (Suisse) SA                                      |
| 12-01023 | Arden Asset Management, et al.                                   |
| 12-01046 | SNS Bank N.V. et al.                                             |
| 12-01047 | Koch Industries, Inc.                                            |
| 12-01048 | Banco General S.A. et al.                                        |
| 12-01194 | Kookmin Bank                                                     |
| 12-01195 | Six Sis AG                                                       |
| 12-01202 | Bank Vontobel AG et. al.                                         |
| 12-01205 | Multi Strategy Fund Ltd., et al.                                 |
| 12-01207 | Lloyds TSB Bank PLC                                              |
| 12-01209 | BSI AG                                                           |
| 12-01209 | Banca del Gottardo                                               |
| 12-01210 | Schroder & Co.                                                   |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al.              |
| 12-01211 | Union Global Fund                                                |
| 12-01211 | Union Strategy Fund                                              |
| 12-01216 | Bank Hapoalim Switzerland                                        |
| 12-01216 | Bank Hapoalim B.M.                                               |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC                               |
| 12-01513 | Citivic Nominees Ltd.                                            |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al.    |
| 12-01566 | UKFP (Asia) Nominees                                             |
| 12-01576 | BNP Paribas S.A. et al                                           |
| 12-01577 | UBS Deutschland AG, et al.                                       |
| 12-01577 | LGT Switzerland                                                  |
| 12-01669 | Barfield Nominees Limited et al                                  |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH                |
| 12-01676 | Clariden Leu AG                                                  |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al.              |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility                               |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility                            |
| 12-01690 | EFG Bank S.A., et al.                                            |
| 12-01691 | Banque Degroof Luxembourg                                        |
| 12-01691 | Banque Degroof                                                   |
| 12-01693 | Banque Lombard Odier & Cie                                       |

|          |                                                                  |
|----------|------------------------------------------------------------------|
| 12-01694 | Banque Cantonale Vaudoise                                        |
| 12-01695 | Bordier & Cie                                                    |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al.    |
| 12-01698 | Banque International a Luxembourg SA/Dexia                       |
| 12-01699 | Royal Bank of Canada, et al.                                     |
| 09-01239 | Fairfield Sigma                                                  |
| 09-01239 | Fairfield Lambda                                                 |
| 09-01239 | Fif Advanced Limited                                             |
| 09-01239 | Fairfield Investment Fund Limited                                |
| 09-01239 | Fairfield Greenwich Limited                                      |
| 09-01239 | Fairfield Greenwich (Bermuda) Limited                            |
| 09-01239 | Fairfield Greenwich Advisors                                     |