**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>      Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br>      Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>      Plaintiff, <br> v. <br><br>UBS AG, et al., <br>      Defendants. | Adv. Pro. No. 10-04285 (CMG) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Cathy Liu of the firm Sher Tremonte LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Theodore Dumbauld in the above-captioned adversary proceeding. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned. Defendant Theodore Dumbauld reserves all defenses and/or objections available to him.

1

Dated: New York, New York
April 26, 2022

                               SHER TREMONTE LLP

                               By: /s/ *Cathy Liu*
                               Cathy Liu
                               90 Broad Street, 23rd Floor
                               New York, New York 10004
                               Tel: 212.202.2600
                               E-mail: CLiu@shertremonte.com

                               *Attorney for Defendant Theodore Dumbauld.*