| | |
|---|---|
| **Hearing Date:** | **Sept. 14, 2022** |
| **Hearing Time:** | **10:00 AM** |
| **Opposition Date:** | **June 17, 2022** |
| **Reply Date:** | **July 29, 2022** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBS AG, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04285 (CMG)<br><br>**NOTICE OF HEARING** |

**NOTICE OF HEARING ON DEFENDANT THEODORE DUMBAULD'S**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on April 22, 2022, defendant Theodore Dumbauld, by and through his undersigned counsel, filed a motion for an order dismissing the Second Amended Complaint filed by plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, pursuant to Federal Rules of Civil Procedure 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Motion"). The Motion will be heard before the Honorable Cecelia G. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern

1

District of New York, on **September 14, 2022 at 10:00 a.m. (Eastern time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris's guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that if you oppose the relief requested in the Motion you are required to file a written response ("Response"), and to serve the Response on Mr. Dumbauld's undersigned counsel, so that it is received by **June 17, 2022** (the "Response Deadline"). Mr. Dumbauld shall file his reply by **July 29, 2002**.

PLEASE TAKE FURTHER NOTICE that if no Response is timely served with respect to the Motion, Mr. Dumbauld may, on or after the Response Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Mr. Dumbauld does not consent to the entry of final orders or judgment by this Court.

Dated: April 22, 2022
New York, New York

        SHER TREMONTE LLP

        By: /s/ Robert Knuts
        Robert Knuts
        Cathy Liu
        90 Broad Street, 23rd Floor
        New York, New York 10004
        Tel: 212.202.2638
        Email: rknuts@shertremonte.com

        *Attorneys for Defendant Theodore Dumbauld*