SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
*Attorneys for Defendant Theodore Dumbauld*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　　　　Defendant.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　Plaintiff,<br>　v.<br><br>UBS AG, et al.,<br>　　　　　　　　Defendants. | Adv. Pro. No. 10-04285 (CMG) |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on April 22, 2022, the Notice of Motion to Dismiss of Defendant Theodore Dumbauld, the accompanying Memorandum of Law in Support, and the Notice of Hearing were served by filing them with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: April 22, 2022
New York, New York

SHER TREMONTE LLP

By: /s/ Robert Knuts
Robert Knuts
Cathy Liu
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2638
Email: rknuts@shertremonte.com

*Attorneys for Defendant Theodore Dumbauld*