# EXHIBIT 8

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 12/8/2006 3:36:00 PM
**To:** Andrew Smith [andrews@fggus.com]; Andres Piedrahita [andres@fgguk.com]
**CC:** Philip Toub [philip@fggus.com]
**Subject:**

Hi,

I just wanted to clarify a couple of key points about our meeting with PIFSS in Kuwait.

We did not directly speak with them about how they planned to fund their P2 investment in the CFO -- ie. We did not speak with them about if this investment was new money or a switch over from their existing $40 MM investment in base Sentry.

Philip and I only after the meeting speculated that they *may* be considering redeeming from their existing investment to fund their CFO investment...but this is very far from a certainty - it is only internal FGG conjecture. The reason we thought this is because at the end of our meeting, as we were getting on the elevator, an assistant to Sheikh Abdullah asked us to send a redemption form (but we were unclear what form he was referring to). Also, during the meeting the Sheikh asked if any of the other P class equity investors interested in this CFO were existing investors in Sentry and if they were switching over or putting new money in.

So Philip and I just speculated afterwards that given these observations, this may be on their mind.

In the end Eli-Michel will speak with Al Rajan (sp?), the boss at PIFSS, and Al Rajan will probably decide if their investment is new money or a switch.

Regards,
Amit

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000114807
FG-00230052