# EXHIBIT 9

**From:** Lauren Ross [lauren@fggus.com]
**Sent:** 7/29/2008 11:02:48 PM
**To:** Amit Vijayvergiya [amit@fggus.com]; David Horn [dhorn@fggus.com]; Maria Teresa Pulido [mteresa@fggus.com]; Andrew Ludwig [andrewl@fggus.com]; Richard Landsberger [richard@fgguk.com]; Disha Attavar [dattavar@fggus.com]
**CC:**
**Subject:** Top Investors in Sentry - stand alone INST clients

I put a quick list together of our top 10 institutional clients in Sentry (pension, insurance, govt., etc) as of June 30th. I think you will find in most cases there is regular correspondence with the agent and/or the Bermuda Team. In some cases, there is definitely some follow up to initiate. We need to be sensitive with Hashem's relationships, MT maybe you can check with Andres? I've indicated where I know of regular updates or recent visits, maybe Amit can put in additional information (Richie, too, since many are your clients). I will do the same for top platforms.

1. CAISSE DE DEPOT ET PLACEMENT DU QUEBEC
$203 million
Auriga - Jacques Rauber
PHILIP/RICHIE (credit for non Sentry but cover for all)
PT had coffee w/ CDP this morning, but not related

2. DESJARDINS ASSET MANAGEMENT
$195 million
PHILIP
Visited with Amit 7/28/2008

3. THE PUBLIC INSTITUTION FOR SOCIAL SECURITY
$164 million
HASHEM
Will visit Fall 2008 (issue w/ Hashem on June trip so postponed)

4. ABU DHABI INVESTMENT AUTHORITY
$145 million
PHILIP
Monthly communication with Bermuda Team
Personal visit June 08

5. FS/NBK KUWAIT NATIONAL BANK OF KUWAIT
$73 million
PHILIP
Personal visit June 08

6. NORDEA LIFE ASSURANCE FINLAND
$72 million
RICHARD

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001714939
FG-01830184

Visit to FGG NY recent, dont know date

7. STICHTING SHELL PENSIOENFONDS
$62 million
RICHARD/JACKIE/CORNELIS

8. KOREA LIFE INSURANCE CO LTD
$57 million
RICHARD
Regular visits to NY office and calls.

9. CATHAY LIFE INSURANCE CO. LTD.
$45 million
RICHARD

10. BUREAU OF LABOR INSURANCE (Tawain)
$42 million
RICHARD

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.