# EXHIBIT 11

**From:** Richard Landsberger [richard@fgguk.com]
**Sent:** 12/12/2006 11:53:46 AM
**To:** Amit Vijayvergiya [amit@fggus.com]; Executive Committee [ExecutiveCommittee@fggus.com]
**CC:**
**Subject:** RE: Sentry CFO

Thank you for the summary and we will discuss and revert.

If the answer is "yes", does it matter which closing date to you?

-----Original Message-----
From: Amit Vijayvergiya
Sent: Tuesday, December 12, 2006 11:52 AM
To: Executive Committee
Subject: Sentry CFO

Could I please ask that you consider the question today when you meet of whether FGG should invest [$10MM] in the P1 equity of the Sentry CFO for the December 15th Closing?

At the moment, we have the following equity investors lined up for both closings:

First Closing: December 15:

P2:
PIFSS $50MM
EMR's various family offices: $25MM (note that some may be US investors and therefore rejected -- verifying today)

P1:
GE: $20MM

Total December 15 = $95 (possibly lower if we need to reject some of EMR's US investors -- appears that there is at least $5MM to be rejected)


Second Closing January 22:

P2:
WAFRA: $40MM (this is an offshore subsidiary of PIFSS)

P1:

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000115578
FG-00230823

Davos Financial: $6MM (this is Santiago's client)
A Columbian entity: $5MM (no details yet, Santiago's client)

Total January 22 = $51MM

Total Both Closings = $146MM x 5 = $730. The structure can absorb $740MM without needing to raise additional debt. If additional debt needed to be raised, IXIS believes that that the current Class S and M investors can invest more.


Advantages of FGG contributing $10MM:
FGG investing alongside our investors in the CFO (sign of commitment)
Rating Agencies view this favorably
Proforma return and risk on P1 investment is ~19% and 6%
Opportunity for Partners to participate in this offshore transaction

Disadvantages of FGG contributing $10MM:
Need to draw down BMO LOC and this comes at a cost
$10MM of BMO funding not available for other projects (opportunity cost)
Leveraging FGL's balance sheet modestly (which may not be a bad thing if done prudently)

Regards,
Amit

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000115579
FG-00230824

("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000115580

FG-00230825