# EXHIBIT 12

**From:** Rob Blum [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=ROB36784853@fairdomain01.com]
**Sent:** 5/23/2003 11:10:25 AM
**To:** Amanda Simone [amanda@fggus.com]; Greg Bowes [greg@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Harold Greisman [harold@fggus.com]
**CC:** Ron Thomann [rthomann@fggus.com]
**Subject:** RE: The Wafra meeting on 5/28 (12:00pm) will be held in their offices (see address below).

BACKGROUND: Guys, we will talk next week, but Greg and I were talking about a commitment of 20-30 million to a fund established to invest in our seedlings, running pari passu with Sentry's seedling program, including pari passu placement in current ones (i.e., 80/200 X 20 or 30 Million), we give them some type of capacity commitment and a payout on what they place in those seedlings (they probably would want it on initial money too). We would open the kimono to them on our seedling picking process to some extent so that they can say they are developing expertise by the exercise, but they would be committed to whatever our decisions are (i.e., no club deal). While in and of itself this is probably not worth the trouble, Greg and I both believe that doing this deal could have greater strategic significance in giving us outside imprimatur and could make it easier to add more good name investors. Theoretically, this allows us to replace some sentry assets in the seedlings with this money, thereby reducing our principle guarantee exposure, but then it might be hard to pay them on that portion of this money, and we don't need the extra seedling money now anyway.

I'm not 100% that this will work, but it gives a credible path to move forward. They already contributed 20 m to liberty armitage's seedling fund.

-----Original Message-----
From: Amanda Simone
Sent: Thursday, May 22, 2003 11:01 AM
To: Rob Blum; Greg Bowes; Jeffrey Tucker; Harold Greisman
Subject: The Wafra meeting on 5/28 (12:00pm) will be held in their offices (see address below).


345 Park Ave, 41st floor. between 51st and 52nd


Amanda Simone
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
(212) 319-6060
(212) 991-5235
mailto:amanda@fggus.com

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001173106
FG-01288351

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001173107
FG-01288352