**EXHIBIT C**

**TRANSFERS FROM BLMIS TO BNP PARIBAS - DUBLIN BRANCH**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/4/2007 | $ (50,000,000) |
| 10/4/2007 | $ (27,000,000) |
| 6/6/2008 | $ (10,000,000) |
| **Total:** | **$ (87,000,000)** |