JENNER & BLOCK LLP
Richard Levin
Carl Wedoff
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Counsel for Defendant Banque Syz SA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    *Plaintiff-Applicant*,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    *Defendant*. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br>    *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>BANQUE SYZ & CO., SA,<br>    *Defendant*. | Adv. Pro. No. 11-02149 (CGM)<br><br>**DECLARATION OF RICHARD LEVIN IN SUPPORT OF REPLY MEMORANDUM** |

I am a member of the bar of the State of New York and of this Court and a partner in Jenner & Block LLP, counsel for defendant Banque Syz & Co. S.A. ("**Banque Syz**") in this adversary proceeding. I submit this Declaration in support of Banque Syz's *Reply To The Trustee's Memorandum In Opposition To Banque Sys's Motion To Dismiss The Complaint* in this adversary proceeding.

**Exhibit A** is a true and correct copy of Internal Revenue Service Form W-8IMY, dated January 16, 2007, and signed and submitted by Banque Syz to Bernard L. Madoff Investment Securities LLC as part of the account opening documents for the account that Banque Syz opened as subcustodian for Isos Fund Ltd. A copy of the IRS Form was attached to the customer claim for Isos Fund Ltd., which Banque Syz submitted in this SIPA proceeding, as one of the "Supporting Documents," Bates No. 0011-0012.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing statements true and correct according to the best of my knowledge, information, and belief.

Executed on April 28, 2022.

                                                   /s/ *Richard Levin*
                                                   Richard Levin
                                                   JENNER & BLOCK LLP
                                                 Richard Levin
                                                 1155 Avenue of the Americas
                                                 New York, NY 10036
                                                 (212) 891-1600
                                                 rlevin@jennner.com