**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>*Plaintiff-Applicant,*<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>*Defendant.* | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>*Debtor.* | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>BANQUE SYZ & CO., SA,<br><br>*Defendant.* | Adv. Pro. No. 11-02149 (CGM) |

## CERTIFICATE OF SERVICE

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused *Banque Syz SA's Reply to the Trustee's Memorandum of Law in Opposition to Banque Syz's Motion to Dismiss the Complaint* (Adv. Pro. No. 11-02149, ECF 156) (Adv. Pro. No. 08-01789, ECF 21549) and *the Declaration of Richard Levin in Support of Reply Memorandum* (Adv. Pro. No. 11-02149, ECF 157) (Adv. Pro. No. 08-01789, ECF 21640) to be served by CM/ECF on all counsel of record in the above-referenced adversary proceeding on April 28, 2022.

Dated: New York, New York
  April 28, 2022

           JENNER & BLOCK LLP

        By: /s/_Carl N. Wedoff_
           Carl N. Wedoff