David J. Mark (DMark@kasowitz.com)
Andrew S. Golden (AGolden@kasowitz.com)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Banca Carige, S.p.A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BANCA CARIGE S.P.A.,<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 11-02570 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**AMENDED NOTICE OF A HEARING ON**
**BANCA CARIGE'S MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, on January 28, 2022, defendant Banca Carige S.p.A. ("Banca Carige"), by and through its undersigned counsel, filed a motion (the "Motion") [Adv. No. 11-02570 ECF 107], [Adv. No. 08-01789 ECF 21076], for an order dismissing the Complaint filed by plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that Banca Carige and the Trustee have agreed to adjourn the hearing on the Motion (the "Hearing") from May 18, 2022 to **June 15, 2022 at 10:00 a.m. (prevailing Eastern time)**, or as soon thereafter as counsel may be heard, before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 28, 2022
New York, New York

                        Respectfully Submitted,

                        **KASOWITZ BENSON TORRES LLP**

                        */s/ Andrew S. Golden*
                        David J. Mark
                        Andrew S. Golden
                        Kasowitz Benson Torres LLP
                        1633 Broadway
                        New York, New York 10019
                        Telephone:  (212) 506-1700
                        Facsimile:  (212) 506-1800
                        Email:  DMark@kasowitz.com
                                AGolden@kasowitz.com

                        *Attorneys for Banca Carige S.p.A.*