# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>       Defendant. | Adv. Pro. No. 12-01002 (CGM) |

**ORDER AUTHORIZING REDACTION OF CERTAIN EXHIBITS
ATTACHED TO THE DECLARATION OF BRIAN W. SONG IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Upon the motion (the "Motion")[1] of Irving H. Picard, as Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff in the above-captioned case, for entry of an order pursuant to 11 U.S.C. §§ 105(a) and 107(c) of

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

title 11 of the United States Bankruptcy Code, authorizing the Trustee to redact the Confidential Information in the Exhibits attached to the Song Declaration, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §157(b); and venue of these proceedings being proper in this district pursuant to 28 U.S.C. § 1409; and it appearing that no other notice need be provided; and the Court having reviewed the Motion and considered the relief requested therein; and after due deliberation the Court having determined that just cause for the relief requested herein exists; and the Court having found that the relief granted herein is in the best interests of all parties in interest; and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

- The Motion is GRANTED as set forth herein.
- The Trustee is authorized to redact the Confidential Information from:
  - Exhibit 1 to the Song Declaration;
  - Exhibit 2 to the Song Declaration;
  - Exhibit 3 to the Song Declaration;
  - Exhibit 4 to the Song Declaration;
  - Exhibit 5 to the Song Declaration;
  - Exhibit 6 to the Song Declaration.

2

3

The Confidential Information shall remain confidential and shall not be made available to anyone (other than to the Parties and their respective counsel) without the prior written consent of the Parties.