David J. Mark (DMark@kasowitz.com)
Andrew S. Golden (AGolden@kasowitz.com)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Banca Carige, S.p.A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                      Plaintiff,<br><br>        v.<br><br>BANCA CARIGE S.P.A.,<br><br>                      Defendant. | Adv. Pro. No. 11-02570 (CGM) |

**CERTIFICATE OF SERVICE OF REPLY IN**
**RESPONSE TO TRUSTEE'S OPPOSITION TO AND IN FURTHER**
**SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF**
<u>**PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM**</u>

**PLEASE TAKE NOTICE** that on April 28, 2022, Banca Carige S.p.A., the defendant in the above-captioned adversary proceeding, served the:

- *Reply in Response to Trustee's Opposition to and in Further Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim* [Adv. No. 11-02570 ECF 116], [Adv. No. 08-01789 ECF 21463]

upon the plaintiff, Irving H. Picard, as trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, in the manner provided:

**VIA ELECTRONIC MAIL**

Brian W. Song
David J. Sheehan
Ganesh Krishna
Bari R. Nadworny
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: bsong@bakerlaw.com
   dsheehan@bakerlaw.com
   gkrishna@bakerlaw.com
   bnadworny@bakerlaw.com

*Counsel for the Plaintiff, Irving H. Picard, as*
*Trustee for the Liquidation of BLMIS and Bernard L. Madoff*

[*Remainder of page intentionally left blank*]

Dated: April 28, 2022  
       New York, New York

**KASOWITZ BENSON TORRES LLP**

By: */s/ Andrew S. Golden*  
David J. Mark  
Andrew S. Golden  
1633 Broadway  
New York, New York 10019  
Telephone: (212) 506-1700  
Facsimile: (212) 506-1800  
Email: DMark@kasowitz.com  
          AGolden@kasowitz.com

*Counsel to Banca Carige S.p.A.*