KATTEN MUCHIN ROSENMAN LLP　　　　　　　　　　　Hearing Date: September 14,
50 Rockefeller Plaza　　　　　　　　　　　　　　　　　　2022
New York, New York 10020　　　　　　　　　　　　　　Opposition Date: June 27, 2022
(212) 940-8800　　　　　　　　　　　　　　　　　　　　Reply Date: July 27, 2022
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | **Adv. Pro. No. 08-01789 (CGM)** |
| Plaintiff-Applicant, | **SIPA Liquidation** |
| v. | **(Substantively Consolidated)** |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | **Adv. Pro. No. 12-01669 (CGM)** |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| Barfield Nominees Ltd. and Northern Trust Corporation, | |
| Defendant. | |

**DECLARATION OF ANTHONY L. PACCIONE**
**IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE TRUSTEE'S COMPLAINT**

ANTHONY L. PACCIONE, under penalty of perjury, declares:

1.  I am a member of the bar of the State of New York and of this Court and a member

of Katten Muchin Rosenman LLP, counsel for defendant Barfield Nominees Ltd. ("Barfield") and

Northern Trust Corporation ("Northern Trust," and together with Barfield, the "Defendants") in this adversary proceeding. I submit this Declaration in support of the Defendants' motion to dismiss the Complaint (the "Complaint" or "Compl.," No. 12-01669 ECF 1) filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Estate of Bernard L. Madoff in this proceeding.

2. **Exhibit A** is a true and correct copy of the Complaint[1] in *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, v. Barfield Nominees Ltd. and Northern Trust Corporation*, Adv. Proc. No. 12-01669 (Bankr. S.D.N.Y. May 25, 2012), ECF 1. Exhibit B to the Complaint shows the cash withdrawals made from Fairfield Sentry Limited ("Sentry") accounts at BLMIS during the period November 29, 1990 through December 3, 2008. There are four accounts, but only the first, No. 1FN012, shows any cash withdrawals made by Sentry. Exhibit C to the Complaint shows the alleged subsequent transfers to the Defendants.

3. **Exhibit B** is a true and correct copy of Customer Claim No. 005476 filed by Barfield on December 11, 2008 for account #10010201 at Kingate Global Fund, Ltd.

4. **Exhibit C** is a true and correct copy of Customer Claim No. 008904 filed by Barfield on December 11, 2008 for account #10010201 at Kingate Global Fund, Ltd.

5. **Exhibit D** is a true and correct copy of the Fairfield Amended Complaint, *Picard v. Fairfield Sentry Ltd.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), ECF 23 (without exhibits).

---

[1] Capitalized terms not defined in this Declaration have the meaning provided in the concurrently filed *Memorandum of Law in Support of Barfield Defendants' Motion to Dismiss the Complaint*.

6. **Exhibit E** is a true and correct copy the Fairfield Second Amended Complaint, Adv. Proc. No. 09-2139 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF 286.

7. **Exhibit F** is a true and correct copy of the Fairfield Settlement Agreement, *Picard v. Fairfield Sentry Ltd.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. May 9, 2011), ECF 69-2. This Court approved the Fairfield Settlement Agreement. Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. June 7, 2011), ECF 92.

8. **Exhibit G** is a true and correct copy of an excerpt from the Declaration of William Hare, counsel for the Fairfield Liquidators, attaching the Memorandum of Association and Articles of Association of Fairfield Sentry Limited, as filed with the Court in *Fairfield Sentry Ltd. v. ABN AMRO Schwiz AG, et al.*, Adv. Pro. No. 10-03636 (Bankr. S.D.N.Y. Oct. 26, 2016), ECF 164 and 164-6.

9. **Exhibit H** are true and correct copies of Exhibits 5 and 6 to the Trustee's Second Amended Complaint against Sentry, the Fairfield Second Amended Complaint, Adv. Proc. No. 09-2139 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF 286-5, 286-6. These exhibits are redemption confirmations for withdrawals from Sentry made by Fairfield Sigma Limited and Fairfield Lambda Limited.

10. **Exhibit I** are true and correct copies of excerpts from complaints, or exhibits to complaints, filed by the Trustee in the following adversary proceedings:

| Source | Transferee(s) |
| --- | --- |
| 10-05346 ECF 1-1 | Merrill Lynch International |
| 11-01885 ECF 1-3 | Safra |
| 11-02551 ECF 1-4 | Delta Bank |
| 11-02554 ECF 1-4 | NBK |
| 11-02568 ECF 1-4 | Cathay Bank |
| 11-02569 ECF 1-4 | Barclays Suisse |
| 11-02569 ECF 1-4 | Barclays Private Bank |

| | | |
|---|---|---|
| 11-02571 ECF 1-4 | BPES | |
| 11-02763 ECF 1-4 | Inteligo | |
| 11-02910 ECF 1-3 | MLBS | |
| 11-02922 ECF 1-3 | BJB | |
| 11-02925 ECF 1-5 | CreditSuisseNominees(Guernsey)Limited | |
| 11-02925 ECF 1-5 | CreditSuisseLondonNomineesLimited | |
| 11-02929 ECF 1-3 | LGT Liechtenstein | |
| 12-01005 ECF 1-6 | Sico | |
| 12-01019 ECF 1-6 | Banco Itau | |
| 12-01019 ECF 1-7 | Itau International | |
| 12-01022 ECF 1-10 | Agricole Suisee | |
| 12-01046 ECF 1-3 | SNS Defendents | |
| 12-01207 ECF 1-3 | Lloyds | |
| 12-01209 ECF 1-3 | Banca Del Gottardo | |
| 12-01209 ECF 1-3 | BSI | |
| 12-01210 ECF 1-14 | Schroder & Co. Bank AG | |
| 12-01211 ECF 1-3 | Union Global A Fund | |
| 12-01211 ECF 1-3 | Union Global Fund | |
| 12-01216 ECF 1-6 | Hapoalim Switzerland | |
| 12-01565 ECF 1-6 | The Standard Chartered Defendants | |
| 12-01576 ECF 1-3 | BNP Paribas | |
| 12-01669 ECF 1-9 | Barfield Defendants | |
| 12-01670 ECF 1-9 | BBH | |
| 12-01676 ECF 1-5 | Clariden/Bank Leu | |
| 12-01677 ECF 1-5 | SG Suisse | |
| 12-01690 ECF 1-7 | EFG Bank | |
| 12-01693 ECF 1-3 | Lombard Odier | |
| 12-01697 ECF 1-3 | ABN AMRO Defendants | |
| 12-01699 ECF 1-5 | RBC-Dominion | |
| 12-01699 ECF 1-5 | Guernroy or RBC-CI | |

11. Set forth below is a chart summarizing the redemptions from Sentry on July 15, 2008 as alleged in the complaints and/or exhibits attached as Exhibits A, H, and I hereto. A straightforward analysis of the transactions shown in Exhibits A, H, and I shows the following:

(a) On May 5, 2008, BLMIS transferred $80,000,000 to Sentry (Compl. Ex. B).

(b) On July 10, 2008, BLMIS transferred $20,000,000 to Sentry (Compl. Ex. B).

(c) In a single day – July 15, 2008 – Sentry made $112,538,526 in transfers; for the 61 transfers made that day, it is simply not possible for all subsequent transfers to consist of BLMIS funds when Sentry distributed $12,538,526 more than it collected from BLMIS (Compl. Ex. C; Paccione Decl. Exs. H, I):

| Date | Recipient | Amount | Source |
|---|---|---|---|
| 7/15/2008 | NBK | (38,000) | 11-02554 ECF 1-4 |
| 7/15/2008 | Cathay Bank | (113,944) | 11-02568 ECF 1-4 |
| 7/15/2008 | Barclays Private Bank | (820,636) | 11-02569 ECF 1-4 |
| 7/15/2008 | Barclays Suisse | (52,997) | 11-02569 ECF 1-4 |
| 7/15/2008 | Barclays Suisse | (122,092) | 11-02569 ECF 1-4 |
| 7/15/2008 | BPES | (52,997) | 11-02571 ECF 1-4 |
| 7/15/2008 | MLBS | (791,341) | 11-02910 ECF 1-3 |
| 7/15/2008 | BJB | (93,269) | 11-02922 ECF 1-3 |
| 7/15/2008 | BJB | (198,739) | 11-02922 ECF 1-3 |
| 7/15/2008 | CreditSuisseLondonNomineesLimited | (1,944,780) | 11-02925 ECF 1-5 |
| 7/15/2008 | CreditSuisseLondonNomineesLimited | (722,569) | 11-02925 ECF 1-5 |
| 7/15/2008 | CreditSuisseLondonNomineesLimited | (236,738) | 11-02925 ECF 1-5 |
| 7/15/2008 | CreditSuisseLondonNomineesLimited | (171,000) | 11-02925 ECF 1-5 |
| 7/15/2008 | CreditSuisseLondonNomineesLimited | (35,773) | 11-02925 ECF 1-5 |
| 7/15/2008 | LGT Liechtenstein | (1,059,944) | 11-02929 ECF 1-3 |
| 7/15/2008 | LGT Liechtenstein | (132,493) | 11-02929 ECF 1-3 |
| 7/15/2008 | Banco Itau | (112,010) | 12-01019 ECF 1-6 |
| 7/15/2008 | Banco Itau | (128,531) | 12-01019 ECF 1-6 |

| | | | |
|---|---|---|---|
| 7/15/2008 | Banco Itau | (130,227) | 12-01019 ECF 1-6 |
| 7/15/2008 | Banco Itau | (182,377) | 12-01019 ECF 1-6 |
| 7/15/2008 | Banco Itau | (202,992) | 12-01019 ECF 1-6 |
| 7/15/2008 | Banco Itau | (207,325) | 12-01019 ECF 1-6 |
| 7/15/2008 | Banco Itau | (257,050) | 12-01019 ECF 1-6 |
| 7/15/2008 | Banco Itau | (1,614,599) | 12-01019 ECF 1-6 |
| 7/15/2008 | Itau International | (100,000) | 12-01019 ECF 1-7 |
| 7/15/2008 | Itau International | (51,500) | 12-01019 ECF 1-7 |
| 7/15/2008 | Itau International | (54,020) | 12-01019 ECF 1-7 |
| 7/15/2008 | Agricole Suisee | (7,950) | 12-01022 ECF 1-10 |
| 7/15/2008 | SNS Defendents | (97,515) | 12-01046 ECF 1-3 |
| 7/15/2008 | Lloyds | (113,089) | 12-01207 ECF 1-3 |
| 7/15/2008 | BSI | (998,997) | 12-01209 ECF 1-3 |
| 7/15/2008 | Banca Del Gottardo | (110,115) | 12-01209 ECF 1-4 |
| 7/15/2008 | Union Global Fund | (113,944) | 12-01211 ECF 1-3 |
| 7/15/2008 | Hapoalim Switzerland | (107,062) | 12-01216 ECF 1-6 |
| 7/15/2008 | Hapoalim Switzerland | (256,189) | 12-01216 ECF 1-6 |
| 7/15/2008 | Hapoalim Switzerland | (1,459,560) | 12-01216 ECF 1-6 |
| 7/15/2008 | Hapoalim Switzerland | (13,478,540) | 12-01216 ECF 1-6 |
| 7/15/2008 | The Standard Chartered Defendants | (100,000) | 12-01565 ECF 1-6 |
| 7/15/2008 | The Standard Chartered Defendants | (230,000) | 12-01565 ECF 1-6 |
| 7/15/2008 | The Standard Chartered Defendants | (264,422) | 12-01565 ECF 1-6 |
| 7/15/2008 | The Standard Chartered Defendants | (1,197,722) | 12-01565 ECF 1-6 |

| | | | |
|---|---|---|---|
| 7/15/2008 | The Standard Chartered Defendants | (1,566,588) | 12-01565 ECF 1-6 |
| 7/15/2008 | Barfield Defendants | (3,000,000) | 12-01669 ECF 1-9 |
| 7/15/2008 | BBH | (136,468) | 12-01670 ECF 1-9 |
| 7/15/2008 | BBH | (40,715) | 12-01670 ECF 1-9 |
| 7/15/2008 | BBH | (22,524) | 12-01670 ECF 1-9 |
| 7/15/2008 | Clariden/Bank Leu | (239,653) | 12-01676 ECF 1-5 |
| 7/15/2008 | Clariden/Bank Leu | (193,731) | 12-01676 ECF 1-5 |
| 7/15/2008 | SG Suisse | (46,426) | 12-01677 ECF 1-5 |
| 7/15/2008 | EFG Bank | (4,847,653) | 12-01690 ECF 1-7 |
| 7/15/2008 | EFG Bank | (632,124) | 12-01690 ECF 1-7 |
| 7/15/2008 | EFG Bank | (433,000) | 12-01690 ECF 1-7 |
| 7/15/2008 | EFG Bank | (350,179) | 12-01690 ECF 1-7 |
| 7/15/2008 | EFG Bank | (168,000) | 12-01690 ECF 1-7 |
| 7/15/2008 | EFG Bank | (20,000) | 12-01690 ECF 1-7 |
| 7/15/2008 | Lombard Odier | (49,022) | 12-01693 ECF 1-3 |
| 7/15/2008 | ABN AMRO Defendants | (27,541,099) | 12-01697 ECF 1-3 |
| 7/15/2008 | Guernroy or RBC-CI | (136,296) | 12-01699 ECF 1-5 |
| 7/15/2008 | Guernroy or RBC-CI | (52,000) | 12-01699 ECF 1-5 |
| 7/15/2008 | Sentry to Lambda | (900,000) | No. 09-1239, Ex. 9 |
| 7/15/2008 | Sentry to Sigma | (44,000,000) | No. 09-1239, Ex. 8 |

12. In another example, set forth below is an additional chart summarizing the redemptions from Sentry between January 17, 2008 to February 15, 2008, as alleged in the

complaints and/or exhibits attached as Exhibits A, H, and I hereto. A straightforward analysis of the transactions shown in Exhibits A, H, and I shows the following:

    (a)    On January 11, 2008, BLMIS transferred $70,000,000 into Sentry. (Compl. Ex. B).

    (b)    On January 17, 2008, Sentry distributed $78,236,628 into various transferee's accounts. (Compl. Ex. C; Paccione Decl. Exs. H, I). Thus, BLMIS funds were exhausted on that date:

| *Date* | *Recipient* | *Amount* | *Source* |
|---|---|---|---|
| 1/17/2008 | Safra | (97,310) | 11-01885 ECF 1-3 |
| 1/17/2008 | Safra | (112,561) | 11-01885 ECF 1-3 |
| 1/17/2008 | Safra | (120,121) | 11-01885 ECF 1-3 |
| 1/17/2008 | Safra | (349,110) | 11-01885 ECF 1-3 |
| 1/17/2008 | Safra | (632,295) | 11-01885 ECF 1-3 |
| 1/17/2008 | Safra | (646,439) | 11-01885 ECF 1-3 |
| 1/17/2008 | Safra | (748,519) | 11-01885 ECF 1-3 |
| 1/17/2008 | Delta Bank | (25,318) | 11-02551 ECF 1-4 |
| 1/17/2008 | NBK | (60,000) | 11-02554 ECF 1-4 |
| 1/17/2008 | Barclays Suisse | (293,571) | 11-02569 ECF 1-4 |
| 1/17/2008 | Barclays Suisse | (449,597) | 11-02569 ECF 1-4 |
| 1/17/2008 | BPES | (133,036) | 11-02571 ECF 1-4 |
| 1/17/2008 | Inteligo | (28,250) | 11-02763 ECF 1-4 |
| 1/17/2008 | Inteligo | (80,332) | 11-02763 ECF 1-4 |
| 1/17/2008 | Inteligo | (500,000) | 11-02763 ECF 1-4 |

| | | | |
|---|---|---|---|
| 1/17/2008 | CreditSuisseLondonNomineesLimited | (5,367,126) | 11-02925 ECF 1-5 |
| 1/17/2008 | CreditSuisseLondonNomineesLimited | (1,020,000) | 11-02925 ECF 1-5 |
| 1/17/2008 | CreditSuisseLondonNomineesLimited | (210,533) | 11-02925 ECF 1-5 |
| 1/17/2008 | CreditSuisseLondonNomineesLimited | (156,285) | 11-02925 ECF 1-5 |
| 1/17/2008 | LGT Liechtenstein | (669,507) | 11-02929 ECF 1-3 |
| 1/17/2008 | Sico | (109,934) | 12-01005 ECF 1-6 |
| 1/17/2008 | Banco Itau | (70,000) | 12-01019 ECF 1-6 |
| 1/17/2008 | Banco Itau | (80,506) | 12-01019 ECF 1-6 |
| 1/17/2008 | Banco Itau | (285,136) | 12-01019 ECF 1-6 |
| 1/17/2008 | Agricole Suisee | (10,333) | 12-01022 ECF 1-10 |
| 1/17/2008 | Agricole Suisee | (134,031) | 12-01022 ECF 1-10 |
| 1/17/2008 | Agricole Suisee | (160,548) | 12-01022 ECF 1-10 |
| 1/17/2008 | SNS Defendents | (150,886) | 12-01046 ECF 1-3 |
| 1/17/2008 | Lloyds | (324,931) | 12-01207 ECF 1-3 |
| 1/17/2008 | BSI | (231,360) | 12-01209 ECF 1-3 |
| 1/17/2008 | Schroder & Co. Bank AG | (14,208) | 12-01210 ECF 1-14 |
| 1/17/2008 | Hapoalim Switzerland | (51,542) | 12-01216 ECF 1-6 |
| 1/17/2008 | The Standard Chartered Defendants | (50,000) | 12-01565 ECF 1-6 |
| 1/17/2008 | The Standard Chartered Defendants | (123,788) | 12-01565 ECF 1-6 |
| 1/17/2008 | The Standard Chartered Defendants | (232,736) | 12-01565 ECF 1-6 |
| 1/17/2008 | The Standard Chartered Defendants | (264,574) | 12-01565 ECF 1-6 |
| 1/17/2008 | The Standard Chartered Defendants | (1,508,591) | 12-01565 ECF 1-6 |
| 1/17/2008 | The Standard Chartered Defendants | (3,958,880) | 12-01565 ECF 1-6 |

| Date | Recipient | Amount | Source |
|---|---|---|---|
| 1/17/2008 | The Standard Chartered Defendants | (6,514,834) | 12-01565 ECF 1-6 |
| 1/17/2008 | BNP Paribas | (311,976) | 12-01576 ECF 1-3 |
| 1/17/2008 | Clariden/Bank Leu | (55,492) | 12-01676 ECF 1-5 |
| 1/17/2008 | EFG Bank | (1,087,204) | 12-01690 ECF 1-7 |
| 1/17/2008 | EFG Bank | (579,380) | 12-01690 ECF 1-7 |
| 1/17/2008 | EFG Bank | (317,595) | 12-01690 ECF 1-7 |
| 1/17/2008 | EFG Bank | (140,000) | 12-01690 ECF 1-7 |
| 1/17/2008 | Lombard Odier | (68,253) | 12-01693 ECF 1-3 |
| 1/17/2008 | ABN AMRO Defendants | (10,000,000) | 12-01697 ECF 1-3 |
| 1/17/2008 | Sentry to Lambda | (2,100,000) | No. 09-1239, Ex. 9 |
| 1/17/2008 | Sentry to Sigma | (37,600,000) | No. 09-1239, Ex. 8 |
| | Total | $78,236,628 | |

(c) On February 15, 2008, without receiving any more money from BLMIS, Sentry once again transferred another $26,035,873 to 42 additional subsequent transferees, including $415,917 to Barfield or Northern Trust (Compl. Ex. C; Paccione Decl. Exs. H, I), making it impossible for Barfield's redemption payment on February 15, 2008 to have originated with BLMIS customer property:

| Date | Recipient | Amount | Source |
|---|---|---|---|
| 2/15/2008 | Merrill Lynch International | (2,000,000) | 10-05346 ECF 1-1 |
| 2/15/2008 | Delta Bank | (129,974) | 11-02551 ECF 1-4 |
| 2/15/2008 | NBK | (525,315) | 11-02554 ECF 1-4 |
| 2/15/2008 | Cathay Bank | (152,070) | 11-02568 ECF 1-4 |

| | | | |
|---|---|---|---|
| 2/15/2008 | Barclays Suisse | (103,862) | 11-02569 ECF 1-4 |
| 2/15/2008 | Inteligo | (5,000) | 11-02763 ECF 1-4 |
| 2/15/2008 | MLBS | (353,296) | 11-02910 ECF 1-3 |
| 2/15/2008 | BJB | (145,558) | 11-02922 ECF 1-3 |
| 2/15/2008 | CreditSuisseLondonNomineesLimited | (8,198,102) | 11-02925 ECF 1-5 |
| 2/15/2008 | CreditSuisseNominees(Guernsey)Limited | (259,948) | 11-02925 ECF 1-5 |
| 2/15/2008 | CreditSuisseLondonNomineesLimited | (178,000) | 11-02925 ECF 1-5 |
| 2/15/2008 | CreditSuisseLondonNomineesLimited | (67,587) | 11-02925 ECF 1-5 |
| 2/15/2008 | LGT Liechtenstein | (73,617) | 11-02929 ECF 1-3 |
| 2/15/2008 | Sico | (209,295) | 12-01005 ECF 1-6 |
| 2/15/2008 | Banco Itau | (80,000) | 12-01019 ECF 1-6 |
| 2/15/2008 | Itau International | (19,208) | 12-01019 ECF 1-7 |
| 2/15/2008 | Lloyds | (244,533) | 12-01207 ECF 1-3 |
| 2/15/2008 | BSI | (64,987) | 12-01209 ECF 1-3 |
| 2/15/2008 | Banca Del Gottardo | (107,541) | 12-01209 ECF 1-4 |
| 2/15/2008 | Schroder & Co. Bank AG | (133,704) | 12-01210 ECF 1-14 |
| 2/15/2008 | Union Global A Fund | (152,070) | 12-01211 ECF 1-3 |
| 2/15/2008 | Hapoalim Switzerland | (210,982) | 12-01216 ECF 1-6 |
| 2/15/2008 | Hapoalim Switzerland | (525,315) | 12-01216 ECF 1-6 |
| 2/15/2008 | The Standard Chartered Defendants | (250,000) | 12-01565 ECF 1-6 |
| 2/15/2008 | The Standard Chartered Defendants | (389,922) | 12-01565 ECF 1-6 |
| 2/15/2008 | The Standard Chartered Defendants | (680,000) | 12-01565 ECF 1-6 |
| 2/15/2008 | The Standard Chartered Defendants | (1,210,426) | 12-01565 ECF 1-6 |

| | | | |
|---|---|---|---|
| 2/15/2008 | The Standard Chartered Defendants | (3,374,367) | 12-01565 ECF 1-6 |
| 2/15/2008 | Barfield Defendants | (415,917) | 12-01669 ECF 1-9 |
| 2/15/2008 | BBH | (185,746) | 12-01670 ECF 1-9 |
| 2/15/2008 | Clariden/Bank Leu | (55,551) | 12-01676 ECF 1-5 |
| 2/15/2008 | EFG Bank | (3,622,664) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (596,778) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (511,267) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (129,974) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (111,089) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (103,979) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (90,990) | 12-01690 ECF 1-7 |
| 2/15/2008 | EFG Bank | (24,100) | 12-01690 ECF 1-7 |
| 2/15/2008 | Lombard Odier | (174,165) | 12-01693 ECF 1-3 |
| 2/15/2008 | Lombard Odier | (129,982) | 12-01693 ECF 1-3 |
| 2/15/2008 | RBC-Dominion | (38,992) | 12-01699 ECF 1-5 |
| | Total | $26,035,873 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2022.

/s/ *Anthony L. Paccione*
Anthony L. Paccione