# EXHIBIT B

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number: **005476**

Claim Number
Date Received

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED
MAR 0 3 2009

**(Please print or type)**

**Name of Customer:** Barfield Nominees Limited a/c 18141 ("Claimant")
**Mailing Address:** P.O. Box 71, Trafalgar Court, Les Banques, St. Peter Port, Guernsey, United Kingdom, GY1 3DA
**City:** _____  **State:** _____  **Zip:** _____
**Account No.:** Claimant maintained account # 10010201 at Kingate Global Fund, Ltd ("Kingate Global") which, in turn, invested with Bernard L. Madoff Investment Securities LLC ("Debtor") through account #1-FN061-4-0.
**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE MARCH 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE JULY 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED.**

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of     $     0.00

   b. I owe the Broker a Debit (Dr.) Balance of         $     N/A

   c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.                              $     N/A

      If balance is zero, insert "None."                      N/A

MWPTAP00346136

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   |   | YES | NO |
|---|---|---|---|---|
| a. | The Broker owes me securities | | X | |
| b. | I owe the Broker securities | | | X |
| c. | If yes to either, please list below: | | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | As explained below, as of November 30, 2008, the Debtor owed Claimant a total of $76,332.20 in securities.[1] | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclosed, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

---

[1] Claimant arrived at this number as follows: As of November 30, 2008, Debtor claimed to be holding a total of $285,567,550 in securities on behalf of Kingate Global in account number 1-FN061-4-0 (the "Account"). Debtor's most recent statement of that Account, dated November 30, 2008, is attached hereto as Exhibit 1. Page 2 of that statement reflects this total value by adding the "Market Value of Securities Long" with the "Market Value of Securities Short." Claimant owned .0267299973626661875% of the issued and outstanding shares of Kingate Global as of November 30, 2008. Accordingly, Claimant's beneficial interest in the securities held by Debtor in the Account is $76,332.20.

For the sake of clarity, Claimant's percentage ownership figure with respect to Kingate Global was arrived at as follows: As of November 30, 2008, Claimant owned 1,649 shares of Kingate Global. These shares are reflected in Exhibit 2, the last account statement that Claimant received from Kingate Global's administrator, Citi Hedge Fund Services, Ltd. These shares are also reflected on Exhibit 3, which sets forth Claimant's entire account activity with Kingate Global. Kingate Global's issued and outstanding shares as of October 31, 2008 (the last date for which this information is available) totaling 6,169,099 is reflected in a schedule prepared by Kingate Global in the ordinary course of business and attached hereto as Exhibit 4. Claimant divided (i) its shares of Kingate Global as of November 30, 2008 (1,649) by (ii) Kingate Global's total issued and outstanding shares as of October 31, 2008 (6,169,099), to arrive at its percentage ownership figure of .0267299973626661875%.

[851313-1]                                                              2

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or polices of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in ay way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X |  |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X[2] |  |
| 9. | Have you or any member of you family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:   Kingate Global assisted Claimant in the preparation of this clam form. Kingate Global's address is: c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands

---

[2] Claimant granted Kingate Global discretionary authority to execute securities transactions with the broker/Debtor. Kingate Global's address is c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands. Kingate Global's telephone number is (284) 494-5239.

[851313-1]

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _27 February 2009_    Signature _[signature]_    Assistant Secretary, Barfield Nominees Limited

Date _27 February 2009_    Signature _[signature]_    Wayne Rihoy, Director, Barfield Nominees Limited

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer:** Barfield Nominees Limited a/c 18141 ("Claimant")
**Mailing Address:** P.O. Box 71, Trafalgar Court, Les Banques, St. Peter Port, Guernsey, United Kingdom, GY1 3DA
**City:** _____ **State:** _____ **Zip:** _____
**Account No.:** Claimant maintained account # 10010201 at Kingate Global Fund, Ltd ("Kingate Global") which, in turn, invested with Bernard L. Madoff Investment Securities LLC ("Debtor") through account # 1-FN061-3-0.
**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE MARCH 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE JULY 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of        $ 0.00

   b. I owe the Broker a Debit (Dr.) Balance of           $ N/A

   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                                $ N/A

      If balance is zero, insert "None."                     N/A

MWPTAP00346140

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | As explained below, as of November 30, 2008, the Debtor owed Claimant a total of $747,756.49 in securities.[1] | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclosed, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

---

[1] Claimant arrived at this number as follows: As of November 30, 2008, Debtor claimed to be holding a total of $2,797,443,203.50 in securities on behalf of Kingate Global in account number 1-FN061-3-0 (the "Account"). Debtor's most recent statement of that Account, dated November 30, 2008, is attached hereto as Exhibit 1. Page 17 of that statement reflects this total value. Claimant owned .0267299973626661875% of the issued and outstanding shares of Kingate Global as of November 30, 2008. Accordingly, Claimant's beneficial interest in the securities held by Debtor in the Account is $747,756.49.

For the sake of clarity, Claimant's percentage ownership figure with respect to Kingate Global was arrived at as follows: As of November 30, 2008, Claimant owned 1,649 shares of Kingate Global. These shares are reflected in Exhibit 2, the last account statement that Claimant received from Kingate Global's administrator, Citi Hedge Fund Services, Ltd. These shares are also reflected on Exhibit 3, which sets forth Claimant's entire account activity with Kingate Global. Kingate Global's issued and outstanding shares as of October 31, 2008 (the last date for which this information is available) totaling 6,169,099 is reflected in a schedule prepared by Kingate Global in the ordinary course of business and attached hereto as Exhibit 4. Claimant divided (i) its shares of Kingate Global as of November 30, 2008 (1,649) by (ii) Kingate Global's total issued and outstanding shares as of October 31, 2008 (6,169,099), to arrive at its percentage ownership figure of .0267299973626661875%.

[851372-1]                                                         2

MWPTAP00346141

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or polices of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in ay way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X | |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X[2] | |
| 9. | Have you or any member of you family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:    Kingate Global assisted Claimant in the preparation of this clam form. Kingate Global's address is: c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands

---

[2] Claimant granted Kingate Global discretionary authority to execute securities transactions with the broker/Debtor. Kingate Global's address is c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands. Kingate Global's telephone number is (284) 494-5239.

[851372-1]    3

08-01789-cgm    Doc 21469-2    Filed 04/28/22    Entered 04/28/22 18:56:10    Exhibit B
Pg 9 of 14

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _27 February 2009_  Signature _[signature]_
Assistant Secretary
Barfield Nominees Limited

Date _27 February 2009_  Signature _[signature]_
Wayne Rihoy
Director,
Barfield Nominees Limited

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

[851372-1]                                    4

MWPTAP00346143

# Barfield Nominees Limited

PO Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Tel: +44 (0)1481 745000   Fax. +44 (0)1481 745052   Internet: www.Northerntrust.com

**Attention:** **Irving H. Picard Esq**
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Centre
2100 McKinney Ave, Suite 800
Dallas TX 75201

Dear Sir,

**Re: Barfield Nominees Limited a/c 18141**

Please be advised that Barfield Nominees Limited a/c 18141 is an account held on behalf of Mr Simen Vier Simensen.

If you require any further information, please do not hesitate to contact the following:

Elaine Doughty: Tel +44 1481 745563
Siobhan McKenna: Tel +44 1481 745561
Email: corpeventsfof@ntrs.com

Yours faithfully

**Elaine Doughty**            **Wayne Rihoy**
**Barfield Nominees Limited**    **Barfield Nominees Limited**

**Please advise us immediately if all pages are not received**

*This fax is confidential and may also be privileged. If you are not the intended recipient, please notify us without delay and ensure that it is not copied or used for any purpose. Its contents should not be disclosed to any other person.*


Northern Trust

**MWPTAP00346144**

# Barfield Nominees Limited

PO Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA

SIGNATORIES AUTHORISED PURSUANT TO A RESOLUTION OF

THE BOARD OF DIRECTORS

DATED 26 AUGUST 2008

SPECIMEN SIGNATURES

CERTIFIED TRUE COPY

DIRECTOR/SECRETARY


Northern Trust

MWPTAP00346145



MWPTAP00346146

Northern Trust (Guernsey) Limited
PO Box 71
Trafalgar Court, Les Banques,
St Peter Port, Guernsey
Channel Islands GY1 3DA
Tel: +44 (0) 1481 745000
Fax: +44 (0) 1481 745050
Internet: northerntrust.com

 Northern Trust

**With Compliments**

Attn: IRVING H. PICARD

PLEASE CONFIRM RECIEPT OF THESE DOCUMENTS TO corpeventsfof@ntrs.com.

Kind regards

Email: eo19@ntrs.com Elaine Doughty.
Tel: +44 1481 745563  Fax: +44 1481 745052

MWPTAP00346147

Parcels: 1/1  **DOX**  

DHL standard terms and conditions apply. Warsaw Convention may also apply. Shipment may be carried via intermediate stopping places DHL deems appropriate.

FROM: NORTHERN TRUST GUERNSEY LTD
ELAINE DOUGHTY
PO BOX 71 TRAFALGAR COURT
LES BANQUES
GY1 3DA ST PETER PORT
GUERNSEY

Acc No.: 130782476
ORIGIN: GCI

TO: TRUSTEE FOR BERNARD MADOFF
IRVING H PICARD ESQ
CLAIMS PROCESSING CENTRE
2100 MCKINNEY AVE
SUITE 800
75201 DALLAS
UNITED STATES OF AMERICA

Tel: +441481745563

**COP**

AIR WAYBILL:
(Non Negotiable)
3862167956



DOCUMENTS

Senders Ref : EA065/NTCC 8316
Service :
Customs Value : 0.00 GBP
Weight : 0.50 kgs.
Date : 2009-02-27
IV : 0.00 GBP


(2L)US75201+42000000


(J) JD00 0226 1619 0019 763

MWPTAP00346148