# EXHIBIT C

CUSTOMER CLAIM

Claim Number

Date Received

Bernard L. Madoff Investment Securities LLC
Case No. 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number: **008904**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

**RECEIVED**
MAY 1 8 2009

(Please print or type)

**Name of Customer:** Barfield Nominees Limited a/c 18141 ("Claimant")
**Mailing Address:** P.O. Box 71, Trafalgar Court, Les Banques, St. Peter Port, Guernsey, United Kingdom, GY1 3DA
**City:** _____ **State:** _____ **Zip:** _____
**Account No.:** Claimant maintained Account No. 10010201 at Kingate Global Fund, Ltd ("Kingate Global") which, in turn, invested with Bernard L. Madoff Investment Securities LLC ("Broker") through account numbers 1-FN061-3-0 and 1-FN061-4-0 (collectively, the "Accounts").
**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE MARCH 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE JULY 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of     $    245,617.16[1]

   b. I owe the Broker a Debit (Dr.) Balance of     $    N/A

   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.     $    N/A

      If balance is zero, insert "None."         N/A

---

[1] On February 20, 2009, at the first meeting of the Broker's creditors, Irving H. Picard, Esq., the SIPC Trustee, (the Trustee"), stated that he had found no evidence that the Broker purchased any securities for its investors for at least 13 years. As a result, the Trustee advised that claims for reimbursement should be based on the net of investors' cash deposits and withdrawals from the Broker. Accordingly, in 1(a) above, Claimant seeks the net cash that Claimant invested with Kingate Global, which it, in turn, invested with the Broker. See Exhibit 3 attached to Claimant's original Customer Claim forms, which were submitted for each Account (the "Original Claims"). Claimant submits this Amended Claim for both Accounts.

MWPTAP00455618

2. Claim for securities as of **December 11, 2008**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

|   |   | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|   | *See* Claimant's Original Customer Claim Forms.[2] |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclosed, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

---

[2] Without prejudice to the claim for money balances set forth in Section 1 above, should the Trustee find that the Broker purchased securities for its investors, Claimant respectfully refers the Trustee to Claimant's Original Claims for securities, which Claimant hereby incorporates by reference. By those claims, Claimant seeks a return of Claimant's percentage ownership of the securities in the Accounts, or, if such securities were sold, their proceeds.

[856340-1]                                          2

MWPTAP00455619

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or polices of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in ay way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X | |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X[3] | |
| 9. | Have you or any member of you family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Kingate Global assisted Claimant in the preparation of this clam form. Kingate Global's address is: c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands

---

[3] Claimant granted Kingate Global discretionary authority to execute securities transactions with the broker/Debtor. Kingate Global's address is c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands. Kingate Global's telephone number is (284) 494-5239.

[856340-1] 3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  13 May 2009                     Signature _____
                                                Assistant Secretary
                                                Barfield Nominees Limited

Date _____         Signature _____
                                                Siobhan McConville
                                                Director

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX  75201

[856340-1]                              4

MWPTAP00455621

# Barfield Nominees Limited

PO Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA
Tel: +44 (0)1481 745000. Fax: +44 (0)1481 745052. Internet: www.Northerntrust.com

**Attention:** Irving H. Picard Esq
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Centre
2100 McKinney Ave, Suite 800
Dallas TX 75201

Dear Sir,

**Re: Barfield Nominees Limited a/c 18141**

Please be advised that Barfield Nominees Limited a/c 18141 is an account held on behalf of Mr Simen Vier Simensen.

If you require any further information, please do not hesitate to contact the following:

Elaine Doughty: Tel +44 1481 745563
Siobhan McKenna: Tel +44 1481 745561
Email: corpeventsfof@ntrs.com

Yours faithfully

Elaine Doughty
Barfield Nominees Limited

Wayne Rihoy
Barfield Nominees Limited

Assistant Secretary
Barfield Nominees Limited

Siobhan McConville
Director

**Please advise us immediately if all pages are not received**

*This fax is confidential and may also be privileged. If you are not the intended recipient, please notify us without delay and ensure that it is not copied or used for any purpose. Its contents should not be disclosed to any other person.*


Northern Trust

MWPTAP00455622

# Barfield Nominees Limited

PO Box 71, Trafalgar Court, Les Banques, St Peter Port, Guernsey, Channel Islands, GY1 3DA

### SIGNATORIES AUTHORISED PURSUANT TO A RESOLUTION OF

### THE BOARD OF DIRECTORS

### DATED 26 AUGUST 2008

```
CERTIFIED TRUE COPY
    [signature]
DIRECTOR/SECRETARY
```

### SPECIMEN SIGNATURES


Northern Trust

MWPTAP00455623

**DIRECTORS**



| Carl Berryman | Daryl Tapp | Joy Van Katwyk |
| Karen Morpeth | Keith Stubbington | Lynn Naftel |
| Meloney Cohu | Paul Dallamore | Shaun Baker |
| Siobhan McConville | Siobhan Mckenna | Steve Watts (CANCELLED) |
| Wayne Rihoy | Wes Baker | |













CERTIFIED TRUE COPY

DIRECTOR/SECRETARY

## ASSISTANT SECRETARIES

| | | |
|---|---|---|
| *[signature]* | *[signature]* | *[signature]* |
| Anne Le Lievre | Claire Barnes | Colin Moore |
| *[signature]* | *[signature]* | *[signature]* |
| Elaine Doughty | Emily Dawson | Lucy Wallace |
| *[signature]* | *[signature]* | *[CANCELLED]* |
| Maxine Cooney | Neil Blakely | Richard Walker |
| *[signature]* | | |
| Sarah Brouard | | |

**CERTIFIED TRUE COPY**
*[signature]*
DIRECTOR/SECRETARY

can I get
the tracking no
pls. ?
thx
elaine x5563

MWPTAP00455626



Northern Trust
(Guernsey) Limited
PO Box 71
Trafalgar Court, Les Banques,
St Peter Port, Guernsey
Channel Islands GY1 3DA

**Northern Trust**

IRVING H. PICARD ESQ

TRUSTEE FOR BERNARD L. MADOFF

INVESTMENT SECURITIES LLC

CLAIM PROCESSING CENTRE

2100 MCKINNEY AVE

SUITE 800

DALLAS TX 75201

U.S.A.

)( ――――――――――――――――――― X

Please immediately confirm receipt
of these documents to

corpeventsfof@ntrs.com
cc: eo19@ntrs.com.

TEl: +44 1481 745563
~~Fax~~: +44 1481 745052.
Attn: Elaine Doughty


18141

MWPTAP00455627



MWPTAP00455628