KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendants*

Hearing Date: September 14, 2022
Opposition Date: June 27, 2022
Reply Date: July 27, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br><br>Plaintiff-Applicant, )<br><br>v. )<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, )<br><br>Defendant. ) | **Adv. Pro. No. 08-1789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re: )<br><br>BERNARD L. MADOFF, )<br><br>Debtor. ) | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>Barfield Nominees Ltd. and Northern Trust Corporation, )<br><br>Defendants. ) | **Adv. Pro. No. 12-01669 (CGM)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") listed on **Exhibit**

**A** attached hereto will be held on **September 14, 2022 at 10:00 a.m. (Eastern Time)**, or as

soon thereafter as counsel can be heard, before the Honorable Cecilia G. Morris, United

States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York,

New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Court's

directive, all hearings will be conducted remotely pending further Order of the Bankruptcy

Court. All parties who wish to participate in the Hearing must refer to Judge Morris's guidelines

for remote appearances and are required to make arrangements to appear via ZoomGov. For

further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further

instructions regarding remote appearances via ZoomGov can be found on the Bankruptcy

Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that opposition to the Motion must: (i) be in

writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy

Rules for the Southern District of New York; (iii) state with particularity the legal and factual

basis for such opposition; (iv) be filed with the Bankruptcy Court, with a copy to chambers; and

(v) served upon the parties specified in the Motion, so as to be received no later than June 27,

2022. Replies in further support of the Motion shall be filed by July 27, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained

through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a

PACER password, which can be obtained on the PACER website at www.pacer.gov.

[*Remainder of page intentionally left blank.*]

Dated:  April 28, 2022
New York, New York

                              /s/ Anthony L. Paccione
                              **KATTEN MUCHIN ROSENMAN LLP**
                              50 Rockefeller Plaza
                              New York, NY 10020
                              Telephone: (212) 940-8800
                              Facsimile:  (212) 940-8776
                              Anthony L. Paccione
                              Email: anthony.paccione@katten.com
                              Mark T. Ciani
                              Email: mark.ciani@katten.com

                              *Attorneys for Defendants*

## EXHIBIT A

### Motions

1.  Notice of Defendants Barfield Nominees Ltd. ("Barfield") and Northern Trust Corporation's ("Northern Trust,") Motion to Dismiss the Trustee's Complaint [Docket. No. 21468]

    i)  Related: Defendants Barfield and Northern Trust's Memorandum of Law in Support of Its Motion to Dismiss the Trustee's Complaint [Docket No. 21470]

    ii) Related: Declaration of Anthony L. Paccione in Support of Defendants Barfield and Northern Trust's Motion to Dismiss the Trustee's Complaint, and all exhibits thereto [Docket No. 21469]