KATTEN MUCHIN ROSENMAN LLP  
50 Rockefeller Plaza  
New York, New York 10020  
(212) 940-8800  
*Attorneys for Defendants*

Hearing Date: September 14, 2022  
Opposition Date: June 27, 2022  
Reply Date: July 27, 2022

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>     Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br>     Defendant. | **Adv. Pro. No. 08-01789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>     Plaintiff, <br><br> v. <br><br> Barfield Nominees Ltd. and Northern Trust Corporation, <br>     Defendants. | **Adv. Pro. No. 12-01669 (CGM)** <br><br><br> **ORAL ARGUMENT REQUESTED** |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2022, the: (i) Notice of Motion to Dismiss of Defendants Barfield Nominees Ltd. and Northern Trust Corporation; (ii) accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Trustee's Complaint; (iii) Notice of Hearing; and (iv) Declaration of Anthony L. Paccione in Support of Defendants' Motion to Dismiss the Trustee's Complaint, and Exhibits A-I thereto, were served by filing them with the Court's

Electronic Case Filing System. Notice of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: April 28, 2022
New York, New York

                                          Respectfully Submitted,

                                          */s/Anthony Paccione*
                                          **KATTEN MUCHIN ROSENMAN LLP**
                                          50 Rockefeller Plaza
                                          New York, NY 10020
                                          Telephone: (212) 940-8800
                                          Facsimile: (212) 940-8776
                                          Anthony L. Paccione
                                          Email: anthony.paccione@katten.com
                                          Mark T. Ciani
                                          Email: mark.ciani@katten.com

                                          *Attorneys for Defendants*

TO:    All Counsel of Record