# EXHIBIT B

## SIPC v. BLMIS

Case No. 08-01789 (CGM)

### ACTIVE GOOD FAITH CASES[1]

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Case pending in S.D.N.Y. Jury Verdict in Favor of Trustee (Outside Report Period)[2] |
| 10-04362 | Sage Associates, et al. | Case pending in S.D.N.Y. Judgment in Favor of Trustee (Outside Report Period).[2] |
| 10-04394 | Frederic Z. Konigsberg, et al. | Parties engaged in mediation. |
| 10-04400 | Sage Realty, et al. | Case pending in S.D.N.Y. Judgment in Favor of Trustee (Outside Report Period).[2] |
| 10-04438 | Estate of Seymour Epstein, et al. | Appeal withdrawn in S.D.N.Y. (Outside Report Period)[3] |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. | Judgment entered in favor of Trustee |
| 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. | |
| 10-04503 | Judd Robbins | Defendant's Chapter 7 Bankruptcy pending in the U.S. Bankruptcy Court, District of Idaho, *In re: Judd Robbins*, Case No. 21-20284-NGH |
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. | |

[1] Ten cases were settled and the parties entered into settlement agreements during the Report Period. *See Picard v. Robert E. Ferber*, Adv. Pro. No. 10-04562; *Picard v. Patrice Auld, et al.,* Adv. Pro. No. 10-04341; *Picard v. Bernard Marden Profit Sharing Plan, et al.*, Adv. Pro. No. 10-05168; *Picard v. S&L Partnership, a New York partnership, et al.*, Adv. Pro. No. 10-04702; *Picard v. James P. Marden, et al.*, Adv. Pro. No. 10-04341; *Picard v. Charlotte M. Marden*, Adv. Pro. No. 10-05118; *Picard v. Marden Family Limited Partnership, et al.*, Adv. Pro. No. 10-04348; *Picard v. The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al.*, Adv. Pro. No. 10-05124; *Picard v. Samdia Family L.P., a Delaware Limited Partnership, et al.*, Adv. Pro. No. 10-04750; *Picard v. Lanx BM Investments, LLC, et al.*, Adv. Pro. No. 10-04384. The Bankruptcy Court has closed all of these matters.

[2] *See Picard v. Sage Associates*, No. 20-cv-10057 (AJN) (S.D.N.Y.); *Picard v. Sage Realty*, No. 20-cv-10109 (AJN) (S.D.N.Y.); *Picard v. RAR Entrepreneurial Fund LTD*, No. 20-cv-01029 (JMF) (S.D.N.Y.); *Picard v. Zieses Investment Partnership*, No. 20-cv-02872 (VSB) (S.D.N.Y.).

[3] *See Picard v. Estate of Seymour Epstein*, No. 21-cv-02334 (CM) (S.D.N.Y.); *Picard v. The Gerald and Barbara Keller Family Trust,* No. 21-cv-08678 (JPO) (S.D.N.Y.).

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Appeal pending in S.D.N.Y.[3] |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Summary Judgment motion pending before this Court |
| 10-04610 | The Whitman Partnership, et al. | Defendants' Chapter 7 Bankruptcy pending in the U.S. Bankruptcy Court, Middle District of Florida, *In re: Bernard Whitman and Judith Whitman*, Case No. 8:21-bk-03867-CPM |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | |
| 10-04667 | David Gross, et al. | |
| 10-04669 | Zieses Investment Partnership, et al. | Case pending in S.D.N.Y.[2] |
| 10-04709 | Andrew M. Goodman | Motion to Withdraw the Reference pending in S.D.N.Y.[4] |
| 10-04752 | Kuntzman Family LLC, et al. | |
| 10-04762 | James M. Goodman | Summary Judgment motion pending before this Court |
| 10-04889 | Estate of Robert Shervyn Savin, et al. | |
| 10-04986 | Sharon Knee | |
| 10-05079 | Estate of James M. Goodman, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.**Error! Bookmark not defined.** |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | |
| 10-05128 | JABA Associates LP, et al. | Appeal pending in Second Circuit[5] |
| 10-05144 | Estate of Bernard J. Kessel, et al. | Parties engaged in mediation |
| 10-05169 | Fairfield Pagma Associates,et al. | Judgment in favor of Trustee |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | |
| 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | |
| 10-05394 | Glantz | Defendant's Chapter 7 Bankruptcy pending in the U.S. Bankruptcy Court, Northern District of California, Case No. 20-30749 (DM) |
| **Total: 28** | | |

[4] *See Picard v. Goodman*, No. 20-cv-04767 (MKV) (S.D.N.Y.); *Picard v. Estate of James M. Goodman*, No. 21-cv-01763 (ER) (S.D.N.Y.).
[5] *See JABA Associates LP v. Picard*, 21-872 (2d Cir.).