# EXHIBIT
# A

# Curriculum Vitae

Hervé LECUv ER

*18 rue Tiphaine, 75015 Paris, France*
*Tel. + 33 6 80 45 40 78*
*E-mail . hervelecuyer@hotmail.com*
Born on 30 May 1966, in Lorient (France)

---

Pkt4FESSOll II LA W
PROF ESSO R AT ENI VERS ITY PANTIJÉON-ASS s PAPI s II (PA Rs)
LA W Y L R

---

## RESEARCH AREAS

Civil lac

C'eneral commercial law

€/om{ any law

1.nsralvency lac

Insurance Law

---

## UNIVERSI'TT COURSE

2002-2014: Professor at University Pan theron Assas (l°aris 2) (l'rance)

2000-2003: l9elegate professor at University Saint jnseph in l3eyrouth (Lebanon)

1997-2000: Uro fc:ssor at University l°aris XII (l'rance)

1595-1997: Professor et University 'orclcaux TV (firancc)

1

1995: Successfully passeel the competitive aggregation exarninstion in I'rivate flaw (Vice Major)

1994: 1. ecturer at University Panthcon ‹\ssas (F'rancc)

1993: doctor of law. 'f'hesis entitled; "the general theory of obligations in patrimonial farriily law", under the supervision of C,. Cornu. I.valuation: Very honourable unth jury cr npratulations. Thesis award of Univetsity t°anthéon-/\ssas; l'hesis award of kJigh Cciuncil ⟨⟩Y French Rotaries

**1989:** Postgraduate degree (CFA) in procedural law -- University I'anthéon- \ssas —bivaluatiran: Cooct

1988: Postgraduate degree (DE \) in general private law — University Panthéon Assas

---

## EDUCATIONAL ACTIVITIES

### Education provided since 2005

i3usiness law, I'ostgraduate course in banking and finance (Malistere Barictue f-inance)

Distribution and cr›mpetition law, Postgraduate course (Dâ \) in business law

I-\ronomic procedural las, l*ostgraduate course (Master) in arbitration law (1*aris 2)

Ub'lipatitans, tc secrncl year stuclen re (Liccm c 2c annec) (1°aris 2)

Insuratice law, to fourth year str clcnts (Master 1) (Haris 2)

Insurancc law, Insurancc course (Master) (l"sris 2)

Introductory C?ourso in law, l°ersons, Goods, to hirst year studcrits (I.icenoc 1'" anriée) (I'aris 2

RLatrimonial property law, to fourth year students (lVtaster 1) (Paris 2)

Every day transac irons (l'rofessional training centre of Haris notaries)

## SCIENTIFIC ACTIVITIES

### Publications (books, articles and comments of caselaw)

### Books

The Insolvency act, article by article, with 1 .-X. 1.ucas, LCDJ, October 2006

4'hc limited liability company in practise, with Λ. 1.ecourt, Lextcn so, 2012

The entrepreneur and his patrimonies, with X. Eoutiron and C. îvlarechal, Lcxtenso, 20t2

Special c‹intracts, in d'reaty of civil law, under the supervision of J. Ghestin, LGDj, 3"' cd., in cooperation with J. I-Iuet, G. Dccocq, C. Grimaldi, 2013

Law of obligations, French law, Lebanese law, European anal international perspectives, with fi'. Narnmour, R. Cabrillac and S. Cabrillac, J3niylant, Delta, LGDJ, October 2006

Matrimonial regimes, Successions, C‹ifts, Lamy, 2003, ro-led wtth D. Beignier and K. Cabrlllac

Property law, I3alloz, 20()2, with C/. (Saron

Law of obligations, Cours du Droit, 1997

### Articles and comments of caselaw (partial list}

Company law

€?riterias to becornc a shareholdcr in casc of contribucions of corninon goods, Buh. Jol) Oct. 2012, ¡a. 718.

Invalidity of a com}9any's act and codification rif estaLlishcd law, Eull. Joly, Sept. 2012, p. (i19.

IGVàlÍÒi  MCtioFl àtld Qr€SCti₁∞.„   Of a transfer of shares, Eull. Joly, June 2()i 2, p. 475

C‹atisequcnces of the separation of shareholdcr spouscs vis a-vis thirci partits, C‹az. Pal. 25 Rfarch 2011, p. 23.

Stocl‹-opcions' fate in casc of divorce, j€/l° cd. N, January 2009

1*rice revision clause, Droit ct |aatrimoine, November 2008

Circulation of liability guarantees and of arbitratiⁱn clauses, with D. Poracchia, Drcⁱit ct patrimoine, January 2008

Monthly article relating to "Gcneral company law" in t?roit dcs sociétcs until Novernber 2007

Comment of the law on small and medium size companies of 2 August 2005: Droir dcs socictés, Oct. 2005

Comment of articles of thc order of 23 March 2004 regarding limited liability companies, Petites Affiches, IN April 2004, p, 4

Class actiⁱn and companies —Compensation, is Interests of a class action in company law, PUF, 2004, p. SS

Update of companies' activity frame: necessity to diversify the shareholdcrs' cⁱintrol, ie Adjustment of company law to new firms' needs, Beyrouth, 2()04

(Civil liability and business law, 2 ravaux de l'Université dc Tunis I, 2()04

I fondling of sharcs, Bull. Holy, March 2005

Enforcement of peaceful posscssion guarantees in share transfcrs, Dr. societés May 2007

\Vaiver of immediate eligibility of the account balance b) voting a general meeting resolution, Droit ales societcs, Oct. 2006

Rlistak.e in the denomination of a legal re} rescntative, 19rⁱ,it dcs sⁱaciétcs, CJctober 20f}6

Warranty of quiet possession in share transfers, Bull. Joly, July 2006, § 192, p. 965

Consequences of an abuse of majority, Droit des sociétés, August 2006

I"ate of personal ₛⁱ arantees in case of merger of the creditor or the dcl ter company: Droit ches sociétcs, l'eb. 2()06

Setting of the shsre transter price by expert aoct adversarial |arinciple, crarnment under Cass. com., 19 Apr. 2005, ICI° I'id. I', 22 September 2()(J5, t390

hate renewal bf the liquidator's mandate in a limited lisbility company: J€/I' éd. I', 9 March 2006, 1412

Comment under Cass. com. 12 May 2004, ICI° I'd,   , October 2()04, n° i512 (approval rⁱf a share transfer after dissolution ⟨ f a limited liability company)

Comment under C\ l°aris, 7 May 2004, liullctin Joly, January 2()()5, p. f)6 (stock-options)

4

**Bankruptcy law**

"l'he Insolvency act article by article, vnth f'.-X. Lucas, Petites \ ffiches, 2 special publications, February 2006

Study on international bankruptcy, Journal dcs Sociétés, July 2005

Insolvency in French-Lebanese comparative law: refiirm prospects, Beyrouth, March 2004, publications of CFiDROMA, 2005

Bankruptcy proceedings and Matrimonial funnily law, Les Petltes ∧ ffichcs, May 2003

Joirit-ventures and bankruptcy, comment under Class. ents. lS March 2005, Bull. J oly, Sept. 2005, p. 949

Bankruptcy law: report on recent developments in caselaw, with ï'.-X, I.ucas, t†" livraison i Petites affiches dated 16, 17, t S, 19 t'ebruary 2004 ; 2" livraison la Petites affiches des 4, 5, 6 ∧pril 2005

**Law of obligations**

‹\uthen ticity, J CP N Dec. 2013.

I.as of obligations half y‹:ar report, with J. '. Seube, ltepertoire du Notariat Defrénois

Io a market share liabihty: LI° Y 22 May 2012, p. 3.

The law reforming the statute of limitations (with Cl. Brenner), JCP E, February 2009

l'ersonal recovcry procecdings ariel couples, in ha |arocédurc dc rétablissement personnel. l°rerriiéres applications, (?c ntrats, concurrence, c‹ nsommation, €9ctober 2t40û, p. 25.

f'ate of "claim" clauses: clauses deemccl to be unwritten and main tain in force ‹af the redacted contract, Droii: ct {aatrimoine, June 2()()5

'I hc contiact in I..‹°foanon in 2001, J.es conférences du Cî I-.Dltr9 ét Y, volume 1, E iniylan t, 2004.

C?ontcmporary trends of rhe civil liability law in l*rance and I..ebanon, 'T'ravaux ct jr url, ›\utumn 20t)1, p. 131.

The contract, forecas ting document: Rlélanges 1-'r. I'errc, 1999

Unilateral amendment of the con tract, / U nilatéralisme ct droit Yes ‹obligations, Dalloz, 19J9

^°•ŗ•° ••••]ity principle and termination of the c‹intract: I..es [Petites \ ffiches, 30 Sept. t998

Redefining the binding force of the contract, Les petites \ ffiches, 6 Islay 199S

30 yeacs ficbi1iry pcrioct: ] uris-C?1«sscur civil, \tt. 22ñ0 t‹› 22G4

Medical liability, /n Le consotnrr+at eur ct ses contrats, Juris Classeur, 2002

## Intellectual property

Compensation of the damage sustained further counterfeiting: how the new law is perceived* , C›az. Pal. 10 I I June 2011, p. 15.

Compensation of the damage sustained further cdiuntcrfeiting, Gaz. I'al. I°roprieté industrielle, n° i, 2008

 he anti-counterfeiting bill, Ciaz. Pal. Propriété industrielle, n° 2, 2007

## Patrimonial family law

1.ife insurance and patrimonial family law, Rev. Lamy dr. civ. Dec. 2()13, p, SS.

l*atrimonial family law news, Itev. Lamy dr. civ. Dec. 2012, p. 23.

'I'he entrepreneur's div‹irce, with X. liouñron, Droit r•. l›atrimoine, z\pri1 2012, p. 2ñ.

Concealment of community, the clePendant's burden of prool, I3ull. J oly CJct. 2011, p. 752.

Misappropriaticin apains t a mutual agricultural land grou}iing: inapplicability of the penalty of the estate handing, I3ull. J oly Sept. 2(11 i, p. 6SO.

1 irm and family (‹\ctes du C?olloque de l'associatitin l3ttiit ct €? ommerce, Deauvill‹:, \prd 2011), Coax. l*al. 18 May 2011, p. 31.

Separation of marricci shareholders: ctinse‹|uences ‹a( the se[9aratir,n tif spouses vis-a-vis third parties, Claz. 1°a1. 2(i11

C.‹imments run r\rticle 26(i of the i rcnch Civil (.‹ldc, Ciaz. I'al. $ept. 2010

V° Disposable l°orti‹in, Répertoire civil Dalloz, January 2005

\Vbich matrimonial regime for which situation and which aim*, Droit ct pxtrimr›ii3e, (October 2004, p. 52

€ieneral law ref obligations to rescue de facto spoust:s and partners, Rev. Lamy drr›it civil, May 2004, p. 7l

Overview of gifts 2003, Itev. Lamy Droit civil, May 2004, p. 59

Utility and opportunity of separation as to property and partn‹:rship ol acquests, Revue 1.amy de dr‹iit civil, April 2004

6

Gifts out of legal formalis m, Droit et patrimoine, May 2003, p. 92

Compensatory allowance and sworn statcmetir, Drtiit de la famille, i\pit 20t)3

'I"he minor's es tate, Gaz. Pal. 2003, 21-22 March 2003

The sworn statement, Droit dc la farnillc, February 2003

The entrepreneur's knowledge of his marital status: observation and remedies, Les Petites
Affiches, July 2002.

Special irrevocabilit y of gifts, Mélanges P. Catala, 2001

'I'he law N. 2000-396 of 30 June 2000 on compensatory allowance in case of divorce: Dr.
farnille, Sept. 2000, chron. 17

Comments on alternative and optional gifts: Dr. Camille, i\pril 1999

Action pauliennc, thir* ᵣ arty proceedings and final agreement in the divorce after joint
petition: Dr. famille, February 1998

I'he multiple debt‹irs of the maintenance obligation: Dr. famille, feb. 1997

l9uration ‹if the compensatory allowance: Dr. Camille, Nov. 1996

**Asset** management **— Insurance**

Life insurance and patrimonial fariuly law, Itev. 1.arriy dr. civ. D ec. 2013, p, 55.

\dvance transmission of estate anti longcr life expectancy, J CI° N 2tll3, p. 49.

I.ufe insurance and protect‹»n of the surviving member ol the cou plc, /\J f'arrul1e, September
2006

I'ate ol "claim" clauses: clauses deemed to be unwritten and main tain in force ‹if the redacted
crintract, I3roit ct patrim‹iine, June 2()tlS

U sufruct r›f the portfolio securities, Dr‹,it et patrimoine, I\'fay 2005

Caselaw in favor tif the survcy of life insurancc (commenté of decisions rendcred by the
chambre mixte of the €.our dc cassation nn 23 November 2004), droit de la famille, lvlarch
2005, chronique, p, t1.

Reserved portion and intergenerati‹inal transmission: pros of life insurance, Droit ct
patrimoine September 2004, p. 72

I..ife insurance, gifts arid inheritance law: a controversial topic: Dr. farnille, N ov. 1999

Life insurance, gifts and inheritance law: I ngénierie patrimoniale, December 1 09S

Civil customers: 2ᵉ journées nationales de l'a\ssociation H. Capitant, 1998

Real estate lending anet patrimonial family law: Les petites \ffiches, 29 r\pril 1908

## E-commerce

Monthly report regarding firms, Revue Commerce, Communication clectronique, 1-exisNc0s (2005-200d).

## Arbitration

Abusive recourses against arbitral awards: examples of the judge disapproval, Rev. arbitrage 2006, p. 573

Publication on arbitrator's compensation, Rev. arbitrage 2003, ri° 4

Publicatit n on conflicting grounds in internal and international arbitration: Rev. arbitrage 2002, n° 1

Publication on arbitration and patrimonial family law: Rev. arbitrage 2002, n° 3

## Individuals laws

Seven years of reports and publications in the Revue Droit de la farnillc, mcnsuel Yes editions edu J uris-chssen r

The individual's identity, Petites Affiches, 2004

\Tedding and cc ntract, /'s l.c contractualisation de la famille, f\conornica, 2001

Legal concept of the couple: introducing report, Economica, 1998

4'hc tutsre r>f rhc recoclification of family law: t9r. farrulle, June 1997

## Irite rnational private law

CioHificatirn of international private law, l'ravaux de l'Université de la Reunion, 2004, p.

Matriinr>nial regimes: International [private law, an exarriple of internal law? Les l'etitcs Affiches, 200a

Miscellaneous

ñc›i a 24 hours aggregation course (Auth J. F. Cesaro, 1°.-Y. Gauljer, Ch. Masquefa-Ncau-Leduc, Uh. Stoffel-Munck), Dalloz, February 2004, Point de vue

€îo-writing of the collective work, Le discours et le code, I°ortalis, deux siècles après le code na|ao1éon, Litec, 2004

he Lebanese Constitutional Council: guardian, regulator, protector, I   Le Uonseil Constitutionnel libanais, CfiDROW\, 2003

## Communications, Confcrences and reports

duty to achicve a specific result and duty où best efforts, Toulouse, January 2014

Dioethics and gendcr, ha Réunion, December 2013

Nuptial agreements, 1"aris, L9ecember 2013.

3'he place of experts in cüverse judicial systems, Paris, Dec. 2013

Authenticity, Versailles, NovemLer 20J3

BO'1 con riacts, Beirut i'rancophone Book 1'air, November 2013

1.ike insurance news, Paris, Chet, 2013

Ideal es tatc com{ anics ariel. hfc i.nsurancc, 1'aris, Chet, 20'1 ñ

    x‹ rcism ariel law, /\ix-cri-I*rovcnce, Sc{arcmber 201?

Life insurance and irihcritarice, l°aris, Oct. 2013

l'arnily ant social ties, Aix-en l°rovctace, (Oct. 201s

1.ile insuranc‹: and patrimonial farnil) law, (?hambcry, Sept. 2()13

Bankruptcy and patrimonial family law, Strasbourg, Sept. 2013

Real estate companies, La Baule, April 2013

 Association law and business, I9eauville, 7\pril 2011, I"irm and family

General meetings in family law, 1'aris, I ebruary 2011, Separatism of shareholders s}eouses

(General meetings in family lac, Paris, february 2010, emergen cics regarding matrimonial regimes

Summary report of the 105th Conference of notaries, Lille, May 2009

Order of 18 December 2008 reforming the insolvency Act, Journal des sociétés, 9 P'cbruary 2009

'I he reform of time limitation periods law, Congrés Pavilion IOauphinc, 9 Deccmber 2008

7 he real estate company, Rlntinee LexisNexis, 8 t9ecernbet 2005

News regarding life insurance, Clermont-Ferrand, 26 and 27 November 2005

lteform of time limitation periods, Journùe LexisNcxis, 24 November 2008

Shareholders' agreements, Journal des sociétés, l8 November 2008

Round table, colloque Jean Carbonnier, Sénat, 5 Novcmber 2005

l'he counterfeiting reform, Co11oque Caen des experts judiciaires, 24 October 2005

I he ?unisiati Civil and Obligations Code and the projects of reform rɔf the law of obligations, USA, Beyrouth, 2S October 2006

Life Insurance, Convention nationale des Barreaux, Lille, 17 October 2008

Warranty clauses in shares transfers, Borcleaux, i ñ Act. 2(1(IS

News regarding life insurance, (?olloque lhemes, I(1 October 2f)f48

l°roduct liability, Journce l.exiNexis, September 2008

Price revisioti clausos, in L.es garanties lors dc l'acquisiti‹iii du controle d'une société, 1:S€?P, Septeirber 2008

News tegarding lilc insurancc, CR1I0ON, I°aris, 14 May 2()()S

Compensation of damages sustained further to counterfeiting, Colloque Unifab, April 2005

d'he lew of 17 Deccmbcr 201)7 rcforrning life insurance, I°aris, L..amy, 20 february 20(CS

€?ontractua1 and mort liabilities, C?ambridge, t9 l'ebruary 20()S

I°ers‹ nal guaranty and corripany Law, Colloque \ONU, Nimes, 7 ÿcbruary 2()()S

Analysis of the enforcement of the refrarrn of security law, I°au, 25 January 2008

"l'he influence of the t'rench civil Code in kuropc, ›\ssociaùon Capitant, 3 I3cccmber 2007

i\sscssrnent rit the damage further to coun terfeiùng, Galette du P:il:iis, 22 Novembcr 2007

News in company law, Bulletin J ol), 12 October 2007

News regatding life insurance, Lamy, l'aris, 4 October 2007

Managers' liability, I.<xisNexis, Haris, 26 September 2007

News in company law, Journal des sociétés, Paris, .30 Jsnuary 2007

News in family law, université Paris 2, 11 January 2007

Shared gifts, conference in Nice, 24 September 2006

The new debtors, in Le nouveau droit de l'entreprise en difficulté, colloque Lille, 22 June 2006

*de ïo rrn* tif economic ptoccdural law, i* Réformer le droit, colloque i'vlontpellier, May 2006

News regarding life insurance, Hôtel Meurice, May 2()06

Centenary of the I unisian €îivil and €9bligations Code, 'l'unis, r\prd 2006

Summary of the llegional £i niversity of Notaries, l°al ais des C?ongres, Paris, March 2006

'l'hc Insolvency Oct, f?ollrɔque annuel des l'eti tes affiches, l°aris, l'vfarch 2006

'l'he Insolvency Act: f.a ltéunion, february 20()6

Conference on penalty, 'l'unis, à, 4, 5 December 2005

journées I .amy l9roit civil, l°aris, 2 IOecernber 2003

'l'wo centuries ref evolution for the french Civil C.ode, Stexico, tion terrey, üeptember 2005

I°rcscntati‹in of the programme I:'dudroit, I°aris Sorbonne, 13 June 2005

The Personal rccovery {erticeeding, M‹intpellicr, 10 June 2005

Un fair competition ancl parasitism, l'arîs, 9 june 2005

I°rotection of the vulnerable spouse by french }eatrimonial family law, £i/Aivt, Québec, 28 \gril 2d05

4'hc image righ ts of public parsons, i* I.e patrimoine des personnes pu bliques, I.a Réunion, 19 and 2(1 /\pril 2005

Division or property: usufruct and shares portfolio, 29 Marchs 2()()5, l°aris

'the divorce reform, Inter juris, i S March 2005, Paris

11

life insurance contracts: cJualification and tcqualification of the contract, 16 December 200't, I'aris

I'ormalism and company law, Tunis, 10-13 Dccemk'et 2004

Gifts anal traps of the law of 26 Stay 20()4, Colloque Lamy des 3 and 4 I0ecernber 2004, Paris

State justice and religious alternative dispute resolution process, Institut du Monde Arabe, Paris, 15 November 2004

C/hoice of the legal form of a company, Paris, 13 October 2004

life insurance and intergenerational transmission, Journéc Fidroit, june 2004

family patrimony, New opportunities, Legal and tax as{sects, La lettre dcs juristcs cl'affaires, June 2004

Annual day o I the €.Centre de formation Yes Notaircs de Psris, June 2004

Parental authority and judges, Collcique Rlontpellier, 27 May 2004

I-loosing, Summary report, Collnque Rlpntpel Iier, 3 May 2004

Opportunity ç,f introclucing class action in F'rench company law, Amiens, March 2(1(14

I804-2004: Evolution of con tract law, Le Salon du I?vie, March 2()04

DanImptcy in French-Lebanese comp arative law: [perspectives of reforr:us, lic)'routh, lvfarch 2004

3. he person's idea tits, t?ollnc}ue 1°etites \ ffiches, Haris, I.'ebruary 2()04

€\ivil liability anti business lsw, 'I'unis, I)ccember 200a

N eccssity to diversify companies' control? I3eyrou th, Dccembrcr 200.5

I"unclametital righ ts and European law, Ocyrouth, November 2003

Codification of international privet tc law, La Rcunir n, 09ctobci- 2t4l)3

Copyright and general contract law, Paris, May 2003

I'he liberal business: Paris, November 2002

Equity in Eurc pcan law: Paris, October 201)2

Insolvency {Procedures and family patrimony: Nice, IVtarch 2002

General Jarinciples of contract law: Beyrouth, October 2001

Ciifts and creditors' protection: Rennes, Sep tcmber 2001

International family law: I'au, 2001

I.ebanese contract law: Beyrouth, ju ne 200a

\Veclding ancl con ttact; contractualisation of the family: Haris, 2000

Th<: P \CS (civil solidarity pact): Dissolutions of the Pt\CS: Lille 2000

Unllaterahsm and law of obligations, Paris, 1999

I°roportionality principle. and termination of the contract: Paris, 1998

---

## VARIOUS ACTIVITIES

jury member of the private law aggregation 2010-2011

r\ltcrnate chairman of the €?entral Hureau of Fee charges ministry of the I.conorny)f-

ormer director of the Study Centre of /\rab world laws (USJ Deyrouth)

Jury mcmb er of the National School of lvlagistrs tes entry exam from 1997 to 2000

jury member of the award of notarial offices from 2003 to 20()6

Member of the Henri Capitant Association

# Curriculum Vitae

Hervé LEC UYER

*18 rue Tiphaine, 75015 Paris*

*"E'-mail   he "rve "le 'c 'u   er@hotmail. com*
Né le 30 mai 1966, à Lorient (France)

---

AGREG2 DES LA CUI.TES DE DkOIT
PROFESSEUR A L'UNIVERSITE PANTHEON-ASSAS PARIS II
AVOCAT

---

## DOMAINES DE RECHERCHE

f3toit civil

Droit des sociétés

Dr( it des procédures collectives

IDroil: des assurances

Droit de l'arbitrage

---

## CURSUS   IVERSITAIRE

2002-2014 : 1°rofesseur a l'Université Panthéon Assas (Paris 2)

2000-2003 : 1°rofesseur délégué à l'Université Saint-joe cph, à Beyrouth (1.iban)

1997-2000 : Uro fesseur à l'Université l°aris XII

1995-1997 : Professeur a l'Université I3ordcaux IV

1

**1995** : Lauréat ctu concours d'agrégation de droit prive (Vice Major)

1994 : Maître de Conferences a l'Université Panthéon-Assas

**1993** : Docteur en droit. 'I hése intitulée : « La théorie géneralc des obligations dans le droit patrimonial de la famille », sous la direction de G. Cornu. Mention très honorable avec félicitations. Prix de thcse de l'U niversité Panthéon /\ssas ; prix de thése du Conseil supérieur du notariat

1589 : I9F\/\ Droit processuel — Université Pan théon-7\ssas — Mentirin Bien

1988 : D  \ Drolt privé C)énéral — Université 1°anthéon-/\ssas — Mention  f res mien

---

## ACTIVITES D'ENSEIGNEMEïstT

Ems ei  e              s de   s  00

Droit des /\ffaires (Magistcre banque F°inancc)

Distribution et concurrence,  DFî \ Droit des /\ffaires

droit processuel economique, Master Droit de l'arbitrage (1°aris 2)

Les obligations, Licence 2c année (J'aris 2)

Droit ches assurances, Master    (l°aris 2)

lOr‹ it des ›\ssuran cès, ÎVlas ter /\s8urances (l°arls 2)

Introduction au clroit, les |eersⁿnries, les biens, Licence 1°° annee (Paris  2)

Droit dès régimes matrimoniau x, Master 1 (l°aris 2)

/\ctes courants (€?entrc de formation prr fi:ssionnellc des notaires de l*arls)

---

2

## ACTIVITES SCIENTIFIQUES

### Ouvrages, articles ct notes de jurisprudence

### Ouvrages

La loi de Sauvegardc texte par texte, avec F. X. Lucas, LGDJ, octobte 2006

Lz pratique de la SARL, avec ì\. Recourt, Lextenso, 2012

L'entrepreneur et ses patrimoines, avec X. J3outiron ‹.t C. Maréchal, Lextenso, 2012

I..es Contrats spéciaux, in Vrai té de droit civil, sous la direction de J. Ghestin, LGDJ, 3' ecl,, en collabotation avec J. I luct, Ü. Decocq, C. Grimaldi, 2013

Droit des obligatirns, Droit français, droit libanais, Perspectives européennes ct intcrna tionales, avec f. N ammour, II. Cabrillac et S. Cabrillac, Bruylant, Delta, I.ADJ, octobre 200s

i(cgimes matrirn‹ niaux, Successions, I..ibéra1itcs, 1.smy, 2t)03, coclirigé avec Û. lieignier et R. Cabrillnc

Dn it des biens, Dalloz, 20()2, avec C?. Caron

Droit des obligations, Cours du Droit, 1997

### Articles et notes de jurisprudence (sélection)

/£OitdPB GOCltCÔS

/\ttribu tion de la quali1:é d'associé en cas d'apport de biens corrur uns, DulL J oly oct. 2012, p. 718.

Nullité des actes d'une société et codification à droit constant, Bull. Joly, sept. 2012, p.

\ction en nulLtc dc cession de droits sociaux ct prescription, Euh, Joly, juin 2012, p. 475 1.ès

effets de la mpture des époux associés à l'égard des tiers, Gaz. hal. 25 mars 2(1l1, p.

I.e er rr des stock-op tions en cas ete divorce, JCI° éd. N, janvier 2()09

3

ha clause de révision che prix, Droit ct patrim‹iine, novembre 200f›

ha circulation dc la garantie de passif et de la clause compromissoire, avec. D. Poracchin, Droit et patrimoine, janvier 2005

Chronictue mensuelle « Droit commun des sociétés » dans Droit des sociétés jusqu'à novembte 2l4O7

Commentaire de la loi PME du 2 août 2005 : Droit des sociétés, oct. 2005

Commentaire de l'‹ircIonnance du 2ô mars 2004 dans ses dispositions relatives aux S CML, Petites Affiches, l6 avril 2004, p. 4

Class action et societcs —1.'indemnisation, in l.'oppottunité d'une action de groupe en droit des sociétés, 1°UF, 2004, p. 83

Moderniser l'encadrement de l'activité de l'entreprise : faut-il diversifier les titulaircs du contrôle, fr L'adaptation du droit des socictes aux nouveaux besoins de l'entreprise, l3eyrouth, 2004

ltesponsabilité civile ct droit des affaires, l'ravaux de l'Université de 3'unis I, 2004

ltccel de parts sociales, J3ul l. Joly, mars 2008

Jeu de la garantie d'éviction dans la cession des droits sociaux, fr. sociétés mai 2007

Renonciation par le vote d'une résolutitin en assemblez, à l'exigilité immédiate du solde créditeur du compte courant, lOroit des sociétés, oct. 200 i

Lrrcur clans la denomination d'un reprcs en tant légal, Droit des sociétés, octobre: 2006

Garantie d'éviction ‹dans les cessions de parts sociales, Bull. ]‹ ly, )ui11. 200s, y\ l'72, p. '76S

Sanction cie l'abu s cle majorité, Firoît des sociétés, août 2()UR

Ü()rt cJu t?auti‹3rlrlel4ûcn( cl l cas de fuslon RbSol'pJJ o l l ll(? l;l S 9CiL te crcanciÛrc ou de la société débitrice : Droit des sociétés, fév. 200s

l'ixation du prix d‹: cession ‹le droits s‹ ciaux par expert et principe du con tradictoire, note sous Cass. c‹ rri., 19 avr. 2005, JCP éd. l', 22 septembre 2005, 1390

li.cnouvellement tardif du mandat du liquidateur anrable d'une ÜA : JCAP ed. ll., 9 mars 2006, 14 12

Note sous Cass. com. 12 mai 2004, j €ïl" éd. [', ‹octobre 2004, ri° 1512 (agrémen t d'une cession d'actL›ns postérieurement à la dissolution de la SA)

Note sous Cî?\ I°aris, 7 mai 20t)4, bulletin J‹ily, janvier 2005, p. 86 (stock options)

4

Droit **des procédures collectives**

Iri loi de Sauvegarde texte par texte, avec F. X. Lucas, Petites t ffiches, 2 numéros spéciau x, terrier 2006 .

Dossier faillite internationale, Journal des Sociétés, juillet 2005

La faillite cie l'entreprise en droit comparé franco-libanais : perspectives cie réforme, beyrouth, mars 2004, pubhcations du C lùROM \, 2005

I*roccdures collectives et droit patrimonial de la femillc, Les 1°ctites Affiches, mai 2003

Co-exploitation de l'entreprise et procédures collectives, note sous Cass. com. 15 mars 2005, Bull. J oly, sept. 2005, p. 949

Droit des entreprises en difficulté : chronique d'actualité jurisprudentielle, avec F.-X. Lucas, 1'" livraison i* Petites affiches des 16, 17, 18, 19 février 2004 ; 2" livraison in Petites affiches des 4, 5, 6 avril 2005

Droit des obligations

L'authenticité, J€îP N déc.' 201à.

Chronique semes trielle de *üioit* des obligations, avec J, B, Seube, au Répertoire du Notariat Defrénois

in route very ie market share liability ? 1.P \ 22 mai 2(112, p. 3.

ma réfotme de la prescription (avec Cl. l3renner), JCl° [:, février 2009

ma procéclure de rétablissement personnel et le couple, In J..a procède tu cie rétablissement pers‹ mel. l°rciniéres applic*tir›ns, (Contrats, concu rrcnce, consorrimation, octobre 2005, p. 23.

Le sort des clauses « réclamation » ou le répute non écrit et l'inexorable maintien cru contrat expurge, I3rr›it et patrimoine, juin 20(IS

I.e contrat tu 1.iban en 2(LOI, 1..es confcrences ‹tu Cl'.l9It(OiVti\, volume 1, Bruylant, 20(J4.

I es tendances contemporaines du droit cl‹: la r‹•sponsaÙilité: civile en t'rance et au liban, 'Fravau x et jours, antonme 2001, p. i 3l .

me contrat, acte de prévision : mélanges f•'r. 'Terre, t 999

ha modification unilatérale du contrat, fr U nilatéralisme et droit des obligations, D alloz, 1999

I.-e }9rincipc de proporûonnalitc et l'extinction du contrat : Lcs petites Affiches, 30 sept.

5

ltedéfinir la force tibligatoire du contrat ? Les petites ⟨\ffiches, ù mai 195

PrescripLion trentenaire : Juris-C*faiseur civil, art. 22û0 à 22G4

l.a responsabilité médicale, in Le consommateur et ses contrats, Juris-Classeur, 20tl2

**Propriétés intellectuelles**

Indemnisation du préjudice en matière de contrefaçon : comment la loi nouvelle est elle teçue ? , Gaz. Pal. 10-11 juin 2011, p. t5.

L'indemnisati⟨in du préjudice en matière de contrefaₛon, Gaz. Pal. Propriété industrielle, ri° l , 2005

ls projet de loi de lutte contre la contrefaçon, Gaz. l°al. Propriété industrielle, ri° 2, 2007

**Dtoit patrimonial de la famille**

›\ssurance-vie et droit patrimɔnial dc la famille, Rev. Lanny dr. civ. Déc. 2013, p. 33.

L'actualité du cÎroit patrimonial ⟨le la famille, ltev. 1.amy dr. civ. Déc. 2012, p. 23.

Le divorce de l'entrepreneur, aver X, Boutirrin, Droit et patrimoine, avril 2012, p. 26.

Recel de cornrnunau té, le fardeau probatoire du défendeur, Bull. J oly oct. 2011, p. 752.

Dctourncrnen t au préjudice d'un C f i\ : la sanctirin rlu recel succcssrɔraI ne s'applique pas, l3ull. Joly sept. 201'l, p. 680.

1:'ntreprise et famille (i\ètes du Cⅾ11oquc cie l'associatiɔn droit et Commerce, 13eauville, avril 2tl11), diaz. l°al, 18 mai 2011, |°

f.a rupture des époux associés : l.<s effets de la rup ture dès époux à l'égard des tiers, Gaz. Pal. 2011

t0bservations sur l'article 266 du C?ode civil, C*az. Pal. Sept. 2010

V° Quotité disponible, Répertoire civil Dalloz, janvier 2005

Quel regime matrimtinial pour ‹quelle situation et quel objectif ?, Droit ct patrimⅾine, octobre 2004, p. 52

Le droit commun des obligations au secours des concubins et partenaires unis par un P \CS, ltev. 1.amy droit civil, mai 2004, p. 7]

l°anorarria 20(l3 des Libéralités, ltev. I:.amy Droit civil, mai 2004, p. 59

Utilité et opportuni il du reyime lle scparation de *biens avec* société d'acquêts, Revue Lamy de clroit civil, avril 2004

6

Des donaticins échappent au formalisme legal, Drciit et patrimoine, mai 2003, p. 92

Vie la ʀ •cstation compensatoire en général et de la déclaration sur l'honneur en particulier, Droit de la famille, avril 2003

I e {aatritnoine du mineur, Gaz. l°nl. 2003, 2i -22 murs 2003

ha déclaration sur l'honneur, Droit de la famille, février 20t)ñ

ma connaissance par l'entrepreneur de son statut matrimonial : constat et remèdes, Les Petites Affiches, juillet 2002.

L'irrcvocabilité spcciale des donations, Mélanges I°. Catala, 2001

I..a loi ri° 2000 596 du 30 juin 2000 relative à la prestation compensatoire en matière dc divorce : Dr. famille, sept. 2000, chron. 17

Observations sur les donations alternative et facul tarivc : hr, famille, avr. 199?

\ction paulicnne, tierce-opposition et convention clé finitive dans le divorce sur requête conjointe : Dr. famille, fév. 1998

La pluralité de débiteurs de l'obligation alimentaire : Dr. famille, fév. 1997

I..a durée de la rente compensatoire : Dr. famille, nov. 1996

**Gestion de patrimoine — Assurances**

Assurance-vie ct étroit patrirncanial dc la famille, hey. l.amy dr. civ. hee. 21)t ñ, p. b5.

Transmission anticipée du patrimoine et allongement de la durée de vie, JCP N 2013, p.

Assurance-vie et protection cru membre du cou}ele survivan t, \J I"arnillc, septembre 20(4fi

Le sort des clauses « réclamation › ou le rupuru non écrit et l'inexorable maintien du contrat ex[eurpé, Droit et patrimoine, juin 2005

l.'usufruit cl'u ri portefeuille de valeu rs mobilières, Droit et | atrirnoine, mai 20()5

Promesses jurisprudcnùelles d'une longue vie a l'assurance vie (commentaire des arruts rendus en charnière mixte le 23 novembre 2004), Droit de la famille, mars 2005, chronique, p. 11.

Réserve héréditaire et transmission intcrgr.nérationne l l e : les atcauts de l'assurancc vie, Droit ct patrimoine septembre 2004, p. 72

zÀssurance vie, libéralité et droit des successions : retrɔur sur une question controversée hr. famille, nov. 1999

7

‹Assurances vie, hberalité ct droit des successions : Ingénierie patrimoniale, décembre

*1 s* Clientcles civiles : 2". journées nationales de l'a\ssociation Î-I. Capitant, 1998

Crédit immobilier et droit patrimonial de la famille : 1.es petites \ ffiches, 29 avr. 1998

Commerce électronique

Chronique mensuelle centrée sur l'entreprise dans la revue Commerce, €?ommunication
électronique, LcxisN exis (2005-2006).

Arbitrage

f°.xercicc abusif des voies cie recours contre les sentences arbitrales : de quelques
manifestations de l'ire du juge judiciaire, Rev. arbitrage 2006, p. 573

Note sur la rémunération de l'arbitre, Rev. arbitrage 2()03, ri° 4

Note sur la contradiction de motifs en matière d'arbitrage interne et i.ntemational : Rev.
arbitrage 2002, ri° i

Note sur l'arbitrage ct le droit patrimonial de la famille : llcv. arbitrage 20fJ2, ri° 3

**Droit** des personnes

Sep t annces dc chronic{ues et dc commentaires dans la R.cvue Droit de la famille, mensuel
des éditions du Juris-classeur

I.'identJte rte ls personnc, 1°etites /\ffiches, 2004

R.lariage et contrat, /'// I..a contractualisati‹ ri dc la famille, líconornica, 2001

.1.a tootion juridique de cou}ale : rapport introductif, l'conomica, 1098

I.e devenir de In recoclification du clroit de la fairulle : hr. famille, juin 1997

Droit international privé

ma codification du droit international privé, 'l'ravaux de l'U niversitc dc la Iléunion, 2004,

8

ltégimes matrimoniaux : Le droit international prive, modéle elu droit interne ? lles l°ctites i\ffiches, 2001

**Divets**

Priur la leçon d'agregation en 24 heures (avec J. f-. f?csaro, P.-Y. CJautier, Ch. Masquefa-Neau-Leduc, Ph. Stoffcl-Munck), Dalloz, février 2004, Point de vue

Participation à l'ouvrage collectif, Le discours et le code, Portalis, deux sitcles aprés le code napoléon, Litec, 2004

Le Conseil Constitutionnel hbanais : Gardien, régulateur, protecteur, i» lee Conseil Crinstitutionnel libanais, CÏÜD R€9MA, 2003

## Communications, Colloques et rapports

Obligation de résultat et obligation de moyens, T'tiulouse, janvier 201-f

Bioéthique et genre, La Reunion, décembre 2013

Les pactes nuptiaux, Paris, decembre 201.3.

ha place de l'expertis e dans 1‹:s différents systèmes judiciaires, Paris, ciéc. 2013

f.'authenticité, V‹:rsad1es, novembre 201.3

Les c‹intrats J3C9 I, âal‹in du hvre francnphone de i3eyroutÎi, novembre 201.3

z\ctualité de l'assurance-vie, l°aris, oct. 2013

S€î1 ct 7\ssurxn ce-vie, l°aris, oct. 2fi13

Droit et exnrcistne, ‹\ix-en-Provence, septembre 2013

Assurance vie et successions, Paris, oct. 201.3

1..ien familial et lien social, \ix-en-l'rovence, oct. 2013

Assurance-vie et droit l°•trimonial de la farrùlle, Chambéry, sep t. 2013

Procedures collectives ct droit patrimonial de la famille, Strasbourg, sept. 2013

Les SCI, La Eaulc, avrd 2013

i\ssociation Droit et (Nommer ce, Deauville, avril 2011, f.ntreprise et l"amille

I\tsts généraux du droit de la famille, Paris, février 20i1, La rupture des epoux associés

fitats gcncraux cĬu Art it de la famille, Paris, févricr 201a), Urgence et tcgimes rnatrimoniaux

Rapport de synthcse du 105' Congrès des Notaircs, Lille, mai 2009

L'ordonnance du 16 décembre 2(108 réformant la loi de sauvegarde, Journal des sociétés, 9 février 2009

La réforme du droit de la prescription, Congrcs Pavillon Dauphine, 9 décembre 2005

La SCI, Matinee I.exisNexis, S desembre 2008

L'actua1ité de l'assurance-vie, Clermont Ferrand, 26 et 27 novembre 2005

La réformc de la prescription, Journcc LcxisN exis, 24 novembre 2008

Les pactes d'actionnaircs, Journal des sncictes, 1S novembre 2005

'fable Ronde, colloque Jean Carbonnier, Sénat, 5 novembre 2008

ha réforme de la contrefaçon, Colloque Caen des experts judiciaires, 24 octobre 2005

he COA? ‹I les projets de réformes du ‹lroit des obligations, USD, Beyrou th, 23 octobre 20()S

L'assurance-vic, €?onvcntion nationale des Barreaux, 1.ille, 17 c›ctobre 2008

I.es clauses de garan tie dans les cessions de Hroits sociaux, 'ordeau x, 1 6 r›ct. 20(J8

Actualité de l'assurance vie, €?o1lo•ɪ•e Rennes, I II oct‹abre 2008

1..a responsabilité du fait des produits clcfcctucux, Journéc LexiN exis, septembre 20(J8

I..a clause de révision cJe prix, in 1.es garanties lors etc l'acquisition du con tróle d'utie societe, 1-.S€/l°, septembre 2008

\c.nixhtr He l'assu rancr:-vie, (?RI DCLS, Paris, 1J mai 21)08

L'incÎcmnisation chu préjudice en matière de contrefaçon, Ciolloque U nifab, avril 2005

ha loi dii 17 decembrc 2()07 réformant l'assurance-vic, l'aris, 1.am y, 20 fétvier 201)8

Itesponsal ilités contractuelle et délicmelle, Cambridge, 19 fcvrier 20f)S

Cautionncment et droit des socictcs, Co1l‹ que AItNU, Nirnes, 7 février 2008

Dflan de l'aᵣplication de la reforma du droit des suretcs, frau, 25 janvicr 2OOS

he destin ctu G?ocie Napoleon en   urope, \ssociaüo n C apitant, ? dcccmbire 2007

I..'évaluation du préjudice en matière de contrefaçon, Gazette du Palais, 22 novembre 2007

Actualité du droit des sociétés, I3ulletin J oly, 12 octobre 2007

i\ctua1ité de l'assurance-vie, Lanny, l'aris, 4 octobre 2007

ha responsabiiite des ‹dirigeants sociaux, 1.exisNexis, I*aris, 26 septembre 2ÛÛ /

/\ctualité du drr›it des societes, Journal des sociétés, Paris, 30 janvier 2007

7\ctualité du droit de la famille, université l'aris 2, 11 janvier 2007

Les libéralités-partages, conférence Nice, 24 septembre 2006

les nouveaux débiteurs, i» Le nouveau droit dc l'entreprise en difficulté, colloque Lille, 22 juin 2006

fr réforme du Droit pr‹icessuel économique, in Reformer le droit, colloctue Montpellier, mai 200s

I.'actualité de l'assurance vie, Idô tel Meurice, mai 2006

I..e centenaire du COC tunisien, d'unis, avril 2006

S)nthese de l'Université ltégionale du Notariat, Palais des €î•° 6•eS, Paris, tnars 200fi

1.a loi dc sauvegar‹1c, C.olloc}ue annuel des I°ctites affiches, I°aris, mars 2006

ha loi de sauvegarde : J.a Réunion, février 200Ii

Cic›1loquc: sur la sanc-ti‹in, l'unis, 3, 4, 3 decembre 2005

j ournées I.amy l9mit civil, maris, 2 décembre 2003

Deux siècles d'evolution du t?ode N apoleon, Mexico, Nlonterrey, scptembre 2005

l'résentati‹in du programme lïdudroit, Paris Srirboniie, 15 juin 20()5

ma procédure de rétablissement personnel, Montpclliet, 1t1 juin 2t)03

l'arasitisme et concurrence déloyale, 1°aris, 9 juin 2()0û

ha protecti‹in du conjriint vulnérable par le droit patrimonial de la famille français, UQAM, Québec, 25 avril 2(105

I-c droit à l'image des personnes publiques, in Le patrimr›inc des personnes public}ues, 1.a Réunion, 19 et 20 avril 2005

Démembremen ts de proprié té : usu ffuit ct portefeuille dc valeurs mobilières, 29 mars 2005, Paris

l.a réfiirme du divorce, lnterjuris, IS mars 2005, Paris

Les contrats d'assurance-vic entre qualification et recJualification, 16 décembre 2OH4, Paris

l'ormalisme et droit des sociétés, Tunis, 10-13 décembre 2004

Libéralités et chausse-trappes de la lot du 26 mci 20()4, Colloque I.amy des 3 et 4 décembre 2004, I°aris

Justice étatique et modes confessionnels alternatifs dc règlement des litiges, Iris titu t du Monde r\rabe, Paris, 15 novembre 2004

I..c chr›ix de la forme juridique de l'entrep rise, Paris, 13 octobre 2004

/\ssurance-vie et transmission intergénérationnellc, J‹iurnée Fidroit, juin 2fJ04

I°atrimoine familial, mes nouvelles opportunités, /\spects juridiques et fiscaux, f.a lettre des juristes d'affaires, juin 2004

Journée annuelle du Centre de forrriation dès Ntitaircs de Paris, juin 2004

f..'autorité paren dale et ses juges, Colloque hJontpcllier, 27 mai 2004

Le I..r gement, Itapp‹irt de synthèse, Colloque Rlontpellier, ñ rnsi 2004

I..'opportunité d'une class action en étroit français des sociétés, \miens, mars 2004

8()J 20()4 : 1.solution ‹tu droit du contrat, Le Salon du Livre, mars 2(J04

I..a faillite 6e l'entreprise,en rire it c‹ inparc Franco libanais : perspectives de rcfortne, beyrouth, rriars 2004

I-'identii e de la Persc'rinc, Uollocluc l°ctites Affiches, l°aris, février 2004

llcsJiorisabilité civile et clroit îles aff:iires, l unis, décembre 2()(1?

baut il diversifier les controles des sociétés * Ecyrou th, décembre 2003

Droits fondamentaux ct droit curopé‹:ri, Eeytoul:h, novembre 2003

ma coclification du droit international privc, ha lléunion, octobre 2003

Droit d'auteur et droit commun des contrats, Paris, mai 2003

Le fonds libéral : Paris, novembre 2002

L'équité en droit européen : Paris, octobre 2002

l°rocédures collectives ct patrimoine familial : Nice, mars 2002

Les principes généraux du droit des centrals : I3cyrouth, O ctobre 2001

libéralité et protection etes creanciers : tiennes, se}otcmbre 2001

f.e droit international privé de la famille : Pau, 200i

l.e droit des contrats au l.iban : I3eyrouth, juin 2001

Mariage et contrat . la contractualisation dc la famille : Paris, 2000

l.e PACS : Les dissolutions du Pacte civil de solidarité : Lille 2000

U nilatérahsme et droit des obligations, Paris, 1999

l.e princlpe de proportionnalité et l'extinction du contrat : Paris, 1998

## ACTIVITES DIVERSES

Membre (lu jury d'agregation bc droit privé 201()-201

Presidest suppluant du I3urcau central dc d"arification (Ministers etc l'fconomic)

/\ncien Directeur du Centre d'etudes des droits du monde .\rabc (USB Eeyrou th)

Membre des jurys des concours d'entrée à l'Ecole Nationale de la Magistrature de 1997 à 2000

ïvfembrc elu jury d'attribution des offices tiotariaux créés de 2003 (a 2000

Membre de l'a\ssociation I Ienri Capitan t

13