# EXHIBIT A

FRENCH REPUBLIC

FINANCIAL MARKETS AUTHORITY
**AMF**

Ref: SAL Approval Letter 00058463200844397
AMF No.

Management of Service Providers,
Management and Savings

OFI ASSET MANAGEMENT
Mrs. Nathalie DEPASSE

Service Providers and Savings
Products Service

1 rue Vernier
75017 PARIS
FRANCE

Paris, the 22nd of December 2008

*Please refer to this reference in all correspondence 58463*

Madam,

> It is recalled that, at the same time as the fund transformation enters into effect, its modified information documentation (full prospectus, notice and by-laws) must be submitted to the AMF with the same carrier information pieces as at the time of the transformation. This submission may take the form of a deposit via the management company Extranet, or possibly sending an e-mail with a pre-defined electronic format (See document titled "Procedures for the Exchange of Information "available on the AMF website for more information.)

I have the honor to inform you that the Authority has granted its agreement on the file:
58463 Dissolution Product Transformation OVAL PALMARES EUROPLUS

Enclosed you will find the notice of approval of the transaction.

Sincerely,

*[Signature]*

*I CARDON*

Isabelle CARDON

Associate Director

*This information regarding you is subject to computerized processing designed for invoicing and reserved for the exclusive use of the Financial Market Authority in its business. In accordance with Articles 39 and following of Act No. 78-17 of 6 January 1978 regarding the right to data privacy and freedom, you may exercise your right to access this information and have it corrected by contacting the Authority Service Providers and Savings Products Department.*

17, place de la Bourse – 75092 Paris Cedex 2 – Telephone 01 53 45 60 00 – Fax – 01 53 45 61 00
www.amf.France.org



FRENCH REPUBLIC

THE FINANCIAL MARKETS AUTHORITY
**AMF**

| AGREEMENT NOTIFICATION | 12/22/2008 |

The Financial Markets Authority has approved the following transaction:

**File:** 58463 Product Transformation/Dissolution

**Transaction approved the:** 12/19/2008

**Effective date:** 12/29/2008

| Product(s) entering in the transaction (Name) | Product(s) removed in the transaction (Agreement No. -Name) |
|---|---|
| OVAL PALMARES EUROPLUS | |

Only the current products in the transaction are paid out on the effective date. Only the current products paid out were created on the effective date of the order request.

Characteristics being subject to change during the transaction:

**Effective date of the change:**

No change

| | Characteristics being subject to change during the transaction: | |
|---|---|---|
| Name | | Head of association |
| Classification | | Mutual fund OPC |
| Management company | | European standards |
| Custodian | | Financial delegation |
| Statutory auditor | | Administrative delegation |
| Associated master | | Accounting delegation |
| Type of guarantee | | Other change |
| Fund type | | |

This information regarding you is subject to computerized processing designed for invoicing and reserved for the exclusive use of the Financial Market Authority in its business. In accordance with Articles 39 and following of Act No. 78-17 of 6 January 1978 regarding the right to data privacy and freedom, you may exercise your right to access this information and have it corrected by contacting the Authority Service Providers and Savings Products Department.

17, place de la Bourse – 75092 Paris Cedex 2 – Telephone 01 53 45 60 00 – Fax – 01 53 45 61 00
www.amfFrance.org

Je soussigné Eric de La HAYE SAINT HILAIRE
Notaire à Paris, certifie véritable
la signature de M
apposée
Paris, le

la copie
Certifié conforme à l'original
N° d'inscription 11-6538
Écrit en langue : française
Fait le 09/10/2011