# EXHIBIT
# B

R É P U B L I Q U E    F R A N Ç A I S E

AUTORITÉ
DES MARCHÉS FINANCIERS



Réf : déclaration Fcpa/eg
N° AMF 10049

Monsieur Stéphane CICCARDINI
OFIVALMO PALMARES
1 rue Vernier
75017 PARIS

Direction des Prestataires, de la
Gestion et de l'Epargne

Service des Prestataires et des
Produits d'Epargne

Paris, le    2 6 NOV. 2004

Référence à rappeler dans toutes correspondances : 28735

Monsieur,

J'ai l'honneur d'accuser réception, à la date du 8 novembre 2004, de la déclaration du fonds commun de
placement «UMF SELECT ALTERNATIF» (code ISIN FR0010130179) bénéficiant d'une procédure
allégée.

Je vous prie d'agréer, Monsieur, l'expression de ma considération distinguée.

JW26056

Marc LAGLACE

Responsable Organismes de Placements Collectifs

ANNEXE 1

FICHE DE DECLARATION D'UN OPCVM
SOUMIS A PROCEDURE ALLEGEE

## CREATION

TRANSFORMATION (à préciser)

LIQUIDATION

NOM DE L'OPCVM : **UMR SELECT ALTERNATIF**

CODE AFC : **FR0010130179**

CODE SICOVAM :

NATURE :                              ☒ FCP                          ☐ SICAV

CARACTERISTIQUES FINANCIERES :

Cet OPCVM est-il un :

OPCVM à compartiments                ☐ Oui                 ☒ Non
(Si oui préciser le nombre et le nom des compartiments et préciser les caractéristiques financières ci-après par compartiment)

OPCVM nourricier                     ☐ Oui                 ☒ Non
(Si oui préciser le nom de l'OPCVM maître)

Date du certificat ou attestation de dépôt : **25 Octobre 2004**

Date de recueil de la 1ère souscription : **25 Octobre 2004**

SOCIETE DE GESTION

Nom :  **OFIVALMO PALMARES**    N° et date d'agrément : GP 04 027 du 15 avril 2004

Adresse : **1 Rue Vernier - 75017 PARIS**

DELEGATION DE GESTION FINANCIERE        ☐
OU DU FONDS MAITRE SI DIFFERENT          ☐

Nom :                                    N° et date d'agrément :

Adresse :

DELEGATION DE GESTION ADMINISTRATIVE

Nom :  **EURO NET ASSET VALUE**

Adresse : **10 Passage de l'Arche – 92800 Puteaux**

DÉLÉGATION DE GESTION COMPTABLE : **EURO NET ASSET VALUE**

DÉPOSITAIRE : **Société Générale – 50 Boulevard Haussmann – 75431 Cedex 09**

CONSERVATEUR : **Société Générale – 50 Boulevard Haussmann – 75431 Cedex 09**

COMMISSAIRE AUX COMPTES : **Patrick Sellam – 49-53 Champs Elysées – 75008 Paris**

RÈGLE D'INVESTISSEMENT :

Classification : **OPCVM de fonds alternatifs**

Indicateur de risques de marchés (le cas échéant) :

Cet OPCVM investit-il dans d'autres OPCVM     ☒ Oui     ☐ Non

Entre 5% et 50% de son actif ☐
Pour plus de 50% de son actif ☒

Cet OPCVM se propose-t-il de déroger aux règles d'investissement de droit commun ?

☒ Oui     ☐ Non

(EMPLACEMENT POUR L'ETIQUETTE DU RECEPISSE
Cette étiquette rappellera que la COB n'agrée par l'OPCVM)



Périodicité de la valeur liquidative : **Mensuelle**

Libellé de la devise comptable : **Euro**

Date de la clôture de l'exercice : **Dernier jour de bourse ouvré non férié légal au mois de décembre et pour la première fois le dernier jour de bourse du mois de décembre 2005**

Liste des documents à transmettre à la COB :

☐ Statuts de la SICAV ou règlement du FCP
☒ Notice d'information (et le cas échéant, celle de l'OPCVM Maître)
☒ Certificat ou attestation de dépôt
☒ Nom de la personne responsable du dossier : **Stéphane CICCARDINI, Juriste**
☐ Dossier relatif aux moyens affectés à la SICAV
☐ Conventions conclues par les dépositaires et personnes chargées du contrôle légal des comptes des OPCVM maîtres et nourriciers, ou le cas échéant, cahier des charges
☐ Dossier de demande d'autorisation de commercialisation de l'OPCVM maître (OPCVM étranger cf. Instruction d'application du règlement 89-02 de la COB)
☒ Accord du dépositaire, convention entre le dépositaire et la société de gestion.
☒ Convention de délégation de gestion comptable

*(Translated from the French)*

T H E    F R E N C H    R E P U B L I C

AUTORITE
DES MARCHÉS FINANCIERS

# AMF

Ref.: Ecpa/eg declaration
AMF no.: 10049

Mr Stéphane CICCARDINI
OFIVALMO PALMARES
1 rue Vernier
75017 PARIS

*14126056*

Department of Service Providers,
Management and Savings

Service Providers and
Savings Income department

Paris, 26 November 2004

Reference to be quoted in all correspondence: 28735

Dear Mr Ciccardini,

I have the honour to acknowledge having received on 8 November 2004 the declaration concerning the "UMF SELECT ALTERNATIF" investment fund (ISIN code FR0010130179), which is the subject of a simplified procedure.

Yours faithfully,

*signature*

Marc LAGLACE

Head of the department responsible for Collective Investment Entities

17, place la Bourse - 75082 Paris cedex 2 - Tel.: 01 53 45 60 00 - Fax: 01 53 45 61 00
www.amf-France.org

*(Translated from the French)*

APPENDIX 1

DECLARATION CONCERNING A UCITS FUND SUBJECT TO A
SIMPLIFIED PROCEDURE

## CREATION

TRANSFORMATION (give details)

LIQUIDATION

*1412605₉* (handwritten)

NAME OF THE UCITS FUND: **UMR SELECT ALTERNATIF**

AFC CODE (Administrative Procedure Code): **FR0010130179**

SICOVAM CODE:

**NATURE:**      ☒ Investment fund      ☐ Unit trust

**FINANCIAL CHARACTERISTICS:**

Is this UCITS Fund a:

Compartmentalized UCITS Fund      ☐ Yes      ☒ No
(If Yes give the number and name of the compartments and then state the financial characteristics per compartment below)

Feeder UCITS Fund      ☐ Yes      ☒ No
(If Yes give the name of the master UCITS Fund )

**Date of the certificate or attestation of filing: 25 October 2004**

**Date of receiving the 1ˢᵗ subscription: 25 October 2004**

MANAGEMENT COMPANY

Name:   **OFIVALMO PALMARES**      No. and date of approval: GP 04 027 of 15 April 2004

Address: **1 Rue Vernier - 75017 PARIS**

DELEGATION OF FINANCIAL MANAGEMENT      ☐
OR OF THE MASTER FUND IF DIFFERENT      ☐

Name:                                          No. and date of approval:

Address:

DELEGATION OF ADMINISTRATIVE MANAGEMENT

Name:   **EURO NET ASSET VALUE**

Address: **10 Passage de l'Arche – 92800 Puteaux**

DELEGATION OF MANAGEMENT OF THE ACCOUNTS: **EURO NET ASSET VALUE**

DEPOSITARY: **Société Générale – 50 Boulevard Haussmann – 75431 Cedex 09**

TRUSTEE: **Société Générale – 50 Boulevard Haussmann – 75431 Cedex 09**

AUDITOR: **Patrick Sellam – 49-53 Champs Elysées – 75008 Paris**

INVESTMENT RULE

Classification: **Alternative UCITS Fund**

Indicators of market risks (if applicable):

Does this UCITS Fund invest in other UCITS Funds?    ☒ Yes                    ☐ No
Between 5% and 50% of its assets ☐
More than 50% of its assets ☒

Does this UCITS Fund propose to derogate from common law investment rules?
☒ Yes        ☐ No

(PLACE FOR THE STICKER ACCOMPANYING THE RECEIPT)
This sticker will point out that the UCITS Fund has not yet been approved by the COB (the French stock market regulator)

Periodicity of the realizable value: **Monthly**

Currency used: **Euro**

Date of the close of the financial year: **The last legal stock market trading day in the month of December, the first of which will be the last stock market trading day in the month of December 2005**

List of the documents to be forwarded to the COB:

☐ The Unit Trust's Articles of Association or the Investment Fund's regulations
☒ Informative notice concerning the UCITS Fund (and, if relevant, those concerning the master UCITS Funds and feeder UCITS Funds)
☒ Certificate or attestation concerning the depositing of moneys
☒ Name of the person responsible for the file: **Stéphane CICCARDINI, Lawyer**
☐ File concerning the means allocated to the Unit Trust
☐ Agreements concluded by the depositary and the persons responsible for ensuring the legal supervision of the accounts of the master and feeder UCITS Funds, or the list of requirements, if applicable.
☐ File applying for permission to market the master UCITS Fund (in the case of a foreign UCITS Fund, see the Directive concerning the application of regulation 89-02 issued by the COB)
☒ Agreement signed by the depositary, agreement between the depositary and the management company.
☒ Agreement concerning the delegation of management of the accounts