**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>   v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.); et al.,<br><br>                Defendants. | Adv. Pro. No. 12-01677 (BRL) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2022, the Motion to Dismiss of Defendants OFI MGA Alpha Palmares, Oval Palmares Europlus and UMR Select Alternatif (collectively, the "OFI Funds"), Memorandum of Law in Support of the Motion of the OFI Funds to Dismiss the Complaint, the accompanying Declarations of Herve Lecuyer, dated February 21, 2022, and the exhibits thereto, and Jean-Pierre Grimaud, dated February

14015923.1

23, 2022, and the exhibits thereto, were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: April 29, 2022

BOND, SCHOENECK & KING, PLLC

By:     /s/ Brian J. Butler
Brian J. Butler, Esq.
Sara C. Temes, Esq.
One Lincoln Center
Syracuse, New York 13202
Tel: (315) 218-8000
Fax: (315) 218-8100
Email: bbutler@bsk.com
       stemes@bsk.com

*Counsel for Defendants OFI MGA Alpha Palmares, Oval Palmares Europlus and UMR Select Alternatif*