**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estates of Bernard L. Madoff, | Adv. Pro. No. 10-04289 (CGM) |
| Plaintiff, | |
| v. | |
| JOHN FUJIWARA, *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, the *Trustee's Motion to Enforce Settlement Agreement with Exhibits and Notice of Motion to Enforce Settlement Agreement* were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached

Schedule A.

Dated:  April 29, 2022
        New York, New York

By:  */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

2

## SCHEDULE A

Barry R. Lax
Brian J. Neville
Robert R. Miller
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Email: rmiller@laxneville.com
Attorneys for: Estate of Gladys Fujiwara, John Fujiwara, in his individual capacity and as
Personal Representative of the Estate of Gladys Fujiwara

John Fujiwara, Sr., Individually
John Fujiwara, Sr., Personal Representative, Estate of Gladys Fujiwara
John Fujiwara, Sr., Trustee, John Y. Fujiwara Survivor's Trust of the Fujiwara Family
Trust
Henderson, NV 89052

Susan Fujiwara Cieslak
Loren Fujiwara
John Yoshio Fujiwara, Jr.
Alice Matsui
c/o Trent Richards
Sagebrush Lawyers
Las Vegas, NV 89102

Loren Fujiwara
Elmhurst, IL 60126

John Yoshio Fujiwara, Jr.
Henderson, NV 89052