Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531

*Attorneys for Defendants*
*John Fujiwara and Gladys Fujiwara*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : | No. 08-01789 (CGM) |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| Defendant. | : | |

------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| BERNARD L. MADOFF, | : | Adv. Pro. No. 10-04289 (CGM) |
| Debtor. | : | |

------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | : |
| Plaintiff, | : |
| v. | : |
| JOHN FUJIWARA, in his individual capacity and As Personal Representative of the Estate of Gladys Fujiwara, and THE ESTATE OF GLADYS FUJIWARA, | : |
| Defendants. | : |

------------------------------------------------------------X

1

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS JOHN FUJIWARA AND THE ESTATE OF GLADYS FUJIWARA

Lax & Neville LLP ("Lax & Neville") has previously represented Defendants John Fujiwara and the Estate of Gladys Fujiwara ("Defendants") in *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. John Fujiwara, et al.*, Adv. Pro. No. 10-04289, through conclusion of the original matter and prior to the Trustee's having filed a motion to reopen this matter. Lax & Neville, having been retained by Defendants to represent them only through the original matter and in no further proceedings, in this case or any in any other, filed a Motion to Withdraw as Counsel ("Motion") on April 6, 2022. Upon review and consideration of the motion and the accompanying papers, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Lax & Neville is granted leave to withdraw as counsel to John Fujiwara and the Estate of Gladys Fujiwara and is hereby deemed removed as counsel to John Fujiwara and the Estate of Gladys Fujiwara in this and any consolidated or related case.



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

**Dated: May 2, 2022**
**Poughkeepsie, New York**