**EXHIBIT C**

EXHIBIT C
FAIRFIELD SENTRY SUBSEQUENT TRANSFERS

| Column 1<br>Date | Column 2<br>Transferee | Column 3<br>Amount |
|---|---|---|
| 1/21/2004 | Guernroy Limited | (50,000) |
| 7/22/2004 | Guernroy Limited | (24,965) |
| 10/19/2004 | Guernroy Limited | (25,000) |
| 4/14/2005 | Guernroy Limited | (6,186,328) |
| 9/15/2005 | Guernroy Limited | (25,000) |
| 2/15/2006 | Guernroy Limited | (121,743) |
| 4/20/2006 | Guernroy Limited | (500,000) |
| 6/16/2006 | Guernroy Limited | (733,823) |
| 6/16/2006 | Guernroy Limited | (70,000) |
| 7/20/2006 | Guernroy Limited | (50,000) |
| 7/20/2006 | Guernroy Limited | (25,000) |
| 9/14/2006 | Guernroy Limited | (50,000) |
| 9/14/2006 | Guernroy Limited | (24,827) |
| 12/15/2006 | Guernroy Limited | (66,524) |
| 1/16/2007 | Guernroy Limited | (25,000) |
| 3/16/2007 | Guernroy Limited | (313,199) |
| 6/15/2007 | Guernroy Limited | (249,424) |
| 6/15/2007 | Guernroy Limited | (135,799) |
| 7/19/2007 | Guernroy Limited | (710,302) |
| 9/19/2007 | Guernroy Limited | (184,334) |
| 11/19/2007 | Guernroy Limited | (756,268) |
| 12/19/2007 | Guernroy Limited | (585,703) |
| 5/15/2008 | Guernroy Limited | (30,000) |
| 7/15/2008 | Guernroy Limited | (136,296) |
| 7/15/2008 | Guernroy Limited | (52,000) |
| 8/18/2008 | Guernroy Limited | (200,000) |
| 9/16/2008 | Guernroy Limited | (121,531) |
| 10/15/2008 | Guernroy Limited | (336,679) |
| 10/15/2008 | Guernroy Limited | (58,076) |
| 10/15/2008 | Guernroy Limited | (54,024) |
| 11/18/2008 | Guernroy Limited | (500,000) |
| 11/18/2008 | Guernroy Limited | (369,056) |
| 11/18/2008 | Guernroy Limited | (254,811) |
| | Subtotal: | $ (13,025,711) |
| 7/16/2003 | RBC Dominion Securities Inc. | (367,180) |
| 8/15/2003 | RBC Dominion Securities Inc. | (88,507) |
| 12/19/2005 | RBC Dominion Securities Inc. | (150,000) |
| 10/12/2006 | RBC Dominion Securities Inc. | (58,897) |
| 11/14/2006 | RBC Dominion Securities Inc. | (59,146) |
| 12/15/2006 | RBC Dominion Securities Inc. | (100,000) |
| 12/15/2006 | RBC Dominion Securities Inc. | (48,706) |
| 3/16/2007 | RBC Dominion Securities Inc. | (124,621) |
| 8/17/2007 | RBC Dominion Securities Inc. | (93,812) |
| 12/19/2007 | RBC Dominion Securities Inc. | (157,266) |
| 12/19/2007 | RBC Dominion Securities Inc. | (100,000) |
| 2/15/2008 | RBC Dominion Securities Inc. | (38,992) |
| 11/18/2008 | RBC Dominion Securities Inc. | (571,078) |
| | Subtotal: | $ (1,958,206) |

# EXHIBIT C
## FAIRFIELD SENTRY SUBSEQUENT TRANSFERS

| Column 1 Date | Column 2 Transferee | Column 3 Amount |
|---|---|---|
| 3/18/2004 | Royal Bank of Canada | (1,108,287) |
| 5/13/2005 | Royal Bank of Canada | (308,000) |
| 6/15/2005 | Royal Bank of Canada | (380,634) |
| 6/15/2005 | Royal Bank of Canada | (200,000) |
| 11/17/2005 | Royal Bank of Canada | (598,404) |
| 1/19/2006 | Royal Bank of Canada | (888,861) |
| 1/16/2007 | Royal Bank of Canada [1] | (326,756) |
| 3/16/2007 | Royal Bank of Canada | (5,324,041) |
| 9/19/2007 | Royal Bank of Canada [1] | (106,879) |
| 9/19/2007 | Royal Bank of Canada [1] | (103,275) |
| 9/19/2007 | Royal Bank of Canada [1] | (101,862) |
| 12/19/2007 | Royal Bank of Canada [1] | (111,442) |
| 3/18/2008 | Royal Bank of Canada | (922,009) |
| 4/14/2008 | Royal Bank of Canada [1] | (673,197) |
| 6/17/2008 | Royal Bank of Canada | (3,654,705) |
| 8/18/2008 | Royal Bank of Canada | (805,979) |
| 10/15/2008 | Royal Bank of Canada [1] | (108,298) |
| 11/18/2008 | Royal Bank of Canada [1] | (541,145) |
| 11/18/2008 | Royal Bank of Canada [1] | (414,367) |
| 11/18/2008 | Royal Bank of Canada [1] | (103,592) |
| 11/19/2008 | Royal Bank of Canada | (2,267,627) |
| 11/19/2008 | Royal Bank of Canada [1] | (81,292) |
| | **Subtotal:** | **$ (19,130,650)** |
| 11/16/2004 | Banque SYZ S.A. [2] | (441,537) |
| 12/13/2004 | Banque SYZ S.A. | (146,765) |
| 3/15/2005 | Banque SYZ S.A. | (17,082) |
| 7/15/2005 | Banque SYZ S.A. | (105,044) |
| 8/15/2005 | Banque SYZ S.A. | (165,325) |
| 10/16/2006 | Banque SYZ S.A. | (37,694) |
| 5/16/2007 | Banque SYZ S.A. | (38,350) |
| 12/19/2007 | Banque SYZ S.A. | (253,863) |
| 4/14/2008 | Banque SYZ S.A. | (29,969) |
| 6/17/2008 | Banque SYZ S.A. | (50,377) |
| 11/18/2008 | Banque SYZ S.A. | (839,865) |
| 11/18/2008 | Banque SYZ S.A. | (822,771) |
| 11/18/2008 | Banque SYZ S.A. | (155,388) |
| 11/18/2008 | Banque SYZ S.A. | (117,491) |
| 11/19/2008 | Banque SYZ S.A. | (237,831) |
| 11/19/2008 | Banque SYZ S.A. | (143,103) |
| 11/19/2008 | Banque SYZ S.A. | (124,288) |
| | **Subtotal:** | **$ (3,726,744)** |

# EXHIBIT C
## FAIRFIELD SENTRY SUBSEQUENT TRANSFERS

| Column 1<br>Date | Column 2<br>Transferee | Column 3<br>Amount |
|---|---|---|
| 8/15/2003 | RBC Trust Company (Jersey) Limited | (50,000) |
| 7/16/2004 | RBC Trust Company (Jersey) Limited | (128,459) |
| | **Subtotal:** | **$ (178,459)** |
| | **Grand Total:** | **$ (38,019,770)** |

[1] This transfer is being sought from Royal Bank of Canada as successor in interest to Royal Bank of Canada (Asia) Limited.

[2] These transfers are being sought from Banque SYZ S.A. as successor in interest to Royal Bank of Canada (Suisse) S.A.