# **EXHIBIT D**

**Exhibit D**

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MKT FUND LP C/O TREMONT PARTNERS ATTN: HARRY HODGES | 1T0027 |