# EXHIBIT F

**EXHIBIT F**
**RYE BROAD MARKET SUBSEQUENT TRANSFERS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferee** | **Amount** |
| 7/2/2001 | RBC Alternative Assets, L.P. | (3,000,000) |
| 7/2/2001 | RBC Alternative Assets, L.P. | (2,094,145) |
| 5/5/2003 | RBC Alternative Assets, L.P. | (83,000) |
| 5/3/2004 | RBC Alternative Assets, L.P. | (5,000,000) |
| 5/3/2004 | RBC Alternative Assets, L.P. | (5,000,000) |
| 5/3/2004 | RBC Alternative Assets, L.P. | (749,309) |
| 6/8/2004 | RBC Alternative Assets, L.P. | (52,732) |
| 12/30/2005 | RBC Alternative Assets, L.P. | (1,283,783) |
| 12/5/2006 | RBC Alternative Assets, L.P. | (240,000) |
| 1/2/2008 | RBC Alternative Assets, L.P. | (30,000) |
| 4/1/2008 | RBC Alternative Assets, L.P. | (325,000) |
| 11/12/2008 | RBC Alternative Assets, L.P. | (219,291) |
| | **Total:** | **$ (18,077,260)** |