# EXHIBIT I

{12033699:1}

**EXHIBIT I**
**RYE PRIME FUND SUBSEQUENT TRANSFERS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Date | Transferee | Amount |
| 7/2/2001 | RBC Alternative Assets, L.P. | (2,852,153) |
| 12/31/2002 | RBC Alternative Assets, L.P. | (83,000) |
| 4/1/2005 | RBC Alternative Assets, L.P. | (4,877,647) |
| 7/1/2005 | RBC Alternative Assets, L.P. | (2,560,000) |
| 9/30/2005 | RBC Alternative Assets, L.P. | (585,000) |
| 12/30/2005 | RBC Alternative Assets, L.P. | (125,000) |
| 6/1/2007 | RBC Alternative Assets, L.P. | (565,000) |
| 7/2/2007 | RBC Alternative Assets, L.P. | (300,000) |
| 8/14/2007 | RBC Alternative Assets, L.P. | (460,136) |
| 11/1/2007 | RBC Alternative Assets, L.P. | (30,000) |
| 1/2/2008 | RBC Alternative Assets, L.P. | (40,000) |
| 9/2/2008 | RBC Alternative Assets, L.P. | (35,000) |
| 10/23/2008 | RBC Alternative Assets, L.P. | (2,128,669) |
| 11/3/2008 | RBC Alternative Assets, L.P. | (405,000) |
| 12/1/2008 | RBC Alternative Assets, L.P. | (300,000) |
| | **Subtotal:** | **$    (15,346,605)** |
| | | |
| 8/2/2001 | Royal Bank of Canada | (25,000) |
| 9/4/2002 | Royal Bank of Canada | (170,000) |
| 10/1/2002 | Royal Bank of Canada | (68,000) |
| 10/1/2003 | Royal Bank of Canada | (150,000) |
| 2/2/2004 | Royal Bank of Canada | (125,000) |
| 6/1/2004 | Royal Bank of Canada | (100,000) |
| 1/2/2008 | Royal Bank of Canada | (200,000) |
| 12/1/2008 | Royal Bank of Canada | (100,000) |
| | **Subtotal:** | **$    (938,000)** |
| | **Grand Total:** | **$    (16,284,605)** |