# EXHIBIT J

{12033699:1}

# Exhibit J

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MARKET PORTFOLIO LIMITED | 1FR080 |