# EXHIBIT L

{12033699:1}

**EXHIBIT L**
**RYE PORTFOLIO LIMITED SUBSEQUENT TRANSFERS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferee** | **Amount** |
| 11/18/2004 | Guernroy Limited | (540,352) |
| 11/30/2005 | Guernroy Limited | (199,083) |
| 8/1/2006 | Guernroy Limited | (300,000) |
| 1/31/2007 | Guernroy Limited | (1,263,405) |
| 8/15/2007 | Guernroy Limited | (1,579,680) |
| 11/15/2007 | Guernroy Limited | (202,825) |
| 1/17/2008 | Guernroy Limited | (359,682) |
| 2/1/2008 | Guernroy Limited | (46,871) |
| 5/14/2008 | Guernroy Limited | (40,110) |
| 11/12/2008 | Guernroy Limited | (304,001) |
| | **Total:** | **$ (4,836,009)** |