Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MULTI-STRATEGY FUND LIMITED,<br><br>　　　　Defendant. | Adv. Pro. No. 12-01205 (CGM) |

**CERTIFICATE OF SERVICE**

3660149.1

I certify that on May 4, 2022, I caused Defendant Multi-Strategy Fund Limited's Reply Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint to be served on all counsel of record in the above-referenced adversary proceeding through the Court's electronic case filing system (No. 12-1205 ECF 110 and No. 08-1789 ECF 21504).

Dated: New York, New York
       May 4, 2022

                                                      s/ Robert J. Lack
Robert J. Lack (rlack@fklaw.com)
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

3660149.1