**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Don H. Rimsky | 014281 | 2244 | Kramer Levin Naftalis & Frankel LLP | Don H. Rimsky | 1CM155 |
| Feiner Living Trust | 100125 | 750 | Pro Se Filing | Phyllis Feiner Harvey Feiner Trustees Feiner Living Trust | 1ZB241 |
| Gloria Konigsberg I/T/F Jeffrey Konigsberg | 007931 | 3006 | Norman A. Kaplan, Esq. | Gloria Konigsberg I/T/F Jeffrey Konigsberg | 1K0052 |
| Gloria Konigsberg I/T/F Stephen R. Konigsberg | 007933 | 3007 | Norman A. Kaplan, Esq. | Gloria Konigsberg I/T/F Stephen R. Konigsberg | 1K0053 |
| Lisa B. Hurwitz Revocable Trust U/D/T 2/26/98 | 004584 | 2181 | Duane Morris LLP | Lisa B. Hurwitz Rev Trust Dtd 2/26/98 Peter G. Chernis Trustee | 1EM383 |
| The Marcia Chernis Revocable Trust Dtd 1/16/87 | 004690 | 2508 | Duane Morris LLP | Marcia Chernis Rev Tst Dtd 1/16/87 | 1EM035 |

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Gloria Konigsberg | 007932 | 3076 | Norman A. Kaplan, Esq. | Gloria Konigsberg | 1K0051 |
| Mrs Andrea Certilman Ziegler | 003220 | 3951 | Certilman, Balin, Adler & Hyman LLP | Mrs Andrea Certilman Ziegler | 1Z0016 |