08-01789-cgm    Doc 21507    Filed 05/04/22    Entered 05/04/22 17:18:19    Main Document
Pg 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MERITZ FIRE & MARINE INSURANCE CO., LTD.,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 11-02539 (CGM) |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on May 3, 2022, a copy of the Notice of Appearance of Eric R. Fish

was filed electronically. Notice of this filing has been sent through the Court's Electronic Case

Filing System and via electronic transmission to the email addresses designated for delivery

and/or by placing true and correct copies thereof in sealed packages designated for regular U.S.

Mail, postage prepaid and properly addressed to those parties as set forth on the attached

Schedule A.

Dated: May 4, 2022
      New York, New York

                              By: */s/ Eric R. Fish*
                              BAKER & HOSTETLER LLP
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone: 212.589.4200
                              Facsimile: 212.589.4201
                              Eric R. Fish
                              Email: efish@bakerlaw.com

                              *Attorney for Irving H. Picard, Trustee for*
                              *the Substantively Consolidated SIPA*
                              *Liquidation of Bernard L. Madoff*
                              *Investment Securities LLC and the*
                              *Chapter 7 Estate of Bernard L. Madoff*

## **SCHEDULE A**

**Defendant Counsel**

Michael T. Driscoll
Seong H. Kim
Sheppard Mullin Richter & Hampton LLP
Email: mdriscoll@sheppardmullin.com
Email: shkim@sheppardmullin.com
Attorney For: MERITZ FIRE & MARINE INSURANCE CO. LTD