# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 10/16/2007 | (583,783) |
| 10/16/2007 | (45,889) |
| 11/19/2007 | (135,366) |
| 12/19/2007 | (80,334) |
| 2/15/2008 | (185,746) |
| 3/18/2008 | (97,544) |
| 4/14/2008 | (113,359) |
| 4/14/2008 | (19,545) |
| 4/14/2008 | (15,636) |
| 4/14/2008 | (14,333) |
| 5/15/2008 | (6,575) |
| 5/15/2008 | (3,945) |
| 7/15/2008 | (136,468) |
| 7/15/2008 | (40,715) |
| 7/15/2008 | (22,524) |
| 8/18/2008 | (221,413) |
| 9/15/2008 | (40,425) |
| 9/16/2008 | (750,322) |
| 9/16/2008 | (524,127) |
| 9/16/2008 | (349,628) |
| 9/16/2008 | (187,619) |
| 9/16/2008 | (131,704) |
| 9/16/2008 | (103,142) |
| 9/16/2008 | (22,847) |
| 10/15/2008 | (519,567) |
| 10/15/2008 | (87,789) |
| 10/15/2008 | (43,319) |
| 10/15/2008 | (27,012) |
| 10/15/2008 | (10,805) |
| 10/15/2008 | (4,052) |
| 11/18/2008 | (4,734,973) |
| 11/18/2008 | (3,689,185) |
| 11/18/2008 | (752,326) |
| 11/18/2008 | (320,100) |
| 11/18/2008 | (318,953) |
| 11/18/2008 | (272,770) |
| 11/18/2008 | (254,412) |
| 11/18/2008 | (247,725) |
| 11/18/2008 | (207,700) |
| 11/18/2008 | (155,867) |
| 11/18/2008 | (115,459) |
| 11/18/2008 | (93,999) |
| 11/18/2008 | (22,946) |
| 11/19/2008 | (1,082,985) |
| 11/19/2008 | (678,634) |
| 11/19/2008 | (365,763) |
| 11/19/2008 | (361,675) |
| 11/19/2008 | (233,440) |
| 11/19/2008 | (155,224) |
| 11/19/2008 | (102,813) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 11/19/2008 | (61,685) |
| **Total:** | **$ (18,754,162)** |