**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SIX SIS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/18/2008 | (32,125) |
| 4/18/2008 | (132,840) |
| 11/21/2008 | (278,386) |
| 11/21/2008 | (94,324) |
| 11/21/2008 | (88,048) |
| 11/21/2008 | (87,272) |
| 11/21/2008 | (67,063) |
| 11/21/2008 | (59,759) |
| 11/21/2008 | (39,697) |
| 11/21/2008 | (20,233) |
| **Total:** | **$ (899,747)** |