PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
Email: ebarak@proskauer.com
      rgorkin@proskauer.com
      estevens@proskauer.com

*Attorneys for Defendant Lion Global Investors Limited*

Hearing Date: October 19, 2022
Response Date: June 1, 2022
Reply Date: July 1, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>          Defendants. | Adv. Pro. No. 11-02540 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

## **NOTICE OF HEARING ON MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT on April 1, 2022, Defendant Lion Global Investors Limited ("LGI"), by and through the undersigned counsel, filed a motion for an order dismissing the Complaint filed by Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Securities Investment Securities LLC with prejudice pursuant to Rules 8(a), 10(c), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that a hearing to consider LGI's motion to dismiss will be held on October 19, 2022 at 10:00 a.m. EDT, or as soon thereafter as counsel may be heard, in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order in this proceeding entered January 6, 2022, the Trustee shall respond to the motion to dismiss by June 1, 2022 and LGI shall file its reply by July 1, 2022.

[*Remainder of page intentionally left blank*]

Dated: New York, New York
      May 6, 2022

PROSKAUER ROSE LLP

By: /s/ Ehud Barak
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
Email: ebarak@proskauer.com
          rgorkin@proskauer.com
          estevens@proskauer.com