PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
Email: ebarak@proskauer.com
　　　　rgorkin@proskauer.com
　　　　estevens@proskauer.com

*Attorneys for Defendant Lion Global Investors Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 11-02540 (CGM) |

**CERTIFICATE OF SERVICE**

2

I, Ehud Barak, hereby certify that on May 6, 2022, I caused the Defendant Lion Global Investors Limited's Notice of Hearing on Motion to Dismiss to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: New York, New York                    /s/ Ehud Barak
      May 6, 2022                                  Ehud Barak