PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone:  212-969-3000
Facsimile:  212-969-2900
Email:  ebarak@proskauer.com
            rgorkin@proskauer.com
            estevens@proskauer.com

*Attorneys for Defendants Grosvenor Investment Management Ltd.,*
*Grosvenor Private Reserve Fund Limited,*
*Grosvenor Balanced Growth Fund Limited and*
*Grosvenor Aggressive Growth Fund Limited*

Hearing Date: November 16, 2022
Response Date: June 15, 2022
Reply Date: July 15, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED (in liquidation), GROSVENOR | Adv. Pro. No. 12-01021 (BRL)<br><br>**ORAL ARGUMENT REQUESTED** |

1

BALANCED GROWTH FUND LIMITED (in liquidation) AND GROSVENOR AGGRESSIVE GROWTH FUND LIMITED (in liquidation),

Defendants.

## NOTICE OF HEARING ON MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on April 15, 2022, Defendants Grosvenor Investment Management Ltd., Grosvenor Private Reserve Fund Limited, Grosvenor Balanced Growth Fund Limited, and Grosvenor Aggressive Growth Fund Limited (collectively, the "Grosvenor Defendants"), by and through the undersigned counsel, filed a motion for an order dismissing the Complaint filed by Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Securities Investment Securities LLC with prejudice pursuant to Rules 8(a), 10(c), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Grosvenor Defendants' motion to dismiss will be held on November 16, 2022 at 10:00 a.m. EDT, or as soon thereafter as counsel may be heard, in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court.  All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov.  For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367.  Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order in this proceeding entered February 15, 2022, the Trustee shall respond to the motion to dismiss by June 15, 2022 and the Grosvenor Defendants shall file its reply by July 15, 2022.

Dated: May 6, 2022
      New York, New York

                        PROSKAUER ROSE LLP

By:   s/ *Ehud Barak*
      Ehud Barak
      Russell T. Gorkin
      Elliot R. Stevens
      Eleven Times Square
      New York, NY 10036-8299
      Telephone: (212) 969-3000
      Facsimile: (212) 969-2900
      Email: ebarak@proskauer.com
             rgorkin@proskauer.com
             estevens@proskauer.com

*Attorneys for Defendants Grosvenor Investment Management Ltd., Grosvenor Private Reserve Fund Limited, Grosvenor Balanced Growth Fund Limited and Grosvenor Aggressive Growth Fund Limited*