PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone:  212-969-3000
Facsimile:  212-969-2900
Email:  ebarak@proskauer.com
           rgorkin@proskauer.com
           estevens@proskauer.com

*Attorneys for Defendants Grosvenor Investment Management Ltd.,*
*Grosvenor Private Reserve Fund Limited,*
*Grosvenor Balanced Growth Fund Limited and*
*Grosvenor Aggressive Growth Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED (in liquidation), GROSVENOR | Adv. Pro. No. 12-01021 (BRL) |

| |
|---|
| BALANCED GROWTH FUND LIMITED (in liquidation) AND GROSVENOR AGGRESSIVE GROWTH FUND LIMITED (in liquidation), <br><br> Defendants. |

# CERTIFICATE OF SERVICE

I, Ehud Barak, hereby certify that on May 6, 2022, I caused the Grosvenor Defendants'[1] Notice of Hearing on Motion to Dismiss to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

Dated: New York, New York  
      May 6, 2022

/s/ Ehud Barak  
Ehud Barak

---

[1] The "Grosvenor Defendants" are, collectively: Grosvenor Aggressive Growth Fund Limited, Grosvenor Balanced Growth Fund Limited, Grosvenor Private Reserve Growth Fund Limited, and Grosvenor Investment Management Ltd.