**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>BANQUE CANTONALE VAUDOISE,<br><br>    Defendant. | Adv. Pro. No. 12-01694 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, a copy of the Trustee's Memorandum of Law in Opposition to Defendant Banque Cantonale Vaudoise's Motion to Dismiss was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by

placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 6, 2022
      New York, New York

By: */s/ David J. Sheehan*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# **SCHEDULE A**

**Defendant Counsel**

Bianca Lin
Christopher Allegaert
David A. Shaiman
John S. Craig
Lauren J. Pincus
Allegaert Berger & Vogel LLP
Email: blin@abv.com
Email: callegaert@abv.com
Email: dshaiman@abv.com
Email: jcraig@abv.com
Email: lpincus@abv.com
Attorney For: BANQUE CANTONALE VAUDOISE