# EXHIBIT 3

BL0

# CITCO
### Citco Bank Nederland N.V.

**STATEMENT OF ACCOUNT**

`0 5 JAN. 2004`

FAIRFIELD SENTRY LIMITED CLASS B  
C/O CITCO FUND SERVICES (EUROPE) BV  
NARITAWEG 165  
1043 BW AMSTERDAM  
THE NETHERLANDS

Date: 30 DEC 2003                                                                                   Page 1  
Statement no - 90  
Account type - Current account funds  
Currency     - US Dollar  
Account no - Redacted 3-001    Redacted 6.80.1  
IBAN          Redacted         58 01     BIC CITCIE2D

Previous Balance    56,358,532.83    Date: 29 DEC 2003  
New balance         62,584,462.21    Date: 30 DEC 2003

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 29DEC03 | | Previous balance | | | 56,358,532.83 |
| 30DEC03 | 26DEC03 | We credit your a/c Redacted 0096 360036514. BANCO CONTINENTAL DE PANAMA IFO FAIRFIELD SENTRY LTD CLASS B SHARES | | 700,000.00  9159 | 57,058,532.83 |
| 30DEC03 | 29DEC03 | We credit your a/c Redacted 0085 363004921. HSBC GUYERZELLER BANK AG ZURI. HSBC BK INTL JERSEY IFO FAIRFIELD SENTRY LTD CL B SHS BY ORDER OF MAESTRO TRADING INC | | 149,980.00  9160 | 57,208,512.83 |
| 30DEC03 | 29DEC03 | We credit your a/c Redacted 0089 363038964. CREDIT SUISSE ZUERICH IFO FAIRFIELD SENTRY LTD REF SUBS TO FFIELD SENTRY CLAS B | | 344,000.00  9161 | 57,552,512.83 |
| DEC03 | 29DEC03 | We credit your a/c Redacted 0110 TRN 363024837 BO KOOKMIN BANK SEOUL REF KOOKMIN BK SAMSUNG ABS RETURN TRUST 7 IFO FAIRFIELD SENTRY LTD CL B SHS | | 1,000,000.00  9162 | 58,552,512.83 |
| 30DEC03 | 29DEC03 | We credit your a/c Redacted 0128 TRN 363075792 BO SAFRA NAT BANK OF NY IFO FAIRFIELD SENTRY LTD CLS B SHRS REF BO SAFRA NAT BK OF NY | | 1,565,000.00  9163 | 60,117,512.83 |

Branch Office  
Custom House Plaza Block 6  
Int'l Financial Services Centre  
P.O. Box 6639  
Dublin 1  
Ireland

Phone: +353 (0)1 636 7100  
Fax: +353 (0)1 636 7102  
BIC: CITCIE2D  
dublin-bank@citco.com

Citco Bank Nederland N.V. is a company limited by shares registered in Amsterdam, The Netherlands, No. 33185291. Citco Bank Nederland N.V. Dublin Branch is registered in Dublin No. 904070.

CONFIDENTIAL                                                                                                                 ANWAR-CFSE-00319682