# EXHIBIT 4



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date         : Apr-14-2005

Fund Id       : 03302
Holder Id     : Redacted 9702
Account Id    : Redacted 4027
Contract No.  : Redacted 1602
Order No.     : Redacted 8802
CFI Cash Id   : Redacted 5302

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted   0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:        DEUTSCHE BANK TRUST COMPANY AMERICAS
Bank Address 1:   NEW YORK
Bank Address 2:   USA

SWIFT Ref.:       BKTRUS33

Further Cr. Num:  Redacted 9102
Further Cr. Name: KOOKMIN BANK SEOUL

Further Cr. SWIFT Ref.: CZNBKRSE

Beneficiary Name: Redacted 0030
Ben ABA Ref:      KOOKMIN BANK CUSTODY TEAM SITMC

Amount:    USD    2,594,297.68
Value date: Apr-14-2005
Ref:       FAIRFIELD SENTRY  Shares:2,486.28 T/D:04-01-2005 RE
Note:      ON BEHALF OF SAMSUNG ABSOLUTE RETURN TRUST K1

Authorised signatory                 Authorised signatory

Telestone 8 - Teleport              amsterdam-fund@citco.com        Phone: +31 (0)20 572 2100
Naritaweg 165                       www.citco.com                   Fax: +31 (0)20 572 2600
P.O. Box 7241                                                       Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands

FPA



## CITCO
Citco Bank Nederland N.V.

STATEMENT OF ACCOUNT



Ingekomen
18 APR. 2005

FAIRFIELD SENTRY LIMITED  
C/O CITCO FUND SERVICES (EUROPE) BV  
NARITAWEG 165  
1043 BW AMSTERDAM  
THE NETHERLANDS

Date:  14 APR 2005                            Page 1
Statement no -    256
Account type -  Current account funds
Currency      -  US Dollar
Account  no  -  Redacted 5-001       Redacted 0.50.1
IBAN     Redacted           05 01    BIC  CITCIE2D

Previous Balance     158,720,268.98   Date: 13 APR 2005

New balance           61,954,003.20   Date: 14 APR 2005

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 13APR05 | | Previous balance | | | 158,720,268.98 |
| 14APR05 | | We credit your a/c Redacted 0312 HSBC INTERNATIONAL TRUSTEE - INGFP HSBC INT'L TRUSTEE LTD A/C 006- 600 472(DIVIDEND REINVEST) SBS FAIRFIEL | | 177,840.48 | 158,898,109.46 |
| 14APR05 | | We debit your a/c Redacted 0426 ROYAL TRUST CORP OF CANADA IFO PARSON FINANCE PANAMA SA REF FAIRFIELD SENTRY SHARES10627.37 TD 04.01.2005 RE | 11,089,081.40 | | 147,809,028.06 |
| 14APR05 | | We debit your a/c Redacted 0470 KOOKMIN BNK SEOUL IFO KOOKMIN BNK CUSTODY TEAM SITMC REF FAIRFIELD SENTRY SHS 2,486.28 T/D 04.01.05 RE ON BEHALF OF SAMSUNG ABSOLUTE RETURN | 2,594,297.68 | | 145,214,730.38 |
| 14APR05 | | We debit your a/c Redacted 0493 CITCO BANKING CORP NV IFO CITCO GLOBAL CUSTODY NA NV REF FAIRFIELD SENTRY SHARES 146.00 TD 04.01.2005 RE 1133 R000184 | 152,343.04 | | 145,062,387.34 |
| 14APR05 | | We debit your a/c Redacted 0526 BEAR STEARNS SECURITIES CORP IFO GLOBAL FUND PORVENIR CONSERVADOR REF FAIRFIELD SENTRY SHS 371.38 T/D 04.01.05 RE | 387,514.79 | | 144,674,872.55 |

Branch Office  
Custom House Plaza Block 3  
Int'l Financial Services Centre  
P.O. Box 6639  
Dublin 1  
Ireland

Phone: +353 (0)1 636 7100  
Fax: +353 (0)1 636 7102  
BIC: CITCIE2D  
dublin-bank@citco.com

Citco Bank Nederland N.V. is a company  
limited by shares registered in  
Amsterdam, The Netherlands,  
No. 33185291. Citco Bank  
Nederland N.V. Dublin Branch is  
registered in Dublin No. 904070.

CONFIDENTIAL                                                                                    ANWAR-CFSE-00323153