# EXHIBIT 5



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date              : May-12-2005
Fund Id           : 03302
Holder Id         : Redacted 9702
Account Id        : Redacted 3986
Contract No.      : Redacted 9202
Order No.         : Redacted 5002
CFI Cash Id       : Redacted 3402

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:        DEUTSCHE BANK TRUST COMPANY AMERICAS
Bank Address 1:   NEW YORK
Bank Address 2:   USA

SWIFT Ref.:       BKTRUS33

Further Cr. Num:  Redacted 9102
Further Cr. Name: KOOKMIN BANK SEOUL

Further Cr. SWIFT Ref.:  CZNBKRSE
Beneficiary Acct No:     Redacted )030
Beneficiary Name:        KOOKMIN BANK CUSTODY TEAM SITMC

Amount:     USD    8,212,336.34
Value date: May-13-2005
Ref:        FAIRFIELD SENTRY    Shares:7,859.39 T/D:05-01-2005 RE
Note:       ON BEHALF OF SAMSUNG ABSOLUTE RETURN TRUST 24

Authorised signatory                    Authorised signatory

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL                                                    ANWAR-CFSE-00323793

FPA



STATEMENT OF ACCOUNT



FAIRFIELD SENTRY LIMITED  
C/O CITCO FUND SERVICES (EUROPE) BV  
NARITAWEG 165  
1043 BW AMSTERDAM  
THE NETHERLANDS  

Date:    13 MAY 2005                                                      Page  8  
Statement no  -     275  
Account type -  Current account funds  
Currency     -  US Dollar  
Account  no  -  Redacted5-001           Redacted0.50.1  
IBAN      Redacted              105 01      BIC  CITCIE2D  

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 13MAY05 | | We debit your a/c Redacted)02A<br>CREDIT SUISSE ZURICH<br>FAIRFIELD SENTRY LIMITED<br>SHARES 2142.4000000 T/D 05.01.05 RE<br>ZPIE2/994280/2487.40/CREDIT SUISSE | 2.238.610,04 | | 48,884,570.68 |
| 13MAY05 | | We debit your a/c Redacted)02A<br>CREDIT SUISSE ZURICH<br>FAIRFIELD SENTRY LIMITED<br>SHARES 25.0000000 T/D 05.01.05 RE<br>ZPIE 2 / 994280 / 25 / CREDIT SUISS | 26,122.69 | | 48,858,447.99 |
| 13MAY05 | | We debit your a/c Redacted102A<br>KOOKMIN BANK CUSTODY TEAM SITMC<br>FAIRFIELD SENTRY LIMITED<br>SHARES 7859.3900000 T/D 05.01.05 RE<br>ON BEHALF OF SAMSUNG ABSOLUTE RETUR | 8.212.336,34 | | 40.646.111.65 |
| 13MAY05 | | We debit your a/c Redacted)02A<br>KOOKMIN BANK CUSTODY TEAM SITMC<br>FAIRFIELD SENTRY LIMITED<br>SHARES 1173.8100000 T/D 05.01.05 RE<br>ON BEHALF OF SAMSUNG ABSOLUTE RETUR | 1,226,522.99 | | 39,419,588.66 |
| 13MAY05 | | We debit your a/c Redacted602A<br>KOOKMIN BANK CUSTODY TEAM SITMC<br>FAIRFIELD SENTRY LIMITED<br>SHARES 1071.7400000 T/D 05.01.05 RE<br>ON BEHALF OF SAMSUNG ABSOLUTE RETUR | 1.119.869,27 | | 38.299.719.39 |

Branch Office  
Custom House Plaza Block 3  
Int'l Financial Services Centre  
P.O. Box 6639  
Dublin 1  
Ireland  

Phone: +353 (0)1 636 7100  
Fax: +353 (0)1 636 7102  
BIC: CITCIE2D  
dublin-bank@citco.com  

Citco Bank Nederland N.V. is a company  
limited by shares registered in  
Amsterdam, The Netherlands,  
No. 33185291. Citco Bank  
Nederland N.V. Dublin Branch is  
registered in Dublin No. 904070.

CONFIDENTIAL                                                                                                          ANWAR-CFSE-00323742