# EXHIBIT 6



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

| | |
|---|---|
| Date | : Jun-14-2005 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 9702 |
| Account Id | : Redacted 4004 |
| Contract No. | : Redacted 1802 |
| Order No. | : Redacted 9402 |
| CFI Cash Id | : Redacted 3802 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**

Account Number   Redacted   0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**

Bank Name:   DEUTSCHE BANK TRUST COMPANY AMERICAS
Bank Address 1:   NEW YORK
Bank Address 2:   USA

SWIFT Ref.:   BKTRUS33

Further Cr. Num:   Redacted 9102
Further Cr. Name:   KOOKMIN BANK SEOUL

Further Cr. SWIFT Ref.:   CZNBKRSE
Beneficiary Acct No:   Redacted 1030
Beneficiary Name:   KOOKMIN BANK CUSTODY TEAM SITMC

Amount:   USD   5,547,965.34
Value date:   Jun-15-2005
Ref:   FAIRFIELD SENTRY   Shares:5,276.37 T/D:06-01-2005 RE
Note:   ON BEHALF OF SAMSUNG ABSOLUTE RETURN TRUST M1

Authorised signatory                                Authorised signatory

............................................................................................................................

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com
amsterdam-fund@citco.com
www.citco.com

Phone: (31-20) 5722100
Fax: Phon 31-20 26 7226 00
Chamber of Commerce 33253773

CONFIDENTIAL

ANWAR-CFSE-00021478

FPA



CITCO
Citco Bank Nederland N.V.

STATEMENT OF ACCOUNT

20 JUNI 2005

FAIRFIELD SENTRY LIMITED
C/O CITCO FUND SERVICES (EUROPE) BV
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Date:  15 JUN 2005                                          Page  7
Statement no -      298
Account type -  Current account funds
Currency      -  US Dollar
Account  no -  Redacted 5-001        Redacted 0.50.1
IBAN      Redacted        05 01      BIC  CITCIE2D

| Book Date | Value Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 15JUN05 | | We debit your a/c<br>Redacted302A<br>KOOKMIN BANK CUSTODY TEAM SITMC<br>FAIRFIELD SENTRY LIMITED<br>SHARES 5276.3700000 T/D 06.01.05 RE<br>ON BEHALF OF SAMSUNG ABSOLUTE RETUR | 5,547,965.34 | | 67,249,045.88 |
| 15JUN05 | | We debit your a/c<br>Redacted'02A<br>AMERICAN EXPRESS ALTERNATIVE INVEST<br>FAIRFIELD SENTRY LIMITED<br>SHARES 951.0500000 T/D 06.01.05 RE<br>SSBL FBO/CONCENTRATED ELITE MANAGER | 1,000,000.00 | | 66,249,045.88 |
| 15JUN05 | | We debit your a/c<br>Redacted902A<br>RBC DOMINION SECURITIES INC<br>FAIRFIELD SENTRY LIMITED<br>SHARES 362.0000000 T/D 06.01.05 RE<br>A/C# Redacted 0200 AAG CADT #9487 | 380,633.55 | | 65,868,412.33 |
| 15JUN05 | | We debit your a/c<br>Redacted302A<br>RBC DOMINION SECURITIES INC<br>FAIRFIELD SENTRY LIMITED<br>SHARES 190.2100000 T/D 06.01.05 RE<br>A/C# Redacted 0200 AAG CADT #9487 | 200,000.00 | | 65,668,412.33 |
| 15JUN05 | | We debit your a/c<br>Redacted'02A<br>SG PRIVATE BANKING SUISSE SA<br>FAIRFIELD SENTRY LIMITED<br>SHARES 1791.4000000 T/D 06.01.05 RE | 1,883,610.34 | | 63,784,801.99 |

Branch Office
Custom House Plaza Block 3
Int'l Financial Service: Centre
P.O. Box 6639
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
BIC: CITCIE2D
dublin-bank@citco.com

Citco Bank Nederland N.V. is a company
limited by shares registered in
Amsterdam, The Netherlands,
No. 33185291. Citco Bank
Nederland N.V. Dublin Branch is
registered in Dublin No. 904070.

CONFIDENTIAL

ANWAR-CFSE-00324564