**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CUSTOMER CLAIM

Amanda Alpern Trust DTD 4/12/08 (the "Claimant"), having filed an objection (Docket No. 2363) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim number 002919, hereby gives notice that it withdraws its objection.

Dated: May 11, 2022

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimant*