**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CUSTOMER CLAIM

Pamela K. Marxen (the "<u>Claimant</u>"), having filed an objection (Docket No. 2072) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim number 008083, hereby gives notice that she withdraws her objection.

Dated: May 11, 2022

                                                                               CHAITMAN LLP

                                                                               */s/ Helen Chaitman*
                                                                               Helen Chaitman
                                                                               465 Park Avenue
                                                                               New York, NY 10022
                                                                               Tel. No. 888-759-1114

                                                                               *Attorney for Claimant*