UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CUSTOMER CLAIM

Kurt C. Palmer (the "Claimant"), having filed an objection (Docket No. 2073) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim number 008191, hereby gives notice that he withdraws his objection.

Dated: May 11, 2022

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimant*