**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CUSTOMER CLAIMS

Gary L. Harnick (the "<u>Claimant</u>"), having filed an objection (Docket No. 893) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim numbers 001209 and 014626, hereby gives notice that he withdraws his objection.

Dated: May 11, 2022　　　　　　　　　　CHAITMAN LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Helen Chaitman*
　　　　　　　　　　　　　　　　　　　　Helen Chaitman
　　　　　　　　　　　　　　　　　　　　465 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Tel. No. 888-759-1114

　　　　　　　　　　　　　　　　　　　　*Attorney for Claimant*