**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>   Plaintiff,<br><br>   v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>   Defendant. | Adv. Pro. No. 11-02493 (CGM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Abu Dhabi Investment Authority. All notices required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

DATED: New York, New York  
May 11, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Marc L. Greenwald*  
Marc L. Greenwald  
51 Madison Avenue, 22nd Floor  
New York, New York 10010-1601  
Telephone: (212) 849-7000  
Fax: (212) 849-7100  
marcgreenwald@quinnemanuel.com

*Attorneys for Defendant Abu Dhabi Investment Authority*