# EXHIBIT 5

| CITCO FUND SERVICES | OFFSHORE SUBSCRIPTION CHECKLIST | | | | |
|---|---|---|---|---|---|
| Fund name: FAIRFIELD SENTRY | Investor's New Issue Status | Eligible ☐ | Restricted ☐ | N/A ☐ | (fund does not trade in New Issues) |
| Fund Class / Series | Fund Group ID | | Fund ID 63302 | | |

Holder & Account Name: Schroder & Co Bank Ag Zurich

| Holder ID | REDACTED 6602 | New? Y/N | Account ID | REDACTED 5134 | New? Y/N | Where any new, initials of person who did setup: |
|---|---|---|---|---|---|---|
| Trade Date | 9/01 | | NAV Date | 8/31 | | Notes/Ref: Hold Wait Release |
| Gross Amount | 1,000,000.00 | | No of Shares: | | | |
| Load | Yes ☐ No ☐ | | Amount | Percentage % | | |
| Related Party | Yes ☐ No ☐ | | New? Y/N | RPID: | | |

**COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS**

| Date Instruction/Sub Doc received | | Originals required, (Dub/Lux only), date received | | | |
|---|---|---|---|---|---|
| Full Subscription Documents Scanned & Stored | Yes ☐ No ☐ | | | | |
| Verify source doc on file to check signatures. If not on file, request and state here that you have: | | | Signatures match: | Yes ☒ | No ☐ |
| Notice Period Met? | Yes ☐ No ☐ | | Min Sub Amount Met? | Yes ☐ No ☐ | (initial or subsequent amount) |
| Cash Deadline Met? | Yes ☐ No ☐ | | Min Account Balance Met? | Yes ☐ No ☐ | |
| DR Required? | Yes ☐ No ☐ | | If yes, arrange with relevant for DR to be sent for signing | | |
| D[...]ived? | Yes ☐ No ☐ | | Copy to be filed with legal department ☐ | Done, by_____ | |
| OR, If DRs requested quarterly and filed separately and directly with legal team tick here ☐ | | | (resolution reasons still need to be ticked above) | | |

| US INVESTOR DETAILS | If not US Investor tick here & go to Benefit Plan section ☐ | | BENEFIT PLAN INVESTOR/ERISA DETERMINATION | | If N/A for this fund, tick here ☐ | |
|---|---|---|---|---|---|---|
| | YES | NO | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying "plan assets" (E-ICGA) | ☐ |
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | | |
| Accredited Investor? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Management Affiliate (IM&A) | ☐ |
| Qualified Purchaser? | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) | ☐ | Is there capacity? Yes ☐ No ☐ | |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code | | initials | |
| Update Fund's 3c1/3c7 report | ☐ | ☐ | Update Fund's ERISA report (if applicable) | | | |

**TRADE INPUT**

| Check Order Entry for pending trades/duplicates | | Yes ☐ | | | | |
|---|---|---|---|---|---|---|
| Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable | | Yes ☐ | N/A ☐ | IM Approval rec'd & attached - if requested | Yes ☐ | N/A ☐ |
| Input trade and print Confirmation of Order Rec'd for Review (include in pack) | | | | Order ID Number: | REDACTED | 8502 |
| Date confirmation of Orders Received sent (Investors & related parties) _____ | | | Where Series Subscription and contract note issued same day, tick here: | | N/A ☐ | |
| KYC OK? | Yes ☐ No ☐ | Please complete the below as a check on monies received, all other KYC should be completed on KYC checklist when Investor/account created | | | | |

**FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL**

| A[...] Received | | (date) | Country from: | FATF ☐ | Non-FATF ☐ |
|---|---|---|---|---|---|
| Additional amount(s) rec'd | | (date) | Country from: | FATF ☐ | Non-FATF ☐ |
| Swift Matches Investor's Name | Yes ☐ No ☐ | Advice/AML Letter Needed Yes ☐ No ☐ | NOTES: Remark | Date | Initials |
| Swift is KYC Compliant | Yes ☐ No ☐ | If yes, date received in good order | | | |
| Any load fees to pay? | Yes ☐ No ☐ | Amount Paid _____ Date _____ by _____ | | | |

**Sign off matrix (initial in all places)**

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | initials | date | Final Pack | initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | dcp | 8/29 | Input | | | Approved by | | | Checked by | | |
| Verified by: | AC | 8/29 | Verified | | | Filed by | | | | | |

Date Contract Note sent (Investors & related parties) _____ (place copy of confirm in pack)
For noting any trade Amendments Postponement or Cancellations

| Amendments | ☐ | | | | |
|---|---|---|---|---|---|
| Postponements | ☐ | Reason: | | | |
| Cancellations* | ☐ | *Where cancellation - start up a cancelled trades checklist | | | |

**LOCAL OFFICE SECTION & NOTES**

CONFIDENTIAL                                                                                    ANWAR-CFSE-00410119

```
User ID: JOPRAY
==============================================================================
TO: Name: GUIDO SESSA
    Company: SOPRIGEST - SOCIETE PRIVEE DE GESTION SA
    Fax Phone Number: 0041 22 312 2909
    Contact Phone Number:
    Info Code 1: 1009133            Info Code 2:

Sent to remote ID:+4122 312 29 09
Sent at:Wed Aug 29 11:25:57 2007
Sent on channel 4
Elapsed Time:  0 minutes, 24 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------------
JOPRAY approved fax at Wed Aug 29 11:25:45 2007
------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00410120

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

SOPRIGEST - SOCIETE PRIVEE DE GESTION SA
114 RUE DE RHONE
CP 3714
1211 GENEVE 3
SWITZERLAND

Date       : Aug-29-2007
Fund ID    : 03302
Holder ID  : REDACTED 6602
Account ID : REDACTED 5134
Order No.  : REDACTED 8502

GUIDO SESSA
Account: SCHRODER & CO BANK AG

FAX Number : 0041 22 312 2909

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date                                                  Sep-01-2007
Settlement Date                                             As Soon As Possible
Valuation/NAV Date                                          Aug-31-2007
Type of transaction                                         Subscription

Amount                                            USD       1,000,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        REDACTED 6487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    REDACTED 0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

**Note 1: PLEASE PAY TODAY**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                ANWAR-CFSE-00410121

```
User ID: JOPRAY
================================================================================
TO: Name:
    Company: SCHRODER & CO BANK AG
    Fax Phone Number: 0041 44 250 1403
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:+41 44 250 14 03
Sent at:Wed Aug 29 11:26:01 2007
Sent on channel 2
Elapsed Time:  1 minute, 12 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
JOPRAY approved fax at Wed Aug 29 11:25:45 2007
--------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00410122

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

SCHRODER & CO BANK AG
SERVICE CENTER PRIVATE BANKING
PFINGSTWEIDSTRASSE 60
POSTFACH 2222
CH-8031 ZURICH

Date        : Aug-29-2007
Fund ID     : 03302
Holder ID   : [REDACTED]6602
Account ID  : [REDACTED]5134
Order No.   : [REDACTED]8502
Email       : FUNDDEAILING@SCHRODERS.COM
FAX Number  : 0041 44 250 1403

Account: SCHRODER & CO BANK AG

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Sep-01-2007 |
| Settlement Date | As Soon As Possible |
| Valuation/NAV Date | Aug-31-2007 |
| Type of transaction | Subscription |
| Amount | USD 1,000,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | [REDACTED]5487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | [REDACTED]0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: PLEASE PAY TODAY**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                 ANWAR-CFSE-00410123

**CITCO**
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

SCHRODER & CO BANK AG
SERVICE CENTER PRIVATE BANKING
PFINGSTWEIDSTRASSE 60
POSTFACH 2222
CH-8031 ZURICH

Date       : Aug-29-2007
Fund ID    : 03302
Holder ID  : [REDACTED]6602
Account ID : [REDACTED]5134
Order No.  : [REDACTED]8502
Email      : FUNDDEAILING@SCHRODERS.COM
FAX Number : 0041 44 250 1403

Account: SCHRODER & CO BANK AG

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date                                Sep-01-2007
Settlement Date                           As Soon As Possible
Valuation/NAV Date                        Aug-31-2007
Type of transaction                       Subscription

Amount                          USD       1,000,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        [REDACTED]6487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    [REDACTED]0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

**Note 1: PLEASE PAY TODAY**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                    ANWAR-CFSE-00410124

28/08/2007 16:46    +41-44-250-13-86    SCHRODER & CO BANK    S.    01/03



Schroder & Co Bank AG

Central 2
P.O. Box 1820, 8021 Zurich
Telephone +41 44 250 15 51 / 13 89
Telefax +41 44 250 14 03
E-mail : funddealing@schroders.com

# FAX

To :    Citco Fund Services (Europe) NV – Telestone-Teleport – Naritaweg 165 – NL-1043 BW Amsterdam

Attn:   Investor Relations Group    Fax :    0031 20 572 26 10
                                    Phone   0031 20 572 2100

From :  Barbara Knoepfli / Thomas Gut

Date :  28.08.07    Number of pages including this coversheet :    3

## FUND SUBSCRIPTION

We would like to subscribe :

USD 1'000'000.--    Fairfield Sentry Ltd Fund -USD-

The units should be registered in the name of Schroder & Co Bank AG, Zurich.

Payment will be sent according your instructions value **August 28, 2007.**

Kindly acknowledge by fax the reception of this message and confirm the terms and date of execution of the transaction.

The original subscription will be sent by mail.

Kind regards

Barbara Knoepfli
Assistant Manager

**Schroder & Co Bank AG**

---

In case of any problem concerning this transmission please telephone Zurich/Switzerland
Phone : +41 44 250 13 89    Fax : +41 44 250 14 03

CONFIDENTIAL    ANWAR-CFSE-00410125

28/08/2007  16:46   +41-44-250-13-86         SCHRODER & CO BANK              S.   02/03

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile:  (31-20) 572-2610

CONFIDENTIAL                                                                ANWAR-CFSE-00410126

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.  New Subscription Information:**

Subscriber: _Schroder & Co Bank AG_
Contribution Date: _31 August_ 2007
Additional Contribution Amount: U.S. $ *1'000'000.-*  (USD one million)

Changes to Subscription Agreement:  [X] None
[ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this _28_ day of _August_, 200_7_.

**Corporate, Partnership, Trust or Account Subscribers**          **Individual Subscribers**

Schroder & Co Bank AG
Name of Entity (Print)                                            Name (Print)

By: _[signature]_
    Signature      B. Knoepfli
                   Assistant Manager                              Signature
    C. Défayes
Name (Print)
    Associate Director                                            Name of Joint Purchaser, If Any (Print)

Title                                                             Signature

Telephone: +41 44 250 15 51                                       Telephone:
Fax:       +41 44 250 14 03                                       Fax:

SUBSCRIPTION ACCEPTED AS OF _____ 200_.

FAIRFIELD SENTRY LIMITED

By:
   Name:
   Title:

RR-3

CONFIDENTIAL                                                                                    ANWAR-CFSE-00410127

| # | Fund | Bank / Description | Date | Date | Amount | Reference |
|---|---|---|---|---|---|---|
| 64 | Fairfield Sigma | Banca Commerciale Lugano (Ref: Caterina Pedrini) | | 8/24/2007 | 147,500.00 | Yanko |
| 65 | Fairfield Sigma | SNS GLOBAL CUSTODY BV REF SNS BANK | 8/24/2007 | 8/24/2007 | 295,000.00 | Cornelis/Clientenbelangen Bos & Partners |
| 66 | Fairfield Areca USD | CGC NV REF 102900 [ ] (9-545) | 8/27/2007 | 8/24/2007 | 262 shs | |
| 67 | Fairfield Areca EUR | Kredietbank S A Luxembourgeoise/ for customers account (ref [1280] | 8/27/2007 | 8/24/2007 | 100,000.00 | Kim Perry |
| 68 | Fairfield Areca EUR | Kredietbank S A Luxembourgeoise/ for customers account (ref [1237] | 8/27/2007 | 8/24/2007 | 100,000.00 | Kim Perry |
| 69 | Fairfield Areca EUR | Credit Suisse London Nominees Ltd - Ref Yanko | 8/27/2007 | 8/27/2007 | 250,000.00 | Yanko |
| 70 | Fairfield Areca EUR | HSBC Private Bank Suisse SA | 8/27/2007 | 8/27/2007 | 917,000.00 | Yanko |
| 71 | Fairfield Areca USD | Credit Suisse London Nominees LTD | 8/27/2007 | 8/27/2007 | 350,000.00 | |
| 72 | Fairfield Sentry | Merrill Lynch International | 8/27/2007 | 8/24/2007 | 2,000,000.00 | |
| 73 | Fairfield Sentry | Bank Sal Oppenheim | 8/27/2007 | 8/27/2007 | 50,000.00 | 949 |
| 74 | Fairfield Sentry | Credit Suisse London Nominees ref IAM O | 8/27/2007 | 8/27/2007 | 45,000.00 | Yanko/Marco/IAM |
| 75 | Fairfield Sentry | Credit Suisse London Nominees ref M D'Hendencourt | 8/27/2007 | 8/27/2007 | 200,000.00 | Vianney |
| 76 | Fairfield Sentry | Credit Suisse London Nominees ref Yanko | 8/27/2007 | 8/27/2007 | 75,000.00 | Yanko |
| 77 | Fairfield Sentry | Credit Suisse London Nominees ref Caterina | 8/27/2007 | 8/27/2007 | 70,000.00 | Yanko |
| 78 | Fairfield Sentry | Credit Suisse London Nominees ref Carla Castillo | 8/27/2007 | 8/27/2007 | 100,000.00 | LB Team/CS Miami |
| 79 | Fairfield Sentry | Barclays Bank (Suisse) SA | 8/27/2007 | 8/27/2007 | 100,000.00 | Iberia |
| 80 | Fairfield Sentry | CGC NV REF UBS AG ZURICH [ ] (1141) | 8/27/2007 | 8/27/2007 | 100,000.00 | |
| 81 | Fairfield Sigma | CGC NV REF UBS AG ZURICH [ ] (1142) Load fee 0.50% Load fee | 8/27/2007 | 8/27/2007 | 30,000.00 | Yanko |
| 82 | Fairfield Sigma | ING Bank (Suisse) SA | 8/27/2007 | 8/27/2007 | 1,500,000.00 | |
| 83 | Fairfield Sigma | Credit Suisse London Nominees ref Caterina/Yanko Della Schiava | 8/27/2007 | 8/27/2007 | 100,000.00 | Yanko |
| 84 | Fairfield Sigma | FS/ NPD/TITRES/ Dergam Finance [ ] *(OFA) | 8/27/2007 | 8/27/2007 | 18,000.00 | |
| 85 | Fairfield Sigma | CGC NV REF 102A88 [ ] (1143) | 8/27/2007 | 8/27/2007 | 100,000.00 | Yanko/Marco/BSI Geneva |
| 86 | Renaissance USD | HSBC SSL a/c Thema No 5 Multi Strategies Fund (ref [ ] 7966) requesting 9,507TD | 8/28/2007 | 8/27/2007 | 5,000,000.00 | |
| 87 | Fairfield Sigma | FS/AEB LUX [ ] (19WX) | 8/28/2007 | 8/28/2007 | 500,000.00 | |
| 88 | Fairfield Sentry | CGC NV ref UBS AG Zurich [ ] (9921) | 8/28/2007 | 8/28/2007 | 100,000.00 | |
| 89 | Fairfield Sentry | Korea Life Insurance Co Ltd | 8/28/2007 | 8/28/2007 | 20,000,000.00 | Richard |
| 90 | Fairfield Sentry | PFC Nominees Ltd a/c R | 8/28/2007 | 8/28/2007 | 389,998.16 | Richard/Ajla |
| 91 | Fairfield Sentry | Investec Bank (Switzerland) AG | 8/28/2007 | 8/28/2007 | 285,000.00 | Philip/Investec |
| 92 | Fairfield Sentry | Fairbairn Nominees (IOM) Limited a/c designation 0001 | 8/28/2007 | 8/28/2007 | 70,000.00 | 929 |
| 93 | Fairfield Sentry | Schroder & Co Bank AG | 8/28/2007 | 8/29/2007 | 1,000,000.00 | Santiago |

CONFIDENTIAL

ANWAR-CFSE-00410128

**NAV August 31, 2007**
**Trade Approvals**

### SUBSCRIPTIONS

| № | Fund | Full Legal Investor Name (please include Custodian if any) | Val date | Date of rect | Amount | Agent/FGG Rep | Approved by |
|---|---|---|---|---|---|---|---|
| 2 | Renaissance USD | Antonio& Carom Habib, Luz H de corrom postponed from June 1st / requests sept 1st trade d | 4/17/2007 | 4/13/2007 | 100,000.00 | Santiago | |
| 3 | Renaissance USD | Petry Chiter & Liana Alujas postponed to October 1st | 7/23/2007 | 7/26/2007 | 200,000.00 | Matt/Jeremy | |
| 4 | Renaissance USD | 1993 Ontario ltd postponed to October 1st | 7/27/2007 | 7/26/2007 | 300,000.00 | matt/Jeremy | |
| 5 | Renaissance USD | Field Nominees a/c _____ 2696 (has been moved forward from July NAV by FGG) | 7/31/2007 | 7/30/2007 | 74,250.00 | Santiago/Harvey | |
| 6 | Renaissance USD | BANIF Financial Services as Agent (has been moved forward from July NAV by FGG) | 7/31/2007 | 7/31/2007 | 500,000.00 | Santiago | will |
| 7 | Fairfield Areca EUR | CGC NV Ref: ___ /4-524) BSI AG | 8/2/2007 | 7/31/2007 | 750,000.00 | | amit |
| 8 | Fairfield Sentry | South Hill SICAVF SA - money wired incorrectly, missed deadline - postponed from July 31 T | 8/6/2007 | 7/20/2007 | 172,500.00 | Iberia | amit |
| 9 | Fairfield Sentry | Mint Inversiones SICAVF SA - money wired incorrectly, missed deadline - postponed from | 8/6/2007 | 7/20/2007 | 1,375,000.00 | Iberia | amit |
| 10 | Fairfield Areca EUR | HSBC Private Bank (Suisse) SA (ref Kim Perry)- money return as rec'd too late for NAV Jul 31 | 8/6/2007 | 7/25/2007 | 350,000.00 | Kim Perry | will |
| 11 | Fairfield Areca USD | SIS Sega Intersettle AG (ref Yanco)- money return as rec'd too late for NAV Jul 31 | 8/6/2007 | 7/25/2007 | 100,000.00 | Yanko | will |
| 13 | Fairfield Sentry | FS/Mizrahi Tef Ahot Bank Ltd (07RM9UDW) | 8/7/2007 | 8/6/2007 | 5,500.00 | Cornelis | amit |
| 15 | Renaissance USD | Fundacion Virgilio Barco | 8/7/2007 | 8/7/2007 | 200,000.00 | Lourdes | |
| 16 | Fairfield Sentry | CGC NV Ref 190749 ( _____ 39031 Bmg MeesPierson Zurich | 8/9/2007 | 8/7/2007 | 125,141.00 | Lourdes | amit |
| 17 | Fairfield Sigma | FS/BEWAARBEDRIF BINCKBANK _____ 'H9NZ)...comment: Harmony Beheer | 8/9/2007 | 8/10/2007 | 100,000.00 | Cornelis/william | amit |
| 18 | Fairfield Sigma | EFG BANK | 8/9/2007 | 8/10/2007 | 150,000.00 | Lourdes/EFG | amit |
| 19 | Renaissance USD | Premium Capital Global Portfolio Fund BV/letter may 1 / postponed from June 1st / months | 3/20/2007 | 2/20/2007 | 1,500,000.00 | Santiago | |
| 20 | Renaissance USD | Bedrock SA letter may 1 DEVISING AMOUNT docs to be sent / revised 7/5/07 / revised back to 200K 7.24 | 3/8/2007 | 3/8/2007 | 200,000.00 | Philip/Bedrock | |
| 21 | Renaissance USD | Deutsche Bank Nominees (Jersey) Ltd Request September 1st trade date | 8/27/2007 | 6/27/2007 | 2,000,000.00 | Matt/Jeremy Blue Ink | |
| 22 | Fairfield Sigma | CGC NV REF 102900 ( _____ 1135) | 8/13/2007 | 8/10/2007 | 225,000.00 | Yanko/Marco/Landor | |
| 23 | Fairfield Investment Fund A | Credito Privato Commerciale Breaches Min Sub Amount | 8/13/2007 | 8/13/2007 | 40,000.00 | Yanko/Woodville | Nancy |
| 24 | Fairfield Sentry | CC NV Ref 190421 _____ 0025) Banca Arner SA | 8/14/2007 | 8/13/2007 | 195,709.00 | Yanko/Armer | |
| 25 | Renaissance USD | CGC NV Ref 102408 ( _____ 5242) BSI AG | 8/15/2007 | 8/15/2007 | 50,000.00 | Santiago/Harvey/Genisis | Blair |
| 26 | Fairfield Sentry | UBS AG New York Branch as agent for Bionicle Equities Limited | 8/15/2007 | 8/13/2007 | 150,000.00 | | |
| 27 | Fairfield Sentry | CGC NV REF 102448 _____ 3909) BSI AG | 8/15/2007 | 8/15/2007 | 50,000.00 | Santiago/Harvey/Genisis | |
| 28 | Fairfield Sentry | CGC MV REF 190059 ( _____ 5097) CLARIDEN LEU | 8/15/2007 | 6/14/2007 | 6,200,000.00 | Lourdes | |
| 30 | Fairfield Sentry | CGC NV Ref 102902 ( _____ 39101)LGT Bank Liechtenstein | 8/16/2007 | 8/16/2007 | 63,000.00 | Richie/LGT | |
| 31 | Fairfield Sigma | CGC NV Ref 190041 _____ /11571 Finter Bank Zurich | 8/20/2007 | 8/20/2007 | 200,000.00 | Yanko/Marco/Finter | |
| 32 | Fairfield Sentry | Bank Julius Baer & Co Ltd - "agreed with Lourdes Barraneche / Veronica Barco" | 8/20/2007 | 8/20/2007 | 200,000.00 | Lourdes | |
| 33 | Fairfield Sentry | Bank Julius Baer & Co Ltd - "agreed with Lourdes Barraneche / Veronica Barco" | 8/20/2007 | 8/20/2007 | 100,000.00 | Lourdes | |
| 34 | Fairfield Sentry | CGC NV ref 145325 _____ 39171 Lichtensteinse Landesbank | 8/20/2007 | 8/20/2007 | 189,100.00 | Richie/LGT | |
| 35 | Renaissance USD | Arjent Limited | 8/20/2007 | 8/20/2007 | 100,000.00 | | |
| 36 | Renaissance EUR | Credit Suisse London Nominees Ltd ref Alpha Investment mgmt / agreed with Annie Hudso | 9/21/2007 | 8/20/2007 | 50,000.00 | Richie | |
| 37 | Fairfield Sigma | Credito Sammarinese SPA | 8/21/2007 | 8/20/2007 | 145,000.00 | Yanko/Marco | amit |
| 38 | Fairfield Sigma | Banque de Credit et de Depots SA | 8/22/2007 | 8/22/2007 | 500,000.00 | Yanko/Marco | amit |
| 39 | Fairfield Sigma | CGC NV Pictet ( _____ 1138) | 8/22/2007 | 8/22/2007 | 600,000.00 | Kim Perry | amit |
| 40 | Fairfield Sentry | Melrose Investment Ltd | 8/22/2007 | 8/21/2007 | 333,904.00 | Lourdes | |
| 41 | Fairfield Lion Inves INST US | Op Bank Group Pension Foundation: breaches minimum initial Inv amount 2,000,000.00) | 8/22/2007 | 8/21/2007 | 1,500,000.00 | Richard | amit |
| 42 | Fairfield Lion Inves INST US | Op Bank Group Mutual Insurance Company/ Breaches minimum initial Inv amount 2,000,000.00 | 8/22/2007 | 8/21/2007 | 10,338,000.00 | Richard | |
| 44 | Fairfield Sigma | CGC NV Ref 190749 ( _____ 1139) | 8/23/2007 | 8/23/2007 | 400,000.00 | | |
| 45 | Fairfield Sigma | FS/ABN AMRO BK BRUSSELS (M4Q6SVTI) | 8/23/2007 | 8/23/2007 | 1,000,000.00 | Lourdes | |
| 46 | Fairfield Sentry | Lloyds TSB Bank Plc F/B/O 5486 | 8/23/2007 | 8/23/2007 | 100,000.00 | | |
| 47 | Fairfield Sentry | Banco Inversis Net | 8/23/2007 | 8/23/2007 | 900,000.00 | | |
| 48 | Fairfield Sentry | CGC NV Ref 191228 PAM ( _____ 3920) | 8/23/2007 | 8/23/2007 | 3,809,200.00 | | |
| 49 | Fairfield Sentry | FS/SWEDCLIENT/IAM (TYGOKAYS) | 8/23/2007 | 8/23/2007 | 125,818.00 | Kim Perry | |
| 50 | Fairfield Sentry | Fortis Global Custody Services Re Clients | 8/23/2007 | 8/23/2007 | 275,000.00 | Lourdes/ING Financial Planning | |
| 51 | Fairfield Sentry | HSBC Institutional Trust ee Ltd a/G _____ p472 (Dividend Reinvest) | 8/24/2007 | 8/24/2007 | 50,845.53 | | |
| 52 | Fairfield Sentry | FS/Commerzbank Frankfurt (ref _____ 32IG4) | 8/24/2007 | 8/24/2007 | 40,300.00 | | |
| 53 | Fairfield Sentry | FS/CBK Hapoalim /B M Tel Aviv (ref _____ H9SD) | 8/24/2007 | 8/24/2007 | 14,000.00 | | |
| 54 | Fairfield Sentry | HSBC SSL a/c Sabadell BS S/ct FOH FD Sicav | 8/24/2007 | 8/24/2007 | 1,450,000.00 | Team Iberia | |
| 55 | Fairfield Sentry | CGC NV Ref 190059 ( _____ 4-526) | 8/24/2007 | 8/24/2007 | 100,000.00 | Kim Perry | |
| 56 | Fairfield Areca Eur | FS/ING BELGIUM ( _____ S898) | 8/24/2007 | 8/24/2007 | 1,000,000.00 | | |
| 57 | Fairfield Sigma | FS/FORTIS BANQUE LUX ( _____ 5UEP) | 8/24/2007 | 8/24/2007 | 200,000.00 | | |
| 58 | Fairfield Sigma | HSBC Private Bank (Suisse) SA | 8/24/2007 | 8/24/2007 | 430,000.00 | | |
| 59 | Fairfield Sigma | JP Morgan SL | 8/24/2007 | 8/24/2007 | 3,000,000.00 | | |
| 60 | Fairfield Sigma | CGC NV REF UBS AG ZURICH _____ 1140) | 8/24/2007 | 8/24/2007 | 130,000.00 | | |
| 61 | Fairfield Sigma | UBS (Luxembourg) SA | 8/24/2007 | 8/24/2007 | 350,000.00 | Vianney | |
| 62 | Fairfield Sentry | FS/FORTIS BANQUE LUX (5NRCJAER) | 8/24/2007 | 8/24/2007 | 465,000.00 | | |
| 63 | Fairfield Sentry | Harrier Holding LTD 6555 | 8/24/2007 | 8/24/2007 | 2,000,000.00 | Richard | |

## O'Pray, Jaime (Citco)

**From:** Robert Netzel [rnetzel@fggus.com]
**Sent:** Tuesday, August 28, 2007 11:25 PM
**To:** AMS CFS IRG 3; AMS CFS Treasury; CFS Factshelp
**Cc:** FGG Trade Approvals
**Subject:** Trade approvals, 8-28
**Attachments:** Trade Approval Sheet August 31 2007 all trades (13a) .xls

**Allocated to : ALL**

Attached please find updated trade approvals:

-Updated agent credit has been highlighted in Yellow, please add to Facts.
-Line #81 Should have a .50% load fee...please add to tab.
-We approved the Raven redemptions for Fortis and Deltec with the 5% charge applicable to shares held less then 1 year.
-RIEF redemption from CGC for 14.0799 shares is approved for 10/31.
-AMEX will confirm to CFS that all pending subs into RIEF have been cancelled...They are all noted now on TA
-We sent a separate email earlier today confirming the 95%- 5% prepayment on the Sigma/Sentry switch and updated the tab.

Thanks
Rob



Robert Netzel
Vice President
Fairfield Greenwich Group
919 Third Avenue
New York, NY 10022
(P) 212-991-5273
(F) 212-319-0450
Rnetzel@fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

8/29/2007