# **EXHIBIT 6**



**Schroders**

Schroder & Co Bank AG

ONTVANGEN OP
2 4 SEP. 2008

# FAX

Central 2
P.O. Box 1820, 8021 Zurich
Telephone +41 44 250 15 51 / 13 89
Telefax +41 44 250 14 03
E-Mail funddealing@schroders.com

1550817
Oct. 08

| | | | |
|---|---|---|---|
| To: | Citco Fund Services (Europe) NV – Telestone-Teleport – Naritaweg 165 - NL-1043 BW Amsterdam | | |
| Attn: | Dealers | Fax: | 003120 572 2610 |
| | | | 003120 572 2100 |
| | Attn: Ms. Nikki Wells | Copy: | 0044 20 7499 9798 (cover page only) |
| From: | Barbara Knoepfli / Thomas Gut / Nadine Steele | | |
| Date: | 17/09/2008 | Number of pages including this coversheet: | 1 |

## FUND REDEMPTION

We would like to REDEEM:

**1'795.7722 units** of Fairfield Sentry Limited USD
ISIN VGG3299L1004

The units are registered in the name of Schroder & Co Bank AG.

Our USD correspondent is Northern Trust International Banking Corp, New York City (SWIFT: CNORUS33) / ABA No: 026001122. f/o Schroder & Co. Bank AG, Zurich Acct No: Redacted0230.

Kindly acknowledge by fax the confirmation of price and settlement date.

The original redemption will be sent by mail.

Kind regards

**Schroder & Co Bank AG**

C. Défayes
Associate Director

N. Steele
Manager

In case of any problem concerning this transmission please telephone Zurich/Switzerland
Phone : +41 44 250 13 89    Fax : +41 44 250 14 03

CONFIDENTIAL

CFSE-TRST-017887

CFSSAF0000905