# EXHIBIT 7

*1685117 Oct '06*


**Schroders**

Schroder & Co Bank AG

**FAX**

ONTVANGEN OP
2 4 SEP. 2008

ORIGINAL ORDER

Central 2
P.O. Box 1820, 8021 Zurich
Telephone +41 44 250 15 51 / 13 89
Telefax +41 44 250 14 03
E-Mail funddealing@schroders.com

To : **Citco Fund Services (Europe) NV – Telestone-Teleport – Naritaweg 165 - NL-1043 BW Amsterdam**

Attn :   Dealers              Fax :   003120 572 2610
                                          003120 572 2100
         Attn: Ms. Nikki Wells    Copy:  0044 20 7499 9798 (cover page only)
From :   Barbara Knoepfli / Thomas Gut / Nadine Steele

Date :   22/09/2008            Number of pages including this coversheet :   1

---

### F U N D   R E D E M P T I O N

We would like to REDEEM:

**10 units**        **of Fairfield Sentry Limited USD
                    ISIN VGG3299L1004**

The units are registered in the name of Schroder & Co Bank AG.

Our USD correspondent is Northern Trust International Banking Corp, New York City (SWIFT: CNORUS33) / ABA No: 026001122. f/o Schroder & Co. Bank AG, Zurich Acct No: [REDACTED]0230.

Kindly acknowledge by fax the confirmation of price and settlement date.

The original redemption will be sent by mail.

Kind regards

**Schroder & Co Bank AG**

C. Défayes              N. Steele
Associate Director      Manager

---

In case of any problem concerning this transmission please telephone Zurich/Switzerland
Phone : +41 44 250 13 89        Fax : +41 44 250 14 03

CONFIDENTIAL                                              ANWAR-CFSE-00091423