# EXHIBIT 8

*1923017 Oct.*



## Schroders
Schroder & Co Bank AG

Central 2
P.O. Box 1820, 8021 Zurich
Telephone +41 44 250 15 51 / 13 89
Telefax +41 44 250 14 03
E-Mail funddealing@schroders.com

**FAX**

ONTVANGEN OP
0 1 OKT. 2008

ORIGINAL ORDER

To :    Citco Fund Services (Europe) NV – Telestone-Teleport – Naritaweg 165 – NL-1043 BW Amsterdam

Attn :  Dealers                    Fax :   003120 572 2610
                                           003120 572 2100
        Attn: Ms. Nikki Wells      Copy:   0044 20 7499 9798 (cover page only)

From :  Barbara Knoepfli / Thomas Gut / Nadine Steele

Date :  25/09/2008                 Number of pages including this coversheet :  1

## FUND REDEMPTION

We would like to REDEEM:

**57 units**         of Fairfield Sentry Limited USD
                     ISIN VGG3299L1004

The units are registered in the name of Schroder & Co Bank AG.

Our USD correspondent is Northern Trust International Banking Corp, New York City (SWIFT: CNORUS33) / ABA No: 026001122. f/o Schroder & Co. Bank AG, Zurich Acct No: [REDACTED]0230.

Kindly acknowledge by fax the confirmation of price and settlement date.

The original redemption will be sent by mail.

Kind regards

Schroder & Co Bank AG

C. Defayes                    Th. Gut
Associate Director            Manager

---

In case of any problem concerning this transmission please telephone Zurich/Switzerland
Phone : +41 44 250 13 89        Fax : +41 44 250 14 03

CONFIDENTIAL                                                ANWAR-CFSE-00091424