# EXHIBIT 9

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: Schroder & Co Bank AG
Contribution Date: 29. August, 2008
Additional Contribution Amount: 60,000 EUR

Changes to Subscription Agreement:   [X] None
[ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 22nd day of August, 2008.

**Corporate, Partnership, Trust or Account Subscribers**   **Individual Subscribers**

Schroder & Co Bank AG
Name of Entity (Print)

By: _____ (Signature)

C. Défayes — Associate Director
N. Steele — Manager
Name (Print)

Name (Print)

Signature

Name of Joint Purchaser, If Any (Print)

RR-5

CONFIDENTIAL                                                                                       ANWAR-CFSE-00137111

|  |  |  |  |
|---|---|---|---|
| Title _____ | | Signature _____ | |
| Telephone: | Schroder & Co Bank AG | Telephone: | _____ |
| Fax: | Central 2 - Postfach 1820 | Fax: | _____ |
|  | 8021 Zurich, Switzerland | | |
|  | Tel: +41 44 250 13 89 | | |
| E-mail: | Fax: +41 44 250 14 03 | | |
|  | funddealing@schroders.com | | |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SIGMA LIMITED

By: _____
    Name: _____
    Title: _____

RR-6

CONFIDENTIAL                                                    ANWAR-CFSE-00137112