**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>　　　　Defendant. | Adv. Pro. No. 11-02493 (CGM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Abu Dhabi Investment Authority. All notices required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

| | |
|---|---|
| DATED: New York, New York<br>May 11, 2022 | QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP<br><br>By: */s/ Daniel M. Kelly*<br>Daniel M. Kelly<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010-1601<br>Telephone:  (212) 849-7000<br>Fax:  (212) 849-7100<br>danielkelly@quinnemanuel.com<br><br>*Attorneys for Defendant Abu Dhabi Investment Authority* |