**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | **ORAL ARGUMENT REQUESTED** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>    Defendant. | Adv. Pro. No. 11-02493 (CGM)<br><br>**NOTICE OF DEFENDANT ABU DHABI INVESTMENT AUTHORITY'S MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Marc L. Greenwald in Support Defendant's Motion to Dismiss the Complaint, dated May 11, 2022, and the exhibits thereto; Declaration of Mohamed Mubarak Rashed Saeed Al-Hajeri in Support of Motion of Defendant Abu Dhabi Investment Authority to Dismiss Complaint, dated May 10, 2022; and Abu Dhabi Investment Authority's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, dated May 11, 2022; and upon all prior pleadings and proceedings herein, the Defendant will move this Court, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of

the Federal Rules of Civil Procedures, made applicable hereto by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, on September 14, 2022, at 10:00 a.m. Eastern Daylight Time, before the Honorable Cecelia G. Morris, Chief Judge, for an order dismissing in its entirety the Complaint filed in this action by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Dkt. 1).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order, entered on March 17, 2022 (Dkt. 106), all papers responsive to Defendant's Motion to Dismiss the Complaint shall be served and filed no later than July 11, 2022, and all reply papers in further support of Defendant's Motion to Dismiss the Complaint shall be served and filed no later than August 10, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, the Defendant does not consent to the entry of final orders or judgment by this Court.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451−6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

| | |
|---|---|
| DATED: New York, New York<br>May 11, 2022 | QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP<br><br>By: */s/ Marc L. Greenwald*<br>Marc L. Greenwald<br>Eric M. Kay<br>Daniel M. Kelly<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010-1601<br>Telephone:  (212) 849-7000<br>Fax:  (212) 849-7100<br>marcgreenwald@quinnemanuel.com<br>erickay@quinnemanuel.com<br>danielkelly@quinnemanuel.com<br><br>*Attorneys for Defendant Abu Dhabi Investment Authority* |