**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>Defendant. | Adv. Pro. No. 11-02493 (CGM) |

**DECLARATION OF MARC L. GREENWALD**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

I, MARC L. GREENWALD, declare under penalty of perjury as follows:

1.  I am a member of the firm Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Abu Dhabi Investment Authority ("ADIA"). I respectfully submit this Declaration in support of ADIA's motion to dismiss the Complaint filed by plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC in this

adversary proceeding.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in the above-captioned Adversary Proceeding, with exhibits.

3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Complaint filed by the Trustee in the matter captioned *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y. July 20, 2010) (the "Fairfield Action"), Dkt. 23, without exhibits.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Settlement Agreement dated as of May 9, 2011 between the Trustee and Kenneth Krys and Joanna Lau, as Joint Liquidators of Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited, and Fairfield Lambda Limited, filed in the Fairfield Action, Dkt. 69-2, without exhibits.

5. Attached hereto as Exhibit 4 is a true and correct copy of the First Amended Complaint filed by the Liquidators of Fairfield Sentry in the matter captioned *Fairfield Sentry Limited (In Liquidation) v. Abu Dhabi Investment Authority*, Adv. Proc. No. 11-01719 (Bankr. S.D.N.Y. Apr. 15, 2011), Dkt. 4.

6. Attached hereto as Exhibit 5 is a true and correct copy of Fairfield Sentry's Memorandum of Association and Articles of Association, filed as an exhibit to the Declaration of William Hare, counsel for the Liquidators of the Fairfield Funds, in the matter captioned *Fairfield Sentry Limited (In Liquidation) v. Abu Dhabi Investment Authority*, Adv. Proc. No. 11-01719 (Bankr. S.D.N.Y. Oct. 27, 2016), Dkt. 16-6.

7. Attached hereto as Exhibit 6 is a true and correct copy of the United Kingdom Privy Council's judgment in *Fairfield Sentry Ltd. v. Migani*, [2014] UKPC 9, available at https://www.jcpc.uk/cases/docs/jcpc-2012-0061-judgment.pdf.

8. Attached hereto as Exhibit 7 are true and correct copies of the following documents:

| (a) | Exhibit C to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citibank N.A. et al.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.), Dkt. 214-3 |
|---|---|
| (b) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch International*, Adv. Pro. No. 10-05346 (Bankr. S.D.N.Y.), Dkt. 1-1, page 43 |
| (c) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Nomura International PLC*, Adv. Pro. No. 10-05348 (Bankr. S.D.N.Y.), Dkt. 42-4 |
| (d) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Bilbao Vizcaya Argentaria, S.A.*, Adv. Pro. No. 10-05351 (Bankr. S.D.N.Y.), Dkt. 1-1, page 44 |
| (e) | Excerpts from the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Pictet at Cie*, Adv. Pro. No. 11-01724 (Bankr. S.D.N.Y.), Dkt. 1, page 24 |
| (f) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Safra National Bank of New York*, Adv. Pro. No. 11-01885 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (g) | Exhibit K to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque SYZ & Co., S.A.*, Adv. Pro. No. 11-02149 (Bankr. S.D.N.Y.), Dkt. 1-11 |
| (h) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), Dkt. 1-5 |
| (i) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Orbita Capital Return Strategy Limited*, Adv. Pro. No. 11-02537 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (j) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Quilvest Finance Ltd.,* Adv. Pro. No. 11-02538 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (k) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Meritz Fire & Marine Insurance Co. Ltd.*, Adv. Pro. No. 11-02539 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (l) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lion Global Investors Limited*, Adv. Pro. No. 11-02540 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (m) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. First Gulf Bank*, Adv. Pro. No. 11-02541 (Bankr. S.D.N.Y.), Dkt. 1-4 |

| | |
|---|---|
| (n) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Parson Finance Panama S.A.*, Adv. Pro. No. 11-02542 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (o) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Delta National Bank and Trust Company*, Adv. Pro. No. 11-02551 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (p) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Unifortune Asset Management SGR SPA et ano.*, Adv. Pro. No. 11-02553 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (q) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (r) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (s) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), Dkt. 1-5 |
| (t) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (u) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), Dkt. 1-7 |
| (v) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), Dkt. 1-9 |
| (w) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banca Carige S.P.A.*, Adv. Pro. No. 11-02570 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (x) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Privee Espirito Santo S.A. formerly known as Compagnie Bancaire Espirito Santo S.A.*, Adv. Pro. No. 11-02571 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (y) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III*, Adv. Pro. No. 11-02572 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (z) | Exhibit D to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573 (Bankr. S.D.N.Y.), Dkt. 8-4 |

| (aa) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ASB Bank Corp.*, Adv. Pro. No. 11-02730 (Bankr. S.D.N.Y.), Dkt. 1-4 |
|---|---|
| (bb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Trincaster Corporation,* Adv. Pro. No. 11-02731 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (cc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bureau of Labor Insurance*, Adv. Pro. No. 11-02732 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (dd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Naidot & Co.*, Adv. Pro. No. 11-02733 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (ee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Caceis Bank, Caceis Bank Luxembourg*, Adv. Pro. No. 11-02758 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (ff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11-02760 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (gg) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (hh) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), Dkt. 1-5 |
| (ii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Inteligo Bank LTD. Panama Branch, formerly known as Blubank LTD. Panama Branch*, Adv. Pro. No. 11-02763 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (jj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (kk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Merrill Lynch Bank (Suisse) SA*, Adv. Pro. No. 11-02910 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (ll) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Julius Baer & Co. Ltd.*, Adv. Pro. No. 11-02922 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (mm) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Falcon Private Bank Ltd. (formerly known as AIG Privat Bank AG)*, Adv. Pro. No. 11-02923 (Bankr. S.D.N.Y.), Dkt. 1-3 |

| (nn) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG et al.*, Adv. Pro. No. 11-02925 (Bankr. S.D.N.Y.), Dkt. 1-5 |
|---|---|
| (oo) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. LGT Bank in Liechtenstein Ltd.*, Adv. Pro. No. 11-02929 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (pp) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security.*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (qq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Fullerton Capital PTE Ltd.*, Adv. Pro. No. 12-01004 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (rr) | Exhibit F to the Amended Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SICO Limited*, Adv. Pro. No. 12-01005 (Bankr. S.D.N.Y.), Dkt. 14-6 |
| (ss) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), Dkt. 1-6 |
| (tt) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), Dkt. 1-7 |
| (uu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (vv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (ww) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), Dkt. 1-5 |
| (xx) | Exhibit J to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (Bankr. S.D.N.Y.), Dkt. 1-10 |
| (yy) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Arden Asset Management Inc. et al.*, Adv. Pro. No. 12-01023 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (zz) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SNS Bank N.V. et ano.*, Adv. Pro. No. 12-01046 (Bankr. S.D.N.Y.), Dkt. 1-3 |

| | |
|---|---|
| (aaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company*, Adv. Pro. No. 12-01047 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (bbb) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banco General S.A. et ano.*, Adv. Pro. No. 12-01048 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (ccc) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kookmin Bank*, Adv. Pro. No. 12-01194 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (ddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Six Sis AG*, Adv. Pro. No. 12-01195 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (eee) | Exhibit I to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Vontobel AG formerly known as Bank J. Vontobel & Co. AG*, Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), Dkt. 1-9 |
| (fff) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Multi-Strategy Fund Limited et ano.*, Adv. Pro. No. 12-01205 (Bankr. S.D.N.Y.), Dkt. 1-6 |
| (ggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (hhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (iii) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (jjj) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), Dkt. 1-14 |
| (kkk) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (lll) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (mmm) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), Dkt. 1-5 |

| (nnn) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), Dkt. 1-6 |
|---|---|
| (ooo) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), Dkt. 1-7 |
| (ppp) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ZCM Asset Holding Company (Bermuda) LLC*, Adv. Pro. No. 12-01512 (Bankr. S.D.N.Y.), Dkt. 1-6 |
| (qqq) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citivic Nominees Ltd.*, Adv. Pro. No. 12-01513 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (rrr) | Exhibit F to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Standard Chartered Defendants*, Adv. Pro. No. 12-01565 (Bankr. S.D.N.Y.), Dkt. 1-6 |
| (sss) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UKFP (Asia) Nominees Limited*, Adv. Pro. No. 12-01566 (Bankr. S.D.N.Y.), Dkt. 1-2 |
| (ttt) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A.*, Adv. Pro. No. 12-01576 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (uuu) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (vvv) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (www) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Barfield Nominees Limited*, Adv. Pro. No. 12-01669 (Bankr. S.D.N.Y.), Dkt. 1-9 |
| (xxx) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Agricole Corporate and Investment Bank doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*, Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), Dkt. 1-9 |
| (yyy) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG*, Adv. Pro. No. 12-01676 (Bankr. S.D.N.Y.), Dkt. 1-5 |

| | |
|---|---|
| (zzz) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Societe Generale Private Banking (Suisse) S.A. formerly known as SG Private Banking Suisse S.A. et al.*, Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y.), Dkt. 1-5 |
| (aaaa) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (bbbb) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (cccc) | Exhibit G to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), Dkt. 1-7 |
| (dddd) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (eeee) | Exhibit D to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), Dkt. 1-4 |
| (ffff) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (gggg) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Cantonale Vaudoise*, Adv. Pro. No. 12-01694 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (hhhh) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Bordier & Cie*, Adv. Pro. No. 12-01695 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (iiii) | Exhibit C to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, formerly known as Fortis (Isle Of Man) Nominees Limited et al.*, Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), Dkt. 1-3 |
| (jjjj) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Internationale a Luxembourg S.A. (formerly known as Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. et al.*, Adv. Pro. No. 12-01698 (Bankr. S.D.N.Y.), Dkt. 1-5 |
| (kkkk) | Exhibit E to the Complaint filed in the matter captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Royal Bank of Canada et al.*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.), Dkt. 1-5 |

9. Attached hereto as Exhibit 8 are true and correct copies of Exhibits 5 and 6 to the Second Amended Complaint filed in the Fairfield Action, Dkts. 286-5, 286-6.

10. Attached hereto as Exhibit 9 are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Second Amended Complaint filed in the Fairfield Action, Dkts. 286-8, 286-10, 286-12, 286-13, 286-14, 286-21.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Eastern Caribbean Court of Appeal's decision in *Quilvest Finance Ltd. v. Fairfield Sentry Ltd.*, Case Nos. HCVAP 2011/041–052, available at https://www.eccourts.org/quilvest-finance-ltd-and-others-v-fairfield-sentry-ltd/

12. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Sentry after May 9, 2003,[1] in the complaints and/or exhibits thereto set forth at Exhibit 7 hereto:[2]

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 10-05345 | Citibank, N.A., et al. | ($100,000,000) |
| 10-05346 | Merrill Lynch International | ($14,200,000) |
| 10-05348 | Nomura International PLC | ($20,013,186) |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | ($45,000,000) |

---

[1] According to Exhibit D to the Complaint in this proceeding (Exhibit 1 hereto), May 9, 2003 is the date of the first alleged BLMIS-to-Sentry initial transfer within the six-year lookback period, calculating back from the Filing Date of December 11, 2008.

[2] Where applicable, the numbers in this chart have been adjusted to reflect the dismissal of certain claims in the adversary proceedings identified below, pursuant to the following: (i) Stipulation and Order entered on December 21, 2021, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. The Public Institution for Social Security*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), ECF No. 111; (ii) Stipulation and Order entered on January 27, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), ECF No. 87; (iii) Stipulation and Order entered on February 22, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Schroder & Co. Bank AG*, Adv. Pro. No. 12- 01210 (Bankr. S.D.N.Y.), ECF No. 89; (iv) Stipulation and Order entered on February 14, 2022, in the matter captioned *Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC v. Barclays Bank (Suisse) S.A., Caixabank. S.A., and Zedra Trust Company (Jersey) Limited*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 122.

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 11-01724 | Pictet et Cie. | ($50,386,685) |
| 11-01885 | Safra New York | ($95,853,574) |
| 11-02149 | Banque Syz & Co., SA | ($15,449,241) |
| 11-02493 | Abu Dhabi Investment Authority | ($300,000,000) |
| 11-02537 | Orbita | ($30,662,226) |
| 11-02538 | Quilvest Finance Ltd. | ($37,800,113) |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | ($21,855,898) |
| 11-02540 | Lion Global Investors Limited | ($50,583,442) |
| 11-02541 | First Gulf Bank | ($11,532,393) |
| 11-02542 | Parson Finance Panama S.A. | ($11,089,081) |
| 11-02551 | Delta National Bank and Trust Company | ($20,634,958) |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | ($16,355,650) |
| 11-02554 | National Bank of Kuwait S.A.K. | ($18,724,399) |
| 11-02568 | Cathay Life Insurance Co. Ltd. | ($24,496,799) |
| 11-02568 | Cathay Bank | ($17,206,126) |
| 11-02569 | Barclays Private Bank | ($820,636) |
| 11-02569 | Barclays Spain | ($4,719,252) |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | ($37,973,175) |
| 11-02570 | Banca Carige S.P.A. | ($10,532,489) |
| 11-02571 | BPES | ($11,426,745) |
| 11-02572 | Korea Exchange Bank | ($33,593,106) |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | ($54,253,642) |
| 11-02730 | Atlantic Security Bank | ($120,168,691) |
| 11-02731 | Trincaster Corporation | ($13,311,800) |
| 11-02732 | Bureau of Labor Insurance | ($42,123,406) |
| 11-02733 | Naidot & Co. | ($13,654,907) |
| 11-02758 | Caceis Bank Luxembourg, et al. | ($24,052,228) |
| 11-02760 | ABN Amro Bank N.V., et al. | ($2,808,105) |
| 11-02762 | Lighthouse Diversified | ($7,913,873) |
| 11-02762 | Lighthouse Supercash | ($3,251,378) |
| 11-02763 | Inteligo Bank Ltd. | ($10,745,160) |
| 11-02784 | Somers Dublin Limited et al. | ($1,985,648) |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | ($44,127,787) |
| 11-02922 | Bank Julius Baer & Co. Ltd. | ($35,258,617) |
| 11-02923 | Falcon Private Bank Ltd. | ($38,675,129) |
| 11-02925 | Credit Suisse AG et al. | ($256,629,647) |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | ($10,350,118) |
| 12-01002 | The Public Institution For Social Security | ($20,000,000) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01004 | Fullerton Capital PTE Ltd. | ($10,290,445) |
| 12-01005 | SICO LIMITED | ($14,544,620) |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | ($60,595,069) |
| 12-01019 | Banco Itau International | ($9,969,942) |
| 12-01021 | Grosvenor Aggressive | ($4,191,288) |
| 12-01021 | Grosvenor Balanced | ($13,000,000) |
| 12-01021 | Grosvenor Private | ($14,315,101) |
| 12-01022 | Credit Agricole (Suisse) SA | ($15,654,127) |
| 12-01023 | Arden Asset Management, et al. | ($12,586,659) |
| 12-01046 | SNS Bank N.V. et al. | ($21,060,551) |
| 12-01047 | Koch Industries, Inc. | ($21,533,871) |
| 12-01048 | Banco General S.A. et al. | ($8,240,499) |
| 12-01194 | Kookmin Bank | ($42,010,303) |
| 12-01195 | Six Sis AG | ($379,248) |
| 12-01202 | Bank Vontobel AG et al. | ($8,470,371) |
| 12-01205 | Multi Strategy Fund Ltd., et al. | ($25,763,374) |
| 12-01207 | Lloyds TSB Bank PLC | ($11,134,574) |
| 12-01209 | BSI AG | ($27,452,138) |
| 12-01209 | Banca del Gottardo | ($20,058,735) |
| 12-01210 | Schroder & Co. | ($25,116,802) |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | ($6,477,447) |
| 12-01211 | Union Global Fund | ($9,283,664) |
| 12-01211 | Union Strategy Fund | ($1,445,016) |
| 12-01216 | Bank Hapoalim Switzerland | ($20,047,109) |
| 12-01216 | Bank Hapoalim B.M. | ($1,712,100) |
| 12-01512 | ZCM Asset Holding Co. (Bermuda) LLC | ($24,491,791) |
| 12-01513 | CITIVIC | ($59,479,232) |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. | ($275,267,978) |
| 12-01566 | UKFP (Asia) Nominees | ($8,012,183) |
| 12-01576 | BNP Paribas S.A., et al. | ($3,423,188) |
| 12-01577 | UBS Deutschland AG, et al. | ($7,230,511) |
| 12-01577 | LGT Switzerland | ($522,826) |
| 12-01669 | Barfield Nominees Ltd., et al. | ($16,178,329) |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH | ($26,121,583) |
| 12-01676 | Clariden Leu AG | ($35,838,401) |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | ($128,678,138) |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility | ($7,913,079) |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | ($3,740,436) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01690 | EFG Bank S.A., et al. | ($201,594,824) |
| 12-01691 | Banque Degroof Luxembourg | ($1,303,203) |
| 12-01691 | Banque Degroof | ($58,473) |
| 12-01693 | Banque Lombard Odier & Cie | ($93,511,466) |
| 12-01694 | Banque Cantonale Vaudoise | ($9,769,927) |
| 12-01695 | Bordier & Cie | ($7,928,454) |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al. | ($122,001,935) |
| 12-01698 | Banque International a Luxembourg SA/Dexia | ($61,515,524) |
| 12-01699 | Royal Bank of Canada, et al. | ($38,182,649) |
| | **Total Sentry Six-Year Transfers to Investors** | **($3,238,316,493)** |
| | Less Pre-May 9, 2003 transfers | $66,839,526 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($3,171,476,967)** |

13.   Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Sentry after May 9, 2003 in Exhibits 8, 10, 12, 13, 14 and 21 to the Second Amended Complaint in the Fairfield Action, attached as Exhibit 4 hereto:

| EXHIBIT NO. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 286-8 | FIF Advanced Limited | ($45,206,428) |
| 286-10 | Fairfield Investment Fund Limited | ($337,718,887) |
| 286-12 | Fairfield Greenwich Limited | ($87,440,586) |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | ($611,613,040) |
| 286-14 | Fairfield Greenwich Advisors | ($56,013,598) |
| 286-21 | Amit Vijayvergiya | ($955,465) |
| | **Total Sentry Six-Year Transfers to Investors** | **($1,138,948,004)** |
| | Less Pre-May 9, 2003 transfers | $103,688,693 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **($1,035,259,311)** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2022                             */s/ Marc L. Greenwald*
New York, New York                                          Marc L. Greenwald

13