**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> ABU DHABI INVESTMENT AUTHORITY, <br><br> Defendant. | Adv. Pro. No. 11-02493 (CGM) |

## CERTIFICATE OF SERVICE

I, Marc L. Greenwald, an attorney duly admitted to practice before this Court, hereby

certify under penalty of perjury that I caused Defendant Abu Dhabi Investment Authority's

Notice of Motion to Dismiss the Complaint; The Declaration of Marc L. Greenwald in Support

Defendant's Motion to Dismiss the Complaint, dated May 11, 2022, and the exhibits thereto; The

Declaration of Mohamed Mubarak Rashed Saeed Al-Hajeri in Support of Motion of Defendant

Abu Dhabi Investment Authority to Dismiss Complaint, dated May 10, 2022; and Abu Dhabi

Investment Authority's Memorandum of Law in Support of Its Motion to Dismiss the Complaint,

dated May 11, 2022 to be served by CM/ECF on all counsel of record in the above-referenced

adversary proceeding on May 11, 2022.

DATED:   New York, New York           QUINN EMANUEL URQUHART &
             May 11, 2022                  SULLIVAN, LLP

                                              By:   */s/ Marc L. Greenwald*
                                                    Marc L. Greenwald