**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Marshall R. King
Matthew K. Kelsey
Gabriel Herrmann

*Attorneys for the UBS Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its | Adv. Proc. No. 10-04285 (CGM) |

| |
|---|
| Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, GROUPEMENT FINANCIER LTD., |

                                      Defendants.

## **CERTIFICATE OF SERVICE**

I, Michael Jackson, hereby certify as follows:

1.     I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP.

2.     On April 22, 2022, I electronically filed the following documents in the above-captioned adversary proceeding:

- NOTICE OF THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- MEMORANDUM OF LAW IN SUPPORT OF THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- DECLARATION OF GABRIEL HERRMANN IN SUPPORT OF THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- NOTICE OF HEARING ON UBS DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

1

3. The foregoing documents were served upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated: April 22, 2022    /s/ Michael Jackson
       New York, New York

2