**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 11-02538 (CGM) |
| QUILVEST FINANCE LTD., | |
| Defendant. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned appears as counsel for Irving H. Picard,

as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the

Chapter 7 estate of Bernard L. Madoff.  All notices given or required to be given in this case and

all papers filed in this case should be served upon undersigned counsel.

Dated: May 12, 2022
      New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Robertson D. Beckerlegge*
Robertson D. Beckerlegge
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: rbeckerlegge@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the
Chapter 7 Estate of Bernard L. Madoff*