**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE,<br><br>      Defendants. | Adv. Pro. No. 12-1022 (CGM) |

## AMENDED STIPULATION AND ORDER

  Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and defendant Crédit Agricole (Suisse) S.A. ("C.A. Suisse" or the "Defendant"), and collectively with

1

[AM_ACTIVE 403958915_4]

the Trustee, the "Parties," each a "Party"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 29, 2022, the Court entered a scheduling order for Defendant to answer, move, or otherwise respond to the Complaint, Dkt. No. 113;

WHEREAS, Defendant has requested a short extension of the deadlines in the scheduling order to ensure that the Parties have fully addressed the arguments;

WHEREAS, the Trustee consents to the Defendant's request provided that he is afforded a reciprocal extension to file his opposition brief;

WHEREAS, the Parties have demonstrated "good cause" for extending the deadlines set forth in the scheduling order;

**IT IS HEREBY STIPULATED AND AGREED**, that

1. Defendant shall respond to the Complaint by June 16, 2022, by filing a motion to dismiss. The Trustee shall respond to the motion by August 15, 2022, and Defendant shall file its reply by September 14, 2022.

2. The Parties shall seek oral argument on the motion to dismiss at the Court's first available convenience.

3. The above deadlines granted by this stipulation are without prejudice to either Party seeking future extensions of time.

4. This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

[AM_ACTIVE 403958915_4]

Dated:   May 11, 2022
         New York, New York

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| By: */s/ Matthew B Lunn* <br> 1270 Avenue of the Americas <br> Suite 2210 <br> New York, NY 10020 <br> Telephone: 212.332.8840 <br> Facsimile: (212) 332-8855 <br> Matthew B. Lunn <br> Email: mlunn@ycst.com <br> Justin P. Duda <br> Email: jduda@ycst.com <br> Roxanne M. Eastes <br> Email: reastes@ycst.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By: */s/ Elizabeth Vicens* <br> One Liberty Plaza <br> New York, New York 10006 <br> Telephone: 212.225.2000 <br> Facsimile: 212.225.3999 <br> Elizabeth Vicens <br> Email: evicens@cgsh.com <br> Rachel Polan <br> Email: rpolan@cgsh.com <br><br> *Attorneys for Defendant Crédit Agricole (Suisse) S.A.* |

**Dated: May 12, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

3

[AM_ACTIVE 403958915_4]