UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### ORDER GRANTING THE TRUSTEE'S APPLICATION TO RETAIN ALPEGGIANI STUDIO LEGALE ASSOCIATO AS SPECIAL COUNSEL RETROACTIVE TO APRIL 26, 2022

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Alpeggiani Studio Legale Associato ("Alpeggiani") as special counsel, retroactive to April 26, 2022, and upon the declaration of Ms. Annunziata Melaccio submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Court finds that Alpeggiani is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

    3.      The Trustee is authorized to retain Alpeggiani as special counsel to the Trustee as provided in the Application, retroactive to April 26, 2022.



**Dated: May 12, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge