**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01209 (CGM) |
| Plaintiff, | |
| v. | |
| BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, a copy of the Notice of Appearance of Robertson D. Beckerlegge was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.

Dated: May 13, 2022
      New York, New York

By: */s/ Robertson D. Beckerlegge*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

2

# **SCHEDULE A**

**Defendant Counsel**

Adam M. Lavine
Donna (Dong Ni) Xu
Kobre and Kim
Email: Adam.Lavine@kobrekim.com
Email: Donna.Xu@kobrekim.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo

Benjamin W. Loveland
Charles C. Platt
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: benjamin.loveland@wilmerhale.com
Email: charles.platt@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo