**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 18, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-04289; Picard v. John Fujiwara, *et al.***

    A.　Trustee's Motion to Enforce Settlement Agreement filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/29/2022) [ECF No. 117]

**Opposition Due**:   May 11, 2022

**Opposition Filed**:   None.

**Related Documents**:

B.   Notice of Motion to Enforce Settlement Agreement filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/29/2022) [ECF No. 118]

C.   Certificate of No Objection to Motion to Enforce Settlement Agreement filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 5/13/2022) [ECF No. 121]

**Status**:   This matter is going forward.

## CONTESTED MATTERS

1. **12-01205; Picard v. Multi-Strategy Fund Limited**

   A.   Defendant Multi-Strategy Fund Limited's Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint filed by Robert J. Lack on behalf of Multi-Strategy Fund Limited (Filed: 3/4/2022) [ECF No. 102]

   B.   Declaration of Robert J. Lack in Support of Defendant Multi-Strategy Fund Limited's Motion to Dismiss the Amended Complaint (related document(s)99) filed by Robert J. Lack on behalf of Multi-Strategy Fund Limited (Filed: 1/28/2022) [ECF No. 100]

   C.   Declaration of Mario A. Therrien in Support of Defendant Multi-Strategy Fund Limited's Motion to Dismiss filed by Robert J. Lack on behalf of Multi-Strategy Fund Limited (Filed: 3/4/2022) [ECF No. 101]

   **Opposition Due**:   April 4, 2022

   **Opposition Filed**:

   D.   Trustee's Memorandum of Law in Opposition to Defendant Multi-Strategy Fund Limited's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/4/2022) [ECF No. 108]

   **Replies Due**: May 4, 2022

**Replies Filed**:

E.  Reply Memorandum of Law of Defendant Multi-Strategy Fund Limited in Support of Its Motion to Dismiss the Amended Complaint filed by Robert J. Lack on behalf of Multi-Strategy Fund Limited (Filed: 5/4/2022) [ECF No. 110]

**Related Documents**:

F.  Notice of Motion to Dismiss the Amended Complaint filed by Robert J. Lack on behalf of Multi-Strategy Fund Limited (Filed: 3/4/2022) [ECF No. 99]

G.  Notice of Hearing on Multi-Strategy Fund Limited's Motion to Dismiss the Amended Complaint filed by Robert J. Lack on behalf of Multi-Strategy Fund Limited (Filed: 3/4/2022) [ECF No. 103]

**Status**: This matter is going forward.

2. **11-02149; Picard v. Banque Syz & Co., SA**

   A.  Banque Syz SA's Memorandum of Law in Support of its Motion to Dismiss the Complaint filed by Richard B. Levin on behalf of Banque SYZ & Co., SA (Filed: 1/28/2022) [ECF No. 150]

   B.  Request for Judicial Notice in Support of Defendant Banque Syz SA's Motion to Dismiss the Complaint; Declaration of Richard Levin filed by Richard B. Levin on behalf of Banque SYZ & Co., SA (Filed: 1/28/2022) [ECF No. 151]

   **Opposition Due**: March 29, 2022

   **Opposition Filed**:

   C.  Trustee's Memorandum of Law in Opposition to Defendant Banque Syz SA's Motion to Dismiss filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/29/2022) [ECF No. 153]

   D.  Declaration of Nicholas J. Cremona in Support of the Trustee's Opposition to Defendant's Motion to Dismiss filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/29/2022) [ECF No. 154]

   **Replies Due**: April 28, 2022

**Replies Filed**:

E.  Banque Syz SA's Reply to the Trustee's Memorandum in Opposition to Banque Sys's Motion to Dismiss the Complaint filed by Richard B. Levin on behalf of Banque SYZ & Co., SA (Filed: 4/28/2022) [ECF No. 156]

F.  Declaration of Richard Levin in Support of Reply Memorandum filed by Richard B. Levin on behalf of Banque SYZ & Co., SA (Filed: 4/28/2022) [ECF No. 157]

**Related Documents**:

G.  Stipulation and Order signed on 12/7/2021. (DuBois, Linda) (Entered: 12/07/2021) [ECF No. 147]

H.  Motion and Notice of Motion of Defendant Banque Syz SA's Motion to Dismiss the Complaint filed by Richard B. Levin on behalf of Banque SYZ & Co., SA (Filed: 1/28/2022) [ECF No. 149]

**Status**:   This matter is going forward.

Dated: May 13, 2022         Respectfully submitted,
New York, New York

/s/ Nicholas J. Cremona
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

4