# EXHIBIT 2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00219378
SECSEV0796901



**FOUNDING PARTNERS**
Andrés Piedrahita    Walter Noel, Jr.    Jeffrey Tucker

**PARTNERS**
Lourdes Barreneche    Cornelis Boele    Jacqueline Harary    Harold Greisman
Richard Landsberger    Dan Lipton    Mark McKeefry    Charles Murphy
Corina Piedrahita    Santiago Reyes    Andrew Smith    Philip Toub
Amit Vijayvergiya

**CLIENT GROUP**

Lourdes Barreneche — Partner
Cornelis Boele — Partner
Jacqueline Harary — Partner
Richard Landsberger — Partner
Corina Piedrahita — Partner
Santiago Reyes — Partner
Philip Toub — Partner

**GLOBAL BUSINESS DEVELOPMENT**
Matt Brown — Managing Director
Yanko Della Schiava — Managing Director
Vianney d'Hendcourt — Managing Director
Mami Hidaka — Managing Director
Marco Musciacco — Managing Director
Stephane Muuls — Managing Director
Scott Nevin — Managing Director
Kim Perry — Managing Director
Willem Aalders — Senior Vice President
Fernando de Cordoba — Senior Vice President
Juan Galobart — Senior Vice President
Harvey Glover — Senior Vice President
Bianca Haegler — Senior Vice President
Jeremy Norton — Senior Vice President

**CLIENT SERVICES / INVESTOR RELATIONS**
Veronica Barco — Senior Vice President
Lauren Ross — Director, Investor Relations
Carla Castillo — Vice President
Lakshmi Chaudhuri — Senior Vice President
Annie Hudson — Senior Vice President, Int'l. Client Services
Daisy Ashby — Vice President, Int'l. Client Services
Legna Gonzalez — Ass't. Vice President
Trey Ingram — Ass't. Vice President
Robert Netzel — Int'l. Client Services
Amanda Simone — Vice President, Investor Relations
Kristin Corbett — Int'l. Client Services
Mimi Pagsibigan — Int'l. Client Services
Lina Pava — Int'l. Client Services
Antonia Peristeris — Int'l. Client Services
Myle Trinh — Int'l. Client Services
Caterina Verda — Int'l. Client Services

**ADMINISTRATION**
Sally Edwards — Office Manager (Bermuda)
Laurie Mulcahey — Office Manager (NY)
Ellen Ryon — Office Manager (CT)
Victoria De Los Rios — Office Manager (Madrid)
Agnes Dimandja — Administration
Samantha Goldberg — Receptionist
Anna Kalaj — Executive Assistant
Linda Higgins-Eng — Receptionist
Alexandra Stabile — Receptionist
Mehwish Qureshi — Receptionist

**INVESTMENT GROUP**

**SINGLE MANAGER FUNDS**
Harold Greisman — Partner
Patrick Blake — Managing Director
Jennifer Keeney — Managing Director
Douglas Reid — Managing Director
Eric Sacks — Senior Analyst
Adrienne Garofalo — Director
Blair Keller — Director
Enrique Méndez — Director
William Lee — Vice President
Maani Hariri — Ass't. Vice President
Laurance Buencamino — Analyst

**FUND OF FUNDS**
Andrés Piedrahita — Founding Partner
Andrew Smith — Partner
Eric Chin — Director & Senior Analyst
Joseph Malieckal — Senior Vice President, Fund of Fund Operations
Kim Huynh — Senior Vice President & Analyst
Mamta Jalan — Vice President & Analyst
Anthony Cho — Ass't. Vice President & Analyst Associate
Jigisha Patel — Ass't. Vice President & Operations Associate

**RISK MANAGEMENT**
Amit Vijayvergiya — Partner, Chief Risk Officer
Charles Oddy — Director & Senior Risk Officer
Bjorn Axelsson — Vice President, Risk Analyst
Disha Attavar — Analyst

**OPERATIONS GROUP**

Dan Lipton — Chief Financial Officer, Partner

**FUND ACCOUNTING**
Nancy Ng — Managing Director, Controller – Hedge Funds
Gordon McKenzie — Director, Controller – FGBL (Bermuda)
Franklin Mejia — Senior Vice President, Senior Fund Accountant
Kent Scott — Senior Vice President, Sr. Fund Accountant
Ryan Amlin — Vice President, Senior Fund Accountant (Bermuda)
Jason Kenny — Vice President, Fund Accountant
Erika Meyers — Vice President, Fund Accountant

**MANAGEMENT CO./ FINANCE**
Matthew J. Levinson — Director – Financial Operations
Cheryl Neal — Senior Vice President, Controller – FGL
Ornella Dellapina Fenman — Senior Vice President, Int'l. Client Services & Office Manager (UK)
Bernadette Lebron — Jr. Accountant

**COMMUNICATIONS**
Andrew Ludwig — Senior Vice President & Director of Communications

**INFORMATION TECHNOLOGY**
John Kogan — Chief Technology Officer
Jason Elizaitis — Director of Information Technology
Roland Voyages — Director, Application Development
Tanvir Akhtar — Senior Network Engineer
Michael Savva — Network Administrator
Ted Southard — Network Administrator

**TAX**
Julia Luongo — Managing Director & Tax Director

**FUND OPERATIONS**
Kristin Castellanos — Senior Vice President, Fund Operations

**COMPLIANCE**
Anthony Dell'Arena — Director & Chief Compliance Officer
John Donachie — Compliance Officer (UK)
Grace Lee — Compliance Analyst

**LEGAL**
Michael Thorne — Associate General Counsel
Thomas Rogers — Paralegal

Mark McKeefry — General Counsel, Partner

As of May 2007

Fairfield Greenwich Group

0