# EXHIBIT 3

**FairfieldGreenwichGroup**

**Employee Chart**
As of September 2007

| Employees | | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano | Rio de Janeiro | Rotterdam |
|---|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | | |
| | | Jeffrey Tucker<br>Lourdes Barreneche<br>Cornelis Boele<br>Harold Greisman<br>Jacqueline Harary<br>Dan Lipton<br>Mark McKeefry<br>Andrew Smith<br>Philip Toub<br>Charles Murphy | Santiago Reyes | Walter M. Noel, Jr. | Amit Vijayvergiya | Richard Landsberger | Andres Piedrahita<br>Corina Piedrahita | | | |
| **Client Group** | | | | | | | | | | |
| | Global Business Development | Matt Brown<br>Mami Hidaka<br>Scott Nevin<br>Jeremy Norton<br>Marty Klenert | Harvey Glover | | | Vianney d'Hendcourt<br>Marco Musciacco<br>Stephane Muuls<br>Kim Perry<br>Alexander Kokkinos | Fernando de Cordoba<br>Juan Galobart | Yanko Della Schiava | Bianca Haegler | Willem Aalders |
| | Client Services/Investor Relations | Veronica Barco<br>Lauren Ross<br>Carla Castillo<br>Lakshmi Chaudhuri<br>Trey Ingram<br>Mimi Pagsibigan<br>Lina Pava<br>Amanda Simone<br>Robert Netzel<br>Antonia Peristeris<br>Kristin Corbett | Legna Gonzalez | | | Annie Hudson<br>Daisy Asby | Victoria De Los Rios<br>Myle | Caterina Pedrini<br>Anna Fonti | | |
| | Administration | Laurie Mulcahey<br>Agnes Dimandja<br>Mehwish Qureshi<br>Anna Kalaj | | Ellen Ryon | Sally Edwards | | | | | |
| | Reception | Alexandra Stabile<br>Samantha Goldberg<br>Courtney Brown | | | | | | | | |
| **Investment Group** | | | | | | | | | | |
| | Multi-Strategy Funds/<br>Product Managers | Patrick Blake<br>Jennifer Keeney<br>Douglas Reid<br>Adrienne Garofalo<br>Enrique Mendez<br>Blair Keller<br>Eric Sacks<br>Eric Chin<br>Mamta Jalan<br>Joseph Malieckal<br>Jigisha Patel<br>Maani Hariri<br>Laurence Buencamino<br>Kim Huynh<br>Anthony Cho<br>Isul Kim<br>David Santoriello | | | | William Lee | | | | |
| | Risk Management | | | | Bjorn Axelsson<br>Charles Oddy<br>Disha Attavar<br>Elizabeth Colebrooke | | | | | |

Native Excel Originally Produced Under FGGE001257398

SECSEV1834921

**FairfieldGreenwichGroup**

**Employee Chart**
As of September 2007

| Employees | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano | Rio de Janeiro | Rotterdam |
|---|---|---|---|---|---|---|---|---|---|
| **Operations Group** | | | | | | | | | |
| Fund Accounting | Nancy Ng<br>Franklin Mejia<br>Kent Scott<br>Jason Kenny<br>Erika Meyers | | | Gordon McKenzie<br>Ryan Amlin | | | | | |
| Financial Operations - Fairfield Heathcliff (broker/dealer) | Matthew Levinson | | | | | | | | |
| Management Co./Finance | Cheryl Neal<br>Bernadette Lebron | | | | Ornella Dellapina Fenman | | | | |
| Tax | Julia Luongo | | | | | | | | |
| Fund Operations | Kristin Castellanos | | | | | | | | |
| Communications | Andrew Ludwig | | | | | | | | |
| Information Technology | John Kogan<br>Jason Elizaitis<br>Roland Voyages<br>Michael Savva<br>Ted Southard<br>Tanvir Ahktar | | | | David Stapley | | | | |
| Compliance | Anthony Dell'Arena<br>Grace Lee | | | | John Donachie | | | | |
| Legal | Michael Thorne<br>Thomas Rogers | | | | | | | | |
| **Total Employees** | 72 | 3 | 2 | 8 | 12 | 6 | 2 | 1 | 1 |
| **Total Employees all offices** | 107 | | | | | | | | |