# EXHIBIT 15

**From:** Disha Attavar [dattavar@fggus.com]
**Sent:** 1/30/2007 5:47:36 PM
**To:** Lauren Ross [lauren@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** RE: Fairfield Sentry - Subscriptions for February/2007

Hi Lauren,

Ok to accept extra 100K

Disha

-----Original Message-----
From: Lauren Ross
Sent: Tuesday, January 30, 2007 12:21 PM
To: Disha Attavar; Amit Vijayvergiya
Subject: FW: Fairfield Sentry - Subscriptions for February/2007
Importance: High

Pls let us know how to respond

-----Original Message-----
From: Lina Pava
Sent: Tuesday, January 30, 2007 11:25 AM
To: Lauren Ross
Subject: FW: Fairfield Sentry - Subscriptions for February/2007

Can we accept?

-----Original Message-----
From: antonio.conceicao@itau.com.br [mailto:antonio.conceicao@itau.com.br]
Sent: Tuesday, January 30, 2007 11:19 AM
To: Philip Toub
Cc: Lina Pava; rodrigo.vaz@itau.com.br
Subject: Fairfield Sentry - Subscriptions for February/2007

Philip,

There are USD 600,000 in subscriptions confirmed for the Fairfield Sentry for February/2007. That´s USD 100,000 more than what we have agreed. Can you accept this extra amount?

Regards,

Antonio

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000206596
SECSEV0784119

Antonio Carlos da R. Conceição
Itaú Private Bank
Wealth Management Services
Av. Eng. Armando de Arruda Pereira, 707
Torre Eudoro Villela - Piso 11
São Paulo, SP - 04344-902
Phone: +55 11 5029-4724
Fax: +55 11 5029-1132
E-mail: antonio.conceicao@itau.com.br


Esta mensagem e uma correspondencia reservada. Se voce a recebeu por engano, por favor desconsidere-a.

O sistema de mensagens da Internet nao e considerado seguro ou livre de erros. Esta instituicao nao se
responsabiliza por opinioes ou declaracoes veiculadas atraves de e-mails.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000206597
SECSEV0784120