# EXHIBIT 16

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 10/4/2007 5:40:22 PM
**To:** Philip Toub [philip@fggus.com]
**CC:**
**Subject:** FW: Perguntas

A bit short staffed here since DA is on vaca. Could I ask you the huge favor of asking Lina to proof this? All the content is there, but maybe she could write the professional response to your client please?

Quick answers are:

1) The SSC is designed to identify periods of positive momentum in large cap US equities and participate in the upward move on a hedged basis. Exposure to the S&P 100 Index is achieved by constructing a basket of stocks, all drawn from this Index, that replicates the performance of the Index with minimal tracking error. A quantity of long S&P 100 Index puts are then purchased to provide an approximate notional hedge of the market value of the stock basket. A similar quantity of S&P 100 Index calls are also sold to offset the cost of the put hedge. This means that the strategy has a low positive delta-adjusted exposure. During times when the S&P 100 Index is declining, the strategy seeks to protect capital by avoiding these unfavorable markets and remaining invested in a laddered portfolio of short dated Treasury Bills. If the S&P 100 Index were to decline after an implementation, the tight notional put hedge effectively serves to limit the downside at the strike price of the calls. In this situation, the strategy has often been able to unwind the stock/options combination at a profit once the S&P 100 Index rises above the strike price of the puts.

2) PwC is the Auditor of Fairfield Sentry Limited. Bernard L Madoff Investment Securities ("BLM") is the executing broker of the split strike conversion strategy. To our knowledge, BLM's auditors, Freihling and Horowitz, are not affiliated with BLM.

3) In the opinion of the Investment Manager no conflict exists with the compensation arrangements. Fairfield Greenwich (Bermuda) Ltd., as the Investment Manager of Fairfield Sentry Limited, earns a management fee and performance fee. BLM, as executing broker for the trades of the split strike conversion strategy, earns a 'per stock' and 'per options contract' commission. Neither party shares in the revenues of the other nor does either party hold any ownership interest in the business of the other.

-----Original Message-----
From: Philip Toub
Sent: Tuesday, October 02, 2007 4:51 PM
To: Amit Vijayvergiya
Subject: FW: Perguntas

Can you give me a hand with this, will probably sound a lot more intelligent.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000326769

SECSEV0904292

tks

PLEASE TAKE NOTE OF OUR NEW ADDRESS. ALL PHONE NUMBERS REMAIN THE SAME.

Philip Toub
Partner
Fairfield Greenwich Group
55 East, 52nd Street 33rd Floor
New York, N.Y. 10055
Tel: + 1 212 319 6060
Fax: + 1 212 319 0450
Cel: + 1 917 669 4014
WWW.FGGUS.COM

-----Original Message-----
From: antonio.conceicao@itau.com.br [mailto:antonio.conceicao@itau.com.br]
Sent: Tuesday, October 02, 2007 3:47 PM
To: Philip Toub
Subject: Perguntas


Philip,

Please find below the questions asked by a client.

1 - Can you explain how the "split and strike conversion" strategy generates returns that are not correlated with the S&P? Since the strategy is delta positive, how does the fund never loses money when the S&P is down?

2 - I saw on the PPM that PriceWaterHouse is Sentry´s auditor. The client said that someone within Madoff´s famility is the auditor of the master fund. Is this true? Does this affect Sentry?

3 - Is it true that the fees in the feeder funds stay with the firms that manage them (for example Fairfield retains all the fees from Sentry) and that Madoff gets paid only by the trading commissions done by his broker firm? Does this creates any sort of conflict of interest?

Regards,

Antonio

Antonio Carlos da R. Conceição

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00032677O
SECSEV0904293

Itaú Private Bank
WMS - Wealth Management Solutions
Av. Eng. Armando de Arruda Pereira, 707
Torre Eudoro Villela - Piso 11
São Paulo, SP - 04344-902
Brazil
Phone: +55 11 5029-4724
Fax: +55 11 5029-1132
E-mail: antonio.conceicao@itau.com.br


Esta mensagem e uma correspondencia reservada. Se voce a recebeu por engano, por favor desconsidere-a.
O sistema de mensagens da Internet nao e considerado seguro ou livre de erros. Esta instituicao nao se
responsabiliza por opinioes ou declaracoes veiculadas atraves de e-mails.

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000326771
SECSEV0904294