# EXHIBIT 17

**From:** Lina Pava [lina@fggus.com]
**Sent:** 11/23/2007 2:13:33 PM
**To:** Disha Attavar [dattavar@fggus.com]
**CC:** Philip Toub [philip@fggus.com]; Amit Vijayvergiya [amit@fggus.com]; Charles Oddy [charles@fggus.com]; Santiago Reyes [Santiago@fggus.com]
**Subject:** RE: Fairfield Sentry

Thank you!!!

―――

From: Disha Attavar
Sent: Thursday, November 22, 2007 1:22 PM
To: Lina Pava
Cc: Philip Toub; Amit Vijayvergiya; Charles Oddy; Santiago Reyes
Subject: RE: Fairfield Sentry

Hi Lina/Philip,

Please find attached our responses.

Regards,

Disha

-----Original Message-----
From: Lina Pava
Sent: Wednesday, November 21, 2007 5:06 PM
To: Amit Vijayvergiya; Disha Attavar
Cc: Philip Toub
Subject: FW: Fairfield Sentry

Hi Amit & Disha,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000485711
SECSEV1063234

Could please help fill out this document? I tried to answer some of the questions based on the DDQ we have in SLX.

Thanks,

Lina

-----Original Message-----

From: antonio.conceicao@itau.com.br [mailto:antonio.conceicao@itau.com.br]

Sent: Wednesday, November 21, 2007 1:30 PM

To: Philip Toub

Cc: Lina Pava

Subject: Fairfield Sentry

Philip,

My risk team has raised a few questions regarding your fund. Can you please

fill the questionaire attached? My committee is going to be on the 29th of

November.

(See attached file: Due Diligence - Risk .doc)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000485712
SECSEV1063235

Regards,

Antonio

Antonio Carlos da R. Conceição

Itaú Private Bank

WMS - Wealth Management Solutions

Av. Eng. Armando de Arruda Pereira, 707

Torre Eudoro Villela - Piso 11

São Paulo, SP - 04344-902

Brazil

Phone: +55 11 5029-4724

Fax: +55 11 5029-1132

E-mail: antonio.conceicao@itau.com.br

Esta mensagem e uma correspondencia reservada. Se voce a recebeu por engano, por favor desconsidere-a.

O sistema de mensagens da Internet nao e considerado seguro ou livre de erros. Esta instituicao nao se

responsabiliza por opinioes ou declaracoes veiculadas atraves de e-mails.

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000485713
SECSEV1063236

or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000485714
SECSEV1063237