# EXHIBIT 18

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 3/30/2006 2:46:01 PM
**To:** Lauren Ross [lauren@fggus.com]; Gordon McKenzie [gordon@fggus.com]
**CC:** Sam Nakhleh [sam@fggus.com]
**Subject:** RE: Fairlfield Sentry - Subscription Reservation

Yes, OK to accept one day late is docs and monies are received by CITCO.

-----Original Message-----
From: Lauren Ross
Sent: Thursday, March 30, 2006 9:45 AM
To: Amit Vijayvergiya; Gordon McKenzie
Cc: Sam Nakhleh
Subject: FW: Fairlfield Sentry - Subscription Reservation

Can we please accept 1 day late - USD 200,000 for Sentry?


-----Original Message-----
From: antonio.conceicao@itau.com.br [mailto:antonio.conceicao@itau.com.br]
Sent: Thursday, March 30, 2006 9:13 AM
To: Philip Toub; Lauren Ross
Cc: rodrigo.vaz@itau.com.br
Subject: Fairlfield Sentry - Subscription Reservation

Yesterday there was an operational error in Itaú Europa Luxembourg and they did not manage to send the money for one of the reservations. The ammount is USD 200.000. It is from a new client that really wanted to subscribe the fund. Can they still send it today (right now)? Please let me know. Thanks!

Regards,

Antonio

Antonio Carlos da R. Conceição
Itaú Private Bank
Superintendência Private de Estratégias de Investimentos
Av. Eng. Armando de Arruda Pereira, 707
Torre Eudoro Villela - Piso 11
São Paulo, SP - 04344-902
Tel.: +55 11 5029-4724
Fax: +55 11 5029-1132
E-mail: antonio.conceicao@itau.com.br

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED      FGGE000415564
SECSEV0993087

Esta mensagem e uma correspondencia reservada. Se voce a recebeu por engano, por favor desconsidere-a.

O sistema de mensagens da Internet nao e considerado seguro ou livre de erros. Esta instituicao nao se
responsabiliza por opinioes ou declaracoes veiculadas atraves de e-mails.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00041556
SECSEV0993088