# EXHIBIT 21

ANWAR-CFSE-00010987

CITCO BANK NL-A'DAM    Incoming Message Details Report    28JUN06 Page 1 MISYS E8A K99RPR
Phase Unit CBN

Network SWIFT    Sender MRMDUS33XXX
Receiver CITCIE2DXXX

| | | | |
|---|---|---|---|
| Message input reference | 060627MRMDUS33BXXX1112560677 | Message type | MT202 |
| Message output reference | 060628CITCIE2DAXXX1490947216 | Number of Parts | 1 |
| Received Date | 28JUN06 02:48 | Sent Date | 27JUN06 21:48 |
| Priority N | Access Point CLEANPAY | Unique message reference | 0282694 |

| Description | Field code | Data |
|---|---|---|
| Basic Header Block | 1 | F01CITCIE2DAXXX1490947216 |
| Application Header | 2 | O2022148060627MRMDUS33BXXX11125606770606280248N |
| User Header FONTIS | 108 | 061780114994 |
| Part 1 Status 2 | Application reference | CBND60628H000117 |
| Transaction Ref No | 20 | 179013881 |
| Related Reference | 21 | 12001548280005OL |
| Value Date | 32A | 060628 |
| Currency Code | 32A | USD |
| Amount | 32A | 100000,01 |
| Ordering Institution | 52D | UBS AG<br>677 WASHINGTON BLVD<br>STAMFORD CT 06901 |
| Beneficiary Instit | 58D | /IE23CITC00000035810501 |
| Beneficiary Instit | 58D | FAIRFIELD SENTRY LIMITED |
| Sender to Receiver 1 | 72 | /BNF/SUBSCRIPTION BCO ITAU,LUXBG(OR<br>//G)BANCO ITAU EUROPA LUXEMBOURG S.<br>//A. L-2227 LUXEMBOURG |
| <FLD DESC NOT FOUND> | MAC | 41089989 |
| <FLD DESC NOT FOUND> | CHK | 6921F27C58F2 |

END OF REPORT

03302
1327702
3463302

CONFIDENTIAL