# EXHIBIT 22

ANWAR-CFSE-00011007

CITCO BANK NL-A'DAM    Incoming Message Details Report    28JUN06 Page 1 MISYS Phase    E8A K99RPR Unit CBN

| | | | |
|---|---|---|---|
| Network SWIFT | Sender MRMDUS33XXX<br>Receiver CITCIE2DXXX | | |
| Message input reference | 060627MRMDUS33AXXX6536016385 | Message type | MT202 |
| Message output reference | 060628CITCIE2DAXXX1490947218 | Number of Parts | 1 |
| Received Date | 28JUN06 02:48 | Sent Date | 27JUN06 21:48 |
| Priority N | Access Point CLEANPAY | Unique message reference | 0282696 |

| Description | Field code | Data |
|---|---|---|
| Basic Header Block | 1 | F01CITCIE2DAXXX1490947218 |
| Application Header | 2 | O2022148060627MRMDUS33AXXX65360163850606280248N |
| User Header FONTIS | 108 | 061780114987 |
| Part 1 Status 2 | Application reference | CBND60628H000116 |
| Transaction Ref No | 20 | 179013880 |
| Related Reference | 21 | 12001546830005OL |
| Value Date | 32A | 060628 |
| Currency Code | 32A | USD |
| Amount | 32A | 150000,00 |
| Ordering Institution | 52D | UBS AG<br>677 WASHINGTON BLVD<br>STAMFORD CT 06901 |
| Beneficiary Instit | 58D | /IE23CITC00000035810501 |
| Beneficiary Instit | 58D | FAIRFIELD SENTRY LIMITED |
| Sender to Receiver 1 | 72 | /BNF/SUBSCRIPTION BCO ITAU,LUXBG(OR<br>//G)BANCO ITAU EUROPA LUXEMBOURG S.<br>//A. L-2227 LUXEMBOURG |
| <FLD DESC NOT FOUND> | MAC | 87435DCE |
| <FLD DESC NOT FOUND> | CHK | 0901F24470DF |

END OF REPORT

03302
1331802
3463202

CONFIDENTIAL