# EXHIBIT 23



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Dec-18-2007

Fund Id      : 03302
Holder Id    : Redacted 0502
Account Id   : Redacted 1105
Contract No. : Redacted 0602
Order No.    : Redacted 9502
CFI Cash Id  : Redacted 4602

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       UBS AG
Bank Address 1:  STAMFORD
Bank Address 2:  USA

SWIFT Ref.:      UBSWUS33

Beneficiary Acct No:  Redacted  7000
Beneficiary Name:     BANCO ITAU EUROPA LUXEMBOURG

Amount:      USD    1,650,000.00
Value date:  Dec-19-2007
Ref:         FAIRFIELD SENTRY   Shares:1,280.4136 T/D:12-01-2007 RE
Note:        REF 0043293
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                               Authorised signatory

Citco Building                  www.citco.com      Phone: (31-20) 5722100
Telestone - Teleport                               Fax:   (31-20) 5722610
Naritaweg 165                                      Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                    ANWAR-CFSE-00015661



# Confirmation of Order Received

BANCO ITAU EUROPA LUXEMBOURG
29 AVENUE PORTE-NEUVE
PO BOX 572
L-2229 LUXEMBOURG
LUXEMBOURG

| | |
|---|---|
| Date | : Nov-15-2007 |
| Fund ID | : 03302 |
| Holder ID | :Redacted 0502 |
| Account ID | :Redacted 1105 |
| Order No. | :Redacted 9502 |
| Email | : PATRICK.SIMON@ITAU.COM |
| FAX Number | : 00352 22 3377220 |

MR PATRICK SIMON
Account: BANCO ITAU EUROPA LUXEMBOURG SA

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2007 |
| Settlement Date | Dec-31-2007 |
| Valuation/NAV Date | Nov-30-2007 |
| Type of transaction | Redemption |

| Amount | | USD | 1,650,000.00 |
|---|---|---|---|

| | |
|---|---|
| Bank Name: | UBS AG |
| Bank Address 1: | STAMFORD |
| Bank Address 2: | USA |
| SWIFT Ref.: | UBSWUS33 |
| Beneficiary Acct No: | Redacted 7000 |
| Beneficiary Name: | BANCO ITAU EUROPA LUXEMBOURG |
| Ben Swift Ref: | ITAULULL |

**Note 1: Y REF 0043293**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                           ANWAR-CFSE-00015663