# EXHIBIT 24

**CITCO**
*Citco Fund Services (Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Sep-18-2007 |
| Fund Id | : 03302 |
| Holder Id | Redacted 0502 |
| Account Id | Redacted 1105 |
| Contract No. | Redacted 5502 |
| Order No. | : Redacted 3502 |
| CFI Cash Id | : Redacted 4502 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: UBS AG
Bank Address 1: STAMFORD
Bank Address 2: USA

SWIFT Ref.: UBSWUS33

Beneficiary Acct No:   Redacted  7000
Beneficiary Name:   BANCO ITAU EUROPA LUXEMBOURG

Amount: USD   635,551.11
Value date: Sep-19-2007
Ref: FAIRFIELD SENTRY   Shares:505.4500 T/D:09-01-2007 RE
Note: 0041070
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory
..................................................     ..................................................

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                           ANWAR-CFSE-00180022



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

BANCO ITAU EUROPA LUXEMBOURG
29 AVENUE PORTE-NEUVE
PO BOX 572
L-2229 LUXEMBOURG
LUXEMBOURG

MR PATRICK SIMON
Account: BANCO ITAU EUROPA LUXEMBOURG SA

| | |
|---|---|
| Date | : Aug-17-2007 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 0502 |
| Account ID | : Redacted 1105 |
| Order No. | : Redacted 3502 |
| Email | : PATRICK.SIMON@ITAU.COM |
| FAX Number | : 00352 22 3377220 |

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Sep-01-2007 |
| Settlement Date | Oct-01-2007 |
| Valuation/NAV Date | Aug-31-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 505.4500 |

| | |
|---|---|
| Bank Name: | UBS AG |
| Bank Address 1: | STAMFORD |
| Bank Address 2: | USA |
| SWIFT Ref.: | UBSWUS33 |
| Beneficiary Acct No: | Redacted 7000 |
| Beneficiary Name: | BANCO ITAU EUROPA LUXEMBOURG |
| Ben Swift Ref: | ITAULULL |

**Note 1: 0041070**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                                         ANWAR-CFSE-00180024