# EXHIBIT 25

**Manen, Guy van (Citco)**

| | |
|---|---|
| From: | Sam Nakhleh [sam@fggus.com] |
| Sent: | Thursday, September 07, 2006 3:48 PM |
| To: | AMS CFS Treasury |
| Cc: | Lina Pava; Lauren Ross; AMS CFS IRG Peter |
| Subject: | RE: Sentry $100,000 SWIFT Returned |
| Follow Up Flag: | Follow up |
| Flag Status: | Green |
| ALLOC: | gvm |
| Allocated: | pay |
| Payment: | -1 |
| Payments: | 0 |

Yes, please return the $100,000 to them as it seems they sent it in error.

thanks

---

**From:** AMS CFS Treasury [mailto:AMSCFSTreasury@Citco.com]
**Sent:** Thursday, September 07, 2006 9:46 AM
**To:** Sam Nakhleh
**Cc:** Lina Pava; Lauren Ross; AMS CFS IRG Peter; AMS CFS Treasury
**Subject:** RE: Sentry $100,000 SWIFT Returned

Hi Sam,

This is not the case, we have not returned any money yet to Banco Itau, I think she meant that they accidently sent it twice to us, and that one amount should be returned. Also we have not received any advise to return the USD 100,000.00 to Banco Itau.

Please advise if we have to return the pending amount.

Regards,
Wendy

---

**From:** Sam Nakhleh [mailto:sam@fggus.com]
**Sent:** Thursday, September 07, 2006 3:10 PM
**To:** AMS CFS IRG Peter; AMS CFS Treasury
**Cc:** Lina Pava; Lauren Ross
**Subject:** Sentry $100,000 SWIFT Returned

Hi Wendy / Treasury,

Per below, it looks like Banco Itau received the returned wire twice. Please check if this is true and if so, recall one of them.

thanks

---

**From:** Lina Pava

9/8/2006

CONFIDENTIAL ANWAR-CFSE-00010997

**Sent:** Thursday, September 07, 2006 9:02 AM
**To:** Sam Nakhleh
**Cc:** Lauren Ross
**Subject:** FW: Fw: Sentry

Hi Sam,

Can you please coordinate this with Citco? (Please see below)

Thanks,
Lina

---

**From:** Geraldine.Legg@itau.com [mailto:Geraldine.Legg@itau.com]
**Sent:** Thursday, September 07, 2006 2:46 AM
**To:** Lina Pava
**Cc:** rodrigo.vaz@itau.com.br; antonio.conceicao@itau.com.br
**Subject:** Re: Fw: Sentry

Dear all,

yesterday we asked for the return of funds. Usd 100.000 is regarding an old subscription, but the swift payment was sent two times

sorry for inconvenience caused

Regards,
Geraldine


----- Forwarded by Geraldine Legg/ItauLUX on 09/07/2006 08:43 AM -----

"Lina Pava" <lina@fggus.com>

09/06/2006 10:02 PM

To <Patrick.Simon@itau.com>
cc <rodrigo.vaz@itau.com.br>, <antonio.conceicao@itau.com.br>, "Philip Toub" <philip@fggus.com>
Subject RE: Sentry


Dear Mr. Simon,

Kindly provide us with an update on this matter, as our administrator cannot process the trade ($100,000 USD into the Fairfield Sentry fund) until the Subscription Documents are received.

Should you have any questions, please do not hesitate to contact me.

Best regards,
Lina

---

**From:** rodrigo.vaz@itau.com.br [mailto:rodrigo.vaz@itau.com.br]

9/8/2006

CONFIDENTIAL                                                                                    ANWAR-CFSE-00010998

**Sent:** Tuesday, September 05, 2006 11:38 AM
**To:** Patrick.Simon@itau.com; antonio.conceicao@itau.com.br
**Cc:** Lina Pava
**Subject:** Fw: Sentry

Hi Patrick,

Can you please verify the below. Thanks!

Rodrigo Vaz
Itau Private Banking
rodrigo.vaz@itau.com.br
Direct +55-11 5029-4261
Fax +55-11 5029-4131

----- Forwarded by Rodrigo D. Vaz/Itaubanco on 09/05/2006 12:36 PM -----
**"Philip Toub" <philip@fggus.com>**

09/05/2006 12:24 PM

To "Rodrigo Vaz" <rodrigo.vaz@itau.com.br>
cc "Lina Pava" <lina@fggus.com>
Subject Sentry

Oi Rodrigo,

How are you. Apparently we are missing sub docs for 100 k order that was placed for september 1. The money was sent .

Could you please check with your colleagues .

Abracos

-------------------------------------

Philip Toub
Partner
Fairfield Greenwich Group
919 Third Avenue
New York, N.Y.   10022
Tel:     +1212 319 6060
Fax:     +1212 319 0450
Cel:     +1917 669 4014
WWW.FGGUS.COM

9/8/2006

CONFIDENTIAL                                                                                          ANWAR-CFSE-00010999

Esta mensagem e uma correspondencia reservada. Se voce a recebeu por engano, por favor desconsidere-a.
O sistema de mensagens da Internet nao e considerado seguro ou livre de erros. Esta instituicao nao se
responsabiliza por opinioes ou declaracoes veiculadas atraves de e-mails.

Esta mensagem e uma correspondencia reservada. Se voce a recebeu por engano, por favor desconsidere-a.
O sistema de mensagens da Internet nao e considerado seguro ou livre de erros. Esta instituicao nao se
responsabiliza por opinioes ou declaracoes veiculadas atraves de e-mails.

9/8/2006

CONFIDENTIAL ANWAR-CFSE-00011000