**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01565 (CGM) |
| Plaintiff, | |
| v. | |
| STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A. (f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A.), as represented by its Liquidator HANSPETER KRÄMER, HANSPETER KRÄMER, in his capacities as liquidator and representative of STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., | |
| STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD CHARTERED INTERNATIONAL (USA) LTD., and f/k/a AMERICAN EXPRESS BANK LTD., | **STIPULATION AND ORDER** |
| Defendants. | |

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Standard Chartered Financial Services (Luxembourg) S.A. (formerly known as American Express Financial Services (Luxembourg) S.A. and before that, known as American Express Bank (Luxembourg) S.A.) (defined together as "AEB Lux"); Standard Chartered Bank International (Americas) Ltd. (formerly known as American Express Bank International) (defined together as "AEB Miami"); and Standard Chartered International (USA) Ltd. (formerly known as American Express Bank Ltd.) (defined together as "AEB New York," and collectively with AEB Lux and AEB Miami, "Defendants," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on April 26, 2012, the Trustee commenced adversary proceeding number 12-01565 (the "Action") against Defendants to, among other things, recover transfers allegedly received from Fairfield Sentry Limited, and from others, pursuant to 11 U.S.C. § 550.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, and **SO ORDERED**, by the Court that:

1. The Trustee will file an Amended Complaint with the consent of the Defendants, which is hereby granted.

2. The deadline for the Defendants to respond to the Amended Complaint in the Action shall be July 15, 2022. If Defendants file a motion to dismiss the Amended Complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage, as allowed by Rule 12 of the Federal Rules of Civil Procedure. The deadline for the Trustee to respond to the motion shall be September 15, 2022, and the deadline for the Defendant to file a reply shall be October 17, 2022.

3.  If Defendants file a motion to dismiss the Amended Complaint, then the Parties shall request oral argument on the motion at the Court's first available convenience. The deadlines established by this Stipulation and Order are without prejudice to either Party seeking future extensions of time.

4.  The Parties to this Stipulation and Order reserve all rights and defenses they may have, and entry into this Stipulation and Order shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Dated:   May 13, 2022
         New York, New York

By: /s/ *Robertson D. Beckerlegge*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: /s/ *Andrew J. Finn*
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Andrew J. Finn
Email: finna@sullcrom.com

*Attorneys for Defendants*



**Dated: May 16, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**