**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01695 (CGM) |
| v. | |
| BORDIER & CIE, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, Defendant Bordier & Cie's Reply Memorandum of Law in Support of Its Motion to Dismiss and the accompanying Declaration of David A. Shaiman and exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: May 16, 2022
      New York, New York

                                 ALLEGAERT BERGER & VOGEL LLP

                                 By: */s/ David A. Shaiman*_____

                                 David A. Shaiman
                                 111 Broadway, 20th Floor
                                 New York, New York 10006
                                 Tel. No.: 212-571-0550
                                 Email: dshaiman@abv.com

                                 *Counsel for Defendant Bordier & Cie*