**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 Date | Column 2 Amount |
|---:|---:|
| 11/16/2004 | (33,460) |
| 2/16/2005 | (623,600) |
| 2/16/2005 | (1,870,791) |
| 3/15/2005 | (3,493,631) |
| 4/14/2005 | (1,426,547) |
| 5/13/2005 | (1,681,800) |
| 5/13/2005 | (1,235,990) |
| 6/15/2005 | (790,193) |
| 6/15/2005 | (610,212) |
| 6/15/2005 | (887,391) |
| 6/15/2005 | (648,633) |
| 6/15/2005 | (735,643) |
| 6/15/2005 | (729,670) |
| 6/15/2005 | (688,011) |
| 6/15/2005 | (684,993) |
| 6/15/2005 | (622,546) |
| 6/15/2005 | (1,210,856) |
| 11/17/2005 | (5,668,286) |
| 1/19/2006 | (650,959) |
| 7/20/2006 | (3,374,185) |
| 10/12/2006 | (1,916,445) |
| 4/14/2008 | (4,009,264) |
| **Total:** | **$ (33,593,108)** |