UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02572 (CGM) |
| Plaintiff, | |
| v. | |
| KOREA EXCHANGE BANK, et al., | |
| Defendant | |

**CERTIFICATE OF SERVICE**

I certify that, on May 16, 2022, I filed defendant Korea Exchange Bank's Notice of Motion to Dismiss Complaint, Memorandum of Law in Support of Motion to Dismiss Complaint, Notice of Hearing, Declaration of Richard A. Cirillo, and the exhibits thereto, on all counsel of record in the above adversary proceeding through the court's electronic filing system in case numbers 11-02572 and 08-01789.

/s/ /Richard A. Cirillo
_____

Richard A. Cirillo