**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>MULTI-STRATEGY FUND LIMITED,<br><br>Defendant. | Adv. Pro. No. 12-01205 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, a copy of the Notice of Appearance of Matthew

B. Friedman was filed electronically. Notice of this filing has been sent through the Court's

Electronic Case Filing System and via electronic transmission to the email addresses designated

for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 17, 2022
      New York, New York

By: */s/ Matthew B. Friedman*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Matthew B. Friedman
Email: mfriedman@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# **SCHEDULE A**

**Defendant Counsel**

Dielai Yang
Jeffrey C. Fourmaux
Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: dyang@fklaw.com
Email: jjfourmaux@fklaw.com
Email: rlack@fklaw.com
Attorney For: MULTI-STRATEGY FUND LIMITED