Pg 1 of 1
Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD | 1FN012 |
| CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD | 1FN045 |
| FAIRFIELD SENTRY LIMITED C/O FAIRFIELD GREENWICH GROUP | 1FN069 |
| FAIRFIELD SENTRY LIMITED C/O FAIRFIELD GREENWICH GROUP | 1FN070 |