# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO AEB LUX

| Column 1 Date | Column 2 Amount |
|---|---|
| 8/15/2005 | (7,474,315) |
| 8/15/2005 | (21,155) |
| 10/14/2005 | (2,902,961) |
| 11/17/2005 | (516,430) |
| 11/17/2005 | (309,856) |
| 11/17/2005 | (280,631) |
| 11/17/2005 | (222,495) |
| 11/17/2005 | (55,616) |
| 12/19/2005 | (419,073) |
| 12/19/2005 | (280,232) |
| 12/19/2005 | (280,232) |
| 12/19/2005 | (237,000) |
| 12/19/2005 | (112,077) |
| 12/19/2005 | (112,077) |
| 12/19/2005 | (100,000) |
| 1/19/2006 | (500,403) |
| 1/19/2006 | (261,587) |
| 1/19/2006 | (50,000) |
| 2/15/2006 | (567,407) |
| 2/15/2006 | (545,174) |
| 2/15/2006 | (283,709) |
| 2/15/2006 | (141,794) |
| 3/24/2006 | (3,494,624) |
| 3/24/2006 | (200,000) |
| 3/24/2006 | (10,000) |
| 3/24/2006 | (9,723) |
| 4/20/2006 | (2,270,212) |
| 4/20/2006 | (1,400,014) |
| 4/20/2006 | (310,550) |
| 4/20/2006 | (232,004) |
| 4/20/2006 | (185,759) |
| 5/15/2006 | (1,201,477) |
| 5/15/2006 | (282,345) |
| 5/15/2006 | (263,957) |
| 6/16/2006 | (799,879) |
| 6/16/2006 | (739,675) |
| 6/16/2006 | (541,017) |
| 6/16/2006 | (292,741) |
| 7/20/2006 | (1,065,264) |
| 7/20/2006 | (700,000) |
| 7/20/2006 | (590,965) |
| 7/20/2006 | (384,311) |
| 7/20/2006 | (358,175) |
| 7/20/2006 | (354,257) |
| 7/20/2006 | (130,000) |
| 7/20/2006 | (50,000) |
| 8/14/2006 | (413,120) |
| 8/14/2006 | (182,845) |
| 9/14/2006 | (298,561) |
| 9/14/2006 | (158,114) |
| 9/14/2006 | (50,000) |
| 10/12/2006 | (159,505) |
| 10/12/2006 | (107,652) |
| 10/12/2006 | (54,000) |
| 11/14/2006 | (12,000) |
| 12/15/2006 | (578,306) |
| 1/16/2007 | (538,265) |
| 1/16/2007 | (107,006) |
| 2/15/2007 | (744,191) |
| 2/15/2007 | (36,201) |
| 4/17/2007 | (316,617) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO AEB LUX**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 4/17/2007 | (276,493) |
| 7/19/2007 | (2,777,449) |
| 7/19/2007 | (221,788) |
| 7/19/2007 | (105,794) |
| 8/17/2007 | (1,238,749) |
| 8/17/2007 | (1,199,627) |
| 8/17/2007 | (336,854) |
| 8/17/2007 | (65,000) |
| 9/19/2007 | (36,632,075) |
| 9/19/2007 | (3,723,277) |
| 9/19/2007 | (3,550,410) |
| 9/19/2007 | (3,080,131) |
| 9/19/2007 | (2,001,775) |
| 9/19/2007 | (1,639,931) |
| 9/19/2007 | (76,000) |
| 9/19/2007 | (50,000) |
| 10/16/2007 | (6,728,830) |
| 10/16/2007 | (4,660,609) |
| 10/16/2007 | (2,020,136) |
| 10/16/2007 | (330,000) |
| 10/16/2007 | (317,384) |
| 10/16/2007 | (242,000) |
| 11/19/2007 | (5,085,257) |
| 11/19/2007 | (2,068,866) |
| 11/19/2007 | (1,060,104) |
| 11/19/2007 | (958,238) |
| 11/19/2007 | (664,274) |
| 11/19/2007 | (150,000) |
| 11/19/2007 | (70,000) |
| 11/19/2007 | (56,400) |
| 12/19/2007 | (2,524,045) |
| 12/19/2007 | (2,197,861) |
| 12/19/2007 | (1,847,777) |
| 12/19/2007 | (854,875) |
| 12/19/2007 | (110,000) |
| 12/19/2007 | (20,000) |
| 1/17/2008 | (6,514,834) |
| 1/17/2008 | (3,958,880) |
| 1/17/2008 | (1,508,591) |
| 1/17/2008 | (264,574) |
| 1/17/2008 | (232,736) |
| 1/17/2008 | (123,788) |
| 1/17/2008 | (50,000) |
| 2/15/2008 | (3,374,367) |
| 2/15/2008 | (1,210,426) |
| 2/15/2008 | (680,000) |
| 2/15/2008 | (389,922) |
| 2/15/2008 | (250,000) |
| 3/18/2008 | (2,737,000) |
| 3/18/2008 | (1,944,635) |
| 3/18/2008 | (1,150,115) |
| 3/18/2008 | (1,037,557) |
| 3/18/2008 | (391,683) |
| 3/18/2008 | (103,434) |
| 4/14/2008 | (1,692,650) |
| 4/14/2008 | (1,231,080) |
| 4/14/2008 | (1,080,994) |
| 4/14/2008 | (750,000) |
| 4/14/2008 | (500,000) |
| 5/15/2008 | (3,570,761) |
| 5/15/2008 | (1,724,411) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO AEB LUX**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/15/2008 | (1,659,977) |
| 5/15/2008 | (1,350,000) |
| 5/15/2008 | (383,983) |
| 5/15/2008 | (130,000) |
| 6/17/2008 | (1,183,300) |
| 6/17/2008 | (1,039,405) |
| 6/17/2008 | (551,009) |
| 6/17/2008 | (414,634) |
| 6/17/2008 | (200,000) |
| 6/17/2008 | (50,000) |
| 7/15/2008 | (1,566,588) |
| 7/15/2008 | (1,197,722) |
| 7/15/2008 | (264,422) |
| 7/15/2008 | (230,000) |
| 7/15/2008 | (100,000) |
| 8/18/2008 | (2,066,259) |
| 8/18/2008 | (1,313,602) |
| 8/18/2008 | (953,760) |
| 8/18/2008 | (264,351) |
| 9/15/2008 | (883,275) |
| 9/15/2008 | (840,372) |
| 9/15/2008 | (536,854) |
| 9/15/2008 | (500,000) |
| 9/15/2008 | (400,000) |
| 9/15/2008 | (242,160) |
| 9/15/2008 | (200,000) |
| 9/15/2008 | (150,000) |
| 10/15/2008 | (6,289,943) |
| 10/15/2008 | (1,209,425) |
| 10/15/2008 | (567,651) |
| 10/15/2008 | (505,489) |
| 10/15/2008 | (379,074) |
| 10/15/2008 | (230,000) |
| 10/15/2008 | (130,000) |
| 11/19/2008 | (42,715,822) |
| 11/19/2008 | (12,875,593) |
| 11/19/2008 | (9,727,680) |
| 11/19/2008 | (9,562,068) |
| 11/19/2008 | (8,020,000) |
| 11/19/2008 | (1,217,000) |
| 11/19/2008 | (1,115,743) |
| 11/19/2008 | (100,000) |
| **Total:** | **$ (274,029,164)** |