# EXHIBIT E
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO AEB LUX

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 6/20/2006 | (581,152) |
| 9/18/2006 | (129,274) |
| 8/17/2007 | (353,658) |
| 9/20/2007 | (3,038,832) |
| 12/18/2007 | (297,927) |
| 1/22/2008 | (478,238) |
| 2/15/2008 | (5,847,493) |
| 2/15/2008 | (237,097) |
| 3/18/2008 | (539,101) |
| 4/18/2008 | (79,259) |
| 5/20/2008 | (659,475) |
| 6/30/2008 | (161,275) |
| 9/19/2008 | (332,081) |
| 9/30/2008 | (144,180) |
| 10/20/2008 | (147,457) |
| 11/21/2008 | (1,347,204) |
| 11/21/2008 | (688,501) |
| 11/21/2008 | (141,066) |
| **Total:** | **$ (15,203,270)** |