**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A. (f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A.), as represented by its Liquidator HANSPETER KRÄMER, HANSPETER KRÄMER, in his capacities as liquidator and representative of STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A.,<br><br>STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD CHARTERED HOLDINGS INC. (as successor in interest to STANDARD CHARTERED INTERNATIONAL (USA) | Adv. Pro. No. 12-01565 (CGM) |

| | |
|---|---|
| LTD., f/k/a AMERICAN EXPRESS BANK LTD.), | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, a copy of the Amended Complaint was filed electronically.  Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 17, 2022
       New York, New York

                              By: */s/ David J. Sheehan*
                              BAKER & HOSTETLER LLP
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone:  212.589.4200
                              Facsimile:  212.589.4201
                              David J. Sheehan
                              Email: dsheehan@bakerlaw.com

                              *Attorneys for Irving H. Picard, Trustee*
                              *for the Substantively Consolidated SIPA*
                              *Liquidation of Bernard L. Madoff Investment*
                              *Securities LLC and the Chapter 7 Estate of*
                              *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Andrew J. Finn
Diane Lee McGimsey
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: finna@sullcrom.com
Email: mcgimseyd@sullcrom.com
Email: nelless@sullcrom.com
Attorney For: STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Krämer, STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD