# EXHIBIT 2



C I T C O
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| DATE | : May 31, 2001 |
| COMPANY | : First Gulf Bank |
| CITY AND COUNTRY | : United Arab Emirates |
| ATTENTION OF | : Deepak Sabhnani |
| FAX NUMBER | : (9712) 6347969 |
| FROM | : Investor Relations Group / Angelique Willems |
| RE | : Subscription |
| CLIENT NUMBER | :   Redacted   – 8960 |
| PAGES FOLLOWING | : 1 |

MESSAGE

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

Dear Sirs,

With reference to your fax dated May 29, 2001, we would like to confirm the following subscription in Fairfield Sentry Limited, for dealing date June 1, 2001:

Name of subscriber          : First Gulf Bank
Date of receipt of application: May 29, 2001
Number of shares/amount    : USD 5,000,000.00
Dealing date              : June 1, 2001
Class of shares           : A

Please be advised that we received the amount of USD 5,000,000.00 for the above-menioned subscription.

In order to complete our administrative file for share registration in the name of First Gulf Bank, we kindly ask you to supply us with an Excerpt from Commercial Register, providing the place of incorporation and the details of directors of the Company (name, occupation, date of birth, residential and business address) and your authorise signatures list.

Upon receipt of the above documents we will execute the subscription.

*Fairfield Sentry Limited*
*C/o Citco Fund Services (Europe) B.V.*
*World Trade Center Amsterdam*
*Tower B 17th floor*
*Strawinskylaan 1725*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone : (31-20) - 5722 100*
*Fax : (31-20) – 5722 476*

*Registered Office*
*Citco Building*
*Wickhams Cay*
*PO Box 662*
*Road Town, Tortola*
*British Virgin Islands*

CONFIDENTIAL

ANWAR-CFSE-00649088

## C I T C O

Page  2
May 31, 2001

Yours faithfully,
Citco Fund Services (Europe) B.V.

CONFIDENTIAL

ANWAR-CFSE-00649089