# EXHIBIT 3

**CITCO**

*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| FIRST GULF BANK | Fund ID : 03302 |
| PO BOX 6316 | Holder ID : 8702 |
| ABU DHABI | Account ID : REDACTED 8960 |
| UNITED ARAB EMIRATES | Contract No. : 8002 |
| | Date : Jul-29-2009 |
| | Order No. : REDACTED 5702 |
| | Email : KR.JANARDHAN@FGB.AE |
| DEEPAK SABHNANI | FAX Number : +97126812434 |
| Account name: FIRST GULF BANK | |

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2008 |
| Trade Date | | Jun-01-2008 |
| Payment Date | | Jun-17-2008 |
| No. of voting shares Redeemed | | 1,981.0800 |
| Redemption Price | USD | 1,325.7227 |
| Gross Redemption Proceeds | USD | 2,626,362.73 |
| Net Redemption Proceeds | USD | 2,626,362.73 |
| Amount to be Paid | USD | 2,626,362.73 |
| Proceeds Paid to Date | USD | 2,626,362.73 |

Your balance following this transaction will be 8,642.3000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
*Chamber of Commerce 33205112*