# EXHIBIT 5



# FIRST GULF BANK

| To | : | Citco Fund Services (Europe) B.V |
|---|---|---|
| Attn | : | Fund Administrator |
| Fax | : | 00 31 20 5722 476 |
| From | : | First Gulf Bank, Abu Dhabi |
| Fax | : | +9712 6320296 |
| Date | : | 25th August, 2004 |
| Our Ref | : | Trops |
| Pages incl cover | : | 3 |

Re: Additional Subscription - Fairfield Sentry Ltd Class A
    First Gulf Bank, Abu Dhabi

Please find attached herewith Additional Subscription form for USD 2,000,000.00 (Two Million only) for Fairfield Sentry Ltd Class A to be registered under FIRST GULF BANK ABU DHABI.

Kinldy Confirm receipt and payment date by return fax.

Thanks and Regards

K R Janardhan
Senior Manager, Operations
First Gulf Bank
Abu Dhabi

CONFIDENTIAL          ANWAR-C-ESI-00269059

08-24-04    13:32    Van-CITCO Fund Services (Europe) BV    31205722610    T-002    P.01/02    F-373

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Fax: +31 20 5722 476

**SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: FIRST GULF BANK, ABU DHABI.
Contribution Date: 31st AUGUST, 2004
Additional Contribution Amount: U.S. $ 2,000,000/- (TWO MILLION ONLY)

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: (A new complete subscription agreement may be required)
_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25th day of AUGUST, 2004.

**Corporate, Partnership, Trust or Account Subscribers**     **Individual Subscribers**

FIRST GULF BANK, ABU DHABI.
Name of Entity (Print)                                        Name (Print)
By: _____
Signature                                                     Signature
K. R. JANARDHANAN   K. R. Janardhanan
Name (Print)                        A-67                     Name of Joint Purchaser, If Any (Print)

SENIOR MANAGER TREASURY OPERATIONS
Title                                                         Signature
Telephone: +9712 6349708                                      Telephone: _____
Fax: +9712 6320296                                            Fax: _____

B-4
320478.1

DEEPAK SABHNANI
SENIOR MANAGER OPERATIONS.

CONFIDENTIAL    ANWAR-C-ESI-00269060

SUBSCRIPTION ACCEPTED AS OF _____, 200__.

FAIRFIELD SENTRY LTD.

By: _____
    Name: _____
    Title: _____

B-5

320478.1

CONFIDENTIAL    ANWAR-C-ESI-00269061