# EXHIBIT 6

06.MAY.2008 15:06 00971 2 6812434          TRY OPS                    #4395 P.002 /004

### REDEMPTION REQUEST FORM
### INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): __MAY__, __06th__, __2008__

Dear Sirs:

      I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of __981.06__ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

      I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

__BANK OF NEW YORK__
Bank Name

__NEW YORK, USA__
Bank Address

__IRVTUS3N__
ABA /CHIPS/ BIC Codes

__FIRST GULF BANK__
Account Name

__[REDACTED] 9165__
Account Number

RR-1

CONFIDENTIAL                                                                                     CFSE-TRST-041837

CFSSAJ0008182

06.MAY.2008 15:06 00971 2 6812434          TRY OPS                    #4395 P.003 /004

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| FIRST GULF BANK <br> Name of Registered Owner of Shares | _____ <br> Name of Subscriber |
| P.O. BOX 6316, ZAYED THE FIRST STREET, ABU DHABI, UNITED ARAB EMIRATES. <br> Address | _____ <br> Address |
| [signature] <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| K.R. JANARDHAN - VICE PRESIDENT <br> Name and Title | _____ <br> Please Print Name and Title |
| 06-05-08 <br> Date | _____ <br> Date |
| [signature] <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| LUCIEN GODFREY - SENIOR MANAGER. <br> Name and Title | _____ <br> Please Print Name and Title |
| _____ <br> Date | _____ <br> Date |

Signatures guaranteed by: _____

RR-2

06.MAY.2008 15:06 00971 2 6812434          TRY OPS                        #4395 P.004 /004

## REDEMPTION INFORMATION

| SHARE REGISTRATION | MAILING (POST) INFORMATION (if other than address of registration) |
|---|---|
| Name: FIRST GULF BANK | Name: |
| Address: P.O. BOX 6316, ZAYED THE FIRST STREET ABU DHABI UNITED ARAB EMIRATES | Address: |
| Country of Residence: UNITED ARAB EMIRATES | Country of Residence: |
| Telephone: + 9712 6920203 | Telephone: |
| Telephone (Evenings): + 9712 6920203 | Telephone (Evenings): |
| Fax: + 9712 6812434 | Fax: |

**BANK FOR TRANSFER OF REDEMPTION**

Name: BANK OF NEW YORK

Address: NEW YORK, USA

Country of Residence: UNITED STATES OF AMERICA.

Telephone:

Telephone (Evenings):

Fax:

RR-3

CONFIDENTIAL                                              CFSE-TRST-041839

CFSSAJ0008184