# EXHIBIT 7



Ⓒ

14 7 0517
Sept 2008

**ONTVANGEN KOERIER**
**1 8 SEP. 2008**

FACSIMILE TRANSMITTAL SHEET

| To   | : Fairfield Sentry Ltd            |
|------|-----------------------------------|
|      | c/o Citco Fund Services (Europe) BV |
| Fax  | : 00 31 20 572 2610               |
| From | : First Gulf Bank, Abu Dhabi      |
| Fax  | : +9712 6359030                   |
| Date | : 15th Septemebr 2008             |

**Redemption Request – Fairfield Sentry Limited**

Please find attached Redemption Request Form for **6594.1089** units of **Fairfield Sentry Limited**, registered under First Gulf Bank, Abu Dhabi.

Kindly confirm reciept and Redemption date by return fax.

Thanks & Regards

Lucien Godfrey
Senior Manager, Treasury Operations
First Gulf Bank
Abu Dhabi
Tel: +9712 4175229
Fax: +9712 6359030



# REDEMPTION REQUEST FORM
## INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): SEPTEMBER 15th, 2008

Dear Sirs:

      I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of 6594/1089 shares, (the "Shares") representing [part/~~all~~] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

\* 6594/1089 SHARES.

      I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

BANK OF NEW YORK
Bank Name

NEW YORK, USA.
Bank Address

IRVTUS3N
ABA /CHIPS/ BIC Codes

FIRST GULF BANK ABU DHABI.
Account Name

REDACTED 9165.
Account Number

RR-1

CONFIDENTIAL

CFSE-TRST-017714

CFSSAF0000732

③

## REDEMPTION INFORMATION

| SHARE REGISTRATION | MAILING (POST) INFORMATION |
| --- | --- |
| | (if other than address of registration) |

**Name:** FIRST GULF BANK

**Address:** P.O. BOX 6316 ABU DHABI

**Country of Residence:** UNITED ARAB EMIRATES

**Telephone:** +9712 6816666

**Telephone (Evenings):** +9712 4175236

**Fax:** +9712 6359030

**Name:**

**Address:**

**Country of Residence:**

**Telephone:**

**Telephone (Evenings):**

**Fax:**

### BANK FOR TRANSFER OF REDEMPTION

**Name:** BANK OF NEW YORK

**Address:** NEW YORK, USA

**Country of Residence:** USA

**Telephone:**

**Telephone (Evenings):**

**Fax:**

RR-3

CONFIDENTIAL

CFSE-TRST-017715

CFSSAF0000733

④

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| FIRST GULF BANK<br>Name of Registered Owner of Shares | _____<br>Name of Subscriber |
| ZAYED THE FIRST STREET, P.O. BOX 6316, ABU DHABI UNITED ARAB EMIRATES.<br>Address | _____<br>Address |
| _[signature]_<br>Signature (of individual or assignee) | _____<br>Signature (of partner, authorized corporate officer or trustee) |
| K.R. JANARDHAN - VICE PRESIDENT<br>Name and Title | _____<br>Please Print Name and Title |
| 15-09-2008<br>Date | _____<br>Date |
| _[signature]_<br>Signature (of individual or assignee) | _____<br>Signature (of partner, authorized corporate officer or trustee) |
| LUCIEN GODFREY - SENIOR MANAGER<br>Name and Title | _____<br>Please Print Name and Title |
| 15-09-2008<br>Date | _____<br>Date |

Signatures guaranteed by:

RR-2

CONFIDENTIAL

CFSE-TRST-017716

CFSSAF0000734