# EXHIBIT 8

# Microsoft Outlook

| | |
|---|---|
| **From:** | Terlien, Judith     AMS |
| **Sent:** | Wednesday, April 24, 2002 11:29 AM |
| **To:** | Wagner, Patrick     AMS |
| **Subject:** | FW: Commercial Bank of Qatar (CBQ); FGB |

?

-----Original Message-----
**From:** Angela, Indra AMS
**Sent:** Wednesday, April 24, 2002 11:25 AM
**To:** Terlien, Judith AMS; Willems, Angelique AMS
**Cc:** Wagner, Patrick AMS
**Subject:** RE: Commercial Bank of Qatar (CBQ); FGB

Judith,

It was on April 17th that you send us a mail asking us to look out for a redemption for Commercial Bank of Qatar but this redemption came in on the 14th of April and confirmed to the shareholder on the 16th of April. That's why it was placed and confirmed for May 31, 2002. Sorry for this. No sub docs received as yet.

Regards,
Indra

>   -----Original Message-----
>   **From:** Terlien, Judith AMS
>   **Sent:** Wednesday, April 24, 2002 10:58 AM
>   **To:** Willems, Angelique AMS; Angela, Indra AMS
>   **Cc:** Wagner, Patrick AMS
>   **Subject:** RE: Commercial Bank of Qatar (CBQ); FGB
>
>   yes please
>
>   >   -----Original Message-----
>   >   **From:** Willems, Angelique AMS
>   >   **Sent:** Wednesday, April 24, 2002 10:55 AM
>   >   **To:** Terlien, Judith AMS; Angela, Indra AMS
>   >   **Cc:** Wagner, Patrick AMS
>   >   **Subject:** RE: Commercial Bank of Qatar (CBQ); FGB
>   >
>   >   Hi Judith,
>   >
>   >   Should I send a revised Confirmation of Order Received to them.
>   >
>   >   Please advise.
>   >
>   >   Regards,
>   >   Angie
>   >
>   >   >   -----Original Message-----
>   >   >   **From:** Terlien, Judith AMS
>   >   >   **Sent:** Tuesday, April 23, 2002 8:56 PM
>   >   >   **To:** Angela, Indra AMS
>   >   >   **Cc:** Willems, Angelique AMS; Wagner, Patrick AMS
>   >   >   **Subject:** RE: Commercial Bank of Qatar (CBQ); FGB

1

CONFIDENTIAL                                                                                                    ANWAR-C-ESI-00295446

Indra,

I see the red in May 31 it should be April 30, can you pls amend
thx

>-----Original Message-----
> **From:** Terlien, Judith AMS
> **Sent:** Wednesday, April 17, 2002 10:23 AM
> **To:** Angela, Indra AMS
> **Cc:** Willems, Angelique AMS; Wagner, Patrick AMS
> **Subject:** FW: Commercial Bank of Qatar (CBQ); FGB
>
> Sorry, as per previous message, the red can go for April 30, the investment can go for May 31
> Thx
>
>> -----Original Message-----
>> **From:** Corina [mailto:corina.piedrahita@virgin.net]
>> **Sent:** Sunday, April 14, 2002 7:05 PM
>> **To:** Judith Terlien
>> **Cc:** Jeffrey Tucker
>> **Subject:** Fw: Commercial Bank of Qatar (CBQ); FGB
>>
>> Judith, to look out for...
>> Thanks,
>> Corina
>>
>>> ----- Original Message -----
>>> **From:** Jeffrey Tucker
>>> **To:** Peter Desjardins ; Jeffrey Tucker ; Walter Noel
>>> **Cc:** Corina Piedrahita
>>> **Sent:** Wednesday, April 10, 2002 9:29 PM
>>> **Subject:** RE: Commercial Bank of Qatar (CBQ); FGB
>>>
>>> Redemption of April 30 paid in May, reinvested May 31.
>>>
>>>> -----Original Message-----
>>>> From: Peter E. Desjardins [mailto:magog@emirates.net.ae]
>>>> Sent: Wednesday, April 10, 2002 3:14 PM
>>>> To: Jeffrey Tucker; Walter Noel
>>>> Cc: Corina Piedrahita
>>>> Subject: RE: Commercial Bank of Qatar (CBQ); FGB
>>>>
>>>> 10Apr02
>>>>
>>>> Jeffrey,
>>>>
>>>> Another question, as on a second reading I'm not certain I have understood
>>>> "consecutive months." Do you mean that CBQ can redeem effective, say, 30
>>>> April, and reinvest on 01May? Or do they have to skip a month, redeeming on
>>>> 30 April and reinvesting effective 01June?
>>>>
>>>> And if the former, what happens to the cash? Do you just keep it and roll
>>>> it over? Or do we have to send it back and forth?

2

CONFIDENTIAL                                                                                                    ANWAR-C-ESI-00295447

If on the other hand they're out of the fund for 30 days, do you prefer to send back the cash, and then receive it again? Or perhaps hold it, and pay CBQ whatever the cash return is for that month?

I ask the above because I'd like to anticipate their questions tomorrow, and be ready with the answers.

Best regards,

Peter



-----Original Message-----
From: Jeffrey Tucker [mailto:Jeffrey@fggus.com]
Sent: Wednesday, April 10, 2002 22:30
To: Peter Desjardins; Walter Noel; Jeffrey Tucker
Cc: Corina Piedrahita
Subject: RE: Commercial Bank of Qatar (CBQ); FGB


They will be protected on the switch;it should be doable in consecutive months.
-----Original Message-----
From: Peter E. Desjardins [mailto:magog@emirates.net.ae]
Sent: Wednesday, April 10, 2002 8:37 AM
To: Walter Noel; Jeffrey Tucker
Cc: Corina Noel Piedrahita
Subject: Commercial Bank of Qatar (CBQ); FGB



To:       Jeffrey Tucker
          Walter Noel
From:     Peter Desjardins
Date:     Wednesday, April 10, 2002
Subject:  Commercial Bank of Qatar (CBQ)
          First Gulf Bank (FGB) - Zafar Habib Khan - NY Visit Today
Cc:       Corina Piedrahita



Walter, Jeffrey,
CBQ: Binu Tony from CBQ rang earlier today, to say they wanted to redeem their shares in Sentry, but would then like to reinvest. Why? They want to book the profit to date, and under IS39, because they have held their investment in FSL "for sale," they cannot now mark it to market, to book the uplift in value. Accordingly, they now must liquidate their holding. But they do not want to relinquish that stake, because they have so far been very pleased with the investment.
How can they do that, without going to the end of the queue to reinvest? Is there any way, for example, that they could redeem their existing holding as of the end of this month, and reinvest again as of 01May? Do you have the equivalent of a wash sale? If not, and they liquidated anyway, would you hold their allocation open for a month, so that they could be guaranteed being able to reinvest as of 01Jun02? For reference, CBQ have twice invested $300,000 in Sentry, and their stake is now worth about $700,000.

3

CONFIDENTIAL                                                                 ANWAR-C-ESI-00295448

A third alternative we discussed was redeeming part of their stake in
Sentry, and reinvesting the proceeds in another FGG fund. I recommended NGA
(because that's the one I personally like best); but I recall that it is
also nor provisionally closed. Would that be an option? What would you
recommend?
As tomorrow is Thursday, CBQ's last day of their working week, I'd be
grateful for your comments on this today if possible, so that I can get them
a reply before their weekend. Many thanks.
FGB: I spoke on the phone a few minutes ago with Zafar Habib Khan. He is
planning to visit you as planned at 2:00PM today. I confirmed your address
and telephone number, so I don't expect any problems there. Sorry I can't
be there, but I'll be eager to hear how the meeting goes.
Best regards,
Peter
Magog & Cie Limited
1301 ARBIFT Tower
P.O. Box 5724
Dubai
United Arab Emirates
Tel: 971-4-228-3235
Fax: 971-4-221-4770
E-mail: magog@emirates.net.ae

\*\*\*
This e-mail message, including any attachments, is intended only for the
persons to whom it is addressed, and may contain confidential information.
Any use, distribution, modification, copying or disclosure by any other
person is strictly prohibited. If you have received this message in error
please notify the sender by return e-mail and delete this message from your
computer. Any data or views contained herein is based upon information
available to us at this date and is subject to change without notice.

\*\*\*

This e-mail message, including any attachments, is intended only for the persons to whom it is
addressed, and may contain confidential information. Any use, distribution, modification, copying
or disclosure by any other person is strictly prohibited. If you have received this message in error
please notify the sender by return e-mail and delete this message from your computer. Any data or
views contained herein is based upon information available to us at this date and is subject to
change without notice.

**Tracking:**

4

CONFIDENTIAL

ANWAR-C-ESI-00295449

| Recipient | | Read |
|---|---|---|
| Wagner, Patrick | AMS | Read: 4/24/2002 11:29 AM |

5