# EXHIBIT 9

**Microsoft Outlook**

| | |
|---|---|
| From: | Terlien, Judith        AMS |
| Sent: | Tuesday, June 03, 2003 3:25 AM |
| To: | AMS CFS Fairfield Group Client Desk |
| Subject: | FW: Abu Dhabi - First Gulf Bank (FGB) - Sentry Annual Reports |

As per yesterday's e-mail forwarded, please ignore request Thanks, Judith

-----Original Message-----
From: Jeffrey Tucker [mailto:jeffrey@fggus.com]
Sent: Monday, June 02, 2003 5:50 PM
To: Peter.Desjardins@magog.co.ae; Cheryl Neal
Cc: Walter Noel; Terlien, Judith AMS; Laurie Schwarz
Subject: RE: Abu Dhabi - First Gulf Bank (FGB) - Sentry Annual Reports


After the meeting I had Laurie send him the 2001 annual report; the 2002 report is not yet completed.

-----Original Message-----
From: Peter E. Desjardins [mailto:Peter.Desjardins@magog.co.ae]
Sent: Monday, June 02, 2003 4:16 AM
To: Cheryl Neal
Cc: Jeffrey Tucker; Walter Noel; Judith Terlien
Subject: Abu Dhabi - First Gulf Bank (FGB) - Sentry Annual Reports

02Jun03

Cheryl,

I've just confirmed a meeting tomorrow afternoon in Abu Dhabi with Zafar Habib Khan.  (He just returned yesterday from his trip to the USA.) He's asked if I can get him a copy of the Fairfield Sentry annual reports for
2001 and 2002.  Is that possible?  Do you by any chance have them available in PDF format?

Related to his request, doesn't t Citco also mail out the annual reports to all investors in the fund, as a matter of course?  We have on file here a copy of the "Directors' report and financial statements for the year ended December 31, 2001."  I can give him our copy if required; but shouldn't he also have his own?  What do you suggest?

Best,
Peter


Magog & Cie Limited
1301 ARBIFT Tower
P.O. Box 5724
Dubai
United Arab Emirates
Tel:   971-4-228-3235
Fax:   971-4-221-4770
E-mail:   Peter.Desjardins@magog.co.ae

1

CONFIDENTIAL                                                                                                                ANWAR-CFSE-00468195

```
================================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the persons to whom it is
addressed,and may contain confidential information.  Any
use,distribution,modification,copying or disclosure by any other person is strictly
prohibited.  If you have received this message in error please notify the sender by return e-
mail and delete this message from your computer. Any data or views contained herein is based
upon information available to us at this date and is subject to change without notice.
```

2

CONFIDENTIAL                                                                                                    ANWAR-CFSE-00468196