# EXHIBIT 10

**From:** Jeffrey Tucker [jeffrey@fggus.com]
**Sent:** 11/26/2004 4:49:23 PM
**To:** Peter.Desjardins@magog.ae [Peter.Desjardins@magog.ae]; Lauren Ross
[lauren@fggus.com]
**CC:** Philip Toub [philip@fggus.com]
**Subject:** RE: Fairfield Greenwich Group ("FGG") - NY Visit - 13Dec04

Entrance on 55th(South side of building).

-----Original Message-----
From: Peter E. Desjardins [mailto:Peter.Desjardins@magog.ae]
Sent: Thursday, November 25, 2004 4:03 AM
To: Lauren Ross
Cc: Jeffrey Tucker; Philip Toub
Subject: FW: Fairfield Greenwich Group ("FGG") - NY Visit - 13Dec04


25Nov04

Lauren,

FYI. Happy Thanksgiving.

Peter


-----Original Message-----
From: Peter E. Desjardins [mailto:Peter.Desjardins@magog.ae]
Sent: Thursday, November 25, 2004 12:59
To: 'Sara Al Binali'
Cc: Zafar Habib Khan (Zafar.Khan@fgb.ae)
Subject: Fairfield Greenwich Group ("FGG") - NY Visit - 13Dec04

25Nov04

Sara,

Many thanks. 1100 will be fine for FGG as well, and Jeffrey Tucker, one
of the three senior partners in the firm, whom Zafar Habib has met, will
be there to welcome you personally, and to lead off the presentation.

When do you actually depart on your trip? And will you have access to
your e-mails while you're traveling?

Also, I assume this will not be your first trip to New York; but do you

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000379824
SECSEV0957347

know where all the offices are located? For reference, FGG is located
at 919 Third Avenue, 11th Floor. (The building entrance is on 54th
Street, north side, if I recall correctly; but it's a major building.)
The telephone number there is: 212-319-6060.

If there is any more immediate information you need, please do not
hesitate to let me know.

Also, Philip Toub, one of the FGG partners, will be in Abu Dhabi next
Tuesday, 30Nov04. I've spoken briefly with Zafar Habib about a meeting,
but he suggested I ring back again on Saturday or Sunday, to confirm his
availability, as this is apparently a busy period for you all.

Lastly, I've just tried to ring you, to discuss the above, but got no
pick-up on your direct line. I'll try again later. Please don't
hesitate to ring us back here, at 04-228-3235, if there's anything you
want to discuss.

Best regards,
Peter


-----Original Message-----
From: Sara Al Binali [mailto:sara.albinali@fgb.ae]
Sent: Thursday, November 25, 2004 10:45
To: Peter.Desjardins@magog.ae
Subject: RE: Fairfield Greenwich Group ("FGG") - NY Visit - 13Dec04

Dear Peter,

Many thanks for your prompt reply. The below mentioned schedule sounds
great. Could we schedule the meeting for 11:00 in order to enable us to
spend 1:30 to 2:00 hours with Fairfield?

Best Regards,

Sara

-----Original Message-----
From: Peter E. Desjardins [mailto:Peter.Desjardins@magog.ae]
Sent: Wed, November 24, 2004 7:26 PM
To: Sara Al Binali
Cc: Zafar Habib Khan; Lauren Ross
Subject: Fairfield Greenwich Group ("FGG") - NY Visit - 13Dec04

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

24Nov04

Sara,

Sara,

Sorry to miss you on the phone, a short while ago. I suspect I rang too
late, and that you had already gone for the day.

Lauren Ross at the FGG Head Office in New York has responded promptly to
my e-mail of last night, asking about the possibility of your visit
there this coming 13 December. She has confirmed that they would be
delighted to host your visit, and further suggested a program lasting
1-2 hours, both to introduce the firm and its various hedge funds, and
to answer any questions you may have.

The provisional program would consist of an introductory presentation of
the firm and its infrastructure by Jeffrey Tucker (who has met your
brother Sabah in Abu Dhabi), followed by a second presentation by the
manager selection committee. They would discuss FGG's manager selection
process, during which they would respond to any general or specific
questions you might have. They could also organize a conference call
with Amit Vijayvergiya (based in FGG's Bermuda office), who could
elaborate on the
firm's extensive risk controls. Time permitting, we could also
organize a
brief meeting with the managers of the Arlington Fund, a low-risk
event-driven hedge fund focusing on merger arbitrage, and distressed
securities.

Would the above suit your purposes?

I'll ring you again tomorrow, to discuss further the above, as well as
your preferred time to visit FGG (i.e. 1100 or 1330).

Best regards,
Peter


-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Wednesday, November 24, 2004 18:34
To: peter.desjardins@magog.ae
Cc: Jeffrey Tucker
Subject: RE: First Gulf Bank - Sara Al-Binali - NY Visit

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000379826
SECSEV0957349

Peter,

Jeffrey is back today so I will confirm with him, but we will be happy
to host this visit. Should we plan on 1-2 hours to introduce the firm?
We have a nice presentation where Jeffrey and/or Rob introduce the firm
and our infrastructure, then the manager selection committee (Harold,
Patrick,
Jennifer) present our manager selection process and finally we could
have Amit on the phone to discuss Sentry and/or risk and possible have
Arlington managers introduce the fund. I will find out what time works
best for everyone once you confirm.

Kind rgds,
Lauren


Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com


-----Original Message-----
From: Peter E. Desjardins [mailto:peter.desjardins@magog.ae]
Sent: Tuesday, November 23, 2004 3:16 PM
To: Lauren Ross
Cc: Jeffrey Tucker
Subject: First Gulf Bank - Sara Al-Binali - NY Visit

23Nov04

Lauren,

I'll report back later on Philip's Gulf Visit. We have have guests who
have just arrived from Paris, but I needed to get this message in the
mill to you, so have slipped into the inner sanctum for a couple
minutes.

FGB is an existing investor, whom Jeffrey knows well, from Zafar Habib
Khan's visits to NY. Zafar has recently hired a new assistant, Sara
Al-Binali, whose name Jeffery and Walter should also recognize. She is

FGGE000379827

SECSEV0957350

the younger sister of Sabah Al-Binali, former Treasurer of UNB (also a
Sentry investor), with whom we had a lengthy (and very "wet") lunch in
Abu Dhabi several years ago. She used to work for ADIA (like Sabah),
and has joined FGB to help look after the HF portfolio. And if she is
anything like her two older brothers (Salah is Princeton BS, Columbia
Ph.D., the other brother graduated from Brown), she is likely very
bright. (On the phone earlier today she sounded very nice as well.)

But to the beef. She's planning to travel to NY beginning next week,
and has asked me if you could meet her on 13 December, at either 1100 or
1330. This is really a courtesy call, but as she does not yet know
personally all the managers, she wants to meet them, and hear more first
hand about the investment approaches, methodology, and risk controls.
Same story, different day.

Possible? I hope so. Please let me know who can be there to host the
visit, and show her around the office.

Many thanks.

Best regards,
Peter

Peter E. Desjardins
1502 Creek Tower
P.O. Box 5724
Dubai, United Arab Emirates
Tel: 971-4-221-2734
Fax: 971-4-222-1072
E-mail: peter.desjardins@magog.ae
magog@emirates.net.ae

DISCLAIMER: The information contained in this mail is for the intended
addressee only, if you have received this mail by mistake, please
forward it to administrator@fgb.ae. This mail has been scanned for
virus, however for safety purposes, it is recommended that the
attachment may be scanned for virus before launching. Any opinions
expressed, implied or presented are solely those of the author and do
not necessarily represent those of First Gulf Bank.