# EXHIBIT 11

**From:** Philip Toub [philip@fggus.com]
**Sent:** 7/5/2005 12:17:48 AM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Lauren Ross [lauren@fggus.com]
**CC:**
**Subject:** RE: Abu Dhabi - First Gulf Bank (FGB) - NY Visit

You and me both. He is probably thrilled he can get back to only selling Sentry. When we went to see FGB I could tell the guy was trying to figure out a way to get Peter out of there.

Anyway , I know you feel sorry for him but if its was me I wouldbt bend over backward for him or this meeting. Harodl and I visited with Union Bank , the only " client " of his who also think he is useless.

Best

-----Original Message-----
From: Jeffrey Tucker
Sent: Mon Jul 04 20:00:46 2005
To: Lauren Ross; Philip Toub
Subject: RE: Abu Dhabi - First Gulf Bank (FGB) - NY Visit

Wish I could understand the meaning those phrases he keeps using.

-----Original Message-----
From: Lauren Ross
Sent: Tuesday, June 28, 2005 9:42 AM
To: Jeffrey Tucker; Philip Toub
Subject: FW: Abu Dhabi - First Gulf Bank (FGB) - NY Visit


Should I set up with PM's for next week? Jeffrey would you like to join?

-----Original Message-----
From: Peter E. Desjardins [mailto:Peter.Desjardins@magog.ae]
Sent: Tuesday, June 28, 2005 9:37 AM
To: Lauren Ross
Cc: Jeffrey Tucker
Subject: Abu Dhabi - First Gulf Bank (FGB) - NY Visit

28Jun05

Lauren,

Greetings from hot and muggy Dubai! I hope this finds you well. It was nice to see Jeffrey and you again this past 2nd May, when I was last in NY; thanks so much for sparing a few moments

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001112652
SECSEV1690175

for a mutual update.

Sara Al-Binali from FGB rang yesterday afternoon, to say that she and Zafar Habib Khan are traveling to NY next week, and would like to visit you, as part of their general program of staying in touch with their managers. Will you be able to meet them? And might anyone else also be there whom it might be informative for them also to meet personally? Sara has suggested the following times as being good for them:

Tuesday, 05 July, at 1300 (1:00 pm)
Wednesday, 06 July, at 0930; or
Friday, 08 July, at 0930

Which of the above times would be best for you? Is there any one which is especially not convenient?

I do hope you'll be able to see them, especially as they are existing investors in Sentry, as are some of their HNW private clients. I have also explained that Sentry might once again have a little spare capacity, on which you might want to elaborate when you meet them.

Sara did not volunteer, nor did I ask yesterday, whether Philip and Harold had called on them when they were recently out here. One of our other investors told me they had visited them, but of course I have not done a complete canvas to determine whom else they called on, as I would consider that a bit churlish. "Mene mene tekul..."?

Thanks for your kind assistance on this. Could you kindly confirm your possibilities, at your earliest convenience, so that I can get back to Sara.

Best regards,
Peter

Magog & Cie Limited
1301 ARBIFT Tower
P.O. Box 5724
Dubai
United Arab Emirates
Tel: 971-4-228-3235
Fax: 971-4-221-4770
E-mail: Peter.Desjardins@magog.ae

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001112653
SECSEV1690176