# EXHIBIT 13

**From:** Philip Toub [philip@fggus.com]
**Sent:** 3/13/2006 1:56:05 PM
**To:** Lauren Ross [lauren@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Amit Vijayvergiya [amit@fggus.com]; Andrew Smith [andrews@fggus.com]
**CC:** Amanda Simone [amanda@fggus.com]
**Subject:** RE: First Gulf Bank Meeting - Monday, March 20th 12:30pm: POSTPONED

Tks all for making ourselves available and hope you will be week of 24th of april.

Best

-----Original Message-----
From: Lauren Ross
Sent: Mon Mar 13 08:49:53 2006
To: Jeffrey Tucker; Amit Vijayvergiya; Andrew Smith
Cc: Philip Toub; Amanda Simone
Subject: RE: First Gulf Bank Meeting - Monday, March 20th 12:30pm: POSTPONED

All - this meeting is POSTPONED until the end of April. We will update you on the new date when determined.

Thank you

-----Original Message-----
From: Lauren Ross
Sent: Wednesday, March 08, 2006 4:35 PM
To: Amit Vijayvergiya; Andrew Smith; Jeffrey Tucker
Cc: Philip Toub; Amanda Simone
Subject: First Gulf Bank Meeting - Monday, March 20th 12:30pm
Importance: High

First Gulf Bank will be in NY on Monday, March 20 and we would like to set a meeting for 12:30 - 2pm with Amit and Andrew, and Jeffrey if available. Philip will attend.

A/A/J - please advise if you can make the meeting, we could do 12:30-1:15 Sentry and 1:15-2pm Chester/Irongate.

First Gulf Bank investments:
- $12mm Sentry
- $5mm Chester

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001228787
FG-01344032