# EXHIBIT 14

**From:** Philip Toub [philip@fggus.com]
**Sent:** 4/12/2006 12:17:45 PM
**To:** Andrew Smith [andrews@fggus.com]
**CC:** Jeffrey Tucker [jeffrey@fggus.com]
**Subject:** FW: RE: Meeting in NY

Fyi first gulf meeting. I confirmed 28th. JT can you join?

-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Wed Apr 12 02:43:44 2006
To: Philip Toub
Subject: RE: Meeting in NY

on 27th, we plan to be in CT for other meetings, if 26th is too difficult for you, can you meet on 28th at 12:00 noon.

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: Tuesday, April 11, 2006 5:56 PM
To: Shahid Rasool
Subject: RE: Meeting in NY


Hi ,

Ideally 27 would be better but if you cant then we can move somethings around.

best

-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Tuesday, April 11, 2006 9:45 AM
To: Philip Toub
Subject: Meeting in NY

Philip,
Zafar & myself will be in NY starting 22nd April.
Can you & your colleagues be available for a meeting on 26th April at 10:00am. Pls advise.
regards,
Shahid

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001231874
FG-01347119

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: Tuesday, April 11, 2006 4:05 PM
To: Shahid Rasool
Subject: RE: Meeting Postponement


Sounds good. I am traveling next week and return on that day.

Best

-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Tue Apr 11 02:40:28 2006
To: Philip Toub
Subject: RE: Meeting Postponement

Dear Philip,
Good show, It appears we plan to be there starting 24th April. I will
get back to you today with a firm feedback.
regards,
Shahid

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: Monday, April 10, 2006 11:24 PM
To: Shahid Rasool
Subject: RE: Meeting Postponement


Hi Shashid,

Hope all is well. Have you figured out when you will be coming to NY??
By the way, Chester was up an estimated 2.2% net for March. I will be
back in AD in May .

best

-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Monday, March 13, 2006 6:58 AM
To: Philip Toub
Cc: Lauren Ross
Subject: RE: Meeting Postponement

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001231875
FG-01347120

Philip, many thanks, 24th April sounds like a good starting date, I will be in touch in early April.
Kind regards,
Shahid

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: Monday, March 13, 2006 3:42 PM
To: Shahid Rasool
Cc: Lauren Ross
Subject: RE: Meeting Postponement


No worries, let me know when your dates are confirmed and we will reschedule. I will be away from 13th till 23th of april for easter. Uf you can try to make it week of 24th as everyone should be back then.

Best

-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Mon Mar 13 05:33:59 2006
To: Philip Toub
Cc: Linda Higgins
Subject: RE: Meeting Postponement

Dear Philip,
Many thanks for your cooperation. I am extremely sorry to inform you that owing to certain unexpected developments at our end this morning, we have to postpone our trip until 3rd week of April. I apologize for causing this inconvenience to you and to your team and do hope that you understand our position. I will be in touch again by the 1st week of April to set-up our meeting towards the end of April. Thanks & regards,
Shahid


Shahid Rasool, CFA
Chief Dealer & Senior Manager
Alternative Investments
Treasury & Investments Group
First Gulf Bank
PoBox 6316, Abu Dhabi, UAE
Tel: +971-2-6920548
Cell: +971-50-4105432
Fax: +971-2-6813151

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001231876
FG-01347121

08-01789-cgm    Doc 21588-14    Filed 05/17/22    Entered 05/17/22 17:12:20    Exhibit 14
Pg 5 of 7

www.fgb.ae

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: Sunday, March 12, 2006 8:04 PM
To: Shahid Rasool
Cc: Linda Higgins
Subject: RE: Meeting Request


Hi Shahid,

Hope all is well . Sorry we didn't see each other last week, did see Zafar though. All is set for meetinf on 20th in our offices at 919 3rd ave. At 55 th street . 11th floor.

Safe travels

-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Mon Mar 06 03:48:38 2006
To: Philip Toub
Subject: Meeting Request

Dear Philip:

Zafar & myself plan to be in NY on 20th March. Can you please arrange a meeting on Monday, 20th March at 12:30 pm with your investment strategist and product managers for Fairfield Sentry & Chester. The purpose would be to review performance & outlook of the existing funds and go through other FGG Funds with a higher risk-return profile and more concentrated strategy focus. Look forward to hearing from you.

Thanks & regards,

Shahid


Shahid Rasool, CFA
Chief Dealer & Senior Manager
Alternative Investments
Treasury & Investments Group
First Gulf Bank
PoBox 6316, Abu Dhabi, UAE
Tel: +971-2-6920548

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001231877
FG-01347122

Cell: +971-50-4105432
Fax: +971-2-6813151
www.fgb.ae

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: Monday, December 26, 2005 3:57 PM
To: Shahid Rasool; Mamta Jalan
Cc: Peter E. Desjardins; Zafar Habib Khan; Sara Al Binali; Janardhanan; Lucien Godfrey; Andrew Smith; Lauren Ross
Subject: RE: Subscription Forms : Chester Global Strategy Fund


Hi Shahid,

Tks for the good news, I will make sure we email you those docs asap. Pls advise from where the monies will be wired and when, as I mentioned to you last week it is crucial that we receive asap in order to get to underlying managers.

Don't hesitate to let me know if you need anything.

Best regards,

Philip

DISCLAIMER: The information contained in this mail is for the intended addressee only, if you have received this mail by mistake, please forward it to administrator@fgb.ae. This mail has been scanned for virus, however for safety purposes, it is recommended that the attachment may be scanned for virus before launching. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank.

DISCLAIMER: The information contained in this mail is for the intended addressee only, if you have received this mail by mistake, please forward it to administrator@fgb.ae. This mail has been scanned for virus, however for safety purposes, it is recommended that the attachment may be scanned for virus before launching. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank.

DISCLAIMER: The information contained in this mail is for the intended addressee only, if you have received this mail by mistake, please forward it to administrator@fgb.ae. This mail has been scanned for

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001231878
FG-01347123

virus, however for safety purposes, it is recommended that the attachment may be scanned for virus before launching. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank.

DISCLAIMER: The information contained in this mail is for the intended addressee only, if you have received this mail by mistake, please forward it to administrator@fgb.ae. This mail has been scanned for virus, however for safety purposes, it is recommended that the attachment may be scanned for virus before launching. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank.

DISCLAIMER: The information contained in this mail is for the intended addressee only, if you have received this mail by mistake, please forward it to administrator@fgb.ae. This mail has been scanned for virus, however for safety purposes, it is recommended that the attachment may be scanned for virus before launching. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank.

DISCLAIMER: The information contained in this mail is for the intended addressee only, if you have received this mail by mistake, please forward it to administrator@fgb.ae. This mail has been scanned for virus, however for safety purposes, it is recommended that the attachment may be scanned for virus before launching. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E001231879
FG-01347124