# EXHIBIT 15

**FairfieldGreenwichGroup**

**Employee Chart**
As of September 2007

| Employees | | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano | Rio de Janeiro | Rotterdam |
|---|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | | |
| | | Jeffrey Tucker<br>Lourdes Barreneche<br>Cornelis Boele<br>Harold Greisman<br>Jacqueline Harary<br>Dan Lipton<br>Mark McKeefry<br>Andrew Smith<br>Philip Toub<br>Charles Murphy | Santiago Reyes | Walter M. Noel, Jr. | Amit Vijayvergiya | Richard Landsberger | Andres Piedrahita<br>Corina Piedrahita | | | |
| **Client Group** | | | | | | | | | | |
| | Global Business Development | Matt Brown<br>Mami Hidaka<br>Scott Nevin<br>Jeremy Norton<br>Marty Klenert | Harvey Glover | | | Vianney d'Hendcourt<br>Marco Musciacco<br>Stephane Muuls<br>Kim Perry<br>Alexander Kokkinos | Fernando de Cordoba<br>Juan Galobart | Yanko Della Schiava | Bianca Haegler | Willem Aalders |
| | Client Services/Investor Relations | Veronica Barco<br>Lauren Ross<br>Carla Castillo<br>Lakshmi Chaudhuri<br>Trey Ingram<br>Mimi Pagsibigan<br>Lina Pava<br>Amanda Simone<br>Robert Netzel<br>Antonia Peristeris<br>Kristin Corbett | Legna Gonzalez | | | Annie Hudson<br>Daisy Asby | Victoria De Los Rios<br>Myle | Caterina Pedrini<br>Anna Fonti | | |
| | Administration | Laurie Mulcahey<br>Agnes Dimandja<br>Mehwish Qureshi<br>Anna Kalaj | | Ellen Ryon | Sally Edwards | | | | | |
| | Reception | Alexandra Stabile<br>Samantha Goldberg<br>Courtney Brown | | | | | | | | |
| **Investment Group** | | | | | | | | | | |
| | Multi-Strategy Funds/<br>Product Managers | Patrick Blake<br>Jennifer Keeney<br>Douglas Reid<br>Adrienne Garofalo<br>Enrique Mendez<br>Blair Keller<br>Eric Sacks<br>Eric Chin<br>Mamta Jalan<br>Joseph Malieckal<br>Jigisha Patel<br>Maani Hariri<br>Laurence Buencamino<br>Kim Huynh<br>Anthony Cho<br>Isul Kim<br>David Santoriello | | | | William Lee | | | | |
| | Risk Management | | | | Bjorn Axelsson<br>Charles Oddy<br>Disha Attavar<br>Elizabeth Colebrooke | | | | | |

**FairfieldGreenwichGroup**

**Employee Chart**
As of September 2007

| Employees | | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano | Rio de Janeiro | Rotterdam |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operations Group** | | | | | | | | | | |
| | Fund Accounting | Nancy Ng<br>Franklin Mejia<br>Kent Scott<br>Jason Kenny<br>Erika Meyers | | | Gordon McKenzie<br>Ryan Amlin | | | | | |
| | Financial Operations - Fairfield Heathcliff (broker/dealer) | Matthew Levinson | | | | | | | | |
| | Management Co./Finance | Cheryl Neal<br>Bernadette Lebron | | | | Ornella Dellapina Fenman | | | | |
| | Tax | Julia Luongo | | | | | | | | |
| | Fund Operations | Kristin Castellanos | | | | | | | | |
| | Communications | Andrew Ludwig | | | | | | | | |
| | Information Technology | John Kogan<br>Jason Elizaitis<br>Roland Voyages<br>Michael Savva<br>Ted Southard<br>Tanvir Ahktar | | | | David Stapley | | | | |
| | Compliance | Anthony Dell'Arena<br>Grace Lee | | | | John Donachie | | | | |
| | Legal | Michael Thorne<br>Thomas Rogers | | | | | | | | |
| **Total Employees** | | 72 | 3 | 2 | 8 | 12 | 6 | 2 | 1 | 1 |
| **Total Employees all offices** | | 107 | | | | | | | | |

FGGE001257398 SECSEV1834921

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# FairfieldGreenwich

**Employee Chart**
As of September 2007

## Employees

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | |
| | Jeffrey Tucker | Santiago Reyes | Walter M. Noel, Jr. | Amit Vijayvergiya | Richard Landsberger | Andres Piedrahita | |
| | Lourdes Barreneche | | | | | Corina Piedrahita | |
| | Cornelis Boele | | | | | | |
| | Harold Greisman | | | | | | |
| | Jacqueline Harary | | | | | | |
| | Dan Lipton | | | | | | |
| | Mark McKeefry | | | | | | |
| | Andrew Smith | | | | | | |
| | Philip Toub | | | | | | |
| | Charles Murphy | | | | | | |
| **Client Group** | | | | | | | |
| **Global Business Development** | Matt Brown | Harvey Glover | | | Vianney d'Hendcourt | Fernando de Cordoba | Yanko Della Schiava |
| | Mami Hidaka | | | | Marco Musciacco | Juan Galobart | |
| | Scott Nevin | | | | Stephane Muuls | | |
| | Jeremy Norton | | | | Kim Perry | | |
| | Marty Klenert | | | | Alexander Kokkinos | | |
| **Client Services/Investor Relations** | Veronica Barco | Legna Gonzalez | | | Annie Hudson | Victoria De Los Rios | Caterina Pedrini |
| | Lauren Ross | | | | Daisy Asby | Myle | Anna Fonti |
| | Carla Castillo | | | | | | |
| | Lakshmi Chaudhuri | | | | | | |
| | Trey Ingram | | | | | | |
| | Mimi Pagsibigan | | | | | | |
| | Lina Pava | | | | | | |
| | Amanda Simone | | | | | | |
| | Robert Netzel | | | | | | |
| | Antonia Peristeris | | | | | | |
| | Kristin Corbett | | | | | | |
| **Administration** | Laurie Mulcahey | | Ellen Ryon | Sally Edwards | | | |
| | Agnes Dimandja | | | | | | |
| | Mehwish Qureshi | | | | | | |
| | Anna Kalaj | | | | | | |
| **Reception** | Alexandra Stabile | | | | | | |
| | Samantha Goldberg | | | | | | |
| | Courtney Brown | | | | | | |
| **Investment Group** | | | | | | | |
| **Multi-Strategy Funds/** | Patrick Blake | | | | William Lee | | |
| **Product Managers** | Jennifer Keeney | | | | | | |
| | Douglas Reid | | | | | | |
| | Adrienne Garofalo | | | | | | |
| | Enrique Mendez | | | | | | |

| | J | K | L |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | **Rio de Janeiro** | **Rotterdam** | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | Bianca Haegler | Willem Aalders | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |

FGGE001257399 SECSEV1834922

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001257400
SECSEV1834923
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 53 | | Blair Keller | | | | | | |
| 54 | | Eric Sacks | | | | | | |
| 55 | | Eric Chin | | | | | | |
| 56 | | Mamta Jalan | | | | | | |
| 57 | | Joseph Malieckal | | | | | | |
| 58 | | Jigisha Patel | | | | | | |
| 59 | | Maani Hariri | | | | | | |
| 60 | | Laurence Buencamino | | | | | | |
| 61 | | Kim Huynh | | | | | | |
| 62 | | Anthony Cho | | | | | | |
| 63 | | Isul Kim | | | | | | |
| 64 | | David Santoriello | | | | | | |
| 65 | | | | | | | | |
| 66 | **Risk Management** | | | | Bjorn Axelsson | | | |
| 67 | | | | | Charles Oddy | | | |
| 68 | | | | | Disha Attavar | | | |
| 69 | | | | | Elizabeth Colebrooke | | | |
| 70 | **Operations Group** | | | | | | | |
| 71 | **Fund Accounting** | Nancy Ng | | | Gordon McKenzie | | | |
| 72 | | Franklin Mejia | | | Ryan Amlin | | | |
| 73 | | Kent Scott | | | | | | |
| 74 | | Jason Kenny | | | | | | |
| 75 | | Erika Meyers | | | | | | |
| 76 | | | | | | | | |
| 77 | **Financial Operations - Fairfield Heathcliff (broker/dealer)** | Matthew Levinson | | | | | | |
| 78 | | | | | | | | |
| 79 | **Management Co./Finance** | Cheryl Neal | | | | Ornella Dellapina Fenman | | |
| 80 | | Bernadette Lebron | | | | | | |
| 81 | | | | | | | | |
| 82 | **Tax** | Julia Luongo | | | | | | |
| 83 | | | | | | | | |
| 84 | **Fund Operations** | Kristin Castellanos | | | | | | |
| 85 | | | | | | | | |
| 86 | **Communications** | Andrew Ludwig | | | | | | |
| 87 | | | | | | | | |
| 88 | **Information Technology** | John Kogan | | | | David Stapley | | |
| 89 | | Jason Elizaitis | | | | | | |
| 90 | | Roland Voyages | | | | | | |
| 91 | | Michael Savva | | | | | | |
| 92 | | Ted Southard | | | | | | |
| 93 | | Tanvir Ahktar | | | | | | |
| 94 | | | | | | | | |
| 95 | **Compliance** | Anthony Dell'Arena | | | | John Donachie | | |
| 96 | | Grace Lee | | | | | | |
| 97 | | | | | | | | |
| 98 | **Legal** | *Michael* Thorne | | | | | | |
| 99 | | Thomas Rogers | | | | | | |
| 100 | **Total Employees** | 72 | 3 | 2 | 8 | 12 | 6 | 2 |
| 101 | **Total Employees all offices** | 107 | | | | | | |
| 102 | | | | | | | | |
| 103 | | | | | | | | |
| 104 | | | | | | | | |
| 105 | | | | | | | | |

| | J | K | L |
|---|---|---|---|
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | | | |
| 91 | | | |
| 92 | | | |
| 93 | | | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | 1 | 1 | |
| 101 | | | |
| 102 | | | |
| 103 | | | |
| 104 | | | |
| 105 | | | |

FGGE001257401
SECSEV1834924
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 106 | | | | | | | | |
| 107 | | | | | | | | |
| 108 | | | | | | | | |
| 109 | | | | | | | | |
| 110 | | | | | | | | |
| 111 | | | | | | | | |
| 112 | | | | | | | | |
| 113 | | | | | | | | |
| 114 | | | | | | | | |
| 115 | | | | | | | | |
| 116 | | | | | | | | |
| 117 | | | | | | | | |
| 118 | | | | | | | | |
| 119 | | | | | | | | |
| 120 | | | | | | | | |
| 121 | | | | | | | | |
| 122 | | | | | | | | |
| 123 | | | | | | | | |
| 124 | | | | | | | | |
| 125 | | | | | | | | |
| 126 | | | | | | | | |
| 127 | | | | | | | | |
| 128 | | | | | | | | |
| 129 | | | | | | | | |
| 130 | | | | | | | | |
| 131 | | | | | | | | |
| 132 | | | | | | | | |
| 133 | | | | | | | | |
| 134 | | | | | | | | |
| 135 | | | | | | | | |
| 136 | | | | | | | | |
| 137 | | | | | | | | |
| 138 | | | | | | | | |
| 139 | | | | | | | | |
| 140 | | | | | | | | |
| 141 | | | | | | | | |
| 142 | | | | | | | | |
| 143 | | | | | | | | |
| 144 | | | | | | | | |
| 145 | | | | | | | | |

FGGE001257402
SECSEV1834925

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001257403
SECSEV1834926
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | J | K | L |
|---|---|---|---|
| 106 | | | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | | | |
| 124 | | | |
| 125 | | | |
| 126 | | | |
| 127 | | | |
| 128 | | | |
| 129 | | | |
| 130 | | | |
| 131 | | | |
| 132 | | | |
| 133 | | | |
| 134 | | | |
| 135 | | | |
| 136 | | | |
| 137 | | | |
| 138 | | | |
| 139 | | | |
| 140 | | | |
| 141 | | | |
| 142 | | | |
| 143 | | | |
| 144 | | | |
| 145 | | | |