# EXHIBIT 17

| | |
|---|---|
| From: | Philip Toub [philip@fggus.com] |
| Sent: | Saturday, August 04, 2007 12:50 PM |
| To: | Jerome.NadeemNaqui@fgb.ae; shahid.rasool@fgb.ae |
| Subject: | Re: Sentry Update |

Hi Jerome,

Hope all is well. Looks like Irongate will be up closer to 30 bps for July.

Best regards,

Philip

----- Original Message -----
From: Jerome Nadeem Naqui <Jerome.NadeemNaqui@fgb.ae>
To: Philip Toub
Sent: Thu Aug 02 08:18:51 2007
Subject: Sentry Update

Hello Philip,


Please could you give me an update of Sentry given recent market conditions? Please outline your current position and your outlook going forward.


Many thanks,


Jerome Nadeem Naqui

Manager, International Equities

First Gulf Bank, UAE

9712 6920 528

DISCLAIMER: The information contained in this mail is for the intended addressee only and may be legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank. First Gulf Bank shall in no circumstances be liable for any loss or damage caused due to error, delay, omission or inaccuracy during transmission. If you have received this mail by mistake, please delete the message and all the copies from your system and notify the sender immediately, also copying administrator@fgb.ae. All emails and file attachments sent to and received through the fgb.ae domain will be scanned for viruses by First Gulf Bank's email Virus scanning system.

1

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002985408

FG-03100653

However it is recommended that attachments, if any, be scanned for viruses before launching. First Gulf Bank is not liable for any damages caused due to virus(es), trojans or any other form of malicious software transmitted over email.


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

2

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002985409
FG-03100654