# EXHIBIT 18

| | |
|---|---|
| From: | Philip Toub [philip@fggus.com] |
| Sent: | Tuesday, January 22, 2008 9:24 PM |
| To: | Shahid Rasool |
| Subject: | RE: Update |

you bet, feeling better i hope. you sounded pretty under the weather before xmas?

best


Philip Toub
Partner
Fairfield Greenwich Group
55 East, 52nd Street 33rd Floor
New York, N.Y. 10055
Tel: + 1 212 319 6060
Fax: + 1 212 319 0450
Cel: + 1 917 669 4014
WWW.FGGUS.COM


-----Original Message-----
From: Shahid Rasool [mailto:shahid.rasool@fgb.ae]
Sent: Tuesday, January 22, 2008 3:42 PM
To: Philip Toub
Subject: Re: Update

Sir, many thanks for the update! Take care,


----- Original Message -----
From: Philip Toub <philip@fggus.com>
To: Shahid Rasool
Sent: Tue Jan 22 19:41:56 2008
Subject: Update

Hi Shahid.

Hope you are doing ok. While these markets have been really nasty we are holding up ok , chester and irongate are probably donw about 3 pct .
Sentry is slightly up .

Let me know if you need anything, think this washout will create some really interesting ops.

Best

Philip

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have

1

received this message in error please notify the sender by return e-mail and delete this message from your computer.
Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.
DISCLAIMER: The information contained in this mail is for the intended addressee only and may be legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank. First Gulf Bank shall in no circumstances be liable for any loss or damage caused due to error, delay, omission or inaccuracy during transmission. If you have received this mail by mistake, please delete the message and all the copies from your system and notify the sender immediately. All emails and file attachments sent to and received through the First Gulf Bank domain is scanned for viruses by First Gulf Bank's email Virus scanning system. However it is recommended that attachments, if any, be scanned for viruses before launching. First Gulf Bank is not liable for any damages caused due to virus (es), trojans or any other form of malicious software transmitted over email.

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (￼FGG￼). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E003006639
FG-03121884