# EXHIBIT 19

| | |
|---|---|
| **From:** | Philip Toub [philip@fggus.com] |
| **Sent:** | Thursday, March 13, 2008 12:41 PM |
| **To:** | Lucien.Godfrey@fgb.ae |
| **Subject:** | Re: FGG Monthly Fund Reports |

Hi Lucien,

You should have received the estimate for Sentry , I will check on that we were up slightly.

Best

----- Original Message -----
From: Lucien Godfrey <Lucien.Godfrey@fgb.ae>
To: PT Team
Sent: Thu Mar 13 00:26:55 2008
Subject: RE: FGG Monthly Fund Reports

Hi Philip


Is anything available for Fairfield Sentry for Feb 08.




Regards


Lucien Godfrey

Manager, Treasury Operations

First Gulf Bank

Abu Dhabi

_____

From: Philip J. Toub [mailto:ptteam@fggus.com]
Sent: Saturday, March 08, 2008 3:09 AM
To: Lucien Godfrey
Subject: FGG Monthly Fund Reports

1

CONFIDENTIAL TREATMENT REQUESTED

Fairfield Greenwich Group <http://www.fggus.com/images/fgg_logo.jpg>

---

Monthly Fund Reports

---

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

---

Fund

     Fund Type

     Date

     NAV

     MTD Performance

     YTD Performance

     Available Information

Monthly Tear Sheet

     Webcast with Transcript

     Other Info

Chester Global Strategy Fund (USD)

     Fund of Funds

     02/29/08

     $180.53 (E)

     2.37% (E)

     -0.98% (E)

     PDF Format
<https://www.fggus.com/restricted/enav/Chester/Tear%20Sheets/2008/Chester%20USD%20Jan-08.pdf>

     URL
<https://www.fggus.com/documents/Chester/Correspondence/2007/Chester%204Q%2007%20Letter.pdf>

2

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E003010374

FG-03125619

Notes: Dear investors, please be advised that we have included a copy of the revised
quarterly letter.


Irongate Global Strategy Fund (USD)

    Fund of Funds

    02/29/08

    $161.90 (E)

    2.68% (E)

    -0.50% (E)

    PDF Format
<https://www.fggus.com/restricted/enav/Irongate/Mkt%20Info/Tear%20Sheets/2008/Irongate%20USD%
20Jan-08.pdf>


    URL
<https://www.fggus.com/documents/Irongate/Mkt%20Info/Correspondence/2007/Irongate%204Q%2007%2
0Letter.pdf>


Notes: Dear investors, please be advised that we have included a copy of the revised
quarterly letter.




Index

    Date

    MTD Performance

    YTD Performance


Dow Jones Industrial Average

    02/29/08

    -3.04%

3

CONFIDENTIAL TREATMENT REQUESTED

-7.53%


Lehman Aggregate Bond Index

    01/31/08

    1.68%

    1.68%


S&P 500 Index (DRI)

    02/29/08

    -3.25%

    -9.05%



(E) = Estimate (F) = Final



Fairfield Greenwich Group

55 East 52nd Street, 33rd Floor, New York, NY 10055
Tel: (212) 319-6060 Fax: (212) 319-0450

Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245

12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413

E-mail: Philip J. Toub <mailto:ptteam@fggus.com?subject=FGG%20Funds>



The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees and expenses. Past performance is not a guarantee of future results.This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM) which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

CONFIDENTIAL TREATMENT REQUESTED                                                    NYAG-E003010376

FG-03125621

Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member of FINRA and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC.

In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Limited, which is regulated by the Monetary Authority of Singapore. Past performance is not a guarantee of future results.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

DISCLAIMER: The information contained in this mail is for the intended addressee only and may be legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank. First Gulf Bank shall in no circumstances be liable for any loss or damage caused due to error, delay, omission or inaccuracy during transmission. If you have received this mail by mistake, please delete the message and all the copies from your system and notify the sender immediately. All emails and file attachments sent to and received through the First Gulf Bank domain is scanned for viruses by First Gulf Bank's email Virus scanning system. However it is recommended that attachments, if any, be scanned for viruses before launching. First Gulf Bank is not liable for any damages caused due to virus (es), trojans or any other form of malicious software transmitted over email.

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED                                          NYAG-E003010377

FG-03125622