# EXHIBIT 20

| | |
|---|---|
| From: | Philip Toub [philip@fggus.com] |
| Sent: | Wednesday, April 09, 2008 1:05 PM |
| To: | Lauren Ross |
| Subject: | Re: Fairfield Fact Sheets |

Tks

----- Original Message -----
From: Lauren Ross
To: Philip Toub; Lina Pava
Sent: Wed Apr 09 09:03:47 2008
Subject: FW: Fairfield Fact Sheets

FYI - sent March numbers to FGB on CH, IG, Sentry. Prasad is new analyst there.

From: Lauren Ross
Sent: Wednesday, April 09, 2008 9:03 AM
To: 'Prasad Ramani'
Subject: RE: Fairfield Fact Sheets

Dear Prasad,

Please see the March estimates below. I have also attached an important letter we are sending to all investors in Chester and Irongate.

Best regards,
Lauren

Fairfield Sentry Ltd.
ESTIMATE as of 3/31/2008
NAV: $1,302.98 (E)
MTD: +0.18% (E)
YTD: +0.88% (E)

Chester Global Strategy Fund
ESTIMATE as of 3/31/2008
NAV: $172.41 (E)
MTD: (4.49)% (E)
YTD: (5.43)% (E)

Irongate Global Strategy Fund
ESTIMATE as of 3/31/2008
NAV: $154.51 (E)
MTD: (4.46)% (E)
YTD: (5.05)% (E)

From: Prasad Ramani [mailto:prasad.ramani@fgb.ae]
Sent: Wednesday, April 09, 2008 1:39 AM

1

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002970881

FG-03086126

To: Lauren Ross
Subject: RE: Fairfield Fact Sheets


Dear lauren  Can you please mail me the March numbers for Fairfield Sentry, Chester and Drawbridge asap? Thanks - Prasad


---

From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Monday, April 07, 2008 8:44 PM
To: Prasad Ramani
Subject: RE: Fairfield Fact Sheets


Prasad - Currently there are 56 managers in Chester and 55 managers in Irongate.  Please let me know if you have further questions.


Kind regards,

Lauren


---

From: Prasad Ramani [mailto:prasad.ramani@fgb.ae]
Sent: Monday, April 07, 2008 9:39 AM
To: Lauren Ross
Subject: RE: Fairfield Fact Sheets

Thanks so much. Best - Prasad


---

From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Monday, April 07, 2008 5:35 PM
To: Prasad Ramani
Subject: RE: Fairfield Fact Sheets


Fairfield Sentry is a single strategy fund, hedged equity (split strike conversion strategy). I have attached the brochure which describes the strategy.  Chester and Irongate are both fund of funds that invest into 40-60 managers each.  I have attached the FOF book, as well. I have asked our FOF team to advise on the exact number of managers each FOF is invested in currently and will respond with the information soon.

2

CONFIDENTIAL TREATMENT REQUESTED

Best,

Lauren

---

From: Prasad Ramani [mailto:prasad.ramani@fgb.ae]
Sent: Monday, April 07, 2008 9:29 AM
To: Lauren Ross
Subject: RE: Fairfield Fact Sheets

Thanks for the info Lauren. I was not able to find Sentrys asset/strategy allocation. Also, how many managers do you have in each of these funds?

Best - Prasad

---

From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Monday, April 07, 2008 5:13 PM
To: Prasad Ramani
Subject: Fairfield Fact Sheets
Importance: High

Dear Ramani,

Thank you for your call.  Attached please find the fact sheets for Fairfield Sentry Limited, Irongate Global Strategy Fund and Chester Global Strategy Fund, as well as recent correspondences from our Fund of Funds team.  I will check on my colleague's itinerary in the Middle East and get back to you shortly.  Please let me know if you would like to set up a call with someone on our Investment Team to discuss any of the funds' performance.

Best regards,

Lauren Ross


Lauren H. Ross

Director

3

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002970883

FG-03086128

Investor Relations

Fairfield Greenwich Group

55 East 52nd Street, 33rd Floor

New York, NY 10055

Tel: 212 319 6060

Dir: 212 991 5231

Fax: 212 319 0450

Email: lauren@fggus.com <mailto:lauren@fggus.com>

www.fggus.com <http://www.fggus.com/>


This e-mail message, including any attachments, is intended only for the persons to whom it
is addressed, and may contain confidential information. It is not intended as an offer or
solicitation for the purchase or sale of any financial instrument. Any use, distribution,
modification, copying or disclosure by any other person is strictly prohibited. If you have
received this message in error please notify the sender by return e-mail and delete this
message from your computer. Any data or views contained herein is based upon information
available to us at this date, and is subject to change without notice, and is not warranted
as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements
made herein do not necessarily reflect those of FGG.

DISCLAIMER: The information contained in this mail is for the
intended addressee only and may be legally privileged. If you are
not the intended recipient, you are hereby notified that any
disclosure, copying, distribution or taking action in reliance of the
contents of this information is strictly prohibited and may be
unlawful. Any opinions expressed, implied or presented are
solely those of the author and do not necessarily represent those
of First Gulf Bank. First Gulf Bank shall in no circumstances be
liable for any loss or damage caused due to error, delay,
omission or inaccuracy during transmission. If you have received
this mail by mistake, please delete the message and all the
copies from your system and notify the sender immediately. All
emails and file attachments sent to and received through the First
Gulf Bank domain is scanned for viruses by First Gulf Bank's
email Virus scanning system. However it is recommended that
attachments, if any, be scanned for viruses before launching.
First Gulf Bank is not liable for any damages caused due to virus
(es), trojans or any other form of malicious software transmitted
over email.


This e-mail message, including any attachments, is intended only for the persons to whom it
is addressed, and may contain confidential information. It is not intended as an offer or
solicitation for the purchase or sale of any financial instrument. Any use, distribution,

4

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002970884

FG-03086129

modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

DISCLAIMER: The information contained in this mail is for the
intended addressee only and may be legally privileged. If you are
not the intended recipient, you are hereby notified that any
disclosure, copying, distribution or taking action in reliance of the
contents of this information is strictly prohibited and may be
unlawful. Any opinions expressed, implied or presented are
solely those of the author and do not necessarily represent those
of First Gulf Bank. First Gulf Bank shall in no circumstances be
liable for any loss or damage caused due to error, delay,
omission or inaccuracy during transmission. If you have received
this mail by mistake, please delete the message and all the
copies from your system and notify the sender immediately. All
emails and file attachments sent to and received through the First
Gulf Bank domain is scanned for viruses by First Gulf Bank's
email Virus scanning system. However it is recommended that
attachments, if any, be scanned for viruses before launching.
First Gulf Bank is not liable for any damages caused due to virus
(es), trojans or any other form of malicious software transmitted
over email.


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

DISCLAIMER: The information contained in this mail is for the
intended addressee only and may be legally privileged. If you are
not the intended recipient, you are hereby notified that any
disclosure, copying, distribution or taking action in reliance of the
contents of this information is strictly prohibited and may be
unlawful. Any opinions expressed, implied or presented are
solely those of the author and do not necessarily represent those
of First Gulf Bank. First Gulf Bank shall in no circumstances be
liable for any loss or damage caused due to error, delay,
omission or inaccuracy during transmission. If you have received
this mail by mistake, please delete the message and all the
copies from your system and notify the sender immediately. All
emails and file attachments sent to and received through the First
Gulf Bank domain is scanned for viruses by First Gulf Bank's
email Virus scanning system. However it is recommended that
attachments, if any, be scanned for viruses before launching.
First Gulf Bank is not liable for any damages caused due to virus
(es), trojans or any other form of malicious software transmitted
over email.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002970885

FG-03086130

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002970886
FG-03086131