# EXHIBIT 21

| | |
|---|---|
| From: | Abbas Ali Dairkee [Abbas.AliDairkee@fgb.ae] |
| Sent: | Monday, April 14, 2008 12:04 PM |
| To: | andrews@fggus.com [andrews@fggus.com] |
| Subject: | RE: Investor Update - Chester & Irongate Review & Outlook |

Dear Andrew,

I work in the Treasury and Investment group of the bank and am looking after the investments in Alternative Asset class. In addition to making investment recommendations for investments in this asset class, I am also responsible from monitoring and reporting on the performance of the Bank's investments in this area. To accomplish my task I need the weekly and monthly performance estimates and strategy exposures in following funds;

- Fairfield Sentry,
- Chester Global
- Irongate

Kindly provide me the access codes to the internet site where I can access these information.

Kind regards,
Abbas

Abbas Ali Dairkee
Sr Manager Alternative Investments
Treasury & Investments Group
First Gulf Bank
P.O. Box 6316
Abu Dhabi
United Arab Emirates
Tel: +971 2 6920 584
Email: **abbas.dairkee@fgb.ae**

---

**From:** Shahid Rasool
**Sent:** Wednesday, April 09, 2008 11:01 AM
**To:** Prasad Ramani; Abbas Ali Dairkee
**Subject:** FW: Investor Update - Chester & Irongate Review & Outlook

Pls ask them for data

---

**From:** Andrew Smith [mailto:andrews@fggus.com]
**Sent:** Wednesday, April 09, 2008 10:54 AM
**To:** Shahid Rasool
**Subject:** Investor Update - Chester & Irongate Review & Outlook

> [x] Right-click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet.
> Fairfield Greenwich Group

# Investor Update - Chester & Irongate Review & Outlook

1

April 2008

Dear Investor:

Please click on the link below to be directed to our latest investor communication:

**Click Here to Access**

Further information about your FGG investments is available via our regular FGG e-NAV automated e-mail messaging service.

Should you require any further information, please do not hesitate to contact me.

With kind regards,

**Andrew Smith**
**+1 (212) 319-6060 (Main)**
**andrews@fggus.com**
**55 E. 52nd Street, 33rd Floor, New York, NY 10055**

Adobe Acrobat Reader is required to view any PDF files. You can download it **here**.

The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees and expenses. Past performance is not a guarantee of future results. This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM), which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

"Fairfield Greenwich Group" is the marketing name for the brokerage and investment advisory businesses of Fairfield Greenwich Limited and its subsidiaries worldwide. In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC and Fairfield Greenwich (Bermuda) Ltd. In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Limited, which holds a capital markets services license issued by the Monetary Authority of Singapore under the provisions of the Securities and Futures Act (Cap 289).

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to **unsubscribe@fggus.com**

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by

2

Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

DISCLAIMER: The information contained in this mail is for the intended addressee only and may be legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank. First Gulf Bank shall in no circumstances be liable for any loss or damage caused due to error, delay, omission or inaccuracy during transmission. If you have received this mail by mistake, please delete the message and all the copies from your system and notify the sender immediately. All emails and file attachments sent to and received through the First Gulf Bank domain is scanned for viruses by First Gulf Bank's email Virus scanning system. However it is recommended that attachments, if any, be scanned for viruses before launching. First Gulf Bank is not liable for any damages caused due to virus(es), trojans or any other form of malicious software transmitted over email.

3

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000672007

FG-00787252