# EXHIBIT 22

| | |
|---|---|
| From: | Shahid Rasool [shahid.rasool@fgb.ae] |
| Sent: | Sunday, August 10, 2008 2:34 PM |
| To: | 'philip@fggus.com' |
| Subject: | Re: July |

Many thanks! Await the details, best,


----- Original Message -----
From: Philip Toub <philip@fggus.com>
To: Shahid Rasool
Sent: Sun Aug 10 17:04:53 2008
Subject: July

Hi Shahid,

Hope you are well. As I am sure you heard , July is going down as one of the toughest month in a long time for HFs. Vicious sector rotations were tough for many of our managers.

We will be putting out a more comprehensive description of where we got hurt shortly. While we never like to see such numbers, many of the managers that were affected were the ones that have been posting very good numbers and I am confident that they will return to form as the market returns to a more fundamentally based one. Clearly some technical dislocations were in place in July.

Happily Sentry came thru for us yet again in this tough month.

Best

Philip

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (?FGG?). Any comments or statements made herein do not necessarily reflect those of FGG.
DISCLAIMER: The information contained in this mail is for the intended addressee only and may be legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Any opinions expressed, implied or presented are solely those of the author and do not necessarily represent those of First Gulf Bank. First Gulf Bank shall in no circumstances be liable for any loss or damage caused due to error, delay, omission or inaccuracy during transmission. If you have received this mail by mistake, please delete the message and all the copies from your system and notify the sender immediately. All emails and file attachments sent to and received through the First Gulf Bank domain is scanned for viruses by First Gulf Bank's email Virus scanning system. However it is recommended that attachments, if any, be scanned for viruses before launching. First Gulf Bank is not liable for any damages caused due to virus (es), trojans or any other form of malicious software transmitted over email.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E003022363
FG-03137608

---
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

2

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E003022364

FG-03137609