# EXHIBIT 23

| | |
|---|---|
| **From:** | Lauren Ross [lauren@fggus.com] |
| **Sent:** | Monday, April 07, 2008 1:16 PM |
| **To:** | Philip Toub |
| **Subject:** | FW: Fairfield Fact Sheets |

Hi - what country are you in?  Prasad Ramani from FGB called today for information on Sentry, IG, and CH.  He is new to the firm and reviewing all of their holdings.  I sent him the fact sheets and latest letters and offered a call with Andrew and/or Amit.  Just wanted to check if you happened to be in Abu Dhabi.

L

---

**From:** Lauren Ross
**Sent:** Monday, April 07, 2008 9:13 AM
**To:** 'prasad.ramani@fgb.ae'
**Subject:** Fairfield Fact Sheets
**Importance:** High

Dear Ramani,

Thank you for your call.  Attached please find the fact sheets for Fairfield Sentry Limited, Irongate Global Strategy Fund and Chester Global Strategy Fund, as well as recent correspondences from our Fund of Funds team.  I will check on my colleague's itinerary in the Middle East and get back to you shortly.  Please let me know if you would like to set up a call with someone on our Investment Team to discuss any of the funds' performance.

Best regards,

Lauren Ross

Lauren H. Ross
Director
Investor Relations
**Fairfield Greenwich Group**
55 East 52nd Street, 33rd Floor
New York, NY 10055
Tel: 212 319 6060
Dir: 212 991 5231
Fax: 212 319 0450
Email: lauren@fggus.com
www.fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this

1

NYAG-E002970836
FG-03086081

message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002970837
FG-03086082