# EXHIBIT 24

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Corina Piedrahita [corina.piedrahita@virgin.net] |
| **Sent:** | Monday, May 21, 2001 12:40 PM |
| **To:** | Judith Terlien |
| **Subject:** | Fw: First Gulf Bank (FGB) - FSL |

----- Original Message -----
From: Peter E. Desjardins <magog@emirates.net.ae>
To: Jeffrey Tucker <Jeffrey@fggus.com>
Cc: Corina Noel Piedrahita <corina.piedrahita@virgin.net>; Walter Noel <Walter@fggus.com>
Sent: Monday, May 21, 2001 3:38 PM
Subject: First Gulf Bank (FGB) - FSL


> To: Jeffrey Tucker Jeffrey@fggus.com
> From: Peter E. Desjardins [magog@emirates.net.ae]
> Date: Monday, May 21, 2001
> Subject: First Gulf Bank (FGB - Abu Dhabi) - FSL
>
> Cc: Walter Noel Walter@fggus.com
> Corina Piedrahita corina.piedrahita@visgin.net
>
>
> Jeffrey,
>
> Zafar Habib Khan at FGB told me today that he will be sending his FSL
> sub docs to Citco this coming Thursday, 24 May, for $5 million.
> Pending your confirmation - or that of Citco - that they can get in
> the fund effective 01Jun01, he will then organize the funds transfer, ASAP.
>
> I'm also in Abu Dhabi tomorrow night, and all day Wednesday, and am
> seeing Habib briefly at 1200, just to stay on top of his situation.
>
> Yvonne and I are also having lunch Wednesday with Keith Day.  He told
> me confidentially on the phone today that he is likely not to renew
> his contract this coming summer, and has informed his "superiors"
> within the Department that he wants to do something else.  In fact he
> is just frustrated at the internal inertia, and lack of movement on
> many issues he believes important.  There is similar frustration
> elsewhere within ADIA
and
> the Private Office, because they're getting no new money, and new
investment
> commitments are all on hold.  This in turn relates to the pending
> "succession" in Abu Dhabi.  Everyone in the tribal culture who depends
> on loyalty and trickle-down is waiting to see which way the new power
> will be aligned, so that they can pledge allegiance in the right
> direction.  "The King is dead!  Long live the King!"  But we may have
> to wait a while for that.  In the meantime nothing is getting done.
>
> I suggest you not ring Keith on any of the above, until he makes his
> decision official outside as well as saying inside that he wants to leave.
> They may yet persuade him to stay on; at least they're trying now.
>

1

CONFIDENTIAL                                                                                                      ANWAR-CFSE-00382324

```
> Best regards,
> Peter
>
```

2

CONFIDENTIAL ANWAR-CFSE-00382325