UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SECURITIES INVESTOR PROTECTION
CORPORATION,                                               Adv. Pro. No. 08-01789 (CGM)

    Plaintiff-Applicant,                                    SIPA Liquidation

vs.

                                           (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant
_____/

BERNARD L. MADOFF,

Debtor.
_____/

IRVING H. PICARD, Trustee for the                          Adv. Pro. No. 10-04468 (CGM)
Liquidation of Bernard L. Madoff,
Investment Securities, LLC

    Plaintiff,

vs.

KEN-WEN FAMILY LIMITED PARTNERSHIP;
KENNETH W. BROWN, in his capacity as a
General Partner of the Ken-Wen Family Limited
Partnership; WENDY BROWN,

    Defendants.
_____/

**ORDER GRANTING MOTION TO WITHRAW
AS COUNSEL FOR DEFENDANT KENNETH W. BROWN**

THIS MATTER came before the Court on April 20, 2022 at 10 a.m. for a hearing on Motion to

1

Withdraw as Counsel for Defendant, Kenneth W. Brown (the "Motion to Withdraw") [DE 235]. The Court having reviewed the Motion and noting the consent of Defendant to the withdrawal of Mark S. Roher, Esq. as his attorney, it is

**ORDERED** as follows:

1. The Motion to Withdraw is GRANTED.

2. Mark S. Roher, Esq. and the Law Office of Mark S. Roher, P.A. are relieved of any further responsibility to Defendant, Kenneth W. Brown in this matter.

3. Defendant, Kenneth W. Brown shall be served at the following address:

**Kenneth W. Brown**
**5975 S. Highway A1A**
**Melbourne Beach, FL 32951**
**561-542-6669**
**kenwbrown@comcast.net**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: May 18, 2022**
**Poughkeepsie, New York**

2