**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Matthew D. Feil

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**STIPULATION AND ORDER REGARDING MATTERS**
**SCHEDULED FOR HEARING ON MAY 18, 2022 AT 10:00 A.M.**

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Multi-Strategy Fund Limited and Banque Syz & Co., S.A., by and through their

respective undersigned counsel, stipulate and agree with respect to the matters scheduled for argument before the Honorable Cecelia G. Morris as set forth in the hearing agenda filed on May 13, 2022 [ECF No. 21565]:

1. Matters relating to *Picard v. Multi-Strategy Fund Limited* (Adv. Pro. No. 12-01205 (CGM)) will be addressed first; and

2. Matters relating to *Picard v. Banque Syz & Co., SA* (Adv. Pro. No. 11-02149 (CGM)) will be addressed second.

Dated: May 17, 2022
       New York, New York

| | |
|---|---|
| */s/ Nicholas J. Cremona* | By: */s/ Robert J. Lack* |
| **Baker & Hostetler LLP** | **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** |
| 45 Rockefeller Plaza | 7 Times Square |
| New York, New York 10111 | New York, New York 10036-6516 |
| Telephone: (212) 589-4200 | Telephone: (212) 833-1100 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 833-1250 |
| David J. Sheehan | Robert J. Lack |
| Email: dsheehan@bakerlaw.com | Email: rlack@fklaw.com |
| Nicholas J. Cremona | Jeffrey C. Fourmaux |
| Email: ncremona@bakerlaw.com | Email: jfourmaux@fklaw.com |
| Matthew B. Feil | |
| Email: mfeil@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Multi-Strategy Fund Limited* |

2

By: */s/ Richard Levin*
**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Richard Levin
Email: rlevin@jenner.com
Carl N. Wedoff
Email: cwedoff@jenner.com

353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Vincent E. Lazar
Email: vlazar@jenner.com

*Attorneys for Defendant Banque Syz S.A.*

**SO ORDERED.**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

**Dated: May 18, 2022
Poughkeepsie, New York**