**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>FIRST GULF BANK,<br><br>      Defendant. | Adv. Pro. No. 11-02541 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, copies of the following documents were filed electronically:

- *Trustee's Memorandum of Law in Opposition to Defendant First Gulf Bank's Motion to Dismiss; and*

- *Declaration of Dean D. Hunt in Support of Trustee's Memorandum of Law in Opposition to Defendant First Gulf Bank's Motion to Dismiss*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 18, 2022
      New York, New York

> By: */s/ David J. Sheehan*
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> Telephone:  212.589.4200
> Facsimile:  212.589.4201
> David J. Sheehan
> Email: dsheehan@bakerlaw.com
>
> *Attorneys for Irving H. Picard, Trustee*
> *for the Substantively Consolidated SIPA*
> *Liquidation of Bernard L. Madoff Investment*
> *Securities LLC and the Chapter 7 Estate of*
> *Bernard L. Madoff*

## **SCHEDULE A**

**Defendant Counsel**

Briton Sparkman
George M. Chalos
Chalos & Co., P.C.
Email: bsparkman@chaloslaw.com
Email: gmc@chaloslaw.com
Attorney For: First Gulf Bank