B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Securities Investor Protection Corporation | ) | Adv. Proc. No. 08-1789 (CGM) |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | |
| | ) | Chapter 11 |
| Bernard L. Madoff Investment Securities, LLC. | ) | |
| _Defendant_ | ) | |
| | ) | |
| Irving H. Picard, Trustee for the Liquidation of | ) | |
| Bernard L. Madoff Investment Securities LLC | ) | Adv. Proc. No. 10-4289 (CGM) |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John Fujiwara, in his individual capacity and | ) | BC 22,0014 |
| as Personal Representative of the Estate of Gladys | ) | |
| Fujiwara and The Estate of Gladys Fujiwara | ) | |
| _Defendants_ | ) | |

**JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered that:

A money judgment in the amount of Four Million One Hundred and Fifty Thousand Nine Hundred and Sixty-Four Dollars and Thirty-Eight Cents ($4,150,964.38) shall be entered against Defendant John Fujiwara in favor of Plaintiff Irving H. Picard, in his capacity as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the chapter 7 estate of Bernard L. Madoff.

Date: May 18, 2022                                              Vito Genna
                                                                Clerk of Court


                                                                /s/ Anatin Rouzeau
                                                                Deputy Clerk