**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01004 (CGM) |
| FULLERTON CAPITAL PTE LTD., | |
| Defendant. | |

**DECLARATION OF NICHOLAS J. CREMONA**
**IN SUPPORT OF TRUSTEE'S MEMORANDUM OF LAW**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Nicholas J. Cremona, declare the following:

1. I am a member of the New York Bar and a partner with the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff.

2. I submit this Declaration in support of the Trustee's Memorandum of Law in Opposition to Defendant Fullerton Capital's ("Fullerton") Motion to Dismiss.

3. Attached as Exhibit 1 is a true and correct copy of Fullerton Fund Management's Company Information website page (PUBLIC0692822).

4. Attached as Exhibit 2 is a true and correct copy of Fullerton Fund Management's Contact Us website page (PUBLIC0692824).

5. Attached as Exhibit 3 is a true and correct copy of Fairfield Greenwich Group's ("FGG") Firm Profile (SECSEV1798773).

6. Attached as Exhibit 4 is a true and correct copy of FGG's employee chart, dated September 2007 (SECSEV1834921).

7. Attached as Exhibit 5 is a true and correct copy of FGG's annual employee census, dated from 2000 to 2007 (SECSEV0897773).

8. Attached as Exhibit 6 is a true and correct copy of FGG's office floor plan at 55 East 52nd Street, New York, New York, dated April 23, 2007 (SECSEV2968041).

9. Attached as Exhibit 7 is a true and correct copy of Fullerton's Financial Statements, dated March 31, 2006 (PUBLIC0692826).

10. Attached as Exhibit 8 in redacted form is a true and correct copy of a Confirmation related to an October 14, 2005 redemption from Sentry to Fullerton in the amount of $10,290.444.74 (CFSSAD0005886).

11. Attached as Exhibit 9 is a true and correct copy of email correspondence between Fullerton and FGG, dated November 9, 2004 – November 23, 2004 (ANWAR-C-ESI-00226450).

12. Attached as Exhibit 10 is a true and correct copy of email correspondence between FGG partners, dated February 15, 2005 – February 16, 2005 (FG-00011066).

13. Attached as Exhibit 11 is a true and correct copy of email correspondence between Temasek and FGG, dated July 9, 2004 – July 11, 2004 (SECSEV2381575).

14. Attached as Exhibit 12 is a true and correct copy of a Straits Lion Asset Management Meeting Agenda, dated July 17-28, 2004 (SECSEV2381814).

15. Attached as Exhibit 13 in redacted form is a true and correct copy of a Sentry Subscription Agreement for Goldtree Investments Private Limited, dated January 27, 2005 (ANWAR-CFSE-00793807).

16. Attached as Exhibit 14 is a true and correct copy of email correspondence between Fullerton and Tremont, dated November 7, 2004 - November 9, 2004 (TRESAE0011724).

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 18, 2022  
      New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
    Nicholas J. Cremona

3