# EXHIBIT 1

Home    Sitemap

- Company Information
- Milestones
- Investment Philosophy
- Investment Process
- Investment Capabilities
- Board of Directors
- Senior Management
- Our Shareholder

## COMPANY INFORMATION

Fullerton Fund Management Company Ltd ("Fullerton") was incorporated in Singapore in December 2003 and is a wholly-owned subsidiary of Temasek Holdings (Private) Limited. Prior to its establishment, Fullerton's investment team operated as the internal fund management division within Temasek Holdings, managing its capital resources since 1989.

Fullerton is an Asian focused asset manager based in Singapore with a boutique-like investment culture that encourages "out-of-the-box" thinking in arriving at investment ideas and nimbleness in executing investment strategies. Yet, at the same time, the company is helmed by an experienced and independent Board of Directors, which provides robust corporate governance and strategic direction to the firm. Our strong parentage also provides stability to our business, which is a source of comfort to our clients.

Today, Fullerton has more than 20 years of experience in managing Asian and global mandates for institutional clients, as well as in mutual funds. As a business, Fullerton positions itself as an investment specialist with expertise across all asset classes, including Asian fixed income, Asian equities, money market, currencies and alternatives.

Fullerton is licensed under the Securities and Futures Act and regulated by the Monetary Authority of Singapore.

About Us | Disclaimer | Contact Us

© Copyright 2007 FULLERTON FUND MANAGEMENT COMPANY LTD

PUBLIC0692823