# EXHIBIT 2



**Contact Us**

## CONTACT US

Fullerton Fund Management Company Ltd
60B Orchard Road
#06-18 Tower 2
The Atrium@Orchard
Singapore 238891
Tel: 65 6828 6828
Fax: 65 6828 6484
info@fullerton.com.sg
Registration Number: 200312672W

http://www.fullertonfund.com/contact_us.html[8/1/2012 9:29:21 AM]

PUBLIC0692824

About Us | Disclaimer | Contact Us

© Copyright 2007 FULLERTON FUND MANAGEMENT COMPANY LTD

http://www.fullertonfund.com/contact_us.html[8/1/2012 9:29:21 AM]

PUBLIC0692825