# EXHIBIT 4

FGGE001257398 SECSEV1834921
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

# FairfieldGreenwich
## Employee Chart
**As of September 2007**

### Employees

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| **Partners** | Jeffrey Tucker | Santiago Reyes | Walter M. Noel, Jr. | Amit Vijayvergiya | Richard Landsberger | Andres Piedrahita | |
| | Lourdes Barreneche | | | | | Corina Piedrahita | |
| | Cornelis Boele | | | | | | |
| | Harold Greisman | | | | | | |
| | Jacqueline Harary | | | | | | |
| | Dan Lipton | | | | | | |
| | Mark McKeefry | | | | | | |
| | Andrew Smith | | | | | | |
| | Philip Toub | | | | | | |
| | Charles Murphy | | | | | | |

### Client Group

**Global Business Development**

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| | Matt Brown | Harvey Glover | | | Vianney d'Hendcourt | Fernando de Cordoba | Yanko Della Schiava |
| | Mami Hidaka | | | | Marco Musciacco | Juan Galobart | |
| | Scott Nevin | | | | Stephane Muuls | | |
| | Jeremy Norton | | | | Kim Perry | | |
| | Marty Klenert | | | | Alexander Kokkinos | | |

**Client Services/Investor Relations**

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| | Veronica Barco | Legna Gonzalez | | | Annie Hudson | Victoria De Los Rios | Caterina Pedrini |
| | Lauren Ross | | | | Daisy Asby | Myle | Anna Fonti |
| | Carla Castillo | | | | | | |
| | Lakshmi Chaudhuri | | | | | | |
| | Trey Ingram | | | | | | |
| | Mimi Pagsibigan | | | | | | |
| | Lina Pava | | | | | | |
| | Amanda Simone | | | | | | |
| | Robert Netzel | | | | | | |
| | Antonia Peristeris | | | | | | |
| | Kristin Corbett | | | | | | |

**Administration**

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| | Laurie Mulcahey | | Ellen Ryon | Sally Edwards | | | |
| | Agnes Dimandja | | | | | | |
| | Mehwish Qureshi | | | | | | |
| | Anna Kalaj | | | | | | |

**Reception**

| | New York |
|---|---|
| | Alexandra Stabile |
| | Samantha Goldberg |
| | Courtney Brown |

### Investment Group

**Multi-Strategy Funds/Product Managers**

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| | Patrick Blake | | | | William Lee | | |
| | Jennifer Keeney | | | | | | |
| | Douglas Reid | | | | | | |
| | Adrienne Garofalo | | | | | | |
| | Enrique Mendez | | | | | | |

...

| | J | K | L |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | **Rio de Janeiro** | **Rotterdam** | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | Bianca Haegler | Willem Aalders | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |

FGGE001257399
SECSEV1834922
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001257400
SECSEV1834923
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 53 |   |   | Blair Keller |   |   |   |   |   |   |
| 54 |   |   | Eric Sacks |   |   |   |   |   |   |
| 55 |   |   | Eric Chin |   |   |   |   |   |   |
| 56 |   |   | Mamta Jalan |   |   |   |   |   |   |
| 57 |   |   | Joseph Malieckal |   |   |   |   |   |   |
| 58 |   |   | Jigisha Patel |   |   |   |   |   |   |
| 59 |   |   | Maani Hariri |   |   |   |   |   |   |
| 60 |   |   | Laurence Buencamino |   |   |   |   |   |   |
| 61 |   |   | Kim Huynh |   |   |   |   |   |   |
| 62 |   |   | Anthony Cho |   |   |   |   |   |   |
| 63 |   |   | Isul Kim |   |   |   |   |   |   |
| 64 |   |   | David Santoriello |   |   |   |   |   |   |
| 65 |   |   |   |   |   |   |   |   |   |
| 66 |   | **Risk Management** |   |   |   | Bjorn Axelsson |   |   |   |
| 67 |   |   |   |   |   | Charles Oddy |   |   |   |
| 68 |   |   |   |   |   | Disha Attavar |   |   |   |
| 69 |   |   |   |   |   | Elizabeth Colebrooke |   |   |   |
| 70 |   | **Operations Group** |   |   |   |   |   |   |   |
| 71 |   | **Fund Accounting** | Nancy Ng |   |   | Gordon McKenzie |   |   |   |
| 72 |   |   | Franklin Mejia |   |   | Ryan Amlin |   |   |   |
| 73 |   |   | Kent Scott |   |   |   |   |   |   |
| 74 |   |   | Jason Kenny |   |   |   |   |   |   |
| 75 |   |   | Erika Meyers |   |   |   |   |   |   |
| 76 |   |   |   |   |   |   |   |   |   |
| 77 |   | **Financial Operations - Fairfield Heathcliff (broker/dealer)** | Matthew Levinson |   |   |   |   |   |   |
| 78 |   |   |   |   |   |   |   |   |   |
| 79 |   | **Management Co./Finance** | Cheryl Neal |   |   |   | Ornella Dellapina Fenman |   |   |
| 80 |   |   | Bernadette Lebron |   |   |   |   |   |   |
| 81 |   |   |   |   |   |   |   |   |   |
| 82 |   | **Tax** | Julia Luongo |   |   |   |   |   |   |
| 83 |   |   |   |   |   |   |   |   |   |
| 84 |   | **Fund Operations** | Kristin Castellanos |   |   |   |   |   |   |
| 85 |   |   |   |   |   |   |   |   |   |
| 86 |   | **Communications** | Andrew Ludwig |   |   |   |   |   |   |
| 87 |   |   |   |   |   |   |   |   |   |
| 88 |   | **Information Technology** | John Kogan |   |   |   | David Stapley |   |   |
| 89 |   |   | Jason Elizaitis |   |   |   |   |   |   |
| 90 |   |   | Roland Voyages |   |   |   |   |   |   |
| 91 |   |   | Michael Savva |   |   |   |   |   |   |
| 92 |   |   | Ted Southard |   |   |   |   |   |   |
| 93 |   |   | Tanvir Ahktar |   |   |   |   |   |   |
| 94 |   |   |   |   |   |   |   |   |   |
| 95 |   | **Compliance** | Anthony Dell'Arena |   |   |   | John Donachie |   |   |
| 96 |   |   | Grace Lee |   |   |   |   |   |   |
| 97 |   |   |   |   |   |   |   |   |   |
| 98 |   | **Legal** | Michael Thorne |   |   |   |   |   |   |
| 99 |   |   | Thomas Rogers |   |   |   |   |   |   |
| 100 |   | **Total Employees** | **72** | **3** | **2** | **8** | **12** | **6** | **2** |
| 101 |   | **Total Employees all offices** | **107** |   |   |   |   |   |   |
| 102 |   |   |   |   |   |   |   |   |   |
| 103 |   |   |   |   |   |   |   |   |   |
| 104 |   |   |   |   |   |   |   |   |   |
| 105 |   |   |   |   |   |   |   |   |   |

FGGE001257401
SECSEV1834924
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | J | K | L |
|---|---|---|---|
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | | | |
| 91 | | | |
| 92 | | | |
| 93 | | | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | 1 | 1 | |
| 101 | | | |
| 102 | | | |
| 103 | | | |
| 104 | | | |
| 105 | | | |

FGGE001257402
SECSEV1834925
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 106 | | | | | | | | |
| 107 | | | | | | | | |
| 108 | | | | | | | | |
| 109 | | | | | | | | |
| 110 | | | | | | | | |
| 111 | | | | | | | | |
| 112 | | | | | | | | |
| 113 | | | | | | | | |
| 114 | | | | | | | | |
| 115 | | | | | | | | |
| 116 | | | | | | | | |
| 117 | | | | | | | | |
| 118 | | | | | | | | |
| 119 | | | | | | | | |
| 120 | | | | | | | | |
| 121 | | | | | | | | |
| 122 | | | | | | | | |
| 123 | | | | | | | | |
| 124 | | | | | | | | |
| 125 | | | | | | | | |
| 126 | | | | | | | | |
| 127 | | | | | | | | |
| 128 | | | | | | | | |
| 129 | | | | | | | | |
| 130 | | | | | | | | |
| 131 | | | | | | | | |
| 132 | | | | | | | | |
| 133 | | | | | | | | |
| 134 | | | | | | | | |
| 135 | | | | | | | | |
| 136 | | | | | | | | |
| 137 | | | | | | | | |
| 138 | | | | | | | | |
| 139 | | | | | | | | |
| 140 | | | | | | | | |
| 141 | | | | | | | | |
| 142 | | | | | | | | |
| 143 | | | | | | | | |
| 144 | | | | | | | | |
| 145 | | | | | | | | |

| | J | K | L |
|---|---|---|---|
| 106 | | | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | | | |
| 124 | | | |
| 125 | | | |
| 126 | | | |
| 127 | | | |
| 128 | | | |
| 129 | | | |
| 130 | | | |
| 131 | | | |
| 132 | | | |
| 133 | | | |
| 134 | | | |
| 135 | | | |
| 136 | | | |
| 137 | | | |
| 138 | | | |
| 139 | | | |
| 140 | | | |
| 141 | | | |
| 142 | | | |
| 143 | | | |
| 144 | | | |
| 145 | | | |

FGGE001257403
SECSEV1834926

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED