# EXHIBIT 8

**CITCO**
*Citco Fund Services (Europe) B.V.*

FULLERTON CAPITAL PTE LTD
60B ORCHARD ROAD
06-18 TOWER 2
THE ATRIUM@ORCHARD
SINGAPORE 238891

Fund ID        : 03302
Holder ID      : Redacted 5204
Account ID     : Redacted 2733
Contract No.   : Redacted 3902
Date           : Jul-29-2009
Order No.      : Redacted 2802
Email          : ARIS-FIN@FULLERTON.COM.SG
FAX Number     : +6568286345

Account name: FULLERTON CAPITAL PTE LTD

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2005 |
| Trade Date | | Oct-01-2005 |
| Payment Date | | Oct-14-2005 |
| No. of voting shares Redeemed | | 9,627.4900 |
| Redemption Price | USD | 1,068.8606 |
| Gross Redemption Proceeds | USD | 10,290,444.74 |
| Net Redemption Proceeds | USD | 10,290,444.74 |
| Amount to be Paid | USD | 10,290,444.74 |
| Proceeds Paid to Date | USD | 10,290,444.74 |

Your balance following this transaction will be 0.0000 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                                            CFSE-TRST-006801

CFSSAD0005886