# EXHIBIT 9

## Microsoft Outlook

| | |
|---|---|
| **From:** | Jeffrey Tucker <jeffrey@fggus.com> |
| **Sent:** | Tuesday, November 23, 2004 1:08 PM |
| **To:** | Annie Hudson; Judith Terlien; Maria Ibarra; Maria-Joao Fernandez; factshelp@citco.com |
| **Cc:** | Lauren Ross; Richard Landsberger; Corina Piedrahita |
| **Subject:** | RE: FW: Nov Investment in Fairfield Sentry Temasek USD 2m |

Ok to do.

-----Original Message-----
From:   Annie Hudson [mailto:ahudson@fgguk.com]
Sent:   Tue Nov 23 03:58:36 2004
To:     Judith Terlien; Maria Ibarra; Maria-Joao Fernandez; 'factshelp@citco.com'
Cc:     Lauren Ross; Richard Landsberger; Corina Piedrahita; Jeffrey Tucker
Subject:FW: Nov Investment in Fairfield Sentry

Please note that Temasek is subscribing USD 2 m (nominee name I believe is Fullerton Absolute Returns Investment Strategies Fund) for December 1.

This has been approved by Jeffrey Tucker.

Agents are Straits Lion Asset Management/Richard.

If you have any queries, please do not hesitate to contact me.

With kind regards

Annie Hudson


-----Original Message-----
From: Richard Landsberger
Sent: 09 November 2004 10:13
To: 'dng@fsl.com.sg'
Cc: Annie Hudson; Rob Blum; Jeffrey Tucker; Foo Cheong Tong (E-mail 3)
Subject: FW: Nov Investment in Fairfield Sentry


Debra,

great news..please liase with Annie re docs. as you do not have saleslogix access yet.

hopefully, this is the first of many requests from your clients for sub docs!!!!

Jeffrey, thank you for making the capacity available.

Regards,

1

CONFIDENTIAL                                                                                                                    ANWAR-C-ESI-00226450

Pg 3 of 3

Richard
-----Original Message-----
From: hiapsing@fullerton.com.sg [mailto:hiapsing@fullerton.com.sg]
Sent: Tuesday, November 09, 2004 9:50 AM
To: Richard Landsberger; dng@fsl.com.sg
Cc: antonydirga@fullerton.com.sg; suriyati@fullerton.com.sg
Subject: Nov Investment in Fairfield Sentry


Dear Richard & Debra,

Our legal has cleared all the documents for Sentry. We would like to take up the full USD 2 m through a pooled vehicle called Fullerton Absolute Returns Investment Strategies Fund.

Please send us a subscription form. Feel free to contact me if you need any clarification.

Regards
Hiap Sing Tan

2

CONFIDENTIAL                                                                                                    ANWAR-C-ESI-00226451