# EXHIBIT 10

**From:** Philip Toub [philip@fggus.com]
**Sent:** 2/16/2005 3:19:04 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]
**CC:**
**Subject:** Adia

Just got a call from Adia told them that your response was going out today.

-----Original Message-----
From: Jeffrey Tucker [mailto:jeffrey@fggus.com]
Sent: Wed Feb 16 08:27:42 2005
To: 'cgo@invercounsel.com'; Lauren Ross; Sales and Marketing
Cc: Amit Vijayvergiya; Gordon McKenzie; Corina Piedrahita
Subject: RE: Sentry Capacity for March 1

Unlikely....more demand than capacity

-----Original Message-----
From: Carlos Garcia Ordoñez [mailto:ORDONEZ.COUNSEL@terra.es]
Sent: Wed Feb 16 04:05:23 2005
To: Lauren Ross; Sales and Marketing
Cc: Jeffrey Tucker; Amit Vijayvergiya; Gordon McKenzie; Corina Piedrahita
Subject: RE: Sentry Capacity for March 1

As you have seen we have filled our capacity, can we have some more allocation ??

-----Mensaje original-----
De: Lauren Ross [mailto:lauren@fggus.com]
Enviado el: martes, 15 de febrero de 2005 21:38
Para: Sales and Marketing
CC: Jeffrey Tucker; Amit Vijayvergiya; Gordon McKenzie; Corina Piedrahita
Asunto: Sentry Capacity for March 1
Importancia: Alta


Shortly you will be receiving your Sentry capacity allowances for March 1 investments.

Due to the increased volume of trades, for Sentry/Sigma/Lambda investments, please note the following:

1 - ALL advises and approvals for Sentry and Sigma should be sent to SAM and LAUREN and factshelp@citco.com, not directly to Maria Ibarra or Maria Joao on the Citco IRG desk. Advises should include amount, investing entity (custodian if applicable) and subagent/rebate information.

2 - Approval from Jeffrey/Corina does not mean that Citco will automatically approve the trade

CONFIDENTIAL                                                                 FGANW000228407
CONFIDENTIAL                                                                 FG-00011066

once received. Please forward these approvals to Sam who will keep a master list and coordinate the approvals with Citco.

Finally, the capacity allowances you will receive are inclusive of any capacity amounts you have through redemptions. For example, if you had a $10mm redemption and have $5mm of capacity and FGG gives you $10mm of capacity this month, you have $10mm TOTAL in capacity. Any additional capacity should be approved by Jeffrey or Corina.

Please contact Sam or me with any questions.

Kind rgds,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

CONFIDENTIAL  FGANW000228408

CONFIDENTIAL  FG-00011067