# EXHIBIT 14

**From:** Toni Agovino
**Sent:** Tuesday, November 09, 2004 10:43 AM
**To:** Suzanne S. Hammond
**Subject:** RE: Ascott-Madoff

```
I am getting it for you.
Will get back to you as soon as I hear back.
-----Original Message-----
From: Suzanne S. Hammond
Sent: Tuesday, November 09, 2004 10:40 AM
To: Toni Agovino
Subject: FW: Ascott-Madoff
 Do you have any information on this girl///
-----Original Message-----
From: Sandra L. Manzke
Sent: Tuesday, November 09, 2004 10:26 AM
To: Suzanne S. Hammond
Subject: Re: Ascott-Madoff
I met her in singapore and they are not in fairfield can you send docs for ltd
------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Suzanne S. Hammond <shammond@tremont.com>
To: Sandra L. Manzke <smanzke@tremont.com>
CC: 'shirin@fullerton.com' <shirin@fullerton.com>
Sent: Tue Nov 09 10:17:29 2004
Subject: RE: Ascott-Madoff
Sanda Manzke asked that I contact you concerning you interest in the Madoff fund.  Please call so we
can discuss.

Suzanne S. Hammond
Tremont
555 Theodore Fremd Avenue
Rye, NY 10580
Tel: 914-925-1187
Fax: 914-925-1137



From: Sandra L. Manzke
Sent: Tuesday, November 09, 2004 9:30 AM
To: Suzanne S. Hammond
Subject: FW: Ascott-Madoff



Suzanne - following note from Sandra -  Toni
Please send her a note that she can invest in the offshore fund and ask Sue Hammond to send the
docs.  Thanks



From: shirin@fullerton.com.sg [mailto:shirin@fullerton.com.sg]
Sent: Sunday, November 07, 2004 9:14 PM
To: Sandra L. Manzke
Cc: hiapsing@fullerton.com.sg; antonydirga@fullerton.com.sg; alvingoh@fullerton.com.sg;
samueltan@fullerton.com.sg
Subject: Ascott-Madoff



Dear Sandra,
It was a pleasure meeting you the other day.
I would like follow-up on your offer to introduce us to Ascott to invest in the underlying Madoff
```

TRESAE0011724

Fund.  I am still interested to participate in the Fund and hope that you would kindly make the introduction.
Thank you.
Best regards,
Shirin

TRESAE0011725