**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARSON FINANCE PANAMA S.A.,<br><br>　　　　Defendant. | Adv. Pro. No. 11-02542 (CGM) |

**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE**

WHEREAS, on December 1, 2021, the Court entered an amended stipulation and order that set a briefing schedule for Parson Finance Panama S.A.'s ("Defendant") motion to dismiss the Trustee's Complaint (the "Motion"), Adv. Pro. No. 11-02542 (CGM) (Bankr. S.D.N.Y. Jan. 13, 2021) ECF No. 91;

WHEREAS, on February 18, 2022, Defendant filed the Motion, ECF Nos. 92-95, and on April 19, 2022, the Trustee opposed the Motion, ECF Nos. 96-97;

WHEREAS, the hearing on the motion is scheduled for July 13, 2022, at 10:00 a.m.;

WHEREAS, Defendant has requested an extension of the deadline to file a reply to May 31, 2022, and

WHEREAS, the parties have met and conferred and the Trustee consents to the foregoing request;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and SO ORDERED by the Court that:

Defendant will submit its reply in further support of the Motion by May 31, 2022.

Dated:      May 16, 2022

| | |
|---|---|
| By: /s/ Matthew D. Feil<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Matthew D. Feil<br>Email: mfeil@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/ Douglas A. Kellner<br>**KELLNER HERLIHY GETTY & FRIEDMAN LLP**<br>470 Park Avenue South – 7th Floor<br>New York, New York 10016<br>Telephone: (212) 889-2821<br>Facsimile: (212) 684-6224<br>Douglas A. Kellner<br>Email: dak@khgflaw.com<br>Eugene Getty<br>Email: efg@khgflaw.com<br><br>*Attorneys for Defendant Parson Finance Panama S.A.* |

**SO ORDERED:**



**Dated: May 20, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

C:\Users\mfeil\Desktop\220516 Stipulation.docx