**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH BANK (SUISSE) SA,<br><br>    Defendant. | Adv. Pro. No. 11-02910 (CGM) |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 19, 2022, a copy of the Notice of Appearance of Carrie A. Longstaff and Notice of Appearance of Peter B. Shapiro were filed electronically. Notice of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct

copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 20, 2022
New York, New York

By: */s/ Carrie A. Longstaff*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Carrie A. Longstaff
Email: clongstaff@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# **SCHEDULE A**

**Defendant Counsel**

Pamela Miller
O'Melveny and Myers LLP
Email: pmiller@omm.com
Attorney For: MERRILL LYNCH BANK (SUISSE) SA