**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC,<br><br>       Defendants. | Adv. Pro. No. 09-01239 (CGM) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 20, 2022, a copy of the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or

1

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 20, 2022
      New York, New York

<u>*/s/ David J. Sheehan*</u>
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SCHEDULE A**

---

**Defendant Counsel**

---

Andrew J. Levander
David S. Hoffner
Neil A. Steiner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Email: neil.steiner@dechert.com
Attorney For: Andrés Piedrahita

Andrew W. Hammond
Glenn M. Kurtz
White & Case LLP
Email: ahammond@whitecase.com
Email: gkurtz@whitecase.com
Attorney For: Walter Noel

Daniel J. Fetterman
Kasowitz Benson Torres LLP
Email: dfetterman@kasowitz.com
Attorney For: Jeffrey Tucker

Fletcher W. Strong
Maxwell G. Dillan
Paul R. DeFilippo
William A. Maher
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: mdillan@wmd-law.com
Email: pdefilippo@wmd-law.com
Email: wmaher@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Stable Fund

Kelsey E. Vickery
Peter E. Kazanoff
Sarah L. Eichenberger
William T. Russell Jr.
Simpson Thacher & Barlett LLP
Email: kelsey.vickery@stblaw.com
Email: pkazanoff@stblaw.com
Email: sarah.eichenberger@stblaw.com
Email: wrussell@stblaw.com
Attorney For: Amit Vijayvergiya, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Capital Partners, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Philip Toub, Share Management LLC

Mark G. Cunha
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Attorney For: Fairfield Greenwich Advisors LLC

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney For: Amit Vijayvergiya

Sara Ricciardi
Simpson Thacher & Barlett LLP
Email: SRicciardi@stblaw.com
Attorney For: Amit Vijayvergiya, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Philip Toub