**Exhibit A: Defendants' Responses and Trustee's Reply - 461**

This Exhibit reflects the total list of Trustee's 56.1 Statements with Defendants' Responses and the Trustee's Reply.

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 1 | Undisputed and Disputed | • Deemed Admitted |
| 2 | Undisputed | • Admitted |
| 3 | Undisputed | • Admitted |
| 4 | Undisputed | • Admitted |
| 5 | Undisputed and Disputed | • Deemed Admitted |
| 6 | Undisputed | • Admitted |
| 7 | Undisputed | • Admitted |
| 8 | Disputed | • Deemed Admitted |
| 9 | Disputed | • Deemed Admitted |
| 10 | Undisputed and Disputed | • Deemed Admitted |
| 11 | Disputed | • Deemed Admitted |
| 12 | Undisputed | • Admitted |
| 13 | Undisputed | • Admitted |
| 14 | Undisputed | • Admitted |
| 15 | Undisputed | • Admitted |
| 16 | Undisputed | • Admitted |
| 17 | Undisputed | • Admitted |
| 18 | Undisputed | • Admitted |
| 19 | Disputed | • Deemed Admitted |
| 20 | Undisputed | • Admitted |
| 21 | Undisputed | • Admitted |
| 22 | Undisputed | • Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 23 | Undisputed | - Admitted |
| 24 | Disputed | - Deemed Admitted |
| 25 | Disputed | - Deemed Admitted |
| 26 | Disputed | - Deemed Admitted |
| 27 | Disputed | - Deemed Admitted |
| 28 | Undisputed | - Admitted |
| 29 | Undisputed and Disputed | - Deemed Admitted |
| 30 | Undisputed and Disputed | - Deemed Admitted |
| 31 | Undisputed | - Admitted |
| 32 | Disputed | - Deemed Admitted |
| 33 | Undisputed | - Admitted |
| 34 | Disputed | - Deemed Admitted |
| 35 | Undisputed | - Admitted |
| 36 | Undisputed and Disputed | - Deemed Admitted |
| 37 | Disputed | - Deemed Admitted |
| 38 | Disputed | - Deemed Admitted |
| 39 | Disputed | - Deemed Admitted |
| 40 | Undisputed | - Admitted |
| 41 | Undisputed and Disputed | - Deemed Admitted |
| 42 | Undisputed and Disputed | - Deemed Admitted |
| 43 | Undisputed | - Admitted |
| 44 | Undisputed | - Admitted |
| 45 | Undisputed | - Admitted |
| 46 | Undisputed | - Admitted |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit A to Trustee's Reply 56.1 - Final for Filing .docx

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 47 | Disputed | • Deemed Admitted |
| 48 | Undisputed | • Admitted |
| 49 | Disputed | • Deemed Admitted |
| 50 | Disputed | • Deemed Admitted |
| 51 | Disputed | • Deemed Admitted |
| 52 | Disputed | • No Material Dispute of Fact |
| 53 | Disputed | • Deemed Admitted |
| 54 | Disputed | • Deemed Admitted |
| 55 | Disputed | • No Material Dispute of Fact |
| 56 | Disputed | • Deemed Admitted |
| 57 | Undisputed | • Admitted |
| 58 | Disputed | • Deemed Admitted |
| 59 | Disputed | • No Material Dispute of Fact |
| 60 | Undisputed | • Admitted |
| 61 | Disputed | • Deemed Admitted |
| 62 | Disputed | • No Material Dispute of Fact |
| 63 | Disputed | • Deemed Admitted |
| 64 | Disputed | • No Material Dispute of Fact |
| 65 | Disputed | • No Material Dispute of Fact |
| 66 | Undisputed | • Admitted |
| 67 | Undisputed | • Admitted |
| 68 | Disputed | • Deemed Admitted |
| 69 | Disputed | • No Material Dispute of Fact |
| 70 | Undisputed | • Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 71 | Disputed | - Deemed Admitted |
| 72 | Disputed | - Deemed Admitted |
| 73 | Disputed | - Deemed Admitted |
| 74 | Disputed | - No Material Dispute of Fact |
| 75 | Disputed | - Deemed Admitted |
| 76 | Disputed | - Deemed Admitted |
| 77 | Undisputed | - Admitted |
| 78 | Undisputed | - Admitted |
| 79 | Undisputed | - Admitted |
| 80 | Undisputed | - Admitted |
| 81 | Undisputed and Disputed | - Deemed Admitted |
| 82 | Undisputed and Disputed | - Deemed Admitted |
| 83 | Disputed | - Deemed Admitted |
| 84 | Disputed | - Deemed Admitted |
| 85 | Disputed | - Deemed Admitted |
| 86 | Disputed | - Deemed Admitted |
| 87 | Undisputed and Disputed | - Deemed Admitted |
| 88 | Disputed | - Deemed Admitted |
| 89 | Disputed | - Deemed Admitted |
| 90 | Disputed | - Deemed Admitted |
| 91 | Disputed | - Deemed Admitted |
| 92 | Disputed | - Deemed Admitted |
| 93 | Disputed | - Deemed Admitted |
| 94 | Disputed | - Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 95 | Disputed | - No Material Dispute of Fact |
| 96 | Undisputed and Disputed | - Deemed Admitted |
| 97 | Disputed | - Deemed Admitted |
| 98 | Disputed | - Deemed Admitted |
| 99 | Disputed | - Deemed Admitted |
| 100 | Disputed | - Deemed Admitted |
| 101 | Disputed | - Deemed Admitted |
| 102 | Disputed | - Deemed Admitted |
| 103 | Disputed | - Deemed Admitted |
| 104 | Disputed | - Deemed Admitted |
| 105 | Disputed | - Deemed Admitted |
| 106 | Disputed | - Deemed Admitted |
| 107 | Disputed | - Deemed Admitted |
| 108 | Disputed | - Deemed Admitted |
| 109 | Undisputed and Disputed | - Deemed Admitted |
| 110 | Disputed | - Deemed Admitted |
| 111 | Disputed | - No Material Dispute of Fact |
| 112 | Undisputed and Disputed | - Deemed Admitted |
| 113 | Undisputed | - Admitted |
| 114 | Disputed | - Deemed Admitted |
| 115 | Undisputed | - Admitted |
| 116 | Undisputed | - Admitted |
| 117 | Disputed | - Deemed Admitted |
| 118 | Undisputed and Disputed | - Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 119 | Disputed | • Deemed Admitted |
| 120 | Disputed | • Deemed Admitted |
| 121 | Disputed | • Deemed Admitted |
| 122 | Disputed | • Deemed Admitted |
| 123 | Disputed | • Deemed Admitted |
| 124 | Disputed | • Deemed Admitted |
| 125 | Disputed | • Deemed Admitted |
| 126 | Disputed | • Deemed Admitted |
| 127 | Disputed | • Deemed Admitted |
| 128 | Disputed | • No Material Dispute of Fact |
| 129 | Disputed | • Deemed Admitted |
| 130 | Disputed | • Deemed Admitted |
| 131 | Disputed | • Deemed Admitted |
| 132 | Disputed | • Deemed Admitted |
| 133 | Disputed | • Deemed Admitted |
| 134 | Disputed | • Deemed Admitted |
| 135 | Disputed | • Deemed Admitted |
| 136 | Disputed | • Deemed Admitted |
| 137 | Disputed | • Deemed Admitted |
| 138 | Disputed | • Deemed Admitted |
| 139 | Disputed | • Deemed Admitted |
| 140 | Disputed | • Deemed Admitted |
| 141 | Disputed | • Deemed Admitted |
| 142 | Disputed | • Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 143 | Disputed | • Deemed Admitted |
| 144 | Disputed | • Deemed Admitted |
| 145 | Disputed | • Deemed Admitted |
| 146 | Disputed | • Deemed Admitted |
| 147 | Disputed | • Deemed Admitted |
| 148 | Disputed | • Deemed Admitted |
| 149 | Disputed | • Deemed Admitted |
| 150 | Disputed | • Deemed Admitted |
| 151 | Disputed | • Deemed Admitted |
| 152 | Disputed | • Deemed Admitted |
| 153 | Disputed | • Deemed Admitted |
| 154 | Disputed | • Deemed Admitted |
| 155 | Disputed | • Deemed Admitted |
| 156 | Disputed | • Deemed Admitted |
| 157 | Disputed | • Deemed Admitted |
| 158 | Disputed | • Deemed Admitted |
| 159 | Disputed | • Deemed Admitted |
| 160 | Disputed | • Deemed Admitted |
| 161 | Disputed | • Deemed Admitted |
| 162 | Disputed | • Deemed Admitted |
| 163 | Disputed | • Deemed Admitted |
| 164 | Disputed | • Deemed Admitted |
| 165 | Disputed | • Deemed Admitted |
| 166 | Disputed | • Deemed Admitted |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit A to Trustee's Reply 56.1 - Final for Filing .docx

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 167 | Disputed | • Deemed Admitted |
| 168 | Disputed | • Deemed Admitted |
| 169 | Disputed | • Deemed Admitted |
| 170 | Undisputed | • Admitted |
| 171 | Disputed | • Deemed Admitted |
| 172 | Undisputed | • Admitted |
| 173 | Disputed | • Deemed Admitted |
| 174 | Disputed | • Deemed Admitted |
| 175 | Disputed | • Deemed Admitted |
| 176 | Disputed | • Deemed Admitted |
| 177 | Disputed | • Deemed Admitted |
| 178 | Disputed | • Deemed Admitted |
| 179 | Disputed | • Deemed Admitted |
| 180 | Disputed | • Deemed Admitted |
| 181 | Undisputed | • Admitted |
| 182 | Undisputed | • Admitted |
| 183 | Disputed | • Deemed Admitted |
| 184 | Disputed | • Deemed Admitted |
| 185 | Disputed | • Deemed Admitted |
| 186 | Disputed | • Deemed Admitted |
| 187 | Disputed | • Deemed Admitted |
| 188 | Disputed | • Deemed Admitted |
| 189 | Disputed | • Deemed Admitted |
| 190 | Disputed | • Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 191 | Disputed | • Deemed Admitted |
| 192 | Disputed | • Deemed Admitted |
| 193 | Disputed | • Deemed Admitted |
| 194 | Disputed | • Deemed Admitted |
| 195 | Undisputed | • Admitted |
| 196 | Undisputed | • Admitted |
| 197 | Undisputed | • Admitted |
| 198 | Undisputed | • Admitted |
| 199 | Disputed | • Deemed Admitted |
| 200 | Disputed | • Deemed Admitted |
| 201 | Undisputed and Disputed | • Deemed Admitted |
| 202 | Disputed | • Deemed Admitted |
| 203 | Disputed | • Deemed Admitted |
| 204 | Disputed | • Deemed Admitted |
| 205 | Disputed | • Deemed Admitted |
| 206 | Disputed | • Deemed Admitted |
| 207 | Disputed | • Deemed Admitted |
| 208 | Disputed | • Deemed Admitted |
| 209 | Disputed | • Deemed Admitted |
| 210 | Disputed | • Deemed Admitted |
| 211 | Disputed | • Deemed Admitted |
| 212 | Disputed | • Deemed Admitted |
| 213 | Disputed | • Deemed Admitted |
| 214 | Disputed | • Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 215 | Disputed | • Deemed Admitted |
| 216 | Disputed | • Deemed Admitted |
| 217 | Disputed | • Deemed Admitted |
| 218 | Disputed | • Deemed Admitted |
| 219 | Disputed | • Deemed Admitted |
| 220 | Disputed | • Deemed Admitted |
| 221 | Disputed | • Deemed Admitted |
| 222 | Disputed | • Deemed Admitted |
| 223 | Disputed | • Deemed Admitted |
| 224 | Disputed | • Deemed Admitted |
| 225 | Disputed | • Deemed Admitted |
| 226 | Disputed | • Deemed Admitted |
| 227 | Disputed | • Deemed Admitted |
| 228 | Disputed | • Deemed Admitted |
| 229 | Disputed | • Deemed Admitted |
| 230 | Disputed | • Deemed Admitted |
| 231 | Disputed | • Deemed Admitted |
| 232 | Disputed | • Deemed Admitted |
| 233 | Disputed | • Deemed Admitted |
| 234 | Disputed | • Deemed Admitted |
| 235 | Disputed | • Deemed Admitted |
| 236 | Disputed | • Deemed Admitted |
| 237 | Disputed | • Deemed Admitted |
| 238 | Disputed | • Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 239 | Disputed | • Deemed Admitted |
| 240 | Disputed | • Deemed Admitted |
| 241 | Disputed | • Deemed Admitted |
| 242 | Disputed | • Deemed Admitted |
| 243 | Disputed | • Deemed Admitted |
| 244 | Disputed | • Deemed Admitted |
| 245 | Disputed | • Deemed Admitted |
| 246 | Disputed | • Deemed Admitted |
| 247 | Disputed | • Deemed Admitted |
| 248 | Disputed | • Deemed Admitted |
| 249 | Disputed | • Deemed Admitted |
| 250 | Disputed | • Deemed Admitted |
| 251 | Disputed | • Deemed Admitted |
| 252 | Disputed | • Deemed Admitted |
| 253 | Disputed | • Deemed Admitted |
| 254 | Disputed | • Deemed Admitted |
| 255 | Disputed | • Deemed Admitted |
| 256 | Disputed | • Deemed Admitted |
| 257 | Disputed | • Deemed Admitted |
| 258 | Disputed | • Deemed Admitted |
| 259 | Disputed | • Deemed Admitted |
| 260 | Undisputed and Disputed | • Deemed Admitted |
| 261 | Undisputed and Disputed | • Deemed Admitted |
| 262 | Undisputed and Disputed | • Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 263 | Undisputed and Disputed | • Deemed Admitted |
| 264 | Undisputed and Disputed | • Deemed Admitted |
| 265 | Undisputed and Disputed | • Deemed Admitted |
| 266 | Undisputed and Disputed | • Deemed Admitted |
| 267 | Disputed | • Deemed Admitted |
| 268 | Disputed | • Deemed Admitted |
| 269 | Disputed | • Deemed Admitted |
| 270 | Disputed | • Deemed Admitted |
| 271 | Disputed | • Deemed Admitted |
| 272 | Disputed | • Deemed Admitted |
| 273 | Disputed | • Deemed Admitted |
| 274 | Disputed | • Deemed Admitted |
| 275 | Disputed | • Deemed Admitted |
| 276 | Disputed | • Deemed Admitted |
| 277 | Disputed | • Deemed Admitted |
| 278 | Disputed | • Deemed Admitted |
| 279 | Disputed | • Deemed Admitted |
| 280 | Disputed | • Deemed Admitted |
| 281 | Disputed | • Deemed Admitted |
| 282 | Disputed | • Deemed Admitted |
| 283 | Disputed | • Deemed Admitted |
| 284 | Disputed | • Deemed Admitted |
| 285 | Disputed | • Deemed Admitted |
| 286 | Disputed | • Deemed Admitted |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit A to Trustee's Reply 56.1 - Final for Filing .docx

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 287 | Disputed | • Deemed Admitted |
| 288 | Disputed | • Deemed Admitted |
| 289 | Disputed | • Deemed Admitted |
| 290 | Disputed | • Deemed Admitted |
| 291 | Disputed | • Deemed Admitted |
| 292 | Disputed | • Deemed Admitted |
| 293 | Disputed | • Deemed Admitted |
| 294 | Disputed | • Deemed Admitted |
| 295 | Disputed | • Deemed Admitted |
| 296 | Disputed | • Deemed Admitted |
| 297 | Disputed | • Deemed Admitted |
| 298 | Disputed | • Deemed Admitted |
| 299 | Undisputed | • Admitted |
| 300 | Undisputed and Disputed | • Deemed Admitted |
| 301 | Undisputed and Disputed | • Deemed Admitted |
| 302 | Undisputed and Disputed | • Deemed Admitted |
| 303 | Undisputed and Disputed | • Deemed Admitted |
| 304 | Undisputed and Disputed | • Deemed Admitted |
| 305 | Undisputed and Disputed | • Deemed Admitted |
| 306 | Undisputed and Disputed | • Deemed Admitted |
| 307 | Undisputed and Disputed | • Deemed Admitted |
| 308 | Undisputed and Disputed | • Deemed Admitted |
| 309 | Undisputed and Disputed | • Deemed Admitted |
| 310 | Undisputed and Disputed | • Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 311 | Undisputed and Disputed | - Deemed Admitted |
| 312 | Undisputed and Disputed | - Deemed Admitted |
| 313 | Undisputed and Disputed | - Deemed Admitted |
| 314 | Undisputed and Disputed | - Deemed Admitted |
| 315 | Undisputed and Disputed | - Deemed Admitted |
| 316 | Undisputed and Disputed | - Deemed Admitted |
| 317 | Disputed | - Deemed Admitted |
| 318 | Undisputed and Disputed | - Deemed Admitted |
| 319 | Disputed | - Deemed Admitted |
| 320 | Disputed | - No Material Dispute of Fact |
| 321 | Disputed | - Deemed Admitted |
| 322 | Disputed | - Deemed Admitted |
| 323 | Disputed | - Deemed Admitted |
| 324 | Disputed | - No Material Dispute of Fact |
| 325 | Disputed | - Deemed Admitted |
| 326 | Disputed | - Deemed Admitted |
| 327 | Disputed | - Deemed Admitted |
| 328 | Disputed | - Deemed Admitted |
| 329 | Disputed | - Deemed Admitted |
| 330 | Undisputed and Disputed | - Deemed Admitted |
| 331 | Undisputed and Disputed | - Deemed Admitted |
| 332 | Undisputed and Disputed | - Deemed Admitted |
| 333 | Undisputed and Disputed | - Deemed Admitted |
| 334 | Undisputed and Disputed | - Deemed Admitted |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit A to Trustee's Reply 56.1 - Final for Filing .docx

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 335 | Disputed | - Deemed Admitted |
| 336 | Undisputed | - Admitted |
| 337 | Undisputed and Disputed | - Deemed Admitted |
| 338 | Undisputed and Disputed | - Deemed Admitted |
| 339 | Undisputed | - Admitted |
| 340 | Undisputed | - Admitted |
| 341 | Undisputed | - Admitted |
| 342 | Undisputed | - Admitted |
| 343 | Undisputed | - Admitted |
| 344 | Undisputed | - Admitted |
| 345 | Undisputed | - Admitted |
| 346 | Undisputed and Disputed | - Deemed Admitted |
| 347 | Undisputed and Disputed | - Deemed Admitted |
| 348 | Undisputed and Disputed | - Deemed Admitted |
| 349 | Undisputed and Disputed | - Deemed Admitted |
| 350 | Undisputed and Disputed | - Deemed Admitted |
| 351 | Undisputed and Disputed | - Deemed Admitted |
| 352 | Undisputed and Disputed | - Deemed Admitted |
| 353 | Undisputed and Disputed | - Deemed Admitted |
| 354 | Undisputed and Disputed | - Deemed Admitted |
| 355 | Undisputed and Disputed | - Deemed Admitted |
| 356 | Undisputed and Disputed | - Deemed Admitted |
| 357 | Undisputed and Disputed | - Deemed Admitted |
| 358 | Undisputed and Disputed | - Deemed Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 359 | Undisputed and Disputed | - Deemed Admitted |
| 360 | Undisputed and Disputed | - Deemed Admitted |
| 361 | Undisputed and Disputed | - Deemed Admitted |
| 362 | Undisputed and Disputed | - Deemed Admitted |
| 363 | Undisputed and Disputed | - Deemed Admitted |
| 364 | Undisputed and Disputed | - Deemed Admitted |
| 365 | Undisputed and Disputed | - Deemed Admitted |
| 366 | Disputed | - Deemed Admitted |
| 367 | Undisputed | - Admitted |
| 368 | Disputed | - Deemed Admitted |
| 369 | Disputed | - Deemed Admitted |
| 370 | Disputed | - Deemed Admitted |
| 371 | Disputed | - Deemed Admitted |
| 372 | Undisputed | - Admitted |
| 373 | Undisputed | - Admitted |
| 374 | Disputed | - Deemed Admitted |
| 375 | Disputed | - Deemed Admitted |
| 376 | Undisputed | - Admitted |
| 377 | Undisputed | - Admitted |
| 378 | Undisputed | - Admitted |
| 379 | Disputed | - Deemed Admitted |
| 380 | Disputed | - Deemed Admitted |
| 381 | Undisputed | - Admitted |
| 382 | Undisputed | - Admitted |

Exhibit A: Defendants' Responses and Trustee's Reply - 461

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 383 | Undisputed | - Admitted |
| 384 | Undisputed | - Admitted |
| 385 | Undisputed | - Admitted |
| 386 | Undisputed | - Admitted |
| 387 | Undisputed | - Admitted |
| 388 | Disputed | - Deemed Admitted |
| 389 | Disputed | - Deemed Admitted |
| 390 | Undisputed | - Admitted |
| 391 | Undisputed | - Admitted |
| 392 | Undisputed | - Admitted |
| 393 | Undisputed | - Admitted |
| 394 | Undisputed | - Admitted |
| 395 | Undisputed | - Admitted |
| 396 | Undisputed | - Admitted |
| 397 | Undisputed | - Admitted |
| 398 | Undisputed | - Admitted |
| 399 | Undisputed and Disputed | - Deemed Admitted |
| 400 | Undisputed and Disputed | - Deemed Admitted |
| 401 | Undisputed and Disputed | - Deemed Admitted |
| 402 | Undisputed and Disputed | - Deemed Admitted |
| 403 | Undisputed and Disputed | - Deemed Admitted |
| 404 | Undisputed | - Admitted |
| 405 | Undisputed | - Admitted |
| 406 | Undisputed | - Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 407 | Undisputed and Disputed | • Deemed Admitted |
| 408 | Undisputed | • Admitted |
| 409 | Undisputed and Disputed | • Deemed Admitted |
| 410 | Undisputed and Disputed | • Deemed Admitted |
| 411 | Undisputed and Disputed | • Deemed Admitted |
| 412 | Undisputed | • Admitted |
| 413 | Undisputed | • Admitted |
| 414 | Undisputed and Disputed | • Deemed Admitted |
| 415 | Undisputed and Disputed | • Deemed Admitted |
| 416 | Undisputed | • Admitted |
| 417 | Undisputed | • Admitted |
| 418 | Undisputed | • Admitted |
| 419 | Undisputed | • Admitted |
| 420 | Undisputed and Disputed | • Deemed Admitted |
| 421 | Undisputed and Disputed | • Deemed Admitted |
| 422 | Undisputed | • Admitted |
| 423 | Undisputed | • Admitted |
| 424 | Undisputed and Disputed | • Deemed Admitted |
| 425 | Undisputed and Disputed | • Deemed Admitted |
| 426 | Undisputed | • Admitted |
| 427 | Undisputed and Disputed | • Deemed Admitted |
| 428 | Undisputed and Disputed | • Deemed Admitted |
| 429 | Undisputed | • Admitted |
| 430 | Undisputed | • Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 431 | Undisputed and Disputed | • Deemed Admitted |
| 432 | Undisputed and Disputed | • Deemed Admitted |
| 433 | Undisputed | • Admitted |
| 434 | Undisputed | • Admitted |
| 435 | Undisputed and Disputed | • Deemed Admitted |
| 436 | Undisputed and Disputed | • Deemed Admitted |
| 437 | Undisputed and Disputed | • Deemed Admitted |
| 438 | Undisputed | • Admitted |
| 439 | Undisputed | • Admitted |
| 440 | Undisputed | • Admitted |
| 441 | Undisputed | • Admitted |
| 442 | Undisputed | • Admitted |
| 443 | Undisputed | • Admitted |
| 444 | Undisputed | • Admitted |
| 445 | Undisputed | • Admitted |
| 446 | Undisputed | • Admitted |
| 447 | Undisputed | • Admitted |
| 448 | Undisputed | • Admitted |
| 449 | Undisputed and Disputed | • Deemed Admitted |
| 450 | Undisputed | • Admitted |
| 451 | Undisputed and Disputed | • Deemed Admitted |
| 452 | Undisputed | • Admitted |
| 453 | Undisputed and Disputed | • Deemed Admitted |
| 454 | Undisputed | • Admitted |

| Trustee Statement | Defendants' Response | Trustee's Reply |
|---|---|---|
| 455 | Undisputed and Disputed | • Deemed Admitted |
| 456 | Undisputed | • Admitted |
| 457 | Undisputed and Disputed | • Deemed Admitted |
| 458 | Disputed | • Deemed Admitted |
| 459 | Undisputed | • Admitted |
| 460 | Disputed | • Deemed Admitted |
| 461 | Undisputed | • Admitted |