**Exhibit B**: Facts Admitted Outright By Defendants - 111

This Exhibit includes those responses in which the Defendants have responded with "undisputed" to specific paragraphs in the Trustee's 56.1 Statement.

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 2 | Undisputed | Admitted |
| 3 | Undisputed* | Admitted |
| 4 | Undisputed* | Admitted |
| 6 | Undisputed* | Admitted |
| 7 | Undisputed | Admitted |
| 12 | Undisputed | Admitted |
| 13 | Undisputed* | Admitted |
| 14 | Undisputed* | Admitted |
| 15 | Undisputed* | Admitted |
| 16 | Undisputed* | Admitted |
| 17 | Undisputed* | Admitted |
| 18 | Undisputed | Admitted |
| 20 | Undisputed | Admitted |
| 21 | Undisputed | Admitted |
| 22 | Undisputed* | Admitted |
| 23 | Undisputed* | Admitted |
| 28 | Undisputed | Admitted |
| 31 | Undisputed | Admitted |
| 33 | Undisputed | Admitted |
| 35 | Undisputed | Admitted |
| 40 | Undisputed | Admitted |
| 43 | Undisputed | Admitted |

---

* For these 35 entries, Defendants responded that the Trustee's Statement was "Undisputed," but then impermissibly added legal arguments, extraneous facts that do not controvert the statement, and/or objections to implied facts. Pursuant to this District's case law, any responses that do not specifically controvert the corresponding statement are deemed admitted.

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 44 | Undisputed | Admitted |
| 45 | Undisputed | Admitted |
| 46 | Undisputed | Admitted |
| 48 | Undisputed* | Admitted |
| 57 | Undisputed* | Admitted |
| 60 | Undisputed* | Admitted |
| 66 | Undisputed* | Admitted |
| 67 | Undisputed* | Admitted |
| 70 | Undisputed* | Admitted |
| 77 | Undisputed* | Admitted |
| 78 | Undisputed* | Admitted |
| 79 | Undisputed* | Admitted |
| 80 | Undisputed* | Admitted |
| 113 | Undisputed* | Admitted |
| 115 | Undisputed* | Admitted |
| 116 | Undisputed | Admitted |
| 170 | Undisputed* | Admitted |
| 172 | Undisputed | Admitted |
| 181 | Undisputed* | Admitted |
| 182 | Undisputed* | Admitted |
| 195 | Undisputed* | Admitted |
| 196 | Undisputed* | Admitted |
| 197 | Undisputed* | Admitted |
| 198 | Undisputed* | Admitted |
| 299 | Undisputed* | Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 336 | Undisputed* | Admitted |
| 339 | Undisputed* | Admitted |
| 340 | Undisputed* | Admitted |
| 341 | Undisputed* | Admitted |
| 342 | Undisputed | Admitted |
| 343 | Undisputed | Admitted |
| 344 | Undisputed* | Admitted |
| 345 | Undisputed | Admitted |
| 367 | Undisputed | Admitted |
| 372 | Undisputed | Admitted |
| 373 | Undisputed | Admitted |
| 376 | Undisputed | Admitted |
| 377 | Undisputed | Admitted |
| 378 | Undisputed | Admitted |
| 381 | Undisputed | Admitted |
| 382 | Undisputed | Admitted |
| 383 | Undisputed | Admitted |
| 384 | Undisputed | Admitted |
| 385 | Undisputed | Admitted |
| 386 | Undisputed | Admitted |
| 387 | Undisputed | Admitted |
| 390 | Undisputed | Admitted |
| 391 | Undisputed | Admitted |
| 392 | Undisputed | Admitted |
| 393 | Undisputed | Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 394 | Undisputed | Admitted |
| 395 | Undisputed | Admitted |
| 396 | Undisputed | Admitted |
| 397 | Undisputed | Admitted |
| 398 | Undisputed | Admitted |
| 404 | Undisputed | Admitted |
| 405 | Undisputed | Admitted |
| 406 | Undisputed | Admitted |
| 408 | Undisputed | Admitted |
| 412 | Undisputed | Admitted |
| 413 | Undisputed | Admitted |
| 416 | Undisputed | Admitted |
| 417 | Undisputed | Admitted |
| 418 | Undisputed | Admitted |
| 419 | Undisputed | Admitted |
| 422 | Undisputed | Admitted |
| 423 | Undisputed | Admitted |
| 426 | Undisputed | Admitted |
| 429 | Undisputed | Admitted |
| 430 | Undisputed | Admitted |
| 433 | Undisputed | Admitted |
| 434 | Undisputed | Admitted |
| 438 | Undisputed | Admitted |
| 439 | Undisputed | Admitted |
| 440 | Undisputed | Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 441 | Undisputed | Admitted |
| 442 | Undisputed | Admitted |
| 443 | Undisputed | Admitted |
| 444 | Undisputed | Admitted |
| 445 | Undisputed | Admitted |
| 446 | Undisputed | Admitted |
| 447 | Undisputed | Admitted |
| 448 | Undisputed | Admitted |
| 452 | Undisputed | Admitted |
| 454 | Undisputed | Admitted |
| 456 | Undisputed | Admitted |
| 459 | Undisputed | Admitted |
| 461 | Undisputed | Admitted |