## Exhibit C: Facts "Disputed" and "Undisputed" by Defendants – 95

This Exhibit includes those responses in which (i) Defendants' have responded with both "disputed" and "undisputed" to the same paragraph in the Trustee's 56.1 Statement and/or (ii) Defendants have responded with "disputed" to a specific paragraph in the Trustee's 56.1 Statement but then refer the Court to their response to a different paragraph where they admit the fact asserted therein, in whole or in part – *denoted by two asterisks*.*

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 1 | Undisputed and Disputed<br>• Undisputed Madoff was arrested on December 11, 2008<br>• Dispute charges asserted against Madoff upon arrest | • Not Specifically Controverted; Deemed Admitted |
| 5 | Undisputed and Disputed<br>• Dispute Trustee's utilization of the phrase "…the estate of Madoff…" | • Not Specifically Controverted; Deemed Admitted |
| 10 | Undisputed and Disputed<br>• Undisputed that quoted language on Amended Form BD<br>• Dispute document includes IA Business | • Not Specifically Controverted; Deemed Admitted |
| 29 | Undisputed and Disputed<br>• Undisputed Kugel so testified<br>• Relevance objection<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Madoff to dispute Kugel's testimony | • Not Specifically Controverted; Deemed Admitted |
| 30 | Undisputed and Disputed**<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted |
| 36 | Undisputed and Disputed<br>• Undisputed Cotellessa-Pitz so stated<br>• Relevance objection<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Madoff to dispute employees' knowledge | • Not Specifically Controverted; Deemed Admitted |
| 41 | Undisputed and Disputed<br>• Undisputed Collura prepared such analysis<br>• Relevance objection<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted |

---

** For those responses denoted by two asterisks, Defendants have responded with "disputed" to a specific paragraph in the Trustee's 56.1 Statement but then refer the Court to their response to a different paragraph where they "admit" the fact asserted therein, in whole or in part.

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 42 | Undisputed and Disputed<br>• Undisputed that Trustee retained Greenblatt to prepare a report<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted |
| 81 | Undisputed and Disputed<br>• Undisputed DiPascali so testified<br>• Evidentiary objection<br>• Reliance on Madoff to dispute DiPascali's testimony | • Not Specifically Controverted; Deemed Admitted |
| 82 | Undisputed and Disputed<br>• Undisputed DiPascali so testified<br>• Evidentiary objection<br>• Reliance on Madoff to dispute DiPascali's testimony | • Not Specifically Controverted; Deemed Admitted |
| 87 | Undisputed and Disputed<br>• Undisputed DiPascali so testified<br>• Evidentiary objection<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted |
| 96 | Undisputed and Disputed<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted |
| 109 | Undisputed and Disputed<br>• Undisputed Frank Avellino and Michael Bienes created partnerships to invest in BLMIS<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted |
| 112 | Undisputed and Disputed<br>• Undisputed that payments were made to Defendants via additional trades in their accounts<br>• Dispute that additional trades were "fake"<br>• Evidentiary objection<br>• Dispute guaranteed returns | • Not Specifically Controverted; Deemed Admitted |
| 118 | Undisputed and Disputed<br>• Undisputed Dubinsky so opined<br>• Evidentiary objections<br>• Phraseology objection | • Not Specifically Controverted; Deemed Admitted |
| 201 | Undisputed and Disputed<br>• Undisputed Dubinsky prepared such report<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 260 | Undisputed and Disputed**<br>• Undisputed DiPascali gave testimony at the Criminal Trial<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response Nos. 25 and 29 | • Not Specifically Controverted; Deemed Admitted |
| 261 | Undisputed and Disputed<br>• Undisputed that DiPascali gave testimony at the Criminal Trial<br>• Cites to Response No. 25 | • Not Specifically Controverted; Deemed Admitted |
| 262 | Undisputed and Disputed**<br>• Cites to Response No. 260 | • Not Specifically Controverted; Deemed Admitted |
| 263 | Undisputed and Disputed**<br>• Cites to Response No. 260 | • Not Specifically Controverted; Deemed Admitted |
| 264 | Undisputed and Disputed**<br>• Cites to Response No. 260 | • Not Specifically Controverted; Deemed Admitted |
| 265 | Undisputed and Disputed**<br>• Cites to Response No. 260 | • Not Specifically Controverted; Deemed Admitted |
| 266 | Undisputed and Disputed**<br>• Cites to Response No. 260 | • Not Specifically Controverted; Deemed Admitted |
| 300 | Undisputed and Disputed<br>• Undisputed BLMIS made year-end trades on some of Defendants' accounts<br>• Dispute Defendants' accounts were with IA Business<br>• Dispute such trades were fictitious<br>• Dispute Madoff gave guarantees<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted |
| 301 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 302 | Undisputed and Disputed<br>• Cites to Response Nos. 8 and 300 | • Not Specifically Controverted; Deemed Admitted |
| 303 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 304 | Undisputed and Disputed<br>• Undisputed DiPascali so testified<br>• Dispute such trades were fictitious<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted |
| 305 | Undisputed and Disputed<br>• Cites to Response No. 304<br>• Phraseology objection | • Not Specifically Controverted; Deemed Admitted |
| 306 | Undisputed and Disputed<br>• Dispute Defendants had accounts with IA Business<br>• Dispute Defendants' statements had fictitious trades<br>• Cites to Response Nos. 25, 29 and 300 | • Not Specifically Controverted; Deemed Admitted |
| 307 | Undisputed and Disputed<br>• Cites to Response Nos. 8 and 300 | • Not Specifically Controverted; Deemed Admitted |
| 308 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 309 | Undisputed and Disputed<br>• Cites to Response Nos. 8, 74 and 300 | • Not Specifically Controverted; Deemed Admitted |
| 310 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 311 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 312 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 313 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 314 | Undisputed and Disputed**<br>• Cites to Response No. 300 | • Not Specifically Controverted; Deemed Admitted |
| 315 | Undisputed and Disputed<br>• Undisputed DiPascali so testified<br>• Cites to Response Nos. 19 and 25 | • Not Specifically Controverted; Deemed Admitted |
| 316 | Undisputed and Disputed<br>• Cites to Response No. 8 and 300 | • Not Specifically Controverted; Deemed Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 318 | Undisputed and Disputed<br>• Undisputed Dubinsky conducted such analysis<br>• Cites to Response No. 38 | • Not Specifically Controverted; Deemed Admitted |
| 330 | Undisputed and Disputed<br>• Undisputed Cotellessa-Pitz so stated<br>• Cites to Response No. 324 | • Not Specifically Controverted; Deemed Admitted |
| 331 | Undisputed and Disputed**<br>• Cites to Response No. 330 | • Not Specifically Controverted; Deemed Admitted |
| 332 | Undisputed and Disputed**<br>• Cites to Response No. 330 | • Not Specifically Controverted; Deemed Admitted |
| 333 | Undisputed and Disputed**<br>• Cites to Response No. 330 | • Not Specifically Controverted; Deemed Admitted |
| 334 | Undisputed and Disputed**<br>• Cites to Response No. 330 | • Not Specifically Controverted; Deemed Admitted |
| 337 | Undisputed and Disputed<br>• Undisputed Dubinsky conducted such analysis<br>• Cites to Response No. 335 | • Not Specifically Controverted; Deemed Admitted |
| 338 | Undisputed and Disputed<br>• Undisputed Dubinsky conducted such analysis<br>• Cites to Response No. 335 | • Not Specifically Controverted; Deemed Admitted |
| 346 | Undisputed and Disputed<br>• The facts alleged are undisputed<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted |
| 347 | Undisputed and Disputed**<br>• Cites to Response No. 346 | • Not Specifically Controverted; Deemed Admitted |
| 348 | Undisputed and Disputed**<br>• Cites to Response No. 346 | • Not Specifically Controverted; Deemed Admitted |
| 349 | Undisputed and Disputed**<br>• Cites to Response No. 346 | • Not Specifically Controverted; Deemed Admitted |
| 350 | Undisputed and Disputed<br>• Undisputed. Collura's analysis so determined<br>• Objection to implied facts | • Not Specifically Controverted; Deemed Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 351 | Undisputed and Disputed**<br>• Cites to Response No. 350 | • Not Specifically Controverted; Deemed Admitted |
| 352 | Undisputed and Disputed**<br>• Cites to Response No. 350 | • Not Specifically Controverted; Deemed Admitted |
| 353 | Undisputed and Disputed**<br>• Cites to Response No. 350 | • Not Specifically Controverted; Deemed Admitted |
| 354 | Undisputed and Disputed**<br>• Cites to Response No. 350 | • Not Specifically Controverted; Deemed Admitted |
| 355 | Undisputed and Disputed**<br>• Cites to Response Nos. 29 and 350 | • Not Specifically Controverted; Deemed Admitted |
| 356 | Undisputed and Disputed<br>• Undisputed Collura's analysis so determined<br>• Objection to implied facts<br>• Cites to Response No. 350 | • Not Specifically Controverted; Deemed Admitted |
| 357 | Undisputed and Disputed**<br>• The facts alleged are undisputed<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response Nos. 29 and 350 | • Not Specifically Controverted; Deemed Admitted |
| 358 | Undisputed and Disputed**<br>• Cites to Response Nos. 29 and 350 | • Not Specifically Controverted; Deemed Admitted |
| 359 | Undisputed and Disputed<br>• The facts are not disputed<br>• Relevance objection<br>• Cites to Response Nos. 29 and 39 | • Not Specifically Controverted; Deemed Admitted |
| 360 | Undisputed and Disputed**<br>• Cites to Response No. 359 | • Not Specifically Controverted; Deemed Admitted |
| 361 | Undisputed and Disputed**<br>• Cites to Response No. 359 | • Not Specifically Controverted; Deemed Admitted |
| 362 | Undisputed and Disputed**<br>• Cites to Response No. 359 | • Not Specifically Controverted; Deemed Admitted |
| 363 | Undisputed and Disputed<br>• Cites to Response Nos. 253 and 359 | • Not Specifically Controverted; Deemed Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 364 | Undisputed and Disputed**<br>• Cites to Response No. 359 | • Not Specifically Controverted; Deemed Admitted |
| 365 | Undisputed and Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted |
| 399 | Undisputed and Disputed<br>• Undisputed [Greenblatt] did such calculation<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response No. 29<br>• Dispute Trustee's utilization of net equity method | • Not Specifically Controverted; Deemed Admitted |
| 400 | Undisputed and Disputed**<br>• Cites to Response No. 399 | • Not Specifically Controverted; Deemed Admitted |
| 401 | Undisputed and Disputed**<br>• Cites to Response No. 399 | • Not Specifically Controverted; Deemed Admitted |
| 402 | Undisputed and Disputed**<br>• Cites to Response No. 399 | • Not Specifically Controverted; Deemed Admitted |
| 403 | Undisputed and Disputed**<br>• Cites to Response No. 399 | • Not Specifically Controverted; Deemed Admitted |
| 407 | Undisputed and Disputed<br>• Undisputed that transactions identified occurred<br>• Dispute transactions involved fictitious profits<br>• Cites to Response Nos. 39 and 399 | • Not Specifically Controverted; Deemed Admitted |
| 409 | Undisputed and Disputed**<br>• Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 410 | Undisputed and Disputed**<br>• Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 411 | Undisputed and Disputed**<br>• Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 414 | Undisputed and Disputed**<br>• Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 415 | Undisputed and Disputed**<br>• Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 420 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 421 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 424 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 425 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 427 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 428 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 431 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 432 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 435 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 436 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 437 | Undisputed and Disputed** <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 449 | Undisputed and Disputed <br> • Undisputed Collura performed such analysis <br> • Relevance objection <br> • Cites to Response No. 407 | • Not Specifically Controverted; Deemed Admitted |
| 451 | Undisputed and Disputed** <br> • Cites to Response No. 449 | • Not Specifically Controverted; Deemed Admitted |
| 453 | Undisputed and Disputed** <br> • Cites to Response No. 449 | • Not Specifically Controverted; Deemed Admitted |

8

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 455 | Undisputed and Disputed** <br>• Cites to Response No. 449 | • Not Specifically Controverted; Deemed Admitted |
| 457 | Undisputed and Disputed** <br>• Cites to Response No. 449 | • Not Specifically Controverted; Deemed Admitted |