**Exhibit D:  Facts "Disputed" By Defendants – 255**

This Exhibit includes those responses in which the Defendants have responded with "Disputed."
Of these, 242 should be deemed admitted, and the remaining 13 raise no material dispute of fact.

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 8 | Disputed<br>• Dispute that BLMIS as the LLC did not operate as a sole proprietorship<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Improper legal argument<br>• Dubinsky's expert opinions are admissible |
| 9 | Disputed<br>• Dispute BLMIS as the LLC amended its Form BD | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |
| 11 | Disputed<br>• Dispute that Madoff certified that accounts were held by the LLC<br>• Object to extent statement contains Trustee's characterization | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements |
| 19 | Disputed<br>• Phraseology objection<br>• Object to time frame<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Phraseology quibble<br>• Impermissible expert opinions<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Madoff confirmed starting IA Business in 1960s<br>• Proprietary Trading Business did not service retail customers |
| 24 | Disputed<br>• Dispute charges brought against DiPascali | • Not Specifically Controverted; Deemed Admitted<br>• *Nelson* court has recognized that there is no specific crime of operating a Ponzi scheme |
| 25 | Disputed<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• Law of the case that DiPascali's plea allocution and Criminal Trial testimony are admissible |
| 26 | Disputed<br>• Cites to Response No. 25<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• See Trustee's Reply to ¶ 25 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 27 | Disputed<br>• Cites to Response No. 25 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 25 |
| 32 | Disputed<br>• Reliance on Madoff to dispute employees' knowledge | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not specifically rebut fact<br>• Extraneous statement<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy |
| 34 | Disputed<br>• Objection to potential for statement to be misconstrued<br>• Reliance on Madoff to dispute employees' knowledge<br>• Relevance objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not specifically rebut fact<br>• Extraneous statement<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy |
| 37 | Disputed<br>• Dispute charges brought against former employees | • Not Specifically Controverted; Deemed Admitted<br>• Object to mischaracterization of fact<br>• *Nelson* court has recognized that there is no specific crime of operating a Ponzi scheme |
| 38 | Disputed<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Dubinsky's expert opinions are admissible |
| 39 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Fortgang to dispute trades on statements were fictitious<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Impermissible expert opinion<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 47 | Disputed<br>• Phraseology objection<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble |
| 49 | Disputed<br>• Phraseology objection<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• Bienes Frontline Interview is admissible |
| 50 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection<br>• Cites to Response Nos. 29 and 48 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• Bienes Frontline Interview is admissible |
| 51 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections<br>• Cites to Response Nos. 8, 29, 48 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• Defendants were customers of IA Business<br>• Bienes Frontline Interview is admissible<br>• Dubinsky's expert opinions are admissible |
| 52 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Phraseology objection | • No Material Dispute of Fact<br>• Trustee refers to Defendants' Responses to Trustee's Request for Admission |
| 53 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Phraseology objection<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Dubinsky's expert opinions are admissible |
| 54 | Disputed<br>• Phraseology objection<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Bienes Frontline Interview is admissible |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 55 | Disputed<br>• Evidentiary objection<br>• Phraseology objections<br>• Dispute Trustee's testimony/evidence | • No Material Dispute of Fact<br>• Does not rebut fact<br>• Phraseology quibble<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |
| 56 | Disputed<br>• Objection to implied facts<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection<br>• Phraseology objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Reliance on implied facts<br>• Extraneous statements<br>• Phraseology quibble<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy |
| 58 | Disputed<br>• Phraseology objections<br>• Evidentiary objection<br>• Cites to Response Nos. 8, 29, 53 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• Dubinsky's expert opinions are admissible |
| 59 | Disputed<br>• Object to time frame<br>• Phraseology objections<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection | • No Material Dispute of Fact<br>• Does not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Dubinsky's expert opinions are admissible |
| 61 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Objection to implied facts<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Objection to implied facts<br>• Dubinsky's expert opinions are admissible |
| 62 | Dispute<br>• Dispute Madoff guaranteed returns<br>• Phraseology objections<br>• Evidentiary objection | • No Material Dispute of Fact<br>• Phraseology quibble<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• Evidence demonstrates Madoff guaranteed returns |
| 63 | Disputed<br>• Phraseology objections<br>• Evidentiary objection | • No Material Dispute of Fact<br>• Does not rebut fact<br>• Extraneous statements<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts Disputed By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 64 | Disputed<br>• Phraseology objections<br>• Evidentiary objection | • No Material Dispute of Fact<br>• Phraseology quibble<br>• Bienes Frontline Interview is admissible<br>• Refers Court to Defendants' Amended Responses to the Trustee's Requests for Admission |
| 65 | Disputed<br>• Dispute Trustee's testimony/evidence | • No Material Dispute of Fact |
| 68 | Disputed<br>• Phraseology objection<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Phraseology quibble<br>• Bienes Frontline Interview is admissible |
| 69 | Disputed<br>• Phraseology objection<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection | • No Material Dispute of Fact<br>• No evidence to the contrary<br>• Phraseology quibble<br>• Bienes Frontline Interview is admissible |
| 71 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Phraseology objections<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Phraseology quibble<br>• Defendants were customers of IA Business<br>• Bienes Frontline Interview is admissible |
| 72 | Disputed<br>• Phraseology objections<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections<br>• Cites to Response Nos. 8, 48, 53 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Phraseology quibble<br>• Defendants were customers of IA Business<br>• Bienes Frontline Interview is admissible |
| 73 | Disputed<br>• Cites to Response Nos. 25, 74 and 81 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶¶ 25, 74, 81 |
| 74 | Disputed<br>• Evidentiary objection<br>• Reliance on Madoff to dispute DiPascali's testimony | • No Material Dispute of Fact<br>• No evidence to the contrary<br>• Extraneous statements<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• Law of the case that DiPascali's Criminal Trial Testimony and plea allocution are admissible |

Exhibit D: Facts "Disputed" By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 75 | Disputed<br>• Cites to Response Nos. 8 and 29<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• Dubinsky's expert opinions are admissible |
| 76 | Disputed<br>• Cites to Response No. 29<br>• Dispute Defendants had IA Business accounts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble |
| 83 | Disputed<br>• Reliance on Madoff to dispute trades in Defendants' accounts were fictitious<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible<br>• Law of the case that DiPascali's Criminal Trial Testimony and plea allocution are admissible |
| 84 | Disputed<br>• Cites to Response Nos. 74, 81 and 83<br>• Evidentiary objection<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible<br>• See Trustee's Reply at ¶¶ 74, 81, 83 |
| 85 | Disputed<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements |
| 86 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Do not rebut fact<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts "Disputed" By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 88 | Dispute<br>• Cites to Response Nos. 8, 29 and 38<br>• Phraseology objection<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Do not rebut fact<br>• Phraseology quibble<br>• Dubinsky's expert opinions are admissible |
| 89 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Phraseology objection<br>• Evidentiary objection<br>• Reliance on Madoff to dispute employees' knowledge | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Do not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• Dubinsky's expert opinions are admissible |
| 90 | Disputed<br>• Evidentiary objection<br>• Phraseology objection<br>• Reliance on Madoff to dispute that statements were redone and trades in A&B accounts were fictitious<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Do not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• See Trustee's Reply to ¶¶ 74, 81, 83, 84 |
| 91 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection<br>• Cites to Response Nos. 8, 74, 81 and 83 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 92 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 93 | Disputed<br>• Evidentiary objection<br>• Reliance on Madoff to dispute statements were redone and trades were fictitious | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 94 | Disputed<br>• Evidentiary objection<br>• Dispute that transactions were fictitious | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut statement<br>• Extraneous statements<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 95 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Reliance on Madoff to dispute that statements were redone | • No Material Dispute of Fact<br>• Extraneous statements<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy |
| 97 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |
| 98 | Disputed<br>• Evidentiary objection<br>• Dispute Trustee's testimony/ evidence<br>• Reliance on Madoff to dispute Mr. Dubinsky's opinions | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• Dubinsky's expert opinions are admissible |
| 99 | Disputed<br>• Cites to Response Nos. 8, 84, 86 and 96<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• See Trustee's Reply at ¶¶ 84, 86, 96 |

**Exhibit D: Facts Disputed By Defendants – 255**

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 100 | Disputed<br>• Cites to Response No. 99 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply at ¶ 99 |
| 101 | Disputed<br>• Phraseology objections<br>• Evidentiary objection<br>• Dispute Defendants had IA Business accounts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Dubinsky's expert opinions are admissible |
| 102 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Madoff an to dispute that BLMIS had sufficient securities to liquidate for payments to A&B's clients<br>• Reliance on Fortgang to dispute that BLMIS had sufficient securities to liquidate for payments to A&B's clients<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• Does not rebut fact<br>• Extraneous statements<br>• Impermissible expert opinions<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious |
| 103 | Disputed<br>• Cites to Response Nos. 55 and 102<br>• Phraseology objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• See Trustee's Reply to ¶ 102 |
| 104 | Disputed<br>• Cites to Response No. 102 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 102 |
| 105 | Disputed<br>• Cites to Response No. 102 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 102 |
| 106 | Disputed<br>• Phraseology objection<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |

Exhibit D: Facts Disputed By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 107 | Disputed<br>• Cites to Response No. 55<br>• Phraseology objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble |
| 108 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Phraseology objection<br>• Cites to Response Nos. 29, 53 and 55 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Phraseology quibble<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious |
| 110 | Disputed<br>• Phraseology objection<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Phraseology quibble<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible<br>• Bienes Frontline Interview is admissible |
| 111 | Disputed<br>• Dispute Trustee's testimony/evidence<br>• Dispute guaranteed returns<br>• Evidentiary objection | • No Material Dispute of Fact<br>• Extraneous statements<br>• See Trustee's Reply to ¶ 62 |
| 114 | Disputed<br>• Objection to inferred facts<br>• Cites to Response Nos. 62 and 112 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Objection to reliance on inferred facts<br>• Extraneous statements<br>• Defendants were customers of IA Business<br>• Trades were fictitious |
| 117 | Disputed<br>• Cites to Response No. 112 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 112 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 119 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Fortgang to dispute trades in Defendants' accounts were fictitious<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Impermissible expert opinion<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 120 | Disputed<br>• Evidentiary objections<br>• Objection to implied facts<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Objection to reliance on implied facts<br>• Madoff was operating a Ponzi scheme though his IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 121 | Disputed<br>• Evidentiary objections<br>• Cites to Response Nos. 8 and 122 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |
| 122 | Disputed<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Trustee's motion relies on admissible evidence |
| 123 | Disputed<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Dubinsky's expert opinions are admissible |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts Disputed By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 124 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection<br>• Trades in defendants' accounts were real | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Impermissible expert opinion<br>• Defendants concede Madoff's IA Business was a Ponzi scheme<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 125 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• Does not rebut fact<br>• Extraneous statement<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Defendants concede Madoff's IA Business was a Ponzi scheme<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 126 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• Does not rebut fact<br>• Extraneous statement<br>• Unfounded evidentiary objection<br>• Defendants concede Madoff's IA Business was a Ponzi scheme<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 127 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>•  Defendants concede Madoff's IA Business was a Ponzi scheme<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 128 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections<br>• Dispute Madoff made guarantees or promises<br>• Reliance on Madoff to dispute employees' knowledge | • No Material Dispute of Fact<br>• Refer Court to Defendants' Responses to Trustee's Request for Admissions<br>• Phraseology quibble<br>• Unfounded evidentiary objections<br>• Impermissible expert opinions<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Defendants concede Madoff's IA Business was a Ponzi scheme<br>• Employee testimony on manufacturing fake trades |
| 129 | Disputed<br>• Cites to Response No. 128 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 128 |
| 130 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Madoff to dispute employees' knowledge | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Rely on testimony unrelated to the substance of fact<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• See Trustee's Reply to ¶¶ 29, 128 |
| 131 | Disputed<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 29 |
| 132 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Employee testimony on manufacturing fake trades<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 133 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Unfounded evidentiary objection<br>• Extraneous statements<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Dubinsky's expert opinions are admissible |
| 134 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Cites to Response Nos. 29 and 128<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• See Trustee's Reply to ¶¶ 29, 128 |
| 135 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Madoff to dispute employees' knowledge<br>• Evidentiary objections | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to contrary<br>• Does not rebut fact<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• See Trustee's Reply to ¶¶ 8, 29, 38, 74, 128 |
| 136 | Disputed<br>• Cites to Response Nos. 62, 134 and 135<br>• Dispute rates were guaranteed | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶¶ 62, 134, 135 |
| 137 | Disputed<br>• Cites to Response No. 134 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 134 |
| 138 | Disputed<br>• Cites to Response Nos. 74 and 134<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts Disputed By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 139 | Disputed<br>• Cites to Response Nos. 29, 131, 134 and 135 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶¶ 29, 131, 134, 135 |
| 140 | Disputed.<br>• Cites to Response Nos. 29 and 139 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶¶ 29, 139 |
| 141 | Disputed.<br>• Cites to Response Nos. 29 and 139 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶¶ 29, 139 |
| 142 | Disputed.<br>• Cites to Response No. 139 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 139 |
| 143 | Disputed<br>• Cites to Response No. 139<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statement<br>• See Trustee's Reply to ¶ 139 |
| 144 | Disputed<br>• Cites to Response Nos. 138 and 139<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 138 |
| 145 | Disputed<br>• Cites to Response Nos. 39 and 139<br>• Dispute Defendants had IA Business accounts<br>• Dispute trades in Defendants' accounts were fictitious | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statement<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• See Trustee's Reply to ¶ 139 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 146 | Disputed<br>• Cites to Response No. 139 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 139 |
| 147 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection<br>• Cites to Response Nos. 8 and 29 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statement<br>• Unfounded evidentiary objection<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• See Trustee's Reply to ¶¶ 8, 29 |
| 148 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Evidentiary objection<br>• Reliance on Madoff to dispute Mr. Dubinsky's opinion<br>• Reliance on Fortgang to dispute Mr. Dubinsky's opinion | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Impermissible expert opinions<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified their accounts were with IA Business<br>• Defendants were customers of IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 149 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 148 |
| 150 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• See Trustee's Reply to ¶ 148 |
| 151 | Disputed<br>• Cites to Response Nos. 148 and 150 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 150 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 152 | Disputed<br>• Cites to Response Nos. 148 and 150 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 150 |
| 153 | Disputed<br>• Cites to Response Nos. 148 and 150 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 150 |
| 154 | Disputed<br>• Cites to Response Nos. 148 and 150 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 150 |
| 155 | Disputed<br>• Cites to Response Nos. 148 and 150 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 150 |
| 156 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 157 | Disputed<br>• Cites to Response Nos. 148 and 156 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 156 |
| 158 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 159 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 160 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 161 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 162 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 163 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 164 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 165 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 166 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 167 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 168 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 169 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 171 | Disputed<br>• Phraseology objection<br>• Dispute Trustee's testimony/evidence<br>• Cites to Response No. 19 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Do not rebut fact<br>• Extraneous statements<br>• Phraseology quibble |
| 173 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 174 | Disputed.<br>• Cites to Response Nos. 25 and 148<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Law of the case that DiPascali's Criminal Trial Testimony is admissible<br>• See Trustee's Reply to ¶¶ 25, 148 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 175 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Reliance on Madoff to dispute Kugel's testimony<br>• Cites to Response No. 29 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statement<br>• See Trustee's Reply at ¶ 29 |
| 176 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Dispute Trustee's testimony/evidence<br>• Cites to Response Nos. 29, 89 and 132 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• See Trustee's Reply to ¶¶ 29, 89, 132 |
| 177 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Dispute Defendants had "buy and hold" accounts<br>• Dispute trades on Defendants' statements were fictitious<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Impermissible expert opinion<br>• See Trustee's Reply to ¶¶ 19, 29, 89, 132 |
| 178 | Disputed<br>• Cites to Response Nos. 134 and 177 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 134, 177 |
| 179 | Disputed<br>• Evidentiary objections<br>• Dispute Madoff made guarantees or promises<br>• Cites to Response Nos. 74, 128, 138 and 177 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• See Trustee's Reply to ¶¶ 8, 38, 74, 128, 138, 177 |
| 180 | Disputed<br>• Cites to Response Nos. 131, 134 and 177 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 131, 134, 177 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 183 | Disputed<br>• Dispute Defendants had IA Business accounts<br>• Dispute Defendants had "buy and hold" accounts<br>• Evidentiary objections<br>• Dispute Madoff promised returns | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Defendants admit in Counterclaims that BLMIS was their "investment advisor"<br>• Defendants acknowledge their "UA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified that their accounts were with IA Business<br>• See Trustee's Reply to ¶¶ 8, 29, 38, 62, 134 |
| 184 | Disputed<br>• Cites to Response No. 183 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 183 |
| 185 | Disputed<br>• Cites to Response Nos. 74 and 178 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 74, 178 |
| 186 | Disputed<br>• Cites to Response No. 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 38 |
| 187 | Disputed<br>• Cites to Response No. 39<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements |
| 188 | Disputed<br>• Cites to Response Nos. 29, 38, 148 and 150 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38, 148, 150 |
| 189 | Disputed<br>• Cites to Response No. 188 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 188 |
| 190 | Disputed<br>• Cites to Response No. 188 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 188 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 191 | Disputed<br>• Cites to Response Nos. 8, 52, 62 and 74 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 53, 62, 74 |
| 192 | Disputed<br>• Cites to Response Nos. 8 and 53 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 53 |
| 193 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 194 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 199 | Disputed<br>• Cites to Response Nos. 8, 38 and 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 38, 39 |
| 200 | Disputed<br>• Cites to Response No. 148<br>• Dispute all trades are recorded with the DTC | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statement<br>• Impermissible expert opinion<br>• Object to reliance on Madoff's testimony as inadmissible hearsay and untrustworthy<br>• See Trustee's Reply to ¶ 148 |
| 202 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 203 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 204 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 205 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 206 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 207 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 208 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 209 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 210 | Disputed<br>• Cites to Response Nos. 148 and 200 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 200 |
| 211 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 212 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 213 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 214 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 215 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 216 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D:  Facts  Disputed  By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 217 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 218 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 219 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 220 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 221 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 222 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 223 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 224 | Disputed<br>• Cites to Response No. 148 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 148 |
| 225 | Disputed<br>• Object to timeframe<br>• Dispute DTC existed prior to 1973<br>• Dispute that Defendants did not have IA Business accounts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Dubinsky's Global Report details the timeframe of DTC analysis |
| 226 | Disputed<br>• Dispute DTC existed prior to 1973<br>• Reliance on Madoff to dispute that all trades are recorded with the DTC<br>• Evidentiary objection | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Impermissible expert opinion by Madoff |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts "Disputed" By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 227 | Disputed<br>• Cites to Response No. 226 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 226 |
| 228 | Disputed<br>• Cites to Response No. 226 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 226 |
| 229 | Disputed<br>• Cites to Response Nos. 29 and 226<br>• Dispute Defendants had IA Business accounts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• See Trustee's Reply to ¶ 226 |
| 230 | Disputed<br>• Cites to Response No. 226 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 226 |
| 231 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 232 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 233 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 234 | Disputed<br>• Cites to Response Nos. 8 and 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8 and 229 |
| 235 | Disputed<br>• Cites to Response Nos. 8 and 226 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 226 |
| 236 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 237 | Disputed<br>• Cites to Response Nos. 148 and 226 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 226 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 238 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 239 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 240 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 241 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 242 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 243 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 244 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 245 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 246 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 247 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 248 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |

Exhibit D: Facts Disputed By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 249 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 250 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 251 | Disputed<br>• Cites to Response Nos. 8 and 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 229 |
| 252 | Disputed<br>• Cites to Response Nos. 29 and 38<br>• Dispute Defendants had IA Business accounts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements<br>• Dubinsky's expert opinions are admissible |
| 253 | Disputed<br>• Cites to Response No. 29<br>• Dispute Defendants had IA Business accounts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements |
| 254 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 255 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 256 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 257 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 258 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts "Disputed" By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 259 | Disputed<br>• Cites to Response No. 229 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 229 |
| 267 | Disputed<br>• Cites to Response Nos. 38 and 39<br>• Dispute that trades in Defendants' accounts were fictitious | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Extraneous statements<br>• Improper legal conclusion<br>• Madoff was operating a Ponzi scheme through his IA Business<br>• Defendants were customers of the IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible |
| 268 | Disputed<br>• Cites to Response No. 267 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 267 |
| 269 | Disputed<br>• Cites to Response Nos. 148 and 267 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 148, 267 |
| 270 | Disputed<br>• Cites to Response No. 267 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 267 |
| 271 | Disputed<br>• Cites to Response No. 267 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 267 |
| 272 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 273 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 274 | Disputed<br>• Do not dispute that the Proprietary Trading Business executed actual trades<br>• Evidentiary objection<br>• Cites to Response No. 28 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 275 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 276 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 277 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 278 | Disputed<br>• Cites to Response Nos. 8, 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 29, 38 |
| 279 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 280 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 281 | Disputed<br>Cites to Response Nos. 8, 29, 34 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 29, 34, 38 |
| 282 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 283 | Disputed<br>• Cites to Response Nos. 29, 34 and 134 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 34, 134 |
| 284 | Disputed<br>• Cites to Response Nos. 8, 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 29, 38 |
| 285 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 286 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 287 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 288 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 289 | Disputed<br>• Cites to Response Nos. 29 and 38 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 29, 38 |
| 290 | Disputed<br>• Cites to Response Nos. 19, 29 and 38<br>• Reliance on Madoff to dispute that IA Business used single counterparty for all purported transactions | • Not Specifically Controverted; Deemed Admitted<br>• Does not rebut fact<br>• Extraneous statements<br>• Object to Madoff's testimony as impermissible expert testimony and inadmissible hearsay |
| 291 | Disputed<br>• Cites to Response No. 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 290 |
| 292 | Disputed<br>• Cites to Response No. 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 290 |
| 293 | Disputed<br>• Cites to Response Nos. 8 and 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 290 |
| 294 | Disputed<br>• Cites to Response No. 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 290 |
| 295 | Disputed<br>• Cites to Response No. 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 290 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 296 | Disputed<br>• Cites to Response Nos. 8 and 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 8, 290 |
| 297 | Disputed<br>• Cites to Response No. 290 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 290 |
| 298 | Disputed<br>• Cites to Response Nos. 8, 29, 32, 38 and 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Reliance on testimony unrelated to fact<br>• See Trustee's Reply to ¶¶ 8, 29, 32, 38, 39 |
| 317 | Disputed<br>• Cites to Response Nos. 72-94 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 72-94 |
| 319 | Disputed<br>• Cites to Response Nos. 38 and 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 38, 39 |
| 320 | Disputed<br>• Cites to Response Nos. 38 and 39<br>• Reliance on Madoff to dispute that Proprietary Trading business was fraudulent and not profitable | • No Material Dispute of Fact<br>• Impermissible expert opinions<br>• Evidence shows Proprietary Trading Business was not profitable, relied on infusions of cash from IA Business<br>• See Trustee's Reply to ¶¶ 38, 39 |
| 321 | Disputed<br>• Cites to Response Nos. 38, 39 and 320 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 38, 39, 320 |
| 322 | Disputed<br>• Cites to Response Nos. 38 and 39 | • Not Specifically Controverted; Deemed Admitted<br>• Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 38, 39 |
| 323 | Disputed<br>• Cites to Response Nos. 38 and 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 38, 39 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 324 | Disputed<br>• Cites to Response No. 8, 38 and 39<br>• Reliance on Madoff to dispute that Proprietary Trading business was fraudulent and not profitable | • Not Specifically Controverted; Deemed Admitted<br>• See Trustee's Reply to ¶¶ 8, 38, 39, 320 |
| 325 | Disputed<br>• Cites to Response No. 324 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 324 |
| 326 | Disputed<br>• Cites to Response Nos. 38 and 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 19, 38, 39, 320 |
| 327 | Disputed<br>• Cites to Response No. 324 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 19, 38, 39, 320, 324 |
| 328 | Disputed<br>• Cites to Response No. 324 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 19, 38, 39, 320, 324 |
| 329 | Disputed<br>• Cites to Response Nos. 8 and 324 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶¶ 19, 38, 39, 320, 324 |
| 335 | Disputed<br>• Evidentiary objections<br>• Dispute Trustee's testimony/evidence | • Not Specifically Controverted; Deemed Admitted<br>• Object to reliance on testimony unrelated to substance of fact<br>• Extraneous statements<br>• Madoff, on whom Defendants rely, testified their accounts were with IA Business<br>• Trades were fictitious<br>• Dubinsky's expert opinions are admissible<br>• See Trustee's Reply to ¶¶ 38, 39 |
| 366 | Disputed<br>• Cites to Response No. 38<br>• Reliance on Madoff to dispute BLMIS was insolvent prior to 2002 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Extraneous statements |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 368 | Disputed<br>• Cites to Response No. 366 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 366 |
| 369 | Disputed<br>• Cites to Response No. 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 39 |
| 370 | Disputed<br>• Cites to Response No. 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 39 |
| 371 | Disputed<br>• Cites to Response No. 39<br>• Objection to implied facts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Reliance on implied facts<br>• Defendants admit BLMIS was their "investment advisor" in their Counterclaims<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified that their accounts were with IA Business<br>• See Trustee's Reply to ¶ 39 |
| 374 | Disputed<br>• Cites to Response No. 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 39 |
| 375 | Disputed<br>• Cites to Response No. 39<br>• Objection to implied facts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Reliance on implied facts<br>• Defendants admit BLMIS was their "investment advisor" in their Counterclaims<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified that their accounts were with IA Business<br>• See Trustee's Reply to ¶ 39 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx

Exhibit D: Facts "Disputed" By Defendants – 255

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 379 | Disputed<br>• Cites to Response No. 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• See Trustee's Reply to ¶ 39 |
| 380 | Disputed<br>• Cites to Response No. 39<br>• Objection to implied facts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Reliance on implied facts<br>• Defendants admit BLMIS was their "investment advisor" in their Counterclaims<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified that their accounts were with IA Business<br>• See Trustee's Reply to ¶ 39 |
| 388 | Disputed<br>• Cites to Response No. 39<br>• Objection to implied facts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Reliance on implied facts<br>• Defendants admit BLMIS was their "investment advisor" in their Counterclaims<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified that their accounts were with IA Business<br>• See Trustee's Reply to ¶ 39 |
| 389 | Disputed<br>• Cites to Response No. 39<br>• Objection to implied facts | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary<br>• Does not rebut fact<br>• Reliance on implied facts<br>• Defendants admit BLMIS was their "investment advisor" in their Counterclaims<br>• Defendants acknowledge their "IA accounts" in Answers<br>• Madoff, on whom Defendants rely, testified that their accounts were with IA Business<br>• See Trustee's Reply to ¶ 39 |

| Trustee Statement | Defendants' Responses | Trustee's Reply |
|---|---|---|
| 458 | Disputed<br>• Dispute that BLMIS as an LLC did not exist prior to 2001 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to the contrary |
| 460 | Disputed<br>• Cites to Response No. 39 | • Not Specifically Controverted; Deemed Admitted<br>• No evidence to contrary<br>• See Trustee's Reply to ¶ 39 |

M:\GOOD FAITH TRIAL TEAM\12 - MSJ\A+B (10-05421)\06 - Trustee's Reply\Drafts\56.1 Exhibits\Exhibit D to Trustee's Reply 56.1 - Final for Filing.docx