# EXHIBIT 55



AMF00256511

TX021

## NAME & ADDRESS FILE MAINTENANCE

Action (1) __A__  (Note: A= Add  C= Change  D= Delete)   *Agency____

Account Number (6) ___1 cm 363___

Type  (1)__|__ (Note: 1=Name & Address  2=Duplicate #_____  #= Mailing)

P____  S____  A____  H____  N____

Line 1 (30) __Michael   Mann   and__

Line 2 (30) __Meryl   Mann, Jt  WROS__

Line 3 (30)_____

Line 4 (30)|       **REDACTED**

City (20)| **REDACTED** |   State (2) REDACTED   Zip | **REDACTED**|

---

(Note: Type 1 Information Only)
Short Name(12) __Mann   M.__   SS-ID # (11)| **REDACTED** | - 2009
Foreign Acct_____   Margin Acct __N__   1087_____
Group Name(10) __C ᐩ m__
Comps_____  Memos_____  Statements_____  (Note: N= DO NOT PRINT)

|       | Profits | Dividend | Interest | (Note: S= Send R= Reinvest) |
|-------|---------|----------|----------|-----------------------------|
| Type 1 | - | - | - |   |
| 2 | - | - | - |   |
| 3 | - | - | - |   |
| 4 | - | - | - |   |
| 5 | - | - | - |   |
| 6 | - | - | - | FOREIGN_____ |
| 7 | - | - | - | MARGIN_____ |
| 8 | - | - | - | 1087_____ |
| 9 | - | - | - | / |

Line 1 (30)_____

Line 2 (30)_____

Line 3 (30)_____

Line 4 (30)_____

City (20)_____  State (2)_____  Zip_____

AMF00256512

TX021

## Name & Address File Maintenance

### Account Number (6) ___ 1-CM363-30/40 ___

TYPE 2 # __1__

Line 1 (30) ___ Marc Federbush ___

Line 2 (30) ___ Anchin, Bloch & Anchin ___                    C _____

Line 3 (30) _____    M _____

Line 4 (30) ___ 1375 Broadway ___                              S __X__

City (20) ___ New York ___    State (2) __NY__    Zip ___ 10018 ___

TYPE 2 # __2__

Line 1 (30) ___ Larry Bell ___

Line 2 (30) ___ Sosnik, Bell & Co., LLC ___                   C _____

Line 3 (30) ___ One Parker Plaza ___                          M _____

Line 4 (30) ___ 15th Floor ___                           S __X__

City (20) ___ Fort Lee ___    State (2) __NJ__    Zip ___ 07024 ___

TYPE 2 # _____

Line 1 (30) _____

Line 2 (30) _____    C _____

Line 3 (30) _____    M _____

Line 4 (30) _____    S __c__

City (20) _____    State (2) _____    Zip _____

TYPE 2 # _____

Line 1 (30) _____

Line 2 (30) _____    C _____

Line 3 (30) _____    M _____

Line 4 (30) _____    S _____

City (20) _____    State (2) _____    Zip _____

AMF00256513

TX021



**Name & Address File Maintenence**

Account Number (6) 1 C M 3 6 3

TYPE 2# 1
Line 1 (30) Maurice Cohn
Line 2 (30) _____ C N
Line 3 (30) _____ M
Line 4 (30) _____ S
City (20) _____ State (2) ____ Zip ____ (H)

TYPE 2# 2
Line 1 (30) GOLDSTEN GOLUB, KESSLER
Line 2 (30) NEIL ROSENBERG JEFF GROSSMAN C N
Line 3 (30) _____ M N
Line 4 (30) 1185 6th AVE. S
City (20) NEW YORK State (2) NY Zip 10036-2602

TYPE 2# 3
Line 1 (30) Harder, Sosnick & Co CPAs
Line 2 (30) _____ C N
Line 3 (30) _____ M N
Line 4 (30) One Parker Plaza S
City (20) Ft Lee State (2) NJ Zip 07024

TYPE 2# 4
Line 1 (30) SP Capital Management
Line 2 (30) Scott Whitcher C
Line 3 (30) _____ M
Line 4 (30) 575 5TH Avenue 40TH Fl. S
City (20) New York State (2) NY Zip 10017

AMF00256514

10/23/2007  11:56   [REDACTED]          THE MANNS              PAGE  01

10/~~/07

To: Jon. ccp.

From: Michael Mann

RE: Michael Mann + Mertz Mann
      ( - cm )63 - ) - o

Joni,

Please send me a

check for   2,000,000.

Thank you -

send co

[REDACTED]

# REDACTED

REDACTED

8 mil                    5- 10/24

AMF00256515

6/-3/07

To: Joni Crup:

From: Michael Mann

Joni.

I would like to start immediately to have duplicate copies of my monthly + quarterly statements to go to my new account.

The address is:

Marc Federbush
Anchin, Block + Anchin
1375 Broadway
NYC   10018

I would appreciate if you could send the statements going back to 1/31/07 up to the current ones.

It will be for my 2 accounts...

① Michael Mann & Merry Mann  1-cm 363-)-0
② Bam LP                     1-cm 579-)-0

Thank you

REDACTED

AMF00256516

3/1/07

TO: JONI CRUPI

From: MICHAEL MANN

RE: ACCT #        1 - CM 363 - 3 - 0
                   MICHAEL + MERYL MANN

Hi TONI,

PLEASE SEND ME A

CHECK FROM MY ABOVE

ACCOUNT IN THE AMOUNT

OF 250,000.

THANKS -

Michael Mann

P.S.
I WILL
CALL YOU
TO CONFIRM.

MICHAEL   MANN

REDACTED

7.9 mil              S - 3/7

AMF00256517

MAR-15-2006 05:04 AM                                                    P.01

TO: Joni Crupi                                               3/14/06

From: Michael Mann

RE: Acct.  1-(M363-)-0


Joni -

I would like you

to send me a check from

my above account for

(to my house: REDACTED

500,000.

Thank -

Irving Ce_____

REDACTED

3/20

P.S.
I will
call to
confirm.

AMF00256518

12/12/2005  22:23   REDACTED              . THE MANNS ⌐⌐⌐⌐⌐⌐⌐⌐⌐               PAGE  02

** TOTAL PAGE.02 **

**CUSTODY ACCOUNT**

**FED Wire (USD) sent from within US)**

State Street Bank
ABA # 011000028
DDA #  1178
IN/O Deutsche Bank Trust Co Americas
F/B/O :  4798 / Michael Mann

PLEASE EDIT:

PROFILE: MANNMM

$4,000,000 -$

ICM363 30

$5-12/15$

10.03mil

212 454 0156 TO   REDACTED           P.02/02

APR 14 '05 16:02 FR DEUTSCHE BANK

12/12/2005  22:23   [REDACTED]                    THE MANNS                PAGE  01

TO: JONI CROPI                     ( REVISED )      14/1/05

FROM: MICHAEL MANN

RE:  MICHAEL MANN + MENYE MANN
           ACCT. 1- CM363-3-0

JONI,

PLEASE SEND A ~~CHECK~~ WINE

FOR 4,000,000 (FOUR MILLION
DOLLARS) TO MY ~~HOUSE~~

FROM MY ACCOUNT (AS ABOVE)

SEE WINE INSTRUCTIONS —

                         THANKS —
                         JUST SEE
                         MICHAEL MANN

     12/15

**REDACTED**

AMF00256520

01/25/2005  22:04   REDACTED              THE MANNS                  PAGE   01

*ATT: ERIN*
*THIS LETTER*               MICHAEL MANN *PENTAINS TO THE*
*FOLLOWING ACCOUNT:*   REDACTED      ① *MICHAEL MANN +*
                       Phone REDACTED    *MENTU MANN /- CM36)-3-C*
                       Fax:
                       REDACTED      ② *MICHAEL MANN ( IRA)*

January 25, 2005                                *1-CM)67-4-0*

Via Facsimile (212-838-4061)
                                        ③ *BAM LP  1- CM579-3- C*
Bernie Madoff
Chief Executive Officer
Bernard Madoff Investment Securities, LLC
885 Third Avenue
New York, NY 10022                          *Thank You -*

RE:   Duplicate Statements and Correspondence to Interested Party   *Ceul je-*

Dear Bernie:

On June 15, 2004, I advised you in writing that I wished to have duplicates of all
statements and correspondence sent to the following interested party:

> Sterling Stamos
> c/o Scott Whitcher
> 575 Fifth Avenue, 40th Floor
> New York, NY 10017

I now wish to rescind that request. Please discontinue sending statements and
correspondence to Sterling Stamos.

If you have any questions or require further information, please contact me.

Very truly yours,

*Ceul*

Michael Mann

Cc:   Kai Bergman, Sterling Stamos

AMF00256521

Page 11 of 37                                   TX021

12/14/2004  21:14   REDACTED           THE TMANNS                    PAGE  01

# J.B.S. LTD.

*M. /or*

**1400 BROADWAY 17TH FLOOR   NEW YORK, N.Y. 10018**
**(212) 764-4600   FAX (212) 764-9340**

ATT: JON: CROP

JONI,

PLEASE SEND ME A

CHECK FROM MICHAEL MANN

+ MENZIE MANN (ACCOUNT

CM 363-3-0) IN THE

AMOUNT OF 2,000,000.

PLEASE SEND TO MY HOUSE

P.S.
HAVE A
GOOD
HOLIDAY!

**REDACTED**

THANK!—
Cecil Ce—
MICHAEL MANN

AMF00256522

06/21/2004  20:31   [REDACTED]           THE MANNS                    PAGE  01

TO: ROBERT CANAVE .                                         6/21/04

From: MICHEL MANN


ROBERT,

AS WE DISCUSSED .. THE FOLLOWING

} ACCOUNTS ARE THE ONES THAT I

WOULD LIKE MONTHLY + QUARTERLY

STATEMENTS TO GO TO SCOTT

WHITCHER OF SP CAPITAL MGMT.
Whitcher

1) MICHAEL MANN + MERYL MANN  1 - CM 163-3-0
2) Mm  LP           1 - CM 579-3-0
3) MICHAEL MANN  IRA   1 - CM 367-3-0


SP Capital                    Thanks!
575  5TH N                    Michael Mann
40 TH A.

(0017           [REDACTED]

AMF00256523

FEB-04-2004 09:51 PM                                                    P.01

ATT:
ELIN

# BETSY'S THINGS   1/4/04

1400 BROADWAY   NEW YORK, N.Y. 10018
(212) 840-2171   FAX (212) 214-370

PLEASE DISREGARD MY
1ST FAX

TO: JOSI, CRAIG

JOSI,

I NEED YOU TO WIRE

WIRE 4,000,000 (4 MILLION DOLLARS) Michael Mann

2/3 TO DEUTSCHE BANK.   SEE

WIRE INSTRUCTIONS ATTACHED.   MANN MM

NO-0 APPROPRIATE IF YOU

WOULD CALL ME TO CONFIRM.

MICHAEL MANN + MONYC MANN

1 CM - 363 - 4 - 0

ACCOUNT

PLEASE WIRE
BETWEEN
FEB. 23 - 25, 2004.

Thank you.

THANKS -

Ceeil Can

MICHAEL MANN

AMF00256524

FEB-04-2004 09:51 PM                                                                    P.02

FEB 04 '04 09:54 FR DEUTSCHE BANK        212 454 0156 TO 912127644170    P.02/02

# DEUTSCHE BANK TRUST COMPANY AMERICAS
## WORLDWIDE CUSTODY PRIVATE BANKING

## DELIVERY INSTRUCTIONS

**DELIVERY INSTRUCTIONS FOR VARIOUS DEPOSITORIES:**

**CASH**
DBTCO Americas NYC/Cust
ABA # 021-001-033.
ACCOUNT # Redacted 1-380
FFC/ACCOUNT Redacted 4775
MICHAEL MANN

**ACH FUNDS (Wire Transfers – 2 Day Process)**
DBTCO Americas
ABA # 021-001-033
CK. C/A # Redacted 9-040
FFC ACCOUNT # _____ & NAME

**DTC – DVP/RVP**
DEUTSCHE BANK TRUST COMPANY
DTC# 903
FFC ACCOUNT # _____
INSTITUTIONAL/AGENT #25971
BLOCK TRADE INSTITUTIONAL/AGENT #28045

**FRB**
DBTCO Americas NYC/Cust
ABA # 021-001-033
I/F/O
ACCOUNT # _____

**PHYSICAL/COMMERCIAL PAPER, BA, CD**
DEUTSCHE BANK TRUST COMPANY
16 WALL STREET, 4TH FLOOR
WINDOW #44  MS 4045
DEUTSCHE PRIVATE BANKING
AIMS ACCOUNT# _____
CONTACT: Walter Fielding
212-618-3039

**PHYSICAL  (Except Commercial Paper)**
**MUNICIPAL, CORPORATE BONDS, CORPORATE STOCKS, GOVERNMENT & AGENCIES**
BY OVERNIGHT COURIER:
DEUTSCHE BANK TRUST COMPANY
16 WALL STREET, 4TH FLOOR, MS 4045
NEW YORK, NY 10005
ATTN: WINDOW #44
REF ISG/PB ACCOUNT# _____
Contact: Walter Fielding
212-618-3039

**EUROCLEAR**
EUROCLEAR #91120
RE: A/C Redacted 0772
FFC TO ACCOUNT _____

**MAILING ADDRESS**
Deutsche Bank
280 Park Avenue
Mail Stop  NYC-030605
Attn: _____
New York, NY 10017

For Local International Markets, Please Contact Your Account Representative For Further Instructions.

**Effective October 22, 2003**

** TOTAL PAGE.02 **

AMF00256525

05/21/2001  22:04   [REDACTED]   THE MANNS   PAGE  01

TO: ERIN REARDON

FROM: MICHAEL MANN

× 1 COPY

ERIN-

AS I HAD MENTIONED TO YOU

TODAY - THE COPIES OF MY

STATEMENTS THAT YOU SEND TO MY

ACCOUNT (GOLDSTEIN GOLUB + KESSLER)

SHOULD GO TO THE ATTENTION OF

JEFF GROSSMAN (NOT MARK NATAKIN)-

THE ACCOUNTS ARE AS FOLLOWS:

MICHAEL MANN AND MERYL MANN
         # 1 - CM 163 - 3 - 0
         # 1 - CM 163 - 4 - 0

BAM LP   # 1 - CM 579 - 3 - 0
           1 - CM 579 - 4 - 0

PLEASE - Clearl Com

IF YOU HAVE ANY QUESTIONS - PLEASE
CALL ME AT MY OFFICE   [REDACTED]

AMF00256526

Page 16 of 37                          TX021

# BANKERS TRUST COMPANY

### DELIVERY INSTRUCTIONS

DELIVERY INSTRUCTIONS FOR VARIOUS DEPOSITORIES:

**CASH**
BANKERS NYC/PCG
ABA # 021-001-033
ACCOUNT # [REDACTED]1-380
FFC/ACCOUNT# [REDACTED] 4798
→ MICHAEL MANN

**ACH FUNDS/WIRE TRANSFERS-2 DAY PROCESS**
BANKERS TRUST
ABA # 021-001-033
CK. C/A # [REDACTED]9-040
FFC ACCOUNT # & NAME

**DTC**
BANKERS TRUST COMPANY
DTC# 903
FFC ACCOUNT #_____
ATTN:
INSTITUTIONAL/AGENT #25971
BLOCK TRADE INSTITUTIONAL/AGENT #28045

**FBE**
BANKERS NYC/PCG
ABA # 021-001-033
I/F/O
ACCOUNT #_____

**FTC**
BANKERS TRUST COMPANY
BTRST/CUST/BANKERS TRUST CO.
AIMS ACCOUNT#_____

**PHYSICAL/COMMERCIAL PAPER, BA, CD**
BANKERS TRUST COMPANY
16 WALL STREET, 4TH FLOOR
WINDOW #43
BANKERS TRUST CO. AIMS ACCOUNT#_____
CONTACT: DWIGHT CARNEGIE
TELEPHONE: 212 618 3561

**PHYSICAL (EXCEPT COMMERCIAL PAPER)**
MUNICIPAL, CORPORATE BONDS, CORPORATE STOCKS, GOVERNMENT & AGENCIES
BY OVERNIGHT COURIER:
BANKERS TRUST COMPANY
16 WALL STREET, 4TH FLOOR
NEW YORK, NY 10005
ATTN: DARLENE BROWN WINDOW #61
REF ISG/PB ACCOUNT#_____

**EUROCLEAR**
EUROCLEAR #91120
RE: A/C [Redacted] 8772
FFC TO ACCOUNT_____

Profile: MANNMM

ADDRESS:

REDACTED

** TOTAL PAGE.02 **

Nov-05-00 11;22P BETSY'S THI          REDACTED          P.01

11/6/00

# BETSY'S THINGS

Fax To: Jodi
Fr: Belle

11/6/00

1400 BROADWAY   NEW YORK, N.Y. 10018
(212) 840-2171   FAX (212) 221-4370

TO: BELLE JONES (MANDALE)

From: MICHAEL MANN For Trust: MICHAEL MANN
& MANN

AS I MENTIONED TO YOU ON
THE PHONE - I NEED TO DO
A WIRE TRANSFER OF
7,500,000.00 (SEVEN MILLION,
FIVE HUNDRED THOUSAND DOLLARS)
TO MY BANK, BANKERS TRUST
(SEE FOLLOWING WIRE INSTRUCTIONS).

MY ACCOUNT # WIRE YOU IS:
1 - CM 363 -3 - 0
1 - CM 363 - 4 - 0
I WOULD APPRECIATE IT WIRE
CAN BE DONE BY TOMORROW 11/7/00
PLEASE CALL ME TO CONFIRM.
THANKS. Crual Clear
-/- MICHAEL MANN

AMF00256528

Dec-11-98 12:22P BETSY'S THINGS

**REDACTED**   P.01

12/11/98

# BETSY'S THINGS

TO: Jodc
FR: Betsy .
Murst

1400 BROADWAY   NEW YORK, N.Y. 10018
(212) 840-2171   FAX (212) 221-4370

RE: LCM 363
— LCM 367

TO: BELLE JONES + LINSE

I would appreciate it

you could mail a copy

of Quarterly portfolio statements (report).

(EFFECTIVE immediatly) — TO

my accountant:

NEAL ROSENBERG
GOLDSTEIN Golub + KESSLER .
1185  6ⁱ AVE
N.Y.C.   10036 —

Thankuu very much -
MICHAEL MANN

AMF00256529

TX021

01/14/1998  10:44   12014616864                SOSNIK & CO.              PAGE  02
01/08/1998  11:40   12014616864        .       SOSNIK & CO.              PAGE  82

TO       :  Marder, Sosnik & Co., CPA's P.C.

FROM     :  _MICHAEL MANN_

Please proceed with the preparation of the summary statement for
the Bernard L. Madoff Investment Securities Account.

For the account(s) listed, use this notice as authorization to
receive duplicate statements directly from Bernard L. Madoff
Investment Securities for all prior and future months.

Name, Address                                 Account #
& Telephone #

AND MARY
MICHAEL MANN                                   1- CM 363-3 - 0

**REDACTED**

I understand that the service will be provided at a fee of $500 per
account.

_Client's Signature_

AMF00256530

# Fax Transmittal Form

MARDER, SOSNIK & CO. CPA'S P.C.
One Parker Plaza, Fort Lee,  NJ  07024
250 W. 57th Street, New York,  NY  10107
(201) 461-6464        (212) 246-6229
(201) 461-6864 Fax #



**DATE:** 1 14 92

**TO:** EP-m

**COMPANY:** B MADOFF

**FAX#:**

**TOTAL PAGES, INCLUDING COVER PAGE** 2

**MESSAGE:**

START DJPS

JANUARY 1998

**TRANSMITTED BY:** A Bell

AMF00256531

## "CM" Account at Bernard L. Madoff Investment Securities

| Preliminary: ● | Final: ○ | Date: 12/23/97 | MJC: ☑ |

Belle: ☑

Form ID: 4175    New Account: ○    Addition to Existing Account: ●    File: ☑
Jodi: ☑
Doesn't Add to Investment: ☐    How Much: 0    Frank: ☐

SMB: ☐
RR: RS

Account Title: Michael Mann and Meryl Mann, Jt. WROS    RADIX: ☐
CJ: ☐
Address (if new):    RS: ☑

BLM: ☐
Business Phone:    Home Phone:    JBG: ☐
Tax ID: REDACTED-2007    : ☐
Date Received: 12/23/97    Amount: $1,500,000.00

Check? ☑    Wire? ☐    Commission %: 8⁰⁰%

Deposit to Account#: 1CM363    Deposit on: 12/23/97    Upon Receipt? ☐

List Dups, if any:

Other Instructions:

OK 12/23/97

Withdrawal: ○    Withdrawal and Transfer: ○    Regular Quarterly Withdrawal: ○
Does this Reduce Investment? ☐    How Much? $0.00

Account Title:    RR:

Account Number:    Amount: $0.00

Date of Withdrawal:    Is this to close the Account? ☐

Check to be Mailed to Account Address: ☐

If No, Specify Other Mailing or Transfer Instructions:

Mail To:

Transfer to Account#:    Account Title:

○ OTHER CHANGES: (Account Title, Account Address, Tax ID#, etc.)

(Specify, Describe)

Papers In? ☐    Date:

AMF00256532

TX021

REDACTED

14/13/97    (2)

TO: BELLE JONES    B: 1CM363    To: Jodi
                                FT: Belle

As I Dilcussion with you on

the point - I would appreciate

if you would send a duplicate

copy of my monthly statement

to my accountant. His name

+ address is: Neil Losensen & Rosenberg

Goldstein, Golub + → Goldstein Golub + Kessler
Kessler

1185 6th Ave.

N.Y. N.Y. 10036-2602

(ph 212-372-1211) —

Hope you —

Have a Happy Chanin —

Cecil Manne

Meryl Men

n.comon + metapt
Mann account.

AMF00256533

MICHAEL MANN &
MERYL MANN
JT WROS

NEW ACCT
OPENING 1/2/96
W. $ 1.5 mil.

For BLM
Signature.

Belle

AMF00256534

TX021

**MADF**

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue•New York•NY 10022-4834

~ 212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

TAX ID NO.                                   ACCT# ASSIGNED

| REDACTED | 2007 |

CH3 0 3410

Mr./Mrs./Ms.          MICHAEL AND MERYL   MANN, JR WROS

NAME

STREE          **REDACTED**

CITY

TEL. NUMBER          BUSINESS          RESIDENCE

REG. REP          R. Spring

WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE "KNOW YOUR CUSTOMER"
RULE OF THE NATIONAL ASSOCIATION OF SECURITY DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.

RESIDENCE          Same (M above)

NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

EMPLOYER'S ADDRESS   Betty's Things Sportswear - 1400 Broadway NYC 10018

OCCUPATION   Dress Manufacturer

NATIONAL WESTMINSTER BANK
BANK REFERENCE AND ADDRESS

OTHER BROKERAGE ACCOUNTS WITH   Bankers Trust 280 Park Ave NYC

CLIENT INTRODUCED BY   Richard Spring

**FOR OFFICE USE ONLY**

R. R.'S ESTIMATE OF CLIENTS NET WORTH _____

IS CLIENT OVER 21 YEARS OF AGE          YES_____          NO_____

HOW LONG HAVE YOU KNOWN CLIENT _____

CLIENT IS CITIZEN OF _____

APPROVED BY _____

DATE SENT TO CLIENT                      DATE SENT TO CLIENT

| MARGIN AGREEMENT | _____ | MAIL WAIVER FORM | _____ |
| JOINT AGREEMENT | _____ | MULTIPLE A/C FORM | _____ |
| CORPORATE ACCOUNT FORM | _____ | CORPORATE RESOLUTION | _____ |
| CO-PARTNERSHIP FORM | _____ | | |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00256535

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
800 221-2242
. Telex 235130
Fax 212 486-8178

### JOINT ACCOUNT AGREEMENT

To **Bernard L. Madoff** Investment Securities

In consideration of your accepting and carrying for the undesigned a joint account introduced to you by undersigned's broker, the undersigned jointly and severally agree that each of them shall have authority on behalf of the joint account to buy, sell (including short sales) and otherwise deal in, through you as brokers, stocks, bonds and other securities and commodities, on margin or otherwise; to receive on behalf of the joint account demands, notices, confirmations, reports, statements of account and communications of every kind; to receive on behalf of the joint account money, securities and property of every kind and to dispose of same; to make on behalf of the joint account agreements relating to any of the foregoing matters and to terminate or modify the same or waive any of the provisions thereof; and generally to deal with you on behalf of the joint account as fully and completely as if he alone were interested in said account, all without notice to the other or others interested in the said account. You are authorized to follow the instructions of any of the undersigned in every respect concerning the said joint account with you and to make deliveries to any of the undersigned, or upon his instructions, of any or all securities in said joint account, and to make payments to any of the undersigned, or upon his order, of any or all monies at any time or from time to time in the said joint account as he may order and direct, even if such deliveries and/or payments shall be made to him personally, and not for the joint account of the undersigned. In the event of any such deliveries of securities or payments of monies to any of the undersigned as aforesaid, you shall be under no duty or obligation to inquire into the purpose or propriety of any such demand for delivery of securities or payment of monies, and you shall not be bound to see to the application or disposition of the said securities and/or monies so delivered or paid to any of the undersigned or upon his order. The authority hereby conferred shall remain in force until written notice of the revocation addressed to you is delivered at your main office.

The liability of the undersigned with respect to said account shall be joint and several. The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the joint account to you, such lien to be in addition to and not in substitution of the rights and remedies you otherwise would have.

It is further agreed that in the event of the death of either or any of the undersigned, the survivor or survivors shall immediately give you written notice thereof, and you may, before or after receiving such notice, take such proceeding, require such papers and inheritance or estate tax waivers, retain such portion of and/or restrict transactions in the account as you may deem advisable to protect you against any tax, liability, penalty or loss under any present or future laws or otherwise. The estate of any of the undersigned who shall have died shall be liable and each survivor shall continue liable jointly and severally, to you for any net debt balance or loss in said account in any way resulting from the completion of transactions initiated prior to the receipt by you of the written notice of the death of the decedent or incurred in the liquidation of the account or the adjustment of the interests of the respective parties.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.01-374 0891

AMF00256536

TX021

*(a) It is the express intention of the undersigned to create an estate or account as joint tenants with rights of survivorship and not as tenants in common. In the event of the death of either of the undersigned, the entire interest in the joint account shall be vested in the survivor or survivors on the same terms and conditions and therefore held, without in any manner releasing the decedent's estate from the liability provided for in the next preceding paragraph.

*(b) In the event of the death of either or any of the undersigned the interest in the account as of the close of business on the date of the death of the decedent (or on the next following business day if the date of death is not on a business day), shall be as follows:

_____ or his or her estate _____ %
Name of Participant

_____ or his or her estate _____ %
Name of Participant

_____ or his or her estate _____ %
Name of Participant

but taxes, costs, expenses or other charges becoming a lien against or being payable out of the account as the result of the death of the decedent, or through the exercise by his or her estate or representatives of any rights in the account shall, so far as possible, be deducted from the interest of the estate of such decedent. This provision shall not release the decedent's estate from the liability provided for in the paragraph next preceding "(a)" above.

The undersigned request you to open the joint account under the following designation:

_____Michael Mann____ and ___Meryl Mann, JT WRAS___

Subject to the provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to

Name_____Michael + Meryl Mann_____

Address    **REDACTED**

City    **REDACTED**    State    REDACTED    ZIP    REDACTED

Each of the undersigned has signed the Customer Agreement and Loan Consent which are intended to cover, in addition to the provisions hereof, the terms upon which the joint account is to be carried.

Dated,    _12/16/95_    Very truly yours,

_____(signature)_____

_____(signature)_____

*Strike out paragraph (a) or (b) whichever is inapplicable, and if paragraph (b) is retained, fill in the names and percentage amounts of the interests of the respective parties.

AMF00256537



**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Congress has mandated that all interest and dividend payors including banks, corporations and funds must withhold 10% of all dividends or interest paid UNLESS you complete and return the form at the bottom of this page.

### Important New Tax Information

"Under the Federal income tax law, you are subject to certain penalties as well as with-holding of tax at a 20% rate if you have not provided us with your correct social security number or other taxpayer identification number. Please read this notice carefully.

You (as a payee) are required by law to provide us (as payor) with your correct taxpayer identification number. If you are an individual, your taxpayer identification is your social security number. If you have not provided us with your correct taxpayer identification number, you may be subject to a $50 penalty imposed by the Internal Revenue Service. In addition, divided payments that we make to you may be subject to backup withholding starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest and dividends that was repealed in 1983. If backup withholding applies, payor is required to withhold 20% of dividend payments made to you. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund may be obtained".

Please sign the form and return it to us.

Even if you have already provided this information it is required by the IRS that all information requested below be provided again.

Thank you for your cooperation.

(Corporations are exempt from this requirement and should not return this form.)

---------------------------------------------------

### SUBSTITUTE INTERNAL REVENUE SERVICE FORM W-9

Account Number(s): _____

Taxpayer Identification Number:

REDACTED - 2007

Name: _____ MICHAEL + MERYL MANN _____

Address: **REDACTED**

(Signature) _____

"Under penalties of perjury, I certify that the number shown on this form is my correct Taxpayer Identification Number".

Please fill in your name, address, taxpayer identification number, and sign above.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00256538

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 19 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the

order the Customer affirms that he will deliver the securities on or before the settlement date.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00256539

TX021

### 7. BROKER AS AGENT

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

### 8. CONFIRMATIONS AND STATEMENTS

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

### 9. SUCCESSORS

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

### 10. CHOICE OF LAWS

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _____ *NY* _____ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _____ *NY* _____

### 11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

### 12. ARBITRATION DISCLOSURES

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN  COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

AMF00256540

TX021



**13. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 18, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**14. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

___ Yes, I do object to the disclosure of information.

✓ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) _Clad c_      _12/16/95_      (X) _Henry Mann 12/16/95_
(Customer Signature/date)                (Customer Signature/date)

**REDACTED**

(Account Number)

AMF00256541

**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

### TRADING AUTHORIZATION LIMITED TO
### PURCHASES AND SALES OF SECURITIES

Gentlemen:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation. This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, _1/16/95_

**REDACTED**

(City)                    (State)

Very truly yours, _____

(Client Signature)

Signature Of Authorized Agent: _____

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00256542

TX021

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

## OPTION AGREEMENT

### TO: BERNARD L. MADOFF INVESTMENT SECURITIES

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.  I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold BERNARD L. MADOFF, its other Divisions, and its officers, Directors and Agents harmless for such loss.

2.  I understand that any option transaction made for any account of mine is subject to the rules, regulations, customs and usages of The Options Clearing Corporation and of the registered national securities exchange, national securities association, clearing organization or market where such transaction was executed. I agree to abide by such rules, regulations, custom and usages and I agree that, acting individually or in concert with others, I will not exceed any applicable position or exercise limits imposed by such exchange, association, clearing organization or other market with respect to option trading.

3.  If I do not satisfy, on a timely basis, your money or security calls, you are authorized in your sole discretion and without notification, to take any and all steps you deem necessary to protect yourself (for any reason) in connection with option transactions for my account including the right to buy and/or sell (including short or short exempt) for my account and risk any part or all of the shares represented by options handled, purchased, sold and/or endorsed by you for my account or to buy for my account and risk any option as you may deem necessary or appropriate. Any and all expenses or losses incurred in this connection will be reimbursed by me.

4.  In addition to the terms and conditions hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the purchase and sale of securities and commodities except to the extent that such other agreements are contrary to or inconsistent herewith.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00256543

TX021

5.   This agreement shall apply to all puts or call which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6.   I have received from BERNARD L. MADOFF the most recent risk disclosure documents entitled "Understanding the Risks and Uses of Listed Options", "Listed Options on Stock Indices", "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments". I have read and understand the information contained in these documents.

7.   I understand that you assign exercise notices on a random basis except that with respect to options on the following debt instruments: Treasury Bonds, Treasury Notes, Treasury Bills and GNMAS, you may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED ___/r/ro/95_____        ACCOUNT NO._____

**SIGNATURES**

(If a Corporation)                              (If Individuals)

_____
(Name of Corporation)

By_____        _____
                                         (Second Party If Joint Account)

Title_____        (If a Partnership)

                                         _____
                                         (Name of Partnership)

          SEAL
                                         By_____
                                                    (A Partner)

AMF00256544

## "CM" Account at Bernard L. Madoff Investment Securities

*HOLDING ACCT*
*PAPERS FOR BLM*
*SIGNATURE*

Preliminary: ⦿    Final: ○    Date: 12/26/95

MJC: ☒
M. Marder: ☒
Belle: ☒
Africa: ☒
Jodi: ☒

Form ID: 2018    New Account: ⦿    Addition to Existing Account: ○

Doesn't Add to Investment: ☐    How Much:

RR: RS

Frank: ☐
SMB: ☐
RADIX: ☐
CJ: ☐

Account Title: Michael Mann and Meryl Mann, Jt. WROS

Address (if new):    REDACTED

Business Phone: 840-2171    Home Phone: REDACTED

RS: ☒
BLM: ☐
JBG: ☐
☐

Tax ID: REDACTED -2007

Date Received: 1/2/96    Amount: $1,500,000.00

Check? ☒    Wire? ☐

Deposit to Account#: NEW103 ?    Deposit on: 1/2/96    Upon Receipt? ☐

List Dups, if any:

Other Instructions:

Withdrawal: ○    Withdrawal and Transfer: ○    Regular Quarterly Withdrawal: ○

Does this Reduce Investment? ☐    How Much?

Account Title:    RR:

Account Number:    Amount:

Date of Withdrawal:    Is this to close the Account? ☐

Check to be Mailed to Account Address: ☐

If No, Specify Other Mailing or Transfer Instructions:

Mail To:

Transfer to Account#:    Account Title:

○ OTHER CHANGES: (Account Title, Account Address, Tax ID#, etc.)

(Specify, Describe)

Papers In? ☐    Date:

AMF00256545



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212-230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

TAX ID NO.                                    **ACCT# ASSIGNED**

| REDACTED | 2 007 |

Mr./Mrs./Ms.          MICHAEL AND MERYL MANN, JT WROS

NAME

STREET    **REDACTED**

CITY

TEL. NUMBER          BUSINESS          RESIDENCE

REG. REP          R. Spring

WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE "KNOW YOUR CUSTOMER"
RULE OF THE NATIONAL ASSOCIATION OF SECURITY DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.

RESIDENCE          SAME (AS ABOVE)

NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

EMPLOYER'S ADDRESS   Betty's Things Sportswear - 1400 Broadway NYC 10018

OCCUPATION   DRESS MANUFACTURER

          NATIONAL WESTMINSTER BANK
BANK REFERENCE AND ADDRESS

OTHER BROKERAGE ACCOUNTS WITH   Banking Trust 280 Park Ave NYC

CLIENT INTRODUCED BY   Richard Spring

**FOR OFFICE USE ONLY**

R. R.'S ESTIMATE OF CLIENTS NET WORTH

IS CLIENT OVER 21 YEARS OF AGE          YES          NO

HOW LONG HAVE YOU KNOWN CLIENT

CLIENT IS CITIZEN OF

APPROVED BY

          DATE SENT TO CLIENT                    DATE SENT TO CLIENT

MARGIN AGREEMENT                    MAIL WAIVER FORM
JOINT AGREEMENT                    MULTIPLE A/C FORM
CORPORATE ACCOUNT FORM              CORPORATE RESOLUTION
CO-PARTNERSHIP FORM

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00256546



AMF00256547