# EXHIBIT 61

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,         Adv.Pro.No.
   v.                  08-01789(SMB)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

------------------------------------x

In Re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated   Adv.Pro.Nos.
SIPA Liquidation of Bernard L.    Listed on
Madoff Investment Securities LLC  Exhibit A
and Bernard L. Madoff,        Attached Hereto

        Plaintiff,
   v.

DEFENDANTS IN ADVERSARY PROCEEDINGS
LISTED ON EXHIBIT A ATTACHED HERETO,

        Defendants.

------------------------------------x

Deposition of:
THEODORE V. CACIOPPI
May 15, 2019

BENDISH REPORTING
877.404.2193

08-01789_CATCAA0000001

Page 2

```
 1              Deposition of THEODORE V. CACIOPPI,
      as reported by Nancy C. Bendish, Certified Court
 2    Reporter, RMR, CRR and Notary Public of the
      States of New York and New Jersey, at the U.S.
 3    ATTORNEY'S OFFICE, 86 Chambers Street, New York,
      New York, on Wednesday, May 15, 2019, commencing
 4    at 9:55 a.m.

 5

 6    A P P E A R A N C E S:

 7

          U.S. DEPARTMENT OF JUSTICE
 8        UNITED STATES ATTORNEY'S OFFICE
          Southern District of New York
 9        86 Chambers Street
          New York, New York  10007
10        BY:  ARASTU K. CHAUDHURY, ESQ.
                  arastu.chaudhury@usdoj.gov
11        For the Witness

12

13    ALSO PRESENT:

14        RICHARD M. WALSH, ESQ.
          Chief Division Counsel
15        U.S. Department of Justice

16

17

18

19

20

21

22

23

24

25
```

08-01789_CATCAA0000002

TX-080 2 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 3

```
 1              EXHIBIT A:  ADVERSARY PROCEEDINGS

 2
     Adv.Pro.       Case Name            Counsel
 3    No.

 4   10-04292  Robert Roman          Chaitman LLP

 5   10-04302  Joan Roman            Chaitman LLP

 6   10-04327  Gertrude E. Alpern
               Revocable Trust, et al.  Chaitman LLP
 7
     10-04332  Barry Weisfeld        Dentons US LLP
 8
     10-04341  Marden, et al.       Pryor Cashman LLP
 9
     10-04343  Patrice Auld, et al. Pryor Cashman LLP
10
     10-04348  Marden Family Limited
11             Partnership, et al.  Pryor Cashman LLP
12   10-04352  RAR Entrepreneurial      Chaitman LLP
               Fund LTD, et al.           Pro Se
13
     10-04357  James Greiff          Dentons US LLP
14
     10-04361  Harvey L. Werner     Bernfeld DeMatteo
15             Revocable Trust, et al. & Bernfeld LLP
16   10-04362  Sage Associates, et al. McDermott Will
                                          & Emery LLP
17
     10-04367  Benjamin T. Heller       Chaitman LLP
18
     10-04384  Lanx BM Investments,
19             LLC, et al.          FisherBroyles
20   10-04397  Fern C. Palmer Revocable
               Trust Dtd 12/31/9, et al. Chaitman LLP
21
     10-04400  Sage Realty, et al.   McDermott Will
22                                     & Emery LLP
23   10-04401  Rose Gindel Trust,
               et al.               Dentons US LLP
24
     10-04415  The Estate of Barbara
25             Berdon, et al.       Dentons US LLP
```

08-01789_CATCAA0000003

TX-080 3 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

```
                                                              Page 4
 1   Adv.Pro.           Case Name                Counsel
     No.
 2
     10-04417   The Lustig Family 1990      Binder &
 3             Trust, et al.               Schwartz LLP
 4   10-04428   Estate of Allen
               Meisels, et al.            Chaitman LLP
 5
     10-04438   Estate of Seymour
 6             Epstein et al.             Chaitman LLP
 7   10-04446   Trust Dated 12/6/99 Walter
               and Eugenie Kissinger,
 8             et al.                     Chaitman LLP
 9   10-04468   Ken-Wen Family      Bernfeld DeMatteo
               Limited Partnership,  & Bernfeld, LLP
10             et al.              Law Office of Mark
                                         S. Roher, P.A.
11
     10-04469   Carol L. Kamenstein;
12             individually and in her
               capacity as joint tenant  Chaitman LLP
13
     10-04486   The Norma Shapiro Revocable
14             Declaration of Trust Under
               Agreement Date           Dentons US LLP
15
     10-04489   Marlene Krauss            Chaitman LLP
16
     10-04491   Elaine Dine Living Trust
17             Dated 5/12/06, et al.     Chaitman LLP
18   10-04503   Judd Robbins              Chaitman LLP
19   10-04539   The Gerald and Barbara Keller
               Family Trust, et al.      Chaitman LLP
20
     10-04541   Kenneth W. Perlman,    Blank Rome LLP
21             et al.                    Chaitman LLP
22   10-04545   Jerome Goodman, et al.    Chaitman LLP
23   10-04554   David Ivan Lustig    Binder & Schwartz
                                                    LLP
24
     10-04561   Jeffrey R. Werner  Bernfeld, DeMatteo
25             11/1/98 Trust, et al.  & Bernfeld, LLP
```

08-01789_CATCAA0000004

**TX-080 4 of 63**

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 5

| | Adv.Pro. No. | Case Name | Counsel |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| | 10-04562 | Robert F. Ferber | Chaitman LLP |
| 3 | | | |
| | 10-04570 | Jacob M. Dick Rev Living | Chaitman LLP |
| 4 | | Trust DTD 4/6/01, et al. | Pro Se |
| 5 | 10-04610 | The Whitman Partnership, | |
| | | et al. | Chaitman LLP |
| 6 | | | |
| | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 7 | | | |
| | 10-04621 | Donald A. Benjamin | Chaitman LLP |
| 8 | | | |
| | 10-04644 | Russell L. Dusek | Chaitman LLP |
| 9 | | | |
| | 10-04648 | Peter D. Kamenstein | Chaitman LLP |
| 10 | | | |
| | 10-04655 | Jaffe Family Investment | Law Office of |
| 11 | | Partnership, et al. | Wayne A. Silver |
| 12 | 10-04672 | Sidney Cole | Dentons US LLP |
| 13 | 10-04702 | S&L Partnership, a New York | |
| | | partnership, et al. | Dentons US LLP |
| 14 | | | |
| | 10-04709 | Andrew M. Goodman | Chaitman LLP |
| 15 | | | |
| | 10-04718 | The Jordan H. Kart Revocable | |
| 16 | | Trust, et al. | Chaitman LLP |
| 17 | 10-04728 | Estate of Bruno L. | |
| | | Di Giulian, et al. | Chaitman LLP |
| 18 | | | |
| | 10-04740 | Robert Hirsch, as an | |
| 19 | | individual and as joint | |
| | | tenant, et al. | Chaitman LLP |
| 20 | | | |
| | 10-04748 | Mark Horowitz | Chaitman LLP |
| 21 | | | |
| | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 22 | | | |
| | 10-04752 | Kuntzman Family LLC, | |
| 23 | | et al. | Chaitman LLP |
| 24 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 25 | 10-04762 | James M. Goodman | Chaitman LLP |

08-01789_CATCAA0000005

TX-080 5 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 6

| | Adv.Pro. No. | Case Name | Counsel |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | 10-04768 | Placon2, William R. Cohen, et al. | Chaitman LLP |
| 4 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint | |
| 5 | | tenant, et al. | Chaitman LLP |
| 6 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 7 | 10-04818 | Toby Harwood | Chaitman LLP |
| 8 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 9 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 10 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood, et al. | Chaitman LLP |
| 11 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 12 | 10-04867 | Estate of Steven I. | |
| 13 | | Harnick, et al. | Chaitman LLP |
| 14 | 10-04878 | Lisa Beth Nissenbaum | |
| 15 | | Trust, et al. | Chaitman LLP |
| 16 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 17 | 10-04889 | Estate of Robert Shervyn | |
| 18 | | Savin, et al. | Chaitman LLP |
| 19 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 20 | 10-04912 | Harry Smith Revocable | |
| 21 | | Living Trust, et al. | Chaitman LLP |
| 22 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 23 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 24 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 25 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Dentons US LLP |

08-01789_CATCAA0000006

**TX-080 6 of 63**

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

```
                                                          Page 7
 1    Adv.Pro.        Case Name               Counsel
      No.
 2
      10-04931  Cantor, et al.    Winston & Strawn LLP
 3
      10-04956  D.M. Castelli           Chaitman LLP
 4
      10-04961  Sylvan Associates LLC
 5             f/k/a Sylvan Associates Ltd
               Partnership, et al.     Chaitman LLP
 6
      10-04979  James M. New Trust dtd
 7             3/19/01, et al.         Chaitman LLP
 8    10-04991  Guiducci Family Limited
               Partnership, et al.     Chaitman LLP
 9
      10-04995  Trust U/Art Fourth O/W/O
10             Israel Wilenitz, et al.  Chaitman LLP
11    10-05026  Walter Freshman Trust A, Kluger Kaplan
               a Florida trust, et al.   Silverman,
12                               Katzen & Levine, P.L.
13    10-05037  Barbara L. Savin        Chaitman LLP
14    10-05048  Estate of Armand L.     Law Office of
               Greenhall, et al.    Joseph F. Keenan
15                               Lax & Neville, LLP
16    10-05079  Estate of James M.
               Goodman, et al.         Chaitman LLP
17
      10-05104  The Gloria Albert Sandler
18             and Maurice Sandler
               Revocable Living Trust   Chaitman LLP
19
      10-05118  Charlotte M. Marden  Pryor Cashman LLP
20
      10-05124  The Lawrence J. Ryan
21             and Theresa R. Ryan Revocable
               Living Trust, et al.    Chaitman LLP
22
      10-05127  Atwood Management Profit
23             Sharing Plan & Trust,
               etc., et al.            Chaitman LLP
24
      10-05128  JABA Associates LP,
25             et al.                  Chaitman LLP
```

BENDISH REPORTING
877.404.2193

08-01789_CATCAA0000007

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

```
                                                      Page 8
  1   Adv.Pro.         Case Name              Counsel
        No.
  2
      10-05130  Barbara Kotlikoff Harman  Chaitman LLP
  3
      10-05133  Boyer H. Palmer,
  4            individually, et al.      Chaitman LLP
  5   10-05150  Plafsky Family LLC
               Retirement Plan, Robert
  6            Plafsky, et al.           Chaitman LLP
  7   10-05151  Palmer Family Trust,
               et al.                    Chaitman LLP
  8
      10-05157  The Harnick Brothers
  9            Partnership, et al.       Chaitman LLP
 10   10-05168  Bernard Marden Profit
               Sharing Plan, et al. Pryor Cashman LLP
 11
      10-05184  Laura Ann Smith Revocable
 12            Living Trust, et al.      Chaitman LLP
 13   10-05194  Bruce D. Pergament,
               et al.               Pryor Cashman LLP
 14
      10-05196  Whitman 1990 Trust U/A
 15            DTD 4/13/90, et al.       Chaitman LLP
 16   10-05209  Lapin Children LLC       Dentons US LLP
 17   10-05236  Toby T. Hobish, et al.  Dentons US LLP
 18   10-05257  Edward A. Zraick, Jr.,         Hunton
               individually and as joint     Andrews
 19            tenant, et al.            Kurth LLP
 20   10-05312  Doron Tavlin Trust
               U/A 2/4/91, et al.        Chaitman LLP
 21
      10-05377  Richard G. Eaton         Chaitman LLP
 22
      10-05384  Neil Reger Profit
 23            Sharing Keogh, et al.   Dentons US LLP
 24   10-05394  Richard M. Glantz,           Bryan Ha
               et al.                  Law Office of
 25                          Richard E. Signorelli
```

BENDISH REPORTING
877.404.2193

08-01789_CATCAA0000008

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

```
                                                          Page 9
   1    Adv.Pro.          Case Name              Counsel
          No.

   2

   3    10-05420   Gunther K. Unflat, et al. Chaitman LLP

   4    10-05435   Keith Schaffer, et al.    Chaitman LLP

   5    10-05439   Avram J. Goldberg,
                   individually and in his          Pryor
   6                capacity as trust officer  Cashman LLP

   7

   8

   9

  10

  11

  12

  13

  14

  15

  16

  17

  18

  19

  20

  21

  22

  23

  24

  25
```

08-01789_CATCAA0000009

**TX-080 9 of 63**

Page 10

1                    I N D E X

2   WITNESS                                    PAGE

3
    THEODORE V. CACIOPPI, FBI Special Agent
4
5        Trustee's Direct Examination.............11

6        Defendants' Cross Examination............39

7

8

9

10

11

12                  E X H I B I T S

13  NUMBER            DESCRIPTION              PAGE

14
    P-1    List of Adversary Proceedings...........11
15
    P-2    Undertaking and Consent To Be Bound..11,12
16
    P-3    302 Statement, Bates USAVAC0000001
17         through 018........................11,29

18

19

20

21

22

23

24

25

08-01789_CATCAA0000010

Page 11

```
 1                    (Exhibits P-1, P-2 and P-3 marked
 2    for identification.)
 3                    THE COURT REPORTER:  This is the
 4    deposition of Theodore Cacioppi, conducted by
 5    written questions pursuant to Rule 31 of the
 6    Federal Rules of Civil Procedure.
 7                    This deposition is being conducted
 8    in the adversary proceedings listed on what has
 9    been marked as P Exhibit 1.
10
11    T H E O D O R E   V.  C A C I O P P I,
12         having been duly sworn,
13         testifies as follows:
14    TRUSTEE'S DIRECT EXAMINATION QUESTIONS:
15         Q.     Please state your full name for
16    the record.
17         A.     Theodore Vincent Cacioppi.
18         Q.     Do you understand you are here
19    today in connection with the April 4th, 2019
20    deposition notice served in connection with 103
21    separate adversary proceedings marked as P
22    Exhibit 1?
23         A.     Yes.
24         Q.     Do you understand that this
25    deposition is being conducted in connection with
```

08-01789_CATCAA0000011

TX-080 11 of 63

Page 12

1     a Litigation Protective Order entered in this

2     proceeding?

3          A.     Yes.

4          Q.     Did you sign the Undertaking and

5     Consent to be Bound to the Litigation Protective

6     Order marked as P Exhibit 2?

7          A.     No.

8          Q.     If you did not sign, I understand

9     you have been provided a copy marked as P

10    Exhibit 2 which includes the following paragraph

11    10 to be read into the record:

12              "Confidential Material shall not

13    be given, shown, made available, or communicated

14    in any way to any person or entity other than

15    the following:...f.  A witness at any deposition

16    in the Actions or Rule 2004 examinations."  And

17    the operative section for this deposition is

18    subparagraph (iv) which reads:  "All witnesses

19    and their counsel shall be provided a copy of

20    this Order, and shall thereafter be bound by

21    this Order.  Counsel taking the deposition or

22    Rule 2004 examination shall designate all

23    portions of the transcript relating to the

24    Confidential Material as Confidential."

25              Please state the name of your

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 13

1   employer and job title.

2        A.    I'm a Special Agent with the

3   Federal Bureau of Investigation.

4        Q.    Are you currently employed by the

5   Federal Bureau of Investigation, which I will

6   refer to as the "FBI"?

7        A.    Yes.

8        Q.    Can we agree that we will refer to

9   the Federal Bureau of Investigation as the

10  "FBI"?

11       A.    Yes.

12       Q.    Are you employed as a Special

13  Agent with the FBI?

14       A.    Yes.

15       Q.    Do you understand that your

16  testimony was authorized today by the United

17  States Attorney for the Southern District of New

18  York and the FBI?

19       A.    Yes.

20       Q.    Today I will be asking you about

21  the following topics that you were authorized to

22  testify about:

23              i.    Your background;

24              ii.   Your personal recollection

25  of the December 16, 2008 Proffer Session as it

08-01789_CATCAA0000013

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 14

1   pertains to statements made by Madoff about when

2   his fraud began;

3                iii.  Your note-taking practices

4   in general;

5                iv.   Your note-taking during the

6   Proffer Session; and

7                v.    Authentication of the 302

8   Statement.

9                Do you understand that these are

10  the topics on which you are being deposed?

11       A.     Yes.

12       Q.     Did you attend undergraduate

13  college?

14       A.     Yes.

15       Q.     If so, where did you attend

16  undergraduate college?

17       A.     The University of Vermont.

18       Q.     When did you obtain your

19  undergraduate degree?

20       A.     [REDACTED]

21       Q.     What type of undergraduate degree

22  did you obtain?

23       A.     Sociology -- Bachelor's in

24  sociology with a concentration in criminal

25  justice.

08-01789_CATCAA0000014

TX-080 14 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 15

1          Q.     Do you have a law degree?

2          A.     Yes.

3          Q.     If so, when did you obtain that

4     degree?

5          A.     [REDACTED].

6          Q.     If so, what law school did you

7     attend?

8          A.     St. John's.

9          Q.     Where did you work after you

10    obtained your law degree?

11         A.     A law firm called Rogers & Wells

12    which became Clifford Chance Rogers & Wells

13    while I was there.

14         Q.     When did you start working for the

15    FBI?

16         A.     Very early 2002.

17         Q.     What was your title?

18         A.     Special Agent.

19         Q.     Is that still your title?

20         A.     Yes.

21         Q.     What is the role of Special Agents

22    at the FBI?

23         A.     To conduct various types of

24    investigations on behalf of the Department of

25    Justice.

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

Page 16

1        Q.        What specifically was your role at
2    the FBI when you began your employment?
3        A.        After a very brief tour of certain
4    specialty squads, which is common for New York,
5    I was assigned to a white collar squad
6    specializing in securities and commodities
7    fraud.
8        Q.        Did you take an oath of office
9    when you joined the FBI?
10        A.        Yes.
11        Q.        When taking that oath, did you
12    swear you would bear true and faithful
13    allegiance to the Constitution of the United
14    States and faithfully discharge your duties?
15        A.        Yes.
16        Q.        What training did you receive in
17    connection with your duties investigating white
18    collar securities fraud and related crimes?
19        A.        Number of classes at the FBI
20    Academy initially, and as I was on the squad, a
21    number of conferences and specialty schools I
22    was sent to and a lot of on-the-job training.
23        Q.        How did your role at the FBI
24    change between 2002 and December 2008?
25        A.        I had become the principal relief

08-01789_CATCAA0000016

TX-080 16 of 63

Page 17

1    supervisor for the squad, which is essentially

2    second in command.

3        Q.    What were your duties as an FBI

4    Special Agent as of December 2008?

5        A.    Investigating securities and

6    commodities frauds and other similar type of

7    frauds as were assigned to me.

8        Q.    Had you investigated Ponzi scheme

9    cases on behalf of the FBI prior to December

10   2008?

11       A.    Yes.

12       Q.    Had you investigated securities

13   fraud cases on behalf of the FBI prior to

14   December 2008?

15       A.    Yes.

16       Q.    Had you investigated money

17   laundering cases on behalf of the FBI prior to

18   December 2008?

19       A.    Yes.

20       Q.    Was it part of your duties at the

21   FBI to interview individuals, including

22   defendants or persons of interest in criminal

23   investigations?

24       A.    Yes.

25       Q.    How often did you participate in

08-01789_CATCAA0000017

TX-080 17 of 63

Page 18

1    these types of interviews of individuals in

2    fulfilling your obligations to the FBI?

3        A.      Hundreds of times.

4        Q.      Are you familiar with the term

5    "proffer"?

6        A.      Yes.

7        Q.      What is a "proffer" as that noun

8    is used by the FBI?

9        A.      A certain structured type of

10   interview in which an Assistant U.S. Attorney is

11   there, the subject's attorney is there and

12   certain protections are afforded to the subject

13   of the interview.

14       Q.      What is the purpose of a proffer?

15       A.      It's an investigative tool.

16       Q.      Are you familiar with proffer

17   agreements?

18       A.      Yes.

19       Q.      What is a proffer agreement?

20       A.      It is essentially a contract that

21   effectuates the protections afforded to the

22   subject of the proffer interviewed.

23       Q.      Are you familiar with the term

24   "proffer session"?

25       A.      Yes.

08-01789_CATCAA0000018

**TX-080 18 of 63**

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 19

1        Q.     Please describe the purpose of a

2  proffer session.

3        A.     It is to interview a subject in a

4  case in order to gather facts to further the

5  investigation.

6        Q.     Please describe the general

7  protocol for conducting a proffer session.

8        A.     A proffer session is generally

9  held in a conference room at the U.S. Attorney's

10 Office.  Present are an investigator, generally

11 the FBI agent, Assistant U.S. Attorney, the

12 subject and one or more attorneys representing

13 the subject.  The proffer agreement is explained

14 to the subject and the agreement is executed.

15       Q.     Did you participate in proffer

16 sessions in your capacity as a Special Agent at

17 the FBI?

18       A.     Yes.

19       Q.     Approximately how many proffer

20 sessions have you attended as a Special Agent?

21       A.     At least 150.

22       Q.     Who typically attends a proffer

23 session?

24       A.     A subject, his attorney or

25 attorneys, the FBI agent and one or more

08-01789_CATCAA0000019

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 20

1    Assistant U.S. Attorneys.

2          Q.    Who typically asks the questions

3    at a proffer session?

4          A.    Generally the Assistant U.S.

5    Attorney.  Sometimes the agent, though.

6          Q.    Is it the FBI's policy and

7    practice to inform individuals who are the

8    subject of proffer sessions of the legal

9    implications of failing to truthfully respond in

10   full to the questions?

11         A.    I don't know if it's the policy.

12   It's certainly the practice, however.

13         Q.    If so, what is that warning?

14         A.    Be completely forthcoming and

15   don't lie.  Lying in this context is a crime

16   unto itself.

17         Q.    Do you personally maintain a copy

18   of the notes you take?

19         A.    I don't personally maintain a copy

20   of the notes.  They are maintained in the FBI

21   files.

22         Q.    Did you receive training by the

23   FBI as to how to conduct interviews, including

24   proffer sessions?

25         A.    Yes.

08-01789_CATCAA0000020

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

                                                              Page 21

1        Q.      If so, describe that training.

2        A.      Some basic interview training at

3   the academy and then attending other people's

4   proffer sessions as an observer and that type of

5   on-the-job training.

6        Q.      Do you comply with FBI training

7   regarding how to conduct interviews when you are

8   involved?

9        A.      Yes, except that often violated

10   the five-day rule in turning my notes into a

11   302.  It's sometimes just not possible when

12   creating a 30- or 40-page 302.

13       Q.      Are you familiar with something

14   called the form FD-302, or "302"?

15       A.      Yes.

16       Q.      If so, what is an FD-302?

17       A.      It's a report of investigative

18   activity to include the results of an interview.

19       Q.      If not, does the FBI require that

20   a 302 be prepared after every proffer session?

21       A.      The FBI requires that a 302 be

22   prepared after proffer sessions.

23       Q.      Who typically prepares the 302?

24       A.      The agent attending the proffer

25   session.

BENDISH REPORTING
877.404.2193

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 22

1        Q.      How is a 302 prepared?

2        A.      The agent takes notes at the

3    proffer session and uses those notes to refresh

4    their recollection as they draft a typewritten

5    302.

6        Q.      Does anyone at the FBI review a

7    302 before it is finalized?

8        A.      Yes.

9        Q.      If so, who?

10       A.      The squad supervisor.

11       Q.      Does anyone outside the FBI review

12   a 302 before it is finalized?

13       A.      Sometimes an AUSA.  Sometimes an

14   AUSA, but not often.  Assistant U.S. Attorney.

15       Q.      If so, who?

16       A.      In the cases that it happens, an

17   Assistant U.S. Attorney.

18       Q.      Are 302s maintained in a certain

19   location within the FBI's files?

20       A.      They're maintained in a case file

21   for that case.

22       Q.      If so, where are the 302s

23   maintained after each is finalized?

24       A.      In the case file for that case.

25       Q.      Are you familiar with the FBI's

BENDISH REPORTING
877.404.2193

08-01789_CATCAA0000022

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

Page 23

1   investigation involving Bernard L. Madoff?

2        A.    Yes.

3        Q.    Do you understand that when I use

4   the name "Mr. Madoff" I am referring to Bernard

5   L. Madoff?

6        A.    Yes.

7        Q.    Do you understand that when I use

8   the term "BLMIS" I am referring to Mr. Madoff's

9   business, Bernard L. Madoff Investment

10  Securities?

11       A.    Yes.

12       Q.    On what date did the FBI's

13  investigation of Mr. Madoff begin?

14       A.    The day before he was arrested, so

15  I believe that date was December 10th, of 2008.

16       Q.    When did the FBI's investigation

17  of Mr. Madoff expand to include the business

18  dealings and operations of BLMIS?

19       A.    The same day as the arrest, which

20  was the 11th.

21       Q.    Is that the same date you started

22  working on the investigation?

23       A.    I started working on the

24  investigation the day before the arrest, the

25  10th.

08-01789_CATCAA0000023

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 24

1        Q.      Did you take any actions on

2    December 10, 2008 with respect to the FBI's

3    investigation of Mr. Madoff and the operations

4    of BLMIS?

5        A.      Yes.

6        Q.      If so, what actions did you take

7    on December 10, 2008 with respect to the FBI's

8    investigation of Mr. Madoff and the operations

9    of BLMIS?

10       A.      I had a number of phone calls with

11   my supervisor with one or more Assistant US

12   Attorneys and with representatives of the SEC,

13   Securities & Exchange Commission, and I believe

14   one other civil agency, which may have been the

15   NASD at that point.

16       Q.      Did you take any actions on

17   December 11, 2008 with respect to the FBI's

18   investigation of Mr. Madoff and the operations

19   of BLMIS?

20       A.      Yes.

21       Q.      Did you visit Mr. Madoff in his

22   apartment on December 11, 2008?

23       A.      Yes.

24       Q.      Did you participate in the arrest

25   of Mr. Madoff in his apartment on December 11,

08-01789_CATCAA0000024

**TX-080 24 of 63**

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

Page 25

1   2008?

2        A.    Yes; I arrested him.

3        Q.    Did you continue to work on the

4   BLMIS investigation after December 11, 2008??

5        A.    Yes.

6        Q.    Did there come a time when you

7   stopped working on the investigation of BLMIS?

8        A.    Yes.

9        Q.    If so, when did you stop working

10  on the BLMIS investigation?

11       A.    Approximately 18 months after the

12  arrest.

13       Q.    Have you provided any testimony in

14  a court of law regarding the investigation of

15  BLMIS?

16       A.    Yes.

17       Q.    If so, please describe the

18  circumstances and general overview of any

19  testimony.

20       A.    At a criminal trial of some

21  co-conspirators I testified as to the

22  circumstances surrounding the arrest and some

23  other events that took place that day.

24       Q.    Do you recall meeting with Mr.

25  Madoff any time after his December 11, 2008

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 26

1    arrest?

2         A.    Yes.

3         Q.    Do you recall how many times you

4    met with Mr. Madoff after December 11, 2008?

5         A.    At least twice.

6         Q.    When did you meet with Mr. Madoff

7    after December 11, 2008?

8         A.    Approximately one week after the

9    arrest, after December 11th.

10        Q.    Do you recall meeting with Mr.

11   Madoff in a proffer session?

12        A.    Yes.

13        Q.    When was the proffer session?

14        A.    Approximately one week after the

15   arrest.

16        Q.    Can I refer to this December 2008

17   meeting with Mr. Madoff as the "December 2008

18   proffer session"?

19        A.    Yes.

20        Q.    Did Mr. Madoff sign a proffer

21   agreement in connection with the December 2008

22   proffer session?

23        A.    Yes.

24        Q.    Was Mr. Madoff instructed about

25   the legal effect of that signature?

BENDISH REPORTING
877.404.2193

08-01789_CATCAA0000026

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

Page 27

1        A.      Yes.

2        Q.      What were those instructions?

3        A.      Be completely forthcoming and

4   don't lie.

5        Q.      Where did the December 2008

6   proffer session take place??

7        A.      At the U.S. Attorney's Office for

8   the Southern District of New York.

9        Q.      How long did the December 2008

10  proffer session last?

11       A.      At least 3-1/2 to four hours.

12       Q.      Was counsel for Mr. Madoff present

13  at the December 2008 proffer session?

14       A.      Yes.

15       Q.      Were other participants present at

16  the December 2008 proffer session?

17       A.      Yes.

18       Q.      Did you take notes during the

19  December 2008 proffer session?

20       A.      I did.

21       Q.      What did you do with the notes

22  after the December 2008 proffer session?

23       A.      I brought them back to the FBI

24  office, 26 Federal Plaza, and utilized them to

25  draft a 302.

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 28

1          Q.      Did you review the notes with

2    anyone at the FBI after the December 2008

3    proffer session?

4          A.      No, and nothing else.

5          Q.      What was the purpose of

6    Mr. Madoff's December 2008 proffer session?

7          A.      It was very early in the

8    investigation and we were still trying to gather

9    facts as to what was going on.

10          Q.      Describe generally what occurred

11    at Mr. Madoff's December 2008 proffer session.

12          A.      It was a very well attended

13    proffer.  There were a lot of parties there and

14    he described for us his version of events as to

15    the formation and execution of his Ponzi scheme.

16          Q.      Who asked Mr. Madoff questions at

17    the December 2008 proffer session?

18          A.      The lead questioner was the

19    Assistant U.S. Attorney who I believe was Marc

20    Litt, but many of the government representatives

21    asked questions at that proffer session.

22          Q.      During the December 2008 proffer

23    session, did you or anyone instruct Mr. Madoff

24    about the consequences of failing to truthfully

25    respond in full at his proffer session?

08-01789_CATCAA0000028

TX-080 28 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 29

1        A.    Yes.

2        Q.    If so, who?

3        A.    The Assistant U.S. Attorney went

4   over the proffer agreement with him and

5   instructed him as to the consequences of lying

6   in a proffer session.

7        Q.    Did Mr. Madoff make any statements

8   regarding the start of the fraud at BLMIS?

9        A.    Yes.

10        Q.    If so, what did Mr. Madoff say?

11        A.    That it started in the '60s but

12   began more formally in earnest in the '70s.

13        Q.    Did Mr. Madoff state when the

14   fraud began?

15        A.    Yes.

16        Q.    If so, when?

17        A.    He stated that it began initially

18   in the '60s but more formally and in earnest in

19   the '70s.

20        Q.    I'm going to show you what has

21   been marked as P Exhibit 3, Bates stamped

22   USAVAC0000001 through USAVAC0000014.

23              Do you recognize P Exhibit 3?

24        A.    Yes.

25        Q.    If so, what is P Exhibit 3?

08-01789_CATCAA0000029

TX-080 29 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 30

1        A.      That's the 302 I drafted for the

2    proffer we're discussing.

3        Q.      Is P Exhibit 3 the 302 prepared in

4    connection with Mr. Madoff's December 2008

5    proffer session?

6        A.      Yes.

7        Q.      Were you involved in the

8    preparation of the 302?

9        A.      Yes.  I drafted it.

10       Q.      Did you prepare the 302?

11       A.      Yes.

12       Q.      Is the 302 a fair and accurate

13   representation of the information provided by

14   Mr. Madoff during the December 2008 proffer

15   session?

16       A.      Yes.

17       Q.      Please look at the bottom of page

18   ending in -001 of P Exhibit 3.  Is the notation

19   "SA Theodore V. Cacioppi" referencing you?

20       A.      Yes.

21       Q.      Please turn to the page ending in

22   -001 of P Exhibit 3.  Are the participants

23   listed in the first paragraph consistent with

24   who you recall participated in the December 2008

25   proffer session?

Page 31

1        A.     Yes.

2        Q.     On the page ending -001 of P

3   Exhibit 3, is there a date showing when the

4   proffer session took place?

5        A.     Yes.

6        Q.     Is that date consistent with your

7   recollection of when the proffer session

8   occurred?

9        A.     Yes.

10       Q.     On the page ending in -001 of P

11  Exhibit 3, is there a date showing when the 302

12  was finalized?

13       A.     There's a date showing the

14  transcription.  That doesn't reflect the day of

15  finalization.  That reflects when the drafting

16  of the 302 began, but I'm sure I finished this

17  within three days of beginning the

18  transcription.

19       Q.     Is that date consistent with your

20  recollection of when the 302 was memorialized?

21       A.     Yes.

22       Q.     Mr. Cacioppi, I am going to ask

23  you whether Mr. Madoff made certain statements

24  memorialized in the 302 marked as P Exhibit 3.

25              Please turn to page ending in -007

08-01789_CATCAA0000031

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

                                                          Page 32

1    of P Exhibit 3.  The first sentence of the first

2    full paragraph on that page states:  "When

3    Madoff began a retail business in about 1960 he

4    had about a dozen clients all of whom were

5    family and friends."

6              Did Mr. Madoff make this statement

7    during the proffer session?

8         A.    Yes.

9         Q.    The second sentence in the first

10   full paragraph of the page ending in -007 of P

11   Exhibit 3 states:  "The retail business morphed

12   into a fraud as time went by."

13             Did Mr. Madoff make this statement

14   during the proffer session?

15        A.    Yes.

16        Q.    The third sentence in the first

17   full paragraph on the page ending -007 of P

18   Exhibit 3 states:  "In 1962 Madoff's retail

19   business was wiped out in the new issue

20   collapse."

21             Did Mr. Madoff make this statement

22   during the proffer session?

23        A.    Yes.

24        Q.    The fourth sentence in the first

25   full paragraph on the page ending in -007 of P

08-01789_CATCAA0000032

TX-080 32 of 63

Page 33

1    Exhibit 3 states:  "All of his clients lost

2    virtually their entire investment, which

3    amounted to a total of about $30,000."

4              Did Mr. Madoff make this statement

5    during the proffer session?

6        A.    Yes.

7        Q.    The fifth sentence in the first

8    full paragraph on the page ending -007 of P

9    Exhibit 3 states:  "Madoff felt he had to pay

10   them back, so he borrowed $30,000 from his

11   father-in-law to do so."

12             Did Mr. Madoff make this statement

13   during the proffer session?

14       A.    Yes.

15       Q.    The sixth sentence in the first

16   full paragraph on the page ending -007 of P

17   Exhibit 3 states:  "His father-in-law was not

18   pleased by this development."

19             Did Mr. Madoff make this statement

20   during the proffer session?

21       A.    Yes.

22       Q.    The seventh sentence in the first

23   full paragraph on the page ending -007 of P

24   Exhibit 3 states:  "Madoff was able to pay all

25   these clients back and start the market making

08-01789_CATCAA0000033

TX-080 33 of 63

Page 34

1    business."

2                 Did Mr. Madoff make this statement

3    during the proffer session?

4         A.    Yes.

5         Q.    The eighth sentence in the first

6    full paragraph on the page ending in -007 of P

7    Exhibit 3 states:  "At about this time he took

8    in new retail clients."

9                 Did Mr. Madoff make this statement

10   during the proffer session?

11        A.    Yes.

12        Q.    The ninth sentence in the first

13   full paragraph on the page ending -007 on P

14   Exhibit 3 states:  "These clients were also

15   family and friends."

16                Did Mr. Madoff make this statement

17   during the proffer sentence?

18        A.    Yes.

19        Q.    The tenth sentence in the first

20   full paragraph on the page ending -007 of P

21   Exhibit 3 states:  "He began to falsely report

22   returns of 30 to 40 percent annually to these

23   customers."

24                Did Mr. Madoff make this statement

25   during the proffer session?

08-01789_CATCAA0000034

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

Page 35

1       A.      Yes.

2       Q.      The eleventh and final sentence in

3    the first full paragraph on the page ending -007

4    of P Exhibit 3 states:  "All or virtually all of

5    these accounts were discretionary and Madoff had

6    power of attorney over them."

7              Did Mr. Madoff make this statement

8    during the proffer session?

9       A.      Yes.

10       Q.      Please turn to the page ending in

11   -004 of P Exhibit 3.  The first sentence of the

12   first full paragraph states:  "The books and

13   records of client business of BLMIS reflect only

14   the false trades and fund flows pursuant to

15   these purported trades."

16             Did Mr. Madoff make this statement

17   during the proffer session?

18       A.      Yes.

19       Q.      The second sentence of the first

20   full paragraph on the page ending in -004 of P

21   Exhibit 3 states:  "There is no second set of

22   books and records."

23             Did Mr. Madoff make this statement

24   during the proffer session?

25       A.      Yes.

08-01789_CATCAA0000035

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 36

1          Q.     The third sentence of the first

2   full paragraph on the page ending in -004 of P

3   Exhibit 3 states:  "The fraud entailed Madoff

4   taking in funds from investors, holding those

5   funds and paying them out to investors seeking

6   redemptions."

7                  Did Mr. Madoff make this statement

8   during the proffer session?

9          A.     Yes.

10         Q.     The fourth sentence of the first

11  full paragraph on the page ending in -004 of P

12  Exhibit 3 states:  "It was essentially a Ponzi

13  scheme."

14                 Did Mr. Madoff make this statement

15  during the proffer session?

16         A.     Yes.

17         Q.     The fifth sentence of the first

18  full paragraph on the page ending -004 of P

19  Exhibit 3 states:  "Customers received both

20  monthly account statements and trade

21  confirmation (sic) reflecting trades the (sic)

22  never took place."

23                 Did Mr. Madoff make this statement

24  during the proffer session?

25         A.     Yes.

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

                                                              Page 37

1          Q.      The sixth sentence of the first

2    full paragraph on the page ending -004 of P

3    Exhibit 3 states:  "Madoff began engaging in

4    fraud in earnest in the 1970s."

5                  Did Mr. Madoff make this statement

6    during the proffer session?

7          A.      Yes.

8          Q.      The seventh sentence of the first

9    full paragraph on the page ending in -004 of P

10   Exhibit 3 states:  "The 1980s saw a large

11   expansion in the retail (i.e. fraudulent)

12   portion of the business."

13                 Did Mr. Madoff make this statement

14   during the proffer session?

15         A.      Yes.

16         Q.      The eighth sentence of the first

17   full paragraph on the page ending in -004 of P

18   Exhibit 3 states:  "As there was no actual

19   trading, nothing cleared through DTCC or any

20   clearing firm, and the only records of the

21   purported trades are the paper confirmations."

22                 Did Mr. Madoff make this statement

23   during the proffer session?

24         A.      Yes.

25         Q.      Please turn to the page ending in

08-01789_CATCAA0000037

Page 38

1    -003 of P Exhibit 3.  The first sentence of the

2    fifth paragraph states:  "When Madoff first

3    began the retail business he did initially

4    engage in some actual trades."

5              Did Mr. Madoff make this statement

6    during the proffer session?

7         A.    Yes.

8         Q.    The second sentence of the fifth

9    paragraph on the page ending in -003 of P

10   Exhibit 3 states:  "Soon, however, he began to

11   engage in fraud as to the entire retail

12   business."

13             Did Mr. Madoff make this statement

14   during the proffer session?

15        A.    Yes.

16        Q.    The third sentence of the fifth

17   paragraph on the page ending in -003 of P

18   Exhibit 3 states:  "He stopped engaging in any

19   actual trading."

20             Did Mr. Madoff make this statement

21   during the proffer session?

22        A.    Yes.

23        Q.    The fourth sentence of the fifth

24   paragraph on the page ending in -003 of P

25   Exhibit 3 states:  "For virtually the entire

08-01789_CATCAA0000038

TX-080 38 of 63

Page 39

1   life of the retail business Madoff simply did

2   not trade and sent investors false account

3   statements and false trade confirmations."

4           Did Mr. Madoff make this statement

5   during the proffer session?

6       A.   Yes.

7       Q.   This concludes the Trustee's

8   direct examination questions.

9                -  -  -

10  DEFENDANTS' CROSS-EXAMINATION QUESTIONS:

11      Q.   Can you name everyone in

12  attendance at the December proffer session?

13      A.    I can, but I'd have to read it

14  from the 302.

15          At the December proffer session

16  were Bernard Madoff, his attorneys Daniel

17  Horowitz, Ira Sorkin and Nicole DeBello.  I was

18  there, Special Agent Keith Kelly was there, an

19  AUSA named Marc Litt, an AUSA named William

20  Johnson, Kevin Bell from SIPC, Harvey Kelly from

21  Alix Partners, Daniel Zinman from RK&O, Tom

22  Bioli from the SEC, Israel Friedman from the

23  SEC, Michael Kress from the SEC, Alexander

24  Vasilescu from the SEC, and George Stamboulidis

25  from Baker Hostetler, who was the Trustee's

08-01789_CATCAA0000039

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 40

1    counsel at the time.

2         Q.     Was Mr. Madoff's counsel present

3    at the December proffer session?

4         A.     Yes.

5         Q.     If so, name his counsel who was

6    present.

7         A.     Ira Sorkin, Nicole DeBello and

8    Daniel Horowitz.

9         Q.     Was a tape recording made of the

10   interview?

11        A.     No.

12        Q.     If not, why not?

13        A.     They are typically not tape

14   recorded and policy and law don't provide for

15   that.

16        Q.     Did Mr. Madoff speak of different

17   kinds of fraudulent activity he conducted?

18        A.     Yes.

19        Q.     Did he specifically mention his

20   split strike conversion strategy?

21        A.     Yes.

22        Q.     Did he explain that he started

23   that strategy in 1992?

24        A.     Yes.

25        Q.     Did he explain that, prior to

BENDISH REPORTING
877.404.2193

Picard v Defendants on Exhibit A         Theodore Cacioppi 5/15/2019

Page 41

1    1992, he had conducted certain trading

2    activities for his Big Four clients including

3    Stanley Chais, Carl Shapiro and Norman Levy,

4    which were not legal?

5         A.    I had never heard the term "Big

6    Four" referring to these clients before and at

7    the time of the proffer we were not aware

8    specifically of who various victims were.

9         Q.    With respect to the statement on

10   the eleventh and final sentence of the first

11   full paragraph on the page ending -007 of P

12   Exhibit 3, states:  "All or virtually all of

13   these accounts were discretionary and Madoff had

14   power of attorney over them."

15             What specific customers did Madoff

16   say had given him a power of attorney?

17        A.    I don't recall there being --

18   customers being specified as to that statement,

19   but I took it to mean customers that were in

20   what eventually became the investment advisory

21   business, which was the fraud.

22        Q.    With respect to Mr. Madoff's

23   statement in the fourth sentence of the first

24   full paragraph on the page ending in -004 of P

25   Exhibit 3 that "it was essentially a Ponzi

08-01789_CATCAA0000041

TX-080 41 of 63

Picard v Defendants on Exhibit A        Theodore Cacioppi 5/15/2019

Page 42

1   scheme" to what aspect of BLMIS's activities was

2   he referring?

3       A.      The investment advisory business,

4   which is what eventually became -- what

5   eventually morphed into the fraud.

6       Q.      With respect to Mr. Madoff's

7   statement in the sixth sentence of the first

8   full paragraph on the page ending -004 of P

9   Exhibit 3 that he "began engaging in fraud in

10  earnest" in the 1970s, isn't it true that

11  Mr. Madoff was referring to his activities for

12  his Big Four clients including Carl Shapiro,

13  Stanley Chais and Norman Levy?

14      A.      Again, I never heard of the term

15  "Big Four" referring to certain victims.  And as

16  to those specific victims, we were still trying

17  to sort out at that time who were victims and

18  who weren't.  Although I believe -- I took him

19  to mean that he was talking about what

20  eventually became the investment advisory

21  business, i.e. the fraud.

22      Q.      Both Madoff and DiPascali pled

23  guilty in open court, obviously in the presence

24  of the government, to a fraud of the investment

25  advisory customers that began in 1992 with the

08-01789_CATCAA0000042

TX-080 42 of 63

Page 43

1    split strike conversion strategy.

2              Why did the government allow both

3    defendants to plead to the fraud beginning in

4    1992 if the government believed the fraud began

5    decades earlier?

6              MR. CHAUDHURY:  The government

7    objects to this question as beyond the scope of

8    the Touhy Authorization and directs the witness

9    not to answer.

10        Q.    When the government presents a

11   witness to the Court who is pleading guilty,

12   does the government review the guilty plea

13   before it is presented?

14             MR. CHAUDHURY:  The government

15   objects to this question as beyond the scope of

16   the Touhy Authorization and directs the witness

17   not to answer.

18        Q.    Does the government allow a

19   criminal defendant to make false statements in

20   his guilty plea?

21             MR. CHAUDHURY:  The government

22   objects to the question as beyond the scope of

23   the Touhy Authorization and directs the witness

24   not to answer.

25        Q.    Would the government refuse to

08-01789_CATCAA0000043

TX-080 43 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 44

1  allow a criminal defendant to make a false

2  statement in his guilty plea?

3            MR. CHAUDHURY:  The government

4  objects to the question as beyond the scope of

5  the Touhy request and directs the witness not to

6  answer.

7       Q.    At the time Madoff and Frank

8  DiPascali made their criminal guilty pleas, had

9  the government had time to fully investigate the

10 Madoff/BLMIS fraud to be satisfied that the

11 guilty pleas of Madoff and DiPascali were

12 accurate?

13           MR. CHAUDHURY:  The government

14 objects to the question as beyond the scope of

15 the Touhy Authorization and directs the witness

16 not to answer.

17      Q.    If the answer to this question is

18 no, did the government disclose to the Court

19 when these defendants pled guilty that the

20 government had not determined if the guilty

21 pleas were accurate?

22           MR. CHAUDHURY:  The government

23 objects to the question as beyond the scope of

24 the Touhy Authorization and directs the witness

25 not to answer.

08-01789_CATCAA0000044

TX-080 44 of 63

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 45

1              This concludes the Defendants'

2       cross-examination questions.

3              Thank you.

4              (Deposition concluded 10:30 a.m.)

5                       -o0o-

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

08-01789_CATCAA0000045

Page 46

1                        ERRATA SHEET

2

   WITNESS NAME:   THEODORE V. CACIOPPI

3
   PAGE/LINE              CHANGE              REASON

4

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

BENDISH REPORTING
877.404.2193

08-01789_CATCAA0000046

Page 47

```
 1                         JURAT
 2              I, THEODORE V. CACIOPPI, have read
 3    the foregoing deposition and hereby affix my
 4    signature that same is true and correct, except
 5    as noted above.
                       _____
 6                       THEODORE V. CACIOPPI
 7
      THE STATE OF _____
 8
      COUNTY OF _____
 9
10         Before me, _____, on this
11    day personally appeared _____,
12    known to me (or proved to me on the oath of or
13    through _____ (description of identity
14    card or other document) to be the person whose
15    name is subscribed to the foregoing instrument
16    and acknowledged to me that he/she executed the
17    same for the purpose and consideration therein
18    expressed.
19         Given under my hand and seal of office on
20    this _____ day of _____, _____.
21
22                     _____
                         NOTARY PUBLIC IN AND FOR
23                       THE STATE OF_____
24
25    My Commission Expires: _____.
```

08-01789_CATCAA0000047

TX-080 47 of 63

Page 48

1                    REPORTER'S CERTIFICATION

2

3              I, NANCY C. BENDISH, Certified

4     Court Reporter and Notary Public of the States

5     of New York and New Jersey, do hereby certify

6     that, prior to the commencement of the

7     aforementioned examination, THEODORE V. CACIOPPI

8     was sworn by me to testify the truth, the whole

9     truth and nothing but the truth.

10             I DO FURTHER CERTIFY that the

11    foregoing is a true and accurate transcript of

12    the testimony as taken stenographically by and

13    before me at the time, place, and on the date

14    hereinbefore set forth.

15             I DO FURTHER CERTIFY that I am

16    neither a relative nor employee nor attorney nor

17    counsel of any party in this action and that I

18    am neither a relative nor employee of such

19    attorney or counsel, and that I am not

20    financially interested in the event nor outcome

21    of this action.

22    _____

23             NANCY C. BENDISH, CCR, RMR, CRR
                Realtime Systems Administrator
24             Certificate No. XI00836

25    Dated:  May 18, 2019

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 1

| A | | | |
|---|---|---|---|
| **a.m** | 24:14 | **Andrews** | 1:16,19 |
| 2:4 45:4 | **agent** | 8:18 | **attend** |
| **able** | 10:3 13:2,13 15:18 | **Ann** | 14:12,15 15:7 |
| 33:24 | 17:4 19:11,16,20,25 | 8:11 | **attendance** |
| **academy** | 20:5 21:24 22:2 39:18 | **annually** | 39:12 |
| 16:20 21:3 | **Agents** | 34:22 | **attended** |
| **account** | 15:21 | **answer** | 19:20 28:12 |
| 36:20 39:2 | **agree** | 43:9,17,24 44:6,16,17 | **attending** |
| **accounts** | 13:8 | 44:25 | 21:3,24 |
| 35:5 41:13 | **agreement** | **apartment** | **attends** |
| **accurate** | 4:14 18:19 19:13,14 | 24:22,25 | 19:22 |
| 30:12 44:12,21 48:11 | 26:21 29:4 | **appeared** | **attorney** |
| **acknowledged** | **agreements** | 47:11 | 13:17 18:10,11 19:11 |
| 47:16 | 18:17 | **Approximately** | 19:24 20:5 22:14,17 |
| **action** | **al** | 19:19 25:11 26:8,14 | 28:19 29:3 35:6 41:14 |
| 48:17,21 | 3:6,8,9,11,12,15,16,19 | **April** | 41:16 48:16,19 |
| **actions** | 3:20,21,23,25 4:3,4,6 | 11:19 | **Attorney's** |
| 12:16 24:1,6,16 | 4:8,10,17,19,21,22,25 | **ARASTU** | 2:3,8 19:9 27:7 |
| **activities** | 5:4,5,11,13,16,17,19 | 2:10 | **attorneys** |
| 41:2 42:1,11 | 5:23 6:3,5,8,10,13,14 | **arastu.chaudhury@...** | 19:12,25 20:1 24:12 |
| **activity** | 6:17,19,20,22,25 7:2 | 2:10 | 39:16 |
| 21:18 40:17 | 7:5,7,8,10,11,14,16 | **Armand** | **Atwood** |
| **actual** | 7:21,23,25 8:4,6,7,9 | 7:14 | 7:22 |
| 37:18 38:4,19 | 8:10,12,13,15,17,19 | **arrest** | **Auld** |
| **Administrator** | 8:20,23,24 9:3,4 | 23:19,24 24:24 25:12 | 3:9 |
| 48:23 | **Albert** | 25:22 26:1,9,15 | **AUSA** |
| **Adv.Pro** | 7:17 | **arrested** | 22:13,14 39:19,19 |
| 3:2 4:1 5:1 6:1 7:1 8:1 | **Alexander** | 23:14 25:2 | **Authentication** |
| 9:1 | 39:23 | **asked** | 14:7 |
| **Adv.Pro.No** | **Alix** | 28:16,21 | **Authorization** |
| 1:5 | 39:21 | **asking** | 43:8,16,23 44:15,24 |
| **Adv.Pro.Nos** | **allegiance** | 13:20 | **authorized** |
| 1:15 | 16:13 | **asks** | 13:16,21 |
| **adversary** | **Allen** | 20:2 | **available** |
| 1:19 3:1 10:14 11:8,21 | 4:4 | **aspect** | 12:13 |
| **advisory** | **allow** | 42:1 | **Avram** |
| 41:20 42:3,20,25 | 43:2,18 44:1 | **assigned** | 9:5 |
| **affix** | **Alpern** | 16:5 17:7 | **aware** |
| 47:3 | 3:6 | **Assistant** | 41:7 |
| **afforded** | **Alvin** | 18:10 19:11 20:1,4 | |
| 18:12,21 | 6:24 | 22:14,17 24:11 28:19 | B |
| **aforementioned** | **amounted** | 29:3 | **B** |
| 48:7 | 33:3 | **Associates** | 10:12 |
| **agency** | **Andrew** | 3:16 7:4,5,24 | **Bachelor's** |
| | 5:14 | **Attached** | 14:23 |

BENDISH REPORTING
877.404.2193

Picard v Defendants on Exhibit A                    Theodore Cacioppi 5/15/2019

Page 2

back
27:23 33:10,25
background
13:23
Baker
39:25
BANKRUPTCY
1:1
Barbara
3:24 4:19 7:13 8:2
Barry
3:7
basic
21:2
Bates
10:16 29:21
bear
16:12
began
14:2 16:2 29:12,14,17
31:16 32:3 34:21 37:3
38:3,10 42:9,25 43:4
beginning
31:17 43:3
behalf
15:24 17:9,13,17
believe
23:15 24:13 28:19
42:18
believed
43:4
Bell
39:20
Bendish
2:1 48:3,23
Benjamin
3:17 5:7
Berdon
3:25
Bernard
1:7,11,15,16 8:10 23:1
23:4,9 39:16
Bernfeld
3:14,15 4:9,9,24,25
Beth

6:14
beyond
43:7,15,22 44:4,14,23
Big
41:2,5 42:12,15
Binder
4:2,23
Bioli
39:22
Blank
4:20
BLMIS
23:8,18 24:4,9,19 25:4
25:7,10,15 29:8 35:13
BLMIS's
42:1
BM
3:18
books
35:12,22
borrowed
33:10
bottom
30:17
bound
10:15 12:5,20
Boyer
6:9 8:3
brief
16:3
Brothers
8:8
brought
27:23
Bruce
8:13
Bruno
5:17
Bryan
8:24
Bureau
13:3,5,9
business
23:9,17 32:3,11,19
34:1 35:13 37:12 38:3

38:12 39:1 41:21 42:3
42:21

### C

C
2:1,6 3:20 11:11,11
48:3,23
Cacioppi
1:24 2:1 10:3 11:4,17
30:19 31:22 46:2 47:2
47:6 48:7
called
15:11 21:14
calls
24:10
Cantor
7:2
capacity
4:12 9:6 19:16
card
47:14
Carl
41:3 42:12
Carla
5:24
Carol
4:11
case
3:2 4:1 5:1 6:1 7:1 8:1
9:1 19:4 22:20,21,24
22:24
cases
17:9,13,17 22:16
Cashman
3:8,9,11 7:19 8:10,13
9:6
Castelli
7:3
CCR
48:23
certain
16:3 18:9,12 22:18
31:23 41:1 42:15
certainly
20:12

Certificate
48:24
CERTIFICATION
48:1
Certified
2:1 48:3
certify
48:5,10,15
Chais
41:3 42:13
Chaitman
3:4,5,6,12,17,20 4:4,6
4:8,12,15,17,18,19,21
4:22 5:2,3,5,6,7,8,9
5:14,16,17,19,20,21
5:23,24,25 6:3,5,6,7,8
6:9,10,13,14,17,19,20
6:21,22 7:3,5,7,8,10
7:13,16,18,21,23,25
8:2,4,6,7,9,12,15,20
8:21 9:3,4
Chambers
2:3,9
Chance
15:12
change
16:24 46:3
Charlotte
7:19
CHAUDHURY
2:10 43:6,14,21 44:3
44:13,22
Chief
2:14
Children
8:16
circumstances
25:18,22
civil
11:6 24:14
classes
16:19
cleared
37:19
clearing

08-01789_CATCAA0000050

TX-080 50 of 63

08-01789-cgm    Doc 21613-7    Filed 05/23/22    Entered 05/23/22 16:23:15    Ex. 61
Pg 52 of 64
Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 3

37:20
**client**
35:13
**clients**
32:4 33:1,25 34:8,14
41:2,6 42:12
**Clifford**
15:12
**co-conspirators**
25:21
**Cohen**
6:3
**Cole**
5:12 6:16
**collapse**
32:20
**collar**
16:5,18
**college**
14:13,16
**come**
25:6
**command**
17:2
**commencement**
48:6
**commencing**
2:3
**Commission**
24:13 47:25
**commodities**
16:6 17:6
**common**
16:4
**communicated**
12:13
**completely**
20:14 27:3
**comply**
21:6
**concentration**
14:24
**concluded**
45:4
**concludes**

**conduct**
15:23 20:23 21:7
**conducted**
11:4,7,25 40:17 41:1
**conducting**
19:7
**conference**
19:9
**conferences**
16:21
**Confidential**
12:12,24,24
**confirmation**
36:21
**confirmations**
37:21 39:3
**connection**
11:19,20,25 16:17
26:21 30:4
**Consent**
10:15 12:5
**consequences**
28:24 29:5
**consideration**
47:17
**consistent**
30:23 31:6,19
**Consolidated**
1:15
**Constitution**
16:13
**context**
20:15
**continue**
25:3
**contract**
18:20
**conversion**
40:20 43:1
**copy**
12:9,19 20:17,19
**CORPORATION**
1:4
**correct**

47:4
**counsel**
2:14 3:2 4:1 5:1 6:1 7:1
8:1 9:1 12:19,21
27:12 40:1,2,5 48:17
48:19
**COUNTY**
47:8
**court**
1:1 2:1 11:3 25:14
42:23 43:11 44:18
48:4
**creating**
21:12
**crime**
20:15
**crimes**
16:18
**criminal**
14:24 17:22 25:20
43:19 44:1,8
**Cross**
10:6
**cross-examination**
39:10 45:2
**CRR**
2:2 48:23
**currently**
13:4
**customers**
34:23 36:19 41:15,18
41:19 42:25

---
**D**

**D**
5:9 8:13 10:1 11:11
**D.M**
7:3
**Daniel**
39:16,21 40:8
**date**
4:14 23:12,15,21 31:3
31:6,11,13,19 48:13
**Dated**
4:7,17 48:25

**David**
4:23
**day**
23:14,19,24 25:23
31:14 47:11,20
**days**
31:17
**dealings**
23:18
**DeBello**
39:17 40:7
**Debtor**
1:12
**decades**
43:5
**December**
13:25 16:24 17:4,9,14
17:18 23:15 24:2,7,17
24:22,25 25:4,25 26:4
26:7,9,16,17,21 27:5
27:9,13,16,19,22 28:2
28:6,11,17,22 30:4,14
30:24 39:12,15 40:3
**Declaration**
4:14
**defendant**
1:8 43:19 44:1
**defendants**
1:19,20 17:22 43:3
44:19
**Defendants'**
10:6 39:10 45:1
**degree**
14:19,21 15:1,4,10
**DeMatteo**
3:14 4:9,24
**Dentons**
3:7,13,23,25 4:14 5:12
5:13 6:11,16,23,25
8:16,17,23
**Department**
2:7,15 15:24
**deposed**
14:10
**deposition**

1:23 2:1 11:4,7,20,25
12:15,17,21 45:4 47:3
describe
19:1,6 21:1 25:17
28:10
described
28:14
description
10:13 47:13
designate
12:22
determined
44:20
development
33:18
Di
5:17
Dick
5:3
DiFazio
6:8
different
40:16
Dine
4:16
DiPascali
42:22 44:8,11
direct
10:5 11:14 39:8
directs
43:8,16,23 44:5,15,24
discharge
16:14
disclose
44:18
discretionary
35:5 41:13
discussing
30:2
District
1:1 2:8 13:17 27:8
Division
2:14
document
47:14

Donald
5:7
Doron
8:20
dozen
32:4
draft
22:4 27:25
drafted
30:1,9
drafting
31:15
DTCC
37:19
dtd
3:20 5:4 7:6 8:15
duly
11:12
Dusek
5:8
duties
16:14,17 17:3,20

---
E
---

E
2:6,6 3:6 6:15 8:25
10:1,12 11:11,11
earlier
43:5
early
15:16 28:7
earnest
29:12,18 37:4 42:10
Eaton
8:21
Edward
8:18
Edyne
6:6,21
effect
26:25
effectuates
18:21
Ehrlich
6:10

eighth
34:5 37:16
Elaine
4:16
eleventh
35:2 41:10
Emery
3:16,22
employed
13:4,12
employee
48:16,18
employer
13:1
employment
16:2
engage
38:4,11
engaging
37:3 38:18 42:9
entailed
36:3
entered
12:1
entire
33:2 38:11,25
entity
12:14
Entrepreneurial
3:12
Epstein
4:6
ERRATA
46:1
ESQ
2:10,14
essentially
17:1 18:20 36:12 41:25
Estate
3:24 4:4,5 5:17 6:12,17
7:14,16
et
3:6,8,9,11,12,15,16,19
3:20,21,23,25 4:3,4,6
4:8,10,17,19,21,22,25

eighth
5:4,5,11,13,16,17,19
5:23 6:3,5,8,10,13,14
6:17,19,20,22,25 7:2
7:5,7,8,10,11,14,16
7:21,23,25 8:4,6,7,9
8:10,12,13,15,17,19
8:20,23,24 9:3,4
Eugenie
4:7
event
48:20
events
25:23 28:14
eventually
41:20 42:4,5,20
examination
10:5,6 11:14 12:22
39:8 48:7
examinations
12:16
Exchange
24:13
executed
19:14 47:16
execution
28:15
Exhibit
1:16,19 3:1 11:9,22
12:6,10 29:21,23,25
30:3,18,22 31:3,11,24
32:1,11,18 33:1,9,17
33:24 34:7,14,21 35:4
35:11,21 36:3,12,18
37:3,10,18 38:1,10,18
38:25 41:12,25 42:9
Exhibits
11:1
expand
23:17
expansion
37:11
Expires
47:25
explain
40:22,25

08-01789_CATCAA0000052

Picard v Defendants on Exhibit A            Theodore Cacioppi 5/15/2019

explained
19:13
expressed
47:18

**F**

f
5:2,21 7:14 12:15
f/k/a
6:10 7:5
facts
19:4 28:9
failing
20:9 28:24
fair
30:12
faithful
16:12
faithfully
16:14
false
35:14 39:2,3 43:19
    44:1
falsely
34:21
familiar
18:4,16,23 21:13 22:25
family
3:10 4:2,9,19 5:10,22
    7:8 8:5,7 32:5 34:15
father-in-law
33:11,17
FBI
10:3 13:6,10,13,18
    15:15,22 16:2,9,19,23
    17:3,9,13,17,21 18:2
    18:8 19:11,17,25
    20:20,23 21:6,19,21
    22:6,11 27:23 28:2
FBI's
20:6 22:19,25 23:12,16
    24:2,7,17
FD-302
21:14,16
Federal

11:6 13:3,5,9 27:24
felt
33:9
Ferber
5:2
Fern
3:20
fifth
33:7 36:17 38:2,8,16
    38:23
file
22:20,24
files
20:21 22:19
final
35:2 41:10
finalization
31:15
finalized
22:7,12,23 31:12
financially
48:20
finished
31:16
firm
15:11 37:20
first
30:23 32:1,1,9,16,24
    33:7,15,22 34:5,12,19
    35:3,11,12,19 36:1,10
    36:17 37:1,8,16 38:1
    38:2 41:10,23 42:7
FisherBroyles
3:19
five-day
21:10
Florida
6:25 7:11
flows
35:14
following
12:10,15 13:21
follows
11:13
foregoing

47:3,15 48:11
form
21:14
formally
29:12,18
formation
28:15
forth
48:14
forthcoming
20:14 27:3
four
27:11 41:2,6 42:12,15
fourth
7:9 32:24 36:10 38:23
    41:23
Frank
6:8 44:7
fraud
14:2 16:7,18 17:13
    29:8,14 32:12 36:3
    37:4 38:11 41:21 42:5
    42:9,21,24 43:3,4
    44:10
frauds
17:6,7
fraudulent
37:11 40:17
Freshman
7:11
Friedman
39:22
friends
32:5 34:15
fulfilling
18:2
full
11:15 20:10 28:25 32:2
    32:10,17,25 33:8,16
    33:23 34:6,13,20 35:3
    35:12,20 36:2,11,18
    37:2,9,17 41:11,24
    42:8
fully
44:9

fund
3:12 35:14
funds
36:4,5
further
19:4 48:10,15

**G**

G
8:21
gather
19:4 28:8
general
14:4 19:6 25:18
generally
19:8,10 20:4 28:10
George
39:24
Gerald
4:19
Gertrude
3:6
Gindel
3:23 6:24
Ginsburg
5:24
Giulian
5:17
given
12:13 41:16 47:19
Glantz
8:24
Glenhaven
6:22
Gloria
7:17
going
28:9 29:20 31:22
Goldberg
9:5
Goodman
4:22 5:14,25 7:16
Gordon
6:6,21
government

08-01789_CATCAA0000053

08-01789-cgm    Doc 21613-7    Filed 05/23/22    Entered 05/23/22 16:23:15    Ex. 61
Pg 55 of 64
Picard v Defendants on Exhibit A                    Theodore Cacioppi 5/15/2019

Page 6

28:20 42:24 43:2,4,6
43:10,12,14,18,21,25
44:3,9,13,18,20,22
**Greenhall**
7:14
**Greiff**
3:13
**Guggenheimer**
6:15
**Guiducci**
7:8
**guilty**
42:23 43:11,12,20 44:2
44:8,11,19,20
**Gunther**
9:3

**H**

**H**
1:14 5:15 8:3 10:12
11:11
**Ha**
8:24
**hand**
47:19
**happens**
22:16
**Harman**
8:2
**Harnick**
6:13 8:8
**Harold**
6:11
**Harry**
6:20
**Harvey**
3:14 39:20
**Harwood**
6:7,10
**he/she**
47:16
**heard**
41:5 42:14
**Hein**
6:11

**held**
19:9
**Heller**
3:17
**hereinbefore**
48:14
**Hereto**
1:16,19
**Hirsch**
5:18
**Hobish**
8:17
**holding**
36:4
**Horowitz**
5:20 39:17 40:8
**Hostetler**
39:25
**hours**
27:11
**Hundreds**
18:3
**Hunton**
8:18

**I**

**i.e**
37:11 42:21
**identification**
11:2
**identity**
47:13
**ii**
13:24
**iii**
14:3
**implications**
20:9
**include**
21:18 23:17
**includes**
12:10
**including**
17:21 20:23 41:2 42:12
**individual**

5:19 6:4
**individually**
4:12 8:4,18 9:5
**individuals**
17:21 18:1 20:7
**inform**
20:7
**information**
30:13
**initially**
16:20 29:17 38:3
**instruct**
28:23
**instructed**
26:24 29:5
**instructions**
27:2
**instrument**
47:15
**interest**
17:22
**interested**
48:20
**interview**
17:21 18:10,13 19:3
21:2,18 40:10
**interviewed**
18:22
**interviews**
18:1 20:23 21:7
**investigate**
44:9
**investigated**
17:8,12,16
**investigating**
16:17 17:5
**investigation**
13:3,5,9 19:5 23:1,13
23:16,22,24 24:3,8,18
25:4,7,10,14 28:8
**investigations**
15:24 17:23
**investigative**
18:15 21:17
**investigator**

19:10
**investment**
1:7,16 5:10 23:9 33:2
41:20 42:3,20,24
**Investments**
3:18
**INVESTOR**
1:4
**investors**
36:4,5 39:2
**involved**
21:8 30:7
**involving**
23:1
**Ira**
39:17 40:7
**IRVING**
1:14
**Israel**
7:10 39:22
**issue**
32:19
**iv**
12:18 14:5
**Ivan**
4:23

**J**

**J**
6:11 7:20 9:5
**JABA**
7:24
**Jacob**
5:3
**Jaffe**
5:10
**James**
3:13 5:25 7:6,16
**Jeffrey**
4:24
**Jerome**
4:22
**Jersey**
2:2 48:5
**Joan**

Picard v Defendants on Exhibit A         Theodore Cacioppi 5/15/2019

Page 7

| | | | |
|---|---|---|---|
| 3:5 | **Kenneth** | 6:15 8:11 | 3:15,16,17,20,22,23 |
| **job** | 4:20 6:4 | **law** | 3:25 4:3,4,6,8,9,12,14 |
| 13:1 | **Keogh** | 4:10 5:10 7:14 8:24 | 4:15,17,18,19,20,21 |
| **John's** | 8:23 | 15:1,6,10,11 25:14 | 4:22,23,25 5:2,3,5,6,7 |
| 15:8 | **Kevin** | 40:14 | 5:8,9,12,13,14,16,17 |
| **Johnson** | 39:20 | **Lawrence** | 5:19,20,21,23,24,25 |
| 39:20 | **kinds** | 7:20 | 6:3,5,6,7,8,9,10,11,13 |
| **joined** | 40:17 | **Lax** | 6:14,16,17,19,20,21 |
| 16:9 | **Kissinger** | 7:15 | 6:22,23,25 7:2,3,5,7,8 |
| **joint** | 4:7 | **lead** | 7:10,13,15,16,18,19 |
| 4:12 5:19 6:4 8:18 | **Klan** | 28:18 | 7:21,23,25 8:2,4,6,7,9 |
| **Jordan** | 6:18 | **legal** | 8:10,12,13,15,16,17 |
| 5:15 | **Kluger** | 20:8 26:25 41:4 | 8:19,20,21,23 9:3,4,6 |
| **Joseph** | 7:11 | **Leslie** | **location** |
| 7:14 | **know** | 6:10,10 | 22:19 |
| **Jr** | 20:11 | **Levine** | **long** |
| 8:18 | **known** | 7:12 | 27:9 |
| **Judd** | 47:12 | **Levy** | **look** |
| 4:18 | **Kohl** | 41:3 42:13 | 30:17 |
| **JURAT** | 6:4 | **lie** | **lost** |
| 47:1 | **Kotlikoff** | 20:15 27:4 | 33:1 |
| **justice** | 8:2 | **life** | **lot** |
| 2:7,15 14:25 15:25 | **Krauss** | 39:1 | 16:22 28:13 |
| | 4:15 | **Limited** | **LP** |
| **K** | **Kress** | 3:10 4:9 6:22 7:8 | 7:24 |
| **K** | 39:23 | **Liquidation** | **Lustig** |
| 2:10 9:3 | **Kuntzman** | 1:15 | 4:2,23 |
| **Kamenstein** | 5:22 | **Lisa** | **lying** |
| 4:11 5:9 | **Kurth** | 6:14 | 20:15 29:5 |
| **Kaplan** | 8:19 | **List** | |
| 7:11 | | 10:14 | **M** |
| **Kart** | **L** | **listed** | **M** |
| 5:15 | **L** | 1:15,19 11:8 30:23 | 2:14 5:3,14,25 6:4 7:6 |
| **Katzen** | 1:7,11,15,16 3:14 4:11 | **Litigation** | 7:16,19 8:24 |
| 7:12 | 5:8,17 7:13,14 23:1,5 | 12:1,5 | **Madoff** |
| **Keenan** | 23:9 | **Litt** | 1:7,11,16,16 14:1 23:1 |
| 7:14 | **Lanx** | 28:20 39:19 | 23:4,5,9,13,17 24:3,8 |
| **Keith** | 3:18 | **Living** | 24:18,21,25 25:25 |
| 9:4 39:18 | **Lapin** | 4:16 5:3 6:20 7:18,21 | 26:4,6,11,17,20,24 |
| **Keller** | 8:16 | 8:12 | 27:12 28:16,23 29:7 |
| 4:19 | **large** | **LLC** | 29:10,13 30:14 31:23 |
| **Kelly** | 37:10 | 1:7,16 3:19 5:22 7:4 | 32:3,6,13,21 33:4,9 |
| 39:18,20 | **laundering** | 8:5,16 | 33:12,19,24 34:2,9,16 |
| **Ken-Wen** | 17:17 | **LLP** | 34:24 35:5,7,16,23 |
| 4:9 | **Laura** | 3:4,5,6,7,8,9,11,12,13 | 36:3,7,14,23 37:3,5 |

08-01789_CATCAA0000055

37:13,22 38:2,5,13,20
39:1,4,16 40:16 41:13
41:15 42:11,22 44:7
44:11
**Madoff's**
23:8 28:6,11 30:4
32:18 40:2 41:22 42:6
**Madoff/BLMIS**
44:10
**maintain**
20:17,19
**maintained**
20:20 22:18,20,23
**making**
33:25
**Management**
7:22
**Marc**
28:19 39:19
**Marden**
3:8,10 7:19 8:10
**Mark**
4:10 5:20
**marked**
11:1,9,21 12:6,9 29:21
31:24
**market**
33:25
**Marlene**
4:15
**Material**
12:12,24
**Maurice**
7:18
**McDermott**
3:16,21
**mean**
41:19 42:19
**meet**
26:6
**meeting**
25:24 26:10,17
**Meisels**
4:4
**memorialized**

31:20,24
**mention**
40:19
**met**
26:4
**Michael**
39:23
**Miller**
6:23
**money**
17:16
**monthly**
36:20
**months**
25:11
**morphed**
32:11 42:5

--- N ---

**N**
2:6 10:1
**name**
3:2 4:1 5:1 6:1 7:1 8:1
9:1 11:15 12:25 23:4
39:11 40:5 46:2 47:15
**named**
39:19,19
**Nancy**
2:1 48:3,23
**NASD**
24:15
**Neil**
8:22
**neither**
48:16,18
**never**
36:22 41:5 42:14
**Neville**
7:15
**new**
1:1 2:2,2,3,3,8,9,9 5:13
7:6 13:17 16:4 27:8
32:19 34:8 48:5,5
**Nicole**
39:17 40:7

**ninth**
34:12
**Nissenbaum**
6:14
**Norma**
4:13
**Norman**
41:3 42:13
**Notary**
2:2 47:22 48:4
**notation**
30:18
**note-taking**
14:3,5
**noted**
47:5
**notes**
20:18,20 21:10 22:2,3
27:18,21 28:1
**notice**
11:20
**noun**
18:7
**NTC**
6:6
**number**
10:13 16:19,21 24:10

--- O ---

**O**
11:11,11,11
**O/W/O**
7:9
**o0o-**
45:5
**oath**
16:8,11 47:12
**objects**
43:7,15,22 44:4,14,23
**obligations**
18:2
**observer**
21:4
**obtain**
14:18,22 15:3

**obtained**
15:10
**obviously**
42:23
**occurred**
28:10 31:8
**office**
2:3,8 4:10 5:10 7:14
8:24 16:8 19:10 27:7
27:24 47:19
**officer**
9:6
**on-the-job**
16:22 21:5
**open**
42:23
**operations**
23:18 24:3,8,18
**operative**
12:17
**order**
12:1,6,20,21 19:4
**outcome**
48:20
**outside**
22:11
**overview**
25:18

--- P ---

**P**
2:6,6 11:9,11,11,21
12:6,9 29:21,23,25
30:3,18,22 31:2,10,24
32:1,10,17,25 33:8,16
33:23 34:6,13,20 35:4
35:11,20 36:2,11,18
37:2,9,17 38:1,9,17
38:24 41:11,24 42:8
**P-1**
10:14 11:1
**P-2**
10:15 11:1
**P-3**
10:16 11:1

**P.A**
4:10
**P.L**
7:12
**page**
10:2,13 30:17,21 31:2
31:10,25 32:2,10,17
32:25 33:8,16,23 34:6
34:13,20 35:3,10,20
36:2,11,18 37:2,9,17
37:25 38:9,17,24
41:11,24 42:8
**PAGE/LINE**
46:3
**Palmedo**
5:21
**Palmer**
3:20 6:9 8:3,7
**paper**
37:21
**paragraph**
12:10 30:23 32:2,10,17
32:25 33:8,16,23 34:6
34:13,20 35:3,10,20
36:2,11,18 37:2,9,17
38:2,9,17,24 41:11,24
42:8
**part**
17:20
**participants**
27:15 30:22
**participate**
17:25 19:15 24:24
**participated**
30:24
**parties**
28:13
**Partners**
39:21
**partnership**
3:11 4:9 5:5,11,13,13
6:18 7:5,8 8:9
**party**
48:17
**Patrice**

3:9
**pay**
33:9,24
**paying**
36:5
**people's**
21:3
**percent**
34:22
**Pergament**
8:13
**Perlman**
4:20
**person**
12:14 47:14
**personal**
13:24
**personally**
20:17,19 47:11
**persons**
17:22
**pertains**
14:1
**Peter**
5:9
**Philip**
5:21
**phone**
24:10
**PICARD**
1:14
**place**
25:23 27:6 31:4 36:22
48:13
**Placon2**
6:2
**Plafsky**
8:5,6
**Plaintiff**
1:5,17
**Plan**
7:23 8:5,10
**Plaza**
27:24
**plea**

43:12,20 44:2
**plead**
43:3
**pleading**
43:11
**pleas**
44:8,11,21
**please**
11:15 12:25 19:1,6
25:17 30:17,21 31:25
35:10 37:25
**pleased**
33:18
**pled**
42:22 44:19
**point**
24:15
**policy**
20:6,11 40:14
**Ponzi**
17:8 28:15 36:12 41:25
**portion**
37:12
**portions**
12:23
**possible**
21:11
**power**
35:6 41:14,16
**practice**
20:7,12
**practices**
14:3
**preparation**
30:8
**prepare**
30:10
**prepared**
21:20,22 22:1 30:3
**prepares**
21:23
**presence**
42:23
**present**
2:13 19:10 27:12,15

40:2,6
**presented**
43:13
**presents**
43:10
**principal**
16:25
**prior**
17:9,13,17 40:25 48:6
**Pro**
3:12 5:4
**Procedure**
11:6
**proceeding**
12:2
**proceedings**
1:19 3:1 10:14 11:8,21
**proffer**
13:25 14:6 18:5,7,14
18:16,19,22,24 19:2,7
19:8,13,15,19,22 20:3
20:8,24 21:4,20,22,24
22:3 26:11,13,18,20
26:22 27:6,10,13,16
27:19,22 28:3,6,11,13
28:17,21,22,25 29:4,6
30:2,5,14,25 31:4,7
32:7,14,22 33:5,13,20
34:3,10,17,25 35:8,17
35:24 36:8,15,24 37:6
37:14,23 38:6,14,21
39:5,12,15 40:3 41:7
**Profit**
7:22 8:10,22
**PROTECTION**
1:4
**protections**
18:12,21
**Protective**
12:1,5
**protocol**
19:7
**proved**
47:12
**provide**

08-01789_CATCAA0000057

40:14
**provided**
12:9,19 25:13 30:13
**Pryor**
3:8,9,11 7:19 8:10,13
9:5
**Public**
2:2 47:22 48:4
**purported**
35:15 37:21
**purpose**
18:14 19:1 28:5 47:17
**pursuant**
11:5 35:14

**Q**

**question**
43:7,15,22 44:4,14,17
44:23
**questioner**
28:18
**questions**
11:5,14 20:2,10 28:16
28:21 39:8,10 45:2

**R**

**R**
2:6 4:24 6:2 7:21 11:11
**RAR**
3:12
**read**
12:11 39:13 47:2
**reads**
12:18
**Realtime**
48:23
**Realty**
3:21
**REASON**
46:3
**recall**
25:24 26:3,10 30:24
41:17
**receive**
16:16 20:22
**received**

36:19
**recognize**
29:23
**recollection**
13:24 22:4 31:7,20
**record**
11:16 12:11
**recorded**
40:14
**recording**
40:9
**records**
35:13,22 37:20
**redemptions**
36:6
**refer**
13:6,8 26:16
**referencing**
30:19
**referring**
23:4,8 41:6 42:2,11,15
**reflect**
31:14 35:13
**reflecting**
36:21
**reflects**
31:15
**refresh**
22:3
**refuse**
43:25
**regarding**
21:7 25:14 29:8
**Reger**
8:22
**related**
16:18
**relating**
12:23
**relative**
48:16,18
**relief**
16:25
**report**
21:17 34:21

**reported**
2:1
**Reporter**
2:2 11:3 48:4
**REPORTER'S**
48:1
**representation**
30:13
**representatives**
24:12 28:20
**representing**
19:12
**request**
44:5
**require**
21:19
**requires**
21:21
**respect**
24:2,7,17 41:9,22 42:6
**respond**
20:9 28:25
**results**
21:18
**retail**
32:3,11,18 34:8 37:11
38:3,11 39:1
**Retirement**
8:5
**returns**
34:22
**Rev**
5:3
**review**
22:6,11 28:1 43:12
**Revocable**
3:6,15,20 4:13 5:15
6:20,24 7:18,21 8:11
**Richard**
2:14 8:21,24,25
**RK&O**
39:21
**RMR**
2:2 48:23
**Robbins**

4:18
**Robert**
3:4 5:2,6,18 6:17 8:5
**Rogers**
15:11,12
**Roher**
4:10
**role**
15:21 16:1,23
**Roman**
3:4,5
**Rome**
4:20
**room**
19:9
**Rose**
3:23
**rule**
11:5 12:16,22 21:10
**Rules**
11:6
**Russell**
5:8
**Ryan**
7:20,21

**S**

**S**
2:6 4:10 5:6 10:12
**S&L**
5:13
**SA**
30:19
**Sage**
3:16,21
**Sandler**
7:17,18
**satisfied**
44:10
**Savin**
6:17 7:13
**saw**
37:10
**Schaffer**
9:4

08-01789_CATCAA0000058

Picard v Defendants on Exhibit A                Theodore Cacioppi 5/15/2019

| | | | |
|---|---|---|---|
| **scheme** | 30:5,15,25 31:4,7 | **simply** | **stamped** |
| 17:8 28:15 36:13 42:1 | 32:7,14,22 33:5,13,20 | 39:1 | 29:21 |
| **school** | 34:3,10,25 35:8,17,24 | **SIPA** | **Stanley** |
| 15:6 | 36:8,15,24 37:6,14,23 | 1:15 | 6:23 41:3 42:13 |
| **schools** | 38:6,14,21 39:5,12,15 | **SIPC** | **start** |
| 16:21 | 40:3 | 39:20 | 15:14 29:8 33:25 |
| **Schwartz** | **sessions** | **sixth** | **started** |
| 4:3,23 | 19:16,20 20:8,24 21:4 | 33:15 37:1 42:7 | 23:21,23 29:11 40:22 |
| **scope** | 21:22 | **Smith** | **state** |
| 43:7,15,22 44:4,14,23 | **set** | 6:20 8:11 | 11:15 12:25 29:13 47:7 |
| **Se** | 35:21 48:14 | **sociology** | 47:23 |
| 3:12 5:4 | **seventh** | 14:23,24 | **stated** |
| **seal** | 33:22 37:8 | **Soon** | 29:17 |
| 47:19 | **Seymour** | 38:10 | **statement** |
| **SEC** | 4:5 | **Sorkin** | 10:16 14:8 32:6,13,21 |
| 24:12 39:22,23,23,24 | **Shapiro** | 39:17 40:7 | 33:4,12,19 34:2,9,16 |
| **second** | 4:13 41:3 42:12 | **sort** | 34:24 35:7,16,23 36:7 |
| 17:2 32:9 35:19,21 | **Sharing** | 42:17 | 36:14,23 37:5,13,22 |
| 38:8 | 7:23 8:10,23 | **Southern** | 38:5,13,20 39:4 41:9 |
| **section** | **SHEET** | 1:1 2:8 13:17 27:8 | 41:18,23 42:7 44:2 |
| 12:17 | 46:1 | **speak** | **statements** |
| **securities** | **Shervyn** | 40:16 | 14:1 29:7 31:23 36:20 |
| 1:4,7,16 16:6,18 17:5 | 6:17 | **Special** | 39:3 43:19 |
| 17:12 23:10 24:13 | **show** | 10:3 13:2,12 15:18,21 | **states** |
| **seeking** | 29:20 | 17:4 19:16,20 39:18 | 1:1 2:2,8 13:17 16:14 |
| 36:5 | **showing** | **specializing** | 32:2,11,18 33:1,9,17 |
| **sent** | 31:3,11,13 | 16:6 | 33:24 34:7,14,21 35:4 |
| 16:22 39:2 | **shown** | **specialty** | 35:12,21 36:3,12,19 |
| **sentence** | 12:13 | 16:4,21 | 37:3,10,18 38:2,10,18 |
| 32:1,9,16,24 33:7,15 | **sic** | **specific** | 38:25 41:12 48:4 |
| 33:22 34:5,12,17,19 | 36:21,21 | 41:15 42:16 | **stenographically** |
| 35:2,11,19 36:1,10,17 | **Sidney** | **specifically** | 48:12 |
| 37:1,8,16 38:1,8,16 | 5:12 | 16:1 40:19 41:8 | **Steven** |
| 38:23 41:10,23 42:7 | **sign** | **specified** | 6:12 |
| **separate** | 12:4,8 26:20 | 41:18 | **stop** |
| 11:21 | **signature** | **split** | 25:9 |
| **served** | 26:25 47:4 | 40:20 43:1 | **stopped** |
| 11:20 | **Signorelli** | **squad** | 25:7 38:18 |
| **session** | 8:25 | 16:5,20 17:1 22:10 | **strategy** |
| 13:25 14:6 18:24 19:2 | **Silver** | **squads** | 40:20,23 43:1 |
| 19:7,8,23 20:3 21:20 | 5:11 | 16:4 | **Strawn** |
| 21:25 22:3 26:11,13 | **Silverman** | **St** | 7:2 |
| 26:18,22 27:6,10,13 | 7:11 | 15:8 | **Street** |
| 27:16,19,22 28:3,6,11 | **similar** | **Stamboulidis** | 2:3,9 |
| 28:17,21,23,25 29:6 | 17:6 | 39:24 | **strike** |

08-01789_CATCAA0000059

**TX-080 59 of 63**

Picard v Defendants on Exhibit A                Theodore Cacioppi 5/15/2019

40:20 43:1
**structured**
18:9
**subject**
18:12,22 19:3,12,13,14
  19:24 20:8
**subject's**
18:11
**subparagraph**
12:18
**subscribed**
47:15
**Substantively**
1:15
**supervisor**
17:1 22:10 24:11
**sure**
31:16
**surrounding**
25:22
**swear**
16:12
**sworn**
11:12 48:8
**Sylvan**
7:4,5
**Systems**
48:23

---
**T**

**T**
3:17 6:23 8:17 10:12
  11:11
**take**
16:8 20:18 24:1,6,16
  27:6,18
**taken**
48:12
**takes**
22:2
**talking**
42:19
**tape**
40:9,13
**Tavlin**

8:20
**tenant**
4:12 5:19 6:5 8:19
**tenth**
34:19
**term**
18:4,23 23:8 41:5
  42:14
**testified**
25:21
**testifies**
11:13
**testify**
13:22 48:8
**testimony**
13:16 25:13,19 48:12
**Thank**
45:3
**Theodore**
1:24 2:1 10:3 11:4,17
  30:19 46:2 47:2,6
  48:7
**Theresa**
7:21
**third**
32:16 36:1 38:16
**three**
31:17
**time**
25:6,25 32:12 34:7
  40:1 41:7 42:17 44:7
  44:9 48:13
**times**
18:3 26:3
**title**
13:1 15:17,19
**Toby**
6:7 8:17
**today**
11:19 13:16,20
**Tom**
39:21
**tool**
18:15
**topics**

13:21 14:10
**total**
33:3
**Touhy**
43:8,16,23 44:5,15,24
**tour**
16:3
**trade**
36:20 39:2,3
**trades**
35:14,15 36:21 37:21
  38:4
**trading**
37:19 38:19 41:1
**Train**
6:18
**training**
16:16,22 20:22 21:1,2
  21:5,6
**transcript**
12:23 48:11
**transcription**
31:14,18
**trial**
25:20
**true**
16:12 42:10 47:4 48:11
**trust**
3:6,15,20,23 4:3,7,14
  4:16,19,25 5:4,16
  6:14,20,24,25 7:6,9
  7:11,11,18,21,23 8:7
  8:12,14,20 9:6
**Trustee**
1:14
**Trustee's**
10:5 11:14 39:7,25
**truth**
48:8,9,9
**truthfully**
20:9 28:24
**trying**
28:8 42:16
**turn**
30:21 31:25 35:10

37:25
**turning**
21:10
**twice**
26:5
**type**
14:21 17:6 18:9 21:4
**types**
15:23 18:1
**typewritten**
22:4
**typically**
19:22 20:2 21:23 40:13

---
**U**

**U.S**
2:2,7,15 18:10 19:9,11
  20:1,4 22:14,17 27:7
  28:19 29:3
**U/A**
8:14,20
**U/Art**
7:9
**undergraduate**
14:12,16,19,21
**understand**
11:18,24 12:8 13:15
  14:9 23:3,7
**Undertaking**
10:15 12:4
**Unflat**
9:3
**United**
1:1 2:8 13:16 16:13
**University**
14:17
**USAVAC0000001**
10:16 29:22
**USAVAC0000014**
29:22
**use**
23:3,7
**uses**
22:3
**utilized**

08-01789_CATCAA0000060

08-01789-cgm    Doc 21613-7    Filed 05/23/22    Entered 05/23/22 16:23:15    Ex. 61
Pg 62 of 64
Picard v Defendants on Exhibit A                Theodore Cacioppi 5/15/2019

Page 13

27:24

**V**

v
1:6,18,24 2:1 10:3
11:11 14:7 30:19 46:2
47:2,6 48:7
various
15:23 41:8
Vasilescu
39:24
Vermont
14:17
version
28:14
victims
41:8 42:15,16,17
Vincent
11:17
violated
21:9
virtually
33:2 35:4 38:25 41:12
visit
24:21

**W**

W
4:20
WALSH
2:14
Walter
4:7 7:11
warning
20:13
way
12:14
Wayne
5:11
we're
30:2
Wednesday
2:3
week
26:8,14
Weisfeld

3:7
Wells
15:11,12
went
29:3 32:12
weren't
42:18
Werner
3:14 4:24
white
16:5,17
Whitman
5:5,6 8:14
Wilenitz
7:10
William
6:2 39:19
Winston
7:2
wiped
32:19
witness
2:11 10:2 12:15 43:8
43:11,16,23 44:5,15
44:24 46:2
witnesses
12:18
work
15:9 25:3
working
15:14 23:22,23 25:7,9
written
11:5

**X**

x
1:3,9,13,21 10:1,12
XI00836
48:24

**Y**

York
1:1 2:2,3,3,8,9,9 5:13
13:18 16:4 27:8 48:5

**Z**

Zinman
39:21
Zraick
8:18

**0**

001
30:18,22 31:2,10
003
38:1,9,17,24
004
35:11,20 36:2,11,18
37:2,9,17 41:24 42:8
007
31:25 32:10,17,25 33:8
33:16,23 34:6,13,20
35:3 41:11
018
10:17
08-01789(SMB)
1:6

**1**

1
11:9,22
10
12:11 24:2,7
10-04292
3:4
10-04302
3:5
10-04327
3:6
10-04332
3:7
10-04341
3:8
10-04343
3:9
10-04348
3:10
10-04352
3:12
10-04357
3:13
10-04361

3:14
10-04362
3:16
10-04367
3:17
10-04384
3:18
10-04397
3:20
10-04400
3:21
10-04401
3:23
10-04415
3:24
10-04417
4:2
10-04428
4:4
10-04438
4:5
10-04446
4:7
10-04468
4:9
10-04469
4:11
10-04486
4:13
10-04489
4:15
10-04491
4:16
10-04503
4:18
10-04539
4:19
10-04541
4:20
10-04545
4:22
10-04554
4:23
10-04561
4:24

Picard v Defendants on Exhibit A                Theodore Cacioppi 5/15/2019

Page 14

| | | | |
|---|---|---|---|
| **10-04562** | 6:7 | **10-05048** | 8:24 |
| 5:2 | **10-04823** | 7:14 | **10-05420** |
| **10-04570** | 6:8 | **10-05079** | 9:3 |
| 5:3 | **10-04826** | 7:16 | **10-05435** |
| **10-04610** | 6:9 | **10-05104** | 9:4 |
| 5:5 | **10-04837** | 7:17 | **10-05439** |
| **10-04614** | 6:10 | **10-05118** | 9:5 |
| 5:6 | **10-04861** | 7:19 | **10:30** |
| **10-04621** | 6:11 | **10-05124** | 45:4 |
| 5:7 | **10-04867** | 7:20 | **10007** |
| **10-04644** | 6:12 | **10-05127** | 2:9 |
| 5:8 | **10-04878** | 7:22 | **103** |
| **10-04648** | 6:14 | **10-05128** | 11:20 |
| 5:9 | **10-04882** | 7:24 | **10th** |
| **10-04655** | 6:15 | **10-05130** | 23:15,25 |
| 5:10 | **10-04889** | 8:2 | **11** |
| **10-04672** | 6:17 | **10-05133** | 10:5,14 24:17,22,25 |
| 5:12 | **10-04905** | 8:3 | 25:4,25 26:4,7 |
| **10-04702** | 6:18 | **10-05150** | **11,12** |
| 5:13 | **10-04912** | 8:5 | 10:15 |
| **10-04709** | 6:20 | **10-05151** | **11,29** |
| 5:14 | **10-04914** | 8:7 | 10:17 |
| **10-04718** | 6:21 | **10-05157** | **11/1/98** |
| 5:15 | **10-04920** | 8:8 | 4:25 |
| **10-04728** | 6:22 | **10-05168** | **11th** |
| 5:17 | **10-04921** | 8:10 | 23:20 26:9 |
| **10-04740** | 6:23 | **10-05184** | **12/31/9** |
| 5:18 | **10-04925** | 8:11 | 3:20 |
| **10-04748** | 6:24 | **10-05194** | **12/6/99** |
| 5:20 | **10-04931** | 8:13 | 4:7 |
| **10-04749** | 7:2 | **10-05196** | **15** |
| 5:21 | **10-04956** | 8:14 | 1:25 2:3 |
| **10-04752** | 7:3 | **10-05209** | **150** |
| 5:22 | **10-04961** | 8:16 | 19:21 |
| **10-04753** | 7:4 | **10-05236** | **16** |
| 5:24 | **10-04979** | 8:17 | 13:25 |
| **10-04762** | 7:6 | **10-05257** | **18** |
| 5:25 | **10-04991** | 8:18 | 25:11 48:25 |
| **10-04768** | 7:8 | **10-05312** | **1960** |
| 6:2 | **10-04995** | 8:20 | 32:3 |
| **10-04806** | 7:9 | **10-05377** | REDACTED |
| 6:4 | **10-05026** | 8:21 | 32:18 |
| **10-04809** | 7:11 | **10-05384** | **1970s** |
| 6:6 | **10-05037** | 8:22 | 37:4 42:10 |
| **10-04818** | 7:13 | **10-05394** | **1980s** |

Picard v Defendants on Exhibit A          Theodore Cacioppi 5/15/2019

Page 15

37:10

REDACTED

4:2 8:14

REDACTED

14:20

REDACTED

40:23 41:1 42:25 43:4

REDACTED

15:5

**2**

**2**
12:6,10
**2/4/91**
8:20
**2002**
15:16 16:24
**2004**
12:16,22
**2008**
13:25 16:24 17:4,10,14
  17:18 23:15 24:2,7,17
  24:22 25:1,4,25 26:4
  26:7,16,17,21 27:5,9
  27:13,16,19,22 28:2,6
  28:11,17,22 30:4,14
  30:24
**2019**
1:25 2:3 11:19 48:25
**26**
27:24

**3**

**3**
29:21,23,25 30:3,18,22
  31:3,11,24 32:1,11,18
  33:1,9,17,24 34:7,14
  34:21 35:4,11,21 36:3
  36:12,19 37:3,10,18
  38:1,10,18,25 41:12
  41:25 42:9
**3-1/2**
27:11
**3/19/01**
7:7
**30**

34:22
**30-**
21:12
**30,000**
33:3,10
**302**
10:16 14:7 21:11,12,14
  21:20,21,23 22:1,5,7
  22:12 27:25 30:1,3,8
  30:10,12 31:11,16,20
  31:24 39:14
**302s**
22:18,22
**31**
11:5
**39**
10:6

**4**

**4/13/90**
8:15
**4/6/01**
5:4
**40**
34:22
**40-page**
21:12
**4th**
11:19

**5**

**5/12/06**
4:17

**6**

**60s**
29:11,18

**7**

**70s**
29:12,19

**8**

**86**
2:3,9

**9**

**9:55**
2:4

08-01789_CATCAA0000063

TX-080 63 of 63