# EXHIBIT 62

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/18/2008

      BERNARD MADOFF was interviewed pursuant to a proffer agreement in the presence of his attorneys Daniel Horowitz, Ira Sorkin, and Nicole DeBello, at the offices of the United States Attorney's Office, SDNY.

      In addition to the standard SDNY proffer agreement, an analogous SEC civil agreement was executed.  MADOFF provided the following information:



Investigation on    12/16/2008    at    New York, NY

File #

Date dictated

by

EXHIBIT

Trustee's  20
11/9/17    KDW

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-MADOFF 00001A

**08-01789_MABCAE0001347**

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___BERNARD MADOFF_____ , On __12/16/2008__ , Page ___2___

USAO-MADOFF 00002A

08-01789_MABCAE0001348

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of    BERNARD MADOFF                                    , On  12/16/2008 , Page    3

Since the inception of BLMIS MADOFF has managed a retail
business associated with the firm.  The business was initially
quite small.  When MADOFF first started the retail business most of
the accounts were discretionary.  MADOFF would, however, still
generally consult clients with trade decisions prior to execution.
The retail business grew and by the 1970s MADOFF was paying
ridiculously high returns, in the range of 30% 50 40% per year, in
order to attract business.  At the time these rates of return were
not unheard of at legitimate firms.

When MADOFF first began the retail business he did
initially engage in some actual trades.  Soon, however, he began to
engage in fraud as to the entire retail business.  He stopped
engaging in any actual trading.  For virtually the entire life of
the retail business MADOFF simply did not trade and sent investors
false account statements and false trade confirmations.



USAO-MADOFF 00003A

08-01789_MABCAE0001349

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    BERNARD MADOFF    , On  12/16/2008  , Page    4



The fraud entailed MADOFF taking in funds from investors, holding those funds, and paying them out to investors seeking redemptions. It was essentially a Ponzi scheme. Customers received both monthly account statements and trade confirmation reflecting trades the never took place. MADOFF began engaging in fraud in earnest in the 1970s. The 1980s saw a large expansion in the retail (i.e. fraudulent) portion of the business. As there was no actual trading, nothing cleared through DTCC or any clearing firm, and the only records of the purported trades are the paper confirmations.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____ BERNARD MADOFF _____ , On __12/16/2008__ , Page __5__

USAO-MADOFF 00005A

08-01789_MABCAE0001351

TX-092 5 of 14

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    BERNARD  MADOFF                                    , On  12/16/2008    , Page    6

USAO-MADOFF 00006A

08-01789_MABCAE0001352

**TX-092 6 of 14**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___ BERNARD MADOFF _____, On __12/16/2008__, Page __7__

When MADOFF began a retail business in about 1960 he had about a dozen clients all of whom were family and friends. The retail business morphed into a fraud as time went by. In 1962 MADOFF's retail business was wiped out in the new issue collapse. All his clients lost virtually their entire investment, which amounted to a total of about $30,000. MADOFF felt he had to pay them back, so he borrowed $30,000 from his father in law to do so. His father in law was not pleased by this development. MADOFF was able to pay all these clients back and start the market making business. At about this time he took in new retail clients. These clients were also family and friends. He began to falsely report returns of 30% to 40% annual to these customers. All or virtually all of these accounts were discretionary and MADOFF had power of attorney over them.



USAO-MADOFF 00007A

08-01789_MABCAE0001353

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___BERNARD MADOFF_____, On _12/16/2008_, Page ___8___



USAO-MADOFF 00008A

08-01789_MABCAE0001354

**TX-092 8 of 14**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___BERNARD MADOFF_____ , On _12/16/2008_ , Page __9__

USAO-MADOFF 00009A

08-01789_MABCAE0001355

TX-092 9 of 14

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of    BERNARD MADOFF    , On 12/16/2008 , Page    10

USAO-MADOFF 00010A

08-01789_MABCAE0001356

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of     BERNARD MADOFF                , On   12/16/2008   , Page   11

USAO-MADOFF 00011A

08-01789_MABCAE0001357

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ____BERNARD MADOFF_____ , On __12/16/2008__ , Page __12__

USAO-MADOFF 00012A

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of _____ BERNARD MADOFF _____ , On 12/16/2008 , Page 13

USAO-MADOFF 00013A

08-01789_MABCAE0001359

FD-392a (Rev. 10-6-95)

Continuation of FD-302 of ___BERNARD  MADOFF_____ , On __12/16/2008__ , Page __14__

USAO-MADOFF 00014A