# EXHIBIT 64

08-01789-cgm Doc 21613-10 Filed 05/23/22 Entered 05/23/22 16:28:15 Ex. 64 Pg 2 of 5
Case 1:10-cr-00228-LTS Document 3542 Filed 04/03/14 Page 1 of 184
DC2PBON1    Trial

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4              v.                              10 Cr. 228 (LTS)

 5   DANIEL BONVENTRE,
     JEROME O'HARA,
 6   GEORGE PEREZ,
     ANNETTE BONGIORNO,
 7   JOANN CRUPI,
                                                Jury Trial
 8                      Defendants.

 9   ------------------------------x
                                                New York, N.Y.
10                                              December 2, 2013
                                                9:10 a.m.
11
     Before:
12
             HON. LAURA TAYLOR SWAIN
13
                                                District Judge
14

15
             APPEARANCES
16

17   PREET BHARARA
         United States Attorney for the
18       Southern District of New York
     MATTHEW L. SCHWARTZ
19   RANDALL W. JACKSON
     JOHN T. ZACH
20       Assistant United States Attorneys

21

22   GORDON MEHLER
     SARAH LUM
23       Attorneys for Defendant O'Hara

24   LARRY H. KRANTZ
     KIMBERLY A. YUHAS
25       Attorneys for Defendant Perez
```

```
DC2PBON1                                   Trial

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4              v.                              10 Cr. 228 (LTS)

 5   DANIEL BONVENTRE,
     JEROME O'HARA,
 6   GEORGE PEREZ,
     ANNETTE BONGIORNO,
 7   JOANN CRUPI,
                                                Jury Trial
 8                   Defendants.

 9   ------------------------------x
                                                New York, N.Y.
10                                              December 2, 2013
                                                9:10 a.m.
11
     Before:
12
                 HON. LAURA TAYLOR SWAIN
13
                                                District Judge
14

15
                 APPEARANCES
16

17   PREET BHARARA
          United States Attorney for the
18        Southern District of New York
     MATTHEW L. SCHWARTZ
19   RANDALL W. JACKSON
     JOHN T. ZACH
20        Assistant United States Attorneys

21

     GORDON MEHLER
22   SARAH LUM
          Attorneys for Defendant O'Hara
23


24   LARRY H. KRANTZ
     KIMBERLY A. YUHAS
25        Attorneys for Defendant Perez
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

08-01789-cgm Doc 21613-10 Filed 05/23/22 Entered 05/23/22 16:28:15 Ex. 64 Pg 4 of 5
Case 1:10-cr-00228-LTS Document 3542 Filed 04/03/14 Page 2 of 184

DC2PBON1                    Trial

```
 1              APPEARANCES

 2

   ANDREW J. FRISCH
 3 GARY VILLANUEVA
   AMANDA BASSEN
 4      Attorney for Defendant Bonventre

 5

   ROLAND G. RIOPELLE
 6      Attorneys for Defendant Bongiorno

 7

   ERIC R. BRESLIN
 8 MELISSA S. GELLER
        Attorneys for Defendant Crupi

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DC2PBON5                    DiPascali - direct

1   Q.  Who is Ruth Madoff married to?
2   A.  Bernie.
3   Q.  Bernie Madoff?
4   A.  Correct.
5   Q.  And Saul Alpern was her father?
6   A.  Saul Alpern was Ruth Madoff's father.
7   Q.  So what would that make Mr. Alpern in connection to Bernie
8   Madoff?
9   A.  Bernie was his son-in-law.
10  Q.  Did you ever meet Saul Alpern?
11  A.  A couple of times.
12  Q.  When did you first learn of Avellino and Bienes or its
13  predecessor firms?
14  A.  I heard the name bandied around the office, Annette talking
15  to Bernie about Avellino and Bienes, Annette talking to her
16  girls, get me the A and B document such and such, get me this A
17  and B statement from July.  So it was just a name to me, but in
18  that context, it was clearly one of Bernie's clients.  And my
19  interpretation was a fairly large client because it sounded
20  like as if they took that client seriously.  But I had no idea
21  about, you know, the size of the accounts or how many accounts
22  they had or things like that.
23  Q.  And when you say they were a client of Madoff Securities,
24  were they a client in the investment side or were they a client
25  working with the market making?