# EXHIBIT 65



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM

C/O THOMAS G AVELLINO
Redacted

PERIOD ENDING: 1/31/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .46 |
| 1/02 | | | | HEWLETT PACKARD CO DIV 12/12/07 1/02/08 | DIV | | 306.88 |
| 1/02 | | | | WAL-MART STORES INC DIV 12/14/07 1/02/08 | DIV | | 783.64 |
| 1/03 | | | | UNITED PARCEL SVC INC CLASS B DIV 11/19/07 1/03/08 | DIV | | 970.20 |
| 1/07 | | 175,000 | 82862 | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.234 | | 173,659.50 |
| 1/07 | 175,000 | | 83042 | U S TREASURY BILL DUE 4/10/2008 4/10/2008 | 99.170 | 173,547.50 | |
| 1/07 | 112 | | 83222 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 112.00 | |
| 1/18 | | | | TRANS FROM 1ZB04630 | CA | | 215,000.00 |
| 1/18 | 200,000 | | 85993 | U S TREASURY BILL DUE 4/10/2008 4/10/2008 | 99.359 | 198,718.00 | |
| 1/18 | 16,282 | | 85994 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,282.00 | |
| 1/28 | 2,959 | | 86462 | APPLE INC | 135.520 | 401,121.68 | |
| 1/28 | 4,573 | | 86682 | ABBOTT LABORATORIES | 55.460 | 253,800.58 | |
| | | | | CONTINUED ON PAGE 2 | | 1,027,187.76 | 173,659.50 |

STR0000216

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT D-6
1-13-19



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM
C/O THOMAS G AVELLINO
Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB262-3-0 | ******2338 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/28 | 7,532 | | 86902 | AMERICAN INTL GROUP INC | 50.060 | 377,352.92 | |
| 1/28 | 3,228 | | 87122 | AMGEN INC | 44.530 | 143,871.84 | |
| 1/28 | 3,497 | | 87342 | AMERICAN EXPRESS COMPANY | 41.850 | 146,488.45 | |
| 1/28 | 2,152 | | 87562 | BOEING CO | 75.830 | 163,272.16 | |
| 1/28 | 12,912 | | 87782 | BANK OF AMERICA | 36.770 | 475,290.24 | |
| 1/28 | 3,228 | | 88002 | BANK OF NEW YORK MELLON CORP | 43.720 | 141,257.16 | |
| 1/28 | 14,526 | | 88222 | CITI GROUP INC | 23.810 | 346,445.06 | |
| 1/28 | 8,877 | | 88442 | COMCAST CORP CL A | 16.350 | 145,493.95 | |
| 1/28 | 4,573 | | 88662 | CONOCOPHILIPS | 69.380 | 317,456.74 | |
| 1/28 | 17,754 | | 88882 | CISCO SYSTEMS INC | 22.780 | 405,146.12 | |
| 1/28 | 4,304 | | 89102 | CVS CAREMARK CORP | 36.360 | 156,665.44 | |
| 1/28 | 6,187 | | 89322 | CHEVRON CORP | 78.800 | 487,782.60 | |
| 1/28 | 5,649 | | 89562 | THE WALT DISNEY CO | 27.320 | 154,555.68 | |
| 1/28 | 1,883 | | 89762 | EXELON CORP | 72.090 | 135,820.47 | |
| 1/28 | 29,321 | | 89982 | GENERAL ELECTRIC CO | 33.360 | 979,320.56 | |
| 1/28 | 807 | | 90202 | GOOGLE | 559.420 | 451,483.94 | |
| 1/28 | 1,076 | | 90422 | GOLDMAN SACHS GROUP INC | 185.100 | 199,210.60 | |
| 1/28 | 4,842 | | 90642 | HOME DEPOT INC | 27.510 | 133,396.42 | |
| 1/28 | 7,532 | | 90862 | HEWLETT PACKARD CO | 41.360 | 311,824.52 | |
| 1/28 | 4,035 | | 91082 | INTERNATIONAL BUSINESS MACHS | 99.710 | 402,490.85 | |
| 1/28 | 16,947 | | 91302 | INTEL CORP | 18.360 | 311,823.92 | |
| 1/28 | 8,339 | | 91522 | JOHNSON & JOHNSON | 64.590 | 538,949.01 | |
| 1/28 | 9,684 | | 91742 | J.P. MORGAN CHASE & CO | 40.270 | 390,361.68 | |
| 1/28 | 4,573 | | 91962 | KRAFT FOOD INC | 29.530 | 135,222.69 | |

CONTINUED ON PAGE   3

7,450,983.02

STR00000217

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM

C/O THOMAS G AVELLINO

Redacted

PERIOD ENDING: 1/31/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/28 | 5,918 | | 92182 | COCA COLA CO | 56.970 | 337,384.46 | |
| 1/28 | 3,497 | | 92402 | MCDONALDS CORP | 51.270 | 179,430.19 | |
| 1/28 | 3,228 | | 92622 | MEDTRONIC INC | 45.630 | 147,422.64 | |
| 1/28 | 2,421 | | 92842 | MERRILL LYNCH & CO INC | 53 | 128,409.00 | |
| 1/28 | 2,152 | | 93062 | 3M COMPANY | 73.040 | 157,268.08 | |
| 1/28 | 6,187 | | 93282 | ALTRIA GROUP INC | 72.040 | 445,958.48 | |
| 1/28 | 6,456 | | 93502 | MERCK & CO | 49.790 | 321,702.24 | |
| 1/28 | 3,228 | | 93722 | MORGAN STANLEY | 47.130 | 152,264.64 | |
| 1/28 | 23,403 | | 93942 | MICROSOFT CORP | 31.470 | 737,428.41 | |
| 1/28 | 11,567 | | 94602 | ORACLE CORPORATION | 19.600 | 227,175.20 | |
| 1/28 | 4,573 | | 94822 | PEPSICO INC | 68.040 | 311,328.92 | |
| 1/28 | 19,368 | | 95042 | PFIZER INC | 22.390 | 434,423.52 | |
| 1/28 | 8,877 | | 95262 | PROCTER & GAMBLE CO | 64.100 | 569,370.70 | |
| 1/28 | 3,497 | | 95482 | SCHLUMBERGER LTD | 75.100 | 262,763.70 | |
| 1/28 | 17,754 | | 95698 | AT&T INC | 34.820 | 618,904.28 | |
| 1/28 | 10,491 | | 95918 | TIME WARNER INC | 14.970 | 157,469.27 | |
| 1/28 | 2,959 | | 96138 | UNITED PARCEL SVC INC CLASS B | 66.580 | 197,128.22 | |
| 1/28 | 5,111 | | 96358 | U S BANCORP | 29.580 | 151,387.38 | |
| 1/28 | 2,959 | | 96578 | UNITED TECHNOLOGIES CORP | 66.160 | 195,885.44 | |
| 1/28 | 8,608 | | 96798 | VERIZON COMMUNICATIONS | 36.220 | 312,125.76 | |
| 1/28 | 5,918 | | 97018 | WACHOVIA CORP NEW | 30.890 | 183,043.02 | |
| 1/28 | 9,953 | | 97238 | WELLS FARGO & CO NEW | 26.310 | 261,261.43 | |
| 1/28 | 6,725 | | 97458 | WAL-MART STORES INC | 48.390 | 325,691.75 | |
| 1/28 | 16,140 | | 97678 | EXXON MOBIL CORP | 79.580 | 1,285,066.20 | |
| | | | | CONTINUED ON PAGE 4 | | 8,101,292.93 | |

STR0000218

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM
C/O THOMAS G. AVELLINO
Redacted

PERIOD ENDING: 1/31/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-Z8262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/28/08 | DIV | | 73.04 |
| 1/28 | | 40,131 | 98102 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 40,131.00 |
| 1/28 | | 3,300,000 | 98311 | U S TREASURY BILL DUE 2/21/2008  2/21/2008 | 99.863 | | 3,295,479.00 |
| 1/28 | | 3,300,000 | 98524 | U S TREASURY BILL DUE 2/28/2008  2/28/2008 | 99.815 | | 3,293,895.00 |
| 1/28 | | 3,300,000 | 98737 | U S TREASURY BILL DUE 3/06/2008  3/06/2008 | 99.780 | | 3,292,740.00 |
| 1/28 | | 3,300,000 | 98950 | U S TREASURY BILL DUE 3/13/2008  3/13/2008 | 99.741 | | 3,291,453.00 |
| 1/28 | | 3,300,000 | 99163 | U S TREASURY BILL DUE 3/20/2008  3/20/2008 | 99.691 | | 3,289,803.00 |
| 1/28 | 200,000 | | 99382 | U S TREASURY BILL DUE 06/05/2008  6/05/2008 | 99.194 | 198,388.00 | |
| 1/28 | 16,750 | | 99604 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,750.00 | |
| | | | | CONTINUED ON PAGE 5 | | 198,388.00 | 16,463,370.00 |

STR0000219

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM

C/O THOMAS G AVELLINO
Redacted

PERIOD ENDING 1/31/08
PAGE 5

YOUR ACCOUNT NUMBER 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/31 | 2,061 | | 4423 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | X 2,061.00 | |
| | | | | NEW BALANCE | | | X 81,238-01 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 17,754 | | | AT&T INC | 38.490 | | |
| | 4,573 | | | ABBOTT LABORATORIES | 56.300 | | |
| | 6,187 | | | ALTRIA GROUP INC | 75.820 | | |
| | 3,497 | | | AMERICAN EXPRESS COMPANY | 49.320 | | |
| | 7,532 | | | AMERICAN INTL GROUP INC | 55.160 | | |
| | 3,228 | | | AMGEN INC | 46.590 | | |
| | 2,959 | | | APPLE INC | 135.360 | | |
| | 12,912 | | | BANK OF AMERICA | 44.350 | | |
| | 3,228 | | | BANK OF NEW YORK MELLON CORP | 46.630 | | |
| | 2,152 | | | BOEING CO | 83.180 | | |
| | 4,304 | | | CVS CAREMARK CORP | 39.070 | | |
| | 6,187 | | | CHEVRON CORP | 84.500 | | |
| | 17,754 | | | CISCO SYSTEMS INC | 24.500 | | |
| | 14,526 | | | CITI GROUP INC | 28.220 | | |
| | 5,918 | | | COCA COLA CO | 59.170 | | |
| | 8,877 | | | COMCAST CORP CL A | 18.160 | | |
| | 4,573 | | | CONOCOPHILIPS | 80.320 | | |
| | 5,649 | | | THE WALT DISNEY CO | 29.930 | | |

CONTINUED ON PAGE 6

STR0000220

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM
C/O THOMAS G AVELLINO
Redacted

PERIOD ENDING: 1/31/08
PAGE: 6

YOUR ACCOUNT NUMBER: 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,883 | | | EXELON CORP | 76.190 | | |
| | 16,140 | | | EXXON MOBIL CORP | 86.400 | | |
| | 29,321 | | | GENERAL ELECTRIC CO | 35.410 | | |
| | 1,076 | | | GOLDMAN SACHS GROUP INC | 200.770 | | |
| | 807 | | | GOOGLE | 564.300 | | |
| | 7,532 | | | HEWLETT PACKARD CO | 43.750 | | |
| | 4,842 | | | HOME DEPOT INC | 30.670 | | |
| | 16,947 | | | INTEL CORP | 21.200 | | |
| | 4,035 | | | INTERNATIONAL BUSINESS MACHS | 107.340 | | |
| | 9,684 | | | J.P. MORGAN CHASE & CO | 47.550 | | |
| | 8,339 | | | JOHNSON & JOHNSON | 63.260 | | |
| | 4,573 | | | KRAFT FOOD INC | 29.260 | | |
| | 3,497 | | | MCDONALDS CORP | 53.550 | | |
| | 3,228 | | | MEDTRONIC INC | 46.570 | | |
| | 6,456 | | | MERCK & CO | 46.280 | | |
| | 2,421 | | | MERRILL LYNCH & CO INC | 56.400 | | |
| | 23,403 | | | MICROSOFT CORP | 32.600 | | |
| | 3,228 | | | MORGAN STANLEY | 49.430 | | |
| | 11,567 | | | ORACLE CORPORATION | 20.550 | | |
| | 4,573 | | | PEPSICO INC | 68.190 | | |
| | 19,368 | | | PFIZER INC | 23.390 | | |
| | 8,877 | | | PROCTER & GAMBLE CO | 65.950 | | |
| | 3,497 | | | SCHLUMBERGER LTD | 75.460 | | |
| | 18,811 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |

CONTINUED ON PAGE   7

STR00000221

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM
C/O THOMAS G AVELLINO
Redacted

PERIOD ENDING: 1/31/08
PAGE: 7
YOUR ACCOUNT NUMBER: 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,152 | | | 3M COMPANY | 79.650 | | |
| | 10,491 | | | TIME WARNER INC | 15.740 | | |
| | 5,111 | | | U S BANCORP | 33.950 | | |
| | 2,959 | | | UNITED PARCEL SVC INC CLASS B | 73.160 | | |
| | 3,300,000 | | | U S TREASURY BILL DUE 3/27/2008  3/27/2008 | 99.729 | | |
| | 3,675,000 | | | U S TREASURY BILL DUE 4/10/2008  4/10/2008 | 99.658 | | |
| | 3,300,000 | | | U S TREASURY BILL DUE 4/17/2008  4/17/2008 | 99.602 | | |
| | 3,300,000 | | | U S TREASURY BILL DUE 4/24/2008  4/24/2008 | 99.564 | | |
| | 3,300,000 | | | U S TREASURY BILL DUE 5/1/2008  5/01/2008 | 99.515 | | |
| | 3,300,000 | | | U S TREASURY BILL DUE 5/08/2008  5/08/2008 | 99.472 | | |
| | 3,300,000 | | | U S TREASURY BILL DUE 5/15/2008  5/15/2008 | 99.428 | | |

CONTINUED ON PAGE    8

STR0000222

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM
C/O THOMAS G AVELLINO
Redacted

PERIOD ENDING: 1/31/08
PAGE: 8
YOUR ACCOUNT NUMBER: 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 200,000 | | | U S TREASURY BILL DUE 06/05/2008  6/05/2008 | 99.314 | | |
| | 2,959 | | | UNITED TECHNOLOGIES CORP | 73.410 | | |
| | 8,608 | | | VERIZON COMMUNICATIONS | 38.840 | | |
| | 5,918 | | | WACHOVIA CORP NEW | 38.930 | | |
| | 6,725 | | | WAL-MART STORES INC | 50.880 | | |
| | 9,953 | | | WELLS FARGO & CO NEW | 34.010 | | |
| | | | | MARKET VALUE OF SECURITIES       LONG                SHORT 41,001,953.34 | | | |

STR0000223

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM

C/O THOMAS G AVELLINO

Redacted

PERIOD ENDING: 1/31/08
PAGE: 9
YOUR ACCOUNT NUMBER: 1-ZB262-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,133.76 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,637,029.50 |
| | | 306.88 + | | | | | |
| | | 783.64 + | | | | | |
| | | 970.20 + | | 1,027,187.76 + | | 173,659.50 + | |
| | | 73.04 + | | 7,450,983.02 + | | 16,463,370.00 + | |
| | | 2,133.76 * | | 8,101,292.93 + | | 16,637,029.50 * | |
| | | | | 198,388.00 + | | | |
| | | Dividends | | 16,777,851.71 * | | credit | |
| | | | | Debit | | | |

STR0000224

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STRATTHAM

C/O THOMAS G AVELLINO

Redacted

PERIOD ENDING: 1/31/08
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZB262-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 1/28 | | 269 | 94162 | S & P 100 INDEX FEBRUARY 610 CALL | 16 | | 430,131.00 |
| 1/28 | 269 | | 94382 | S & P 100 INDEX FEBRUARY 600 PUT | 19 | 511,369.00 | |
| | | | | NEW BALANCE | | 81,238.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 269 | | S & P 100 INDEX FEBRUARY 610 CALL | 36 | | |
| | 269 | | | S & P 100 INDEX FEBRUARY 600 PUT | 3.200 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 86,080.00   SHORT 968,400.00- | | | |
| | | | | | | 511,369.00 | 430,131.00 |

STR0000225

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES