# EXHIBIT 66

08-01789-cg

AVELLINO, FRANK
ADV. P&S ASSOCIATES

A435.001

DEPO OF FRANK AVELLINO – VOLUMES 1 and 2
9/9/15

```
 1        IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
            CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
 2                    COMPLEX LITIGATION UNIT
 3                    CASE NO.: 12-034123(07)
 4

 5   P&S ASSOCIATES, GENERAL PARTNERSHIP,
     a Florida limited partnership, et al.,
 6
                Plaintiffs,
 7
     v.
 8
     MICHAEL D. SULLIVAN, et al.,
 9
                Defendants.
10   _____/
11                              One Town Center Road
                                Suite 301
12                              Boca Raton, Florida 33486
                                Wednesday, 10:10 a.m. - 12:59 p.m.
13                              September 9, 2015
14
15              DEPOSITION OF FRANK AVELLINO
16
17                    VOLUME 1 of 2
18                  (Pages 1 through 143)
19
20
21        Taken on behalf of the Plaintiffs before
22   SUSAN MATOS, Court Reporter and Notary Public in and
23   for the State of Florida at Large, pursuant to
24   Plaintiffs' Third Re-Notice of Taking Videotaped
25   Deposition in the above cause.
```

[COPY]

```
 1   APPEARANCES:
 2   Attorneys for Plaintiffs
 3
         LEONARD K. SAMUELS, ESQUIRE
 4       lsamuels@bergersingerman.com
         STEVEN D. WEBER, ESQUIRE
 5       sweber@bergersingerman.com
         ZACHARY P. HYMAN, ESQUIRE
 6       zhyman@bergersingerman.com
         (Appeared telephonically.)
 7       BERGER SINGERMAN LLP
         350 East Las Olas Boulevard
 8       Suite 1000
         Fort Lauderdale, Florida 33301
 9       (954)525-9900
10
         THOMAS M. MESSANA, ESQUIRE
11       tmessana@messana-law.com
         THOMAS G. ZEICHMAN, ESQUIRE
12       tzeichman@messana-law.com
         MESSANA, P.A.
13       401 East Las Olas Boulevard
         Suite 1400
14       Fort Lauderdale, Florida
         (954)712-7400
15
16
     Attorney for Defendant
17   Frank Avellino
18       GARY A. WOODFIELD, ESQUIRE
         gwoodfield@haileshaw.com
19       HAILE SHAW & PFAFFENBERGER P.A.
         660 U.S. Highway 1
20       Third Floor
         North Palm Beach, Florida 33408
21       (561)627-8100
22
23
24
25
```

```
 1   APPEARANCES CONTINUED:
 2   Attorney for Defendant
     Michael Bienes
 3
         JONATHAN ETRA, ESQUIRE
 4       jetra@broadandcassel.com
         Broad and Cassel
 5       One Biscayne Tower, 21st Floor
         Two South Biscayne Boulevard
 6       Miami, Florida 33131
         (305)373-9447
 7
 8
 9
10
11
12
13
14
15   ALSO PRESENT:
16       Brian Terrinoni, Videographer
         Philip von Kahle
17
18
19
20
21
22
23
24
25
```

```
 1                        INDEX
 2   WITNESS                                          PAGE
 3   FRANK AVELLINO
 4        Direct Examination by Mr. Samuels ............7
 5        Witness Signature Page ....................138
 6        Errata Sheet ..............................139
 7        Certificate of Oath of Witness ............140
 8        Letter to Witness Re: Reading .............142
 9
10
11                   PLAINTIFFS' EXHIBITS
12   NUMBER              DESCRIPTION                  PAGE
13   Exhibit 1   Stipulation and Order in the ........10
                 Matter of the SEC versus Avellino &
14               Bienes;
                 Bates-Stamped BIENES 3RFP-005455 - 58
15
16   Exhibit 2   2-Page Letter dated August 7, 1991 ...51
                 from Avellino & Bienes;
17               Bates-Stamped
                 MADOFF_EXHIBITS-02824 - 25
18
19   Exhibit 3   Various documents IN RE: Ersica ......70
                 Gianna; Bates-Stamped
20               08-13-15_PLAINTIFFS_0014392 - 95
                 08-13-15_PLAINTIFFS_0014470 and
21               08-13-15_PLAINTIFFS_0017438
22
     Exhibit 4   March 12, 1993 Letter from Frank ....109
23               Avellino to Rev. Richard Wills, Jr.
                 Bates-Stamped
24               08-13-15_PLAINTIFFS_0009164
25
```

Frank Avellino - Vol. I taken on 9/9/2015

```
 1   sells stocks and bonds in the name of Avellino &
 2   Bienes?
 3       A.   Yes.
 4       Q.   And that then became the business of
 5   Avellino & Bienes?
 6       A.   Yes.
 7       Q.   And that one particular broker would be
 8   Madoff, correct?
 9       A.   Madoff, mm-hmm.
10       Q.   Does this refresh your recollection in any
11   way in when you started investing with -- with
12   Madoff?
13       A.   No. The thing I do like here that Lola
14   did say, which is the accusation over and over again
15   is: We do not encourage new accounts and do not
16   solicitate [sic] same.
17       Q.   And where --
18            MR. WOODFIELD: Just answer the question.
19   BY MR. SAMUELS:
20       Q.   Okay. And let's see what you're looking
21   at.
22       A.   It's the third paragraph.
23       Q.   Okay. "We do not encourage new accounts
24   and therefore do not solicit same." Is that right?
25       A.   Yes.
```

Frank Avellino - Vol. I taken on 9/9/2015

```
 1       Q.    And you do like to accommodate individuals
 2  that are recommended, correct?
 3       A.    Not necessarily.
 4       Q.    Okay.  So Avellino & Bienes then would
 5  invest money of relatives, friends and former
 6  clients through Avellino & Bienes in Madoff,
 7  correct?
 8       A.    Yes.
 9       Q.    Okay.  So would it also accept new clients
10  or -- strike that.
11             So Avellino & Bienes then would receive
12  income as a result of these investments, correct?
13       A.    The investments were by Avellino & Bienes.
14       Q.    And so -- how did Avellino & Bienes make
15  money.
16       A.    Buying and selling securities through
17  Bernard L. Madoff.
18       Q.    Okay.  And then paying a return to
19  investors on the notes that they were given?
20       A.    Well, this looks like it is a note.
21       Q.    Okay.  And -- and then Avellino & Bienes
22  would make the difference between the return and the
23  note minus whatever --
24       A.    Yes.
25       Q.    Minus whatever fees were paid to --
```

```
 1      A.   Theoretically, yes.
 2      Q.   Okay.  All right.  And that was the
 3 business model.
 4      A.   Yes.
 5      Q.   Okay.  Now, in terms of new people, would
 6 you accept new people who were recommended by you --
 7 I'm sorry, by former clients, relatives and friends?
 8      A.   Maybe.  I don't know.  I don't think so.
 9      Q.   Who is -- who, out of you and Mr. Bienes,
10 was in charge of getting new people to invest with
11 Avellino an Bienes?
12      A.   Evidently Lola.
13      Q.   Lola worked to obtain new accounts?
14      A.   Evidently.
15      Q.   Did you work to obtain new accounts?
16      A.   No.
17      Q.   And if you're making money on these
18 accounts, why were you not interested in
19 obtaining --
20      A.   Because I wasn't.
21      Q.   You were not making money?
22      A.   I wasn't interested.
23      Q.   In getting new accounts.
24      A.   Yes.
25      Q.   And why is that?
```