# EXHIBIT 67

AVELLINO, FRANK
P&S v. Avellino et al

A435.001 DEPOSITION OF MICHAEL BIENES – 9/10/1

10-05421_BHScanned_P&S_0028350
10-05421_BHScanned_P&S_0028350

Michael Bienes

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE No.12-034123(07)

P&S ASSOCIATES, GENERAL PARTNERSHIP,
a Florida limited partnership, et al.,

    Plaintiffs,

-vs-

MICHAEL D. SULLIVAN, et al.,

    Defendants.

---

DEPOSITION OF MICHAEL BIENES
VIDEOTAPED

VOLUME I
PAGES 1 - 83

Thursday, September 10, 2015
10:03 a.m. - 12:08 p.m.

Berger Singerman LLP
One Town Center Road
Suite 301
Boca Raton, Florida 33486

Reported By:
Gabrielle Cardarelli, FPR, RPR
Notary Public, State of Florida
Esquire Deposition Services
Job #22282

Michael Bienes

**Page 2**

1  APPEARANCES:
2
3  On behalf of the Plaintiff:
4      LEONARD K. SAMUELS, ESQUIRE
        STEVEN D. WEBER, ESQUIRE
5      BERGER SINGERMAN LLP
        1450 Brickell Avenue
6      Suite 1900
        Miami, Florida 33131
7      Phone: (305) 755-9500
8
9  On behalf of the Plaintiff:
10     THOMAS M. MESSANA, ESQUIRE
        THOMAS ZEICHMAN, ESQUIRE
11     MESSANA, P.A.
        401 East Las Olas Boulevard
12     Suite 1400
        Fort Lauderdale, Florida 33301
13     Phone: (954) 712-7400
14
15 On behalf of the Defendant (Michael Bienes):
16     JONATHAN ETRA, ESQUIRE
        BROAD AND CASSEL
17     One Biscayne Tower - 21st Flor
        2 South Biscayne Boulevard
18     Miami, Florida 33131
        Phone: (305) 373-9400
19
20 On behalf of the Defendant (Frank Avellino):
21     GARY A. WOODFIELD, ESQUIRE
        HAILE, SHAW & PFAFFENBERGER, P.A.
22     660 U.S. Highway One
        Third Floor
23     North Palm Beach, Florida 33408
        Phone: (561) 627-8100
24
25

**Page 3**

1  ALSO PRESENT:
2      BRIAN TERRINONI - VIDEOGRAPHER
        PHIL VON KAHLE
3      FRANK AVELLINO
4
5
6          - - -
7          I N D E X
8          - - -
9
10 WITNESS:    DIRECT  CROSS  REDIRECT  RECROSS
11
    MICHAEL BIENES
12
    BY MR. SAMUELS    5
13
14
15         - - -
16         E X H I B I T S
17         - - -
18
19 NUMBER        DESCRIPTION           PAGE
20
    PLAINTIFFS' EX. 29   LIST OF MEDICATIONS   7
21 PLAINTIFFS' EX. 30   FINAL JUDGMENT       29
    PLAINTIFFS' EX. 31   11/21/1996 LETTER    41
22 PLAINTIFFS' EX. 32   12/27/1992 LETTER    52
    PLAINTIFFS' EX. 33   NOTICE OF SERVING    72
23                      OBJECTIONS AND ANSWERS TO
                        INTERROGATORIES
24 PLAINTIFFS' EX. 34   NOTICE OF SERVING    75
                        OBJECTIONS AND ANSWERS TO
25                      INTERROGATORIES

**Page 4**

[blank]

**Page 5**

          P R O C E E D I N G S
              - - -
    Deposition taken before Gabrielle Cardarelli,
Registered Professional Reporter and Notary Public in
and for the State of Florida at Large, in the above
cause.
              - - -
    VIDEOGRAPHER: Today's date is
September 10th, 2015. The time on the video
monitor is 10:03 a.m. This is the video recorded
deposition of Michael Bienes, in the matter of P&S
Associates, et al., versus Michael D. Sullivan, et
al.
    This deposition is being conducted at Berger
Singerman, LLP, 350 East Las Olas Boulevard, Suite
1000, Fort Lauderdale, Florida 33301. The court
reporter is Gabby Cardarelli and the videographer
is Brian Terrinoni. Will counsel please identify
themselves for the record.
    MR. SAMUELS: Leonard Samuels of Berger
Singerman on behalf of the plaintiffs, S&P, P&S and
Phil Von Kahle. With me is Steve Weber, Tom
Zeichman and Phil Von Kahle.
    MR. ETRA: Jonathan Etra of Broad and Cassel,
on behalf of Mr. Bienes.

Michael Bienes

Page 94

1  happened?
2  A  I vaguely recollect he was, yes.
3  Q  Okay. And you said there was a second stage,
4  where you were elevated. Was Father Kelly with you
5  then?
6  A  I vaguely recollect he was.
7  Q  Okay. And you said there was a third stage,
8  when you got a star?
9  A  Con placa.
10 Q  A con placa. Was Father Kelly with you then?
11 A  I vaguely recollect he was, yes.
12 Q  And during this entire process, is it fair to
13 say that Father Vincent Kelly is your spiritual adviser?
14 A  That would be a fair statement.
15 Q  Okay. And did anything of this involve going
16 to the Vatican?
17 A  No.
18 Q  Have you ever been received -- have you ever
19 been to the Vatican?
20 A  Years ago, outside as a tourist.
21 Q  Okay. You were never -- you've never been
22 received at the Vatican as a guest, in light of your
23 being knighted?
24 A  No.
25 Q  Okay.

Page 95

1  MR. SAMUELS: What number are we on?
2  COURT REPORTER: Thirty-five.
3  MR. SAMUELS: We'll mark this as Exhibit 35.
4  (Plaintiffs' Exhibit No. 35 was marked for
5  identification.)
6  BY MR. SAMUELS:
7  Q  Okay. I want to show you what's been marked
8  as Exhibit 35. And the first thing I want to ask you
9  is, do you know who Mike McCarthy is?
10 A  No.
11 Q  Okay. Mr. McCarthy writes a letter saying
12 that last night, Father Vincent Kelly called to say that
13 there's a new group doing the same thing --
14 MR. ETRA: The witness is reading the letter.
15 Could you just let -- give him a minute --
16 MR. SAMUELS: That's fine.
17 MR. ETRA: -- to finish.
18 MR. SAMUELS: Yeah, that's no problem.
19 MR. ETRA: Thank you.
20 MR. WOODFIELD: Again, is this a document
21 that's been previously produced?
22 MR. SAMUELS: First of all, I'm sorry I did
23 not check during the break on the last one, like I
24 mentioned I would. So I owe you a check on that
25 one and this one.

Page 96

1  MR. WOODFIELD: The HG?
2  MR. WEBER: That one, yeah. HG, that would
3  have been produced with our production, either E13.
4  MR. WOODFIELD: Like Friday dump?
5  MR. WEBER: No, not like Friday dump. On
6  August 13th.
7  MR. SAMUELS: We'll get back to -- we'll get
8  back to you on it. How's that?
9  MR. WOODFIELD: Fine.
10 BY MR. SAMUELS:
11 Q  Okay. Have you had a chance to look at this
12 exhibit?
13 A  Yes, sir.
14 Q  Okay. So this indicates that Father Kelly
15 called to say there's a new group doing something, the
16 same as Avellino & Bienes. Was Father Kelly a direct or
17 indirect investor in Avellino & Bienes?
18 A  I believe he may have been.
19 Q  You're not sure'
20 A  I am not sure.
21 Q  Okay. So he goes on to say, "there's a new
22 group doing something the same as A & Bienes. They work
23 through Madoff investing people." Do you see that?
24 A  Yes.
25 Q  "And two new people are taking over what is

Page 97

1  called a limited partnership. Sullivan and Powell. The
2  two are Michael Sullivan and Greg Powell." Do you see
3  that?
4  A  Yes.
5  Q  Okay. Then it says: "Father Kelly said he is
6  going to use Sullivan and Powell, himself." You got
7  that?
8  A  Yes.
9  Q  In the letter? Okay.
10 So he's talking about a new group. So your
11 understanding that the new group, working through Madoff
12 and investing people, that the new group, Sullivan and
13 Powell, was in essence taking the place of the old
14 group, Avellino & Bienes, in terms of enabling people to
15 invest in Madoff?
16 MR. ETRA: Objection to form.
17 THE WITNESS: I have no such understanding.
18 BY MR. SAMUELS:
19 Q  Okay. So we now have Father Kelly saying he's
20 going to use Sullivan and Powell. Are you the person
21 that, given your relationship with Father Kelly, as well
22 as your relationship with Madoff, are you the person
23 that recommended to Father Kelly that he invest with
24 Michael Sullivan or one of his entities?
25 A  Not to my recollection.

Empire Legal Reporting

4 (Pages 94 to 97)
46fa8c95-9a8e-47e2-95dd-e9b8f243323e
954 241 1010

10-05421_BHScanned_P&S_0028388
10-05421_BHScanned_P&S_0028350

Michael Bienes

Page 174

1  A  Relatively speaking, maybe, yes.
2  Q  Okay. Okay. So let's turn now -- these pages
3  do have Bates numbers on them. They're pretty small,
4  unfortunately.
5       MR. WOODFIELD: Are -- are these -- that's not
6  a familiar Bates stamp.
7       MR. SAMUELS: AVE0 --
8       MR. WEBER: It's the Bates stamp.
9       MR. SAMUELS: -- 2917. It's early -- it's
10  one -- if you flip the page, it's one -- to the
11  back of the second page.
12       MR. WOODFIELD: I don't have a back. We only
13  have the even-numbered pages. We don't have the
14  backs.
15       MR. ETRA: You don't have copies?
16       MR. WEBER: This one has the backs. Are you
17  sure?
18       MR. WOODFIELD: Yeah.
19       MR. SAMUELS: He's got front and backs.
20       MR. ETRA: I have a back.
21       MR. WOODFIELD: Thanks.
22       MR. SAMUELS: Okay.
23  BY MR. SAMUELS:
24   Q  Okay. Here I'm just going to quote you and
25  just ask you if this is true, okay? This is talking

Page 175

1  about Saul Alpern. It says: "One of the first things
2  Saul Alpern said to me when I went to work for him was:
3  'Listen, yeah, listen. You got money, you can invest it
4  with my son-in-law Bernie. You'll get 20 percent.'"
5       All right. You mentioned that on TV. Do you
6  recall that being one of the first things that Saul
7  Alpern said to you?
8   A  Yes, I do.
9   Q  Okay. I'm now on page 02919. And I'm just
10  going to talk to you about some things that you said and
11  ask if it's truthful or not, okay?
12       (Discussion held off the record.)
13  BY MR. SAMUELS:
14   Q  "What my partner Frank told me -- because
15  Frank started with the firm in 1958. He went directly
16  from college to Alpern & Heller. He was a fixture
17  there. He was the key employee.
18       "He said he remembered Bernie coming in in '59
19  and '60, and using part of a desk in their office on
20  42nd Street, and working a phone line he had put in."
21       Is that truthful?
22   A  Yeah.
23   Q  Okay.
24   A  Yes, it is.
25   Q  All right. I'm now on page 21. The question

Page 176

1  was: "When did you get into investing other people's
2  money with Bernie Madoff?"
3       You said, "Saul, his father-in-law, had been
4  doing it since the late '60s, I think, if not before."
5       Is that your recollection in terms of when
6  Saul -- you were aware of Saul starting to invest in
7  Bernie?
8   A  Yes.
9   Q  Okay. Then the question is: "And the guy had
10  a hot hand?"
11       And you say, "You see, what Bernie said -- he
12  took a few straight accounts from Saul's people in the
13  beginning, and then he said to his father-in-law: 'No,
14  I cannot handle small accounts like this. This is a
15  pain in the neck and a pain in the butt.'"
16       "So Saul, being smart, said: 'Look, open up
17  an account called A&A and I'll do the record keeping.
18  I'll handle the checks. I'll do it all.'
19       "Yeah, he gave Frank a piece and I got a piece
20  when I became a partner. It became like a client of the
21  firm. It's was only about $2 million and-a-half, $2.5
22  million in the account. That was big money to me. And
23  we made a little bit off the top or backs. A business
24  in millions, a profit in pennies; it's true.
25       "So he would do this, and then when he

Page 177

1  retired, he says: 'I'm taking the green book down to
2  Florida. It'll give me work to do and I'll mail stuff
3  up to Nanette, and she'll type up the checks to send
4  out.'" Do you recall that?
5   A  Yes, I do.
6   Q  Okay. So now, we're talking about -- if you
7  go down, "What was the major business at the time, in
8  '70, still accounting'"
9       "We were accountants. Oh, yeah."
10       "How much of your business at that time was
11  investing with Bernie?"
12       "Oh, maybe ten percent, at most. I can't
13  remember."
14       So you recall that, in 1970, about ten percent
15  of your business was investing in Bernie Madoff?
16   A  Would that be right? I was guessing.
17   Q  Okay. Approximately -- is that an
18  approximation?
19   A  I don't know. I was guessing.
20   Q  Okay.
21   A  I could be wrong. I wanted to give him an
22  answer.
23   Q  Okay. So on the bottom of page 23, you're
24  saying: "Oh, yes. Oh, yes, it did. We knew that and
25  we always said there's not a corporation in the carload.

Empire Legal Reporting

24 (Pages 174 to 177)
45fa8c95-9a8e-47e2-95dd-e9b8f243323e
954 241 1010

10-05421_BHScanned_P&S_0028408
10-05421_BHScanned_P&S_0028350

Michael Bienes

Page 178

1   It's always us as GPs.
2   "We didn't create one of those partnerships --
3   you know, and the trick is who's a general partner? A
4   shell corporation is a general partner. Who owns the
5   shell? The boys. We never did that. There was no
6   corporation. We always stood behind it. That's how
7   much we believed in Bernie.
8   "So you were promising people how much?"
9   And you said, "All depends. Big amounts,
10  18 percent; smaller amounts, 17, 16, even as low as 15."
11  Do you see that?
12  A   I'm on page --
13  Q   Now, I'm over on page 24.
14  A   Oh, okay. Wait a minute. Yeah, I see that.
15  Q   So you recall promising people 18 percent;
16  smaller amounts, 17, 16, or even as low as 15?
17  A   Uh-huh. Yeah.
18  Q   Okay. And then on page 25, it says: "At the
19  time, were you the only people that you were aware of
20  that were feeding Bernie Madoff money?"
21  And you said, "Yes. Yes."
22  "In the '70s?
23  "Yes. Yes. We thought we were the only
24  ones." Do you see that?
25  A   Yes, sir.

Page 179

1   Q   So, does that refresh your recollection that
2   you were the only ones trading money into Bernie Madoff
3   in the '70s?
4   MR. ETRA: Objection.
5   THE WITNESS: It doesn't have to refresh my
6   recollection. It's what I thought.
7   BY MR. SAMUELS:
8   Q   Okay. Very good.
9   So let's go now to page 26. "Why did you need
10  to know? I mean, it's money."
11  You say, "No. No. No. It's not the money;
12  it's people. I don't want bad people. I don't want
13  people we don't know. I don't want people who shouldn't
14  be giving us money."
15  Do you see that?
16  A   Yes.
17  Q   So you were careful in terms of who you were
18  taking money from, right?
19  A   I would say so.
20  Q   Why is that?
21  A   Obvious reasons. Are you not careful who
22  you're taking as clients?
23  Q   I'm asking you. It's a deposition.
24  A   Because we're running a financial service, and
25  we didn't want people who were not going to be solid and

Page 180

1   comply by the rules
2   Q   Okay. So now, on page 28 at the bottom, it
3   says: "So it was all Madoff starting in the '80s?"
4   And you say, "83."
5   A   Yes.
6   Q   "All Madoff, because they forced us out of the
7   accounting business. Not that I care. Don't cry for
8   me. I hate it. I hated it."
9   So by --
10  MR. ETRA: I'm sorry. What page? I
11  apologize. What page?
12  MR. WOODFIELD: Twenty-eight.
13  MR. SAMUELS: Twenty-eight.
14  BY MR. SAMUELS:
15  Q   So by -- on or about by 1983, your entire
16  business was investing in Madoff?
17  A   After we closed -- after we closed the
18  accounting practice in '83, I believe Madoff was all
19  that was left. We couldn't get insurance to do anything
20  else.
21  Q   Okay. Let's now go to 31. Now, you're
22  talking about Mr. Avellino. "Yeah, I refer to him as
23  'my partner.' I could just as easily say 'my brother.'
24  That's the feeling, but we're not technically partners
25  anymore.

Page 181

1   "What's the nature of your contacts with
2   Bernie?
3   "Meetings at his office. He never came to
4   ours. The only socializing we ever did with him was he
5   invited us to one of his son's bar mitzvahs, because his
6   father-in-law was there and we were still in practice
7   with him, so he had to invite us."
8   So you had meetings at Mr. Madoff's office?
9   A   When -- when we met with him.
10  Q   Do you recall other meetings that we have not
11  yet discussed today?
12  A   I do not.
13  Q   Okay. Now, let's go to page 33. Third
14  paragraph, you say. "From day to day, week to week, and
15  month to month, we would see the buys and the sells and
16  the profits and the few losses and how it was coming.
17  So we're not flying blind because, to be more exact, we
18  had it pinpointed every day when the transactions came
19  in. Oh, my heavens. Of course."
20  "And at the end of the month those
21  transactions were on a monthly statement and you just
22  analyzed that out and you tied it in. You balanced it
23  out. This was regular accounting work. You reconciled
24  the accounts. So that, we did.
25  "Oh, my. No. You just didn't put money in

25 (Pages 178 to 181)
45fa8c95-9a8e-47e2-95dd-e9b8f243323e

Michael Bienes

Page 190

1  "She says, 'Oh.'
2  "I said, 'What are you looking to invest?'
3  "She says, 'well, I have 20 million.'
4  "I said, 'Are you out of your mind? Are you
5  out of your total head? If you want to go with anybody,
6  you open very small. You open modestly. I mean, tiny.
7  You don't buy the whole pie.' I didn't take her over
8  there."
9      Who was that person you were referring to?
10  A  Her last name was Acker, A-C-K-E-R.
11  Q  And do you know if Acker ever invested with
12  Sullivan?
13  A  I have no idea.
14  Q  And did you contact Sullivan about Acker?
15  A  Absolutely not.
16  Q  And the question then goes on: "So you were
17  telling her to be careful with Sullivan?"
18      And you say, "Yes, very careful. But she
19  brought it up. She came to my door and rang the bell."
20      "Why were you telling her to be very careful
21  with Sullivan?"
22  A  She said 20 million-dollars. She's a lunatic,
23  okay? I don't want to get involved with her because
24  she's offbeat, so is her crazy husband.
25  Q  And what's her husband's name?

Page 191

1  A  Harry.
2  Q  Okay.
3  A  Two nuts. They really were. She mentioned
4  Sullivan. I didn't. I just responded, and I was on my
5  way out the door.
6  Q  And do you know if -- if there were management
7  fees indicated on the books and records of S&P or P&S or
8  any Sullivan entity, showing you getting a management
9  fee for Acker?
10  A  I am not so aware.
11  Q  Okay. Can you turn to Exhibit 36, the last
12  page. Do you see that?
13  A  Yes.
14  Q  What is -- what are both of their names,
15  Acker?
16  A  Harry, and I knew her as A.J.
17  Q  A.J., so -- is that the A. Acker?
18  A  Could be.
19  Q  Okay. And did you ever come to learn that you
20  were receiving commissions or management fees or monies
21  paid to charities that you were involved with, as a
22  result of Acker's investment in --
23      MR. ETRA: Objection.
24      THE WITNESS: No, absolutely not.
25

Page 192

1  BY MR. SAMUELS:
2  Q  Did you ever at any time become aware of
3  whether or not Acker invested in S&P or P&S or Sullivan?
4  A  I never was.
5  Q  Okay. Now we're asking questions about -- now
6  I want to go back to your interview about Grosvenor.
7  A  Grosvenor.
8  Q  Grosvenor. Silent S.
9  A  Correct.
10  Q  Page 52: "When we went back with Madoff in
11  '93, went back in an account, partnership account, my
12  partner and I and the wives, of course."
13      "Bernie said, 'I'll let you back in, but I
14  don't want to see your name on the books.' So we had to
15  make up a name, Grosvenor."
16      Did Bernie say to you that he didn't want your
17  name on the books?
18  A  Me, personally?
19  Q  Uh-huh.
20  A  Not that I can recollect.
21  Q  How do you know that Bernie said that he'd let
22  you in, as long as your name wasn't on his books?
23  A  I think Frank may have told me.
24  Q  Do you recall discussing that with anybody at
25  Bernie Madoff's operation?

Page 193

1  A  I discussed nothing at Bernie Madoff's
2  operation.
3  Q  Then on page 54 -- on page 54, where it says,
4  "How many companies are we talking about, here?"
5      It says: "Three. Grosvenor, Mayfair Ventures
6  and Mayfair Bookkeeping -- or Mayfair Pension Plan.
7  Those are the three accounts with Madoff."
8      Is that correct, that those are the three
9  accounts involved with Madoff?
10  A  That's what I knew I was involved in.
11  Q  Okay. Do you know why Madoff didn't want your
12  names on the books?
13  A  No.
14  Q  Did you ever discuss with Frank Avellino why
15  Madoff didn't want your names on the books?
16  A  No.
17  Q  Now, let's go to page 57. Why didn't you
18  discuss with Mr. Avellino why you couldn't have your
19  names on the books?
20  A  I didn't think it was important.
21  Q  Okay. Actually, on page 52, going back to 52,
22  I'll just read it to you. It says: "So why doesn't
23  Bernie want your name -- see your name?"
24      And you said, "I don't ask him. Oh, because
25  we screwed up. We were to blame. We were to blame."