# EXHIBIT 15

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
TELEX 235130
Fax (212) 838-4061

**\*\*DUPLICATE\*\*** FOR ACCOUNT DORON TAVLIN TRUST
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVE
NEW YORK     NY  10158

PERIOD ENDING: 10/31/97
PAGE: 1
YOUR ACCOUNT NUMBER: 1-T0004-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 13-6947963

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,907,179.29 | |
| 10/01 | | | | SEP MARGIN INTEREST | INT | 18,048.35 | |
| 10/21 | | | | TANDY CORP DIV 10/01/97 10/21/97 | DIV | | 40.00 |
| 10/28 | | | | TRANS TO 1T003130 | CW | 100,000.00 | |
| | | | | NEW BALANCE | | 3,025,187.64 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,000 | | | AMGEN INC | 49 1/4 | | |
| | 14,000 | | | BANKAMERICA CORP | 71 7/8 | | |
| | 2,900 | | | BELL ATLANTIC CORP | 79 7/8 | | |
| | 8,000 | | | CATERPILLAR INC | 51 1/4 | | |
| | 4,000 | | | CHEVRON CORP | 82 15/16 | | |
| | 5,400 | | | DSC COMMUNICATIONS CORP | 24 3/8 | | |
| | 9,000 | | | DIGITAL EQUIPMENT CORP | 50 1/16 | | |
| | 4,000 | | | THE WALT DISNEY CO | 82 3/8 | | |
| | 12,000 | | | REEBOK INTL LTD | 36 7/8 | | |
| | 400 | | | TANDY CORP | 34 3/8 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 3,840,075.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

IF ANY DETAIL SHOWN HEREIN IS NOT IN ACCORDANCE WITH YOUR RECORDS, PLEASE NOTIFY US AT ONCE.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

10-05312_DEF_0000889

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
TELEX 235130
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT DORON TAVLIN TRUST
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVE
NEW YORK         NY  10158

PERIOD ENDING: 10/31/97
PAGE: 2
YOUR ACCOUNT NUMBER: 1-T0004-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 13-6947963

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 46,338.00 |
| | | | | MARGIN INTEREST | | 209,955.23 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

IF ANY DETAIL SHOWN HEREIN IS NOT IN ACCORDANCE WITH YOUR RECORDS, PLEASE NOTIFY US AT ONCE.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

10-05312_DEF_0000891