# EXHIBIT 16

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT DORON TAVLIN TRUST
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVE
NEW YORK        NY 10158

PERIOD ENDING: 12/31/07
PAGE: 1   H
YOUR ACCOUNT NUMBER: 1-T0004-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7963

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 3,022,200.00 |
| 12/03 | 5,000 |  |  | APPLE INC | RECD | 764,950.00 |  |
|  |  |  |  | TRANS TO 30 ACCT |  |  |  |
| 12/06 | 15,000 |  | 80844 | APPLE INC | 182.240 | 2,733,600.00 |  |
| 12/14 |  |  |  | TRANS FROM 30 ACCT | JRNL |  | 438,750.00 |
| 12/17 |  |  |  | TRANS FROM 30 ACCT | JRNL |  | 37,600.00 |
|  |  |  |  | NEW BALANCE |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\*  FOR ACCOUNT  DORON TAVLIN TRUST
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVE
NEW YORK        NY 10158

PERIOD ENDING: 12/31/07
PAGE: 2   H
YOUR ACCOUNT NUMBER: 1-T0004-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*7963

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 3,150.00 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,059,800.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.