# EXHIBIT 19

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   IN RE:  BERNARD L. MADOFF
     INVESTMENT SECURITIES LLC
 4
     IRVING H. PICARD, Trustee for
 5   the Liquidation of Bernard L.
     Madoff Investment Securities,
 6   LLC and Bernard L. Madoff,

 7
                   Plaintiff,
 8
              v.                              20 CV 1029 (JMF)
 9
     RAR ENTREPRENEURIAL FUND,
10   LTD.,

11                 Defendant.

12   ------------------------------x
                                              New York, N.Y.
13                                            March 7, 2022
                                              9:00 a.m.
14
     Before:
15
                      HON. JESSE M. FURMAN,
16
                                          District Judge
17
                          APPEARANCES
18
     BAKER & HOSTETLER
19        Attorneys for Plaintiff
     BY:  BRIAN WOO HYON SONG
20        LAN HOANG
          JAMES WATKINS
21
     CHAITMAN LLP
22        Attorneys for Defendant
     BY:  HELEN DAVIS CHAITMAN
23        LANCE GOTTHOFFER

24

25
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

1  we need to address or deal with?

2          MS. CHAITMAN:  No.  I think the pre-judgment interest
3  is the only thing.

4          THE COURT:  All right.  Very good.  Just to elaborate,
5  had the jury not reached that verdict, I was prepared to and
6  would have granted the Rule 50 motion in plaintiff's favor.

7          I certainly think the evidence presented at trial, in
8  contrast to what was presented to me at summary judgment, was
9  overwhelming and really uniformly pointed in the direction that
10 supported the jury's verdict.  I would have been happy to
11 elaborate, if need be, but I don't need to.

12         Let me say for the record that that would have been my
13 ruling, even if they answered no to question one and had to
14 answer question two and answered no to question two.  But even
15 if I were just to limit my ruling to question two, it would be
16 a directed verdict in plaintiff's favor.

17         Having said that, the case was well tried on both
18 sides.  I appreciate that.  I appreciate the efficiency with
19 which we were able to get it done.

20         Unless anyone has anything further, I will step down
21 from the bench and go say thank you to whichever jurors remain.

22         Mr. Song, Ms. Hoang, anything from you?

23         MR. SONG:  No, your Honor.

24         THE COURT:  Ms. Chaitman?

25         MS. CHAITMAN:  No, your Honor.