# EXHIBIT 9

```
               0 ·   *

          63,864·42   +
              13·99   +
          63,878·41   *

          63,878·41   ÷
              83·875  =
             761·59   *

              83·875  ×
             761·     =
          63,828·88   +I
          63,828·88   ×
               0·025  =
           1,595·72   *

           1,595·72   ÷
               4·     ×
               8·     =
           3,191·44   *

           3,191·44   +I
             761·     ×
               2·25   =
           1,712·25   *

           1,712·25   ×
               0·03125 =
              53·51   +I
          67,073·83   ◊I
          67,073·83   ÷
           1,712·25   =
              39·17   *

              39·25   ×
           1,712·25   =
          67,205·81   -I
             131·98-  *I

             131·98-  ÷
               0·125  =
           1,055·84-  *

           1,712·00   +
           1,052·00   -
             660·00   *
```

MADTSS00401002

L + C Lipkin                                                56,180.81       80

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6  2½  3/10  INA | 8.81 |
|  | 2107.13 | | | | |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8  2½  5/8 | 19.69 |
|  |  | | | Heinz | |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | 7  2½  7/1 | 13.99 |
|  | 2676.92 | | | Aetna | |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | 8  2½  9/1 | 49.53 |
|  | 3191.88 | | | Amax | |
| 9/5 | Amax | 67,008— | 70,358.41 | 8  2½  10/30 | 62.29 |
|  | 3350.40 | | | Rockwell | |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8  2½  12/31 | 15.94 |
|  | 3520.66 | | | Tomlinson | |
| 12/31 | Check | 10,000— | | " | |
|  | Check (A) | | 5000— | " | |

68,941.35

MADTSS00400966



ICE — Aetna Life
+ Casualty 2 PfC

761 @ 83 3/8 =
                63828.88


                          41159.50
1052      39 1/8             32.88
                          41126.62

660       39 1/4 = 25905 —
                              20.63
1 = 9.77
                          25884.37

6/23 B
6/25 S    | 65020.26 |
                        | 8 — 2 1/2
1712.25     (9/1)         3191.88 |

MADTSS00401003

```
              0·    *

     61,201·49   ÷
           27·5  =
      2,225·51   *

           27·5  ×
        2,225·   =
     61,187·50   +I
     61,187·50   ×
          0·025  =
      1,529·69   *

      1,529·69   ÷
            4·   ×
            7·   =
      2,676·96   *

      2,676·96   +I
        2,225·   ×
          0·75   =
      1,668·75   *

      1,668·75   ×
        0·03125  =
          52·15  +I
     63,916·61   ◊I
     63,916·61   ÷
      1,668·75   =
          38·30  *

         38·375  ×
      1,668·75   =
     64,038·28   -I
        121·67-  *I

        121·67-  ÷
         0·125   =
        973·36-  *

      1,668·00   +
        973·00   -
        695·00   *
```

MADTSS00400994





MADTSS00400988



MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| | |
|---|---|
| FRACTIONAL SHARES HEINZ | 28.67 |

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225   27½         61,187.50


973    38¼         37217.25
                     30  41
                   ─────────
                   37186.84

695    38⅜  =  26670.63
                    21.72
                   ─────────
                   26648.91

7 = 28.67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

REDACTED

**YOUR ACCOUNT NUMBER**

**YOUR TAX PAYER IDENTIFICATION NUMBER**

**PERIOD ENDING** 12/31/80

**PAGE**

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARDED | | | 56,180.31 |
| 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | F | | RESERVE OIL & GAS COM | | | 16.26 |
| | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| | 1330 | | INA CORP | 30 | | 39,858.44 |
| | F | | INA CORP | | | 14.92 |
| 2726 | 973 | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 2225 | | | INA CORP $2.90 PFD | 27 1/2 | 61,187.50 | |
| | 695 | | HEINZ COM | 38 1/4 | | 26,648.91 |
| | F | | HEINZ COM | | | 26.67 |
| | 973 | | HEINZ COM | 38 3/8 | | 37,186.84 |
| | 1052 | | AETNA LIFE $2 PFD | 63 7/8 | 63,828.88 | |
| 761 | 660 | | AETNA LIFE COM. | 39 1/8 | | 25,884.37 |
| | | | AETNA LIFE COM. | 39 1/2 | | 41,126.52 |
| | | | AMAX INC. | 51 1/4 | | 43,642.19 |
| | 521 | | AMAX INC. | 51 3/8 | | 26,684.97 |
| | | | AMAX INC. | | | 9.77 |
| | 850 | | AMAX INC $3. PFD | 64 | | 67,008.00 |
| 2947 | | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | 1816 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | 350 | | ROCKWELL INTL | | | 10.23 |
| | Y | | ROCKWELL INTL $4.50 PFD | 29 1/4 | 76,626.75 | |
| 2497 | | | CHECK | | 10,000.00 | |
| | | | CHECK | | 5,000.00 | |
| | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

| HJ Heinz 1.70 | 3rd (?) |
|---|---|
| | P = .35 C |
| 4/9/79 - 5/18 D | /P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515