# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
               F O R M   F L A S H   D E F I N I T I O N
                    BOX DEFINITIONS - Page 1-1
Left       Right                        Fill                    Spacing
                                   Fill
Edge       Edge    Top    Bottom  Width  Density Density  Number  Horiz   Vert
4          10      5      10      1      1       0        0       0       0

_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____
_____    _____   _____  _____   _____  _____   _____    _____   _____   _____

F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
    F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
              DTCS
                           Millimeters
                        From  From  Right
Ref      Definition      Page Top   Left  Edge   Lines      Equation
  1  L1 Dont Print       1    5     5     100    1    NP
  2  Header Line 1       1    14.2  5.4   270    1    A3502070/1/8/12 TRIM2/135
  3  Header Line 2-3     1    17.38 5.4   270    2    A3502070/1/8/12 TRIM2/135
  4  Macro Calls         1    23.73 4     206    56   TRIM1/5
  5  Data                1    23.73 8     206    56   COPYR4 TRIM7/67
  6                                                   A3502070/1/8/12
  7  L81                 1    5     5     100    1    PG
  8
  9
 10
 11
 12
 13
 14
 15

F1=Flash F2=Print Def F3=Go To ____  F4=Prev Screen F5=Next Screen F9=Para Select
F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```