# EXHIBIT 32



Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

BERNARD L MADOFF INVESTMENT SECURITIES  TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                            DS

Account No:        Redacted 1-509
Statement Start Date:  01 JAN 2003
Statement End Date:    31 JAN 2003
Statement Code:        000-USA-12
Statement No:          001    698
Page 1 of 2

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 23 | 61,952,499.92 | Opening (01 JAN 2003) | | Closing (31 JAN 2003) | | Credits | 0 |
| Total Debits (incl. checks) | 21 | 61,952,499.92 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 21 | 61,952,499.92 | | | | | Checks | 0 |

| Ledger Date | Adj. Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 JAN | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 02 JAN | | | | USD  OUR: 1400400201DW | | 2,654,043.00 | CDS FUNDING |
| 02 JAN | | | | USD  OUR: 1400300188DW | 2,654,043.00 | | LIST POST    AA01 |
| 02 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03 JAN | | | | USD  OUR: 1400400189DW | | 2,740,722.28 | CDS FUNDING |
| 03 JAN | | | | USD  OUR: 1400300190DW | 2,740,722.28 | | LIST POST    AA01 |
| 03 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 06 JAN | | | | USD  OUR: 1400400200DW | | 3,125,422.40 | CDS FUNDING |
| 06 JAN | | | | USD  OUR: 1400300222DW | 3,175,422.40 | | LIST POST    AA01 |
| 06 JAN | | | | | **** Balance **** | 50,000.00- | CLOSING LEDGER BALANCE |
| 07 JAN | | | | USD  OUR: 1400400192DW | | 8,688,854.88 | CDS FUNDING |
| 07 JAN | | | | USD  OUR: 1400300195DW | 8,638,854.88 | | LIST POST    AA01 |
| 07 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08 JAN | | | | USD  OUR: 1400400200DW | | 8,654,307.33 | CDS FUNDING |
| 08 JAN | | | | USD  OUR: 1400300187DW | 8,654,307.33 | | LIST POST    AA01 |
| 08 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09 JAN | | | | USD  OUR: 1400400193DW | | 4,279,758.03 | CDS FUNDING |
| 09 JAN | | | | USD  OUR: 1400300191DW | 4,279,758.03 | | LIST POST    AA01 |
| 09 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10 JAN | | | | USD  OUR: 1400400195DW | | 2,002,630.00 | CDS FUNDING |
| 10 JAN | | | | USD  OUR: 1400300205DW | 2,002,630.00 | | LIST POST    AA01 |
| 10 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 13 JAN | | | | USD  OUR: 1400400195DW | | 2,087,916.08 | CDS FUNDING |
| 13 JAN | | | | USD  OUR: 1400300208DW | 2,087,916.08 | | LIST POST    AA01 |
| 13 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14 JAN | | | | USD  OUR: 0810100020DW | | 1,500.00 | 0000139794 011303 SP RET ITEM |
| 14 JAN | | | | USD  OUR: 1400400199DW | | 4,156,322.45 | CDS FUNDING |
| 14 JAN | | | | USD  OUR: 1400300204DW | 4,156,322.45 | | LIST POST    AA01 |
| 14 JAN | | | | | **** Balance **** | 1,500.00 | CLOSING LEDGER BALANCE |
| 15 JAN | | | | USD  OUR: 1400400200DW | | 6,170,609.40 | CDS FUNDING |

FT CODE:   USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA000043



Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

BERNARD L MADOFF INVESTMENT SECURITIES  TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY   10022                                  DS

Redacted
Account No:            1-509
Statement Start Date:  01 JAN 2003
Statement End Date:    31 JAN 2003
Statement Code:        000-USA-12
Statement No:          001     698
Page 2 of 2

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15JAN | | | | USD OUR: 1400300205DW | 6,172,109.40 | | LIST POST      AA01 |
| 15JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16JAN | | | | USD OUR: 1400400193DW | | 3,333,812.49 | CDS FUNDING |
| 16JAN | | | | USD OUR: 1400300190DW | 3,333,812.49 | | LIST POST      AA01 |
| 16JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17JAN | | | | USD OUR: 1400400192DW | | 1,924,339.68 | CDS FUNDING |
| 17JAN | | | | USD OUR: 1400300200DW | 1,924,339.68 | | LIST POST      AA01 |
| 17JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21JAN | | | | USD OUR: 1400400199DW | | 2,042,050.39 | CDS FUNDING |
| 21JAN | | | | USD OUR: 1400300205DW | 2,042,050.39 | | LIST POST      AA01 |
| 21JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22JAN | | | | USD OUR: 1400400200DW | | 1,166,854.38 | CDS FUNDING |
| 22JAN | | | | USD OUR: 1400300206DW | 1,166,854.38 | | LIST POST      AA01 |
| 22JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23JAN | | | | USD OUR: 1400400207DW | | 1,531,024.35 | CDS FUNDING |
| 23JAN | | | | USD OUR: 1400300193DW | 1,531,024.35 | | LIST POST      AA01 |
| 23JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24JAN | | | | USD OUR: 0810100014DW | | 3,642.91 | 0000141131 012303 SP RET ITEM |
| 24JAN | | | | USD OUR: 1400400196DW | | 1,689,320.73 | CDS FUNDING |
| 24JAN | | | | USD OUR: 1400300246DW | 1,689,320.73 | | LIST POST      AA01 |
| 24JAN | | | | | **** Balance **** | 3,642.91 | CLOSING LEDGER BALANCE |
| 27JAN | | | | USD OUR: 1400400196DW | | 1,415,761.92 | CDS FUNDING |
| 27JAN | | | | USD OUR: 1400300210DW | 1,419,404.83 | | LIST POST      AA01 |
| 27JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28JAN | | | | USD OUR: 1400400199DW | | 1,099,077.06 | CDS FUNDING |
| 28JAN | | | | USD OUR: 1400300189DW | 1,099,077.06 | | LIST POST      AA01 |
| 28JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29JAN | | | | USD OUR: 1400400200DW | | 1,323,197.09 | CDS FUNDING |
| 29JAN | | | | USD OUR: 1400300197DW | 1,323,197.09 | | LIST POST      AA01 |
| 29JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30JAN | | | | USD OUR: 1400400189DW | | 147,802.81 | CDS FUNDING |
| 30JAN | | | | USD OUR: 1400300189DW | 147,802.81 | | LIST POST      AA01 |
| 30JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31JAN | | | | USD OUR: 1400400199DW | | 1,713,530.26 | CDS FUNDING |
| 31JAN | | | | USD OUR: 1400300195DW | 1,713,530.26 | | LIST POST      AA01 |
| 31JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

JPMTAA000044