# EXHIBIT 7

CHASE

| CKS OUT | WIRE TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|
| (1899975.56) (330 000.00) NL | -1000 000.00 MS -1375 000.00 RJG -3000 000.00 [illegible] -150 000.00 MARDEN -500 000.00 [illegible] -600 000.00 RABIN -4000.00 OAKDALE | +562211.75 | CROESUSUS +390 000.00 | 6/16 | 314 139 733.11 | |
| -72000.00 CHELA (1579 935.00) | -250 000.00 MANSEL +5000 000.00 THEMA | +372107.28 | | 6/17 | 317 627505.39 | +7600- |
| -500 000.00 SHALL (328 000.00) | -144 000.00 BLM -3050 000.00 RUBIN -1500 000.00 [illegible] | -62017.52 Sterling +1190 000.00 | | 6/18 | 313 857522.91 | |
| -600 000.00 BEAR LAKE (2704411.00) | -150 000.00 ANS -400 000.00 ENIS -50 000.00 MARGON +3000 000.00 EVENSTAD | +1 000 000.00 SCHWARTZ +654 891.00 | +1000 000.00 HAYMAN +1000 000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300 000 - BFS +600000 - BFS (923500-) | -75000 - [illegible] -600000 - [illegible] -450000 - [illegible] +500000 - [illegible] -2000000 - [illegible] -2000 000 - BNP | +5000 000 - L+WIN +247890.09 | +300 000.00 [illegible] | 6/20 | 291 388 009.00 | |
| -1300 000.00 SACHS (1220 270.00) | +250 000.00 SWEIDER +250 000.00 [illegible] -500 000.00 [illegible] +32000.00 LAZURUS +399975 - CARLSTON +2,000000 - SLAVIN | +800 000.00 LEHRER 636 567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2981 000.00) | +2 000 000.00 MEDIAN DUGAN -45000.00 [illegible] -1000 000.00 [illegible] +298387.50 RENICK +250 000.00 LEDERMAN BIAL +500 000.00 GROEN | +1000 000 - SHECKMAN +419 788.58 | INT ADJ 4/24 AS PER DAN B. -2244 008.72 | 6/24 | 294 734 256.38 | [illegible] +180 [illegible] |
| -100 000.00 KORN -4000 000.00 HUBBARD (18 112 446.43) | -2000 000.00 MEDGA -1300 000.00 KAPLAN -2000 000.00 [illegible] -500 000.00 SCHIFF -1700 000.00 STH GRAY [illegible] | -1400 000.00 [illegible] +700 000.00 | | 6/25 | 261 351 809.95 | |
| -10000 000.00 BRANCH (1251557.44) | +70 000.00 ELGIN +78000.00 CADMUS +100 000.00 BERMAN | +290 000.00 STEIN +291 642.78 | +5.000 000.00 ALH-FIACLITY | 6/26 | 300 929 895.29 | |
| -500000 - Jalon (1841219.46) | -[illegible] - Jacobs -[illegible] - [illegible] -10000 000 - Engrakes 1008646.53 [illegible] -20 000 000 - Thypo -1600 000 - Pashcourt | 1000000 - MITHEM 702955.71 | -1200 000 - [illegible] -1596396.00 - Anderson -90000 - [illegible] | 6/27 | | [illegible] +20000 - [illegible] |
| +3000000 - Sonenberg Spec. +50 000 000.00 BLM [illegible] | +10 000000 - MARK +956 518.90 Fisher +1500000 - Kumin +1000000 - SMITH +275000 [illegible] | Cottage +2200 000.00 | +45000 000 - BLM SPEC. | 6/27 | 375 922 404.13 | |
| (1 780 376-) (550 000.00) NL | -3000 000.00 STERLING -500 000.00 [illegible] -725000.00 [illegible] -12000 000.00 TREMONT -238 000 000.00 BNP -2.000 000.00 RJP | +46600 - ALPHA +1 459.593.25 | +520 000.00 TURBO +3620 559.00 STERLING +16 979.975.00 M INVEST | 6/30 | 350 233 155.38 | CKS CLR +1000 000 +134000 |
| (250 000 000-) [illegible] (2000) Annette (140540-) NL (-23 080510.50) | -3500 000 - Picower -251000 - Maida -22 000 000 - Thybo -1000000 - Klein -350 000 - [illegible] | -100 000 - Marace +[illegible] - NEDHILL +1759 716 - | +757898.47 - Bigos +425817.50 - Brema | 7/1 | | |
| +12 999985 - Bangor [illegible] +600 000 - [illegible] | +5767 [illegible] +10 [illegible] +95000 - [illegible] +70000 - [illegible] +1400000 - Cogan +67500 - LWT | +2221945 [illegible] +3529 959.53 Lambert +70000 - [illegible] | -59100 BLM SPEC | | 113669 036.51 | |
| (1500) (5851350.55) | -42000 - Wilson -500000 - [illegible] -1130000 - BNP +15000 - Robins -[illegible] - SCHIRR -1000 [illegible] | +100000 - Hyres +170000 - Downtown +1571666.68 | +500000 - TURBO +180000 - Harmony | 7/2 | 110 496 867.64 | |
| (2695.525.04) | -500 000 - St. Clair -500000 - Cole -4629535.92 [illegible] +100000.00 Kay +4654555.00 Cohen -75000 - [illegible] | +30000000.00 Ascot +155000.00 | +1000000.00 Avalax +2000000.00 broad MKT | 7/3 | 140041336.68 | |
| (677000.00) (110.000.00) NL | +1800 000.00 RPPINJ +2700000.00 FRIEDMAN -150 850 - HARREN +3 715 585.00 BALERACI +12000 000.00 AMER MASTERS | +[illegible].00 PASHOOK +1913 [illegible] | +400 000.00 RBD +600 000.00 [illegible] OREGN | 7/7 | 163 254 89[illegible].69 | CK RET +14000- +8000- |