# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
- 65 cks out
+ 20 Wire In - Westwood
+ 200  "    " - Primeo CLB
+ 500  "    " - N Sachs
+ 1100 "    " - Schupak
+ 2000 "    " - Yesod
+ 3000 "    " - BPI Multi Advisors
+ 1762 My Deposit 200H C+H 500H E+H
                   278H ARB 784 ArB
- 14200 Tony Out
- 27300 Wire Out - Bankers
- 32800 "    " - Bk of NY
- 10000 "    " - Credit Lyons
+ 15000 W.C. Deposit
  +22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

```
                  3-29-96
Bankers Trust
 -  15322  Bal 3-28
 -  15 823  cks out *
 -     369  ol out - Monroe
 -     175  Wire Out - Marden
 -     650    "     "  - Cigna
 -    1000    "     "  - Tremont
 -    1000    "     "  - Stan (Brighton)
 -    9000  Tony Out
 + 27300  Wire In - Chem
   ─────────
  - 16 039

* 15823400 - Hand Del N.C. prof
Drawing  15798466 - 4-1 N.C.
    "       80 mil   4-1  Picower
Wiring Out  545 M    4-5  Picower
           1.7 mil   4-1  Marden
            150 M    4-1  Marden
            100 M    4-1  Mald/Auld
             2 mil   4-1  Hadassah
              50 M   4-2  Marden
             250 M   4-2  Goodman
           1.875 M   4-3  Greenwich
             1 mil   4-4  Lagoon
```

MADTSS00244688