# EXHIBIT 8.2

WAIT

MISS
OUT →

| C.M. 6-30-03 | C.M. = WIRE ACTIVITY |
|---|---|
| + 375722 BALANCE | ✓ 23800 WIRE out -BNP |
| | ✓ - 7265 WIRE out -BNP |
| - 550 CHECKS OUT * | ✓ -12000 WIRE out -TREMONT |
| | ✓ -2000 WIRE out -RPP |
| - 1780 CHECKS OUT** | ✓ -3000 WIRE out -STERLING |
| | ✓ - 500 WIRE out -DORADO |
| —0— N.L. DEPOSIT ✓✓ | _____ WIRE |
| —0— TRANS ✓✓ | _____ WIRE |
| -26959 NET WIRES **** | ✓ + 46.6 WIRE IN - ALPHA PRIME |
| | ✓ + 520 WIRE IN -TURBO |
| | 6/27 ✓ + 3620 WIRE IN - STERLING ✓ |
| + 1460 MY DEPOSIT ✓✓ | ✓ +17000 WIRE IN -M-INVEST |
| + 2340 Cks Rtn | -26959 NET WIRES **** ✓ |
| + 350 233 TOTAL BALANCE | |
| *HAND DELIVER N.L 550 000 — | WIRING OUT 251M 7/1 MARDEN — |
| | 3mil 7/1 Picower Fdn — |
| ✗ DRAWING N.L. 1465040 - 7/1 | ✗ WIRING OUT 150 850 - 7/7 MARDEN |
| 110 000 - 7/7 | 1,852,488.57 7/11 STON |
| ✗ DRAWING SPECIAL 250 mil 7/1 Picower | WIRING OUT Possible 30 mil 7/2 FAIRFIELD |
| MAILED IN STATE 1 427 501 — | WIRING OUT 2 mil 7/1 THYBO — |
| | 1,130,000 - 7/2 BNP |
| MAILED OUT STATE 352 875 — | WIRING OUT 350 M - 7/1 GREENWICH — |
| | 1 mil - 7/1 Klein — |
| ✗ GIVING YOU N.L. —0— | WIRING OUT 500M - 7/2 Pound |
| | WIRING OUT _____ |
| | WIRING OUT _____ |
| | WIRING OUT _____ |

MADTSS01309801