# EXHIBIT 15.3

**Lehman 398 Account Activity**[1]

| | | Transfers | | | | Account Value | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Municipal Bonds | Cash & Cash Equivalents | Month End Account Value |
| 4/1/1999 | 4/30/1999 | 150,000,000 | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 5/1/1999 | 5/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 6/1/1999 | 6/30/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 7/1/1999 | 7/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 8/1/1999 | 8/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 9/1/1999 | 9/30/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 10/1/1999 | 10/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **150,000,000** [2] |
| 11/1/1999 | 11/30/1999 | | (4,214,814) | | | n/a | n/a | n/a | n/a | n/a | n/a | **145,785,186** [2] |
| 12/1/1999 | 12/31/1999 | 200,000,000 | | | | n/a | n/a | n/a | n/a | n/a | n/a | **345,785,186** [2] |
| 1/1/2000 | 1/31/2000 | | | | | 98,688,000 | - | 197,563,000 | 49,477,000 | - | 401,809 | **346,129,809** |
| 2/1/2000 | 2/29/2000 | | | | | 98,688,000 | - | 197,563,000 | 49,477,000 | - | 403,396 | **346,131,396** |
| 3/1/2000 | 3/31/2000 | | | | | 98,969,000 | - | 197,563,000 | 49,551,000 | - | 405,007 | **346,488,007** |
| 4/1/2000 | 4/30/2000 | | | | | 98,969,000 | - | 197,563,000 | 49,551,000 | - | 407,097 | **346,490,097** |
| 5/1/2000 | 5/31/2000 | | | | | 98,750,000 | - | 197,281,000 | 49,697,500 | - | 7,276,855 | **353,005,355** |
| 6/1/2000 | 6/30/2000 | | | | | 99,125,000 | - | 208,532,631 | 49,745,500 | - | 1,644 | **357,404,775** |
| 7/1/2000 | 7/31/2000 | | | | | 99,281,000 | - | 208,760,016 | 49,809,500 | - | 50,694 | **357,901,210** |
| 8/1/2000 | 8/31/2000 | | | | | 99,500,000 | - | 209,095,882 | 49,867,500 | - | 107,013 | **358,570,395** |
| 9/1/2000 | 9/30/2000 | | | | | 99,563,000 | - | 208,934,900 | 49,944,000 | - | 722,917 | **359,164,817** |
| 10/1/2000 | 10/31/2000 [3] | | | | | 99,563,000 | - | 208,934,900 | 49,944,000 | - | 726,199 | **359,168,099** |
| 11/1/2000 | 11/30/2000 | | | | | 99,813,000 | - | 263,861,860 | - | - | 3,005,589 | **366,680,449** |
| 12/1/2000 | 12/31/2000 | | | | | 100,281,000 | - | 249,641,500 | 20,947,710 | - | 135,959 | **371,006,169** |
| 1/1/2001 | 1/31/2001 | | | | | 100,844,000 | - | 270,202,700 | - | 1,243,506 | 4,428 | **372,294,634** |
| 2/1/2001 | 2/28/2001 | | | | | 100,906,000 | - | 273,708,324 | - | - | 101,137 | **374,715,461** |
| 3/1/2001 | 3/31/2001 | | | | | 101,000,000 | - | 273,832,365 | - | - | 1,619,482 | **376,451,847** |
| 4/1/2001 | 4/30/2001 | | | | | 101,000,000 | - | 275,618,096 | - | - | 2,127 | **376,620,223** |
| 5/1/2001 | 5/31/2001 | | | | | 101,063,000 | - | 269,565,600 | - | 7,701,519 | 2,938,035 | **381,268,154** |
| 6/1/2001 | 6/30/2001 | | | | | 100,875,000 | - | 169,328,600 | - | - | 112,064,917 | **382,268,517** |
| 7/1/2001 | 7/31/2001 | | | | | 100,750,000 | - | 282,168,236 | - | - | 218,228 | **383,136,464** |
| 8/1/2001 | 8/31/2001 | | | | | 100,563,000 | - | 282,342,536 | - | - | 2,320,710 | **385,226,246** |
| 9/1/2001 | 9/30/2001 | | | | | 100,531,000 | - | 282,335,455 | - | - | 2,322,513 | **385,188,968** |
| 10/1/2001 | 10/31/2001 | | | | | 100,281,000 | - | 286,337,877 | - | - | 149,535 | **386,768,412** |
| 11/1/2001 | 11/30/2001 | | | | | - | - | 287,600,137 | - | - | 123,539 | **287,723,676** |
| 12/1/2001 | 12/31/2001 | | (50,000,000) | | | - | - | 340,279,328 | - | - | 87,914 | **340,367,242** |
| 1/1/2002 | 1/31/2002 | | | | | - | 44,237,496 | 296,773,045 | - | - | 38,504 | **341,049,045** |
| 2/1/2002 | 2/28/2002 | | | | | - | 44,296,548 | 297,668,169 | - | - | 38,527 | **342,003,244** |
| 3/1/2002 | 3/31/2002 | | | | | - | 44,355,156 | 292,676,121 | - | - | 38,556 | **337,069,833** |
| 4/1/2002 | 4/30/2002 | | | | | - | 46,694,913 | 296,741,919 | - | - | 126 | **343,436,958** |
| 5/1/2002 | 5/31/2002 | | | | | - | 46,760,472 | 297,524,042 | - | - | 2,823 | **344,287,337** |
| 6/1/2002 | 6/30/2002 | | | (15,000,000) | (347,108) | - | 6,554,836 | 299,143,942 | - | - | 24,996,025 | **330,694,804** |
| 7/1/2002 | 7/31/2002 | | | | | - | 106,362,707 | 176,099,640 | - | 50,558,647 | 40,260 | **333,061,254** |
| 8/1/2002 | 8/31/2002 | | | | | - | 86,645,732 | 197,331,053 | - | 44,451,000 | 5,574,380 | **334,002,165** |
| 9/1/2002 | 9/30/2002 | | (42,000,000) | | | - | - | 195,875,709 | - | 97,638,540 | 22,143 | **293,536,392** |
| 10/1/2002 | 10/31/2002 | | | | | - | - | 171,745,440 | - | 120,758,130 | 65,914 | **292,569,484** |
| 11/1/2002 | 11/30/2002 | | | | | - | 24,195,160 | 132,057,914 | - | 135,450,280 | 57,457 | **291,760,811** |
| 12/1/2002 | 12/31/2002 | | (75,000,000) | | | - | - | 75,187,750 | - | 144,882,130 | 13,952 | **220,083,832** |
| 1/1/2003 | 1/31/2003 | | | | | - | - | 75,125,000 | - | 143,956,280 | 34,030 | **219,115,310** |
| 2/1/2003 | 2/28/2003 | | | | | - | - | 75,805,985 | - | 146,439,700 | 34,745 | **222,280,430** |
| 3/1/2003 | 3/31/2003 | | | | (828,000) | - | - | 76,085,054 | - | 145,062,110 | 3,269 | **221,150,433** |
| 4/1/2003 | 4/30/2003 | | | | (8,500,000) | - | - | 49,754,355 | - | 164,687,950 | 13,343 | **214,455,648** |
| 5/1/2003 | 5/31/2003 | | | | | - | - | 25,519,298 | 24,992,500 | 148,769,825 | 22,188,008 | **221,469,630** |
| 6/1/2003 | 6/30/2003 | | | | | - | - | 24,953,250 | - | 100,723,036 | 11,461,554 | **137,137,839** |
| 7/1/2003 | 7/31/2003 | | | | | - | - | 23,650,583 | - | 95,894,384 | 10,430,303 | **129,975,270** |
| 8/1/2003 | 8/31/2003 | | | | | - | - | 23,650,514 | - | 102,462,807 | 5,579,549 | **131,692,870** |
| 9/1/2003 | 9/30/2003 | | | | | - | - | 24,545,250 | - | 94,083,421 | 5,583,449 | **124,212,119** |
| 10/1/2003 | 10/31/2003 | | | | | - | - | 24,188,083 | - | 99,086,942 | 23,326 | **123,298,351** |
| 11/1/2003 | 11/30/2003 | | | | | - | - | 24,201,361 | - | 100,185,360 | 17,217 | **124,403,938** |
| 12/1/2003 | 12/31/2003 | | | | | - | - | - | - | 27,942,732 | 291,338 | **28,234,070** |
| 1/1/2004 | 1/31/2004 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | **27,593,917** [4] |
| 2/1/2004 | 2/29/2004 | | | | | - | - | - | - | 28,109,641 | 27 | **28,109,667** |
| 3/1/2004 | 3/31/2004 | | | | | - | - | - | - | 27,803,116 | 27 | **27,803,142** |
| 4/1/2004 | 4/30/2004 | | | | | - | - | - | - | 27,039,932 | 2 | **27,039,934** |
| 5/1/2004 | 5/31/2004 | | | | | - | - | - | - | 26,502,431 | 7 | **26,502,437** |
| 6/1/2004 | 6/30/2004 | | | | | - | - | - | - | 26,605,444 | 7 | **26,605,451** |
| 7/1/2004 | 7/31/2004 | | | | | - | - | - | - | 26,663,257 | 34 | **26,663,291** |
| 8/1/2004 | 8/31/2004 | | | | | - | - | - | - | 27,205,631 | 34 | **27,205,665** |
| 9/1/2004 | 9/30/2004 | | | | | - | - | - | - | 27,283,343 | 34 | **27,283,378** |
| 10/1/2004 | 10/31/2004 | | | | | - | - | - | - | 27,421,053 | 3 | **27,421,056** |
| 11/1/2004 | 11/30/2004 | | | | | - | - | - | - | 26,734,077 | 6 | **26,734,082** |
| 12/1/2004 | 12/31/2004 | | | | | - | - | - | - | 26,939,161 | 18 | **26,939,179** |
| 1/1/2005 | 1/31/2005 | | | | | - | - | - | - | 26,655,484 | 57 | **26,655,541** |
| 2/1/2005 | 2/28/2005 | | | | | - | - | - | - | 26,461,077 | 57 | **26,461,134** |
| 3/1/2005 | 3/31/2005 | | | | | - | - | - | - | 26,260,831 | 57 | **26,260,887** |
| 4/1/2005 | 4/30/2005 | | | | | - | - | - | - | 26,712,406 | 96 | **26,712,502** |
| 5/1/2005 | 5/31/2005 | | | | | - | - | - | - | 26,193,234 | 19 | **26,193,253** |
| 6/1/2005 | 6/30/2005 | | | | | - | - | - | - | 26,328,208 | 19 | **26,328,227** |
| 7/1/2005 | 7/31/2005 | | | | | - | - | - | - | 25,840,386 | 16 | **25,840,402** |
| 8/1/2005 | 8/31/2005 | | | | | - | - | - | - | 25,812,383 | 16 | **25,812,399** |
| 9/1/2005 | 9/30/2005 | | | | | - | - | - | - | 25,705,017 | 16 | **25,705,032** |
| 10/1/2005 | 10/31/2005 | | | | | - | - | - | - | 25,433,455 | 7 | **25,433,462** |
| 11/1/2005 | 11/30/2005 | | | | | - | - | - | - | 25,262,637 | 229,166 | **25,491,803** |
| 12/1/2005 | 12/31/2005 | | | | | - | - | - | - | 11,572,600 | (2,715) | **11,569,885** |

**Lehman 398 Account Activity**[1]

| Month Begin | Month End | Transfers | | | | Account Value | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Municipal Bonds | Cash & Cash Equivalents | Month End Account Value |
| 1/1/2006 | 1/31/2006 | | | | | - | - | - | - | 11,528,100 | 676,732 | **12,204,832** |
| 2/1/2006 | 2/28/2006 | | | | | - | - | - | - | 11,518,500 | 678,252 | **12,196,752** |
| 3/1/2006 | 3/31/2006 | | | | | - | - | - | - | 11,349,300 | 671,152 | **12,020,452** |
| 4/1/2006 | 4/30/2006 | | (12,095,013) | | | - | - | - | - | - | 47,283 | **47,283** |
| | | **$350,000,000** | **$ (183,309,827)** | **$ (15,000,000)** | **$ (9,727,469)** [5] | | | | | | | |

[1] Source documents, including monthly account statements from January 2000 to November 2008:
BARSAA0018784 - 19722
MADTSS00239134 - 239297
SECSAH0000332 - 1270

[2] Statements for the Lehman 398 Account were not available for these months. The total account value for these months is based on the transfers to and from the 703 Account.

[3] One statement for the Lehman 398 Account includes activity for both October and November 2000. For October 2000, I have included the account value of the securities reflected on the account statement for September 2000. The value of the Cash & Cash Equivalents for October 2000 is based on the October activity reflected on the combined account statement, including a monthly dividend.

[4] No statement was available for January 2004. The total account value is based on the February 2004 statement.

[5] Amount represents transfers from the Lehman 398 Account to, or for the benefit of, Madoff family members, including a transfer of approximately $52,000 in October 2008.