# EXHIBIT 15.6

## BONY 239 Account Activity[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Treasury Notes | Other Securities[2] | Cash Reserve Fund | Month End Account Value |
|---|---|---|---|---|---|---|---|
| 3/1/2005 | 3/31/2005 | 100,000,000 | | 44,086,857 | 53,908,842 | 1,000,000 | **98,995,699** |
| 4/1/2005 | 4/30/2005 | | | 44,321,725 | 55,443,210 | - | **99,764,935** |
| 5/1/2005 | 5/31/2005 | | | 44,416,990 | 55,956,167 | - | **100,373,157** |
| 6/1/2005 | 6/30/2005 | | | 42,441,459 | 56,232,715 | 60,723 | **98,734,896** |
| 7/1/2005 | 7/31/2005 | | | 34,664,285 | 65,584,811 | - | **100,249,096** |
| 8/1/2005 | 8/31/2005 | | | 32,790,566 | 68,327,090 | - | **101,117,656** |
| 9/1/2005 | 9/30/2005 | | | 29,789,835 | 70,796,711 | - | **100,586,546** |
| 10/1/2005 | 10/31/2005 | | | 29,319,484 | 70,373,095 | - | **99,692,580** |
| 11/1/2005 | 11/30/2005 | | | 27,529,290 | 73,204,295 | - | **100,733,585** |
| 12/1/2005 | 12/31/2005 | | (75,000,000) | 7,076,848 | 19,629,314 | - | **26,706,162** |
| 1/1/2006 | 1/31/2006 | | | 7,797,659 | 18,935,991 | - | **26,733,649** |
| 2/1/2006 | 2/28/2006 | | | 7,887,670 | 18,876,559 | - | **26,764,229** |
| 3/1/2006 | 3/31/2006 | | | 7,852,677 | 18,910,559 | - | **26,763,236** |
| 4/1/2006 | 4/30/2006 | | (26,885,000) | - | - | - | - |
| 5/1/2006 | 5/31/2006 | | (42,596) | - | - | - | - |
| | | **$ 100,000,000** | **$ (101,927,596)** | | | | |

[1] Source documents, including monthly account statements from March 2005 to May 2007:
SECSBF0001680 - 1832
SECSBF0002073 - 2159
SECSBJ0007171 - 7306

[2] Other securities held in the BONY 239 Account include asset and mortgage-backed securities, corporate bonds and notes.