# EXHIBIT 15.7

**EXHIBIT 15.7**

## Lehman 435 Account Activity[1]

| Month Begin | Month End | Transfers | | Account Value | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Transfers from 703 Account[2] | Transfers to 703 Account | Treasury Bills | Money Market Fund | Month End Account Value |
| 5/1/2007 | 5/31/2007 | 100,000,000 | | 99,113,000 | 1,200,587 | **100,313,587** |
| 6/1/2007 | 6/30/2007 | | | 99,525,000 | 1,205,645 | **100,730,645** |
| 7/1/2007 | 7/31/2007 [3] | | | 99,525,000 | 1,205,645 | **100,730,645** |
| 8/1/2007 | 8/31/2007 | | | 99,311,000 | 2,436,474 | **101,747,474** |
| 9/1/2007 | 9/30/2007 | | | 99,636,000 | 2,446,447 | **102,082,447** |
| 10/1/2007 | 10/31/2007 [3] | | | 99,636,000 | 2,446,447 | **102,082,447** |
| 11/1/2007 | 11/30/2007 | | | 99,446,333 | 3,352,352 | **102,798,685** |
| 12/1/2007 | 12/31/2007 | | | 99,714,000 | 3,364,880 | **103,078,880** |
| 1/1/2008 | 1/31/2008 [3] | | | 99,714,000 | 3,364,880 | **103,078,880** |
| 2/1/2008 | 2/29/2008 | | | 99,665,417 | 3,906,717 | **103,572,134** |
| 3/1/2008 | 3/31/2008 | | | 99,872,042 | 3,916,158 | **103,788,200** |
| 4/1/2008 | 4/30/2008 [3] | | | 99,872,042 | 3,916,158 | **103,788,200** |
| 5/1/2008 | 5/31/2008 | | | 99,656,250 | 4,333,349 | **103,989,599** |
| 6/1/2008 | 6/30/2008 | | | 99,825,278 | 4,341,020 | **104,166,298** |
| 7/1/2008 | 7/31/2008 [3] | | | 99,825,278 | 4,341,020 | **104,166,298** |
| 8/1/2008 | 8/31/2008 | | | 99,707,500 | 4,769,397 | **104,476,897** |
| 9/1/2008 | 9/30/2008 | | (4,774,162) [4] | - | 317 | **317** |
| | | $   100,000,000 | $   (4,774,162) | | | |

[1]  Source documents, including monthly account statements from May 2007 to November 2008: SECSAH0001271 - 1409

[2]  Transfers from the 703 Account represented the sole funding for the Lehman 435 Account.  On 8/15/2007, there was one transfer of $9,900,000 from the BONY 621 Account to the Lehman 435 Account, which was used the next day to purchase $10 million worth of Treasury Bills that were immediately transferred out of the account.  *See*  SECSAH0001341 – 42.

[3]  Certain statements for the Lehman 435 Account included two months of activity in one statement, including July/Aug 2007, Oct/Nov 2007, Jan/Feb 2008, April/May 2008 and July/Aug 2008.  For the first month in each of these periods, I have included the account values reflected on the prior month account statement.

[4]  In September 2008, $100 million worth of Treasury Bills was transferred to the JPMC G 13414 Account, the same custody account that held the Treasury Bills purchased directly from the 703 Account.