# EXHIBIT 2

**Documents Considered** **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | MDPTPP05517473 | MDPTPP05517475 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | MDPTPP05517482 | MDPTPP05517484 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | MDPTPP05517500 | MDPTPP05517501 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | MDPTPP05517519 | MDPTPP05517526 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | MDPTPP05517540 | MDPTPP05517541 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | MDPTPP05517546 | MDPTPP05517547 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | MDPTPP05517561 | MDPTPP05517563 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | MDPTPP05517608 | MDPTPP05517610 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | MDPTPP05517653 | MDPTPP05517655 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | MDPTPP05517753 | MDPTPP05517754 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MDPTPP05517768 | MDPTPP05517769 |
| 10-05312_DEF_0000001 | 10-05312_DEF_0000903 | MDPTPP05517816 | MDPTPP05517818 |
| 10-05312_KRHCAA0000001 | 10-05312_KRHCAA0000136 | MDPTPP05517821 | MDPTPP05517822 |
| 10-05312_SNB_0000001 | 10-05312_SNB_0000315 | MDPTPP05517849 | MDPTPP05517850 |
| 10-05312_TADCAA0000001 | 10-05312_TADCAA0000294 | MDPTPP05517853 | MDPTPP05517861 |
| AMF00224319 | AMF00224446 | MDPTPP05517864 | MDPTPP05517866 |
| AMF00224454 | AMF00224539 | MDPTPP05517871 | MDPTPP05517872 |
| AMF00225598 | AMF00225780 | MDPTPP05517898 | MDPTPP05517899 |
| HAKSAA0000001 | HAKSAA0000220 | MDPTPP05517906 | MDPTPP05517907 |
| HAKSAB0000001 | HAKSAB0001591 | MDPTPP05517918 | MDPTPP05517919 |
| HAKSAC0000001 | HAKSAC0001799 | MDPTPP05517945 | MDPTPP05517946 |
| HAKSAD0000001 | HAKSAD0000016 | MDPTPP05517961 | MDPTPP05517962 |
| JPMSAF0002720 | JPMSAF0002720 | MDPTPP05517997 | MDPTPP05517998 |
| JPMSAF0006628 | JPMSAF0006628 | MDPTPP05518001 | MDPTPP05518002 |
| JPMSAF0012629 | JPMSAF0012629 | MDPTPP05518009 | MDPTPP05518010 |
| JPMSAF0013870 | JPMSAF0013870 | MDPTPP05518054 | MDPTPP05518056 |
| JPMSAF0016950 | JPMSAF0016950 | MDPTPP05518069 | MDPTPP05518070 |
| JPMSAF0020536 | JPMSAF0020536 | MF00112629 | MF00112629 |
| JPMSAF0026066 | JPMSAF0026066 | MF00138899 | MF00138899 |
| JPMSAF0026802 | JPMSAF0026802 | MF00177638 | MF00177638 |
| JPMSAF0029806 | JPMSAF0029806 | MF00178280 | MF00178281 |
| JPMSAF0037492 | JPMSAF0037492 | MF00208492 | MF00208493 |
| JPMSAF0041597 | JPMSAF0041597 | MF00276857 | MF00276857 |
| JPMSAF0050765 | JPMSAF0050765 | MF00295383 | MF00295384 |
| JPMSAF0053714 | JPMSAF0053714 | MF00315907 | MF00315907 |
| MADTBB02908415 | MADTBB02909231 | MF00325202 | MF00325202 |
| MADWAA00044419 | MADWAA00044420 | MF00385195 | MF00385195 |
| MADWAA00065626 | MADWAA00065627 | MF00407927 | MF00407927 |
| MADWAA00110928 | MADWAA00110929 | MF00424176 | MF00424176 |
| MADWAA00155811 | MADWAA00155812 | MF00433756 | MF00433756 |
| MADWAA00194911 | MADWAA00194912 | MF00440072 | MF00440072 |
| MADWAA00213096 | MADWAA00213097 | MF00451974 | MF00451974 |
| MADWAA00238207 | MADWAA00238208 | MF00454453 | MF00454453 |
| MADWAA00307140 | MADWAA00307141 | MF00460447 | MF00460448 |
| MADWAA00308126 | MADWAA00308127 | MF00490365 | MF00490365 |
| MADWAA00314733 | MADWAA00314734 | MF00542337 | MF00542338 |
| MADWAA00334127 | MADWAA00334128 | MWPTAP00058810 | MWPTAP00058942 |
| MADWAA00338343 | MADWAA00338344 | MWPTAP01015116 | MWPTAP01015120 |
| MADWAA00350995 | MADWAA00350996 | MWPTAP01015231 | MWPTAP01015235 |
| MADWAA00361706 | MADWAA00361707 | SNBSAA0000002 | SNBSAA0000119 |
| MDPTPP05517464 | MDPTPP05517466 | TAVLIN 000001 | TAVLIN 000046 |

**Documents Considered**                                                                          **EXHIBIT 2**

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents
    and Interrogatories to the Trustee and Verification [Omnibus]
Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents
    to the Trustee [Omnibus]
Plaintiff's Initial Disclosures
Plaintiff's Amended Initial Disclosures
[Defendants'] Initial Disclosures
Responses and Objections of Defendant Doron A. Tavlin as Trustee of the Doron Tavlin Trust U/A 2/4/91 to
    Trustee's First Set of Interrogatories and Verification
Responses and Objections of Defendant Doron A. Tavlin to Trustee's First Request for Production of Documents
Responses and Objections of Defendant Doron Tavlin Trust U/A 2/4/91 to Trustee's First Request for Production of Documents
Responses and Objections of Defendant Doron Tavlin Trust U/A 2/4/91 to Trustee's First Set of Interrogatories and Verification
Transcript of and Exhibits to Deposition of Doron Tavlin for Adv. No. 10-05312 (SMB), dated October 19, 2017
Transcript of and Exhibits to Deposition of Harvey Krauss for Adv. No. 10-05312 (SMB), dated June 21, 2017
Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017
Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019
Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019
Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019
Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019
Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019