# EXHIBIT 3

**List of All Cash Transactions in the Tavlin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer Files[4] | Bates Reference(s) to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 536694 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/12/1991 | (2,251) | CW | CHECK | n/a | **Yes** | **Yes** | AMF00224426 MADTBB02908692 | HAKSAA0000130 HAKSAB0000205 HAKSAC0000176 HAKSAC0001522 |
| 504069 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/29/1992 | (10,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 524413 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 10/21/1992 | (20,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 483980 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/18/1992 | (25,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 481391 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/14/1993 | (25,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 505728 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 2/17/1993 | (35,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 487250 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/27/1993 | (25,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 524312 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 6/3/1993 | (100,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 475311 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/17/1993 | (50,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 507845 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/24/1993 | (675) | CW | CHECK | n/a | **Yes** | n/a | AMF00224416 MADTBB02908556-57 | n/a |
| 439897 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/4/1994 | (50,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224415 | n/a |
| 428182 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/3/1994 | (50,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 499903 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/17/1994 | (525) | CW | CHECK | n/a | **Yes** | n/a | MADTBB02908797-98[5] | n/a |
| 499913 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/17/1994 | (50,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224509[5] | n/a |
| 507535 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/17/1995 | (50,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224412 | n/a |
| 425562 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/30/1995 | (50,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224505-06[5] | n/a |
| 448147 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/28/1995 | (50,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224411 | n/a |
| 461553 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/15/1995 | (575) | CW | CHECK | n/a | **Yes** | n/a | AMF00224410 | n/a |
| 417654 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/22/1995 | (50,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224409 | n/a |
| 99116 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/12/1996 | (25,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00224407 | n/a |
| 41616 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/17/1997 | (2,970) | CW | CHECK | n/a | **Yes** | **Yes** | AMF00224398-99 | HAKSAB0000222-23 HAKSAC0000193-94 HAKSAC0000206-07 HAKSAC0001599-600 |

**EXHIBIT 3**

**List of All Cash Transactions in the Tavlin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer Files[4] | Bates Reference(s) to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 214483 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/10/2000 | (5,691) | CW | CHECK | Yes | Yes | Yes | AMF00224392-93 | HAKSAA0000032-33 HAKSAC0001392-93 |
| 284012 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/28/2002 | (3,031) | CW | CHECK | Yes | Yes | Yes | AMF00224359 | HAKSAB0000555 HAKSAC0000537-40 |
| 227663 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/25/2002 | (205,455) | CW | CHECK | Yes | Yes | Yes | AMF00224418 | HAKSAC0000553 |
| 255619 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/28/2003 | (7,417) | CW | CHECK | Yes | Yes | Yes | AMF00224368 | HAKSAB0000629-30 HAKSAC0000609-11 |
| 284442 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/9/2003 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00224367 | HAKSAC0000638-43 *at* 39 |
| 266144 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/3/2003 | (12,597) | CW | CHECK | Yes | Yes | n/a | AMF00224361 AMF00224363-64 AMF00224366 | n/a |
| 299819 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/12/2004 | (200,000) | CW | CHECK | Yes | Yes | n/a | AMF00224358 | n/a |
| 244544 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/20/2004 | (3,405) | CW | CHECK | Yes | Yes | Yes | AMF00224354-57 | HAKSAB0000740-42 HAKSAC0000752-54 |
| 101415 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/2/2004 | (300,000) | CW | CHECK | Yes | Yes | n/a | AMF00225670[6] | n/a |
| 276800 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 12/22/2004 | (51,400) | CW | CHECK | Yes | Yes | Yes | AMF00224345-48 | HAKSAB0000711 HAKSAC0000782-84 |
| 310547 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/24/2005 | (19,703) | CW | CHECK | Yes | Yes | Yes | AMF00224343 | HAKSAC0000874 |
| 203069 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 12/30/2005 | (66,000) | CW | CHECK | Yes | n/a | n/a | n/a | n/a |
| 306621 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/3/2006 | (300,000) | CW | CHECK | Yes | Yes | n/a | AMF00224337 | n/a |
| 248774 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/26/2007 | (489,272) | CW | CHECK | Yes | Yes | n/a | AMF00224330 | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The *"n/a"* designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced document was included in the customer file for BLMIS customer account 1T0007 under the name "RYAN TAVLIN TRUST."

[6] The referenced document was included in the customer file for BLMIS customer account 1T0036 under the name "RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES."