# EXHIBIT 4

# SNOW BECKER KRAUSS P.C.

| | | |
|---|---|---|
| JACK BECKER | ATTORNEYS AT LAW | MARC J. LUXEMBURG |
| MARK S. BORTEN | 605 THIRD AVENUE | BRAD S. MAISTROW |
| KENNETH E. CITRON | | CHARLES SNOW |
| EDWARD M. CUDDY, III | NEW YORK, N.Y. 10158-0125 | RALPH K. SMITH |
| MICHAEL H. DU BOFF | | MICHAEL WEXELBAUM |
| DAVID R. FISHKIN | (212) 687-3860 | DEREK WOLMAN |
| PAUL GOTTLIEB | | |
| RONALD S. HERZOG | TELECOPIER | FRANCIS V. IMBORNONE |
| ERIC HONICK | (212) 949-7052 | (1987-2002) |
| MARK A. KANIAN | | HAROLD L. LUXEMBURG |
| HARVEY KRAUSS | | (1987-1990) |
| PAUL C. KURLAND | January 16, 2007 | JAMES N. BLAIR |
| | | HOWARD KARASIK |
| | | RICHARD REICHLER |
| | | LEONARD W. WAGMAN |
| | | COUNSEL |

**By Hand**
Mr. Bernard L. Madoff
c/o Madoff & Co.
885 Third Avenue
New York, NY 10022

                Re:  Ron Tavlin '91 Trust A/C
                     Year 2006 Tax Matters
                     Our File No.: 20160-001

*[handwritten: IT0004]*

Dear Bernie:

Per my letter of January 10th to Ron, a photocopy of which was sent to you, the year 2006 capital gains taxes payable by Ron's Trust amount of $489,272 (*i.e.*, net gains realized $3,261,815 x 15% = $489,272).

I will be filing for an extension of time to file the Trust's year 2006 U.S. income tax return next week. In order to avoid interest and late payment penalties, I want to pay the tax when I file the extension request. Per your procedures, please send me a check in the amount of $489,272 from Ron's Trust A/C to the order of my law firm's escrow A/C. When your company's check clears I will pay the tax with a check drawn on my firm's escrow A/C.

A copy of this letter is being faxed to Ron.

                                        Sincerely,

                                        [signature]
                                        Harvey Krauss

*[handwritten right margin: Snow Becker Krauss P.C. Escrow Account]*
*[handwritten: ★ HOLD + MAIL TO ABOVE ADDRESS ★]*

HK:tw
cc:  Mr. Doron A. Tavlin - By Facsimile

S:\HK\TAVLIN\2007\BERNIE MADOFF LTR 01-16-07.wpd

*[handwritten bottom: "as per Annette Please sign off + Return to us"]*

AMF00224330