# EXHIBIT 5

# EXHIBIT 5

## Results of Tracing Analysis - Tavlin Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per Available Bank Records |
|---|---|---|---|
| Sterling National Bank | xxxxx2301 | Snow Becker IOLA Account [2] | 489,272 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 489,272** |
| | | *% of Total Cash Withdrawals from the Tavlin Trust Account in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Tavlin Trust Account In the Two Year Period** | **$ 489,272** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.

[2] I traced $489,272 to a law firm's escrow account for taxes that were paid on behalf of the Tavlin Trust Defendant. *See* further details in **Exhibit 6**.