# EXHIBIT 6

**Reconciliation and Tracing Results - Tavlin Account**

| | | | | | | | | | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | | Transaction Date[1] | Amount[1] | | Transaction Type[1] | Transaction Description[1] | | | | | | |
| 536694 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 4/12/1991 | (2,251) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 504069 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 7/29/1992 | (10,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 524413 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 10/21/1992 | (20,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 483980 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 11/18/1992 | (25,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 481391 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 1/14/1993 | (25,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 505728 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 2/17/1993 | (35,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 487250 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 4/27/1993 | (25,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 524312 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 6/3/1993 | (100,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 475311 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 8/17/1993 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 507845 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 8/24/1993 | (675) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 439897 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 1/4/1994 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 428182 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 3/3/1994 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 499903 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 8/17/1994 | (525) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 499913 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 8/17/1994 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 507535 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 1/17/1995 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 425562 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 3/30/1995 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 448147 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | | 7/28/1995 | (50,000) | | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |

*BLMIS Bank Account Data*

**Reconciliation and Tracing Results - Tavlin Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *BLMIS Bank Account Data* | | |
| 461553 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/15/1995 | (575) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 417654 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/22/1995 | (50,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 99116 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/12/1996 | (25,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 41616 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/17/1997 | (2,970) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 214483 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/10/2000 | (5,691) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 102064 | MADWAA00044419-20 |
| 284012 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/28/2002 | (3,030.80) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 133053 | JPMSAF0002720 MADWAA00065626-27 |
| 227663 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/25/2002 | (205,455) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 136921 | JPMSAF0006628 MADWAA00110928-29 |
| 255619 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/28/2003 | (7,417.00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 142677 | JPMSAF0012629 MADWAA00308126-27 |
| 284442 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/9/2003 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 143939 | JPMSAF0013870 MADWAA00307140-41 |
| 266144 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/3/2003 | (12,597) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 147104 | JPMSAF0016950 MADWAA00314733-34 |
| 299819 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/12/2004 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151331 | JPMSAF0020536 MADWAA00238207-08 |
| 244544 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/20/2004 | (3,405) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156222 | JPMSAF0026066 MADWAA00338343-44 |
| 101415 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/2/2004 | (300,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156901 | JPMSAF0026802 MADWAA00350995-96 |
| 276800 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 12/22/2004 | (51,400) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 159796 | JPMSAF0029806 MADWAA00334127-28 |
| 310547 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/24/2005 | (19,703) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 166943 | JPMSAF0037492 MADWAA00155811-12 |
| 203069 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 12/30/2005 | (66,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 170702 | JPMSAF0041597 MADWAA00361706-07 |
| 306621 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/3/2006 | (300,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179578 | JPMSAF0050765 MADWAA00213096-97 |

**Reconciliation and Tracing Results - Tavlin Account**

|        |                                   |                                                                  |                           |           |                                 |                                           |                           |                        |                                          |                                             |                 |                          |
|--------|-----------------------------------|------------------------------------------------------------------|---------------------------|-----------|---------------------------------|-------------------------------------------|---------------------------|------------------------|------------------------------------------|---------------------------------------------|-----------------|--------------------------|
|        |                                   |                                                                  |                           |           |                                 |                                           |                           |                        |                                          | *BLMIS Bank Account Data*                   |                 |                          |
| CM ID  | BLMIS Account Number              | BLMIS Account Name                                               | Transaction Date[1]       | Amount[1] | Transaction Type[1]             | Transaction Description[1]                | Deposit or Withdrawal     | Check Or Wire          | Reconciled to BLMIS Bank Records         | BLMIS Bank Account[2]                       | Check Number    | Check Bates Reference(s) |
| 248774 | 1T0004                            | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/26/2007                 | (489,272) | CW                              | CHECK                                     | Withdrawal                | Check                  | Yes                                      | 509 Account                                 | 182322          | JPMSAF0053714 MADWAA00194911-12 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] Based on documents included in the BLMIS customer file for the Tavlin Account and documents produced to the Trustee related to the Tavlin Account, this cash withdrawal went to a law firm's escrow account for taxes owed by the Tavlin Trust Defendant. *See* AMF00224330; HAKSAB0001459; HAKSAC0001709. A check dated 2/1/2007 for the same amount of the cash withdrawal from BLMIS ($489,272) was written from the Snow Becker IOLA Account #xxxxx2301 at Sterling National Bank to the United States Treasury referencing "Doron A Tavlin Trust." *See* HAKSAC0001711; 10-05312_SNB_0000106.

**Reconciliation and Tracing Results - Tavlin Account**

| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendants' Bank Records* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bates Reference(s) |
| 536694 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/12/1991 | (2,251) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 504069 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/29/1992 | (10,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 524413 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 10/21/1992 | (20,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 483980 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/18/1992 | (25,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 481391 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/14/1993 | (25,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 505728 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 2/17/1993 | (35,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 487250 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/27/1993 | (25,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 524312 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 6/3/1993 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 475311 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/17/1993 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 507845 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/24/1993 | (675) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 439897 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/4/1994 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 428182 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/3/1994 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 499903 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/17/1994 | (525) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 499913 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/17/1994 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 507535 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/17/1995 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 425562 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/30/1995 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 448147 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/28/1995 | (50,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |

**Reconciliation and Tracing Results - Tavlin Account**

| | | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendants' Bank Records* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bates Reference(s) |
| 461553 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/15/1995 | (575) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 417654 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/22/1995 | (50,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 99116 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/12/1996 | (25,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 41616 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/17/1997 | (2,970) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 214483 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/10/2000 | (5,691) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 284012 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/28/2002 | (3,030.80) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 227663 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/25/2002 | (205,455) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 255619 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 3/28/2003 | (7,417.00) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 284442 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 4/9/2003 | (100,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 266144 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/3/2003 | (12,597) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 299819 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/12/2004 | (200,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 244544 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 7/20/2004 | (3,405) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 101415 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 9/2/2004 | (300,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 276800 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 12/22/2004 | (51,400) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 310547 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 8/24/2005 | (19,703) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 203069 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 12/30/2005 | (66,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 306621 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 11/3/2006 | (300,000) | CW | CHECK | | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |

**Reconciliation and Tracing Results - Tavlin Account**

| | | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendants' Bank Records* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bates Reference(s) |
| 248774 | 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 1/26/2007 | (489,272) | CW | CHECK | | Sterling National Bank | xxxxxx2301 | SBK IOLA | 1/29/2007 | 489,272 | xxxxx2301 | Snow Becker IOLA Account[4] | 10-05312_SNB_0000019 10-05312_SNB_0000083 - 90 *at* 84 SNBSAA0000051-52 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] Based on documents included in the BLMIS customer file for the Tavlin Account and documents produced to the Trustee related to the Tavlin Account, this cash withdrawal went to a law firm's escrow account for taxes owed by the Tavlin Trust Defendant. *See* AMF00224330; HAKSAB0001459; HAKSAC0001709. A check dated 2/1/2007 for the same amount of the cash withdrawal from BLMIS ($489,272) was written from the Snow Becker IOLA Account #xxxxx2301 at Sterling National Bank to the United States Treasury referencing "Doron A Tavlin Trust." *See* HAKSAC0001711; 10-05312_SNB_0000106.