# Exhibit 4



Exhibit 4 - Example of Customer Statement from Microfilm