# ATTACHMENT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:
BERNARD L. MADOFF,

                    Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05312 (SMB) |
| Plaintiff, | |
| v. | |
| DORON TAVLIN TRUST U/A 2/4/91, and DORON A. TAVLIN, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, | |
| Defendants. | |

# EXPERT REPORT OF
## MATTHEW B. GREENBLATT, CPA/CFF, CFE
## SENIOR MANAGING DIRECTOR
## FTI CONSULTING, INC.

## PRINCIPAL BALANCE CALCULATION
## AS APPLIED TO
## THE TAVLIN DEFENDANTS

### July 1, 2019

**Table of Contents**

Page

I.  INTRODUCTION..........................................................................................................1

II.  APPLICATION OF THE PRINCIPAL BALANCE CALCULATION
METHODOLOGY AS IT PERTAINS TO THE TAVLIN ACCOUNT.................2

    A.  Application of Methodology to Determine the Amount of Principal
Deposited........................................................................................................2

    B.  Application of Methodology to Determine the Amount of Principal
Withdrawn.....................................................................................................5

III.  DESCRIPTION OF ACTIVITY IN THE TAVLIN ACCOUNT AND THE
TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE
CALCULATION........................................................................................................5

    A.  Summary of Activity in BLMIS Account 102003 and the Inter-Account
Transfers Into BLMIS Account 102601......................................................6

    B.  Summary of Activity in BLMIS Account 102603 and the Inter-Account
Transfer Into BLMIS Account 102601 .......................................................7

    C.  Summary of Activity in BLMIS Account 102611 and the Inter-Account
Transfer Into BLMIS Account 1T0005........................................................8

    D.  Summary of Activity in BLMIS Account 1T0007 between March 14, 1991
and April 1, 1999 and the Inter-Account Transfers Into BLMIS Accounts
1T0033 and 1T0036........................................................................................9

    E.  Summary of Activity in BLMIS Account 1T0036 between December 9,
1996 and May 7, 1999 and the Inter-Account Transfers Into BLMIS
Accounts 1T0007, 1T0033, and 1T0031 .....................................................12

    F.  Summary of Activity in BLMIS Account 1T0006 and the Inter-Account
Transfers Into BLMIS Accounts 102601, 1T0007, and the Tavlin Account .13

    G.  Summary of Activity in BLMIS Account 102601 and the Inter-Account
Transfers Into BLMIS Account 1T0007 and the Tavlin Account.................15

    H.  Summary of Activity in BLMIS Account 1T0005 and the Inter-Account
Transfers Into BLMIS Accounts 102611, 1T0007, 102617, and the Tavlin
Account ........................................................................................................17

I.    **Summary of Activity in BLMIS Account 102617 and the Inter-Account Transfers Into BLMIS Account 1T0007 and the Tavlin Account** ................. 18

J.    **Summary of Activity in BLMIS Account 102615 and the Inter-Account Transfers Into BLMIS Account 1T0007 and the Tavlin Account** ................. 19

K.    **Summary of Activity in BLMIS Account 1T0031 and the Inter-Account Transfers Into the Tavlin Account** .................................................................... 20

L.    **Summary of Activity in BLMIS Account 1T0032 and the Inter-Account Transfer Into the Tavlin Account** ...................................................................... 21

M.    **Summary of Activity in BLMIS Account 1T0057 and the Inter-Account Transfers Into the Tavlin Account** .................................................................... 22

N.    **Description of the Inter-Account Transfers Into the Tavlin Account** ........... 23

O.    **Description of the Cash Withdrawals and the Inter-Account Transfers Out of the Tavlin Account** ................................................................................. 24

IV.    **SIGNATURE AND RIGHT TO MODIFY** ................................................. 26

V.    **LIST OF EXHIBITS** ................................................................................. 27

## I.   INTRODUCTION

1.      As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS.  I am a Senior Managing Director at FTI.  Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2.      As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3.      The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS.  Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4.      This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS account associated with Doron Tavlin Trust U/A 2/4/91 and Doron A. Tavlin (collectively, the "Defendants"), in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS accounts impacting the Principal Balance Calculation for BLMIS Account 1T0004 (the "Tavlin Account").[2]

5.      This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit.  It is not to be used for any other purpose without the express written consent of FTI.  If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report.

---

[1]   The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

[2]   The name on the Tavlin Account changed over the years it was maintained with BLMIS.  Prior to August 2004, the account was under the name of "DORON TAVLIN TRUST IRWIN LIPKIN TRUSTEE."  From August 2004, the account was under the name "DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES."  (*See* **AMF00224350**, and **MDPTPP05517898-MDPTPP05517905**.)

1

FTI is being compensated at a rate of $670 per hour for my professional time incurred in performing the work necessary to prepare this report.  FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

6.      The documents and data that I considered in connection with this report are listed in **Exhibit 2**.  I reserve the right to supplement my report based on any additional documents or information received.

## II.    APPLICATION OF THE PRINCIPAL BALANCE CALCULATION METHODOLOGY AS IT PERTAINS TO THE TAVLIN ACCOUNT

7.      As outlined in my Principal Balance Calculation Report, the principal balance for each BLMIS account is derived by providing credits for the amount of principal deposited into a customer's BLMIS account and by deducting the amount of principal withdrawn.

8.      To determine the amount of principal deposited into the Tavlin Account and the BLMIS accounts impacting the Tavlin Account, I identified any applicable: (i) reported amounts on an account holder's Customer Statement as of April 1, 1981 for those accounts that were opened prior to April 1, 1981;[3] (ii) cash deposits; (iii) non-cash deposits; and (iv) inter-account transfers of principal into one BLMIS customer account from another BLMIS customer account.

9.      To determine the amount of principal withdrawn from the Tavlin Account and the BLMIS accounts impacting the Tavlin Account, I identified any applicable: (i) cash withdrawals and (ii) inter-account transfers of principal out of one BLMIS customer account into another BLMIS customer account.[4]

### A.    Application of Methodology to Determine the Amount of Principal Deposited

*Principal Credit and Cash Deposits*

10.      As described in detail in my Principal Balance Calculation Report, the first step of the Principal Balance Calculation is to ascertain the initial investment made by each customer. This initial investment is most often a cash deposit or an inter-account transfer.  However, the Principal Balance Calculation for BLMIS accounts opened prior to April 1, 1981, provides a

---

[3]    Accounts that were opened at BLMIS before April 1, 1981 were granted initial principal credit equal to the cash balance reported plus the cost basis of positions reported as held on March 31, 1981 on the Customer Statements. *See* Principal Balance Calculation Report, ¶¶20-22.

[4]    Only the steps used in calculating the principal balance for the Tavlin Account are discussed in this report. The remaining steps are addressed in my Principal Balance Calculation Report.

credit for principal equal to both the account's reported ending cash balance and the historical cost of the securities reported as held in the account as of March 31, 1981 on the Customer Statements.

11.     The next step of the Principal Balance Calculation is to identify the cash deposits that were made by each account holder in the form of checks or wire transfers, and which were recorded on Customer Statements and/or other Core Account Documents maintained by BLMIS.[5]

*Non-Cash Deposits*

12.     As described in my Principal Balance Calculation Report, a limited number of BLMIS customers made non-cash deposits of actual bonds and/or other securities into their BLMIS accounts.  These non-cash deposits are analyzed in the determination of the amount of principal deposited into a particular BLMIS customer account.  (*See* Principal Balance Calculation Report, ¶17.)  In certain instances, these non-cash deposits were supported by third-party records, including but not limited to, stock and bond certificates, bank statements, National Securities Clearing Corporation documents, and Depository Trust Company documents.  In those instances where the non-cash deposits were supported by third-party records, each corresponding transaction was then identified on the applicable BLMIS Customer Statement(s).

13.     From a review of third-party records and BLMIS Customer Statements, I identified the following characteristics consistent with the reporting of non-cash deposit transactions, as they were reflected on the BLMIS Customer Statements:

- Shares in the "Long" column, reflecting that shares purportedly entered the account, which do not relate to any security holdings purportedly acquired at BLMIS in prior periods;

- An absence of debit or credit values associated with the non-cash deposits, reflecting that the purported security was not purchased or received in exchange for a cash value;

---

[5]   *See* Principal Balance Calculation Report, Section V.

- Transaction code of "RECD," and oftentimes containing the word "RECEIVED" within the Transaction Description, reflecting that the shares were reported as received;[6]
- Trade date ("T/DT") and settle date ("S/DT") are the same, reflecting it was not a purported trade with a corresponding period of time for such a trade to properly clear; and
- In most instances, the transaction is reported in a "2" or "6" sub-account.[7]

14.    In instances where third-party documentation was not available, I reviewed the BLMIS Customer Statements to identify the existence of these characteristics in order to determine which BLMIS accounts had potential non-cash deposits of securities.

15.    The Principal Balance Calculation methodology grants principal credit at the time these deposited securities reportedly generated cash earnings to the account, including dividend payments, interest payments, redemptions, and liquidations, as reflected on the Customer Statements.  In instances where earnings associated with non-cash deposits were reported prior to April 1, 1981, the Principal Balance Calculation has incorporated those transactions as part of the initial principal credit granted on April 1, 1981.  In instances where earnings associated with non-cash deposits were reported on or after April 1, 1981, the Principal Balance Calculation granted credit as of the date they were reflected on the Customer Statements.[8]

### *Inter-Account Transfers Into a BLMIS Account*

16.    As described in the Principal Balance Calculation Report, the amount of the funds transferred from one BLMIS account to another BLMIS account (an inter-account transfer[9]) is limited to the amount of principal available in the *transferor's* account at the time of the transfer. Only the portion of the inter-account transfers between BLMIS accounts for which the transferor had actual principal could be transferred.  As such, all inter-account transfers have been analyzed

---

[6]  *See, e.g.*, **MADTSS00336523**.

[7]  From July 1983 onward, the seventh digit of the full account number reflected on the Customer Statements represented different "sub-accounts" within a single BLMIS account, which was consistent across all BLMIS accounts.

[8]  *See also* Principal Balance Calculation Report, ¶¶25-26.

[9]  An inter-account transfer is defined as a non-cash transaction between BLMIS customer accounts in which no new funds entered or left BLMIS, but rather a book entry occurred at BLMIS to internally adjust the balances of those accounts.  These book entries did not reflect any transfers of cash because there was no actual movement of cash.  Rather, these inter-account transfers merely changed reported value in the purported "equity" maintained in the BLMIS customers' accounts.  (*See* Principal Balance Calculation Report, ¶¶17, 27-28, 32-34.)

and the transferee's account has been credited only up to the amount of principal available in the transferor's account on the day of the inter-account transfer.

**B.    Application of Methodology to Determine the Amount of Principal Withdrawn**

*Cash Withdrawals*

17.    Another step of the Principal Balance Calculation is to identify the cash withdrawals, in the form of checks or wire transfers, where BLMIS made payments to account holders and those amounts were also shown on the Customer Statements and/or other Core Account Documents maintained by BLMIS.[10]

*Inter-Account Transfers Out of a BLMIS Account*

18.    Consistent with the inter-account transfers of principal into one BLMIS customer account, for the inter-account transfers out to another BLMIS customer account, the amount that affects the Principal Balance Calculation is limited to the amount of principal available in the transferor's account at the time of the transfer.  When performing the Principal Balance Calculation, the order in which the transactions are processed matters for those transactions occurring on the same day.  In these instances, cash withdrawals are calculated first, followed by cash additions and then inter-account transfers.  This order allows the account holders to withdraw any remaining principal in the form of a cash redemption prior to the internal transfer to another BLMIS customer account.

**III.    DESCRIPTION OF ACTIVITY IN THE TAVLIN ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION**

19.    The Tavlin Account was opened with BLMIS in March 1991.  Throughout its account history, the Tavlin Account had a total of 35 cash withdrawal transactions.  In addition to these cash withdrawal transactions, there were the following 13 inter-account transfers into the Tavlin Account:

- one inter-account transfer from BLMIS Account 1T0006;

- one inter-account transfer from BLMIS Account 102601;

- one inter-account transfer from BLMIS Account 1T0005;

---

[10]    *See* Principal Balance Calculation Report, Section V.

- one inter-account transfer from BLMIS Account 102617;

- one inter-account transfer from BLMIS Account 102615;

- four inter-account transfers from BLMIS Account 1T0031;

- one inter-account transfer from BLMIS Account 1T0032; and

- three inter-account transfers from BLMIS Account 1T0057.

20.    There were also 15 inter-account transfers out of the Tavlin Account: (i) three inter-account transfers into BLMIS Account 1T0003; (ii) eight inter-account transfers into BLMIS Account 1T0031; and (iii) four inter-account transfers into BLMIS Account 1T0032.

21.    The cash withdrawal transactions, as well as the inter-account transfers, all impacted the Principal Balance Calculation for the Tavlin Account.  Each of these transactions was reflected on the Customer Statements between March 1991 and November 2008.

22.    Thus, in order to perform the Principal Balance Calculation for the Tavlin Account, BLMIS Accounts 1T0006, 102601, 1T0005, 102617, 102615, 1T0031, 1T0032, and 1T0057 were analyzed to determine the amount of principal available in those accounts that could be transferred into the Tavlin Account.

23.    To determine the amount of principal available in BLMIS Accounts 102601, 1T0005, and 1T0031, five additional accounts, BLMIS Accounts 102003, 102603, 102611, 1T0007, and 1T0036, were analyzed because inter-account transfers from those accounts impacted the principal balance in BLMIS Accounts 102601, 1T0005, and 1T0031.

24.    **Exhibit 3** to this report (Summary Schedule of Cash and Principal Activity in the Tavlin Account) provides a summary of the activity in the BLMIS accounts that impacted the Principal Balance Calculation for the Tavlin Account.

25.    **Exhibits 4A**-**4N** to this report provide detailed schedules for the Principal Balance Calculation for BLMIS Accounts 102003, 102603, 102611, 1T0007, 1T0036, 1T0006, 102601, 1T0005, 102617, 102615, 1T0031, 1T0032, 1T0057, and the Tavlin Account, respectively.

## A.    Summary of Activity in BLMIS Account 102003 and the Inter-Account Transfers Into BLMIS Account 102601

26.    On August 31, 1981, BLMIS Account 102003 was opened with a cash deposit via check in the amount of $9,500, all representing principal.

27.     Subsequent to this initial cash deposit, there was an additional cash deposit via check into BLMIS Account 102003 in the amount of $32,500, all representing principal.

28.     These two cash deposits provided BLMIS Account 102003 with a total of $42,000 of principal.[11]

29.     On March 13, 1990 and November 30, 1990, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102003 into BLMIS Account 102601 in the aggregate amount of $210[12]: (i) $128 on March 13, 1990; and (ii) $83 on November 30, 1990.  As of the date of these inter-account transfers, BLMIS Account 102003 had sufficient principal to transfer the full amounts into BLMIS Account 102601.  Therefore, a total of $210 was credited as principal into BLMIS Account 102601.  (*See* **Exhibit 4A**; *see also* **Exhibit 4G** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102601.)

## B.     Summary of Activity in BLMIS Account 102603 and the Inter-Account Transfer Into BLMIS Account 102601

30.     On June 11, 1982, there were two cash deposits via checks into BLMIS Account 102603 in the aggregate amount of $30,000, all representing principal.

31.     Subsequent to these initial cash deposits, there was an additional cash deposit[13] via check into BLMIS Account 102603 in the amount of $85,000, all representing principal.

32.     These three cash deposits provided BLMIS Account 102603 with a total of $115,000 of principal.

33.     On March 14, 1988, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 102603 into BLMIS Account 102601 in the amount of $6.  As of the date of this inter-account transfer, BLMIS Account 102603 had sufficient principal

---

[11]   These transactions exclude the line items on the Customer Statements related to two inter-account transfers from BLMIS Account 1T0006 into BLMIS Account 102003: (i) an inter-account transfer in the amount of $3,779 on February 1, 1989, which was cancelled on July 17, 1989; and (ii) an inter-account transfer in the amount of $90,179 on July 17, 1989, which was cancelled on August 24, 1989.  (*See* **Exhibit 4A** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102003; *see also* **Exhibit 4F** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0006.)

[12]   Difference due to rounding.

[13]   These cash deposits exclude the line items on the Customer Statement related to two cash deposits: (i) a check for $90,000 on September 11, 1987, which was cancelled on September 29, 1987; and (ii) a check for $160,000 on September 11, 1987, which was cancelled on September 29, 1987.  (*See* **Exhibit 4B** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102603.)

to transfer the full amount into BLMIS Account 102601.  Therefore, $6 was credited as principal into BLMIS Account 102601.  (*See* **Exhibits 4B** and **4G**.)

**C.    Summary of Activity in BLMIS Account 102611 and the Inter-Account Transfer Into BLMIS Account 1T0005**

34.    On December 26, 1986, there was a cash deposit via check into BLMIS Account 102611 in the amount of $250,000, all representing principal.

35.    Subsequent to this initial cash deposit, there were four additional cash deposits via checks into BLMIS Account 102611 in the aggregate amount of $400,000, all representing principal.

36.    On September 21, 1988, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0005[14] into BLMIS Account 102611 in the amount of $147,748.  However, due to the negative principal balance in BLMIS Account 1T0005 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 102611.  Therefore, this amount was not credited as principal into BLMIS Account 102611 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibit 4C**; *see also* **Exhibit 4H** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0005.)

37.    These five cash deposits and one inter-account transfer provided BLMIS Account 102611 with a total of $650,000 of principal.

38.    Between December 26, 1986 and July 17, 1989, BLMIS Account 102611 reflected a total of six cash withdrawals totaling $152,775.

39.    On July 17, 1989, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 102611 into BLMIS Account 1T0005 in the amount of $3,950.  As of the date of this inter-account transfer, BLMIS Account 102611 had sufficient principal to transfer the full amount into BLMIS Account 1T0005.  Therefore, $3,950 was credited as principal into BLMIS Account 1T0005.  (*See* **Exhibits 4C** and **4H**.)

---

[14]    Notwithstanding the description on the September 1988 Customer Statement that reads "TRANS TO A ZAID *(1T0005)*" as shown in Column 2 of **Exhibit 4C**, the Customer Statement for BLMIS Account 102611 reflects an inter-account transfer from BLMIS Account 1T0005, not an inter-account transfer into BLMIS Account 1T0005. (*See* **Exhibit 4C** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102611; *see also* **MF00531962**.)

**D.    Summary of Activity in BLMIS Account 1T0007 between March 14, 1991 and April 1, 1999 and the Inter-Account Transfers Into BLMIS Accounts 1T0033 and 1T0036**

40.    On March 14, 1991, as reflected on the Customer Statements, there were three inter-account transfers from BLMIS Accounts 102615, 102617, and 102601 into BLMIS Account 1T0007 in the aggregate amount of $349,140:

- $35,483 from BLMIS Account 102615;
- $113,525 from BLMIS Account 102617; and
- $200,132 from BLMIS Account 102601.

(*See* **Exhibit 4G**; *see also* **Exhibit 4D** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0007; **Exhibit 4I** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102617; and **Exhibit 4J** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102615.)

41.    As of the date of the March 14, 1991 inter-account transfer from BLMIS Account 102615 into BLMIS Account 1T0007 in the amount of $35,483, BLMIS Account 102615 had sufficient principal to transfer the full amount into BLMIS Account 1T0007.  Therefore, $35,483 was credited as principal into BLMIS Account 1T0007.  (*See* **Exhibits 4D** and **4J**.)

42.    Due to the zero principal balance in BLMIS Account 102617 at the time of the March 14, 1991 inter-account transfer into BLMIS Account 1T0007 in the amount of $113,525, there was no principal available to be transferred into BLMIS Account 1T0007.  Therefore, this amount was not credited as principal into BLMIS Account 1T0007 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4D** and **4I**.)

43.    On the same day as the March 14, 1991 inter-account transfer from BLMIS Account 102601 into BLMIS Account 1T0007 in the amount of $200,132, there was another inter-account transfer from BLMIS Account 102601 into the Tavlin Account in the amount of $400,263, as reflected on the Customer Statements.  As of that date, BLMIS Account 102601 had only $230,379 of principal available that could be transferred.  Pursuant to correspondence in the customer file for BLMIS Account 102601, I divided the $230,379 of principal as follows: (i) 1/3 into BLMIS Account 1T0007; and (ii) 2/3 into the Tavlin Account.[15]  Applying that

---

[15]    According to correspondence dated March 14, 1991, BLMIS Account 102601 was split into two individual accounts as follows: (two-thirds (or 2/3) into "the trust for Doron Tavlin" [the Tavlin Account]; and (ii) one-third (or 1/3) into "the trust for Ryan Tavlin" [BLMIS Account 1T0007].  (*See* **AMF00234766**.)

methodology, BLMIS Account 1T0007 was credited with $76,793 of principal (equal to 1/3 of $230,379) and the Tavlin Account was credited with $153,586 of principal (equal to 2/3 of $230,379). The remaining balance of these reported inter-account transfers constituted fictitious profits. (*See* **Exhibits 4D** and **4G**; *see also* **Exhibit 4N** for the Detailed Schedule for the Principal Balance Calculation for the Tavlin Account.)

44.    Subsequent to these initial inter-account transfers, between March 14, 1991 and April 1, 1999 (the date of the last inter-account transfer impacting the Principal Balance Calculation for the Tavlin Account), there were three cash deposits via checks into BLMIS Account 1T0007 in the aggregate amount of $5,991,[16] all representing principal.

45.    On June 27, 1995, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0005 into BLMIS Account 1T0007 in the amount of $1,468. However, due to the negative principal balance in BLMIS Account 1T0005 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1T0007. Therefore, this amount was not credited as principal into BLMIS Account 1T0007 because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 4D** and **4H**.)

46.    On June 27, 1995 and February 3, 1997, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Accounts 1T0006 and 1T0036 into BLMIS Account 1T0007 in the aggregate amount of $517[17]: (i) $280 from BLMIS Account 1T0006 on June 27, 1995; and (ii) $238 from BLMIS Account 1T0036 on February 3, 1997. As of the date of these inter-account transfers, BLMIS Accounts 1T0006 and 1T0036 had sufficient principal to transfer the full amounts into BLMIS Account 1T0007. Therefore, a total of $517 was credited as principal into BLMIS Account 1T0007. (*See* **Exhibits 4D** and **4F**; *see also* **Exhibit 4E** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0036.)

47.    On January 31, 1997, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0036 into BLMIS Account 1T0007 in the amount of $238. However, because BLMIS Account 1T0036 had only $200 of principal available at the time of this inter-account transfer, BLMIS Account 1T0007 was credited with $200 of principal.

---

[16]    Difference due to rounding.
[17]    Difference due to rounding.

The remaining balance of this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4D** and **4E**.)

48.    These seven inter-account transfers and three cash deposits provided BLMIS Account 1T0007 with a total of $118,983[18] of principal.

49.    Between March 14, 1991 and April 1, 1999, BLMIS Account 1T0007 reflected a total of 14 cash withdrawals totaling $22,443.

50.    On January 31, 1997, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 1T0007 into BLMIS Accounts 1T0033 and 1T0036 in the amounts of $72,318 and $394,421, respectively.  As of that date, BLMIS Account 1T0007 had only $103,111 of principal available that could be transferred.  Based on the pro rata distribution of the amounts as reported on the Customer Statements, I divided the $103,111 of principal as follows: (i) 15.4944% into BLMIS Account 1T0033; and (ii) $84.5056% into BLMIS Account 1T0036.  Applying that methodology, BLMIS Account 1T0033 was credited with $15,976 of principal (equal to 15.4944% of $103,111) and BLMIS Account 1T0036 was credited with $87,135 of principal (equal to 84.5056% of $103,111).  The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4D** and **4E**.)

51.    On March 31, 1997, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0007 into BLMIS Account 1T0036 in the amount of $70,904.  However, because BLMIS Account 1T0007 had only $438 of principal available[19] at the time of this inter-account transfer, BLMIS Account 1T0036 was credited with $438 of principal.  The remaining balance of this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4D** and **4E**.)

52.    On April 1, 1999, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0007 into BLMIS Account 1T0036 in the amount of $248,009.  However, due to the negative principal balance in BLMIS Account 1T0007 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1T0036.  Therefore, this amount was not credited as principal into BLMIS Account

---

[18]  Difference due to rounding.
[19]  *See* ¶¶46-47; *see also* **Exhibits 4D** and **4E**.

1T0036 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4D** and **4E**.)

**E.    Summary of Activity in BLMIS Account 1T0036 between December 9, 1996 and May 7, 1999 and the Inter-Account Transfers Into BLMIS Accounts 1T0007, 1T0033, and 1T0031**

53.    On December 9, 1996, BLMIS Account 1T0036 was opened with a cash deposit via check in the amount of $200, all representing principal.

54.    Subsequent to this initial cash deposit, on January 31, 1997 and March 31, 1997, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 1T0007 into BLMIS Account 1T0036 in the aggregate amount of $465,325: (i) $394,421 on January 31, 1997; and (ii) $70,904 on March 31, 1997.  However, as discussed above, BLMIS Account 1T0036 was only credited with a total of $87,572[20] of principal from these inter-account transfers.  The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4D** and **4E**.)

55.    On April 1, 1999, as reflected on the Customer Statements, there was an additional inter-account transfer from BLMIS Account 1T0007 into BLMIS Account 1T0036 in the amount of $248,009.  However, as discussed above, due to the negative principal balance in BLMIS Account 1T0007 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1T0036.  Therefore, this amount was not credited as principal into BLMIS Account 1T0036 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4D** and **4E**.)

56.    This one cash deposit and three inter-account transfers provided BLMIS Account 1T0036 with a total of $87,772[21] of principal.

57.    Between December 9, 1996 and May 7, 1999 (the date of the last inter-account transfer impacting the Principal Balance Calculation for the Tavlin Account), BLMIS Account 1T0036 reflected a total of five cash withdrawals totaling $38,863.[22]

58.    On January 31, 1997, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0036 into BLMIS Account 1T0007 in the amount of

---

[20]  Difference due to rounding.
[21]  Difference due to rounding.
[22]  Difference due to rounding.

$238. However, as discussed above, BLMIS Account 1T0007 was only credited with $200 of principal from this inter-account transfer. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 4D** and **4E**.)

59.     On February 3, 1997 and September 24, 1997, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 1T0036 into BLMIS Accounts 1T0007 and 1T0033 in the aggregate amount of $270: (i) $238 into BLMIS Account 1T0007 on February 3, 1997; and (ii) $32 into BLMIS Account 1T0033 on September 24, 1997. As of the date of these inter-account transfers, BLMIS Account 1T0036 had sufficient principal to transfer the full amounts into BLMIS Accounts 1T0007 and 1T0033. Therefore, a total of $270 was credited as principal into BLMIS Accounts 1T0007 and 1T0033. (*See* **Exhibits 4D** and **4E**.)

60.     On May 7, 1999, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0036 into BLMIS Account 1T0031 in the amount of $50,000. However, because BLMIS Account 1T0036 had only $48,440 of principal available at the time of this inter-account transfer, BLMIS Account 1T0031 was credited with $48,440 of principal. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibit 4E**; *see also* **Exhibit 4K** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0031.)

## F.     Summary of Activity in BLMIS Account 1T0006 and the Inter-Account Transfers Into BLMIS Accounts 102601, 1T0007, and the Tavlin Account

61.     BLMIS Account 1T0006 was opened with BLMIS prior to April of 1981.[23] As discussed in greater detail in the Principal Balance Calculation Report, March 31, 1981 was the earliest date for which the BLMIS records provide the necessary information reported on monthly Customer Statements to calculate the principal balance for all accounts opened prior to April of 1981.[24] As BLMIS Account 1T0006 was opened prior to April of 1981, BLMIS Account 1T0006 was granted an initial principal credit on April 1, 1981 equal to the account's

---

[23] BLMIS Account 1T0006 was known as BLMIS Account 10200715 at this time. (*See* **Exhibit 5** for a copy of the March 1981 Customer Statement for BLMIS Account 1T0006; *see also* **MF00084808**.)

[24] *See* Principal Balance Calculation Report, ¶¶20-22.

reported ending cash balance and the historical cost of the securities reportedly held in the account as of March 31, 1981 on the Customer Statement.[25]

62.     Therefore, the Principal Balance Calculation granted BLMIS Account 1T0006 an initial principal credit in the amount of $40,000.[26]  (*See* **Exhibit 4F**.)

63.     Between April 1, 1981 and June 27, 1995, BLMIS Account 1T0006 reflected a total of three cash withdrawals totaling $441.

64.     Between August 8, 1985 and June 27, 1995, as reflected on the Customer Statements, there were five inter-account transfers[27] from BLMIS Account 1T0006 into BLMIS Accounts 102601, 1T0007, and the Tavlin Account in the aggregate amount of $3,832.  As demonstrated in the chart below, BLMIS Account 1T0006 had sufficient principal as of the date of these inter-account transfers to transfer the full amounts into BLMIS Accounts 102601, 1T0007, and the Tavlin Account.  Therefore, a total of $3,832 was credited as principal into BLMIS Accounts 102601, 1T0007, and the Tavlin Account.  (*See* **Exhibits 4D**, **4F**, **4G**, and **4N**.)

| Date | BLMIS Transferee Account | Transfer Amount Reported on Customer Statements | Transferor's Principal Balance at Time of the Transfer | Principal Transferred | Fictitious Profits | Exhibits |
|---|---|---|---|---|---|---|
| 8/8/1985 | 102601 | $ (2,077) | $ 39,559 | $ (2,077) | $ - | 4F; 4G |
| 3/13/1990 | 102601 | (858) | 37,482 | (858) | - | 4F; 4G |
| 11/30/1990 | 102601 | (58) | 36,624 | (58) | - | 4F; 4G |
| 6/27/1995 | 1T0004 | (559) | 36,566 | (559) | - | 4F; 4N |
| 6/27/1995 | 1T0007 | (280) | 36,566 | (280) | - | 4D; 4F |
| | Total | $ (3,832) | | $ (3,832) | $ - | |

---

[25]  The BLMIS Customer Statements reported amounts related to securities purportedly held at historical cost values, as opposed to market values, and therefore the historical cost basis was used in the limited instances in which BLMIS accounts pre-dated April 1, 1981.

[26]  The amount of principal credit granted to BLMIS Account 1T0006 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] – [Value of Short Security Positions].  Based on the March 1981 Customer Statement for BLMIS Account 1T0006, the calculation is as follows: [$5.50] + [$39,994.50] - [$0] = [$40,000.00].  (*See* **Exhibit 5**.)

[27]  These inter-account transfers exclude the line items on the Customer Statements related to two inter-account transfers: (i) one inter-account transfer from BLMIS Account 1T0006 into BLMIS Account 102003 in the amount of $3,779 on February 1, 1989, which was cancelled on July 17, 1989; and (ii) one inter-account transfer from BLMIS Account 1T0006 into BLMIS Account 102003 in the amount of $90,179 on July 17, 1989, which was cancelled on August 24, 1989.  (*See* **Exhibits 4A** and **4F**.)

**G.    Summary of Activity in BLMIS Account 102601 and the Inter-Account Transfers Into BLMIS Account 1T0007 and the Tavlin Account**

65.     BLMIS Account 102601 was opened with BLMIS prior to April of 1981.[28] Because BLMIS Account 102601 was opened prior to April of 1981, as discussed above, an initial principal credit was granted on April 1, 1981 equal to the account's reported ending cash balance and the historical cost of the securities reportedly held in the account as of March 31, 1981 on the Customer Statement.

66.     Therefore, the Principal Balance Calculation granted BLMIS Account 102601 an initial principal credit in the amount of $66,959.[29]  (*See* **Exhibit 4G**.)

*Non-Cash Deposits into BLMIS Account 102601*

67.     To determine the principal balance of BLMIS Account 102601, and in the absence of any third-party documentation to support the existence of any non-cash deposits of securities, I reviewed the Customer Statements to identify whether any of the characteristics consistent with the reporting of non-cash deposit transactions existed on those Customer Statements.  I have identified a security related to BLMIS Account 102601, "UNITED STATES TREAS NTS DTD 05/15/1975 8.000 5/15/1982," that was deposited in March and June 1979.[30] This security was reportedly held in BLMIS Account 102601 subsequent to March 31, 1981, as reflected on the Customer Statements.

68.     The presumed earnings associated with this security that were reported on Customer Statements after the deposits in March and June 1979, but prior to April 1, 1981, were incorporated into the initial principal credit granted to BLMIS Account 102601 on April 1, 1981.[31]  Additionally, subsequent to the initial principal credit, the Principal Balance Calculation methodology granted further principal credit to BLMIS Account 102601 at the time that security

---

[28]   BLMIS Account 102601 was known as BLMIS Account 10200616 at this time.  (*See* **Exhibit 6** for a copy of the March 1981 Customer Statement for BLMIS Account 102601; *see also* **MF00087115**.)

[29]   The amount of principal credit granted to BLMIS Account 102601 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] – [Value of Short Security Positions].  Based on the March 1981 Customer Statement for BLMIS Account 102601, the calculation is as follows: [$8,412.90] + [$58,545.79] - [$0] = [$66,958.69].  (*See* **Exhibit 4G**.)

[30]   *See* **MF00087826** and **MF00089031**.

[31]   In addition, the March 1979 Customer Statement for BLMIS Account 102601 reflected what appeared to be the deposit of an additional security that was reportedly fully liquidated prior to April 1981.  Because the purported earnings associated with this security were reported prior to April 1981, they were fully incorporated into the initial principal credit granted to BLMIS Account 102601 on April 1, 1981.  (*See* **MF00087826** for a copy of the March 1979 Customer Statement for BLMIS Account 102601; *see also* **Exhibit 6** and footnote 29.)

reportedly generated any additional dividend and interest payments, in the aggregate amount of $18,240, and upon the reported liquidation and/or redemption of the security, in the amount of $151,970,[32] as reflected on the Customer Statements. Thus, this account received a total principal credit of $170,210 for this security between April 1, 1981 and June 17, 1982. (*See* **Exhibit 4G**.)

### *Cash Deposit*

69.     On November 15, 1982, there was a cash deposit[33] via check into BLMIS Account 102601 in the amount of $11,448, all representing principal.

### *Incoming Inter-account Transfers*

70.     Between August 8, 1985 and November 30, 1990, as reflected on the Customer Statements, there were six inter-account transfers from BLMIS Accounts 1T0006, 102603, and 102003 into BLMIS Account 102601 in the aggregate amount of $3,210. As discussed above and demonstrated in the chart below, BLMIS Accounts 1T0006, 102603, and 102003 had sufficient principal as of the date of these inter-account transfers to transfer the full amounts into BLMIS Account 102601. Therefore, a total of $3,210 was credited as principal into BLMIS Account 102601. (*See* **Exhibits 4A**, **4B**, **4F**, and **4G**.)

---

[32] *See* **MF00147643** and **MF00148193**.
[33] This excludes the line items on the Customer Statements related to a check for $250,000 on October 24, 1986, which was reversed on December 26, 1986 with description "CHECK 10/24/86." (*See* **Exhibit 4G**.)

| Date | BLMIS Transferor Account | Transfer Amount Reported on Customer Statements | Transferor's Principal Balance at Time of the Transfer | Principal Transferred | Fictitious Profits | Exhibits |
|------|------|------|------|------|------|------|
| 8/8/1985 | 1T0006 | $ 2,077 | $ 39,559 | $ 2,077 | $ - | 4F; 4G |
| 3/14/1988 | 102603 | 6 | 115,000 | 6 | - | 4B; 4G |
| 3/13/1990 | 102003 | 128 | 42,000 | 128 | - | 4A; 4G |
| 3/13/1990 | 1T0006 | 858 | 37,482 | 858 | - | 4F; 4G |
| 11/30/1990 | 1T0006 | 58 | 36,624 | 58 | - | 4F; 4G |
| 11/30/1990 | 102003 | 83 | 41,872 | 83 | - | 4A; 4G |
| | Total | $ 3,210 | | $ 3,210 | $ - | |

71.    The initial principal credit, one cash deposit, and six inter-account transfers, as well as the value generated by the non-cash deposits of security, provided BLMIS Account 102601 with a total of $251,826 of principal.

*Cash Withdrawals*

72.    Between April 1, 1981 and March 14, 1991, BLMIS Account 102601 reflected a total of two cash withdrawals totaling $21,448.

*Outgoing Inter-account Transfers*

73.    On March 14, 1991, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102601 into BLMIS Account 1T0007 and the Tavlin Account in the amounts of $200,132 and $400,263, respectively.  However, as discussed above, because BLMIS Account 102601 had only $230,379 of principal available at the time of these inter-account transfers, BLMIS Account 1T0007 was credited with $76,793 of principal and the Tavlin Account was credited with $153,586 of principal.  The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4D**, **4G**, and **4N**.)

**H.    Summary of Activity in BLMIS Account 1T0005 and the Inter-Account Transfers Into BLMIS Accounts 102611, 1T0007, 102617, and the Tavlin Account**

74.    On September 5, 1988, BLMIS Account 1T0005 reflected a cash withdrawal via check in the amount of $32,500.

75.    Subsequent to this initial cash withdrawal, on July 17, 1989, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 102611 into BLMIS Account 1T0005 in the amount of $3,950.  As discussed above, BLMIS Account 102611

17

had sufficient principal as of the date of this inter-account transfer to transfer the full amount into BLMIS Account 1T0005.  Therefore, $3,950 was credited as principal into BLMIS Account 1T0005.  (*See* **Exhibits 4C** and **4H**.)

76.     Between September 21, 1988 and June 27, 1995, as reflected on the Customer Statements, there were four inter-account transfers from BLMIS Account 1T0005 into BLMIS Accounts 102611, 102617, 1T0007, and the Tavlin Account in the aggregate amount of $155,892[34]: (i) $147,748 into BLMIS Account 102611[35] on September 21, 1988; (ii) $3,741 into BLMIS Account 102617 on March 1, 1991; (iii) $1,468 into BLMIS Account 1T0007 on June 27, 1995; and (iv) $2,936 into the Tavlin Account on June 27, 1995.  However, due to the negative principal balance in BLMIS Account 1T0005 at the time of these inter-account transfers, there was no principal available to be transferred into BLMIS Accounts 102611, 102617, 1T0007, and the Tavlin Account.  Therefore, these amounts were not credited as principal into BLMIS Accounts 102611, 102617, 1T0007, and the Tavlin Account because these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4C**, **4D**, **4H**, **4I**, and **4N**.)

77.     In addition to the September 5, 1988 cash withdrawal in the amount of $32,500, between December 1, 1988 and June 27, 1995, BLMIS Account 1T0005 reflected a total of four additional cash withdrawals[36] totaling $97,500.

## I.     Summary of Activity in BLMIS Account 102617 and the Inter-Account Transfers Into BLMIS Account 1T0007 and the Tavlin Account

78.     On March 1, 1991, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0005 into BLMIS Account 102617 in the amount of $3,741.  However, as discussed above, due to the negative principal balance in BLMIS Account 1T0005 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 102617.  Therefore, this amount was not credited as principal

---

[34]  Difference due to rounding.

[35]  Notwithstanding the description on the September 1988 Customer Statement that reads "TRANS FROM REBECCA ZAID (*102611*)" as shown in Column 2 of **Exhibit 4H**, the Customer Statement for BLMIS Account 1T0005 reflects an inter-account transfer into BLMIS Account 102611, not an inter-account transfer from BLMIS Account 102611.  (*See* **Exhibit 4H**; *see also* **MF00531964**.)

[36]  These cash withdrawals exclude the line items on the Customer Statements related to two checks: (i) one check for $32,500 issued by BLMIS on September 1, 1989, which was cancelled on February 28, 1990; and (ii) one check for $1,433 issued by BLMIS on October 3, 1989, which was cancelled on February 28, 1990.  (*See* **Exhibit 4H**.)

into BLMIS Account 102617 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4H** and **4I**.)

79.    On March 14, 1991, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102617 into BLMIS Account 1T0007 and the Tavlin Account in the amounts of $113,525 and $227,051, respectively.  However, due to the zero principal balance in BLMIS Account 102617 at the time of these inter-account transfers, there was no principal available to be transferred into BLMIS Account 1T0007 and the Tavlin Account.  Therefore, these amounts were not credited as principal into BLMIS Account 1T0007 and the Tavlin Account because these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4D**, **4I**, and **4N**.)

J.    **Summary of Activity in BLMIS Account 102615 and the Inter-Account Transfers Into BLMIS Account 1T0007 and the Tavlin Account**

80.    On January 19, 1989, there were three cash deposits via checks into BLMIS Account 102615 in the aggregate amount of $350,000, all representing principal.

81.    Subsequent to these initial cash deposits, there were two additional cash deposits via checks into BLMIS Account 102615 in the aggregate amount of $157,500, all representing principal.

82.    These five cash deposits provided BLMIS Account 102615 with a total of $507,500 of principal.

83.    Between January 19, 1989 and March 14, 1991, BLMIS Account 102615 reflected a total of eight cash withdrawals[37] totaling $19,264.

84.    On March 14, 1991, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102615 into BLMIS Account 1T0007 and the Tavlin Account in the amounts of $35,483 and $70,966, respectively.  As of the date of these inter-account transfers, BLMIS Account 102615 had sufficient principal to transfer the full amounts into BLMIS Account 1T0007 and the Tavlin Account.  Therefore, $35,483 was credited as principal into BLMIS Account 1T0007 and $70,966 was credited as principal into the Tavlin Account.  (*See* **Exhibits 4D**, **4J**, and **4N**.)

---

[37]    These cash withdrawals exclude the line items on the Customer Statement related to a check for $17,500 issued by BLMIS on January 2, 1990, which was cancelled on January 12, 1990.  (*See* **Exhibit 4J**.)

**K.**     **Summary of Activity in BLMIS Account 1T0031 and the Inter-Account Transfers Into the Tavlin Account**

85.     On January 23, 1996, as reflected on the Customer Statements, there was an inter-account transfer from the Tavlin Account into BLMIS Account 1T0031 in the amount of $125,000.  However, due to the negative principal balance in the Tavlin Account at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1T0031.  Therefore, this amount was not credited as principal into BLMIS Account 1T0031 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4K** and **4N**.)

86.     Subsequent to this initial inter-account transfer, between July 2, 1996 and December 1, 2003, as reflected on the Customer Statements, there were seven additional inter-account transfers from the Tavlin Account into BLMIS Account 1T0031 in the aggregate amount of $5,309,603.  However, as demonstrated in the chart below, due to the negative principal balance in the Tavlin Account at the time of these inter-account transfers, there was no principal available to be transferred into BLMIS Account 1T0031.  Therefore, these amounts were not credited as principal into BLMIS Account 1T0031 because these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4K** and **4N**.)

| Date | BLMIS Transferor Account | Transfer Amount Reported on Customer Statements | Transferor's Principal Balance at Time of the Transfer | Principal Transferred | Fictitious Profits | Exhibits |
|---|---|---|---|---|---|---|
| 7/2/1996 | 1T0004 | 25,000 | (570,517) | - | 25,000 | 4K; 4N |
| 1/6/1997 | 1T0004 | 150,000 | (570,517) | - | 150,000 | 4K; 4N |
| 10/28/1997 | 1T0004 | 100,000 | (573,487) | - | 100,000 | 4K; 4N |
| 5/7/1999 | 1T0004 | 200,000 | (573,487) | - | 200,000 | 4K; 4N |
| 10/1/2003 | 1T0004 | 15,200 | (907,677) | - | 15,200 | 4K; 4N |
| 11/28/2003 | 1T0004 | 4,806,672 | (907,677) | - | 4,806,672 | 4K; 4N |
| 12/1/2003 | 1T0004 | 12,730 | (907,677) | - | 12,730 | 4K; 4N |
| | Total | $ 5,309,603 | | $ - | $ 5,309,603 | |

87.     On May 7, 1999, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0036 into BLMIS Account 1T0031 in the amount of $50,000.  However, as discussed above, BLMIS Account 1T0031 was only credited with

$48,440 of principal from this inter-account transfer. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 4E** and **4K**.)

88.    Additionally, on November 24, 2000, there was a cash deposit via check into BLMIS Account 1T0031 in the amount of $250,000, all representing principal.

89.    These nine inter-account transfers and one cash deposit provided BLMIS Account 1T0031 with a total of $298,440 of principal.

90.    Between January 23, 1996 and December 31, 2003, BLMIS Account 1T0031 reflected a total of 14 cash withdrawals totaling $1,775,000.[38]

91.    Between September 29, 2003 and December 31, 2003, as reflected on the Customer Statements, there were four inter-account transfers from BLMIS Account 1T0031 into the Tavlin Account in the aggregate amount of $2,036,020[39]: (i) $766,447 on September 29, 2003; (ii) $975 on September 29, 2003; (iii) $1,268,300 on November 28, 2003; and (iv) $299 on December 31, 2003. However, due to the negative principal balance in BLMIS Account 1T0031 at the time of these inter-account transfers, there was no principal available to be transferred into the Tavlin Account. Therefore, these amounts were not credited as principal into the Tavlin Account because these reported inter-account transfers constituted fictitious profits. (*See* **Exhibits 4K** and **4N**.)

## L.    Summary of Activity in BLMIS Account 1T0032 and the Inter-Account Transfer Into the Tavlin Account

92.    On August 29, 1997, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0032 into the Tavlin Account in the amount of $9,825. However, due to the zero principal balance in BLMIS Account 1T0032 at the time of this inter-account transfer, there was no principal available to be transferred into the Tavlin Account. Therefore, this amount was not credited as principal into the Tavlin Account because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibit 4L** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0032; *see also* **Exhibit 4N**.)

---

[38]    These cash withdrawals exclude the line items on the Customer Statements related to a check for $200,000 issued by BLMIS on October 20, 2000, which was returned on November 24, 2000. (*See* **Exhibit 4K**.)

[39]    Difference due to rounding.

93.     On the same day, August 29, 1997, as reflected on the Customer Statements, there was also an inter-account transfer from the Tavlin Account into BLMIS Account 1T0032 in the amount of $2,535,083.  However, due to the negative principal balance in the Tavlin Account at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1T0032.  Therefore, this amount was not credited as principal into BLMIS Account 1T0032 because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibits 4L** and **4N**.)

94.     Subsequent to these initial inter-account transfers, as reflected on the Customer Statements, there were three additional inter-account transfers from the Tavlin Account into BLMIS Account 1T0032 in the aggregate amount of $380,109: (i) $178,930 on February 3, 1998; (ii) $200,000 on April 14, 1998; and (iii) $1,179 on July 1, 1998.  However, due to the negative principal balance in the Tavlin Account at the time of these inter-account transfers, there was no principal available to be transferred into BLMIS Account 1T0032.  Therefore, these amounts were not credited as principal into BLMIS Account 1T0032 because these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4L** and **4N**.)

95.     Between August 29, 1997 and July 1, 1998, BLMIS Account 1T0032 reflected one cash withdrawal in the amount of $200,000.

## M.    Summary of Activity in BLMIS Account 1T0057 and the Inter-Account Transfers Into the Tavlin Account

96.     On October 23, 2006, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0057 into the Tavlin Account in the amount of $735,730.  However, due to the zero principal balance in BLMIS Account 1T0057 at the time of this inter-account transfer, there was no principal available to be transferred into the Tavlin Account.  Therefore, this amount was not credited as principal into the Tavlin Account because this reported inter-account transfer constituted fictitious profits.  (*See* **Exhibit 4M** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0057; *see also* **Exhibit 4N**.)

97.     Subsequent to this initial inter-account transfer, on December 10, 2007 and May 1, 2008, as reflected on the Customer Statements, there were two additional inter-account transfers from BLMIS Account 1T0057 into the Tavlin Account in the aggregate amount of $155,452: (i) $155,200 on December 10, 2007; and (ii) $252 on May 1, 2008.  However, due to

the zero principal balance in BLMIS Account 1T0057 at the time of these inter-account transfers, there was no principal available to be transferred into the Tavlin Account. Therefore, these amounts were not credited as principal into the Tavlin Account because these reported inter-account transfers constituted fictitious profits. (*See* **Exhibits 4M** and **4N**.)

**N.    Description of the Inter-Account Transfers Into the Tavlin Account**

98.    On March 14, 1991, as reflected on the Customer Statements, there were three inter-account transfers from BLMIS Accounts 102617, 102601, and 102615 into the Tavlin Account in the aggregate amount of $698,280:

- $227,051 from BLMIS Account 102617;
- $400,263 from BLMIS Account 102601; and
- $70,966 from BLMIS Account 102615.
  (*See* **Exhibits 4G**, **4I**, **4J**, and **4N**.)

99.    As discussed above, due to the zero principal balance in BLMIS Account 102617 at the time of the March 14, 1991 inter-account transfer into the Tavlin Account in the amount of $227,051, there was no principal available to be transferred into the Tavlin Account. Therefore, this amount was not credited as principal into the Tavlin Account because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 4I** and **4N**.)

100.    As discussed above, the Tavlin Account was only credited with $153,586 of principal from the March 14, 1991 inter-account transfer from BLMIS Account 102601 into the Tavlin Account in the amount of $400,263. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 4G** and **4N**.)

101.    As discussed above, BLMIS Account 102615 had sufficient principal as of the date of the March 14, 1991 inter-account transfer from BLMIS Account 102615 into the Tavlin Account in the amount of $70,966, to transfer the full amount into the Tavlin Account. Therefore, $70,966 was credited as principal into the Tavlin Account. (*See* **Exhibits 4J** and **4N**.)

102.    On June 27, 1995, as reflected on the Customer Statements, there was an inter-account transfer from BLMIS Account 1T0006 into the Tavlin Account in the amount of $559. As discussed above, BLMIS Account 1T0006 had sufficient principal as of the date of this inter-account transfer to transfer the full amount into the Tavlin Account. Therefore, $559 was credited as principal into the Tavlin Account. (*See* **Exhibits 4F** and **4N**.)

103.    Between June 27, 1995 and May 1, 2008, there were nine inter-account transfers from BLMIS Accounts 1T0005, 1T0032, 1T0031, and 1T0057 into the Tavlin Account in the aggregate amount of $2,939,963, as reflected on the Customer Statements.  However, as discussed above and demonstrated in the chart below, due to the zero or negative principal balance in BLMIS Accounts 1T0005, 1T0032, 1T0031, and 1T0057 at the time of these inter-account transfers, there was no principal available to be transferred into the Tavlin Account. Therefore, these amounts were not credited as principal into the Tavlin Account because these reported inter-account transfers constituted fictitious profits.  (*See* **Exhibits 4H** and **4K-4N**.)

| Date | BLMIS Transferor Account | Transfer Amount Reported on Customer Statements | Transferor's Principal Balance at Time of the Transfer | Principal Transferred | Fictitious Profits | Exhibits |
|---|---|---|---|---|---|---|
| 6/27/1995 | 1T0005 | $        2,936 | $      (126,050) | $        - | $        2,936 | 4H; 4N |
| 8/29/1997 | 1T0032 | 9,825 | - | - | 9,825 | 4L; 4N |
| 9/29/2003 | 1T0031 | 766,447 | (1,476,560) | - | 766,447 | 4K; 4N |
| 9/29/2003 | 1T0031 | 975 | (1,476,560) | - | 975 | 4K; 4N |
| 11/28/2003 | 1T0031 | 1,268,300 | (1,476,560) | - | 1,268,300 | 4K; 4N |
| 12/31/2003 | 1T0031 | 299 | (1,476,560) | - | 299 | 4K; 4N |
| 10/23/2006 | 1T0057 | 735,730 | - | - | 735,730 | 4M; 4N |
| 12/10/2007 | 1T0057 | 155,200 | - | - | 155,200 | 4M; 4N |
| 5/1/2008 | 1T0057 | 252 | - | - | 252 | 4M; 4N |
|  | Total | $    2,939,963 |  | $        - | $    2,939,963 |  |

104.    In sum, these 13 inter-account transfers provided the Tavlin Account with a total of $225,111 of principal.  (*See* **Exhibit 3**.)

## O.    Description of the Cash Withdrawals and the Inter-Account Transfers Out of the Tavlin Account

105.    Between March 14, 1991 and December 11, 2008, the Tavlin Account reflected a total of 35 cash withdrawals totaling $2,435,967.[40]

106.    Between March 28, 1991 and November 17, 1992, as reflected on the Customer Statements, there were three inter-account transfers from the Tavlin Account into BLMIS Account 1T0003 in the aggregate amount of $126,601: (i) $25,000 on March 28, 1991; (ii)

---

[40]    These cash withdrawals exclude the line items on the Customer Statement related to a check for $3,031 issued by BLMIS on March 28, 2002, which was cancelled on the same day.  (*See* **Exhibit 4N**.)

$80,598 on July 20, 1992; and (iii) $21,003 on November 17, 1992. As discussed above, the Tavlin Account had sufficient principal as of the date of these inter-account transfers to transfer the full amounts into BLMIS Account 1T0003. Therefore, a total of $126,601 was credited as principal into BLMIS Account 1T0003. (*See* **Exhibit 4N**.)

107.     Between January 23, 1996 and December 1, 2003, as reflected on the Customer Statements, there were 12 inter-account transfers from the Tavlin Account into BLMIS Accounts 1T0031 and 1T0032 in the aggregate amount of $8,349,795. However, as discussed above and demonstrated in the chart below, due to the negative principal balance in the Tavlin Account at the time of these inter-account transfers, there was no principal available to be transferred into BLMIS Accounts 1T0031 and 1T0032. Therefore, these amounts were not credited as principal into BLMIS Accounts 1T0031 and 1T0032 because these reported inter-account transfers constituted fictitious profits. (*See* **Exhibits 4K**, **4L**, and **4N**.)

| Date | BLMIS Transferee Account | Transfer Amount Reported on Customer Statements | Transferor's Principal Balance at Time of the Transfer | Principal Transferred | Fictitious Profits | Exhibits |
|---|---|---|---|---|---|---|
| 1/23/1996 | 1T0031 | $    (125,000) | $    (545,517) | $    - | $    (125,000) | 4K; 4N |
| 7/2/1996 | 1T0031 | (25,000) | (570,517) | - | (25,000) | 4K; 4N |
| 1/6/1997 | 1T0031 | (150,000) | (570,517) | - | (150,000) | 4K; 4N |
| 8/29/1997 | 1T0032 | (2,535,083) | (570,517) | - | (2,535,083) | 4L; 4N |
| 10/28/1997 | 1T0031 | (100,000) | (573,487) | - | (100,000) | 4K; 4N |
| 2/3/1998 | 1T0032 | (178,930) | (573,487) | - | (178,930) | 4L; 4N |
| 4/14/1998 | 1T0032 | (200,000) | (573,487) | - | (200,000) | 4L; 4N |
| 7/1/1998 | 1T0032 | (1,179) | (573,487) | - | (1,179) | 4L; 4N |
| 5/7/1999 | 1T0031 | (200,000) | (573,487) | - | (200,000) | 4K; 4N |
| 10/1/2003 | 1T0031 | (15,200) | (907,677) | - | (15,200) | 4K; 4N |
| 11/28/2003 | 1T0031 | (4,806,672) | (907,677) | - | (4,806,672) | 4K; 4N |
| 12/1/2003 | 1T0031 | (12,730) | (907,677) | - | (12,730) | 4K; 4N |
| | Total | $    (8,349,795) | | $    - | $    (8,349,795) | |

108.     The Principal Balance Calculation for the Tavlin Account demonstrates that between March 14, 1991 and December 11, 2008, $2,562,568 was withdrawn from or transferred within BLMIS ($2,435,967 withdrawn in cash and $126,601 transferred into BLMIS Account 1T0003), which consisted of $225,111 of principal and an additional $2,337,457 of funds withdrawn in excess of principal, representing fictitious profits. Within the two-year period prior

to December 11, 2008, $489,272 of fictitious profits was withdrawn from the Tavlin Account. (*See* **Exhibit 4N**.)

## IV.    SIGNATURE AND RIGHT TO MODIFY

109.    This report and the exhibits contained herein present my findings and the bases thereof.  To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.


Respectfully submitted,


Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: July 1, 2019

## V.    LIST OF EXHIBITS

**Exhibit 1**   – Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2**   – Documents Considered

**Exhibit 3**   – Summary Schedule of Cash and Principal Activity in the Tavlin Account

**Exhibit 4A** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102003

**Exhibit 4B** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102603

**Exhibit 4C** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102611

**Exhibit 4D** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0007

**Exhibit 4E** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0036

**Exhibit 4F** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0006

**Exhibit 4G** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102601

**Exhibit 4H** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0005

**Exhibit 4I**  – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102617

**Exhibit 4J**  – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102615

**Exhibit 4K** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0031

**Exhibit 4L** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0032

**Exhibit 4M**– Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0057

**Exhibit 4N** – Detailed Schedule for the Principal Balance Calculation for the Tavlin Account

**Exhibit 5**   –   March 1981 Customer Statement for BLMIS Account 1T0006 (10200715)

**Exhibit 6**   –   March 1981 Customer Statement for BLMIS Account 102601 (10200616)