# Exhibit 2

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| BSTSAB0326874 | BSTSAB0326875 | MADWAA00017489 | MADWAA00017489 |
| BSTSAB0414873 | BSTSAB0414873 | MADWAA00017495 | MADWAA00017497 |
| BSTSAB0574812 | BSTSAB0574812 | MADWAA00017504 | MADWAA00017510 |
| HWN00000001 | HWN00003217 | MADWAA00017557 | MADWAA00017557 |
| JPMSAB0000001 | JPMSAB0004570 | MADWAA00017560 | MADWAA00017560 |
| JPMSAF0000001 | JPMSAF0008524 | MADWAA00017592 | MADWAA00017592 |
| JPMSAF0008526 | JPMSAF0008596 | MADWAA00017602 | MADWAA00017602 |
| JPMSAF0008598 | JPMSAF0017233 | MADWAA00017605 | MADWAA00017605 |
| JPMSAF0017235 | JPMSAF0054255 | MADWAA00017609 | MADWAA00017609 |
| JPMSAF0054257 | JPMSAF0054271 | MADWAA00017616 | MADWAA00017618 |
| JPMSAF0054273 | JPMSAF0057064 | MADWAA00017624 | MADWAA00017626 |
| JPMSAF0057066 | JPMSAF0057161 | MADWAA00017667 | MADWAA00017669 |
| JPMSAF0057163 | JPMSAF0064977 | MADWAA00017682 | MADWAA00017682 |
| JPMSAF0064982 | JPMSAF0065438 | MADWAA00017727 | MADWAA00017732 |
| JPMSAF0065443 | JPMSAF0072748 | MADWAA00017736 | MADWAA00017741 |
| JPMSAF0072802 | JPMSAF0072805 | MADWAA00017745 | MADWAA00017746 |
| JPMSAF0072807 | JPMSAF0072931 | MADWAA00017753 | MADWAA00017757 |
| JPMSAG0000002 | JPMSAG0000022 | MADWAA00017759 | MADWAA00017778 |
| JPMSAG0000024 | JPMSAG0000275 | MADWAA00017786 | MADWAA00017787 |
| JPMSAG0000277 | JPMSAG0000535 | MADWAA00017797 | MADWAA00017797 |
| JPMSAG0000537 | JPMSAG0000848 | MADWAA00017800 | MADWAA00017800 |
| JPMSAG0000850 | JPMSAG0001400 | MADWAA00017804 | MADWAA00017807 |
| JPMSAG0001403 | JPMSAG0001648 | MADWAA00017821 | MADWAA00017823 |
| JPMSAG0001650 | JPMSAG0001912 | MADWAA00017833 | MADWAA00017833 |
| JPMSAH0000001 | JPMSAH0000221 | MADWAA00017882 | MADWAA00017882 |
| JPMSAH0000223 | JPMSAH0000705 | MADWAA00017885 | MADWAA00017901 |
| JPMSAH0000707 | JPMSAH0000714 | MADWAA00017903 | MADWAA00017903 |
| JPMSAH0000717 | JPMSAH0002856 | MADWAA00026582 | MADWAA00026583 |
| JPMSAH0002858 | JPMSAH0002873 | MADWAA00037196 | MADWAA00037196 |
| JPMSAI0000001 | JPMSAI0000176 | MADWAA00038379 | MADWAA00038380 |
| JPMSAI0000178 | JPMSAI0000276 | MADWAA00038598 | MADWAA00038700 |
| JPMSAI0000278 | JPMSAI0000656 | MADWAA00038705 | MADWAA00039262 |
| JPMSAI0000658 | JPMSAI0001363 | MADWAA00039264 | MADWAA00039937 |
| JPMSAI0001365 | JPMSAI0001511 | MADWAA00039939 | MADWAA00040516 |
| JPMSAI0001514 | JPMSAI0001573 | MADWAA00040518 | MADWAA00040671 |
| JPMSAI0001575 | JPMSAI0001608 | MADWAA00040673 | MADWAA00041370 |
| JPMSAI0001610 | JPMSAI0001697 | MADWAA00041372 | MADWAA00042135 |
| JPMSAI0001699 | JPMSAI0001713 | MADWAA00043870 | MADWAA00044908 |
| JPMSAI0001715 | JPMSAI0001748 | MADWAA00048071 | MADWAA00049206 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| JPMSAI0001750 | JPMSAI0001786 | MADWAA00049208 | MADWAA00050071 |
| JPMSAI0001788 | JPMSAI0002221 | MADWAA00051674 | MADWAA00054718 |
| JPMSAI0002224 | JPMSAI0002837 | MADWAA00056483 | MADWAA00057108 |
| JPMSAI0002839 | JPMSAI0003041 | MADWAA00057110 | MADWAA00057727 |
| JPMSAI0003043 | JPMSAI0003106 | MADWAA00062754 | MADWAA00062756 |
| JPMSAI0003114 | JPMSAI0003222 | MADWAA00062765 | MADWAA00063950 |
| JPMSAI0003224 | JPMSAI0003310 | MADWAA00063952 | MADWAA00064707 |
| JPMSAI0003312 | JPMSAI0003597 | MADWAA00064709 | MADWAA00065484 |
| JPMSAI0003599 | JPMSAI0003911 | MADWAA00065486 | MADWAA00066299 |
| JPMSAI0003913 | JPMSAI0004518 | MADWAA00066411 | MADWAA00066616 |
| JPMSAI0004520 | JPMSAI0005049 | MADWAA00066618 | MADWAA00067279 |
| JPMSAI0005051 | JPMSAI0007228 | MADWAA00067421 | MADWAA00070352 |
| JPMSAI0007230 | JPMSAI0007806 | MADWAA00072074 | MADWAA00072075 |
| JPMSAI0007808 | JPMSAI0011901 | MADWAA00072183 | MADWAA00073424 |
| JPMSAI0011903 | JPMSAI0014006 | MADWAA00075113 | MADWAA00075854 |
| JPMSCQ0000001 | JPMSCQ0000028 | MADWAA00075948 | MADWAA00076719 |
| JPMSDM0000001 | JPMSDM0000009 | MADWAA00076815 | MADWAA00077626 |
| JPMTAA0000002 | JPMTAA0000331 | MADWAA00083479 | MADWAA00083626 |
| JPMTAF0000001 | JPMTAF0004017 | MADWAA00085470 | MADWAA00085492 |
| JPMTAF0000001_xls | | MADWAA00085839 | MADWAA00085942 |
| MADTBB02408954 | MADTBB02408954 | MADWAA00085949 | MADWAA00087112 |
| MADTBB02408959 | MADTBB02408961 | MADWAA00087115 | MADWAA00089904 |
| MADTBB03140267 | MADTBB03140267 | MADWAA00095123 | MADWAA00095124 |
| MADTBB03342901 | MADTBB03342901 | MADWAA00095545 | MADWAA00095546 |
| MADTBB03342903 | MADTBB03342905 | MADWAA00097307 | MADWAA00098326 |
| MADTBB03343012 | MADTBB03343013 | MADWAA00098416 | MADWAA00099401 |
| MADTBB03343033 | MADTBB03343033 | MADWAA00099930 | MADWAA00100915 |
| MADTBB03343158 | MADTBB03343159 | MADWAA00102648 | MADWAA00102664 |
| MADTBB03343198 | MADTBB03343198 | MADWAA00102758 | MADWAA00105435 |
| MADTBB03343290 | MADTBB03343291 | MADWAA00105717 | MADWAA00105718 |
| MADTBB03343466 | MADTBB03343466 | MADWAA00109966 | MADWAA00112719 |
| MADTEE00045777 | MADTEE00045840 | MADWAA00115177 | MADWAA00116290 |
| MADTEE00045842 | MADTEE00045861 | MADWAA00116396 | MADWAA00116397 |
| MADTEE00045965 | MADTEE00045993 | MADWAA00116399 | MADWAA00116399 |
| MADTEE00046018 | MADTEE00046023 | MADWAA00116452 | MADWAA00119511 |
| MADTEE00114818 | MADTEE00114818 | MADWAA00119623 | MADWAA00120516 |
| MADTEE00114821 | MADTEE00114821 | MADWAA00122154 | MADWAA00124953 |
| MADTEE00115171 | MADTEE00115171 | MADWAA00127474 | MADWAA00128781 |
| MADTEE00115181 | MADTEE00115181 | MADWAA00128897 | MADWAA00129558 |
| MADTEE00115186 | MADTEE00115186 | MADWAA00129560 | MADWAA00129953 |
| MADTEE00115190 | MADTEE00115190 | MADWAA00131385 | MADWAA00132862 |
| MADTEE00115200 | MADTEE00115200 | MADWAA00139873 | MADWAA00141195 |
| MADTEE00115203 | MADTEE00115203 | MADWAA00142972 | MADWAA00143060 |
| MADTEE00115207 | MADTEE00115207 | MADWAA00143062 | MADWAA00143969 |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTEE00115218 | MADTEE00115219 | MADWAA00145760 | MADWAA00145761 |
| MADTEE00115244 | MADTEE00115244 | MADWAA00145765 | MADWAA00145834 |
| MADTEE00115249 | MADTEE00115249 | MADWAA00145836 | MADWAA00148001 |
| MADTEE00115252 | MADTEE00115252 | MADWAA00148003 | MADWAA00152928 |
| MADTEE00115260 | MADTEE00115260 | MADWAA00154924 | MADWAA00154939 |
| MADTEE00115265 | MADTEE00115265 | MADWAA00154941 | MADWAA00155532 |
| MADTEE00115294 | MADTEE00115295 | MADWAA00155535 | MADWAA00155850 |
| MADTEE00115301 | MADTEE00115302 | MADWAA00155852 | MADWAA00157736 |
| MADTEE00115305 | MADTEE00115305 | MADWAA00157739 | MADWAA00157958 |
| MADTEE00115318 | MADTEE00115318 | MADWAA00159129 | MADWAA00160261 |
| MADTEE00115321 | MADTEE00115322 | MADWAA00160324 | MADWAA00161403 |
| MADTEE00115351 | MADTEE00115352 | MADWAA00161462 | MADWAA00163125 |
| MADTEE00115354 | MADTEE00115354 | MADWAA00163192 | MADWAA00163659 |
| MADTEE00115358 | MADTEE00115359 | MADWAA00163786 | MADWAA00166192 |
| MADTEE00115362 | MADTEE00115362 | MADWAA00167061 | MADWAA00168390 |
| MADTEE00115365 | MADTEE00115365 | MADWAA00168465 | MADWAA00170342 |
| MADTEE00115367 | MADTEE00115367 | MADWAA00173050 | MADWAA00173063 |
| MADTEE00115370 | MADTEE00115370 | MADWAA00173065 | MADWAA00173856 |
| MADTEE00115374 | MADTEE00115374 | MADWAA00174952 | MADWAA00175803 |
| MADTEE00115381 | MADTEE00115382 | MADWAA00182284 | MADWAA00182287 |
| MADTEE00115423 | MADTEE00115424 | MADWAA00182291 | MADWAA00182428 |
| MADTEE00115430 | MADTEE00115430 | MADWAA00183297 | MADWAA00183389 |
| MADTEE00115436 | MADTEE00115436 | MADWAA00184733 | MADWAA00184830 |
| MADTEE00115439 | MADTEE00115439 | MADWAA00184833 | MADWAA00184833 |
| MADTEE00115443 | MADTEE00115443 | MADWAA00184835 | MADWAA00185908 |
| MADTEE00115448 | MADTEE00115448 | MADWAA00187932 | MADWAA00188087 |
| MADTEE00115457 | MADTEE00115457 | MADWAA00188421 | MADWAA00188468 |
| MADTEE00115465 | MADTEE00115465 | MADWAA00188471 | MADWAA00189684 |
| MADTEE00115469 | MADTEE00115469 | MADWAA00189687 | MADWAA00190392 |
| MADTEE00115495 | MADTEE00115496 | MADWAA00190395 | MADWAA00190614 |
| MADTEE00115500 | MADTEE00115501 | MADWAA00190907 | MADWAA00190907 |
| MADTEE00115505 | MADTEE00115505 | MADWAA00190910 | MADWAA00192504 |
| MADTEE00115508 | MADTEE00115508 | MADWAA00192574 | MADWAA00192574 |
| MADTEE00115510 | MADTEE00115510 | MADWAA00192957 | MADWAA00192958 |
| MADTEE00115531 | MADTEE00115531 | MADWAA00193339 | MADWAA00194922 |
| MADTEE00115533 | MADTEE00115533 | MADWAA00194924 | MADWAA00196539 |
| MADTEE00115539 | MADTEE00115539 | MADWAA00196674 | MADWAA00199526 |
| MADTEE00115545 | MADTEE00115546 | MADWAA00199658 | MADWAA00200393 |
| MADTEE00115565 | MADTEE00115565 | MADWAA00203196 | MADWAA00204255 |
| MADTEE00115572 | MADTEE00115572 | MADWAA00205496 | MADWAA00206829 |
| MADTEE00115574 | MADTEE00115574 | MADWAA00208816 | MADWAA00209815 |
| MADTEE00115585 | MADTEE00115585 | MADWAA00209905 | MADWAA00210734 |
| MADTEE00115593 | MADTEE00115597 | MADWAA00210846 | MADWAA00211959 |
| MADTEE00115602 | MADTEE00115603 | MADWAA00212778 | MADWAA00213679 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00115642 | MADTEE00115642 | MADWAA00219788 | MADWAA00220673 |
| MADTEE00115681 | MADTEE00115682 | MADWAA00220764 | MADWAA00221559 |
| MADTEE00115689 | MADTEE00115689 | MADWAA00221698 | MADWAA00222399 |
| MADTEE00115705 | MADTEE00115705 | MADWAA00222525 | MADWAA00224474 |
| MADTEE00115750 | MADTEE00115751 | MADWAA00225280 | MADWAA00225281 |
| MADTEE00115764 | MADTEE00115765 | MADWAA00226423 | MADWAA00229292 |
| MADTEE00115781 | MADTEE00115781 | MADWAA00229406 | MADWAA00230255 |
| MADTEE00115784 | MADTEE00115784 | MADWAA00230257 | MADWAA00230258 |
| MADTEE00115787 | MADTEE00115787 | MADWAA00232930 | MADWAA00235555 |
| MADTEE00115823 | MADTEE00115824 | MADWAA00235692 | MADWAA00236391 |
| MADTEE00115828 | MADTEE00115829 | MADWAA00236393 | MADWAA00238524 |
| MADTEE00115842 | MADTEE00115845 | MADWAA00238801 | MADWAA00238804 |
| MADTEE00115851 | MADTEE00115851 | MADWAA00239844 | MADWAA00239844 |
| MADTEE00115854 | MADTEE00115854 | MADWAA00239983 | MADWAA00239984 |
| MADTEE00115861 | MADTEE00115861 | MADWAA00242269 | MADWAA00242360 |
| MADTEE00115864 | MADTEE00115865 | MADWAA00242363 | MADWAA00243393 |
| MADTEE00115867 | MADTEE00115867 | MADWAA00243395 | MADWAA00244478 |
| MADTEE00115869 | MADTEE00115869 | MADWAA00244480 | MADWAA00245698 |
| MADTEE00115874 | MADTEE00115875 | MADWAA00247349 | MADWAA00247363 |
| MADTEE00115877 | MADTEE00115877 | MADWAA00247446 | MADWAA00250149 |
| MADTEE00115879 | MADTEE00115879 | MADWAA00253260 | MADWAA00254414 |
| MADTEE00115883 | MADTEE00115885 | MADWAA00257807 | MADWAA00260756 |
| MADTEE00115891 | MADTEE00115891 | MADWAA00261617 | MADWAA00262578 |
| MADTEE00115896 | MADTEE00115897 | MADWAA00262663 | MADWAA00263210 |
| MADTEE00115900 | MADTEE00115901 | MADWAA00263812 | MADWAA00265665 |
| MADTEE00115904 | MADTEE00115904 | MADWAA00265668 | MADWAA00266229 |
| MADTEE00115910 | MADTEE00115910 | MADWAA00266398 | MADWAA00267673 |
| MADTEE00115933 | MADTEE00115933 | MADWAA00267675 | MADWAA00268515 |
| MADTEE00115939 | MADTEE00115939 | MADWAA00268517 | MADWAA00269903 |
| MADTEE00115964 | MADTEE00115964 | MADWAA00271711 | MADWAA00273208 |
| MADTEE00115970 | MADTEE00115970 | MADWAA00273358 | MADWAA00274795 |
| MADTEE00115972 | MADTEE00115972 | MADWAA00275794 | MADWAA00275832 |
| MADTEE00115979 | MADTEE00115979 | MADWAA00275834 | MADWAA00276927 |
| MADTEE00115984 | MADTEE00115985 | MADWAA00277076 | MADWAA00278307 |
| MADTEE00116004 | MADTEE00116005 | MADWAA00278464 | MADWAA00279435 |
| MADTEE00116014 | MADTEE00116014 | MADWAA00279520 | MADWAA00280521 |
| MADTEE00116020 | MADTEE00116020 | MADWAA00284629 | MADWAA00284682 |
| MADTEE00116025 | MADTEE00116025 | MADWAA00284684 | MADWAA00285930 |
| MADTEE00116029 | MADTEE00116029 | MADWAA00285932 | MADWAA00287257 |
| MADTEE00116031 | MADTEE00116032 | MADWAA00287328 | MADWAA00288037 |
| MADTEE00116047 | MADTEE00116047 | MADWAA00288143 | MADWAA00291212 |
| MADTEE00116050 | MADTEE00116050 | MADWAA00291294 | MADWAA00292723 |
| MADTEE00116056 | MADTEE00116057 | MADWAA00292811 | MADWAA00292868 |
| MADTEE00116059 | MADTEE00116060 | MADWAA00292870 | MADWAA00293698 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00116066 | MADTEE00116066 | MADWAA00293793 | MADWAA00295182 |
| MADTEE00116070 | MADTEE00116070 | MADWAA00295264 | MADWAA00296637 |
| MADTEE00116073 | MADTEE00116073 | MADWAA00296708 | MADWAA00297233 |
| MADTEE00116076 | MADTEE00116076 | MADWAA00297331 | MADWAA00300791 |
| MADTEE00116104 | MADTEE00116104 | MADWAA00301727 | MADWAA00303760 |
| MADTEE00116106 | MADTEE00116106 | MADWAA00303767 | MADWAA00304282 |
| MADTEE00116116 | MADTEE00116116 | MADWAA00304289 | MADWAA00305214 |
| MADTEE00116120 | MADTEE00116120 | MADWAA00305676 | MADWAA00308749 |
| MADTEE00116123 | MADTEE00116123 | MADWAA00308861 | MADWAA00311570 |
| MADTEE00116151 | MADTEE00116151 | MADWAA00313711 | MADWAA00314820 |
| MADTEE00116154 | MADTEE00116154 | MADWAA00316197 | MADWAA00317034 |
| MADTEE00116173 | MADTEE00116175 | MADWAA00319298 | MADWAA00320299 |
| MADTEE00116184 | MADTEE00116190 | MADWAA00321524 | MADWAA00322557 |
| MADTEE00116195 | MADTEE00116195 | MADWAA00322696 | MADWAA00323525 |
| MADTEE00116202 | MADTEE00116203 | MADWAA00323527 | MADWAA00323528 |
| MADTEE00116207 | MADTEE00116207 | MADWAA00323659 | MADWAA00324488 |
| MADTEE00116213 | MADTEE00116214 | MADWAA00331827 | MADWAA00332811 |
| MADTEE00116218 | MADTEE00116218 | MADWAA00332939 | MADWAA00332940 |
| MADTEE00116225 | MADTEE00116226 | MADWAA00332950 | MADWAA00332951 |
| MADTEE00116230 | MADTEE00116230 | MADWAA00332953 | MADWAA00334257 |
| MADTEE00116232 | MADTEE00116233 | MADWAA00334259 | MADWAA00334315 |
| MADTEE00116235 | MADTEE00116236 | MADWAA00334420 | MADWAA00334420 |
| MADTEE00116238 | MADTEE00116238 | MADWAA00334422 | MADWAA00335377 |
| MADTEE00116241 | MADTEE00116241 | MADWAA00335525 | MADWAA00336696 |
| MADTEE00116244 | MADTEE00116244 | MADWAA00336817 | MADWAA00338287 |
| MADTEE00116263 | MADTEE00116263 | MADWAA00338289 | MADWAA00339502 |
| MADTEE00116277 | MADTEE00116277 | MADWAA00339619 | MADWAA00341017 |
| MADTEE00116293 | MADTEE00116296 | MADWAA00341019 | MADWAA00342324 |
| MADTEE00116298 | MADTEE00116300 | MADWAA00348863 | MADWAA00348863 |
| MADTEE00116303 | MADTEE00116304 | MADWAA00348865 | MADWAA00348915 |
| MADTEE00116324 | MADTEE00116324 | MADWAA00348917 | MADWAA00349664 |
| MADTEE00116327 | MADTEE00116327 | MADWAA00349666 | MADWAA00350116 |
| MADTEE00116338 | MADTEE00116340 | MADWAA00350118 | MADWAA00350547 |
| MADTEE00116343 | MADTEE00116345 | MADWAA00350549 | MADWAA00350554 |
| MADTEE00116352 | MADTEE00116352 | MADWAA00350679 | MADWAA00350679 |
| MADTEE00116354 | MADTEE00116354 | MADWAA00350681 | MADWAA00351036 |
| MADTEE00116358 | MADTEE00116359 | MADWAA00351039 | MADWAA00351802 |
| MADTEE00116361 | MADTEE00116362 | MADWAA00351901 | MADWAA00351959 |
| MADTEE00116375 | MADTEE00116375 | MADWAA00351961 | MADWAA00352850 |
| MADTEE00116382 | MADTEE00116382 | MADWAA00354673 | MADWAA00355570 |
| MADTEE00116385 | MADTEE00116385 | MADWAA00359610 | MADWAA00360493 |
| MADTEE00116389 | MADTEE00116390 | MADWAA00360495 | MADWAA00361340 |
| MADTEE00116394 | MADTEE00116394 | MADWAA00361342 | MADWAA00362441 |
| MADTEE00116398 | MADTEE00116399 | MADWAA00362941 | MADWAA00363698 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00116404 | MADTEE00116404 | MADWAA00363833 | MADWAA00363844 |
| MADTEE00116414 | MADTEE00116414 | MADWAA00363846 | MADWAA00365087 |
| MADTEE00116441 | MADTEE00116441 | MADWAA00366207 | MADWAA00367264 |
| MADTEE00116457 | MADTEE00116458 | MADWAA00367370 | MADWAA00368367 |
| MADTEE00116484 | MADTEE00116485 | MADWAA00371288 | MADWAA00372615 |
| MADTEE00116487 | MADTEE00116487 | MADWAA00372618 | MADWAA00372622 |
| MADTEE00116806 | MADTEE00116806 | MADWAA00372625 | MADWAA00373864 |
| MADTEE00116839 | MADTEE00116839 | MADWAA00373989 | MADWAA00375968 |
| MADTEE00116877 | MADTEE00116877 | MADWAA00375970 | MADWAA00377062 |
| MADTEE00116887 | MADTEE00116887 | MADWAA00377065 | MADWAA00378164 |
| MADTEE00349333 | MADTEE00349333 | MADWAA00378171 | MADWAA00378566 |
| MADTEE00349335 | MADTEE00349335 | MADWAA00378590 | MADWAA00378596 |
| MADTEE00349337 | MADTEE00349337 | MADWAA00378600 | MADWAA00378606 |
| MADTEE00349426 | MADTEE00349426 | MADWAA00378608 | MADWAA00380489 |
| MADTEE00349454 | MADTEE00349455 | MADWAA00380517 | MADWAA00381326 |
| MADTEE00349522 | MADTEE00349522 | MADWAA00382284 | MADWAA00382285 |
| MADTEE00349524 | MADTEE00349524 | MADWAA00383535 | MADWAA00383541 |
| MADTEE00349526 | MADTEE00349526 | MADWAA00383562 | MADWAA00383585 |
| MADTEE00349573 | MADTEE00349575 | MADWAA00383828 | MADWAA00383834 |
| MADTEE00349578 | MADTEE00349578 | MADWAA00383851 | MADWAA00383872 |
| MADTEE00349589 | MADTEE00349589 | MADWAA00384156 | MADWAA00384163 |
| MADTEE00349607 | MADTEE00349609 | MADWAA00384172 | MADWAA00384289 |
| MADTEE00349636 | MADTEE00349637 | MADWAA00384291 | MADWAA00384294 |
| MADTEE00349644 | MADTEE00349647 | MADWAA00384306 | MADWAA00384310 |
| MADTEE00349670 | MADTEE00349670 | MADWAA00384324 | MADWAA00384332 |
| MADTEE00409248 | MADTEE00409303 | MADWAA00384762 | MADWAA00384838 |
| MADTEE00458310 | MADTEE00458310 | MADWAA00384848 | MADWAA00385232 |
| MADTEE00499063 | MADTEE00499063 | MADWAA00385234 | MADWAA00386529 |
| MADTEE00500378 | MADTEE00500380 | MADWAA00387521 | MADWAA00388097 |
| MADTEE00599279 | MADTEE00599279 | MADWAA00389847 | MADWAA00389923 |
| MADTEE00599377 | MADTEE00599377 | MADWAA00389926 | MADWAA00391335 |
| MADTEE00602597 | MADTEE00602598 | MADWAA00391813 | MADWAA00393531 |
| MADTEE00602722 | MADTEE00602722 | MADWAA00578467 | MADWAA00579894 |
| MADTEE00631260 | MADTEE00631260 | MADWAA00593865 | MADWAA00595441 |
| MADTEE00632093 | MADTEE00632093 | MADWAA00596992 | MADWAA00596998 |
| MADTEE00635682 | MADTEE00635682 | MADWAA00597549 | MADWAA00597559 |
| MADTEE00644166 | MADTEE00644166 | MADWAA00598000 | MADWAA00598012 |
| MADTEE00644204 | MADTEE00644205 | MADWAA00598540 | MADWAA00598556 |
| MADTEE00644500 | MADTEE00644502 | MADWAA00598948 | MADWAA00598954 |
| MADTEE00644722 | MADTEE00644722 | MADWAA00599351 | MADWAA00599357 |
| MADTEE00644726 | MADTEE00644726 | MADWAA00599778 | MADWAA00599784 |
| MADTEE00644836 | MADTEE00644836 | MADWAA00600253 | MADWAA00601201 |
| MADTEE00644941 | MADTEE00644941 | MADWAA00601204 | MADWAA00602116 |
| MADTEE00645213 | MADTEE00645213 | MADWAA01072627 | MADWAA01072894 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00645599 | MADTEE00645599 | MAITAA0016078 | MAITAA0016087 |
| MADTEE00645610 | MADTEE00645610 | MAITAE00000001 | MAITAE00000002 |
| MADTEE00691927 | MADTEE00695273 | MDPTFF00000294 | MDPTFF00000689 |
| MADTEE00695278 | MADTEE00696201 | MDPTPP00000001 | MDPTPP07763032 |
| MADTEE00696203 | MADTEE00701130 | MDPTPP07780250 | MDPTPP07780255 |
| MADTEE00726635 | MADTEE00726913 | MDPTQQ00000001 | MDPTQQ00908391 |
| MADTEE00727240 | MADTEE00727248 | MDPTVV00000001 | MDPTVV00346036 |
| MADTEE00727276 | MADTEE00727281 | MF00000001 | MF00010356 |
| MADTEE00727286 | MADTEE00727294 | MF00010359 | MF00010360 |
| MADTEE00727351 | MADTEE00727353 | MF00010434 | MF00010690 |
| MADTNN00110570 | MADTNN00110575 | MF00010764 | MF00010764 |
| MADTSS00196027 | MADTSS00196027 | MF00010916 | MF00010916 |
| MADTSS00196029 | MADTSS00196031 | MF00010933 | MF00015860 |
| MADTSS00196070 | MADTSS00196070 | MF00015862 | MF00054017 |
| MADTSS00196101 | MADTSS00196104 | MF00054019 | MF00054019 |
| MADTSS00196110 | MADTSS00196111 | MF00054037 | MF00054538 |
| MADTSS00196423 | MADTSS00196423 | MF00054554 | MF00054554 |
| MADTSS00196458 | MADTSS00196458 | MF00054570 | MF00054570 |
| MADTSS00196522 | MADTSS00196524 | MF00054586 | MF00054586 |
| MADTSS00196526 | MADTSS00196526 | MF00054601 | MF00054601 |
| MADTSS00196528 | MADTSS00196528 | MF00054616 | MF00054616 |
| MADTSS00201064 | MADTSS00201174 | MF00054631 | MF00054631 |
| MADTSS00329483 | MADTSS00329483 | MF00054646 | MF00054646 |
| MADTSS00336193 | MADTSS00336193 | MF00054660 | MF00054660 |
| MADTSS00336196 | MADTSS00336196 | MF00054674 | MF00054674 |
| MADTSS00336202 | MADTSS00336202 | MF00054688 | MF00054688 |
| MADTSS00336205 | MADTSS00336205 | MF00054702 | MF00054702 |
| MADTSS00336211 | MADTSS00336211 | MF00054716 | MF00054716 |
| MADTSS00336213 | MADTSS00336213 | MF00054720 | MF00089903 |
| MADTSS00336218 | MADTSS00336219 | MF00089932 | MF00089932 |
| MADTSS00336228 | MADTSS00336228 | MF00089947 | MF00089947 |
| MADTSS00336232 | MADTSS00336232 | MF00089956 | MF00089956 |
| MADTSS00340111 | MADTSS00340111 | MF00089992 | MF00089992 |
| MADTSS00382689 | MADTSS00382689 | MF00090001 | MF00090001 |
| MADTSS00382692 | MADTSS00382692 | MF00090016 | MF00090016 |
| MADTSS01160128 | MADTSS01160128 | MF00090080 | MF00090080 |
| MADTSS01160152 | MADTSS01160152 | MF00090082 | MF00090082 |
| MADTSS01160163 | MADTSS01160163 | MF00090097 | MF00090097 |
| MADTSS01160165 | MADTSS01160165 | MF00090124 | MF00090124 |
| MADTSS01160167 | MADTSS01160167 | MF00090134 | MF00090134 |
| MADTSS01160170 | MADTSS01160204 | MF00090161 | MF00090161 |
| MADTSS01160206 | MADTSS01160206 | MF00090163 | MF00090163 |
| MADTSS01160208 | MADTSS01160208 | MF00090173 | MF00090173 |
| MADTSS01162787 | MADTSS01162793 | MF00090239 | MF00090687 |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTSS01162796 | MADTSS01162796 | MF00090727 | MF00092169 |
| MADTSS01212898 | MADTSS01212900 | MF00092171 | MF00092171 |
| MADTSS01212904 | MADTSS01212904 | MF00092173 | MF00094142 |
| MADTSS01327707 | MADTSS01327709 | MF00094144 | MF00094160 |
| MADTSS01327712 | MADTSS01327715 | MF00094188 | MF00152284 |
| MADTSS01327794 | MADTSS01327795 | MF00156869 | MF00543449 |
| MADTSS01327817 | MADTSS01327817 | MF00544339 | MF00544449 |
| MADTSS01327819 | MADTSS01327821 | MF00544455 | MF00544457 |
| MADTSS01327849 | MADTSS01327851 | MF00544462 | MF00544576 |
| MADTSS01328781 | MADTSS01328781 | MF00544715 | MF00545147 |
| MADWAA00010198 | MADWAA00010198 | MF00548948 | MF00549288 |
| MADWAA00017331 | MADWAA00017332 | MF00549294 | MF00549295 |
| MADWAA00017334 | MADWAA00017335 | MF00549297 | MF00549469 |
| MADWAA00017343 | MADWAA00017343 | MF00589674 | MF00589756 |
| MADWAA00017360 | MADWAA00017360 | MF00596269 | MF00596426 |
| MADWAA00017371 | MADWAA00017371 | MOTTAA00003583 | MOTTAA00003583 |
| MADWAA00017384 | MADWAA00017384 | SECSBJ0007636 | SECSBJ0008374 |
| MADWAA00017401 | MADWAA00017407 | SECSBP0007753 | SECSBP0008458 |
| MADWAA00017418 | MADWAA00017419 | SECSCC0000001 | SECSCC0003525 |
| MADWAA00017446 | MADWAA00017446 | SECSCR0000027 | SECSCR0000036 |
| MADTSS00336514 | MADTSS00336578 | PUBLIC0591623 | PUBLIC0591643 |
| PUBLIC0628549 | PUBLIC0628554 | 17SH_02_OZ_00000009 | |
| 17SH-OZ00000050 | | MADTEE00349582 | MADTEE00349582 |
| 17SH-OZ00000052 | | MADTEE00349584 | MADTEE00349584 |
| 17SH-OZ00000054 | | MADTEE00349587 | MADTEE00349588 |
| 17SH-OZ00000062 | | MADTEE00349591 | MADTEE00349591 |
| 17SH-OZ00003323 | | MADTEE00349594 | MADTEE00349594 |
| 17SH-OZ00003364 | | MADTEE00349596 | MADTEE00349605 |
| 17SH-OZ00003384 | | MADTEE00349610 | MADTEE00349610 |
| 17SH-OZ00003386 | | MADTEE00349612 | MADTEE00349612 |
| 17SH-OZ00003388 | | MADTEE00349614 | MADTEE00349616 |
| 17SH-OZ00003390 | | MADTEE00349620 | MADTEE00349620 |
| 17SH-OZ00003392 | | MADTEE00349623 | MADTEE00349623 |
| 17SH-OZ00003394 | | MADTEE00349625 | MADTEE00349626 |
| 17SH-OZ00003396 | | MADTEE00349628 | MADTEE00349628 |
| 17SH-OZ00003398 | | MADTEE00349633 | MADTEE00349635 |
| 17SH-OZ00003400 | | MADTEE00349641 | MADTEE00349642 |
| 17SH-OZ00003402 | | MADTEE00349650 | MADTEE00349669 |
| 17SH-OZ00003404 | | MADTEE00349671 | MADTEE00349683 |
| 17SH-OZ00003405 | | MADTEE00499043 | MADTEE00499062 |
| 17SH-OZ00003408 | | MADTSS00329144 | MADTSS00329222 |
| 17SH-OZ00003410 | | MADTSS01305092 | MADTSS01305108 |
| 17SH-OZ00003412 | | MADTSS01327566 | MADTSS01327568 |
| 17SH-OZ00003413 | | MADTSS01327731 | MADTSS01327745 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 17SH-OZ00003768 | | MADTSS01327789 | MADTSS01327793 |
| 17SH-OZ00003769 | | MADTSS01327806 | MADTSS01327807 |
| 17SH-OZ00003770 | | MADTSS01327823 | MADTSS01327834 |
| 17SH-OZ00003771 | | MADTSS01327843 | MADTSS01327848 |
| 17SH-OZ00003773 | | MADTSS01327853 | MADTSS01327869 |
| 17SH-OZ00003775 | | MADTSS01328771 | MADTSS01328773 |
| 17SH-OZ00007752 | | MADTSS01328782 | MADTSS01328787 |
| ABON_02_BR_00005102 | | MADTSS01328801 | MADTSS01328802 |
| ABON_02_BR_00005279 | | MADWAA00010751 | MADWAA00010751 |
| ABON-BR00000050 | | MADWAA00017341 | MADWAA00017342 |
| ABON-BR00000067 | | MADWAA00017344 | MADWAA00017359 |
| ABON-BR00000103 | | MADWAA00017377 | MADWAA00017378 |
| ABON-BR00000104 | | MADWAA00017385 | MADWAA00017389 |
| ABON-BR00000114 | | MADWAA00017392 | MADWAA00017393 |
| ABON-BR00000118 | | MADWAA00017395 | MADWAA00017396 |
| ABON-BR00000119 | | MADWAA00017420 | MADWAA00017437 |
| ABON-BR00000122 | | MADWAA00017447 | MADWAA00017471 |
| ABON-BR00000136 | | MADWAA00017590 | MADWAA00017590 |
| ABON-BR00000137 | | MADWAA00017824 | MADWAA00017827 |
| ABON-BR00000145 | | MADWAA00017880 | MADWAA00017881 |
| ABON-BR00000148 | | MADWAA00017884 | MADWAA00017884 |
| ABON-BR00000151 | | SHAN-BR00000098 | |
| ABON-BR00000154 | | SHAN-BR00000100 | |
| ABON-BR00000155 | | SHAN-BR00000101 | |
| ABON-BR00000157 | | SHAN-BR00000113 | |
| ABON-BR00000162 | | SHAN-BR00000114 | |
| ABON-BR00000164 | | SHAN-BR00000121 | |
| ABON-BR00000183 | | SHAN-BR00000122 | |
| ABON-BR00000205 | | SHAN-BR00000124 | |
| ABON-BR00000255 | | SHAN-BR00000126 | |
| ABON-BR00000312 | | SHAN-BR00000130 | |
| ABON-BR00000313 | | SHAN-BR00000131 | |
| ABON-BR00000380 | | SHAN-BR00000135 | |
| ABON-BR00000395 | | SHAN-BR00000136 | |
| ABON-BR00000411 | | SHAN-BR00000142 | |
| ABON-BR00000560 | | SHAN-BR00000143 | |
| ABON-BR00096123 | | SHAN-BR00000146 | |
| ABON-BR00096158 | | SHAN-BR00000147 | |
| ABON-BR00096167 | | SHAN-BR00000157 | |
| ABON-BR00096173 | | SHAN-BR00000158 | |
| ABON-BR00096174 | | SHAN-BR00000164 | |
| ABON-BR00096177 | | SHAN-BR00000165 | |
| ABON-BR00096208 | | SHAN-BR00000166 | |
| ABON-BR00096219 | | SHAN-BR00000172 | |

| **Bates Begin** | **Bates End** | **Bates Begin** | **Bates End** |
|---|---|---|---|
| ABON-BR00096240 | | SHAN-BR00000173 | |
| ABON-BR00096246 | | SHAN-BR00000174 | |
| ABON-BR00096247 | | SHAN-BR00000175 | |
| ABON-BR00096249 | | SHAN-BR00000182 | |
| ABON-BR00096262 | | SHAN-BR00000183 | |
| ABON-BR00097674 | | SHAN-BR00000190 | |
| ABON-BR00097676 | | SHAN-BR00000191 | |
| ABON-BR00097698 | | SHAN-BR00000196 | |
| ABON-BR00097699 | | SHAN-BR00000197 | |
| ABON-BR00097744 | | SHAN-BR00000204 | |
| ABON-BR00097745 | | SHAN-BR00000205 | |
| ABON-BR00097973 | | SHAN-BR00000215 | |
| ABON-BR00097975 | | SHAN-BR00000216 | |
| ABON-BR00098038 | | SHAN-BR00000217 | |
| ABON-BR00098040 | | SHAN-BR00000218 | |
| ABON-BR00098052 | | SHAN-BR00000222 | |
| BRU_02_BC_00000001 | | SHAN-BR00000223 | |
| BRU_02_BC_00000002 | | SHAN-BR00000227 | |
| BRU_02_BC_00000010 | | SHAN-BR00000228 | |
| BRU_02_BC_00000031 | | SHAN-BR00000231 | |
| BRU_02_BC_00000032 | | SHAN-BR00000232 | |
| BRU_02_BC_00000366 | | SHAN-BR00000237 | |
| BRU_02_BC_00000367 | | SHAN-BR00000238 | |
| BRU-BK00004610 | | SHAN-BR00000246 | |
| BRU-BK00004820 | | SHAN-BR00000247 | |
| BRU-CSa00001068 | | SHAN-BR00000252 | |
| DBON-BR00000996 | | SHAN-BR00000253 | |
| DBON-BR00001382 | | SHAN-BR00000257 | |
| DBON-BR00001639 | | SHAN-BR00000258 | |
| DBON-BR00001641 | | WTIL-BR00000003 | |
| DBON-BR00001688 | | WTIL-BR00000026 | |
| DBON-BR00002273 | | WTIL-BR00000029 | |
| DBON-BR00002274 | | WTIL-BR00000030 | |
| DBON-BR00002757 | | WTIL-BR00000031 | |
| DBON-BR00002809 | | WTIL-BR00000032 | |
| DBON-BR00002812 | | WTIL-BR00000035 | |
| ECOT-BR00000642 | | WTIL-BR00000038 | |
| ECOT-BR00009071 | | WTIL-BR00000072 | |
| ECOT-BR00009073 | | WTIL-BR00000117 | |
| ECOT-BR00012535 | | WTIL-BR00000138 | |
| ECOT-BR00012540 | | WTIL-BR00000155 | |
| ECOT-BR00012767 | | WTIL-BR00000156 | |
| ECOT-BR00012794 | | WTIL-BR00000157 | |
| ECOT-BR00021637 | | WTIL-BR00000158 | |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| ECOT-BR00021660 | | WTIL-BR00000159 | |
| ECOT-BR00022438 | | WTIL-BR00000212 | |
| ECOT-BR00023120 | | WTIL-BR00000213 | |
| ECOT-BR00023885 | | WTIL-BR00000230 | |
| ECOT-BR00025079 | | WTIL-BR00000232 | |
| ECOT-BR00025121 | | WTIL-BR00000270 | |
| ECOT-BR00025133 | | WTIL-BR00000271 | |
| ECOT-BR00025135 | | WTIL-BR00000346 | |
| ECOT-BR00025180 | | WTIL-BR00000584 | |
| ECOT-BR00025204 | | WTIL-BR00000640 | |
| ECOT-BR00025826 | | WTIL-BR00000641 | |
| ECOT-BR00025827 | | WTIL-BR00000890 | |
| ECOT-BR00025950 | | WTIL-BR00000891 | |
| ECOT-BR00026145 | | WTIL-BR00000903 | |
| ECOT-BR00026146 | | WTIL-BR00000904 | |
| ECOT-BR00026147 | | WTIL-BR00000905 | |
| ECOT-BR00026219 | | WTIL-BR00000906 | |
| ECOT-BR00026882 | | WTIL-BR00000907 | |
| ECOT-BR00026890 | | WTIL-BR00000908 | |
| ECOT-BR00027095 | | WTIL-BR00000909 | |
| ECOT-BR00027099 | | WTIL-BR00000910 | |
| ECOT-BR00027351 | | WTIL-BR00000911 | |
| ECOT-BR00027352 | | WTIL-BR00000912 | |
| ECOT-BR00028684 | | WTIL-BR00000913 | |
| ECOT-BR00028736 | | WTIL-BR00000914 | |
| ECOT-BR00029232 | | WTIL-BR00000915 | |
| ECOT-BR00029525 | | WTIL-BR00000916 | |
| ECOT-BR00029529 | | WTIL-BR00000917 | |
| ELIP_02_BR_00002047 | | WTIL-BR00000918 | |
| ELIP_02_BR_00002048 | | WTIL-BR00000919 | |
| ELIP_02_BR_00002049 | | WTIL-BR00000920 | |
| ELIP_02_BR_00002050 | | WTIL-BR00000921 | |
| ELIP_02_BR_00002051 | | WTIL-BR00000922 | |
| ELIP_02_BR_00002052 | | WTIL-BR00000923 | |
| ELIP_02_BR_00002281 | | WTIL-BR00000924 | |
| ELIP_02_BR_00049911 | | WTIL-BR00000925 | |
| ELIP_02_BR_00050066 | | WTIL-BR00000926 | |
| ELIP-BR00000940 | | WTIL-BR00000927 | |
| ELIP-BR00001307 | | WTIL-BR00000928 | |
| ELIP-BR00002618 | | WTIL-BR00000929 | |
| ELIP-BR00002619 | | WTIL-BR00000930 | |
| ELIP-BR00002620 | | WTIL-BR00000931 | |
| ELIP-BR00002621 | | WTIL-BR00000932 | |
| ELIP-BR00002628 | | WTIL-BR00000933 | |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| ELIP-BR00002629 | | WTIL-BR00000934 | |
| ELIP-BR00004358 | | WTIL-BR00000935 | |
| ELIP-BR00004459 | | WTIL-BR00000936 | |
| ELIP-BR00004810 | | WTIL-BR00000937 | |
| ELIP-BR00004811 | | WTIL-BR00000938 | |
| ELIP-BR00005011 | | WTIL-BR00000939 | |
| ELIP-BR00005012 | | WTIL-BR00000940 | |
| ELIP-BR00005013 | | WTIL-BR00000942 | |
| ELIP-BR00005014 | | WTIL-BR00000943 | |
| ELIP-BR00005015 | | WTIL-BR00000944 | |
| ELIP-BR00005016 | | WTIL-BR00000945 | |
| ELIP-BR00005017 | | WTIL-BR00000946 | |
| ELIP-BR00005018 | | WTIL-BR00000947 | |
| ELIP-BR00005019 | | WTIL-BR00000948 | |
| ELIP-BR00005020 | | WTIL-BR00000949 | |
| ELIP-BR00005021 | | WTIL-BR00000950 | |
| ELIP-BR00005871 | | WTIL-BR00000951 | |
| ELIP-BR00006407 | | WTIL-BR00000952 | |
| ELIP-BR00006408 | | WTIL-BR00000953 | |
| ELIP-BR00006409 | | WTIL-BR00001016 | |
| ELIP-BR00006517 | | WTIL-BR00001017 | |
| ELIP-BR00006936 | | WTIL-BR00001047 | |
| ELIP-BR00007376 | | WTIL-BR00001157 | |
| ELIP-BR00007377 | | WTIL-BR00001158 | |
| ELIP-BR00013455 | | WTIL-BR00001159 | |
| ELIP-BR00013459 | | WTIL-BR00001160 | |
| ELIP-BR00013461 | | WTIL-BR00001342 | |
| ELIP-BR00029810 | | WTIL-BR00001375 | |
| ELIP-BR00029813 | | WTIL-BR00001563 | |
| ELIP-BR00029814 | | WTIL-BR00001583 | |
| ELIP-BR00029815 | | WTIL-BR00001586 | |
| ELIP-BR00029816 | | WTIL-BR00001591 | |
| ELIP-BR00032374 | | WTIL-BR00001597 | |
| ELIP-BR00042591 | | WTIL-BR00001598 | |
| ELIP-BR00062864 | | WTIL-BR00001600 | |
| ELIP-BRa00000049 | | WTIL-BR00001602 | |
| ELIP-BRa00000301 | | WTIL-BR00001606 | |
| ELIP-BRa00001403 | | WTIL-BR00001647 | |
| ELIP-BRa00001868 | | WTIL-BR00001648 | |
| ELIP-BRa00001869 | | WTIL-BR00001649 | |
| ELIP-BRa00001870 | | WTIL-BR00001723 | |
| ELIP-BRa00001871 | | WTIL-BR00001724 | |
| ELIP-BRa00001872 | | WTIL-BR00001731 | |
| ELIP-BRa00002061 | | WTIL-BR00001735 | |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| ELIP-BRa00002078 | | WTIL-BR00001736 | |
| ELIP-BRa00002355 | | WTIL-BR00001740 | |
| FDIP_02_BR_00003992 | | WTIL-BR00001741 | |
| FDIP-BR00002087 | | WTIL-BR00001743 | |
| FDIP-BR00002094 | | WTIL-BR00001744 | |
| FDIP-BR00002109 | | WTIL-BR00001746 | |
| FDIP-BR00005311 | | WTIL-BR00001747 | |
| MADTBB03343006 | MADTBB03343011 | WTIL-BR00001749 | |
| MADTEE00115174 | MADTEE00115179 | WTIL-BR00001750 | |
| MADTEE00115182 | MADTEE00115184 | WTIL-BR00001751 | |
| MADTEE00115191 | MADTEE00115192 | WTIL-BR00001753 | |
| MADTEE00115201 | MADTEE00115202 | WTIL-BR00001754 | |
| MADTEE00115204 | MADTEE00115206 | WTIL-BR00001756 | |
| MADTEE00115220 | MADTEE00115227 | WTIL-BR00001757 | |
| MADTEE00115234 | MADTEE00115243 | WTIL-BR00001759 | |
| MADTEE00115245 | MADTEE00115248 | WTIL-BR00001760 | |
| MADTEE00115285 | MADTEE00115293 | WTIL-BR00001765 | |
| MADTEE00115312 | MADTEE00115316 | WTIL-BR00001769 | |
| MADTEE00115328 | MADTEE00115349 | WTIL-BR00001771 | |
| MADTEE00115355 | MADTEE00115357 | WTIL-BR00001772 | |
| MADTEE00115363 | MADTEE00115364 | WTIL-BR00001774 | |
| MADTEE00115368 | MADTEE00115369 | WTIL-BR00001775 | |
| MADTEE00115371 | MADTEE00115371 | WTIL-BR00001790 | |
| MADTEE00115375 | MADTEE00115380 | WTIL-BR00001791 | |
| MADTEE00115393 | MADTEE00115402 | WTIL-BR00001792 | |
| MADTEE00115411 | MADTEE00115421 | WTIL-BR00001831 | |
| MADTEE00115425 | MADTEE00115429 | WTIL-BR00001833 | |
| MADTEE00115431 | MADTEE00115435 | WTIL-BR00001834 | |
| MADTEE00115449 | MADTEE00115456 | WTIL-BR00001836 | |
| MADTEE00115475 | MADTEE00115493 | WTIL-BR00001837 | |
| MADTEE00115497 | MADTEE00115499 | WTIL-BR00001849 | |
| MADTEE00115502 | MADTEE00115504 | WTIL-BR00001853 | |
| MADTEE00115511 | MADTEE00115521 | WTIL-BR00001864 | |
| MADTEE00115557 | MADTEE00115564 | WTIL-BR00001865 | |
| MADTEE00115575 | MADTEE00115584 | WTIL-BR00001872 | |
| MADTEE00115586 | MADTEE00115592 | WTIL-BR00001877 | |
| MADTEE00115598 | MADTEE00115601 | WTIL-BR00001882 | |
| MADTEE00115604 | MADTEE00115615 | WTIL-BR00001883 | |
| MADTEE00115623 | MADTEE00115641 | WTIL-BR00001884 | |
| MADTEE00115643 | MADTEE00115654 | WTIL-BR00001885 | |
| MADTEE00115664 | MADTEE00115680 | WTIL-BR00001890 | |
| MADTEE00115683 | MADTEE00115688 | WTIL-BR00001891 | |
| MADTEE00115690 | MADTEE00115702 | WTIL-BR00001892 | |
| MADTEE00115709 | MADTEE00115722 | WTIL-BR00001893 | |

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTEE00115741 | MADTEE00115749 | WTIL-BR00001895 | |
| MADTEE00115752 | MADTEE00115763 | WTIL-BR00001896 | |
| MADTEE00115766 | MADTEE00115780 | WTIL-BR00001897 | |
| MADTEE00115788 | MADTEE00115798 | WTIL-BR00001898 | |
| MADTEE00115812 | MADTEE00115822 | WTIL-BR00001899 | |
| MADTEE00115825 | MADTEE00115827 | WTIL-BR00001901 | |
| MADTEE00115830 | MADTEE00115841 | WTIL-BR00001902 | |
| MADTEE00115846 | MADTEE00115850 | WTIL-BR00001903 | |
| MADTEE00115852 | MADTEE00115853 | WTIL-BR00001904 | |
| MADTEE00115855 | MADTEE00115860 | WTIL-BR00001907 | |
| MADTEE00115911 | MADTEE00115932 | WTIL-BR00001908 | |
| MADTEE00115934 | MADTEE00115938 | WTIL-BR00001910 | |
| MADTEE00115940 | MADTEE00115962 | WTIL-BR00001911 | |
| MADTEE00115965 | MADTEE00115969 | WTIL-BR00001913 | |
| MADTEE00115973 | MADTEE00115978 | WTIL-BR00001918 | |
| MADTEE00115986 | MADTEE00116003 | WTIL-BR00001931 | |
| MADTEE00116015 | MADTEE00116019 | WTIL-BR00001932 | |
| MADTEE00116034 | MADTEE00116046 | WTIL-BR00001949 | |
| MADTEE00116048 | MADTEE00116049 | WTIL-BR00001958 | |
| MADTEE00116051 | MADTEE00116055 | WTIL-BR00001959 | |
| MADTEE00116058 | MADTEE00116058 | WTIL-BR00001961 | |
| MADTEE00116061 | MADTEE00116065 | WTIL-BR00001974 | |
| MADTEE00116067 | MADTEE00116069 | WTIL-BR00001984 | |
| MADTEE00116077 | MADTEE00116103 | WTIL-BR00001985 | |
| MADTEE00116107 | MADTEE00116115 | WTIL-BR00001987 | |
| MADTEE00116134 | MADTEE00116150 | WTIL-BR00002001 | |
| MADTEE00116152 | MADTEE00116153 | WTIL-BR00002002 | |
| MADTEE00116155 | MADTEE00116172 | WTIL-BR00002011 | |
| MADTEE00116208 | MADTEE00116212 | WTIL-BR00002012 | |
| MADTEE00116245 | MADTEE00116262 | WTIL-BR00002014 | |
| MADTEE00116309 | MADTEE00116323 | WTIL-BR00002015 | |
| MADTEE00116353 | MADTEE00116353 | WTIL-BR00002020 | |
| MADTEE00116355 | MADTEE00116357 | WTIL-BR00002021 | |
| MADTEE00116424 | MADTEE00116440 | WTIL-BR00002026 | |
| MADTEE00116477 | MADTEE00116479 | WTIL-BR00002031 | |
| MADTEE00349512 | MADTEE00349513 | WTIL-BR00002037 | |
| MADTEE00349550 | MADTEE00349570 | WTIL-BR00002262 | |
| AMF00224319 | AMF00224539 | AMF00225351 | AMF00225401 |
| AMF00225598 | AMF00225780 | AMF00226641 | AMF00226667 |
| AMF00234744 | AMF00234785 | MADTBB01896181 | MADTBB01896187 |
| MADTBB01896287 | MADTBB01896295 | MADTBB01955525 | MADTBB01955534 |
| MADTBB02908415 | MADTBB02909231 | MWPTAP00058810 | MWPTAP00058942 |
| MWPTAP01015116 | MWPTAP01015120 | MWPTAP01015231 | MWPTAP01015235 |
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 |

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | 10-05312_DEF_0000001 | 10-05312_DEF_0000903 |
| 10-05312_KRHCAA0000001 | 10-05312_KRHCAA0000136 | 10-05312_SNB_0000001 | 10-05312_SNB_0000315 |
| 10-05312_TADCAA0000001 | 10-05312_TADCAA0000294 | HAKSAA0000001 | HAKSAA0000220 |
| HAKSAB0000001 | HAKSAB0001591 | HAKSAC0000001 | HAKSAC0001799 |
| HAKSAD0000001 | HAKSAD0000016 | TAVLIN 000001 | TAVLIN 000046 |

Checkbook File (December 2008 data) (native file format)

Great Plains accounting system (native file format)

Cohmad Cash Database (native file format)

Trustee's Initial Disclosures for Adv. No. 10-05312, dated December 17, 2015

[Defendants'] Initial Disclosures for Adv. No. 10-05312, dated December 21, 2015

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [for Adv. No. 10-05312], dated June 21, 2016

Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee and Verification [for Adv. No. 10-05312], dated August 5, 2016

Responses and Objections of Defendant Doron A. Tavlin as Trustee of the Doron Tavlin Trust U/A 2/4/91 to Trustee's First Set of Interrogatories and Verification for Adv. No. 10-05312, dated October 3, 2016

Responses and Objections of Defendant Doron A. Tavlin to Trustee's First Request for Production of Documents for Adv. No. 10-05312, dated October 3, 2016

Responses and Objections of Defendant Doron Tavlin Trust U/A 2/4/91 to Trustee's First Request for Production of Documents for Adv. No. 10-05312, dated October 3, 2016

Responses and Objections of Defendant Doron Tavlin Trust U/A 2/4/91 to Trustee's First Set of Interrogatories and Verification for Adv. No. 10-05312, dated October 3, 2016

Defendants' Second Set of Requests for Production of Documents to the Trustee [for Adv. No. 10-05312], dated March 22, 2017

Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents to the Trustee [for Adv. No. 10-05312], dated April 25, 2017

Transcript of and Exhibits to Deposition of Harvey Krauss [for Adv. No. 10-05312 (SMB)], dated June 12, 2017

Declaration of Defendant Doron A. Tavlin for Adv. No. 10-05312, dated October 4, 2017

Transcript of and Exhibits to Deposition of Doron A. Tavlin for Adv. No. 10-05312 (SMB), dated October 19, 2017

Trustee's Amended Initial Disclosures for Adv. No. 10-05312, dated November 21, 2018

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019