# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Tavlin Account

|  | 102003 | 102603 | 1T0006 | 102601 | 102615 | Tavlin Account[a] 1T0004 |
|---|---|---|---|---|---|---|
| **INFLOWS** | | | | | | |
| Principal Credit | $0 | $0 | $40,000 | $66,959 | $0 | $0 |
| Cash Deposits | 42,000 | 115,000 | 0 | 11,448 | 507,500 | 0 |
| Transfers of Principal (In) | 0 | 0 | 0 | 3,210 | 0 | 225,111[f] |
| Non-cash Principal | 0 | 0 | 0 | 170,210 | 0 | 0 |
| **Principal Available** | **$42,000** | **$115,000** | **$40,000** | **$251,826**[c] | **$507,500** | **$225,111** |
| **OUTFLOWS** | | | | | | |
| Cash Withdrawals | $0 | $0 | ($441) | ($21,448) | ($19,264) | ($2,435,967) |
| Transfers of Principal (Out) | (210) | (6) | (3,832)[b] | (230,379)[d] | (106,449)[e] | (126,601)[g] |
| **Total Outflows** | **($210)** | **($6)** | **($4,273)** | **($251,826)**[c] | **($125,713)** | **($2,562,568)** |
| **Total** | **$41,790** | **$114,994** | **$35,727** | **$0** | **$381,787** | **($2,337,457)** |

[a] BLMIS Accounts 102003, 102603, 102611, 1T0007, 1T0036, 1T0006, 102601, 1T0005, 102617, 102615, 1T0031, 1T0032, and 1T0057 impacted the Principal Balance Calculation for the Tavlin Account. (*See* **Exhibits 4A**-**4N**.)

[b] The $3,832 was transferred from BLMIS Account 1T0006 into other BLMIS accounts; four of those transfers were inter-account transfers of principal as follows: (i) three inter-account transfers in the aggregate amount of $2,993 into BLMIS Account 102601; and (ii) one inter-account transfer in the amount of $559 into the Tavlin Account. (*See* **Exhibits 4F**, **4G**, and **4N**.)

[c] Difference due to rounding.

[d] The $230,379 was transferred from BLMIS Account 102601 into other BLMIS accounts; one of those transfers was an inter-account transfer of principal in the amount of $153,586 into the Tavlin Account. (*See* **Exhibits 4G** and **4N**.)

[e] The $106,449 was transferred from BLMIS Account 102615 into other BLMIS accounts; one of those transfers was an inter-account transfer of principal in the amount of $70,966 into the Tavlin Account. (*See* **Exhibits 4J** and **4N**.)

[f] The Tavlin Account also received ten inter-account transfers from BLMIS Accounts 102617, 1T0005, 1T0032, 1T0031, and 1T0057 in the aggregate amount of $3,167,014, as reflected on the Customer Statements. However, due to the zero or negative principal balance in BLMIS Accounts 102617, 1T0005, 1T0032, 1T0031, and 1T0057 at the time of these inter-account transfers, no principal was credited into the Tavlin Account. (*See* **Exhibits 4H**, **4I**, and **4K**-**4N**.)

[g] The $126,601 of principal was transferred from the Tavlin Account into BLMIS Account 1T0003. (*See* **Exhibit 4N**.)