# Exhibit 4A

BLMIS ACCOUNT NO. 102003 - RYAN TAVLIN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[1] | Withdrawals | Transfers In | Transfers Out[2] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 8/31/1981 | CHECK 7/14 | 9,500 | 9,500 | - | - | - | 9,500 | - | MF00056019 | MF00056019 |
| 2/1/1989 | TRANS FROM HANNAH TAVLIN (1T0006) | 3,779 | - | - | - | - | 9,500 | - | MF00042036 | MF00042036 |
| 6/5/1989 | CHECK | 32,500 | 32,500 | - | - | - | 42,000 | - | MF00045949 | MF00045949 |
| 7/17/1989 | TRANS FROM H TAVLIN 01/30/89 (1T0006) | 90,179 | - | - | - | - | 42,000 | - | MF00047390 | MF00047390 |
| 7/17/1989 | CANCEL 02/01/89 (1T0006) | (3,779) | - | - | - | - | 42,000 | - | MF00047390 | MF00047390 |
| 8/24/1989 | CANCEL TRANS 07/17/89 (1T0006) | (90,179) | - | - | - | - | 42,000 | - | MF00049200 | MF00049200 |
| 3/13/1990 | TRANS TO R ZAID (102601) | (128) | - | - | - | (128) | 41,872 | - | MF00030705 | MF00030705 |
| 11/30/1990 | TRANS TO RACHEL ZAID (102601) | (83) | - | - | - | (83) | 41,790 | - | MF00033825 | MF00033825 |
| | Total: | | $ 42,000 | $ - | $ - | $ (210) | $ 41,790 | $ - | | |

[1] The two cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) one cash deposit was identified with a transaction code of "CA"; and (ii) one cash deposit was identified with a transaction code of "JRNL."

[2] The two inter-account transfers out of BLMIS Account 102003 were reflected on the Customer Statements with a transaction code as follows: (i) one inter-account transfer was identified with a transaction code of "CW"; and (ii) one inter-account transfer was identified with a transaction code of "JRNL."