# Exhibit 4B

Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102603

**BLMIS ACCOUNT NO. 102603 - SHADUL ZAYID**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[1] | Withdrawals | Transfers In | Transfers Out[2] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 6/11/1982 | CHECK | 5,000 | 5,000 | - | - | - | 5,000 | - | MF00148229 | MF00148229 |
| 6/11/1982 | CHECK | 25,000 | 25,000 | - | - | - | 30,000 | - | MF00148229 | MF00148229 |
| 1/9/1985 | CHECK | 85,000 | 85,000 | - | - | - | 115,000 | - | MF00371157 | MF00371157 |
| 9/11/1987 | CHECK | 90,000 | 90,000 | - | - | - | 205,000 | - | MF00061868 | MF00061868 |
| 9/11/1987 | CHECK | 160,000 | 160,000 | - | - | - | 365,000 | - | MF00061868 | MF00061868 |
| 9/29/1987 | CANCEL CHECK 09/11/87 | (90,000) | (90,000) | - | - | - | 275,000 | - | MF00061868 | MF00061868 |
| 9/29/1987 | CANCEL CHECK 09/11/87 | (160,000) | (160,000) | - | - | - | 115,000 | - | MF00061868 | MF00061868 |
| 3/14/1988 | TRANS TO RACHEL ZAID *(102601)* | (6) | - | - | - | (6) | 114,994 | - | MF00537961 | MF00537961 |
| | Total: | $ 115,000 | $ - | $ - | $ (6) | $ 114,994 | $ - | | | |

[1] The three cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) one cash deposit was identified with a transaction code of "CA"; and (ii) two cash deposits were identified with a transaction code of "PAID."

[2] The one inter-account transfer out of BLMIS Account 102603 was reflected on the Customer Statement with a transaction code of "CW."