# Exhibit 4C

**BLMIS ACCOUNT NO. 102611 - REBECCA ZAID**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[2] | Withdrawals[3] | Transfers In[4] | Transfers Out[5] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 12/26/1986 | CHECK 10/24/86 | 250,000 | 250,000 | - | - | - | 250,000 | - | MF00079177 | MF00079177 |
| 3/6/1987 | CHECK | (16,600) | - | (16,600) | - | - | 233,400 | - | MF00059004 | MF00059004 |
| 4/9/1987 | CHECK | 60,000 | 60,000 | - | - | - | 293,400 | - | MF00101807 | MF00101807 |
| 4/9/1987 | CHECK | 90,000 | 90,000 | - | - | - | 383,400 | - | MF00101807 | MF00101807 |
| 6/16/1987 | CHECK | (16,600) | - | (16,600) | - | - | 366,800 | - | MF00103452 | MF00103452 |
| 8/27/1987 | CHECK | (24,000) | - | (24,000) | - | - | 342,800 | - | MF00060334 | MF00060334 |
| 9/29/1987 | CHECK 09/11/87 | 160,000 | 160,000 | - | - | - | 502,800 | - | MF00061876 | MF00061876 |
| 9/29/1987 | CHECK 09/11/87 | 90,000 | 90,000 | - | - | - | 592,800 | - | MF00061876 | MF00061876 |
| 11/27/1987 | CHECK | (30,575) | - | (30,575) | - | - | 562,225 | - | MF00063709 | MF00063709 |
| 3/10/1988 | CHECK | (32,500) | - | (32,500) | - | - | 529,725 | - | MF00537969 | MF00537969 |
| 5/27/1988 | CHECK | (32,500) | - | (32,500) | - | - | 497,225 | - | MF00535925 | MF00535925 |
| 9/21/1988 | TRANS TO A ZAID *(1T0005)* | 147,748 [1] | - | - | - | - | 497,225 | - | MF00531962 | MF00531962 |
| 7/17/1989 | TRANS TO A ZAID 10261330 *(1T0005)* | (3,950) | - | - | - | (3,950) | 493,275 | - | MF00047481 | MF00047481 |
| | Total: | | $ 650,000 | $ (152,775) | $ - | $ (3,950) | $ 493,275 | $ - | | |

[1] Notwithstanding the description on the September 1988 Customer Statement that reads "TRANS TO A ZAID*(1T0005)*" as shown in Column 2, the Customer Statement for BLMIS Account 102611 reflects an inter-account transfer from BLMIS Account 1T0005, not an inter-account transfer into BLMIS Account 1T0005. Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] The five cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[3] The six cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) four cash withdrawals were identified with a transaction code of "CW"; and (ii) two cash withdrawals were identified with a transaction code of "PW."

[4] The one inter-account transfer into BLMIS Account 102611 was reflected on the Customer Statement with a transaction code of "JRNL."

[5] The one inter-account transfer out of BLMIS Account 102611 was reflected on the Customer Statement with a transaction code of "CW."