# Exhibit 4D

BLMIS ACCOUNT NO. 1T0007 (FORMERLY 102025) - RYAN TAVLIN TRUST

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[9] | Withdrawals[10] | Transfers In[11] | Transfers Out[12] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/14/1991 | TRANS FROM R ZAID 2 *(102615)* | 35,483 | - | - | 35,483 | - | 35,483 | - | MF00542339 | MF00542340 |
| 3/14/1991 | TRANS FROM H ZAID *(102617)* | 113,525 [1] | - | - | - | - | 35,483 | - | MF00542339 | MF00542340 |
| 3/14/1991 | TRANS FROM R ZAID *(102601)* | 200,132 [2] | - | - | 76,793 | - | 112,276 | - | MF00542339 | MF00542340 |
| 4/12/1991 | CHECK | (1,126) | - | (1,126) | - | - | 111,150 | - | MF00490366 | MF00490366 |
| 10/23/1992 | CHECK | (1,364) | - | (1,364) | - | - | 109,786 | - | MF00454456 | MF00454456 |
| 12/24/1992 | CHECK | (430) | - | (430) | - | - | 109,357 | - | MF00445905 | MF00445905 |
| 12/24/1992 | CHECK | (1,488) | - | (1,488) | - | - | 107,869 | - | MF00445905 | MF00445905 |
| 3/1/1993 | CHECK | (432) | - | (432) | - | - | 107,436 | - | MF00429054 | MF00429054 |
| 4/7/1993 | CHECK | 431 | 431 | - | - | - | 107,868 | - | MF00424179 | MF00424179 |
| 4/13/1993 | CHECK | (4,107) | - | (4,107) | - | - | 103,761 | - | MF00424179 | MF00424179 |
| 4/13/1993 | CHECK | (1,347) | - | (1,347) | - | - | 102,414 | - | MF00424179 | MF00424179 |
| 6/8/1993 | CHECK | (1,347) | - | (1,347) | - | - | 101,067 | - | MF00407930 | MF00407930 |
| 8/24/1993 | CHECK | (350) | - | (350) | - | - | 100,717 | - | MF00385198 | MF00385198 |
| 9/9/1993 | CHECK | (1,347) | - | (1,347) | - | - | 99,370 | - | MF00378252 | MF00378252 |
| 1/12/1994 | CHECK | (1,347) | - | (1,347) | - | - | 98,023 | - | MF00315910 | MF00315910 |
| 4/25/1994 | CHECK | 5,388 | 5,388 | - | - | - | 103,411 | - | MF00289009 | MF00289009 |
| 8/11/1994 | CHECK | (350) | - | (350) | - | - | 103,061 | - | MF00325205 | MF00325205 |
| 1/12/1995 | CHECK | 171 | 171 | - | - | - | 103,232 | - | MF00276859 | MF00276859 |
| 6/27/1995 | TRANS FROM 1T000530 *(1T0005)* | 1,468 [1] | - | - | - | - | 103,232 | - | MF00178284 | MF00178285 |
| 6/27/1995 | TRANS FROM 1T000630 *(1T0006)* | 280 | - | - | 280 | - | 103,511 | - | MF00178284 | MF00178285 |
| 8/15/1995 | CHECK | (400) | - | (400) | - | - | 103,111 | - | MF00138900 | MF00138900 |
| 1/31/1997 | TRANS TO 1T003330 *(1T0033)* | (72,318) [3] | - | - | - | (15,976) | 87,135 | - | MDPTPP05519971 | MDPTPP05519973 |
| 1/31/1997 | TRANS TO 1T003630 *(1T0036)* | (394,421) [3] | - | - | - | (87,135) | - | - | MDPTPP05519971 | MDPTPP05519973 |
| 1/31/1997 | TRANS FROM 1T003630 *(1T0036)* | 238 [4] | - | - | 200 | - | 200 | - | MDPTPP05520317 | MDPTPP05520319 |
| 2/3/1997 | TRANS FROM 1T003630 *(1T0036)* | 238 | - | - | 238 | - | 438 | - | MDPTPP05519974 | MDPTPP05519975 |
| 3/31/1997 | TRANS TO 1T003630 *(1T0036)* | (70,904) [5] | - | - | - | (438) | - | - | MDPTPP05519976 | MDPTPP05519977 |
| 7/9/1998 | CHECK | (7,009) | - | (7,009) | - | - | (7,009) | - | MDPTPP05520013 | MDPTPP05520014 |
| 4/1/1999 | TRANS TO 1T003630 *(1T0036)* | (248,009) [6] | - | - | - | - | (7,009) | - | MDPTPP05520043 | MDPTPP05520046 |
| 5/14/2001 | CHECK | (73,894) | - | (73,894) | - | - | (80,903) | - | MDPTPP05520151 | MDPTPP05520153 |
| 12/3/2001 | TRANS FROM 1T003630 *(1T0036)* | 185,227 [1] | - | - | - | - | (80,903) | - | MDPTPP05520193 | MDPTPP05520194 |
| 9/3/2003 | CHECK | (6,917) | - | (6,917) | - | - | (87,819) | - | MDPTPP05520276 | MDPTPP05520277 |
| 1/27/2004 | TRANS TO 1T003630 *(1T0036)* | 1,115,807 [7] | - | - | - | - | (87,819) | - | MDPTPP05520293 | MDPTPP05520295 |
| 1/27/2004 | TRANS TO 1T003680 *(1T0036)* | 2,153 [8] | - | - | - | - | (87,819) | - | MDPTPP05520296 | MDPTPP05520296 |

**BLMIS ACCOUNT NO. 1T0007 (FORMERLY 102025) - RYAN TAVLIN TRUST**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[9] | Withdrawals[10] | Transfers In[11] | Transfers Out[12] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/30/2004 | TRANS TO 1T003630 *(1T0036)* | (56) [6] | - | - | - | - | (87,819) | - | MDPTPP05520293 | MDPTPP05520295 |
| 8/30/2004 | TRANS TO 1T003630 *(1T0036)* | (379) [6] | - | - | - | - | (87,819) | - | MDPTPP05520309 | MDPTPP05520310 |
| | | Total: | $ 5,991 | $ (103,254) | $ 112,993 | $ (103,549) | $ (87,819) | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] On March 14, 1991, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102601 into BLMIS Account 1T0007 and the Tavlin Account in the amounts of $200,132 and $400,263, respectively. As of that date, BLMIS Account 102601 had only $230,379 of principal available that could be transferred. Pursuant to correspondence in the customer file for BLMIS Account 102601, I divided the $230,379 of principal as follows: (i) 1/3 into BLMIS Account 1T0007; and (ii) 2/3 into the Tavlin Account. Applying that methodology, BLMIS Account 1T0007 was credited with $76,793 of principal (equal to 1/3 of $230,379) and the Tavlin Account was credited with $153,586 of principal (equal to 2/3 of $230,379). The remaining balance of these reported inter-account transfers constituted fictitious profits. (*See* AMF00234766.)

[3] On January 31, 1997, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 1T0007 into BLMIS Accounts 1T0033 and 1T0036 in the amounts of $72,318 and $394,421, respectively. As of that date, BLMIS Account 1T0007 had only $103,111 of principal available that could be transferred. Based on the pro rata distribution of the amounts as reported on the Customer Statements, I divided the $103,111 of principal as follows: (i) 15.4944% into BLMIS Account 1T0033; and (ii) 84.5056% into BLMIS Account 1T0036. Applying that methodology, BLMIS Account 1T0033 was credited with $15,976 of principal (equal to 15.4944% of $103,111) and BLMIS Account 1T0036 was credited with $87,135 of principal (equal to 84.5056% of $103,111). The remaining balance of these reported inter-account transfers constituted fictitious profits.

[4] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[5] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[6] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[7] Notwithstanding the description on the January 2004 Customer Statement that reads "TRANS TO 1T003630*(1T0036)*" as shown in Column 2, the Customer Statement for BLMIS Account 1T0007 reflects an inter-account transfer from BLMIS Account 1T0036, not an inter-account transfer into BLMIS Account 1T0036. Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[8] Notwithstanding the description on the January 2004 Customer Statement that reads "TRANS TO 1T003680*(1T0036)*" as shown in Column 2, the Customer Statement for BLMIS Account 1T0007 reflects an inter-account transfer from BLMIS Account 1T0036, not an inter-account transfer into BLMIS Account 1T0036. Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[9] The three cash deposits were reflected on the Customer Statements with a transaction code of "CA."

[10] The 16 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[11] The ten inter-account transfers into BLMIS Account 1T0007 were reflected on the Customer Statements with a transaction code of "JRNL."

[12] The six inter-account transfers out of BLMIS Account 1T0007 were reflected on the Customer Statements with a transaction code of "JRNL."