# Exhibit 4E

**Exhibit 4E – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0036**  Pg 2 of 3

**BLMIS ACCOUNT NO. 1T0036 - RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[7] | Withdrawals[8] | Transfers In[9] | Transfers Out[10] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 12/9/1996 | CHECK | 200 | 200 | - | - | - | 200 | - | MDPTPP05538694 | MDPTPP05538694 |
| 1/31/1997 | TRANS TO 1T000730 (*1T0007*) | (238) [1] | - | - | - | (200) | - | - | MDPTPP05539274 | MDPTPP05539277 |
| 1/31/1997 | TRANS FROM 1T000730 (*1T0007*) | 394,421 [2] | - | - | 87,135 | - | 87,135 | - | MDPTPP05538695 | MDPTPP05538697 |
| 2/3/1997 | TRANS TO 1T000730 (*1T0007*) | (238) | - | - | - | (238) | 86,897 | - | MDPTPP05538701 | MDPTPP05538703 |
| 2/26/1997 | CHECK | (7,584) | - | (7,584) | - | - | 79,313 | - | MDPTPP05538701 | MDPTPP05538703 |
| 3/31/1997 | TRANS FROM 1T000730 (*1T0007*) | 70,904 [3] | - | - | 438 | - | 79,750 | - | MDPTPP05538707 | MDPTPP05538710 |
| 9/24/1997 | TRANS TO 1T003330 (*1T0033*) | (32) | - | - | - | (32) | 79,718 | - | MDPTPP05538739 | MDPTPP05538741 |
| 1/23/1998 | CHECK | (7,251) | - | (7,251) | - | - | 72,467 | - | MDPTPP05538754 | MDPTPP05538755 |
| 5/28/1998 | CHECK | (1,740) | - | (1,740) | - | - | 70,727 | - | MDPTPP05538766 | MDPTPP05538768 |
| 7/9/1998 | CHECK | (15,000) | - | (15,000) | - | - | 55,727 | - | MDPTPP05538777 | MDPTPP05538778 |
| 1/26/1999 | CHECK | (7,287) | - | (7,287) | - | - | 48,440 | - | MDPTPP05538809 | MDPTPP05538809 |
| 4/1/1999 | TRANS FROM 1T000730 ADJ (*1T0007*) | 248,009 [4] | - | - | - | - | 48,440 | - | MDPTPP05538819 | MDPTPP05538822 |
| 5/7/1999 | TRANS TO 1T003130 (*1T0031*) | (50,000) [1] | - | - | - | (48,440) | - | - | MDPTPP05538823 | MDPTPP05538825 |
| 2/15/2000 | CHECK | (7,458) | - | (7,458) | - | - | (7,458) | - | MDPTPP05538864 | MDPTPP05538866 |
| 2/16/2001 | CHECK | (7,636) | - | (7,636) | - | - | (15,094) | - | MDPTPP05538918 | MDPTPP05538919 |
| 3/19/2001 | CHECK | (100,000) | - | (100,000) | - | - | (115,094) | - | MDPTPP05538920 | MDPTPP05538922 |
| 12/3/2001 | TRANS TO 1T000770 (*1T0007*) | (185,227) [5] | - | - | - | - | (115,094) | - | MDPTPP05538967 | MDPTPP05538970 |
| 3/28/2002 | CHECK | (7,352) | - | (7,352) | - | - | (122,446) | - | MDPTPP05538978 | MDPTPP05538980 |
| 3/28/2002 | CANCEL CHECK | 7,352 | - | 7,352 | - | - | (115,094) | - | MDPTPP05538978 | MDPTPP05538980 |
| 3/28/2002 | CHECK | (7,352) | - | (7,352) | - | - | (122,446) | - | MDPTPP05538978 | MDPTPP05538980 |
| 8/2/2002 | CHECK | (100,000) | - | (100,000) | - | - | (222,446) | - | MDPTPP05538997 | MDPTPP05538999 |
| 2/11/2003 | CHECK | (8,052) | - | (8,052) | - | - | (230,498) | - | MDPTPP05539024 | MDPTPP05539026 |
| 4/7/2003 | CHECK | (7,417) | - | (7,417) | - | - | (237,915) | - | MDPTPP05539030 | MDPTPP05539031 |
| 4/9/2003 | CHECK | (100,000) | - | (100,000) | - | - | (337,915) | - | MDPTPP05539030 | MDPTPP05539031 |
| 1/27/2004 | TRANS TO 1T000780 (*1T0007*) | (2,153) [5] | - | - | - | - | (337,915) | - | MDPTPP05539063 | MDPTPP05539065 |
| 1/27/2004 | TRANS FROM 1T000780 | (2,153) | - | - | - | - | (337,915) | - | MDPTPP05539066 | MDPTPP05539066 |
| 1/27/2004 | TRANS FROM 1T000730 (*1T0007*) | (1,115,807) [6] | - | - | - | - | (337,915) | - | MDPTPP05539063 | MDPTPP05539065 |
| 1/27/2004 | CANCEL | 2,153 | - | - | - | - | (337,915) | - | MDPTPP05539066 | MDPTPP05539066 |
| 1/30/2004 | TRANS FROM 1T000730 (*1T0007*) | 56 [4] | - | - | - | - | (337,915) | - | MDPTPP05539063 | MDPTPP05539065 |
| 3/12/2004 | CHECK | (16,109) | - | (16,109) | - | - | (354,024) | - | MDPTPP05539070 | MDPTPP05539072 |
| 8/30/2004 | TRANS FROM 1T000730 (*1T0007*) | 379 [4] | - | - | - | - | (354,024) | - | MDPTPP05539092 | MDPTPP05539092 |
| 9/2/2004 | CHECK | (500,000) | - | (500,000) | - | - | (854,024) | - | MDPTPP05539095 | MDPTPP05539097 |
| 12/22/2004 | CHECK | (95,000) | - | (95,000) | - | - | (949,024) | - | MDPTPP05539109 | MDPTPP05539111 |
| 1/21/2005 | CHECK | (16,702) | - | (16,702) | - | - | (965,725) | - | MDPTPP05539114 | MDPTPP05539116 |
| 2/3/2005 | CHECK | (15,966) | - | (15,966) | - | - | (981,691) | - | MDPTPP05539118 | MDPTPP05539119 |
| 2/3/2005 | CHECK | (500) | - | (500) | - | - | (982,191) | - | MDPTPP05539118 | MDPTPP05539119 |
| 2/7/2005 | CXL CHECK 2/3/05 | 15,966 | - | 15,966 | - | - | (966,225) | - | MDPTPP05539118 | MDPTPP05539119 |
| 2/8/2005 | CHECK | (25,650) | - | (25,650) | - | - | (991,875) | - | MDPTPP05539118 | MDPTPP05539119 |
| 3/24/2005 | CHECK | (3,838) | - | (3,838) | - | - | (995,713) | - | MDPTPP05539120 | MDPTPP05539122 |
| 5/10/2005 | STOP PAYMENT | 3,838 | - | 3,838 | - | - | (991,875) | - | MDPTPP05539125 | MDPTPP05539125 |
| 5/11/2005 | CHECK | (3,869) | - | (3,869) | - | - | (995,744) | - | MDPTPP05539125 | MDPTPP05539126 |
| 1/13/2006 | CHECK | (22,148) | - | (22,148) | - | - | (1,017,891) | - | MDPTPP05539148 | MDPTPP05539149 |
| 2/24/2006 | CHECK | (300,000) | - | (300,000) | - | - | (1,317,891) | - | MDPTPP05539150 | MDPTPP05539151 |
| 5/16/2006 | CHECK | (21,235) | - | (21,235) | - | - | (1,339,126) | - | MDPTPP05539163 | MDPTPP05539164 |
| 11/3/2006 | CHECK | (700,000) | - | (700,000) | - | - | (2,039,126) | - | MDPTPP05539189 | MDPTPP05539190 |
| 12/18/2006 | CHECK | (19,933) | - | (19,933) | - | - | (2,059,059) | (19,933) | MDPTPP05539193 | MDPTPP05539195 |
| 4/17/2007 | CHECK | (17,170) | - | (17,170) | - | - | (2,076,228) | (17,170) | MDPTPP05539207 | MDPTPP05539208 |
| 5/9/2007 | CHECK | (17,190) | - | (17,190) | - | - | (2,093,418) | (17,190) | MDPTPP05539209 | MDPTPP05539210 |
| 1/24/2008 | CHECK | (17,036) | - | (17,036) | - | - | (2,110,454) | (17,036) | MDPTPP05539232 | MDPTPP05539233 |
| 5/13/2008 | CHECK | (13,936) | - | (13,936) | - | - | (2,124,391) | (13,936) | MDPTPP05539242 | MDPTPP05539243 |

**Exhibit 4E – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0036  Pg 3 of 3**

**BLMIS ACCOUNT NO. 1T0036 - RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **2-Year** | | |
| | **Transaction Description** | **Amount** | | | | | | **Amount Withdrawn** | **BLMIS SOURCE DOCUMENT:** | |
| | **as Reported on** | **as Reported on** | | | | | | **in Excess of Principal** | | |
| **Date** | **Customer Statement** | **Customer Statement** | **Deposits[7]** | **Withdrawals[8]** | **Transfers In[9]** | **Transfers Out[10]** | **Balance** | | **Beg Bates** | **End Bates** |
| 9/23/2008 | CHECK | (14,080) | - | (14,080) | - | - | (2,138,470) | (14,080) | MDPTPP05539258 | MDPTPP05539259 |
| | | **Total:** | **$   200** | **$ (2,177,333)** | **$   87,572** | **$  (48,910)** | **$ (2,138,470)** | **$   (99,344)** | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred.  Accordingly, only the principal remaining in the account was transferred out of the account on this date.

[2] On January 31, 1997, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 1T0007 into BLMIS Accounts 1T0033 and 1T0036 in the amounts of $72,318 and $394,421, respectively.  As of that date, BLMIS Account 1T0007 had only $103,111 of principal available that could be transferred.  Based on the pro rata distribution of the amounts as reported on the Customer Statements, I divided the $103,111 of principal as follows: (i) 15.4944% into BLMIS Account 1T0033; and (ii) 84.5056% into BLMIS Account 1T0036.  Applying that methodology, BLMIS Account 1T0033 was credited with $15,976 of principal (equal to 15.4944% of $103,111) and BLMIS Account 1T0036 was credited with $87,135 of principal (equal to 84.5056% of $103,111).  The remaining balance of these reported inter-account transfers constituted fictitious profits.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred.  Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[4] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date.  Accordingly, the account balance has remained unchanged.

[5] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.

[6] Notwithstanding the description on the January 2004 Customer Statement that reads "TRANS FROM 1T000730(*1T0007*)" as shown in Column 2, the Customer Statement for BLMIS Account 1T0036 reflects an inter-account transfer into BLMIS Account 1T0007, not an inter-account transfer from BLMIS Account 1T0007.  Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.

[7] The one cash deposit was reflected on the Customer Statement with a transaction code of "JRNL."

[8] The 30 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[9] The five inter-account transfers into BLMIS Account 1T0036 were reflected on the Customer Statements with a transaction code of "JRNL."

[10] The seven inter-account transfers out of BLMIS Account 1T0036 were reflected on the Customer Statements with a transaction code as follows: (i) one inter-account transfer was identified with a transaction code of "CW"; and (ii) six inter-account transfers were identified with a transaction code of "JRNL."