# Exhibit 4F

**BLMIS ACCOUNT NO. 1T0006 (FORMERLY 102002) - HANNA TAVLIN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals[2] | Transfers In | Transfers Out[3] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 40,000 [1] | 40,000 | - | - | - | 40,000 | - | MF00095824 | MF00095824 |
| 5/14/1981 | CHECK | (123) | - | (123) | - | - | 39,877 | - | MF00096885 | MF00096885 |
| 7/16/1982 | CHECK | (154) | - | (154) | - | - | 39,723 | - | MF00148753 | MF00148753 |
| 11/8/1982 | CHECK | (164) | - | (164) | - | - | 39,559 | - | MF00362396 | MF00362396 |
| 8/8/1985 | TRANS TO R ZAID *(102601)* | (2,077) | - | - | - | (2,077) | 37,482 | - | MF00158700 | MF00158700 |
| 2/1/1989 | TRANS TO RYAN TAVLIN *(102003)* | (3,779) | - | - | - | - | 37,482 | - | MF00042035 | MF00042035 |
| 7/17/1989 | TRANS TO R TAVLIN 01/30/89 *(102003)* | (90,179) | - | - | - | - | 37,482 | - | MF00047389 | MF00047389 |
| 7/17/1989 | CANCEL 02/01/89 *(102003)* | 3,779 | - | - | - | - | 37,482 | - | MF00047389 | MF00047389 |
| 8/24/1989 | CANCEL TRANS 07/17/89 *(102003)* | 90,179 | - | - | - | - | 37,482 | - | MF00049199 | MF00049199 |
| 3/13/1990 | TRANS TO R ZAID *(102601)* | (858) | - | - | - | (858) | 36,624 | - | MF00030704 | MF00030704 |
| 11/30/1990 | TRANS TO RACHEL ZAID *(102601)* | (58) | - | - | - | (58) | 36,566 | - | MF00033824 | MF00033824 |
| 6/27/1995 | TRANS TO RON TAVLIN *(1T0004)* | (559) | - | - | - | (559) | 36,006 | - | MF00178283 | MF00178283 |
| 6/27/1995 | TRANS TO RYAN TAVLIN *(1T0007)* | (280) | - | - | - | (280) | 35,727 | - | MF00178283 | MF00178283 |
| | Total: | | $ 40,000 | $ (441) | $ - | $ (3,832) | $ 35,727 | $ - | | |

[1] Exhibit 4F sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See* Exhibit 5 for a copy of the March 1981 Customer Statement for BLMIS Account 1T0006 which demonstrates the amount granted as the principal credit as of April 1, 1981 for BLMIS Account 1T0006. BLMIS Account 1T0006 was known as BLMIS Account 10200715 at this time. The amount of principal credit granted to BLMIS Account 1T0006 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for BLMIS Account 1T0006, the calculation is as follows: [$5.50] + [$39,994.50] - [$0] = [$40,000.00].

[2] The three cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) two cash withdrawals were identified with a transaction code of "CW"; and (ii) one cash withdrawal was identified with a transaction code of "PYMT."

[3] The five inter-account transfers out of BLMIS Account 1T0006 were reflected on the Customer Statements with a transaction code as follows: (i) two inter-account transfers were identified with a transaction code of "CW"; and (ii) three inter-account transfers were identified with a transaction code of "JRNL."