# Exhibit 4G

Exhibit 4G – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102601

**BLMIS ACCOUNT NO. 102601 - RACHAL ZAID**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 66,959 [1] | 66,959 | - | - | - | 66,959 | - | MF00095823 | MF00095823 |
| 5/15/1981 | INT US TREAS 8 5/15/82 | 6,080 [2] | 6,080 | - | - | - | 73,039 | - | MF00096884 | MF00096884 |
| 11/4/1981 | INT UST 8-82 | 6,080 [2] | 6,080 | - | - | - | 79,119 | - | MF00080156 | MF00080156 |
| 5/3/1982 | INT UST 8-82 | 6,080 [2] | 6,080 | - | - | - | 85,199 | - | MF00147643 | MF00147643 |
| 5/17/1982 | REDEEMED UST 8-82 | 151,970 [2] | 151,970 | - | - | - | 237,169 | - | MF00147643 | MF00147643 |
| 5/17/1982 | UNITED STATES TREAS NTS DTD 05/15/1975 8.000 5/15/1982 | - [2] | - | - | - | - | 237,169 | - | MF00147643 | MF00147643 |
| 6/17/1982 | UNITED STATES TREAS NTS DTD 05/15/1975 8.000 5/15/1982 REDEEMED | - [2] | - | - | - | - | 237,169 | - | MF00148193 | MF00148193 |
| 10/12/1982 | CHECK | (11,448) | - | (11,448) | - | - | 225,721 | - | MF00361831 | MF00361831 |
| 11/15/1982 | CHECK | 11,448 | 11,448 | - | - | - | 237,169 | - | MF00362395 | MF00362395 |
| 7/17/1984 | CHECK | (10,000) | - | (10,000) | - | - | 227,169 | - | MF00151039 | MF00151039 |
| 8/8/1985 | TRANS FROM H TAVLIN *(1T0006)* | 2,077 | - | - | 2,077 | - | 229,246 | - | MF00158734 | MF00158734 |
| 10/24/1986 | CHECK | 250,000 | 250,000 | - | - | - | 479,246 | - | MF00077673 | MF00077673 |
| 12/26/1986 | CHECK 10/24/86 | (250,000) | (250,000) | - | - | - | 229,246 | - | MF00079166 | MF00079166 |
| 3/14/1988 | TRANS FROM SHAOUL ZAID *(102603)* | 6 | - | - | 6 | - | 229,252 | - | MF00537959 | MF00537959 |
| 3/13/1990 | TRANS FROM H TAVLIN *(102003)* | 128 | - | - | 128 | - | 229,380 | - | MF00030800 | MF00030800 |
| 3/13/1990 | TRANS FROM H TAVLIN *(1T0006)* | 858 | - | - | 858 | - | 230,238 | - | MF00030800 | MF00030800 |
| 11/30/1990 | TRANS FROM HANNA TAVLIN *(1T0006)* | 58 | - | - | 58 | - | 230,296 | - | MF00033935 | MF00033935 |
| 11/30/1990 | TRANS FROM RYAN TAVLIN *(102003)* | 83 | - | - | 83 | - | 230,379 | - | MF00033935 | MF00033935 |
| 3/14/1991 | TRANS TO R TAVLIN TST *(1T0007)* | (200,132) [3] | - | - | - | (76,793) | 153,586 | - | MF00542431 | MF0542431 |
| 3/14/1991 | TRANS TO D TAVLIN TST *(1T0004)* | (400,263) [3] | - | - | - | (153,586) | - | - | MF00542431 | MF00542431 |
| | Total: | | $ 248,616 | $ (21,448) | $ 3,210 | $ (230,379) | $ - | $ - | | |

[1] Exhibit 4G sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable.  Although records of BLMIS Customer Statements exist back to November 1978, the below cash flow analysis provides the account holder(s) with a presumption that the cash and historical cost of the securities reportedly held in the account(s) as of March 31, 1981 were principal and did not include any fictitious profits. *See*  Exhibit 6 for a copy of the March 1981 Customer Statement for BLMIS Account 102601 which demonstrates the amount granted as the principal credit as of April 1, 1981 for BLMIS Account 102601.  BLMIS Account 102601 was known as BLMIS Account 10200616 at this time.  The amount of principal credit granted to BLMIS Account 102601 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions].  Based on the March 1981 Customer Statement for BLMIS Account 102601, the calculation is as follows: [$8,412.90] + [$58,545.79] - [$0] = [$66,958.69].

[2] These amounts represent the liquidation value and/or any corresponding reported earnings for the non-cash deposits, as reflected on the Customer Statements for BLMIS Account 102601.  *See* Principal Balance Calculation Report, ¶17, n. 5 for an explanation of the non-cash deposits; *see also* my expert report, titled Principal Balance Calculation as Applied to the Tavlin Defendants, dated July 1, 2019 ("the Tavlin Expert Report"), Sections II. A. and III.G.; MF0087826 and MF0089031.)

[3] On March 14, 1991, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102601 into BLMIS Account 1T0007 and the Tavlin Account in the amounts of $200,132 and $400,263, respectively.  As of that date, BLMIS Account 102601 had only $230,379 of principal available that could be transferred.  Pursuant to correspondence in the customer file for BLMIS Account 102601, I divided the $230,379 of principal as follows: (i) 1/3 into BLMIS Account 1T0007; and (ii) 2/3 into the Tavlin Account.  Applying that methodology, BLMIS Account 1T0007 was credited with $76,793 of principal (equal to 1/3 of $230,379) and the Tavlin Account was credited with $153,586 of principal (equal to 2/3 of $230,379).  The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See*  AMF00234766.)

[4] The one cash deposit was reflected on the Customer Statement with a transaction code of "CA."

[5] The two cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[6] The six inter-account transfers into BLMIS Account 102601 were reflected on the Customer Statements with a transaction code as follows: (i) four inter-account transfers were identified with a transaction code of "CA"; and (ii) two inter-account transfers were identified with a transaction code of "JRNL."

[7] The two inter-account transfers out of BLMIS Account 102601 were reflected on the Customer Statement with a transaction code of "CW."