# Exhibit 4H

Exhibit 4H – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0005

BLMIS ACCOUNT NO. 1T0005 (FORMERLY 102613) - AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals[3] | Transfers In[4] | Transfers Out[5] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 9/5/1988 | CHECK | (32,500) | - | (32,500) | - | - | (32,500) | - | MF00531964 | MF00531964 |
| 9/21/1988 | TRANS FROM REBECCA ZAID (102611) | (147,748) [1] | - | - | - | - | (32,500) | - | MF00531964 | MF00531964 |
| 12/1/1988 | CHECK | (32,500) | - | (32,500) | - | - | (65,000) | - | MF00530876 | MF00530876 |
| 2/22/1989 | CHECK | (10,000) | - | (10,000) | - | - | (75,000) | - | MF00042122 | MF00042122 |
| 3/1/1989 | CHECK | (22,500) | - | (22,500) | - | - | (97,500) | - | MF00043392 | MF00043392 |
| 6/1/1989 | CHECK | (32,500) | - | (32,500) | - | - | (130,000) | - | MF00046044 | MF00046044 |
| 7/17/1989 | TRANS FROM 10261130 (102611) | 3,950 | - | - | 3,950 | - | (126,050) | - | MF00047484 | MF00047485 |
| 9/1/1989 | CHECK | (32,500) | - | (32,500) | - | - | (158,550) | - | MF00050543 | MF00050543 |
| 10/3/1989 | CHECK DIV GENERAL MOTORS CORP | (1,433) | - | (1,433) | - | - | (159,983) | - | MF00051092 | MF00051092 |
| 2/28/1990 | CANCEL CHECK 09/01/89 | 32,500 | - | 32,500 | - | - | (127,483) | - | MF00024212 | MF00024212 |
| 2/28/1990 | CANCEL CHECK 10/03/89 | 1,433 | - | 1,433 | - | - | (126,050) | - | MF00024211 | MF00024211 |
| 3/1/1991 | TRANS TO H ZAID A/O 12/4/90 (102617) | (3,741) [2] | - | - | - | - | (126,050) | - | MF00542441 | MF00542441 |
| 6/27/1995 | TRANS TO RYAN TAVLIN (1T0007) | (1,468) [2] | - | - | - | - | (126,050) | - | MF00178282 | MF00178282 |
| 6/27/1995 | TRANS TO RON TAVLIN (1T0004) | (2,936) [2] | - | - | - | - | (126,050) | - | MF00178282 | MF00178282 |
| | Total: | | $ - | $ (130,000) | $ 3,950 | $ - | $ (126,050) | $ - | | |

[1] Notwithstanding the description on the September 1988 Customer Statement that reads "TRANS FROM REBECCA ZAID (102611)" as shown in Column 2, the Customer Statement for BLMIS Account 1T0005 reflects an inter-account transfer into BLMIS Account 102611, not an inter-account transfer from BLMIS Account 102611. Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] The five cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) four cash withdrawals were identified with a transaction code of "CW"; and (ii) one cash withdrawal was identified with a transaction code of "PW."

[4] The one inter-account transfer into BLMIS Account 1T0005 was reflected on the Customer Statement with a transaction code of "CA."

[5] The four inter-account transfers out of BLMIS Account 1T0005 were reflected on the Customer Statements with a transaction code as follows: (i) two inter-account transfers were identified with a transaction code of "CW"; and (ii) two inter-account transfers were identified with a transaction code of "JRNL."