# Exhibit 4I

**Exhibit 4I – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102617** Pg 2 of 2

**BLMIS ACCOUNT NO. 102617 - HAYA ZAID I/T/F DORAN TAVLIN AND/OR RYAN TAVLIN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In[3] | Transfers Out[4] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/1/1991 | TRANS FROM A ZAID A/O 12/4/90 *(1T0005)* | 3,741 [1] | - | - | - | - | - | - | MF00542444 | MF00542444 |
| 3/14/1991 | TRANS TO R TAVLIN TST *(1T0007)* | (113,525) [2] | - | - | - | - | - | - | MF00542444 | MF00542444 |
| 3/14/1991 | TRANS TO D TAVLIN TST *(1T0004)* | (227,051) [2] | - | - | - | - | - | - | MF00542444 | MF00542444 |
| | **Total:** | | $ - | $ - | $ - | $ - | $ - | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date.  Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.

[3] The one inter-account transfer into BLMIS Account 102617 was reflected on the Customer Statement with a transaction code of "CA."

[4] The two inter-account transfers out of BLMIS Account 102617 were reflected on the Customer Statement with a transaction code of "CW."