# Exhibit 4J

Exhibit 4J – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 102615

BLMIS ACCOUNT NO. 102615 - RACHEL ZAID #2

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[1] | Withdrawals[2] | Transfers In | Transfers Out[3] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/19/1989 | CHECK A/O 1/04/89 | 109,000 | 109,000 | - | - | - | 109,000 | - | MF00040338 | MF00040338 |
| 1/19/1989 | CHECK A/O 1/04/89 | 77,000 | 77,000 | - | - | - | 186,000 | - | MF00040338 | MF00040338 |
| 1/19/1989 | CHECK A/O 1/04/89 | 164,000 | 164,000 | - | - | - | 350,000 | - | MF00040338 | MF00040338 |
| 3/16/1989 | CANADIAN W/H TAX ALCAN 3/16/89 | (252) | - | (252) | - | - | 349,748 | - | MF00043394 | MF00043394 |
| 4/6/1989 | CHECK | (17,500) | - | (17,500) | - | - | 332,248 | - | MF00044611 | MF00044612 |
| 6/19/1989 | CANADIAN W/H TAX - ALCOA | (252) | - | (252) | - | - | 331,996 | - | MF00046046 | MF00046046 |
| 7/6/1989 | CHECK | 57,500 | 57,500 | - | - | - | 389,496 | - | MF00047487 | MF00047487 |
| 9/12/1989 | W/H TAX FOREIGN SEC. AL | (252) | - | (252) | - | - | 389,244 | - | MF00050545 | MF00050545 |
| 12/27/1989 | W/H TAX FOREIGN SEC. AL | (252) | - | (252) | - | - | 388,992 | - | MF00053918 | MF00053918 |
| 1/2/1990 | CHECK | (17,500) | - | (17,500) | - | - | 371,492 | - | MF00022920 | MF00022920 |
| 1/12/1990 | CXL CHECK 01/02/90 | 17,500 | - | 17,500 | - | - | 388,992 | - | MF00022920 | MF00022920 |
| 3/12/1990 | W/H TAX FOREIGN SEC. AL | (252) | - | (252) | - | - | 388,740 | - | MF00030813 | MF00030813 |
| 6/14/1990 | W/H TAX FOREIGN SEC. AL | (252) | - | (252) | - | - | 388,488 | - | MF00039853 | MF00039853 |
| 9/7/1990 | CHECK | 100,000 | 100,000 | - | - | - | 488,488 | - | MF00027579 | MF00027579 |
| 9/14/1990 | W/H TAX FOREIGN SEC. AL | (252) | - | (252) | - | - | 488,236 | - | MF00027579 | MF00027579 |
| 3/14/1991 | TRANS TO R TAVLIN TST *(1T0007)* | (35,483) | - | - | - | (35,483) | 452,753 | - | MF0542443 | MF0542443 |
| 3/14/1991 | TRANS TO D TAVLIN TST *(1T0004)* | (70,966) | - | - | - | (70,966) | 381,787 | - | MF00542443 | MF00542443 |
| | Total: | | $ 507,500 | $ (19,264) | $ - | $ (106,449) | $ 381,787 | $ - | | |

[1] The five cash deposits were reflected on the Customer Statements with a transaction code as follows: (i) two cash deposits were identified with a transaction code of "CA"; and (ii) three cash deposits were identified with a transaction code of "JRNL."

[2] The eight cash withdrawals were reflected on the Customer Statements with a transaction code as follows: (i) one cash withdrawal was identified with a transaction code of "CW"; and (ii) seven cash withdrawals were identified with a transaction code of "JRNL."

[3] The two inter-account transfers out of BLMIS Account 102615 were reflected on the Customer Statement with a transaction code of "CW."