# Exhibit 4K

**BLMIS ACCOUNT NO. 1T0031 - DORON A TAVLIN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits[4] | Withdrawals[5] | Transfers In[6] | Transfers Out[7] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/23/1996 | TRANS FROM 1T000430 (1T0004) | 125,000 [1] | - | - | - | - | - | - | MDPTPP05535194 | MDPTPP05535194 |
| 1/24/1996 | CHECK | (50,000) | - | (50,000) | - | - | (50,000) | - | MDPTPP05535194 | MDPTPP05535194 |
| 7/2/1996 | CHECK | (25,000) | - | (25,000) | - | - | (75,000) | - | MDPTPP05535205 | MDPTPP05535206 |
| 7/2/1996 | TRANS FROM 1T000430 (1T0004) | 25,000 [1] | - | - | - | - | (75,000) | - | MDPTPP05535205 | MDPTPP05535206 |
| 7/25/1996 | CHECK | (100,000) | - | (100,000) | - | - | (175,000) | - | MDPTPP05535205 | MDPTPP05535206 |
| 1/6/1997 | TRANS FR 1T000430 D TAVLIN TST (1T0004) | 150,000 [1] | - | - | - | - | (175,000) | - | MDPTPP05535217 | MDPTPP05535217 |
| 1/9/1997 | CHECK | (100,000) | - | (100,000) | - | - | (275,000) | - | MDPTPP05535217 | MDPTPP05535217 |
| 10/28/1997 | TRANS FROM 1T000430 (1T0004) | 100,000 [1] | - | - | - | - | (275,000) | - | MDPTPP05535234 | MDPTPP05535235 |
| 10/31/1997 | CHECK | (100,000) | - | (100,000) | - | - | (375,000) | - | MDPTPP05535234 | MDPTPP05535235 |
| 5/7/1999 | CHECK | (50,000) | - | (50,000) | - | - | (425,000) | - | MDPTPP05535292 | MDPTPP05535293 |
| 5/7/1999 | CHECK | (200,000) | - | (200,000) | - | - | (625,000) | - | MDPTPP05535292 | MDPTPP05535293 |
| 5/7/1999 | TRANS FROM 1T000430 (1T0004) | 200,000 [1] | - | - | - | - | (625,000) | - | MDPTPP05535292 | MDPTPP05535293 |
| 5/7/1999 | TRANS FROM 1T003630 (1T0036) | 50,000 [2] | - | - | 48,440 | - | (576,560) | - | MDPTPP05535292 | MDPTPP05535293 |
| 6/23/1999 | CHECK | (100,000) | - | (100,000) | - | - | (676,560) | - | MDPTPP05535294 | MDPTPP05535295 |
| 11/29/1999 | CHECK | (100,000) | - | (100,000) | - | - | (776,560) | - | MDPTPP05535312 | MDPTPP05535313 |
| 4/10/2000 | CHECK | (500,000) | - | (500,000) | - | - | (1,276,560) | - | MDPTPP05535332 | MDPTPP05535333 |
| 10/20/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,476,560) | - | MDPTPP05535354 | MDPTPP05535355 |
| 11/24/2000 | CHECK | 250,000 | 250,000 | - | - | - | (1,226,560) | - | MDPTPP05535358 | MDPTPP05535359 |
| 11/24/2000 | CHECK RETURNED | 200,000 | - | 200,000 | - | - | (1,026,560) | - | MDPTPP05535358 | MDPTPP05535359 |
| 3/19/2001 | CHECK | (50,000) | - | (50,000) | - | - | (1,076,560) | - | MDPTPP05535372 | MDPTPP05535373 |
| 10/9/2001 | CHECK | (100,000) | - | (100,000) | - | - | (1,176,560) | - | MDPTPP05535388 | MDPTPP05535389 |
| 3/12/2002 | CHECK | (100,000) | - | (100,000) | - | - | (1,276,560) | - | MDPTPP05535398 | MDPTPP05535400 |
| 8/2/2002 | CHECK | (200,000) | - | (200,000) | - | - | (1,476,560) | - | MDPTPP05535409 | MDPTPP05535410 |
| 9/29/2003 | TRANS TO 1T000430 (1T0004) | (766,447) [3] | - | - | - | - | (1,476,560) | - | MDPTPP05535445 | MDPTPP05535447 |
| 9/29/2003 | TRANS TO 1T000480 (1T0004) | (975) [3] | - | - | - | - | (1,476,560) | - | MDPTPP05535445 | MDPTPP05535447 |
| 10/1/2003 | TRANS FROM 1T000430 (1T0004) | 15,200 [1] | - | - | - | - | (1,476,560) | - | MDPTPP05535450 | MDPTPP05535451 |
| 11/28/2003 | TRANS TO 1T000470 (1T0004) | (1,268,300) [3] | - | - | - | - | (1,476,560) | - | MDPTPP05535457 | MDPTPP05535458 |
| 11/28/2003 | TRANS FROM 1T000430 (1T0004) | 4,806,672 [1] | - | - | - | - | (1,476,560) | - | MDPTPP05535454 | MDPTPP05535456 |
| 12/1/2003 | TRANS FROM 1T000430 (1T0004) | 12,730 [1] | - | - | - | - | (1,476,560) | - | MDPTPP05535459 | MDPTPP05535460 |
| 12/31/2003 | TRANS TO 1T000430 (1T0004) | (299) [3] | - | - | - | - | (1,476,560) | - | MDPTPP05535459 | MDPTPP05535460 |
| | Total: | | $ 250,000 | $ (1,775,000) | $ 48,440 | $ - | $ (1,476,560) | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The one cash deposit was reflected on the Customer Statement with a transaction code of "CA."

[5] The 14 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[6] The nine inter-account transfers into BLMIS Account 1T0031 were reflected on the Customer Statements with a transaction code as follows: (i) six inter-account transfers were identified with a transaction code of "CA"; and (ii) three inter-account transfers were identified with a transaction code of "JRNL."

[7] The four inter-account transfers out of BLMIS Account 1T0031 were reflected on the Customer Statements with a transaction code of "JRNL."