# Exhibit 4L

Exhibit 4L – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0032

**BLMIS ACCOUNT NO. 1T0032 - DORON TAVLIN TRUST**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals[3]** | **Transfers In[4]** | **Transfers Out[5]** | **Balance** | **2-Year Amount Withdrawn in Excess of Principal** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| 8/29/1997 | TRANS TO 30 ACCT *(1T0004)* | (9,825) [1] | - | - | - | - | - | - | MDPTPP05536097 | MDPTPP05536099 |
| 8/29/1997 | TRANS FROM 30 ACCT *(1T0004)* | 2,535,083 [2] | - | - | - | - | - | - | MDPTPP05536097 | MDPTPP05536099 |
| 2/3/1998 | TRANS FROM 1T000430 *(1T0004)* | 178,930 [2] | - | - | - | - | - | - | MDPTPP05536111 | MDPTPP05536112 |
| 4/14/1998 | CHECK | (200,000) | - | (200,000) | - | - | (200,000) | - | MDPTPP05536115 | MDPTPP05536116 |
| 4/14/1998 | TRANS FROM 1T000430 *(1T0004)* | 200,000 [2] | - | - | - | - | (200,000) | - | MDPTPP05536115 | MDPTPP05536116 |
| 7/1/1998 | TRANS FROM 1T000430 *(1T0004)* | 1,179 [2] | - | - | - | - | (200,000) | - | MDPTPP05536121 | MDPTPP05536122 |
| | | **Total:** | **$ -** | **$ (200,000)** | **$ -** | **$ -** | **$ (200,000)** | **$ -** | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] The one cash withdrawal was reflected on the Customer Statement with a transaction code of "CW."

[4] The four inter-account transfers into BLMIS Account 1T0032 were reflected on the Customer Statements with a transaction code of "JRNL."

[5] The one inter-account transfer out of BLMIS Account 1T0032 was reflected on the Customer Statement with a transaction code of "JRNL."