# Exhibit 4M

**Exhibit 4M – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1T0057**

BLMIS ACCOUNT NO. 1T0057 - DORON TAVLIN

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out[2]** | **Balance** | **2-Year Amount Withdrawn in Excess of Principal** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| | 10/23/2006 | TRANS TO 1T000430 (*1T0004*) | (735,730) [1] | - | - | - | - | - | - | MDPTPP05573407 | MDPTPP05573408 |
| | 12/10/2007 | TRANS TO 1T000430 (*1T0004*) | (155,200) [1] | - | - | - | - | - | - | MDPTPP05573411 | MDPTPP05573412 |
| | 5/1/2008 | TRANS TO 1T000430 (*1T0004*) | (252) [1] | - | - | - | - | - | - | MDPTPP05573418 | MDPTPP05573419 |
| | | Total: | | $ - | $ - | $ - | $ - | $ - | $ - | | |

[1] **Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.**

[2] **The three inter-account transfers out of BLMIS Account 1T0057 were reflected on the Customer Statements with a transaction code of "JRNL."**