# Exhibit 4N

BLMIS ACCOUNT NO. 1T0004 (FORMERLY 102024) - DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals[4] | Transfers In[5] | Transfers Out[6] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 3/14/1991 | TRANS FROM H ZAID *(102617)* | 227,051 [1] | - | - | - | - | - | - | MF00542337 | MF00542338 | *Not Produced* |
| 3/14/1991 | TRANS FROM R ZAID *(102601)* | 400,263 [2] | - | - | 153,586 | - | 153,586 | - | MF00542337 | MF00542338 | *Not Produced* |
| 3/14/1991 | TRANS FROM R ZAID 2 *(102615)* | 70,966 | - | - | 70,966 | - | 224,552 | - | MF00542337 | MF00542338 | *Not Produced* |
| 3/28/1991 | TRANS TO 10202730 *(1T0003)* | (25,000) | - | - | - | (25,000) | 199,552 | - | MF00542337 | MF00542338 | *Not Produced* |
| 4/12/1991 | CHECK | (2,251) | - | (2,251) | - | - | 197,300 | - | MF00490365 | MF00490365 | *Not Produced* |
| 7/20/1992 | TRANS TO 1T000330 *(1T0003)* | (80,598) | - | - | - | (80,598) | 116,702 | - | MF00460447 | MF00460448 | 10-05312_DEF_0000708 |
| 7/29/1992 | CHECK | (10,000) | - | (10,000) | - | - | 106,702 | - | MF00460447 | MF00460448 | 10-05312_DEF_0000708 |
| 10/21/1992 | CHECK | (20,000) | - | (20,000) | - | - | 86,702 | - | MF00454453 | MF00454453 | 10-05312_DEF_0000716 |
| 11/17/1992 | TRANS TO 1T000330 *(1T0003)* | (21,003) | - | - | - | (21,003) | 65,699 | - | MF00451974 | MF00451974 | 10-05312_DEF_0000718 |
| 11/18/1992 | CHECK | (25,000) | - | (25,000) | - | - | 40,699 | - | MF00451974 | MF00451974 | 10-05312_DEF_0000718 |
| 1/14/1993 | CHECK | (25,000) | - | (25,000) | - | - | 15,699 | - | MF00440072 | MF00440072 | 10-05312_DEF_0000677 |
| 2/17/1993 | CHECK | (35,000) | - | (35,000) | - | - | (19,301) | - | MF00433756 | MF00433756 | 10-05312_DEF_0000674 |
| 4/27/1993 | CHECK | (25,000) | - | (25,000) | - | - | (44,301) | - | MF00424176 | MF00424176 | 10-05312_DEF_0000668 |
| 6/3/1993 | CHECK | (100,000) | - | (100,000) | - | - | (144,301) | - | MF00407927 | MF00407927 | 10-05312_DEF_0000663 |
| 8/17/1993 | CHECK | (50,000) | - | (50,000) | - | - | (194,301) | - | MF00385195 | MF00385195 | 10-05312_DEF_0000659 |
| 8/24/1993 | CHECK | (675) | - | (675) | - | - | (194,976) | - | MF00385195 | MF00385195 | 10-05312_DEF_0000659 |
| 1/4/1994 | CHECK | (50,000) | - | (50,000) | - | - | (244,976) | - | MF00315907 | MF00315907 | 10-05312_DEF_0000679 |
| 3/3/1994 | CHECK | (50,000) | - | (50,000) | - | - | (294,976) | - | MF00295383 | MF00295384 | |
| 8/11/1994 | CHECK | (525) | - | (525) | - | - | (295,501) | - | MF00325202 | MF00325202 | 10-05312_DEF_0000693 [7] |
| 8/17/1994 | CHECK | (50,000) | - | (50,000) | - | - | (345,501) | - | MF00325202 | MF00325202 | 10-05312_DEF_0000693 [7] |
| 1/17/1995 | CHECK | (50,000) | - | (50,000) | - | - | (395,501) | - | MF00276857 | MF00276857 | 10-05312_DEF_0000729 |
| 3/30/1995 | CHECK | (50,000) | - | (50,000) | - | - | (445,501) | - | MF00208492 | MF00208493 | 10-05312_DEF_0000735 |
| 6/27/1995 | TRANS FROM 1T000630 *(1T0006)* | 559 | - | - | 559 | - | (444,942) | - | MF00178280 | MF00178281 | 10-05312_DEF_0000744 |
| 6/27/1995 | TRANS FROM 1T000530 *(1T0005)* | 2,936 [1] | - | - | - | - | (444,942) | - | MF00178280 | MF00178281 | 10-05312_DEF_0000744 |
| 7/28/1995 | CHECK | (50,000) | - | (50,000) | - | - | (494,942) | - | MF00177638 | MF00177638 | 10-05312_DEF_0000747 |
| 8/15/1995 | CHECK | (575) | - | (575) | - | - | (495,517) | - | MF00138899 | MF00138899 | 10-05312_DEF_0000750 |
| 11/22/1995 | CHECK | (50,000) | - | (50,000) | - | - | (545,517) | - | MF00112629 | MF00112629 | 10-05312_DEF_0000759 [7] |
| 1/23/1996 | TRANS TO 1T003130 *(1T0031)* | (125,000) [3] | - | - | - | - | (545,517) | - | MDPTPP05517464 | MDPTPP05517466 | *Not Produced* |
| 4/12/1996 | CHECK | (25,000) | - | (25,000) | - | - | (570,517) | - | MDPTPP05517473 | MDPTPP05517475 | *Not Produced* |
| 7/2/1996 | TRANS TO 1T003130 *(1T0031)* | (25,000) [3] | - | - | - | - | (570,517) | - | MDPTPP05517482 | MDPTPP05517484 | *Not Produced* |
| 1/6/1997 | TRANS TO D TAVLIN 1T003130 *(1T0031)* | (150,000) [3] | - | - | - | - | (570,517) | - | MDPTPP05517500 | MDPTPP05517501 | 10-05312_DEF_0000861 |
| 8/29/1997 | TRANS TO 70 ACCT *(1T0032)* | (2,535,083) [3] | - | - | - | - | (570,517) | - | MDPTPP05517519 | MDPTPP05517521 | 10-05312_DEF_0000885 |
| 8/29/1997 | TRANS FROM 70 ACCT *(1T0032)* | 9,825 [1] | - | - | - | - | (570,517) | - | MDPTPP05517519 | MDPTPP05517521 | 10-05312_DEF_0000885 |
| 9/17/1997 | CHECK | (2,970) | - | (2,970) | - | - | (573,487) | - | MDPTPP05517522 | MDPTPP05517524 | *Not Produced* |
| 10/28/1997 | TRANS TO 1T003130 *(1T0031)* | (100,000) [3] | - | - | - | - | (573,487) | - | MDPTPP05517525 | MDPTPP05517526 | 10-05312_DEF_0000888 |
| 2/3/1998 | TRANS TO 1T003230 *(1T0032)* | (178,930) [3] | - | - | - | - | (573,487) | - | MDPTPP05517540 | MDPTPP05517541 | 10-05312_DEF_0000382 |
| 4/14/1998 | TRANS TO 1T003230 *(1T0032)* | (200,000) [3] | - | - | - | - | (573,487) | - | MDPTPP05517546 | MDPTPP05517547 | 10-05312_DEF_0000390 |
| 7/1/1998 | TRANS TO 1T003230 *(1T0032)* | (1,179) [3] | - | - | - | - | (573,487) | - | MDPTPP05517561 | MDPTPP05517563 | 10-05312_DEF_0000416 |
| 5/7/1999 | TRANS TO 1T003130 *(1T0031)* | (200,000) [3] | - | - | - | - | (573,487) | - | MDPTPP05517608 | MDPTPP05517610 | *Not Produced* |
| 3/10/2000 | CHECK | (5,691) | - | (5,691) | - | - | (579,177) | - | MDPTPP05517653 | MDPTPP05517655 | *Not Produced* |
| 3/28/2002 | CHECK | (3,031) | - | (3,031) | - | - | (582,208) | - | MDPTPP05517753 | MDPTPP05517754 | *Not Produced* |
| 3/28/2002 | CANCEL CHECK | 3,031 | - | 3,031 | - | - | (579,177) | - | MDPTPP05517753 | MDPTPP05517754 | *Not Produced* |
| 3/28/2002 | CHECK | (3,031) | - | (3,031) | - | - | (582,208) | - | MDPTPP05517753 | MDPTPP05517754 | *Not Produced* |
| 7/25/2002 | | (205,455) | - | (205,455) | - | - | (787,663) | - | MDPTPP05517768 | MDPTPP05517769 | *Not Produced* |
| 3/28/2003 | CHECK | (7,417) | - | (7,417) | - | - | (795,080) | - | MDPTPP05517816 | MDPTPP05517818 | 10-05312_DEF_0000844 |
| 4/9/2003 | CHECK | (100,000) | - | (100,000) | - | - | (895,080) | - | MDPTPP05517821 | MDPTPP05517822 | 10-05312_DEF_0000836 |
| 9/3/2003 | CHECK | (12,597) | - | (12,597) | - | - | (907,677) | - | MDPTPP05517849 | MDPTPP05517850 | 10-05312_DEF_0000820 |
| 9/29/2003 | TRANS FROM 1T003130 *(1T0031)* | 766,447 [1] | - | - | - | - | (907,677) | - | MDPTPP05517849 | MDPTPP05517850 | 10-05312_DEF_0000820 |
| 9/29/2003 | TRANS FROM 1T003130 *(1T0031)* | 975 [1] | - | - | - | - | (907,677) | - | MDPTPP05517853 | MDPTPP05517854 | *Not Produced* |
| 10/1/2003 | TRANS TO 1T003130 *(1T0031)* | (15,200) [3] | - | - | - | - | (907,677) | - | MDPTPP05517855 | MDPTPP05517856 | 10-05312_DEF_0000808 |
| 11/28/2003 | TRANS TO 1T003130 *(1T0031)* | (4,806,672) [3] | - | - | - | - | (907,677) | - | MDPTPP05517857 | MDPTPP05517859 | 10-05312_DEF_0000802 |
| 11/28/2003 | TRANS FROM 1T003170 *(1T0031)* | 1,268,300 [1] | - | - | - | - | (907,677) | - | MDPTPP05517860 | MDPTPP05517861 | 10-05312_DEF_0000639 |
| 12/1/2003 | TRANS TO 1T003130 *(1T0031)* | (12,730) [3] | - | - | - | - | (907,677) | - | MDPTPP05517864 | MDPTPP05517866 | 10-05312_DEF_0000787 |
| 12/31/2003 | TRANS FROM 1T003130 *(1T0031)* | 299 [1] | - | - | - | - | (907,677) | - | MDPTPP05517864 | MDPTPP05517866 | 10-05312_DEF_0000787 |
| 1/12/2004 | CHECK | (200,000) | - | (200,000) | - | - | (1,107,677) | - | MDPTPP05517871 | MDPTPP05517872 | 10-05312_DEF_0000307 |

Exhibit 4N – Detailed Schedule for the Principal Balance Calculation for the Tavlin Account

BLMIS ACCOUNT NO. 1T0004 (FORMERLY 102024) - DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals[4] | Transfers In[5] | Transfers Out[6] | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 7/20/2004 | CHECK | (3,405) | - | (3,405) | - | - | (1,111,082) | - | MDPTPP05517898 | MDPTPP05517899 | 10-05312_DEF_0000279 |
| 9/2/2004 | CHECK | (300,000) | - | (300,000) | - | - | (1,411,082) | - | MDPTPP05517906 | MDPTPP05517907 | 10-05312_DEF_0000271 |
| 12/22/2004 | CHECK | (51,400) | - | (51,400) | - | - | (1,462,482) | - | MDPTPP05517918 | MDPTPP05517919 | 10-05312_DEF_0000255 |
| 8/24/2005 | CHECK | (19,703) | - | (19,703) | - | - | (1,482,185) | - | MDPTPP05517945 | MDPTPP05517946 | 10-05312_DEF_0000508 |
| 12/30/2005 | CHECK | (66,000) | - | (66,000) | - | - | (1,548,185) | - | MDPTPP05517961 | MDPTPP05517962 | 10-05312_DEF_0000496 |
| 10/23/2006 | TRANS FROM 1T005730 (1T0057) | 735,730 [1] | - | - | - | - | (1,548,185) | - | MDPTPP05517997 | MDPTPP05517998 | Not Produced |
| 11/3/2006 | CHECK | (300,000) | - | (300,000) | - | - | (1,848,185) | - | MDPTPP05518001 | MDPTPP05518002 | Not Produced |
| 1/26/2007 | CHECK | (489,272) | - | (489,272) | - | - | (2,337,457) | (489,272) | MDPTPP05518009 | MDPTPP05518010 | 10-05312_DEF_0000142 |
| 12/10/2007 | TRANS FROM 1T005730 (1T0057) | 155,200 [1] | - | - | - | - | (2,337,457) | - | MDPTPP05518054 | MDPTPP05518056 | 10-05312_DEF_0000072 |
| 5/1/2008 | TRANS FROM 1T005730 (1T0057) | 252 [1] | - | - | - | - | (2,337,457) | - | MDPTPP05518069 | MDPTPP05518070 | 10-05312_DEF_0000222 |
| | Total: | | $ - | $ (2,435,967) | $ 225,111 | $ (126,601) | $ (2,337,457) | $ (489,272) | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] On March 14, 1991, as reflected on the Customer Statements, there were two inter-account transfers from BLMIS Account 102601 into BLMIS Account 1T0007 and the Tavlin Account in the amounts of $200,132 and $400,263, respectively. As of that date, BLMIS Account 102601 had only $230,379 of principal available that could be transferred. Pursuant to correspondence in the customer file for BLMIS Account 102601, I divided the $230,379 of principal as follows: (i) 1/3 into BLMIS Account 1T0007; and (ii) 2/3 into the Tavlin Account. Applying that methodology, BLMIS Account 1T0007 was credited with $76,793 of principal (equal to 1/3 of $230,379) and the Tavlin Account was credited with $153,586 of principal (equal to 2/3 of $230,379). The remaining balance of these reported inter-account transfers constituted fictitious profits. (See AMF00234766.)

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[4] The 35 cash withdrawals were reflected on the Customer Statements with a transaction code of "CW."

[5] The 13 inter-account transfers into the Tavlin Account were reflected on the Customer Statements with a transaction code of "JRNL."

[6] The 15 inter-account transfers out of the Tavlin Account were reflected on the Customer Statements with a transaction code as follows: (i) eight inter-account transfers were identified with a transaction code of "CW"; and (ii) seven inter-account transfers were identified with a transaction code of "JRNL."

[7] The BLMIS Customer Statements produced by the Defendants include dates that were illegible.