# Exhibit 5



```
3/31/81  HANNA TAVLIN                                    1-02007-1-5              1
         484 2ND AVENUE LB 94
         NEW YORK NY 10016


T/DT  S/DT   LONG   SHORT                                    DEBIT        CREDIT
                              BALANCE FORWARD                              5.50

                              NEW BALANCE                                  5.50


                              SECURITY POSITIONS

HAZLETON LABS CORP         2051                                        39,994.50

                              END OF POSITIONS                         39,994.50
```

MF00095824