# Exhibit 6



```
3/31/81   RACHEL ZAID                                              1-92006-1-6              1
          C/O HANNA TAVLIN
          484 2ND AVE   LB 94
          NEW YORK NY 10016


T/DT   S/DT   LONG    SHORT                                        DEBIT           CREDIT
                              BALANCE FORWARD                                      4,597.27
3/02   3/02                   INTEREST 40M UST 13 7/8-82   JRNL                    3,815.63
                              NEW BALANCE                                          8,412.90



                              SECURITY POSITIONS

UNITED STATES TREAS NTS       152000
DTD 05/15/1975
 8.000   5/15/1982
UNITED STATES TREAS NTS        55000                               58,545.79
M DTD
 13.875  2/28/1982


                              END OF POSITIONS                     58,545.79
```

MF00095823