UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>DORON TAVLIN TRUST U/A 2/4/91, and,<br><br>DORON A. TAVLIN, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91,<br><br>                Defendants. | Adv. Pro. No. 10-05312 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, a copy of the Notice of Trustee's Motion for Summary Judgment, Trustee's Memorandum of Law in Support of Motion for Summary Judgment, Trustee's Statement of Material Facts in Support of Motion for Summary Judgment, Declaration of Nicholas J. Cremona, Declaration of Bruce G. Dubinsky, Declaration of Lisa M.

1

Collura, and the Declaration of Matthew B. Greenblatt were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: May 24, 2022
      New York, New York

/s/Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Nicholas J. Cremona
ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

2

## **SCHEDULE A**

**Defendant Counsel**

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Doron Tavlin Trust U/A 2/4/91, Doron Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91