**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant,<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.); et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 12-01677 (BRL)<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF HEARING ON THE MOTION OF OFI MGA ALPHA PALMARES, OVAL PALMARES EUROPLUS AND UMR SELECT ALTERNATIF TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, on April 29, 2022, Defendants OFI MGA Alpha Palmares, Oval Palmares Europlus and UMR Select Alternatif (collectively, the "OFI Funds") filed their motion to Dismiss the Complaint (the "Motion") pursuant to Federal

14091848.1

Rules of Civil Procedure 12(b)(2) and 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above captioned action.

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the Motion will be held on August 10, 2022, at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order in this proceeding entered April 19, 2022, the Trustee shall respond to this motion by June 28, 2022, and the OFI Funds shall file their reply by July 28, 2022.

Dated: May 24, 2022

                                  BOND, SCHOENECK & KING, PLLC

                    By:      /s/ Brian J. Butler
                                Brian J. Butler, Esq.
                                Sara C. Temes, Esq.
                                One Lincoln Center
                                Syracuse, New York 13202
                                Tel: (315) 218-8000
                                Fax: (315) 218-8100
                                Email: bbutler@bsk.com
                                           stemes@bsk.com

                                *Counsel for Defendants OFI MGA Alpha Palmares, Oval Palmares Europlus and UMR Select Alternatif*

TO:  All Counsel of Record via ECF

14091848.1