| | |
|---|---|
| KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, New York 10022<br>(212) 940-8800<br>*Attorneys for Defendant* | Hearing Date: TBD<br>Opposition Date: April 15, 2022<br>Reply Date: May 16, 2022 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>        Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>        Plaintiff,<br>v.<br>LLOYDS TSB BANK PLC,<br>        Defendant. | **Adv. Pro. No. 12-01207 (CGM)**<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon Defendant Lloyds TSB PLC's (now known as Lloyds Bank plc) Memorandum of Law in Support of Its Motion to Dismiss, the accompanying Declarations of Anthony Paccione, dated February 15, 2022, and the exhibits thereto, the Complaint, dated March 22, 2012 (the "Complaint"), in the above-captioned adversary proceeding, and all prior pleadings and proceedings herein, Defendant Lloyds Bank plc ("Lloyds") moves for

an order dismissing the Complaint filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Federal Rules of Civil Procedure 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order in this proceeding entered December 28, 2021, the Trustee shall respond to this motion by April 15, 2022. If the Trustee responds to the motion, Lloyds shall file its reply by May 16, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Lloyds does not consent to the entry of final orders or judgment by this Court.

Dated: February 15, 2022
New York, New York

*/s/ Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for Defendant*