| | |
|---|---|
| KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, New York 10022<br>(212) 940-8800<br>*Attorneys for Defendant* | Hearing Date: TBD<br>Opposition Date: April 15, 2022<br>Reply Date: May 16, 2022 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>         Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>              v.<br><br>LLOYDS TSB BANK PLC,<br><br>         Defendant. | **Adv. Pro. No. 12-01207 (CGM)** |

**DECLARATION OF ANTHONY PACCIONE**
**IN SUPPORT OF DEFENDANT LLOYDS BANK PLC'S**
**MOTION TO DISMISS THE TRUSTEE'S COMPLAINT**

ANTHONY PACCIONE, under penalty of perjury, declares:

1. I am a member of the bar of the State of New York and of this Court and a member of Katten Muchin Rosenman LLP, counsel for defendant Lloyds TSB Bank PLC, now known as

Lloyds Bank plc ("Lloyds") in this adversary proceeding. I submit this Declaration in support of Lloyds's motion to dismiss the Complaint (the "Complaint" or "Compl.," No. 12-1207 ECF 1) filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Estate of Bernard L. Madoff in this proceeding.

2. **Exhibit A** is a true and correct copy of the Fairfield Amended Complaint[1], *Picard v. Fairfield Sentry Ltd.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), ECF 23 (without exhibits).

3. **Exhibit B** is a true and correct copy the Fairfield Second Amended Complaint, Adv. Proc. No. 09-2139 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF 286.

4. **Exhibit C** is a true and correct copy of the Fairfield Settlement Agreement, *Picard v. Fairfield Sentry Ltd.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. May 9, 2011), ECF 69-2. This Court approved the Fairfield Settlement Agreement. Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. June 7, 2011), ECF 92.

5. **Exhibit D** is a true and correct copy of an excerpt from the Declaration of William Hare, counsel for the Fairfield Liquidators, attaching the Memorandum of Association and Articles of Association of Fairfield Sentry Limited, as filed with the Court in *Fairfield Sentry Ltd. v. ABN AMRO Schwiz AG, et al.*, Adv. Pro. No. 10-03636 (Bankr. S.D.N.Y. Oct. 26, 2016), ECF 164 and 164-6.

6. **Exhibit E** is a true and correct copy of an excerpt from Exhibit B to the Complaint, showing the cash withdrawals made from Fairfield Sentry Limited ("Sentry") accounts at BLMIS

---

[1] Capitalized terms not defined in this Declaration have the meaning provided in the concurrently filed *Memorandum of Law in Support of Lloyds's Motion to Dismiss the Complaint*.

during the period December 11, 2002 through March 15, 2005. There are four accounts, but only the first, No. 1FN012, shows any cash withdrawals made by Sentry.

7. **Exhibit F** is a true and correct copy of excerpts from complaints, or exhibits to complaints, filed by the Trustee in the following adversary proceedings:

| *Source* | *Transferee(s)* |
|---|---|
| 11-1885 ECF 1-3 | Safra New York |
| 11-2537 ECF 1-3 | Orbita |
| 11-2538 ECF 1-4 | Quilvest |
| 11-2551 ECF 1-4 | Delta Bank |
| 11-2569 ECF 1-4 | Barclays Spain |
| 11-2569 ECF 1-7 | Barclays Suisse |
| 11-2571 ECF 1-4 | BPES |
| 11-2572 ECF 1-3 | KEB |
| 11-2730 ECF 1-4 | ASB |
| 11-2731 ECF 1-3 | Trincastar |
| 11-2733 ECF 1-3 | Naidot |
| 11-2760 ECF 1-3 | ABN Switzerland |
| 11-2763 ECF 1-4 | Inteligo |
| 11-2784 ECF 1-3 | Somers Dublin |
| 11-2910 ECF 1-3 | MLBS |
| 11-2922 ECF 1-3 | BJB |
| 11-2923 ECF 1-3 | Falcon |
| 11-2925 ECF 1-5 | CS Sentry Transferees: Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse London Nominees; Credit Suisse (Luxembourg); Credit Suisse, Nassau BranchLATAM Investment Banking; Credit Suisse Nominees (Guernsey); Credit Suisse Wealth Management |
| 11-2929 ECF 1-3 | LGT Liechtenstein |
| 12-1002 ECF 1-3 | PIFSS |
| 12-1005 ECF 1-6 | Sico |
| 12-1019 ECF 1-6 | Banco Itau |
| 12-1021 ECF 1-4 | Grosvenor Balanced |
| 12-1023 ECF 1-3 | Arden Management |
| 12-1046 ECF 1-3 | SNS Defendants |
| 12-1048 ECF 1-3 | BG Valores |
| 12-1194 ECF 1-3 | Kookmin Bank |
| 12-1202 ECF 1-9 | Bank Vontobel |
| 12-1205 ECF 1-6 | Multi-Strategy Fund |
| 12-1207 ECF 1-3 | Lloyds |
| 12-1209 ECF 1-3 | BSI |
| 12-1209 ECF 1-4 | Banca Del Gottardo |

| | |
|---|---|
| 12-1210 ECF 1-14 | Schroder & Co. Bank AG |
| 12-1512 ECF 1-6 | ZCM |
| 12-1513 ECF 1-3 | Citivic |
| 12-1565 ECF 1-6 | Standard Chartered Defendants |
| 12-1566 ECF 1-2 | UKFP |
| 12-1577 ECF 1-3 | UBS Deutschland |
| 12-1670 ECF 1-9 | BBH |
| 12-1676 ECF 1-5 | Clariden/Bank Leu |
| 12-1677 ECF 1-5 | SG Sentry Defendants: Lyxor Premium; SG Audace; SG Equilibrium; SG Premium; SG Suisse, SG UK |
| 12-1680 ECF 1-3 | Low Volatility |
| 12-1680 ECF 1-4 | Medium Volatility |
| 12-1690 ECF 1-7 | EFG Bank |
| 12-1691 ECF 1-4 | BD Lux |
| 12-1693 ECF 1-3 | Lombard Odier |
| 12-1695 ECF 1-3 | Bordier |
| 12-1697 ECF 1-3 | ABN AMRO Defendants |
| 12-1698 ECF 1-5 | Dexia Fairfield Sentry Defendants: Dexia Banque; Dexia Banque Suisse |
| 12-1699 ECF 1-5 | RBC Fairfield Sentry Defendants: Guernroy or RBC-CI; RBC; RBC-Dominion; RBC-Jersey; RBC-Suisse |

8. **Exhibit G** is a true and correct copy of the cover page, index, and excerpts from Exhibits 8, 9, 15, 16, 17, and 18 to the Trustee's Amended Complaint against Sentry, *Picard v. Fairfield Sentry Ltd.*, No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), ECF 23, which is incorporated by reference into the Trustee's Complaint against Lloyds at paragraph 36. These exhibits are identified in the index as redemption confirmations for withdrawals from Sentry made by Fairfield Sigma Limited, Fairfield Lambda Limited, Fairfield Investment Fund Limited, Fairfield Investment Trust, and FIF Advanced, Ltd. The Trustee did not file these exhibits on the Court's ECF system, but instead filed (as 09-1239 ECF 23-1) an index to the exhibits together with a slip sheet stating that the exhibits are available upon request to the Trustee's counsel Baker & Hostetler LLP.

9. Set forth below is a chart summarizing the redemptions from Sentry between August 15, 2003 and March 15, 2005, as alleged in the complaints and/or exhibits thereto set forth

at Exhibits E, F, and G hereto. A straightforward analysis of the transactions shown in Exhibits E, F, and G shows the following:

   (a) On July 22, 2003, BLMIS transferred $25 million to Sentry (Paccione Decl. Ex. E).

   (b) On August 15 and September 17, 2003, Sentry paid out $53.1 million, $28.1 million more than it had received from BLMIS, thus more than exhausting the funds it had received from BLMIS on July 22, 2003 (Paccione Decl. Exs. F, G):

| Date | Recipient | Amount | Source |
|---|---|---|---|
| 8/15/2003 | Fairfield Sigma | ($700,000) | 09-1239 ECF 23-1 Ex. 8 |
| 8/15/2003 | Fairfield Lambda | (1,700,000) | 09-1239 ECF 23-1 Ex. 9 |
| 8/15/2003 | Fairfield Investment Fund | (1,100,000) | 09-1239 ECF 23-1 Ex. 15 |
| 8/15/2003 | Quilvest | (113,360) | 11-2538 ECF 1-4 |
| 8/15/2003 | Barclays Suisse | (26,317) | 11-2569 ECF 1-7 |
| 8/15/2003 | MLBS | (265,810) | 11-2910 ECF 1-3 |
| 8/15/2003 | MLBS | (300,750) | 11-2910 ECF 1-3 |
| 8/15/2003 | MLBS | (1,971,100) | 11-2910 ECF 1-3 |
| 8/15/2003 | MLBS | (6,386,104) | 11-2910 ECF 1-3 |
| 8/15/2003 | Credit Suisse London Nominees | (56,410) | 11-2925 ECF 1-5 |
| 8/15/2003 | Credit Suisse London Nominees | (93,224) | 11-2925 ECF 1-5 |
| 8/15/2003 | Credit Suisse AG, Nassau | (149,727) | 11-2925 ECF 1-5 |
| 8/15/2003 | Credit Suisse London Nominees | (154,873) | 11-2925 ECF 1-5 |
| 8/15/2003 | Credit Suisse London Nominees | (708,540) | 11-2925 ECF 1-5 |
| 8/15/2003 | Credit Suisse (Luxembourg) | (1,000,000) | 11-2925 ECF 1-5 |
| 8/15/2003 | Sico | (32,628) | 12-1005 ECF 1-6 |
| 8/15/2003 | Sico | (237,721) | 12-1005 ECF 1-6 |
| 8/15/2003 | Sico | (384,083) | 12-1005 ECF 1-6 |
| 8/15/2003 | BSI | (183,894) | 12-1209 ECF 1-3 |
| 8/15/2003 | BSI | (320,364) | 12-1209 ECF 1-3 |
| 8/15/2003 | ZCM | (130,000) | 12-1512 ECF 1-6 |
| 8/15/2003 | Citivic | (24,238) | 12-1513 ECF 1-3 |
| 8/15/2003 | Citivic | (149,158) | 12-1513 ECF 1-3 |
| 8/15/2003 | UKFP | (66,776) | 12-1566 ECF 1-2 |
| 8/15/2003 | Clariden | (63,113) | 12-1676 ECF 1-5 |
| 8/15/2003 | SG Suisse | (2,865,901) | 12-1677 ECF 1-5 |
| 8/15/2003 | EFG Bank | (150,000) | 12-1690 ECF 1-7 |
| 8/15/2003 | Lombard Odier | (1,584,808) | 12-1693 ECF 1-3 |
| 8/15/2003 | Lombard Odier | (1,598,288) | 12-1693 ECF 1-3 |
| 8/15/2003 | Bordier | (203,079) | 12-1695 ECF 1-3 |

| Date | Recipient | Amount | Source |
|---|---|---|---|
| 8/15/2003 | RBC-Jersey | (50,000) | 12-1699 ECF 1-5 |
| 8/15/2003 | RBC-Dominion | (88,507) | 12-1699 ECF 1-5 |
| 9/17/2003 | Fairfield Sigma | (2,600,000) | 09-1239 ECF 23-1 Ex. 8 |
| 9/17/2003 | Fairfield Sigma | (10,500,000) | 09-1239 ECF 23-1 Ex. 8 |
| 9/17/2003 | Fairfield Lambda | (1,300,000) | 09-1239 ECF 23-1 Ex. 9 |
| 9/17/2003 | Fairfield Lambda | (2,100,000) | 09-1239 ECF 23-1 Ex. 9 |
| 9/17/2003 | Fairfield Investment Fund | (800,000) | 09-1239 ECF 23-1 Ex. 15 |
| 9/17/2003 | Safra New York | (130,664) | 11-1885 ECF 1-3 |
| 9/17/2003 | Safra New York | (146,127) | 11-1885 ECF 1-3 |
| 9/17/2003 | Quilvest | (1,495,385) | 11-2538 ECF 1-4 |
| 9/17/2003 | Delta Bank | (140,353) | 11-2551 ECF 1-4 |
| 9/17/2003 | MLBS | (320,079) | 11-2910 ECF 1-3 |
| 9/17/2003 | MLBS | (964,543) | 11-2910 ECF 1-3 |
| 9/17/2003 | BJB | (18,686) | 11-2922 ECF 1-3 |
| 9/17/2003 | BJB | (1,595,815) | 11-2922 ECF 1-3 |
| 9/17/2003 | Credit Suisse London Nominees | (1,992,900) | 11-2925 ECF 1-5 |
| 9/17/2003 | BSI | (14,015) | 12-1209 ECF 1-3 |
| 9/17/2003 | ZCM | (380,000) | 12-1512 ECF 1-6 |
| 9/17/2003 | Clariden | (35,000) | 12-1676 ECF 1-5 |
| 9/17/2003 | Clariden | (46,398) | 12-1676 ECF 1-5 |
| 9/17/2003 | Clariden | (750,000) | 12-1676 ECF 1-5 |
| 9/17/2003 | SG Suisse | (633,000) | 12-1677 ECF 1-5 |
| 9/17/2003 | Lombard Odier | (140,148) | 12-1693 ECF 1-3 |
| 9/17/2003 | Lombard Odier | (725,171) | 12-1693 ECF 1-3 |
| 9/17/2003 | Bordier | (127,067) | 12-1695 ECF 1-3 |
| 9/17/2003 | Bordier | (3,272,168) | 12-1695 ECF 1-3 |
| Total | | ($53,086,292) | |

(c) Indeed, from September 18, 2003 to March 14, 2005, Sentry paid out $494.6 million, without receiving any more funds from BLMIS (Paccione Decl. Exs. F, G):

| Date | Recipient | Amount | Source |
|---|---|---|---|
| 10/14/2003 | Fairfield Sigma | ($600,000) | 09-1239 ECF 23-1 Ex. 8 |
| 10/14/2003 | Fairfield Lambda | (250,000) | 09-1239 ECF 23-1 Ex. 9 |
| 10/14/2003 | Fairfield Investment Fund | (1,900,000) | 09-1239 ECF 23-1 Ex. 15 |
| 10/14/2003 | Fairfield Investment Fund | (4,000,000) | 09-1239 ECF 23-1 Ex. 15 |
| 10/14/2003 | Fairfield Investment Trust | (50,000) | 09-1239 ECF 23-1 Ex. 16 |
| 10/14/2003 | Quilvest | (178,309) | 11-2538 ECF 1-4 |
| 10/14/2003 | Quilvest | (228,214) | 11-2538 ECF 1-4 |
| 10/14/2003 | Quilvest | (424,544) | 11-2538 ECF 1-4 |
| 10/14/2003 | Barclays Suisse | (268,887) | 11-2569 ECF 1-7 |
| 10/14/2003 | Inteligo | (28,470) | 11-2763 ECF 1-4 |
| 10/14/2003 | MLBS | (295,235) | 11-2910 ECF 1-3 |

| | | | |
|---|---|---|---|
| 10/14/2003 | MLBS | (370,819) | 11-2910 ECF 1-3 |
| 10/14/2003 | BJB | (1,792,705) | 11-2922 ECF 1-3 |
| 10/14/2003 | Credit Suisse | (2,000,000) | 11-2925 ECF 1-5 |
| 10/14/2003 | Credit Suisse | (2,149,002) | 11-2925 ECF 1-5 |
| 10/14/2003 | Credit Suisse | (3,500,000) | 11-2925 ECF 1-5 |
| 10/14/2003 | SNS Defendants | (26,405) | 12-1046 ECF 1-3 |
| 10/14/2003 | BSI | (130,355) | 12-1209 ECF 1-3 |
| 10/14/2003 | ZCM | (20,000) | 12-1512 ECF 1-6 |
| 10/14/2003 | ZCM | (150,000) | 12-1512 ECF 1-6 |
| 10/14/2003 | ZCM | (1,060,000) | 12-1512 ECF 1-6 |
| 10/14/2003 | Citivic | (74,500) | 12-1513 ECF 1-3 |
| 10/14/2003 | UKFP | (62,683) | 12-1566 ECF 1-2 |
| 10/14/2003 | UKFP | (1,342,152) | 12-1566 ECF 1-2 |
| 10/14/2003 | Clariden | (99,961) | 12-1676 ECF 1-5 |
| 10/14/2003 | Clariden | (100,000) | 12-1676 ECF 1-5 |
| 10/14/2003 | SG Suisse | (188,201) | 12-1677 ECF 1-5 |
| 10/14/2003 | SG Suisse | (205,713) | 12-1677 ECF 1-5 |
| 10/14/2003 | EFG Bank | (210,928) | 12-1690 ECF 1-7 |
| 10/14/2003 | Lombard Odier | (33,006) | 12-1693 ECF 1-3 |
| 11/19/2003 | Fairfield Sigma | (2,150,000) | 09-1239 ECF 23-1 Ex. 8 |
| 11/19/2003 | Fairfield Investment Fund | (800,000) | 09-1239 ECF 23-1 Ex. 15 |
| 11/19/2003 | Quilvest | (578,080) | 11-2538 ECF 1-4 |
| 11/19/2003 | Barclays Spain | (301,681) | 11-2569 ECF 1-4 |
| 11/19/2003 | Inteligo | (323,839) | 11-2763 ECF 1-4 |
| 11/19/2003 | MLBS | (366,608) | 11-2910 ECF 1-3 |
| 11/19/2003 | BJB | (19,110) | 11-2922 ECF 1-3 |
| 11/19/2003 | BJB | (38,220) | 11-2922 ECF 1-3 |
| 11/19/2003 | BJB | (217,855) | 11-2922 ECF 1-3 |
| 11/19/2003 | BJB | (229,321) | 11-2922 ECF 1-3 |
| 11/19/2003 | Credit Suisse | (100,000) | 11-2925 ECF 1-5 |
| 11/19/2003 | Credit Suisse London Nominees | (519,354) | 11-2925 ECF 1-5 |
| 11/19/2003 | SNS Defendants | (119,438) | 12-1046 ECF 1-3 |
| 11/19/2003 | Lloyds | (239,315) | 12-1207 ECF 1-3 |
| 11/19/2003 | Lloyds | (262,362) | 12-1207 ECF 1-3 |
| 11/19/2003 | Lloyds | (369,904) | 12-1207 ECF 1-3 |
| 11/19/2003 | Lloyds | (473,920) | 12-1207 ECF 1-3 |
| 11/19/2003 | BSI | (225,317) | 12-1209 ECF 1-3 |
| 11/19/2003 | Banca Del Gottardo | (2,039,044) | 12-1209 ECF 1-4 |
| 11/19/2003 | ZCM | (135,000) | 12-1512 ECF 1-6 |
| 11/19/2003 | Citivic | (139,503) | 12-1513 ECF 1-3 |
| 11/19/2003 | UKFP | (29,563) | 12-1566 ECF 1-2 |
| 11/19/2003 | UKFP | (38,010) | 12-1566 ECF 1-2 |
| 11/19/2003 | SG Suisse | (143,326) | 12-1677 ECF 1-5 |
| 11/24/2003 | Lombard Odier | (287,177) | 12-1693 ECF 1-3 |
| 11/28/2003 | Lloyds | (369,904) | 12-1207 ECF 1-3 |

| Date | Entity | Amount | Reference |
|---|---|---|---|
| 12/18/2003 | Fairfield Investment Fund | (1,000,000) | 09-1239 ECF 23-1 Ex. 15 |
| 12/18/2003 | Fairfield Lambda | (175,000) | 09-1239 ECF 23-1 Ex. 9 |
| 12/18/2003 | Quilvest | (1,374,582) | 11-2538 ECF 1-4 |
| 12/18/2003 | Inteligo | (112,664) | 11-2763 ECF 1-4 |
| 12/18/2003 | MLBS | (2,915,888) | 11-2910 ECF 1-3 |
| 12/18/2003 | BJB | (150,000) | 11-2922 ECF 1-3 |
| 12/18/2003 | Credit Suisse AG, Nassau | (25,000) | 11-2925 ECF 1-5 |
| 12/18/2003 | Credit Suisse Nominees | (38,191) | 11-2925 ECF 1-5 |
| 12/18/2003 | Credit Suisse | (350,000) | 11-2925 ECF 1-5 |
| 12/18/2003 | Credit Suisse Nominees | (354,222) | 11-2925 ECF 1-5 |
| 12/18/2003 | Credit Suisse London Nominees | (782,707) | 11-2925 ECF 1-5 |
| 12/18/2003 | SNS Defendants | (27,689) | 12-1046 ECF 1-3 |
| 12/18/2003 | SNS Defendants | (151,809) | 12-1046 ECF 1-3 |
| 12/18/2003 | Lombard Odier | (28,643) | 12-1693 ECF 1-3 |
| 12/18/2003 | Lombard Odier | (530,149) | 12-1693 ECF 1-3 |
| 12/30/2003 | ASB | (990,000) | 11-2730 ECF 1-4 |
| 1/21/2004 | Fairfield Sigma | (8,650,000) | 09-1239 ECF 23-1 Ex. 8 |
| 1/21/2004 | Fairfield Lambda | (275,000) | 09-1239 ECF 23-1 Ex. 9 |
| 1/21/2004 | Quilvest | (9,578) | 11-2538 ECF 1-4 |
| 1/21/2004 | Quilvest | (502,350) | 11-2538 ECF 1-4 |
| 1/21/2004 | Quilvest | (2,003,453) | 11-2538 ECF 1-4 |
| 1/21/2004 | Quilvest | (2,456,944) | 11-2538 ECF 1-4 |
| 1/21/2004 | Delta Bank | (801,964) | 11-2551 ECF 1-4 |
| 1/21/2004 | ASB | (1,000,000) | 11-2730 ECF 1-4 |
| 1/21/2004 | Trincastar | (2,000,000) | 11-2731 ECF 1-3 |
| 1/21/2004 | Somers Dublin | (1,055,648) | 11-2784 ECF 1-3 |
| 1/21/2004 | BJB | (363,980) | 11-2922 ECF 1-3 |
| 1/21/2004 | Credit Suisse Nominees | (38,314) | 11-2925 ECF 1-5 |
| 1/21/2004 | Credit Suisse | (180,000) | 11-2925 ECF 1-5 |
| 1/21/2004 | PIFSS | (20,000,000) | 12-1002 ECF 1-3 |
| 1/21/2004 | SNS Defendants | (157,029) | 12-1046 ECF 1-3 |
| 1/21/2004 | Lloyds | (28,735) | 12-1207 ECF 1-3 |
| 1/21/2004 | ZCM | (1,400,000) | 12-1512 ECF 1-6 |
| 1/21/2004 | Clariden | (36,000) | 12-1676 ECF 1-5 |
| 1/21/2004 | Lombard Odier | (17,241) | 12-1693 ECF 1-3 |
| 1/21/2004 | Lombard Odier | (1,155,302) | 12-1693 ECF 1-3 |
| 1/21/2004 | ABN AMRO Defendants | (750,000) | 12-1697 ECF 1-3 |
| 1/21/2004 | Guernroy or RBC-CI | (50,000) | 12-1699 ECF 1-5 |
| 2/18/2004 | Fairfield Sigma | (2,150,000) | 09-1239 ECF 23-1 Ex. 8 |
| 2/18/2004 | Fairfield Lambda | (100,000) | 09-1239 ECF 23-1 Ex. 9 |
| 2/18/2004 | Quilvest | (114,013) | 11-2538 ECF 1-4 |
| 2/18/2004 | Delta Bank | (53,178) | 11-2551 ECF 1-4 |
| 2/18/2004 | Naidot | (5,900,000) | 11-2733 ECF 1-3 |
| 2/18/2004 | MLBS | (60,000) | 11-2910 ECF 1-3 |
| 2/18/2004 | BJB | (560,784) | 11-2922 ECF 1-3 |

| Date | Entity | Amount | Reference |
|---|---|---|---|
| 2/18/2004 | BJB | (588,688) | 11-2922 ECF 1-3 |
| 2/18/2004 | Credit Suisse | (500,000) | 11-2925 ECF 1-5 |
| 2/18/2004 | SNS Defendants | (136,154) | 12-1046 ECF 1-3 |
| 2/18/2004 | BSI | (15,518) | 12-1209 ECF 1-3 |
| 2/18/2004 | BSI | (34,807) | 12-1209 ECF 1-3 |
| 2/18/2004 | UKFP | (26,105) | 12-1566 ECF 1-2 |
| 2/20/2004 | ZCM | (75,000) | 12-1512 ECF 1-6 |
| 2/20/2004 | ZCM | (75,000) | 12-1512 ECF 1-6 |
| 2/20/2004 | ZCM | (100,000) | 12-1512 ECF 1-6 |
| 3/18/2004 | Fairfield Lambda | (750,000) | 09-1239 ECF 23-1 Ex. 9 |
| 3/18/2004 | Delta Bank | (65,000) | 11-2551 ECF 1-4 |
| 3/18/2004 | Barclays Suisse | (49,529) | 11-2569 ECF 1-7 |
| 3/18/2004 | ASB | (1,500,000) | 11-2730 ECF 1-4 |
| 3/18/2004 | BJB | (1,491,200) | 11-2922 ECF 1-3 |
| 3/18/2004 | Falcon | (38,091,032) | 11-2923 ECF 1-3 |
| 3/18/2004 | Credit Suisse London Nominees | (1,994,006) | 11-2925 ECF 1-5 |
| 3/18/2004 | LGT Liechtenstein | (500,000) | 11-2929 ECF 1-3 |
| 3/18/2004 | SNS Defendants | (770,617) | 12-1046 ECF 1-3 |
| 3/18/2004 | Lloyds | (486,763) | 12-1207 ECF 1-3 |
| 3/18/2004 | BSI | (504,507) | 12-1209 ECF 1-3 |
| 3/18/2004 | UKFP | (94,045) | 12-1566 ECF 1-2 |
| 3/18/2004 | Clariden | (333,442) | 12-1676 ECF 1-5 |
| 3/18/2004 | Clariden | (401,444) | 12-1676 ECF 1-5 |
| 3/18/2004 | SG Suisse | (367,647) | 12-1677 ECF 1-5 |
| 3/18/2004 | EFG Bank | (25,246) | 12-1690 ECF 1-7 |
| 3/18/2004 | EFG Bank | (82,598) | 12-1690 ECF 1-7 |
| 3/18/2004 | ABN AMRO Defendants | (2,000,000) | 12-1697 ECF 1-3 |
| 3/18/2004 | RBC | (1,108,287) | 12-1699 ECF 1-5 |
| 3/24/2004 | Fairfield Sigma | (7,350,000) | 09-1239 ECF 23-1 Ex. 8 |
| 4/20/2004 | Fairfield Sigma | (4,700,000) | 09-1239 ECF 23-1 Ex. 8 |
| 4/20/2004 | Fairfield Sigma | (8,400,000) | 09-1239 ECF 23-1 Ex. 8 |
| 4/20/2004 | Fairfield Lambda | (3,170,000) | 09-1239 ECF 23-1 Ex. 9 |
| 4/21/2004 | FIF Advanced | (700,000) | 09-1239 ECF 23-1 Ex. 18 |
| 4/21/2004 | Quilvest | (414,182) | 11-2538 ECF 1-4 |
| 4/21/2004 | Delta Bank | (27,223) | 11-2551 ECF 1-4 |
| 4/21/2004 | Delta Bank | (244,144) | 11-2551 ECF 1-4 |
| 4/21/2004 | ASB | (1,000,000) | 11-2730 ECF 1-4 |
| 4/21/2004 | Inteligo | (2,183,043) | 11-2763 ECF 1-4 |
| 4/21/2004 | MLBS | (1,236,101) | 11-2910 ECF 1-3 |
| 4/21/2004 | MLBS | (2,220,553) | 11-2910 ECF 1-3 |
| 4/21/2004 | BJB | (495,726) | 11-2922 ECF 1-3 |
| 4/21/2004 | LGT Liechtenstein | (1,186,156) | 11-2929 ECF 1-3 |
| 4/21/2004 | Sico | (272,233) | 12-1005 ECF 1-6 |
| 4/21/2004 | SNS Defendants | (121,532) | 12-1046 ECF 1-3 |
| 4/21/2004 | Lloyds | (133,491) | 12-1207 ECF 1-3 |

| | | | |
|---|---|---|---|
| 4/21/2004 | Lloyds | (243,512) | 12-1207 ECF 1-3 |
| 4/21/2004 | Lloyds | (243,512) | 12-1207 ECF 1-3 |
| 4/21/2004 | BSI | (58,336) | 12-1209 ECF 1-3 |
| 4/21/2004 | BSI | (1,356,302) | 12-1209 ECF 1-3 |
| 4/21/2004 | Banca Del Gottardo | (2,135,081) | 12-1209 ECF 1-4 |
| 4/21/2004 | ZCM | (50,000) | 12-1512 ECF 1-6 |
| 4/21/2004 | Standard Chartered Defendants | (23,743) | 12-1565 ECF 1-6 |
| 4/21/2004 | UKFP | (517,699) | 12-1566 ECF 1-2 |
| 4/21/2004 | SG Suisse | (27,466) | 12-1677 ECF 1-5 |
| 4/21/2004 | SG Suisse | (194,452) | 12-1677 ECF 1-5 |
| 4/21/2004 | SG UK | (3,822,408) | 12-1677 ECF 1-5 |
| 4/21/2004 | EFG Bank | (18,949) | 12-1690 ECF 1-7 |
| 4/21/2004 | EFG Bank | (32,969) | 12-1690 ECF 1-7 |
| 4/21/2004 | EFG Bank | (63,012) | 12-1690 ECF 1-7 |
| 5/10/2004 | UBS Deutschland | (869,312) | 12-1577 ECF 1-3 |
| 5/17/2004 | Fairfield Sigma | (7,700,000) | 09-1239 ECF 23-1 Ex. 8 |
| 5/17/2004 | Fairfield Lambda | (4,700,000) | 09-1239 ECF 23-1 Ex. 9 |
| 5/17/2004 | Fairfield Investment Fund | (1,700,000) | 09-1239 ECF 23-1 Ex. 15 |
| 5/17/2004 | Quilvest | (213,847) | 11-2538 ECF 1-4 |
| 5/17/2004 | Barclays Spain | (146,471) | 11-2569 ECF 1-4 |
| 5/17/2004 | Barclays Suisse | (107,412) | 11-2569 ECF 1-7 |
| 5/17/2004 | Credit Suisse London Nominees | (34,177) | 11-2925 ECF 1-5 |
| 5/17/2004 | Banco Itau | (298,273) | 12-1019 ECF 1-6 |
| 5/17/2004 | SNS Defendants | (179,222) | 12-1046 ECF 1-3 |
| 5/17/2004 | Citivic | (333,953) | 12-1513 ECF 1-3 |
| 5/17/2004 | UKFP | (57,270) | 12-1566 ECF 1-2 |
| 5/17/2004 | BBH | (110,312) | 12-1670 ECF 1-9 |
| 5/18/2004 | Credit Suisse AG, Nassau | (282,000) | 11-2925 ECF 1-5 |
| 5/18/2004 | Credit Suisse London Nominees | (728,448) | 11-2925 ECF 1-5 |
| 5/18/2004 | Lloyds | (149,916) | 12-1207 ECF 1-3 |
| 5/18/2004 | Lloyds | (489,134) | 12-1207 ECF 1-3 |
| 6/9/2004 | SG Suisse | (4,057,014) | 12-1677 ECF 1-5 |
| 6/17/2004 | Fairfield Sigma | (2,500,000) | 09-1239 ECF 23-1 Ex. 8 |
| 6/17/2004 | Fairfield Lambda | (850,000) | 09-1239 ECF 23-1 Ex. 9 |
| 6/17/2004 | Fairfield Investment Fund | (1,000,000) | 09-1239 ECF 23-1 Ex. 15 |
| 6/17/2004 | FIF Advanced | (1,000,000) | 09-1239 ECF 23-1 Ex. 18 |
| 6/17/2004 | Quilvest | (296,957) | 11-2538 ECF 1-4 |
| 6/17/2004 | MLBS | (304,703) | 11-2910 ECF 1-3 |
| 6/17/2004 | MLBS | (452,140) | 11-2910 ECF 1-3 |
| 6/17/2004 | BJB | (235,899) | 11-2922 ECF 1-3 |
| 6/17/2004 | BJB | (2,424,766) | 11-2922 ECF 1-3 |
| 6/17/2004 | Credit Suisse London Nominees | (19,658) | 11-2925 ECF 1-5 |
| 6/17/2004 | Credit Suisse London Nominees | (180,079) | 11-2925 ECF 1-5 |
| 6/17/2004 | Credit Suisse Nominees | (211,100) | 11-2925 ECF 1-5 |
| 6/17/2004 | Credit Suisse London Nominees | (760,499) | 11-2925 ECF 1-5 |

| | | | |
|---|---|---|---|
| 6/17/2004 | BG Valores | (270,301) | 12-1048 ECF 1-3 |
| 6/17/2004 | BSI | (152,892) | 12-1209 ECF 1-3 |
| 6/17/2004 | ZCM | (110,000) | 12-1512 ECF 1-6 |
| 6/17/2004 | UKFP | (27,286) | 12-1566 ECF 1-2 |
| 6/17/2004 | UKFP | (144,242) | 12-1566 ECF 1-2 |
| 6/17/2004 | Clariden | (132,693) | 12-1676 ECF 1-5 |
| 6/17/2004 | Clariden | (168,157) | 12-1676 ECF 1-5 |
| 6/17/2004 | Bank Leu | (184,787) | 12-1676 ECF 1-5 |
| 6/17/2004 | SG Suisse | (917,263) | 12-1677 ECF 1-5 |
| 6/17/2004 | EFG Bank | (1,210,014) | 12-1690 ECF 1-7 |
| 6/18/2004 | Inteligo | (111,040) | 11-2763 ECF 1-4 |
| 7/16/2004 | Fairfield Investment Trust | (1,110,000) | 09-1239 ECF 23-1 Ex. 16 |
| 7/16/2004 | Fairfield Investment Trust | (150,000) | 09-1239 ECF 23-1 Ex. 17 |
| 7/16/2004 | Safra New York | (149,324) | 11-1885 ECF 1-3 |
| 7/16/2004 | Quilvest | (1,260,875) | 11-2538 ECF 1-4 |
| 7/16/2004 | BPES | (209,054) | 11-2571 ECF 1-4 |
| 7/16/2004 | BPES | (721,734) | 11-2571 ECF 1-4 |
| 7/16/2004 | ASB | (2,000,000) | 11-2730 ECF 1-4 |
| 7/16/2004 | Somers Dublin | (630,000) | 11-2784 ECF 1-3 |
| 7/16/2004 | BJB | (167,154) | 11-2922 ECF 1-3 |
| 7/16/2004 | BJB | (376,895) | 11-2922 ECF 1-3 |
| 7/16/2004 | Credit Suisse London Nominees | (796,396) | 11-2925 ECF 1-5 |
| 7/16/2004 | Schroder & Co. Bank AG | (29,865) | 12-1210 ECF 1-14 |
| 7/16/2004 | ZCM | (200,000) | 12-1512 ECF 1-6 |
| 7/16/2004 | UKFP | (62,547) | 12-1566 ECF 1-2 |
| 7/16/2004 | UKFP | (64,647) | 12-1566 ECF 1-2 |
| 7/16/2004 | UKFP | (99,002) | 12-1566 ECF 1-2 |
| 7/16/2004 | UKFP | (129,484) | 12-1566 ECF 1-2 |
| 7/16/2004 | BBH | (258,062) | 12-1670 ECF 1-9 |
| 7/16/2004 | Clariden | (55,698) | 12-1676 ECF 1-5 |
| 7/16/2004 | SG Suisse | (84,926) | 12-1677 ECF 1-5 |
| 7/16/2004 | SG Suisse | (546,099) | 12-1677 ECF 1-5 |
| 7/16/2004 | SG Suisse | (3,597,810) | 12-1677 ECF 1-5 |
| 7/16/2004 | EFG Bank | (376,457) | 12-1690 ECF 1-7 |
| 7/16/2004 | Lombard Odier | (853,110) | 12-1693 ECF 1-3 |
| 7/16/2004 | ABN AMRO Defendants | (1,000,000) | 12-1697 ECF 1-3 |
| 7/16/2004 | RBC-Jersey | (128,459) | 12-1699 ECF 1-5 |
| 7/22/2004 | Guernroy or RBC-CI | (24,965) | 12-1699 ECF 1-5 |
| 8/13/2004 | Fairfield Sigma | (3,200,000) | 09-1239 ECF 23-1 Ex. 8 |
| 8/13/2004 | Fairfield Lambda | (900,000) | 09-1239 ECF 23-1 Ex. 9 |
| 8/13/2004 | Safra New York | (5,000,000) | 11-1885 ECF 1-3 |
| 8/13/2004 | Barclays Suisse | (564,757) | 11-2569 ECF 1-7 |
| 8/13/2004 | BPES | (104,614) | 11-2571 ECF 1-4 |
| 8/13/2004 | ASB | (2,000,000) | 11-2730 ECF 1-4 |
| 8/13/2004 | BJB | (157,858) | 11-2922 ECF 1-3 |

| Date | Entity | Amount | Reference |
|---|---|---|---|
| 8/13/2004 | BJB | (970,192) | 11-2922 ECF 1-3 |
| 8/13/2004 | Credit Suisse AG | (43,918) | 11-2925 ECF 1-5 |
| 8/13/2004 | Credit Suisse AG | (44,835) | 11-2925 ECF 1-5 |
| 8/13/2004 | Credit Suisse London Nominees | (344,519) | 11-2925 ECF 1-5 |
| 8/13/2004 | BSI | (41,846) | 12-1209 ECF 1-3 |
| 8/13/2004 | BSI | (129,522) | 12-1209 ECF 1-3 |
| 8/13/2004 | BSI | (498,163) | 12-1209 ECF 1-3 |
| 8/13/2004 | ZCM | (120,000) | 12-1512 ECF 1-6 |
| 8/13/2004 | UKFP | (25,745) | 12-1566 ECF 1-2 |
| 8/13/2004 | UKFP | (58,435) | 12-1566 ECF 1-2 |
| 8/13/2004 | UKFP | (67,900) | 12-1566 ECF 1-2 |
| 8/13/2004 | UKFP | (126,543) | 12-1566 ECF 1-2 |
| 8/13/2004 | SG Suisse | (399,935) | 12-1677 ECF 1-5 |
| 8/13/2004 | ABN AMRO Defendants | (1,000,000) | 12-1697 ECF 1-3 |
| 8/31/2004 | SG UK | (39,820) | 12-1677 ECF 1-5 |
| 9/15/2004 | Fairfield Sigma | (850,000) | 09-1239 ECF 23-1 Ex. 8 |
| 9/15/2004 | Fairfield Lambda | (115,000) | 09-1239 ECF 23-1 Ex. 9 |
| 9/15/2004 | Fairfield Investment Fund | (2,000,000) | 09-1239 ECF 23-1 Ex. 15 |
| 9/15/2004 | Fairfield Investment Trust | (50,000) | 09-1239 ECF 23-1 Ex. 16 |
| 9/15/2004 | Fairfield Investment Trust | (75,000) | 09-1239 ECF 23-1 Ex. 17 |
| 9/15/2004 | FIF Advanced | (2,400,000) | 09-1239 ECF 23-1 Ex. 18 |
| 9/15/2004 | Safra New York | (6,582,271) | 11-1885 ECF 1-3 |
| 9/15/2004 | Delta Bank | (305,894) | 11-2551 ECF 1-4 |
| 9/15/2004 | Barclays Suisse | (519,454) | 11-2569 ECF 1-7 |
| 9/15/2004 | BJB | (225,685) | 11-2922 ECF 1-3 |
| 9/15/2004 | BJB | (452,329) | 11-2922 ECF 1-3 |
| 9/15/2004 | Credit Suisse London Nominees | (302,865) | 11-2925 ECF 1-5 |
| 9/15/2004 | BG Valores | (666,162) | 12-1048 ECF 1-3 |
| 9/15/2004 | BSI | (132,877) | 12-1209 ECF 1-3 |
| 9/15/2004 | BSI | (506,290) | 12-1209 ECF 1-3 |
| 9/15/2004 | Schroder & Co. Bank AG | (153,189) | 12-1210 ECF 1-14 |
| 9/15/2004 | UKFP | (203,707) | 12-1566 ECF 1-2 |
| 9/15/2004 | SG Suisse | (98,825) | 12-1677 ECF 1-5 |
| 9/15/2004 | Medium Volatility | (3,740,436) | 12-1680 ECF 1-4 |
| 10/19/2004 | Fairfield Investment Trust | (450,000) | 09-1239 ECF 23-1 Ex. 17 |
| 10/19/2004 | FIF Advanced | (500,000) | 09-1239 ECF 23-1 Ex. 18 |
| 10/19/2004 | BPES | (101,489) | 11-2571 ECF 1-4 |
| 10/19/2004 | ASB | (4,000,000) | 11-2730 ECF 1-4 |
| 10/19/2004 | MLBS | (60,893) | 11-2910 ECF 1-3 |
| 10/19/2004 | BJB | (71,042) | 11-2922 ECF 1-3 |
| 10/19/2004 | BJB | (213,127) | 11-2922 ECF 1-3 |
| 10/19/2004 | Credit Suisse London Nominees | (70,027) | 11-2925 ECF 1-5 |
| 10/19/2004 | Credit Suisse Nominees | (131,936) | 11-2925 ECF 1-5 |
| 10/19/2004 | Arden Management | (3,648,658) | 12-1023 ECF 1-3 |
| 10/19/2004 | Arden Management | (4,765,137) | 12-1023 ECF 1-3 |

| Date | Entity | Amount | Reference |
|---|---|---|---|
| 10/19/2004 | SNS Defendants | (99,865) | 12-1046 ECF 1-3 |
| 10/19/2004 | BG Valores | (117,473) | 12-1048 ECF 1-3 |
| 10/19/2004 | UKFP | (28,001) | 12-1566 ECF 1-2 |
| 10/19/2004 | Bank Leu | (304,467) | 12-1676 ECF 1-5 |
| 10/19/2004 | Bank Leu | (507,445) | 12-1676 ECF 1-5 |
| 10/19/2004 | SG Suisse | (37,287) | 12-1677 ECF 1-5 |
| 10/19/2004 | Guernroy or RBC-CI | (25,000) | 12-1699 ECF 1-5 |
| 11/16/2004 | Quilvest | (293,383) | 11-2538 ECF 1-4 |
| 11/16/2004 | BPES | (144,154) | 11-2571 ECF 1-4 |
| 11/16/2004 | KEB | (33,460) | 11-2572 ECF 1-3 |
| 11/16/2004 | MLBS | (91,365) | 11-2910 ECF 1-3 |
| 11/16/2004 | Credit Suisse Nominees | (40,607) | 11-2925 ECF 1-5 |
| 11/16/2004 | Credit Suisse Wealth | (2,793,721) | 11-2925 ECF 1-5 |
| 11/16/2004 | Banco Itau | (25,000) | 12-1019 ECF 1-6 |
| 11/16/2004 | Banco Itau | (418,980) | 12-1019 ECF 1-6 |
| 11/16/2004 | SNS Defendants | (159,128) | 12-1046 ECF 1-3 |
| 11/16/2004 | BSI | (130,276) | 12-1209 ECF 1-3 |
| 11/16/2004 | Citivic | (166,487) | 12-1513 ECF 1-3 |
| 11/16/2004 | UKFP | (30,049) | 12-1566 ECF 1-2 |
| 11/16/2004 | UKFP | (38,302) | 12-1566 ECF 1-2 |
| 11/16/2004 | UKFP | (98,004) | 12-1566 ECF 1-2 |
| 11/16/2004 | Clariden | (50,718) | 12-1676 ECF 1-5 |
| 11/16/2004 | Dexia Banque | (46,627) | 12-1698 ECF 1-5 |
| 11/16/2004 | RBC-Suisse | (441,537) | 12-1699 ECF 1-5 |
| 12/13/2004 | FIF Advanced | (880,000) | 09-1239 ECF 23-1 Ex. 18 |
| 12/13/2004 | Quilvest | (153,477) | 11-2538 ECF 1-4 |
| 12/13/2004 | BPES | (117,665) | 11-2571 ECF 1-4 |
| 12/13/2004 | BPES | (122,781) | 11-2571 ECF 1-4 |
| 12/13/2004 | MLBS | (178,033) | 11-2910 ECF 1-3 |
| 12/13/2004 | MLBS | (200,543) | 11-2910 ECF 1-3 |
| 12/13/2004 | MLBS | (201,566) | 11-2910 ECF 1-3 |
| 12/13/2004 | MLBS | (347,880) | 11-2910 ECF 1-3 |
| 12/13/2004 | MLBS | (404,155) | 11-2910 ECF 1-3 |
| 12/13/2004 | MLBS | (2,455,626) | 11-2910 ECF 1-3 |
| 12/13/2004 | Credit Suisse London Nominees | (15,962) | 11-2925 ECF 1-5 |
| 12/13/2004 | Bank Vontobel | (270,252) | 12-1202 ECF 1-9 |
| 12/13/2004 | ZCM | (90,000) | 12-1512 ECF 1-6 |
| 12/13/2004 | UKFP | (124,889) | 12-1566 ECF 1-2 |
| 12/13/2004 | EFG Bank | (216,914) | 12-1690 ECF 1-7 |
| 12/13/2004 | BD Lux | (115,906) | 12-1691 ECF 1-4 |
| 12/13/2004 | RBC-Suisse | (146,765) | 12-1699 ECF 1-5 |
| 1/14/2005 | Quilvest | (140,214) | 11-2538 ECF 1-4 |
| 1/14/2005 | Quilvest | (652,095) | 11-2538 ECF 1-4 |
| 1/14/2005 | BPES | (22,564) | 11-2571 ECF 1-4 |
| 1/14/2005 | BPES | (51,281) | 11-2571 ECF 1-4 |

| Date | Party | Amount | Reference |
|---|---|---|---|
| 1/14/2005 | MLBS | (338) | 11-2910 ECF 1-3 |
| 1/14/2005 | MLBS | (177,434) | 11-2910 ECF 1-3 |
| 1/14/2005 | BJB | (275,894) | 11-2922 ECF 1-3 |
| 1/14/2005 | BJB | (633,254) | 11-2922 ECF 1-3 |
| 1/14/2005 | Credit Suisse London Nominees | (352,068) | 11-2925 ECF 1-5 |
| 1/14/2005 | Credit Suisse London Nominees | (653,326) | 11-2925 ECF 1-5 |
| 1/14/2005 | Banco Itau | (263,792) | 12-1019 ECF 1-6 |
| 1/14/2005 | SNS Defendants | (20,513) | 12-1046 ECF 1-3 |
| 1/14/2005 | Kookmin Bank | (1,064,388) | 12-1194 ECF 1-3 |
| 1/14/2005 | Banca Del Gottardo | (122,286) | 12-1209 ECF 1-4 |
| 1/14/2005 | Banca Del Gottardo | (536,927) | 12-1209 ECF 1-4 |
| 1/14/2005 | Schroder & Co. Bank AG | (2,443,798) | 12-1210 ECF 1-14 |
| 1/14/2005 | ZCM | (50,000) | 12-1512 ECF 1-6 |
| 1/14/2005 | UKFP | (51,774) | 12-1566 ECF 1-2 |
| 1/14/2005 | SG Suisse | (1,285,534) | 12-1677 ECF 1-5 |
| 1/14/2005 | Bordier | (6,872) | 12-1695 ECF 1-3 |
| 1/17/2005 | BBH | (235,899) | 12-1670 ECF 1-9 |
| 1/18/2005 | Credit Suisse London Nominees | (89,425) | 11-2925 ECF 1-5 |
| 2/11/2005 | Arden Management | (4,172,864) | 12-1023 ECF 1-3 |
| 2/16/2005 | Fairfield Lambda | (1,400,000) | 09-1239 ECF 23-1 Ex. 9 |
| 2/16/2005 | FIF Advanced | (200,000) | 09-1239 ECF 23-1 Ex. 18 |
| 2/16/2005 | FIF Advanced | (4,580,000) | 09-1239 ECF 23-1 Ex. 18 |
| 2/16/2005 | Orbita | (30,662,226) | 11-2537 ECF 1-3 |
| 2/16/2005 | BPES | (432,963) | 11-2571 ECF 1-4 |
| 2/16/2005 | KEB | (623,600) | 11-2572 ECF 1-3 |
| 2/16/2005 | KEB | (1,870,791) | 11-2572 ECF 1-3 |
| 2/16/2005 | ASB | (22,700,784) | 11-2730 ECF 1-4 |
| 2/16/2005 | Trincastar | (2,000,000) | 11-2731 ECF 1-3 |
| 2/16/2005 | BJB | (451,611) | 11-2922 ECF 1-3 |
| 2/16/2005 | SNS Defendants | (23,710) | 12-1046 ECF 1-3 |
| 2/16/2005 | SNS Defendants | (24,318) | 12-1046 ECF 1-3 |
| 2/16/2005 | BG Valores | (223,491) | 12-1048 ECF 1-3 |
| 2/16/2005 | ZCM | (110,000) | 12-1512 ECF 1-6 |
| 2/16/2005 | SG Suisse | (93,860) | 12-1677 ECF 1-5 |
| 2/16/2005 | EFG Bank | (304,631) | 12-1690 ECF 1-7 |
| 2/17/2005 | Safra New York | (27,149,445) | 11-1885 ECF 1-3 |
| 2/28/2005 | Credit Suisse London Nominees | (10,309) | 11-2925 ECF 1-5 |
| 3/15/2005 | Multi-Strategy Fund | ($25,763,374) | 12-1205 ECF 1-6 |
| 3/15/2005 | Safra New York | ($117,162) | 11-1885 ECF 1-3 |
| 3/15/2005 | Safra New York | (351,445) | 11-1885 ECF 1-3 |
| 3/15/2005 | Safra New York | (1,077,355) | 11-1885 ECF 1-3 |
| 3/15/2005 | Safra New York | (1,764,084) | 11-1885 ECF 1-3 |
| 3/15/2005 | BPES | (403,508) | 11-2571 ECF 1-4 |
| 3/15/2005 | KEB | (3,493,631) | 11-2572 ECF 1-3 |
| 3/15/2005 | ASB | (20,185,729) | 11-2730 ECF 1-4 |

| 3/15/2005 | ABN Switzerland | (537,462) | 11-2760 ECF 1-3 |
|---|---|---|---|
| 3/15/2005 | MLBS | (162,293) | 11-2910 ECF 1-3 |
| 3/15/2005 | BJB | (103,464) | 11-2922 ECF 1-3 |
| 3/15/2005 | BJB | (181,785) | 11-2922 ECF 1-3 |
| 3/15/2005 | Credit Suisse London Nominees | (25,628) | 11-2925 ECF 1-5 |
| 3/15/2005 | Credit Suisse London Nominees | (2,102,378) | 11-2925 ECF 1-5 |
| 3/15/2005 | Credit Suisse London Nominees | (13,871,693) | 11-2925 ECF 1-5 |
| 3/15/2005 | Banco Itau | (132,951) | 12-1019 ECF 1-6 |
| 3/15/2005 | Banco Itau | (144,704) | 12-1019 ECF 1-6 |
| 3/15/2005 | Banco Itau | (300,000) | 12-1019 ECF 1-6 |
| 3/15/2005 | Grosvenor Balanced | (8,000,000) | 12-1021 ECF 1-4 |
| 3/15/2005 | SNS Defendants | (385,402) | 12-1046 ECF 1-3 |
| 3/15/2005 | BG Valores | (652,565) | 12-1048 ECF 1-3 |
| 3/15/2005 | Lloyds | (264,949) | 12-1207 ECF 1-3 |
| 3/15/2005 | BSI | (52,487) | 12-1209 ECF 1-3 |
| 3/15/2005 | Schroder & Co. Bank AG | (61,043) | 12-1210 ECF 1-14 |
| 3/15/2005 | ZCM | (70,000) | 12-1512 ECF 1-6 |
| 3/15/2005 | SG Suisse | (90,706) | 12-1677 ECF 1-5 |
| 3/15/2005 | Low Volatility | (6,913,079) | 12-1680 ECF 1-3 |
| 3/15/2005 | ABN AMRO Defendants | (1,000,000) | 12-1697 ECF 1-3 |
| 3/15/2005 | Dexia Banque Suisse | (7,408) | 12-1698 ECF 1-5 |
| 3/15/2005 | RBC-Suisse | (17,082) | 12-1699 ECF 1-5 |
| Total | | $494,636,548 | |

(d)     Further, BLMIS transferred $175,000,000 into Sentry on April 1, 2005. (Paccione Decl. Ex. E). But only four days later, Sentry exhausted all of that money: on April 4, 2005, Sentry transferred $200,000,000 to Defendant Abu Dhabi Investment Authority ("ADIA"). **Exhibit H** is a true and correct copy of an exhibit from *Picard v. ADIA*, Adv. Pro. No. 11-2493-cgm ECF 1-5. This would make it impossible for Sentry's May 13, 2005 transfer to Lloyds for $107,030 to have originated with BLMIS when BLMIS's money was clearly exhausted one month before the Lloyds subsequent transfer. (Compl. Ex. C).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2022.

/s/ *Anthony Paccione*
Anthony Paccione