# EXHIBIT G

# EXHIBIT E

08-01789-cgm Doc 21925-7 Filed 05/8/22 Entered 05/8/22 15:38:32 Exhibit G
(Index and Excerpts from Exhibits to 3rd Am Compl vs Sentry)    Pg 2 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 1 of 5

**In re: Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff, Debtors**

**Irving H. Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,**

**v.**

**Fairfield Sentry Limited, et al.**

**Adv. Pro. No. 09-1239 (BRL)**

# Exhibits 1-111 to the Amended Complaint as listed on the attached index are available for review upon written or telephonic request to:

**Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:  Nikki Landrio
Tel:  (212) 589-4221
Email: nlandrio@bakerlaw.com**

08-01789-cgm Doc 21657 Filed 05/28/22 Entered 05/28/22 15:23:32 Exhibit G
(Index and Excerpts from Exhibits to 4th Am Compl vs Sentry)   Pg 3 of 71

09-01239-smb   Doc 23-1   Filed 07/20/10   Entered 07/20/10 18:04:07   Exhibit 1
through 111   Pg 2 of 5

| Exhibit Number | Exhibit Description |
| --- | --- |
| 1 | Exemplar BLMIS account agreements for Fairfield Sentry Limited |
| 2 | Summary chart of Fairfield Sentry Limited's withdrawals from its BLMIS accounts |
| 3 | FGG press release dated May 12, 2009 |
| 4 | Exemplar BLMIS account agreements for Greenwich Sentry, L.P. |
| 5 | Summary chart of Greenwich Sentry, L.P.'s withdrawals from its BLMIS account |
| 6 | Exemplar BLMIS account agreements for Greenwich Sentry Partners, L.P. |
| 7 | Summary chart of Greenwich Sentry Partners, L.P.'s withdrawals from its BLMIS account |
| 8 | Fairfield Sigma Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 9 | Fairfield Lambda Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 10 | Chester Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 11 | Chester Global Strategy Fund, L.P.'s redemption confirmation for a withdrawal from Greenwich Sentry, L.P. |
| 12 | Irongate Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 13 | Fairfield Greenwich Fund (Luxembourg)'s redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 14 | Internal FGG chart showing Fairfield Guardian Fund's redemptions from Fairfield Sentry Limited |
| 15 | Fairfield Investment Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 16 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (USD) Fund, for withdrawals from Fairfield Sentry Limited |
| 17 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (JPY) Fund, for withdrawals made from Fairfield Sentry Limited |
| 18 | FIF Advanced, Ltd.'s redemption confirmations for withdrawals made from Fairfield Sentry Limited |
| 19 | Sentry Select Limited's redemption confirmation for a withdrawal from Fairfield Sentry Limited |
| 20 | Stable Fund's redemption confirmation for the October 2008 withdrawal made from Fairfield Sentry Limited |
| 21 | July 2, 2003 email from FGG's Thomann to Tucker and Boele |
| 22 | Excerpt from an FGG chart that contains the proposed shareholder register for Fairfield Greenwich Limited |
| 23 | April 2009 Vanity Fair article entitled, "Greenwich Mean Time" |
| 24 | March 31, 2009 Wall Street Journal article entitled, "The Charming Mr. Piedrahita Finds Himself Caught in the Madoff Storm" |
| 25 | FGG employment offer letter to Vijayvergiya |
| 26 | FGG's split-strike conversion strategy summary |

08-01789-cgm Doc 22557 Filed 05/08/22 Entered 05/08/22 15:38:32 Exhibit G
(Index and Excerpts from Exhibits to 5th Am Compl vs Sentry)    Pg 4 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 3 of 5

| Exhibit Number | Exhibit Description |
|---|---|
| 27 | Worksheets detailing FGG partner compensation for 2008 |
| 28 | May 22, 2003 email from Landsberger to Tucker |
| 29 | July 15, 2004 email from Toub to Vijayvergiya |
| 30 | March 25, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Ludwig |
| 31 | August 22, 2003 email from Blum to Vijayvergiya and Landsberger |
| 32 | April 5, 2004 email from FGG's Chaudhuri to Tucker |
| 33 | June 24, 2004 email from Vijayvergiya to Lipton, McKeefry, and FGG's Ludwig |
| 34 | August 7, 2004 email from Vijayvergiya to Landsberger and McKenzie |
| 35 | January 14, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Nevin |
| 36 | March 25, 2003 email from Blum to Lipton and Tucker |
| 37 | April 9, 2004 email from FGG's Boncompagni to Boele, Vijayvergiya, Tucker, Blum, Greisman, Lipton, Smith, and others at FGG |
| 38 | March 15, 2008 email from Landsberger to Smith, Toub, della Schiava, Vijayvergiya, Tucker, and the Executive Committee |
| 39 | Transcript of the telephone call between McKeefry, Vijayvergiya, and Madoff |
| 40 | June 2001 letter to Fairfield Sentry Limited's investors |
| 41 | August 2008 emails between Vijayvergiya, Murphy, Piedrahita, Landsberger, Toub, Tucker, and the Executive Committee |
| 42 | Notes of the SEC's telephone interview of Vijayvergiya and McKeefry |
| 43 | SEC phone log exhibit from the SEC Office of Inspector General's Report on Madoff |
| 44 | SEC Case Closing Recommendation for BLMIS |
| 45 | October 2002 marketing brochure for Fairfield Sentry Limited |
| 46 | December 19, 2003 email from Vijayvergiya to FGG's Musciacco |
| 47 | September 19, 2003 email from Blum to Tucker |
| 48 | November 24, 2003 email from Blum to Landsberger, Greisman, Tucker, and Piedrahita |
| 49 | May 2005 transcript of mock investor phone interview between Lipton and Vijayvergiya during a sales team training session |
| 50 | May 7, 2008 memorandum summarizing an investor meeting with FGG |
| 51 | December 2, 2003 email from FGG's della Schiava to Noel, Piedrahita, Tucker, and Blum |
| 52 | September 5, 2005 email from Capital Research's Jan Buren to FGG's Carla Castillo |
| 53 | September 1, 2005 email from FGG's Castillo to Vijayvergiya |
| 54 | September 12, 2005 email from FGG's Castillo to Lipton |
| 55 | Excerpts from the transcript of Lipton's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 56 | November 2, 2005 FGG Investment Team Presentation |
| 57 | Notes taken during a 2006 due diligence meeting on Fairfield Sentry Limited |
| 58 | Fairfield Sentry Limited Due Diligence Questionnaire |
| 59 | August 20, 2008 email from Lipton to Vijayvergiya |
| 60 | Fairfield Sentry Limited's October 2008 marketing tear sheet |
| 61 | August 6, 2003 email from Vijayvergiya to CBG Investment Advisors Inc.'s Martin |
| 62 | April 15, 2008 email from Lipton to McKenzie |

08-01789-smbm DDoc2192557 FFiledd0052/824/222 EEnntteerreed0052/824/2221158238:2 EExxhhiibbiittEG
(Index and Excerpts from Exhibits PgT6ustee Am Compl vs Sentry)    Pg 5 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 4 of 5

| Exhibit Number | Exhibit Description |
| --- | --- |
| 63 | BLMIS's Master Agreement for OTC Options |
| 64 | May 26, 2005 email from Vijayvergiya to Tucker |
| 65 | June 4, 2008 memorandum summarizing Vijayvergiya's telephone conference with Madoff |
| 66 | July 23, 2008 email from Vijayvergiya to Barreneche |
| 67 | February 27, 2004 email from Vijayvergiya to FGG's Musciacco |
| 68 | December 11, 2003 email from Vijayvergiya to della Schiava |
| 69 | February 1, 2005 email from FGG's Perry to Tucker |
| 70 | June 21, 2007 email from Piedrahita to Landsberger, Vijavergiya, Lipton, and the Executive Committee |
| 71 | June 10, 2008 email from Vijayvergiya to McKenzie and FGG's Attavar |
| 72 | May 2008 internal FGG notes in response to investor questions |
| 73 | June 2, 2008 email from FGG's Horn to Vijayvergiya |
| 74 | October 21, 2008 email from Merrill Lynch's Craane to Barreneche |
| 75 | Spreadsheet accompanying a May 2008 report from Berman |
| 76 | June 13, 2008 email from Berman to Vijayvergiya |
| 77 | Berman's notes from a June 25, 2008 telephone call with FGG |
| 78 | December 10, 2008 draft letter from Tucker to Madoff |
| 79 | December 12, 2008 FGG press release |
| 80 | February 5, 2009 Wall Street Journal article entitled, "Markopolos Testifies Fairfield Knew Little About Madoff" |
| 81 | December 14, 2008 Salus Alpha Group press release |
| 82 | May 2001 MAR/Hedge article entitled, "Madoff tops charts; skeptics ask how" |
| 83 | May 7, 2001 Barron's article entitled, "Don't Ask, Don't Tell" |
| 84 | Excerpts from the transcript of Noel's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 85 | Excerpts from the transcript of Tucker's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 86 | May 23, 2005 email from FGG's Ross to Vijayvergiya |
| 87 | September 24, 2003 email from della Schiava to FGG's Barco |
| 88 | March 2003 article entitled, "Understanding and Mitigating Operational Risk in Hedge Fund Investments" |
| 89 | 2004 article entitled, "Valuation issues and operational risk in hedge funds" |
| 90 | 2006 article entitled, "Hedge fund operational risk:  meeting the demand for higher transparency and best practice" |
| 91 | May 11, 2001 email from Thorp to Dillon |
| 92 | November 11, 2004 redacted email from Cambridge Associates LLC's Sherman to Cambridge Associates LLC's Kleeblatt and Woolston |
| 93 | December 17, 2008 New York Times article entitled, "European Banks Tally Losses Linked to Fraud" |
| 94 | December 15, 2008 email from Acorn Partners LP's Rosenkranz to Zuckerman and Probert |
| 95 | December 12, 2008 email from Acorn Partners LP to its investors |

08121-7895gom Doc-21925-7 Filed 05/24/22 Entered 05/24/22 15:82:32 Exhibit G
(Index and Excerpts from Exhibits to Trustee Am Compl vs Sentry)    Pg 6 of 71

09-01239-smb    Doc 23-1    Filed 07/20/10    Entered 07/20/10 18:04:07    Exhibit 1
through 111    Pg 5 of 5

| Exhibit Number | Exhibit Description |
|---|---|
| 96 | February 25, 2004 email from Noel to Piedrahita, Tucker, Toub, Landsberger, and Caledon Partners' Horne |
| 97 | January 7, 2009 Bloomberg article entitled, "Credit Suisse Urged Clients to Dump Madoff Funds" |
| 98 | June 15, 2005 email from Merrill Lynch's El Hicheri to Dutruit |
| 99 | December 2006 email from Merrill Lynch's El Hicheri to Fuehrer |
| 100 | February 6, 2008 email from Merrill Lynch's Personne to Homes and Alberici |
| 101 | 2007 report by Aksia |
| 102 | December 11, 2008 letter from Aksia's Vos to his clients and friends |
| 103 | August 14, 2007 email from Institutional Investor Inc.'s Ocrant to Vos |
| 104 | August 23, 2007 email from Aksia's Gray to Vos |
| 105 | December 19, 2008 email from Sitrick and Company's Kabrin to FGG's Ludwig |
| 106 | February 5, 2009 email from Sitrick and Company's Kabrin to Thorne |
| 107 | December 31, 2008 Bloomberg Businessweek article entitled, "The Madoff Case Could Reel in Former Investors" |
| 108 | December 15, 2008 Albourne press release entitled, "Albourne on Madoff" |
| 109 | August 2009 SEC Office of Inspector General's report on Madoff |
| 110 | April 2004 Limited Partnership Agreement for Greenwich Sentry, L.P. |
| 111 | April 2004 Limited Partnership Agreement for Greenwich Sentry Partners, L.P. |

# Exhibit 8



| CITCO GLOBAL CUSTODY NV | | Fund ID | : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | | Holder ID | : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | | Account ID | : 0002156 |
| KINSALE ROAD | | Contract No. | : 4806302 |
| CORK | | Date | : Jul-29-2009 |
| IRELAND | | Order No. | : 2776002 |
| | | Email | : TRADECONFIRM@CITCO.COM |
| | | FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 1,996.9900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,800,000.00 |
| Net Redemption Proceeds | USD | 1,800,000.00 |
| Amount to be Paid | USD | 1,800,000.00 |
| Proceeds Paid to Date | USD | 1,800,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358108-1250-R001460

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5052202
Date         : Jul-29-2009
Order No.    : 3053902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 3,264.3100 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 3,000,000.00 |
| Net Redemption Proceeds | USD | 3,000,000.00 |
| Amount to be Paid | USD | 3,000,000.00 |
| Proceeds Paid to Date | USD | 3,000,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358108-1250-R001549
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND

Fund ID : 03302  
Holder ID : 00005502  
Account ID : 0002156  
Contract No. : 5193102  
Date : Jul-29-2009  
Order No. : 3267402  
Email : TRADECONFIRM@CITCO.COM  
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 750.8800 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| Net Redemption Proceeds | USD | 700,000.00 |
| Amount to be Paid | USD | 700,000.00 |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: 358108-1250-R001581  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands

www.citco.com

Phone: (31-20) 5722100  
Fax: (31-20) 5722610  
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5325902 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 2,782.7800 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,600,000.00 |
| Net Redemption Proceeds | USD | 2,600,000.00 |
| Amount to be Paid | USD | 2,600,000.00 |
| Proceeds Paid to Date | USD | 2,600,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358108-1250-R1599
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

**C I T C O**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5326002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 11,238.1400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 10,500,000.00 |
| | | |
| Net Redemption Proceeds | USD | 10,500,000.00 |
| Amount to be Paid | USD | 10,500,000.00 |
| Proceeds Paid to Date | USD | 10,500,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: 358108-1250-R1601

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Telepont*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*

## CITCO

*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID    : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID   : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 0002156 |
| KINSALE ROAD | Contract No. : 5439002 |
| CORK | Date      : Jul-29-2009 |
| IRELAND | Order No.   : 3422502 |
| | Email      : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 636.2500 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 600,000.00 |
| | | |
| Net Redemption Proceeds | USD | 600,000.00 |
| Amount to be Paid | USD | 600,000.00 |
| Proceeds Paid to Date | USD | 600,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 358108-1250-R001628

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Telenort*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*



CITCO GLOBAL CUSTODY NV                      Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD         Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK              Account ID   : 0002156
KINSALE ROAD                                 Contract No. : 5586802
CORK                                         Date         : Jul-29-2009
IRELAND                                      Order No.    : 3625802
                                             Email        : TRADECONFIRM@CITCO.COM
                                             FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2003 |
| Trade Date | | Oct-31-2003 |
| Payment Date | | Nov-19-2003 |
| No. of voting shares Redeemed | | 2,250.1200 |
| Redemption Price | USD | 955.5033 |
| Gross Redemption Proceeds | USD | 2,150,000.00 |
| Net Redemption Proceeds | USD | 2,150,000.00 |
| Amount to be Paid | USD | 2,150,000.00 |
| Proceeds Paid to Date | USD | 2,150,000.00 |

Your balance following this transaction will be 748,630.1300 voting shares .

Note: YREF 358108-1250-R001657
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5836302
Date         : Jul-29-2009
Order No.    : 3884302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2003 |
| Trade Date | | Jan-01-2004 |
| Payment Date | | Jan-21-2004 |
| | | |
| No. of voting shares Redeemed | | 9,030.7100 |
| Redemption Price | USD | 957.8430 |
| Gross Redemption Proceeds | USD | 8,650,000.00 |
| | | |
| Net Redemption Proceeds | USD | 8,650,000.00 |
| Amount to be Paid | USD | 8,650,000.00 |
| Proceeds Paid to Date | USD | 8,650,000.00 |

Your balance following this transaction will be 758,353.5900 voting shares .

Note: YREF 358108-1250-R001696
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No. : 6043902
Date        : Jul-29-2009
Order No.   : 4018002
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2004 |
| Trade Date | | Feb-01-2004 |
| Payment Date | | Feb-18-2004 |
| | | |
| No. of voting shares Redeemed | | 2,223.6700 |
| Redemption Price | USD | 966.8686 |
| Gross Redemption Proceeds | USD | 2,150,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,150,000.00 |
| Amount to be Paid | USD | 2,150,000.00 |
| Proceeds Paid to Date | USD | 2,150,000.00 |

Your balance following this transaction will be 759,124.0700 voting shares .

Note: YREF 358108-1250-R1709
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV                    Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD       Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK            Account ID   : 0002156
KINSALE ROAD                               Contract No. : 6339302
CORK                                       Date         : Jul-29-2009
IRELAND                                    Order No.    : 4195502
                                           Email        : TRADECONFIRM@CITCO.COM
                                           FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-24-2004 |
| No. of voting shares Redeemed | | 7,563.7700 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 7,350,000.00 |
| Net Redemption Proceeds | USD | 7,350,000.00 |
| Amount to be Paid | USD | 7,350,000.00 |
| Proceeds Paid to Date | USD | 7,350,000.00 |

Your balance following this transaction will be 705,592.8000 voting shares .

Note: Y REF 358108-1250-R001745
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 6540102
Date         : Jul-29-2009
Order No.    : 4291202
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| | | |
| No. of voting shares Redeemed | | 4,834.1000 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 4,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,700,000.00 |
| | | |
| Amount to be Paid | USD | 4,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,700,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: Y REF 358108-1250-R1760
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 6540202
Date         : Jul-29-2009
Order No.    : 4428802
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| No. of voting shares Redeemed | | 8,639.6700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 8,400,000.00 |
| Net Redemption Proceeds | USD | 8,400,000.00 |
| Amount to be Paid | USD | 8,400,000.00 |
| Proceeds Paid to Date | USD | 8,400,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: REF 358108-1250-R1773
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No.  : 6790102
Date          : Jul-29-2009
Order No.     : 4624802
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| | | |
| No. of voting shares Redeemed | | 7,885.5400 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 7,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 7,700,000.00 |
| | | |
| Amount to be Paid | USD | 7,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 7,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: Your ref 358108-1250-R001798
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7022402 |
| Date | : Jul-29-2009 |
| Order No. | : 4762002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 2,543.4600 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 2,500,000.00 |
| Net Redemption Proceeds | USD | 2,500,000.00 |
| Amount to be Paid | USD | 2,500,000.00 |
| Proceeds Paid to Date | USD | 2,500,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 358108-1250-R001832
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 7413502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 5069602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2004 |
| Trade Date | | Aug-01-2004 |
| Payment Date | | Aug-13-2004 |
| No. of voting shares Redeemed | | 3,211.8000 |
| Redemption Price | USD | 996.3257 |
| Gross Redemption Proceeds | USD | 3,200,000.00 |
| Net Redemption Proceeds | USD | 3,200,000.00 |
| Amount to be Paid | USD | 3,200,000.00 |
| Proceeds Paid to Date | USD | 3,200,000.00 |

Your balance following this transaction will be 660,533.8000 voting shares .

Note: Y REF 358108-1250-R001870
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV                     Fund ID       : 03302
CITCO GLOBAL SECURITIES SERVICES LTD        Holder ID     : 00005502
2600 CORK AIRPORT BUSINESS PARK             Account ID    : 0002156
KINSALE ROAD                                Contract No.  : 7590102
CORK                                        Date          : Jul-29-2009
IRELAND                                     Order No.     : 5198102
                                            Email         : TRADECONFIRM@CITCO.COM
                                            FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 841.9600 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 850,000.00 |
| | | |
| Net Redemption Proceeds | USD | 850,000.00 |
| | | |
| Amount to be Paid | USD | 850,000.00 |
| | | |
| Proceeds Paid to Date | USD | 850,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 358108-1250-R001892
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112

# Exhibit 9



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00005502
Account ID     : 0002156
Contract No. : 4806002
Date           : Jul-29-2009
Order No.      : 2776102
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 1,220.3800 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| Amount to be Paid | USD | 1,100,000.00 |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358106-1250-R001461
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112

# CITCO
### Citco Fund Services
### (Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5051502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3054302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 272.0300 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| | | |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358106-1250-R001551
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax:   (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |



CITCO GLOBAL CUSTODY NV                Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD   Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK        Account ID   : 0002156
KINSALE ROAD                           Contract No. : 5193602
CORK                                   Date         : Jul-29-2009
IRELAND                                Order No.    : 3269302
                                       Email        : TRADECONFIRM@CITCO.COM
                                       FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

|  |  |  |
|---|---|---|
| Valuation/NAV Date |  | Jul-31-2003 |
| Trade Date |  | Aug-01-2003 |
| Payment Date |  | Aug-15-2003 |
| No. of voting shares Redeemed |  | 1,823.5600 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| Amount to be Paid | USD | 1,700,000.00 |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: YOUR REF: 358106-1250-R1582
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

| | | |
|---|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID | : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID | : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID | : 0002156 |
| KINSALE ROAD | Contract No. | : 5325702 |
| CORK | Date | : Jul-29-2009 |
| IRELAND | Order No. | : 3327402 |
| | Email | : TRADECONFIRM@CITCO.COM |
| | FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 1,391.3900 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 1,300,000.00 |
| Net Redemption Proceeds | USD | 1,300,000.00 |
| Amount to be Paid | USD | 1,300,000.00 |
| Proceeds Paid to Date | USD | 1,300,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358106-1250-R1598
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

# CITCO
### *Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5325802 |
| Date | : Jul-29-2009 |
| Order No. | : 3329602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | |
|---|---|
| Valuation/NAV Date | Aug-31-2003 |
| Trade Date | Sep-01-2003 |
| Payment Date | Sep-17-2003 |

| | | |
|---|---|---:|
| No. of voting shares Redeemed | | 2,247.6300 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,100,000.00 |

| | | |
|---|---|---:|
| Net Redemption Proceeds | USD | 2,100,000.00 |
| Amount to be Paid | USD | 2,100,000.00 |
| Proceeds Paid to Date | USD | 2,100,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 358106-1250-R001602

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5438902
Date         : Jul-29-2009
Order No.    : 3422402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 265.1000 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| | | |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 358106-1250-R001626
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5711502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3743302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| | | |
| No. of voting shares Redeemed | | 183.2900 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 175,000.00 |
| | | |
| Net Redemption Proceeds | USD | 175,000.00 |
| | | |
| Amount to be Paid | USD | 175,000.00 |
| | | |
| Proceeds Paid to Date | USD | 175,000.00 |

Your balance following this transaction will be 737,630.5300 voting shares .

Note: Y/REF 358106-1250-R001672
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax: (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |



CITCO GLOBAL CUSTODY NV          Fund ID       : 03302
CITCO GLOBAL SECURITIES SERVICES LTD    Holder ID     : 00005502
2600 CORK AIRPORT BUSINESS PARK    Account ID    : 0002156
KINSALE ROAD                     Contract No. : 5836102
CORK                             Date          : Jul-29-2009
IRELAND                          Order No.     : 3884802
                                 Email         : TRADECONFIRM@CITCO.COM
                                 FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
                        SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2003 |
| Trade Date | | Jan-01-2004 |
| Payment Date | | Jan-21-2004 |
| | | |
| No. of voting shares Redeemed | | 287.1000 |
| Redemption Price | USD | 957.8430 |
| Gross Redemption Proceeds | USD | 275,000.00 |
| | | |
| Net Redemption Proceeds | USD | 275,000.00 |
| | | |
| Amount to be Paid | USD | 275,000.00 |
| | | |
| Proceeds Paid to Date | USD | 275,000.00 |

Your balance following this transaction will be 758,353.5900 voting shares .

Note: Your ref 358106-1250-R001695
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 6043202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4019502 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2004 |
| Trade Date | | Feb-01-2004 |
| Payment Date | | Feb-18-2004 |
| | | |
| No. of voting shares Redeemed | | 103.4300 |
| Redemption Price | USD | 966.8686 |
| Gross Redemption Proceeds | USD | 100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 100,000.00 |
| | | |
| Amount to be Paid | USD | 100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 100,000.00 |

Your balance following this transaction will be 759,124.0700 voting shares .

Note: YREF 358106-1250-R1710
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | Phone: (31-20) 5722100 |
| *Telestone - Teleport* | | Fax: (31-20) 5722610 |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No.  : 6290802
Date          : Jul-29-2009
Order No.     : 4198102
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-18-2004 |
| No. of voting shares Redeemed | | 771.8100 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 750,000.00 |
| Net Redemption Proceeds | USD | 750,000.00 |
| Amount to be Paid | USD | 750,000.00 |
| Proceeds Paid to Date | USD | 750,000.00 |

Your balance following this transaction will be 705,592.8000 voting shares .

Note: Y/REF 358106-1250-R001744
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



| | | |
|---|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID | : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID | : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID | : 0002156 |
| KINSALE ROAD | Contract No. | : 6540002 |
| CORK | Date | : Jul-29-2009 |
| IRELAND | Order No. | : 4461002 |
| | Email | : TRADECONFIRM@CITCO.COM |
| | FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| | | |
| No. of voting shares Redeemed | | 3,260.4500 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 3,170,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,170,000.00 |
| Amount to be Paid | USD | 3,170,000.00 |
| Proceeds Paid to Date | USD | 3,170,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: YREF 358106-1250-R1772
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO
**Citco Fund Services**
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 6790002
Date          : Jul-29-2009
Order No.     : 4596502
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| No. of voting shares Redeemed | | 4,813.2500 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 4,700,000.00 |
| Net Redemption Proceeds | USD | 4,700,000.00 |
| Amount to be Paid | USD | 4,700,000.00 |
| Proceeds Paid to Date | USD | 4,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: REF 358106-1250-R1797
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 7022202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4768302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| | | |
| No. of voting shares Redeemed | | 864.7800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 850,000.00 |
| | | |
| Net Redemption Proceeds | USD | 850,000.00 |
| | | |
| Amount to be Paid | USD | 850,000.00 |
| | | |
| Proceeds Paid to Date | USD | 850,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 358106-1250-R001833
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID        : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID      : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID    : 0002156 |
| KINSALE ROAD | Contract No. : 7413402 |
| CORK | Date            : Jul-29-2009 |
| IRELAND | Order No.     : 5069302 |
| | Email           : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2004 |
| Trade Date | | Aug-01-2004 |
| Payment Date | | Aug-13-2004 |
| No. of voting shares Redeemed | | 903.3200 |
| Redemption Price | USD | 996.3257 |
| Gross Redemption Proceeds | USD | 900,000.00 |
| Net Redemption Proceeds | USD | 900,000.00 |
| Amount to be Paid | USD | 900,000.00 |
| Proceeds Paid to Date | USD | 900,000.00 |

Your balance following this transaction will be 660,533.8000 voting shares .

Note: Y REF 358106-1250-R001871
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV                    Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD       Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK            Account ID   : 0002156
KINSALE ROAD                               Contract No. : 7589802
CORK                                       Date         : Jul-29-2009
IRELAND                                    Order No.    : 5197602
                                           Email        : TRADECONFIRM@CITCO.COM
                                           FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 113.9100 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 115,000.00 |
| | | |
| Net Redemption Proceeds | USD | 115,000.00 |
| | | |
| Amount to be Paid | USD | 115,000.00 |
| | | |
| Proceeds Paid to Date | USD | 115,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 358106-1250-R001891
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV                          Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD             Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK                  Account ID   : 0002156
KINSALE ROAD                                     Contract No. : 8663702
CORK                                             Date         : Jul-29-2009
IRELAND                                          Order No.    : 6099902
                                                 Email        : TRADECONFIRM@CITCO.COM
                                                 FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 1,358.0800 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 1,400,000.00 |
| Net Redemption Proceeds | USD | 1,400,000.00 |
| Amount to be Paid | USD | 1,400,000.00 |
| Proceeds Paid to Date | USD | 1,400,000.00 |

Your balance following this transaction will be 973,971.0100 voting shares .

Note: Y REF 358106-1250-R001978 AMENDED FROM FEB 28
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 15



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID       : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID     : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID    : 0002156 |
| KINSALE ROAD | Contract No. : 4806602 |
| CORK | Date          : Jul-29-2009 |
| IRELAND | Order No.     : 2874902 |
| | Email          : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 3,550.2100 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 3,200,000.00 |
| Net Redemption Proceeds | USD | 3,200,000.00 |
| Amount to be Paid | USD | 3,200,000.00 |
| Proceeds Paid to Date | USD | 3,200,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Y/REF 200123-1250-R001491
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 4818002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2876402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| | | |
| No. of voting shares Redeemed | | 7,239.1000 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 6,525,000.00 |
| | | |
| Net Redemption Proceeds | USD | 6,525,000.00 |
| | | |
| Amount to be Paid | USD | 6,525,000.00 |
| | | |
| Proceeds Paid to Date | USD | 6,525,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: your ref 200123-1250-R001492
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5193302
Date         : Jul-29-2009
Order No.    : 3118202
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 1,179.9500 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| Amount to be Paid | USD | 1,100,000.00 |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: Your ref 200123-1250-R001556
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5325602
Date         : Jul-29-2009
Order No.    : 3242302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 856.2400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| | | |
| Net Redemption Proceeds | USD | 800,000.00 |
| Amount to be Paid | USD | 800,000.00 |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 200123-1250-R001577
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5439202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3358302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 2,014.7800 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 1,900,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,900,000.00 |
| Amount to be Paid | USD | 1,900,000.00 |
| Proceeds Paid to Date | USD | 1,900,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200123-1250-R001611
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5439302 |
| Date | : Jul-29-2009 |
| Order No. | : 3404102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 4,241.6300 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 4,000,000.00 |
| Net Redemption Proceeds | USD | 4,000,000.00 |
| Amount to be Paid | USD | 4,000,000.00 |
| Proceeds Paid to Date | USD | 4,000,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200123-1250-R001624
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5586502
Date         : Jul-29-2009
Order No.    : 3476202
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2003 |
| Trade Date | | Nov-01-2003 |
| Payment Date | | Nov-19-2003 |
| No. of voting shares Redeemed | | 837.2600 |
| Redemption Price | USD | 955.5033 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| Net Redemption Proceeds | USD | 800,000.00 |
| Amount to be Paid | USD | 800,000.00 |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 761,817.5200 voting shares .

Note: Y/REF 200123-1250-R001634
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5711802
Date         : Jul-29-2009
Order No.    : 3619902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| No. of voting shares Redeemed | | 1,047.3700 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| Amount to be Paid | USD | 1,000,000.00 |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 737,630.5300 voting shares .

Note: YREF 200123-1250-R001656
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

**Citco Fund Services**
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No.  : 6789902
Date          : Jul-29-2009
Order No.     : 4431102
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| | | |
| No. of voting shares Redeemed | | 1,740.9600 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| | | |
| Amount to be Paid | USD | 1,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: Y REF 200123-1250-R1775
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7022302 |
| Date | : Jul-29-2009 |
| Order No. | : 4595902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 1,017.3800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| Amount to be Paid | USD | 1,000,000.00 |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 200123-1250-R001801
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV                        Fund ID        : 03302
CITCO GLOBAL SECURITIES SERVICES LTD           Holder ID      : 00005502
2600 CORK AIRPORT BUSINESS PARK                Account ID     : 0002156
KINSALE ROAD                                   Contract No. : 7590302
CORK                                           Date           : Jul-29-2009
IRELAND                                        Order No.      : 5080602
                                               Email          : TRADECONFIRM@CITCO.COM
                                               FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 1,981.0800 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 2,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,000,000.00 |
| | | |
| Amount to be Paid | USD | 2,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,000,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200123-1250-R001872
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 16



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 4917502
Date         : Jul-29-2009
Order No.    : 2838002
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2003 |
| Trade Date | | Jun-01-2003 |
| Payment Date | | Jun-16-2003 |
| | | |
| No. of voting shares Redeemed | | 54.9500 |
| Redemption Price | USD | 909.9593 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 754,386.1600 voting shares .

Note: Your ref 200487-1250-R001475
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5438302 |
| Date | : Jul-29-2009 |
| Order No. | : 3354102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 53.0200 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200487-1250-R001609
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV                 Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD    Holder ID    : 00005502
2600 CORK AIRPORT BUSINESS PARK         Account ID   : 0002156
KINSALE ROAD                            Contract No. : 7219102
CORK                                    Date         : Jul-29-2009
IRELAND                                 Order No.    : 4891902
                                        Email        : TRADECONFIRM@CITCO.COM
                                        FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| | | |
| No. of voting shares Redeemed | | 1,115.0200 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 1,110,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,110,000.00 |
| | | |
| Amount to be Paid | USD | 1,110,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,110,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Y REF 200487-1250-R1844
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*         *www.citco.com*        Phone: (31-20) 5722100
*Naritaweg 165*                                       Fax:   (31-20) 5722610
*1043 BW Amsterdam*                            Chamber of Commerce 33205112
*The Netherlands*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7589502
Date         : Jul-29-2009
Order No.    : 5071602
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| No. of voting shares Redeemed | | 49.5300 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200487-1250-R001869
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 17



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 4806402
Date         : Jul-29-2009
Order No.    : 2785902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| | | |
| No. of voting shares Redeemed | | 2,341.7900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 2,110,788.00 |
| | | |
| Net Redemption Proceeds | USD | 2,110,788.00 |
| Amount to be Paid | USD | 2,110,788.00 |
| Proceeds Paid to Date | USD | 2,110,788.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 200526-1250-R001468
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5051402 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2984602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 217.6200 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Y/REF 200526-1250-R001533
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building*<br>*Telestone - Teleport*<br>*Naritaweg 165*<br>*1043 BW Amsterdam*<br>*The Netherlands* | *www.citco.com* | *Phone: (31-20) 5722100*<br>*Fax: (31-20) 5722610*<br>*Chamber of Commerce 33205112* |



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7218802 |
| Date | : Jul-29-2009 |
| Order No. | : 4750802 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| | | |
| No. of voting shares Redeemed | | 150.6800 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 150,000.00 |
| | | |
| Net Redemption Proceeds | USD | 150,000.00 |
| | | |
| Amount to be Paid | USD | 150,000.00 |
| | | |
| Proceeds Paid to Date | USD | 150,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Your ref 200526-1250R001831
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 7589702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 5069702 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 74.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 75,000.00 |
| | | |
| Net Redemption Proceeds | USD | 75,000.00 |
| | | |
| Amount to be Paid | USD | 75,000.00 |
| | | |
| Proceeds Paid to Date | USD | 75,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200526-1250-R001868
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 7771502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 5187702 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| | | |
| No. of voting shares Redeemed | | 443.4000 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 450,000.00 |
| | | |
| Net Redemption Proceeds | USD | 450,000.00 |
| Amount to be Paid | USD | 450,000.00 |
| Proceeds Paid to Date | USD | 450,000.00 |

Your balance following this transaction will be 887,645.7000 voting shares .

Note: Y REF 200526-1250-R001890
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 18

## CITCO
Citco Fund Services
(Europe) B.V.

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Fund ID        : 03302
Holder ID      : 00017202
Account ID     : 00000002
Contract No. : 6541902
Date           : Jul-29-2009
Order No.      : 4289902
Email          : FUND.DESK@UBP.CH

FUND DESK
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

FAX Number : +41588193645

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-21-2004 |
| | | |
| No. of voting shares Redeemed | | 719.9700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 700,000.00 |
| | | |
| Amount to be Paid | USD | 700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 20,994.4300 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Fund ID        : 03302
Holder ID      : 00017202
Account ID     : 00000002
Contract No. : 7023902
Date           : Jul-29-2009
Order No.      : 4644602
Email          : FUND.DESK@UBP.CH

FUND DESK                                        FAX Number : +41588193645
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 1,017.3800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| Amount to be Paid | USD | 1,000,000.00 |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 19,977.0500 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| FIDULEX MANAGEMENT INC | Fund ID      : 03302 |
| C/O UNION BANCAIRE PRIVEE | Holder ID    : 00017202 |
| 8 RUE DU ROBERT ESTIENNE | Account ID   : 00000002 |
| PO BOX 3249 | Contract No. : 7591202 |
| CH-1211 GENEVA 3 | Date         : Jul-29-2009 |
| SWITZERLAND | Order No.    : 5077302 |
| | Email        : FUND.DESK@UBP.CH |
| FUND DESK | FAX Number : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 2,377.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 2,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,400,000.00 |
| | | |
| Amount to be Paid | USD | 2,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,400,000.00 |

Your balance following this transaction will be 17,599.7600 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CITCO
*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 7772702 |
| Date | : Jul-29-2009 |
| Order No. | : 5205402 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| | | |
| No. of voting shares Redeemed | | 492.6600 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 500,000.00 |
| | | |
| Net Redemption Proceeds | USD | 500,000.00 |
| | | |
| Amount to be Paid | USD | 500,000.00 |
| | | |
| Proceeds Paid to Date | USD | 500,000.00 |

Your balance following this transaction will be 28,460.9400 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

**Citco Fund Services**
**(Europe) B.V.**

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Fund ID        : 03302
Holder ID      : 00017202
Account ID     : 00000002
Contract No. : 8187702
Date           : Jul-29-2009
Order No.     : 5548902
Email          : FUND.DESK@UBP.CH

FUND DESK                                       FAX Number : +41588193645
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2004 |
| Trade Date | | Dec-01-2004 |
| Payment Date | | Dec-13-2004 |
| | | |
| No. of voting shares Redeemed | | 860.0700 |
| Redemption Price | USD | 1,023.1774 |
| Gross Redemption Proceeds | USD | 880,000.00 |
| | | |
| Net Redemption Proceeds | USD | 880,000.00 |
| | | |
| Amount to be Paid | USD | 880,000.00 |
| | | |
| Proceeds Paid to Date | USD | 880,000.00 |

Your balance following this transaction will be 28,480.4800 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services
(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 8665302 |
| Date | : Jul-29-2009 |
| Order No. | : 5926002 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your Instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 194.0100 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 24,955.1000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

# CITCO
**Citco Fund Services**
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 8665402 |
| Date | : Jul-29-2009 |
| Order No. | : 5904402 |
| Email | : FUND.DESK@UBP.CH |

FUND DESK                                                  FAX Number : +41588193645
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 4,442.8800 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 4,580,000.00 |
| Net Redemption Proceeds | USD | 4,580,000.00 |
| Amount to be Paid | USD | 4,580,000.00 |
| Proceeds Paid to Date | USD | 4,580,000.00 |

Your balance following this transaction will be 24,955.1000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*