# EXHIBIT H

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANT ADIA**

|  | Column 1 | Column 2 |
|---|---|---|
|  | **Date** | **Amount** |
|  | 4/4/2005 | (200,000,000) |
|  | 3/30/2006 | (100,000,000) |
|  | **Total:** | **$ (300,000,000)** |

MADC1364_00000087