KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,         Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,         Defendant. | **Adv. Pro. No. 08-01789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>         Plaintiff, <br><br> v. <br><br> LLOYDS TSB BANK PLC, <br><br>         Defendant. | **Adv. Pro. No. 12-01207 (CGM)** <br><br> **ORAL ARGUMENT REQUESTED** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 15, 2022, the Motion to Dismiss of Defendant Lloyds TSB Bank PLC (now known as Lloyds Bank plc), the accompanying Memorandum of Law in Support, the Declaration of Anthony L. Paccione, and Exhibits A-H thereto were served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the

Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: February 15, 2022
New York, New York

Respectfully Submitted,

*/s/Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for Defendant*

TO:    All Counsel of Record