**Hearing Date: May 18, 2022 at 10:00 a.m.**
**Opposition Date: April 15, 2022**
**Reply Date: May 16, 2022**

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>        Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LLOYDS TSB BANK PLC,<br><br>        Defendant. | **Adv. Pro. No. 12-01207 (CGM)**<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") listed on **Exhibit**

**A** attached hereto will be held on **May 18, 2022 at 10:00 a.m. (Eastern Time)**, or as soon

thereafter as counsel can be heard, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that oppositions to the Motion must: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) state with particularity the legal and factual basis for such opposition; (iv) be filed with the Bankruptcy Court, with a copy to chambers; and (v) served upon the parties specified in the Motion, so as to be received no later than 4:00 p.m. (Eastern Time) on April 15, 2022. Replies in further support of the Motion shall be filed by May 16, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password, which can be obtained on the PACER website at www.pacer.gov.

[*Remainder of page intentionally left blank.*]

Dated:  February 25, 2022

New York, New York

*/s/ Anthony L. Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone:  (212) 940-8800
Facsimile:  (212) 940-8776
Anthony L. Paccione
Email:  anthony.paccione@katten.com
Mark T. Ciani
Email:  mark.ciani@katten.com

## EXHIBIT A

### Motions

1. Notice of Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) Motion to Dismiss the Trustee's Complaint [Docket. No. 86]

   i) Related: Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) Memorandum of Law in Support of Its Motion to Dismiss the Trustee's Complaint [Docket No. 88]

   ii) Related: Declaration of Anthony L. Paccione in Support of Defendant Lloyds TSB Bank PLC (now known as as Lloyds Bank plc) Motion to Dismiss the Trustee's Complaint, and all exhibits thereto [Docket No. 87]

   iii) Related: Certificate of Service of Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) Motion to Dismiss the Trustee's Complaint [Docket No. 89]