Hearing Date: May 18, 2022 at 10:00 a.m.
Opposition Date: April 15, 2022
Reply Date: May 16, 2022

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>   Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>   Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF,<br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>   Plaintiff,<br>v.<br>LLOYDS TSB BANK PLC,<br>   Defendant. | **Adv. Pro. No. 12-01207 (CGM)**<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, the Notice of Hearing for Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) Motion to Dismiss the Trustee's Complaint [Docket. No. 86], was served by filing it with the Court's Electronic Case Filing System. Notice

Pg 2 of 2

of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: February 25, 2022
New York, New York

                                        Respectfully Submitted,

                                        */s/Anthony L. Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

TO:    All Counsel of Record