KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>  Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>  Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LLOYDS TSB BANK PLC,<br><br>  Defendant. | **Adv. Pro. No. 12-01207 (CGM)**<br><br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022, Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) Reply Memorandum of Law in Support of Its Motion to Dismiss the Complaint was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: May 23, 2022
New York, New York

                Respectfully Submitted,

                */s/Anthony Paccione*
                **KATTEN MUCHIN ROSENMAN LLP**
                50 Rockefeller Plaza
                New York, NY 10020
                Telephone: (212) 940-8800
                Facsimile: (212) 940-8776
                Anthony L. Paccione
                Email: anthony.paccione@katten.com
                Mark T. Ciani
                Email: mark.ciani@katten.com

                *Attorneys for Defendant*

TO:    All Counsel of Record