# EXHIBIT 5



FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002391090

SECSEV2968041