# EXHIBIT 13

Division of Corporations

Page 1 of 2



P01000094979

# Florida Department of State
Division of Corporations
Public Access System
Katherine Harris, Secretary of State

## Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H01000103267 0)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
  Division of Corporations
  Fax Number    : (850)205-0381

From:
  Account Name    : JAM MARK LIMITED
  Account Number  : Redacted 0112
  Phone           : (305)789-7758
  Fax Number      : (305)789-7799

FILED
01 SEP 28 PM 1:45
SECRETARY OF STATE
DIVISION OF CORPORATIONS

# FLORIDA PROFIT CORPORATION OR P.A.

## ASB Securities, Inc.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 03 |
| Estimated Charge | $78.75 |

https://ccfss1.dos.state.fl.us/scripts/efilcovr.exe

N. Culligan   SEP 2 8 2001

9/28/01

H01000103267 0

# ARTICLES OF INCORPORATION
# OF
# ASB SECURITIES, INC.

The undersigned, acting as incorporator of ASB SECURITIES, INC. under the Florida Business Corporation Act, adopts the following Articles of Incorporation.

## ARTICLE I. NAME

The name of the corporation is ASB SECURITIES, INC. (the "Corporation").

## ARTICLE II. ADDRESS

The mailing address of the Corporation is 701 Brickell Ave., Suite 3000, Miami, Florida 33131.

## ARTICLE III. COMMENCEMENT OF EXISTENCE

The existence of the Corporation will commence on the date of filing of these Articles of Incorporation.

## ARTICLE IV. PURPOSE

The Corporation is organized to engage in any activity or business permitted under the laws of the United States and Florida.

## ARTICLE V. AUTHORIZED SHARES

The maximum number of shares that the Corporation is authorized to have outstanding at any time is 100,000 shares of common stock having a par value of $1.00 per share.

## ARTICLE VI. INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of the Corporation is 701 Brickell Ave., Suite 3000, Miami, Florida 33131 and the name of the Corporation's initial registered agent at that address is Intrastate Registered Agent Corporation.

H01000103267 0

SEP 28 2001 12:23 FR HOLLAND AND KNIGHT   TO 27490H59995H3034 P.02/04

PUBLIC0692904

H01000103267 0

## ARTICLE VII. INCORPORATOR

The name and street address of the incorporator are:

>Alcides I. Avila
>701 Brickell Avenue
>Suite 3000
>Miami, Florida 33131

## ARTICLE VIII. BYLAWS

The power to adopt, alter, amend or repeal bylaws shall be vested in the board of directors and the shareholders, except that the board of directors may not amend or repeal any bylaw adopted by the shareholders if the shareholders specifically provide that the bylaw is not subject to amendment or repeal by the directors.

## ARTICLE IX. AMENDMENTS

The Corporation reserves the right to amend, alter, change, or repeal any provision in these Articles of Incorporation in the manner prescribed by law, and all rights conferred on shareholders are subject to this reservation.

The undersigned incorporator, for the purpose of forming a corporation under the laws of the State of Florida, has executed these Articles of Incorporation on the 27th day of September, 2001.

*Alcides I. Avila*
Sole Incorporator

2

H01000103267 0

SEP 28 2001 12:23 FR HOLLAND AND KNIGHT    TO 27490H99993H3034  P.03/04

PUBLIC0692905

** TOTAL PAGE.04 **

H01000103267 0

CERTIFICATE DESIGNATING PLACE OF BUSINESS OR DOMICILE FOR THE SERVICE OF PROCESS WITHIN THIS STATE, NAMING AGENT UPON WHOM PROCESS MAY BE SERVED.

Pursuant to Chapter 48.091, Florida Statutes, the following is submitted:

That ASB SECURITIES, INC. desiring to organize under the laws of the State of Florida with its initial registered office as indicated in the Articles of Incorporation at 701 Brickell Ave., Suite 3000, Miami, Florida 33131 has named Intrastate Registered Agent Corporation as its agent to accept service of process within this state.

ACKNOWLEDGMENT:

Having been named to accept service of process for the corporation named above, at the place designated in this certificate, the undersigned agrees to act in that capacity, to comply with the provisions of the Florida Business Corporation Act, and is familiar with, and accepts, the obligations of that position.

Dated this 27th day of September, 2001.

INTRASTATE REGISTERED AGENT CORPORATION

By: /s/ Steven H. Hagen
Name: Steven H. Hagen
Title: Vice President

FILED
01 SEP 28 PM 1:45
SECRETARY OF STATE
DIVISION OF CORPORATIONS

MIA1 #1077476 v1

3

H01000103267 0