# EXHIBIT 14

JUN 20 2002   4:04 PM FR HOLLAND N KNIGHT LLP5789799 TO 27758#95000#3600  P.01

Division of Corporations     Attn: Karen     Page 1 of 2

**P0100009 49779**

res an expedite
date 6/19/2002

# Florida Department of State
Division of Corporations
Public Access System
Katherine Harris, Secretary of State

## Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H02000154730 4)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
    Division of Corporations
    Fax Number    : (850)205-0380

From:
    Account Name   : JAM MARK LIMITED
    Account Number : Redacted 0112
    Phone          : (305)789-7758
    Fax Number     : (305)789-7799
```

FILED 02 JUN 19 PM 4:52 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## BASIC AMENDMENT

### ASB SECURITIES, INC.

3

N/C

T BROWN JUN 21 2002

PUBLIC0692907

June 21, 2002

ASB SECURITIES, INC.
701 BRICKELL AVE., SUITE 3000
MIAMI, FL 33131

SUBJECT: ASB SECURITIES, INC.
REF: P01000094979

We received your electronically transmitted document. However, the document has not been filed. Please make the following corrections and refax the **complete** **document**, including the electronic filing cover sheet.

The date of adoption of each amendment must be included in the document.

PLEASE FILL IN THE DATE OF ADOPTION AND THE DATE OF SIGNING.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6869.

Teresa Brown  FAX Aud. #: H02300015473
Corporate Specialist  Letter Number: 402A00039863

PUBLIC0692908

JUN 20 2002 4:05 PM FR HOLLAND N KNIGHT LLP57897799 TO 27758#95000#3600 P.02

FAX AUDIT NO. H02000154730 4

# ARTICLES OF AMENDMENT TO THE ARTICLES OF INCORPORATION OF ASB SECURITIES, INC.

FILED
02 JUN 19 PM 4:52
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1005 of the Florida Business Corporation Act, the Articles of Incorporation of ASB SECURITIES, INC. (the "Corporation") are hereby amended according to these Articles of Amendment:

FIRST: The name of the Corporation is ASB SECURITIES, INC.

SECOND: Article I of the Articles of Incorporation is amended in its entirety to read as follows:

## ARTICLE I. NAME

The name of the Corporation is "CREDICORP SECURITIES, INC."

THIRD: The foregoing amendment was adopted by the sole incorporator in accordance with Section 607.1005 of the Florida Statutes, on June 19, 2002. No shareholder or board approval is required.

IN WITNESS WHEREOF, the undersigned sole incorporator of the Corporation has executed this instrument this 19 day of June 2002.

_____
Alcides I. Avila
Sole Incorporator

MIA1 #1145412 v1

FAX AUDIT NO. H02000154730 4
** TOTAL PAGE.02 **