# EXHIBIT 15

# 2000 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT # P06377**

**1. Entity Name**

ATLANTIC SECURITY BANK, MIAMI AGENCY

**FILED**
**Feb 11, 2000 8:00 am**
**Secretary of State**
02-11-2000 90040 041 ***150.00

712110

| Principal Place of Business | Mailing Address |
|---|---|
| 801 BRICKELL AVENUE<br>PENTHOUSE II<br>MIAMI FL 33131 | ATLANTIC SECURITY BANK MIAMI AGENCY<br>801 BRICKELL AVENUE<br>MIAMI FL 33131-2951 |

**2. Principal Place of Business** — Suite, Apt. #, etc. / City & State / Zip / Country

**3. Mailing Address** — Suite, Apt. #, etc. / City & State / Zip / Country

DO NOT WRITE IN THIS SPACE

**4. FEI Number** Redacted 3847 — Applied For / Not A...

**5. Certificate of Status Desired** ☐ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**

ATLANTIC SECURITY MANK, MIAMI AGENCY
801 BRICKELL AVENUE
PENTHOUSE II
MIAMI FL 33131

**7. Name and Address of New Registered Agent**

Name: ___
Street Address (P.O. Box Number is Not Acceptable): ___
City: ___   FL   Zip Code: ___

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: ___   DATE: ___

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

FILE NOW!!! FEE IS $150.00
After MAY 1, 2000 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution ☐   $5.00 May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | | |
|---|---|---|---|---|---|
| TITLE: D<br>NAME: MORALES, RAIMUNDO<br>STREET ADDRESS: CALLE CENTENARIO 156<br>CITY-ST-ZIP: LIMA, PERU | | ☒ Delete | TITLE: GENERAL MANAGER<br>NAME: ALBERTO CAMET<br>STREET ADDRESS: 801 BRICKELL AV, PH-2<br>CITY-ST-ZIP: MIAMI, FL 33131 | | ☐ Change ☒ |
| TITLE: P<br>NAME: MUNOZ, CARLOS<br>STREET ADDRESS: 801 BRICKELL AVE PH II<br>CITY-ST-ZIP: MIAMI FL | | ☒ Delete | TITLE: GENERAL MANAGER<br>NAME: JORGE PONCE<br>STREET ADDRESS: CALLE 50 Y AQUILINO DE LA GUARDIA<br>CITY-ST-ZIP: PANAMA CITY, PANAMA | | ☐ Change |
| TITLE: SVP<br>NAME: MILLER, THEODORE<br>STREET ADDRESS: 801 BRICKELL AVE PH II<br>CITY-ST-ZIP: MIAMI FL | | ☒ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | | ☐ Change |
| TITLE: SVP<br>NAME: ARREDONDO, JOSE<br>STREET ADDRESS: 801 BRICKELL AVE PH II<br>CITY-ST-ZIP: MIAMI FL 33131 | | ☒ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | | ☐ Change |
| TITLE: D<br>NAME: MONTERO, FERNANDO<br>STREET ADDRESS: Redacted<br>CITY-ST-ZIP: | | ☒ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | | ☐ Change |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | | ☐ Change |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _[signed]_   Date: 2.1.00   Daytime Phone #: ___