# EXHIBIT 16



# 2002 UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Jun 25, 2002 8:00 am**
**Secretary of State**
06-25-2002 90448 023 ***550.00

DOCUMENT # P01000094979

1. Entity Name
ASB SECURITIES, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 701 BRICKELL AVE., SUITE 3000<br>MIAMI FL 33131 | 701 BRICKELL AVE., SUITE 3000<br>MIAMI FL 33131 |

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | | 3. Mailing Address | |
|---|---|---|---|
| Suite, Apt. #, etc. | | Suite, Apt. #, etc. | |
| City & State | | City & State | |
| Zip | Country | Zip | Country |

4. FEI Number: APPLIED FOR ☐ Applied For ☐ Not Applicable

5. Certificate of Status Desired ☐ $8.75 Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| INTRASTATE REGISTERED AGENT CORPORATION<br>701 BRICKELL AVE., SUITE 3000<br>MIAMI FL 33131 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City FL Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE ______
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2002 Fee will be $550.00**
**Make Check Payable to Department of State**

10. Election Campaign Financing Trust Fund Contribution. ☐ **$5.00** May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | | |
|---|---|---|---|---|---|
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | D<br>Munoz, Carlos<br>701 Brickell Avenue, Ste. 3000<br>Miami, Florida 33131 | ☐ Delete | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | D<br>Maggiolo, Javier<br>701 Brickell Avenue, Ste. 3000<br>Miami, Florida 33131 | ☐ Change ☒ Addition |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Delete | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Delete | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Delete | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Delete | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Delete | TITLE / NAME / STREET ADDRESS / CITY-ST-ZIP | | ☐ Change ☐ Addition |

CR2E034 (9/01)

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** [signature]
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR Date Daytime Phone #

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P01000094979

**1. Entity Name**
CREDICORP SECURITIES, INC.

**Principal Place of Business**
701 BRICKELL AVE., SUITE 3000
MIAMI FL 33131

**Mailing Address**
701 BRICKELL AVE., SUITE 3000
MIAMI FL 33131

**FILED**
Sep 02, 2003 8:00 am
Secretary of State
09-02-2003 90183 015 ***550.00

**2. Principal Place of Business:** 121 Alhambra Plaza, Suite 1200, Coral Gables, FL 33134, USA

**3. Mailing Address:** 121 Alhambra Plaza, Suite 1200, Coral Gables, FL 33134, USA

[X] CHECK HERE IF MAKING CHANGES

**4. FEI Number:** Redacted7925 APPLIED FOR

**5. Certificate of Status Desired** — $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
INTRASTATE REGISTERED AGENT CORPORATION
701 BRICKELL AVE., SUITE 3000
MIAMI FL 33131

**7. Name and Address of New Registered Agent**
(blank) FL

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE: _____

FILE NOW!!! FEE IS $150.00
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

**9.** Election Campaign Financing Trust Fund Contribution. $5.00 May Be Added to Fees

**10. OFFICERS AND DIRECTORS**

| TITLE | NAME | STREET ADDRESS | CITY-ST-ZIP | Delete |
|---|---|---|---|---|
| D | MUNOZ, CARLOS | 701 BRICKELL AVE STE 3000 | MIAMI FL 33131 | ☐ |
| D | MAGGIOLO, JAVIER | 701 BRICKELL AVE STE 3000 | MIAMI FL 33131 | ☐ |

**11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11**

| TITLE | NAME / ADDRESS | Change | Addition |
|---|---|---|---|
| | 121 Alhambra Plaza; Suite 1200, Coral Gables, FL 33134 | [X] | ☐ |
| General Manager | 121 Alhambra Plaza; Suite 1200, Coral Gables, FL 33134 | [X] | ☐ |
| D | Montero, Fernando, 701 Brickell Ave., Ste. 3000, Miami, Fl 33131 | ☐ | [X] |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _(signed)_ Javier Maggiolo  8-29-03  305-446-444/

PUBLIC0692911

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P01000094979

**FILED**
May 26, 2004
Secretary of State

**Entity Name:** CREDICORP SECURITIES, INC.

**Current Principal Place of Business:**

121 ALHAMBRA PLAZA
SUITE 1200
CORAL GABLES, FL 33134    US

**New Principal Place of Business:**

**Current Mailing Address:**

121 ALHAMBRA PLAZA
SUITE 1200
CORAL GABLES, FL 33134    US

**New Mailing Address:**

**FEI Number:** Redacted7925    **FEI Number Applied For** ( )    **FEI Number Not Applicable** ( )    **Certificate of Status Desired** ( )

**Name and Address of Current Registered Agent:**

INTRASTATE REGISTERED AGENT CORPORATION
701 BRICKELL AVE., SUITE 3000
MIAMI, FL 33131    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent        Date

In accordance with s. 607.193(2)(b), F.S., the corporation did not receive the prior notice.
Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:        D              ( ) Delete
Name:      MUNOZ, CARLOS
Address:   121 ALHAMBRA PLAZA, SUITE 1200
City-St-Zip: CORAL GABLES, FL 33134

Title:        GMGR           ( ) Delete
Name:      MAGGIOLO, JAVIER
Address:   121 ALHAMBRA PLAZA, SUITE 1200
City-St-Zip: CORAL GABLES, FL 33134

Title:        D              ( ) Delete
Name:      MONTERO, FERNANDO
Address:   701 BRICKELL AVE., SUITE 3000
City-St-Zip: MIAMI, FL 33131

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:          ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

Title:          ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

Title:          ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: JAVIER MAGGIOLO                                      GM             05/26/2004
Electronic Signature of Signing Officer or Director                              Date

PUBLIC0692912