# EXHIBIT 17

## Contact

www.linkedin.com/in/bruno-ghio-1264b616b (LinkedIn)

## Languages

English (Full Professional)
Spanish (Native or Bilingual)

## Certifications

CAIA
Chartered Financial Analyst® (CFA) Charterholder
FRM

## Honors-Awards

Euromoney Best Family Office Services Award

## Publications

¿A qué deben apostar las familias de alto patrimonio en el 2021?
Rentabilidad y el Punto de Quiebre
¿Seguirán bajas las tasas de interés?
Los Rolling Stones de las Inversiones

# Bruno Ghio
Founder, CEO at Allié Family Office
Peru

## Summary

Extensive experience in the asset and wealth management industries, having held positions as Head of BCP Family Office, Executive Director Private Banking at J.P. Morgan New York, Head of JV Carlyle-BCP, Deputy General Manager Credicorp Securities and Senior Vice President of ASB in charge of the asset management business, among others. Currently founder and CEO of Allié Family Office and President of CFA Society Peru. University of Texas at Austin MBA and certifications such as CFA, CAIA and FRM.

---

## Experience

**Allié Family Office  LLC**
Founder, CEO
June 2019 - Present (3 years)
Lima, Peru

With offices in Lima and Miami, we are an independent firm that is truly close to its clients.
We advise our families in all aspects of their wealth, providing them with order and structure,
within an environment of absolute trust and constant customization. At Allié, our goals are
aligned to those of our clients, and with our continual efforts we strive for their wealth to last
for the generations to come.

**CFA Society Perú**
President
September 2020 - Present (1 year 9 months)

**Banco de Crédito BCP**
Head of Family Office - Managing Director
January 2014 - May 2019 (5 years 5 months)
Peru

- Generated 1,400 MM in new AUMs (20% CAGR) and 4.5 MM revenue (15% CAGR).
- Reshaped value proposition including wealth planning, taxes, lending and lifestyle services.
- Achieved Euromoney Best Family Office Services Award for Peru in 2017 and 2018.

### J.P. Morgan
Executive Director - Senior Private Banker
August 2011 - December 2013 (2 years 5 months)
Greater New York City Area

- Raised 200 MM and increased market penetration of the Peruvian Top 20 families in 15%.
- Raised 150 MM, opened 20 accounts and made a strong turnaround of the DR and Venezuelan Books. Achieved Q1 status in both markets as a team.

### Banco de Crédito BCP
Head of Investments - Asset Management
August 2006 - July 2011 (5 years)
Peru

- Managed USD 3.5 Billion AUMs (includes Retail Mutual Funds, Offshore Mutual Funds and Proprietary Mandates).
- Managed a team of 50 Investment Professionals and implemented Investment Policies, Risk Controls, Benchmarks, Performance Measurement and Investment Committees for the entire Credicorp Corporation.

### Credicorp Securities
Deputy General Manager
February 2003 - July 2006 (3 years 6 months)
Miami/Fort Lauderdale Area

- Managed Brokerage Businesses (USD 2.0 Billion in volume) and all aspects of the company including Board reporting.
- Acted as Principal (Series 24), Advisor (Series 66), Broker (Series 7), and Options Principal (Series 4). Managed team of 12 people, including Portfolio Managers, Traders, Compliance Officers and back office personnel.

## Education

The University of Texas at Austin
Master of Business Administration - MBA  · (1994 - 1996)

Pontificia Universidad Católica del Perú

Bachelor's degree, Economics · (1986 - 1991)