# EXHIBIT 18

FAIRFIELD SENTRY LIMITED                                           INFORMATION MEMORANDUM

**A-1** Share Application Form



05-31-01

033-352

# SHARE APPLICATION FORM

## INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

   (i)   Completed and signed Share Application Form and corresponding signature page.

   (ii)   U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

            HSBC Bank USA
            New York
            ABA Number: 021 001 088
            Swift Address: MRMDUS33

**For Account and under Swift Advice to:**

            Citco Bank Nederland N.V.
            Amsterdam, The Netherlands
            Swift Address: CITCNL2A

**Account number:**        Redacted 4212

**Reference:**
       Fairfield Sentry Limited
       Account No. Redacted 3.797

**By Order of:**      *Name of Subscriber*

   (iii)   Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

BRRVAA0000009

FAIRFIELD SENTRY LIMITED                                                                    INFORMATION MEMORANDUM

## A-2 Share Application Form

To:  Fairfield Sentry Limited         Telephone: (31) 20-572-2114
     c/o Citco Fund Services
     (Europe) B.V.                    Fax: (31) 20-675-0881
     Strawinskylaan 1725
     1077 XX Amsterdam
     P.O. Box 7241
     1007 JE Amsterdam
     The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

U.S. $ __2,350,000.00_____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator, Citco Fund Services (Europe) B.V.

BRRVAA0000010

FAIRFIELD SENTRY LIMITED                                                                    INFORMATION MEMORANDUM

**A-3 Share Application Form**

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐    ATLANTIC SECURITY BANK, GRAND CAYMAN
Name of nominee to appear on Share Certificate

The Subscriber hereby designates and appoints **Interman Services Limited**, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-675-0881.

FAIRFIELD SENTRY LIMITED                                                INFORMATION MEMORANDUM

**A-5** Share Application Form

## Signature Page For Subscription by an: ENTITY

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document))

☐ **TRUST** (please include a copy of the trust agreement)

☐ **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

Name of Subscriber: ATLANTIC SECURITY BANK GRAND CAYMAN
C/O ATLANTIC SECURITY BANK PANAMA BRANCH
Address: P.O. BOX 6-8934 EL DORADO, PANAMA
50th STREET & AQUILINO DE LA GUARDIA
Country of Formation: TELEPHONE (507) 215-7311
FAX: (507) 215-7323

Telephone

Telephone (Evenings)

Fax (transmission number)

Email

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

(Please print all information exactly as you wish it to appear on the Company's records.)

Eliedith Guardia Q.
Assistant Vice President
Name and Title (Please print name)

_[signature]_

Signature (Trustee, partner or authorized corporate officer)

MAY 11, 2001
Dated

Jorge Ponce
Senior Vice President
Name and Title (Please print name)

_[signature]_

Signature (Trustee, partner or authorized corporate officer)

MAY 11, 2001
Dated