# EXHIBIT 19

**From:** Greg Bowes [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENT
S_CN=GREG@fairdomain01.com]
**Sent:** 1/25/2003 4:07:33 AM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Veronica Barco [veronica@fggus.com]; sarah@fggus.com [sarah@fggus.com]
**CC:** Rob Blum [rob@fggus.com]; John Wartman [john@fggus.com]; Dan Lipton [dan@fggus.com]
**Subject:** RE: Request for meetings on behalf of Atlantic Security Bank

I am available. Sounds like a great opportunity for us.

Nice work.

-----Original Message-----
From: Jeffrey Tucker
Sent: Friday, January 24, 2003 6:13 PM
To: Veronica Barco; 'sarah@fggus.com'
Cc: Greg Bowes; Rob Blum; John Wartman; Dan Lipton
Subject: RE: Request for meetings on behalf of Atlantic Security Bank

I am available but the Madoff visit is not possible.

-----Original Message-----

From:   Veronica Barco

Sent:   Friday, January 24, 2003 6:07 PM

To:     'sarah@fggus.com'

Cc:     Jeffrey Tucker; Greg Bowes; Rob Blum; John Wartman; Dan Lipton

Subject:    Request for meetings on behalf of Atlantic Security Bank

Importance:    High


Dear Sarah:


Fernando Montero (Director), Carlos Munos (President), and Javier Maggiolo (General Manager) of Atlantic Security Bank (Miami) will be in New York on Wednesday, Feb 5 and Thursday Feb 6 and would like to schedule the following meetings.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000086873
SECSEV0664396

Atlantic Security Bank (ASB) is an existing client of Lourdes since June 1997. ASB is owned by Banco de Credito del Peru (BCP). BCP has been in business for over a century, which makes it one of the oldest as well as most successful banks in Latin America. ASB is currently invested in Fairfield Sentry and all the underlying funds of the Fairfield Investment Fund. Approximate value of the total account is $115 mm. This is the first time ASB is coming to visit FGG and our managers. ASB is very comfortable with our products and would like to know more about them in order to make potential allocations in the future.

Wednesday, February 5 - At FGG offices

1:15 p.m.    Meeting with Jeffrey Tucker, Greg Bowes, Rob Blum

Lourdes would like JT, GB, RB to give ASB an introduction and new developments of our firm.

2:00 p.m.    Meeting with Dan Lipton

Purpose: Discuss FSL trades.

2:45 p.m.    Meeting with John Wartman

Purpose: Presentation of risk management process.

4:00 p.m.    Meeting with Fischer Francis (Dave Muller or Stephen Constantine)

Purpose: Discuss FG-FFTW.

Thursday, February 6 - At FGG offices

9:30 a.m.    Meeting with GMO (Richard McQuaid)

Purpose: Discuss GMO strategy

10:30 a.m.    Meeting with NGA (George Putnam)

Purpose: Discuss NGA

ASB has made a special request to visit Madoff. Plese advise if there is any possibility. The purpose of the meeting is to know Mr. Madoff and his organization. No intention to increase its position in the FSL Fund (about $100 mm).

Please let us know at the earliest the status on these requests.

Thanks & Best regards,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000086874
SECSEV0664397

Veronica Barco for Lourdes Barreneche

FAIRFIELD GREENWICH GROUP

919 Third Avenue, 11th Floor

New York, New York 10022

Tel:  (212) 319 6060

Fax: (212) 319 0450

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000086875
SECSEV0664398