# EXHIBIT 21

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Wednesday, December 17, 2008 6:30 PM |
| To: | LB Team |
| Subject: | NOV 13, 2003: Meeting with Mr. Bernard Madoff: Banco Atlantico & Atlantic Security Bank |
| Attachments: | AGENDABCOATLANTICO111803.doc; Fairfield Sentry Ltd - Q&A.pdf |

The meeting was organized on November 13, 2003 at 4:00 pm at Madoff office for two clients: Banco Atlantico (Spain/Bahamas) & Atlantic Security Bank (Peru). The agenda is attached for your reference.

<<AGENDABCOATLANTICO111803.doc>>

Attendees:

On behalf of Fairfield Greenwich Group:
- Walter Noel
- Lourdes Barreneche

On behalf of Atlantic Security Bank
- Bruno Ghio
- Javier Maggiolo
- Fernando Montero

Sub Advisor of Atlantic Security Bank
- Benjamin Schliemann
- Christopher Neeve

On behalf of Banco Atlantico Nassau
- Sergio Miguez
- Miguel Coello

In anticipation to the meeting with Madoff, we have sent the below information.

---

From:    Veronica Barco
Sent:    Thursday, November 13, 2003 11:19 AM
To:      'bghio@credicorpsec.com'
Cc:      Lourdes Barreneche; Lakshmi Chaudhuri
Subject:    Fairfield Sentry Limited

Dear Bruno,

In anticipation to your visit next week, we would like to share with you the attached Fairfield Sentry questionnaire that was prepared for one of our institutional investors. We would appreciate if you forward this information to Mr. Benjamin Schlieman and Mr. Christopher Neeve in preparation to the November 18 meeting.

We look forward to seeing you next week and hope that you will find this information beneficial to Atlantic Security Bank's due diligence

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002780527
SECSEV3357478

process.

Yours truly,
Lourdes Barreneche
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450

<<Fairfield Sentry Ltd - Q&A.pdf>>

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002780528
SECSEV3357479