# EXHIBIT 22





| HOME | COMPANY | TEAM | PHILOSOPHY | CONTACT |

## Company

Accumulus Capital Management offers tailored alternative investment consulting advice to family offices, endowments, foundations, regional wealth managers, and pension plans. This business is wrapped around two core best ideas fund of funds portfolios, a US LP which has an audited track record extending back to 2001 and an offshore fund launched in 2009. Offshore share classes are available in several different base currencies. The firm gravitates to non-directional strategies such as relative value credit trading, convertible bond arbitrage, merger arbitrage, volatility arbitrage and event driven. Total assets under management are approximately $830 million.

TERMS OF USE

© 2015-22 Accumulus Capital Management LLC. - New York
110 East 59th Street, New York, NY 10022

PUBLIC0692854