# EXHIBIT 23



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date          : Feb-14-2005

Fund ID       : 03302
Holder ID     : Redacted 8102
Account ID    : Redacted 0352
Contract No.  : Redacted 4302
Order No.     : Redacted 5802
Cash ID       : Redacted 5902

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:        STANDARD CHARTERED BANK
Bank Address 1:   ONE MADISON AVENUE
Bank Address 2:   NEW YORK
Bank Address 3:   NEW YORK 10010
Bank Address 4:   USA
ABA Ref.:         026002561
SWIFT Ref.:       SCBLUS33

Beneficiary Acct No:   Redacted 2001
Beneficiary Name:      ATLANTIC SECURITY BANK

Amount:      USD    22,700,783.55
Value date:  Feb-16-2005
Ref:         FAIRFIELD SENTRY    Shares:22,021.13 T/D:02-01-2005 RE
Note:

Authorised signatory                              Authorised signatory

Telestone 8 - Teleport              amsterdam-fund@citco.com         Phone: +31 (0)20 572 2100
Naritaweg 165                       www.citco.com                    Fax: +31 (0)20 572 2600
P.O. Box 7241                                                        Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands

CONFIDENTIAL                                                         ANWAR-CFSE-00323530