# EXHIBIT 25

**Tuesday, November 18 and Wednesday, November 19, 2003**

## AGENDA PREPARED FOR

*Banco Atlantico (Nassau) Bahamas and Atlantic Security Bank*
*New York*

## TUESDAY, NOVEMBER 18, 2003

**LUNCH**

**12:30 p.m.**    Meeting with Mr. John Wartman, Manager of Risk Oversight.
*(Meeting at FGG office)*
PURPOSE: Presentation on FGG's internal risk oversight practices and strategy review on FGG core funds.

**1:30 p.m.**    Mr. Todd Ladda of Alkeon Capital Management
*(Meeting at FGG office)*
PURPOSE: Mr. Ladda will make a presentation on Fairfield Dover Fund - long/short equity fund focused mainly on global technology with exposure to the telecommunications, media and cable sectors. Fairfield Greenwich Group has just initiated a relationship with this investment manager and the product will be available for investments from December 1, 2003 onwards.

**2:15 p.m.**    Meeting with Mr. Jack Seibald, Managing Director of Whiteford Advisors, LLC
*(Meeting at FGG office)*
PURPOSE: Mr. Seibald will be available to give you an update on Whiteford International Limited.

**3:00 p.m.**    Meeting with Mr. Jeffrey Tucker, Co-Founder of Fairfield Greenwich Group and Mr. Robert Blum, Co-Managing Partner of Fairfield Greenwich Group
*(Meeting at FGG office)*
PURPOSE: Update on the developments at Fairfield Greenwich Group.

**4:00 p.m.**    Meeting with Mr. Bernard Madoff, Portfolio Manager of Fairfield Sentry Limited.
*(Mr. Jeffrey Tucker and Ms. Lourdes Barreneche will be accompanying you to the Meeting at Mr. Madoff's office)*
PURPOSE: Mr. Madoff will be available to address your questions related to Fairfield Sentry Limited.
*(This meeting will take place at Mr. Madoff's offices)*

## Plans for the Evening of November 18, 2003:

We have booked your seats for a Gala hosted by "100 women in Hedge Funds" - a very prestigious organization within the finance community in New York. Fairfield Greenwich Group is a major contributor to this event and we would like to take this opportunity to have your presence at this gathering. During this event, Mr. George Soros will be the recipient of the "Effecting Change Award" and Ms. Elaine Crocker will be recipient of the "Industry Leadership Award". This is a very selective gathering of the prestigious participants in the alternative investment industry.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

The details for this event are as follows:

**Venue:** Cipriani, 110 East 42nd Street, New York City
**Black-Tie Event**
**Time:** Cocktails at 6:00p.m. and Dinner at 7:00p.m.

## <u>WEDNESDAY, NOVEMBER 19, 2003</u>:

**9:00p.m.**      Meeting with Mr. Dan Lipton, Chief Financial Officer of Fairfield Greenwich Group. *(Meeting at FGG office)*
<u>PURPOSE</u>: Mr. Lipton will be available to offer an overview of our funds.

**10:00a.m.**    Meeting with Ms. Arden Armstrong, Portfolio Manager of Redstone Investment Management, LP. *(Meeting at FGG office)*
<u>PURPOSE</u>: Ms. Armstrong will make a presentation on Fairfield Redstone Fund - - long/short equity fund focused on small to mid-sized growth companies.

**11:15a.m.**    Meeting with Ms. Kim Morris and Mr. Eric Sacks, Portfolio Managers of Arlington International Ltd. *(Meeting at FGG office)*

**LUNCH**        At Schun Lee Restaurant

**1:30p.m.**      Meeting with Mr. Blair Keller, Manager of Alternative Strategies at Fischer Francis Trees and Watts
*(Ms. Lourdes Barreneche will be accompanying you to the Meeting At FFTW office)*
<u>PURPOSE</u>: Mr. Keller will present an update on the current outlook of FFTW Diversified Alpha Fund.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE002780530