# EXHIBIT 29

**From:** Lourdes Barreneche [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=LOURDES@fairdomain01.com]
**Sent:** 3/31/2004 9:22:37 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:** Dan Lipton [dlipton@fggus.com]; Mark McKeefry [markm@fggus.com]; Rob Blum [rob@fggus.com]
**Subject:** RE: Info

Thanks Amit, They are giving us money from Pension funds in Peru for May 1,2004. Hopefully.

-----Original Message-----
From: Amit Vijayvergiya
Sent: Wednesday, March 31, 2004 4:15 PM
To: Dan Lipton; Mark McKeefry
Cc: LB Team; Veronica Barco; Rob Blum
Subject: RE: Info

Redacted

Redacted

-----Original Message-----
From: Veronica Barco
Sent: Wednesday, March 31, 2004 3:38 PM
To: Amit Vijayvergiya
Cc: LB Team
Subject: RE: Info

Dear Amit,

As per telephone call this afternoon, our client Atlantic Security Bank has requested additional information:
Two references of Friehling & Horowitz CPA
Copy of any of the articles mentioned in item 2) of your message
Income Statement of BLM
Please let us know if we can comply with this request.

Thanks & Best Regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450
-----Original Message-----
From: Amit Vijayvergiya
Sent: Tuesday, March 30, 2004 3:29 PM
To: Veronica Barco
Cc: Rob Blum; Harold Greisman; Dan Lipton
Subject: RE: Info

Veronica,

Please see below my responses to your client's questions.

1).  Friehling & Horowitz is a reputable CPA firm that has been in business for over 30 years. They have audited BLM for over 25 years and have hundreds of clients including numerous broker/dealers.

2).  There are several publicly available articles that discuss BLM.  Among the publications in which the Madoff organization or it's employees have been mentioned are:  Wall Street & Technology, Trader's Magazine, Wall Street Journal, On Wall Street, The Investment Dealers' Digest: IDD, Investor Relations Business, Computerworld, Institutional Investor, Forbes, Wall

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001804427

SECSEV2381378

Street Computer Review, MARHedge.

3). U.S. broker/dealers are required to file annual audited financial statements with the SEC. This is known as a form X-17(a)-5 and is a public document. I have attached the most recent form X-17(a)-5 herein for your review.

Please do not hesitate to contact me if I may be of further assistance.

Regards,
Amit

Amit Vijayvergiya, CFA, FRM
VP & Risk Manager
Fairfield Greenwich (Bermuda) Ltd.
Suite 606
12 Church Street
Hamilton, Bermuda HM 11
441-292-5362 - Direct
441-292-5401 - General
441-292-5413 - Fax

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE001804428
SECSEV2381379