# EXHIBIT 30




## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date : Jun-14-2005

Fund Id : 03302
Holder Id : Redacted 8102
Account Id : Redacted 0352
Contract No. : Redacted 0502
Order No. : Redacted 6902
CFI Cash Id : Redacted 8502

**FAIRFIELD SENTRY LIMITED**

In request of the above named account please process the following wire transfer payment

**Please debit:**

Account Number Redacted 0501
Account Name FAIRFIELD SENTRY LIMITED

**Please credit:**

Bank Name: STANDARD CHARTERED BANK
Bank Address 1: ONE MADISON AVENUE
Bank Address 2: NEW YORK 10010
Bank Address 3: USA

ABA Ref.: 026002561
SWIFT Ref.: SCBLUS33

Beneficiary Acct No: Redacted 2001
Beneficiary Name: ATLANTIC SECURITY BANK GRAND CAYMAN

Ben Swift Ref: ATSEKYKY

Amount: USD 24,278,910.88
Value date: Jun-15-2005
Ref: FAIRFIELD SENTRY Shares:23,090.36 T/D:06-01-2005 RE
Note:

Authorised signatory .................................... Authorised signatory ....................................

Citco Building
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com
amsterdam-fund@citco.com
www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722600
Chamber of Commerce 33253773