# EXHIBIT 15

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART LEVENTHAL
2001 IREVOCABLE TRUST
C/O CLERMONT MANAGEMENT
110 EAST 59TH STREET  25TH FL
NEW YORK          NY  10022

PERIOD ENDING: 2/29/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM940-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6197

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .95 |
| | | | | NEW BALANCE | | | .95 |
| | 7,088 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 125,000 | | | U S TREASURY BILL DUE 04/03/2008        4/03/2008 | 99.813 | | |
| | | | | MARKET VALUE OF SECURITIES   LONG                SHORT   131,854.25 | | | |

GM000026

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART LEVENTHAL
2001 IREVOCABLE TRUST
C/O CLERMONT MANAGEMENT
110 EAST 59TH STREET   25TH FL
NEW YORK          NY   10022

PERIOD ENDING: 2/29/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-CM940-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6197

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 203.40 |
| | | | | GROSS PROCEEDS FROM SALES | | | 174,131.75 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

GM000027