# EXHIBIT 16

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: DECEMBER 8, 2008

Please issue and send a check in the amount of
$5,000    from my account(1-CM940-3) to the following:

        Stuart Leventhal 2001 Irrevocable Trust
        110 East 59th Street -25th Fl.
        New York, New York  10022

Thank you

Stuart Leventhal
(917) 319-1014

STUART LEVENTHAL
2001 IRRRVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: AUGUST 11, 2008

        Please issue for pick-up a check in the amount of
$35,000  from my account (1-CM940-3).

                    Stuart Leventhal 2001 Irrevocable Trust
                    110 East 59th Street -25th Fl.
                    New York, New York  10022

                            Thank you

                            Stuart Leventhal

                            (917) 319-1014

42 AA      5-8/12

AMF00279373

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: JUNE 3, 2008

      Please issue and send a check in the amount of
$70,000.00  from my account(1-CM940-3) to the following:

                    Stuart Leventhal 2001 Irrevocable Trust
                    110 East 59th Street -25th Fl.
                    New York, New York  10022

                                        Thank you

                                        Stuart Leventhal

112 m                   5-6/4

AMF00279374

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.—25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: APRIL 8, 2008

    Please issue for pick-up a check in the amount of
$25,000  from my account (1-CM940-3).

                    Stuart Leventhal 2001 Irrevocable Trust
                    110 East 59th Street -25th Fl.
                    New York, New York  10022

                                        Thank you

                                        Stuart Leventhal

AMF00279375

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: JANUARY 28, 2008


Please issue for pick-up a check in the amount of $125,000 from my account (1-CM940-3).


Stuart Leventhal 2001 Irrevocable Trust
110 East 59th Street -25th Fl.
New York, New York   10022


Thank you

Stuart Leventhal

AMF00279376

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: JANUARY 2, 2008

    Please issue and send a check in the amount of
$60,000.00   from my account(1-CM940-3) to the following:

            Stuart Leventhal 2001 Irrevocable Trust
            110 East 59th Street --25th Fl.
            New York, New York  10022

                                    Thank you

                                    Stuart Leventhal

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: NOVEMBER 27, 2007

Please issue and send a check in the amount of $75,000.00 from my account 1-CM940-3 to the following:

Stuart Leventhal 2001 Irrevocable Trust
110 East 59th Street -25th Fl.
New York, New York  10022

Thank you

Stuart Leventhal

12\3

STUART LEVENTHAL
2001 IRRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N.Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: OCTOBER 1, 2007


   Please issue and send a check in the amount of
$150,000.00  from my account(1-CM940-3) to the following:


              Stuart Leventhal 2001 Irrevocable Trust
              110 East 59th Street -25th Fl.
              New York, New York  10022


                                            Thank you

                                            Stuart Leventhal

500m

5- 10/2

AMF00279379

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: AUGUST 15, 2007


    Please issue and send a check in the amount of
$100,000.00   from my account(1-CM940-3) to the following:


                Stuart Leventhal 2001 Irrevocable Trust
                110 East 59th Street -25th Fl.
                New York, New York  10022


                                Thank you

                                Stuart Leventhal


617A            5-8/16

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448


## FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: JULY 18, 2007


Please issue and send a check in the amount of
$100,000.00   from my account(1-CM940-3) to the following:


Stuart Leventhal 2001 Irrevocable Trust
110 East 59th Street -25th Fl.
New York, New York  10022


Jody-
As per our phone
conversation yesterday
please have check
sent FedEx.
    Thank you.
If any questions
my phone no. is
917-319-1014

Thank you

Stuart Leventhal

7/19

AMF00279381

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: MAY 30, 2007


Please issue and send a check in the amount of
$150,000  from my account(1-CM940-3) to the following:


Stuart Leventhal 2001 Irrevocable Trust
110 East 59th Street -25th Fl.
New York, New York  10022


Thank you

Stuart Leventhal

p. 1

May 30 07 12:13p

AMF00279382

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: APRIL 9, 2007


Please issue and send a check in the amount of
$200,000. from my account(1-CM940-3) to the following:


Stuart Leventhal 2001 Irrevocable Trust
110 East 59th Street -25th Fl.
New York, New York  10022


Thank you

Stuart Leventhal

AMF00279383

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: FEBRUARY 21, 2007



     Please issue and send a check in the amount of
$50,000  from my account 1-CM940-3 to the following:


                    Stuart Leventhal 2001 Irrevocable Trust
                    110 East 59th Street -25th Fl.
                    New York, New York  10022




                              Thank you

                              Stuart Leventhal



STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: DECEMBER 11, 2006


        Please issue and send a check in the amount of
$150,000.00 from my account (1-CM940-3) to the following:


            Stuart Leventhal 2001 Irrevocable Trust
            110 East 59th Street -25th Fl.
            New York, New York  10022


                                    Thank you

                                    Stuart Leventhal

AMF00279385

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: NOVEMBER 9, 2006


    Please issue and send a check in the amount of
$150,000.00 from my account (1-CM940-3) to the following:


            Stuart Leventhal 2001 Irrevocable Trust
            110 East 59th Street -25th Fl.
            New York, New York  10022


                        Thank you

                        Stuart Leventhal

1.3 Mil                 5-11/14

p.1                              Nov 09 06 12:05p

AMF00279386

STUART LEVENTHAL
2001 IRRRVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
INVESTMENT SECURITIES LLC
ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
ACCOUNT NO. 1-CM940-3

DATE: SEPTEMBER 13, 2006



Please issue and send a check in the amount of
$150,000.00 from my account(1-CM940-3) to the following:


Stuart Leventhal 2001 Irrevocable Trust
110 East 59th Street -25th Fl.
New York, New York  10022



Thank you

Stuart Leventhal

AMF00279387

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.—25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

## FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: AUGUST 10, 2006


   Please issue and send a check in the amount of
$150,000.00 from my account(1-CM940-3) to the following:


                    Stuart Leventhal 2001 Irrevocable Trust
                    110 East 59th Street —25th Fl.
                    New York, New York  10022



                              Thank you

                              Stuart Leventhal

AMF00279388

STUART LEVENTHAL
2001 IRRRVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333  (FAX)212-838-2448

FREEHAND

(FED)

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: MAY 5, 2006

NEW

        Please Wire Transfer the sum of $500,000.00 from my
account(1-CM940-3) to the following:

        STERLING NATIONAL BANK
        ABA NO. 026007773
        ADDRESS: STERLING NATIONAL BANK
                 425 PARK AVENUE
                 NEW YORK, NEW YORK 10022
        FBO: STUART LEVENTHAL
             2001 IRREVOCABLE TRUST
             ACCOUNT NO. 331664119

5/10

                                    Thank you,

                                    Stuart Leventhal

                                    Stuart Leventhal

we show
BK of NY Acct.
2415852529

EDIT:
SLEVEN

Fred

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: APRIL 6, 2006



     Please issue and send a check in the amount of
$100,000.00 from my account (1-CM940-3) to the following:


               Stuart Leventhal 2001 Irrevocable Trust
               110 East 59th Street -25th Fl.
               New York, New York   10022




                                    Thank you

                                    Stuart Leventhal

4/12



AMF00279390

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: FEBRUARY 8, 2006

        Please issue and send a check in the amount of
$100,000.00 from my account(1-CM940-3) to the following:

                Stuart Leventhal 2001 Irrevocable Trust
                110 East 59th Street -25th Fl.
                New York, New York  10022

                                        Thank you

                                        Stuart Leventhal

AMF00279391

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448


FAX MEMORANDUM


TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY
FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: DECEMBER 6, 2005


    Please issue and send a check in the amount of
$100,000.00 from my account(1-CM940-3) to the following:


            Stuart Leventhal 2001 Irrevocable Trust
            110 East 59th Street -25th Fl.
            New York, New York  10022


                                    Thank you

                                    Stuart Leventhal


2.1 mil            5-12/9

AMF00279392

STUART LEVENTHAL
2001 IRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: OCTOBER 31, 2005

      Please Wire Transfer the sum of $100,000.00 from my
account(1-CM940-3) to the following:

                    STERLING NATIONAL BANK
                    ABA NO. 026007773
                    ADDRESS: STERLING NATIONAL BANK
                             425 PARK AVENUE
                             NEW YORK, NEW YORK 10022
                    FBO: STUART LEVENTHAL
                         2001 IRREVOCABLE TRUST
                         ACCOUNT NO. 331664119

                                    Thank you,

                                    Stuart Leventhal

AMF00279393

*Address*

STUART LEVENTHAL
2001 IRRRVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022
(TEL)212-838-8333   (FAX)212-838-2448

MAY  10, 2005

Mr. Frank Dipiscali
BERNARD MADOFF
INVESTMENT SECURITIES LLC
885 Third Avenue
New York, N. Y. 10022

Re: Stuart Leventhal
    2001 Irrevocable Trust
    Account No. 1-CM940-3

Dear Mr. Dipiscali:

    Please Wire Transfer the sum of $500,000.00 from my account(1-CM940-3)
to the following:

The Bank of New York, New York, N. Y.
ABA #021000018
Account Name: Pershing LLC
Account Number: 890051238-5
For Further Credit to Account Name: Stuart Leventhal
                                    2001 Irrevocable Trust
For Further Credit to Account Number: 214-182529

*Profile*
*SLEVEN*

*5 - 5/11*

*2.6 mil*

Thank you,

Stuart Leventhal

May 10 05 10:44a

AMF00279394