# EXHIBIT 17

 **BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

---

STUART LEVENTHAL 2001 IRREVOCABLE TRUST
C/O CLERMONT MANAGEMENT
110 EAST 59TH ST # 25TH FLR.
NEW YORK, NY 10022

April 29, 2005

Account Information Verification

**Account:**            1CM940

Dear Client:
In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

**Account Name and Address**
STUART LEVENTHAL 2001 IRREVOCABLE TRUST
C/O CLERMONT MANAGEMENT
110 EAST 59TH ST # 25TH FLR.
NEW YORK, NY 10022

**Account Information**
Account Type:                                          Trust
Investment Objective:                     * Trading Income
Annual Income:
Net Worth:

**Customer Information**
Name:            STUART LEVENTHAL 2001 IRREVOCABLE TRUST
C/O CLERMONT MANAGEMENT

Street:            110 EAST 59TH ST
Apt/Suite:         25TH FLR.
City:              NEW YORK
State:             NY - NEW YORK
Country:           UNITED STATES
Province:
Zip Code:          10022
Home:
Business:          (212)-838-8333
Tax ID:            ON FILE    65-6366197
DOB:
Occupation:
Company/Firm:
Member Firm:

**Alternate Address**
NONE

---

If any of your account or customer information is found to be inaccurate, please contact us at
212 230-2424

* Trading Income - Emphasis on short-Term trading practices to capitalize on market fluctuations. This objective is associated with market risk.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

[signature] 4/29/05

AMF00279371