# EXHIBIT 20

```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF NEW YORK
                         ------------------------------x

                         IN RE:  BERNARD L. MADOFF
                         INVESTMENT SECURITIES LLC

                         IRVING H. PICARD, Trustee for
                         the Liquidation of Bernard L.
                         Madoff Investment Securities,
                         LLC and Bernard L. Madoff,


                                   Plaintiff,

                              v.                         20 CV 1029 (JMF)

                         RAR ENTREPRENEURIAL FUND,
                         LTD.,

                                   Defendant.
                         ------------------------------x
                                                         New York, N.Y.
                                                         March 7, 2022
                                                         9:00 a.m.
                         Before:

                                   HON. JESSE M. FURMAN,

                                                         District Judge

                                        APPEARANCES

                         BAKER & HOSTETLER
                              Attorneys for Plaintiff
                         BY:  BRIAN WOO HYON SONG
                              LAN HOANG
                              JAMES WATKINS

                         CHAITMAN LLP
                              Attorneys for Defendant
                         BY:  HELEN DAVIS CHAITMAN
                              LANCE GOTTHOFFER
```

1  we need to address or deal with?

2  MS. CHAITMAN: No. I think the pre-judgment interest
3  is the only thing.

4  THE COURT: All right. Very good. Just to elaborate,
5  had the jury not reached that verdict, I was prepared to and
6  would have granted the Rule 50 motion in plaintiff's favor.

7  I certainly think the evidence presented at trial, in
8  contrast to what was presented to me at summary judgment, was
9  overwhelming and really uniformly pointed in the direction that
10 supported the jury's verdict. I would have been happy to
11 elaborate, if need be, but I don't need to.

12 Let me say for the record that that would have been my
13 ruling, even if they answered no to question one and had to
14 answer question two and answered no to question two. But even
15 if I were just to limit my ruling to question two, it would be
16 a directed verdict in plaintiff's favor.

17 Having said that, the case was well tried on both
18 sides. I appreciate that. I appreciate the efficiency with
19 which we were able to get it done.

20 Unless anyone has anything further, I will step down
21 from the bench and go say thank you to whichever jurors remain.

22 Mr. Song, Ms. Hoang, anything from you?

23 MR. SONG: No, your Honor.

24 THE COURT: Ms. Chaitman?

25 MS. CHAITMAN: No, your Honor.