# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                          12/31/06       1
[Redacted]
[Redacted]
[Redacted]                                        1-H0024-3-0   [Redacted]


                            BALANCE FORWARD                        507,780.46
12/01                       INTEL CORP                   DIV                    1,789.20
                            DIV 11/07/06 12/01/06
12/01                       WELLS FARGO & CO NEW         DIV                    2,892.96
                            DIV 11/03/06 12/01/06
12/05                       PFIZER INC                   DIV                    5,443.20
                            DIV 11/10/06 12/05/06
12/11                       CHEVRON CORP                 DIV                    3,538.08
                            DIV 11/17/06 12/11/06
12/11                       EXXON MOBIL CORP             DIV                    5,886.72
                            DIV 11/13/06 12/11/06
12/11                       INTERNATIONAL BUSINESS MACHS DIV                    1,436.40
                            DIV 11/10/06 12/09/06
12/11                       UNITED TECHNOLOGIES CORP     DIV                      801.36
                            DIV 11/17/06 12/10/06
12/12                       JOHNSON & JOHNSON            DIV                    3,402.00
                            DIV 11/28/06 12/12/06
12/14                       HOME DEPOT INC               DIV                    1,417.50
                            DIV 11/30/06 12/14/06
12/14                       MICROSOFT CORP               DIV                    2,671.20
                            DIV 11/16/06 12/14/06
12/15                       AMERICAN INTL GROUP INC      DIV                    1,330.56
                            DIV 12/01/06 12/15/06
12/15                       COCA COLA CO                 DIV                    1,953.00
                            DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

MDPTPP03456817

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06        2
[Redacted]
[Redacted]
[Redacted]                                                 1-H0024-3-0    [Redacted]


12/15                             TIME WARNER INC                DIV                    693.00
                                  DIV 11/30/06 12/15/06
12/15                             WACHOVIA CORP NEW              DIV                  3,386.88
                                  DIV 11/30/06 12/15/06
12/21            15,372   1842    CITI GROUP INC                 54.580             838,389.76
12/21             3,528   3842    SCHLUMBERGER LTD               67                 236,235.00
12/21             6,300   6092    COMCAST CORP                   43.140             271,530.00
                                  CL A
12/21            12,096   8092    AT&T INC                       35.810             432,674.76
12/21            19,152  10342    CISCO SYSTEMS INC              27.730             530,318.96
12/21            12,600  12342    TIME WARNER INC                21.710             273,042.00
12/21             6,804  14592    CHEVRON CORP                   75.110             510,776.44
12/21             3,276  16592    UNITED PARCEL SVC INC          76.630             250,908.88
                                  CLASS B
12/21            32,004  18842    GENERAL ELECTRIC CO            37.630           1,203,030.52
12/21             3,024  20806    UNITED TECHNOLOGIES CORP       62.410             188,607.84
12/21             1,260  23092    GOLDMAN SACHS GROUP INC       201.700             254,092.00
12/21             6,048  25024    WACHOVIA CORP NEW              57.430             347,095.64
12/21             6,300  27342    HOME DEPOT INC                 40.080             252,252.00
12/21            10,332  29274    WELLS FARGO & CO NEW           35.750             368,956.00
12/21             8,568  31592    HEWLETT PACKARD CO             40.020             342,549.36
12/21             7,560  33524    WAL-MART STORES INC            46.640             352,296.40
12/21             4,788  35842    INTERNATIONAL BUSINESS MACHS   95.800             458,499.40
12/21            18,396  37774    EXXON MOBIL CORP               76.800           1,412,077.80
12/21            17,892  40092    INTEL CORP                     21.100             376,806.20

                                  CONTINUED ON PAGE    3
```

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                           12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                           1-H0024-3-0       [Redacted]




12/21                    9,072 44342  JOHNSON & JOHNSON             66.780                              605,466.16
12/21                   10,584 48591  J.P. MORGAN CHASE & CO        48.410                              511,948.44
12/21                    6,300 52841  COCA COLA CO                  48.990                              308,385.00
12/21                    2,772 57091  MERRILL LYNCH & CO INC        91.960                              254,803.12
12/21                    6,552 61341  ALTRIA GROUP INC              85.910                              562,620.32
12/21                    6,804 65591  MERCK & CO                    44                                  299,104.00
12/21                    3,276 69841  MORGAN STANLEY                80.620                              263,980.12
12/21                   26,712 74091  MICROSOFT CORP                30.110                              803,230.32
12/21                    4,788 80642  ABBOTT LABORATORIES           48.170                              230,446.96
12/21                    8,064 84881  AMERICAN INTL GROUP INC       72.790                              586,656.56
12/21                   12,600 86841  ORACLE CORPORATION            18.050                              226,926.00
12/21                    3,528 89131  AMGEN INC                     70.630                              249,041.64
12/21                    5,040 91091  PEPSICO INC                   63.210                              318,377.40
12/21                    3,780 93359  AMERICAN EXPRESS COMPANY      62.270                              235,229.60
12/21                   22,680 95341  PFIZER INC                    25.870                              585,824.60
12/21                   14,112 97591  BANK OF AMERICA               53.690                              757,109.28
12/21                    9,828 99591  PROCTER & GAMBLE CO           64.120                              629,778.36
12/21  16,250,000              42168  U S TREASURY BILL             99.063         16,097,737.50
                                      DUE 3/01/2007
                                              3/01/2007
12/21      15,617              46409  FIDELITY SPARTAN              1                  15,617.00
                                      U S TREASURY MONEY MARKET
12/22                                 BANK OF AMERICA               DIV                                   7,902.72
                                      DIV 12/01/06 12/22/06
12/29                                 FIDELITY SPARTAN              DIV                                     110.86
                                      U S TREASURY MONEY MARKET
                                      DIV 12/29/06

                                      CONTINUED ON PAGE    4
```

```
[Redacted]
[Redacted]
[Redacted]                                                        12/31/06         4
[Redacted]
[Redacted]
[Redacted]                                        1-H0024-3-0     [Redacted]


12/29                              TRANS FROM 40 ACCT       JRNL              292,069.00

12/29   8,375,000          2281 U S TREASURY BILL          98.682    8,264,617.50
                                DUE 4/5/2007
                                         4/05/2007
12/29      10,001          6854 FIDELITY SPARTAN             1         10,001.00
                                U S TREASURY MONEY MARKET
12/29              41,231 83587 FIDELITY SPARTAN             1                     41,231.00
                                U S TREASURY MONEY MARKET
12/29           16,600,000 88904 U S TREASURY BILL         99.166              16,461,556.00
                                DUE 3/01/2007
                                         3/01/2007
12/29    8,375,000         97809 U S TREASURY BILL         98.780    8,272,825.00
                                DUE 3/29/2007
                                         3/29/2007

                                NEW BALANCE                                              .02

                                SECURITY POSITIONS        MKT PRICE
         10,001                 FIDELITY SPARTAN              1
                                U S TREASURY MONEY MARKET
      8,375,000                 U S TREASURY BILL         98.780
                                DUE 3/29/2007
                                         3/29/2007
      8,375,000                 U S TREASURY BILL         98.682
                                DUE 4/5/2007
                                         4/05/2007

                                MARKET VALUE OF SECURITIES
                                      LONG            SHORT
                                16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06           5
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]



                                YEAR-TO-DATE SUMMARY

                        DIVIDENDS                                              285,425.85
                        GROSS PROCEEDS FROM SALES                          141,072,172.20
```

MDPTPP03456821