# EXHIBIT 9

```
                0·    *

           63,864·42   +
                13·99  +
           63,878·41   *

           63,878·41   ÷
               83·875  =
              761·59   *

               83·875  x
              761·     =
           63,828·88  +I
           63,828·88   x
                0·025  =
            1,595·72   *

            1,595·72   ÷
                 4·    x
                 8·    =
            3,191·44   *

            3,191·44  +I
              761·     x
                2·25   =
            1,712·25   *

            1,712·25   x
                0·03125 =
               53·51  +I
           67,073·83  ◊I
           67,073·83   ÷
            1,712·25   =
               39·17   *

               39·25   x
            1,712·25   =
           67,205·81  -I
              131·98-*I

              131·98- ÷
                0·125  =
            1,055·84-*

            1,712·00   +
            1,052·00   -
              660·00   *
```

MADTSS00401002

l & C Lipkin                                                                       56,180.81    80

| Date | Item | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6 2½ 3/10 INA | 8.81 |
|  | 2107.13 |  |  |  |  |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8 2½ 5/8 Heinz | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | 7 2½ 7/1 Aetna | 13.99 |
|  | 2676.92 |  |  |  |  |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | 8 2½ 9/1 Amax | 49.53 |
|  | 3191.88 |  |  |  |  |
| 9/5 | Amax | 67,008— | 70,358.41 | 8 2½ 10/30 Rockwell | 62.29 |
|  | 3350.40 |  |  |  |  |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8 2½ 12/31 Tomson | 15.94 |
|  | 3520.66 |  |  |  |  |
| 12/31 | Check | 10,000— |  | " |  |
|  | Check Ⓡ |  | 5000— | " |  |

68,941.35



ICE — Aetna Life
+ Casualty 2 Pfd

761 @ 83 3/8 =
                63828.88


                      41159.50
1052      39 1/8        32.88
                      ────────
                       41126.62

660       39 1/4 = 25905—
                        20.63
+ = 9.77              ────────
                       25884.37

6/23 B
6/25 S      | 65020.76 |

              (9/1)    | 8 — 2 1/2 |
1712.25                   3191.88

MADTSS00401003

```
                    0·     *

            61,201·49  ÷
                27·5   =
             2,225·51  *

                27·5   ×
             2,225·    =
            61,187·50  +I
            61,187·50  ×
                 0·025 =
             1,529·69  *

             1,529·69  ÷
                 4·    ×
                 7·    =
             2,676·96  *

             2,676·96  +I
             2,225·    ×
                 0·75  =
             1,668·75  *

             1,668·75  ×
                 0·03125 =
                52·15  +I
            63,916·61  ◊I
            63,916·61  ÷
             1,668·75  =
                38·30  *

                38·375 ×
             1,668·75  =
            64,038·28  -I
               121·67- *I

               121·67- ÷
                 0·125 =
               973·36- *

             1,668·00  +
               973·00  -
               695·00  *
```

MADTSS00400994

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO./DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | 4/28/80 | 5/3/80 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | CODES | SPECIAL DELIVERY INSTRUCTIONS

REDACTED

IRWIN & CAROLE LIPKIN

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADTSS00400986



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX   235130
WATS (800) 221-2242

IRWIN & CAROLE LIPKIN

REDACTED

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 973 | | HEINZ | 37186.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/8 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400988



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

IRWIN & CAROLE LIPKIN

REDACTED

ORIGINATOR NO: 0646
IDENTIFICATION NO: 

TRADE DATE: 4/30/80
SETTLEMENT DATE: 5/7/80

WE: BOT
QUANTITY: 605
SECURITY DESCRIPTION: HEINZ
PRICE: 38 3/8
PRINCIPAL: 26570.63
COMMISSION: 
STATE TAX: 21.72
NET AMOUNT: 26648.01

SPECIAL DELIVERY INSTRUCTIONS

COMPARISON DUPLICATE

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
 NY S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| FRACTIONAL SHARES HEINZ | 28.67 |

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225    27½         61,187.50


                       37,217.25
973     38¼            30   41
                    ─────────
                       37,186.84
695     38⅜  =  26,670.63
                       21.72
                    ─────────
                       26,648.91
7 = 28,67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH: REDACTED

PERIOD ENDING: 12/31/80

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| 12/22 | | F | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/22 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12/30 | | 1330 | | INA CORP | 30 | | 39,858.44 |
| 12/30 | | F | | INA CORP | | | 14.92 |
| 12/05 | 2726 | | | IVA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 12/05 | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 12/07 | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| 12/07 | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 12/07 | | F | | HEINZ COM | | | 26.67 |
| 12/30 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 12/02 | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 12/02 | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| 12/02 | | F | | AETNA LIFE COM. | | | 9.77 |
| 12/03 | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| 12/03 | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 12/03 | | F | | AMAX INC. | | | 31.24 |
| 12/05 | 1947 | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| 12/03 | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| 12/03 | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,990.50 |
| 12/03 | | F | | ROCKWELL INTL | | | 10.23 |
| 12/29 | 2497 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 76,626.75 | |
| 12/23 | | | | CHECK | | 10,000.00 | |
| 12/23 | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

```
HJ Heinz  1.70    3rd (    )
                  P= .75 C
4/9/79 - 5/18 D    P= 1.5
8/13/79 - 10/1 D   9/29 - 11/16
12/1/79 - 1/22 D   12/2/81 - 1/25/82
12/19/80 - 4/8 D   2/3/82 - 4/7/82
5/7/80 - 7/2       6/30/82 - 9/7/82
8/7/80 - 10/3      9/20/82 - 11/24/82
11/27/80 - 1/20/81  4/24/84 - 7/3/84
3/4/81 - 5/5       8/8/84 - 10/11/84
7/30/81 - 9/16
```

MADWAA00497515