# EXHIBIT 17

## Excerpt from DTCABAL data file

```
Browse : JCP/DTCABAL2(DTCABAL)
Record :      1    of    12 by  18                  Column :     1    200 by 131
Control :

....+....1....+....2....+....3....+....4....+....5....+....6....+....7....+....8....+....9....+....0....+....1....+
            *************Beginning of data**************
0019571090010                      00000000646101110940000000001226AT&T CORP            <0000000AT&T CORP          <
0019571090014334042292             00000000646101110940000000185378AT&T CORP            <0000000AT&T CORP          <
0019571090014810111688             00000000646101110940000000077652AT&T CORP            <0000000AT&T CORP          <
0019571090014841092887             00000000646101110940000000126149AT&T CORP            <0000000AT&T CORP          <
0019571090014849090779             00000000646101110940000000093745AT&T CORP            <0000000AT&T CORP          <
0019571090014930062686             00000000646101110940000000173247AT&T CORP            <0000000AT&T CORP          <
0019571090014956102986             00000000646101110940000000144259AT&T CORP            <0000000AT&T CORP          <
0019571090022                      00000000646101026110000001442510AT&T CORP            <0000000AT&T CORP          <
002824100010                       00000000646101110940000000008703ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
002824100022                       00000000646101026110000000740900ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
003387107010                       00000000646101104940000000005000ABEX INC CLASS A    +0000000ABEX INC CLASS A   +
004898102010                       00000000646100425940000000020289ACRO ENERGY CORP    +0000110ACRO ENERGY CORP   +
            *************End of Data********************
```

## Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
                F O R M   F L A S H   D E F I N I T I O N
                     BOX DEFINITIONS - Page 1-1
     Left      Right                             Fill                Spacing
     Edge      Edge     Top    Bottom  Width  Density Density Number  Horiz  Vert
     4         10       5      10      1      1       0       0       0      0
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____
     _____     _____    _____  _____   _____  _____   _____   _____   _____  _____

  F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
  F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
        F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                   DATA MAPPER - Variable Text Locations
                   DTCS
                            Millimeters
                        From From  Right
  Ref       Definition     Page Top  Left  Edge  Lines    Equation
    1  L1 Dont Print        1   5    5     100   1   NP
    2  Header Line 1        1   14.2 5.4   270   1   A3502070/1/8/12 TRIM2/135
    3  Header Line 2-3      1   17.38 5.4  270   2   A3502070/1/8/12 TRIM2/135
    4  Macro Calls          1   23.73 4    206   56  TRIM1/5
    5  Data                 1   23.73 8    206   56  COPYR4 TRIM7/67
    6                                                A3502070/1/8/12
    7  L61                  1   5    5     100   1   PG
    8  _____      ___  ___  ___   ___   ___
    9  _____      ___  ___  ___   ___   ___
   10  _____      ___  ___  ___   ___   ___
   11  _____      ___  ___  ___   ___   ___
   12  _____      ___  ___  ___   ___   ___
   13  _____      ___  ___  ___   ___   ___
   14  _____      ___  ___  ___   ___   ___
   15  _____      ___  ___  ___   ___   ___

  F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
  F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
  F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```