# EXHIBIT 18

```
ACCOUNT #   1-H0024-3  [Redacted]                    REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                       INITIAL INVESTMENT                                       24,779,091.54CR
                       PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR          8,231,648.02
                       ADJUSTMENTS
                       CAPITAL ADDITIONS
                       CAPITAL WITHDRAWALS                                      16,565,905.02
                       NET WORKING CAPITAL                                       8,213,186.52CR
                       BENCHMARK RATE OF RETURN                  18.00 %
                       BENCHMARK RETURN FOR 365 DAYS                             1,496,404.94CR
                       CAPITAL GAINS AND LOSSES                                     10,720.00CR
                       DIVIDENDS AND INTEREST                                        7,741.50CR
                       REALIZED P/L                                                 18,461.50CR
                       UNREALIZED P/L
                       PROFITS WITHDRAWN
                       OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              1,477,943.44-
                       CURRENT CASH BALANCE
                       NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                       TOTAL EQUITY
                       PRIOR YEAR END EQUITY              16,547,443.52CR
                       ANNUALIZED RETURN FOR CURRENT YEAR      22.59 %
                       PROJECTED ANNUALIZED RATE OF RETURN     22.53 %
                       BUYING POWER            OVER/UNDER       9,710-
```

MDPTQQ00341006