# EXHIBIT 19



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

Each Unit = 10,040

(208) SCHUPT

| Acct # | NAME | UNITS | NEED | WHY | | |
|---|---|---|---|---|---|---|
| ZR2H | EILEEN | 1.5 | 15 | SHUPT | | |
| C1277 | J.L IRA | 2.0 | 20 | S | | |
| B0136 | JUDY | 1.5 | 15 | S | | |
| B0227 | JUDY IRA | 1.5 | 15 | S | | |
| ZB480 | PEG | .8 | 8 | S | | |
| ZB482 | PAM | .5 | 5 | S | | |
| R0126 | RITA | 1.5 | 15 | S | | |
| C1310 | JC PENS | X | (3) | LOSS FOR TAXES | | |
| S0431 | MYRA | 1.0 | 10 | S | | |
| L0174 | MERYL | .8 | 8 | S | | |
| D0020 | DOLINSKI | .8 | 8 | S | | |
| L0205 | GREGORY | .5 | 5 | S | | |
| L0214 | DEVON | .2 | 2 | S | | |
| L0157 | RUSSELL | .5 | 5 | S | | |
| K0093 | Heather K | 3.5 | 35 | AS PER DAVID K | | |
| D0028 | CARMEN | 5.0 | 55 | S | | |
| W0057 | WEISSER | 3.0 | 30 | (REQUIRED) | | |
| ZR179 | MEND | 21.5 | 215 | (REQ) | | |
| ZB032* | MAYFAIR | 319.0 | 3190 | 2600 EXTRA P+L + | to BRING to 11% | |
| ZA924 | LEVY AARON | 7.8 | 78 | (REQ) | | |
| ZR165 | ABE K | 1.4 | 14 | (REQ) | | |
| ZR172 | SEY K | 1.4 | 14 | (REQ) | | |
| ZR097 | Rhoda GANA | .4 | 4 | (REQ) | | |
| ZB143 | ED JELRIS | 11.6 | 116 | (REQ) | | |
| ZR010 | Rich Glantz | 9.8 | 98 | (REQ) | | |
| ZB348 | SPERLING | 1.0 | 10 | (REQ) | | |
| ZA041 | MANU E | .6 | 6 | (REQ) | | |
| ZA210 | MANU P | .6 | 6 | (REQ) | | |
| L0124 | NOEL | 38.5 | 385 | ½% CAP CAP = 77 AM from his List | | |
| E0116* | MANSIA | 92.2 | 822 | 300 EXTRA P+L + | to BRING to 11% | |
| 1E0165 | NEW * | | | | | |
| 1E0156 | NEED 78 | | | | | |
| 116 | NEED 145 | | | 12B032 NEED 50 | | |
| 133 | NEED 129 | | | 12B046 NEED 485 | | |
| 155 | NEED 109 | 522 | | 12B249 NEED 55 | | |
| 159 | NEED 61 | | | 2600 + 590 = (3190) | | |
| | 300 + 522 = (822) | | | | | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115

4031    P8400P13    SCHUPT    EACH UNIT MADE 10,040

|  |  | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 |  |  | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 |  |  |  |
| 1B0136 | JUDY DER | 15 |  |  |  |
| 1B0227 | JUDY IRA | 15 |  |  |  |
| 12B480 | PEG | 8 |  |  |  |
| 12B482 | PAM | 5 |  |  |  |
| 1R0126 | ROTA | 15 |  |  |  |
| 1C1210 | SC PEAS | 8 (3) |  |  |  |
| 1S0431 | MYRA | 10 |  |  |  |
| 1L0174 | MERRYL | 8 |  |  |  |
| 1D0020 | DOLIN | 8 |  |  |  |
| 1L0205 | GREGORY | 5 |  |  |  |
| 1L0214 | DEVON | 1 |  |  |  |
| 1L0157 | RUSSEL | 5 |  |  |  |
| 1K0093 | HEATHER | 35 |  | 45 | PER DLK |
| 1D0028 | CARMEN | 50 |  |  | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 |  | 30 | REQUIRED |
| 12R179 | MEND | 215 |  | 215 | REQ |
| 12B032 | MAY | *6728 |  | 2600 + | BRING RETURN to ? |
| 12A924 | LEVY | 78 |  | 78 | REQ |
| 12R165 | ABE K | 14 |  | 14 | REQ |
| 12R172 | SEY K | 14 |  | 14 | REQ |
| 12R097 | RHODA G | 4 |  | 4 | REQ |
| 12B143 | ED JELRIS G | 116 |  | 116 | REQ |
| 12R010 | RICH G | 98 |  | 98 | REQ |
| 12B348 | 2PEARLING | 10 |  | 10 | REQ |
| 12A041 | MARV E | 6 |  | 6 | REQ |
| 12A210 | MARV PLOT | 6 |  | 6 | REQ |
| 1L0124 | NOEL | 385 |  | (1/2 % of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116 * | MARJO | *1264 |  | 300 + BRING ACCTS to 1% |

WORK CAP FROM LIST = 3.77 MM

| 1E0156 | NEED 90 |
| 1E0116 * | NEED 170 |
| 1E0133 | NEED 162 |
| 1E0155 | NEED 140 |
| 1E0159 | 200 |

964 + 300 = 1264

BLM → 1 %

| 12B032 | NEED 540 |
| 12B046 | NEED 2684 |
| 12B249 | NEED 904 |

EXTRA → 2600 ◊ 4128

BRING TO 1.4%

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| ACCT # | NAME | # NEEDED | WHY | (.446 EACH) UNITS | COMMENTS ETC... |
|---|---|---|---|---|---|
| 10.0002 650 | O'HARA F.P | 21 | SCHOPT ✓ | 14.0 | |
| 10.0013 147 | BERN IRA | 4 | sch ✓ | 3.0 | |
| 10.0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | 12B5 22 |
| 1P0111 275 | G+S JOINT | 3 | sch ✓ | 2.0 | 12R2 85 |
| (1C1094) X | EILEEN ○ | 4 | sch ✓ | 3.0 | 12R31 0 |
| (1C1277) 27 | JODI IRA | 10 | sch ✓ | 7.0 | |
| (1B0136) 160 | JUDY | 13 | sch ✓ | 9.0 | |
| (1B0227) 264 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | PAM | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | EILEEN IRA ○ | 6 | sch ✓ | 4.0 | |
| 150008 0 | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W ✓ | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 0 | ASHA | 7 | PAST PEFORMANCE ACCT N/W ✓ | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 0 | RUSS | 6 | sch ✓ | 4.0 | |
| 1L0205 0 | GREGORY | 5 | sch ✓ | 4.0 | |
| 1L0214 0 | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 0 | D.E.E | 5 | sch ✓ | 4.0 | |
| 1L0174 0 | MERRYL | 7 | sch ✓ | 5.0 | |
| 150431 0 | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 89 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 200 231 X | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 0 | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE TIME DEAL |
| (1R0126) 166 | RITA | 15 | sch ✓ | 10.0 | |
| 1D0070 0 | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 0 | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 0 | MENDELOW S | 107.5 215 ? | REQ ✓ | 75.0 | |
| 12R180 0 | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

$392 / KARY 1K0017 ADDED   64,260 MARCH for 03

65,000 OPT TRD 3/05 for 04

| ACCT # | NAME | $ NEEDED | WHY? | | MKT EACH UNIT | COMMENTS ETC... |
|---|---|---|---|---|---|---|
| 12A924° | JOEL LEVY | 78 | REQ | ✓ | 54.0 | |
| 12R165° | ABE KLEIMAN | 14 | REQ | ✓ | 10.0 | |
| 12R172° | SEYMORE KLEIMAN | 14 | REQ | ✓ | 10.0 | |
| 12R097° | RHODA GAAR | 4 | REQ | ✓ | 3.0 | |
| 12B143° | JECRIS | 116 | REQ | ✓ | 80.0 | |
| 12R010° | R. GLATZ IRA | 98 | REQ | ✓ | 68.0 | |
| 12B348° | JERRY SPERLING | 10 | REQ | ✓ | 7.0 | |
| 12A041° | MARJ ENG | 6 | REQ | ✓ | 4.0 | |
| 12A210° | MARJ PLATEIS | 6 | REQ | ✓ | 4.0 | |
| 1C0124° | NOEL LEVINE | 362 | w/e e '12% LIST | ✓ | 250.0 | 72.4 CAP e 1/2% |
| | | | | | | |
| 1E0165° | ENGLER GRAT | 20 | NEEDS to be 11% | ✓ | 14.0 | GOES to 11% |
| 1E0156° | ENGLER QTIP ✓ | 21 | | ✓ | 14.0 | |
| 1E0116° | MARJA ✓ | 1.0 | 300 EXTRA PUT HERE | ✓ | 7.0 | 300 EXTRA 116 |
| 1E0133° | MARJA ✓ | 31 | | ✓ | 21.0 | |
| 1E0155° | ENGLER F.T ✓ | 26 | FIXED 30% + 300,160 pt C | ✓ | 18.0 | |
| 1E0159° | MARJA IRA ✓ | 30 | | ✓ | 21.0 | |
| FRANK ↓ | | S/B 660,000 ✓ put SP IN 2005 | | DID | $600,000 JAN '05 DONE | |
| 12B046° | GROSVENOR | 66,000 | | ✓ | 46.0 | |
| 12B032° | MAYFAIR | 105,000 + 1680 ASPEN P.P. F.A = 1785,000 | | ✓ | 1235.0 | |
| 12B249° | MAYFAIR Bool | 270,000 | | ✓ | 187.0 | |
| 12B509° | ASTER | 42,000 | | ✓ | 29.0 | |
| 12B262° | STRATHAM | 26,000 | | ✓ | 18.0 | |
| 12A879° | KEN JORDAN | 20,000 | | ✓ | 14.0 | |
| 12B510° | ST JAMES | 42000 | | ✓ | 29.0 | |

6980 74120

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | | JE 1370 | COMMENTS |
|---|---|---|---|---|---|
| 100002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C1094 X | | 4 | | 3 | |
| 1C1277 X | | 30 | | 22 | |
| 1B0136 X | | 15 | | 11 | |
| 1B0227 X | | 25 | | 19 | |
| 12B480 X | | 16 | | 12 | |
| 12B482 X | | 7 | | 5 | |
| 12R211 X | | 10 | | 8 | |
| 1S0228 0 (Nov 2005) | | 10 | | 8 | |
| 1R0186 ✓ | | 5 | | 4 | |
| 1L0157 ✓ | | 6 | | 5 | |
| 1L0205 ✓ | | 6 | | 5 | |
| 1L0214 ✓ | | 4 | | 3 | |
| 1D0020 ✓ | | 7 | | 5 | |
| 1L0174 ✓ | | 6 | | 5 | |
| 1S0431 ✓ | | 8 | | 6 | |
| 1M0200 ✓ | | 14 | | 11 | |
| 1T0010 ✓ | | 17 | | 12 | |
| 1C1328 ✓ | | 3 | | 3 | |
| 1D0018 ✓ | | — | | — | |
| 12R028 X | | — | | — | |
| 1R0126 ✓ | | 8 | | 6 | |
| 1D0070 X | | — | | — | |
| 1D0028 X | | — | | — | |
| 1W0057 X  X | | — | | — | |
| 12R179 | | 108  30 | | 78 | |
| 12R180 | | 108  30 | | 78 | |
| | | | | 346 | |
| | | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A724 | | 78 | | 57 | |
| 12R165 | | 14 | | 11 | |
| 12R172 | | 14 | | 11 | |
| 12R097 | | 4 | | 3 | |
| 12B143 | | 116 | | 85 | |
| 12R010 | | 98 | | 72 | |
| 12B348 | | 10 | | 8 | |
| 12A011 | | 6 | | 5 | |
| 12A210 | | 6 | | 5 | |
| 1C012 | | 351 | | 256 | |
| 1E0165 | | 11 | | 8 | |
| 1E0156 | | 11 | | 8 | |
| 1E0116 | | — | | — | 300 GOES IN IN 2006 for 05 |
| 1E0133 | | 16 | | 12 | |
| 1E0155 | | 13 | | 10 | |
| 1E0159 | | 74 | | 54 | |
| 12B046 | | 1680 | | 1227 | |
| 12B032 | | 109 | | 80 | |
| 12B259 | | 148 | | 108 | |
| 12B509 | | 356 | | 260 | |
| 12B262 | | 180 | | 132 | |
| 12A879 | | 57 | | 42 | |
| 12B510 | | 284 | | 208 | |
| | | | | 2662 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEED | | V @ 2086 | NOTES |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOLINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RACPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 124924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA GANA | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARV ENG | 6 | | 3 | ✓ |
| 12A210 | MARV PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

2906 each

| ACCT# | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | fixed (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | fixed (5) | 40 | ✓ |
| | | | | | |
| 12A924 | JOEL LEVY | 78 | fixed (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | fixed (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | fixed (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | fixed (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | fixed (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | fixed (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | fixed (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | fixed (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | fixed (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | fixed (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | fixed (5) | 580 | ✓ |
| | | | | | |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 150431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 12R211 | 5.0 |
| J.B IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 12R179 | 75.0 |
| NANCY | 12R180 | 86.0 |
| MAT PEN | 12B249 | ~~415.0~~ 200.0 ✓ |
| MAT | 12B032 | 2000.0 |
| GROJ | 12B046 | ~~500.0~~ 400.0 |
| LEVY | 12A924 | 58.0 |
| ABE KLEIN | 12R165 | 11.0 |
| SEY KLEIN | 12R172 | 11.0 |
| RHODA (GAGA) | 12R097 | 3.0 |
| ED | 12B143 | 87.0 |
| Rich | 12R010 | 73.0 |
| SPERLING | 12B348 | 8.0 |
| M ENG | 12A041 | 5.0 |
| M PLAT | 12A210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| (CW) | 1E0116 | 265.0 |
| (IRA) | 1E0159 | 42.0 |
| M.R.T.P | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131