# EXHIBIT 24



Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY   10022                              DS

Account No:          6301-428151-509
Statement Start Date:  01 JAN 2003
Statement End Date:    31 JAN 2003
Statement Code:        000-USA-12
Statement No:          001    698
Page 1 of 2

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 23 | 61,952,499.92 | Opening (01 JAN 2003) | | Closing (31 JAN 2003) | | Credits | 0 |
| Total Debits (incl. checks) | 21 | 61,952,499.92 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 21 | 61,952,499.92 | | | | | Checks | 0 |

| Ledger Date | Adj. Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 JAN | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 02JAN | | | USD | OUR: 1400400201DW | | 2,654,043.00 | CDS FUNDING |
| 02JAN | | | USD | OUR: 1400300188DW | 2,654,043.00 | | LIST POST     AA01 |
| 02JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03JAN | | | USD | OUR: 1400400189DW | | 2,740,722.28 | CDS FUNDING |
| 03JAN | | | USD | OUR: 1400300190DW | 2,740,722.28 | | LIST POST     AA01 |
| 03JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 06JAN | | | USD | OUR: 1400400200DW | | 3,125,422.40 | CDS FUNDING |
| 06JAN | | | USD | OUR: 1400300222DW | 3,175,422.40 | | LIST POST     AA01 |
| 06JAN | | | | | **** Balance **** | 50,000.00- | CLOSING LEDGER BALANCE |
| 07JAN | | | USD | OUR: 1400400192DW | | 8,688,854.88 | CDS FUNDING |
| 07JAN | | | USD | OUR: 1400300195DW | 8,638,854.88 | | LIST POST     AA01 |
| 07JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08JAN | | | USD | OUR: 1400400200DW | | 8,654,307.33 | CDS FUNDING |
| 08JAN | | | USD | OUR: 1400300187DW | 8,654,307.33 | | LIST POST     AA01 |
| 08JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09JAN | | | USD | OUR: 1400400193DW | | 4,279,758.03 | CDS FUNDING |
| 09JAN | | | USD | OUR: 1400300191DW | 4,279,758.03 | | LIST POST     AA01 |
| 09JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10JAN | | | USD | OUR: 1400400195DW | | 2,002,630.00 | CDS FUNDING |
| 10JAN | | | USD | OUR: 1400300205DW | 2,002,630.00 | | LIST POST     AA01 |
| 10JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 13JAN | | | USD | OUR: 1400400195DW | | 2,087,916.08 | CDS FUNDING |
| 13JAN | | | USD | OUR: 1400300208DW | 2,087,916.08 | | LIST POST     AA01 |
| 13JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14JAN | | | USD | OUR: 0810100020DW | | 1,500.00 | 0000139794 011303 SP RET ITEM |
| 14JAN | | | USD | OUR: 1400400199DW | | 4,156,322.45 | CDS FUNDING |
| 14JAN | | | USD | OUR: 1400300204DW | 4,156,322.45 | | LIST POST     AA01 |
| 14JAN | | | | | **** Balance **** | 1,500.00 | CLOSING LEDGER BALANCE |
| 15JAN | | | USD | OUR: 1400400200DW | | 6,170,609.40 | CDS FUNDING |

FT CODE:   USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA000043


**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

```
                                    TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022                        DS
```

Account No: 6301-428151-509
Statement Start Date: 01 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: 000-USA-12
Statement No: 001    698
Page 2 of 2

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15JAN | | | | USD OUR: 1400300205DW | 6,172,109.40 | | LIST POST    AA01 |
| 15JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16JAN | | | | USD OUR: 1400400193DW | | 3,333,812.49 | CDS FUNDING |
| 16JAN | | | | USD OUR: 1400300190DW | 3,333,812.49 | | LIST POST    AA01 |
| 16JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17JAN | | | | USD OUR: 1400400192DW | | 1,924,339.68 | CDS FUNDING |
| 17JAN | | | | USD OUR: 1400300200DW | 1,924,339.68 | | LIST POST    AA01 |
| 17JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21JAN | | | | USD OUR: 1400400199DW | | 2,042,050.39 | CDS FUNDING |
| 21JAN | | | | USD OUR: 1400300205DW | 2,042,050.39 | | LIST POST    AA01 |
| 21JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22JAN | | | | USD OUR: 1400400200DW | | 1,166,854.38 | CDS FUNDING |
| 22JAN | | | | USD OUR: 1400300206DW | 1,166,854.38 | | LIST POST    AA01 |
| 22JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23JAN | | | | USD OUR: 1400400207DW | | 1,531,024.35 | CDS FUNDING |
| 23JAN | | | | USD OUR: 1400300193DW | 1,531,024.35 | | LIST POST    AA01 |
| 23JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24JAN | | | | USD OUR: 0810100014DW | | 3,642.91 | 0000141131 012303 SP RET ITEM |
| 24JAN | | | | USD OUR: 1400400196DW | | 1,689,320.73 | CDS FUNDING |
| 24JAN | | | | USD OUR: 1400300246DW | 1,689,320.73 | | LIST POST    AA01 |
| 24JAN | | | | | **** Balance **** | 3,642.91 | CLOSING LEDGER BALANCE |
| 27JAN | | | | USD OUR: 1400400196DW | | 1,415,761.92 | CDS FUNDING |
| 27JAN | | | | USD OUR: 1400300210DW | 1,419,404.83 | | LIST POST    AA01 |
| 27JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28JAN | | | | USD OUR: 1400400199DW | | 1,099,077.06 | CDS FUNDING |
| 28JAN | | | | USD OUR: 1400300189DW | 1,099,077.06 | | LIST POST    AA01 |
| 28JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29JAN | | | | USD OUR: 1400400200DW | | 1,323,197.09 | CDS FUNDING |
| 29JAN | | | | USD OUR: 1400300197DW | 1,323,197.09 | | LIST POST    AA01 |
| 29JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30JAN | | | | USD OUR: 1400400189DW | | 147,802.81 | CDS FUNDING |
| 30JAN | | | | USD OUR: 1400300189DW | 147,802.81 | | LIST POST    AA01 |
| 30JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31JAN | | | | USD OUR: 1400400199DW | | 1,713,530.26 | CDS FUNDING |
| 31JAN | | | | USD OUR: 1400300195DW | 1,713,530.26 | | LIST POST    AA01 |
| 31JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

JPMTAA000044