# EXHIBIT 7

**List of All Cash Transactions in the Leventhal Account**

| | | | | | | Reconciliation Results [4] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | Bates Reference to BLMIS Customer File | Bates Reference to Documents Produced to the Trustee[4] |
| 304364 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 5/11/2005 | (500,000) | CW | CHECK WIRE | Yes | Yes | Yes | AMF00279394 MADTSS01170944 | GM000005 |
| 8596 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 11/3/2005 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00279393 MADTSS01170943 | GM000006 |
| 4942 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/9/2005 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00279392 MADTSS01170942 | GM000007 |
| 41900 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 2/13/2006 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00279391 MADTSS01170941 | GM000008 |
| 267654 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/12/2006 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00279390 MADTSS01170940 | GM000009 |
| 123909 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 5/10/2006 | (500,000) | CW | CHECK WIRE | Yes | Yes | n/a | AMF00279389 MADTSS01170939 | n/a |
| 177386 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/16/2006 | (150,000) | CW | CHECK | Yes | Yes | n/a | AMF00279388 MADTSS01170938 | n/a |
| 253910 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 9/18/2006 | (150,000) | CW | CHECK | Yes | Yes | Yes | AMF00279387 MADTSS01170937 | GM000010 |
| 232513 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 11/14/2006 | (150,000) | CW | CHECK | Yes | Yes | Yes | AMF00279386 MADTSS01170936 | GM000011 |
| 222183 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/14/2006 | (150,000) | CW | CHECK | Yes | Yes | Yes | AMF00279385 MADTSS01170935 | GM000012 |
| 760 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 2/27/2007 | (50,000) | CW | CHECK | Yes | Yes | n/a | AMF00279384 MADTSS01170934 | n/a |
| 243351 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/10/2007 | (200,000) | CW | CHECK | Yes | Yes | Yes | AMF00279383 MADTSS01170933 | GM000013 |
| 285077 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 6/4/2007 | (150,000) | CW | CHECK | Yes | Yes | Yes | AMF00279382 MADTSS01170932 | GM000014 |
| 293667 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 7/19/2007 | (100,000) | CW | CHECK | Yes | Yes | n/a | AMF00279381 MADTSS01170931 | n/a |
| 299503 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/16/2007 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00279380 MADTSS01170930 | GM000015 |
| 163781 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 10/2/2007 | (150,000) | CW | CHECK | Yes | Yes | Yes | AMF00279379 MADTSS01170929 | GM000016 |
| 4643 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/3/2007 | (75,000) | CW | CHECK | Yes | Yes | Yes | AMF00279378 MADTSS01170928 | GM000017 |
| 229076 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 1/3/2008 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00279377 MADTSS01170927 | GM000018 |
| 268783 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 1/30/2008 | (125,000) | CW | CHECK | Yes | Yes | Yes | AMF00279376 MADTSS01170926 | GM000019 |
| 112052 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/11/2008 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00279375 MADTSS01170925 | GM000020 |

**EXHIBIT 7**

**List of All Cash Transactions in the Leventhal Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
| 158062 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 6/4/2008 | (70,000) | CW | CHECK | Yes | Yes | n/a | AMF00279374 MADTSS01170924 | n/a |
| 108382 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/12/2008 | (35,000) | CW | CHECK | Yes | Yes | Yes | AMF00279373 MADTSS01170923 | GM000021 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10**.

[4] The "*n/a*" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.