# EXHIBIT 8

STUART LEVENTHAL
2001 IRRREVOCABLE TRUST
110 EAST 59th ST.-25th FL.
NEW YORK, N. Y. 10022

FAX MEMORANDUM

TO: BERNARD MADOFF
    INVESTMENT SECURITIES LLC
    ATTN: JODY

FAX NO. (212) 838-4061

FROM: STUART LEVENTHAL
      ACCOUNT NO. 1-CM940-3

DATE: AUGUST 11, 2008

   Please issue for pick-up a check in the amount of
$35,000   from my account (1-CM940-3).

                Stuart Leventhal 2001 Irrevocable Trust
                110 East 59th Street -25th Fl.
                New York, New York   10022

                                        Thank you

                                        [signature]
                                        Stuart Leventhal

                                        Redacted

42 A    5-8/12

AMF00279373