# EXHIBIT 9

# EXHIBIT 9

## Results of Tracing Analysis - Leventhal Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per Available Bank Records |
|---|---|---|---|
| JPMorgan Chase | xxxxxxxx9965 | Stuart E Leventhal or Sonia Leventhal | 990,000 |
| Credit Suisse Securities | xxx-xx2529 | Stuart Leventhal 2001 Irrev TR Muriel Leventhal, Bruce Leventhal & Stuart Leventhal TTEES / Sonia Leventhal BEN | 100,000 |
| JPMorgan Chase | *Unknown* | Stuart Leventhal 2001 Irr. Tr | 200,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** $ | **1,290,000** |
| | | *% of Total Cash Withdrawals from the Leventhal Account in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Leventhal Account in the Two Year Period** $ | **1,290,000** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 10**.