# EXHIBIT 10

**Reconciliation and Tracing Results - Leventhal Account**

| | | | | | | | | | | *BLMIS Bank Account Data* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] |
| 304364 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 5/11/2005 | (500,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 32931 |
| 8596 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 11/3/2005 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169097 | JPMSAF0039818 MADWAA00355053-54 | |
| 4942 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/9/2005 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169695 | JPMSAF0040468 MADWAA00364446-47 | |
| 41900 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 2/13/2006 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171999 | JPMSAF0043015 MADWAA00363507-08 | |
| 267654 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/12/2006 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 174117 | JPMSAF0045383 MADWAA00376308-09 | |
| 123909 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 5/10/2006 | (500,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 37880 |
| 177386 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/16/2006 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177223 | JPMSAF0048514 MADWAA00210541-42 | |
| 253910 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 9/18/2006 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177800 | JPMSAF0049043 MADWAA00209638-39 | |
| 232513 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 11/14/2006 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179704 | JPMSAF0050937 MADWAA00213326-27 | |
| 222183 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/14/2006 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180314 | JPMSAF0051906 MADWAA00205544-45 | |
| 760 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 2/27/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182748 | JPMSAF0054107 MADWAA00203294-95 | |
| 243351 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/10/2007 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 184699 | JPMSAF0055992 MADWAA00267214-15 | |
| 285077 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 6/4/2007 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185811 | JPMSAF0057038 MADWAA00278134-35 | |
| 293667 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 7/19/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 187709 | JPMSAF0058838 MADWAA00272997-98 | |
| 299503 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/16/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188197 | JPMSAF0059284 MADWAA00280240-41 | |

**Reconciliation and Tracing Results - Leventhal Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163781 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 10/2/2007 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 189659 | JPMSAF0060694 MADWAA00264182-83 | |
| 4643 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/3/2007 | (75,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191172 | JPMSAF0062181 MADWAA00291548-49 | |
| 229076 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 1/3/2008 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 192523 | JPMSAF0063493 MADWAA00288473-74 | |
| 268783 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 1/30/2008 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193545 | JPMSAF0064481 MADWAA00290721-22 | |
| 112052 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/11/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 195915 | JPMSAF0066762 MADWAA00297885-86 | |
| 158062 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 6/4/2008 | (70,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196937 | JPMSAF0067767 MADWAA00295874-75 | |
| 108382 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/12/2008 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199058 | JPMSAF0069801 MADWAA00300480-81 | |

Table header note: *BLMIS Bank Account Data*

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of our analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Analysis - December 1998 to December 2008", which are attached as **Exhibits 4** and **5**, respectively.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The copy of the cancelled check from BLMIS bank records was endorsed by "Stuart Leventhal 2001 Irr. Tr." for deposit into account xxxxx4119, which corresponds to an account at Sterling National Bank (*see* 10-04492_SNB_0000651-72). However, the bank records produced to the Trustee by Sterling National Bank do not reflect a $200,000 deposit in April 2007 (*see* 10-04492_SNB_0000662). As the copy of the cancelled check from BLMIS bank records also includes multiple processing stamps from JPMorgan Chase, I have assumed that the check was deposited to a bank account at JPMorgan Chase. There were no records produced to the Trustee by JPMorgan Chase for months prior to January 2008 and therefore, I am unable to identify the bank account number into which this deposit was made.

**Reconciliation and Tracing Results - Leventhal Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Tracing Results - per BLMIS Bank Records ||| Tracing Results - per Defendants' Bank Records ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Record Bates Reference(s) |
| 304364 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 5/11/2005 | (500,000) | CW | CHECK WIRE | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 8596 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 11/3/2005 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 4942 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/9/2005 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 41900 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 2/13/2006 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 267654 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/12/2006 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 123909 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 5/10/2006 | (500,000) | CW | CHECK WIRE | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 177386 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/16/2006 | (150,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 253910 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 9/18/2006 | (150,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 232513 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 11/14/2006 | (150,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 222183 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/14/2006 | (150,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | n/a - records unavailable | | | | |
| 760 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 2/27/2007 | (50,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | n/a - records unavailable | | | | |
| 243351 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/10/2007 | (200,000) | CW | CHECK | JPMorgan Chase[4] | xxxxxx4119[4] | Stuart Leventhal 2001 Irr Tr | n/a - records unavailable [4] | | | | |
| 285077 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 6/4/2007 | (150,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | n/a - records unavailable | | | | |
| 293667 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 7/19/2007 | (100,000) | CW | CHECK | Credit Suisse Securities | xxx-xx2-529 | Stuart Leventhal 2001 Irr Tr | 7/30/2007 | 100,000 | xxx-xx2529 | Stuart Leventhal 2001 Irrev TR Muriel Leventhal, Bruce Leventhal & Stuart Leventhal TTEES/Sonia Leventhal BEN | CSSU_Leventhal_00002270-75 *at* CSSU_Leventhal_00002274 |
| 299503 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/16/2007 | (100,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | n/a - records unavailable | | | | |

**Reconciliation and Tracing Results - Leventhal Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | *Tracing Results - per BLMIS Bank Records* ||| *Tracing Results - per Defendants' Bank Records* ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Record Bates Reference(s) |
| 163781 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 10/2/2007 | (150,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Rev Trust | *n/a - records unavailable* | | | | |
| 4643 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 12/3/2007 | (75,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | *n/a - records unavailable* | | | | |
| 229076 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 1/3/2008 | (60,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart & Sonia Leventhal Trust | *n/a - records unavailable* | | | | |
| 268783 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 1/30/2008 | (125,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | 1/30/2008 | 125,000 | xxxxxxxx9965 | Stuart E Leventhal or Sonia Leventhal | JPM-LEVENTHAL00000002 - 07 *at* JPM-LEVENTHAL00000004 |
| 112052 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 4/11/2008 | (25,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart Leventhal Irr Tr | 4/14/2008 | 25,000 | xxxxxxxx9965 | Stuart E Leventhal or Sonia Leventhal | JPM-LEVENTHAL00000014 - 17 *at* JPM-LEVENTHAL00000016 |
| 158062 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 6/4/2008 | (70,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart & Sonia Leventhal Irr Tr | 6/9/2008 | 70,000 | xxxxxxxx9965 | Stuart E Leventhal or Sonia Leventhal | JPM-LEVENTHAL00000022 - 25 *at* JPM-LEVENTHAL00000024 |
| 108382 | 1CM940 | STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT | 8/12/2008 | (35,000) | CW | CHECK | JPMorgan Chase | xxxxxxxx9965 | Stuart & Sonia Leventhal Irr Tr | 8/12/2008 | 35,000 | xxxxxxxx9965 | Stuart E Leventhal or Sonia Leventhal | JPM-LEVENTHAL00000030 - 33 *at* JPM-LEVENTHAL00000032 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of our analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Analysis - December 1998 to December 2008", which are attached as **Exhibits 4** and **5**, respectively.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The copy of the cancelled check from BLMIS bank records was endorsed by "Stuart Leventhal 2001 Irr. Tr." for deposit into account xxxxx4119, which corresponds to an account at Sterling National Bank (*see* 10-04492_SNB_0000651-72). However, the bank records produced to the Trustee by Sterling National Bank do not reflect a $200,000 deposit in April 2007 (*see* 10-04492_SNB_0000662). As the copy of the cancelled check from BLMIS bank records also includes multiple processing stamps from JPMorgan Chase, I have assumed that the check was deposited to a bank account at JPMorgan Chase. There were no records produced to the Trustee by JPMorgan Chase for months prior to January 2008 and therefore, I am unable to identify the bank account number into which this deposit was made.