# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Leventhal Account

|  | 1C0092 | 1CM113 | Leventhal Account 1CM940 |
|---|---:|---:|---:|
| **INFLOWS** | | | |
| Cash Deposits | $1,521,124 | $750,000 | $0 |
| Transfers of Principal (In) | 2,933,533 | 300,000 | 525,000 |
| **Principal Available** | **$4,454,657** | **$1,050,000** | **$525,000** |
| **OUTFLOWS** | | | |
| Cash Withdrawals | ($395,449) | $0 | ($3,140,000) |
| Transfers of Principal (Out) | (4,157,124)[a] | (1,050,000)[b] | 0 |
| **Total Outflows** | **($4,552,573)** | **($1,050,000)** | **($3,140,000)** |
| **Total** | **($97,916)** | **$0** | **($2,615,000)** |

[a]  The $4,157,124 was transferred from BLMIS Account 1C0092 into other BLMIS accounts, one of which was an inter-account transfer of principal in the amount of $300,000 into BLMIS Account 1CM113.  (*See* **Exhibits 4A** and **4B**.)

[b]  The $1,050,000 was transferred from BLMIS Account 1CM113 into other BLMIS accounts, one of which was an inter-account transfer of principal in the amount of $525,000 into the Leventhal Account.  (*See* **Exhibits 4B** and **4C**.)