# Exhibit 4A

**Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1C0092**

BLMIS ACCOUNT NO. 1C0092 (FORMERLY 100561) - BERNARD L MADOFF C & M TRADING #92

| | | | | | | | | BLMIS SOURCE DOCUMENT: | |
|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 1/2/1992 | CHECK | 35,000 | 35,000 | - | - | - | 35,000 | MF00471385 | MF00471386 |
| 1/2/1992 | CHECK | 49,000 | 49,000 | - | - | - | 84,000 | MF00471385 | MF00471386 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 184,000 | MF00471385 | MF00471386 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 284,000 | MF00471385 | MF00471386 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 384,000 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS TO C & M 19 (1C0019) | (100,000) | - | - | - | (100,000) | 284,000 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS TO C & M 8 (1C0008) | 250,480 [1] | - | - | 250,480 | - | 534,480 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 50,062 [2] | - | - | 49,934 | - | 584,414 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 20,005 [2] | - | - | 19,955 | - | 604,369 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 100,315 [2] | - | - | 100,060 | - | 704,429 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 50,103 [2] | - | - | 49,975 | - | 754,404 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 100,124 [2] | - | - | 99,869 | - | 854,274 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 50,103 [2] | - | - | 49,975 | - | 904,249 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 100,192 [2] | - | - | 99,937 | - | 1,004,186 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M 14 (1C0014) | 136,711 | - | - | 136,711 | - | 1,140,897 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 40,011 [2] | - | - | 39,909 | - | 1,180,807 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 100,110 [2] | - | - | 99,855 | - | 1,280,662 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 50,103 [2] | - | - | 49,975 | - | 1,330,637 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M 14 (1C0014) | 191,395 | - | - | 191,395 | - | 1,522,033 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 50,103 [2] | - | - | 49,975 | - | 1,572,008 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 300,247 [2] | - | - | 299,484 | - | 1,871,492 | MF00471385 | MF00471386 |
| 1/2/1992 | TRANS FROM C & M INTERIM (1C0000) | 40,011 [2] | - | - | 39,909 | - | 1,911,402 | MF00471385 | MF00471386 |
| 2/3/1992 | TRANS FROM C & M INTERIM (1C0000) | 501,481 | - | - | 501,481 | - | 2,412,882 | MF00469598 | MF00469599 |
| 2/3/1992 | TRANS FROM C & M 19 (1C0019) | 100,000 | - | - | 100,000 | - | 2,512,882 | MF00469598 | MF00469599 |
| 4/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 2,612,882 | MF00465229 | MF00465230 |
| 4/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 2,712,882 | MF00465229 | MF00465230 |
| 4/1/1992 | CHECK | 50,000 | 50,000 | - | - | - | 2,762,882 | MF00465229 | MF00465230 |
| 4/1/1992 | CHECK | 50,000 | 50,000 | - | - | - | 2,812,882 | MF00465229 | MF00465230 |
| 4/1/1992 | TRANS FROM C&M INTERIM (1C0000) | 100,227 [2] | - | - | 99,802 | - | 2,912,685 | MF00465229 | MF00465230 |
| 4/1/1992 | TRANS FROM C&M INTERIM (1C0000) | 100,171 [2] | - | - | 99,746 | - | 3,012,431 | MF00465229 | MF00465230 |
| 4/1/1992 | TRANS FROM C&M INTERIM (1C0000) | 100,171 [2] | - | - | 99,746 | - | 3,112,177 | MF00465229 | MF00465230 |
| 7/1/1992 | CHECK | 50,000 | 50,000 | - | - | - | 3,162,177 | MF00458778 | MF00458779 |
| 7/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 3,262,177 | MF00458778 | MF00458779 |
| 7/1/1992 | CHECK | 50,000 | 50,000 | - | - | - | 3,312,177 | MF00458778 | MF00458779 |
| 7/1/1992 | TRANS FROM C & M INT (1C0000) | 55,072 [2] | - | - | 54,983 | - | 3,367,159 | MF00458778 | MF00458779 |
| 7/1/1992 | TRANS FROM C & M INT (1C0000) | 175,692 [2] | - | - | 175,405 | - | 3,542,565 | MF00458778 | MF00458779 |
| 7/1/1992 | TRANS FROM C & M 19 BURGER (1C0019) | 100,000 | - | - | 100,000 | - | 3,642,565 | MF00458778 | MF00458779 |
| 7/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 3,742,565 | MF00458778 | MF00458779 |
| 7/14/1992 | CHECK WIRE A/O 7/9/92 | 50,000 | 50,000 | - | - | - | 3,792,565 | MF00458778 | MF00458779 |
| 10/1/1992 | CHECK | 50,000 | 50,000 | - | - | - | 3,842,565 | MF00452474 | MF00452475 |

**Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1C0092**

**BLMIS ACCOUNT NO. 1C0092 (FORMERLY 100561) - BERNARD L MADOFF C & M TRADING #92**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| 10/1/1992 | CHECK | 150,000 | 150,000 | - | - | - | 3,992,565 | MF00452474 | MF00452475 |
| 10/1/1992 | TRANS FROM INTERIM (*1C0000*) | 50,024 [2] | - | - | 49,979 | - | 4,042,544 | MF00452474 | MF00452475 |
| 10/1/1992 | TRANS FROM INTERIM (*1C0000*) | 25,012 [2] | - | - | 24,989 | - | 4,067,533 | MF00452474 | MF00452475 |
| 1/4/1993 | CHECK | 100,000 | 100,000 | - | - | - | 4,167,533 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | 9,124 | 9,124 | - | - | - | 4,176,657 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | 28,000 | 28,000 | - | - | - | 4,204,657 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | 50,000 | 50,000 | - | - | - | 4,254,657 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | 100,000 | 100,000 | - | - | - | 4,354,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM03430 (*1CM034*) | (114,825) [3] | - | - | - | (100,000) | 4,254,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM12030 (*1CM120*) | (115,086) [3] | - | - | - | (100,000) | 4,154,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM01530 (*1CM015*) | (515,863) [3] | - | - | - | (450,000) | 3,704,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM15730 (*1CM157*) | (120,515) [3] | - | - | - | (100,000) | 3,604,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM02930 (*1CM029*) | (181,257) [3] | - | - | - | (155,000) | 3,449,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM15830 (*1CM158*) | (194,197) [3] | - | - | - | (175,000) | 3,274,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM02030 (*1CM020*) | (595,367) [3] | - | - | - | (500,000) | 2,774,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM15530 (*1CM155*) | (220,269) [3] | - | - | - | (200,000) | 2,574,657 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | (31,500) | - | (31,500) | - | - | 2,543,157 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | (22,500) | - | (22,500) | - | - | 2,520,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM19030 (*1CM190*) | (114,825) [3] | - | - | - | (100,000) | 2,420,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM09530 (*1CM095*) | (183,788) [3] | - | - | - | (150,000) | 2,270,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM16630 (*1CM166*) | (120,137) [3] | - | - | - | (100,000) | 2,170,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM11330 (*1CM113*) | (360,707) [3] | - | - | - | (300,000) | 1,870,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM10330 (*1CM103*) | (120,285) [3] | - | - | - | (100,000) | 1,770,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM04130 (*1CM041*) | (120,170) [3] | - | - | - | (100,000) | 1,670,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM14930 (*1CM149*) | (180,515) [3] | - | - | - | (150,000) | 1,520,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM08430 (*1CM084*) | (215,021) [3] | - | - | - | (200,000) | 1,320,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM10030 (*1CM100*) | (111,174) [3] | - | - | - | (100,000) | 1,220,657 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | (200,000) | - | (200,000) | - | - | 1,020,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM09630 (*1CM096*) | (257,304) [3] | - | - | - | (215,000) | 805,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM07230 (*1CM072*) | (165,799) [3] | - | - | - | (150,000) | 655,657 | MF00436697 | MF00436698 |
| 1/4/1993 | CHECK | (97,000) | - | (97,000) | - | - | 558,657 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM17230 (*1CM172*) | (121,418) [3] | - | - | - | (112,124) | 446,533 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM03830 (*1CM038*) | (120,137) [3] | - | - | - | (100,000) | 346,533 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM05130 (*1CM051*) | (110,532) | - | - | - | (150,000) | 196,533 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM17130 (*1CM171*) | (170,137) [3] | - | - | - | (150,000) | 46,533 | MF00436697 | MF00436698 |
| 1/4/1993 | TRANS TO 1CM15230 (*1CM152*) | (115,021) [3] | - | - | - | (100,000) | (53,467) | MF00436697 | MF00436698 |

**Exhibit 4A – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1C0092**

BLMIS ACCOUNT NO. 1C0092 (FORMERLY 100561) - BERNARD L MADOFF C & M TRADING #92

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 2/3/1993 | CHECK | (30,464) | - | (30,464) | - | - | (83,931) | MF00431197 | MF00431197 |
| 2/3/1993 | CHECK | (13,320) | - | (13,320) | - | - | (97,251) | MF00431197 | MF00431197 |
| 2/5/1993 | CHECK | (217) | - | (217) | - | - | (97,468) | MF00431197 | MF00431197 |
| 2/8/1993 | CHECK | (448) | - | (448) | - | - | (97,916) | MF00431197 | MF00431197 |
| | Total: | | $ 1,521,124 | $ (395,449) | $ 2,933,533 | $ (4,157,124) | $ (97,916) | | |

[1] Notwithstanding the description on the January 1992 Customer Statement that reads "TRANS TO C & M 8 (1C0008)" as shown in Column 2, the Customer Statement for BLMIS Account 1C0092 reflects an inter-account transfer from BLMIS Account 1C0008, not an inter-account transfer into BLMIS Account 1C0008.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.