# Exhibit 4B

**Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1CM113**

**BLMIS ACCOUNT NO. 1CM113 - M.S.B LEVENTHAL PTNRSHIP LTD**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported on | Amount as Reported on | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 1/4/1993 | TRANS FROM 1C009230 *(1C0092)* | 360,707 [1] | - | - | 300,000 | - | 300,000 | MF00436410 | MF00436411 |
| 6/14/1993 | CHECK | 150,000 | 150,000 | - | - | - | 450,000 | MF00404399 | MF00404401 |
| 1/4/1995 | CHECK | 100,000 | 100,000 | - | - | - | 550,000 | MF00220711 | MF00220713 |
| 1/22/1996 | CHECK | 150,000 | 150,000 | - | - | - | 700,000 | MDPTPP00773629 | MDPTPP00773635 |
| 7/3/1996 | CHECK | 350,000 | 350,000 | - | - | - | 1,050,000 | MDPTPP00773673 | MDPTPP00773678 |
| 7/9/1996 | CANCEL CHECK 7/3/96 | (350,000) | (350,000) | - | - | - | 700,000 | MDPTPP00773673 | MDPTPP00773678 |
| 7/16/1996 | CHECK | 350,000 | 350,000 | - | - | - | 1,050,000 | MDPTPP00773673 | MDPTPP00773678 |
| 5/2/2005 | TRANS TO 1CM94130 *(1CM941)* | (2,691,646) [2] | - | - | - | (525,000) | 525,000 | MDPTPP00774307 | MDPTPP00774308 |
| 5/2/2005 | TRANS TO 1CM94030 *(1CM940)* | (2,691,646) [2] | - | - | - | (525,000) | - | MDPTPP00774307 | MDPTPP00774308 |
| | Total: | | $ 750,000 | $ - | $ 300,000 | $ (1,050,000) | $ - | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the applicable principal was transferred into this account on this date. *See* Exhibit 5 for an excerpt of the Cohmad Cash Database for BLMIS Account 1CM113. At the direction of Trustee's counsel, I rounded to the nearest thousand the deposit amount in the Cohmad Cash Database of $300,246, to $300,000.

[2] On May 2, 2005, there were two inter-account transfers from BLMIS Account 1CM113 into BLMIS Account 1CM941 and the Leventhal Account in equal amounts of $2,691,646, as reflected on the Customer Statements. As of that date, BLMIS Account 1CM113 had only $1,050,000 of principal available that could be transferred. At the direction of Trustee's counsel and pursuant to correspondence in the customer file for BLMIS Account 1CM113, I divided that principal amount equally between both accounts. Applying that methodology, BLMIS Account 1CM941 and the Leventhal Account were each credited with $525,000 of principal. The remaining balance of these reported inter-account transfers constituted fictitious profits. (*See* AMF00244334.)