# Exhibit 4C

**Exhibit 4C – Detailed Schedule for the Principal Balance Calculation for the Leventhal Account**

BLMIS ACCOUNT NO. 1CM940 - STUART LEVENTHAL 2001 IREVOCABLE TRUST C/O CLERMONT MANAGEMENT

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 5/2/2005 | TRANS FROM 1CM11330 (*1CM113*) | 2,691,646 [1] | - | - | 525,000 | - | 525,000 | MDPTPP01942719 | MDPTPP01942724 | *Not Produced* |
| 5/11/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 25,000 | MDPTPP01942719 | MDPTPP01942724 | *Not Produced* |
| 11/3/2005 | CHECK | (100,000) | - | (100,000) | - | - | (75,000) | MDPTPP01942754 | MDPTPP01942757 | *Not Produced* |
| 12/9/2005 | CHECK | (100,000) | - | (100,000) | - | - | (175,000) | MDPTPP01942759 | MDPTPP01942764 | *Not Produced* |
| 2/13/2006 | CHECK | (100,000) | - | (100,000) | - | - | (275,000) | MDPTPP01942773 | MDPTPP01942776 | *Not Produced* |
| 4/12/2006 | CHECK | (100,000) | - | (100,000) | - | - | (375,000) | MDPTPP01942785 | MDPTPP01942791 | *Not Produced* |
| 5/10/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (875,000) | MDPTPP01942793 | MDPTPP01942798 | *Not Produced* |
| 8/16/2006 | CHECK | (150,000) | - | (150,000) | - | - | (1,025,000) | MDPTPP01942815 | MDPTPP01942819 | *Not Produced* |
| 9/18/2006 | CHECK | (150,000) | - | (150,000) | - | - | (1,175,000) | MDPTPP01942821 | MDPTPP01942825 | *Not Produced* |
| 11/14/2006 | CHECK | (150,000) | - | (150,000) | - | - | (1,325,000) | MDPTPP01942834 | MDPTPP01942839 | *Not Produced* |
| 12/14/2006 | CHECK | (150,000) | - | (150,000) | - | - | (1,475,000) | MDPTPP01942841 | MDPTPP01942846 | *Not Produced* |
| 2/27/2007 | CHECK | (50,000) | - | (50,000) | - | - | (1,525,000) | MDPTPP01942851 | MDPTPP01942856 | *Not Produced* |
| 4/10/2007 | CHECK | (200,000) | - | (200,000) | - | - | (1,725,000) | MDPTPP01942865 | MDPTPP01942870 | *Not Produced* |
| 6/4/2007 | CHECK | (150,000) | - | (150,000) | - | - | (1,875,000) | MDPTPP01942877 | MDPTPP01942881 | *Not Produced* |
| 7/19/2007 | CHECK | (100,000) | - | (100,000) | - | - | (1,975,000) | MDPTPP01942883 | MDPTPP01942885 | *Not Produced* |
| 8/16/2007 | CHECK | (100,000) | - | (100,000) | - | - | (2,075,000) | MDPTPP01942887 | MDPTPP01942888 | *Not Produced* |
| 10/2/2007 | CHECK | (150,000) | - | (150,000) | - | - | (2,225,000) | MDPTPP01942897 | MDPTPP01942898 | *Not Produced* |
| 12/3/2007 | CHECK | (75,000) | - | (75,000) | - | - | (2,300,000) | MDPTPP01942906 | MDPTPP01942910 | *Not Produced* |
| 1/3/2008 | CHECK | (60,000) | - | (60,000) | - | - | (2,360,000) | MDPTPP01942912 | MDPTPP01942914 | *Not Produced* |
| 1/30/2008 | CHECK | (125,000) | - | (125,000) | - | - | (2,485,000) | MDPTPP01942912 | MDPTPP01942914 | GM000024 |
| 4/11/2008 | CHECK | (25,000) | - | (25,000) | - | - | (2,510,000) | MDPTPP01942919 | MDPTPP01942925 | GM000032 |
| 6/4/2008 | CHECK | (70,000) | - | (70,000) | - | - | (2,580,000) | MDPTPP01942933 | MDPTPP01942935 | GM000044 |
| 8/12/2008 | CHECK | (35,000) | - | (35,000) | - | - | (2,615,000) | MDPTPP01942940 | MDPTPP01942941 | GM000051 |
| 12/9/2008 | CHECK | (5,000) [2] | - | (5,000) | - | - | (2,620,000) | CHECKBOOKFILE | CHECKBOOKFILE | *Not Produced* |
| 4/15/2009 | CANCEL CHECK NOT FUNDED PER TRUSTEE | 5,000 [2] | - | 5,000 | - | - | (2,615,000) | n/a | n/a | *Not Produced* |
| | Total: | | $ - | $ (3,140,000) | $ 525,000 | $ - | $ (2,615,000) | | | |

[1] **On May 2, 2005, there were two inter-account transfers from BLMIS Account 1CM113 into BLMIS Account 1CM941 and the Leventhal Account in equal amounts of $2,691,646, as reflected on the Customer Statements. As of that date, BLMIS Account 1CM113 had only $1,050,000 of principal available that could be transferred. At the direction of Trustee's counsel and pursuant to correspondence in the customer file for BLMIS Account 1CM113, I divided that principal amount equally between both accounts. Applying that methodology, BLMIS Account 1CM941 and the Leventhal Account were each credited with $525,000 of principal. The remaining balance of these reported inter-account transfers constituted fictitious profits.  (*See*  AMF00244334.)**

[2] **The BLMIS Checkbook File reflected a cash withdrawal via check from the Leventhal Account for $5,000 dated December 9, 2008.  However, that check did not clear, and therefore, the amount of the withdrawal was reversed in the Principal Balance Calculation for the Leventhal Account.**