# Exhibit 5

# Exhibit 5 - Excerpt of the Cohmad Cash Database for BLMIS Account 1CM113

