HERBERT SMITH FREEHILLS NEW YORK LLP
Marc J. Gottridge
Michael Schoeneberger
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>Defendants. | Adv. Pro. No. 11-02569 (CGM)<br><br>**BARCLAYS DEFENDANTS'**<br>**SUPPLEMENTAL CORPORATE**<br>**OWNERSHIP STATEMENT** |

Pursuant to Rule 7007.1(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1 of the United States Bankruptcy Court for the Southern District of New York, defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited), through their undersigned attorneys, certify as follows:

Barclays Bank (Suisse) S.A. is an indirect subsidiary of Barclays Bank PLC. Barclays Bank PLC is, in turn, a direct subsidiary of Barclays PLC, a publicly held company whose shares are listed on the London Stock Exchange and which also has American Depositary Receipts listed on the New York Stock Exchange. No other corporation owns 10% or more of the stock of Barclays Bank (Suisse) S.A.

Caixabank S.A. is the successor by merger to the bank formerly known as Barclays Bank S.A. Caixabank S.A. is a company whose shares are listed on the Spanish stock exchange (*Bolsa de Madrid*). Each of two companies own more than 10% of the share capital in Caixabank S.A.: (1) CriteriaCaixa, S.A., which is a wholly owned subsidiary of Fundación Bancaria Caja de Ahorros y Pensiones de Barcelona; and (2) BFA Tenedora de Acciones, S.A., which is a wholly owned subsidiary of the Fondo de Restructuración Ordenada Bancaria (FROB), the Spanish Banking Executive Resolution Authority.

Zedra Trust Company (Jersey) Limited does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

This Supplemental Corporate Ownership Statement supersedes all prior corporate ownership statements filed in this adversary proceeding, including the Supplemental Corporate Ownership Statement filed on January 6, 2015 (ECF No. 70), and the Corporate Ownership Statement filed on March 13, 2012 (ECF No. 10).

Dated: New York, New York
      May 26, 2022

**HERBERT SMITH FREEHILLS NEW YORK LLP**

By:   /s/ *Marc J. Gottridge*
      Marc J. Gottridge
      Michael Schoeneberger
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (917) 542-7600
      marc.gottridge@hsf.com
      michael.schoeneberger@hsf.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*