Hearing Date: July 13, 2022 at 10:00 a.m. (ET)
Response Deadline: June 17, 2022
Reply Deadline: July 1, 2022

Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 301-6001
Email: davisjo@gtlaw.com
Email: holdwaya@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>Defendant. | Adv. Pro. No. 12-01002 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF THE PUBLIC INSTITUTION FOR SOCIAL SECURITY'S MOTION TO STRIKE DECLARATION OF BRIAN W. SONG AND SONG EXHIBITS 1–13

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant The Public Institution for Social Security ("PIFSS") shall move this Court, before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of new York, Alexander Hamilton Customs House, Courtroom 621, One Bowling Green, New York, New York, 10004-1408, on July 13, 2022 at 10:00 a.m., for an Order striking the Declaration of Brian W. Song ("Song Declaration" or "Song Decl.") and its 13 exhibits ("Song Exhibit(s)" or "Song Ex(s).") (Dkt. 123) filed in opposition to PIFSS' motion to dismiss the complaint filed by Plaintiff Irving H. Picard ("Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated estate of Bernard L. Madoff, individually, under the Securities Investor Protection Act.

**PLEASE TAKE FURTHER NOTICE** that Trustee's response, if any, is due on or before June 17, 2022, and PIFSS' reply, if any, is due on or before July 1, 2022.

2

| | |
|---|---|
| Dated: May 26, 2022<br>New York, New York | **GREENBERG TRAURIG, LLP**<br><br>By: */s/ Leo Muchnik*<br>Leo Muchnik<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>Email: muchnikl@gtlaw.com<br><br>Joseph P. Davis III (admitted *pro hac vice*)<br>Alison T. Holdway (admitted *pro hac vice*)<br>One International Place, Suite 2000<br>Boston, Massachusetts 02110<br>Telephone: (617) 310-6000<br>Facsimile: (617) 310-6001<br>Email: davisjo@gtlaw.com<br>Email: holdwaya@gtlaw.com<br><br>*Attorneys for Defendant The Public Institution for Social Security* |

## CONFERENCE CERTIFICATION

I hereby certify that counsel for the parties conferred by telephone on May 26, 2022 in a good faith effort to narrow the issues raised in this motion. The parties agreed on the briefing schedule set forth above but were unable to reach a resolution on the issues raised in the motion.

| | |
|---|---|
| Dated: May 26, 2022<br>Boston, Massachusetts | By: */s/ Joseph P. Davis III*<br>Joseph P. Davis III |