**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>BANQUE LOMBARD ODIER & CIE SA,<br><br>      Defendant. | Adv. Pro. No. 12-01693 (CGM) |

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 27, 2022, Defendant Banque Lombard Odier & Cie SA's Reply Memorandum of Law in Further Support of Its Motion to Dismiss and the accompanying Declarations of Olivier Kronegg and David A. Shaiman and the exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of this filing has

1

been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: May 27, 2022
      New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: */s/ David A. Shaiman*

David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: dshaiman@abv.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*