**BakerHostetler**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 31, 2022

Tracy L. Cole
direct dial: 212.589.4228
TCole@bakerlaw.com

**VIA ECF**

The Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Re:   *Picard v. The Hebrew University of Jerusalem, et al.*, No. 21-01190

Dear Judge Morris:

      We are counsel to Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*.  We write in connection with the above-referenced matter and pursuant to Your Honor's Chambers' Rules to respectfully request that the Court grant permission to the Trustee to file an enlarged memorandum of law to oppose defendants' motion to dismiss for lack of personal jurisdiction and for failure to state a claim.  The Trustee respectfully requests an additional 25 pages (65 total) for the Memorandum of Law in Opposition to Defendants' Motion to Dismiss, presently due to be filed on Wednesday, June 15, 2022.  *See* So Ordered Stipulation, ECF No. 31.

      We seek the additional pages mainly to address jurisdictional facts related to each of the six defendants, including in response to ten declarations submitted with Defendants' motion to dismiss.  *See* Declarations, ECF Nos. 18-27.  Unlike many of the subsequent transfer cases currently pending before this Court, this case does not involve subsequent transferees who invested into BLMIS through various feeder funds.  Instead, among the issues in this case is whether the Trustee has alleged an agency relationship between various individuals named in the Complaint and each of the Defendants.  Defendants have also challenged the reasonableness of exercising jurisdiction based on the Trustee's pending action against them in Israel.  Accordingly, the Trustee's response to Defendants' jurisdictional challenges must address, among other things, the history of the Trustee's actions, and facts relating to agency as to each of the six defendants and the respective associated individuals alleged in the Complaint.  Thank you for the Court's attention to the instant request.

The Honorable Cecelia G. Morris
May 31, 2022
Page 2

      We have conferred with opposing counsel, and they do not object to the page limit extension, subject to Your Honor's approval.

Respectfully submitted,

*/s/ Tracy L. Cole*

Tracy L. Cole
Partner

cc:    Emil A. Kleinhaus (*via email*)
        Michael H. Cassel (*via email*)