**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
*Attorneys for Defendant*
299 Park Avenue
New York, New York 10171
Telephone: 212-888-3033
Facsimile:  212-888-0255
Zeb Landsman
zlandsman@beckerglynn.com

Hearing Date: May 18, 2022, 10:00 a.m.
Opposition Date: April 12, 2022
Reply Date: May 12, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>   Plaintiff,<br><br> v.<br><br>THE SUMITOMO TRUST AND BANKING CO., LTD,<br><br>   Defendant. | Adv. Pro. No. 11-02573 (CGM) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of Defendant The Sumitomo Trust and Banking Co., Ltd.'s Motion to Dismiss the amended complaint in the above-captioned action, the Declaration of Tara Q. Higgins dated as of the date hereof and exhibits thereto, and all prior pleadings and proceedings herein, Defendant The Sumitomo Trust and Banking Co., Ltd. ("Sumitomo") will move this Court for an order dismissing the amended complaint filed by Irving Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 8(a), 9(b), 10(c), and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rules 7008(a), 7009, 7010, and 7012(b) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated:   New York, New York
         February 11, 2022

                                                BECKER, GLYNN, MUFFLY,
                                                CHASSIN & HOSINSKI LLP

                                                By:    /s/ Zeb Landsman
                                                       Zeb Landsman
                                                       299 Park Avenue
                                                       New York, New York 10171
                                                       (212) 888-3033
                                                       zlandsman@beckerglynn.com

                                                *Attorneys for Defendant*

2