# Exhibit 3

**Exhibit D**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SUMITOMO**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 10/16/2007 | (54,253,642) |
| **Total:** | **$ (54,253,642)** |

MADC1379_00000082