| | |
|---|---|
| **BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP** | Hearing Date: May 18, 2022, 10:00 a.m. |
| *Attorneys for Defendant* | Opposition Date: April 12, 2022 |
| 299 Park Avenue | Reply Date: May 12, 2022 |
| New York, New York 10171 | |
| Telephone: 212-888-3033 | |
| Facsimile: 212-888-0255 | |
| Zeb Landsman | |
| zlandsman@beckerglynn.com | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>   Plaintiff,<br><br> v.<br><br>THE SUMITOMO TRUST AND BANKING CO., LTD,<br><br>   Defendant. | Adv. Pro. No. 11-02573 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, the Motion to Dismiss of Defendant The Sumitomo Trust and Banking Co., Ltd., the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declaration of Tara Q. Higgins and exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
February 11, 2022

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By: ____/s/ Zeb Landsman____
Zeb Landsman
299 Park Avenue
New York, New York 10171
(212) 888-3033
zlandsman@beckerglynn.com

*Attorneys for Defendant*