**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
*Attorneys for Defendant*
299 Park Avenue
New York, New York 10171
Telephone: 212-888-3033
Facsimile:  212-888-0255
Zeb Landsman
zlandsman@beckerglynn.com

Hearing Date: September 14, 2022, 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>THE SUMITOMO TRUST AND BANKING CO., LTD,<br><br>    Defendant. | Adv. Pro. No. 11-02573 (CGM) |

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, the Reply Memorandum of Law in Support of Defendant The Sumitomo Trust and Banking Co., Ltd.'s Motion to Dismiss was served by filing it with the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated:   New York, New York
           May 26, 2022

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**

By: ____/s/ Zeb Landsman_____
     Zeb Landsman
     299 Park Avenue
     New York, New York 10171
     (212) 888-3033
     zlandsman@beckerglynn.com

*Attorneys for Defendant*