**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01019 (CGM) |
| BANCO ITAÚ EUROPA LUXEMBOURG S.A., and BANCO ITAÚ EUROPA INTERNATIONAL, | |
| Defendants. | |

## STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of

the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and

defendants Itaú BBA International (Cayman) Ltd., f/k/a Itaú Europa Luxembourg, S.A., f/k/a

Banco Itaú Europa Luxembourg, S.A. and Banco Itaú Europa International ("Defendants"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 12, 2012, the Trustee filed his original complaint ("Complaint") in the above-captioned adversary proceeding against Defendants.  ECF. No. 1;

**WHEREAS**, on January 20, 2022, it was stipulated and agreed, that Defendants would respond to the Complaint by March 14, 2022, the Trustee would respond to the motion by May 13, 2022, and Defendants would file their reply by June 13, 2022 (the "January 20 Stipulation");

**WHEREAS**, Defendants moved to dismiss on March 14, 2022, and the Trustee opposed that motion on May 13, 2022;

**WHEREAS**, the parties have met and conferred and agreed to adjust the briefing schedule on Defendants' motion to dismiss;

**IT IS HEREBY STIPULATED AND AGREED**, that Defendants shall file their reply by June 27, 2022;

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, that the hearing to consider Defendants' motion to dismiss will be adjourned from July 13, 2022, to August 10, 2022 at 10:00 a.m.; and

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, that other than the new reply date and hearing date, nothing herein shall modify or alter the terms of the January 20 Stipulation, and nothing herein shall alter, impact, effect, or waive the parties' substantive and procedural rights and defenses, including, without limitation, Defendants' personal jurisdiction defense.

Dated:      May 27, 2022
            New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ Maximillian S. Shifrin
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:
212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Maximillian S. Shifrin
Email: mshifrin@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**SHEARMAN & STERLING LLP**

By: /s/ Randall Martin
599 Lexington Avenue
New York, New York 10022
Telephone: 212.824.4000
Jeffrey Resetarits
Email:
Jeffrey.Resetarits@shearman.com
Randall Martin
Email:
Randall.martin@shearman.com

*Attorney for Defendants Itaú BBA International*
*(Cayman) Ltd., f/k/a Itaú Europa Luxembourg, S.A.,*
*f/k/a Banco Itaú Europa Luxembourg, S.A., and*
*Banco Itaú Europa International*

/s/ Cecelia G. Morris

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: June 1, 2022**
**Poughkeepsie, New York**

