# EXHIBIT 3

Mar-31-2005 17:41:30

## Orders Detail

From: Jan-01-2004 To: Apr-07-2008
Date: Mar-31-2005

Fund Group: 03002
Fund ID: 03302
Fund Name: FAIRFIELD SENTRY LIMITED

Currency: USD US DOLLAR

| Holder Id Account Id | Order Id | Orders Date Appl'n Date | Transaction Type Trans Note 1 | Cash/Shares | Shares* | Cash Amount | Cash Rcvd/Pd | Cash Date Settle Date | Load % Load Type | Status/ Appr by | Exceptions/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|

**NAV Date: Mar-31-2005**

Holder Name: **BANQUE DE GESTION EDMOND MONACO**                                                         Account: **BANQUE DE GESTION EDMOND DE ROTHSCHILD MONACO**

| Redacted 7302 | 6450202 | Mar-29-2005 | Subscription | Cash | 0.00 | 300,000.00 | 300,000.00 | Mar-24-2005 | | C | Appr, Docs, Accept, Remit |
| 2768 | | Mar-24-2005 PLEASE COMPLETE PAGE 11 OF SUBSCRI | | | | | | | | | 494 |

Holder Name: **AMIENS CORPORATION**                                                                        Account: **AMIENS CORPORATION**

| Redacted 4502 | 6452102 | Mar-29-2005 | Subscription | Cash | 0.00 | 2,000,000.00 | 2,000,000.00 | Mar-24-2005 | | C | Appr, Docs, Accept, Remit |
| 2769 | | Mar-23-2005 PLEASE SUPPLY AUTHORIZED SIGNATUR | | | | | | | | | 949-KYC |

Holder Name: **GUERNROY LTD**                                                                              Account: **GUERNROY LTD A/C G523522**

| Redacted 4002 | 6452402 | Mar-29-2005 | Subscription | Cash | 0.00 | 100,000.00 | 0.00 | | | C | Appr, Docs, Cash, Accept, Remit |
| 2770 | | Mar-16-2005 PLEASE COMPLETE LATEST VERSION SUI | | | | | | Mar-29-2005 | | | |

Holder Name: **BRENTHURST ABSOLUTE RETURN FUND LTD**                                                       Account: **BRENTHURST ABSOLUTE RETURN FUND LTD - CLASS B**

| Redacted 0602 | 6456702 | Mar-29-2005 | Subscription | Cash | 0.00 | 10,000,000.00 | 10,000,000.00 | Mar-23-2005 | | C | Appr, Docs, Accept, Remit |
| 2771 | | Mar-23-2005 | | | | | | | | | |

Holder Name: **FAIRFIELD STRAITS LION ASSET MNGT**                                                         Account: **SLAM A/C GE LIFE**

| Redacted 8302 | 6467102 | Mar-30-2005 | Subscription | Cash | 0.00 | 25,000,000.00 | 25,000,000.00 | Mar-24-2005 | | C | Appr, Accept, Remit |
| 2772 | | Mar-24-2005 | | | | | | | | | |

Holder Name: **JP MORGAN TRUST COMPANY (CAYMAN)**                                                          Account: **JP MORGAN TRUST CO (CAY) AS CUSTODIAN PARADIGM MASTER FUND**

| Redacted 5002 | 6473702 | Mar-30-2005 | Subscription | Cash | 0.00 | 3,000,000.00 | 3,000,000.00 | Mar-29-2005 | | C | Appr, Docs, Accept, Remit |
| 2773 | | Mar-28-2005 PLEASE MAKE PAYMENT VALUE TODAY | | | | | | | | | 949 |

Holder Name: **INNOCENTI SILVIO**                                                                          Account: **SILVIO INNOCENTI**

| Redacted 5102 | 6474002 | Mar-30-2005 | Subscription | Cash | 0.00 | 200,000.00 | 0.00 | | | C | Appr, Docs, Cash, Accept, Remit |
| 2774 | | Mar-28-2005 PLEASE MAKE PAYMENT VALUE TODAY | | | | | | Mar-29-2005 | | | 303 |

\* Shares in this instance represents voting shares

gen_ord_detail

CONFIDENTIAL

ANWAR-C-ESI-00254836