# EXHIBIT 4

Apr-29-2005    14:14:57

## Orders Detail

From: Jan-01-2004 To: Jan-01-2009
Date: Apr-29-2005

Fund Group: 03002
Fund ID: 03302
Fund Name: FAIRFIELD SENTRY LIMITED

Currency: USD US DOLLAR

| Holder Id Account Id | Order Id | Orders Date Appl'n Date | Transaction Type Trans Note 1 | Cash/Shares | Shares* | Cash Amount | Cash Revd/Pd | Cash Date Settle Date | Load % Load Type | Status/ Appr by | Exceptions/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAV Date: Apr-30-2005** | | | | | | | | | | | |
| Holder Name: | | GOLDTREE INVEST LTD | | | | | | Account: GOLDTREE INVESTMENTS PRIVATE LIMITED | | | |
| Redacted 3204 2733 | 6678602 | Apr-28-2005 Apr-19-2005 | Subscription PLEASE MAKE PAYMENT VALUE TODAY | Cash | 0.00 | 3,000,000.00 | 3,000,000.00 | Apr-27-2005 | | C | Appr, Accept, Remit |
| Holder Name: | | HSBC INT TRUSTEE SUB A/C | | | | | | Account: HSBC INTERNATIONAL TRUSTEE LTD A/C 006-600472 | | | |
| Redacted 3909 2749 | 6472302 | Mar-30-2005 Mar-29-2005 | Subscription | Cash | 0.00 | 177,840.48 | 177,840.48 | Apr-14-2005 | | C | Appr, Docs, Accept, Remit 303 |
| Holder Name: | | HSBC INT TRUSTEE SUB A/C | | | | | | Account: HSBC INTERNATIONAL TRUSTEE LTD A/C 006-600472 | | | |
| Redacted 3909 2749 | 6664402 | Apr-27-2005 Apr-26-2005 | Subscription PLSE MAKE PAYMENT TODAY & COMPLI | Cash | 0.00 | 105,808.33 | 105,808.33 | Apr-26-2005 | | C | Appr, Docs, Accept, Remit |
| Holder Name: | | HSBC INT TRUSTEE SUB A/C | | | | | | Account: HSBC INTERNATIONAL TRUSTEE LTD A/C 006-600472 | | | |
| Redacted 3909 2749 | 6674702 | Apr-27-2005 Apr-27-2005 | Subscription PLS MAKE PAYMENT TODAY & SIGN SIGN | Cash | 0.00 | 61,393.09 | 61,393.09 | Apr-27-2005 | | C | Appr, Docs, Accept, Remit 303 |
| Holder Name: | | KREDIETBANK SA LUXEMBOURGEOISE/LIA | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE/LIA | | | |
| Redacted 2702 2763 | 6406402 | Mar-22-2005 Mar-21-2005 | Subscription Y REF OB90507709009505 | Shares | 23.96 | 0.00 | 25,000.00 | Mar-21-2005 | | C | Appr, Cash, Accept, Remit 494 |
| Holder Name: | | INVESTEC BK SWITZERLAND | | | | | | Account: INVESTEC BANK (SWITZERLAND) AG | | | |
| Redacted 6214 2764 | 6644102 | Apr-25-2005 Apr-22-2005 | Subscription PLEASE SUPPLY AUTHORIZED SIGNATUR | Cash | 0.00 | 150,000.00 | 150,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit 505 |
| Holder Name: | | FAIRFIELD STRAITS LION ASSET MNGT | | | | | | Account: SLAM A/C GE LIFE | | | |
| Redacted 8302 2772 | 6665502 | Apr-27-2005 Apr-26-2005 | Subscription PLEASE MAKE PAYMENT VALUE TODAY | Cash | 0.00 | 8,000,000.00 | 8,000,000.00 | Apr-26-2005 | | C | Appr, Accept, Remit 4040 |
| Holder Name: | | SGBT LUX | | | | | | Account: SGBT LUX / PALMARES EUROPLUS | | | |
| Redacted 8105 2786 | 6645902 | Apr-25-2005 Apr-25-2005 | Subscription PLEASE ADD SECOND SIGNATURE ON SU | Cash | 0.00 | 1,900,000.00 | 1,900,000.00 | Apr-27-2005 | | C | Appr, Docs, Accept, Remit |
| Holder Name: | | SGBT LUX | | | | | | Account: SGBT LUX / OVAL ALPHA PALMARES | | | |
| Redacted 8105 2787 | 6645802 | Apr-25-2005 Apr-18-2005 | Subscription PLEASE ADD A SECOND SIGNATURE ON A | Cash | 0.00 | 2,600,000.00 | 2,600,000.00 | Apr-27-2005 | | C | Appr, Docs, Accept, Remit |
| Holder Name: | | KREDIETBANK SA LUXEMBOURG / LIA | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE / LIA | | | |
| Redacted 9602 2788 | 6620102 | Apr-22-2005 Apr-21-2005 | Subscription OB00511100010582 REF ELISE | Cash | 0.00 | 25,000.00 | 25,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit Yanko |

* Shares in this instance represents voting shares

gen_ord_detail

CONFIDENTIAL

ANWAR-C-ESI-00256724

Apr-29-2005    14:14:57

## Orders Detail
From: Jan-01-2004  To: Jan-01-2009
Date: Apr-29-2005

Fund Group: 03002
Fund ID:    03302
Fund Name:  FAIRFIELD SENTRY LIMITED

Currency:   USD  US DOLLAR

| Holder Id / Account Id | Order Id | Orders Date / Appl'n Date | Transaction Type / Trans Note 1 | Cash/Shares | Shares* | Cash Amount | Cash Rcvd/Pd | Cash Date / Settle Date | Load % / Load Type | Status / Appr by | Exceptions/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|

**NAV Date: Apr-30-2005**

| Holder Name: | KREDIETBANK SA LUXEMBOURG / LIA | | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE / LIA | | | |
| Redacted 9602 | 6620202 | Apr-22-2005 | Subscription | Cash | 0.00 | 50,000.00 | 50,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit |
| 2788 | | Apr-21-2005 | OB00511100010585 REF ELISE | | | | | | | | Yanko |
| Holder Name: | KREDIETBANK SA LUXEMBOURG / LIA | | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE / LIA | | | |
| Redacted 9602 | 6620302 | Apr-22-2005 | Subscription | Cash | 0.00 | 45,000.00 | 45,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit |
| 2788 | | Apr-21-2005 | OB00511100010586 REF ELISE | | | | | | | | Yanko |
| Holder Name: | KREDIETBANK SA LUXEMBOURG / LIA | | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE / LIA | | | |
| Redacted 9602 | 6620402 | Apr-22-2005 | Subscription | Cash | 0.00 | 20,000.00 | 20,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit |
| 2788 | | Apr-21-2005 | OB00511100010589 REF ELISE | | | | | | | | Yanko |
| Holder Name: | KREDIETBANK SA LUXEMBOURG / LIA | | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE / LIA | | | |
| Redacted 9602 | 6620502 | Apr-22-2005 | Subscription | Cash | 0.00 | 20,000.00 | 20,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit |
| 2788 | | Apr-21-2005 | OB00511100010575 REF ELISE | | | | | | | | Yanko |
| Holder Name: | KREDIETBANK SA LUXEMBOURG / LIA | | | | | | | Account: KREDIETBANK SA LUXEMBOURGEOISE / LIA | | | |
| Redacted 9602 | 6620602 | Apr-22-2005 | Subscription | Cash | 0.00 | 26,000.00 | 26,000.00 | Apr-22-2005 | | C | Appr, Docs, Accept, Remit |
| 2788 | | Apr-21-2005 | OB00511100010591 REF ELISE | | | | | | | | Yanko |
| Holder Name: | KOREA EXCHANGE BANK | | | | | | | Account: KOREA EXCHANGE BANK AS TRUSTEE OF TAMS STABLE ALPHA III | | | |
| Redacted 0802 | 6665302 | Apr-27-2005 | Subscription | Cash | 0.00 | 1,700,000.00 | 1,700,000.00 | Apr-26-2005 | | C | Appr, Accept, Remit |
| 2789 | | Apr-26-2005 | PLSE SIGN SUB DOC & MAKE PAYMENT V | | | | | | | | 4040 |
| Holder Name: | FAIRFIELD STRAITS LION ASSET MNGT | | | | | | | Account: SLAM AC SHAREHOLDERS FUND - SCMS | | | |
| Redacted 8302 | 6665802 | Apr-27-2005 | Subscription | Cash | 0.00 | 1,500,000.00 | 0.00 | | | C | Appr, Docs, Cash, Accept, Remit |
| 2790 | | Apr-26-2005 | PLEASE MAKE PAYMENT VALUE TODAY | | | | | Apr-27-2005 | | | |
| Holder Name: | FAIRFIELD STRAITS LION ASSET MNGT | | | | | | | Account: SLAM AC GE TRUST PTE LTD - SLAM FI (330012) | | | |
| Redacted 8302 | 6666002 | Apr-27-2005 | Subscription | Cash | 0.00 | 2,500,000.00 | 2,500,000.00 | Apr-26-2005 | | C | Appr, Docs, Accept, Remit |
| 2791 | | Apr-26-2005 | PLEASE MAKE PAYMENT VALUE TODAY | | | | | | | | |
| Holder Name: | FAIRFIELD STRAITS LION ASSET MNGT | | | | | | | Account: SLAM AC GE BRUNEI LIFE INS FD-SLAM BALANCED (330008) | | | |
| Redacted 8302 | 6666402 | Apr-27-2005 | Subscription | Cash | 0.00 | 500,000.00 | 500,000.00 | Apr-26-2005 | | C | Appr, Accept, Remit |
| 2792 | | Apr-26-2005 | PLEASE MAKE PAYMENT VALUE TODAY | | | | | | | | |

* Shares in this instance represents voting shares

gen_ord_detail

CONFIDENTIAL                                                                                                          ANWAR-C-ESI-00256725

Apr-29-2005    14:14:57

## Orders Detail
From: Jan-01-2004  To: Jan-01-2009
Date: Apr-29-2005

Fund Group: 03002
Fund ID: 03302
Fund Name: FAIRFIELD SENTRY LIMITED

Currency: USD US DOLLAR

| Holder Id Account Id | Order Id | Orders Date Appl'n Date | Transaction Type Trans Note 1 | Cash/Shares | Shares* | Cash Amount | Cash Rcvd/Pd | Cash Date Settle Date | Load % Load Type | Status/ Appr by | Exceptions/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|

**NAV Date: Apr-30-2005**

Holder Name: FAIRFIELD STRAITS LION ASSET MNGT — Account: SLAM AC GE LIFE-SHAREHOLDERS FD-SLAM FI (330007)

| Redacted 8302 2793 | 6667102 | Apr-27-2005 Apr-26-2005 | Subscription PLEASE MAKE PAYMENT VALUE TODAY | Cash | 0.00 | 2,500,000.00 | 2,500,000.00 | Apr-26-2005 | | C | Appr, Accept, Remit |

Holder Name: FAIRFIELD STRAITS LION ASSET MNGT — Account: SLAM AC LIFE INS FUND-PAR (FI)-SLAM-SCND

| Redacted 8302 2794 | 6667302 | Apr-27-2005 Apr-26-2005 | Subscription PLEASE MAKE PAYMENT VALUE TODAY | Cash | 0.00 | 10,000,000.00 | 10,000,000.00 | Apr-26-2005 | | C | Appr, Accept, Remit |

Holder Name: CITCO GLOBAL CUSTODY NV — Account: CITCO GLOBAL CUSTODY NV - REF BANQUE SAFDIE

| Redacted 2402 1795 | 6675202 | Apr-27-2005 Apr-25-2005 | Subscription 190894-1250-S2637 FULL SUB DOC PLSE P. | Cash | 0.00 | 90,000.00 | 0.00 | Apr-27-2005 | | C | Appr, Docs, Cash, Accept, Remit |

Holder Name: SOMERS NOM FAR EAST LTD — Account: SOMERS NOMINEES (FAR EAST) LTD A/C 539643

| Redacted 1202 2797 | 6695102 | Apr-29-2005 Apr-28-2005 | Subscription | Cash | 0.00 | 1,000,000.00 | 0.00 | Apr-27-2005 | | C | Appr, Cash, Accept, Remit  4040 |

Holder Name: BANCO COMAFI (CAYMAN) LTD — Account: BANCO COMAFI (CAYMAN) LIMITED

| Redacted 1602 2798 | 6694902 | Apr-29-2005 Apr-27-2005 | Subscription PLEASE SUPPLY AUTHORISED SIGNATUR | Cash | 0.00 | 100,000.00 | 0.00 | Apr-27-2005 | | C | Appr, Docs, Cash, Accept, Remit  949 |

| Total for: | Apr-30-2005 | | Subscription | | 26.26 | 93,465,125.85 | 78,564,245.85 | | | | |
| Total for: | Apr-30-2005 | | | | 26.26 | 93,465,125.85 | 78,564,245.85 | | | | |

| Total for Fund Id: 03302 | | Movements In: | 26.26 | 109,463,047.06 | 94,062,162.06 |
|---|---|---|---|---|---|
| | | Movements Out: | 0.00 | 0.00 | 0.00 |
| | | Net | 26.26 | 109,463,047.06 | 94,062,162.06 |

* Shares in this instance represents voting shares

gen_ord_detail

CONFIDENTIAL    ANWAR-C-ESI-00256726