# EXHIBIT 5

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

LION GLOBAL INVESTORS LTD
ONE GEORGE STREET #08-01
SINGAPORTE 049145

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : Redacted 8302 |
| Account ID | :      2772 |
| Contract No. | : Redacted 7002 |
| Date | : Jul-29-2009 |
| Order No. | : 6964802 |
| Email | : EFM@LOOKFORLION.COM |
| FAX Number | : +65 6417 6801 |

Account name: LION GLOBAL INVESTORS A/C GE LIFE

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 31,615.2700 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 33,397,116.10 |
| | | |
| Net Redemption Proceeds | USD | 33,397,116.10 |
| Amount to be Paid | USD | 33,397,116.10 |
| Proceeds Paid to Date | USD | 33,397,116.10 |

Your balance following this transaction will be 0.0000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

| *Citco Building*<br>*Telestone - Teleport*<br>*Naritaweg 165*<br>*1043 BW Amsterdam*<br>*The Netherlands* | *www.citco.com* | *Phone: (31-20) 5722100*<br>*Fax:   (31-20) 5722610*<br>*Chamber of Commerce 33205112* |
|---|---|---|

CONFIDENTIAL

CFSE-TRST-007325

CFSSAD0006410

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

LION GLOBAL INVESTORS LTD
ONE GEORGE STREET #08-01
SINGAPORTE 049145

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : Redacted8302 |
| Account ID | : 2792 |
| Contract No. : | Redacted8402 |
| Date | : Jul-29-2009 |
| Order No. | : 6965002 |
| Email | : EFM@LOOKFORLION.COM |
| FAX Number : +65 6417 6801 | |

Account name: LION GLOBAL INVESTORS A/CGE BRUNEI LIFE INS FD-LION CAPITAL BALANCED (330008)

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 478.5100 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 505,478.97 |
| | | |
| Net Redemption Proceeds | USD | 505,478.97 |
| | | |
| Amount to be Paid | USD | 505,478.97 |
| | | |
| Proceeds Paid to Date | USD | 505,478.97 |

Your balance following this transaction will be 0.0000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-007326

CFSSAD0006411

## CITCO
*Citco Fund Services*
*(Europe) B.V.*

LION GLOBAL INVESTORS LTD
ONE GEORGE STREET #08-01
SINGAPORTE 049145

Fund ID      : 03302
Holder ID    : Redacted8302
Account ID   :      2793
Contract No. : Redacted7902
Date         : Jul-29-2009
Order No.    : 6965402
Email        : EFM@LOOKFORLION.COM
FAX Number : +65 6417 6801

Account name: LION GLOBAL INVESTORS A/CGE LIFE-SHAREHOLDERS FD-LION CAPITAL FI (330007)

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 2,392.5600 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 2,527,405.40 |
| | | |
| Net Redemption Proceeds | USD | 2,527,405.40 |
| | | |
| Amount to be Paid | USD | 2,527,405.40 |
| | | |
| Proceeds Paid to Date | USD | 2,527,405.40 |

Your balance following this transaction will be 0.0000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-007327

CFSSAD0006412

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

LION GLOBAL INVESTORS LTD
ONE GEORGE STREET #08-01
SINGAPORTE 049145

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : <sup>Redacted</sup>8302 |
| Account ID | : 2791 |
| Contract No. | : <sup>Redacted</sup>8302 |
| Date | : Jul-29-2009 |
| Order No. | : 6965102 |
| Email | : EFM@LOOKFORLION.COM |
| FAX Number | : +65 6417 6801 |

Account name: LION GLOBAL INVESTORS A/CGE TRUST PTE LTD - LION CAPITAL FI (330012)

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 2,392.5600 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 2,527,405.40 |
| | | |
| Net Redemption Proceeds | USD | 2,527,405.40 |
| | | |
| Amount to be Paid | USD | 2,527,405.40 |
| | | |
| Proceeds Paid to Date | USD | 2,527,405.40 |

Your balance following this transaction will be 0.0000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-007328

CFSSAD0006413

**C I T C O**

*Citco Fund Services*
*(Europe) B.V.*

LION GLOBAL INVESTORS LTD
ONE GEORGE STREET #08-01
SINGAPORTE 049145

Fund ID        : 03302
Holder ID      : Redacted 8302
Account ID    :        2794
Contract No. : Redacted 7602
Date             : Jul-29-2009
Order No.      : 6965602
Email            : EFM@LOOKFORLION.COM
FAX Number : +65 6417 6801

Account name: LION GLOBAL INVESTORS A/CLIFE INS FUND-PAR (FI)-LION CAPITAL-SCND

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 9,570.2200 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 10,109,600.47 |
| | | |
| Net Redemption Proceeds | USD | 10,109,600.47 |
| | | |
| Amount to be Paid | USD | 10,109,600.47 |
| | | |
| Proceeds Paid to Date | USD | 10,109,600.47 |

Your balance following this transaction will be 0.0000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-007329

CFSSAD0006414

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

LION GLOBAL INVESTORS LTD
ONE GEORGE STREET #08-01
SINGAPORTE 049145

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : Redacted 8302 |
| Account ID | :      2790 |
| Contract No. | : Redacted 3002 |
| Date | : Jul-29-2009 |
| Order No. | : 6965302 |
| Email | : EFM@LOOKFORLION.COM |
| FAX Number | : +65 6417 6801 |

Account name: LION GLOBAL INVESTORS A/CSHAREHOLDERS FUND - SCMS

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 1,435.5300 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 1,516,436.90 |
| | | |
| Net Redemption Proceeds | USD | 1,516,436.90 |
| | | |
| Amount to be Paid | USD | 1,516,436.90 |
| | | |
| Proceeds Paid to Date | USD | 1,516,436.90 |

Your balance following this transaction will be 0.0000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-007330

CFSSAD0006415