# EXHIBIT 6

    

Home   My Network   Jobs



# TONG Foo Cheong

.

- MSC Capital Partners Pte. Ltd.
- Macquarie University

Singapore · **Contact info**

**236** connections

    

Connect   Message

## About

Business, management and investment experience in all asset classes (equities, fixed income, hedge funds, private equity).

Started and built two alternative fund management businesses and started an EFM department.
- Launched 9 funds (hedge funds, private equity, loan). Built a platform business for start-up managers.
- Launched 12 Asian single-strategy hedge funds and 1 fund-of-hedge fund at Lion Fairfield.
- Started an external fund manager selection programme and outsourced equity, fixed income, hedge fund and private equity mandates.

Portfolio management experience in all investment classes: hedge funds, private equity, public securities (equities, fixed income), currencies, derivatives and futures.

Corporate finance and treasury management experience.

Master of Applied Finance (Macquarie). Winner of 2000 Singapore Applied Finance Prize for Applied Portfolio Management.

## Activity

    

TONG'S recent posts and comments will be displayed here.

Show all activity →

## Experience



**Executive Director**
MSC Capital Partners Pte. Ltd. · Full-time
Oct 2021 - Present · 8 mos
Singapore

Relevant Professional (Responsible Officer) for MSC Capital Partners, a fund management company holding a Capital Markets Services (A/I) licence. Chief Operating Officer of the MSC group in Singapore: MSC Group Singapore, MSC Capital Partners, and MSC Abacus (fund administration)



**Career transition**
Career Break
Aug 2019 - Sep 2021 · 2 yrs 2 mos
Singapore

On sabbatical and later involved in applying for a Capital Market Services license for fund management for MSC Capital Partners Pte. Ltd.



**Executive Director, Head of Corporate Strategy Planning & Development**
Algotrade Solutions Pte. Ltd. · Full-time
Jan 2019 - Aug 2019 · 8 mos

To apply for a Capital Markets Services license for the company and to start the fund management business.



**Management Representative**
WE Crowdfunding Pte. Ltd. · Full-time
May 2018 - Dec 2018 · 8 mos

Built crowdfunding platform



**Business Manager**
Pilgrim Partners Asia (Pte.) Ltd. · Full-time
Mar 2010 - Apr 2018 · 8 yrs 2 mos
Singapore

Business Manager (September 2017 - April 2018)
Build fund platform business: onboarding new managers and launching new funds. Oversees finance, risk management, HR, regulatory (MAS liaison

  Tong Foo Cheong | LinkedIn    Home    My Network    Jobs

Co-started up the fund management company.
Oversaw operations, product development, risk management, human resource, finance, compliance and regulatory matters, technology, business development and client servicing.
Manage platform services supporting fund managers.
Launched 9 funds (hedge funds, private equity, debt funds) and restructured 2 funds.
Company secretary

Show all 10 experiences →

## Education

 **Macquarie University**
Master of Applied Finance (2001)

 **National University of Singapore**
Bachelor of Business Administration

 **Raffles Institution**

## Licenses & certifications

 **Blockchain Transformations of Financial Services**
INSEAD
Issued Oct 2020 · No Expiration Date

Show credential ↗

 **Blockchain Transformations of Financial Services**
INSEAD
Issued Oct 2020 · No Expiration Date

Show credential ↗

 **Blockchain, Cryptoasssets, and Decentralized Finance**
INSEAD
Issued Oct 2020 · No Expiration Date

Show credential ↗

  Tong Foo Cheong | LinkedIn   

Home  My Network  Jobs

## Skills

Investment Management

Management

Alternative Investments

Show all 25 skills →

## Honors & awards

**Applied Portfolio Management - winner of the 2000 Singapore Applied Finance Prize**
Issued by Macquarie University · May 2001

## Organizations

**Mensa International**
Member

**Singapore Institute of Directors**
Associate member

## Interests

**Influencers**   Companies   Groups   Schools

 **Ray Dalio**
Founder, Co-Chief Investment Officer, and Member of the Bridgewater Board
2,398,902 followers

    

Home    My Network    Jobs



James, explore relevant opportunities
with **Blue River Technology**

Follow

## People you may know


**Seth Mcfeeters**
Salesforce Developer at Slalom

Connect


**Tiffany D.**
Software Quality Assurance l SDET l Recruiter at TEKsystems

Connect


**David Lowe**
Managing Director at Verizon

Connect


**Sharma .**
Sr. Fullstack Java/AWS/Data Engineer at Pinterest (Actively looking for job on corp to corp basis)

Connect


**Ramakrishna Mannem**
Senior Software Engineer(C, C++, GoLang & Python)

Connect

 LEARNING

### Add new skills with these courses, free for 24 hours


Working with Upset Customers

    

Home | My Network | Jobs

UX Insights Weekly

See my recommendations

Promoted

Rare RD Franchise
NuSpine Chiropractic has Regional Developer opportunities in top markets
Learn more

Potential Injury Case?
California's premier personal injury firm is here to help with any case.
Learn more

About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language
Community Guidelines | Careers | Marketing Solutions | | English (English)
Privacy & Terms | Ad Choices | Advertising | Manage your account and privacy Go to your Settings.
Sales Solutions | Mobile | Small Business
Safety Center

LinkedIn Corporation © 2022

Ad ···

Get the latest jobs and industry news



James, explore relevant opportunities with **Blue River Technology**

Follow

Promoted  ...



**Rare RD Franchise**
NuSpine Chiropractic has Regional Developer opportunities in top markets

**Potential Injury Case?**
California's premier personal injury firm is here to help with any case.

Learn more

Learn more

    

Home   My Network   Jobs

 TONG Foo Cheong
.

  Message    Connect

← **Experience**

 **Executive Director**
MSC Capital Partners Pte. Ltd. · Full-time
Oct 2021 - Present · 8 mos
Singapore

Relevant Professional (Responsible Officer) for MSC Capital Partners, a fund management company holding a Capital Markets Services (A/I) licence. Chief Operating Officer of the MSC group in Singapore: MSC Group Singapore, MSC Capital Partners, and MSC Abacus (fund administration)

 **Career transition**
Career Break
Aug 2019 - Sep 2021 · 2 yrs 2 mos
Singapore

On sabbatical and later involved in applying for a Capital Market Services license for fund management for MSC Capital Partners Pte. Ltd.

 **Executive Director, Head of Corporate Strategy Planning & Development**
Algotrade Solutions Pte. Ltd. · Full-time
Jan 2019 - Aug 2019 · 8 mos

To apply for a Capital Markets Services license for the company and to start the fund management business.

 **Management Representative**
WE Crowdfunding Pte. Ltd. · Full-time
May 2018 - Dec 2018 · 8 mos

Built crowdfunding platform

 **Business Manager**
Pilgrim Partners Asia (Pte.) Ltd. · Full-time
Mar 2010 - Apr 2018 · 8 yrs 2 mos
Singapore

Business Manager (September 2017 - April 2018)
Build fund platform business: onboarding new managers and launching new funds. Oversees finance, risk management, HR, regulatory (MAS liaison officer).

   Home  My Network  Jobs

Oversaw operations, product development, risk management, human resource, finance, compliance and regulatory matters, technology, business development and client servicing.
Manage platform services supporting fund managers.
Launched 9 funds (hedge funds, private equity, debt funds) and restructured 2 funds.
Company secretary



**Various**
Lion Global Investors and its subsidiary Lion Fairfield Capital Management · Full-time
Mar 2001 - Sep 2009 · 8 yrs 7 mos
Singapore

CEO / COO / Deputy Head - Investments
Lion Fairfield Capital Management
Singapore
Mar 2004 - Sep 2009 (5 years 6 months)
Started a hedge fund and fund-of-hedge funds business.
Served as CEO, COO and Deputy Head - Investments.
Involved in launching ten Asian single-strategy and two Asian fund-of-hedge funds.
Peak AUM: USD863 million (June 2008).

Head of External Fund Management (EFM) team.
Straits Lion Asset Management
Singapore
March 2002 – September 2005 (3 years 7 months)
Set up EFM department and manager evaluation and selection procedures.
Outsourced funds to external fund managers. Mandates included equity, bond, balanced, currency, hedge and private equity funds.
Supervised team of three.

Fixed income fund manager
Straits Lion Asset Management
Singapore
March 2001 – March 2004 (3 years 1 month)Singapore
Managed global bond portfolios.
Covered Singapore and US credit markets.
Drew up inter credit rating process for Corporate, Bank and Sovereign credits.
Project work on strategic asset allocation, risk management and implementation of a hedging program.
Supervised two junior fund managers



**Vice President - Senior Research Analyst**
SGY Asset Management (Singapore) Ltd · Full-time

    

Head of research. Covered Asia Pacific ex-Japan macroeconomic research. Worked with Chief Investment Officer in formulating economic outlook and market allocation strategy. Liaised with overseas offices (Paris, London, Tokyo) on Asia Pacific ex-Japan economics and strategy.

Corporate quantitative research: built quantitative screening models for Asia Pacific ex-Japan equity markets and industries. Monitor key industries (banking, telecommunications and technology).



**Vice President - Group Corporate Finance**
RGM International Pte Ltd · Full-time
Dec 1998 - Nov 1999 · 1 yr
Singapore

Corporate finance and strategic investment analysis – evaluate financial strategies and investments that will maximize shareholder value

 - Reviewed capital structure and plan capital requirements of business units

 - Built financial models and did valuation (enterprise value) of business units using discounted cash flow method. Used the CAPM model to determine the discount rate (the cost of capital).

 - Used Black-Scholes option pricing model to price an option for a stake in a pulp company that was offered to a strategic partner in return for a US$121 million capital injection.

 - Evaluated the investment feasibility and enhancement to shareholder value in the possible acquisition of a shipping company.

Treasury – monitoring of cash flows and exposures of business units. Risk analysis. Supervised short-term cash flow management.

Funding:

 - Worked on an initial public offering for the Palm Oil division. Deal size US$250m.

 - Evaluated the financial impact of various alternatives in raising financing for the Pulp & Paper division:
- Proposed issue of shares
- Proposed sale of paper company to buyer (deal size US$364 million)
- Proposed merger of pulp company with competitor (deal size US$1,157m)
- Proposed debt-equity swap (US$100 million).

 - Debt restructuring negotiations with banks

   Home  My Network  Jobs

 Merrill Lynch International Bank Limited · Full-time
Jan 1997 - Oct 1998 · 1 yr 10 mos
Singapore

Managed discretionary portfolio (global equities, Asian (including Japan), and bonds) for private clients.
Member of global asset allocation and stock selection committee.

 **Associate director, portfolio manager**
Prudential Assurance Company Singapore (Pte) Ltd / Prudential Portfolio Managers Singapore Limited · Full-time
Jan 1992 - Jan 1997 · 5 yrs 1 mo
Singapore

Portfolio manager for insurance, investment-link funds and mutual funds.
Manage Asian (ex-Japan) equity portfolios and Singapore bonds.
Country specialist for Thailand, Indonesia, Singapore and Malaysia at various times.

---



| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) ▼ |
| Privacy & Terms ∨ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2022

