# EXHIBIT 7







# Investment Team



← Back To Team List

# Daniel Chan

**Chief Executive Officer**

**Chief Investment Officer**

Daniel has more than thirty-eight years of investment management experience having served as Chief Executive as well as Chief Investment Officer at UOB Asset Management and Lion Global Investors, two of Singapore's largest asset management firms. From 1986 to 2004, Daniel was the Managing Director and Chief Investment Officer at UOBAM where he played a key role in establishing UOBAM as one of Singapore's leading investment management firms. At the time of his departure, UOBAM was managing over $20 billion of assets and was Singapore's most awarded fund manager.

After leaving UOBAM, Daniel was appointed Chief Executive Officer at Straits Lion Asset Management (SLAM) to establish the new asset management arm of the OCBC group through the merger of SLAM and OCBC Asset Management. The merger resulted in the creation of Lion Capital Management (subsequently renamed Lion Global Investors in 2008) which Daniel ran as CEO until his departure in November 2010 and as CIO until October 2009.

Daniel holds a Bachelor of Business Administration Degree from the National University of Singapore.

He is an Independent Non-Executive Director of Keppel REIT Management Limited. Daniel has served on various Investment Committees in Singapore including the Nanyang Technological University (2004 to 2013), People's Association (2005 to 2012), the Methodist Church of Singapore (as Chairman, 2005 to 2012), the Methodist School Foundation (as Chairman, 2005 to 2013). He is currently serving as Chairman of the Investment Committee of Singapore Bible College (since 2008) and the National Council of Churches of Singapore (since 2010), and as a Member of the Saver Premium Board of Trustees, MINDEF (since 2012).

From 2000 to 2004, Daniel was the Chairman of the Investment Management Association of Singapore. In 2009, the Institute of Banking and Finance conferred on Daniel the "Distinguished Financial Industry Certified Professional" award.

Privacy Policy    |    Disclaimer    |    Accredited Investor

2021 © Copyrights DCG Capital