# EXHIBIT 8

**From:** Katherine Yeo [KatherineYeo@lookforlion.com]
**Sent:** 10/30/2008 10:21:50 AM
**To:** Daniel Chan [DanielChan@lookforlion.com]; Richard Yeh (LFC) [ryeh@lionfairfield.com.sg]; Richard Landsberger [richard@fgguk.com]; markm@fggus.com ['markm@fggus.com']; Amit Vijayvergiya [amit@fggus.com]; Gina Chan [GinaChan@lookforlion.com]; chanchoongtho@lifeisgreat.com.my ['chanchoongtho@lifeisgreat.com.my']
**CC:** Herbert Wong (LFC) [hwong@lionfairfield.com.sg]; Tong Foo Cheong (LFC) [fctong@lionfairfield.com.sg]; Nagarwalla Rustom (LFC) [rnagarwalla@lionfairfield.com.sg]; Jennifer Wong [JenniferWong@lookforlion.com]; James Phoon (Compliance) [JamesPhoon@lookforlion.com]; Wendy Lim [WendyLim@lookforlion.com]
**Subject:** Board Meeting 4.11.08

To: The Board of Directors

    Lion Fairfield Capital Management Limited


Please find attached the second batch of papers for the board meeting on 4 Nov 2008 (Tue) at 2 pm Singapore time.


I was informed that there are a few new products for approval and have included them under item 8 of the agenda.


Best Regards

Katherine Yeo

Company Secretary

_____
Lion Global Investors Limited (Company Registration No: 198601745D)
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and may contain confidential or legally privileged information. If you are not the intended recipient, you should not disseminate, distribute, copy or take any action in reliance on the contents of this communication. If you have received this communication in error, please notify us immediately by return email and delete this email from your system.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001659795
SECSEV2236745

Email transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required, please request a hard-copy version. Lion Global Investors Limited is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Attachment: LFCAgenda.doc
Attachment: Investment Advisory Agreement (Final).doc
Attachment: ComplianceNov08.doc

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001659796
SECSEV2236746