# EXHIBIT 9

# Lion Capital

Lion Capital Management Ltd
One George Street #08-01
Singapore 049145

TEL (65) 6417 6800
FAX (65) 6417 6801
www.lioncapital.com.sg

Co Reg No.: 198601745D

Tuesday, 12, December, 2006

**By Fax: 019 44 20 7777 5420**

The Bank of New York, London

Dear Sirs

**KYC Documentation Package for Investors**

We refer to the above and enclose are the documentations for the following:-

**Subscribing Entities:-**

1. Great Eastern Life Assurance Company Limited
2. The Overseas Assurance Corporation Limited
3. Wiring Instructions

Yours faithfully,

Lee Kwok Meng, (Head of Portfolio and Administration)

cc: ANNIE HUDSON - 44207 534 9245
(FAIRFIELD GREENWICH (UK) LIMITED

A member of the OCBC Group

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001673978
SECSEV2250928

08-01789-cgm    Doc 21682-9    Filed 06/01/22    Entered 06/01/22 17:39:32    Exhibit 9
Pg 3 of 4

## SETTLEMENT DETAILS

### WIRING INSTRUCTIONS

The aggregate purchase price for the Notes to be purchased should be wired to:

Correspondent Bank: The Bank of New York, New York (IRVTUS3N)
ABA: 021 000 018
BIC: IRVTUS3N
Beneficiary Bank: The Bank of New York, Brussels (IRVTBEBB)
F/C Account Number: REDACTED 5451
For further account: Tensyr Limited
Account Name: Cash Account
Account Number: REDACTED 8400

### NOTE PURCHASER DETAILS

Please complete the contact list, bank account details and provide the "know your client" documentation requested below.

### Contact Details

Name: THOR YOU BEE / LEE KWOK MENG
Address: ONE GEORGE STREET
#08-01
SINGAPORE 049145
Name of Primary Contact:
Address:
SAME AS THE ABOVE

Tel number: 65 6417 6843 / 65 6417 6826
E-mail: tradesettlement@lioncapital.com.sg
US and EU identification numbers (if applicable):

### Bank account details for settlement

PLS SEE THE ATTACHED.

UK1 1425483v.1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001673979
SECSEV2250929



Lion Capital Management Ltd
One George Street #08-01
Singapore 049145

Tel (65) 6417 6800
Fax (65) 6417 6801
www.lioncapital.com.sg

Co Reg No.: 198601745D

### USD FED Wire Instructions

**1. Lion Capital a/c GE Life S'pore Life Ins Fd FI (330003)**

| | |
|---|---|
| Correspondent Bank | : The Bank of New York, New York (IRVTUS3N) |
| ABA # | : 021000018 |
| Account Number | [REDACTED]5451 |
| Account Name | : The Bank of New York, Brussels |
| Reference | : 330003 |

**2. Lion Capital a/c GE Life Brunei Life Ins Fd Bal (330008)**

| | |
|---|---|
| Correspondent Bank | : The Bank of New York, New York (IRVTUS3N) |
| ABA # | : 021000018 |
| Account Number | [REDACTED]5451 |
| Account Name | : The Bank of New York, Brussels |
| Reference | : 330008 |

**3. Lion Capital a/c GE Life Shareholders Fd FI (330007)**

| | |
|---|---|
| Correspondent Bank | : The Bank of New York, New York (IRVTUS3N) |
| ABA # | : 021000018 |
| Account Number | [REDACTED]5451 |
| Account Name | : The Bank of New York, Brussels |
| Reference | : 330007 |

**4. Lion Capital a/c OAC S'pore Life Ins Fd Par – SCND**

| | |
|---|---|
| Correspondent Bank | : State Street Bank & Trust Co. N.A., New York (SBOSUS3N) |
| ABA # | : 026009166 |
| Account Number | [REDACTED]5701 |
| Account Name | : State Street Bank and Trust Co., |
| | Asia Custody Clearing Account, Hong Kong |
| Reference | : SCND |

A member of the OCBC Group

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001673980
SECSEV2250930