# EXHIBIT 14

**From:** Richard Landsberger [richard@fggus.com]
**Sent:** 5/30/2005 5:57:40 AM
**To:** fctong@fsl.com.sg [fctong@fsl.com.sg]
**CC:** Amit Vijayvergiya [amit@fggus.com]; Harold Greisman [harold@fggus.com]; pheng@straitslion.com.sg [pheng@straitslion.com.sg]; Rob Blum [rob@fggus.com]
**Subject:** Re: Allocation Study for GE

1) Sentry-8 percent is consistent with the fund performance ave libor +550 or so. We used conservative estimates rather than historical numbers.
With a 25 percent fif allocation, and Joey's prior feedback about not having to large a Sentry allocation, let's stay with this number.
Point two- 20 percent seems to high to small start up funds. Let's discuss further. FIF is also investing.
Point 3. We have come in above return target and below vol target.
I know why you want to use up your risk allocation, but Amit's optimisation leaves room for error in both catagories. We can always tweak over time.

-----Original Message-----
From: fctong@fsl.com.sg [mailto:fctong@fsl.com.sg]
Sent: Mon May 30 06:06:55 2005
To: Richard Landsberger
Cc: Amit Vijayvergiya; Harold Greisman; pheng@straitslion.com.sg; Rob Blum
Subject: Re: Allocation Study for GE


Dear all,

Thanks for the time and effort.

I would like to provide some input:

1. Allocation to Sentry.

$50 million has been invested. While the forecast return for
Sentry is at 8%, it has performed better. Unless we want to
reduce allocation to Sentry, the allocation to Sentry should be
kept invariant (i.e. $50m, or 12.5% of the allocation).

2. Allocation to FIF Asia

Joachim previously preferred only half an allocation to FIF Asia
in 2005, with the other half in 2006. The amount of investment
in FIF Asia is going to be higher: we have five managers lined up
($10 million each) plus $12.5 million already in Ajia. To
reflect reality, can we do the optimisation with the full 20%

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000039502

SECSEV0617025

allocation (US$80 million) to FIF Asia?

If the number of Asia manager seedings go beyond 8 managers, the allocation to FIF Asia will exceed 20%. Do not yet know how uncomfortable GE is going to be with that.

3. Was the optimisation done to maximise the risk budget of 4%? (Based on historical volatility, Portfolio 1 has the highest volatility at 3.36%). We might as well use up the risk budget to deliver the return required by the client.

(See attached file: 2005 05 30 Allocation Study for GE.xls)

Regards

"Richard
Landsberger"   To: "Foo Cheong Tong" ,
,                  "Harold Greisman" ,
s.com>             "Amit Vijayvergiya" , "Andrew Smith" ,
                   "Dan Lipton"
05/29/2005         Subject: Allocation Study for GE
05:28 PM

Hi guys,

Amit, Harold, and Andrew Smith (Portfolio Manager of Chester/Irongate)
have spent a tremendous amount of time and effort to come up with the
new and improved version of the optimization we worked on earlier this
spring.

We have incorporated the requests and feedback we have all received from
Daniel, Kon, Joey and the GE management. Additionally, Rob and I fed
back to Harold, Amit and Andrew the feedback from both you two, as well
as what Rob and I thought regarding our recent visit.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000039503
                                                                             SECSEV0617026

Led by Amit, we have come up with three optimized portfolios. We are
excited with the output. From the FGG side, we would be extremely
comfortable with any one of the three portfolios. When taking it a step
further, we have a slight preference for Portfolio 3.
* This will be a 9.25% allocation to Irongate, so a "first step"
away from the fully transparent model. We can always move to a greater
allocation, but it gives FSL, GE and SLAM time to begin to learn the
Irongate/Chester process with a small initial allocation.
* We are able to offer a 20% retrocession on fees earned on
Irongate, plus approx. 1% of the invested capital to the managers in FIF
Advanced. (or around 1.75%).

From GE/SLAM perspective, on all portfolios, note we are returning
around $150mm of capital. (50mm more than we proposed in Singapore). On
portfolio 1, we would aim to complete the optimization within 3-4
months. Portfolio 2 we would aim to complete within a maximum of 6
months and portfolio 3, we would aim to complete within a maximum of 4-5
months. This all needs to be approved by Harold and Dan, but as soon as
you feedback to us which portfolio is approved, we will get started.

Additionally, we will be making an FIF allocation to the FIFA manager
portfolio as well, which will be monies going from FGG to FSL/SLAM AUM
count. All in all, we trust GE/SLAM/FSL see this as a partnership
working together to meet each other's needs.

All of us are available for calls with any/everyone from GE, SLAM, or
FSL. With all the changes at the GE/SLAM and OCBC level, both FSL and

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000039504

SECSEV0617027

FGG need to be responsive to all parties. We have the opportunity to
really build FSL, lets make sure the sponsoring partners at GE, SLAM and
FGG are educated and on board.

I am forwarding you an e-mail from Amit with some explanations of
benchmarked assumptions, and some definitions of the terminology used.
As you will see, we have been conservative in our projections.

Please appreciate all of these portfolios can be reoptimised, now, or in
the future. Markets will change, risk profiles and return targets will
move around, and we will be ready and willing to move with the markets
and our clients needs.

Thanks again for your usual hospitality in Singapore on Tuesday and
Weds.

Richard


----------------------------------------------------------------------

Fairfield Straits Lion Asset Management Limited (Regn No. 200403237E)
18 Cross Street #09-03A
Marsh & McLennan Centre
Singapore 048423
Tel: (65) 6327 8281
Fax: (65) 6327 8291

The information contained in this communication is intended
solely for the use of the individual or entity to whom it is
addressed and may contain confidential or legally privileged
information. If you, the reader of this message, are not the
intended recipient, you should not disseminate, distribute, copy
or take any action in reliance on the contents of this
communication. If you have received this communication in error,
please notify us immediately by return email and delete this
email from your system.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000039505
                                                                          SECSEV0617028

Email transmission cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The
sender therefore does not accept liability for any errors or
omissions in the contents of this message which arise as a result
of email transmission. If verification is required, please
request a hard-copy version. Fairfield Straits Lion Asset
Management Limited is neither liable for the proper and complete
transmission of the information contained in this communication
nor for any delay in its receipt.
This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000039506

SECSEV0617029