# EXHIBIT 15

**From:** Richard Landsberger [richard@fggus.com]
**Sent:** 5/20/2005 6:30:38 AM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:** Rob Blum [rob@fggus.com]
**Subject:** FW: URGENT

Amit,
Please send directly to peter as soon as you see this.
Discuss with me or rob if any questions

-----Original Message-----
From: pheng@straitslion.com.sg [mailto:pheng@straitslion.com.sg]
Sent: Fri May 20 04:01:23 2005
To: Richard Landsberger
Subject:


Dear Richard,

Could we get hold of the risk reportfor Sentry and FIF.

Harold sent Amet an email Tuesday and Daniel was asking if I have received it yet.

I will speak to you later today.

Regards

---------------------------------------------------------------------

Straits Lion Asset Management Limited (Regn No. 199606100W)
9 Battery Road #08-03/12
Straits Trading Building
Singapore 049910
Tel: (65) 6239 9600
Fax : (65) 6438 6122

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and may contain confidential or legally privileged information. If you, the reader of this message, are not the intended recipient, you should not disseminate, distribute, copy or take any action in reliance on the contents of this communication. If you have received this communication in error, please notify us immediately by return email and delete this

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000070781

FG-00186026

email from your system.

Email transmission cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The
sender therefore does not accept liability for any errors or
omissions in the contents of this message which arise as a result
of email transmission. If verification is required, please
request a hard-copy version. Straits Lion Asset Management
Limited is neither liable for the proper and complete
transmission of the information contained in this communication
nor for any delay in its receipt.
This email is intended only for the person to whom it is addressed. It may contain privileged,
confidential or proprietary information which is only authorised for viewing by the intended
recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority
("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings
contained within the information memorandum and/or prospectus issued by the fund or company
concerned. If you are in any doubt, you should seek professional advice.


Attachment: ATT15810.txt

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000070782
FG-00186027