# EXHIBIT 16

**From:** pheng@straitslion.com.sg [pheng@straitslion.com.sg]
**Sent:** 5/25/2005 5:49:41 AM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** RE: Sentry and FIFL risk reports

Dear Amit,

Could we fix a conference call for 9pm Thursday evening 26th May your time, which is 8am Friday morning 27th May Singapore time to go over the risk report. Daniel, whom you met, will be attending, together with a new colleague, Kon Chee Keat, who was with him at UOB Asset Management.

Let me know if this is ok for you.

Sorry for the timing and short notice, but I have to gather a few people on our side.

Regards

----------------------------------------------------------------------

Straits Lion Asset Management Limited (Regn No. 199606100W)
9 Battery Road #08-03/12
Straits Trading Building
Singapore 049910
Tel: (65) 6239 9600
Fax : (65) 6438 6122

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and may contain confidential or legally privileged information. If you, the reader of this message, are not the intended recipient, you should not disseminate, distribute, copy or take any action in reliance on the contents of this communication. If you have received this communication in error, please notify us immediately by return email and delete this email from your system.

Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000071373
FG-00186618

omissions in the contents of this message which arise as a result
of email transmission. If verification is required, please
request a hard-copy version. Straits Lion Asset Management
Limited is neither liable for the proper and complete
transmission of the information contained in this communication
nor for any delay in its receipt.
This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.


Attachment:

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000071374
FG-00186619