# EXHIBIT 17



ABOUT    SUSTAINABILITY    GOALS    FUNDS    INSTITUTIONAL    NEWS & INSIGHTS

# ABOUT US

Over 35 years of expertise and a member of Southeast Asia's second largest financial services group.

---

INTRODUCTION

## Our Strong Parentage

Established in Singapore since 1986, Lion Global Investors is a part of Great Eastern Holdings, the oldest and most established life insurance group in Singapore and Malaysia. We are also a member of the OCBC group, the second largest financial services group by assets in Singapore.

Backed by a strong local parentage and heritage, combined with the ability to leverage the Group's resources and connectivity, Lion Global Investors is uniquely positioned to deliver best-in-class Asian-centric solutions to our investors. The partnership with Great Eastern and OCBC remains the bedrock of our resiliency and stability. As a Group, we embrace the philosophy of managing our clients' assets for the long run and help them grow their wealth through the generations.

As at 31 March 2022, our assets under management (AUM) stands at S$69.2 billion (US$51.1 billion).





ABOUT    SUSTAINABILITY    GOALS    FUNDS    INSTITUTIONAL    NEWS & INSIGHTS



equity and multi-asset strategies for both institutional and retail investors. To meet our clients' evolving needs, we have also developed global Curated Portfolio Solutions as well as launched a series of thematic ETFs, focusing on Singapore REITs, China technology companies and China leading companies.

Our approach to investment management has consistently earned the company the highest accolades in the industry. Lion Global Investors won the Best Institutional House in Singapore for the fourth consecutive year in 2021, as recognized by Asia Asset Management.

## Key Milestones

**2020** — Became a Principles for Responsible Investment (PRI) signatory to demonstrate our commitment to responsible investment.

**2019** — Introduced Curated Portfolios to offer fund-of-funds solutions to

**2008** — Lion Capital Management was renamed as Lion Global Investors. The Brunei Branch of Lion Global Investors also began operations.

**2005** — OCBC Asset Management and Straits Lion Asset Management



ABOUT   SUSTAINABILITY   GOALS   FUNDS   INSTITUTIONAL   NEWS & INSIGHTS

|   |   |   |   |
|---|---|---|---|
|   | Fund (ETF) on the Singapore Exchange (SGX). |   | asset management arm of Great Eastern, was formed. |
| 2017 | Launched our first Smart Beta Fund. | 1989 | OCBC-SIMBL Investment Management Limited was renamed as OCBC Asset Management. |
| 2015 | Launched our first Private Equity Fund. | 1986 | OCBC-SIMBL Investment Management Limited was established. |



## Our Team

We aim to provide our clients with best-in-class service and solutions. We have one of the largest and most experienced investment teams in Asia, where the portfolio managers have on average 24 years of investment experience.

## Asia Asset Management Best of the Best Awards



ABOUT   SUSTAINABILITY   GOALS   FUNDS   INSTITUTIONAL   NEWS & INSIGHTS



View More >

## Get in Touch

Let us know if you would like further information about our funds and investment solutions.

Contact us >

### ABOUT
About Us
Awards & Accolades
Leadership
Sustainability
Contact Us

### GOALS
Capital Preservation
Market Opportunities and Growth
Regular Income and Retirement Planning

### FUNDS
Featured Funds
Unit Trusts
Exchange-Traded Funds (ETFs)
Distributors
Application Forms
Dividend Information

### INSTITUTIONAL
Curated Portfolios
Equities
Fixed Income
Multi-Asset Strategies

### NEWS & INSIGHTS
Press Releases
In the News
Insights

© Copyright of Lion Global Investors Ltd.   All Rights Reserved. Co. Reg No: 198601745D. A member of the OCBC Group.



ABOUT    SUSTAINABILITY    GOALS    FUNDS    INSTITUTIONAL    NEWS & INSIGHTS