# EXHIBIT 18



# Search UEN
of all entities registered in Singapore

straits lion asset management



**UEN:** 199606100W
**Entity Type:** LOCAL COMPANIES
**UEN Issuance Agency:** Accounting and Corporate Regulatory Authority
**Address:** 1,GEORGE STREET,08,049145, 01

**Entity Name:** STRAITS LION ASSET MANAGEMENT LIMITED
**UEN Status:** DEREGISTERED
**Previous Entity Registration No.:** 16100960000R(CRN), 199606100W(ACRA)

**Note:**
1. Information on Businesses, Local Companies, Limited Liability Partnerships, Limited Partnerships, Foreign Companies and Public Accounting are updated as of yesterday. For more updated information, please visit the Bizfile+ website at www.bizfile.gov.sg.
2. The full list of registered entities can be downloaded from data.gov.sg.



About UEN

REACH ⧉   Contact Us   Feedback ⧉

Report Vulnerability ⧉

Privacy Statement

Terms of Use

Best viewed using IE 9.0+ or Google Chrome 43.0+

© 2022 Government of Singapore.

Last Updated/Reviewed on 08 Jan 2018





protected by reCAPTCHA
Privacy - Terms

protected by reCAPTCHA
Privacy - Terms

protected by reCAPTCHA
-

protected by reCAPTCHA
-