**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01194 (CGM) |
| Plaintiff, | |
| v. | |
| KOOKMIN BANK, | |
| Defendant. | |

## AMENDED STIPULATION AND ORDER REGARDING SCHEDULE

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff, and defendant Kookmin Bank ("Defendant," and with the Trustee, the "Parties"), by and through their respective and undersigned counsel, state as follows:

**WHEREAS**, in accordance with the Stipulation and Order entered on January 27, 2022, Defendant timely filed a Motion to Dismiss on March 7, 2022;

**WHEREAS**, Defendant timely filed a Notice of Hearing on the Motion to Dismiss for June 15, 2022;

**WHEREAS**, the Trustee timely filed Opposition to the Motion to Dismiss on May 6, 2022;

**WHEREAS**, the Parties agree to an adjustment of the schedule for the reply and hearing date on the Motion to Dismiss;

**IT IS HEREBY STIPULATED AND AGREED**, that the deadline for Defendant to file a reply shall be extended from June 6, 2022 to and including **June 20, 2022**.

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant hereby withdraws its Notice of Hearing for June 15, 2022 and the Motion to Dismiss shall be heard on **October 19, 2022**.

Dated:      June 2, 2022
               New York, New York

By: */s/ Eric R. Fish*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*

By: */s/ Richard A. Cirillo*
**RICHARD A. CIRILLO, ESQ.**
246 East 33rd Street #1
New York, New York 10016
Telephone: (971) 541-6778
Richard A. Cirillo
Email: richard@Cirillo-Law.com

*Attorneys for Defendant Kookmin Bank*



**Dated: June 6, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

2