**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 12-01694 (CGM) |
| v. | |
| BANQUE CANTONALE VAUDOISE, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2022, Defendant Banque Cantonale Vaudoise's Reply Memorandum of Law in Further Support of Its Motion to Dismiss and the accompanying Declaration of David A. Shaiman and exhibits thereto were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent through the Court's

1

Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: June 6, 2022
      New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: */s/* David A. Shaiman

David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: dshaiman@abv.com

*Counsel for Defendant Banque Cantonale Vaudoise*