**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02541 (CGM) |
| Plaintiff, | |
| v. | |
| FIRST GULF BANK, | |
| Defendants. | |

## AMENDED STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant First Gulf Bank ("First Gulf" and together with the Trustee, the "Parties"), by and through their respective counsel, state as follows:

**WHEREAS,** on February 17, 2022, the Court entered a stipulation and order setting the briefing schedule for First Gulf's motion to dismiss the Trustee's Complaint (the "Motion") [ECF No. 88];

**WHEREAS**, on March 17, 2022, First Gulf filed the Motion [ECF Nos. 89–90], and on May 17, 2022, the Trustee filed his Opposition to the Motion [ECF Nos. 91–92].

**WHEREAS,** the hearing on the Motion is scheduled for August 10, 2022, at 10:00 a.m.

**WHEREAS**, First Gulf has requested an extension of the deadline to file a Reply to June 30, 2022 and the Parties have conferred and consent to the extension.

**IT IS HEREBY STIPULATED AND AGREED**, that First Gulf may file its Reply in support of its Motion on or before June 30, 2022.  The hearing on the motion remains scheduled for August 10, 2022, at 10:00 a.m.

[*Signatures appear on following page*]

Dated: June 3, 2022

| **BAKER & HOSTETLER LLP** | **CHALOS & CO., P.C.** |
|---|---|
| By: /s/ *Dean Hunt* | By: /s/ *Briton Sparkman* |
| 45 Rockefeller Plaza | 55 Hamilton Avenue |
| New York, New York 10111 | Oyster Bay, New York 11771 |
| Telephone: 212.589.4200 | Telephone: 516.714.4300 |
| Facsimile: 212.589.4201 | Facsimile: 516.750.9051 |
| David J. Sheehan | George M. Chalos |
| Email: dsheehan@bakerlaw.com | Email: gmc@chaloslaw.com |
| Dean D. Hunt | Briton Sparkman |
| Email: dhunt@bakerlaw.com | Email: bsparkman@chaloslaw.com |
| Farrell A. Hochmuth | |
| Email: fhochmuth@bakerlaw.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant First Gulf Bank* |

**SO ORDERED.**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

**Dated: June 6, 2022
Poughkeepsie, New York**