# EXHIBIT 5

**From:** Annie Hudson [ahudson@fgguk.com]
**Sent:** 2/14/2007 2:03:29 PM
**To:** Amit Vijayvergiya [amit@fggus.com]; Disha Attavar [dattavar@fggus.com]
**CC:** Lauren Ross [lauren@fggus.com]; Richard Landsberger [richard@fgguk.com]
**Subject:** FW: Redeem Fairfield Sentry

Dear Amit and Disha

USITC missed the redemption deadline by 1 day, (they did not factor in the US holiday on Monday), is it possible to approve this redemption for Feb 28 dealing date. The Taiwan regulations have changed and the client needs to resubscribe through a different entity which they plan to do for the next deadline of March 31.

Kind regards

Annie

-----

From: ??? [mailto:MichelleKuo@usitc.com.tw]
Sent: 14 February 2007 13:37
To: Annie Hudson; ???
Cc: Richard Landsberger
Subject: RE: Redeem Fairfield Sentry


Dear Annie,

I just send the redemption documents to Citco (amscfsorders@citco.com) and send you a correspondence as well. The automated response sent by Citco is received. However, it seems that we need to wait for the final confirmation of approval. Please kindly help us follow up the status of the trade. Thank you very much for your assistance.

Best Regards,
Michelle

*****************************************************
Michelle Kuo ???
Fund Manager
New Product Development Dept.
Union Securities Investment Trust Co., Ltd.
6F, No. 137, Sec. 2, Nan-King E. Rd., Taipei, Taiwan
Email: michellekuo@usitc.com.tw
Tel: 886-2-2509-1088 ext. 825
Fax: 886-2-6608-5367

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Wednesday, February 14, 2007 8:42 PM
To: ???
Cc: Richard Landsberger
Subject: RE: Redeem Fairfield Sentry


13th February is the deadline the NY office gave us, 15th calendar day is today 14th February, however, Monday 19th is a holiday in USA so this is also factored in as well, making the deadline 13th Feb.  Please send the redemption documents to Citco as soon as possible (today) stating the requested dealing date and we will see if this can be approved for Feb 28.  If you send the documents tomorrow, 15th February, they will be two days late so better to send them today.

With kind regards

Annie

Annie Hudson
Fairfield Greenwich (UK) Limited
Pollen House
10-12 Cork Street
London W1S 3NP
T. +44 20 7534 9244
D. +44 20 7534 9248
F: +44 20 7534 9245
E. ahudson@fgguk.com
W.  www.fggus.com


---

From: ??? [mailto:MichelleKuo@usitc.com.tw]
Sent: 14 February 2007 12:36
To: Annie Hudson; ???
Cc: Richard Landsberger
Subject: RE: Redeem Fairfield Sentry


Dear Annie,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000296608

SECSEV0874131

Why the redemption deadline for Feb 28 was "yesterday"?  We think the deadline will be the the 15th calendar of the month.
We want to place this order for Feb.  Could we do any thing to make up this mistake?

Best Regards,
Michelle
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Michelle Kuo ???
Fund Manager
New Product Development Dept.
Union Securities Investment Trust  Co., Ltd.
6F, No. 137, Sec. 2, Nan-King E. Rd., Taipei, Taiwan
Email: michellekuo@usitc.com.tw
Tel: 886-2-2509-1088 ext. 825
Fax: 886-2-6608-5367
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


-----

From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Wednesday, February 14, 2007 7:47 PM
To: ???
Cc: Richard Landsberger
Subject: RE: Redeem Fairfield Sentry


Dear Michelle

Thanks for your email with attached redemption documents, this will be for dealing date of March 31 (the deadline for Feb 28 was yesterday).  The documents look fine.  Citco have a new email address for trades amscfsorders@citco.com.

If you require any further information, please do not hesitate to let me know.

With kind regards

Annie
Annie Hudson
Fairfield Greenwich (UK) Limited
Pollen House
10-12 Cork Street
London W1S 3NP
T. +44 20 7534 9244

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00029660
SECSEV0874132

D. +44 20 7534 9248
F: +44 20 7534 9245
E. ahudson@fgguk.com
W. www.fggus.com

_____

From: ??? [mailto:MichelleKuo@usitc.com.tw]
Sent: 14 February 2007 11:40
To: Annie Hudson
Cc: Richard Landsberger
Subject: Redeem Fairfield Sentry

Dear Annie,

We will place partial redemption for Fairfield Sentry on 15 Feb 07. This is our first time to place the redemption order. Attached please review the draft of the redemption order for us if we fill the correct information into he redemption application form. Thank you very much for your assistance.

Best Regards,
Michelle

*****************************************************
Michelle Kuo ???
Fund Manager
New Product Development Dept.
Union Securities Investment Trust Co., Ltd.
6F, No. 137, Sec. 2, Nan-King E. Rd., Taipei, Taiwan
Email: michellekuo@usitc.com.tw
Tel: 886-2-2509-1088 ext. 825
Fax: 886-2-6608-5367
*****************************************************


This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00029661C

SECSEV0874133

concerned. If you are in any doubt, you should seek professional advice.
This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.
This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.
This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.
This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000296611

SECSEV0874134

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED      FGGE000296612
                                                                          SECSEV0874135