# EXHIBIT 6

## FairfieldGreenwich

**Employee Chart**
As of September 2007

### Employees

| | New York | Miami | Greenwich | Bermuda | London | Madrid | Lugano |
|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | |
| | Jeffrey Tucker | Santiago Reyes | Walter M. Noel, Jr. | Amit Vijayvergiya | Richard Landsberger | Andres Piedrahita | |
| | Lourdes Barreneche | | | | | Corina Piedrahita | |
| | Cornelis Boele | | | | | | |
| | Harold Greisman | | | | | | |
| | Jacqueline Harary | | | | | | |
| | Dan Lipton | | | | | | |
| | Mark McKeefry | | | | | | |
| | Andrew Smith | | | | | | |
| | Philip Toub | | | | | | |
| | Charles Murphy | | | | | | |
| **Client Group** | | | | | | | |
| **Global Business Development** | Matt Brown | Harvey Glover | | | Vianney d'Hendcourt | Fernando de Cordoba | Yanko Della Schiava |
| | Mami Hidaka | | | | Marco Musciacco | Juan Galobart | |
| | Scott Nevin | | | | Stephane Muuls | | |
| | Jeremy Norton | | | | Kim Perry | | |
| | Marty Klenert | | | | Alexander Kokkinos | | |
| | | | | | | | |
| **Client Services/Investor Relations** | Veronica Barco | Legna Gonzalez | | | Annie Hudson | Victoria De Los Rios | Caterina Pedrini |
| | Lauren Ross | | | | Daisy Asby | Myle | Anna Fonti |
| | Carla Castillo | | | | | | |
| | Lakshmi Chaudhuri | | | | | | |
| | Trey Ingram | | | | | | |
| | Mimi Pagsibigan | | | | | | |
| | Lina Pava | | | | | | |
| | Amanda Simone | | | | | | |
| | Robert Netzel | | | | | | |
| | Antonia Peristeris | | | | | | |
| | Kristin Corbett | | | | | | |
| | | | | | | | |
| **Administration** | Laurie Mulcahey | | Ellen Ryon | Sally Edwards | | | |
| | Agnes Dimandja | | | | | | |
| | Mehwish Qureshi | | | | | | |
| | Anna Kalaj | | | | | | |
| | | | | | | | |
| **Reception** | Alexandra Stabile | | | | | | |
| | Samantha Goldberg | | | | | | |
| | Courtney Brown | | | | | | |
| **Investment Group** | | | | | | | |
| **Multi-Strategy Funds/** | Patrick Blake | | | | William Lee | | |
| **Product Managers** | Jennifer Keeney | | | | | | |
| | Douglas Reid | | | | | | |
| | Adrienne Garofalo | | | | | | |
| | Enrique Mendez | | | | | | |

FGGE001257398
SECSEV1834921
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | | | | | | | **Rio de Janeiro** | | | | | | | | | | | | | **Bianca Haegler** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| K | | | | | | | **Rotterdam** | | | | | | | | | | | | | **Willem Aalders** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| L | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001257399
SECSEV1834922

FGGE001257400
SECSEV1834923
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 53 | | | Blair Keller | | | | | | |
| 54 | | | Eric Sacks | | | | | | |
| 55 | | | Eric Chin | | | | | | |
| 56 | | | Mamta Jalan | | | | | | |
| 57 | | | Joseph Malieckal | | | | | | |
| 58 | | | Jigisha Patel | | | | | | |
| 59 | | | Maani Hariri | | | | | | |
| 60 | | | Laurence Buencamino | | | | | | |
| 61 | | | Kim Huynh | | | | | | |
| 62 | | | Anthony Cho | | | | | | |
| 63 | | | Isul Kim | | | | | | |
| 64 | | | David Santoriello | | | | | | |
| 65 | | | | | | | | | |
| 66 | | **Risk Management** | | | | Bjorn Axelsson | | | |
| 67 | | | | | | Charles Oddy | | | |
| 68 | | | | | | Disha Attavar | | | |
| 69 | | | | | | Elizabeth Colebrooke | | | |
| 70 | | **Operations Group** | | | | | | | |
| 71 | | **Fund Accounting** | Nancy Ng | | | | Gordon McKenzie | | |
| 72 | | | Franklin Mejia | | | | Ryan Amlin | | |
| 73 | | | Kent Scott | | | | | | |
| 74 | | | Jason Kenny | | | | | | |
| 75 | | | Erika Meyers | | | | | | |
| 76 | | | | | | | | | |
| 77 | | **Financial Operations - Fairfield Heathcliff (broker/dealer)** | Matthew Levinson | | | | | | |
| 78 | | | | | | | | | |
| 79 | | **Management Co./Finance** | Cheryl Neal | | | | Ornella Dellapina Fenman | | |
| 80 | | | Bernadette Lebron | | | | | | |
| 81 | | | | | | | | | |
| 82 | | **Tax** | Julia Luongo | | | | | | |
| 83 | | | | | | | | | |
| 84 | | **Fund Operations** | Kristin Castellanos | | | | | | |
| 85 | | | | | | | | | |
| 86 | | **Communications** | Andrew Ludwig | | | | | | |
| 87 | | | | | | | | | |
| 88 | | **Information Technology** | John Kogan | | | | David Stapley | | |
| 89 | | | Jason Elizaitis | | | | | | |
| 90 | | | Roland Voyages | | | | | | |
| 91 | | | Michael Savva | | | | | | |
| 92 | | | Ted Southard | | | | | | |
| 93 | | | Tanvir Ahktar | | | | | | |
| 94 | | | | | | | | | |
| 95 | | **Compliance** | Anthony Dell'Arena | | | | John Donachie | | |
| 96 | | | Grace Lee | | | | | | |
| 97 | | | | | | | | | |
| 98 | | **Legal** | Michael Thorne | | | | | | |
| 99 | | | Thomas Rogers | | | | | | |
| 100 | | **Total Employees** | 72 | 3 | 2 | 8 | 12 | 6 | 2 |
| 101 | | **Total Employees all offices** | 107 | | | | | | |
| 102 | | | | | | | | | |
| 103 | | | | | | | | | |
| 104 | | | | | | | | | |
| 105 | | | | | | | | | |

| | 105 | 104 | 103 | 102 | 101 | 100 | 99 | 98 | 97 | 96 | 95 | 94 | 93 | 92 | 91 | 90 | 89 | 88 | 87 | 86 | 85 | 84 | 83 | 82 | 81 | 80 | 79 | 78 | 77 | 76 | 75 | 74 | 73 | 72 | 71 | 70 | 69 | 68 | 67 | 66 | 65 | 64 | 63 | 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | J |
| | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | K |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | L |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001257401
SECSEV1834924

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001257402
SECSEV1834925

| 145 | 144 | 143 | 142 | 141 | 140 | 139 | 138 | 137 | 136 | 135 | 134 | 133 | 132 | 131 | 130 | 129 | 128 | 127 | 126 | 125 | 124 | 123 | 122 | 121 | 120 | 119 | 118 | 117 | 116 | 115 | 114 | 113 | 112 | 111 | 110 | 109 | 108 | 107 | 106 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | J |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | K |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | L |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001257403
SECSEV1834926