# Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MARKET PORTFOLIO LIMITED | 1FR080 |