**EXHIBIT C**

**SUBSEQUENT TRANSFERS FROM RYE PORTFOLIO LIMITED TO ZEPHYROS LIMITED**

| Column 1 Date | Column 2 Transferee | Column 3 Amount |
|---:|:---|---:|
| 4/1/2004 | Zephyros Limited | (22,000,000) |
| 4/3/2006 | Zephyros Limited | (10,050,000) |
| 5/2/2006 | Zephyros Limited | (95,159) |
| 5/2/2006 | Zephyros Limited | (1,300,000) |
| 6/1/2006 | Zephyros Limited | (1,500,000) |
| 7/3/2006 | Zephyros Limited | (5,900,000) |
| 10/1/2006 | Zephyros Limited | (4,950,000) |
| 11/1/2006 | Zephyros Limited | (1,600,000) |
| 12/1/2006 | Zephyros Limited | (700,000) |
| 1/2/2007 | Zephyros Limited | (200,000) |
| 6/5/2007 | Zephyros Limited | (120,000) |
| 9/6/2007 | Zephyros Limited | (2,400,000) |
| 10/1/2007 | Zephyros Limited | (1,700,000) |
| 11/1/2007 | Zephyros Limited | (1,140,000) |
| 1/2/2008 | Zephyros Limited | (4,590,000) |
| 4/1/2008 | Zephyros Limited | (12,720,000) |
| 5/1/2008 | Zephyros Limited | (1,020,000) |
| 7/1/2008 | Zephyros Limited | (6,630,000) |
| 8/1/2008 | Zephyros Limited | (1,200,000) |
| 10/1/2008 | Zephyros Limited | (5,500,000) |
| 11/3/2008 | Zephyros Limited | (4,000,000) |
| 12/11/2008 | Zephyros Limited | (6,070,000) |
| **Total:** | | **$ (95,385,159)** |