**EXHIBIT C**

**SUBSEQUENT TRANSFERS FROM RYE PORTFOLIO LIMITED TO MISTRAL (SPC)**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferee** | **Amount** |
| 10/1/2007 | Mistral (SPC) | (100,000) |
| 12/11/2008 | Mistral (SPC) | (3,100,000) |
| **Total:** | | **$       (3,200,000)** |