**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01278 (CGM) |
| Plaintiff, | |
| v. | |
| ZEPHYROS LIMITED, | |
| Defendant. | |

{12054516:1}

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022 a copy of the *Amended Complaint* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery set forth on the attached Schedule A.

/s/ Alex Jonatowski
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Alex Jonatowski

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

{12054516:1}

## SCHEDULE A

Daniel S. Shamah (dshamah@omm.com)
Bill Sushon (wsushon@omm.com)
Kayla Haran (kharan@omm.com)
Caitlyn B. Holuta (choluta@omm.com)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

*Attorneys for Defendant Zephyros Limited*

{12054516:1}