UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JACOB M. DICK REV LIVING TRUST DTD 4/6/01, et al,<br><br>　　　　　Defendants. | Adv. Pro No. 10-04570 (CGM) |

**ORDER AUTHORIZING REDACTION CERTAIN EXHIBITS TO DECLARATION OF HELEN DAVIS CHAITMAN IN OPPOSITION TO THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

Upon the motion of Helen Davis Chaitman, attorney for Defendants Jacob M. Dick Rev Living Trust, Article 8.1 Trust, Estate of Jacob M. Dick, and Andrea J. Marks, as trustee and beneficiary of the Jacob M. Dick Rev Living Trust (together "Defendants")[1] in the above captioned case for entry of an order pursuant to 11 USC §§ 105(a) and 107(c) of title 11 of the United States Bankruptcy Code, authorizing the Defendants to redact the Confidential Information in the

---

[1] The remaining defendants named in this action were dismissed. *See* footnotes 3 and 4 of Trustee's Brief in Support of the Motion.

{00048202 1 }

Exhibits attached to the Chaitman Declaration, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §157(b); and venue of these proceedings being proper in this district pursuant to 28 U.S.C. § 1409; and it appearing that no other notice need be provided; and the Court having reviewed the Motion and considered the relief requested therein; and after due deliberation the Court having determined that just cause for the relief requested herein exists; and the Court having found that the relief granted herein is in the best interests of all parties in interest; and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein:

2. The Defendants are authorized to redact the Confidential Information from::

   - Exhibits C, P, Q, R, S, T, U, V, X, Z, AA, AI, AN, AO, AP, AQ, AR, AS, AT and AV to the Chaitman Declaration.

3. The Confidential Information shall remain confidential and shall not be made available to anyone (other than to the Parties and their respective counsel) without the prior written consent of the Parties.

**Dated: June 9, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

{00048202 1}   2