# EXHIBIT D

# Email Message

| | |
|---|---|
| **From:** | Anne.Pataky@pioneerinvestments.com [Anne.Pataky@pioneerinvestments.com] |
| **Sent:** | Friday, October 31, 2008 9:52:08 AM |
| **To:** | Paul.Brito@pioneerinvestments.com [Paul.Brito@pioneerinvestments.com]; |
| | Jimmy.Ly@pioneerinvestments.com [Jimmy.Ly@pioneerinvestments.com]; |
| **CC:** | Julia.Hoik@pioneerinvestments.com [Julia.Hoik@pioneerinvestments.com]; |
| **Subject:** | RE: Bank Hapoalim Conference Call |

2.2 mill

-----Original Message-----
From: Brito, Paul
Sent: 31 October 2008 13:52
To: Pataky, Anne; Ly, Jimmy
Cc: Hoik, Julia
Subject: RE: Bank Hapoalim Conference Call

Anne,

Just to confirm, Bank Hapoalim out of Miami redeemed $2m out of the Primeo Select Fund?

-----Original Message-----
From: Pataky, Anne
Sent: Friday, October 31, 2008 9:49 AM
To: Ly, Jimmy; Brito, Paul
Cc: Hoik, Julia
Subject: RE: Bank Hapoalim Conference Call

PS - think they redeemed over 2 million this month, are you aware?

-----Original Message-----
From: Ly, Jimmy
Sent: 30 October 2008 21:28
To: Brito, Paul; Pataky, Anne
Cc: Hoik, Julia
Subject: RE: Bank Hapoalim Conference Call

Anne, is there a way you can give her a call tomorrow to see if we can reschedule a call.   The client just put in about $14 million a few months back and just wanted a quick update.   Please help us, thanks....

Best Regards,

Jimmy Ly
Pioneer Investments
Office: +1-305-982-1555
Cell: +1-310-801-8512
Fax: +1-305-982-1560
http://worldwide.pioneerinvestments.com/

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.                                   PIM-012-03097

PIMSAA0020215

-----Original Message-----
From: Brito, Paul
Sent: Thursday, October 30, 2008 11:40 AM
To: Ursula Radel-Leszczynski
Cc: Ly, Jimmy; Pataky, Anne; Hoik, Julia
Subject: RE: Bank Hapoalim Conference Call

Hi Ursula,

We (the client and several members of Pioneer) were waiting for you on the call this morning as discussed below.   Did you have any problems dialing in?

Please let me know your earliest convenience so that we can reschedule.

Thanks,
Paul

-----Original Message-----
From: Ursula Radel-Leszczynski [mailto:ursula.radel@primeofund.com]
Sent: Friday, October 24, 2008 8:37 AM
To: Brito, Paul
Subject: Re: Bank Hapoalim Conference Call

Hi Paul
I confirm as below - please send me your dial-in details Best regards Ursula


Quoting "Brito, Paul" <Paul.Brito@pioneerinvestments.com>:

> Hello Ursula,
>
> The client is available at 9:30 EST(New York time) on
> Thursday(10/30). Please confirm.
>
> Thanks,
> Paul
>
> ----- Original Message -----
> From: Ursula Radel-Leszczynski <ursula.radel@primeofund.com>
> To: Brito, Paul
> Sent: Thu Oct 23 15:53:57 2008
> Subject: Re: Bank Hapoalim Conference Call
>
> Paul, sorry but I thought that you are in London.
> If it should be EST then I'm available Mon, Wed, Thu from 9am till
> noon (NY time) Best regards Ursula
>
> Quoting "Brito, Paul" <Paul.Brito@pioneerinvestments.com>:
>
>> Hi Ursula,
>>
>> Thank you for getting back to me. I will speak to the client and let

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.                                    PIM-012-03098

PIMSAA0020216

```
>> you know which time works best for him. Also, just to confirm, are
>> the times you mentioned below EST(New York time)?At your convenience,

>> please confirm to avoid any confusion.
>>
>> Thanks,
>> Paul
>>
>> ----- Original Message -----
>> From: Ursula Radel-Leszczynski <ursula.radel@primeofund.com>
>> To: Brito, Paul
>> Sent: Wed Oct 22 15:20:24 2008
>> Subject: Re: Bank Hapoalim Conference Call
>>
>> Hi Paul,
>>
>> if it is urgent I could do on Friday morning. Otherwise next week Mon

>> afternoon, Wed any time or Thu afternoon.
>> Kindly let me know what would suit your client.
>>
>> Best regards
>>
>> Ursula
>>
>>
>> Quoting "Brito, Paul" <Paul.Brito@pioneerinvestments.com>:
>>
>>> Hello Ursula,
>>>
>>> I hope that you are doing well despite the market madness!    My
>>> client, Bank Hapoalim, has invested approximately $15mm YTD into the

>>> Primeo Select Fund. My key contact would like to receive a portfolio

>>> update as well as clear up a few adhoc questions that he has. At
>>> your convenience, could you please let me know of your availability
>>> to host a conference call this week.
>>>
>>> Thanks in advance.
>>>
>>> Regards,
>>> Paul
>>>
>>>
>>>
>>> "The information in this e-mail and in any attachments is
>>> confidential and intended solely for the attention and use of the
>>> named addressee(s). This information may be subject to legal,
>>> professional or other privilege and further distribution of it is
>>> strictly prohibited without our authority. If you are not the
>>> intended recipient, you are not authorised to and must not disclose,
```

>>> copy, distribute, or retain this message or any part of it, and
>>> should notify us immediately.
>>>
>>> This footnote also confirms that this email has been automatically
>>> scanned for the presence of computer viruses, profanities and
>>> certain file types."
>>>
>>
>>
>>
>>
>>
>
>
>
>
>

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.                                                PIM-012-03100
                                                                                                                                                                PIMSAA0020218