# EXHIBIT F
# (Part 1)

| | |
|---|---|
| **From:** | Rebecca Sheppard [RSheppard@fgguk.com] |
| **Sent:** | Friday, December 12, 2008 11:50 AM |
| **To:** | Shahil Shah |
| **Cc:** | Richard Landsberger |
| **Subject:** | RE: Fairfield Sentry Ltd Prospectus |
| **Attachments:** | image001.gif; Sentry Offering Memo.pdf |

Dear Shahil

As requested, please see attached the Sentry Offering Memorandum.

With kind regards

Rebecca

Rebecca Sheppard
Fairfield Greenwich (UK) Limited
Pollen House
10-12 Cork Street
London W1S 3NP
T. +44 20 7534 9244
D. +44 20 7534 9248
F: +44 20 7534 9245
E. rsheppard@fgguk.com
W. www.fggus.com

_____

From: Shahil Shah [mailto:shahil.shah@paminvestments.co.uk]
Sent: 12 December 2008 11:39
To: Rebecca Sheppard
Subject: Fairfield Sentry Ltd Prospectus

Hi Rebecca,

We don't seem to have a prospectus on file for the Fairfield Sentry Ltd Fund.

Could you please email this to me?

Thanks,

Shahil

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002388698

SECSEV2965649

Shahil Shah
Manager, Fund Dealing & Product Operations

PAM Global Investments
Clarendon House
11-12 Clifford Street
London W1S 2LL
Telephone: +44 (0) 20 7170 6195
Fax: +44 (0) 20 7409 7463

Email: shahil.shah@paminvestments.co.uk
Website: www.bhibank.com/pam

The information contained in this e-mail is confidential and may be privileged. It is intended for the addressee only. If you are not the intended recipient, please delete this e-mail immediately. The contents of this e-mail must not be disclosed or copied without the sender's consent. We cannot accept any responsibility for viruses, so please scan all attachments. The statements and opinions expressed in this message are those of the author and do not necessarily reflect those of the company. The company does not take any responsibility for the views of the author.

The information contained in this e-mail has no regard to the specific investment objectives, financial situation or investment needs of any person. In particular, it is for information only and must not be construed as an offer or recommendation to any person to sell or buy shares in any investment. Prospective investors should take appropriate advice before making any investment decision.

Unless otherwise agreed, PAM Global Investments does not give investment advice tailored to the needs of specific individuals. In particular, we are not fully aware of the circumstances peculiar to your clients or their investment objectives. Any opinions expressed in this e-mail and the results of any PAM Global Investments research made available to you are generic and should be interpreted by you accordingly.

PAM Global Investments is the marketing name of Poalim Asset Management (UK) Limited, part of the Bank Hapoalim Group.

Poalim Asset Management (UK) Limited is authorised & regulated by the Financial Services Authority.

Registered in England No. 4212445

Registered Address: 1 Silk Street London EC2Y 8HQ

FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002388699

SECSEV2965650

This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002388700

SECSEV2965651