# EXHIBIT G

20. Nov. 2007 16:13                                                                 N° 0083   P. 1/4

# REDEMPTION REQUEST FORM
## INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): __11__, __20__, __2007__

39,9049 units.
(thirty nine spot nine zero four nine units)

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of __✓__ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

__JP Morgan Chase Manhattan__
Bank Name

__1 Washington Plaza, New York, NY 10081 USA__
Bank Address

__021000021 - CHASUS33XXX__
ABA /CHIPS/ BIC Codes

__PoALLULLXXX__
Account Name

Redacted    __2291__
Account Number

RR-1

CONFIDENTIAL                                                                     CFSE-TRST-126980

CFSSAM0032672

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| BANQUE HAPOALIM (SUISSE) S.A. Succursale de Luxembourg | |
| Name of Registered Owner of Shares | Name of Subscriber |
| 18 boulevard Royal L-2018 Luxembourg | |
| Address | Address |
| RITA KNOTT Assistant Branch Manager | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| Name and Title | Please Print Name and Title |
| 20/11/07 | |
| Date | Date |
| [signature] | |
| MOSHE ALLOUCHE Deputy Branch Manager | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| Name and Title | Please Print Name and Title |
| 20/11/07 | |
| Date | Date |

Signatures guaranteed by:

RR-2

CONFIDENTIAL                                                     CFSE-TRST-126981

CFSSAM0032673

## REDEMPTION INFORMATION

**SHARE REGISTRATION**
**BANQUE HAPOALIM (SUISSE) S.A.**
Succursale de Luxembourg

Name

Address: 18, boulevard Royal L-2018 Luxembourg

Country of Residence: Luxembourg

Telephone: 00352 475256 222

Telephone (Evenings):

Fax: 00352 475256 420

**MAILING (POST) INFORMATION**
(if other than address of registration)

Name

Address

Country of Residence

Telephone

Telephone (Evenings)

Fax

**BANK FOR TRANSFER OF REDEMPTION**

Name: JP Morgan Chase Manhattan

Address: 1 Washington Plaza, New York NY 10081

Country of Residence: USA

Telephone: 001 1 212 623 1636

Telephone (Evenings):

Fax:

RR-3

CONFIDENTIAL                                                                CFSE-TRST-126982

CFSSAM0032674

08-01789-cgm    Doc 21716-8    Filed 06/09/22    Entered 06/09/22 17:45:09    Exhibit G
Pg 5 of 8

20. Nov. 2007 16:14                                                                     N° 0083   P. 4/4

[To be completed by the Fund]

THIS SUBSCRIPTION APPLICATION IS HEREBY ACCEPTED BY FAIRFIELD SENTRY LIMITED

Date: _____, 200__

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____

CONFIDENTIAL                                                                              CFSE-TRST-126983

CFSSAM0032675



**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Order Received

BANK HAPOALIM (SUISSE) S A LUXEMBOURG
18 BOULEVARD ROYAL
L-2017 LUXEMBOURG
LUXEMBOURG

Date         : Dec-28-2007
Fund ID      : 03302
Holder ID    : Redacted 502
Account ID   : Redacted 7090
Order No.    : 28558202

FAX Number   : 00352 47 52 56 227

Account: BANK HAPOALIM (SUISSE) SA

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Feb-01-2008 |
| Settlement Date | Mar-02-2008 |
| Valuation/NAV Date | Jan-31-2008 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 404.1694 |

| | |
|---|---|
| Bank Name: | CHASE MANHATTAN BANK |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted 2291 |
| Beneficiary Name: | BANK HAPOALIM SUISSE SA LUXEMBOURG |
| Ben Swift Ref: | POALLULL |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773



CONFIDENTIAL

CFSE-TRST-023125

CFSSAI0004482

```
User ID: MIBARRA
================================================================================
TO: Name: HONG DANG
    Company: POALIM ASSET MANAGEMENT (UK) LIMITED
    Fax Phone Number: 0044 207 409 7463
    Contact Phone Number:
    Info Code 1: 1009133            Info Code 2:

Sent to remote ID:
Sent at:Fri Dec 28 14:57:30 2007
Sent on channel 6
Elapsed Time:  0 minutes, 18 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
Sent to remote ID:
Sent at:Fri Dec 28 14:52:16 2007
Sent on channel 1
Elapsed Time:  0 minutes,  8 seconds
Transmission Status (0/301;0/0): Busy signal detected
Page Record: NONE SENT.
--------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-023126

CFSSAI0004483