# EXHIBIT K

## Email Message

| | |
|---|---|
| **From:** | Jimmy.Ly@pioneerinvestments.com [Jimmy.Ly@pioneerinvestments.com] |
| **Sent:** | Tuesday, December 11, 2007 8:59:15 AM |
| **To:** | gianpaolo.schisano@pamglobalfunds.com [gianpaolo.schisano@pamglobalfunds.com]; raazia.ganie@pamglobalfunds.com [raazia.ganie@pamglobalfunds.com]; |
| **CC:** | simon.blum@pamglobalfunds.com [simon.blum@pamglobalfunds.com]; |
| **Subject:** | Re: Primeo Fund |

Hi Gianpaolo,

I will have our legal draft a side-letter for the fund. Will revert as soon as we receive it.

I will look into forwarding some materials to you. I'm currently traveling but will be back on Thursday.

The difference in the funds is mainly in the pricing and fees. I can also forward you a performance difference between the funds on Thursday.
Another difference is that Fairfield has other managers underlying besides just Madoff (not sure of percentages).

For right now, there are no capacity constraints that we are aware in the Primeo fund. The only limitation you would have is via any leveraged note around Primeo.

Hope this helps and please contact me for more questions.

Best Regards,

Jimmy Ly
(Sent from my Blackberry)




----- Original Message -----
From: Gianpaolo Schisano <gianpaolo.schisano@pamglobalfunds.com>
To: Ly, Jimmy; Raazia Ganie <Raazia.Ganie@pamglobalfunds.com>
Cc: Simon Blum <simon.blum@pamglobalfunds.com>
Sent: Tue Dec 11 05:05:50 2007
Subject: RE: Primeo Fund

Hi Jimmy,


Can you please include the Primeo Fund in our distribution agreement?


Can you also send us a presentation and a standard DDQ?

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

According to you, what are the differences, if any, between Primeo and
Fairfield Sentry or Kingate?

Do you know any capacity constraints? If so, are you available for
capacity agreements?

Regards,

Gianpaolo

-----Original Message-----
From: Ly, Jimmy [mailto:Jimmy.Ly@pioneerinvestments.com]
Sent: 06 December 2007 20:33
To: Raazia Ganie; Gianpaolo Schisano
Subject: RE: Primeo Fund

Hi Raazia,

Yes, we can follow along with the current schedule for the Pioneer
alternative investments.

Best Regards,

Jimmy Ly

Pioneer Investments

Office: +1-305-982-1555

Cell: +1-310-801-8512

Fax: +1-305-982-1551

http://worldwide.pioneerinvestments.com/

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

From: Raazia Ganie [mailto:Raazia.Ganie@pamglobalfunds.com]
Sent: Thursday, December 06, 2007 12:15 PM
To: Ly, Jimmy; Gianpaolo Schisano
Subject: RE: Primeo Fund


Hi Jimmy


Would the rebates on this fund be similar to the current rebates we
receive on other Pioneer funds?


-----Original Message-----
From: Ly, Jimmy [mailto:Jimmy.Ly@pioneerinvestments.com]
Sent: 06 December 2007 17:10
To: Raazia Ganie; Gianpaolo Schisano
Subject: Primeo Fund


Hi Raazia & Gianpaolo,


Just a quick follow-up to see if youve had a chance to look at the
information provided?   Please let me know your thoughts at your
convenience, thanks!


Best Regards,


Jimmy Ly

Pioneer Investments

Office: +1-305-982-1555

Cell: +1-310-801-8512

Fax: +1-305-982-1551

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

http://worldwide.pioneerinvestments.com/

_____

From: Ly, Jimmy
Sent: Friday, November 30, 2007 12:19 PM
To: Simon Blum; Raazia Ganie; Gianpaolo Schisano
Subject: RE: Pioneer Debt Master Fund

Thanks Simon.    I just confirmed that our current agreement already
includes the Debt Master fund so no need to sign a new side-letter.

Raazia and Gianpaolo,

I also wanted to introduce you to another hedge fund that is not part of
our Bermudan umbrella.    The Primeo Select Fund (fact sheet attached) is
a feeder fund from Madoff who is a low volatility manager focused on
split-strike conversion.    If youre familiar with Fairfield Sentry or
Kingate, these are other feeder funds associated with Madoff.    We now
have access to this and would like to offer to your clients.    Please let
me know if you would have an interest.    Take care.

Primeo Select Fund:

        Low volatility and non-traditional strategy focused on
split-strike conversion

        This is the same underlying manager as Fairfield Sentry or
Kingate i.e., Madoff

        Management fee: 2% annually

        Performance fee: 20% with hard hurdle of 10% (first 10% of
performance are always without performance fee)

        Available in an A share format, i.e., revenue sharing, trailers,
etc.

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

Best Regards,


Jimmy Ly

Pioneer Investments

Office: +1-305-982-1555

Cell: +1-310-801-8512

Fax: +1-305-982-1551

http://worldwide.pioneerinvestments.com/

_____

From: Simon Blum [mailto:simon.blum@pamglobalfunds.com]
Sent: Friday, November 30, 2007 7:25 AM
To: Ly, Jimmy
Cc: Raazia Ganie; Gianpaolo Schisano
Subject: RE: Pioneer Debt Master Fund


Jimmy


please add to our agreement.


thanks


Simon

_____

From: Ly, Jimmy [mailto:Jimmy.Ly@pioneerinvestments.com]
Sent: 27 November 2007 20:59
To: Simon Blum
Cc: Raazia Ganie

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

PIM-017-08618

PIMSAA0080718

Subject: Pioneer Debt Master Fund

Hi Simon,

Thanks again for your help on the CPPI Structure.    Hope everything goes smoothly with the note.

Im hoping you can help me on a different matter.    At the time of finalizing our distribution agreement, we did not add in the Pioneer Debt Master Fund because it was closed for new money.    The fund is still closed for new money but because there are potentially good opportunities for the underlying managers in the market, this fund may periodically open for some allocation in the future.    The fund has had an incredible long-term track record and I would love you to have access for your offices.    Can you take a look at the info below and attached? If you like the fund, is there a possibility we can begin the process for a side-letter to offer to your offices?    Ive attached some bullet points and the fact sheet for the fund.    Please let me know your thoughts at your convenience, thanks

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Pioneer Debt Master Fund: CURRENTLY CLOSED BUT MAY OPEN FOR FUTURE PURCHASES

Non-directional multi-manager/multi-strategy hedge fund

Complimentary to other multi-manager hedge funds that are more directional in nature

Focused mainly on specialist credit (distressed debt and loan origination)

Average Annual Return (since inception in 1994): 9.38%

Average Annual Volatility (since inception in 1994): 2.53%

Best Regards,

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

Jimmy Ly

Pioneer Investments

Office: +1-305-982-1555

Cell: +1-310-801-8512

Fax: +1-305-982-1551

http://worldwide.pioneerinvestments.com/

"The information in this e-mail and in any attachments is confidential and intended solely
for the attention and use of the named addressee(s). This information may be subject to legal,
professional or other privilege and further distribution of it is strictly prohibited without
our authority. If you are not the intended recipient, you are not authorised to and must not
disclose, copy, distribute, or retain this message or any part of it, and should notify us
immediately.

This footnote also confirms that this email has been automatically scanned for the presence
of computer viruses, profanities and certain file types."

**************************************************************************
*******

The information contained in this e-mail is confidential and may be
privileged. It is intended for the addressee only. If you are not the
intended recipient, please delete this e-mail immediately. The contents
of this e-mail must not be disclosed or copied without the sender's
consent. We cannot accept any responsibility for viruses, so please scan
all attachments. The statements and opinions expressed in this message
are those of the author and do not necessarily reflect those of the
company. The company does not take any responsibility for the views of
the author.

The information contained in this e-mail has no regard to the specific
investment objectives, financial situation or investment needs of any
person. In particular, it is for information only and must not be
construed as an offer or recommendation to any person to sell or buy

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

PIM-017-08620

PIMSAA0080720

shares in any investment. Prospective investors should take appropriate advice before making any investment decision.

Unless otherwise agreed, PAM UK does not give investment advice tailored to the needs of specific individuals. In particular, we are not fully aware of the circumstances peculiar to your clients nor their investment objectives. Any opinions expressed in this e-mail and the results of any PAM UK research made available to you are generic and should be interpreted by you accordingly.

Poalim Asset Management (UK) Ltd is authorised & regulated by the Financial Services Authority.

Registered in England No. 4212445

Registered Address : 1 Silk Street London EC2Y 8HQ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this e-mail is confidential and may be privileged. It is intended for the addressee only. If you are not the intended recipient, please delete this e-mail immediately. The contents of this e-mail must not be disclosed or copied without the sender's consent. We cannot accept any responsibility for viruses, so please scan all attachments. The statements and opinions expressed in this message are those of the author and do not necessarily reflect those of the company. The company does not take any responsibility for the views of the author.

The information contained in this e-mail has no regard to the specific investment objectives, financial situation or investment needs of any person. In particular, it is for information only and must not be construed as an offer or recommendation to any person to sell or buy shares in any investment. Prospective investors should take appropriate advice before making any investment decision.

Unless otherwise agreed, PAM UK does not give investment advice tailored to the needs of specific individuals. In particular, we are not fully aware of the circumstances peculiar to your clients nor their investment objectives. Any opinions expressed in this e-mail and the results of any PAM UK research made available to you are generic and should be interpreted by you accordingly.

Poalim Asset Management (UK) Ltd is authorised & regulated by the Financial Services Authority.

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

Registered in England No. 4212445

Registered Address : 1 Silk Street London EC2Y 8HQ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*

The information contained in this e-mail is confidential and may be
privileged. It is intended for the addressee only. If you are not the
intended recipient, please delete this e-mail immediately. The contents
of this e-mail must not be disclosed or copied without the sender's
consent. We cannot accept any responsibility for viruses, so please scan
all attachments. The statements and opinions expressed in this message
are those of the author and do not necessarily reflect those of the
company. The company does not take any responsibility for the views of
the author.

The information contained in this e-mail has no regard to the specific
investment objectives, financial situation or investment needs of any
person. In particular, it is for information only and must not be
construed as an offer or recommendation to any person to sell or buy
shares in any investment. Prospective investors should take appropriate
advice before making any investment decision.

Unless otherwise agreed, PAM UK does not give investment advice tailored
to the needs of specific individuals. In particular, we are not fully
aware of the circumstances peculiar to your clients nor their investment
objectives. Any opinions expressed in this e-mail and the results of any
PAM UK research made available to you are generic and should be
interpreted by you accordingly.

Poalim Asset Management (UK) Ltd is authorised & regulated by the
Financial Services Authority.

Registered in England No. 4212445

Registered Address : 1 Silk Street London EC2Y 8HQ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

PIM-017-08622
PIMSAA0080722

## Email Message

**From:** Paul.Brito@pioneerinvestments.com [Paul.Brito@pioneerinvestments.com]
**Sent:** Wednesday, August 06, 2008 3:32 PM
**To:** ESarnow@bhimail.com [ESarnow@bhimail.com]
**Subject:** RE: Pioneer Investments Update

**Attachments:** Primeo Select At a Glance July 08.pdf; Primeo Select Presentation July 08.pdf; Standard PFD Disclosure Page.doc

Eddy,

I (almost) never forget jaja.   Please find attached the information you requested.

Regards,

Paul

---

From: Eddy Sarnow [mailto:ESarnow@bhimail.com]
Sent: Monday, July 21, 2008 3:57 PM
To: Brito, Paul
Subject: RE: Pioneer Investments Update

Paul, please forget me not.

Thx!!

Eddy Sarnow
Investment Advisor
First Vice President

BHI-Miami Branch
18851 NE 29th Ave Suite 800
Aventura, Florida 33180

Tel: +1 305-466-7662
Fax: +1 305-466-7489

"Brito, Paul" <Paul.Brito@pioneerinvestments.com>

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

07/21/2008 03:10 PM

To

"Eddy Sarnow" <ESarnow@bhimail.com>

cc

Subject

RE: Pioneer Investments Update

No worries.   I will be traveling back and forth quite a bit this week.
Let me know of a convenient time that we can meet.

Regards,
Paul

_____

From: Eddy Sarnow [mailto:ESarnow@bhimail.com]
Sent: Monday, July 21, 2008 3:07 PM
To: Brito, Paul
Subject: Re: Pioneer Investments Update

Paul,

My apologies today. It's been busy busy.

When are you here? All the week?

Regards,

Eddy Sarnow
Investment Advisor
First Vice President

BHI-Miami Branch
18851 NE 29th Ave Suite 800
Aventura, Florida 33180

Tel: +1 305-466-7662

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

Fax: +1 305-466-7489

Paul.Brito@pioneerinvestments.com

07/21/2008 02:55 PM

To

ESarnow@bhimail.com

cc

Subject

Pioneer Investments Update

Eddy,

I hope that you are well.   I wanted to inform you that I will be in the
Aventura area this week.   Please let me know what time would be
convenient to meet for a quick lunch or office meeting.   I look forward
to speaking with you.

Regards,
Paul

Paul Brito
Regional Sales Specialist
Pioneer Funds Distributor, Inc.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
Mobile: 978-853-5728
Tel: 305-982-1558
Sales Desk: 800-503-4558
Fax: 305-982-1551
paul.brito@pioneerinvestments.com
<mailto:paul.brito@pioneerinvestments.com>
http://worldwide.pioneerinvestments.com/
<http://worldwide.pioneerinvestments.com/>

"The information in this e-mail and in any attachments is confidential

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

and intended solely
for the attention and use of the named addressee(s). This information
may be subject to legal,
professional or other privilege and further distribution of it is
strictly prohibited without
our authority. If you are not the intended recipient, you are not
authorised to and must not
disclose, copy, distribute, or retain this message or any part of it,
and should notify us
immediately.

This footnote also confirms that this email has been automatically
scanned for the presence
of computer viruses, profanities and certain file types."

_____

This communication (including any attachments) is intended solely for
the addressee and may contain confidential information that may be
legally privileged. The unauthorized use of this communication or any
information it contains, or any action taken or omitted to be taken in
reliance on it, is prohibited. If you received this message in error,
please notify us immediately by replying to this message and deleting
all copies in your possession. E-mails are susceptible to alteration and
their integrity cannot be guaranteed. Therefore, no reliance may be
placed upon this e-mail without written confirmation of its contents.
Nothing in this communication (including any attachments) is intended to
constitute an Electronic Signature for purposes of either the Uniform
Electronic Transactions Act (UETA) or the Electronic Signatures in
Global and National Commerce Act. This communication (including any
attachments) is believed to be free of any virus or other defect.
However, no responsibility is accepted by Bank Hapoalim B.M. for any
loss or damage arising from its use.

_____

_____

This communication (including any attachments) is intended solely for
the addressee and may contain confidential information that may be
legally privileged. The unauthorized use of this communication or any
information it contains, or any action taken or omitted to be taken in
reliance on it, is prohibited. If you received this message in error,
please notify us immediately by replying to this message and deleting
all copies in your possession. E-mails are susceptible to alteration and
their integrity cannot be guaranteed. Therefore, no reliance may be
placed upon this e-mail without written confirmation of its contents.
Nothing in this communication (including any attachments) is intended to
constitute an Electronic Signature for purposes of either the Uniform
Electronic Transactions Act (UETA) or the Electronic Signatures in
Global and National Commerce Act. This communication (including any
attachments) is believed to be free of any virus or other defect.

However, no responsibility is accepted by Bank Hapoalim B.M. for any
loss or damage arising from its use.

_____

## Email Message

**From:**    Paul.Brito@pioneerinvestments.com [Paul.Brito@pioneerinvestments.com]
**Sent:**    Friday, October 24, 2008 10:04:50 AM
**To:**      ESarnow@bhimail.com [ESarnow@bhimail.com];
**Subject:**  RE: Primeo Inquiry

Eddy,

We are confirmed for Thursday(10/30) at 9:30am EST.    Please find below the conference call dial-in details.

Tollfree: 877-388-1095
International Dial In:770-657-9881
Conference code: 3059821554

Let me know if I can be of further help.

Have a good weekend!

-Paul

_____

From: Eddy Sarnow [mailto:ESarnow@bhimail.com]
Sent: Thu 10/23/2008 4:29 PM
To: Brito, Paul
Subject: Re: Primeo Inquiry


Thursday 9:30 AM?

Please confirm,



Eddy Sarnow
Investment Advisor
First Vice President

BHI-Miami Branch
18851 NE 29th Ave Suite 800
Aventura, Florida 33180

Tel: +1 305-466-7662
Fax: +1 305-466-7489

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

"Brito, Paul" <Paul.Brito@pioneerinvestments.com>

10/23/2008 04:01 PM

To
<esarnow@bhimail.com>
cc
Subject
Re: Primeo Inquiry

Hi Eddy,

Our Primeo representative is available for a conference call anytime on the morning on Monday(10/27), Wednesday(10/29) or Thursday(10/30) of next week. Please let me know what time is convenient for you.

Best,
Paul

----- Original Message -----
From: Eddy Sarnow <ESarnow@bhimail.com>
To: Brito, Paul
Sent: Mon Oct 20 15:22:25 2008
Subject: Re: Primeo Inquiry

The comment(s) made was (were):

"Be careful with it"

To me, this is more than sufficient to trigger as many questions as needed as we have clients invested in it.

I would like to:

*                         Get an overview from Pioneer. Verbal and in writing.
*                         Have a conference call to review any potential risks
*                         Get in writing an assessment on any potential cash
mismatches on the Fund

Thanks much in advance!!

Regards,

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

Eddy Sarnow
Investment Advisor
First Vice President

BHI-Miami Branch
18851 NE 29th Ave Suite 800
Aventura, Florida 33180

Tel: +1 305-466-7662
Fax: +1 305-466-7489

Paul.Brito@pioneerinvestments.com

10/20/2008 03:13 PM
To
                    esarnow@bhimail.com
cc
                    Julia.Hoik@pioneerinvestments.com Subject
                    Primeo Inquiry

Eddy,

At your convenience, please let me know the specific inquiry that you mentioned during your conversation with Julia last week. Once you revert, I will work with our alternative investments team to obtain the information you are looking for.

Best,
Paul

"The information in this e-mail and in any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional or other privilege and further distribution of it is strictly prohibited without our authority. If you are not the intended recipient, you are not authorised to and must not disclose, copy, distribute, or retain this message or any part of it, and should notify us immediately.

This footnote also confirms that this email has been automatically scanned for the presence of computer viruses, profanities and certain file types."

_____

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.                    PIM-012-03165

PIMSAA0020283

This communication (including any attachments) is intended solely for
the addressee and may contain confidential information that may be
legally privileged. The unauthorized use of this communication or any
information it contains, or any action taken or omitted to be taken in
reliance on it, is prohibited. If you received this message in error,
please notify us immediately by replying to this message and deleting
all copies in your possession. E-mails are susceptible to alteration and
their integrity cannot be guaranteed. Therefore, no reliance may be
placed upon this e-mail without written confirmation of its contents.
Nothing in this communication (including any attachments) is intended to
constitute an Electronic Signature for purposes of either the Uniform
Electronic Transactions Act (UETA) or the Electronic Signatures in
Global and National Commerce Act. This communication (including any
attachments) is believed to be free of any virus or other defect.
However, no responsibility is accepted by Bank Hapoalim B.M. for any
loss or damage arising from its use.

———————————————————————

———————————————————————

This communication (including any attachments) is intended solely for
the addressee and may contain confidential information that may be
legally privileged. The unauthorized use of this communication or any
information it contains, or any action taken or omitted to be taken in
reliance on it, is prohibited. If you received this message in error,
please notify us immediately by replying to this message and deleting
all copies in your possession. E-mails are susceptible to alteration and
their integrity cannot be guaranteed. Therefore, no reliance may be
placed upon this e-mail without written confirmation of its contents.
Nothing in this communication (including any attachments) is intended to
constitute an Electronic Signature for purposes of either the Uniform
Electronic Transactions Act (UETA) or the Electronic Signatures in
Global and National Commerce Act. This communication (including any
attachments) is believed to be free of any virus or other defect.
However, no responsibility is accepted by Bank Hapoalim B.M. for any
loss or damage arising from its use.

———————————————————————

## Email Message

**From:** Paul.Brito@pioneerinvestments.com [Paul.Brito@pioneerinvestments.com]
**Sent:** Thursday, June 19, 2008 6:33 PM
**To:** ESarnow@bhimail.com [ESarnow@bhimail.com]
**Subject:** RE: Primeo Select Information

**Attachments:** Standard PFD Disclosure Page.doc; Primeo_Select 4.30.2008.pdf; Estimated NAV Primeo Select USD and EUR CLASS 30-05-08.pdf

Eddy,


Attached please find the latest factsheet along with an estimate for May 2008.   Please let me know if you need anything further.


Regards,

Paul

_____

From: Eddy Sarnow [mailto:ESarnow@bhimail.com]
Sent: Thursday, June 19, 2008 5:31 PM
To: Brito, Paul
Subject: Re: Primeo Select Information



Paul hi,

Do you have the Fund's performance for April and May?

Thanks!!



Eddy Sarnow
Investment Advisor
First Vice President

BHI-Miami Branch
18851 NE 29th Ave Suite 800
Aventura, Florida 33180

Tel: +1 305-466-7662
Fax: +1 305-466-7489



Paul.Brito@pioneerinvestments.com

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

05/05/2008 06:31 PM

To

esarnow@bhimail.com

cc

Subject

Primeo Select Information

Eddy:

Attached please find the latest factsheet for the Primeo Select Fund.
Unfortunately, I cannot access any other materials remotely(I am
currently on a business trip in Panama).   I will have one of my
colleagues send you any additional marketing information ASAP.   Please
let me know if I can be of further help.

Slds,

Paul

"The information in this e-mail and in any attachments is confidential
and intended solely
for the attention and use of the named addressee(s). This information
may be subject to legal,
professional or other privilege and further distribution of it is
strictly prohibited without
our authority. If you are not the intended recipient, you are not
authorised to and must not
disclose, copy, distribute, or retain this message or any part of it,
and should notify us
immediately.

This footnote also confirms that this email has been automatically
scanned for the presence
of computer viruses, profanities and certain file types."

_____

This communication (including any attachments) is intended solely for
the addressee and may contain confidential information that may be
legally privileged. The unauthorized use of this communication or any

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

information it contains, or any action taken or omitted to be taken in reliance on it, is prohibited. If you received this message in error, please notify us immediately by replying to this message and deleting all copies in your possession. E-mails are susceptible to alteration and their integrity cannot be guaranteed. Therefore, no reliance may be placed upon this e-mail without written confirmation of its contents. Nothing in this communication (including any attachments) is intended to constitute an Electronic Signature for purposes of either the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act. This communication (including any attachments) is believed to be free of any virus or other defect. However, no responsibility is accepted by Bank Hapoalim B.M. for any loss or damage arising from its use.

_____

FOIA Confidential Treatment Requested by Pioneer Investment Management, Inc.

PIM-012-01022

PIMSAA0018140