# EXHIBIT L

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   - - - - - - - - - - - - - - - x

4   IRVING H. PICARD, TRUSTEE

5   FOR THE LIQUIDATION OF B.

6   vs.                              CASE NO. 11-02149-cgm

7   BANQUE SYZ & CO., S.A.

8   - - - - - - - - - - - - - - - x

9   IRVING H. PICARD, TRUSTEE

10  FOR THE LIQUIDATION OF B.

11  vs.                              CASE NO. 12-01205-cgm

12  MULTI-STRATEGY FUND LIMITED

13  - - - - - - - - - - - - - - - x

14

15                    U.S. Bankruptcy Court

16                    One Bowling Green

17                    New York, New York  10004

18

19                    May 18, 2022

20                    10:01 AM

21  B E F O R E :

22  HON. CECELIA G. MORRIS

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:  Unknown

Page 2

1   Adversary Proceeding 11-02149-cgm, Irving H. Picard, Trustee

2   for the Liquidation of B vs. Banque XYZ & Co., SA

3   RE:  Doc #148 Notice of Adjournment of Hearing RE: Pre-Trial

4   Conference Hearing not Held and Adjourned to 5/18/22 at 10

5   a.m. at Videoconference (ZoomGov) (CGM).

6

7   RE:  Doc #149 Motion to Dismiss Case/Motion and Notice of

8   Motion of Defendant Banque Syz SAs Motion to Dismiss the

9   Complaint (related document(s) 147, 1) filed by Richard B.

10  Levin on behalf of Banque SYZ & Co., SA with hearing to be

11  held on 5/18/22 at 10 a.m. at Videoconference (ZoomGov)

12  (CGM) Responses due by 3/29/22

13

14  RE:  Doc #153 Opposition/Trustee's memorandum of Law in

15  Opposition to Defendant Banque Syz SA's Motion to Dismiss

16  (related document(s)149) filed by Nicholas Cremona on behalf

17  of Irving H. Picard, Trustee for the Liquidation of Bernie

18  L. Madoff Investment Securities LLC and Bernard L. Madoff

19

20  RE:  Doc #156 Reply to Motion/Banque Syz SA's Reply to the

21  Trustee's Memorandum in Opposition to Banque Sys's Motion to

22  Dismiss the Complaint (related document(s) 149) filed by

23  Richard B. Levin on behalf of Banque SYZ & Co., SA.

24

25

1   Adversary proceeding:  12-01205-cgm; Irving H. Picard,

2   Trustee for the Liquidation of B v. Multi-Strategy Fund

3   Limited

4   RE:  Doc #91 Motion to Dismiss Adversary Proceeding (related

5   document(s) 1) filed by Robert J. Lack on behalf of Multi-

6   Strategy Fund Limited with hearing to be held on 5/18/22 at

7   10 a.m. at Videoconference (ZoomGov) (CGM)

8

9   RE:  Doc #99 Motion to Dismiss Adversary Proceeding Notice

10  of Motion to Dismiss the Amended Complaint (related

11  document(s)97) filed by Robert J. Lack on behalf of Multi-

12  Strategy Fund Limited with hearing to be held on 5/18/22 at

13  10:00 a.m. at Videoconference (ZoomGov) (CGM)

14

15  RE:  Doc #108 Opposition/Trustee's memorandum of Law in

16  Opposition to Defendant Multi-Strategy Fund Limited's Motion

17  to Dismiss (related document(s)99) filed by David J. Sheehan

18  on behalf of Irving H. Picard, Trustee for the Liquidation

19  of Bernard L. Madoff Investment Securities LLC

20

21  RE:  Doc #110 Reply Memorandum of Law of Defendant Multi-

22  Strategy Fund Limited in Support of its Motion to Dismiss

23  the Amended Complaint (related document(s)99) filed by

24  Robert J. Lack on behalf of Multi-Strategy Fund Limited.

25  Transcribed by:  Sheila Orms

```
                                                        Page 4

  1    A P P E A R A N C E S :

  2    MAYER BROWN LLP

  3         Attorneys for Lombard Odier

  4         1221 Avenue of the Americas

  5         New York, NY  10020

  6

  7    BY:  CHRISTOPHER J. HOUPT, ESQ.

  8         MARC COHEN, ESQ. (ZOOM)

  9         MARK G. HANCHET, ESQ. (ZOOM)

 10         KEVIN C. KELLY, ESQ. (ZOOM

 11

 12    KELLNER HERLIHY GETTY FRIEDMAN

 13         Attorneys for Parson Finance Panama S.A.

 14         470 Park Avenue South

 15         7th Floor

 16         New York, NY  10016-6819

 17

 18    BY:  DOUGLAS A. KELLNER, ESQ.

 19

 20    CLIFFORD CHANCE US LLP

 21         Attorneys for Dexia Banque Internationale a Luxembourg

 22         31 West 52nd Street

 23         New York, NY  10019

 24

 25    BY:  JEFF E. BUTLER, ESQ. (ZOOM)
```

```
                                                        Page 5

 1    CIRILLO LAW OFFICE

 2          Attorneys for National Bank of Kuwait (NBK)

 3          246 E. 33rd Street

 4          New York, NY  10016

 5

 6    BY:  RICHARD A. CIRILLO, ESQ. (ZOOM)

 7

 8    FRIEDMAN KAPLAN SEILER ADELMAN LLP

 9          Attorneys for Multi-Strategy Fund Limited

10          7 Times Square

11          New York, NY  10036

12

13    BY:  ROBERT J. LACK, ESQ. (ZOOM)

14          JEFFREY C. FOURMAUX, ESQ. (ZOOM)

15

16    PORZIO BROMBERG NEWMAN, P.C.

17          Attorneys for Luxalpha SICAV and its Liquidators, Alain

18               Rukavina

19          1675 Broadway

20          Suite 1810

21          New York, NY  10019

22

23    BY:  DEAN M. OSWALD, ESQ. (ZOOM)

24

25
```

Page 6

```
 1   BAKER HOSTETLER LLP

 2        Attorneys for Irving H. Picard, Trustee

 3        45 Rockefeller Plaza

 4        New York, NY  10111

 5

 6   BY:  NICHOLAS CREMONA, ESQ. (ZOOM)

 7        MATTHEW FEIL, ESQ. (ZOOM)

 8        MATTHEW B. FRIEDMAN, ESQ. (ZOOM)

 9        MARCELLA OLIVER, ESQ.

10

11   GREENBERG TRAURIG, LLP

12        Attorneys for The Public Institution for Social

13             Security

14        One International Place

15        Suite 2000

16        Boston, MA  02110

17

18   BY:  ALISON T. HOLDWAY, ESQ. (ZOOM)

19        JOSEPH DAVIS, ESQ. (ZOOM)

20        LEO MUCHNIK, ESQ. (ZOOM)

21

22

23

24

25
```

```
 1   WUERSCH GERING LLP

 2        Attorneys for Bank Vontobel

 3        100 Wall Street

 4        10th Floor

 5        New York, NY  10005

 6

 7   BY:  GREGORY F. HAUSER, ESQ. (ZOOM)

 8

 9   JENNER BLOCK LLP

10        Attorneys for "Defendant"

11        1155 Avenue of the Americas

12        new York, NY  10036

13

14   BY:  RICHARD LEVIN, ESQ. (ZOOM)

15

16   JENNER BLOCK LLP

17        Attorneys for "Defendant"

18        353 N. Clark Street

19        Chicago, IL  60654

20

21   BY:  VINCENT LAZAR, ESQ.

22

23

24

25
```

Page 8

1    BECKER GLYNN MUFFLY CHASSIN HOSINSKI LLP

2         Attorneys for The Sumitomo Trust and Banking Co., Ltd.

3         299 Park Avenue

4         New York, NY  10171

5

6    BY:  MICHAEL ZEB LADNSMAN, ESQ. (ZOOM)

7

8    CLEARY GOTTLIEB STEEN HAMILTON LLP

9         Attorneys for CACEIS Bank Luxembourg

10        2112 Pennsylvania Avenue, N.W.

11        Suite 1000

12        Washington, D.C.  20037

13

14   BY:  NOWELL BAMBERGER, ESQ.

15

16   CLEARY GOTTLIEB STEEN HAMILTON LLP

17        Attorneys for CACEIS Bank Luxembourg

18        One Liberty Plaza

19        New York, NY  10006

20

21   BY:  JOSEPH M. KAY, ESQ.

22        THOMAS Q. LYNCH, ESQ.

23        RACHEL POLAN, ESQ. (ZOOM)

24        JEFFREY A. ROSENTHAL, ESQ.

25        ELIZABETH VICENS, ESQ.

```
 1   PROSKAUER ROSE LLP

 2        Attorneys for (Unknown)

 3        Eleven Times Square

 4        New York, NY   10036

 5

 6   BY:  EHUD BARAK, ESQ.

 7        RUSSELL T. GORKIN, ESQ.

 8        ELLIOT R. STEVENS, ESQ.

 9

10   ARNOLD PORTER KAYE SCHOLER LLP

11        Attorneys for ASB Bank Corp.

12        250 W. 55th Street

13        New York, NY   10019-9710

14

15   BY:  LUCAS B. BARRETT, ESQ. (ZOOM)

16

17   ARNOLD PORTER KAYE SCHOLER LLP

18        Attorneys for ASB Bank Corp.

19        601 Massachusetts Ave., N.W.

20        Washington, D.C. 2001-3743

21

22   BY:  ROSA J. EVERGREEN, ESQ.

23

24

25
```

```
 1   ROPES GRAY LLP
 2         Attorneys for Ropes Gray LLP
 3         Prudential Tower
 4         800 Boylston Street
 5         Boston, MA
 6
 7   BY:  THANITHIA BILLINGS, ESQ.
 8         ANDREW DEVORE, ESQ.
 9
10   WILLKIE FARR GALLAGHER LLP
11         Attorneys for Unknown
12         787 Seventh Avenue
13         New York, NY  10019-6099
14
15   BY:  LOUIS ALOYSIUS CRACO, ESQ.
16
17   BOIES SCHILLER FLEXNER LLP
18         Attorneys for ZCM
19         55 Hudson Yards
20         New York, NY  10001
21
22   BY:  STEVEN FROOT, ESQ. (ZOOM)
23
24
25
```

Page 11

1  YOUNG CONAWAY STARGATT TAYLOR LLP

2       Attorneys for Irving H. Picard, Trustee

3       1270 Avenue of the Americas

4       Suite 2210

5       New York, NY  10020

6

7  BY:  CHRISTOPHER M. LAMBE, ESQ.

8

9  SHEARMAN STERLING LLP

10      Attorneys for Unknown

11      599 Lexington Avenue

12      New York, NY  10022

13

14 BY:  RANDY LEWIS MARTIN, ESQ. (ZOOM)

15

16 SIDLEY AUSTIN LLP

17      Attorneys for Unknown

18      787 Seventh Avenue

19      New York, NY  10019

20

21 BY:  DAVID MOON, ESQ.

22      LUCIA M. RADDER, ESQ.

23      MARISSA ALTER-NELSON, ESQ.

24

25

Page 12

```
 1   ALLEGAERT BERGER VOTEL LLP
 2        Attorneys for Unknown
 3        111 Broadway
 4        20th Floor
 5        New York, NY  10006
 6
 7   BY:  LAUREN J. PINCUS, ESQ.
 8        DAVID J. SHAIMAN, ESQ.
 9        MICHAEL S. VOGEL, ESQ.
10        JOHN ZULACK, ESQ.
11
12   SELEDY GAY ELSBERG PLLC
13        Attorneys for Fairfield Entities and Foreign
14             Representatives
15        1290 6th Avenue
16        New York, NY  10104
17
18   BY:  DOMINIC BUDETTI, ESQ.
19        DAVID ELSBERG, ESQ.
20        JORDAN GOLDSTEIN, ESQ.
21        RONALD KROCK, ESQ.
22        SAMUEL KWAK, ESQ.
23        JULIE SINGER, ESQ.
24
25
```

Page 13

1   BROWN RUDNICK LLP

2        Attorneys for Unknown

3        1 Financial Center, Boston

4        Boston, MA   02111

5

6   BY:  MELANIE D. BURKE, ESQ. (ZOOM)

7

8   LATHAM WATKINS LLP

9        Attorneys for Unknown

10        1271 Avenue of the Americas

11        New York, Ny   10020

12

13   BY:  COREY CALABRESE, ESQ.

14

15   HERBERT SMITH FREEHILLS NEW YORK LLP

16        Attorneys for Unknown

17        450 Lexington Avenue

18        14th Floor

19        New York, NY   10017

20

21   BY:  JONATHAN CROSS, ESQ.

22        MARK J. GOTTRIDGE, ESQ. (ZOOM)

23

24

25

Page 14

```
 1    SHEPPARD MULLIN RICHTER HAMPTON, LLP

 2         Attorneys for Meritz

 3         30 Rockefeller Plaza

 4         New York, NY  10012

 5

 6    BY:  MICHAEL T. DRISCOLL, ESQ.

 7

 8    MCKOOL SMITH

 9         Attorneys for Bank Julius Baer

10         395 9th Avenue

11         50th Floor

12         New York, NY  10001

13

14    BY:  ERIC HALPER, ESQ.

15

16    SHEPPARD MULLIN RICHTER HAMPTON, LLP

17         Attorneys for Unknown

18         30 Rockefeller Plaza

19         New York, NY  10112

20

21    BY:  BLANKA K. WOLFE, ESQ. (ZOOM)

22

23

24

25
```

Page 15

1   LOWENSTEIN SANDLER LLP

2        Attorneys for Bureau of Labor Insurance

3        One Lowenstein Drive

4        Roseland, NJ  07068

5

6   BY:  NICOLE M. FULFREE, ESQ. (ZOOM)

7

8   BECKER GLYNN MUFFLY CHASSIN HOSINSKI LLP

9        Attorneys for The Sumitomo Trust and Banking Co., Ltd.

10        299 Park Avenue

11        New York, NY  10171

12

13   BY:  TARA Q. HIGGINS, ESQ. (ZOOM)

14

15   DAVIS GILBERT LLP

16        Attorneys for Natixis

17        1675 Broadway

18        New York, NY  10019

19

20   BY:  ADAM M. LEVY, ESQ. (ZOOM)

21        HENRY SEIJI NEWMAN, ESQ. (ZOOM)

22

23

24

25

Page 16

1    SEWARD KISSEL

2         Attorneys for Arden Endowment Advisers Limited

3         One Battery Park Plaza

4         New York, NY  10004

5

6    BY:  M. WILLIAM MUNNO, ESQ. (ZOOM)

7

8    WESTERMAN BALL EDERER MILLER ZUCKER SHARFSTEIN

9         Attorneys for Arden Asset Management Inc.

10        1201 RXR Plaza

11        Uniondale, NY  11556

12

13   BY:  MICHAEL B. WEITMAN, ESQ. (ZOOM)

14

15

16

17

18

19

20

21

22

23

24

25

Page 73

1   These contacts directly relate to Multi-Strategy Fund's

2   redemption and their receipt of more than $25 million of

3   stolen customer property.  They therefore relate to the

4   Trustee's claim to recover that money for the benefit of the

5   estate.

6           Unless Your Honor has any questions, I'll turn it

7   over for rebuttal unless Mr. Feil has something to add.

8           MR. FEIL:  Your Honor, I just wanted to address

9   your question about Kingate.  You're right, we do cite the

10  Kingate at the beginning of our complaint and that's just --

11          THE COURT:  (indiscernible)

12          MR. FEIL:  I'm sorry, that's just to note that the

13  defendant also received transfers from Kingate, that the

14  Trustee had dropped those claims because he reached a full

15  recovery in the settlement with Kingate.

16          THE COURT:  Okay.  Thank you.

17          MR. FEIL:  You're welcome.

18          THE COURT:  Okay.  I have a couple of questions,

19  Mr. Lack, this is your question.

20          MR. LACK:  Yes.

21          THE COURT:  In Case 109 -- excuse me 09-01239 in

22  the Corina Piedrahita case, knowledge was relevant because

23  that was an initial transfer.  And for -- in Fairfield and

24  good faith prior to the Second Circuit's agenda, it's not

25  relevant for the subsequent transfer, and for the safe

Page 74

```
1    harbor defense.  I want you to talk to me about that,

2    because that's my opinion.

3              MR. LACK:  Right, exactly, Your Honor.  And it is

4    true --

5              THE COURT:  Initial as subsequent, talk to me.

6              MR. LACK:  Yes, absolutely.

7              It is certainly true, Your Honor, that you looked

8    at the knowledge of Ms. Piedrahita and other officers and

9    agents of Fairfield Funds --

10             THE COURT:  Right.

11             MR. LACK:  -- in order to determine whether their

12   knowledge could be imputed to Fairfield as an initial

13   transferee.  And you found that in fact, not with respect to

14   Ms. Piedrahita, but with respect to all the other

15   individuals who were officers and agents.  You found that

16   they did have, they were adequately alleged to have known

17   that Madoff was not trading securities.  Their knowledge

18   could be imputed to the Fairfield Funds, therefore,

19   Fairfield Funds had actual knowledge and they could not

20   invoke the safe harbor as initial transferee.

21             But if the Trustee's theory had been correct, you

22   would have stopped there and say, well now that I've found

23   that the initial transferee Fairfield Sentry and other

24   Fairfield Funds cannot invoke the safe harbor, that disposes

25   of all the subsequent transfer claims because they can't
```

Page 75

1    invoke the safe harbor either.

2           But you didn't do that, you dismissed the

3    subsequent transfer claims against Ms. Piedrahita.  And the

4    only basis we submit you could have done that on was Section

5    546(e).  And the reason we say that is because with respect

6    to the good faith defense, it was also asserted by the

7    subsequent transferees, you held that because the defendants

8    had the burden of proving value as an element of the good

9    faith defense, that you could not address the good faith

10   defense on a motion to dismiss.

11          And therefore, the only basis we submit this Court

12   could have had to dismiss the claim, subsequent transfer

13   claim that Ms. Piedrahita is 546(e).

14          Now, Mr. Feil noted that there were some

15   transfers, subsequent transfers to Ms. Piedrahita within two

16   years of the petition date.  And he asked well how could

17   they have been under 546(e).

18          There may be a question as to those transfers,

19   Your Honor, but there were other transfers that were beyond

20   the two year period.  And as to those, we submit, the only

21   basis on which this Court could have dismissed the

22   subsequent transfers against Ms. Piedrahita was 546(e).  And

23   therefore, to be consistent with Your Honor's decision in

24   Fairfield Investment Fund, which we think was correct

25   because Ms. Piedrahita did not have actual knowledge

1    alleged.  She should not have been deprived of the safe

2    harbor.  To be consistent with Your Honor's decision in

3    Fairfield Investment Fund, to be consistent with Cohmad, you

4    should dismiss the claim against Fairfield -- against Multi-

5    Strategy Fund.

6         THE COURT:  I think you're misreading it.  That's

7    not correct.  I dismissed on good faith.  So okay.

8         MR. LACK:  Well --

9         THE COURT:  Anything else you wish to rebut?  I've

10   heard you.  Anything else you wish --

11        MR. LACK:  Okay.  Let me go back and -- because --

12   let me go back to the basic argument that Mr. Feil made.  He

13   says basically that Multi-Strategy as a subsequent

14   transferee, under Cohmad steps into the shoes of the initial

15   transferee.  That is not correct.  Okay.  It's not correct

16   as a statutory basis, it's not correct under Cohmad.

17        Section 546(e) and Section 550(a) refer to

18   avoidability of the transfer, not the liability of the

19   transferee.  550(a) does not say if the initial transferee

20   is liable, then the subsequent transferee is also liable.

21        And the finding -- determining factor in Cohmad

22   was the actual knowledge of the transferee who was being

23   sought to be recovered against as the defendant.

24        Now, Judge Rakoff clearly did not hold that the

25   ability of the subsequent transferee to invoke the safe