**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 15, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05355; Picard v. ABN AMRO Bank (Ireland) Ltd.,** *et al.*

    A.  Notice of Hearing to consider Order of U.S. District Court Judge Colleen McMahon on 5/2/2022. Re: DECISION AND ORDER: For the foregoing reasons, the Bankruptcy Court's decision denying the Trustee's motion to amend is vacated and remanded for further proceedings in accordance with the Citibank

decision. The clerk is directed to close this appeal. This constitutes the decision and order of the court. This is a written opinion filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 6/15/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 05/12/2022) [ECF No. 201]

**Status**:   This matter is going forward.

2. **10-04492; Picard v. Stuart Leventhal Irrevocable Trust, et al.**

   A. Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 5/25/2022) [ECF No. 68]

   B. Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 5/25/2022) [ECF No. 69]

   C. Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/25/2022) [ECF No. 70]

   D. Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/25/2022) [ECF No. 71]

   E. Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/25/2022) [ECF No. 72]

   F. Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/25/2022) [ECF No. 73]

   **Opposition Due**:   June 8, 2022

   **Opposition Filed**:   None.

   **Related Documents**:

   G. Notice of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 5/25/2022) [ECF No. 67]

   **Status**:   This matter is going forward.

3. **10-05312; Picard v. Doron Tavlin Trust U/A 2/4/91, et al.**

   A.  Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 5/24/2022) [ECF No. 108]

   B.  Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 5/24/2022) [ECF No. 109]

   C.  Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/24/2022) [ECF No. 110]

   D.  Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/24/2022) [ECF No. 111]

   E.  Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/24/2022) [ECF No. 112]

   F.  Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 5/24/2022) [ECF No. 113]

   **Opposition Due**:    June 8, 2022

   **Opposition Filed**:    None.

   **Related Documents**:

   G.  Notice of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 5/24/2022) [ECF No. 107]

   **Status**:    This matter is going forward.

## CONTESTED MATTERS

1. **10-05421; Picard v. Frank J. Avellino, et al.**

   A.  Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed: 2/3/2022) [ECF No. 237]

   B.  Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed: 2/3/2022) [ECF No. 238]

3

C.     Declaration of Regina Griffin in Support of Trustee's Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed 2/3/2022) [ECF No. 239]

D.     Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Regina Griffin on behalf of Irving H. Picard (Filed 2/3/2022) [ECF No. 240]

E.     Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Regina Griffin on behalf of Irving H. Picard (Filed 2/3/2022) [ECF No. 241]

F.     Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Regina Griffin on behalf of Irving H. Picard (Filed 2/3/2022) [ECF No. 242]

**Opposition Due**:     April 5, 2022

**Opposition Filed**:

G.     Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment filed by Gary A Woodfield I on behalf of 27 Cliff, LLC, Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, LTD., Heather C. Lowles, Heather Carroll Lowles Trust U/A Dated June 29, 1990, Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Madison Alyssa Mcevoy Trust U/A Dated June 29, 1990, Mayfair Ventures, G.P., Melanie Ann Lowles Trust U/A Dated June 29, 1990, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, Taylor Ashley Mcevoy Trust U/A Dated June 24, 1992, Thomas G. Avellino, The Estate of Micheal S. Bienes (Filed: 4/5/2022) [ECF No. 247]

H.     Objection and Responses to Trustee's Statement of Material Facts filed by Gary A Woodfield I on behalf of 27 Cliff, LLC, Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, LTD., Heather C. Lowles, Heather Carroll Lowles Trust U/A Dated June 29, 1990, Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Madison Alyssa Mcevoy Trust U/A Dated June 29, 1990, Mayfair Ventures, G.P., Melanie Ann Lowles Trust U/A Dated June 29, 1990, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, Taylor Ashley Mcevoy Trust U/A Dated June 24, 1992, Thomas G. Avellino, The Estate of Micheal S. Bienes (Filed: 4/5/2022) [ECF No. 248]

I.     Declaration of Gary A. Woodfield in Opposition to Trustee's Motion for Partial Summary Judgment filed by Gary A Woodfield on behalf of 27 Cliff, LLC, Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, LTD., Heather C. Lowles, Heather Carroll Lowles Trust U/A Dated June 29, 1990, Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Madison Alyssa Mcevoy Trust U/A Dated June 29, 1990, Mayfair Ventures, G.P., Melanie Ann

|     | |
| --- | --- |
|     | Lowles Trust U/A Dated June 29, 1990, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, Taylor Ashley Mcevoy Trust U/A Dated June 24, 1992, Thomas G. Avellino, The Estate of Micheal S. Bienes (Filed: 4/5/2022) [ECF No. 249] |
| J.  | Declaration of Stanley Fortgang filed by Gary A Woodfield on behalf of 27 Cliff, LLC, Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, LTD., Heather C. Lowles, Heather Carroll Lowles Trust U/A Dated June 29, 1990, Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Madison Alyssa Mcevoy Trust U/A Dated June 29, 1990, Mayfair Ventures, G.P., Melanie Ann Lowles Trust U/A Dated June 29, 1990, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, Taylor Ashley Mcevoy Trust U/A Dated June 24, 1992, Thomas G. Avellino, The Estate of Micheal S. Bienes (Filed: 4/5/2022) [ECF No. 250] |
| K.  | Declaration of Dianne Bienes filed by Gary A Woodfield on behalf of 27 Cliff, LLC, Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, LTD., Heather C. Lowles, Heather Carroll Lowles Trust U/A Dated June 29, 1990, Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Madison Alyssa Mcevoy Trust U/A Dated June 29, 1990, Mayfair Ventures, G.P., Melanie Ann Lowles Trust U/A Dated June 29, 1990, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, Taylor Ashley Mcevoy Trust U/A Dated June 24, 1992, Thomas G. Avellino, The Estate of Micheal S. Bienes (Filed: 4/5/2022) [ECF No. 251] |

**Replies Due**:  May 23, 2022

**Replies Filed**:

|     | |
| --- | --- |
| L.  | Trustee's Reply Memorandum of Law in Further Support of Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed: 5/23/2022) [ECF No. 254] |
| M.  | Trustee's Reply to Defendants' Objections and Responses to Trustee's Statement of Material Facts in support of Trustee's Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed: 5/23/2022) [ECF No. 255] |
| N.  | Supplemental Declaration of Regina Griffin in Further Support of Trustee's Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed: 5/23/2022) [ECF No. 256] |

5

**Related Documents**:

O. Notice of Trustee's Motion for Summary Judgment filed by Regina Griffin on behalf of Irving H. Picard (Filed: 2/3/2022) [ECF No. 236]

P. Declaration of Bruce G. Dubinsky [Filed to correct Attachment C, ECF 241] (related document(s)236) filed by Regina Griffin on behalf of Irving H. Picard (Filed: 2/23/2022) [ECF No. 245]

**Status**:    This matter is going forward.

2. **11-02569; Picard v. Barclays Bank (Suisse) S.A.**

A. Barclay Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint filed by filed by Marc J. Gottridge on behalf of Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (Filed: 2/25/2022) [ECF No. 126]

B. Declaration of Marc J. Gottridge filed by Marc J. Gottridge on behalf of Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (Filed: 2/25/2022) [ECF No. 125]

**Opposition Due**:    April 26, 2022

**Opposition Filed**:

C. Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/26/2022) [ECF No. 130]

**Replies Due**:  May 26, 2022

**Replies Filed**:

D. Reply to Motion filed by Marc J. Gottridge on behalf of Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (Filed: 5/26/2022) [ECF No. 133]

**Related Documents**:

E.    Stipulation and Order signed on 12/16/2021. (DuBois, Linda) (Entered: 12/16/2021) [ECF No. 121]

F.    Notice of Motion to Dismiss the Complaint filed by Marc J. Gottridge on behalf of Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (Filed: 2/252022) [ECF No. 124]

G.    Notice of Hearing on Motion to Dismiss filed by Marc J. Gottridge on behalf of Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (Filed: 2/28/2022) [ECF No. 128]

**Status**:    This matter is going forward.

3. **12-01693; Picard v. Banque Lombard Odier & Cie SA**

    A.    Memorandum of Law of Banque Lombard Odier & Cie S.A. in Support of Its Motion to Dismiss filed by John F. Zulack on behalf of Lombard Odier Darier Hentsch & Cie (Filed: 1/28/2022) [ECF No. 91]

    B.    Declaration of Lauren J. Pincus in Support of Defendant's Motion to Dismiss the Complaint filed by John F. Zulack on behalf of Lombard Odier Darier Hentsch & Cie (Filed: 1/28/2022) [ECF No.90]

    **Opposition Due**:    March 29, 2022

    **Opposition Filed**:

    C.    Trustee's Memorandum of Law in Opposition to Defendant Banque Lombard Odier & Cie SA's Motion to Dismiss filed by Torello H. Calvani on behalf of Irving H. Picard (Filed: 3/29/2022) [ECF No. 100]

    D.    Declaration of Torello H. Calvani in Support of Trustee's Opposition to Defendant Banque Lombard Odier & Cie SA's Motion to Dismiss filed by Torello H. Calvani on behalf of Irving H. Picard, (Filed: 3/29/2022) [ECF No. 101]

    **Replies Due**: May 27, 2022

    **Replies Filed**:

    E.    Reply Memorandum of Law of Banque Lombard & Cie in Further Support of Its Motion to Dismiss filed by John F. Zulack on behalf of Banque Lombard Odier & Cie SA (Filed: 5/27/2022) [ECF No. 109]

    F.    Reply Declaration of Olivier Kronegg in Further Support of Defendant's Motion to Dismiss the Complaint filed by John F. Zulack on behalf of Banque Lombard Odier & Cie SA (Filed: 5/27/2022) [ECF No. 107]

7

G.    Reply Declaration of David A. Shaiman in Further Support of Defendant's Motion to Dismiss the Complaint filed by John F. Zulack on behalf of Banque Lombard Odier & Cie SA (Filed: 5/27/2022) [ECF No. 108]

**Related Documents**:

H.    Stipulation and Order signed on 12/7/2021. (DuBois, Linda) (Entered: 12/07/2021) [ECF No. 147]

I.    Motion and Notice of Motion of Defendant Banque Syz SA's Motion to Dismiss the Complaint filed by Richard B. Levin on behalf of Banque SYZ & Co., SA (Filed: 1/28/2022) [ECF No. 149]

J.    Stipulation and Order to Amend Briefing Schedule and Adjourn Argument Date signed on 4/25/2022. (DuBois, Linda) (Entered: 04/25/2022) [ECF No. 104]

K.    Amended Notice of Hearing on Defendant Banque Lombard Odier & Cie S.A.'s Motion to Dismiss filed by John F. Zulack on behalf of Banque Lombard Odier & Cie SA (Filed: 4/25/2022) [ECF No. 104]

**Status**:    This matter is going forward.

4. **12-01695; Picard v. Bordier & Cie**

A.    Memorandum of Law of Bordier & Cie in Support of Its Motion to Dismiss filed by John F. Zulack on behalf of Bordier & Cie (Filed: 2/14/2022) [ECF No. 87]

B.    Declaration of Lauren J. Pincus in Support of Defendant's Motion to Dismiss the Complaint filed by John F. Zulack on behalf of Bordier & Cie (Filed: 2/14/2022) [ECF No. 86]

**Opposition Due**:    April 15, 2022

**Opposition Filed**:

C.    Trustee's Memorandum of Law in Opposition to Defendant Bordier & Cie's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/15/2022) [ECF No. 96]

**Replies Due**: May 16, 2022

**Replies Filed**:

D.    Reply Memorandum of Law of Bordier & Cie in Support of Its Motion to Dismiss filed by John F. Zulack on behalf of Bordier & Cie (Filed: 5/16/2022) [ECF No. 99]

8

E.      Reply Declaration of David A. Shaiman in Further Support of Defendant's Motion to Dismiss the Complaint filed by John F. Zulack on behalf of Bordier & Cie (Filed: 5/16/2022) [ECF No. 98]

**Related Documents**:

F.      Stipulation and Order signed on 12/21/2021. (DuBois, Linda) (Entered: 12/21/2021) [ECF No. 82]

G.      Notice of Motion to Dismiss filed by John F. Zulack on behalf of Bordier & Cie (Filed: 2/14/2022) [ECF No. 85]

H.      Notice of Hearing on Defendant Bordier & Cie's Motion to Dismiss filed by John F. Zulack on behalf of Bordier & Cie (Filed: 2/14/2022) [ECF No. 88]

**Status**:      This matter is going forward.

5. **11-02570; Picard v. Banca Carige S.p.A.**

    A.      Memorandum of Law in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim filed by David J. Mark on behalf of Banca Carige S.P.A. (Filed: 1/28/2022) [ECF No. 108]

    B.      Declaration of Francesco Guido in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim filed by David J. Mark on behalf of Banca Carige S.P.A (Filed: 1/28/2022) [ECF No. 109]

    C.      Declaration of David J. Mark in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim filed by David J. Mark on behalf of Banca Carige S.P.A. (Filed: 1/28/2022) [ECF No. 110]

    **Opposition Due**:      March 28, 2022

    **Opposition Filed**:

    D.      Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/28/2022) [ECF No. 113]

    E.      Declaration of Brian W. Song in Support of the Trustee's Opposition to Defendant's Motion to Dismiss the Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/28/2022) [ECF No. 114]

    **Replies Due**:  April 28, 2022

**Replies Filed**:

F.    Reply in Response to Trustee's Opposition to and in Further Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim filed by David J. Mark on behalf of Banca Carige S.P.A. (Filed: 4/28/2022) [ECF No. 116]

**Related Documents**:

G.    Stipulation and Order signed on 12/8/2021. (DuBois, Linda) (Entered: 12/08/2021) [ECF No. 106]

H.    Defendant's Notice of Motion to Dismiss the Complaint filed by David J. Mark on behalf of Banca Carige S.P.A. (Filed: 1/28/2022) [ECF No. 107]

I.    Notice of Hearing on Banca Carige's Motion To Dismiss The Complaint filed by Andrew Golden on behalf of Banca Carige S.P.A. (Filed: 1/28/2022) [ECF No. 111]

J.    Amended Notice of Hearing on Banca Carige's Motion to Dismiss the Complaint filed by Andrew Golden on behalf of Banca Carige S.P.A. (Filed: 4/28/2022) [ECF No. 117]

**Status**:    This matter is going forward.

6. **12-01207; Picard v. Lloyds TSB Bank PLC**

    A.    Memorandum of Law in Support of Defendant's Motion to Dismiss filed by Anthony L. Paccione on behalf of Lloyds TSB Bank PLC (Filed: 2/15/2022) [ECF No. 88]

    B.    Declaration of Anthony Paccione in Support of Defendant's Motion To Dismiss filed by Anthony L. Paccione on behalf of Lloyds TSB Bank PLC (Filed: 2/15/2022) [ECF No. 87]

    **Opposition Due**:    April 15, 2022

    **Opposition Filed**:

    C.    Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint filed by Nicholas Cremona on behalf of Irving H. Picard, (Filed: 3/28/2022) [ECF No. 113]

    **Replies Due**: May 16, 2022

10

**Replies Filed**:

D. Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss the Trustee's Complaint filed by Anthony L. Paccione on behalf of Lloyds TSB Bank PLC (Filed: 5/23/2022) [ECF No. 97]

**Related Documents**:

E. Stipulation and Order signed on 12/1/2021 (DuBois, Linda) (Entered: 12/01/2021) [ECF No. 85]

F. Notice of Motion to Dismiss filed by Anthony L. Paccione on behalf of Lloyds TSB Bank PLC (Filed: 2/15/2022) [ECF No. 86]

G. Notice of Hearing filed by Anthony L. Paccione on behalf of Lloyds TSB Bank PLC (Filed: 2/25/2022) [ECF No. 90]

H. Stipulation and Order to amend the Briefing Schedule and adjourn argument date signed on 5/2/2022. (Fredericks, Frances) (Entered: 05/02/2022) [ECF No. 94]

I. Notice of Adjournment of Hearing RE: Opposition /Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint (related document(s)86) filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. ; hearing not held and adjourned to 6/15/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 05/03/2022) [ECF No. 96]

**Status**:    This matter is going forward.

Dated: June 10, 2022          Respectfully submitted,
New York, New York

/s/ Nicholas J. Cremona
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*