# EXHIBIT C

Pg 2 of 6

**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Cash Received

| | |
|---|---|
| Date | : Jun-27-2006 |
| Fund Id | : 03302 |
| Holder Id | : Redacted9402 |
| Account Id | : Redacted2996 |
| CFI Cash Id | : Redacted3102 |
| Order Id | : Redacted0602 |

MERITZ FIRE & MARINE INSURANCE
INVESTMENT DEPT III
825-2 YEOKSAM- DONG
GANGNAM-GU
SEOUL 135-080
KOREA

FAX Number : 00822 3786 1419
Email: ynshin@meritzfire.com

Account name: MERITZ FIRE & MARINE INSURANCE

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Date Received | | Jun-26-2006 |
| Amount Received | USD | 10,000,000.00 |

The above funds were received by the following account:

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

11/10 Discussed with Reund he agreed to waive din info & Replace with P.P. C10.

Note : 177072614

Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL CFSE-TRST-097416

CFSSAM0003108

CFSE-TRST-097417
CFSSAM0003109

CITCO BANK NL-A'DAM    Incoming Message Details Report    26JUN06 Page 1 MISYS E8A K99RPR
Phase Unit CBN

| | | | |
|---|---|---|---|
| Network SWIFT | Sender MRMDUS33XXX | | |
| | Receiver CITCIE2DXXX | | |
| Message input reference | 060626MRMDUS33AXXX6532003834 | Message type | MT103 |
| Message output reference | 060626CITCIE2DAXXX1490945767 | Number of Parts | 1 |
| Received Date | 26JUN06 15:29 | Sent Date | 26JUN06 10:29 |
| Priority N | Access Point CLEANPAY | Unique message reference | 0282183 |

| Description | Field code | Data |
|---|---|---|
| Basic Header Block | 1 | F01CITCIE2DAXXX1490945767 |
| Application Header | 2 | O1031029060626MRMDUS33AXXX65320038340606261529N |
| User Header FONTIS | 108 | 061770065196 |
| Part 1 Status 2 | Application reference | CBND60626H000448 |
| Transaction Ref No | 20 | 177072614 |
| Bank Operation Code | 23B | CRED |
| Value Date | 32A | 060626 |
| Currency Code | 32A | USD |
| Amount | 32A | 10000000,00 |
| Ordering Customer | 50K | MERITZ FIRE N MARINE INSURANCE |
| Ordering Institution | 52A | SCBLUS33 |
| Beneficiary Cust A/c | 59 | / Redacted 0501 |
| Beneficiary Cust 1 | 59 | FAIRFIELD SENTRY LIMITED |
| Details of Payment 1 | 70 | /RFB/Redacted8190<br>/INF/MERITZ FIRE INSURANCE//825-2,<br>YEOKSAM-DONG, GANGNAM-GU//SEOUL, 13<br>5-080, KOREA |
| Details of Charges | 71A | SHA |
| Sender to Receiver 1 | 72 | /ACC/(OGB)STANDARD CHARTERED FIRST<br>//BANK KOREA 100-702 SEOUL, KOREA,<br>//REPUBLIC OF<br>/INS/STANDARD CHARTERED FIRST BANK<br>//KOREASEOUL 110, KOREA |
| <FLD DESC NOT FOUND> | MAC | A2AA30DE |
| <FLD DESC NOT FOUND> | CHK | 6F0FB056BCE5 |

END OF REPORT

0330Ω
1332060Ω
3461310Ω

CONFIDENTIAL

Pg 4 of 6

CITCO
Citco Fund Services (Europe) B.V.

# Confirmation of Cash Received

MERITZ FIRE & MARINE INSURANCE
INVESTMENT DEPT III
825-2 YEOKSAM- DONG
GANGNAM-GU
SEOUL 135-080
KOREA

Date : Jun-27-2006
Fund Id : 03302
Holder Id : Redacted9402
Account Id : Redacted2996
CFI Cash Id : Redacted2802
Order Id : Redacted0602

FAX Number : 00822 3786 1419
Email: ynshin@meritzfire.com

Account name: MERITZ FIRE & MARINE INSURANCE

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Date Received | | Jun-26-2006 |
| Amount Received | USD | 10,000,000.00 |

The above funds were received by the following account:

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted5487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted )501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

Note : 177072634
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-097418

CFSSAM0003110

Pg 5 of 6

Full
kyc?

CONFIDENTIAL CFSE-TRST-097419

CFSSAM0003111

CFSE-TRST-097420

CFSSAM0003112

CITCO BANK NL-A'DAM Incoming Message Details Report 26JUN06 Page 1 MISYS Phase E8A K99RPR Unit CBN

| | | | |
|---|---|---|---|
| Network SWIFT | Sender MRMDUS33XXX<br>Receiver CITCIE2DXXX | | |
| Message input reference | 060626MRMDUS33AXXX6532003839 | Message type | MT103 |
| Message output reference | 060626CITCIE2DAXXX1490945768 | Number of Parts | 1 |
| Received Date | 26JUN06 15:29 | Sent Date | 26JUN06 10:29 |
| Priority N | Access Point CLEANPAY | Unique message reference | 0282184 |

| Description | Field code | Data |
|---|---|---|
| Basic Header Block | 1 | F01CITCIE2DAXXX1490945768 |
| Application Header | 2 | O1031029060626MRMDUS33AXXX65320038390606261529N |
| User Header FONTIS | 108 | 061770065211 |
| Part 1 Status 2 | Application reference | CBND60626H000449 |
| Transaction Ref No | 20 | 177072634 |
| Bank Operation Code | 23B | CRED |
| Value Date | 32A | 060626 |
| Currency Code | 32A | USD |
| Amount | 32A | 10000000,00 |
| Ordering Customer | 50K | MERITZ FIRE INSURANCE |
| Ordering Institution | 52A | SCBLUS33 |
| Beneficiary Cust A/c | 59 | / Redacted 0501 |
| Beneficiary Cust 1 | 59 | FAIRFIELD SENTRY LIMITED |
| Details of Payment 1 | 70 | /RFB/Redacted8192<br>/INF/MERITZ FIRE INSURANCE//825-2,<br>YEOKSAM-DONG, GANGNAM-GU//SEOUL, 13<br>5-080, KOREA |
| Details of Charges | 71A | SHA |
| Sender to Receiver 1 | 72 | /ACC/(OGB)STANDARD CHARTERED FIRST<br>//BANK KOREA 100-702 SEOUL, KOREA,<br>//REPUBLIC OF<br>/INS/STANDARD CHARTERED FIRST BANK<br>//KOREASEOUL 110, KOREA |
| <FLD DESC NOT FOUND> | MAC | 7141F9D3 |
| <FLD DESC NOT FOUND> | CHK | 981A37496A10 |

END OF REPORT

03302
1332060Z
3461200Z

CONFIDENTIAL