# EXHIBIT D



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date           : Aug-16-2007

Fund Id        : 03302
Holder Id      : Redacted 9402
Account Id     : 2996
Contract No.   : 7502
Order No.      : 5902
CFI Cash Id    : 1102

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:      BANK OF AMERICA NA
Bank Address 1: NEW YORK
Bank Address 2: USA

SWIFT Ref.:   BOFAUS3N

Beneficiary Acct No: Redacted 001
Beneficiary Name:    STANDARD CHARTERED FIRST BANK KOREA LIMITED
Ben Swift Ref:       SCBLKRSE
Amount:              USD    10,911,002.31
Value date:          Aug-17-2007
Ref:                 FAIRFIELD SENTRY   Shares:8,704.4100 T/D:08-01-2007 RE
Note:                MERITZ FIRE AND MARINE INSURANCE
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                              Authorised signatory
..........................................       ..........................................

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                           CFSE-TRST-106428

CFSSAM0012120