# EXHIBIT E

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date            : Sep-20-2007

Fund Id         : 03302
Holder Id       : Redacted 9402
Account Id      : 2996
Contract No.    : 5202
Order No.       : 0702
CFI Cash Id     : 4402

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       BANK OF AMERICA NA
Bank Address 1:  NEW YORK
Bank Address 2:  USA

SWIFT Ref.:      BOFAUS3N

Beneficiary Acct No:   Redacted 3001
Beneficiary Name:      STANDARD CHARTERED FIRST BANK KOREA LIMITED

Ben Swift Ref:   SCBLKRSE
Amount:          USD    10,944,895.54
Value date:      Sep-20-2007
Ref:             FAIRFIELD SENTRY   Shares:8,704.4100 T/D:09-01-2007 RE
Note:            MERITZ FIRE AND MARINE INSURANCE
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                    CFSE-TRST-106916

CFSSAM0012608