# EXHIBIT G

**From:** Annie Hudson [ahudson@fgguk.com]
**Sent:** 11/8/2006 4:19:56 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]
**CC:** Lauren Ross [lauren@fggus.com]; Richard Landsberger [richard@fgguk.com]; Amit Vijayvergiya [amit@fggus.com]
**Subject:** FW: Meritz - visit to FGG NY office

Dear Jeffrey

Mr Mickey Choi of Meritz Fire and Marine Insurance, Korea, will be in NY office this afternoon to see Lauren at 4pm for a conference call with Amit. They have $20m in Sentry. Please let me know if you would you have time to say hello to him. Lauren, are you going to have the meeting in your office or on 11?

Kind regards

Annie

-----Original Message-----
From: Annie Hudson
Sent: 18 October 2006 15:13
To: Amit Vijayvergiya; Lauren Ross
Cc: Richard Landsberger
Subject: RE: Meritz - visit to FGG NY office

Mr Mickey Choi, manager in Meritz's Investment Department, will come to FGG NY office at 4pm on Wednesday 8th November for the meeting/call with you both, I hope that time is OK with. I will organise a room in NY.

Many thanks

Kind regards

Annie

-----Original Message-----
From: Annie Hudson
Sent: 16 October 2006 16:07
To: Amit Vijayvergiya
Cc: Lauren Ross; Richard Landsberger
Subject: RE: Meritz - visit to FGG NY office

Ok, many thanks. I will confirm to them and copy you.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000171777
SECSEV0749300

-----Original Message-----
From: Amit Vijayvergiya
Sent: 16 October 2006 16:05
To: Annie Hudson
Cc: Lauren Ross; Richard Landsberger
Subject: RE: Meritz - visit to FGG NY office

Hi Annie,

I'm free to join by conference call on November 8 any time.

Regards,
Amit


-----Original Message-----
From: Annie Hudson
Sent: Monday, October 16, 2006 07:26 AM Eastern Standard Time
To: Amit Vijayvergiya
Cc: Lauren Ross; Richard Landsberger
Subject: Meritz - visit to FGG NY office

Dear Amit

Meritz are visiting NY in November and would like to meet you on either
7 or 8 November, if you are in NY. If not then Richard suggests they
meet with Lauren with you on phone. Please let me know your
availability and we will confirm. I believe their schedule if fairly
open at this stage.

Many thanks
Annie

This email is intended only for the person to whom it is addressed. It
may contain privileged, confidential or proprietary information which is
only authorised for viewing by the intended recipient. It is not
intended as a solicitation for business nor an offer to enter into any
transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the
Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of
the information and risk warnings contained within the information
memorandum and/or prospectus issued by the fund or company concerned. If
you are in any doubt, you should seek professional advice.

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000171779

SECSEV0749302