# EXHIBIT H

**From:** Richard Landsberger [richard@fggus.com]
**Sent:** 7/27/2007 2:09:35 PM
**To:** Tony [tonyjang@vantagecorp.com.sg]
**CC:** ??? (??) [windyj@paran.com]; ??????(Meritz) [windyj@meritzfire.com]; CK Vant Eugene [euseong@vantagecorp.com.sg]; Annie Hudson [ahudson@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
**Subject:** RE: Merits want to visit the Sentry in the beginning of Aug

Hi Tony,

Thank you for your e-mail.

We are happy to have a visit with our friends from Merits. We will spend as much time as they need getting comfortable with our fund. (Fairfield Sentry). We will have them meet with the founder of FGG, our CFO, our COO, our Accounting team, and members of our Investment team, as well as legal and Executive Cmte.

We will be happy to arrange a visit to Citco as well. The Madoff firm does not take client visits, as we run the fund, and they act as a role of implementing of the strategy. It is up to FGG to verify all the information, and we will have you meet our entire team that does that.

Please let us know when you would like to schedule the meeting.

_____

From: Tony [mailto:tonyjang@vantagecorp.com.sg]
Sent: Friday, July 27, 2007 7:50 AM
To: Richard Landsberger
Cc: ??? (??); ??????(Meritz); CK Vant Eugene; Annie Hudson
Subject: Merits want to visit the Sentry in the beginning of Aug

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000324174
SECSEV0901697

Dear Richard,

Mr. Jeong DY, head of investment from Meritz Insurance, want to visit to FGG, NY for DDQ on Sentry fund.

In order to DDQ, he want to visit to following company which is related Sentry fund in the beginning of Aug

1. Manager and operation people in NY :

2. Madoff :

3. Investment manager in Bermuda: he is willing to go to Bermuda

4. CITCO NY branch: I just wonder this NY branch are doing their work for Sentry fund as a global custodian and fund administation. or HQ in Netherland and Ireland will do their job for Sentry? If only HQ will do their job then Mr Jeong is not nessary to visit CITCO NY

He does not feel comfortable on one company, Madoff can be a broker and custodian even though as you say it is usual in HF industry. The key point he want to check is systemetically whether his money will be safe or not under the worst situations.

I need to arrange his schedule once you reply this.

Please let me know a possible meeting schedule at NY and Bernuda

/Samsung's visit:

As I sent mail regarding Samsung before, please let me know the possible schdule also ASAP.

If Amit can not meet Samsung at NY then Samsung might go to Bermuda.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000324175
SECSEV0901698

My best regards,


Tony Jang
Executive Director
Vantage Capital
80 Raffles Place
29F UOB Plaza 2
Singapore 048624
Tel: +65 6239 6066
HP : +65 9758 6604
Fax: +65 6533 0040


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (?GG?. Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000324176
SECSEV0901699