**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>BANK VONTOBEL AG f/k/a BANK J. VONTOBEL & CO. AG and VONTOBEL ASSET MANAGEMENT INC.,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 12-01202 (CGM) |

## AMENDED STIPULATION AND ORDER

**WHEREAS,** on February 25, 2022, the Court entered a scheduling order for Defendants to answer, move, or otherwise respond to the Amended Complaint, Dkt. No. 109;

**WHEREAS,** Defendants have requested a short extension of the deadlines in the scheduling order to ensure that the parties have fully addressed the arguments;

**WHEREAS,** the Trustee consents to the Defendants' request provided that he is afforded a reciprocal extension to file his opposition brief;

**WHEREAS,** the parties have demonstrated "good cause" for extending the deadlines set forth in the scheduling order;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. Defendants will answer, move or otherwise respond to the amended complaint on or before July 8, 2022.

2. The Trustee will file any opposition to Defendants' motion on or before September 8, 2022.

3. Defendants will file any reply brief in support of their motion on or before October 10, 2022.

4. Except as expressly set forth herein, the parties reserve all rights and defenses they may have, and entry into this Amended Stipulation and Order shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

[*Signatures on following page*]

Dated: June 10, 2022
  New York, New York

| | |
|---|---|
| */s/ Chardaie Charlemagne* | */s/ Gregory Hauser* |
| **Baker & Hostetler LLP** | **Wuersch & Gering LLP** |
| | |
| 45 Rockefeller Plaza | 100 Wall Street, 10th Floor |
| New York, New York 101011 | New York, New York 10005 |
| Telephone: 212.589.4200 | Telephone: (212) 509-4717 |
| Facsimile: 212.589.01 | Facsimile: (212) 509-5050 |
| David J. Sheehan | Gregory Hauser |
| Email: dsheehan@bakerlaw.com | Email: gregory.hauser@wg-law.com |
| Amy Vanderwal | |
| Email: avanderwal@bakerlaw.com | *Attorneys for Defendants Bank Vontobel AG* |
| Chardaie C. Charlemagne | *f//a Bank J. Vontobel & Co. AG and Vontobel* |
| Email: ccharlemagne@bakerlaw.com | *Asset Management* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: June 13, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**