**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 21-01190 (CGM) |
| v. | |
| THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY, | |
| Defendants. | |

## STIPULATION AND ORDER

WHEREAS, on September 27, 2021, Irving H. Picard, as trustee ("Trustee") for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. § 78aaa-lll,  substantively consolidated with the chapter 7 estate of

Bernard L. Madoff, by and through his undersigned counsel, filed a complaint commencing the

above-captioned action ("Complaint") against The Hebrew University of Jerusalem, Yissum

Research Development Company of the Hebrew University of Jerusalem Ltd., Ben-Gurion

University of the Negev, B.G. Negev Technologies and Applications Ltd., The Weizmann

Institute of Science, and Bar Ilan University (together, "Defendants," and with the Trustee, the

"Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS** counsel for the Trustee and undersigned counsel for the Defendants

conferred regarding an enlargement of the Trustee's memorandum of law in response to the

Defendants' motion to dismiss, Defendants' reply date and related issues; now therefore:

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel, that:

1.      The Defendants moved to dismiss the Trustee's Complaint on February 10, 2022.

2.      The Trustee shall respond to the motion to dismiss by June 15, 2022.

3.      The Trustee shall be permitted to file an enlarged response to the motion to

dismiss up to 66 pages.

4.      Defendants shall file their reply by August 15, 2022.

5.      The Defendants reserve the right to request a reasonable enlargement of the

memorandum of law in reply to the Trustee's response to the Defendants' motion to dismiss.

6.      The Parties shall seek oral argument on the motion at the Court's convenience

after all briefing is complete.

7.      As previously stipulated, Counsel for the Defendants accepted service of the

Complaint and the Defendants waive any defense in this action based on insufficiency of process

or insufficiency of service of process.

8.      Except as expressly set forth herein, the Trustee and Defendants reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

9.      Nothing in this Stipulation is a waiver of the Parties' right to request a further extension of time, including defendants' right to request a reasonable extension of the August 15, 2022 deadline to file their reply.

10.     A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

*[Signatures on following page]*

Dated:      June 10, 2022
            New York, New York

By: */s/ Tracy L. Cole*          By: */s/ Emil A. Kleinhaus*
**BAKER & HOSTETLER LLP**        **WACHTELL, LIPTON, ROSEN & KATZ**
45 Rockefeller Plaza             51 West 52nd Street
New York, New York 10111         New York, NY  10019
Telephone:  (212) 589-4200       Telephone: (212) 403-1000
Facsimile:  (212) 589-4201       Facsimile:  (212) 403-2000
David J. Sheehan                 Emil A. Kleinhaus
Email:  dsheehan@bakerlaw.com    Email:  EAKleinhaus@wlrk.com
Tracy L. Cole                    Michael H. Cassel
Email:  tcole@bakerlaw.com       Email:  MHCassel@wlrk.com
Ganesh Krishna
Email:  gkrishna@bakerlaw.com    *Attorneys for Defendants*
Keith R. Murphy
Email:  kmurphy@bakerlaw.com
Fernando A. Bohorquez
Email:  fbohorquez@bakerlaw.com
Michelle N. Tanney
Email:  mtanney@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Chapter 7*
*Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: June 13, 2022**                    /s/ Cecelia G. Morris
**Poughkeepsie, New York**              _____
                                        **Hon. Cecelia G. Morris**
                                        **U.S. Bankruptcy Judge**