**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>          v.<br><br>ABN AMRO BANK (IRELAND) LTD. (f/k/a/ FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),<br><br>          Defendants. | Adv. Pro. No. 10-05355 (CGM) |

**STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and defendants ABN AMRO Bank (Ireland) Ltd (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) (together, "Defendants" and collectively, with the Trustee, the "Parties"), by and through their respective, undersigned counsel, hereby stipulate and agree in this Stipulation and Order as follows:

**WHEREAS**, Defendants have agreed to consent to the Trustee filing the Second Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED** that the Stipulation and Order is as follows:

1. The Trustee will file the Second Amended Complaint on or before June 20, 2022.

2. Defendants will answer, move, or otherwise respond to the Second Amended Complaint on or before August 19, 2022.

3. The Trustee will file any opposition to Defendant's motion on or before October 18, 2022.

4. Defendants will file any reply brief in support of its motion on or before December 2, 2022.

5. The Parties reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation and Order shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

6. The above deadlines granted by this Stipulation and Order are without prejudice to either party seeking future extensions of time.

Dated: June 13, 2022
      New York, New York

| **BAKER & HOSTETLER LLP** | **LATHAM & WATKINS LLP** |
|---|---|
| By: */s/ Regina Griffin* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> T: 212.589.4200 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Regina Griffin <br> Email: rgriffin@bakerlaw.com <br> Elizabeth McCurrach <br> Email: emccurrach@bakerlaw.com | By: */s/ Thomas Giblin* <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> T: 212.906.1200 <br> Christopher Harris <br> Email: Christopher.harris@lw.com <br> Thomas Giblin <br> Email: Thomas.giblin@lw.com |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*Attorneys for Defendants ABN AMRO Bank (Ireland) Ltd (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)*

**SO ORDERED.**



**Dated: June 13, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**