**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**STIPULATION AND ORDER REGARDING CERTAIN MATTERS**
**SCHEDULED FOR HEARING ON JUNE 15, 2022 AT 10:00 A.M.**

  Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Barclays Bank (Suisse) S.A., Caixabank S.A., Zedra Trust Company (Jersey) Limited, Banque Lombard Odier & Cie SA, Bordier & Cie, Banca Carige S.p.A., and Lloyds TSB Bank PLC, by and through their respective undersigned counsel, stipulate and agree with respect to certain matters scheduled for argument before the Honorable Cecelia G. Morris as set forth in the hearing agenda filed on June 10, 2022 (ECF No. 21719):

  1. Matters relating to *Picard v. Barclays Bank (Suisse) S.A.*, Adv. Pro. No. 11-02569 (CGM) (Bankr. S.D.N.Y.) will be addressed first.

2. Matters relating to *Picard v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (CGM) (Bankr. S.D.N.Y.) will be addressed second.

3. Matters relating to *Picard v. Bordier & Cie*, Adv. Pro. No. 12-01695 (CGM) (Bankr. S.D.N.Y.) will be addressed third.

4. Matters relating to *Picard v. Banca Carige S.p.A.*, Adv. Pro. No. 11-02570 (CGM) (Bankr. S.D.N.Y.) will be addressed fourth.

5. Matters relating to *Picard v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (CGM) (Bankr. S.D.N.Y.) will be addressed fifth.

Dated: June 10, 2022
New York, New York

By: */s/ Nicholas J. Cremona*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Brian W. Song
Email: bsong@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Kim M. Longo*

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

By: */s/ Marc J. Gottridge*

**HERBERT SMITH FREEHILLS NEW YORK LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
Facsimile: (917) 542-7601
Marc J. Gottridge
Email: marc.gottridge@hsf.com

*Attorney for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*

By: */s/ Mark G. Hanchet*

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Mark G. Hanchet
Email: mhanchet@mayerbrown.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*

By: */s/ John F. Zulack*

**ALLEGAERT BERGER & VOGEL LLP**
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550
John F. Zulack
Email: jzulack@abv.com

*Counsel for Defendants Banque Lombard Odier & Cie SA and Bordier & Cie*

By: */s/ David J. Mark*

**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
David J. Mark
Email: dmark@kasowitz.com

*Attorney for Defendant Banca Carige S.p.A.*

3

By: */s/ Anthony L. Paccione*

**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com

*Attorney for Defendant Lloyds TSB Bank, PLC*

**SO ORDERED.**



**Dated: June 13, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**