**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>OREADES SICAV represented by its Liquidator INTER INVESTISSEMENTS S.A. and INTER INVESTISSEMENTS S.A. (f/k/a INTER CONSEIL S.A.),<br><br>    Defendants. | Adv. Pro. No. 10-05120 (CGM) |

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 8, 2022, a copy of the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.

Dated: June 13, 2022
       New York, New York

                          By: */s/ Nicholas J. Cremona*
                          BAKER & HOSTETLER LLP
                          45 Rockefeller Plaza
                          New York, New York 10111
                          Telephone:  212.589.4200
                          Facsimile:  212.589.4201
                          Nicholas J. Cremona
                          Email: ncremona@bakerlaw.com

                          *Attorneys for Irving H. Picard, Trustee*
                          *for the Substantively Consolidated SIPA*
                          *Liquidation of Bernard L. Madoff Investment*
                          *Securities LLC and the Chapter 7 Estate of*
                          *Bernard L. Madoff*

# **SCHEDULE A**

### **Pro Se Defendants**

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
Luxembourg

### **Defendant Counsel**

Andrew J. Ehrlich
Hallie S. Goldblatt
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: hgoldblatt@paulweiss.com
Email: mflumenbaum@paulweiss.com
Attorney For: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)