**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., CITICORP NORTH AMERICA, INC., and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>                Defendants. | Adv. Pro. No. 10-05345 (CGM) |

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 9, 2022, a copy of the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.

Dated: June 13, 2022
      New York, New York

                    By: */s/ David J. Sheehan*
                    BAKER & HOSTETLER LLP
                    45 Rockefeller Plaza
                    New York, New York 10111
                    Telephone: 212.589.4200
                    Facsimile: 212.589.4201
                    David J. Sheehan
                    Email: dsheehan@bakerlaw.com

                    *Attorneys for Irving H. Picard, Trustee*
                    *for the Substantively Consolidated SIPA*
                    *Liquidation of Bernard L. Madoff Investment*
                    *Securities LLC and the Chapter 7 Estate of*
                    *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Brandi M. Lupo
Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: blupo@cgsh.com
Email: cboccuzzi@cgsh.com
Attorney For: Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited