**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MERITZ FIRE & MARINE INSURANCE CO., LTD.,<br><br>Defendant. | Adv. Pro. No. 11-02539 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, copies of the following documents were filed electronically:

- *Trustee's Memorandum of Law in Opposition to Defendant Meritz Fire & Marine Insurance Co., LTD.'S Motion to Dismiss; and*

- *Declaration of Eric R. Fish in Support of the Trustee's Opposition to Defendant Meritz Fire & Marine Insurance Co. LTD.'S Motion to Dismiss the Complaint*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: June 13, 2022
New York, New York

By: */s/ Eric R. Fish*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Eric R. Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Chapter 7 Estate of
Bernard L. Madoff*

## **SCHEDULE A**

---

**Defendant Counsel**

---

Michael T. Driscoll
Sheppard Mullin Richter & Hampton LLP
Email: mdriscoll@sheppardmullin.com
Attorney For: MERITZ FIRE & MARINE INSURANCE CO. LTD.