# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NOMURA INTERNATIONAL PLC

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/16/2007 | (2,094,734) |
| 11/19/2007 | (6,581,009) |
| 3/26/2008 | (910,407) |
| 11/28/2008 | (5,399,113) |
| 11/28/2008 | (5,027,924) |
| **Total:** | **$ (20,013,186)** |