# EXHIBIT E
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO NOMURA INTERNATIONAL PLC

| Column 1 Date | Column 2 Amount |
|---:|---:|
| 7/19/2007 | (3,698,632) |
| 10/19/2007 | (600,423) |
| 3/18/2008 | (2,941,010) |
| 5/20/2008 | (3,932,372) |
| 11/21/2008 | (1,633,301) |
| 11/21/2008 | (1,255,448) |
| **Total:** | **$ (14,061,186)** |