Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| HARLEY INTERNATIONAL FUND LTD C/O FORTIS PRIME FUND SOLUTION | 1FN094 |