# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM HARLEY TO NOMURA INTERNATIONAL PLC

| Column 1 Date | Column 2 Amount |
|---|---|
| 5/7/2008 | (3,000,000) |
| 11/19/2008 | (4,449,960) |
| 12/10/2008 | (16,999,960) |
| **Total:** | **$ (24,449,920)** |