UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br><br>v.<br><br>QUILVEST FINANCE LTD.,<br><br>                        Defendant. | Adv. Pro. No. 11-02538 (CGM) |

**DECLARATION OF ROBERTSON D. BECKERLEGGE IN SUPPORT OF THE
<u>TRUSTEE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

I, Robertson D. Beckerlegge, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP, counsel for plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the chapter 7 estate of Bernard L. Madoff.

I submit this declaration in support of the Trustee's Opposition to Defendant Quilvest Finance Ltd.'s ("Quilvest") Motion to Dismiss.

2. Although there are documents attached to this Declaration that are stamped confidential, the Trustee's records indicate that the producing parties have de-designated the documents as not confidential under the Litigation Protective Order entered in this liquidation. *See SIPC v. BLMIS (In re BLMIS)*, Adv. Pro. No. 08-01789 (CGM) (Bankr. S.D.N.Y. June 6, 2011 & Sept. 17, 2003), ECF Nos. 4137 & 5474.  In addition, all personal identifying information has been redacted.

3. Attached hereto as Exhibit 1 in redacted form is a true and correct copy of the Fairfield Sentry Limited Subscription Agreement, purportedly signed by Quilvest on December 13, 2001 (BRRVAA0000449). The Trustee is in possession of an additional seven Fairfield Sentry Limited Subscription Agreements purportedly signed by Quilvest, which are available upon request.

4. Attached hereto as Exhibit 2 in redacted form is a true and correct copy of the Fairfield Sentry Limited Information Memorandum amended as of July 1, 2000 (SECSEK0001149 – SECSEK0001209).

5. Attached hereto as Exhibit 3 in redacted form is a true and correct copy of a Redemption Request appearing to have been sent via facsimile, for the redemption of shares in Fairfield Sentry Limited in favor of Quilvest dated August 15, 2006 (CFSSAFO0012242).

6. Attached hereto as Exhibit 4 in redacted form is a true and correct copy of a Redemption Request appearing to have been sent via email, for the redemption of shares in Fairfield Sentry Limited in favor of Quilvest, advising Fairfield of a change in their correspondent

bank from JP Morgan Chase to UBS Bank dated March 16, 2007 (CFSSAL0009719-CFSSAL0009721).

7. Attached hereto as Exhibit 5 is a true and correct copy of an internal Fairfield email chain dated January 15 – 16, 2004 confirming Quilvest's affiliate's meeting on February 25, 2004, in New York regarding Fairfield Sentry (SECSEV0976655).

8. Attached hereto as Exhibit 6 is a true and correct copy of an email chain dated June 13 – 23, 2003, between personnel of Quilvest's affiliate and Fairfield's New York personnel (SECSEV1772183-SECSEV1772186).

9. Attached hereto as Exhibit 7 are true and correct copies of documents titled "Perf And Asset Fees Report" one with a start date of 01-01-2003 and an end date of 03-01-2003; one with a start date of 10-01-2003 and an end date of 12-01-2003; and one with a start date of 04-01-2004 and an end date of 06-01-2004 all listing, "Agent: Quilvest Finance Ltd."(CFSSAE0000001-CFSSAE0000003;CFSSAE0000763-CFSSAE0000764; CFSSAE0001045-CFSSAE0001046).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2022, in New York, New York.

*/s/ Robertson D. Beckerlegge*
Robertson D. Beckerlegge