# EXHIBIT 3

7-34

**SIF**

Société Internationale de Finance
Stockerstrasse 23
CH-8002 Zurich

P.O. Box
CH-8027 Zurich
Tel +41 (0)44 224 44 44
Fax +41 (0)44 224 44 00

CITCO FUND SERVICES
(EUROPE) B.V.
Telestone - Teleport
Naritaweg 165
**1043 BW Amsterdam**
The Netherlands

To Sool

Fax: No +3120 5722 610

August 15, 2006 / vso

Dear Sirs,

Please be informed that we would like to redeem as soon as possible in the name of QUILVEST Finance Ltd:

**143.76 shares FAIRFIELD SENTRY LIMITED "A"**
**- ISIN: VGG3299L1004**
(One-hundred-fourty-three 76/00

The proceeds are to be paid to:

JP MorganChase Bank, New York, ABA No 021 000 021 in favour of account No Redacted 8940 of SOCIETE INTERNATIONALE DE FINANCE, Zurich for further credit to account No Redacted 470A of QUILVEST Finance Ltd.

Please confirm execution giving us amount to be expected and date of payment to our Operations Team (oper@sif-finance.com / Fax +41 44 224 44 04). Please also send a contract note.

Best regards,

SOCIETE INTERNATIONALE DE FINANCE

[signatures]

0330℃
00024402
000 3514

A subsidiary of Quilvest

CONFIDENTIAL

CFSE-TRST-166163

CFSSAO0012242