# EXHIBIT 4

Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 200... Page 1 of 3

**Fernandez, Maria João (Citco)**

**From:** Csertan Gabor [gcs@sif-finance.com]
**Sent:** Friday, March 16, 2007 2:25 PM
**To:** AMS CFS IRG 3
**Subject:** RE: Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 2007 - USD WIRE INSTRUCTIONS

Yes, we have changed our correspondent bank and use UBS now.

Are you going to send the amount with value today? What amount exactly?

---

SOCIÉTÉ INTERNATIONALE DE FINANCE

**Gabor Csertan**

Investment
Stockerstrasse 23
CH-8027 Zürich

SIF

Tel.:    +41 44 224 44 44
Fax.:   +41 44 224 44 04
E-Mail: gcs@sif-finance.com

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual to whom it is addressed. If you have received this e-mail in error please send it back to the person who sent it to you. Any views or opinions presented are solely those of its author and do not necessarily represent those of Société Internationale de Finance, Zürich or any of its subsidiaries. Unauthorized publication, use, dissemination, forwarding, printing or copying of this e-mail and its associated attachments is strictly prohibited.

**From:** AMS CFS IRG 3 [mailto:amscfsirg3@citco.com]
**Sent:** Freitag, 16. März 2007 14:18
**To:** Csertan Gabor
**Cc:** AMS CFS IRG 3
**Subject:** RE: Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 2007 - USD WIRE INSTRUCTIONS

Thank you for your prompt reply, Gabor.

The reason we were wondering if these were the correct detail is that usually you indicate to pay through the following wire:

| | |
|---|---|
| Correspondent Bank: | JP Morgan Chase Bank NA |
| | New York, USA |
| ABA: | 021000021 |
| Further Credit Name: | Société Internationale de Finance, Zurich |
| Further Credit Nr: | Redacted 8940 |
| Beneficiary Name: | Quilvest Finance Ltd |
| In the Name of: | Redacted 7OA |

Does this mean that you have changed correspondent bank?

Please confirm and we will proceed.

With kind regards
Joao

---

3/16/2007

CONFIDENTIAL

CFSE-TRST-075980

CFSSAL0009719

Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 200... Page 2 of 3

**From:** Csertan Gabor [mailto:gcs@sif-finance.com]
**Sent:** Friday, March 16, 2007 2:04 PM
**To:** AMS CFS IRG 3
**Subject:** RE: Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 2007 - USD WIRE INSTRUCTIONS

Dear Maria,

Please note that the instructions on our order are for USD and not EUR!

The proceeds are to be paid to:

| | |
|---|---|
| Beneficiary Bank: | UBS AG, Zurich |
| Swift: | UBSWCHZH80A |
| Intermediary Bank | UBS New York |
| Swift: | UBSWUS33 |
| For Account: | Redacted    060J |
| In the Name of: | Société Internationale de Finance, Zurich |

Please **CONFIRM** value date of the transfer that we can manage the cash on our side.

Thanks
Gabor

---

SOCIÉTÉ INTERNATIONALE DE FINANCE

**Gabor Csertan**

Investment
Stockerstrasse 23
CH-8027 Zürich

SIF

Tel.:    +41 44 224 44 44
Fax.:   +41 44 224 44 04
E-Mail: gcs@sif-finance.com

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual to whom it is addressed. If you have received this e-mail in error please send it back to the person who sent it to you. Any views or opinions presented are solely those of its author and do not necessarily represent those of Société Internationale de Finance, Zürich or any of its subsidiaries. Unauthorized publication, use, dissemination, forwarding, printing or copying of this e-mail and its associated attachments is strictly prohibited.

**From:** AMS CFS IRG 3 [mailto:amscfsirg3@citco.com]
**Sent:** Freitag, 16. März 2007 12:21
**To:** Investment
**Cc:** AMS CFS IRG 3
**Subject:** Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 2007 - USD WIRE INSTRUCTIONS
**Importance:** High

Dear Sirs,

Please note that on your redemption request of February 2, 2007 you indicate wire instructions for EUR instead of USD currency. Could you please confirm urgently the wire instructions for USD currency that we have to use in order to pay the proceeds of the above mentioned redemption?

Should you have any questions, please do not hesitate to contact us.

Best regards

3/16/2007

CONFIDENTIAL

CFSE-TRST-075981

CFSSAL0009720

Fairfield Sentry - redemption 13,501.54 shs i/n/o Quilvest Finance - NAV Feb 28, 200... Page 3 of 3

Maria João Fernandez
Senior Investor Relations Officer

Citco Fund Services (Europe) B.V.
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
General phone: 0031 - 20 5722 850
Direct phone: 0031 - 20 5722 116
Fax: 0031 - 20 5722 610
Email: AMSCFSIRG3@citco.com
Website: www.citco.com
**Citco Investor Relations operating in:** Amsterdam • Bahamas • Bermuda • Cayman • Cork • Curaçao • Dublin • Luxembourg • New York • San Francisco • Sydney • Toronto

http://www.citco.com/emaildisclaimer.htm

Disclaimer link. To see it, just click the link below, or copy and paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

Disclaimer link. To see it, just click the link below, or copy and paste it into your browser's address line.
http://www.citco.com/emaildisclaimer.htm

3/16/2007

CONFIDENTIAL

CFSE-TRST-075982

CFSSAL0009721