# EXHIBIT 5

**From:** Santiago Reyes [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENT
S_CN=SANTIAGO@fairdomain01.com]
**Sent:** 1/16/2004 8:22:44 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]
**CC:** Amit Vijayvergiya [amit@fggus.com]
**Subject:** RE: MEETING

confirmed.  Amit will be available by phone.

Santiago Reyes
Fairfield Greenwich Group
santiago@fggus.com
305-3738123

 -----Original Message-----
From:   Jeffrey Tucker
Sent:   Thursday, January 15, 2004 11:29 AM
To:     Santiago Reyes
Subject:        RE: MEETING

Ok for me; please include Amit.  10:30 would be better, if possible.

-----Original Message-----
From: Santiago Reyes
Sent: Thursday, January 15, 2004 10:54 AM
To: Jeffrey Tucker
Subject: MEETING

Societe International de Finance would like to meet with you to discuss Sentry on Feb. 25 at 10AM.

They currently hold about $25MM and are redeeming $5MM.

Are you avialable?

Santiago Reyes
Fairfield Greenwich Group
santiago@fggus.com
305-3738123

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000399132
                                                                                      SECSEV0976655