# EXHIBIT 6

| | |
|---|---|
| From: | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| Sent: | Monday, June 23, 2003 4:24 PM |
| To: | Santiago Reyes [santiago@fggus.com] |
| Cc: | Corina Piedrahita Redacted ; Lauren Ross [lauren@fggus.com] |
| Subject: | RE: Fairfied Sentry - SUBSCRIPTION |

Ok to do if received in time.

-----Original Message-----
From: Santiago Reyes
Sent: Monday, June 23, 2003 10:49 AM
To: Jeffrey Tucker
Cc: Corina Piedrahita; Lauren Ross
Subject: FW: Fairfied Sentry - SUBSCRIPTION

Can we accept $ 1MM in Sentry B?

Santiago Reyes
Fairfield Greenwich Group
Ph. 305-3738123
santiago@fggus.com

-----Original Message-----
From: Lauren Ross
Sent: Monday, June 23, 2003 11:40 AM
To: Santiago Reyes
Subject: FW: Fairfied Sentry - SUBSCRIPTION

Santiago,

Looks like Quilvest is investing about $1mm into Sentry B.  We will need to get approval from Jeffrey in order for Citco to accept.

Thx,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Direct: (212) 991-5231
Fax: (212) 319-0450
www.fggus.com

-----Original Message-----
From: Lise Denis [mailto:ldenis@quilweb.com]
Sent: Monday, June 23, 2003 10:01 AM
To: Lauren Ross
Subject: Re: Fairfied Sentry - SUBSCRIPTION

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00119466C
SECSEV1772183

Dear Ms. Lauren,

Futher to my call from today, the subscription form was faxed and sent by mail today.

The subscription was made in shares : 1 000    (about $ 1 027 534).

I just need to know if we must wire an approximative amount for the 1000 shares, as the amount will be calculated on the july nav, or are we going to receive the information about the right amount we must wire.

Best Regards

Lise DENIS
Quilvest Gestion Privee / Quilvest Assurances
243 boulevard Saint Germain
75007 Paris
Tél : 01 40 62 07 99
Fax : 01 40 62 07 87
ldenis@quilweb.com


----- Original Message -----
From: "Lauren Ross" <lauren@fggus.com>
To: <adelon@quilweb.com>
Cc: **Redacted**                         "lise denis" <ldenis@quilweb.com>; "Santiago Reyes" <santiago@fggus.com>
Sent: Tuesday, June 17, 2003 11:22 PM
Subject: RE: Fairfied Sentry - SUBSCRIPTION


Dear Ms. Delon,

Please find attached the subscription documents for the Fairfield Sentry Fund, Class B.  I have also attached the Offering Memorandum and the May 2003 tear sheet.

If you would kindly inform me of the subscription amount, it would be greatly appreciated.

Also, I am happy to assist your office in the subscription process.  My contact information is below.  Please feel free to contact me for anything.

Kind regards,
Lauren Ross

Lauren H. Ross
Investor Relations
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Direct: (212) 991-5231
Fax: (212) 319-0450
www.fggus.com


-----Original Message-----

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE001194661
SECSEV1772184

From: Anne Delon [mailto:adelon@quilweb.com]
Sent: Tuesday, June 17, 2003 12:13 PM
To: Lauren Ross
Cc: 'anne delon - home'; 'lise denis'; Santiago Reyes
Subject: RE: Fairfied Sentry - SUBSCRIPTION

Dear Ms. Ross,
I spoke to Santiago today and he asked me to email you to let you know that he's okay with our subscribing to B shares. Would you please email me the performance sheet and any relevant documents that we need for the subscription? Just so you know, I emailed a copy of this message to my personal email address Redacted because I have to leave tomorrow for the US for family reasons. I'll be there at least until June 30th, but I'll be liaising with my back office to help them with the subscription process.

Please send a copy of everything to this personal email address. You may

also reach my assistant Lise Denis at email : ldenis@quilweb.com or telephone : 33-1-4062-0799. Thank you very much for your assistance. Kind regards, Anne Delon

-----Message d'origine-----
De: Lauren Ross [SMTP:lauren@fggus.com]
Date: vendredi 13 juin 2003 17:56
A: adelon@quilweb.com
Cc: Santiago Reyes
Objet: Fairfied Sentry - SUBSCRIPTION

Dear Adelon,

I just spoke to Mr. Santiago Reyes who is the FGG representive who speaks to SIF in Zurich. He is going to contact Rob Roedel to follow up on the

subscription into the Fairfield Sentry Fund. As he is not certain whether this subscription is in the Class A or Class B, I will hold off sending you the documents until I hear back from him what the subscription amount is

and which class of shares in the Fund.

I will let you know as soon as I hear back from our FGG agent and send you the appropriate documents.

Please do not hesitate to contact me if you need any further information.

Best regards,
Lauren Ross

Lauren H. Ross
Investor Relations
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Direct: (212) 991-5231
Fax: (212) 319-0450
www.fggus.com

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE001194662
                                                                                SECSEV1772185

===============================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the persons to whom it is
addressed,and may contain confidential information.  Any
use,distribution,modification,copying or disclosure by any other person is strictly
prohibited.  If you have received this message in error please notify the sender by return e-
mail and delete this message from your computer. Any data or views contained herein is based
upon information available to us at this date and is subject to change without notice.

<< Fichier: ATT00001.htm>>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE001194663

SECSEV1772186