# EXHIBIT 7

# Perf And Asset Fees Report

| | | |
|---|---|---|
| Fund Name: | FAIRFIELD SENTRY A | |
| FundID: | 03302 | |
| Agent Name: | All Agents | |
| Start Date: | 01-01-2003 | |
| End Date: | 03-01-2003 | |
| Report Generated By: | svdmeijden | |
| Report Generated On: | 04/25/2003 | |

| | **Total Fee Q1, 2003** | **17,498,708.00** | |
|---|---|---|---|
| 1 | Agent: Peter Schmid | 30,020.33 | |
| 2 | Agent: Robert Johnson | 20,277.87 | |
| 3 | Agent: Atilio Brillembourg | 95,048.84 | |
| 4 | Agent: Rafa dela Sierra | 1,158.26 | |
| 5 | Agent: Atlantic Alternative Fund | 2,185.04 | PENDING |
| 6 | Agent: Basil Mavroleon | 90,424.52 | |
| 7 | Agent: Sabotsix | 28,915.43 | new, fee Q4, 2002 added |
| 8 | Agent: Valor Alternativo | 1,482.14 | new |
| | Agent: Williamson/White | not paying | |
| 10 | Agent: Bianca Haegler | 3,282.31 | new, deducted $3,000 |
| 11 | Agent: Alejandro Tawil | 15,850.51 | |
| 12 | Agent: Yanko della Schiava | 2,493.01 | remaining balance Q4 deducted a $ 2,248.27 / allowance deducted |
| 13 | Agent: Brazil Direct Limited | 768.15 | |
| 17 | Agent: Artemis Advisors Inc. | 5,692.93 | |
| 18 | Agent: Rudolf Hugi | 6,737.74 | |
| 19 | Agent: Hans Bruderer | 12,401.19 | |
| 20 | Agent: Vontobel | 11,443.05 | |
| 21 | Agent: Arden | 5,005.62 | |
| 22 | Agent: Prima Capital | 4,529.92 | |
| 23 | Agent: Prima / Leu | 10,241.89 | |
| 24 | Agent: Prima / BBL | 6,057.61 | |
| 25 | Agent: John Forgach | 1,453.80 | |
| 28 | Agent: Hamilton Miller | 713.78 | |
| 30 | Agent: Peter Schacke | 2,832.92 | |
| 31 | Agent: Roberto Seiler | 43,096.25 | |
| 32 | Agent: Credit Suisse | 319,505.96 | |
| 36 | Agent: Jacques Rauber | 320,573.76 | |
| 38 | Agent: EIM | | |
| | AAJ | 937.96 | |
| | OTHER | 7,851.42 | |
| 39 | Agent: Kermit Claytor | 5,450.33 | remaining balance Q4 deducted a $ 2,815.05 |
| 40 | Agent: Sniders MBE Consultants Ltd. | 216,988.63 | |
| 41 | Agent: Arturo Klein | 5,524.18 | |
| 42 | Agent: Benjamin Nuchowicz | 2,348.99 | |
| 43 | Agent: Yves Lombard | 11,465.72 | |
| 46 | Agent: UBS New York AG | 9,517.37 | |
| 48 | Agent: Mickey St Aldwyn | 25,213.77 | check payment details! |
| 50 | Agent: Navarra | 429.22 | |
| 53 | Agent: Atlantic Finanz | 7,521.00 | |
| 54 | Agent: EFG Capital International | 179,001.23 | |
| 55 | Agent: Trincaster Corp | 25,363.62 | |
| 56 | Agent: Banco Modal | 38,810.33 | |
| 59 | Agent: Focus Group | 29,864.15 | |
| 60 | Agent: Quilvest Finance Ltd. | 31,120.92 | |
| 61 | Agent: Bank of America | 24,592.57 | |
| 62 | Agent: Panda | 8,003.56 | |
| 63 | Agent: Atlantic Security Bank | 64,831.28 | |
| 64 | Agent: Magog Holding Ltd. | 26,292.89 | |
| 68 | Agent: Criterium Capital Management Ltd. | 3,351.08 | |
| 70 | Agent: Deutsche Bank (Suisse) SA | 11,571.49 | |
| 71 | Agent: Orbita Capital | 16,920.29 | |
| 72 | Agent: Strider Fund | 2,255.50 | |
| 73 | Agent: Non Strider Fund | 1,358.85 | |
| 74 | Agent: Morris Safdie | 21,183.55 | |
| 75 | Agent: Maxi Furstenburg | 9,634.20 | |
| 77 | Agent: Schroder Bank & Co AG | 4,660.71 | $7.19 deducted, correction |
| 79A | Agent: Bordier & Cie | 7,679.21 | |
| 79B | Agent: Bordier International | 910.18 | |
| 80 | Agent: Marc Nadas | 12,753.50 | |
| 82 | Agent: Arbitral International Corp | 1,260.76 | |
| 83 / P | Agent: UBS Panama | 2,744.32 | PENDING |
| 84 | Agent: Banco Atlantico | 79,259.38 | |

CONFIDENTIAL

CFSE-TRST-008746

CFSSAE0000001

| # | Agent | Amount | Notes |
|---|---|---:|---|
| 85 | Agent: Wolff Klabin | 13,924.83 | |
| 87 | Agent: Alexandre Weintraub | 4,940.75 | |
| 88 | Agent: Clariden Bank | 37,520.32 | |
| 89 | Agent: J Piquet | 1,788.75 | |
| 90 | Agent: Robert Hissom | 97,076.30 | |
| 92 | Agent: Bank Julius Baer & Co. Ltd. | 24,932.97 | |
| 93 | Agent: Adam Horne | 149,329.84 | $ 24,238.89 added correction |
| 95 | Agent: Vaduz Financial | 4,569.17 | |
| 96 | Agent: BSI NY | 5,719.37 | |
| 97 | Agent: Alastair Buchanan | 21,796.40 | |
| 98 | Agent: Espirito Santo Top Ranking | 6,185.67 | |
| 99 | Agent: BBVA Privanza Ltd. | 6,628.27 | |
| 100 | Agent: Horst Pfisterer | 14,186.39 | |
| 101 | Agent: Barclays (Suisse) SA | 9,166.83 | |
| 102 | Agent: Sergio Queluz | 673.95 | |
| 103 | Agent: Disa Securities | 1,174.30 | |
| 104 | Agent: Citco NA NV | 88,014.05 | $15,404.22 added, fee missed since inception |
| 105 | Agent: Banque Sudameris | 24,900.38 | |
| 106 | Agent: Royal Bank of Canada Miami | 475.83 | |
| 107 | Agent: Gordon Goulimis | 7,062.90 | |
| 108 | Agent: Eduardo Haber | 1,126.24 | |
| 109 | Agent: Aztec Consultants | 25,696.07 | |
| 110 | Agent: BSI Lugano | 13,400.11 | |
| 111 | Agent: Societe Generale | 4,104.56 | |
| 114 | Agent: Barclays Bank SA | 2,828.42 | |
| 117 | Agent: American Express | 800.89 | |
| 118 | Agent: Banque de la Mediterannee (Suisse) SA | 897.07 | |
| 120 | Agent: Nadia Chartouni | 9,633.27 | $ 157.77 deducted, correction |
| 122 | Agent: Delta National Bank of New York | 20,318.10 | |
| 123 | Agent: Coutts USA International | 570.66 | |
| P | Agent: Pactual Overseas | 1.81 | +0.97 is 2.78 PENDING |
| 125 | Agent: Safra National Bank of New York | 58,893.54 | |
| 126 | Agent: Andrew de Araujo | 6,149.88 | |
| 127 | Agent: Global Securities SAM | 12,581.58 | |
| 129 | Agent: CBG Compagnie Bancaire Geneva | 6,179.20 | |
| 131 | Agent: Accuro AG | 10,300.78 | |
| 132 | Agent: Silberberg | 1,486.88 | |
| 133 | Agent: Bantal Brokers | 5,115.76 | |
| 134 | Agent: Edison | 570.35 | +302.90 Q4 = 873.25 |
| 135 | Agent: Simetria Investments | 3,282.97 | |
| 136 | Agent: Cristina Bouzan | 249.53 | 132.52 Q4 is 382.05 |
| 138 | Agent: Priscilla Mendes | 929.74 | |
| 140 | Agent: Amas Bank (Switzerland) Ltd. | 8,438.98 | |
| 141 | Agent: Argenta | 1,820.35 | |
| 142 | Agent: PRS International | 19,815.82 | |
| 143 | Agent: Banque Piguet & Cie | 2,442.81 | |
| 145 | Agent: Per4m | 1,915.99 | PENDING   Valuedate May 23, 2003 |
| 146 | Agent: BBA | 2,743.91 | |
| 147 | Agent: Banco Itau Europe Luxembourg | 15,686.04 | |
| 148 | Agent: Rohi Kapoor | 35,785.53 | |
| 149 | Agent: BSN Banif | 344.50 | |
| 150 | Agent: Royal Bank of Canada Trust Co Jersey | 8,770.38 | remainig balance deducted Q4, 2002 a $ 300.67 |
| 151 | Agent: Willem Aalders | 2,180.56 | |
| 153 | Agent: Fairfield Investment Fund Ltd. | 122,581.14 | 35% |
| 154 | Agent: Jared Trading | 7,653.33 | |
| 155 | Agent: Sagres Group | 2,626.62 | |
| 156 | Agent: Partners | 5,982.27 | |
| 157 | Agent: Courvoisier | 3,569.62 | remainig balance deducted Q4, 2002 a $ 618.63 |
| 159 | Agent: ZCM | 8,679.17 | 35% |
| 162 | Agent: Interbank Overseas Ltd. | 3,723.39 | |
| 163 | Agent: Nicholas Mavroleon | 5.85 | P/ remaining blanace deducted Q4, 2002 a 1,444.51 |
| 164 | Agent: Horacio Leis | 1,511.88 | |
| 165 | Agent: Bank Sal Oppenheim & Cie Jr | 6,686.47 | |
| 166 | Agent: Ian Longhurst | 4,656.64 | |
| 170 | Agent: Krutman | 7,928.25 | |
| 171 | Agent: Pharus Management | 212.55 | |
| 172 | Agent: Bank Morgan Stanley | 4,625.50 | |
| 173 | Agent: Credit Lyonnais | 2,343.20 | |
| 174 | Agent: Vontobel Absolute Return Fund | 7,261.71 | |
| 176 | Agent: Asesores BPM | 5,288.13 | $ 389.03 added fee missed previous quarters |
| 177 | Agent: Brico Associates Ltd. | 11,291.67 | |
| 178 | Agent: FIF Advanced Ltd | 18,447.23 | 35% |
| 179 | Agent: Fairfield GCI (USD) | 8,434.09 | 35% |
| 180 | Agent: Teorema Alt. Strategies | 1,458.81 | |

CONFIDENTIAL

CFSE-TRST-008747

CFSSAE0000002

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 181 | Agent: Zeus | | | - deducted correction, 1322.14 to be deducted Q2, 2003!! | | | | |
| 182 | Agent: Tariq | 3,677.77 | | | | | | |
| 183 | Agent: Fairfield GCI (Yen) | 7,760.41 | 35% | | | | | |
| 184 | Agent: Quantica Asesores SA | 1,298.50 | | | | | | |
| 186 | Agent: Sigma Fund - Universal | 552.82 | +293.60 Q4 is : $846.42 | | | | | |
| 187 | Agent: South Financial Services | 455.01 | | | | | | |
| 188 | Agent: Fairfield Masters | 41,725.66 | 35% | | | | | |
| 189 | Agent: BBVA Portugal | 1,102.96 | | | | | | |
| | Agent: Fairfield Lambda Limited | 156,020.70 | 54,607.25 | 35% | | 101,413.46 | 522,733.50 | to FGG |
| | Agent: Fairfield Sigma Limited | 648,184.68 | 226,864.64 | 35% | | 421,320.04 | | |
| 192 | Agent: L V Ingrams | 1,486.47 | | | | | | |
| IN SHS | Agent: Abu Dhabi | 252,485.03 | | | | | | |
| IN SHS | Agent: Fairway Inv. Partners | 6,320.09 | | | | | | |
| IN SHS | Agent: MIF | 7,896.42 | | | | | | |
| IN SHS | Agent: Opportunity | 8,856.05 | | | | | | |
| IN SHS | Agent: Grosvenor Asset Management Inc. | 63,609.37 | | | | | | |
| pending | Agent: Banco Atlantico Gibraltar | 1,288.34 | | | | | | |
| 193 | Agent: Illington | 254,365.91 | | | | | | |
| 194 | Agent: Illington II | 3,073.48 | | | | | | |
| | Agent: Starfin | | - 1,922.12 | to be deducted Q2, 2003 | | | | |
| | Agent: Starfin / shs | | - 9,512.25 | to be deducted Q2, 2003 | | | | |
| P | Agent: Merrill Lynch | 15,847.14 | | | | | | |
| P | Agent: Vincent A Snell | 2,466.78 | +6.037.89 previous quarters = 8,504.67 | | | | | |
| | **FGG** | **13,035,405.19** | $5,867.16 deducted | | | | | |

CONFIDENTIAL

CFSE-TRST-008748

CFSSAE0000003

# Perf And Asset Fees Report
## FAIRFIELD SENTRY LIMITED CLASS B-(USD)
### Pay schedule Q4 2003

| | |
|---|---|
| Fund Name: | FAIRFIELD SENTRY B |
| FundID: | 02902 |
| Agent Name: | All Agents |
| Start Date: | 10-1-2003 |
| End Date: | 12-1-2003 |
| Report Generated By: | Jterlien |
| Report Generated On: | 01/27/2004 |

| | | Perf Fee | Man Fee | Total Fee | |
|---|---|---:|---:|---:|---|
| | **Total fee** | **$ 663,586.00** | **$ 607,764.00** | **$ 1,271,350.00** | |
| 1 | Agent: Adam Horne | 2,836.67 | 1,166.92 | 4,003.59 | |
| 2 | Agent: Citco NA NV | - | 22,464.82 | 22,464.82 | |
| 3 | Agent: Atilio Brillembourg | 10,096.37 | - | 10,096.37 | |
| 4 | Agent: Banco Modal | 3,574.45 | - | 3,574.45 | |
| 5 | Agent: Basil Mavroleon | 4,025.03 | - | 4,025.03 | |
| 6 | Agent: Capital Far East | - | 5,060.84 | 5,060.84 | |
| 7 | Agent: Fairfield Sigma Class B | 2,031.50 | 2,506.15 | 4,537.65 | 35% |
| 8 | Agent: Mont Blanc Financial Services | - | 260.44 | 260.44 | |
| 9 | Agent: Yanko della Schiava | 3,969.99 | - | 3,969.99 | |
| 10 | Agent: Robert Hissom | 646.82 | - | 646.82 | |
| 11 | Agent: Asesores BPM | 772.72 | - | 772.72 | |
| 12 | Agent: Banque de la Mediterannee (Suisse) SA | - | 881.22 | 881.22 | |
| 13 | Agent: Bantal Brokers | - | 1,332.82 | 1,332.82 | |
| 14 | Agent: Bianca Haegler | 1,737.63 | - | 1,737.63 | |
| 15 | Agent: Quilvest Finance Ltd. | - | 802.80 | 802.80 | |
| 16 | Agent: Royal Bank of Canada Trust Co (Cayman) Ltd | 318.04 | 289.70 | 607.74 | |
| 17 | Agent: Safra National Bank of New York | 3,978.28 | 3,806.81 | 7,785.09 | |
| 18 | Agent: American Express Miami | | 13,358.50 | 13,358.50 | + retro 2,720.59 |
| 19 | Agent: Valor Alternativo | - | 928.93 | 928.93 | |
| 20 | Agent: Axis Advisors LP | - | 1,461.23 | 1,461.23 | |
| 21 | Agent: Banque Sudameris | - | 1,812.69 | 1,812.69 | +$70.00 Q2 = 1,882.69 |
| 22 | Agent: BDO Stoy Harward Wealth Man | - | 503.95 | 503.95 | Wired Feb 12 |
| 23 | Agent: Carthesio Wealth Management SA | - | 1,264.03 | 1,264.03 | + retro Q2 500.39 |
| 24 | Agent: Credit Suisse First Boston (Europe) Limited | - | 2,646.97 | 2,646.97 | + retro $150.12 |
| 25 | Agent: EuroCapital Advisors | - | 566.93 | 566.93 | |
| 26 | Agent: Fairfield Greenwich Luxembourg | 12,015.64 | 9,991.23 | 22,006.87 | |
| 27 | Agent: ICM - International Capital Market SIM SPA | - | 1,511.83 | 1,511.83 | |
| 28 | Agent: Illington | 1,602.85 | - | 1,602.85 | |
| 29 | Agent: Royal Oak Consultant Group Inc. | - | 999.28 | 999.28 | |

CONFIDENTIAL

CFSE-TRST-009508
CFSSAE0000763

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 30 | Agent: Willem Aalders | 101.75 | - | 101.75 | + $69.63 Q2 = 171.38 |
| | Agent: Fedesa (in shs) | - | 875.00 | 875.00 | in shs |
| | Agent: Banque Cantonale Vaudoise (in shs) | - | 1,498.92 | 1,498.92 | in shs / waiting for agreement |
| | Agent: 1st Market-Link | | 29.69 | 29.69 | Pending for agreement |
| | Agent: Banque Syz & Co SA | 1,207.78 | - | 1,207.78 | Pending for agreement |
| | Agent: Chinkara | - | 1,511.83 | 1,511.83 | Paid value 2/2/04 |
| | Agent: Dresdner Latinamerica | - | 2,535.36 | 2,535.36 | Pending |
| | Agent: Global Investment Advisors | - | 49.96 | 49.96 | Pending |
| | Agent: Non Strider Fund | 36.26 | - | 36.26 | Pending for agreement |
| | Agent: Standard Bank | - | 75.10 | 75.10 | Pending |
| | Agent: Stephane Muuls | - | - | - | $465.72 not paying against withdraw |
| | Fee deferral | | 170,000.00 | 170,000.00 | |
| | **To FGL** | **$ 614,634.22** | **$ 357,570.05** | **$ 972,204.27** | Paid value 2/2/04 |

CFSE-TRST-009509
CFSSAE0000764

# Perf And Asset Fees Report
**FAIRFIELD SENTRY LIMITED CLASS A-(USD)**
**Quarter 2, 2004**

| | |
|---|---|
| Fund Name: | FAIRFIELD SENTRY A |
| FundID: | 03302 |
| Agent Name: | All Agents |
| Start Date: | 4-1-2004 |
| End Date: | 6-1-2004 |
| Report Generated By: | Jterlien |
| Report Generated On: | 07/30/2004 |

| | | | | |
|---|---|---|---|---|
| | **Total performance fee** | $ | 23,632,675.00 | |
| 1 | Agent: Peter Schmid | | 34,416.20 | |
| 2 | Agent: Robert Johnson | | 30,564.51 | |
| 3 | Agent: Rafa dela Sierra | | 1,774.14 | |
| 4 | Agent: Basil Mavroleon | | 83,065.04 | Including correction of $138.88 |
| 7 | Agent: Sabotsix | | 5,152.31 | |
| 8 | Agent: Valor Alternativo | | 2,270.22 | |
| 10 | Agent: Bianca Haegler | | 7,041.04 | Allowance of $3,000.00 deducted |
| 11 | Agent: Alejandro Tawil | | 5,434.08 | Including -/- $7,480.68 |
| 12 | Agent: Yanko della Schiava | | 12,635.13 | Allowance of $10,500.00 deducted |
| 13 | Agent: Brazil Direct Limited | | 511.97 | |
| 17 | Agent: Artemis Advisors Inc. | | 7,208.37 | |
| 18 | Agent: Rudolf Hugi | | 10,320.34 | |
| 19 | Agent: Hans Bruderer | | 17,391.56 | |
| 20 | Agent: Vontobel | | 16,982.31 | |
| 21 | Agent: Arden | | 7,223.69 | |
| 22 | Agent: Prima Capital | | 1,375.20 | |
| 23 | Agent: Prima / Leu | | 3,196.96 | |
| 24 | Agent: Prima / BBL | | 5,670.64 | |
| 25 | Agent: John Forgach | | 2,226.82 | |
| 28 | Agent: Hamilton Miller | | 1,093.31 | |
| 30 | Agent: Peter Schacke | | 4,339.25 | |
| 31 | Agent: Roberto Seiler | | 26,960.49 | |
| 32 | Agent: Credit Suisse | | 459,526.63 | |
| 34 | Agent: Starfin | | - | -/- balance going forward |
| 36 | Agent: Jacques Rauber | | 540,385.46 | |
| 38 | Agent: EIM (1) | | 1,037.25 | |
| 38 | Agent: EIM (2) | | 7,917.31 | |
| 39 | Agent: Kermit Claytor | | - | -/- balance going forward |
| 41 | Agent: Arturo Klein | | 8,699.28 | |
| 42 | Agent: Benjamin Nuchowicz | | 2,385.44 | |
| 43 | Agent: Yves Lombard | | 17,562.28 | |
| 46 | Agent: UBS New York AG | | 9,102.61 | |
| 53 | Agent: Atlantic Finanz | | 11,064.36 | |
| 54 | Agent: EFG Capital International | | 202,746.43 | |
| 55 | Agent: Trincaster Corp | | 35,211.26 | |
| 56 | Agent: Banco Modal | | 57,862.86 | |
| 59 | Agent: Focus Group | | 10,807.01 | |
| 60 | Agent: Quilvest Finance Ltd. | | 25,673.17 | |
| 62 | Agent: Panda | | 11,139.22 | |
| 63 | Agent: Atlantic Security Bank | | 96,619.69 | |
| 64 | Agent: Magog Holding Ltd. | | 39,969.87 | |
| 68 | Agent: Criterium Capital Management Ltd. | | 2,164.73 | |
| 71 | Agent: Orbita Capital | | 25,917.17 | |
| 72 | Agent: Strider Fund | | 1,352.22 | |
| 73 | Agent: Non Strider Fund | | 2,913.54 | |

CONFIDENTIAL

CFSSAE0001045
CFSE-TRST-009790

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 74 | Agent: Morris Safdie | 31,760.32 | |
| 75 | Agent: Maxi Furstenburg | 10,653.99 | |
| 77 | Agent: Schroder Bank & Co AG | 8,008.22 | |
| 79A | Agent: Bordier & Cie | 6,324.83 | |
| 79B | Agent: Bordier International | 871.34 | |
| 80 | Agent: Marc Nadas | 17,056.83 | |
| 82 | Agent: Arbitral International Corp | 1,477.18 | |
| 83 | Agent: UBS Panama | 1,494.78 | |
| 84 | Agent: Banco Atlantico Bahamas | 89,780.96 | |
| 87 | Agent: Alexandre Weintraub | 5,373.24 | |
| 88 | Agent: Clariden Bank | 38,036.91 | |
| 89 | Agent: J Piquet | 2,596.97 | |
| 92 | Agent: Bank Julius Baer & Co. Ltd. | 25,942.53 | |
| 93 | Agent: Caledon International | 126,389.91 | Incl corr of -/- $8,714.49 + $10,868.35 + $6,521.01 |
| 95 | Agent: Vaduz Financial | 6,883.97 | |
| 96 | Agent: BSI NY | 8,699.49 | |
| 97 | Agent: Alastair Buchanan | 33,386.01 | |
| 98 | Agent: Espirito Santo Top Ranking | 9,474.73 | |
| 100 | Agent: Horst Pfisterer | 21,939.90 | |
| 101 | Agent: Barclays (Suisse) SA | 11,744.00 | |
| 103 | Agent: Disa Securities | 1,798.70 | |
| 104 | Agent: Citco NA NV | 26,972.46 | |
| 105 | Agent: Banque Sudameris | 31,936.48 | |
| 106 | Agent: Royal Bank of Canada Miami | 587.89 | |
| 107 | Agent: Gordon Goulimis | 8,342.77 | |
| 108 | Agent: Eduardo Haber | 1,028.02 | |
| 109 | Agent: Aztec Consultants | 33,541.85 | |
| 110 | Agent: BSI Lugano | 4,328.92 | |
| 111 | Agent: Societe Generale | 1,839.03 | |
| 114 | Agent: Barclays Bank SA | 3,950.66 | |
| 117 | Agent: American Express Miami | 17,430.09 | |
| 118 | Agent: Banque de la Mediterannee (Suisse) SA | 392.97 | |
| 120 | Agent: Nadia Chartouni | 14,997.14 | |
| 122 | Agent: Delta National Bank of New York | 22,374.78 | |
| 125 | Agent: Safra National Bank of New York | 99,352.54 | |
| 126 | Agent: Andrew de Araujo | 7,770.06 | |
| 127 | Agent: Global Securities SAM | 17,420.77 | |
| 129 | Agent: CBG Compagnie Bancaire Geneva | 3,980.51 | |
| 131 | Agent: Accuro AG | 15,327.82 | |
| 132 | Agent: Silberberg | 723.78 | |
| 133 | Agent: Bantal Brokers | 7,658.99 | |
| 135 | Agent: Simetria Investments | 3,459.76 | |
| 136 | Agent: Cristina Bouzan | 382.21 | |
| 137 | Agent: Priscilla Mendes | 1,424.10 | |
| 140 | Agent: Amas Bank (Switzerland) Ltd. | 12,926.17 | |
| 141 | Agent: Argenta | 2,788.27 | |
| 142 | Agent: PRS International | 14,080.37 | |
| 143 | Agent: Banque Piguet & Cie | 3,480.31 | |
| 145 | Agent: Per4m | 2,934.76 | |
| 147 | Agent: Banco Itau Europe Luxembourg | 29,207.25 | Including correction Q2 of $11.36 |
| 148 | Agent: Rohi Kapoor | 25,242.19 | |
| 150 | Agent: Royal Bank of Canada Trust Co (Cayman) Ltd | 13,195.59 | |
| 153 | Agent: Fairfield Investment Fund Ltd. | 586,170.19 | |
| 154 | Agent: Jared Trading | 18,410.12 | |
| 155 | Agent: Sagres Group | 3,826.67 | |
| 156 | Agent: Partners | 8,928.87 | |
| 157 | Agent: Courvoisier | 7,808.21 | |
| 159 | Agent: ZCM | 54,003.82 | |
| 162 | Agent: Blubank Ltd. | 1,054.17 | |
| 163 | Agent: Nicholas Mavroleon | 2,221.55 | |
| 164 | Agent: Horacio Leis | 2,315.77 | |
| 165 | Agent: Bank Sal Oppenheim & Cie Jr | 9,841.95 | |
| 166 | Agent: Ian Longhurst | 30,431.24 | |

CFSE-TRST-CFSSAE0001046

CONFIDENTIAL

| | | | | |
|---|---|---|---:|---|
| | 170 | Agent: Krutman | 12,143.90 | |
| | 172 | Agent: Bank Morgan Stanley | 4,483.59 | |
| | 173 | Agent: Credit Lyonnais | 3,589.13 | |
| | 174 | Agent: Vontobel Absolute Return Fund | 6,414.20 | |
| | 177 | Agent: Brico Associates Ltd. | 16,060.85 | |
| | 178 | Agent: FIF Advanced Ltd | 127,137.53 | |
| | 179 | Agent: Fairfield GCI (USD) | 56,181.77 | |
| | 180 | Agent: Teorema Alt. Strategies | 2,234.50 | |
| | 183 | Agent: Fairfield GCI (Yen) | 43,034.24 | |
| | 187 | Agent: South Financial Services | 992.01 | |
| | 188 | Agent: Fairfield Masters | 61,989.37 | |
| | 192 | Agent: L V Ingrams | 2,003.29 | |
| | 193 | Agent: Illington | 351,852.83 | |
| | 194 | Agent: Illington II | 4,707.72 | |
| | 195 | Agent: Arden Endownment Advisors | 3,527.11 | |
| | 196 | Agent: Banco Atlantico Gibraltar | 3,269.79 | |
| | 198 | Agent: EFG Private Bank Zurich | 8,423.47 | |
| | 199 | Agent: Fairfield Lambda Limited | 79,879.68 | 35% |
| | 200 | Agent: Fairfield Sigma Limited | 403,384.79 | 35% |
| | 201 | Agent: Dresdner Latinamerica | 13,362.27 | |
| | 202 | Agent: Beta Capital | 6,076.19 | |
| | 203 | Agent: Axis Advisors LP | 10,517.51 | |
| | 206 | Agent: HSBC Private Bank France (Eurofin) | 1,591.15 | + Q104 $1,950.64 = $3,541.79 |
| | 207 | Agent: Scott Nevin | 3,589.85 | Including correction of $44.16 + Q104 $983.07 = $4,572.92 |
| | 208 | Agent: Sergio Queluz | 379.47 | |
| | 209 | Agent: Aspen Capital | 78,316.18 | |
| | 210 | Agent: Ron Thomann | 8,862.21 | |
| | 211 | Agent: WJB Chiltern | 14,880.39 | Including retro of $13,071.73 |
| in shs | | Agent: Abu Dhabi | 388,276.90 | In shares |
| in shs | | Agent: Fairway Inv. Partners (CREDIT SUISSE LONDON NOMINEES LTD) | 9,746.77 | In shares |
| in shs | | Holder: GROSVENOR INVESTMENT MANAGEMENT LTD   Account: GROSVENOR BALANCED GROWTH FUND LTD | 47,166.10 | In shares |
| in shs | | Holder: GROSVENOR INVESTMENT MANAGEMENT LTD   Account: GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 2,076.36 | In shares |
| in shs | | Holder: GROSVENOR INVESTMENT MANAGEMENT LTD   Account: GROSVENOR PRIVATE RESERVE FUND LTD | 28,767.18 | In shares |
| in shs | | Holder: ROBINSON & CO   Account: ROBINSON & CO AC 0262873 | 7,066.48 | In shares |
| in shs | | Agent: MIF | 1,772.11 | In shares |
| in shs | | Agent: Opportunity (TIGER EYE INVESTMENT LTD.) | 13,657.71 | In shares |
| in shs | | Agent: Starfin / shs (NAIDOT & CO) | - | In shares / -/- balance going forward |
| | 204 | Agent: BCT Bank International | 99.56 | Pending |
| | | Agent: Atilio Brillembourg | 145,588.34 | Wired value August 5, 2004 |
| | | Agent: Atlantic Alternative Fund | 2,684.66 | Pending |
| | | Agent: Merrill Lynch | 687.47 | Pending |
| | | Agent: Stephane Muuls | - | $4,753.72 deducted from draw |

**Balance to FGG**   $   18,185,503.13

CFSE-TRST-009792
CFSSAE0001047