**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BANK JULIUS BAER & CO. LTD.,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 11-02922 (CGM) |

## AMENDED STIPULATION AND ORDER

**WHEREAS**, on March 18, 2022, this Court entered a stipulation and order setting a briefing schedule in this action (the "Briefing Stipulation") [ECF No. 109];

**WHEREAS**, on April 13, 2022, BJB and the Trustee entered into a stipulation (so ordered by this Court on April 18, 2022) pursuant to which BJB consented to the Trustee's filing of an Amended Complaint (the "Consent Stipulation") [ECF No. 112];

**WHEREAS**, on April 15, 2022, in accordance with the Briefing Stipulation and Consent Stipulation, the Trustee filed his Amended Complaint [ECF No. 110]; and

**WHEREAS**, the Trustee has agreed to BJB's request for an extension of time to move to

dismiss the Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below, that the Briefing Stipulation shall be amended as follows:

1. BJB will move to dismiss the amended complaint on or before **July 7, 2022**.

2. The Trustee will file any opposition to BJB's motion on or before **September 12, 2022**.

3. BJB will file any reply brief in support of its motion on or before **October 12, 2022**.

Dated: June 9, 2022
New York, New York

| | |
|---|---|
| /s/ David J. Sheehan | /s/ Eric Halper |
| **Baker & Hostetler LLP** | **McKool Smith** |
| 45 Rockefeller Plaza | One Manhattan West |
| New York, New York 10111 | 395 9th Avenue |
| Telephone: (212) 589-4200 | New York, NY 10001 |
| Facsimile: (212) 589-4201 | Telephone: (212) 402-9400 |
| David J. Sheehan | Facsimile: (212) 402-9444 |
| Email: dsheehan@bakerlaw.com | Eric Halper |
| Keith R. Murphy | ehalper@mckoolsmith.com |
| Email: kmurphy@bakerlaw.com | |
| | *Attorneys for BJB* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | |

2

**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com
Alan D. Lawn
Email: alawn@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: June 10, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

3