UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>              Plaintiff,<br>v.<br><br>INTESA SANPAOLO SPA (AS SUCCESSOR IN INTEREST TO BANCA INTESA SPA), EURIZON CAPITAL SGR SPA (AS SUCCESSOR IN INTEREST TO EURIZON INVESTIMENTI SGR SPA, F/K/A NEXTRA INVESTMENT MANAGEMENT SGR SPA, AND EURIZON ALTERNATIVE INVESTMENTS SGR SPA, FKA NEXTRA ALTERNATIVE INVESTMENTS SGR SPA), EURIZON LOW VOLATILITY F/K/A NEXTRA LOW VOLATILITY, EURIZON LOW VOLATILITY II F/K/A NEXTRA LOW VOLATILITY II, EURIZON LOW VOLATILITY PB F/K/A NEXTRA LOW VOLATILITY PB, EURIZON MEDIUM VOLATILITY F/K/A NEXTRA MEDIUM VOLATILITY, EURIZON MEDIUM | Adv. Pro. No. 12-01680 (CGM) |

29459594.1

| |
|---|
| VOLATILITY II F/K/A NEXTRA MEDIUM VOLATILITY II, EURIZON TOTAL RETURN F/K/A NEXTRA TOTAL RETURN,<br><br>              Defendants. |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                     ) SS
NEW CASTLE COUNTY    )

      Melissa L. Romano, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, special counsel for IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned cases, and that on the 14th day of June, 2022, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties on the attached Schedule A:

- **Trustee's Memorandum of Law in Opposition to Defendants Eurizon Capital SGR SPA, Eurizon Low Volatality, and Eurizon Medium Volatility's Motion to Dismiss [Docket No. 21744]**

      I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

                                                                  Melissa L. Romano

AFFIRMED TO AND SUBSCRIBED before me this 15th day June, 2022.

                                                                   Notary Public

                                                    ERICA A. STEELE
                                                   NOTARY PUBLIC
                                                   STATE OF DELAWARE
                                              My Commission Expires June 25, 2023

29459594.1

## Schedule A

Elliot Moskowitz, Esq.
Andrew Ditchfield, Esq.
Andrew S. Gehring, Esq.
DAVIS POK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
*elliot.moskowitz@davispolk.com*
*andrew.ditchfield@davispolk.com*
*andrew.gehring@davispolk.com*

**Electronic Mail**

29459594.1