# EXHIBIT 2

| holdername | acctid | acctdesc | orderid | tradedate | transacttypeid | origshares | cashtendered | received_paid | loadpercent | cashorshar | cash settled date | projected cash settled date | transactid | currency | origgross | gross | netamount | loadamount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 11/1/1999 | SU | 1555.54 | 1000000 | 1000000 | 0 | S | 11/10/1999 | 11/1/1999 | 1219802 | USD | 1000000 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 12/1/1999 | SU | 3061.81 | 2000000 | 2000000 | 0 | S | 12/8/1999 | 12/1/1999 | 1281902 | USD | 2000000 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 1/1/2000 | SU | 1524.94 | 1000000 | 1000000 | 0 | S | 1/11/2000 | 1/1/2000 | 1327702 | USD | 1000000 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 1/1/2000 | SU | 3.19 | 2092 | 2092 | 0 | S | 1/20/2000 | 1/1/2000 | 1299002 | USD | 2092 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 4/1/2000 | SU | 18.97 | 12975 | 12975 | 0 | S | 4/27/2000 | 4/1/2000 | 1515502 | USD | 12975 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 4/1/2000 | SU | 2924.35 | 2000000 | 2000000 | 0 | S | 4/12/2000 | 4/1/2000 | 1560702 | USD | 2000000 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | | 7/1/2000 | SU | 16.75 | 11744 | 11744 | 0 | S | 7/31/2000 | 7/1/2000 | 1738702 | USD | 11744 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 90202 | 10/1/2000 | SU | 14.92 | 10698 | 10698 | 0 | C | 9/28/2000 | 9/28/2000 | 1953602 | USD | 10694.75 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 327002 | 1/1/2001 | SU | 13.73 | 10041 | 10041 | 0 | C | 12/29/2000 | 12/29/2000 | 2176902 | USD | 10043.29 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 307302 | 2/1/2001 | SU | 2006.27 | 1500000 | 1500000 | 0 | C | 1/31/2001 | 1/31/2001 | 2215102 | USD | 1499996.99 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 641802 | 4/1/2001 | SU | 25.16 | 19054 | 19054 | 0 | C | 3/27/2001 | 3/27/2001 | 2471302 | USD | 19051.2 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 686502 | 5/30/2001 | TI | 5.99 | 4595.7 | 0 | 0 | S | 5/30/2001 | 5/30/2001 | 2566302 | USD | 4595.7 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 942802 | 7/1/2001 | SU | 15.54 | 11991 | 0 | 0 | C | 6/30/2001 | 6/30/2001 | 2781002 | USD | 11989.31 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 1196102 | 10/1/2001 | SU | 17.99 | 14183 | 14183 | 0 | C | 9/24/2001 | 9/24/2001 | 3049802 | USD | 14183.62 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 1465902 | 1/1/2002 | SU | 22.09 | 17890 | 17890 | 0 | C | 12/31/2001 | 12/25/2001 | 3347302 | USD | 17886.39 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 1647202 | 4/1/2002 | SU | 5545 | 4538646.82 | 4538646.82 | 0 | S | 4/1/2002 | 3/22/2002 | 3601302 | USD | 4538646.82 | 4062294.76 | 4062294.76 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 1794302 | 4/1/2002 | SU | 9.06 | 7415 | 7415 | 0 | C | 3/31/2002 | 3/25/2002 | 3670302 | USD | 7415.72 | 7415.72 | 7415.72 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 2055202 | 7/1/2002 | SU | 43.36 | 36760.11 | 36760.11 | 0 | C | 6/30/2002 | 6/24/2002 | 3946002 | USD | 36757.09 | 36757.09 | 36757.09 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 1907902 | 8/1/2002 | SU | 2282.63 | 2000000 | 2000000 | 0 | C | 7/25/2002 | 7/25/2002 | 3957702 | USD | 1999997.04 | 1999997.04 | 1999997.04 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 2264702 | 10/1/2002 | SU | 42.06 | 36874.99 | 36874.99 | 0 | C | 9/30/2002 | 9/24/2002 | 4183202 | USD | 36877.8 | 36877.8 | 36877.8 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 2538602 | 1/1/2003 | SU | 13.07 | 11570.61 | 11570.61 | 0 | C | 12/31/2002 | 12/25/2002 | 4478402 | USD | 11569.16 | 11569.16 | 11569.16 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 2827402 | 4/1/2003 | SU | 24.21 | 21801.47 | 21801.47 | 0 | C | 3/31/2003 | 3/27/2003 | 4766602 | USD | 21800.36 | 21800.36 | 21800.36 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 2672202 | 4/1/2003 | RE | 2776.33 | 2500000 | 2500000 | 0 | C | 4/14/2003 | 5/1/2003 | 4697102 | USD | 2499999.65 | 2499999.65 | 2499999.65 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 3226402 | 7/1/2003 | SU | 23.5 | 21594.64 | 21594.64 | 0 | C | 6/30/2003 | 6/26/2003 | 5150502 | USD | 21597.21 | 21597.21 | 21597.21 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 3624202 | 10/1/2003 | SU | 31.34 | 29558.16 | 29558.16 | 0 | C | 9/30/2003 | 9/26/2003 | 5548402 | USD | 29554.64 | 29554.64 | 29554.64 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 4042702 | 1/1/2004 | SU | 18.36 | 17585.27 | 17585.27 | 0 | C | 12/31/2003 | 12/29/2003 | 6013102 | USD | 17586 | 17586 | 17586 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 3793702 | 1/22/2004 | TI | 5.9 | 5651.27 | 0 | 0 | S | 2/21/2004 | 1/21/2004 | 6182902 | USD | 5651.27 | 5651.27 | 5651.27 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 4172902 | 2/16/2004 | TI | 0.01 | 9.67 | 0 | 0 | S | 3/17/2004 | 2/15/2004 | 6183102 | USD | 9.67 | 9.67 | 9.67 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 4645202 | 4/1/2004 | SU | 18.12 | 17612.68 | 17612.68 | 0 | C | 3/29/2004 | 3/29/2004 | 6775802 | USD | 17617.34 | 17617.34 | 17617.34 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 5093602 | 7/1/2004 | SU | 28.9 | 28767.18 | 28767.18 | 0 | C | 6/30/2004 | 6/28/2004 | 7379702 | USD | 28769.82 | 28769.82 | 28769.82 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 5500402 | 10/1/2004 | SU | 23.7 | 24053.07 | 24053.07 | 0 | C | 9/28/2004 | 9/28/2004 | 7924702 | USD | 24052.87 | 24052.87 | 24052.87 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 6076002 | 1/1/2005 | SU | 12.96 | 13289.51 | 13289.51 | 0 | C | 12/27/2004 | 12/29/2004 | 8552802 | USD | 13292.16 | 13292.16 | 13292.16 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 6746602 | 4/1/2005 | SU | 20.71 | 21611.98 | 21611.98 | 0 | C | 3/29/2005 | 3/29/2005 | 9407302 | USD | 21609.76 | 21609.76 | 21609.76 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 7360202 | 7/1/2005 | SU | 14.83 | 15668.7 | 15668.7 | 0 | C | 6/28/2005 | 6/28/2005 | 10060202 | USD | 15665.82 | 15665.82 | 15665.82 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 7503702 | 10/1/2005 | RE | 467.79 | 500000 | 500000 | 0 | C | 10/14/2005 | 10/31/2005 | 10559402 | USD | 500002.3 | 500002.3 | 500002.3 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 7993202 | 10/1/2005 | SU | 14.17 | 15149.06 | 15149.06 | 0 | C | 9/30/2005 | 9/28/2005 | 10771802 | USD | 15145.75 | 15145.75 | 15145.75 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 7918102 | 12/1/2005 | RE | 4569.61 | 5000000 | 5000000 | 0 | C | 12/19/2005 | 12/31/2005 | 11168902 | USD | 5000001.46 | 5000001.46 | 5000001.46 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 12200402 | 1/1/2006 | SU | 31.99 | 35187.68 | 35187.68 | 0 | C | 12/31/2005 | 12/28/2005 | 40282102 | USD | 35191.43 | 35191.43 | 35191.43 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 13207302 | 4/1/2006 | SU | 18.01 | 20255.39 | 20255.39 | 0 | C | 5/31/2006 | 3/29/2006 | 41480602 | USD | 20251.28 | 20251.28 | 20251.28 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 13795002 | 7/1/2006 | SU | 18.53 | 21289.64 | 21289.64 | 0 | C | 6/30/2006 | 6/28/2006 | 42205502 | USD | 21288.06 | 21288.06 | 21288.06 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 21911802 | 10/1/2006 | SU | 21.03 | 24772.18 | 24772.18 | 0 | C | 9/30/2006 | 9/27/2006 | 57576402 | USD | 24772.17 | 24772.17 | 24772.17 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 22881002 | 1/1/2007 | SU | 16.81 | 20222.32 | 20222.32 | 0 | C | 12/27/2006 | 12/27/2006 | 58532102 | USD | 20226.75 | 20226.75 | 20226.75 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 25238802 | 4/1/2007 | SU | 14.8334 | 18173.22 | 18173.22 | 0 | C | 3/31/2007 | 3/28/2007 | 61176602 | USD | 18173.21 | 18173.21 | 18173.21 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 26230402 | 7/1/2007 | SU | 17.7489 | 22211.16 | 22211.16 | 0 | C | 6/30/2007 | 6/27/2007 | 62252802 | USD | 22211.2 | 22211.2 | 22211.2 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 25337302 | 7/1/2007 | RE | 3995.4835 | 5000000 | 5000000 | 0 | C | 7/19/2007 | 7/31/2007 | 61930902 | USD | 4999999.99 | 4999999.99 | 4999999.99 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 28002002 | 10/1/2007 | SU | 8.275 | 10505.39 | 10505.39 | 0 | C | 9/30/2007 | 9/26/2007 | 64016402 | USD | 10505.41 | 10505.41 | 10505.41 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 28762802 | 1/1/2008 | SU | 9.9138 | 12804.81 | 12804.81 | 0 | C | 12/31/2007 | 12/27/2007 | 64761202 | USD | 12804.79 | 12804.79 | 12804.79 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 30239702 | 4/1/2008 | SU | 5.0682 | 6603.74 | 6603.74 | 0 | C | 3/31/2008 | 3/27/2008 | 66605002 | USD | 6603.75 | 6603.75 | 6603.75 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 30905402 | 7/1/2008 | SU | 9.6367 | 12767.97 | 12767.97 | 0 | C | 6/30/2008 | 6/26/2008 | 68268402 | USD | 12767.95 | 12767.95 | 12767.95 | 0 |

| Name | Account | Fund | Ref | Date | Type | Price | Amount1 | Amount2 | Z | Code | Date2 | Date3 | Num | Curr | Val1 | Val2 | Val3 | Val4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted0658 | GROSVENOR PRIVATE RESERVE FUND LTD | 31232402 | 10/1/2008 | SU | 11.0659 | 14945.66 | 14945.66 | 0 | C | 9/30/2008 | 9/26/2008 | 69535502 | USD | 14945.65 | 14945.65 | 14945.65 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 3/1/1998 | SU | 2898.12 | 1499998.23 | 1499998.23 | 0 | S | 6/22/1998 | 3/1/1998 | 342002 | USD | 1499998.23 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 4/1/1998 | SU | 2.37 | 1248.15 | 1248.15 | 0 | S | 6/22/1998 | 4/1/1998 | 352302 | USD | 1248.15 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 7/1/1998 | SU | 7.35 | 4006.21 | 4006.21 | 0 | S | 8/17/1998 | 7/1/1998 | 455002 | USD | 4006.21 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 10/1/1998 | SU | 4.63 | 2578 | 2578 | 0 | S | 10/22/1998 | 10/1/1998 | 580302 | USD | 2578 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 1/1/1999 | SU | 6.69 | 3842 | 3842 | 0 | S | 2/19/1999 | 1/1/1999 | 691102 | USD | 3842 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 4/1/1999 | SU | 9.58 | 5755 | 5755 | 0 | S | 5/4/1999 | 4/1/1999 | 823902 | USD | 5755 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 7/1/1999 | SU | 7.78 | 4846 | 4846 | 0 | S | 7/27/1999 | 7/1/1999 | 975902 | USD | 4846 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 8/1/1999 | SU | 1599.25 | 1000000 | 1000000 | 0 | S | 8/10/1999 | 8/1/1999 | 1065302 | USD | 1000000 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 10/1/1999 | SU | 6.53 | 4149 | 4149 | 0 | S | 11/9/1999 | 10/1/1999 | 1142902 | USD | 4149 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 1/1/2000 | SU | 10.38 | 6809 | 6809 | 0 | S | 1/20/2000 | 1/1/2000 | 1299802 | USD | 6809 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 4/1/2000 | SU | 14.05 | 9612 | 9612 | 0 | S | 4/27/2000 | 4/1/2000 | 1514602 | USD | 9612 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | | 7/1/2000 | SU | 8.42 | 5901 | 5901 | 0 | S | 7/31/2000 | 7/1/2000 | 1737602 | USD | 5901 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 90102 | 10/1/2000 | SU | 7.5 | 5375 | 5375 | 0 | C | 9/28/2000 | 9/28/2000 | 1953502 | USD | 5376.05 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 326902 | 1/1/2001 | SU | 6.9 | 5045 | 5045 | 0 | C | 12/29/2000 | 12/29/2000 | 2176802 | USD | 5047.25 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 641702 | 4/1/2001 | SU | 11.69 | 8852 | 8852 | 0 | C | 3/27/2001 | 3/27/2001 | 2471202 | USD | 8851.69 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 942702 | 7/1/2001 | SU | 6.4 | 4939 | 0 | 0 | C | 6/30/2001 | 6/30/2001 | 2780902 | USD | 4937.68 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 1196002 | 10/1/2001 | SU | 7.41 | 5841 | 5841 | 0 | C | 9/24/2001 | 9/24/2001 | 3049702 | USD | 5842.17 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 1465802 | 1/1/2002 | SU | 9.1 | 7368 | 7368 | 0 | C | 12/31/2001 | 12/25/2001 | 3347502 | USD | 7368.32 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 1794202 | 4/1/2002 | SU | 3.73 | 3054 | 3054 | 0 | C | 3/31/2002 | 3/25/2002 | 3670502 | USD | 3053.05 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 2055102 | 7/1/2002 | SU | 11.96 | 10137.55 | 10137.55 | 0 | C | 6/30/2002 | 6/24/2002 | 3946202 | USD | 10138.72 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 2264502 | 10/1/2002 | SU | 11.54 | 10117.4 | 10117.4 | 0 | C | 9/30/2002 | 9/24/2002 | 4183402 | USD | 10118.16 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 2538402 | 1/1/2003 | SU | 3.18 | 2810.5 | 2810.5 | 0 | C | 12/31/2002 | 12/25/2002 | 4478602 | USD | 2814.84 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 2678902 | 4/1/2003 | RE | 4654.56 | 4191287.92 | 4191287.92 | 0 | S | 4/14/2003 | 5/1/2003 | 4699202 | USD | 4191287.92 | 4191287.92 | 4191287.92 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 2827202 | 4/1/2003 | SU | 5.88 | 5295.59 | 5295.59 | 0 | C | 3/31/2003 | 3/27/2003 | 4766802 | USD | 5294.76 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 3226102 | 7/1/2003 | SU | 0.01 | 7.74 | 7.74 | 0 | C | 6/30/2003 | 6/26/2003 | 5151102 | USD | 9.19 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 3624002 | 10/1/2003 | SU | 0.01 | 10.6 | 10.6 | 0 | C | 9/30/2003 | 9/26/2003 | 5549002 | USD | 9.43 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 4042502 | 1/1/2004 | SU | 0.01 | 6.3 | 6.3 | 0 | C | 12/31/2003 | 12/29/2003 | 6013702 | USD | 9.58 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 3793602 | 1/22/2004 | TO | 5.9 | 5651.27 | 0 | 0 | S | 2/21/2004 | 1/21/2004 | 6182802 | USD | 5651.27 | 5651.27 | 5651.27 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1234 | GROSVENOR AGGRESSIVE GROWTH FUND | 4172802 | 2/16/2004 | TO | 0.01 | 9.67 | 0 | 0 | S | 3/17/2004 | 2/15/2004 | 6183002 | USD | 9.67 | 9.67 | 9.67 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 106902 | 10/27/2000 | TI | 30228.83 | 21668221.83 | 0 | 0 | S | 10/27/2000 | 10/27/2000 | 1970902 | USD | 21668221.83 | 8875512.42 | 8875512.42 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 307402 | 2/1/2001 | SU | 1733.78 | 1296265.59 | 1296265.59 | 0 | C | 1/31/2001 | 1/31/2001 | 2215202 | USD | 1296268.59 | 1296268.59 | 1296268.59 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 412302 | 2/19/2001 | TI | 45.49 | 34010.81 | 0 | 0 | S | 2/19/2001 | 2/19/2001 | 2245702 | USD | 34010.81 | 34010.81 | 34010.81 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 641602 | 4/1/2001 | SU | 78.75 | 59633 | 59633 | 0 | C | 3/27/2001 | 3/27/2001 | 2471102 | USD | 59629.64 | 59629.64 | 59629.64 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 942402 | 7/1/2001 | SU | 44.64 | 34441 | 0 | 0 | C | 6/30/2001 | 6/30/2001 | 2780802 | USD | 34440.34 | 34440.34 | 34440.34 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 1195902 | 10/1/2001 | SU | 51.67 | 40736 | 40736 | 0 | C | 9/24/2001 | 9/24/2001 | 3049602 | USD | 40737.5 | 40737.5 | 40737.5 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 1465702 | 1/1/2002 | SU | 63.46 | 51384 | 51384 | 0 | C | 12/31/2001 | 12/25/2001 | 3347102 | USD | 51383.89 | 51383.89 | 51383.89 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 1647102 | 4/1/2002 | RE | 5545 | 4538646.82 | 4538646.82 | 0 | S | 4/15/2002 | 4/16/2002 | 3591602 | USD | 4538646.82 | 4538646.82 | 4538646.82 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 1794102 | 4/1/2002 | SU | 26.02 | 21298.25 | 21298.25 | 0 | C | 3/31/2002 | 3/25/2002 | 3670202 | USD | 21297.67 | 21297.67 | 21297.67 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 2055002 | 7/1/2002 | SU | 69.07 | 58547.96 | 58547.96 | 0 | C | 6/30/2002 | 6/24/2002 | 3945802 | USD | 58551.94 | 58551.94 | 58551.94 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 2264402 | 10/1/2002 | SU | 66.64 | 58431.57 | 58431.57 | 0 | C | 9/30/2002 | 9/24/2002 | 4183102 | USD | 58429.3 | 58429.3 | 58429.3 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 2538302 | 1/1/2003 | SU | 18.34 | 16231.63 | 16231.63 | 0 | C | 12/31/2002 | 12/25/2002 | 4478302 | USD | 16234 | 16234 | 16234 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 2827002 | 4/1/2003 | SU | 33.96 | 30583.84 | 30583.84 | 0 | C | 3/31/2003 | 3/27/2003 | 4766502 | USD | 30579.93 | 30579.93 | 30579.93 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 3225502 | 7/1/2003 | SU | 38.54 | 35418.84 | 35418.84 | 0 | C | 6/30/2003 | 6/26/2003 | 5150402 | USD | 35419.42 | 35419.42 | 35419.42 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 3620302 | 10/1/2003 | SU | 51.41 | 48480.36 | 48480.36 | 0 | C | 9/30/2003 | 9/26/2003 | 5548302 | USD | 48481.31 | 48481.31 | 48481.31 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 4042402 | 1/1/2004 | SU | 30.11 | 28842.79 | 28842.79 | 0 | C | 12/31/2003 | 12/29/2003 | 6013002 | USD | 28840.65 | 28840.65 | 28840.65 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 4645002 | 4/1/2004 | SU | 29.71 | 28883.88 | 28883.88 | 0 | C | 3/29/2004 | 3/29/2004 | 6775702 | USD | 28885.82 | 28885.82 | 28885.82 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 5093402 | 7/1/2004 | SU | 47.38 | 47166.1 | 47166.1 | 0 | C | 6/30/2004 | 6/28/2004 | 7379602 | USD | 47166.57 | 47166.57 | 47166.57 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 5500202 | 10/1/2004 | SU | 38.86 | 39436.93 | 39436.93 | 0 | C | 9/28/2004 | 9/28/2004 | 7924602 | USD | 39438.59 | 39438.59 | 39438.59 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 6075702 | 1/1/2005 | SU | 21.24 | 21789.21 | 21789.21 | 0 | C | 12/27/2004 | 12/29/2004 | 8552702 | USD | 21784.37 | 21784.37 | 21784.37 | 0 |

| Firm | Account | Fund | Ref1 | Date1 | Type | Val1 | Val2 | Val3 | Val4 | Flag | Date2 | Date3 | Ref2 | Cur | Val5 | Val6 | Val7 | Val8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 6100202 | 3/1/2005 | RE | 7732.2 | 8000000 | 8000000 | 0 | C | 3/15/2005 | 3/31/2005 | 8847902 | USD | 8000004.75 | 8000004.75 | 8000004.75 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 6746402 | 4/1/2005 | SU | 29.18 | 30447.51 | 30447.51 | 0 | C | 3/29/2005 | 3/29/2005 | 9407402 | USD | 30447.74 | 30447.74 | 30447.74 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 7360002 | 7/1/2005 | SU | 17.4 | 18384.44 | 18384.44 | 0 | C | 6/28/2005 | 6/28/2005 | 10060102 | USD | 18380.67 | 18380.67 | 18380.67 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 7992902 | 10/1/2005 | SU | 16.63 | 17774.74 | 17774.74 | 0 | C | 9/30/2005 | 9/28/2005 | 10771702 | USD | 17775.15 | 17775.15 | 17775.15 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 7918302 | 12/1/2005 | RE | 4569.61 | 5000000 | 5000000 | 0 | C | 12/19/2005 | 12/31/2005 | 11168802 | USD | 5000001.46 | 5000001.46 | 5000001.46 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 12200102 | 1/1/2006 | SU | 38.95 | 42850.2 | 42850.2 | 0 | C | 12/31/2005 | 12/28/2005 | 40282002 | USD | 42847.96 | 42847.96 | 42847.96 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 13207502 | 4/1/2006 | SU | 23.22 | 26106.46 | 26106.46 | 0 | C | 5/31/2006 | 3/29/2006 | 41480502 | USD | 26109.64 | 26109.64 | 26109.64 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 13794902 | 7/1/2006 | SU | 23.88 | 27439.48 | 27439.48 | 0 | C | 6/30/2006 | 6/28/2006 | 42205402 | USD | 27434.36 | 27434.36 | 27434.36 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 21911902 | 10/1/2006 | SU | 27.1 | 31928 | 31928 | 0 | C | 9/30/2006 | 9/27/2006 | 57576302 | USD | 31922.3 | 31922.3 | 31922.3 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 22880902 | 1/1/2007 | SU | 21.66 | 26063.84 | 26063.84 | 0 | C | 12/27/2006 | 12/27/2006 | 58532002 | USD | 26062.54 | 26062.54 | 26062.54 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 25238702 | 4/1/2007 | SU | 19.1183 | 23422.82 | 23422.82 | 0 | C | 3/31/2007 | 3/28/2007 | 61176502 | USD | 23422.88 | 23422.88 | 23422.88 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 26230302 | 7/1/2007 | SU | 22.8759 | 28627.19 | 28627.19 | 0 | C | 6/30/2007 | 6/27/2007 | 62252502 | USD | 28627.2 | 28627.2 | 28627.2 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 28001802 | 10/1/2007 | SU | 16.1788 | 20539.63 | 20539.63 | 0 | C | 9/30/2007 | 9/26/2007 | 64015902 | USD | 20539.57 | 20539.57 | 20539.57 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 28762302 | 1/1/2008 | SU | 19.383 | 25035.36 | 25035.36 | 0 | C | 12/31/2007 | 12/27/2007 | 64760702 | USD | 25035.33 | 25035.33 | 25035.33 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 30239602 | 4/1/2008 | SU | 9.9091 | 12911.32 | 12911.32 | 0 | C | 3/31/2008 | 3/27/2008 | 66604402 | USD | 12911.34 | 12911.34 | 12911.34 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 30905302 | 7/1/2008 | SU | 18.8413 | 24963.34 | 24963.34 | 0 | C | 6/30/2008 | 6/26/2008 | 68267802 | USD | 24963.4 | 24963.4 | 24963.4 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted01998 | GROSVENOR BALANCED GROWTH FUND LTD | 31232302 | 10/1/2008 | SU | 21.6355 | 29221.03 | 29221.03 | 0 | C | 9/30/2008 | 9/26/2008 | 69534902 | USD | 29220.99 | 29220.99 | 29220.99 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 12/30/1996 | SU | 16630.07 | 7351615.13 | 7351615.13 | 0 | S | 12/30/1996 | 12/30/1996 | 74102 | USD | 7351615.133 | 7351615.133 | 7351615.133 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 5/1/1997 | SU | 10690.34 | 5000000.3 | 5000000.3 | 0 | S | 4/21/1998 | 5/1/1997 | 149902 | USD | 5000000.3 | 5000000.3 | 5000000.3 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 8/1/1997 | RE | 8323.7 | 4000000.65 | 4000000.65 | 0 | S | 4/22/1998 | 8/1/1997 | 195902 | USD | 4000000.65 | 4000000.65 | 4000000.65 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 4/1/1998 | SU | 46.14 | 24299.4 | 24299.4 | 0 | S | 6/18/1998 | 4/1/1998 | 355102 | USD | 24299.4 | 24299.4 | 24299.4 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 7/1/1998 | SU | 48.26 | 26304.73 | 26304.73 | 0 | S | 8/17/1998 | 7/1/1998 | 457202 | USD | 26304.73 | 26304.73 | 26304.73 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 10/1/1998 | SU | 30.39 | 16925 | 16925 | 0 | S | 10/22/1998 | 10/1/1998 | 583702 | USD | 16925 | 16925 | 16925 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 1/1/1999 | SU | 43.92 | 25225 | 25225 | 0 | S | 2/19/1999 | 1/1/1999 | 693302 | USD | 25225 | 25225 | 25225 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 4/1/1999 | SU | 62.91 | 37783 | 37783 | 0 | S | 5/4/1999 | 4/1/1999 | 828902 | USD | 37783 | 37783 | 37783 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 7/1/1999 | SU | 51.1 | 31814 | 31814 | 0 | S | 7/27/1999 | 7/1/1999 | 980702 | USD | 31814 | 31814 | 31814 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 8/1/1999 | SU | 3198.49 | 2000000 | 2000000 | 0 | S | 8/10/1999 | 8/1/1999 | 1068302 | USD | 2000000 | 2000000 | 2000000 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 10/1/1999 | SU | 33.82 | 21503 | 21503 | 0 | S | 11/9/1999 | 10/1/1999 | 1144002 | USD | 21503 | 21503 | 21503 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 1/1/2000 | SU | 51.46 | 33746 | 33746 | 0 | S | 1/20/2000 | 1/1/2000 | 1302402 | USD | 33746 | 33746 | 33746 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 1/1/2000 | SU | 1524.94 | 1000000 | 1000000 | 0 | S | 1/11/2000 | 1/1/2000 | 1328102 | USD | 1000000 | 1000000 | 1000000 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 2/1/2000 | SU | 2984.13 | 2000000 | 2000000 | 0 | S | 3/8/2000 | 2/1/2000 | 1411902 | USD | 2000000 | 2000000 | 2000000 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 3/1/2000 | SU | 2978.2 | 2000000 | 2000000 | 0 | S | 3/10/2000 | 3/1/2000 | 1490302 | USD | 2000000 | 2000000 | 2000000 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 4/1/2000 | SU | 78.85 | 53924 | 53924 | 0 | S | 4/27/2000 | 4/1/2000 | 1521402 | USD | 53924 | 53924 | 53924 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | | 7/1/2000 | SU | 50.04 | 35082 | 35082 | 0 | S | 7/31/2000 | 7/1/2000 | 1741602 | USD | 35082 | 35082 | 35082 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | 89802 | 10/1/2000 | SU | 49.47 | 35457 | 35457 | 0 | C | 9/28/2000 | 9/28/2000 | 1953202 | USD | 35460.42 | 35460.42 | 35460.42 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | 106802 | 10/27/2000 | TO | 30228.83 | 21668221.83 | 0 | 0 | S | 10/27/2000 | 10/27/2000 | 1970802 | USD | 21668221.83 | 21668221.83 | 21668221.83 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | 326702 | 1/1/2001 | SU | 45.49 | 33278 | 33278 | 0 | C | 12/29/2000 | 12/29/2000 | 2176602 | USD | 33275.25 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted1999 | GROSVENOR BALANCED GROWTH FUND LP | 412202 | 2/19/2001 | TO | 45.49 | 34010.81 | 0 | 0 | S | 2/19/2001 | 2/19/2001 | 2245602 | USD | 34010.81 | 34010.81 | 34010.81 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 1954502 | 7/1/2002 | SU | 1179.64 | 1000000 | 1000000 | 0 | C | 6/28/2002 | 6/24/2002 | 3861802 | USD | 1000003.01 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 2264602 | 10/1/2002 | SU | 2.93 | 2572.26 | 2572.26 | 0 | C | 9/30/2002 | 9/24/2002 | 4183702 | USD | 2569 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 2538502 | 1/1/2003 | SU | 0.81 | 714.54 | 714.54 | 0 | C | 12/31/2002 | 12/25/2002 | 4478902 | USD | 716.99 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 2827302 | 4/1/2003 | SU | 1.5 | 1346.36 | 1346.36 | 0 | C | 3/31/2003 | 3/27/2003 | 4767102 | USD | 1350.7 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 3226202 | 7/1/2003 | SU | 1.7 | 1559.21 | 1559.21 | 0 | C | 6/30/2003 | 6/26/2003 | 5151002 | USD | 1562.35 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 3624102 | 10/1/2003 | SU | 2.26 | 2134.2 | 2134.2 | 0 | C | 9/30/2003 | 9/26/2003 | 5548802 | USD | 2131.25 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 4042602 | 1/1/2004 | SU | 1.33 | 1269.72 | 1269.72 | 0 | C | 12/31/2003 | 12/29/2003 | 6013402 | USD | 1273.93 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 4645102 | 4/1/2004 | SU | 1.31 | 1271.53 | 1271.53 | 0 | C | 3/29/2004 | 3/29/2004 | 6776102 | USD | 1273.66 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 5093502 | 7/1/2004 | SU | 2.09 | 2076.36 | 2076.36 | 0 | C | 6/30/2004 | 6/28/2004 | 7380002 | USD | 2080.59 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 5500302 | 10/1/2004 | SU | 1.71 | 1736.11 | 1736.11 | 0 | C | 9/28/2004 | 9/28/2004 | 7925202 | USD | 1735.46 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 6075802 | 1/1/2005 | SU | 0.94 | 959.21 | 959.21 | 0 | C | 12/27/2004 | 12/29/2004 | 8553202 | USD | 964.09 | 0 | 0 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 6746502 | 4/1/2005 | SU | 1.49 | 1559.92 | 1559.92 | 0 | C | 3/29/2005 | 3/29/2005 | 9407502 | USD | 1554.73 | 0 | 0 | 0 |

| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 7360102 | 7/1/2005 | SU | 1.07 | 1130.94 | 1130.94 | 0 | C | 6/28/2005 | 6/28/2005 | 10060702 | USD | 1130.31 | 0 | | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 7993002 | 10/1/2005 | SU | 1.02 | 1093.43 | 1093.43 | 0 | C | 9/30/2005 | 9/28/2005 | 10772302 | USD | 1090.24 | 0 | | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 7917802 | 12/1/2005 | RE | 1199.8 | 1312803.88 | 1312803.88 | 0 | S | 12/19/2005 | 12/31/2005 | 11174702 | USD | 1312803.88 | 1312803.88 | 1312803.88 | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 12200202 | 1/1/2006 | SU | 2.07 | 2278.89 | 2278.89 | 0 | C | 12/31/2005 | 12/28/2005 | 40282402 | USD | 2277.16 | 0 | | 0 |
| GROSVENOR INVESTMENT MANAGEMENT LTD | Redacted8053 | GROSVENOR PRIVATE RESERVE FUND (CLASS B) LTD | 12231102 | 3/1/2006 | RE | 2.07 | 2297.57 | 2297.57 | 0 | S | 3/17/2006 | 3/31/2006 | 40622502 | USD | 2297.57 | 2297.57 | 2297.57 | 0 |

ANWAR-CFSE-00000003
CFSSAP0000001