# EXHIBIT 3

*For transfer purposes only.*

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
World Trade Center
Tower B, 17th Floor
Strawinskylaan 1725
P.O Box 7241
1007JE Amsterdam
The Netherlands
Fax: +31 20 5722 476

Transfer from:
Grosvenor Aggressive Growth Fund.
(0001234)

**SHORT FORM SUBSCRIPTION AGREEMENT**

THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. **IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber: Grosvenor Private Reserve Fund (0000658)
Contribution Date: December 31, 2003
Additional Contribution Amount: U.S. $ 5.90 shs + any rebate shs due @ 31 Dec 03

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: (A new complete subscription agreement may be required) _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this ___ day of _____, 200_.

**Corporate, Partnership, Trust or Account Subscribers**

Grosvenor Private Reserve Fund
Name of Entity (Print)

By:
Signature
Name (Print) William Dolan
Title
Telephone: 441 292-0022
Fax: 441 292-2266

**Individual Subscribers**

_____
Name (Print)
_____
Signature
_____
Name of Joint Purchaser, If Any (Print)
_____
Signature
Telephone: _____
Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

**FAIRFIELD SENTRY LTD.**
By: _____
Name: _____
Title: _____

CONFIDENTIAL                                                                                                    CFSE-LIQ-00231728

BRRVAA0000351