# EXHIBIT 4




**CITCO**
Citco Fund Services
(Europe) B.V.

GROSVENOR BALANCED GROWTH FUND LP
C/O: GROSVENOR INVESTMENT MANAGEMENT LTD
ATTN: MR WILLIAM DOLAN
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON BERMUDA

Fax Number: 001 441 292 2668

### EXCERPT FROM THE SHAREHOLDER REGISTER OF

## FAIRFIELD SENTRY LIMITED
### BRITISH VIRGIN ISLS

Account: 0330001999

Date: 03/08/00

### CURRENT TRADES

| Date | Transaction | Amount USD | Price USD | Shares | SHARE BALANCE |
|---|---|---|---|---|---|
| 02/01/00 | Opening Balance | | | | 24,088.14 |
| 02/01/00 | Subscription | 2,000,000.00 | 670.2128 | 2,984.13 | 27,072.27 |
| 02/01/00 | Closing Balance | | | | 27,072.27 |

### CURRENT YEAR TO DATE SUMMARY

| DISTRIBUTION | CERTIFICATE SHARES | BOOK SHARES | TOTAL SHARES |
|---|---|---|---|
| 0.00 | 0.00 | 27,072.27 | 27,072.27 |

DISTRIBUTION OPTION
N/A

Any commissions charged on transactions will be included in the price displayed.
This statement reflects recent activity on your account. If you have any questions regarding these transactions please contact us.

Page: 1

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group affiliates are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Singapore, Copenhagen, Gibraltar, Madeira,
Channel Islands, Monaco, Liechtenstein,
Milan, Amsterdam, Brussels, Luxembourg,

CONFIDENTIAL                                                                    ANWAR-CFSE-00707979

| TYPE OF TRANSACTION / Request | SUBSCRIPTION / November 29, 1999 |
|---|---|
| Fund name | Fairfield Sentry Limited |
| Fund number / Shareholder number | 033 / 1999 / Grosvenor Balanced Growth Fund LP |
| Dealing Date | **February 1, 2000** |
| GSS transaction numbers | S3581 |
| Total amount or number of shares of transaction(s) | USD 2,000,000.00 |
| Certificate involved | NO |
| Request received from | Mr William Dolan |
| Name of authorized signatories | & |
| Does the names match with the card | |
| Value date of redemption payment / subscription amount (swift message) | |
| Name of remitting bank & Location (on the subscription agreement) | Barclays Bank & New York USA (Not mentioned) |
| Money Transfer FROM (For SUB see Swift / For RED see Req) | |
| Please indicate all KYC we still need to process this transaction ? | Subscription form |
| In case of transfer Name of counterparty | |
| GSS'er who accept responsibilities for the correctness of the above | Maria João |

Friday, December 03, 1999

CONFIDENTIAL                                                                                        ANWAR-CFSE-00707980

```
31/01/00-18:50:08           Printer-6570-000002              36          2
```

```
-------------------- Instance Type and Transmission --------------
Original received from SWIFT
Priority                   : Normal
Message Output Reference   : 1853 000131CITCNL2AAXXX2179324521
Correspondent Input Reference : 1253 000131BLICUS33AXXX5269368887
------------------------- Message Header -------------------------
Swift Output  : FIN 100 Customer Transfer
Sender        : BLICUS33XXX
                REPUBLIC NATIONAL BANK OF NEW YORK
                NEW YORK,NY US
Receiver      : CITCNL2AXXX
                CITCO BANK NEDERLAND N.V.
                AMSTERDAM NL
-------------------------- Message Text -------------------------- 64672
20:  Transaction Reference Number
     FFE01310000473
32A: Value Date, Currency and Amt
     Date         : 31 January 2000
     Currency     : USD (US DOLLAR)
     Amount       :           #2,000,000.00#
50:  Ordering Customer
     GROS BALANCED GROWTH FUND
     LP
52A: Ordering Institution - BIC
     BARCUS33
     BARCLAYS BANK PLC
     NEW YORK,NY US
59:  Beneficiary Customer
     /Redacted3797
     FAIRFIELD SENTRY LIMITED
70:  Details of Payment
     RE:GROSVENOR BALANCED GROWTH F
     UND LP
71A: Details of Charges
     BEN
72:  Sender to Receiver Information
     /REF/MM079142
     /RRN/001882
------------------------- Message Trailer -------------------------
{MAC:A2D4F310}
{CHK:B8C054CDC4D6}
```

CONFIDENTIAL                                                ANWAR-CFSE-00707981

S



**CITCO**
*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| DATE | : March 3, 2000 |
| COMPANY | : Grosvenor Asset Management Limited |
| CITY AND COUNTRY | : Hamilton, Bermuda |
| ATTENTION OF | : Mr William Dolan |
| FAX NUMBER | : (1-441) 292 2668 |
| FROM | : Judith Terlien / Anuschka Cova |
| RE | : Subscription |
| CLIENT NUMBER | : Redacted . 1999 |
| PAGES FOLLOWING | : 6 |

MESSAGE

**FAIRFIELD SENTRY LIMITED**
British Virgin Islands

Dear Mr Dolan,

We confirm receipt of the subscription application for the subscription of USD 2,000,000.00 in the name of Grosvenor Balanced Growth Fund LP for dealing date March 1, 2000.

Please be informed that we still need a subscription application for the subscription of USD 2,000,000.00 in the name of Grosvenor Balanced Growth Fund LP for dealing date February 1, 2000, in order for us to forward the contract note.

Should you have any questions, please do not hesitate to contact us.

Yours sincerely,
For and on behalf of
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator



*Fairfield Sentry Limited*
*C/o Citco Fund Services (Europe) B.V.*
*World Trade Center Amsterdam*
*Tower B 17th floor*
*Strawinskylaan 1725*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone : (31-20) - 5722 100*
*Fax : (31-20) – 5722 476*

*Registered Office*
*Citco Building*
*Wickhams Cay*
*PO Box 662*
*Road Town, Tortola*
*British Virgin Islands*

CONFIDENTIAL    ANWAR-CFSE-00707982



| | |
|---|---|
| DATE | : February 8, 2000 |
| COMPANY | : Grosvenor Asset Management Limited |
| CITY AND COUNTRY | : Hamilton, Bermuda |
| ATTENTION OF | : Mr William Dolan |
| FAX NUMBER | : 001-441 292 2668 |
| FROM | : Global Shareholders Dept. / Maria João Fernandez |
| RE | : Subscription |
| CLIENT NUMBER | : Redacted   1999 |
| PAGES FOLLOWING | : 6 |

MESSAGE

**FAIRFIELD SENTRY LIMITED**
British Virgin Islands

Dear Sirs,

We refer to the following subscription in Fairfield Sentry Limited, for dealing date February 1, 2000:

Name of subscriber    : Grosvenor balanced Growth Fund Ltd.
Date of receipt of advice : November 29, 1999
Subscription amount   : USD 2,000,000.00
Class of shares       : A

In order to proceed with this subscription, we kindly ask you to complete the attached subscription application form and return it to our office.

Upon receipt of this document we will execute the subscription.

Yours faithfully,
For and on behalf of
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

*Fairfield Sentry Limited*
*C/o Citco Fund Services (Europe) B.V.*
*World Trade Center Amsterdam*
*Tower B 17th floor*
*Strawinskylaan 1725*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

Phone : (31-20) - 5722 100
Fax : (31-20) – 5722 476

*Registered Office*
*Citco Building*
*Wickhams Cay*
*PO Box 662*
*Road Town, Tortola*
*British Virgin Islands*

CONFIDENTIAL                                          ANWAR-CFSE-00707983



**CITCO**
*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| DATE | : November 30, 1999 |
| COMPANY | : Grosvenor Asset Management Limited |
| CITY AND COUNTRY | : Hamilton, Bermuda |
| ATTENTION OF | : Mr William Dolan |
| FAX NUMBER | : (1-441) 292 2668 |
| FROM | : Judith Terlien / Anuschka Cova / Direct fax (31-20) 5722 476 |
| RE | : Subscriptions |
| CLIENT NUMBER | : Redacted33 / 33 - |
| PAGES FOLLOWING | : 1 |

MESSAGE

**FAIRFIELD SENTRY LIMITED**
British Virgin Islands

Dear Sirs,

On behalf of the Board of Directors of Fairfield Sentry Limited we would like to confirm receipt of your *applications* in respect of the following subscriptions:

Dealing date : **January 1, 2000**
Name of subscriber : Grosvenor Balanced Growth Fund Ltd.
Subscription amount : USD 1,000,000.00
Class of shares : A

Dealing date : **February 1, 1999**
Name of subscriber : Grosvenor Balanced Growth Fund Ltd.
Subscription amount : USD 2,000,000.00
Class of shares : A

Dealing date : **March 1, 2000**
Name of subscriber : Grosvenor Balanced Growth Fund Ltd.
Subscription amounts : USD 1,000,000.00
Class of shares : A



*Citco Fund Services (Europe) B.V.*
*World Trade Center Amsterdam*
*Tower B 17th floor*
*Strawinskylaan 1725*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

Phone : (31-20) - 5722 100
Fax : (31-20) - 6750 881
Chamber of Commerce: 33253773

CONFIDENTIAL	ANWAR-CFSE-00707984

**CITCO**

Page 2
November 30, 1999

| | |
|---|---|
| Dealing date | : **March** 1, 2000 |
| Name of subscriber | : Grosvenor Aggressive Growth Fund Ltd. |
| Subscription amounts | : USD 1,000,000.00 |
| Class of shares | : A |

| | |
|---|---|
| Dealing date | : **April** 1, 2000 |
| Name of subscriber | : Grosvenor Private Reserve Fund Ltd. |
| Subscription amounts | : USD 2,000,000.00 |
| Class of shares | : A |

Please be advised that the amount should be received at least on the last business day of the month (Respectively December 28, 1999, January 31, 2000, February 29, 2000 and March 31, 2000). The payment should be made by wire transfer

| | |
|---|---|
| to: | Republic National Bank of New York |
| | 452 Fifth Avenue, New York, N.Y. 10018, Swift: BLICUS33 |
| For the account of | : Citco Bank Nederland N.V. |
| Account number | : Redacted 4 935 |
| For further credit to | : Fairfield Sentry Limited |
| Account number | : Redacted 3.797 |
| Reference | : Grosvenor |

Yours faithfully,
For and on behalf of
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

NOV-29-1999  10:45        GROSVENOR TRUST LTD.              4412922668        P.01/01



**GROSVENOR ASSET MANAGEMENT LIMITED**
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON
BERMUDA

**GROSVENOR ASSET MANAGEMENT**

TELEPHONE: (441) 292-7474
FACSIMILE:  (441) 292-2668

## FACSIMILE COVER SHEET

| | |
|---|---|
| DATE: | November 29, 1999 |
| TO: | Judith Terlein |
| COMPANY: | Citco Fund Services (Europe) B.V. |
| FAX NO: | 011 31-20 5722 476 |
| FROM: | William Dolan |
| FAX NO.: | (441) 292-2668 |
| NO. OF PAGES: | 1 |

*If this fax is illegible or incomplete, please telephone (441) 292-7474 for re-transmission.*
*The information contained in this facsimile message is private and confidential. Please note that any unauthorised dissemination, distribution or copy of this facsimile message or any part thereof is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify the sender named on this cover sheet immediately either by telephone or facsimile at the number given above so that arrangements can be made for the return of the original message at our cost. Thank you for your assistance.*

Re:   **Grosvenor Balanced Growth Fund LP.**
      **Grosvenor Aggressive Growth Fund Ltd.**
      **Grosvenor Private Reserve Fund Ltd.**

Further to our subscription requests into **Fairfield Sentry Limited**, we confirm the following dates;

| | |
|---|---|
| $1,000,000 - end December 1999 | Grosvenor Balanced Growth Fund LP. |
| $2,000,000 – end January 2000 | Grosvenor Balanced Growth Fund LP. #34 |
| $1,000,000 – end February 2000 | Grosvenor Balanced Growth Fund LP. |
| $1,000,000 – end February 2000 | Grosvenor Aggressive Growth Fund Ltd |
| $2,000,000 – end March 2000 | Grosvenor Private Reserve Fund Ltd. |

Will forward subscription application forms in due course.

Regards,

*[signature]*
William Dolan

TOTAL P.01

29/11 '99 MAA 16:46  [TX/RX NR 5779]  ☑001

CONFIDENTIAL                                                                          ANWAR-CFSE-00707986

NOV-17-1999 13:24        GROSVENOR TRUST LTD.              4412922668      P.01/01



GROSVENOR INVESTMENT MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON
BERMUDA

**GROSVENOR**
INVESTMENT
MANAGEMENT

TELEPHONE: (441) 292-7474
FACSIMILE:   (441) 292-2668

## FACSIMILE COVER SHEET

| | |
|---|---|
| DATE: | November 17, 1999 |
| TO: | Roger Steenbergen |
| COMPANY: | Citco Fund Services (Europe) B.V. |
| FAX NO: | 011 31-20 5722 476 |
| FROM: | William Dolan |
| FAX NO.: | (441) 292-2668 |
| NO. OF PAGES: | 1 |

If this fax is illegible or incomplete, please telephone (441) 292 7474 for re-transmission.
The information contained in this facsimile message is private and confidential. Please note that any unauthorised dissemination, distribution or copy of this facsimile message or any part thereof is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify the sender named on this cover sheet immediately either by telephone or facsimile at the number given above so that arrangements can be made for the return of the original message at our cost. Thank you for your assistance.

Re:   **Grosvenor Balanced Growth Fund LP.**
      **Grosvenor Aggressive Growth Fund Ltd.**
      **Grosvenor Private Reserve Fund Ltd.**

We wish to make the following subscriptions into the **Fairfield Sentry Limited** fund. Please advise availability.

| | |
|---|---|
| $4,000,000 | Grosvenor Balanced Growth Fund LP. |
| $1,000,000 | Grosvenor Aggressive Growth Fund Ltd. |
| $2,000,000 | Grosvenor Private Reserve Fund Ltd. |

Regards,

William Dolan

TOTAL P.01

17/11 '99 WOE 19:26  [TX/RX NR 5719]  @001

CONFIDENTIAL                                                                 ANWAR-CFSE-00707987

MAR-08-2000  11:15           GROSVENOR TRUST LTD.              4412922668      P.01/05



**GROSVENOR INVESTMENT MANAGEMENT LIMITED**
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON
BERMUDA

GROSVENOR
INVESTMENT
MANAGEMENT

TELEPHONE: (441) 292-7474
FACSIMILE:  (441) 292-2668

## FACSIMILE COVER SHEET

| DATE: | March 8, 2000 |
|---|---|
| TO: | Judith Terlein |
| COMPANY: | Citco Fund Services (Europe) B.V. |
| FAX NO: | 011 31-20 5722 476 |
| FROM: | William Dolan |
|  | WD/clf |
| FAX NO.: | (441) 292-2668 |
| NO. OF PAGES: | 5 |

If this fax is illegible or incomplete, please telephone (441) 292 7474 for re-transmission.
The information contained in this facsimile message is private and confidential. Please note that any unauthorized dissemination, distribution or copy of this facsimile message or any part thereof is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify the sender named on this cover sheet immediately either by telephone or facsimile at the number given above so that arrangements can be made for the return of the original message at our cost. Thank you for your assistance.

### Re: Grosvenor Balanced Growth Fund L.P.

Please see attached share application form for the subscription in the amount of U.S.$2,000,000.00 (U.S. Dollars Two million) into the Fairfield Sentry Limited at February 1, 2000. Please register this investment in book stock form. The original application will follow via air mail.

Regards,



William Dolan

08/03 '00 WOE 17:13  [TX/RX NR 6357]  @001

CONFIDENTIAL                                                          ANWAR-CFSE-00707988

MAR-08-2000  11:16        GROSVENOR TRUST LTD.              4412922668    P.02/05



**GROSVENOR ASSET MANAGEMENT LIMITED**
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON HM 12
BERMUDA
TELEPHONE: (441) 292-7474
FACSIMILE: (441) 292-2668

**GROSVENOR ASSET MANAGEMENT**

VIA FACSIMILE (31-20) 5722 476 & AIRMAIL

March 8, 2000

Fairfield Sentry Limited
c/o Citco Fund Services (Europe) B.V.
World Trade Center Amsterdam
Tower B 17th Floor
Strawinskylaan 1725
P. O. Box 7241
1007 JE Amsterdam
The Netherlands

Attn: Judith Terlien / Anuschka Cova

Dear Sirs:

Re: Grosvenor Balanced Growth Fund LP

We attach original completed subscription application on behalf of the above with reference to the subscription of US$2,000,000.00 (Two million dollars) in Fairfield Sentry Limited for dealing date February 1, 2000.

We look forward to receiving the contract note in due course.

Yours sincerely,

William Dolan

Encl.

INCORPORATED IN BERMUDA

08/03 '00 WOE 17:13  [TX/RX NR 6357]  ☒002

CONFIDENTIAL                                                                    ANWAR-CFSE-00707989

MAR-08-2000  11:16         GROSVENOR TRUST LTD.              4412922668    P.03/05

**FAIRFIELD SENTRY LIMITED**                                    INFORMATION MEMORANDUM

**A-2 Share Application Form**

To:  Fairfield Sentry Limited    Telephone: (31) 20-572-2114
     c/o Citco Fund Services
     (Europe) B.V.              Fax: (31) 20-572-2476
     Strawinskylaan 1725
     1077 XX Amsterdam
     P.O. Box 7241
     1007 JE Amsterdam
     The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

U.S. $ _2,000,000.00_ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

Name: _Judith Terlien_

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

Name of Advisor:  _William Dolan_
Name of Advisor's firm or organization:  _Grosvenor Asset Management Limited_
Not Applicable: _____

29 OF 37

08/03 '00 WOE 17:13  [TX/RX NR 6357]  ☒003

CONFIDENTIAL                                                                ANWAR-CFSE-00707990

MAR-08-2000  11:16        GROSVENOR TRUST LTD.                4412922668    P.04/05

**FAIRFIELD SENTRY LIMITED**                                    INFORMATION MEMORANDUM
**A-5** Share Application Form

## Signature Page For Subscription by an:      ENTITY

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

[✓] **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document))

[ ] **TRUST** (please include a copy of the trust agreement)

[ ] **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

[ ] **BANK** (please see page A-2)

[ ] **BROKER DEALER** (see page A-2)

Name of Subscriber: Grosvenor Balanced Growth Fund LP
Address: Grosvenor House
Country of Formation: 33 Church Street
Telephone: Hamilton, Bermuda

Telephone: (441) 292-7474
Telephone (Evenings):
Fax (transmission number): (441) 292-2668
Email: grosvenor@ibl.bm

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

*(Please print all information exactly as you wish it to appear on the Company's records.)*

Name and Title: William Dolan, Director

Signature (Trustee, partner or authorized corporate officer)

Dated: MAR -6 2000

Name and Title (Please print name)

Signature (Trustee, partner or authorized corporate officer)

Dated:

32 OF 57

08/03 '00 WOE 17:13  [TX/RX NR 6357]  @004

CONFIDENTIAL                                                    ANWAR-CFSE-00707991

MAR-08-2000  11:16        GROSVENOR TRUST LTD.            4412922668        P.05/05

FAIRFIELD SENTRY LIMITED                                INFORMATION MEMORANDUM

**A-6** Share Application Form

## SUBSCRIPTION INFORMATION

**SHARE REGISTRATION INFORMATION**     **MAILING (POST) INFORMATION** (if other than address of registration)

Name: Grosvenor Balanced Growth Fund LP

Address: Grosvenor House, 33 Church St.

Country of Residence: Hamilton, Bermuda

Telephone: 441 292 7474

Telephone (Evenings): 441 292 7474

Fax: 441 292-2668

**REMITING BANK**

Barclays Bank Plc
222 Broadway, 17th Floor,
New York, NY 10038 USA
ABA # 026002574
SWIFT CODE: BARC US33
Account: Bermuda Commercial Bank Ltd.
A/C # 050 022857 –

Sub A/C Grosvenor Balanced Growth Fund LP.
Sub A/C # 068 00 027241
Reference: Fairfield
Attn: Carla Bean
Tel: (441) 299-2871
Fax: (441) 296-0601

Telephone (Evenings)

Fax

**BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank):

33 OF 37

TOTAL P.05

08/03 '00 WOE 17:13  [TX/RX NR 6357]  ☒005

CONFIDENTIAL                                            ANWAR-CFSE-00707992