# EXHIBIT 5

## REDEMPTION FORM OF FAIRFIELD SENTRY LIMITED
(executed by the registrar and transfer agent)

This document is filled in by : Judith

**PART I**
1. Account number in SRS or GSS : 1899
2. Share registration name : The Grosvenor Balanced Growth Fund Lp
3. Represented by : c/o Grosvenor Asset Management Limited
4. Mailing address correspondence with current GSS registration : ☒ yes    ☐ no, contact fund administrator
5. Request sent by : Mr William Dolan
6. Telephone number : (1-441) 292 7474
7. Fax number : (1-441) 292 2668
8. Name of the authorised signatories : William Dolan
9. *and* in conformity with signature card : ☒ yes    ☐ no, requested

**PART II**
1. Date of receipt of initial request : February 5, 1998, being 23 calendar day(s) before dealing date
2. Number of days written prior notice : 5
3. Dealing date : February 28, 1998
4. Anticipated payment date : March 10, 1998
5. Redemption request received : ☐ original    ☒ fax    ☐ no, still request for the duly executed form
6. Share registration : ☒ bookform
   ☐ certificate received for cancellation
   ☐ certificate not received yet, do not make any payment yet
   redemption
7. Holding before redemption : 18,996.71 shares
8. Quantity of shares and / or Amount of redemption : 18,996.71 shares
   : USD
9. Applicable redemption charges : % or amount
10. Proceeds transferred on :
11. to
    Correspondent bank : Ci6tibank NA, New York    CHIPS ABA # 0008
    Swift address : ABA # 021000089 CITIUS33   6 Front Street, Hamilton HM11
    For the account of : The Bank of Bermuda Limited, Bermuda
    Account number : CHIPS UID# 005584 Attn: Debra Brimmer /Global Custody
    For further credit to : Grosvenor Balanced Growth Fund LP
    Account number : Redacted 4369 Ref: Fairfield Sentry Limited
    SWIFT BBDABMHM

11. Are these bank account details in conformity with the details provided at the subscription time : ☐ yes    ☒ No, not requested then.

12. Final confirmation sent on (date) :    *Cancelled*

Date 6-Feb-98

Signature fund administrator for acknowledgement of the above

K:/Ephshare/Winword/Investment Fund/GSS/RED/Grosvenor Balanced.doc

CONFIDENTIAL    ANWAR-CFSE-00708045

5

## FAIRFIELD SENTRY LIMITED

| | |
|---|---|
| DATE | : February 18, 1998 |
| COMPANY | : Grosvenor Investment Management Ltd. |
| CITY AND COUNTRY | : Hamilton, Bermuda |
| ATTENTION OF | : Mr William Dolan |
| FAX NUMBER | : (1-441) 292 2668 |
| FROM | : Mr Roger Steenbergen / wwe |
| RE | : Redemption |
| CLIENT NUMBER | : Redacted )083 |
| PAGES FOLLOWING | : None |

MESSAGE

Dear Sirs,

With reference to your fax dated February 17, 1998, please be advised that we cancelled the following redemption:

| | |
|---|---|
| Name shareholder | : Grosvenor Balanced Growth Fund LP. |
| Date of receipt | : February 5, 1998 |
| Dealing date | : February 28, 1998 |
| Anticipated payment date | : March 10, 1998 |
| Redeeming shares | : 18,996.71 shares |

Yours faithfully,
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

---

*Correspondence Address*
World Trade Center Amsterdam
Tower B 17th floor
Strawinskylaan 1725
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone : (31-20) - 5722100
Fax : (31-20) - 6750881

*Registered Office*
Citco Building
Wickhams Cay
P.O. Box 662
Road Town, Tortola
British Virgin Islands

CONFIDENTIAL                                                                                               ANWAR-CFSE-00708046

FEB 17 '98   03:24PM  GROSVENOR INVESTMEST MANAGEMENT                                        P.2



**GROSVENOR ASSET MANAGEMENT**

GROSVENOR ASSET MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON HM 12
BERMUDA
TELEPHONE: (441) 292-7474
FACSIMILE: (441) 292-2668

---

**VIA FACSIMILE & AIRMAIL**

17th February, 1998

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
World Trade Center,
P. O. Box 7241, Tower B, 17th Floor,
Strawinskylaan 1925,
1007 JE Amsterdam
The Netherlands

Dear Sirs,

**RE: GROSVENOR BALANCED GROWTH FUND L.P.**

Please be informed that we wish to cancel our redemption request (per our facsimile message of 4th February, 1998) to REDEEM our entire holding of 18,996.71 shares Fairfield Sentry Limited registered in the name of the above partnership.

Many thanks for your attention to this matter.

Yours sincerely,
GROSVENOR ASSET MANAGEMENT LIMITED

William Dolan
President

INCORPORATED IN BERMUDA

CONFIDENTIAL                                                                                          ANWAR-CFSE-00708047

FEB 17 '98   03:24PM  GROSVENOR INVESTMEST MANAGEMENT                                      P.1



**GROSVENOR ASSET MANAGEMENT**

GROSVENOR ASSET MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON
BERMUDA

TELEPHONE: (441) 292-7474

FACSIMILE: (441) 292-2668

# FACSIMILE COVER SHEET

| | |
|---|---|
| DATE: | 17ᵗʰ February, 1998 |
| TO: | FAIRFIELD SENTRY LIMITED |
| COMPANY: | C/O CITCO FUND SERVICES (EUROPE) B.V. |
| FAX NO: | (3120) 675 0881 |
| FROM: | WILLIAM DOLAN |
| | Grosvenor Asset Management Limited |
| FAX NO.: | (441) 292-2668 |
| NO. OF PAGES: | 2 |

If this fax is illegible or incomplete, please telephone (441) 292 7474 for re-transmission.
The information contained in this facsimile message is private and confidential. Please note that any unauthorised dissemination, distribution or copy of this facsimile message or any part thereof is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify the sender named on this cover sheet immediately either by telephone or facsimile at the number given above so that arrangements can be made for the return of the original message at our cost. Thank you for your assistance.

PLEASE SEE ATTACHED.

Regards,

William Dolan

CONFIDENTIAL                                                                    ANWAR-CFSE-00708048

S

## FAIRFIELD SENTRY LIMITED

| | |
|---|---|
| DATE | : February 6, 1998 |
| COMPANY | : Grosvenor Investment Management Ltd. |
| CITY AND COUNTRY | : Hamilton, Bermuda |
| ATTENTION OF | : Mr William Dolan |
| FAX NUMBER | : (1-441) 292 2668 |
| FROM | : Mr Roger Steenbergen / jte |
| RE | : Redemption |
| CLIENT NUMBER | : ⁰⁰⁸³0083 |
| PAGES FOLLOWING | : None |

MESSAGE

Dear Sirs,

On behalf of the Board of Directors of Fairfield Sentry Limited we would like to confirm receipt of your request in respect of the following redemption:

| | |
|---|---|
| Name shareholder | : Grosvenor Balanced Growth Fund LP. |
| Date of receipt | : February 5, 1998 |
| Dealing date | : February 28, 1998 |
| Anticipated payment date | : March 10, 1998 |
| Redeeming shares | : 18,096.71 shares |

Yours faithfully,
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

*Correspondence Address*
World Trade Center Amsterdam
Tower B 17th floor
Strawinskylaan 1725
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

*Phone* : (31-20) - 5722100
*Fax* : (31-20) - 6750881

*Registered Office*
Citco Building
Wickhams Cay
P.O. Box 662
Road Town, Tortola
British Virgin Islands

CONFIDENTIAL                                                                                                   ANWAR-CFSE-00708049

FEB 05 '98  09:19AM GROSVENOR INVESTMEST MANAGEMENT                                              P.1



**GROSVENOR ASSET MANAGEMENT**

GROSVENOR ASSET MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON HM 12
BERMUDA
TELEPHONE: (441) 292-7474
FACSIMILE:  (441) 292-2668

*VIA FACSIMILE & BY HAND*

4th February, 1998

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V,
World Trade Center,
P. O. Box 7241, Tower B, 17th Floor,
Strawinskylaan 1925,
1007 JE Amsterdam
The Netherlands

Dear Sirs,

**RE: GROSVENOR BALANCED GROWTH FUND L.P.**

Please REDEEM our entire holding of 18,996.71 shares Fairfield Sentry Limited registered in the name of the above partnership effective the end of February, 1998, (redemption request form attached).

The redemption proceeds should be paid in accordance with the following wire payment instructions;

| | |
|---|---|
| To: | Citibank, NA-New York<br>FED ABA #021000089 / CHIPS ABA #0008<br>SWIFT CODE: CITIUS33 |
| Beneficiary Bank: | The Bank of Bermuda Limited<br>6 Front Street, Hamilton HM 11<br>CHIPS UID# 005584 S.W.I.F.T. Code BBDABMHM<br>Attn: Debra Brimmer/Global Custody |
| Account: | Grosvenor Balanced Growth Fund LP |
| Account no.: | [Redacted]4369 |
| Reference: | Fairfield Sentry Limited |

We look forward to receiving your confirmation in due course.

Yours sincerely,
GROSVENOR ASSET MANAGEMENT LIMITED

William Dolan
President

INCORPORATED IN BERMUDA

CONFIDENTIAL                                                                                     ANWAR-CFSE-00708050

FEB 05 '98   09:19AM GROSVENOR INVESTMEST MANAGEMENT                              P.2

## FAIRFIELD SENTRY LIMITED

## REDEMPTION REQUEST FORM

**INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem Shares in the Company. Redeeming shareholders should complete and return this form.

---

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
World Trade Center
Tower B, 17th Floor
Strawinskylaan 1725
P.O. Box 7241
1007 JE Amsterdam
The Netherlands
Tel:   (31-20) 57 22 100
Fax:   (31-20) 67 50 881

5 Feb.    , 1998

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Information Memorandum dated June 30, 1994, as amended, of Fairfield Sentry Limited (the "Company"), of 18116 Shares, representing [all] of my Shares in the Company. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least five (5) business days prior written notice. Except as otherwise provided in the Information Memorandum, payment of the redemption proceeds will be made within thirty (30) business days after the effective date of redemption

I hereby represent and warrant that (I) I am the true, lawful and beneficial owner of the Shares of the Company to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Offering Memorandum). If these Shares are Series A Shares, such Shares are not subject to any pledge or otherwise encumbered in any fashion. If these Shares are Series B, Series S or Series L Shares, I acknowledge that my redemption will not be effective unless and until the release of the pledge of the assets underlying the Shares held by the entity extending credit to the Company under the line of credit described in the Information Memorandum. My signature has been guaranteed by a commercial bank acceptable to the Company.

B-1

CONFIDENTIAL                                                                  ANWAR-CFSE-00708051

FEB 05 '98  09:20AM GROSVENOR INVESTMEST MANAGEMENT    TO   GROSVENOR BMD           P.3

# REDEMPTION REQUEST FORM (Continued)

## SIGNATURES MUST BE IDENTICAL TO NAME (S) IN WHICH SHARES ARE REGISTERED

ENTITY SHAREHOLDER (OR ASSIGNEE) (S) [PARTNERSHIP, CORPORATION OR TRUST]

*THE GROSVENOR BALANCED GROWTH FUND. LP*

By: _____
[Signature of partner, authorised corporate officer or trustee]

_____
Name and Title

By: _____
[Signature of partner, authorised corporate officer or trustee]

_____
Name and Title

INDIVIDUAL SHAREHOLDER (OR ASSIGNEE)

_____
[Signature(s) of individual(s) or assignee(s)]

_____
[Signature(s) of individual(s) or assignee(s)]

B-2

CONFIDENTIAL                                                                                        ANWAR-CFSE-00708052

FEB 05 '98  09:20AM GROSVENOR INVESTMEST MANAGEMENT    TO   GROSVENOR BMD          P.4

## REDEMPTION INFORMATION

**Name and address for Share Registration:**

Name      : THE GROSVENOR BALANCED GROWTH FUND L.P.
Address   : 32 CHURCH STREET
City      : HAMILTON HM12
Country   : BERMUDA
Telephone : (441) 295 7474
Facsimile : (441) 295 2168

**Postal Address (if other than address of registration):**

Name      : ..........
Address   : ..........
City      : ..........
Country   : ..........
Telephone : ..........
Facsimile : ..........

**Name and Address of Bank for transfers of redemptions:**

Name      : THE BANK OF BERMUDA
Address   : 6 FRONT STREET, HAMILTON
City      : BERMUDA
Country   : ..........
Telephone : (441) 295 4000
Facsimile : (441) 299 6565
Account # : Redacted 369
TELEX     : BA 3358

B-3

CONFIDENTIAL                                                                                      ANWAR-CFSE-00708053

**GROSVENOR ASSET MANAGEMENT**

GROSVENOR ASSET MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON HM 12
BERMUDA
TELEPHONE: (441) 292-7474
FACSIMILE: (441) 292-2668



19 FEB. 1998 FAXED

*VIA FACSIMILE & BY HAND*

4th February, 1998

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
World Trade Center,
P. O. Box 7241, Tower B, 17th Floor,
Strawinskylaan 1925,
1007 JE Amsterdam
The Netherlands

Dear Sirs,

**RE: GROSVENOR BALANCED GROWTH FUND L.P.**

Please REDEEM our entire holding of 18,996.71 shares Fairfield Sentry Limited registered in the name of the above partnership effective the end of February, 1998, (redemption request form attached).

The redemption proceeds should be paid in accordance with the following wire payment instructions;

| | |
|---|---|
| To: | Citibank, NA-New York<br>FED ABA #021000089 / CHIPS ABA #0008<br>SWIFT CODE: CITIUS33 |
| Beneficiary Bank: | The Bank of Bermuda Limited<br>6 Front Street, Hamilton HM 11<br>CHIPS UID# 005584 S.W.I.F.T. Code BBDABMHM<br>Attn: Debra Brimmer/Global Custody |
| Account: | Grosvenor Balanced Growth Fund LP |
| Account no.: | Redacted 4369 |
| Reference: | Fairfield Sentry Limited |

We look forward to receiving your confirmation in due course.

Yours sincerely,
GROSVENOR ASSET MANAGEMENT LIMITED

William Dolan
President

INCORPORATED IN BERMUDA

# FAIRFIELD SENTRY LIMITED

## REDEMPTION REQUEST FORM

**INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem Shares in the Company. Redeeming shareholders should complete and return this form.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
World Trade Center
Tower B, 17th Floor
Strawinskylaan 1725
P.O. Box 7241
1007 JE Amsterdam
The Netherlands
Tel:   (31-20) 57 22 100
Fax:   (31-20) 67 50 881

5 Feb.       1998

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Information Memorandum dated June 30, 1994, as amended, of Fairfield Sentry Limited (the "Company"), of 18996 Shares, representing [ /all] of my Shares in the Company. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least five (5) business days prior written notice. Except as otherwise provided in the Information Memorandum, payment of the redemption proceeds will be made within thirty (30) business days after the effective date of redemption.

I hereby represent and warrant that (I) I am the true, lawful and beneficial owner of the Shares of the Company to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Offering Memorandum). If these Shares are Series A Shares, such Shares are not subject to any pledge or otherwise encumbered in any fashion. If these Shares are Series B, Series S or Series L Shares, I acknowledge that my redemption will not be effective unless and until the release of the pledge of the assets underlying the Shares held by the entity extending credit to the Company under the line of credit described in the Information Memorandum. My signature has been guaranteed by a commercial bank acceptable to the Company.

B-1

CONFIDENTIAL                                                                                    ANWAR-CFSE-00708055

03-FEB-1998 17:33    FROM                                TO   GROVENOR BMD              P.05/07

## REDEMPTION REQUEST FORM (Continued)

### SIGNATURES MUST BE IDENTICAL TO NAME (S) IN WHICH SHARES ARE REGISTERED

ENTITY SHAREHOLDER (OR ASSIGNEE) (S) [PARTNERSHIP, CORPORATION OR TRUST]

INDIVIDUAL SHAREHOLDER (OR ASSIGNEE)

THE GROSVENOR BALANCED GROWTH FUND. LP

By: _____
[Signature of partner, authorised corporate officer or trustee]
William Dolan
Managing Director

_____
Name and Title

[Signature(s) of individual(s) or assignee(s)]

_____
[Signature(s) of individual(s) or assignee(s)]

By: _____
[Signature of partner, authorised corporate officer or trustee]

_____
Name and Title

B-2

CONFIDENTIAL                                                                 ANWAR-CFSE-00708056

## REDEMPTION INFORMATION

**Name and address for Share Registration:**

- Name : THE GROSVENOR BALANCED GROWTH FUND L.P.
- Address : 33 CHURCH STREET
- City : HAMILTON HM12
- Country : BERMUDA
- Telephone : (441) 292 7474
- Facsimile : (441) 292 2668

**Postal Address (if other than address of registration):**

- Name :
- Address :
- City :
- Country :
- Telephone :
- Facsimile :

**Name and Address of Bank for transfers of redemptions:**

- Name : THE BANK OF BERMUDA
- Address : 6 FRONT STREET, HAMILTON
- City : BERMUDA
- Country :
- Telephone : (441) 295 4000
- Facsimile : (441) 299 6565
- Account # : Redacted 4 369
- TELEX : BA 3358

B-3

CONFIDENTIAL                                                                 ANWAR-CFSE-00708057



**GROSVENOR ASSET MANAGEMENT**

GROSVENOR ASSET MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON HM 12
BERMUDA
TELEPHONE:  (441) 292-7474
FACSIMILE:   (441) 292-2668

2 6 FEB. 1998

*VIA FACSIMILE & AIRMAIL*

17th February, 1998

*closui̸g*
*map.*

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
World Trade Center,
P. O. Box 7241, Tower B, 17th Floor,
Strawinskylaan 1925,
1007 JE Amsterdam
The Netherlands

Dear Sirs,

**RE: GROSVENOR BALANCED GROWTH FUND L.P.**

Please be informed that we wish to cancel our redemption request (per our facsimile message of 4th February, 1998) to REDEEM our entire holding of 18,996.71 shares Fairfield Sentry Limited registered in the name of the above partnership.

Many thanks for your attention to this matter.

Yours sincerely,
GROSVENOR ASSET MANAGEMENT LIMITED

*[signature]*
William Dolan
President

INCORPORATED IN BERMUDA

CONFIDENTIAL

ANWAR-CFSE-00708058



GROSVENOR ASSET MANAGEMENT LIMITED
GROSVENOR HOUSE
33 CHURCH STREET
HAMILTON HM 12
BERMUDA
TELEPHONE: (441) 292-7474
FACSIMILE: (441) 292-2668

**GROSVENOR ASSET MANAGEMENT**

2 6 FEB. 1998

**VIA FACSIMILE & AIRMAIL**

17th February, 1998

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
World Trade Center,
P. O. Box 7241, Tower B, 17th Floor,
Strawinskylaan 1925,
1007 JE Amsterdam
The Netherlands

Dear Sirs,

**RE: GROSVENOR BALANCED GROWTH FUND L.P.**

Please be informed that we wish to cancel our redemption request (per our facsimile message of 4th February, 1998) to REDEEM our entire holding of 18,996.71 shares Fairfield Sentry Limited registered in the name of the above partnership.

Many thanks for your attention to this matter.

Yours sincerely,
GROSVENOR ASSET MANAGEMENT LIMITED

William Dolan
President

INCORPORATED IN BERMUDA

CONFIDENTIAL                                                                ANWAR-CFSE-00708059