# EXHIBIT 8

**FGG  Fairfield Greenwich Group**

Fairfield Greenwich Advisors, L.L.C.
919 Third Avenue
New York, NY 10022-3902
Tel: (212) 319-6060
Fax:(212) 319-0450
www.fggus.com

April 21, 2003

Grosvenor Aggressive Growth Fund Limited
C/o Grosvenor Asset Management Limited
Mercury House
101 Front Street
Hamilton HM 12
Bermuda

### Re:  LETTER OF UNDERSTANDING

Gentlemen:

This will confirm our non-exclusive agreement that GROSVENOR AGGRESSIVE GROWTH
FUND LIMITED, a company incorporated and existing under the laws of Bermuda, (herein
after named THE AGENCY) will use its best effort in promoting to institutional and Private
investors in accordance with FAIRFIELD GREENWICH LIMITED's funding objectives and
criteria, for fund's sponsored or placed by FAIRFIELD GREENWICH LIMITED (the
"Funds").

It being understood that THE AGENCY will not promote Funds to clients in jurisdictions
where it is unlawful to do so, as described in the offering memorandum of the Fund. In
addition, THE AGENCY is not authorized to disseminate any information to clients other than
is contained in the prospectus of the Fund. Fund subscriptions will only become effective upon
acceptance by the Fund administrator.

This Agreement is non-exclusive except in relation to those clients introduced by THE
AGENCY directly or indirectly. An indirect client of THE AGENCY is one that has been
introduced to FAIRFIELD GREENWICH LIMITED by a directly introduced client of THE
AGENCY.

An investor is deemed to have been introduced to FAIRFIELD GREENWICH LIMITED if
THE AGENCY notifies FAIRFIELD GREENWICH LIMITED in writing and FAIRFIELD
GREENWICH LIMITED does not object to THE AGENCY soliciting such investor within
five working days of delivery to FAIRFIELD GREENWICH LIMITED of such notice by
telecopy or mail.    The same procedure applies for investors introduced indirectly to
FAIRFIELD GREENWICH LIMITED.

CONFIDENTIAL

## 1. Compensation

In relation to subscriptions by clients introduced by THE AGENCY directly or indirectly (as per paragraph above), the following fees will be rebated to THE AGENCY:

## Single manager investment funds

- Fairfield Sentry Limited A Class: 30% of the 20% incentive fee per annum.

The fees will be payable to THE AGENCY by FAIRFIELD GREENWICH LIMITED within 30 days from the time the FAIRFIELD GREENWICH LIMITED gets paid.

All payments to be executed by wire transfer as follows:

Bank:   *(Payment of fees are paid in the form of new shares of the Fund)*

Account Name: Grosvenor Aggressive Growth Fund Limited

Account Number: Redacted 1234

## 2. Term of Agreement

This Agreement is effective as of its date and will remain in effect until the later of (i) its termination by either party upon thirty (30) days written notice to the other or (ii) the date on which all Funds owned by clients shall have been redeemed.

## 3. Representation and Warranty

Each of FAIRFIELD GREENWICH LIMITED and THE AGENCY represents and warrants that each has the legal right, power and authority to enter into this agreement and to perform the transactions contemplated hereby.

## 4. Entire Agreement

This Agreement contains the entire agreement between FAIRFIELD GREENWICH LIMITED and THE AGENCY, and supersedes all previous agreements between the parties concerning

2

CONFIDENTIAL                                              ANWAR-CFSE-00490967

the subject matter hereof. No representations, inducements, promises or agreements, oral or otherwise, with respect to the subject matter of this Agreement that are not embodied or referred to herein shall have any force or effect.

## 5. Amendments

This Agreement may be amended, only by the written consent of both parties.

## 6. Notices

Notices under this Agreement shall be in writing and shall be sent by registered mail, return receipt requested, or by facsimile addressed as follows:

To:    FAIRFIELD GREENWICH LIMITED          Mr. Robert A. Blum
                                            FAIRFIELD GREENWICH LIMITED
                                            919 Third Avenue, 11th Floor
                                            New York, New York 10022

To:    GROSVENOR AGGRESSIVE GROWTH FUND LIMITED
                                            Mr. William Dolan
                                            Grosvenor Asset Management Limited
                                            Mercury House
                                            101 Front Street
                                            Hamilton HM 12
                                            Bermuda
                                            Tel:   (441) 292 0022
                                            Fax:   (441) 292 2266

## 7. Jurisdictions

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of New York.

## 8. Indemnification

Each party agrees to indemnify and hold the other party harmless from any loss, damage, liability or expense, including reasonable attorneys' fees and other legal expenses, to which the other party may become subject arising out of or relating to any act of omission by the indemnifying party (or any person connected or associated with the indemnifying party) which is or is alleged to be a violation of any applicable statues, laws or regulations or arising from the gross negligence or willful misconduct of the indemnifying party.

Kindly indicate your acceptance of the foregoing terms and conditions by signing and returning to FAIRFIELD GREENWICH LIMITED the attached duplicate of this agreement.

3

CONFIDENTIAL                                            ANWAR-CFSE-00490968

Sincerely,

FAIRFIELD GREENWICH LIMITED

By: _____
      Robert A. Blum

Agreed to and accepted:

GROSVENOR AGGRESSIVE GROWTH FUND LIMITED

By: _____   Date: _28/4/03._
      William Dolan

4

CONFIDENTIAL

ANWAR-CFSE-00490969

**FGG**  **Fairfield Greenwich Group**

Fairfield Greenwich Advisors, L.L.C.
919 Third Avenue
New York, NY 10022-3902
Tel: (212) 319-6060
Fax:(212) 319-0450
www.fggus.com

April 21, 2003

Grosvenor Balanced Growth Fund Limited
C/o Grosvenor Asset Management Limited
Mercury House
101 Front Street
Hamilton HM 12
Bermuda

## Re:  LETTER OF UNDERSTANDING

Gentlemen:

This will confirm our non-exclusive agreement that GROSVENOR BALANCED GROWTH FUND LIMITED, a company incorporated and existing under the laws of Bermuda, (herein after named THE AGENCY) will use its best effort in promoting to institutional and Private investors in accordance with FAIRFIELD GREENWICH LIMITED's funding objectives and criteria, for fund's sponsored or placed by FAIRFIELD GREENWICH LIMITED (the "Funds").

It being understood that THE AGENCY will not promote Funds to clients in jurisdictions where it is unlawful to do so, as described in the offering memorandum of the Fund.  In addition, THE AGENCY is not authorized to disseminate any information to clients other than is contained in the prospectus of the Fund.  Fund subscriptions will only become effective upon acceptance by the Fund administrator.

This Agreement is non-exclusive except in relation to those clients introduced by THE AGENCY directly or indirectly.  An indirect client of THE AGENCY is one that has been introduced to FAIRFIELD GREENWICH LIMITED by a directly introduced client of THE AGENCY.

An investor is deemed to have been introduced to FAIRFIELD GREENWICH LIMITED if THE AGENCY notifies FAIRFIELD GREENWICH LIMITED in writing and FAIRFIELD GREENWICH LIMITED does not object to THE AGENCY soliciting such investor within five working days of delivery to FAIRFIELD GREENWICH LIMITED of such notice by telecopy or mail.    The same procedure applies for investors introduced indirectly to FAIRFIELD GREENWICH LIMITED.

CONFIDENTIAL

ANWAR-CFSE-00490970

## 1. Compensation

In relation to subscriptions by clients introduced by THE AGENCY directly or indirectly (as per paragraph above), the following fees will be rebated to THE AGENCY:

### Single manager investment funds

- Fairfield Sentry Limited A Class: 30% of the 20% incentive fee per annum.

The fees will be payable to THE AGENCY by FAIRFIELD GREENWICH LIMITED within 30 days from the time the FAIRFIELD GREENWICH LIMITED gets paid.

All payments to be executed by wire transfer as follows:

Bank:        *(Payment of fees are paid in the form of new shares of the Fund)* . .

Account Name: Grosvenor Balanced Growth Fund Limited

Account Number: 00001998

## 2. Term of Agreement

This Agreement is effective as of its date and will remain in effect until the later of (i) its termination by either party upon thirty (30) days written notice to the other or (ii) the date on which all Funds owned by clients shall have been redeemed.

## 3. Representation and Warranty

Each of FAIRFIELD GREENWICH LIMITED and THE AGENCY represents and warrants that each has the legal right, power and authority to enter into this agreement and to perform the transactions contemplated hereby.

## 4. Entire Agreement

This Agreement contains the entire agreement between FAIRFIELD GREENWICH LIMITED and THE AGENCY, and supersedes all previous agreements between the parties concerning

2

CONFIDENTIAL

ANWAR-CFSE-00490971

the subject matter hereof. No representations, inducements, promises or agreements, oral or otherwise, with respect to the subject matter of this Agreement that are not embodied or referred to herein shall have any force or effect.

## 5. Amendments

This Agreement may be amended, only by the written consent of both parties.

## 6. Notices

Notices under this Agreement shall be in writing and shall be sent by registered mail, return receipt requested, or by facsimile addressed as follows:

To:   FAIRFIELD GREENWICH LIMITED        Mr. Robert A. Blum
                                        FAIRFIELD GREENWICH LIMITED
                                        919 Third Avenue, 11th Floor
                                        New York, New York 10022

To:   GROSVENOR BALANCED GROWTH FUND LIMITED
                                        Mr. William Dolan
                                        Grosvenor Asset Management Limited
                                        Mercury House
                                        101 Front Street
                                        Hamilton HM 12
                                        Bermuda
                                        Tel:    (441) 292 0022
                                        Fax:    (441) 292 2266

## 7. Jurisdictions

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of New York.

## 8. Indemnification

Each party agrees to indemnify and hold the other party harmless from any loss, damage, liability or expense, including reasonable attorneys' fees and other legal expenses, to which the other party may become subject arising out of or relating to any act of omission by the indemnifying party (or any person connected or associated with the indemnifying party) which is or is alleged to be a violation of any applicable statues, laws or regulations or arising from the gross negligence or willful misconduct of the indemnifying party.

Kindly indicate your acceptance of the foregoing terms and conditions by signing and returning to FAIRFIELD GREENWICH LIMITED the attached duplicate of this agreement.

3

CONFIDENTIAL                                                           ANWAR-CFSE-00490972

Sincerely,

FAIRFIELD GREENWICH LIMITED

By: _____
Robert A. Blum

Agreed to and accepted:

GROSVENOR BALANCED GROWTH FUND LIMITED

By: _____        Date: 28/4/13
William Dolan

4

CONFIDENTIAL                                                ANWAR-CFSE-00490973

**FGG** **Fairfield Greenwich Group**

Fairfield Greenwich Advisors, L.L.C.
919 Third Avenue
New York, NY 10022-3902
Tel: (212) 319-6060
Fax:(212) 319-0450
www.fggus.com

April 21, 2003

Grosvenor Private Reserve Fund Limited (Class B)
C/o Grosvenor Asset Management Limited
Mercury House
101 Front Street
Hamilton HM 12
Bermuda

## Re: LETTER OF UNDERSTANDING

Gentlemen:

This will confirm our non-exclusive agreement that GROSVENOR PRIVATE RESERVE
FUND LIMITED (CLASS B), a company incorporated and existing under the laws of
Bermuda, (herein after named THE AGENCY) will use its best effort in promoting to
institutional and Private investors in accordance with FAIRFIELD GREENWICH LIMITED's
funding objectives and criteria, for fund's sponsored or placed by FAIRFIELD GREENWICH
LIMITED (the "Funds").

It being understood that THE AGENCY will not promote Funds to clients in jurisdictions
where it is unlawful to do so, as described in the offering memorandum of the Fund. In
addition, THE AGENCY is not authorized to disseminate any information to clients other than
is contained in the prospectus of the Fund. Fund subscriptions will only become effective upon
acceptance by the Fund administrator.

This Agreement is non-exclusive except in relation to those clients introduced by THE
AGENCY directly or indirectly. An indirect client of THE AGENCY is one that has been
introduced to FAIRFIELD GREENWICH LIMITED by a directly introduced client of THE
AGENCY.

An investor is deemed to have been introduced to FAIRFIELD GREENWICH LIMITED if
THE AGENCY notifies FAIRFIELD GREENWICH LIMITED in writing and FAIRFIELD
GREENWICH LIMITED does not object to THE AGENCY soliciting such investor within
five working days of delivery to FAIRFIELD GREENWICH LIMITED of such notice by
telecopy or mail. The same procedure applies for investors introduced indirectly to
FAIRFIELD GREENWICH LIMITED.

ANWAR-CFSE-00490974

## 1. Compensation

In relation to subscriptions by clients introduced by THE AGENCY directly or indirectly (as per paragraph above), the following fees will be rebated to THE AGENCY:

## Single manager investment funds

- Fairfield Sentry Limited A Class: 30% of the 20% incentive fee per annum.

The fees will be payable to THE AGENCY by FAIRFIELD GREENWICH LIMITED within 30 days from the time the FAIRFIELD GREENWICH LIMITED gets paid.

All payments to be executed by wire transfer as follows:

Bank:       *(Payment of fees are paid in the form of new shares of the Fund)*

Account Name: Grosvenor Private Reserve Fund (Class B)

Account Number:     Redacted 8053

## 2. Term of Agreement

This Agreement is effective as of its date and will remain in effect until the later of (i) its termination by either party upon thirty (30) days written notice to the other or (ii) the date on which all Funds owned by clients shall have been redeemed.

## 3. Representation and Warranty

Each of FAIRFIELD GREENWICH LIMITED and THE AGENCY represents and warrants that each has the legal right, power and authority to enter into this agreement and to perform the transactions contemplated hereby.

## 4. Entire Agreement

This Agreement contains the entire agreement between FAIRFIELD GREENWICH LIMITED and THE AGENCY, and supersedes all previous agreements between the parties concerning

2

ANWAR-CFSE-00490975

the subject matter hereof. No representations, inducements, promises or agreements, oral or otherwise, with respect to the subject matter of this Agreement that are not embodied or referred to herein shall have any force or effect.

**5. Amendments**

This Agreement may be amended, only by the written consent of both parties.

**6. Notices**

Notices under this Agreement shall be in writing and shall be sent by registered mail, return receipt requested, or by facsimile addressed as follows:

To:  FAIRFIELD GREENWICH LIMITED      Mr. Robert A. Blum
                                     FAIRFIELD GREENWICH LIMITED
                                     919 Third Avenue, 11th Floor
                                     New York, New York 10022

To:  GROSVENOR PRIVATE RESERVE FUND LIMITED (CLASS B)
                                     Mr. William Dolan
                                     Grosvenor Asset Management Limited
                                     Mercury House
                                     101 Front Street
                                     Hamilton HM 12
                                     Bermuda
                                     Tel:  (441) 292 0022
                                     Fax:  (441) 292 2266

**7. Jurisdictions**

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of New York.

**8. Indemnification**

Each party agrees to indemnify and hold the other party harmless from any loss, damage, liability or expense, including reasonable attorneys' fees and other legal expenses, to which the other party may become subject arising out of or relating to any act of omission by the indemnifying party (or any person connected or associated with the indemnifying party) which is or is alleged to be a violation of any applicable statues, laws or regulations or arising from the gross negligence or willful misconduct of the indemnifying party.

Kindly indicate your acceptance of the foregoing terms and conditions by signing and returning to FAIRFIELD GREENWICH LIMITED the attached duplicate of this agreement.

3

CONFIDENTIAL                                          ANWAR-CFSE-00490976

Sincerely,

FAIRFIELD GREENWICH LIMITED

By: _____
Robert A. Blum

Agreed to and accepted:

GROSVENOR PRIVATE RESERVE FUND LIMITED (CLASS B)

By: _____   Date: _____
William Dolan

4

CONFIDENTIAL   ANWAR-CFSE-00490977

**FGG**   **Fairfield Greenwich Group**

Fairfield Greenwich Advisors, L.L.C.
919 Third Avenue
New York, NY 10022-3902
Tel: (212) 319-6060
Fax:(212) 319-0450
www.fggus.com

April 21, 2003

Grosvenor Private Reserve Fund Limited
C/o Grosvenor Asset Management Limited
Mercury House
101 Front Street
Hamilton HM 12
Bermuda

## *Re: LETTER OF UNDERSTANDING*

Gentlemen:

This will confirm our non-exclusive agreement that GROSVENOR PRIVATE RESERVE
FUND LIMITED, a company incorporated and existing under the laws of Bermuda, (herein
after named THE AGENCY) will use its best effort in promoting to institutional and Private
investors in accordance with FAIRFIELD GREENWICH LIMITED's funding objectives and
criteria, for fund's sponsored or placed by FAIRFIELD GREENWICH LIMITED (the
"Funds").

It being understood that THE AGENCY will not promote Funds to clients in jurisdictions
where it is unlawful to do so, as described in the offering memorandum of the Fund. In
addition, THE AGENCY is not authorized to disseminate any information to clients other than
is contained in the prospectus of the Fund. Fund subscriptions will only become effective upon
acceptance by the Fund administrator.

This Agreement is non-exclusive except in relation to those clients introduced by THE
AGENCY directly or indirectly. An indirect client of THE AGENCY is one that has been
introduced to FAIRFIELD GREENWICH LIMITED by a directly introduced client of THE
AGENCY.

An investor is deemed to have been introduced to FAIRFIELD GREENWICH LIMITED if
THE AGENCY notifies FAIRFIELD GREENWICH LIMITED in writing and FAIRFIELD
GREENWICH LIMITED does not object to THE AGENCY soliciting such investor within
five working days of delivery to FAIRFIELD GREENWICH LIMITED of such notice by
telecopy or mail.    The same procedure applies for investors introduced indirectly to
FAIRFIELD GREENWICH LIMITED.

CONFIDENTIAL

ANWAR-CFSE-00490978

## 1. Compensation

In relation to subscriptions by clients introduced by THE AGENCY directly or indirectly (as per paragraph above), the following fees will be rebated to THE AGENCY:

### Single manager investment funds

- Fairfield Sentry Limited A Class: 30% of the 20% incentive fee per annum.

The fees will be payable to THE AGENCY by FAIRFIELD GREENWICH LIMITED within 30 days from the time the FAIRFIELD GREENWICH LIMITED gets paid.

All payments to be executed by wire transfer as follows:

Bank:      *(Payment of fees are paid in the form of new shares of the Fund)*

Account Name: Grosvenor Private Reserve Fund Limited

Account Number: Redacted 0658

## 2. Term of Agreement

This Agreement is effective as of its date and will remain in effect until the later of (i) its termination by either party upon thirty (30) days written notice to the other or (ii) the date on which all Funds owned by clients shall have been redeemed.

## 3. Representation and Warranty

Each of FAIRFIELD GREENWICH LIMITED and THE AGENCY represents and warrants that each has the legal right, power and authority to enter into this agreement and to perform the transactions contemplated hereby.

## 4. Entire Agreement

This Agreement contains the entire agreement between FAIRFIELD GREENWICH LIMITED and THE AGENCY, and supersedes all previous agreements between the parties concerning

2

CONFIDENTIAL                                                    ANWAR-CFSE-00490979

the subject matter hereof. No representations, inducements, promises or agreements, oral or otherwise, with respect to the subject matter of this Agreement that are not embodied or referred to herein shall have any force or effect.

## 5. Amendments

This Agreement may be amended, only by the written consent of both parties.

## 6. Notices

Notices under this Agreement shall be in writing and shall be sent by registered mail, return receipt requested, or by facsimile addressed as follows:

To:     FAIRFIELD GREENWICH LIMITED          Mr. Robert A. Blum
                                                                    FAIRFIELD GREENWICH LIMITED
                                                                    919 Third Avenue, 11th Floor
                                                                    New York, New York 10022

To:     GROSVENOR PRIVATE RESERVE FUND LIMITED
                                                                    Mr. William Dolan
                                                                    Grosvenor Asset Management Limited
                                                                    Mercury House
                                                                    101 Front Street
                                                                    Hamilton HM 12
                                                                    Bermuda
                                                                    Tel:    (441) 292 0022
                                                                    Fax:    (441) 292 2266

## 7. Jurisdictions

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of New York.

## 8. Indemnification

Each party agrees to indemnify and hold the other party harmless from any loss, damage, liability or expense, including reasonable attorneys' fees and other legal expenses, to which the other party may become subject arising out of or relating to any act of omission by the indemnifying party (or any person connected or associated with the indemnifying party) which is or is alleged to be a violation of any applicable statues, laws or regulations or arising from the gross negligence or willful misconduct of the indemnifying party.

Kindly indicate your acceptance of the foregoing terms and conditions by signing and returning to FAIRFIELD GREENWICH LIMITED the attached duplicate of this agreement.

3

CONFIDENTIAL                                                                    ANWAR-CFSE-00490980

Sincerely,

FAIRFIELD GREENWICH LIMITED

By: _____
     Robert A. Blum

Agreed to and accepted:

GROSVENOR PRIVATE RESERVE FUND LIMITED

By: _____   Date: _____28/4/03_____
     William Dolan

4

CONFIDENTIAL

ANWAR-CFSE-00490981

 **Fairfield Greenwich Group**

Fairfield Greenwich Advisors, L.L.C.
919 Third Avenue
New York, NY 10022-3902
Tel: (212) 319-6060
Fax:(212) 319-0450
www.fggus.com

April 21, 2003

Robinson & Co. 0262873
C/o Grosvenor Asset Management Limited
Mercury House
101 Front Street
Hamilton HM 12
Bermuda

### *Re: LETTER OF UNDERSTANDING*

Gentlemen:

This will confirm our non-exclusive agreement that ROBINSON & CO. 0262873, a company incorporated and existing under the laws of Bermuda, (herein after named THE AGENCY) will use its best effort in promoting to institutional and Private investors in accordance with FAIRFIELD GREENWICH LIMITED's funding objectives and criteria, for fund's sponsored or placed by FAIRFIELD GREENWICH LIMITED (the "Funds").

It being understood that THE AGENCY will not promote Funds to clients in jurisdictions where it is unlawful to do so, as described in the offering memorandum of the Fund. In addition, THE AGENCY is not authorized to disseminate any information to clients other than is contained in the prospectus of the Fund. Fund subscriptions will only become effective upon acceptance by the Fund administrator.

This Agreement is non-exclusive except in relation to those clients introduced by THE AGENCY directly or indirectly. An indirect client of THE AGENCY is one that has been introduced to FAIRFIELD GREENWICH LIMITED by a directly introduced client of THE AGENCY.

An investor is deemed to have been introduced to FAIRFIELD GREENWICH LIMITED if THE AGENCY notifies FAIRFIELD GREENWICH LIMITED in writing and FAIRFIELD GREENWICH LIMITED does not object to THE AGENCY soliciting such investor within five working days of delivery to FAIRFIELD GREENWICH LIMITED of such notice by telecopy or mail.    The same procedure applies for investors introduced indirectly to FAIRFIELD GREENWICH LIMITED.

CONFIDENTIAL

ANWAR-CFSE-00490982

1. **Compensation**

In relation to subscriptions by clients introduced by THE AGENCY directly or indirectly (as per paragraph above), the following fees will be rebated to THE AGENCY:

**Single manager investment funds**

- Fairfield Sentry Limited A Class: 30% of the 20% incentive fee per annum.

The fees will be payable to THE AGENCY by FAIRFIELD GREENWICH LIMITED within 30 days from the time the FAIRFIELD GREENWICH LIMITED gets paid.

All payments to be executed by wire transfer as follows:

Bank:      *(Payment of fees are paid in the form of new shares of the Fund)*

Account Name: Robinson + Co. A/C 0262873

Account Number:  Redacted 2553

2. **Term of Agreement**

This Agreement is effective as of its date and will remain in effect until the later of (i) its termination by either party upon thirty (30) days written notice to the other or (ii) the date on which all Funds owned by clients shall have been redeemed.

3. **Representation and Warranty**

Each of FAIRFIELD GREENWICH LIMITED and THE AGENCY represents and warrants that each has the legal right, power and authority to enter into this agreement and to perform the transactions contemplated hereby.

4. **Entire Agreement**

This Agreement contains the entire agreement between FAIRFIELD GREENWICH LIMITED and THE AGENCY, and supersedes all previous agreements between the parties concerning the subject matter hereof. No representations, inducements, promises or agreements, oral or

2

CONFIDENTIAL

ANWAR-CFSE-00490983

otherwise, with respect to the subject matter of this Agreement that are not embodied or referred to herein shall have any force or effect.

## 5. Amendments

This Agreement may be amended, only by the written consent of both parties.

## 6. Notices

Notices under this Agreement shall be in writing and shall be sent by registered mail, return receipt requested, or by facsimile addressed as follows:

To:    FAIRFIELD GREENWICH LIMITED       Mr. Robert A. Blum
                                          FAIRFIELD GREENWICH LIMITED
                                          919 Third Avenue, 11th Floor
                                          New York, New York 10022

To:    ROBINSON & CO. 0262873

                                          Mr. William Dolan
                                          Grosvenor Asset Management Limited
                                          Mercury House
                                          101 Front Street
                                          Hamilton HM 12
                                          Bermuda
                                          Tel:   (441) 292 0022
                                          Fax:   (441) 292 2266

## 7. Jurisdictions

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of New York.

## 8. Indemnification

Each party agrees to indemnify and hold the other party harmless from any loss, damage, liability or expense, including reasonable attorneys' fees and other legal expenses, to which the other party may become subject arising out of or relating to any act of omission by the indemnifying party (or any person connected or associated with the indemnifying party) which is or is alleged to be a violation of any applicable statues, laws or regulations or arising from the gross negligence or willful misconduct of the indemnifying party.

Kindly indicate your acceptance of the foregoing terms and conditions by signing and returning to FAIRFIELD GREENWICH LIMITED the attached duplicate of this agreement.

3

CONFIDENTIAL                                                ANWAR-CFSE-00490984

Sincerely,

FAIRFIELD GREENWICH LIMITED

By: _____
     Robert A. Blum

Agreed to and accepted:

ROBINSON & CO. 0262873 c/o Grosvenor Asset Management Limited

By: _____   Date: 28/4/03
     William Dolan

4

CONFIDENTIAL

ANWAR-CFSE-00490985