# EXHIBIT 9

  

**GROSVENOR INVESTMENT MANAGEMENT LIMITED**

Ingekomen 1 1 JUNI 2007

URGENT FAXED 23 May 07

Jun 30

MERCURY HOUSE
101 FRONT STREET
HAMILTON HM 12
BERMUDA
TELEPHONE: (441) 292-0022
FACSIMILE: (441) 292-2266

VIA FACSIMILE no. (3120) 5722610 & MAIL

May 23, 2007

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Citco Building, Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
THE NETHERLANDS

Dear Sirs,

**RE: GROSVENOR PRIVATE RESERVE FUND LTD.
ACCOUNT ID: Redacted 0658 – HOLDER ID: Redacted 2302**

Please take this letter as your authority and instruction to **REDEEM** sufficient FAIRFIELD SENTRY LIMITED shares to raise the sum of **US$5,000,000.00** (Five million US Dollars) at 30th June, 2007, on behalf of the above referenced account.

The redemption proceeds should be paid in accordance with the following wire payment instructions;

| | |
|---|---|
| To: | Deutsche Bank Trust Company America |
| | 60 Wall Street, New York, NY, U.S.A. |
| | ABA #021001033 |
| | SWIFT CODE: BKTRUS33XXX |
| Account: | Bermuda Commercial Bank Limited |
| | 19 Par-la-Ville Road, Hamilton HM 11, Bermuda |
| | SWIFT CODE: BPBKBMHM |
| Account no.: | Redacted 2251 |
| Sub-Account: | Grosvenor Private Reserve Fund Ltd. |
| Account no.: | Redacted 4442 |
| Attention: | Melissa Smith |
| Reference: | Fairfield Sentry. |

We look forward to receiving confirmation of this redemption in due course.

Yours sincerely,

William Dolan

MAILING ADDRESS: P.O. BOX HM 1090, HAMILTON HM EX, BERMUDA

CONFIDENTIAL

CFSE-TRST-094654

CFSSAM0000346