# EXHIBIT 12

**From:** Cheryl Neal [CHERYL@fairdomain01.com]
**Sent:** 4/14/2003 5:34:23 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]
**CC:**
**Subject:** FW: Fairfield

Hi Jeffrey,

Do you know of this investment in Fairfield Sentry? I have been back & forth with Dan, Veronica & Judith and no one seems to know who this is. I just received a phone call from Clover Lee and she asked to speak with you, although she is calling CITCO first. Please advise.

Regards,

Cheryl Neal
Fairfield Greenwich Group
919 Third Ave, 11th Floor
New York, NY 10022
T: (212) 991-5255
F: (212) 319-0450
E: cheryl@fggus.com


-----Original Message-----
From: William Dolan [mailto:wdolan@grosvenorasset.com]
Sent: Monday, April 14, 2003 11:47 AM
To: Cheryl Neal
Subject: Fw: Fairfield
Importance: High



----- Original Message -----
From: William Dolan
To: William Dolan
Sent: Monday, April 14, 2003 12:37 PM
Subject: Re: Fairfield

Re: Grosvenor Balanced Growth Fund Limited

    Grosvenor Aggressive Growth Fund Limited

    Grosvenor Private Reserve Fund Limited

    Grosvenor Private Reserve Fund Limited (Class B)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED     FGGE000089131
SECSEV0666654

Robinson & Co. 0262873

Further to our email below of 7 April, 2003, our auditors are pressing for the rebate confirmations from yourselves confirming the rebate terms that our above holdings receive from our investments in the Fairfield Sentry Ltd.
Your assistance would be greatly appreciated.

Regards,
William Dolan

----- Original Message -----
From: William Dolan
To: Cheryl Neal
Sent: Monday, April 07, 2003 9:21 AM
Subject: Re: Fairfield

Good Morning,
Kindly note that these are our funds which are invested in Fairfield Sentry Ltd.
Regards,
Clover-Lee Foggo
Assistant to William Dolan

----- Original Message -----
From: Cheryl Neal
To: wdolan@grosvenorasset.com
Sent: Friday, April 04, 2003 7:09 PM
Subject: RE: Fairfield

Sorry about the first email. The funds listed below are not our funds.

Regards,

Cheryl Neal


-----Original Message-----
From: William Dolan [mailto:wdolan@grosvenorasset.com]
Sent: Monday, March 31, 2003 10:30 AM
To: Cheryl Neal
Subject: Fairfield

Dear Cheryl,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000089132
SECSEV0666655

Re: Grosvenor Balanced Growth Fund Limited

    Grosvenor Aggressive Growth Fund Limited

  Grosvenor Private Reserve Fund Limited

  Grosvenor Private Reserve Fund Limited (Class B)

  Robinson & Co. ^Redacted^2873

Our auditor is requesting a copy of our rebate agreement between yourselves and the above mentioned funds. Actually I don't recall that an agreement was issued and if this is the case, I would assume a letter from yourselves confirming the rebate would be acceptable.

Greatly appreciate your assistance.

Best regards,

William Dolan

================================================================

DISCLAIMER

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000089133
SECSEV0666656