# EXHIBIT 13

**From:** Jeffrey Tucker [jeffrey@fggus.com]
**Sent:** 11/18/2005 5:22:44 PM
**To:** Dan Lipton [dlipton@fggus.com]; Richard Landsberger [richard@fgguk.com]; Amit Vijayvergiya [amit@fggus.com]; Lauren Ross [lauren@fggus.com]; Mark McKeefry [mark@fggus.com]
**CC:**
**Subject:** RE: another 10M for Korea Life?

I know him....a few years ago we talked him into staying with us rather than moving his account to Kingate. I have left a call for him this morning and will advise after speaking with him.

-----Original Message-----
From: Dan Lipton
Sent: Friday, November 18, 2005 12:17 PM
To: Richard Landsberger; Jeffrey Tucker; Amit Vijayvergiya; Lauren Ross; Mark McKeefry
Subject: RE: another 10M for Korea Life?

Lauren 􀀀 do you know who is Grosvener (aside from Harold)?

|   |
|---|
| Redacted |

Dan

Daniel Lipton

Chief Financial Officer

FAIRFIELD GREENWICH GROUP

919 Third Avenue, 11th Floor

New York, NY 10022

Main: (212) 319-6060

Direct: (212) 991-5265

Main Fax: (212) 319-0450

Direct Fax: (212) 752-9520

www.fggus.com

———

From: Richard Landsberger
Sent: Friday, November 18, 2005 12:02 PM
To: Jeffrey Tucker; Amit Vijayvergiya; Dan Lipton
Subject: RE: another 10M for Korea Life?

who speaks to Grosvenor?? they are redeeming $12mm or so..

I am seeing Offivalmo on Monday in Paris, who are redeeming abt $14mm..they found this other vehicle with better liquidity terms, will find out more..

Kim Perry thinks we can sell assets in a £class...I think he may be correct...is this alot of work to do, and if we only raise $20mm or so, is it worth it??

———

From: Jeffrey Tucker
Sent: Friday, November 18, 2005 4:16 PM
To: Richard Landsberger; Amit Vijayvergiya; Dan Lipton
Subject: RE: another 10M for Korea Life?

thanks guys....we can really use these tickets(obvious).

-----Original Message-----
From: Richard Landsberger
Sent: Friday, November 18, 2005 4:53 AM
To: Amit Vijayvergiya; Dan Lipton
Cc: Jeffrey Tucker
Subject: FW: another 10M for Korea Life?

Looks like you did a great job!!

Not confirmed yet, but looking good.

FOIA  CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001832155

SECSEV2409106

From: Tony [mailto:tonyjang@vantagecorp.com.sg]
Sent: Friday, November 18, 2005 9:16 AM
To: Richard Landsberger
Subject: Re: another 10M for Korea Life?

yes Sir

get back to you ASAP..

Regards,

Tony Jang
Executive Director
Vantage Capital
80 Raffles Place
29F UOB Plaza 2
Singapore 048624
Tel: +65 6239 6066
Fax: +65 6533 0040

----- Original Message -----

From: Richard Landsberger

To: Tony

Sent: Friday, November 18, 2005 5:13 PM

Subject: RE: another 10M for Korea Life?

pls confirm asap and thanks

FOIA  CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001832156
SECSEV2409107

From: Tony [mailto:tonyjang@vantagecorp.com.sg]
Sent: Friday, November 18, 2005 2:10 AM
To: Richard Landsberger
Subject: another 10M for Korea Life?

Dear Richard,


How are you Sir ?

Korea Life want to know whether they can invest another 10 M for this month?

let me know please

I will visit him on next week.


Regards,


Tony Jang
Executive Director
Vantage Capital
80 Raffles Place
29F UOB Plaza 2
Singapore 048624
Tel: +65 6239 6066
Fax: +65 6533 0040

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company

FOIA  CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE001832157
                                                                                                           SECSEV2409108

concerned. If you are in any doubt, you should seek professional advice.

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority ("FSA").

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

FOIA  CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001832158

SECSEV2409109