# EXHIBIT 14

| | |
|---|---|
| **From:** | Amit Vijayvergiya [AMIT@fairdomain01.com] |
| **Sent:** | Friday, August 08, 2003 8:46 PM |
| **To:** | Gordon McKenzie [gordon@fggus.com] |
| **Subject:** | FW: Fairfield Sentry 6/30/03 |
| **Attachments:** | Final NAV information 6.03.pdf; ATTACHMENT NOT RESTORED!.TXT; ATTACHMENT NOT RESTORED!.TXT |

Gord,

Here are June tearsheets for Sentry A and B

**Amit Vijayvergiya CFA**
VP & Risk Manager
Fairfield Greenwich (Bermuda) Ltd.
Suite 606
12 Church Street
Hamilton, Bermuda HM 11
Tel: 441-292-5362
Fax: 441-292-5413

www.fggus.com

-----Original Message-----
**From:** Amit Vijayvergiya
**Sent:** Tuesday, July 15, 2003 9:58 AM
**To:** fbrunson@grosvenor-funds.com
**Subject:** FW: Fairfield Sentry 6/30/03

Dear Mr. Brunson,

Further to our conversation yesterday, please find attached the June Fairfield Sentry tear sheets and final NAV's.

The Class A NAV per share is USD 919.03.  ROR for the month is +1.00%.

You may also find this information on our website at www.fggus.com.  If you click on 'Contact FGG' and then 'Investor Application', you will be able to fill out an application and receive a password which will give you access to fund performance, monthly commentary and tear sheets.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE003006093
FGGSAC0037244

As of July 1, 2003, the Investment Management of Fairfield Sentry and its related funds were officially moved to Bermuda. Please feel free to direct Fairfield Sentry related questions and requests to Fairfield Greenwich (Bermuda) Ltd. going forward. The phone number at our Bermuda office is 1-441-292-5401.


Best regards,

Amit Vijayvergiya, CFA



Fairfield Greenwich (Bermuda) Ltd.
Par-la-Ville Place, 3rd Floor
Hamilton, Bermuda HM 08
441-292-5401 - Main
441-292-5413 - Fax

www.fggus.com



-----Original Message-----
**From:** Amit Vijayvergiya
**Sent:** Mon 7/14/2003 2:38 PM
**To:** fbrunson@grosvenor-funds.com
**Cc:**
**Subject:** FW: Fairfield Sentry 6/30/03

Hello Fred,


It was a pleasure speaking with you today.


Please find below the June 30, 2003 estimated NAV's for the Fairfield Sentry Fund (classes A and B).


Please note that the final numbers for Fairfield Sentry will be emailed before the end of the week. In the mean time, I hope that you find these estimates useful and if I may be of further assistance, please do not hesitate to contact me.


Kind regards,

Amit Vijayvergiya CFA

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE003006094
FGGSAC0037245

Fairfield Greenwich (Bermuda) Ltd.
Par-la-Ville Place, 3rd Floor
Hamilton, Bermuda HM 08
441-292-5401 - Main
441-292-5413 - Fax

www.fggus.com

-----Original Message-----
**From:** Gordon McKenzie
**Sent:** Wed 7/9/2003 8:52 PM
**To:**
**Cc:**

**Subject:** Fairfield Sentry 6/30/03

Net Asset Value: **USD 4,185,713,394**

**Class A:** NAV per share **USD 919.0302**

ROR for the month is **1.00%**

**Class B:** NAV per share **USD 1037.0649**

ROR for the month is **0.93%**

Regards,

Gord

Gordon McKenzie
Fairfield Greenwich (Bermuda) Ltd.
Par-la-Ville Place, 3rd Floor
Hamilton, Bermuda HM 08
441-292-5401 - Main
441-292-5413 - Fax

www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE003006095
FGGSAC0037246