# EXHIBIT 15

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

GROSVENOR INVESTMENT MANAGEMENT
MERCURY HOUSE
101 FRONT STREET
HAMILTON
HM 12 BERMUDA

| | |
|---|---|
| Date | : May-25-2007 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 302 |
| Account ID | : Redacted 658 |
| Order No. | : 25337302 |
| Email | : 001 441 292 2266 |
| FAX Number | : 001 441 292 2266 |

MR WILLIAM DOLAN
Account: GROSVENOR PRIVATE RESERVE FUND LTD

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Jul-01-2007 |
| Settlement Date | | Jul-31-2007 |
| Valuation/NAV Date | | Jun-30-2007 |
| Type of transaction | | Redemption |
| Amount | USD | 5,000,000.00 |

| | |
|---|---|
| Bank Name: | BARCLAYS BANK PLC |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 026002574 |
| SWIFT Ref.: | BARCUS33 |
| Further Cr. Num: | Redacted 857 |
| Further Cr. Name: | BERMUDA COMMERCIAL BANK LIMITED |
| Further Cr. SWIFT Ref.: | BPBKBMHM |
| Beneficiary Acct No: | Redacted 7549 |
| Beneficiary Name: | GROSVENOR PRIVATE RESERVE FUND CLASS B LTD |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                 CFSE-TRST-094652

CFSSAM0000344