# EXHIBIT 16

## Microsoft Outlook

| | |
|---|---|
| **From:** | Rhee, Daniel van   (Citco) |
| **Sent:** | Thursday, November 03, 2005 4:52 AM |
| **To:** | AMS CFS Treasury |
| **Cc:** | AMS CFS IRG Peter; AMS CFS Client Desk |
| **Subject:** | FW: Fairfield Redemptions |
| **Attachments:** | Fairfield GBGF.pdf |

Hi,

Can you please make sure we use the correct details?

Thanks.
Daniël

---

**From:** AMS CFS Client Desk
**Sent:** Thursday, November 03, 2005 9:20 AM
**To:** AMS CFS IRG Peter
**Subject:** FW: Fairfield Redemptions

FYA

Regards, Manon

---

**From:** William Dolan [mailto:wdolan@grosvenorinvest.com]
**Sent:** Wednesday, November 02, 2005 7:52 PM
**To:** Amsterdamweb
**Cc:** amit@fggus.com
**Subject:** Fw: Fairfield Redemptions

Dear Sirs,

Re: Account: Grosvenor Balanced Growth Fund

I refer to the attached confirmation order regarding the $5m redemption at Nov-30-2005.
As requested in our fax of 25-Oct-05 (copy attached), please note the error in the beneficiary account details and forward an amended confirmation.

Kind regards,

-------------------------------------------------------
Clover-Lee Foggo
Grosvenor Investment Management Limited
Tel: (441) 292-0022
Fax: (441) 292-2266

----- Original Message -----
**From:** William Dolan
**To:** amit@fggus.com

1

**Sent:** Monday, October 24, 2005 9:56 AM
**Subject:** Fairfield Redemptions

Good morning Amit,

Following our telcon on Fri.14Oct05, attached for your information are our redemption requests at 30Nov05.
These have been faxed today, directly to Citco Fund Services (Europe) B.V.

Have a great day.


Kind regards,
Clover

-------------------------------------------------------
Clover-Lee Foggo
Grosvenor Investment Management Limited
Tel: (441) 292-0022
Fax: (441) 292-2266

CONFIDENTIAL                                                    ANWAR-CFSE-00746302