# EXHIBIT 17

**From:** Charles Murphy [cmurphy@fggus.com]
**Sent:** 10/13/2008 2:16:38 AM
**To:** Amit Vijayvergiya [amit@fggus.com]; Mark McKeefry [markm@fggus.com]
**CC:** Jeffrey Tucker [jeffrey@fggus.com]; Andres Piedrahita [andres@fgguk.com]; Andrew Smith [andrews@fggus.com]
**Subject:** Re: Briefing memo on BLM meeting

Great amit. JT thought the 15% point, for esample, is something that BLM would be fine with and that you should write up all insights so we know all ASAP and can jointly decide what parts can be disseminated and how. Let's speak in the am.

----- Original Message -----
From: Amit Vijayvergiya
To: Charles Murphy; Mark McKeefry
Cc: Jeffrey Tucker; Andres Piedrahita; Andrew Smith
Sent: Sun Oct 12 22:07:12 2008
Subject: Re: Briefing memo on BLM meeting

Agreed, I have spoken with Jeff Haindl of Amex, our largest client with $500MM invested in Sentry, with some of these insights and have spent considerable time with many others this week, including another 2.5 hrs with HSBC who were comforted by our deep knowledge of BLM. We need to sift through the notes from the BLM meeting to identify which parts we (and BLM) are comfortable making widely available, and which parts are for internal use only. Per Jeffrey's suggestion, we can then begin contacting our key clients (aiming to start on Tue).

----- Original Message -----
From: Charles Murphy
To: Amit Vijayvergiya; Mark McKeefry
Cc: Jeffrey Tucker; Andres Piedrahita; Andrew Smith
Sent: Sun Oct 12 21:42:58 2008
Subject: Re: Briefing memo on BLM meeting

Would be great Amit, as Jeffrey thinks we should be calling top holders with key insights like 15% insurance on puts and fielded a call himself on Friday from Gil Dolan of Grosvenor which made Gil feel much better.

----- Original Message -----
From: Amit Vijayvergiya
To: Charles Murphy; Mark McKeefry
Cc: Jeffrey Tucker; Andres Piedrahita; Andrew Smith
Sent: Sun Oct 12 21:29:59 2008
Subject: Re: Briefing memo on BLM meeting

Charles - its clearly been a very demanding week for us all with many of us working until 2am every night. As I said to you on Friday, first draft is done, and I've promised JT and MM a review before finalizing. Will revert asap.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001659177

SECSEV2236127

Regards,
Amit

----- Original Message -----
From: Charles Murphy
To: Amit Vijayvergiya; Mark McKeefry
Cc: Jeffrey Tucker; Andres Piedrahita; Andrew Smith
Sent: Sun Oct 12 21:15:32 2008
Subject: Briefing memo on BLM meeting

Amit: as discussed on Friday, it has now been ten days since the meeting. Assume you are responsible for the first draft (rather than Mark?) Which the four of us (now at dinner) agree is long overdue. We have all worked the whole weekend on firm issues. Hope we can see the memo asap tomorrow (or even the draft of as far as you have gotten, if still researching technical points). Charles

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001659178

SECSEV2236128