UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK d/b/a CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, f/k/a CALYON S.A. d/b/a CRÉDIT AGRICOLE MIAMI PRIVATE BANK SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A., <br><br> Defendant. | Adv. Pro. No. 12-01670 (CGM) |

## AMENDED STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and

defendant Crédit Agricole Corporate and Investment Bank ("Defendant," and collectively with the Trustee, the "Parties," each a "Party"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 29, 2022, the Court entered a scheduling order for Defendant to answer, move, or otherwise respond to the Complaint, Dkt. No. 59;

**WHEREAS**, on May 12, 2022, the Court entered a scheduling order for Defendant to answer, move, or otherwise respond to the Complaint, Dkt. No. 60;

**WHEREAS**, Defendant has requested a short extension of the deadlines in the scheduling order to ensure that the Parties have fully addressed the arguments;

**WHEREAS**, the Trustee consents to the Defendant's request provided that he is afforded a reciprocal extension to file his opposition brief;

**WHEREAS**, the Parties have demonstrated "good cause" for extending the deadlines set forth in the scheduling order;

**IT IS HEREBY STIPULATED AND AGREED**, that

1. Defendant shall respond to the Complaint by July 18, 2022, by filing a motion to dismiss. The Trustee shall respond to the motion by September 30, 2022, and Defendant shall file its reply October 31, 2022.

2. The Parties shall seek oral argument on the motion to dismiss at the Court's first available convenience.

3. The above deadlines granted by this stipulation are without prejudice to either Party seeking future extensions of time.

4. This stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument. A signed facsimile, photostatic, or electronic copy of this stipulation shall be deemed an original.

Dated:   June 15, 2022
         New York, New York

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| By: */s/ Matthew B. Lunn* | By: */s/ Elizabeth Vicens* |
| 1270 Avenue of the Americas | One Liberty Plaza |
| Suite 2210 | New York, New York 10006 |
| New York, NY 10020 | Telephone: 212.225.2000 |
| Telephone: 212.332.8840 | Facsimile: 212.225.3999 |
| Facsimile: (212) 332-8855 | Elizabeth Vicens |
| Matthew B. Lunn | Email: evicens@cgsh.com |
| Email: mlunn@ycst.com | Rachel Polan |
| Justin P. Duda | Email: rpolan@cgsh.com |
| Email: jduda@ycst.com | |
| Roxanne M. Eastes | *Attorneys for Defendant Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami, f/k/a Calyon S.A. d/b/a Crédit Agricole Miami Private Bank successor in interest to Credit Lyonnais S.A.* |
| Email: reastes@ycst.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | |

**Dated: June 16, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**