**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 11-02925 (CGM) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; AND CREDIT SUISSE (UK) LIMITED;<br><br>Defendants. | |

**ATTORNEY DECLARATION OF KAYLA N. HARAN IN SUPPORT OF**
**THE CREDIT SUISSE DEFENDANTS' MEMORANDUM OF LAW**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Kayla N. Haran, declare under penalty of perjury that:

1. I am an attorney admitted to practice law in the State of New York and an associate at the law firm of O'Melveny & Myers LLP, counsel for the Credit Suisse Defendants.[1] I respectfully submit this declaration in support of the Credit Suisse Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Financial Conduct Authority ("FCA")'s Financial Services Register for Credit Suisse (UK) Ltd., dated May 25, 2022, indicating that, continuously since January 12, 2001, Credit Suisse (UK) Ltd. has been authorized to "hold and/or control customer deposits and client money," and conduct the "safeguarding and administration of assets," among other functions. *Credit Suisse (UK) Limited*, FCA, https://register.fca.org.uk/s/firm?id=001b000000MfF5RAAV (last visited May 25, 2022) (Ex. 1). We obtained this document from the publicly available online database of the Financial Services Register. *Id.* According to the FCA website, the FCA is the "conduct regulator for 51,000 financial services firms and financial markets in the UK" and the "prudential regulator for over 49,000 of those firms." *About the FCA*, FCA, https://www.fca.org.uk/about/the-fca (last visited May 25, 2022). The Financial Services Register is "a public record of firms, individuals and other bodies that are, or have been, regulated by the PRA and/or FCA." *Financial Services Register*, FCA, https://www.fca.org.uk/firms/financial-services-register (last visited May 25, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2022 in New York, New York.

Kayla N. Haran

---

[1] The "Credit Suisse Defendants" are Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse (Luxembourg) SA; Credit Suisse International; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; and Credit Suisse (UK) Limited.

-2-