UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02925 (CGM) |
| Plaintiff, | |
| v. | |
| CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; AND CREDIT SUISSE (UK) LIMITED; | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, the Motion to Dismiss of Defendants Credit Suisse

AG; Credit Suisse AG, Nassau Branch; Credit Suisse (Luxembourg) SA; Credit Suisse

International; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; and Credit Suisse (UK) Limited's (collectively, "Defendants"), Exhibit A thereto, and the accompanying Memorandum of Law in Support, Declaration of Kayla N. Haran in Support of Defendants' Motion to Dismiss and Exhibit 1 thereto, Notice of Hearing, and Proposed Order were served by filing via ECF. Notice of this filing has been sent through ECF and via electronic transmission to the email addresses designated for delivery.

|  |  |
|---|---|
| Dated: June 15, 2022<br>New York, New York | **O'MELVENY & MYERS LLP**<br><br>By: /s/ William J. Sushon<br>William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Defendants Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse (Luxembourg) SA; Credit Suisse International; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; and Credit Suisse (UK) Limited* |

2