**Exhibit G**

**SUBSEQUENT TRANSFER FROM BROAD MARKET FUND TO
DEFENDANTS FORTIS FUND BANK AND/OR FUND SERVICES**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/1/2008 | (30,000,000) |
| Total: | $ (30,000,000) |