Exhibit H

**SUBSEQUENT TRANSFERS FROM RYE XL FUND TO DEFENDANT FORTIS FUND BANK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/2/2007 | (10,000,000) |
| 6/1/2007 | (9,500,000) |
| 7/2/2007 | (6,000,000) |
| 8/1/2007 | (35,000,000) |
| 8/1/2007 | (10,000,000) |
| 9/4/2007 | (35,000,000) |
| 3/26/2008 | (100,000,000) |
| 3/26/2008 | (25,000,000) |
| 5/1/2008 | (5,000,000) |
| Total: | $ (235,500,000) |