UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION (CGM) CORPORATION,<br><br>     Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789<br><br>SIPA Liquidation<br><br>(Subsequently Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the (CGM) Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>     Plaintiff,<br>v.<br>BNP PARIBAS - DUBLIN BRANCH.<br><br>     Defendant. | Adv. Pro. No. 22-01087 |

### AFFIDAVIT OF SERVICE

I, Donal Dunne aged 18 years and upwards of Temple Chambers, 3 Burlington Road, Dublin DO4 RD68 **MAKE OATH** and say as follows:

1. I am a solicitor in the firm of Addleshaw Goddard (Ireland) LLP and I hold a practising solicitor certificate for the practice year ending 31 December 2022 from the Law Society of Ireland.

2. I say that I conducted a search in the Companies Registration Office against the Defendant, BNP Paribas - Dublin Branch which is an external company registered in France that has established a branch in Ireland. The principal place of business of the branch of BNP Paribas in Ireland as per the external company register held by the



Companies Registration Office is Termini, 3 Arkle Road, Sandyford Business Park, Dublin D18 T6T7.

3. I say that on the 8 June 2022 I did personally serve true copies of the Summons and Notice of Pre-Trial Conference hearing in an adversary proceeding dated 29 April 2022 with attached Order of the Court dated 9 August 2011 and the Complaint filed on 27 April 2022 by handing true copies of same to the receptionist at BNP Paribas, Termini, 3 Arkle Road, Sandyford Business Park, Dublin D18 T6T7 who identified herself as Ms Saanvi Acharya.

4. I say that the personal service of the documents as set out at 3 above complies with the provisions of Articles 10(b)-(c) of the Convention on the Service Abroad of Judicial or Extra Judicial Documents in Civil or Commercial Matters which entered into force in Ireland on 4 June 1994 including the objections thereto.

5. I say that in addition to the personal service referred to above, true copies of the Summons and Notice of Pre-Trial Conference with attached Order of the Court dated 9 August 2011 and the Complaint filed on 27 April 2022 were also sent by registered post addressed to Nicola Curry, the person authorised by BNP Paribas's Dublin Branch to accept service of documents required to be served on an EEA company pursuant to Section 1310 of the Companies Act 2014. I say that the service as aforesaid upon Nicola Curry being the person authorised by BNP Paribas's Dublin Branch to accept service of documents is in accordance with the requirements of Irish law for service of documents upon an Irish branch of an external company.

6. I say that the registered postal receipt of service on BNP Paribas's Dublin Branch as well as the transmittal cover letter for the documents set out at 5 above is attached hereto as Exhibit A.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Alan Wallace
Notary Public
Ireland

6457951

*[signature]*
**DONAL DUNNE**

Identified to me by
reference to Irish
~~No Driving Licence~~ Passport no.
C88286233

Sworn this 17th day of June 2022 at

*[signature]*
**NOTARY PUBLIC**



[Stamp:]
Donal Dunne.
Signed this document in my presence
this 17th day of June 2022 20
Alan Wallace, Notary Public
Commissioned for Life
31 Morehampton Road, D.4. Ireland

3

6457951

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION (CGM) CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br>　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789<br><br>SIPA Liquidation<br><br>(Subsequently Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the (CGM) Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br>　v.<br>BNP PARIBAS - DUBLIN BRANCH.<br><br>　　　　　　Defendant. | Adv. Pro. No. 22-01087 |

# EXHIBIT A

This is Exhibit A referred to in the Affidavit of Donal Dunne sworn on the 17th day of June 2022.

_____
Donal Dunne

_____
Notary Public

6468526

# ADDLESHAW GODDARD

Your reference
Our reference    DD/DR/B29600.1

8 June 2022

Ms Nicola Curry
BNP Parisbas-Dublin Branch
Termini
3 Arkle Road
Sandyford Business Park
Dublin 18
D18 T6T7

**REGISTERED POST**

Dear Sirs

**Picard v BNP Parisbas-Dublin Branch, Adv. Pro. No. 08-01789**
**United States Bankruptcy Court Southern District of New York**

We confirm that we act on behalf of Irving H Picard as Trustee for the Liquidation of Bernard L Madoff Investment Securities LLC while acting under instructions from the Trustee's US lawyer, Baker Hostetler.

In accordance with an Order of the United States Bankruptcy Court Southern District of New York dated 9 August 2011, we attach under prepaid registered cover the following documents for the Irish registered branch of BNP Parisbas S.A. as follows:

1. Summons and Notice of Pre-Trial Conference hearing in an Adversary Proceeding dated 29 April 2022 with attached Order of the Court dated 9 August 2011; and

2. Complaint - Picard v BNP Parisbas-Dublin Branch, Adv. Pro. No. 08-01789.

The documents attached are being served upon the Irish office locations for BNP Parisbas-Dublin Branch as set out in paragraph 10 of the attached Complaint.

Please note the time and date of the Pre-Trial Conference of the proceedings as set out in the attached Summons.

Yours faithfully

_____
Addleshaw Goddard (Ireland) LLP

Enc.

6452043

Addleshaw Goddard (Ireland) LLP, Temple Chambers, 3 Burlington Road, Dublin 4, D04 RD68
Tel +353 (1)202 6400   Fax +353 (1)667 5200   DX 25 Dublin
www.addleshawgoddard.com

Addleshaw Goddard (Ireland) LLP is regulated by the Law Society of Ireland and authorised by the Legal Services Regulatory Authority to operate as a limited liability partnership in Ireland.

Partners: Margaret Austin  Neil Bourke  Ray Byrne  David Cantrell  Maura Connolly  Paul Dempsey  Gavin Doherty  Libby Garvey  Eileen Grace  David Hackett  Deborah Kelly  Leonora Malone  Nicola McGrath  Stephen McLoughlin  Garrett Miller  Caoilfhionn Ní Chuanacháin  John Olden  Eoghan Ó hArgáin  Ronan O'Neill  Kathi Ó Riain  Rachel Shanley  Doug Smith  Justine Territt  Sean Twomey  Mark Walsh



**an post**

| Payment method | Meter post ☐ | Postage stamps ☐ | cash ☐ | Fee paid ☐ |

**Customer's name and address**

Addleshaw Goddard (Ireland) LLP
Temple Chambers
3 Burlington Road
Dublin 4
D04 RD68

**Date:** 08 06 22 (D D M M Y Y)

**Customer account number:**

| Item number | Enter below the name and address shown on each item | Declared value € | Additional insurance value € | Weight KG must be entered | Amount paid € |
|---|---|---|---|---|---|
| 1 | Ms Nicola Curry<br>BNP Parisbas-Dublin Branch<br>Termini<br>3 Arkle Road<br>Sandyford Business Park<br>Dublin 18<br>D18 T6T7<br>**REGISTERED POST**<br>RL 7946 6051 1IE | | | | 8.30 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | DD/DR/B29600.1 | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

**Accepting Officer:**

**Time:**

**Total items on this list:**

**Total amount paid: €**

# Registered post
# Certificate of posting

An Post Terms and Conditions apply and are available at the post office or online at anpost.com

**Customer copy**

C1027   V251119