UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>            Plaintiff,<br><br>v.<br><br>KOOKMIN BANK,<br><br>            Defendant. | Adv. Pro. No. 12-1194 (CGM) |

## CERTIFICATE OF SERVICE

I certify that on June 20, 2022, I served Defendant Kookmin Bank's Reply Memorandum of Law in Support of its Motion to Dismiss, on all counsel of record in this action through the electronic case filing system in cases numbers 12-01194 and 08-01789.

/s/ Richard A. Cirillo
_____

CIRILLO LAW OFFICE
Richard A. Cirillo
246 East 33rd Street – 1 FR
New York, NY 10016-4802
T: 917-541-6778
E: rcirillo@cirillo-law.com
*Attorney for Defendant Kookmin Bank*