**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02925 (CGM) |
| v. | |
| CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; and CREDIT SUISSE (UK) LIMITED; | |
| Defendants. | |

**REVISED NOTICE OF HEARING ON**
**DEFENDANTS' MOTION TO DISMISS**

1

WHEREAS, on April 15, 2022, the United States Bankruptcy Court for the Southern District of New York, the Honorable Cecelia G. Morris, so-ordered a Stipulation and Order (Dkt. 102) (the "Scheduling Order"), setting forth a briefing schedule for Defendants'[1] motion to dismiss the Complaint dated December 12, 2011 (Dkt. 1), filed by Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the substantively consolidated chapter 7 estate of Bernard L. Madoff (together with Defendants, the "Parties"), and as amended by the Parties' Stipulation and Order entered on March 29, 2022 (Dkt. 101); and

WHEREAS, on June 15, 2022, as required by the Scheduling Order, Defendants moved to dismiss the Trustee's Complaint under Federal Rule of Civil Procedure 12(b)(6) (the "Motion"); and

WHEREAS, under the Scheduling Order, the Trustee will file his opposition to the Motion on or before August 15, 2022; and

WHEREAS, under the Scheduling Order, Defendants will file their reply in further support of the Motion on or before September 15, 2022;

NOW, THEREFORE, PLEASE TAKE NOTICE that a hearing will be held on the Motion before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York on **October 19, 2022 at 10:00 a.m**, or at the Court's earliest convenience.

---

[1] Defendants are Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse (Luxembourg) SA; Credit Suisse International; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; and Credit Suisse (UK) Limited.

Dated: June 24, 2022                    Respectfully Submitted,
New York, New York

**O'MELVENY & MYERS LLP**

By: *Daniel S. Shamah*
William J. Sushon
Daniel S. Shamah
Kayla N. Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendants Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse (Luxembourg) SA; Credit Suisse International; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; and Credit Suisse (UK) Limited*