# EXHIBIT B

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2850
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-124881

CFSSAM0030573

4040

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ( und? , (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber: _Cathay Life Insurance Co., Ltd._
Contribution Date: _Dec 1_, 200_7_
Additional Contribution Amount: U.S. $ _20,000,000.—_

Changes to Subscription Agreement:   [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this _23_ day of _Nov_, 200_7_.

**Corporate, Partnership, Trust or Account Subscribers**          **Individual Subscribers**

Cathay Life Insurance Co., Ltd.
Name of Entity (Print)                                            Name (Print)

By: _包鍾魁  王金稜_
    Signature                                                     Signature

    _包鍾魁     王金稜_
    Name (Print)                                                  Name of Joint Purchaser, If Any (Print)

    Title                                                         Signature
Telephone: _886-2-2704 5361_                                      Telephone: _____
Fax:       _886-2-2755 1111_                                      Fax:       _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
   Name: _____
   Title: _____

RR-3

CONFIDENTIAL

CFSE-TRST-124882

CFSSAM0030574