# EXHIBIT D

| | |
|---|---|
| From: | Annie Hudson [ahudson@fgguk.com] |
| Sent: | Monday, November 12, 2007 1:44 PM |
| To: | maggieyc@cathaylife.com.tw |
| Cc: | Richard Landsberger |
| Subject: | RE: DDQ and proposed agenda on 11/20 |
| Attachments: | Sentry Offering Memo.pdf; Sentry Presentation.pdf; Sentry 1 20 Libor Analysis 2007.pdf; SENTRY (Sep 2007).pdf; Monthly Update Sentry Sept 2007.pdf; Monthly Update Sentry July 2007.pdf; Monthly Update Sentry Aug 2007.pdf; Fairfield Sentry DDQ.pdf |

Dear Maggie

Please find attached the following information on Fairfield Sentry Ltd:

- Offering Memorandum
- DDQ
- Fund presentation
- September tear sheet
- Libor Analysis
- Latest 3 Monthly Reviews

I will send the answers to your other questions by separate email.

With kind regards

Annie

---

**From:** Maggie.Y.C.Hsu 徐雅君 [mailto:maggieyc@cathaylife.com.tw]
**Sent:** 12 November 2007 06:47
**To:** Annie Hudson; Richard Landsberger
**Subject:** DDQ and proposed agenda on 11/20
**Importance:** High

Hi Richard and Annie,

We're waiting for DDQ-Cathay format, is everything go well?
Also, could you mail me PPM & update presentation materials for Sentry if any?

For the coming meeting with you, we'd like to spend some time talking about your product niche.
It's a pity we didn't too much time talking about your products in NY.
Hope this time we could go through all the interesting parts.
It seems Fairfield does have many multi-branding products, L/S, Asia…..
We could spend sometime to talk about that.

Looking forward to seeing you!


Best Regards,


*Maggie, Y.C. Hsu*
Alternative Investment

1

CONFIDENTIAL

FGANW005377735
FG-05525264

CathayLife Insurance Co.
TEL: 886-2-2755-1399 ext.3077
FAX: 886-2-2755-1099

---

**From:** Annie Hudson [mailto:ahudson@fgguk.com]
**Sent:** Thursday, November 08, 2007 7:29 PM
**To:** Richard Landsberger
**Subject:** FGG Estimated October 2007 Monthly NAV Report

**Estimated figures are for information purposes only and are STRICTLY for internal use. In this way, neither FGG nor yourselves can be held liable for any errors or changes in the estimated numbers that may affect adversely or otherwise the final published month-end figure. The past performance of the Funds is not necessarily a guidance to their future performance.**

With kind regards


Annie Hudson
**Fairfield Greenwich (UK) Limited**
Pollen House
10-12 Cork Street
London W1S 3NP
**T.** +44 20 7534 9244
**D.** +44 20 7534 9248
**F:** +44 20 7534 9245
**E.** ahudson@fgguk.com
**W.** www.fggus.com


FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

---

本通訊及其所有附件所含之資訊均屬機密，僅供指定之收件人使用，未經寄件人許可不得揭露、複製或散布本通訊。若您並非指定之收件人，請勿使用、保存或揭露本通訊之任何部份，並請即通知寄件人並完全刪除本通訊。本通訊僅供參考，且不應視為任何要約、要約之引誘、或締結契約或交易之確認或承諾。寄件人並不保證本通訊內所載數據資料或其他資訊之完整性及正確性，該等資料或資訊並得隨時不經通知而變更。又本通訊之評論或陳述不當然反映國泰人壽保險公司或其關係企業之意見或看法。網路通訊可能含有病毒，收件人應自行確認本郵件是否安全，若因此造成損害，寄件人恕不負責。

The information contained in this communication and attachment is confidential and is for the use of the intended recipient only. Any disclosure, copying or distribution of this communication without the sender's consent is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this communication entirely without using, retaining, or disclosing any of its contents. This communication is for information purposes only and shall not be construed as an offer or solicitation of an offer or an

2

acceptance or a confirmation of any contract or transaction. All data or other information contained herein are not warranted to be complete and accurate and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates. Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this communication is virus free and the sender accepts no liability for any damages caused by virus transmitted by this communication.


FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

CONFIDENTIAL                                                                                                FGANW005377737
                                                                                                            FG-05525266