# EXHIBIT F

**From:** Annie Hudson [AHUDSON@fairdomain01.com]
**Sent:** 8/28/2003 11:23:53 AM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:** Richard Landsberger [richard@fgguk.com]
**Subject:** FW: Sentry fund - part 1

Hi Amit

Please find below questions re Sentry from Chinkara on behalf of Cathay Life. Please would you be kind enough to provide responses so we can revert tomorrow.

Many thanks

Annie Hudson
Fairfield Greenwich (UK) Limited
32 Dover Street
London W1S 4NE
Ph: +44 20 7409 0090
Fx: +44 20 7409 3090
Email: ahudson@fgguk.com
Web: www.fggus.com
FAIRFIELD GREENWICH (UK) LIMITED IS REGULATED BY FSA

This email message, including any attachments, is intended only for the person to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

-----Original Message-----
From: Heather Pan [mailto:heather@chinkara.com]
Sent: 27 August 2003 10:13
To: Annie Hudson; Richard Landsberger
Subject: RE: Sentry fund

Sorry, client is writing report. One more question

Is the fund size of Class A 4.2 billion?
What is the current fund size for Class B and what is the upsize limit?
Thanks in advance.
-----Original Message-----
From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Wednesday, August 27, 2003 4:08 PM
To: Heather Pan

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000145374
SECSEV0722897

Subject: RE: Sentry fund
Many thanks.


Annie Hudson
Fairfield Greenwich (UK) Limited
32 Dover Street
London W1S 4NE
Ph: +44 20 7409 0090
Fx: +44 20 7409 3090
Email: ahudson@fgguk.com
Web: www.fggus.com
FAIRFIELD GREENWICH (UK) LIMITED IS REGULATED BY FSA

This email message, including any attachments, is intended only for the person to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

-----Original Message-----
From: Heather Pan [mailto:heather@chinkara.com]
Sent: 27 August 2003 08:56
To: Annie Hudson
Subject: RE: Sentry fund

Thanks a lot! I can wait the answer till tomorrow morning (Singapore time)
-----Original Message-----
From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Wednesday, August 27, 2003 3:50 PM
To: Heather Pan
Cc: Richard Landsberger
Subject: RE: Sentry fund
Dear Heather,

As you know, Richard is in the US today so I will speak to him in a few hours, I will endeavour to get some answers to you asap.

With kind regards

Annie Hudson
Fairfield Greenwich (UK) Limited
32 Dover Street
London W1S 4NE

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000145375
SECSEV0722898

Ph: +44 20 7409 0090
Fx: +44 20 7409 3090
Email: ahudson@fgguk.com
Web: www.fggus.com
FAIRFIELD GREENWICH (UK) LIMITED IS REGULATED BY FSA

This email message, including any attachments, is intended only for the person to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

-----Original Message-----
From: Heather Pan [mailto:heather@chinkara.com]
Sent: 27 August 2003 07:22
To: Richard Landsberger
Cc: Annie Hudson
Subject: FW: Sentry fund

Hi! Richard:

I got the following questions from Cathay, I have answered the question 1 and 2. Could you please help me to answer the other questions? Since the proforma performance is based on Class A, will the money from class A and class B put together or will managed by different manager or have different positions?

Moreover, for your Principal Protected Note, if possible, could you please e-mail me an exemple? I will bring it to an insurance company and a bank. Thanks in advance.


Hi Heather,

I still felt confused about Fairfield Sentry fund. Did you metion that Fairfield sentry fund-class B is a seperate account from Fairfield sentry fund, but they are sharing the same underlying asset and return. The different between these both is 1% management fee. Do you have any material which explain the difference between these two fund.

By the way, I am thinking about how do they make money?

1. In upward trend senario, the price of underlying equity will rise up. How abuot the price of the two option they buy  put and sell call?

2. In down trend senario, the price of underlying equity will drop . How abuot the price of the

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000145376

SECSEV0722899

two option they buy put and sell call?

3. Will keep equal position of put you buy and call position you sell all the time??

4 . Did their option mark to market by daily basis?

5 . Can I say that BLM is the external fund manager of Fairfile sentry?? Why I ask so is becasue BLM is the main party which decide the enter timing?? If yes, what is the role of fairfild in sentry fund??

6 . Do you usually get into market by baseket and get out market by baseket, either?? For example, you think it is a good time to capture uptrend now, will you contruct a basket of 40-50 holdings with call and put option??

7 . Nowadays, the equity market seems very stagnant, it is very diffcult to say whether it will rise or drop in the next months. What is your current strategy??

I am not familiar with option. Therefore, please be patient with my questions.

Best regards,
Grace

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED   FGGE000145377
SECSEV0722900