# EXHIBIT G



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date          : Aug-19-2005

Fund Id       : 03302
Holder Id     : Redacted 0104
Account Id    : (Redacted 8523
Contract No.  : 1 Redacted 0102
Order No.     : 7216402
CFI Cash Id   : Redacted 7302

**FAIRFIELD SENTRY LIMITED**

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:      JPMORGAN CHASE BANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

SWIFT Ref.:     CHASUS33

Further Cr. Name:       JPMORGAN CHASE BANK LONDON
Further Cr. SWIFT Ref.: CHASGB22
Beneficiary Acct No:    Redacted 2009
Beneficiary Name:       CATHAY LIFE INSURANCE CO LTD

Amount:     USD    2,225,458.28
Value date: Aug-19-2005
Ref:        FAIRFIELD SENTRY   Shares:2,103.97 T/D:08-01-2005 RE
Note:

Authorised signatory                              Authorised signatory

Telestone 8 - Teleport              amsterdam-fund@citco.com         Phone: +31 (0)20 572 2100
Nariteaweg 165                      www.citco.com                    Fax: +31 (0)20 572 2600
P.O. Box 7241                                                        Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands

CONFIDENTIAL                                                         ANWAR-CFSE-00013780