# EXHIBIT H



# Confirmation of Order Received

CATHAY LIFE INSURANCE CO., LTD.
NO. 296, SECTION 4
REN AI ROAD
TAIPEI
TAIWAN

GRACE CHEN
Account: CATHAY LIFE INSURANCE CO., LTD.

Date            : Nov-25-2008
Fund ID         : 03302
Holder ID       : Redacted 0104
Account ID      : Redacted 523
Order No.       : 3083117
Email           : SETTLE@CATHAYLIFE.COM.TW; YUANCHUN
FAX Number      : 00 886 2 2755 1111

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2008 |
| Settlement Date | Dec-31-2008 |
| Valuation/NAV Date | Nov-30-2008 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 10,365.0849 |

| | |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | CHASUS33 |
| Further Cr. Name: | JPMORGAN CHASE BANK LONDON |
| Further Cr. SWIFT Ref.: | CHASGB22 |
| Beneficiary Acct No: | Redacted 2009 |
| Beneficiary Name: | CATHAY LIFE INSURANCE CO LTD |

**Note 1: FULL REDEMPTION / ESTIMATED AMOUNT**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                                                              ANWAR-CFSE-00630180