# EXHIBIT I

| | |
|---|---|
| From: | Annie Hudson [ahudson@fgguk.com] |
| Sent: | Tuesday, September 18, 2007 12:32 PM |
| To: | Jennifer Keeney; Laurie Mulcahey |
| Cc: | Richard Landsberger |
| Subject: | RE: Cathay Life in NY today |

Chester and sentry

-----Original Message-----
From: Jennifer Keeney
Sent: 18 September 2007 13:27
To: Annie Hudson; Laurie Mulcahey
Cc: Richard Landsberger
Subject: Re: Cathay Life in NY today

Yes, I am available to introduce FLIFA. Is Cathay invested in any other FGG fund? Laurie, could you pls print a few FLIFA books, tear sheets on FLIFA and managers?  Thank you.


Jennifer L. Keeney
Managing Director
Fairfield Greenwich Group
919 Third Avenue, 11th F
New York, NY 10022
212-991-5240
Jennifer@fggus.com

----- Original Message -----
From: Annie Hudson
To: Jennifer Keeney
Cc: Richard Landsberger
Sent: Tue Sep 18 06:59:54 2007
Subject: Cathay Life in NY today

Dear Jennifer

Pls confirm if you are avail at 12.30pm today for 30 mins to introduce FILFA to Cathay Life, Richard has asked me to check with you if you could be on standby?  They are meeting in one of the meeting rooms in your new offices, I have attached their schedule for info.

Kind regards

Annie

_____

From: Annie Hudson
Sent: 17 September 2007 15:37
To: Mark McKeefry; John Kogan; Amit Vijayvergiya; Andrew Smith; Dan Lipton
Cc: Richard Landsberger; Reception
Subject:

Dear All

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE001419577

SECSEV1997100

We have decided to move tomorrow's meetings to the new offices as it will be easier rather than everyone having to go back to the old office, as we do not need any tele/video conference facilities.

I have attached the schedule as reminder.

Many thanks

Kind regards

Annie


FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority.   The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information.  Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer.  Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.