# EXHIBIT J

# FairfieldGreenwichGroup

Cathay Life Visit
Tuesday 18th September 2007

Maggie Hsu
Ryan Wang
Suraya Lin

**FGG New York Office**
919 Third Avenue (with 55th St)
39th Floor
New York NY10022
Tel: + 1 212 319 6060

---

| | |
|---|---|
| 8:30 - 9:00 AM | **Richard Landsberger, Partner**<br>Welcome and Introduction to Fairfield Greenwich Group |
| 9:00 - 10:15 AM | **Andrew Smith, Partner and Portfolio Manager, Fund of Funds Group**<br>Review of Chester Global Strategy Fund and FoF Products, investment allocation process |
| 10:15 - 11:30 AM | **Mark McKeefry, Partner and General Counsel**<br>Overview of FGG Legal and Compliance<br><br>**Dan Lipton, Partner and Chief Financial Officer**<br>Overview of FGG Finance team responsibilities, controls and procedures<br><br>**John Kogan, Chief Technology Officer**<br>IT Platform, back-up systems, communication |
| 11:30 - 12:45 AM | **Amit Vijayvergiya, Partner and Chief Risk Officer**<br>Review of Fairfield Sentry, risk management, NAV calculation, operations |
| 12:45 PM | **Lunch with Richard Landsberger and Mark McKeefry**<br>Shun Lee Palace<br>155 East 55th Street with Lexington<br>Tel: + 1 212 371 8844 |

* * *

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED            FGGE00043675C
                                                                                SECSEV1014273