# EXHIBIT K

| | |
|---|---|
| From: | Richard Landsberger [richard@fgguk.com] |
| Sent: | Monday, November 26, 2007 10:44 AM |
| To: | Andrew Smith [andrews@fggus.com] |
| Cc: | Annie Hudson [ahudson@fgguk.com] |
| Subject: | FW: Fairfield Sentry fund  Subscription documents |

Are you available this Thursday at 7am EST (12pm uk 8pm Taipei) for a call with Maggie of Cathay Life?  This will be a 2007/2008 review of the investment team's strategic thinking plus your thoughts on 2008 allocations, you will effectively be taking the role of head of investment committee as well as chester/irongate/chester h fof manager.  You should probably not push horizons as the two year lock will be hard to get through Cathay Life hierarchy.  If 7am am doesn't work, would 8am or 9am be better?  Thanks

-----Original Message-----
From: Maggie.Y.C.Hsu??? [mailto:maggieyc@cathaylife.com.tw]
Sent: 26 November 2007 05:04
To: Richard Landsberger
Cc: Annie Hudson
Subject: RE: Fairfield Sentry fund  Subscription documents

Dear Richard,
 OK how about this Thursday night?
 I can do it at home or office.
 I'll let you know my contact so I'll ask you to call me from your side.

 Still not sleep in NYC? You're also a diligent one!

Best Regards,


Maggie, Y.C. Hsu
Alternative Investment
CathayLife Insurance Co.
TEL: 886-2-2755-1399 ext.3077
FAX:886-2-2755-1099

-----Original Message-----
From: Richard Landsberger [mailto:richard@fgguk.com]
Sent: Monday, November 26, 2007 12:49 PM
To: maggieyc@cathaylife.com.tw
Cc: Annie Hudson
Subject: Re: Fairfield Sentry fund  Subscription documents

Understood, i thought you were discussing sentry, not overall asset allocation..
When is good for you, probably from your home around 8pm or so?? That way we do early nyc and lunchtime in london..
We will set up dial in..

----- Original Message -----
From: Maggie.Y.C.Hsu??? <maggieyc@cathaylife.com.tw>
To: Richard Landsberger
Cc: Annie Hudson
Sent: Sun Nov 25 23:42:00 2007
Subject: RE: Fairfield Sentry fund  Subscription documents

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE00094625

SECSEV1523781

Maybe we could have a talk with Andrew...
Or you prefer to talk to me just by you?
Thinking of asset allocation, I'd like to have your team join us if possible.


Best Regards,


Maggie, Y.C. Hsu
Alternative Investment
CathayLife Insurance Co.
TEL: 886-2-2755-1399 ext.3077
FAX:886-2-2755-1099

-----Original Message-----
From: Richard Landsberger [mailto:richard@fgguk.com]
Sent: Saturday, November 24, 2007 9:06 PM
To: maggieyc@cathaylife.com.tw; Annie Hudson
Subject: Re: Fairfield Sentry fund  Subscription documents

Hi Maggie,
Can we do a call Thursday or Friday?? I am in NY for first three days of the week.
It would be great to do a recap.
Richard

----- Original Message -----
From: maggieyc <maggieyc@cathaylife.com.tw>
To: Annie Hudson
Cc: Richard Landsberger
Sent: Fri Nov 23 18:32:05 2007
Subject: RE: Fairfield Sentry fund  Subscription documents

Dear Richard & Annie,

Thank you for the close follow-up for the deal.
Thank you for the good performance, too!!
We shall have more connection in the coming year.
Market didn't perform well in Nov & we still expect choppy enviornment afterwards.
I'd like to discuss further about the strategy thinking....
Is it possible to arrange some conference call next week?
That'll be good for our allocation consideration.
We'd like to take your opinion for reference!
Thank you much!!

Have a great weekend!

Maggie
-----
From:Annie Hudson<ahudson@fgguk.com>
To:maggieyc<maggieyc@cathaylife.com.tw>
Cc:Richard Landsberger<richard@fgguk.com>,yuanchun<yuanchun@cathaylife.com.tw>
Date: Fri, 23 Nov 2007 06:31:45 -0500
Subject: RE: Fairfield Sentry fund  Subscription documents

Dear Maggie

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE00094625S

SECSEV1523782

Richard has just woken up in US, his computer/blackberry is not working but I just told him the good news, he is even more excited than I am!

Best regards

Annie

_____

From: Annie Hudson
Sent: 23 November 2007 11:21
To: 'maggieyc@cathaylife.com.tw'; 'yuanchun@cathaylife.com.tw'
Cc: Richard Landsberger
Subject: RE: Fairfield Sentry fund Subscription documents


Dear Maggie and Larry

I have just spoken to Citco and the subscription documents are fine.

Have a good weekend.

Best regards

Annie

_____

From: Annie Hudson
Sent: 23 November 2007 09:24
To: 'maggieyc@cathaylife.com.tw'; yuanchun@cathaylife.com.tw
Cc: Richard Landsberger
Subject: RE: Fairfield Sentry fund Subscription documents


Dear Maggie and Larry

Thanks very much for this, this is really great news.   I have also received Larry's separate email and a fax copy of the subscription documents, I am following up with Citco now to ensure everything is in order and will confirm soon.  Just a reminder of the deadline to receive monies, Wednesday 28th November.

Best regards

Annie

Annie Hudson
Fairfield Greenwich (UK) Limited
Pollen House
10-12 Cork Street
London W1S 3NP
T. +44 20 7534 9244
D. +44 20 7534 9248
F: +44 20 7534 9245
E. ahudson@fgguk.com

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE00094626C
                                                                                                       SECSEV1523783

W.  www.fggus.com

---

From: Maggie.Y.C.Hsu??? [mailto:maggieyc@cathaylife.com.tw]
Sent: 23 November 2007 05:54
To: Annie Hudson; Richard Landsberger; yuanchun@cathaylife.com.tw
Subject: Fairfield Sentry fund Subscription documents
Importance: High

Dear Annie,

We'll do the subscription today for Sentry fund 20 MM for Dec1.

Please assist Larry if any questions!

Thank you!

Best Regards,

Maggie, Y.C. Hsu

Alternative Investment

CathayLife Insurance Co.

TEL: 886-2-2755-1399 ext.3077

FAX:886-2-2755-1099

---

From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Tuesday, November 13, 2007 5:10 PM
To: maggieyc@cathaylife.com.tw
Cc: Richard Landsberger
Subject: RE: DDQ and proposed agenda on 11/20

Dear Maggie

Thanks for your email, we will have the completed Fairfield Sentry DDQ (in the requested format) for you later today, this is being finalised by our

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000946261

SECSEV1523784

teams in New York and Bermuda.

Monies and documents should be sent to Citco Fund Services before or no later than this date (always Third to Last Business Day).

For your information, if an existing shareholder is adding to their investment, then the Short Form Subscription Documents can be used.  If a new entity is subscribing, the full Subscription Documents must be used.  I have attached both for your reference.

If you require any further information, please do not hesitate to contact Richard or myself.

With kind regards

Annie

Annie Hudson
Fairfield Greenwich (UK) Limited
Pollen House
10-12 Cork Street
London W1S 3NP
T. +44 20 7534 9244
D. +44 20 7534 9248
F: +44 20 7534 9245
E. ahudson@fgguk.com
W.  www.fggus.com

_____

From: Maggie.Y.C.Hsu??? [mailto:maggieyc@cathaylife.com.tw]
Sent: 13 November 2007 01:47
To: Annie Hudson
Cc: Richard Landsberger
Subject: RE: DDQ and proposed agenda on 11/20
Importance: High

Hi Annie,

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000946262
                                                                                SECSEV1523785

Per our conversation earlier, we'll need you to fill-in DDQ version we provide.

Please see the attached.

Also, could you provide me annual audit report for the fund?

Please let me know Subscription date & settlement date (exact date) for this month & next month.

Thank you much!


Best Regards,



Maggie, Y.C. Hsu

Alternative Investment

CathayLife Insurance Co.

TEL: 886-2-2755-1399 ext.3077

FAX:886-2-2755-1099

_____

From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Monday, November 12, 2007 9:44 PM
To: maggieyc@cathaylife.com.tw
Cc: Richard Landsberger
Subject: RE: DDQ and proposed agenda on 11/20


Dear Maggie


Please find attached the following information on Fairfield Sentry Ltd:

*       Offering Memorandum
*       DDQ
*       Fund presentation
*       September tear sheet
*       Libor Analysis
*       Latest 3 Monthly Reviews

I will send the answers to your other questions by separate email.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000946263

SECSEV1523786

With kind regards

Annie

_____

From: Maggie.Y.C.Hsu??? [mailto:maggieyc@cathaylife.com.tw]
Sent: 12 November 2007 06:47
To: Annie Hudson; Richard Landsberger
Subject: DDQ and proposed agenda on 11/20
Importance: High

Hi Richard and Annie,


 We're waiting for DDQ-Cathay format, is everything go well?

 Also, could you mail me PPM & update presentation materials for Sentry if any?


 For the coming meeting with you, we'd like to spend some time talking about your product niche.

 It's a pity we didn't too much time talking about your products in NY.

 Hope this time we could go through all the interesting parts.

 It seems Fairfield does have many multi-branding products, L/S, Asia…..

 We could spend sometime to talk about that.


Looking forward to seeing you!



Best Regards,



Maggie, Y.C. Hsu

Alternative Investment

CathayLife Insurance Co.

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000946264

SECSEV1523787

TEL: 886-2-2755-1399 ext.3077

FAX:886-2-2755-1099

_____

From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Thursday, November 08, 2007 7:29 PM
To: Richard Landsberger
Subject: FGG Estimated October 2007 Monthly NAV Report


Estimated figures are for information purposes only and are STRICTLY for internal use. In this way, neither FGG nor yourselves can be held liable for any errors or changes in the estimated numbers that may affect adversely or otherwise the final published month-end figure. The past performance of the Funds is not necessarily a guidance to their future performance.


With kind regards


Annie Hudson
Fairfield Greenwich (UK) Limited
Pollen House
10-12 Cork Street
London W1S 3NP
T. +44 20 7534 9244
D. +44 20 7534 9248
F: +44 20 7534 9245
E. ahudson@fgguk.com
W. www.fggus.com


FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000946265

SECSEV1523788

_____

??????????????????,??????????,????????
??????????????????????,?????????????
????,?????????????????????,????????
??????????????????????????????????
??????????????,???????????????????
??????????????????????????????????
?????,?????????????,???????,????????

The information contained in this communication and attachment is confidential and is for the use of the intended recipient only. Any disclosure, copying or distribution of this communication without the sender's consent is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this communication entirely without using, retaining, or disclosing any of its contents. This communication is for information purposes only and shall not be construed as an offer or solicitation of an offer or an acceptance or a confirmation of any contract or transaction. All data or other information contained herein are not warranted to be complete and accurate and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates. Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this communication is virus free and the sender accepts no liability for any damages caused by virus transmitted by this communication.

FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

_____

??????????????????,??????????,????????
??????????????????????,?????????????
????,?????????????????????,????????
??????????????????????????????????
??????????????,???????????????????
??????????????????????????????????
?????,?????????????,???????,????????

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00094626

SECSEV1523789

The information contained in this communication and attachment is confidential and is for the use of the intended recipient only. Any disclosure, copying or distribution of this communication without the sender's consent is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this communication entirely without using, retaining, or disclosing any of its contents. This communication is for information purposes only and shall not be construed as an offer or solicitation of an offer or an acceptance or a confirmation of any contract or transaction. All data or other information contained herein are not warranted to be complete and accurate and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates. Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this communication is virus free and the sender accepts no liability for any damages caused by virus transmitted by this communication.

FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

_____

???????????????????,??????????,????????
?????????????????????????,?????????????
????,?????????????????????,????????
??????????????????????????????????????
?????????????????,?????????????????????
??????????????????????????????????????
?????,??????????????,???????,????????

The information contained in this communication and attachment is confidential and is for the use of the intended recipient only. Any disclosure, copying or distribution of this communication without the sender's consent is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this communication entirely without using, retaining, or disclosing any of its contents. This communication is for information purposes only and shall not be construed as an offer or solicitation of an offer or an acceptance or a confirmation of any contract or transaction. All data or other information contained herein are not warranted to be complete and accurate and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000946267

SECSEV1523790

Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this communication is virus free and the sender accepts no liability for any damages caused by virus transmitted by this communication.


FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority. The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer. Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.



_____

??????????????????,??????????,????????
?????????????????????????,?????????????
????,?????????????????????,????????
??????????????????????????????????????
??????????????,????????????????????????
??????????????????????????????????????
?????,??????????????,???????,????????

The information contained in this communication and attachment is confidential and is for the use of the intended recipient only. Any disclosure, copying or distribution of this communication without the sender's consent is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this communication entirely without using, retaining, or disclosing any of its contents. This communication is for information purposes only and shall not be construed as an offer or solicitation of an offer or an acceptance or a confirmation of any contract or transaction. All data or other information contained herein are not warranted to be complete and accurate and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates. Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this communication is virus free and the sender accepts no liability for any damages caused by virus transmitted by this communication.


FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority.  The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information.

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000946268

SECSEV1523791

Any use, distribution, modification, copying or disclosure by any other
person is strictly prohibited. If you have received this message in error
please notify the sender by return email and delete this message from your
computer.  Any data or views contained herein are based upon information
available to us at this date and is subject to change without notice.

--------------------------------------------------------------------------------

?????????????????,??????????,????????
?????????????????????????,?????????????????
????,?????????????????????,????????
???????????????????????????????????
?????????????,????????????????????????
?????????????????????????????????????
?????,??????????????,???????,????????

The information contained in this communication and attachment is
confidential and is for the use of the intended recipient only. Any
disclosure, copying or distribution of this communication without the
sender's consent is strictly prohibited. If you are not the intended
recipient, please notify the sender and delete this communication entirely
without using, retaining, or disclosing any of its contents. This
communication is for information purposes only and shall not be construed as
an offer or solicitation of an offer or an acceptance or a confirmation of
any contract or transaction. All data or other information contained herein
are not warranted to be complete and accurate and are subject to change
without notice. Any comments or statements made herein do not necessarily
reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates.
Internet communications cannot be guaranteed to be virus-free.  The
recipient is responsible for ensuring that this communication is virus free
and the sender accepts no liability for any damages caused by virus
transmitted by this communication.

FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and
Wales under number 03440032 and is authorised and regulated by the Financial
Services Authority.  The registered office is Pollen House, 10-12 Cork
Street, London W1S 3NP.
This email message, including any attachments, is intended only for the
persons to whom it is addressed, and may contain confidential information.
Any use, distribution, modification, copying or disclosure by any other
person is strictly prohibited. If you have received this message in error
please notify the sender by return email and delete this message from your
computer.  Any data or views contained herein are based upon information
available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000946269

SECSEV1523792

------------------------------------------------------------------------------------

??????????????????,??????????,??????????????????????????????,???????????????????,???????????????????????,?????????????????????????????????????????????????????????????????????,?????????????????????????????????????????????????????????????,??????????????,???????,????????

The information contained in this communication and attachment is confidential and is for the use of the intended recipient only. Any disclosure, copying or distribution of this communication without the sender's consent is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this communication entirely without using, retaining, or disclosing any of its contents. This communication is for information purposes only and shall not be construed as an offer or solicitation of an offer or an acceptance or a confirmation of any contract or transaction. All data or other information contained herein are not warranted to be complete and accurate and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Cathaylife Insurance Co., Ltd. or any of its affiliates. Internet communications cannot be guaranteed to be virus-free.  The recipient is responsible for ensuring that this communication is virus free and the sender accepts no liability for any damages caused by virus transmitted by this communication.

FAIRFIELD GREENWICH (UK) LIMITED is a company registered in England and Wales under number 03440032 and is authorised and regulated by the Financial Services Authority.  The registered office is Pollen House, 10-12 Cork Street, London W1S 3NP.
This email message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information.  Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return email and delete this message from your computer.  Any data or views contained herein are based upon information available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00094627C

SECSEV1523793