UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                          Plaintiff,<br>     v.<br><br>MERRILL LYNCH INTERNATIONAL,<br><br>                          Defendant. | Adv. Pro. No. 10-05346 (CGM) |

**[PROPOSED] ORDER**

       **WHEREAS**, on December 8, 2010, Plaintiff Irving H. Picard, trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the substantively consolidated estate of Bernard L. Madoff filed the complaint (the "Complaint") in the above-captioned adversary proceeding;

       **WHEREAS**, on June 23, 2022, Merrill Lynch International ("MLI"), defendant in the above-captioned adversary proceeding filed a motion seeking an Order dismissing the Complaint (the "Motion to Dismiss"); and

       **WHEREAS**, on November 16, 2022, the Court held a hearing on the Motion to Dismiss

1

(the "Hearing"); and

**WHEREAS**, the Court has considered the arguments made by counsel at the Hearing and all papers filed in support of and in opposition to the Motion to Dismiss;

**NOW THEREFORE, IT IS HEREBY ORDERED** that, for the reasons set forth in the Motion to Dismiss and by the Court on the record of the Hearing, the Motion to Dismiss is granted, and the Complaint is dismissed with prejudice.