UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br><br>MERRILL LYNCH INTERNATIONAL,<br><br>        Defendant. | Adv. Pro. No. 10-05346 (CGM) |

**DECLARATION OF RICHARD JACKSON-PROES IN SUPPORT OF DEFENDANT
MERRILL LYNCH INTERNATIONAL'S MOTION TO DISMISS**

I, Richard Jackson-Proes, declare the following under penalty of perjury:

1. I am a Managing Director at Merrill Lynch International ("MLI") and submit this declaration (the "Declaration") in support of MLI's motion to dismiss the Complaint.[1] The facts stated herein are true to the best of my knowledge based on (i) my personal knowledge, (ii) information provided by representatives of MLI, or (iii) records maintained by MLI in its regular course of business.

2. MLI is headquartered in London, United Kingdom. At all times since its incorporation on November 2, 1988, MLI's principal place of business has been in London, United Kingdom. MLI's registered office is 2 King Edward Street, London EC1A 1HQ.

3. MLI is incorporated under the laws of England and Wales and its principal activity is to act as a broker-dealer in financial instruments and to provide corporate finance advisory services.

4. MLI does not maintain a branch or representative office in the United States.

5. MLI does not own or lease any real estate in the United States.

6. MLI does not have any employees permanently based in the United States.

7. MLI's books and records are located in the United Kingdom.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on June 22, 2022 in London, United Kingdom.

RICHARD JACKSON-PROES

---

[1] Capitalized terms not defined herein shall have the same meaning as ascribed in the motion to dismiss the Complaint.