Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
*Attorneys for Merrill Lynch International*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-05346 (CGM) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH INTERNATIONAL, | |
| Defendant. | |

**NOTICE OF HEARING OF MOTION TO DISMISS**

1

**PLEASE TAKE NOTICE** that a hearing on the motion to dismiss filed by Defendant

Merrill Lynch International in connection with *Irving H. Picard v. Merrill Lynch Int'l*, Adv. Pro.

No. 10-05346 (CGM) (Bankr. S.D.N.Y.) will take place at 10:00 a.m. Eastern Time on

November 16, 2022 before the Honorable Cecelia G. Morris, United States Bankruptcy Judge,

United States Bankruptcy Court for the Southern District of New York.

Dated: June 23, 2022                    Respectfully submitted,

New York, New York                      O'MELVENY & MYERS LLP

                                        By: */s/ Pamela A. Miller*
                                        Pamela A. Miller
                                        Amber Covucci
                                        O'MELVENY & MYERS LLP
                                        Seven Times Square
                                        New York, New York 10036
                                        Telephone: (212) 326-2000
                                        E-mail: pmiller@omm.com

                                        *Attorneys for Merrill Lynch International*