**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br> v.<br><br>BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG,<br><br>    Defendant. | Adv. Pro. No. 12-01209 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Complaint and the accompanying Declaration of Paul A. Kanellopoulos dated as of the date hereof and exhibits thereto, Declaration of Massimo Antonini, Declaration of Andrea Russi, and all prior pleadings and proceedings herein, Defendant BSI AG ("<u>Defendant</u>") will move this Court on October 19, 2022 at 10:00 a.m. (prevailing Eastern time), or as soon thereafter as counsel may be heard, for an order dismissing the Amended Complaint (Dkt. No. 116) filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to a Stipulation and Order, any oppositions to this motion shall be filed by August 26, 2022, and any reply in further support of this motion shall be filed by September 30, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: June 24, 2022
       New York, New York

                                         Respectfully Submitted,

                                         /s/ *Adam M. Lavine*

                                         **KOBRE & KIM LLP**
                                         Zachary D. Rosenbaum
                                         Adam M. Lavine
                                         Donna (Dong Ni) Xu
                                         800 Third Avenue
                                         New York, New York 10022
                                         Telephone: (212) 488-1200
                                         Zachary.Rosenbaum@kobrekim.com
                                         Adam.Lavine@kobrekim.com

Donna.Xu@kobrekim.com

*Attorneys for BSI AG*