**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01209 (CGM) |
| Plaintiff, | **DECLARATION OF PAUL A. KANELLOPOULOS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| v. | |
| BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG, | |
| Defendant. | |

Paul A. Kanellopoulos, under penalty of perjury, declares:

1.      I am a member of the bar of the State of New York and an attorney at Kobre & Kim LLP, counsel for BSI AG ("BSI"), individually and as alleged successor in interest to BANCA DEL GOTTARDO AG ("BDG"), in this adversary proceeding. I submit this declaration in support of the motion to dismiss the Amended Complaint filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Estate of Bernard L. Madoff in this adversary proceeding. The statements contained herein are based on my personal knowledge or on my review of relevant documents or information.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint filed in the above-captioned Adversary Proceeding, with exhibits thereto.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Second Amended Complaint filed by the Trustee in *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y.) (the "Fairfield Action"), Docket No. 286, without exhibits.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the First Amended Complaint filed by the Trustee in the Fairfield Action, Docket No. 23, without exhibits.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Settlement Agreement dated as of May 9, 2011 between the Trustee and Kenneth Krys and Joanna Lau, as Joint Liquidators of Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited ("Sigma"), and Fairfield Lambda Limited ("Lambda"), as filed in the Fairfield Action, Docket No. 69-2.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Consent Judgment against Sentry, as filed in the Fairfield Action, Docket No. 109.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Consent Judgment against Sigma, as filed in the Fairfield Action, Docket No. 110.

8.      Attached hereto as Exhibit 7 are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Second Amended Complaint, as filed in the Fairfield Action, Docket Nos. 286-8, 286-10, 286-12, 286-13, 286-14, 286-21.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Twenty-Seventh Interim Report for the Period of October 1, 2021 through March 31, 2022, as filed in *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789, Dkt. No. 21473.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the United Kingdom Privy Council's judgment in *Fairfield Sentry Ltd. v. Migani*, [2014] UKPC 9, available at https://www.jcpc.uk/cases/docs/jcpc-2012-0061-judgment.pdf.

11.     Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the Declaration of William Hare, attaching the Memorandum of Association and Articles of Association of Sentry, as filed with the Court in *In re Fairfield Sentry*, et al., Chapter 15 Case No. 10-13164 (Bankr. S.D.N.Y. Oct. 21, 2016) at Dkt. 925.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the decision of the Eastern Caribbean Court of Appeal in *Quilvest Finance Ltd. v. Fairfield Sentry Ltd.*, Case Nos. HCVAP 2011/041-062.

13.     The Trustee has brought adversary proceedings against dozens of defendants seeking to recover alleged subsequent transfers of BLMIS customer property that these defendants allegedly received from Sentry.    The adversary proceedings are identified in the enclosed Appendix 1.

2

14.     Based on my review of the proceedings listed in Appendix 1,[1] the total amount of post-May 9, 2003 subsequent transfers of property claimed by the Trustee against all defendants totals $5,265,983,220—approximately $2 billion dollars more than the total amount of BLMIS customer property allegedly transferred to Sentry itself.   This aggregate total consists of approximately (1) $824,681,274 in alleged subsequent transfers to Sigma and Lambda; (2) $1,035,259,311 in alleged subsequent transfers to individuals and entities connected to Fairfield Greenwich Group; and (3) $3,406,042,635 in alleged subsequent transfers to defendants in other adversary proceedings.

15.     Based on my review of the proceedings listed in Appendix 1, the trustee alleges the following:

    a.  On May 9, 2003, BLMIS transferred $40 million to Sentry.

    b.  From May 14, 2003 to May 20, 2003, Sentry paid out at least $46.7 million to other parties, $6.7 million more than it had received from BLMIS, thus more than exhausting the funds it had received from BLMIS on May 9, 2003.

    c.  On June 16 and June 18, 2003, Sentry paid out at least an additional $10.4 to other parties.

    d.  On July 11, 2003, BLMIS transferred $55 million to Sentry.

    e.  From July 14 to July 16, 2003, Sentry paid out at least $92.4 million to other parties, $37.4 million more than it had received from BLMIS, thus more than exhausting the July 11, 2003 transfer from BLMIS.

    f.  On July 22, 2003, BLMIS transferred $25 million to Sentry.

---

[1] The amount alleged against each defendant frequently changes as a result of amendments to the pleadings by the Trustee in the various proceedings.  The numbers stated below are based on my review of the operative pleadings in each proceeding as of the date of this filing.

3

      g.  From July 23 to September 18, 2003, Sentry paid out at least $42.7 million, $17.7 million more than it had received from BLMIS, thus more than exhausting the July 22, 2003 transfer from BLMIS.

16.    The Trustee alleges that BSI and BDG cumulatively received approximately $8.8 million in subsequent transfers on October 14, 2003, November 19, 2003, February 18, 2004, March 18, 2004, April 21, 2004, June 17, 2004, August 13, 2004, September 15, 2004, November 16, 2004, January 14, 2005, and March 15, 2005 after Sentry exhausted the funds received from BLMIS on July 23, 2003.

17.    Based on my review of the proceedings listed in Appendix 1, the trustee alleges the following:

      a.  On April 1, 2005, BLMIS transferred $175 million into Sentry. Three days later, Sentry paid out $200 million to a single recipient, thereby extinguishing any BLMIS Funds from the April 1 transfer.

      b.  On July 6, 2005, BLMIS transferred $85 million to Sentry.

      c.  From July 13 to July 25, 2005, Sentry paid out at least $114 million to other parties, over $25 million more than it received from BLMIS, thus more than exhausting the July 6, 2005 transfer.

18.    The Trustee alleges that BSI and BDG cumulatively received approximately $1.9 million in subsequent transfers on August 15, 2005, after Sentry exhausted the funds received from BLMIS on July 6, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2022

    New York, New York

Paul A. Kanellopoulos
**KOBRE & KIM LLP**
1919 M St NW
Washington, DC 20036
Telephone: (202) 664-1900
Paul.Kanellopoulos@kobrekim.com

5

**Appendix 1**

**Defendants Alleged to Receive BLMIS Property from Sentry by the
Trustee**

| Adv. Pro. No. | Defendant |
|---|---|
| 10-05345 | Citibank, N.A., et al |
| 10-05346 | Merrill Lynch International |
| 10-05348 | Nomura International PLC |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. |
| 11-01724 | Pictet et Cie. |
| 11-01885 | Safra New York |
| 11-02149 | Banque Syz & Co., SA |
| 11-02493 | Abu Dhabi Investment Authority |
| 11-02537 | Orbita |
| 11-02538 | Quilvest Finance Ltd. |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. |
| 11-02540 | Lion Global Investors Limited |
| 11-02541 | First Gulf Bank |
| 11-02542 | Parson Finance Panama S.A. |
| 11-02551 | Delta National Bank and Trust Company |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. |
| 11-02554 | National Bank of Kuwait S.A.K. |
| 11-02568 | Cathay Life Insurance Co. LTD. |
| 11-02568 | Cathay Bank |
| 11-02569 | Barclays Private Bank |
| 11-02569 | Barclays Spain |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. |
| 11-02570 | Banca Carige S.P.A. |
| 11-02571 | BPES |
| 11-02572 | Korea Exchange Bank |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. |
| 11-02730 | Atlantic Security Bank |
| 11-02731 | Trincaster Corporation |
| 11-02732 | Bureau of Labor Insurance |
| 11-02733 | Naidot & Co. |
| 11-02758 | Caceis Bank Luxembourg, et al. |
| 11-02760 | ABN Amro Bank N.V., et al. |
| 11-02762 | Lighthouse Diversified |
| 11-02762 | Lighthouse Supercash |
| 11-02763 | Inteligo Bank LTD. |
| 11-02784 | Somers Dublin Limited et al. |
| 11-02910 | Merrill Lynch Bank (Suisse) SA |

1

| 11-02922 | Bank Julius Baer & Co. Ltd. |
| 11-02923 | Falcon Private Bank Ltd. |
| 11-02925 | Credit Suisse AG et al. |
| 11-02929 | LGT Bank in Liechtenstein Ltd. |
| 12-01002 | The Public Institution For Social Security |
| 12-01004 | Fullerton Capital PTE Ltd. |
| 12-01005 | SICO Limited |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. |
| 12-01019 | Banco Itau International |
| 12-01021 | Grosvenor Aggressive |
| 12-01021 | Grosvenor Balanced |
| 12-01021 | Grosvenor Private |
| 12-01022 | Credit Agricole (Suisse) SA |
| 12-01023 | Arden Asset Management, et al. |
| 12-01046 | SNS Bank N.V. et al. |
| 12-01047 | Koch Industries, Inc. |
| 12-01048 | Banco General S.A. et al. |
| 12-01194 | Kookmin Bank |
| 12-01195 | Six Sis AG |
| 12-01202 | Bank Vontobel AG et. al. |
| 12-01205 | Multi Strategy Fund Ltd., et al. |
| 12-01207 | Lloyds TSB Bank PLC |
| 12-01209 | BSI AG |
| 12-01209 | Banca del Gottardo |
| 12-01210 | Schroder & Co. |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. |
| 12-01211 | Union Global Fund |
| 12-01211 | Union Strategy Fund |
| 12-01216 | Bank Hapoalim Switzerland |
| 12-01216 | Bank Hapoalim B.M. |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC |
| 12-01513 | Citivic Nominees Ltd. |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. |
| 12-01566 | UKFP (Asia) Nominees |
| 12-01576 | BNP Paribas S.A. et al |
| 12-01577 | UBS Deutschland AG, et al. |
| 12-01577 | LGT Switzerland |
| 12-01669 | Barfield Nominees Limited et al |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH |
| 12-01676 | Clariden Leu AG |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility |

2

| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility |
|----------|----------------------------------------|
| 12-01690 | EFG Bank S.A., et al. |
| 12-01691 | Banque Degroof Luxembourg |
| 12-01691 | Banque Degroof |
| 12-01693 | Banque Lombard Odier & Cie |
| 12-01694 | Banque Cantonale Vaudoise |
| 12-01695 | Bordier & Cie |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al. |
| 12-01698 | Banque International a Luxembourg SA/Dexia |
| 12-01699 | Royal Bank of Canada, et al. |
| 09-01239 | Fairfield Sigma |
| 09-01239 | Fairfield Lambda |
| 09-01239 | Fif Advanced Limited |
| 09-01239 | Fairfield Investment Fund Limited |
| 09-01239 | Fairfield Greenwich Limited |
| 09-01239 | Fairfield Greenwich (Bermuda) Limited |
| 09-01239 | Fairfield Greenwich Advisors |
| 09-01239 | Amit Vijayvergiya |

3