**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br><br> BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG, <br><br> Defendant. | Adv. Pro. No. 12-01209 (CGM) <br><br> **ORAL ARGUMENT REQUESTED** |

**<u>NOTICE OF HEARING ON DEFENDANT BSI AG'S MOTION TO DISMISS</u>**

PLEASE TAKE NOTICE that, on June 24, 2022, Defendant BSI AG filed its Motion to Dismiss Plaintiff's Amended Complaint (the "<u>Motion</u>") and supporting papers, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.[1]

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on **October 19, 2022, at 10:00 a.m.** (prevailing Eastern time), or as soon thereafter as counsel may be heard, before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "<u>Hearing</u>").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to the Court's guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on June 1, 2022, oppositions to the Motion, if any, shall be filed by **August 26, 2022**, and any reply in further support of the Motion shall be filed by **September 30, 2022**.

---

[1] As stated in the Motion, BSI AG does not consent to the entry of final orders or judgment by this Court.

Dated: June 24, 2022
New York, New York

                          Respectfully Submitted,

                          */s/ Adam M. Lavine*

                          **KOBRE & KIM LLP**
                          Zachary D. Rosenbaum
                          Adam M. Lavine
                          Donna (Dong Ni) Xu
                          800 Third Avenue
                          New York, New York 10022
                          Telephone: (212) 488-1200
                          Zachary.Rosenbaum@kobrekim.com
                          Adam.Lavine@kobrekim.com
                          Donna.Xu@kobrekim.com

                          *Attorneys for BSI AG*