**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG, <br><br> Defendant. | Adv. Pro. No. 12-01209 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I caused the Notice of Motion to Dismiss Plaintiff's

Amended Complaint, the Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended

1

Complaint, the Declaration of Paul A. Kanellopoulos, the Declaration of Massimo Antonini, the Declaration of Andrea Russi, the Notice of Hearing on Motion to Dismiss Plaintiff's Amended Complaint, and all exhibits thereto, to be served on all counsel of record in the above-captioned adversary proceeding through the Court's electronic case filing system.

Dated: June 24, 2022
      New York, New York

Respectfully Submitted,

*/s/ Adam M. Lavine*

**KOBRE & KIM LLP**
Zachary D. Rosenbaum
Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*