**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01004 (CGM) |
| Plaintiff, | |
| v. | |
| FULLERTON CAPITAL PTE LTD., | |
| Defendant. | |

**STIPULATION AND ORDER TO AMEND**
**BRIEFING SCHEDULE AND ADJOURN ARGUMENT DATE**

**WHEREAS,** on December 13, 2021, the Court entered a stipulation and order that set a briefing schedule for Fullerton Capital PTE Ltd.'s ("Defendant") motion to dismiss the Trustee's Complaint (the "Motion"), ECF No. 102;

**WHEREAS,** on March 18, 2022, Defendant filed the Motion, ECF Nos. 104–105, and on May 18, 2022, the Trustee opposed the Motion, ECF Nos. 108–109;

**WHEREAS,** the parties have agreed to an extension of the deadline to file a reply in further support of the Motion; and

**WHEREAS,** the parties have agreed to request that the hearing to consider the Motion be adjourned from July 13, 2022 to October 19, 2022, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and **SO ORDERED**, by the Court that:

1.    Defendant will submit its reply in further support of its Motion on or before July 8, 2022.

2.    The hearing to consider Defendant's Motion will be adjourned from July 13, 2022, to October 19, 2022, at 10:00 a.m. (prevailing Eastern time).

Dated: June 16, 2022
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Kent A. Yalowitz*
250 West 55th Street
New York, New York 10019
Telephone: 212.836.8000
Facsimile: 212.836.8689
Kent A. Yalowitz
Email: kent.yalowitz@arnoldporter.com
Daniel Bernstein
Email: daniel.bernstein@arnoldporter.com

*Attorneys for Defendant Fullerton Capital PTE Ltd.*

**SO ORDERED.**



**Dated: June 27, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**