**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>               Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>               Plaintiff,<br>  v.<br><br>ASB BANK CORP.,<br><br>               Defendant. | Adv. Pro. No. 11-02730 (CGM) |

## STIPULATION AND ORDER TO AMEND
## BRIEFING SCHEDULE AND ADJOURN ARGUMENT DATE

**WHEREAS,** on December 27, 2021, the Court entered a stipulation and order that set a briefing schedule for ASB Bank Corp's ("Defendant") motion to dismiss the Trustee's Complaint (the "Motion"), ECF No. 103;

**WHEREAS,** on March 25, 2022, Defendant filed the Motion, ECF Nos. 105–106, and on May 24, 2022, the Trustee opposed the Motion, ECF Nos. 110–111;

**WHEREAS,** the parties have agreed to an extension of the deadline to file a reply in further support of the Motion; and

**WHEREAS,** the parties have agreed to request that the hearing to consider the Motion be adjourned from August 10, 2022 to October 19, 2022, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and **SO ORDERED**, by the Court that:

1. Defendant will submit its reply in further support of its Motion on or before July 14, 2022.

2. The hearing to consider Defendant's Motion will be adjourned from August 10, 2022, to October 19, 2022, at 10:00 a.m. (prevailing Eastern time).

Dated: June 16, 2022
New York, New York

| **BAKER & HOSTETLER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| By: */s/ Torello H. Calvani* | By: */s/ Rosa J. Evergreen* |
| 45 Rockefeller Plaza | 601 Massachusetts Ave., NW |
| New York, New York 10111 | Washington, DC 20001-3743 |
| Telephone: 212.589.4200 | Telephone: 202.942.5000 |
| Facsimile: 212.589.4201 | Facsimile: 202.942.5999 |
| David J. Sheehan | Scott B. Schreiber |
| Email: dsheehan@bakerlaw.com | Email: scott.schreiber@arnoldporter.com |
| Torello H. Calvani | Rosa J. Evergreen |
| Email: tcalvani@bakerlaw.com | Email: rosa.evergreen@arnoldporter.com |
| Heather R. Wlodek | |
| Email: hwlodek@bakerlaw.com | *Attorneys for Defendant ASB Bank Corp.* |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: June 27, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**