**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01677 (CGM) |
| Plaintiff, | |
| v. | |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor | |

| | |
|---|---|
| Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (*f/k/a* Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF;<br><br>                                  Defendants. | |

## **STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, on the one hand, and defendants Societe Generale Private Banking (Suisse) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; Socgen Nominees (UK) Limited; Lyxor Asset Management Inc. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG Audace Alternatif (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI Equilibrium Fund (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; Lyxor Premium Fund (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; Societe Generale S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; Societe Generale Luxembourg (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA Alpha Palmares (*f/k/a* Oval Alpha Palmares); Oval Palmares Europlus; and UMR Select Alternatif (collectively, the "Moving

2

Defendants," and together with the Trustee, the "Parties"), on the other, by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 19, 2022, a scheduling Stipulation and Order was entered by this Court (ECF No. 134);

**WHEREAS**, on April 29, 2022, the Moving Defendants filed two separate Motions to Dismiss the complaint filed in this action, Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y. May 30, 2012), ECF No. 1, as amended by stipulation and order entered on April 18, 2022, ECF No. 133 (ECF Nos. 139-42, 143-45);

**WHEREAS**, the Trustee is to file any oppositions to the Moving Defendants' motions to dismiss on or before June 28, 2022, and seeks to combine those oppositions;

**WHEREAS**, the Moving Defendants are to file any reply briefs on or before July 28, 2022, and seek a one-month extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1.) On or before June 28, 2022, the Trustee will file one collective brief in opposition to the two pending motions to dismiss not to exceed 55 pages.

2.) The Moving Defendants are to file any reply briefs on or before August 26, 2022.

3.) This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
June 20, 2022

**WINDELS MARX LANE & MITTENDORF, LLP**

By: ___/s/ Howard L. Simon_____
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC and
for the Chapter 7 Estate of Bernard L. Madoff*

**ALLEGAERT BERGER & VOGEL LLP**

By: ___/s/ John F. Zulack_____
John F. Zulack (jzulack@abv.com)
111 Broadway, 20th Floor
New York, NY 10006
Tel: (212) 571-0550
Fax: (212) 571-0550

*Attorneys for Societe Generale Private Banking
(Suisse) S.A., individually and as successor in interest
to Societe Generale Private Banking (Lugano-Svizzera)
S.A., Socgen Nominees (UK) Limited, Lyxor Asset
Management Inc., SG Audace Alternatif, now acting by
and through its manager, Lyxor Asset Management
S.A.S., SGAM AI Equilibrium Fund, now acting by and
through its liquidator, KPMG Advisory Sarl, Lyxor
Premium Fund, now acting by and through its trustee,
Societe Generale S.A., Societe Generale S.A., as
Trustee for Lyxor Premium Fund and Successor in
Interest to Banque de Reescompte et de Placement a/k/a
Barep and to Societe Generale Asset Management
Banque d/b/a Barep, and Societe Generale Luxembourg*

4

**MAYER BROWN LLP**

By: ___/s/ Christopher J. Houpt_____
Steven Wolowitz (swolowitz@mayerbrown.com)
Christopher J. Houpt (chompt@mayerbrown.com)
Bradley A. Cohen (bacohen@mayerbrown.com)
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500

*Attorneys for Societe Generale Private Banking (Suisse) S.A., individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A., Socgen Nominees (UK) Limited, Lyxor Asset Management Inc., SG Audace Alternatif, now acting by and through its manager, Lyxor Asset Management S.A.S., SGAM AI Equilibrium Fund, now acting by and through its liquidator, KPMG Advisory Sarl, Lyxor Premium Fund, now acting by and through its trustee, Societe Generale S.A., Societe Generale S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep, and Societe Generale Luxembourg*

**BOND, SCHOENECK & KING, PLLC**

By: ___/s/ Brian J. Butler_____
Brian J. Butler (bbutler@bsk.com)
One Lincoln Center
110 West Fayette Street
Syracuse, NY 13202-1355
Tel: (315) 218-8000
Fax: (315) 218-8100

*Attorneys for OFI MGA Alpha Palmares, Oval Palmares Europlus, and UMR Select Alternatif*

**SO ORDERED.**

**Dated: June 27, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**