# EXHIBIT 16

LIONBRIDGE

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached document.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 9th day of July, 2021.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor New York, NY 10001 +1.212.631.7432

**Agreement**

**Which was executed and signed in Jerusalem**

**On the 22nd of the month of April in the year of 1999**

**Between:** **The Yeshayahu Horowitz Association (Registered Association)**
Of 11 Alphasi Street
Jerusalem
Which will hereinafter be called – "**The Association**"

**On the one hand**

**And between:** **The Research and Development Authority of the Hebrew University of Jerusalem**
Of 2 Keren Ha'Yesod Street
Tara Center Building
Jerusalem
Which will hereinafter be called – "**The University**"

**On the other hand**

**Whereas**: And the Association is interested in promoting practical scientific research in Israel in all fields;

**And whereas**: And the University has established a subsidiary company by the name of Yissum, the Development and Research Company of the Hebrew University of Jerusalem (hereinafter: "Yissum").

**And whereas:** And Yissum is wholly owned and controlled by the University, and it has been established for the purpose of developing discoveries, which are the fruit of research conducted by the University's employees and also with the objective of instituting business initiatives with industrial and investment and commercial bodies for the discoveries and the developments that are the fruit of university research and to provide property protection for those developments and discoveries;

**And whereas:** And Yissum has made an approach to the Association, through the University, with a request to receive a research grant;

**And whereas:** And the University's approach accords with the Association's wishes to develop a revolving fund, which will support scientific research, whilst maintaining the possibility of increasing the Association's resources in the event that the right to any monies whatsoever may sprout from the research works.

**And whereas:** And an agreement was signed between the parties on January 30, 1995, pursuant to which the Association has made an amount of $3,000,000 available to the University for a period of three years;

**And whereas:** At the end of the abovementioned three years, Yissum has made an approach to the Association, through the University, with a request to continue the period of the grant for an additional three years;

**And whereas:** And the Association is prepared to continue to support Yissum by providing an additional multi-year grant to the University, for promoting the parties joint objectives;

**And whereas:** And the parties are interested in arranging the mutual relationship in a written agreement;

**Accordingly it has been declared, made conditional and agreed between the parties, as follows:**

**General**

1. The introduction to this appendix constitutes a main and integral part hereof and shall be read together with its contents.

**The research proposals**

2. A. This agreement will begin on November 5, 1998, and it will continue for a period of 3 years until November 4, 2001, (hereinafter: "**The period of the grant**").

   B. Subject to what is stated in this agreement, the Association will make an amount of $1,250,000 (one million two hundred and fifty thousand US Dollars) available to the University in each year in the period of the grant (hereinafter: "**The annual grant**"); and a total amount of 3,750,000 (three million seven hundred and fifty thousand US Dollars) (hereinafter: "**The multi-annual grant**").

   C. The grant will be made available by the Association for the University at the following times and rates:

      1. After the Association has checked and approved the research proposal, as set forth in Section 4 below, 40% of the grant that has been approved for that proposal will be made available to the University by the Association.

      2. The balance of 60% will be made available to the University by the Association in accordance with the University's demand in reliance on a report on the progress of the research.

   D. The University shall confirm the receipt of the payment in writing and shall issue a receipt to the Association for each payment.

   E. It is declared and agreed that, if in the course of each year of the period of the grant, the University does not utilize the full amount of the annual grant, the unutilized balance will be carried forward to the following year.

   F. The University declares that the grant is designated for practical scientific research within the framework of Yissum.

   G. The Association declares and confirms that it is aware that the custom in the University is to designate up to 20% (twenty percent) of the amount of the grant for overhead.

   The University and Yissum declare and agree that the overhead rate, for both of them together, shall not exceed 20% of the amount of the research grant.

**The research proposals**

3. A. During the course of each year of the period of the grant, the University shall submit a detailed list of the research proposals, which in Yissum's proposal are appropriate for practical scientific research, and which have not yet reach the commercialization stage, or if they have reached such a stage it finds that the University and/or Yissum do not have a contractual or other commitment vis-à-vis any third party whatsoever, through Yissum.

   B. Every proposal shall include, inter alia, the following items (hereinafter: "**The research proposal**"):

   (1) The subject of the research.

   (2) An exact description of the research process up to the proposal stage.

   (3) The resources that are required to continue the research from the perspective of manpower, equipment and similar.

   (4) A detailed work plan, which includes estimated timetables for the completion of the practical scientific research.

   (5) Background material and scientific literature, if and to the extent that it exists.

   (6) A list of the names of the researchers including the lead researcher.

   (7) The overall cost of the research, by the sections thereof.

   (8) Calculations regarding the commercial feasibility of the research.

4. A. The Association will examine the research proposal, by means of whoever may be appointed by it from time to time, as an examination committee (jury), and it will notify the University, through Yissum, no later than three months from the time of the receipt of the research proposal, whether the research proposal is appropriate for financial support from its perspective.

   B. The examination that is stated in sub-section A above, shall be done in coordination with the University and/or Yissum or with whoever may be appointed on their behalf.

   C. If the University and/or Yissum give notice that the person who has been appointed to the examination committee by the Association is or may be a scientific or commercial competitor, it shall have the right to refuse to enable his participation, in order to prevent the exposure of information regarding the research.

   D. The parties, after the examination that is mentioned above, will determine which research proposals are worthy of support by the Association.

   E. If the parties have been unable to reach agreement whether or not a particular research proposal is worthy of support, the Association's position shall be decisive.

5. It is declared and agreed explicitly that the making available of the grant, which is set forth in Section 2 above, is conditional upon the parties' joint examination commitment approving the performance of the research works by the University and/or Yissum, the overall cost of which is at least the amount of the annual grant, i.e., an amount of one million two hundred and fifty thousand dollars.

6. It is declared and agreed between the parties that subject to the decisions of the joint examination committee, as stated in section 4 above, the Association will designate additional budget, in addition to the abovementioned overhead rate, out of the monies from the grant, for the registration of patents, market research and patent protection, for research works that have been approved and which have made progress to the satisfaction of the parties.

**Reports and audit**

7. The University shall pass a scientific and financial report to the Association through Yissum, sixty days after the end of each research year (hereinafter: "**The annual report**"). The report will include the following matters, inter alia:

   (1) The name and subject of the research.

   (2) An abbreviated description of the course and the progress of the research from the stage at which the Association approved the grant for that research.

   (3) Details of publications that have been made in respect of the research.

   (4) The existence of intellectual properties rights or other rights in relation to the research.

   (5) Details on contacts and/or commitments with commercial companies relating to the research.

   (6) In the event that the research has not met the targets that were set in the research proposal, as set forth in Section 2 above, details on the non-meeting of those targets.

8. The Association shall be entitled, operating through whoever may be appointed to act on its behalf, to conduct an audit in the place where the research is being conducted, in coordination of whoever is leading the research and with the University and/or Yissum.

   In the event that the University and/or Yissum may give notification that the person who has been appointed by the Association to conduct the audit is, or may be, a scientific or commercial competitor, it shall have the right to refuse to enable his visit, in order to prevent the exposure of information regarding the research.

9. The University and Yissum commit to preserve the confidentiality of this Agreement's contents, with everything associated with the scope of contribution the Association gave according to this.

10. The Association undertakes to safeguard secrets of any type, the extent and the content of the research.

**The fruits of the research**

11. It is declared and agreed that all of the intellectual property rights, which may derive from the research or which may be the result thereof shall belong to the University. In the event that a patent is registered in respect of the research or a finding or a trade market or copyrights, the registration shall be made in the University's or in Yissum's name.

12. It is declared and agreed explicitly that if, as a result of the research, a monetary right which derives or which may derive directly or indirectly from any know-how, process, technique of method that has been developed and/or which may be developed from the monies from the research grant that the University has received from the Association, including from royalties which shall arise for the University and/or for Yissum, that monetary right shall be divided between the University and/or Yissum and the Association, as set forth below.

    A. The distribution shall be made out of the first moneys that will be received from the said right at a rate of 50% of each receipt that may be received by the University and/or Yissum up to the level of ten times the amount of the grant that has been given by the Association for the research, from which that monetary right derives.

    B. In order to remove doubt, it is declared and agreed that the duty to distribute, which is stated in this section, is placed upon the University and/or Yissum whether or not the Association has demanded the distribution.

13. The University and/or Yissum shall make efforts to make a commitment under a concession agreement with a commercial company relating to know-how that is connected to the research works for which the University and/or Yissum have received the research grant.

    In the event that the University and/or Yissum may make such an agreement with a commercial company, they shall transfer 50% (fifty percent) of any consideration that may be received pursuant to the terms of the agreement, from every payment, including advances and/or royalties, to the Association, as stated in Section 10.

14. If the University and/or Yissum make a research agreement and/or a concession with a commercial company in connection with research and/or the results of the research, a research grant that may be received from the commercial company shall be used for the expansion of the research by the University and the Association shall not be entitled to receive any part whatsoever from the research grant, and on condition that the receipts from the grant shall actually be used for a particular research work from those that have been funded by the Association.

    Without detracting from the aforesaid, the Association shall receive 50% (fifty percent) of any other consideration that may be received by the University and/or Yissum from the concession holder, up to the ceiling that is set forth in Section 12(A) above.

15. The University and/or Yissum shall transfer every payment to the Association, which is due to it, within 30 (thirty) days from the day on which each amount is received from the concession holder.

16. If the University and/or Yissum may breach the provisions of this agreement and do not repair the breach within 90 days from the day on which they have been required to do so by the Association in writing, the Association shall be entitled to discontinue the continuation of the multi-annual grant, from the time of the actual breach and thereafter.

**Sundry**

17. The University and Yissum commit to note the Association's contribution in all publications associated with studies supported by the Association.

    The manner of the publicity and the extent thereof shall be coordinated in advance between the University and/or Yissum and the Association.

18. The parties' addresses for the purpose of this agreement shall be as set forth in the introduction to this agreement.

    Any notification that has been sent by one of the parties to the other by registered post to the address that is mentioned above, shall be deemed to have reached its destination on the passage of 5 days from the time that it is sent.

**And as evidence hereof, the parties have signed below:**

| | [signatures] |
|---|---|
| **The Yeshayahu Horowitz Association** | **The Hebrew University of Jerusalem** |

I the undersigned, Yair Green, Adv., confirm hereby that Professor Henry Atlan and Ms. Ayala Nahir are authorized signatories on behalf of the Association and that their signature binds the Association for all intents and purposes.

I the undersigned, Adv. Pepo Yarkirvitz, confirm hereby that *Ilan Tat* and *Moshe* [illegible, possibly "Vigdor"] and are authorized signatories on behalf of the University and that their signature binds the University for all intents and purposes.

| | [signature] |
|---|---|
| **Adv. Yair Green** | **Adv. Pepi Yakirvitz** |

We have read the appendix and we agree to all of Yissum's commitments pursuant to it and we undertake directly vis-à-vis the Association with all of the commitment that Yissum has taken upon itself relating to us directly or indirectly.

[signature]

**Yissum, the Development and Research Company of the Hebrew University of Jerusalem**

r:\rq-qtx~ישום - ישעיה הורוביץ - (הסכמים)

[r:\rq-qtx-Yissum - Yeshayahu Horowitz - (documents)]

Pg 9 of 28

YESHAYA0049715.0007

# **ה ס כ ם**

**שנערך ונחתם בירושלים**

**ביום 22 לחודש אפריל בשנת 1999**

ב י ן: **עמותת ישעיה הורוויץ (עמותה רשומה)**
מרחוב אלפסי 11
ירושלים
אשר תקרא להלן - "**העמותה**"

**מצד אחד**

ל ב י ן: **הרשות למחקר ופיתוח של האוניברסיטה העברית בירושלים**
מרחוב קרן היסוד 2
בנין טרה סנטה
ירושלים
אשר תיקרא להלן "**האוניברסיטה**"

**מצד שני**

**והואיל** והעמותה מעוניינית לקדם מחקר מדעי - שימושי בישראל בכל התחומים;

**והואיל** והאוניברסיטה הקימה חברת בת בשם "יישום חברה לפיתוח המחקר של האוניברסיטה העברית בירושלים" **(להלן: "יישום")**;

**והואיל** ויישום נמצאת בבעלותה ובשליטתה המלאה של האוניברסיטה, והוקמה במטרה לפתח המצאות, פרי מחקריהם של עובדי האוניברסיטה וכן במטרה לנקוט יוזמות עסקיות עם גורמי תעשיה והשקעה ומסחור של המצאות ופיתוחים פרי המחקר האוניברסיטאי וליתן הגנה קניינית לפיתוחים והמצאות אלו;

**והואיל** ויישום פנתה, באמצעות האוניברסיטה, לעמותה בבקשה לקבל מענק מחקר;

**והואיל** ופנייתה של האוניברסיטה עולה בקנה אחד עם רצונה של העמותה לפתח קרן מתחדשת (Revolving Fund) אשר תתמוך במחקר המדעי תוך קיום אפשרות להגדלת ההון במידה ומהמחקרים תצמח זכות כספית כלשהיא.

**והואיל** ובין הצדדים נחתם ביום 30.1.95 הסכם לפיו העמותה העמידה לרשות האוניברסיטה סך של 3,000,000 $ במשך תקופה של שלוש שנים;

**והואיל** ובתום שלוש השנים האמורות לעיל פנתה יישום באמצעות האוניברסיטה לעמותה בבקשה להמשיך את תקופת המענק לשלוש שנים נוספות;

**והואיל** והעמותה מוכנה להמשיך לתמוך ביישום על ידי מתן מענק רב שנתי נוסף, להאוניברסיטה, לקידום מטרותיהם המשותפות של הצדדים;

**והואיל** והצדדים מעוניינים להסדיר את יחסיהם אהדדי בהסכם בכתב;

**לפיכך הוצהר הותנה והוסכם בין הצדדים כדלקמן:**

**<u>כללי</u>**

1. המבוא להסכם זה מהווה חלק עיקרי ובלתי נפרד הימנו ויקרא בכפיפה אחת עם תוכנו.

**<u>מענק המחקר</u>**

2. א. תחילתו של הסכם זה תהיה ביום 5.11.98 והוא ימשך במשך 3 שנים דהיינו עד ליום 4.11.2001 (להלן: **"תקופת המענק"**).

ב. בכפוף לאמור בהסכם זה, תעמיד העמותה לרשות האוניברסיטה סך של 1,250,000 $ (מליון מאתים וחמישים אלף דולר של ארה"ב) בכל שנה בתקופת המענק (להלן: **"המענק שנתי"**); ובסך הכל סך של 3,750,000 $ (שלושה מיליון שבע מאות וחמישים אלף דולר של ארצות הברית) (להלן: **"המענק הרב שנתי"**).

ג. המענק יועמד על ידי העמותה לרשות האוניברסיטה במועדים ובשעורים הבאים:

1. לאחר שהעמותה בדקה ואישרה הצעת מחקר, כמפורט בסעיף 4 להלן, יועמדו על ידי העמותה לרשות האוניברסיטה 40% מהמענק שאושר לגבי אותה הצעה.

2. יתרת 60% תועמד על ידי העמותה לרשות האוניברסיטה לפי דרישת האוניברסיטה המסתמכת על דו"ח התקדמות המחקר.

ד. האוניברסיטה תאשר קבלת כל תשלום בכתב ותוציא לעמותה קבלה בגין כל תשלום.

ה. מוצהר ומוסכם כי אם במהלך כל שנה בתקופת המענק, לא תנצל האוניברסיטה את מלוא המענק השנתי, תועבר היתרה הבלתי מנוצלת, לשנה שלאחריה.

ו. האוניברסיטה מצהירה כי המענק מיועד למחקר מדעי-שימושי במסגרת יישום.

ז. העמותה מצהירה ומאשרת כי ידוע לה שנהוג באוניברסיטה לייחד עד 20% (עשרים אחוזים) מסכום המענק לתקורה (OVERHEAD).

האוניברסיטה ויישום מצהירות ומסכימות כי שיעור התקורה, של שתיהן ביחד, לא יעלה על 20% מסך מענק המחקר.

**<u>הצעות המחקר</u>**

3. א. במהלך כל שנה מתקופת המענק, תגיש האוניברסיטה לעמותה, באמצעות יישום, רשימה מפורטת של הצעות מחקר אשר לדעת יישום ראויים למחקר מדעי שימושי, ואשר טרם הגיעו לשלב של מסחור; או אם הגיעו לשלב כאמור הוא מוצה ואין לאוניברסיטה ו/או ליישום התחיבות חוזית או אחרת כלפי צד שלישי כלשהוא.

ב. כל הצעה תכלול, בין היתר, את הפרטים הבאים (להלן: "**הצעת המחקר**"):

(1) נושא המחקר.

(2) תיאור מדויק של מהלך המחקר עד לשלב ההצעה.

(3) המשאבים הדרושים להמשך המחקר מבחינת כח אדם, ציוד וכדומה.

(4) תוכנית עבודה מפורטת הכוללת לוח זמנים משוער לסיום המחקר המדעי - יישומי.

(5) חומר רקע וספרות מדעית, אם ועד כמה שקיימים.

(6) רשימה שמית של החוקרים לרבות העומד בראש המחקר.

(7) העלות הכוללת של המחקר, לפי סעיפיו.

(8) חישובי כדאיות מסחרית של המחקר.

4. א. העמותה תבחן, באמצעות מי שימונה על ידה מפעם לפעם כוועדת בחינה (JURY), את הצעת המחקר ותודיע לאוניברסיטה, באמצעות יישום, לא יאוחר משלשה חודשים מעת קבלת הצעת המחקר, אם הצעת המחקר ראויה בעיניה לתמיכה כספית.

ב. הבחינה האמורה בסעיף קטן א' לעיל, תעשה בתאום עם האוניברסיטה ו/או יישום או עם מי שנתמנה מטעמן.

ג. במידה והאוניברסיטה ו/או יישום יודיעו, כי מי שמינתה העמותה לועדת הבחינה הינו, או עלול להיות, מתחרה מדעי או מסחרי, תעמוד לה הזכות לסרב לאפשר את השתתפותו, לשם מניעת חשיפת מידע אודות המחקר.

ד. הצדדים יקבעו במשותף, לאחר הבחינה הנזכרת לעיל, איזה הצעות מחקר ראויות לתמיכה על ידי העמותה.

ה. לא עלה בידי הצדדים להגיע להסכמה אם הצעת מחקר מסוימת ראויה לתמיכה אם לא, תהא עמדת העמותה מכרעת.

5. מוצהר ומוסכם במפורש כי העמדת המענק המפורט בסעיף 2 לעיל, מותנה בכך שועדת הבחינה המשותפת של הצדדים תאשר ביצוע מחקרים על ידי האוניברסיטה ו/או יישום אשר עלותם הכוללת הינה לפחות בסכום המענק השנתי, דהיינו סכום של מיליון ומאתים חמישים אלף דולר לשנה.

6. מוצהר ומוסכם בין הצדדים כי, בכפוף להחלטות ועדת הבחינה האמורה בסעיף 4 לעיל, תייחד העמותה, מתוך כספי המענק, תקציבים נוספים, בנוסף לשיעור התקורה האמורים לעיל, לבדיקת רישומי פטנטים, מחקרי שוק, והגנה על פטנטים, למחקרים שאושרו ואשר התקדמו לשביעות רצונם של הצדדים.

__דו"חות וביקורת__

7. האוניברסיטה תעביר לעמותה, באמצעות יישום, דו"ח מדעי וכספי, שישים יום לאחר גמר כל שנת מחקר (להלן: **"הדו"ח השנתי"**) הדו"ח יכלול בין השאר את הפרטים הבאים:

(1) שם ונושא המחקר.

(2) תיאור תמציתי של מהלך והתקדמות המחקר מהשלב בו העמותה אישרה את המענק לאותו מחקר.

(3) פירוט פירסומים שנערכו לגבי המחקר.

(4) קיומם של זכויות קניין רוחני או זכויות אחרות בנוגע למחקר.

(5) פרטים על מגעים ו/או התקשרויות עם חברות מסחריות בנוגע למחקר.

(6) במידה והמחקר לא עמד ביעדים שנקבעו בהצעת המחקר כמפורט בסעיף 2 לעיל, פרטים על אי עמידת המחקר ביעדים אלו.

8. העמותה תהיה רשאית לבקר, באמצעות מי שימונה על ידה, במקום עריכת המחקר, בתיאום עם מי שיעמוד בראש המחקר ועם האוניברסיטה ו/או יישום.

במידה והאוניברסיטה ו/או יישום יודיעו, כי מי שמינתה העמותה לבקר הינו, או עלול להיות, מתחרה מדעי או מסחרי, תעמוד לה הזכות לסרב לאפשר את ביקורו, לשם מניעת חשיפת מידע אודות המחקר.

9. האוניברסיטה ויישום מתחייבות לשמור בסודיות תוכן הסכם זה, בכל הנוגע להיקף התרומה שתרמה העמותה על פיו.

10. העמותה מתחייבת לשמור בסודיות את סוג, היקף ותוכן המחקרים.

YESHAYA0049718
08-01789-cgm Doc 21802-1 Filed 06/27/22 Entered 06/27/22 16:10:00 Exhibit 16
Pg 13 of 28
YESHAYA0049715.0011

**פירות המחקר**

.11 מוצהר ומוסכם כי כל זכויות הקניין הרוחני אשר ינבעו מהמחקר או יהיו תוצאה שלו יהיו של האוניברסיטה. במידה וירשם לגבי המחקר פטנט או המצאה או סימן מסחר או זכויות יוצרים, יעשה הריישום על שם האוניברסיטה או יישום.

.12 מוצהר ומוסכם במפורש כי אם, כתוצאה מהמחקר תיווצר לאוניברסיטה ו/או ליישום זכות כספית אשר נובעת או תנבע, במישרין או בעקיפין מכל ידע, תהליך, טכניקה, או שיטה שפותחו ו/או יפותחו מכספי מענק המחקר שקיבלה האוניברסיטה מהעמותה, לרבות מתמלוגים, תחולק אותה זכות כספית בין האוניברסיטה ו/או יישום לבין העמותה כמפורט להלן:

א. החלוקה תעשה מתוך כספים ראשונים אשר יתקבלו מהזכות האמורה בשיעור של 50% מכל תקבול אשר יתקבל על ידי האוניברסיטה ו/או יישום עד לגובה של פי עשר מגובה המענק אשר ניתן על ידי העמותה למחקר ממנו נבעה אותה זכות כספית.

ב. למען הסר ספק מוצהר ומוסכם כי חובת החלוקה האמורה בסעיף זה מוטלת על האוניברסיטה ו/או יישום בין אם העמותה דרשה את החלוקה בין אם לאו.

.13 האוניברסיטה ו/או יישום תעשנה מאמצים להתקשר בהסכם זיכיון עם חברה מסחרית בנוגע לידע שקשור למחקרים שעבורם קיבלו האוניברסיטה ו/או יישום את מענק המחקר.

במידה והאוניברסיטה ו/או יישום תכרותנה הסכם עם חברה מסחרית כאמור, הן יעבירו לעמותה 50% (חמישים אחוזים) מכל תמורה שתתקבל לפי תנאי ההסכם, מכל תשלום כולל מקדמות ו/או תמלוגים כאמור בסעיף 12 לעיל.

.14 במידה והאוניברסיטה ו/או יישום תכרותנה הסכם מחקר ו/או זיכיון עם חברה מסחרית בקשר לידע הקשור למחקר ו/או לתוצאות המחקר, מענק מחקר שיתקבל מהחברה המסחרית ישמש להרחבת המחקר על ידי האוניברסיטה והעמותה לא תהא זכאית לקבל חלק כלשהו ממענק המחקר, ובלבד שהתקבולים מהמענק ישמשו בפועל למחקר מסוים מבין אלו שנתמכו על ידי העמותה.

מבלי לפגוע באמור לעיל, העמותה תקבל 50% (חמישים אחוזים) מכל תמורה אחרת שתתקבל על ידי האוניברסיטה ו/או יישום מבעל הזיכיון, עד לתקרה כמפורט בסעיף 12 (א) לעיל.

.15 האוניברסיטה ו/או יישום תעברנה לעמותה כל תשלום המגיע לה בתוך 30 (שלושים) יום מקבלת כל סכום מבעל הזיכיון.

.16 אם תפרנה האוניברסיטה ו/או יישום הוראות הסכם זה ולא תתקנה את ההפרה תוך 90 יום מיום שנדרשו לעשות כן בכתב על ידי העמותה, תהיה העמותה רשאית להפסיק את המשך המענק הרב שנתי, ממועד ההפרה בפועל, ואילך.

**שונות**

17. האוניברסיטה ויישום מתחייבות לציין בכל פרסום הקשור למחקר אשר נתמך על ידי העמותה את תרומת העמותה למחקר.

אופן הפרסום והיקפו יתואם מראש בין האוניברסיטה ו/או יישום ובין העמותה.

18. כתובות הצדדים לצורך הסכם זה יהיו כמפורט במבוא להסכם זה.

כל הודעה שנשלחה על ידי אחד הצדדים למשנהו בדואר רשום לכתובת הנזכרת לעיל תראה כאילו הגיעה לתעודתה בחלוף 5 ימים ממשלוחה.

**ולראיה באו הצדדים על החתום במקום ובמועד הנקובים ראשונה לעיל:**

עמותת ישעיה הורוויץ
YESHAYA HOROWITZ ASC.
Redacted
מס' עמותה 3237

עמותת ישעיה הורוויץ

האוניברסיטה העברית בירושלים

אני הח"מ, יאיר גרין עו"ד מאשר בזאת כי פרופסור הנרי אטלן והגברת איילה נהיר הינם מורשי חתימה מטעם העמותה וכי חתימתם מחייבת את העמותה לכל דבר ועניין.

אני הח"מ, פפי יקירביץ עו"ד מאשרת בזאת כי ______________ ______הינם מורשי חתימה מטעם האוניברסיטה וכי חתימתם מחייבת את האוניברסיטה לכל דבר ועניין.

יאיר גרין, עו"ד

פפי יקירביץ , עו"ד

קראנו את ההסכם ואנו מסכימים לכל התחייבויות יישום על פיו ומתחייבים ישירות כלפי העמותה בכל ההתחייבויות שנטלה על עצמה יישום, ככל שהתחייבויות אלו נוגעות לנו במישרין או בעקיפין.

יישום חברה לפיתוח המחקר של האוניברסיטה העברית בירושלים

(הסכמים) - ישעיה הורוויץ - ישום r:\rg-qtx~1\

Pg 16 of 28

LIONBRIDGE

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached document.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 23rd day of June, 2021.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor New York, NY 10001 +1.212.631.7432

YESHAYA0050286.C0001

# Agreement

**Written and signed in Jerusalem**

**On this day, 12 of the month of May, in the year 2004**

Between: Yeshaya Horowitz Association (Registered Association) of 11 Alfasi Street, Jerusalem Hereinafter - **"the Association"**

**on the first part**

And between: The Research and Development Authority of the Hebrew University of Jerusalem
Givat Ram
Jerusalem
Hereinafter - **"the University"**

on the second part

**Whereas** The Association is interested in promoting useful scientific research in all fields in Israel;

**And whereas** The University established a subsidiary called Yissum Research Development Company of The Hebrew University of Jerusalem (hereinafter: **"Yissum");**

**And whereas** Yissum is wholly owned and controlled by the University, and was established for the purpose of developing inventions, the fruit of research by University employees and for the purpose of undertaking business initiatives with industry and investment and commercialization of inventions and developments of University research and providing intellectual protection for these developments and inventions;

**And whereas** Yissum applied, through the University, to the Association for a research grant;

**And whereas** The University's application conforms with the Association's wish to develop a revolving fund that will support scientific research while maintaining the option of increasing capital in the event that any financial right arises from the research;

**And whereas** In **1999,** the Parties signed an agreement according to which the Association made available to the University a total of **$3,750,000** for a period of three years;

**And whereas** At the end of the aforesaid three years, Yissum, through the University. applied to the Association to extend the Grant Period for an additional three years under the terms and in the amount to be set forth hereinbelow;

**And whereas** The Association is prepared to continue to support Yissum by providing the University an additional multiyear grant, to further the common goals of the Parties;

**And whereas** The Parties with to regulate their mutual relationship in a written Agreement;

**It is therefore declared conditioned and agreed between the Parties as follows:**

__General__

1. The preamble to this Agreement constitutes a principal and integral part thereof and shall be read in conjunction with its contents.

__Research Grant__

2. -

a. This Agreement shall commence on 01/12/2007 and shall last for three years through **30/04/2007** (hereinafter: **"the Grant Period").**

b. Subject to the provisions hereunder, the Association shall make available to the University a total of **$1,000,000** (one million USD) each year during the Grant Period (hereinafter: **"Annual Grant");** for a total of $**3,000,000** (three million USD) (hereinafter: **"the Multiyear Grant").**

c. The grant will be made available by the Association to the University at the following dates and rates:

1. After the Association has examined and approved the research proposals, as set forth in section 4 hereinbelow, 25% will be made available by the Association to the University from the approved grant for the same offer.

2. The 75% balance shall be made available by the Association to the University at the request of the University, which relies on progress reports documenting the progress of the research.

d. The University shall approve the receipt of every payment in writing and shall issue a receipt to the Association for each payment.

e. It is declared and agreed that if, during each year of the Grant Period, the University does not utilize the full Annual Grant, the unutilized balance shall be transferred to the following year.

f. The University declares that the grant is intended for scientific-applied research as part of Yissum.

g. The Association declares and confirms that it is aware that it is customary by the University to set aside up to 20% (twenty percent) of the amount of the grant to cover overhead.

The University and Yissum declare and agree that the joint overhead rate shall not exceed 20% of the total of the Research Grant.

h. To dispel doubt, it is hereby agreed and declared that no advance payment from the grant money shall be made for Seed Money.

i. The University and Yissum declare that the grant funds shall not be used to pay any salary or other funding (reimbursement of expenses, etc.) to the chief researcher.

Foreign travel expenses with respect to with the research shall be paid from the grant money only after receiving prior written approval by the Association.

<u>Research proposals</u>

3. a. During each year of the Grant Period, Yissum shall, through the University, submit an application to the Association, a detailed list of research proposals which Yissum considers worthy of useful scientific research, and which have not yet reached the commercialization stage; or if they have reached said stage, it is exhausted and the University and/or Yissum do not have a contractual or other obligation towards any third party.

b. Each offer will include, *inter alia*, the following details: **("the Research Proposal").**

**(1)** Research topic.

**(2)** An accurate description of the course of the research up to the stage of the proposal.

**(3)** The resources needed for further research in terms of manpower, equipment and the like.

**(4)** A detailed work plan that includes an estimated schedule for completing the scientific – applied research.

**(5)** Background material and scientific literature, if and to the extent that it exists.

**(6)** A list of the researchers' names, including the chief researcher.

**(7)** The total cost of the research and its sections.

**(8)** Commercial feasibility calculations of the study.

4. a. The Association shall examine the Research Proposal and notify Yissum, through the University, no later than three months from the receipt of the Research Proposal, if, in its opinion, the Research Proposal is eligible for financial support.

b. The research referred to in subsection A hereinabove, shall be conducted in coordination with the University and/or Yissum or with a person appointed on their behalf.

c. The Parties shall jointly determine, following the aforesaid examination, which research proposals are worthy of support by the Association.

d. If the Parties are unable to agree on whether or not a particular research proposal deserves support, the position of the Association will be the deciding one.

**Reports and audits**

5. Yissum shall, through the University, submit to the Association a scientific and financial report, sixty days after the end of each year of research. (hereinafter: **"the Annual Report").** The report will include the following details:

**(1)** Name and subject of the study.

**(2)** A concise description of the course of the research and the progress of the research from the stage when the Association approved the grant for that research.

**(3)** Details of publications made regarding the study.

**(4)** Existence of intellectual property rights or other rights regarding the research.

**(5)** Details of contacts and/or contracts with commercial companies regarding research.

**(6)** If the study did not meet the objectives set out in the research proposal as specified in the section **2** hereinabove, state the non-compliance of the research with these objectives.

6. The Association may visit, through the person that it appoints, the place of where the research is being conducted, in coordination with the chief researcher and the University and/or Yissum.

If the University and/or Yissum announce that the person appointed by the Association to visit is, or may be, a scientific or commercial competitor, they shall have the right to refuse to allow his visit, in order to prevent the disclosure of information about the research.

7. The University and Yissum undertake to keep the contents of this agreement confidential, with respect to the scope of the contribution made that the Association states that it has made.

8. The Association undertakes to keep the type, the scope and content of the research confidential.

**Research details**

9. It is declared and agreed that all intellectual property rights derived from the research or the result thereof shall belong to the University. If a patent or invention or trademark or copyright is registered with respect to the research, the registration will be made in the name of the University or Yissum.

10. It is expressly declared and agreed that if, as a result of the research, the University and/or Yissum acquire a financial right that is directly or indirectly from any knowledge, process, technique, or method developed and/or will be developed from the Research Grant received from the Association, including royalties, the financial right shall be distributed between the University and/or Yissum and the Association as set forth hereinbelow:

a. The distribution shall be made from initial funds which shall be received from said right at the rate of **50%** of any receipt that will be received by the University and/or Yissum up to ten times the amount of the grant awarded by the Association for the research from which the same monetary right was derived.

b. To dispel doubt, it is declared and agreed that the distribution obligation referred to in this section rests with the University and/or Yissum, whether or not the Association demanded the distribution.

c. Subject to the fulfillment of the terms of this Agreement by the University and Yissum, the Association shall donate to the University all the amounts that the University and/or Yissum reimburses it from the commercialization proceeds of the research pursuant to this Agreement.

The terms hereunder shall apply to the donation of the commercialization proceeds of research to the University, with the required modifications.

11. The University and/or Yissum shall strive to enter into a franchise agreement with a commercial company regarding knowledge with respect to research for which the University and/or Yissum received the Research Grant.

If the University and/or Yissum draw up an agreement with said commercial company, they shall transfer to the Association 50% (fifty percent) of any consideration received pursuant to the terms of the agreement, from any payment, including advances and/or royalties as set forth in section 10 hereinabove.

12. If the University and/or the Yissum draw up a research agreement and/or franchise with a commercial company with regarding knowledge with respect to the research and/or the results of the research, a research grant received from the commercial company shall be used to expand the research by the University and the Association shall not be entitled to any part of the research grant, provided that the receipts from the grant shall be used in practice for a specific research of those supported by the Association.

Without derogating from the aforesaid, the Association shall receive 50% (fifty percent) from any other consideration received by the University and/or Yissum from the franchisee, capped as set forth the section 10 (A) above.

13. The University and/or Yissum shall transfer to the Association any payment accruing it within 30 (thirty) days from the day it receives any amount from the franchisee.

14. If the University and/or Yissum breaches the provisions hereunder and does not remedy the violation within 90 days from the date required to do so in writing by the Association, the Association shall have the right to discontinue the Multiyear Grant, from the date of the actual breach, onwards.

**Miscellaneous**

15. The University and Yissum undertake to cite the contribution of the Association to the research in every publication related to the research which is supported by the Association.

The method of publication and its scope shall be coordinated in advance between the University and/or Yissum and the Association.

16. a. In any case of disagreement between the Parties with respect to or derived from this Agreement, the dispute will be brought to the decision of an arbitrator whose decision will bind the Parties.

b. The Parties appoint the person who shall serve as the President of the Academy of Sciences to serve as an arbitrator between them. If the person who serves as President of the Academy of Sciences is unable or unwilling to serve as an arbitrator between the Parties, another member of the Academy of Sciences who is not on the faculty of the University shall serve as the arbitrator.

c. The signing of this Agreement by the parties is the same as the signing of a submission deed as meant by the Arbitration Law, 5728-1968..

17. The addresses of the parties for the purpose of this Agreement shall be as set forth in the preamble of this Agreement.

Any notification sent by one of the Parties to the other by registered mail to the address set forth hereinabove shall be considered as reaching its address within five of delivery.

**In witness whereof the Parties sign at the time and location first set forth hereinabove**

**[stamp and signature]** — Yeshaya Horowitz Association

**[stamp and signature]** — The Hebrew University of Jerusalem

[stamp and signature]
Yeshaya Horowitz Asc.
Association no. Redacted 6323
Yeshaya Horowitz Asc

[stamp and signature]
The Hebrew University of Jerusalem

I, the undersigned, Anat Tal, Adv. hereby confirm that Moshe Vigdor and Pepi Yakiravich are the authorized signatories on behalf of the University and that their signatures are binding on the University for all intents and purposes

[stamp and signature]
Anat Tal, Adv.
License no. 17526
Hebrew University Legal Office
Mt. Scopus, Jerusalem

I, the undersigned, Yair Green, Adv. hereby confirm that Prof. Henry Atlan and Ms. Ayala Nahir are the authorized signatories on behalf of the Association and that their signatures are binding on the Association for all intents and purposes.

[stamp and signature]
**Yair Green Advocate and Notary**
24 Rambam St., Jerusalem 92422, P.O. Box 9820
Tel. 02-5618820 fax: 02-5666665
15 Abba Hillel Silver St., Ramt Gan 52522
Tel. 03-7514980 fax: 03-5754820

We have read the Agreement and we agree to all the obligations of Yissum thereunder and undertake directly towards the Association all the obligations that Yissum has undertaken, if these obligations relate to us directly or indirectly.

[stamp and signature]
Yissum Research Development Company
of The Hebrew University of Jerusalem

I, the undersigned, Adv.___________ hereby confirm that _______________ are authorized signatories on behalf of Yissum Research Development Company The Hebrew University of Jerusalem and that their signature is binding on Yissum for all intents and purposes.

_____________, Adv.

# **הסכם**

**שנערך ונחתם בירושלים**

**ביום 12 לחודש [illegible] בשנת 2004**

ב י ן: **עמותת ישעיה הורוויץ (עמותה רשומה)**
מרחוב אלפסי 11
ירושלים
אשר תקרא להלן - "**העמותה**"

**מצד אחד**

ל ב י ן: **הרשות למחקר ופיתוח של האוניברסיטה העברית בירושלים**
האוניברסיטה העברית
גבעת רם
ירושלים
אשר תיקרא להלן "**האוניברסיטה**"

**מצד שני**

**והואיל** והעמותה מעוניינית לקדם מחקר מדעי - שימושי בישראל בכל התחומים;

**והואיל** והאוניברסיטה הקימה חברת בת בשם "יישום חברה לפיתוח המחקר של האוניברסיטה העברית בירושלים" (**להלן: "יישום"**);

**והואיל** ויישום נמצאת בבעלותה ובשליטתה המלאה של האוניברסיטה, והוקמה במטרה לפתח המצאות, פרי מחקריהם של עובדי האוניברסיטה וכן במטרה לנקוט יוזמות עסקיות עם גורמי תעשיה והשקעה ומסחור של המצאות ופיתוחים פרי המחקר האוניברסיטאי וליתן הגנה קניינית לפיתוחים והמצאות אלו;

**והואיל** ויישום פנתה, באמצעות האוניברסיטה, לעמותה בבקשה לקבל מענק מחקר;

**והואיל** ופנייתה של האוניברסיטה עולה בקנה אחד עם רצונה של העמותה לפתח קרן מתחדשת (Revolving Fund) אשר תתמוך במחקר המדעי תוך קיום אפשרות להגדלת ההון במידה ומהמחקרים תצמח זכות כספית כלשהיא.

**והואיל** ובין הצדדים נחתם בשנת 1999 הסכם לפיו העמותה העמידה לרשות האוניברסיטה סך של 3,750,000 $ במשך תקופה של שלוש שנים;

**והואיל** ובתום שלוש השנים האמורות לעיל פנתה יישום באמצעות האוניברסיטה לעמותה בבקשה להמשיך את תקופת המענק לשלוש שנים נוספות בתנאים ובסך שיקבעו להלן;

**והואיל** והעמותה מוכנה להמשיך לתמוך ביישום על ידי מתן מענק רב שנתי נוסף, לאוניברסיטה, לקידום מטרותיהם המשותפות של הצדדים;

**והואיל** והצדדים מעוניינים להסדיר את יחסיהם אהדדי בהסכם בכתב;

**לפיכך הוצהר הותנה והוסכם בין הצדדים כדלקמן:**

**כללי**

1. המבוא להסכם זה מהווה חלק עיקרי ובלתי נפרד הימנו ויקרא בכפיפה אחת עם תוכנו.

**מענק המחקר**

2. א. תחילתו של הסכם זה תהיה ביום 01/05/2004 והוא ימשך במשך 3 שנים עד ליום 30/04/2007 (להלן: **"תקופת המענק"**).

ב. בכפוף לאמור בהסכם זה, תעמיד העמותה לרשות האוניברסיטה סך של 1,000,000 $ (מליון דולר של ארה"ב) בכל שנה בתקופת המענק (להלן: **"המענק שנתי"**); ובסך הכל סך של 3,000,000 $ (שלושה מיליון דולר של ארצות הברית) (להלן: **"המענק הרב שנתי"**).

ג. המענק יועמד על ידי העמותה לרשות האוניברסיטה במועדים ובשעורים הבאים:

1. לאחר שהעמותה בדקה ואישרה הצעות מחקר, כמפורט בסעיף 4 להלן, יועמדו על ידי העמותה לרשות האוניברסיטה 25% מהמענק שאושר לגבי אותה הצעה.

2. יתרת 75% תועמד על ידי העמותה לרשות האוניברסיטה לפי דרישת האוניברסיטה המסתמכת על דו"חות כספיים המתעדים התקדמות המחקר.

ד. האוניברסיטה תאשר קבלת כל תשלום בכתב ותוציא לעמותה קבלה בגין כל תשלום.

ה. מוצהר ומוסכם כי אם במהלך כל שנה בתקופת המענק, לא תנצל האוניברסיטה את מלוא המענק השנתי, תועבר היתרה הבלתי מנוצלת, לשנה שלאחריה.

ו. האוניברסיטה מצהירה כי המענק מיועד למחקר מדעי-שימושי במסגרת יישום.

ז. העמותה מצהירה ומאשרת כי ידוע לה שנהוג באוניברסיטה לייחד עד 20% (עשרים אחוזים) מסכום המענק לתקורה (OVERHEAD).

האוניברסיטה ויישום מצהירות ומסכימות כי שיעור התקורה, של שתיהן ביחד, לא יעלה על 20% מסך מענק המחקר.

ח. למען הסר ספק, מוסכם ומוצהר בזאת כי לא תתבצע כל הקצבה מראש ל - Seed Money מתוך כספי המענק.

ט. האוניברסיטה ויישום מצהירים בזאת כי לא ייעשה כל שימוש כלשהו בכספי המענק לתשלום משכורת או מימון אחר כלשהו (החזר הוצאות וכיו"ב) לחוקר הראשי.

הוצאות נסיעות לחו"ל בקשר עם המחקר ישולמו מתוך כספי המענק רק לאחר קבלת אישור העמותה מראש ובכתב.

**הצעות המחקר**

3. א. במהלך כל שנה מתקופת המענק, תגיש יישום לעמותה, באמצעות האוניברסיטה, רשימה מפורטת של הצעות מחקר אשר לדעת יישום ראויים למחקר מדעי שימושי, ואשר טרם הגיעו לשלב של מסחור; או אם הגיעו לשלב כאמור הוא מוצה ואין לאוניברסיטה ו/או ליישום התחיבות חוזית או אחרת כלפי צד שלישי כלשהוא.

ב. כל הצעה תכלול, בין היתר, את הפרטים הבאים (להלן: "**הצעת המחקר**"):

(1) נושא המחקר.

(2) תיאור מדויק של מהלך המחקר עד לשלב ההצעה.

(3) המשאבים הדרושים להמשך המחקר מבחינת כח אדם, ציוד וכדומה.

(4) תוכנית עבודה מפורטת הכוללת לוח זמנים משוער לסיום המחקר המדעי - יישומי.

(5) חומר רקע וספרות מדעית, אם ועד כמה שקיימים.

(6) רשימה שמית של החוקרים לרבות העומד בראש המחקר.

(7) העלות הכוללת של המחקר, לפי סעיפיו.

(8) חישובי כדאיות מסחרית של המחקר.

4. א. העמותה תבחן את הצעת המחקר ותודיע ליישום, באמצעות האוניברסיטה, לא יאוחר משלשה חודשים מעת קבלת הצעת המחקר, אם הצעת המחקר ראויה בעיניה לתמיכה כספית.

ב. הבחינה האמורה בסעיף קטן א' לעיל, תעשה בתאום עם האוניברסיטה ו/או יישום או עם מי שנתמנה מטעמן.

ג. הצדדים יקבעו במשותף, לאחר הבחינה הנזכרת לעיל, איזה הצעות מחקר ראויות לתמיכה על ידי העמותה.

ד. לא עלה בידי הצדדים להגיע להסכמה אם הצעת מחקר מסוימת ראויה לתמיכה אם לא, תהא עמדת העמותה מכרעת.

**<u>דו"חות וביקורת</u>**

5. יישום תעביר לעמותה, באמצעות האוניברסיטה, דו"ח מדעי וכספי, שישים יום לאחר גמר כל שנת מחקר (להלן: **"הדו"ח השנתי"**) הדו"ח יכלול בין השאר את הפרטים הבאים:

(1) שם ונושא המחקר.

(2) תיאור תמציתי של מהלך והתקדמות המחקר מהשלב בו העמותה אישרה את המענק לאותו מחקר.

(3) פירוט פירסומים שנערכו לגבי המחקר.

(4) קיומם של זכויות קניין רוחני או זכויות אחרות בנוגע למחקר.

(5) פרטים על מגעים ו/או התקשרויות עם חברות מסחריות בנוגע למחקר.

(6) במידה והמחקר לא עמד ביעדים שנקבעו בהצעת המחקר כמפורט בסעיף 2 לעיל, פרטים על אי עמידת המחקר ביעדים אלו.

6. העמותה תהיה רשאית לבקר, באמצעות מי שימונה על ידה, במקום עריכת המחקר, בתיאום עם מי שיעמוד בראש המחקר ועם האוניברסיטה ו/או יישום.

במידה והאוניברסיטה ו/או יישום יודיעו, כי מי שמינתה העמותה לבקר הינו, או עלול להיות, מתחרה מדעי או מסחרי, תעמוד לה הזכות לסרב לאפשר את ביקורו, לשם מניעת חשיפת מידע אודות המחקר.

7. האוניברסיטה ויישום מתחייבות לשמור בסודיות תוכן הסכם זה, בכל הנוגע להיקף התרומה שתרמה העמותה על פיו.

8. העמותה מתחייבת לשמור בסודיות את סוג, היקף ותוכן המחקרים.

**<u>פירות המחקר</u>**

9. מוצהר ומוסכם כי כל זכויות הקניין הרוחני אשר ינבעו מהמחקר או יהיו תוצאה שלו יהיו של האוניברסיטה. במידה וירשם לגבי המחקר פטנט או המצאה או סימן מסחר או זכויות יוצרים, יעשה הריישום על שם האוניברסיטה או יישום.

10. מוצהר ומוסכם במפורש כי אם, כתוצאה מהמחקר תיווצר לאוניברסיטה ו/או ליישום זכות כספית אשר נובעת או תנבע, במישרין או בעקיפין מכל ידע, תהליך, טכניקה, או שיטה שפותחו ו/או יפותחו מכספי מענק המחקר שקיבלה האוניברסיטה מהעמותה, לרבות מתמלוגים, תחולק אותה זכות כספית בין האוניברסיטה ו/או יישום לבין העמותה כמפורט להלן:

א. החלוקה תעשה מתוך כספים ראשונים אשר יתקבלו מהזכות האמורה בשיעור של 50% מכל תקבול אשר יתקבל על ידי האוניברסיטה ו/או יישום עד לגובה של פי עשר מגובה המענק אשר ניתן על ידי העמותה למחקר ממנו נבעה אותה זכות כספית.

א.כ.

YESHAYA0050289
YESHAYA0050286.0010

ב. למען הסר ספק מוצהר ומוסכם כי חובת החלוקה האמורה בסעיף זה מוטלת על האוניברסיטה ו/או יישום בין אם העמותה דרשה את החלוקה בין אם לאו.

ג. בכפוף למילוי תנאי הסכם זה על ידי האוניברסיטה ויישום, העמותה תתרום לאוניברסיטה את כל הסכומים שהושבו לה על ידי האוניברסיטה ו/או על ידי יישום כפירות מסחור המחקר על פי הסכם זה.

על תרומת העמותה את פירות מסחור המחקר לאוניברסיטה יחולו תנאי הסכם זה בשינויים המחויבים.

11. האוניברסיטה ו/או יישום תעשנה מאמצים להתקשר בהסכם זיכיון עם חברה מסחרית בנוגע לידע שקשור למחקרים שעבורם קיבלו האוניברסיטה ו/או יישום את מענק המחקר.

במידה והאוניברסיטה ו/או יישום תכרותנה הסכם עם חברה מסחרית כאמור, הן יעבירו לעמותה 50% (חמישים אחוזים) מכל תמורה שתתקבל לפי תנאי ההסכם, מכל תשלום כולל מקדמות ו/או תמלוגים כאמור בסעיף 10 לעיל.

12. במידה והאוניברסיטה ו/או יישום תכרותנה הסכם מחקר ו/או זיכיון עם חברה מסחרית בקשר לידע הקשור למחקר ו/או לתוצאות המחקר, מענק מחקר שיתקבל מהחברה המסחרית ישמש להרחבת המחקר על ידי האוניברסיטה והעמותה לא תהא זכאית לקבל חלק כלשהו ממענק המחקר, ובלבד שהתקבולים מהמענק ישמשו בפועל למחקר מסוים מבין אלו שנתמכו על ידי העמותה.

מבלי לפגוע באמור לעיל, העמותה תקבל 50% (חמישים אחוזים) מכל תמורה אחרת שתתקבל על ידי האוניברסיטה ו/או יישום מבעל הזיכיון, עד לתקרה כמפורט בסעיף 10 (א) לעיל.

13. האוניברסיטה ו/או יישום תעברנה לעמותה כל תשלום המגיע לה בתוך 30 (שלושים) יום מקבלת כל סכום מבעל הזיכיון.

14. אם תפרנה האוניברסיטה ו/או יישום הוראות הסכם זה ולא תתקנה את ההפרה תוך 90 יום מיום שנדרשו לעשות כן בכתב על ידי העמותה, תהיה העמותה רשאית להפסיק את המשך המענק הרב שנתי, ממועד ההפרה בפועל, ואילך.

**<u>שונות</u>**

15. האוניברסיטה ויישום מתחייבות לציין בכל פרסום הקשור למחקר אשר נתמך על ידי העמותה את תרומת העמותה למחקר.

אופן הפרסום והיקפו יתואם מראש בין האוניברסיטה ו/או יישום ובין העמותה.

16. א. בכל מקרה של חילוקי דעות בין הצדדים בכל הנוגע להסכם זה או הנובע הימנו, תובא המחלוקת להכרעת בורר שהחלטתו תחייב את הצדדים.

ב. הצדדים ממנים כבורר את מי שישמש בתפקיד נשיא מכון ויצמן למדע.

אם מי שישמש בתפקיד נשיא מכון ויצמן למדע לא יוכל או לא ירצה לשמש כבורר בין הצדדים, ימונה הבורר על ידי מי שיכהן בתפקיד נשיא האקדמיה למדעים .

ג. חתימת הצדדים על הסכם זה כמוה כחתימה על שטר בוררין כמשמעותו בחוק הבוררות תשכ"ח-1968.

17. כתובות הצדדים לצורך הסכם זה יהיו כמפורט במבוא להסכם זה.

כל הודעה שנשלחה על ידי אחד הצדדים למשנהו בדואר רשום לכתובת הנזכרת לעיל תראה כאילו הגיעה לתעודתה בחלוף 5 ימים ממשלוחה.

**ולראיה באו הצדדים על החתום במקום ובמועד הנקובים ראשונה לעיל:**

עמותת ישעיה הורוויץ
YESHAYA HOROWITZ ASC.
מס' עמותה 6323 Redacted

עמותת הורוויץ

האוניברסיטה העברית בירושלים

אני החי"מ, יאיר גרין עו"ד מאשר בזאת כי פרופסור הנרי אטלן והגברת איילה נהיר הינם מורשי חתימה מטעם העמותה וכי חתימתם מחייבת את העמותה לכל דבר ועניין.

יאיר גרין, עורך-דין ונוטריון
מ.ר. 5592
רח' רמב"ן 24 ירושלים 92422 ת.ד. 7820
טל' 02-5618620 פקס 02-5666665
רחוב אבא הלל 12, רמת גן 52522
טל' 03-7514080 פקס 03-5754820
יאיר גרין, עו"ד

אני החי"מ, [signature] עו"ד מאשר/ת בזאת כי [handwritten] הינם מורשי חתימה מטעם האוניברסיטה וכי חתימתם מחייבת את האוניברסיטה לכל דבר ועניין.

[stamp] עו"ד
מ.ר. 17596
הלשכה המשפטית
האוניברסיטה העברית
הר הצופים, ירושלים

קראנו את ההסכם ואנו מסכימים לכל התחייבויות יישום על פיו ומתחייבים ישירות כלפי העמותה בכל ההתחייבויות שנטלה על עצמה יישום, ככל שהתחייבויות אלו נוגעות לנו במישרין או בעקיפין.

יישום חברה לפיתוח המחקר של האוניברסיטה העברית בירושלים

אני החי"מ, __________ עו"ד מאשר/ת בזאת כי __________ __________ הינם מורשי חתימה מטעם יישום חברה לפיתוח המחקר של האוניברסיטה העברית בירושלים וכי חתימתם מחייבת את יישום לכל דבר ועניין.

__________

__________, עו"ד