# EXHIBIT 33



STATE OF NEW YORK )
                  )
                  )   ss
                  )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached document with Bates Nos. YESHAYA0045124–YESHAYA0045126.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 8th day of June, 20 22.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

YESHAYA0045124.C0001

# YESHAYA HOROWITZ ASSOCIATION RA

### Minutes 56/2008

### General Assembly of the Association
### Held at the Association's offices on 11 Alfasi St.
### On July 3, 2008

**Participants:** Prof. Henri Atlan, Chairman.

Prof. Hanoch Gutfreund, Prof. Ilan Chet, Prof. Yaron Cohen, Mrs. Ayala Nahir, Prof. Bracha Rager.

Dr. Rafi Hofstein, Hadasit Director-General

Adv. Yair Green, the Association's legal advisor.

**Agenda:**

1. Technology transfer - Hadasit's appeal under the current framework - with Dr. Rafi Hofstein present
2. Approval for telephone survey - technology transfer Weizmann Institute of Science (9 projects at a total sum of $884,910) and RAMOT, Tel Aviv University (10 projects at a total sum $885,000).
3. Discussion on technology transfer.
4. The Center for Complexity Science - presenting the lineup of the audit committee for the center's operations in accordance with the Association's decision dated February 20, 2008.
5. The Center for Complexity Science - approval of budget following Prof. Atlan and Adv. Yair Green's meeting (Association decision dated April 3, 2008).
6. Laser Optometry Center, budget amendment. Including - the agreement with Hadassah, the Hebrew University and the Weizmann Institute of Science (Association decision dated April 3, 2008, $1,329,500 instead of $1,262,000 due to increased overhead).
7. Haifa University's request for support for two programs. Under the Neurobiology and Ethology department and the Scientific School of Marine Science - a total sum of $595,000 - attached materials.
8. Appeals for support for the benefit of society.
   - Bar-Ilan - legal clinics.
   - Education for Excellence.
   - Hadarim Program
   - Museum of Science in the Arab sector.
   - Israeli Chamber Orchestra
   - Kav Zinuk (http://www.zinuk.org.il/home.asp?lang=he)

# YESHAYA HOROWITZ ASSOCIATION RA

9. Miscellaneous:
    1. Approval of the 2007 balance sheet.
    2. Approval of the accountant's salary for 2007.
    3. Appointment the accountant for 2008.
    4. Appointment of the governing council.
    5. Appointment of the audit committee.
    6. Appointment of authorized signatories.
    7. Payroll cost for 2007.
    8. Change in the Association's regulations.
    9. Appeal for support of Laser Optometry Center.
    10. Ben-Gurion University's appeal for establishing Center for Infectious Diseases and Translational Vaccine Research.
    11. Miscellaneous:
        a. Appeal for support of allergy convention.
        b. Discussion on budget of the Center for Complexity Science.
        c. Procedure of royalty refund to institutions under technology transfer program.

### Discussion and decisions

1. The 2007 financial reports were presented to the Association members and discussed by them. The Association members approve the financial reports after the audit committee reviewed them and recommended that they be approved.

2. The salary of CPA Maurice Azulay for 2007 was approved at NIS 34,000 + VAT.

3. The Association members are reappointing Maurice Azulai as the Association's accountant for 2008.

4. The Association members are renewing the appointment of Prof. Henri Atlan ID Redacted 5366 and Prof. Hanoch Gutfreund ID Redacted 3732 as the Association's governing council for 2008 and are adding Mrs. Ayala Nahir ID Redacted 9788, the Association's treasurer, as a signatory in addition to one of the Association board members.

5. The Association members are renewing the appointment of Prof. Yaron Cohen ID Redacted 741-6 and Prof. Amnon Caspi ID Redacted 8417 as the Association's audit committee for 2008.

6. The Association's authorized signatories will be two out of the following three: Prof. Henri Atlan ID Redacted 5366, Prof. Hanoch Gutfreund ID Redacted 373-2, Mrs. Ayala Nahir ID Redacted 9788.

7. The salary cost of Mrs. Ayala Nahir for 2007 is NIS 372,212.
   The salary cost of Mrs. Ruth Rosing for 2007 is NIS 134,713.
   The salary cost of Mrs. Gili Fucht for 2007 is MIS 146,266.
   The survivor's benefits of Mrs. Ruth Amir for 2007 is NIS 156,000.

8. The Association members discussed a change in the association's original regulations. Separate minutes will be submitted to the Association Registrar.

9. The mutual appeal of Prof Eithan Galun of Hadassah Medical Center, Prof. Aaron Lewis of the Hebrew University and Prof. Yaron Silberberg of the Weizmann Institute of Science, for support for the Laser Optometry Center at a sum of $1,262,000 not including overhead of no more than 10%, for
   a three-year period was discussed.

11 Alfasi st., Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
[Bilingual text]

YESHAYA0045125

**YESHAYA0045124.0002**

# YESHAYA HOROWITZ ASSOCIATION RA

After a discussion, it was decided to approve the request, subject to signing an agreement drafted by Adv. Yair Green, the Association's legal advisor.

10. Ben-Gurion University's appeal for establishing the Center for Infectious Diseases and Translational Vaccine Research for a total sum of $2,500,000 was discussed.
    After a discussion, it was decided to approve the request on the condition that:
    a. The Association's funding will be provided through a budgetary addition given to IVRI and intended for Ben-Gurion University. IVRI will appoint representatives on its behalf for overseeing the center's establishment and its operations.
    b. An agreement is signed as drafted by Adv. Yair Green, the Association's legal advisor.

11. Miscellaneous:
    a. The appeal by Prof. Ronit Sagi-Eisenberg of Tel Aviv University to support the Mast Cell Network towards Systems Biology of Allergic and Inflammatory Disease Convention at a sum of $15,000 was discussed.
       After a discussion, it was decided to approve this request in principle subject to the approval of the chairman of the Center for Complexity Science.
       Additionally, it was decided that requests for support of conventions may be submitted only through the Association's centers.
    b. Prof. Eithan Galun's letter regarding the Center for Complexity Science's budget for 2008 was discussed.
       After a discussion, it was decided to hold a meeting between Prof Eithan Galun, Prof. Henri Atlan and Adv. Yair Green in order to clarify the center's needs for 2008.
    c. The procedure of refund of royalties received under the technology transfer program was discussed.
       After a discussion it was decided: 1/3 of the incoming royalties will be added every year to the budget of said institute under the technology transfer program.

_____
Prof. Henri Atlan, board member                              Ayala Nahir, treasurer

I, the undersigned, Yair Green, the Association's legal advisor, hereby confirm that the above decisions were made according to the association's regulations.

_____
Adv. Yair Green

11 Alfasi st., Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
[Bilingual text]

YESHAYA0045126

YESHAYA0045124.0003

YESHAYA0045124.0004

# עמותת ישעיה הורוויץ (ע.ר.)
## YESHAYA HOROWITZ ASSOCIATION

פרוטוקול 56/2008

אסיפה כללית של העמותה
שהתקיימה במשרד העמותה ברח' אלפסי 11
בתאריך 3 ביולי 2008

**משתתפים:** פרופ' הנרי אטלן יו"ר.
פרופ' חנוך גוטפרוינד, פרופ' אילן חת, פרופ' ירון כהן, גב' איילה נהיר, פרופ' ברכה רגר.
ד"ר רפי הופשטיין, מנכ"ל הדסית.

עו"ד יאיר גרין, היועץ המשפטי של העמותה.

**על סדר היום:**

1. העברת טכנולוגיות –פניית הדסית במסגרת הקיימת– בנוכחות ד"ר רפי הופשטיין

2. אישור למשאל טלפוני –העברת טכנולוגיות מכון ויצמן למדע (9 פרוייקטים בסכום כולל של $884,910) ורמות, אוניברסיטת תל-אביב (10 פרוייקטים בסכום כולל של $885,000).

3. דיון בנושא העברת טכנולוגיות.

4. המרכז למדע המורכבות - הצגת הרכב ועדת בדיקה לפעילות המרכז בהתאם להחלטת עמותה מה- 20 בפברואר 2008.

5. המרכז למדע המורכבות – אישור תקציב בהמשך לפגישת פרופ' אטלן ועו"ד יאיר גרין (החלטת עמותה מתאריך 3 באפריל 2008).

6. מרכז לייזר באופטומטריה , תיקון תקציב. כולל - הסכם הדסה, האוניברסיטה העברית ומכון ויצמן למדע (החלטת עמותה מתאריך ה- 3 באפריל 2008, $1,329,500 במקום $1,262,000 בגלל תוספת תקורה).

7. בקשת אוניברסיטת חיפה לתמיכה בשתי תכניות. במסגרת החוג לנוירוביולוגיה ואתולוגיה וביה"ס המדעי למדעי הים – סכום כולל של $595,000 - חומר מצ"ב.

8. פניות לתמיכה בנושא תועלת החברה.

   - בר-אילן – קליניקות ייעוץ משפטי.
   - חינוך פסגות.
   - תכנית הדריי"ם
   - מוזיאון למדע במגזר הערבי.
   - תזמורת הקאמרטה הישראלית .
   - קו הזינוק (http://www.zinuk.org.il/home.asp?lang=he).

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 077-7669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611893, Fax 077-7669188

YESHAYA0045124
YESHAYA0045124.0005

9. שונות

1. אישור המאזן לשנת 2007.
2. אישור שכרו של רואה חשבון לשנת 2007.
3. מינוי רואה חשבון לשנת 2008.
4. מינוי ועד מנהל.
5. מינוי ועדת ביקורת.
6. מינוי מורשי חתימה.
7. עלות משכורות לשנת 2007.
8. שינוי בתקנון העמותה.
9. פנייה לתמיכה במרכז לייזר באופטומטריה.
10. פניית אוני׳ בן-גוריון להקמת Center for Infectious Diseases and Translational Vaccine Research.
11. שונות:
   א. פנייה לתמיכה בכנס בנושא אלרגיות.
   ב. דיון בנושא תקציב המרכז למדע המורכבות.
   ג. נוהל החזרת תמלוגים למוסדות במסגרת התכנית להעברת טכנולוגיות.

## דיון והחלטות

1) הדו״חות הכספיים לשנת 2007 הוצגו בפני חברי העמותה ונידונו על ידם. חברי העמותה מאשרים את הדו״חות הכספיים לאחר שועדת הביקורת בדקה אותם והמליצה לאשרם.

2) אושר שכרו של רו״ח מוריס אזולאי לשנת 2007 בסכום של 34,000 ₪ + מע״מ.

3) חברי העמותה מחדשים את מינויו של מוריס אזולאי לרואה חשבון של העמותה לשנת 2008.

4) חברי העמותה מחדשים את מינוים של פרופ׳ הנרי אטלן ת.ז. 5366 Redacted ופרופ׳ חנוך גוטפרוינד ת.ז. 3732 Redacted, לשמש כועד מנהל של העמותה לשנת 2008 ומוסיפים את גב׳ איילה נהיר ת.ז 9788 Redacted, גזברית העמותה, כחותמת בנוסף לאחד מחברי ועד העמותה.

5) חברי העמותה מחדשים את מינוים של פרופ׳ ירון כהן ת.ז. 6-741 Redacted, ופרופ׳ אמנון כספי ת.ז. 8417 Redacted לשמש כועדת ביקורת של העמותה לשנת 2008.

6) מורשי החתימה של העמותה יהיו שניים מתוך שלושת הבאים: פרופ׳ הנרי אטלן ת.ז. 5366 Redacted, פרופ׳ חנוך גוטפרוינד ת.ז. 2-373 Redacted, גב׳ איילה נהיר ת.ז 9788 Redacted.

7) עלות שכר לשנת 2007 לגב׳ איילה נהיר 372,212 ₪
   עלות שכר לשנת 2007 לגב׳ רות רוסינג 134,713 ₪.
   עלות שכר לשנת 2007 לגב׳ גילי פוכט 146,266 ₪.
   קצבת שארים לשנת 2007 לגב׳ רות אמיר 156,000 ₪.

8) חברי העמותה דנו בשינוי בתקנון המקורי של העמותה. יוגש פרוטוקול נפרד לרשם העמותות.

9) נידונה פנייתם המשותפת של פרופ׳ איתן גלון מבית חולים הדסה, פרופ׳ אהרון לואיס מהאוניברסיטה העברית ופרופ׳ ירון זילברברג ממכון ויצמן למדע, לתמיכה במרכז לייזר באופטומטריה בסכום של $1,262,000 לא כולל תקורה שלא תעלה 10%, לתקופה בת שלוש

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 077-7669188
Jerusalem 92302, Alfasi st.11, Tel. 02-56118936, Fax 077-7669188

YESHAYA0045125

YESHAYA0045124.0006

שנים.
לאחר דיון הוחלט לאשר את הבקשה, בכפוף לחתימת הסכם כפי שינוסח ע"י עו"ד יאיר גרין, היועץ המשפטי של העמותה.

10) נידונה פניית אוניברסיטת בן גוריון לתמיכה בהקמת Center for Infectious Diseases and Translational Vaccine Research בסכום כולל של $2,500,000.
לאחר דיון הוחלט לאשר את הבקשה כפוף ל:

א. מימון העמותה יהיה באמצעות תוספת תקציב שתינתן ל-IVRI ותיועד לאוניברסיטת בן-גוריון. IVRI ימנה נציגים מטעמו לליווי הקמת המרכז ופעילותו.

ב. חתימת הסכם כפי שינוסח ע"י עו"ד יאיר גרין, היועץ המשפטי של העמותה.

11) שונות:

א. נידונה פניית פרופ' רונית שגיא-אייזנברג מאוניברסיטת תל-אביב לתמיכה בכנס: The Mast Cell Network Towards systems biology of allergic and inflammatory disease בסכום של $15,000.
לאחר דיון הוחלט שבקשה זו מאושרת עקרונית בכפוף לאישורו של יו"ר המרכז למדע המורכבות.
כמו כן, הוחלט כי בקשות לתמיכה בכנסים יוגשו אך ורק דרך מרכזי העמותה.

ב. נידון מכתבו של פרופ' איתן גלון בנושא תקציב המרכז למדע המורכבות לשנת 2008.
לאחר דיון הוחלט לקיים פגישה בין פרופ' איתן גלון, פרופ' הנרי אטלן ועו"ד יאיר גרין בכדי להבהיר את צרכי המרכז לשנת 2008.

ג. נידון נוהל החזרת התמלוגים אשר התקבלו במסגרת התכנית להעברת טכנולוגיות. לאחר דיון הוחלט: 1/3 מסך התמלוגים אשר התקבלו יתווסף לתקציב של כל שנה מוסד אותו מוסד במסגרת התכנית להעברת טכנולוגיות.

_____
פרופ' הנרי אטלן, חבר ועד            איילה נהיר, גזברית

אני הח"מ יאיר גרין, היועץ המשפטי של העמותה, מאשר כי ההחלטות דלעיל נתקבלו בהתאם לתקנון העמותה.

_____
עו"ד יאיר גרין

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 077-7669188
Jerusalem 92302, Alfasi st.11, Tel. 02-56118936, Fax 077-7669188

YESHAYA0045126
YESHAYA0045124.0007



STATE OF NEW YORK  )
                                                )
                                                )   ss
                                                )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached document with Bates Nos. MPSYGE 00991–MPSYGE 00992.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 22 day of June, 20 22.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

MPSYGE 00991.C0001

# YESHAYA HOROWITZ ASSOCIATION (R.A)
[bilingual text]

## Minutes 55/2008

### General Meeting of the Association

### Held in the Association's Offices at 11 Alfasi Street

### On April 3, 2008

**Attendees:** Prof. Henri Atlan, Chairman
Prof. Shimon Ullman, Prof. Hanoch Gutfreund, Prof. Ilan Chet, Prof. Yaron Cohen, Prof. Amnon Caspi. Ms. Ayala Nahir
Prof. Bracha Reger.
Ms. Gili Fucht.
Morris Azulai CPA.
Adv. Yair Green, the Association's Legal Advisor.

**Agenda:**
1. The approval of the balance sheet for the year 2007.
2. The approval of the CPA'S fees for the year 2007.
3. The appointment of the CPA for the year 2008.
4. The appointment of a Management Committee.
5. The appointment of the Audit Committee.
6. The appointment of authorized signatories.
7. The cost of salaries for the year 2007.
8. A change in the Association's Articles of Association.
9. A request for support for the Center for the Use of Lasers in Optometry.
10. A request from Ben Gurion University for the construction of a Center for Infectious Diseases and Translational Vaccine Research.
11. Miscellaneous:
    A. A request for support for a conference on the subject of Allergies.
    B. A discussion regarding the issue of the budget of the Center for Complexity Science.
    C. The procedure for the return of royalties to institutions within the framework of the Program for Transfer of Technologies.

### Discussions and Decisions

1) The financial statements for the year 2007 were presented to the members of the Association and were discussed by them.

    The members of the Association approved the financial statements after the Audit Committee had checked them and had recommended that they be approved.

2) The fees of Morris Azulai CPA for the year 2007 were approved at an amount of NIS 34,000 plus VAT.

3) The members of the Association renewed the appointment of Morris Azulai as the Association's CPA for the year 2008.

4) The members of the Association renewed the appointment of Prof. Henri Atlan, I.D. Redacted 5366 and Prof. Hanoch Gutfreund I.D. Redacted 3732 to serve as the Association's Board of Directors for the year 2008 and are adding Ms. Ayala Nahir I.D. Redacted 9788, the Treasurer of the Association, as an additional signatory to one of the members of the Association's Committee.

Jerusalem 92302, Alfasi st 11, Tel. 02-5611893, Fax 077-7669188

STANDARD UNCERTIFIED TRANSLATIONS FOR INFORMATIONAL PURPOSES        MPSYGE 00991

MPSYGE 00991.0001

5) The members of the Association renewed the appointment of Prof. Yaron Cohen ID. Redacted 7416 and Prof. Amnon Caspi I.D. Redacted 8417 to serve as the Association's Audit Committee for the year 2008.

6) The Association's authorized signatories shall be two out of the following three: Prof. Henri Atlan, I.D. Redacted 5366, Prof. Hanoch Gutfreund I.D. Redacted 373-2 and Ms. Ayala Nahir I.D. Redacted 9788.

7) The cost of the salary of Ms. Ayala Nahir for the year 2008: NIS 372,212.
The cost of the salary of Ms. Ruth Rusing for the year 2008: NIS 134,713.
The cost of the salary of Ms. Gili Fucht for the year 2008: NIS 146,266.
The survivor's pension for the year 2008 for Ms. Ruth Amir: NIS 156,000.

8) The members of the Association discussed a change in the Association's original Articles of Association.
Separate minutes will be presented to the Registrar of Associations.

9) A joint request of Prof. Eitan Galon from Hadassah Hospital, Prof. Aharon Lewis from the Hebrew University and Prof. Yaron Zilberberg from the Weizmann Institute of Science, for support for the Center for the Use of Lasers in Optometry, in an amount of USD 1,262,000, exclusive of overheads, which shall not exceed 10%, for a period of three years, was discussed.
After a discussion, it was decided to approve the request, subject to the signing of an agreement as will be formulated by Adv. Yair Green, the Association's Legal Advisor.

10) A request from Ben Gurion University for support for the setting up of a Center for Infectious Diseases and Translational Vaccine Research in an overall amount of USD 2,500,000, was discussed.
After a discussion, it was decided to approve the request, subject to:
A) The Association's financing will be executed by means of an addition to the budget provided to IVRI and designated for Ben Gurion University.
IVRI will finance representatives on its behalf to accompany the setting up of the Center and its operations.
B) Signature on an agreement as will be formulated by Adv. Yair Green, the Association's Legal Advisor.

11) Miscellaneous:
A) A request by Prof. Ronit Sagi-Eisenberg from Tel-Aviv University for support for a conference: The Mast Cell Network towards Systems Biology of Allergic and Inflammatory Disease in an amount of USD 15,000, was discussed.
After a discussion, it was decided that this request is approved in principle, subject to the approval of the Chairman of the Center for Complexity Sciences.
Furthermore, it was decided that requests for support for conferences are to be presented solely and exclusively through the Association's Centers.
B) A letter from Prof. Eitan Galon regarding the subject of the budget for the Center for Complexity Sciences for the year 2008, was discussed.
After a discussion, it was decided to hold a meeting between Prof. Eitan Galon, Prof. Henri Atlan and Adv. Yair Green, in order to clarify the Center's needs for the year 2008.
C) The procedure for the refunding of royalties that have been received within the framework of the Program for Transfer of Technologies was discussed. After a discussion it was decided: 1/3 of the total of royalties that have been received are to be added to the budget of the relevant institute each year within the framework of the Program for Transfer of Technologies.

| [signature] | [signature] |
|---|---|
| Prof. Henri Atlan, Member of the Committee | Ayala Nahir, Treasurer |

I the undersigned, Yair Green, the Association's Legal Advisor, confirm that the abovementioned decisions were passed in accordance with the Association's Articles of Association.

[signature]
[stamp:] Adv. Yair Green
Adv. Yair Green
[stamp]

Jerusalem 92302, Alfasi st. 11, Tel. 02-56118936, Fax 077-7669188

STANDARD UNCERTIFIED TRANSLATIONS FOR INFORMATIONAL PURPOSES        MPSYGE 00992

MPSYGE 00991.0003

# עמותת ישעיה הורוויץ (ע.ר.)
## YESHAYA HOROWITZ ASSOCIATION

**פרוטוקול 55/2008**

אסיפה כללית של העמותה
שהתקיימה במשרד העמותה ברח' אלפסי 11
בתאריך 3 באפריל 2008

**משתתפים:** פרופ' הנרי אטלן יו"ר.
פרופ' שמעון אולמן, פרופ' חנוך גוטפרוינד, פרופ' אילן חת, פרופ' ירון כהן, פרופ' אמנון כספי, גב' איילה נהיר, פרופ' ברכה רגר
גב' גילי פוכט
רואה חשבון מוריס אזולאי.
עו"ד יאיר גרין, היועץ המשפטי של העמותה.

**על סדר היום:**
1. אישור המאזן לשנת 2007.
2. אישור שכרו של רואה חשבון לשנת 2007.
3. מינוי רואה חשבון לשנת 2008.
4. מינוי ועד מנהל.
5. מינוי ועדת ביקורת.
6. מינוי מורשי חתימה.
7. עלות משכורות לשנת 2007.
8. שינוי בתקנון העמותה.
9. פנייה לתמיכה במרכז לייזר באופטומטריה.
10. פניית אוני' בן-גוריון להקמת Center for Infectious Diseases and Translational Vaccine Research.
11. שונות:
    א. פנייה לתמיכה בכנס בנושא אלרגיות.
    ב. דיון בנושא תקציב המרכז למדע המורכבות.
    ג. נוהל החזרת תמלוגים למוסדות במסגרת התכנית להעברת טכנולוגיות.

**דיון והחלטות**

1) הדו"חות הכספיים לשנת 2007 הוצגו בפני חברי העמותה ונידונו על ידם.
חברי העמותה מאשרים את הדו"חות הכספיים לאחר שועדת הביקורת בדקה אותם והמליצה לאשרם.

2) אושר שכרו של רו"ח מוריס אזולאי לשנת 2007 בסכום של 34,000 ₪ + מע"מ.

3) חברי העמותה מחדשים את מינויו של מוריס אזולאי לרואה חשבון של העמותה לשנת 2008.

4) חברי העמותה מחדשים את מיניים של פרופ' הנרי אטלן ת.ז. 5366[Redacted] ופרופ' חנוך גוטפרוינד ת.ז. 3732[Redacted], לשמש כועד מנהל של העמותה לשנת 2008 ומוסיפים את גב' איילה נהיר ת.ז. 9788[Redacted], גזברית העמותה, כחותמת בנוסף לאחד מחברי ועד העמותה.

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 077-7669188
Jerusalem 92302, Alfasi st.11, Tel. 02-56118936, Fax 077-7669188

MPSYGE 00991

MPSYGE 00991.0004

5) חברי העמותה מחדשים את מינויים של פרופ׳ ירון כהן ת.ז. 741-6[Redacted], ופרופ׳ אמנון כספי ת.ז. 8417[Redacted] לשמש כועדת ביקורת של העמותה לשנת 2008.

6) מורשי החתימה של העמותה יהיו שנים מתוך שלושת הבאים: פרופ׳ הנרי אטלן ת.ז. 5366[Redacted], פרופ׳ חנוך גוטפרוינד ת.ז. 373-2[Redacted], גב׳ איילה נהיר ת.ז 9788[Redacted].

7) עלות שכר לשנת 2007 לגב׳ איילה נהיר 372,212 ₪
   עלות שכר לשנת 2007 לגב׳ רות רוסינג 134,713 ₪.
   עלות שכר לשנת 2007 לגב׳ גילי פוכט 146,266 ₪.
   קצבת שארים לשנת 2007 לגב׳ רות אמיר 156,000 ₪.

8) חברי העמותה דנו בשינוי בתקנון המקורי של העמותה.
   יוגש פרוטוקול נפרד לרשם העמותות.

9) נידונה פנייתם המשותפת של פרופ׳ איתן גלון מבית חולים הדסה, פרופ׳ אהרון לואיס מהאוניברסיטה העברית ופרופ׳ ירון זילברברג ממכון ויצמן למדע, לתמיכה במרכז לייזר באופטומטריה בסכום של $1,262,000 לא כולל תקורה שלא תעלה 10%, לתקופה בת שלוש שנים.
   לאחר דיון הוחלט לאשר את הבקשה, בכפוף לחתימת הסכם כפי שינוסח ע״י עו״ד יאיר גרין, היועץ המשפטי של העמותה.

10) נידונה פניית אוניברסיטת בן גוריון לתמיכה בהקמת Center for Infectious Diseases and Translational Vaccine Research בסכום כולל של $2,500,000.
    לאחר דיון הוחלט לאשר את הבקשה כפוף ל:
    א. מימון העמותה יהיה באמצעות תוספת תקציב שתינתן ל IVRI ותיועד לאוניברסיטת בן-גוריון.
       IVRI ימנה נציגים מטעמו לליווי הקמת המרכז ופעילותו.
    ב. חתימת הסכם כפי שינוסח ע״י עו״ד יאיר גרין, היועץ המשפטי של העמותה.

11) שונות:
    א. נידונה פניית פרופ׳ רונית שגיא-אייזנברג מאוניברסיטת תל-אביב לתמיכה בכנס: The Mast Cell Network Towards systems biology of allergic and inflammatory disease בסכום של $15,000.
       לאחר דיון הוחלט שבקשה זו מאושרת עקרונית בכפוף לאישורו של יו״ר המרכז למדע המורכבות.
       כמו כן, הוחלט כי בקשות לתמיכה בכנסים יוגשו אך ורק דרך מרכזי העמותה.
    ב. נידון מכתבו של פרופ׳ איתן גלון בנושא תקציב המרכז למדע המורכבות לשנת 2008.
       לאחר דיון הוחלט לקיים פגישה בין פרופ׳ איתן גלון, פרופ׳ הנרי אטלן ועו״ד יאיר גרין בכדי להבהיר את צרכי המרכז לשנת 2008.
    ג. נידון נוהל החזרת התמלוגים אשר התקבלו במסגרת התכנית להעברת טכנולוגיות. לאחר דיון הוחלט: 1/3 מסך התמלוגים אשר התקבלו יתווסף בכל שנה לתקציב של אותו מוסד במסגרת התכנית להעברת טכנולוגיות.

איילה נהיר, גזברית

פרופ׳ הנרי אטלן, חבר ועד

אני הח״מ יאיר גרין, היועץ המשפטי של העמותה, מאשר כי ההחלטות דלעיל נתקבלו בהתאם לתקנון העמותה.

עו״ד יאיר גרין

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 077-7669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611836, Fax 077-7669188