UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>Defendant. | Adv. Pro. No. 12-01002 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, a copy of the Trustee's Memorandum of Law in Opposition to the Public Institution for Social Security Motion to Strike the Declaration of Brian Song and Song Exhibits 1-13 was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages

designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: June 28, 2022
      New York, New York

By: */s/ Brian W. Song*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Brian W. Song
Email: bsong@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

2

# **SCHEDULE A**

**Defendant Counsel**

Alison T. Holdway
Joseph P. Davis
Leo Muchnik
Greenberg Traurig, LLP
Email: holdwaya@gtlaw.com
Email: davisjo@gtlaw.com
Email: muchnikl@gtlaw.com
Attorney For: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY