**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02568 (CGM) |
| Plaintiff, | |
| v. | |
| CATHAY LIFE INSURANCE CO., LTD., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, copies of the following documents were filed

electronically:

- *Trustee's Memorandum of Law in Opposition to Defendant Cathay Life Insurance Co., LTD.'S Motion to Dismiss the Complaint; and*

- *Declaration of Eric R. Fish in Support of the Trustee's Opposition to Defendant Cathay Life Insurance Co. LTD.'s Motion to Dismiss the Complaint*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: June 28, 2022
       New York, New York

By: */s/ Eric R. Fish*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
Eric R. Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Chapter 7 Estate of*
*Bernard L. Madoff*

## SCHEDULE A

---

**Defendant Counsel**

---

C. Bryce Benson
David W. Parham
Akerman LLP
Email: bryce.benson@akerman.com
Email: david.parham@akerman.com
Attorney For: CATHAY LIFE INSURANCE CO. LTD.