**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> DELTA NATIONAL BANK AND TRUST COMPANY, <br><br> Defendant. | Adv. Pro. No. 11-02551 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, a copy of the Trustee's Memorandum of Law in Opposition to Delta National Bank and Trust Company's Motion to Dismiss was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: June 28, 2022
      New York, New York

           By: */s/ Nicholas J. Cremona*
           BAKER & HOSTETLER LLP
           45 Rockefeller Plaza
           New York, New York 10111
           Telephone: 212.589.4200
           Facsimile: 212.589.4201
           Nicholas J. Cremona
           Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

2

# SCHEDULE A

**Defendant Counsel**

Emily M. Portuguese
James L. Bromley
Samantha L. Fidler
Samuel G. Darby
Sullivan & Cromwell LLP
Email: portuguesee@sullcrom.com
Email: bromleyj@sullcrom.com
Email: fidlers@sullcrom.com
Email: darbys@sullcrom.com
Attorney For: DELTA NATIONAL BANK AND TRUST COMPANY