**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY,<br><br>                Defendants. | Adv. Pro. No. 21-01190 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, a copy of the Amended Declaration of Fernando A. Bohorquez, Jr. in Support of Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss was filed electronically. Notice of this filing has been sent through the

Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: June 28, 2022
      New York, New York

By: */s/ Fernando A. Bohorquez, Jr.*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Fernando A. Bohorquez, Jr.
Email: fbohorquez@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

# **SCHEDULE A**

**Defendant Counsel**

Emil A. Kleinhaus
Michael H. Cassel
Wachtell, Lipton, Rosen & Katz
Email: EAKleinhaus@WLRK.com
Email: MHCassel@wlrk.com
Attorney For: B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd.