# EXHIBIT 1

CONFIDENTIAL

## FAIRFIELD SENTRY LIMITED
STATEMENT OF CHANGES IN NET ASSET VALUE
AS PER DECEMBER 1, 1996

| | Shareholder | Contact Person/ Agent | Shares end of prior month | Net asset value end of prior month | Capital redeemed/ subscribed | Shares redeemed/ subscribed | Net asset value beginning of current month | No. of shares beginning of current month |
|---|---|---|---|---|---|---|---|---|
| 34 | Braaten, Terje/Elsa | Raffa | 609.89 | 269,612.61 | 0.00 | | 269,612.61 | 609.89 |
| 35 | Brazil Direct Ltd. | A/PS | - | 0.00 | 10,099,998.03 | 22,847.18 | 10,099,998.03 | 22,847.18 |
| 36 | Brittany Corporation | WN | 13,824.00 | 6,111,142.50 | 0.00 | | 6,111,142.50 | 13,824.00 |
| 37 | Caio A.B. Ribeiro | WN | 160.00 | 70,730.82 | 0.00 | | 70,730.82 | 160.00 |
| 38 | Carr Allan Investment Advisors | Andres | 6,059.00 | 2,678,487.59 | 0.00 | | 2,678,487.59 | 6,059.00 |
| 39 | CBG Banking Corporation Geneva | HM | 3,518.55 | 1,555,436.95 | 0.00 | | 1,555,436.95 | 3,518.55 |
| 40 | Cerro Torre Capital Corporation | Jakurski | - | 0.00 | 3,499,999.49 | 7,917.34 | 3,499,999.49 | 7,917.34 |
| 41 | Chogori Co. c/o David Spencer | WN | 37,790.00 | 16,705,734.60 | 0.00 | | 16,705,734.60 | 37,790.00 |
| 42 | Citco Global Custody N.V. | | 116.15 | 51,346.15 | 0.00 | | 51,346.15 | 116.15 |
| 43 | Citco Global Custody N.V.(Banque Hoffman) | Klein | - | 0.00 | 129,998.82 | 294.07 | 129,998.82 | 294.07 |
| 44 | Citco Global Custody ref DLS | Cornelis/Andres | 2,297.72 | 1,015,747.57 | 276,500.02 | 625.47 | 1,292,247.59 | 2,923.19 |
| 45 | Clime International Ltd. | HM | 706.00 | 312,099.73 | 0.00 | | 312,099.73 | 706.00 |
| 46 | Confed Espanola de Cajas de Ahorros | ?  MADRID | 5,005.96 | 2,212,972.72 | 0.00 | | 2,212,972.72 | 5,005.96 |
| 47 | Credit Commercial de France | G. du Fretay | 4,534.40 | 2,004,511.33 | 0.00 | | 2,004,511.33 | 4,534.40 |
| 48 | Credit Suisse Fides Trust | | - | 0.00 | 31,828.87 | 72.00 | 31,828.87 | 72.00 |
| 49 | Credit Suisse Fides Trust AG | | 661.00 | 292,206.68 | 0.00 | | 292,206.68 | 661.00 |
| 50 | Credit Suisse Geneva | | 328.00 | 144,998.17 | 0.00 | | 144,998.17 | 328.00 |
| 51 | Credit Suisse Gibraltar | PS | 8,703.14 | 3,847,376.21 | 100,000.11 | 226.21 | 3,947,376.32 | 8,929.35 |
| 52 | Credit Suisse Gibraltar | | - | 0.00 | 29,998.71 | 67.86 | 29,998.71 | 67.86 |
| 53 | Credit Suisse Guernsey | | 2,698.00 | 1,192,698.38 | 0.00 | | 1,192,698.38 | 2,698.00 |
| 54 | Credit Suisse Guernsey | Hugi/Bruderer | 3,187.00 | 1,408,869.44 | 0.00 | | 1,408,869.44 | 3,187.00 |
| 55 | Credit Suisse Guernsey | PS | 114.89 | 50,789.15 | 0.00 | | 50,789.15 | 114.89 |
| 56 | Credit Suisse London Nominees Ltd. | CS | 49,535.08 | 21,897,853.93 | 2,337,799.35 | 5,288.33 | 24,235,653.28 | 54,823.41 |
| 57 | Credit Suisse London Nominees Ltd. /A/Basil | KSS | 3,876.00 | 1,713,454.02 | 0.00 | | 1,713,454.02 | 3,876.00 |
| 58 | Credit Suisse London Nominees Ltd./Klein | Klein | 8,602.30 | 3,802,798.12 | 462,000.43 | 1,045.09 | 4,264,798.54 | 9,647.39 |
| 59 | Credit Suisse London Nominees Ltd./PS | PS | 32,215.26 | 14,241,322.67 | 1,039,999.39 | 2,352.58 | 15,281,322.07 | 34,567.84 |
| 60 | Credit Suisse London Nominees Ltd/A/ATY. | A/Ati | 2,442.00 | 1,079,529.08 | 0.00 | | 1,079,529.08 | 2,442.00 |
| 61 | Credit Suisse London Nominees Ltd/Ferro | Ferro | 833.00 | 368,242.31 | 0.00 | | 368,242.31 | 833.00 |
| 62 | Credit Suisse Luxembourg | | 1,106.00 | 488,926.77 | 0.00 | | 488,926.77 | 1,106.00 |
| 63 | Credit Suisse Luxembourg ref Bank Leu | Bank Leu (Prima) | 2,755.00 | 1,217,896.24 | 0.00 | | 1,217,896.24 | 2,755.00 |
| 64 | Credit Suisse Luxembourg ref Prima Capital | Prima | 17,472.00 | 7,723,805.11 | 0.00 | | 7,723,805.11 | 17,472.00 |
| 65 | Credit Suisse Luxembourg ref Prima Leverage | Prima | 2,558.00 | 1,130,808.92 | 0.00 | | 1,130,808.92 | 2,558.00 |
| 66 | Darier Hentsch & Co | Forgach | 100.00 | 44,206.76 | 0.00 | | 44,206.76 | 100.00 |

ANWAR-CFSE-00304241