# EXHIBIT 4

To:     Fairfield Lambda Limited
        c/o Citco Fund Services (Europe) B.V.
        Strawinskylaan 1725
        1077 XX Amsterdam
        P.O. Box 7241
        1007 JE Amsterdam
        The Netherlands

        Please fill in the following information:

        The undersigned hereby irrevocably subscribes for and agrees to purchase CHF 800'000,- of the Shares (the "Shares") of Fairfield Lambda Limited (the "Company") upon the terms of the Information Memorandum dated July 15, 1997, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

        I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America, or to an individual who is not a citizen, national or resident of the United States whose spouse, siblings, ancestors or lineal descendants are citizens, nationals or residents of the United States ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

        If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

        I/We declare that I/we have a net worth of at least U.S. $1 Million.

        Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator, Citco Fund Services (Europe) B.V.

I:\DATA\WPDOCS\05107_00.001\COR_MEMO\97028234    A-2

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check this box [X] and if nominee registration is required, fill in the name of the nominee:

<u>CBG COMPAGNIE BANCAIRE GENEVE</u>

The undersigned hereby agrees that the assets underlying his/its Shares (the "Pledged Assets") shall be pledged as collateral to the entity extending credit to the Company in connection with the line of credit described in the Information Memorandum (the "Pledgee") for advances made to the Company under a line of credit provided by such Pledgee on account of such Shares and in connection with the currency trading account described in the Information Memorandum. The undersigned further agrees that such Pledgee may take any and all action with respect to the Pledged Assets, in the event the Company fails to pay any amounts owed to such Pledgee on account of the Shares, without notice, including, but not limited to ordering the sale of any of the Pledged Assets at any time that there is a default in the Company's obligations and applying the proceeds of such sale in payment of any debt owed by the Company, to such Pledgee on account of the Shares, and that any action taken by the Pledgee with respect to such Pledged Assets shall not be deemed a waiver as to any other action available to the Pledgee with respect to such obligations.

---

The Subscriber hereby designates and appoints Interman Services Limited, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 16th Floor, Strawinskylaan 1637, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands.

---

I:\DATA\WPDOCS.98107_00.001\COR_MEMO\97028234    A-3

Signature Page For Subscription by an ENTITY

SHARES TO BE REGISTERED AS FOLLOWS:

ENTITY OWNERSHIP - Check form of organization

[X] CORPORATION - Please include certified resolutions (or similar documents) authorizing signature.

[ ] PARTNERSHIP - Please include a copy of the partnership agreement (or similar document) authorizing signature.

[ ] TRUST - Please include a copy of the trust agreement.

[ ] BANK or BROKER-DEALER - See Page A-2

(Please print all information exactly as you wish it to appear on the Company's records.)

CBG COMPAGNIE BANCAIRE GENEVE    41 21 320 56 21
(Name of Subscriber)              (Telephone - Days)

AV. DE RUMINE 20, 1005 LAUSANNE
(Address)                         (Telephone - Evenings)

SWITZERLAND
(Country of Formation)            (Facsimile Transmission Number)

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Lambda Limited is not prohibited by the governing documents of the entity.

Dated OCTOBER 26, 2000    Signature(s) of Entity Subscriber(s) (Please print name below each signature):

CBG COMPAGNIE BANCAIRE GENEVE
(Name of Entity)

By: _____ (Trustee, partner or authorized corporate officer)
J.-C. RYSER          T. MORY
VICE PRESIDENT       ASS. VICE PRESIDENT
(Name and Title)

By: _____ (Trustee, partner or authorized corporate officer)

_____
(Name and Title)

A-5

I:\DATA\WPDOCS\08107_00.001\COR_MEMO\97028234

26/10 '00 DON 18:14 [TX/RX NR 8028] @004