# EXHIBIT 11



**CBG**
COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA

033-979
11.30.01

| | |
|---|---|
| Fax from : | Saporito Francesco |
| Number : | 41 21 320 51 64 |
| To : | CITCO Fund Services (Europe) B.V., Amsterdam |
| Attn : | Maria Joao Fernandez/Judith Terlien |
| Fax : | 0031 20 5722 476 |
| Date : | 23rd November 2001 |
| Nb pages (including this one) : | -5- |

**SUBSCRIPTION IN FAIRFIELD SENTRY LTD**     (REF : ZEUS)

As per agreement with Mr Yanko Della Schiava, we confirm our following **SUBSCRIPTION** for :

Equivalent of **US$ 100'000.--** (US dollars one hundred thousand) in **FAIRFIELD SENTRY LTD (agreement with Mr Yanko Della Schiava, Fairfield Representative in Lugano).**

Value date for payment : **28th NOVEMBER 2001**

Trade date for the subscription (net asset value) : **NOVEMBER 30, 2001**

The subscriber is CBG Compagnie Bancaire Genève.

The original will follow by registered mail.

Many thanks for confirming good receipt of this fax and kind regards.

CBG COMPAGNIE BANCAIRE GENEVE

R. Vispi                    J.-M. Favre

Our address : Avenue de Rumine 20, CH - 1005 Lausanne - phone Nr 41 21 320 56 21

**FAIRFIELD SENTRY LIMITED**                                    INFORMATION MEMORANDUM
**A-2 Share Application Form**

To:     Fairfield Sentry Limited  Telephone: (31) 20-572-2114
        c/o Citco Fund Services
        (Europe) B.V.            Fax: (31) 20-572-2476
        Strawinskylaan 1725
        1077 XX Amsterdam
        P.O. Box 7241
        1007 JE Amsterdam
        The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

U.S. $ _100'000.--_____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this
    subscription is                   associated.

    Name: _MR YANKO DELLA SCHIAVA_

CONFIDENTIAL                                                                ANWAR-CFSE-00873084

INFORMATION MEMORANDUM

**FAIRFIELD SENTRY LIMITED**
**A-3 Share Application Form**

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

Name of Advisor:
_____

Name of Advisor's firm or organization:
_____

Not Applicable: ____
I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator,
Citco Fund Services (Europe) B.V.

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

| X |  CBG  COMPAGNIE  BANCAIRE  GENEVE
        Name of nominee to appear on Share Certificate

The Subscriber hereby designates and appoints **Interman Services Limited**, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
**Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-675-0881.**

CONFIDENTIAL                                                                                    ANWAR-CFSE-00873085

FAIRFIELD SENTRY LIMITED
A-5 Share Application Form

INFORMATION MEMORANDUM

**Signature Page For Subscription by an:** **ENTITY**

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document)

☐ **TRUST** (please include a copy of the trust agreement)

☒ **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

CBG COMPAGNIE BANCAIRE GENEVE
Name of Subscriber

Telephone

AVENUE DE RUMINE 20
Address

Telephone (Evenings)

LAUSANNE (SWITZERLAND)
Country of Formation

41 21 320 51 64
Fax (transmission number)

41 21 320 56 21
Telephone

pa.pesenti(a)cbg.ch
Email

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

*(Please print all information exactly as you wish it to appear on the Company's records.)*

R. VISPI, DEPUTY VICE PRES.
Name and Title (Please print name)

J.-M. FAVRE, SENIOR VICE PRES.
Name and Title (Please print name)

*[signature]*
Signature (Trustee, partner or authorized corporate officer)

*[signature]*
Signature (Trustee, partner or authorized corporate officer)

23RD NOVEMBER 2001
Dated

23RD NOVEMBER 2001
Dated

CONFIDENTIAL ANWAR-CFSE-00873086

**FAIRFIELD SENTRY LIMITED**
**A-6 Share Application Form**                               INFORMATION MEMORANDUM

## SUBSCRIPTION INFORMATION

SHARE REGISTRATION INFORMATION         MAILING (POST) INFORMATION (if other than address of registration)

CBG COMPAGNIE BANCAIRE GENEVE
Name

AVENUE DE RUMINE 20
Address

LAUSANNE, SWITZERLAND
Country of Residence

41.21 320 56 21
Telephone

_____
Telephone (Evenings)

41 21 320 51 64
Fax

REMITTING BANK                          BANK FOR TRANSFERS in case of redemptions (if other than Name & Address of Remitting Bank):

CITIBANK NA
Name

NEW YORK
Address

ABA 021 000 089
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

CONFIDENTIAL                                                    ANWAR-CFSE-00873087

**A-1 Share Application Form**

## SHARE APPLICATION FORM

### INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

   (i) Completed and signed Share Application Form and corresponding signature page.

   (ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

   HSBC Bank USA
   452 Fifth Avenue
   New York, NY 10018
   SWIFT: MRMDUS33
   ABA# 021-001-088

   In favour: Citco Bank Nederland, N.V.
   SWIFT: CITCNL2A

   Account number: [Redacted]4212

   For further credit to: Fairfield Sentry Limited
   Account No.: [Redacted]3.797

   By Order of: *Name of Subscriber*

   (iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.