# EXHIBIT 12



# CITCO
*Citco Fund Services (Europe) B.V.*

## Confirmation of Cash Received

BAREP  
170 PLACE HENRI REGNAULT  
92043 PARIS LA DEFENSE CEDEX  
FRANCE  

Date          : Nov-01-2007  
Fund Id       : 03302  
Holder Id     : [Redacted]902  
Account Id    : [Redacted]2924  
CFI Cash Id   : [Redacted]7902  
Order Id      : [Redacted]7302  

FAX Number : 0033 1 73 04 55 00  
Email: ALAIN.NGUYEN@BAREP.COM  

Account name: BAREP

### FAIRFIELD SENTRY LIMITED

We confirm the following receipt in respect of:  
FAIRFIELD SENTRY LIMITED

Date Received                                                                    Oct-29-2007  
Amount Received                                                    USD       3,000,000.00

The above funds were received by the following account:  
Bank Name:              HSBC BANK USA  
Bank Address 1:         NEW YORK  
Bank Address 2:         USA  
ABA Ref.:               021001088  
SWIFT Ref.:             MRMDUS33  
Further Cr. Num:        [Redacted]6487  
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH  
Further Cr. SWIFT Ref.: CITCIE2D  
Beneficiary Acct No:    [Redacted]0501  
Beneficiary Name:       FAIRFIELD SENTRY LIMITED  

Note : 302456055  
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773