# EXHIBIT 13

```
.9/06/03-15:33:41           AMSCBN16B02-8898-000001                    1

                    ---------------- Instance Type and Transmission -------------
    Original received from SWIFT
    Priority                : Normal
    Message Output Reference : 1636 030619CITCNL2AAXXX2872693230
    Correspondent Input Reference : 1036 030619CITIUS33AXXX6879847936
    ------------------------- Message Header -------------------------
    Swift Output   : FIN 100 Customer Transfer
    Sender         : CITIUS33XXX
                     CITIBANK N.A.
                     NEW YORK,NY US
    Receiver       : CITCNL2AXXX
                     CITCO BANK NEDERLAND N.V.
                     AMSTERDAM NL
    MUR : 030619AH45057OPS
    ------------------------- Message Text -------------------------
     20: Transaction Reference Number
         S0731704697001
     32A: Value Date, Currency Code, Amt
         Date             : 23 June 2003
         Currency         : USD (US DOLLAR)
         Amount           :             #300,000.00#
     50: Ordering Customer
         CBG COMPAGNIE BANCAIRE GENEVE
     52D: Ordering Institution-Name & Addr
         [Redacted]8975
         CBG COMPAGNIE BANCAIRE GENEVA
         20 AVENUE DE RUMINE
         CASE POSTALE 220
         CH-1001 LAUSANNE SWITZERLAND
     53D: Sender's Corr - Name & Address
         HSBC BANK USA
         FORMERLY MARINE MIDLAND
         NEW YORK, NY 10015
     59: Beneficiary Customer-Name & Addr
         [Redacted]3797
         FAIRFIELD SENTRY LIMITED
     70: Details of Payment
         SUBSCR.ON BEHALF OF CBG COMPAGNIE B
         ANCAIRE GENEVE, REF.CODE 888
     72: Sender to Receiver Information
         /OCMT/USD300000,/
    ------------------------- Message Trailer -------------------------
    {MAC:72D02D77}
    {CHK:82AF8D2EB208}
```

CONFIDENTIAL                                                                    ANWAR-CFSE-00888225