# EXHIBIT 14



| | |
|---|---|
| DATE | 13-JUN-2003 |
| COMPANY | FAIRFIELD GROUP |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722600 |
| FROM | Paul Carrigg |
| REFERENCE | 17772G-1250-R001538 |
| SUBJECT | FAIRFIELD SENTRY LTD CLASS A |

PAGES  1

**Remarks: Please apply NAV date June 30 2003.**
Dear Sir / Madam,
We would like to     **sell/redeem**:
Number of shares:    **1'331.000**                          (In words see below)
One thousand three hundred and thirty one SHARES
in: **FAIRFIELD SENTRY LTD CLASS A**
ISIN #: VGG3299L1004

We expect **net asset value date 30-JUN-2003** for this transaction. Please notify us immediately if our order will not be accepted for this net asset value date.

The shares should be registered in our account [Redacted]8455 in the name of:
**CITCO GLOBAL CUSTODY NV SGAM AUDACE**

**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES
ACCOUNT NUMBER  [Redacted]6487 [USD]
OUR REFERENCE    : 17772G-1250-R001538
BIC         : MRMDUS33
**Please confirm redemption details as soon as possible to the attention of Back Office on :**
**Fax Number : (353 21) 4910331, e-mail : tradeconfirm@citco.com**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

Citco Bank Nederland N.V.
Dublin Branch
Custom House Plaza Block 6
International Financial
Services Centre
PO Box 6639
Dublin 1 Ireland

Phone: 353 1 6367100
Fax: 353 1 6367102
BIC: CITCIE2D
www.citco.com

Citco Bank Nederland N.V. is established in Amsterdam and is registered with the Trade Registry of the Amsterdam Chamber of Commerce under number 33185291 pursuant to the terms of its Articles of Association as contained in the Deed of its Incorporation. Citco Bank Netherland N.V. Dublin Branch is registered in Dublin No. 904070

CONFIDENTIAL                                                                                              ANWAR-C-ESI-00570592