# EXHIBIT 16



Amsterdam, July 23, 2003

Citco Bank Nederland N.V.
Attn: Payments department
Telestone – Teleport
Naritaweg 165
1043 BW Amsterdam

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

**Re:** USD Account no. [Redacted].797

Dear Sirs,

By the debit of the above account, please arrange for the following transfer for value date July 23, 2003:

**Amount:**       USD 8,580,865.50

| | |
|---|---|
| Correspondent Bank : | HSBC Bank USA |
| Swift address : | MRMDUS33 |
| In Favour of : | Citco Bank Nederland N.V. – Dublin Branch |
| Account number : | [Redacted]6487 |
| For further credit to : | Citco Global Custody NV RE SGAM AMMD |
| Reference : | Red proceeds Fairfield Sentry Ltd |
| | 17772E-1250-R001537 |
| | 9,336.87 shs @ USD 919.0302 as at 06/30/03 |

Yours faithfully,
For and on behalf of
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

Contact: Treasury Dept., ext 108/163/154
TIS 1009133
JAB

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL                                                                                                              ANWAR-CFSE-00318784