# EXHIBIT 17



## Confirmation of Order Received

SG PRIVATE BANKING (SUISSE) SA  
PO BOX 220  
AVENUE DE RUMINE 20  
CH-1005 LAUSANNE  
SWITZERLAND  

Date       : Jul-17-2006  
Fund ID    : 03302  
Holder ID  : [Redacted]3602  
Account ID : [Redacted]979  
Order No.  : [Redacted]0902  

MR PIERRE-ALAIN PESENTI  
Account: SG PRIVATE BANKING (SUISSE) SA  

FAX Number : 0041 21 343 1363  

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from  
FAIRFIELD SENTRY LIMITED at the next dealing date  

| | |
|---|---|
| Trade Date | Aug-01-2006 |
| Settlement Date | Aug-31-2006 |
| Valuation/NAV Date | Jul-31-2006 |
| Type of transaction | Redemption |
| Amount | USD 330,000.00 |

Bank Name:           SOCIETE GENERALE  
Bank Address 1:      NEW YORK  
Bank Address 2:      USA  
ABA Ref.:            026004226  
SWIFT Ref.:          SOGEUS33  
Beneficiary Acct No: [Redacted]3476  
Beneficiary Name:    SG PRIVATE BANKING SUISSE SA LAUSANNE  
Ben Swift Ref:       RUEGCHZZ  

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2100  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com  

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773  

CONFIDENTIAL                                                                                     CFSE-TRST-164539

CFSSAO0010618