# EXHIBIT 18





## Request for wire transfer payment

**CITCO BANK NEDERLAND N.V.**
ATTN: PAYMENTS DEPARTMENT
TELESTONE - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

| | |
|---|---|
| Date...........: | Aug-13-2003 |
| Fund ID.......: | 03302 |
| Holder ID.....: | Redacted 3602 |
| Account ID...: | 979 |
| Contract No.: | 702 |
| Order No.....: | 002 |
| Cash ID.......: | 4702 |

### FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please could you process the following wire transfer payment

| | |
|---|---|
| **Please debit:** | |
| Account name: | FAIRFIELD SENTRY LIMITED |
| Account number: | Redacted 3 797 |
| **Please credit:** | |
| Bank name: | CITIBANK NA |
| Address: | 111 WALL STREET |
| | NEW YORK NY 10043 |
| | USA |
| | |
| ABA number: | 021 000 089 |
| SWIFT: | |
| For credit name: | CBG COMPAGNIE BANCAIRE PRIVEE GENEVA |
| For credit number: | Redacted 3975 |
| For further credit name: | |
| For further credit number: | |
| Amount: | USD    2,865,901.22 |
| Value date: | As soon as possible |
| Ref: | FAIRFIELD SENTRY A  USD  2,865,901.22 |
| Note: | Ref: Fairfield |

Authorised signatory  ...................................................................

Authorised signatory  ...................................................................

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL

ANWAR-CFSE-00318645