# EXHIBIT 19



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

F5/SG PRIVATE BANKING SUISSE SA  
C/O FUNDSETTLE AS AGENT  
EUROCLEAR BANK SA/NV  
FUNDSETTLE TEAM 2ND FLOOR  
1 BOULEVARD DU ROI ALBERT II  
B-1210 BRUSSELS  
BELGIUM  
CUSTODY INVESTMENT FUNDS  
Account name: F5/SG PRIVATE BANKING SUISSE SA (LUGANO - SVIZZERA) SA

Fund ID : 03302  
Holder ID : [Redacted]7401  
Account ID : [Redacted]2941  
Contract No. : [Redacted]5702  
Date : Oct-13-2006  
Order No. : [Redacted]5302  
Email : FUNDSETTLE_CONTRACT_NOTE@EUI  
FAX Number : 0032 2 224 1290

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2006 |
| Trade Date | | Oct-01-2006 |
| Payment Date | | Oct-12-2006 |
| | | |
| No. of voting shares Redeemed | | 61.41 |
| Redemption Price | USD | 1,177.9446 |
| Gross Redemption Proceeds | USD | 72,337.58 |
| | | |
| Net Redemption Proceeds | USD | 72,337.58 |
| | | |
| Amount to be Paid | USD | 72,337.58 |
| Proceeds Paid to Date | USD | 72,337.58 |

Your balance following this transaction will be 913.96 voting shares.

Note: Y REF T9AHVUFR

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33253773*

CONFIDENTIAL

CFSE-TRST-173621

CFSSAO0019700

```
User ID: MFERNANDEZ
===========================================================================
TO: Name: CUSTODY INVESTMENT FUNDS
    Company: FS/SG PRIVATE BANKING SUISSE SA
    Fax Phone Number: 0032 2 224 1290
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:022241290
Sent at:Fri Oct 13 16:09:55 2006
Sent on channel 12
Elapsed Time:  0 minutes, 18 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
---------------------------------------------------------------------------
MFERNANDEZ approved fax at Fri Oct 13 16:09:41 2006
---------------------------------------------------------------------------
```

CONFIDENTIAL



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Oct-12-2006 |
| Fund Id | : 03302 |
| Holder Id | Redacted 7401 |
| Account Id | 2941 |
| Contract No. | 6702 |
| Order No. | 5302 |
| CFI Cash Id | 1002 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number  Redacted  0501
Account Name  FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:  THE BANK OF NEW YORK
Bank Address 1:  NEW YORK
Bank Address 2:  USA

SWIFT Ref.:  IRVTUS3N

Further Cr. Num:  Redacted 5139
Further Cr. Name:  EUROCLEAR

Further Cr. SWIFT Ref.:  MGTCBEBE
Beneficiary Acct No:  Redacted 67
Beneficiary Name:  FS SG PRIVATE BANKING SUISSE SA

Amount:  USD     72,337.58
Value date:  Oct-12-2006
Ref:  FAIRFIELD SENTRY   Shares:61.41 T/D:10-01-2006 RE
Note:  LUGANO - SVIZZERA SA / 1555 / T9AHVUFR / 11678
Details of Charges:

Authorised signatory                                   Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                   CFSE-TRST-173624

CFSSAO0019703