# EXHIBIT 20



# Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH  
ATTN: PAYMENTS DEPARTMENT  
CUSTOM HOUSE PLAZA BLOCK 6  
INTERNATIONAL FINANCIAL SERVICES CENTRE  
DUBLIN 1, IRELAND

Date : Apr-21-2004

Fund ID : 03302  
Holder ID : Redacted 5302  
Account ID : 342  
Contract No. : 402  
Order No. : 002  
Cash ID : 4602

## FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please process the following wire transfer payment

**Please debit:**  
Further Cr. Num: Redacted 0501  
Further Cr. Name: FAIRFIELD SENTRY LIMITED

**Please credit:**  
Bank Name: SOCIETE GENERALE  
Bank Address: NEW YORK  
Bank Address: USA

SWIFT Ref.: SOGEUS33

Further Cr. Num: Redacted 23  
Further Cr. Name: SG GLOBAL SECURITIES SERVCES

SWIFT Ref.: SOGEUS33GSS  
Beneficiary Acct No: Redacted 2513  
Beneficiary Name: SOCIETE GENERALE LONDON, GLOBAL SECURITIES SERVICES

Amount: USD   3,822,408.27  
Value date: Apr-21-2004  
Ref: FAIRFIELD SENTRY A   Shares:3,931.47 T/D:04-01-2004 RE  
Note: SWIFT: SOGEGB2LGSS

Authorised signatory              Authorised signatory

Telestone 8 - Teleport  
Naritaweg 165  
P.O. Box 7241  
1007 JE Amsterdam  
The Netherlands

amsterdam-fund@citco.com  
www.citco.com

Phone: +31 (0)20 572 2100  
Fax: +31 (0)20 572 2600  
Chamber of Commerce: 33253773

CONFIDENTIAL                                                            ANWAR-CFSE-00320465



| | |
|---|---|
| SOCGEN NOMINEES (UK) LIMITED | Fund ID        : 03302 |
| SG HOUSE | Holder ID      : ▮5302 |
| 41 TOWER HILL | Account ID    : ▮8342 |
| LONDON EC3N 4SG | Contract No. : ▮4402 |
| UNITED KINGDOM | Date             : Jul-29-2009 |
| | Order No.    : ▮5002 |

JEFF RUSSEL                                                                           FAX Number : +442074880211
Account name: SOCGEN NOMINEES (UK) LIMITED AC SGHBT

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-21-2004 |
| No. of voting shares Redeemed | | 3,931.4700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 3,822,408.27 |
| Net Redemption Proceeds | USD | 3,822,408.27 |
| Amount to be Paid | USD | 3,822,408.27 |
| Proceeds Paid to Date | USD | 3,822,408.27 |

Your balance following this transaction will be 46.1800 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                                                       CFSE-TRST-008341

CFSSAD0007426