# EXHIBIT 21

828

**REDEMPTION REQUEST FORM**
**INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2850
Fax: (31-20) 572-2610
**Dated (month, day, year):** 07 , 10 , 2008

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of 6000 shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption. (Six Thousands shares)

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

Societe GENERALE NEW YORK
Bank Name

1221, AVENUE OF THE AMERICAS, NY 10020 USA
Bank Address

SOGEUS 33
ABA/CHIPS/ BIC Codes

SGAM BANQUE
Account Name

Redacted 5468
Account Number

BENEFICIARY SWIFT code : RPLAFRPP

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| **ENTITY SHAREHOLDER** (OR ASSIGNEE) | **INDIVIDUAL SHAREHOLDER(S)** PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| BAREP<br>Name of Registered Owner of Shares | Name of Subscriber |
| 170 Place Henry Regnault 92 043 Paris la defense cedex<br>Address | Address |
| Robert-Michael Asun<br>Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| RM ASUN - Manager Back Office<br>Name and Title | Please Print Name and Title |
| 10/07/2008<br>Date | Date |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| E DELAUNAY Manager BO<br>Name and Title | Please Print Name and Title |
| 10.7.8<br>Date | Date |
| | Signatures guaranteed by: |

## REDEMPTION INFORMATION

### SHARE REGISTRATION

BAREP
Name

1?? place Henri REGNAULT 92043 la defense cedex
Address

FRANCE
Country of Residence

(0033) 156373235
Telephone

Telephone (Evenings)

(0033) 147304500
Fax

### MAILING (POST) INFORMATION
(if other than address of registration)

Name

Address

Country of Residence

Telephone

Telephone (Evenings)

Fax

### BANK FOR TRANSFER OF REDEMPTION

Societe Generale New york
Name

1221, avenue of The Americas, NY 10020 USA
Address

New york
Country of Residence

001 212 278 6897
Telephone

Telephone (Evenings)

Telex 23428802
Fax