# EXHIBIT 22



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date            : Apr-14-2005

Fund Id         : 03302
Holder Id       Redacted 1502
Account Id      Redacted 3454
Contract No.    3402
Order No.       7602
CFI Cash Id     Redacted 7902

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       SOCIETE GENERALE NEW YORK
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:        026004226
SWIFT Ref.:      SOGEUS33

Beneficiary Acct No:  Redacted 0266
Beneficiary Name:     SGBT LUXEMBOURG

Ben Swift Ref:  SGABLULL
Amount:         USD    14,546,016.34
Value date:     Apr-14-2005
Ref:            FAIRFIELD SENTRY   Shares:13,940.37 T/D:04-01-2005 RE
Note:           IUD CODE 162

Authorised signatory                          Authorised signatory

Telestone 8 - Teleport          amsterdam-fund@citco.com      Phone: +31 (0)20 572 2100
Naritaweg 165                   www.citco.com                 Fax:   +31 (0)20 572 2600
P.O. Box 7241                                                 Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands