# EXHIBIT 23



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Mar-16-2007 |
| Fund Id | : 03302 |
| Holder Id | Redacted 8105 |
| Account Id | 2787 |
| Contract No. | 1602 |
| Order No. | 3502 |
| CFI Cash Id | 6802 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number  Redacted  0501
Account Name  FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:  SOCIETE GENERALE NEW YORK
Bank Address 1:  NEW YORK
Bank Address 2:  USA

SWIFT Ref.:  SOGEUS33

Beneficiary Acct No:  Redacted 0266
Beneficiary Name:  SGBT LUXEMBOURG

Ben Swift Ref:  SGABLULL
Amount:  USD    6,026,761.00
Value date:  Mar-16-2007
Ref:  FAIRFIELD SENTRY   Shares:5,000.0000 T/D:03-01-2007 RE
Note:  SGBT LUX / OVAL ALPHA PALMARES   IUD CODE 162
Details of Charges:

Authorised signatory                                   Authorised signatory

...................................................................................................................................................................

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                   CFSE-TRST-079986

CFSSAL0013725



# Confirmation of Order Received

SOCIETE GENERALE BANK & TRUST
11-13 AVENUE EMILE REUTER
L 2420 LUXEMBOURG

| | |
|---|---|
| Date | : Jan-29-2007 |
| Fund ID | : 03302 |
| Holder ID | Redacted 105 |
| Account ID | 2787 |
| Order No. | 3502 |
| Email | : FUNDTRADING@SOCGEN.COM |
| FAX Number | : 00352 47 1136 |

FUND TRADING DEPARTMENT
Account: SGBT LUX / OVAL ALPHA PALMARES

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Mar-01-2007 |
| Settlement Date | Mar-31-2007 |
| Valuation/NAV Date | Feb-28-2007 |
| Type of transaction | Redemption |
| voting shares | 5,000.00 |

Bank Name:
Bank Address 1:
Bank Address 2:
SWIFT Ref.:
Beneficiary Acct No:
Beneficiary Name:
Ben Swift Ref:

SOCIETE GENERALE NEW YORK
NEW YORK
USA
SOGEUS33
Redacted 0266
SGBT LUXEMBOURG
SGABLULL

**Note 1: PLS SEND UPDATED SIGNATURE LIST (C. HUGUIN)**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

CFSE-TRST-079987

CFSSAL0013726