# EXHIBIT 24



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Dec-15-2005

Fund Id      : 03302
Holder Id    : Redacted 8105
Account Id   : 2786
Contract No. : 2602
Order No.    : Redacted 3502
CFI Cash Id  : Redacted 0902

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted 0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:      SOCIETE GENERALE NEW YORK
Bank Address 1: NEW YORK
Bank Address 2: USA

SWIFT Ref.:   SOGEUS33

Beneficiary Acct No:  Redacted 0266
Beneficiary Name:     SGBT LUXEMBOURG

Ben Swift Ref:  SGABLULL
Amount:         USD    13,732,259.06
Value date:     Dec-19-2005
Ref:            FAIRFIELD SENTRY   Shares:12,550.21 T/D:12-01-2005 RE
Note:           SGTB LUX/PALMARE EUROPLUS- FAIRFIELD SENTRY

Authorised signatory                         Authorised signatory

Telestone 8 - Teleport           amsterdam-fund@citco.com        Phone: +31 (0)20 572 2100
Naritaweg 165                    www.citco.com                   Fax:   +31 (0)20 572 2600
P.O. Box 7241                                                    Chamber of Commerce: 33253773
1007 JE Amsterdam
The Netherlands

**CITCO**
Citco Fund Services
(Europe) B.V.

SOCIETE GENERALE BANK & TRUST                    Fund ID        : 03302
11-13 AVENUE EMILE REUTER                        Holder ID      : [Redacted]8105
L 2420 LUXEMBOURG                                Account ID     : [Redacted]2786
                                                 Contract No.   : [Redacted]2602
                                                 Date           : Jul-29-2009
                                                 Order No.      : [Redacted]3502
                                                 Email          : FUNDTRADING.LUX@SOCGEN.COM
FUND TRADING DEPARTMENT                          FAX Number     : +352471136
Account name: SGBT LUX / PALMARES EUROPLUS

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | |
|---|---|
| Valuation/NAV Date | Nov-30-2005 |
| Trade Date | Dec-01-2005 |
| Payment Date | Dec-19-2005 |

| | | |
|---|---|---|
| No. of voting shares Redeemed | | 12,550.2100 |
| Redemption Price | USD | 1,094.1856 |
| Gross Redemption Proceeds | USD | 13,732,259.06 |
| Net Redemption Proceeds | USD | 13,732,259.06 |
| Amount to be Paid | USD | 13,732,259.06 |
| Proceeds Paid to Date | USD | 13,732,259.06 |

Your balance following this transaction will be 0.0000 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building                  www.citco.com              Phone: (31-20) 5722100
Telestone - Teleport                                        Fax:   (31-20) 5722610
Naritaweg 165                                               Chamber of Commerce 33205112
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                CFSE-TRST-008113

CFSSAD0007198