# EXHIBIT 25



**CITCO**
*Citco Fund Services
(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date           : Mar-16-2007

Fund Id        : 03302
Holder Id      : Redacted 8105
Account Id     : 0918
Contract No.   : 1902
Order No.      : 6502
CFI Cash Id    : 8902

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted 0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       SOCIETE GENERALE NEW YORK
Bank Address 1: NEW YORK
Bank Address 2: USA

SWIFT Ref.:     SOGEUS33

Beneficiary Acct No: Redacted 0266
Beneficiary Name:   SGBT LUXEMBOURG

Ben Swift Ref:  SGABLULL
Amount:         USD    7,113,675.29
Value date:     Mar-16-2007
Ref:            FAIRFIELD SENTRY   Shares:5,901.7400 T/D:03-01-2007 RE
Note:           SGBT LUX / UMR  IUD CODE 162
Details of Charges:

Authorised signatory                                Authorised signatory

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                         CFSE-TRST-076680

CFSSAL0010419

```
User ID: SCROES
================================================================================
TO: Name:
    Company: SOCIETE GENERALE BANK & TRUST
    Fax Phone Number: 00352 47 1136
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:
Sent at:Mon Jan 29 17:50:58 2007
Sent on channel 6
Elapsed Time:  0 minutes, 30 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
SCROES approved fax at Mon Jan 29 17:38:37 2007
--------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-076681

CFSSAL0010420



**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Order Received

SOCIETE GENERALE BANK & TRUST
11-13 AVENUE EMILE REUTER
L 2420 LUXEMBOURG

Date        : Jan-29-2007
Fund ID     : 03302
Holder ID   : [Redacted]3105
Account ID  : [Redacted]0918
Order No.   : [Redacted]5502
Email       : FUNDTRADING.LUX@SOCGEN.COM
FAX Number  : 00352 47 1136

Account: SGBT LUX / UMR

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date: Mar-01-2007
Settlement Date: Mar-31-2007
Valuation/NAV Date: Feb-28-2007
Type of transaction: Redemption
voting shares: 5,901.74

Bank Name:              SOCIETE GENERALE NEW YORK
Bank Address 1:         NEW YORK
Bank Address 2:         USA
SWIFT Ref.:             SOGEUS33
Beneficiary Acct No:    [Redacted]0266
Beneficiary Name:       SGBT LUXEMBOURG
Ben Swift Ref:          SGABLULL

Note 1: PLS SEND UPDATED SIGNATURE LIST (C. HUGUIN)
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-076683

CFSSAL0010422