# EXHIBIT 27

| | |
|---|---|
| **From:** | Adam Horne [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=ADAMHORNE@fairdomain01.com] |
| **Sent:** | Friday, September 27, 2002 11:49 AM |
| **To:** | Andres Piedrahita |
| **Cc:** | Corina Piedrahita; Sarah Stratton; 'Paul (E-mail) |
| **Subject:** | FW: Fairfield Sentry |

Thx a zillion Andres for your help ( i mean it super big time)

this is the confirm from SGAM

-----Original Message-----
From: eric.attias@us.socgen.com [mailto:eric.attias@us.socgen.com]
Sent: 27 September 2002 12:36
To: Adam Horne
Cc: 'edouard.robbes@us.socgen.com'
Subject: Re: Fairfield Sentry


That is fine with us.
I will discuss with you the ongoing investment follow up process on Monday
Transparency / perodic position statement
Investor Letter,
Liquidity, notice etc.
Thanks a lot for you help in getting us the full allocation




            Adam Horne
            <adam@caledonpart        To:    "'edouard.robbes@us.socgen.com'" <edouard.robbes@us.socgen.com>,
            ners.com>
            "'eric.attias@us.socgen.com'" <eric.attias@us.socgen.com>

                                      cc:

            09/26/02 05:06 PM        Subject:  Fairfield Sentry




Eric:

I am happy we got to a positive conclusion on the potential Fairfield
Sentry
position.

1

CONFIDENTIAL                                                                                                      FGANW005826097
                                                                                                                   FG-05927719

To confirm, you will be investing $25 million in Fairfield Sentry for Oct. 1, 2002.

You have the subscription agreement, which has instructions on getting your subscription to the administrator CITCO and bank acct.details.

Since we are coming to the end of the month, please wire your monies and fax
the sub. agreement as soon as possible.

Thanks in advance


***************************************************************************
The information contained herein is confidential and is intended solely
for the addressee(s).  It shall not be construed as a recommendation to
buy or sell any security.  Any unauthorized access, use, reproduction,
disclosure or dissemination is prohibited.
Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates
shall assume any legal liability or responsibility for any incorrect,
misleading or altered information contained herein.
***************************************************************************

2

CONFIDENTIAL

FGANW005826098
FG-05927720