# EXHIBIT 28

CONFIDENTIAL

ANWAR-CFSE-00055894

```
CGL410P1 BRN/YKH/SIM                    G L  A C C O U N T S  DETAIL           Dec 10, 2002 17  28  PAGE:  15
FAIRFIELD SENTRY
056561                                  PERIOD:  1/01/02 - 1/01/02 THRU 11/30/02                ADMIN. CURR.: USD
```

| MM/DD/YY TRANS NBR LDG DESCRIPTION | | TRANS. CURRENCY | ADMIN. CURRENCY | ADMIN. CURRENCY BALANCE |
|---|---|---|---|---|
| * * * * 099.10 | DUE FROM SHAREHOLDER OCTOBER | | | |
| 9/25/02 02.004778 GL | SUB EFG PRIVATE BANK S.A. USD | 200,000.00CR | 200,000.00CR | 19,241,200.00CR |
| 9/25/02 02.004779 GL | SUB EFG PRIVATE BANK S.A. USD | 70,000.00CR | 70,000.00CR | 19,311,200.00CR |
| 9/25/02 02.004780 GL | SUB EFG PRIVATE BANK S.A. USD | 10,000.00CR | 10,000.00CR | 19,321,200.00CR |
| 9/25/02 02.004781 GL | SUB PICTET & CIE.          USD | 100,000.00CR | 100,000.00CR | 19,421,200.00CR |
| 9/25/02 02.004782 GL | SUB FUNDACION DARBAN       USD | 125,000.00CR | 125,000.00CR | 19,546,200.00CR |
| 9/25/02 02.004783 GL | SUB MASAMICHI OISHI        USD | 150,000.00CR | 150,000.00CR | 19,696,200.00CR |
| 9/25/02 02.004784 GL | SUB GASOLTI S.A.           USD | 300,000.00CR | 300,000.00CR | 19,996,200.00CR |
| 9/25/02 02.004785 GL | SUB BARCLAYS BANK (SUISSE USD | 2,600,000.00CR | 2,600,000.00CR | 22,596,200.00CR |
| 9/25/02 02.004786 GL | SUB BTC BANK INTERNATIONA USD | 500,000.00CR | 500,000.00CR | 23,096,200.00CR |
| 9/25/02 02.004787 GL | SUB DELTA NATIONAL BANK & USD COMPANY | 80,000.00CR | 80,000.00CR | 23,176,200.00CR |
| 9/25/02 02.004788 GL | SUB CGC NV - CASH (1250-S USD | 100,000.00CR | 100,000.00CR | 23,276,200.00CR |
| 9/25/02 02.004789 GL | SUB CGC NV - CASH (1250-S USD | 100,000.00CR | 100,000.00CR | 23,376,200.00CR |
| 9/25/02 02.004790 GL | SUB KIRIBATI INTERNATIONA USD | 100,000.00CR | 100,000.00CR | 23,476,200.00CR |
| 9/26/02 02.004791 GL | SUB HSBC REPUBLIC BANK (S USD S.A. | 100,000.00CR | 100,000.00CR | 23,576,200.00CR |
| 9/26/02 02.004792 GL | SUB CBG COMPAGNIE BANCAIR USD | 230,000.00CR | 230,000.00CR | 23,806,200.00CR |
| 9/26/02 02.004793 GL | SUB ING BANQUE BRUXELLES  USD (SUISSE) SA | 55,000.00CR | 55,000.00CR | 23,861,200.00CR |
| 9/26/02 02.004794 GL | SUB MERRILL LYNCH BANK (S USD S.A. | 2,250,000.00CR | 2,250,000.00CR | 26,111,200.00CR |
| 9/26/02 02.004795 GL | SUB MERRILL LYNCH BANK (S USD S.A. | 2,500,000.00CR | 2,500,000.00CR | 28,611,200.00CR |
| 9/26/02 02.004796 GL | SUB BANQUE BARING BROTHER USD (SUISSE) S.A. | 40,000.00CR | 40,000.00CR | 28,651,200.00CR |
| 9/26/02 02.004797 GL | SUB UBS LUXEMBOURG S.A.    USD | 100,000.00CR | 100,000.00CR | 28,751,200.00CR |
| 9/26/02 02.004798 GL | SUB EUROCLEAR BRUSSEL      USD | 100,000.00CR | 100,000.00CR | 28,851,200.00CR |
| 9/26/02 02.004799 GL | SUB THE SOFOS CAPITAL FUN USD | 300,000.00CR | 300,000.00CR | 29,151,200.00CR |
| 9/26/02 02.004800 GL | SUB FANG CHING-JUNG        USD | 500,000.00CR | 500,000.00CR | 29,651,200.00CR |
| 9/26/02 02.004801 GL | SUB BANQUE VONTOBEL GENEV USD | 745,000.00CR | 745,000.00CR | 30,396,200.00CR |
| 9/26/02 02.004802 GL | SUB BANCO ATLANTICO BANK  USD LTD. (BAHAMAS) | 997,500.00CR | 997,500.00CR | 31,393,700.00CR |
| 9/26/02 02.004803 GL | SUB BANCO ATLANTICO BANK  USD LTD. (BAHAMAS) | 5,039,607.70CR | 5,039,607.70CR | 36,433,307.70CR |
| 9/27/02 02.004804 GL | SUB BANCO ATLANTICO BANK  USD LTD. (BAHAMAS) | 2,000,000.00CR | 2,000,000.00CR | 38,433,307.70CR |
| 9/27/02 02.004805 GL | SUB ALTON SELECT LP       USD | 100,000.00CR | 100,000.00CR | 38,533,307.70CR |
| 9/27/02 02.004806 GL | SUB EFG PRIVATE BANK S.A. USD | 250,000.00CR | 250,000.00CR | 38,783,307.70CR |
| 9/30/02 02.004809 GL | SUB ATLANTIC SECURITY BAN USD | 2,000,000.00CR | 2,000,000.00CR | 40,783,307.70CR |
| 9/30/02 02.004810 GL | SUB OXALIS FUND           USD | 1,000,000.00CR | 1,000,000.00CR | 41,783,307.70CR |
| 9/30/02 02.004811 GL | SUB BANCO GENERAL, S.A.(P USD | 200,000.00CR | 200,000.00CR | 41,983,307.70CR |
| 9/30/02 02.004812 GL | SUB PICTET & CIE  (REF PM USD | 1,000,000.00CR | 1,000,000.00CR | 42,983,307.70CR |
| 9/30/02 02.004813 GL | SUB PICTET & CIE  (REF PM USD | 320,000.00CR | 320,000.00CR | 43,303,307.70CR |
| 9/30/02 02.004814 GL | SUB QUILVEST FINANCE LTD. USD | 200,000.00CR | 200,000.00CR | 43,503,307.70CR |
| 9/30/02 02.004815 GL | SUB PICTET & CIE (REF BP  USD S.A.) | 100,000.00CR | 100,000.00CR | 43,603,307.70CR |
| 9/30/02 02.004816 GL | SUB PICTET & CIE (REF BP  USD S.A.) | 40,000.00CR | 40,000.00CR | 43,643,307.70CR |

CONFIDENTIAL

ANWAR-CFSE-0005895

```
CGL410P1 BRN/YKH/SIM                    G L   A C C O U N T S   DETAIL              Dec 10, 2002 17:54:28  PAGE:   16
FAIRFIELD SENTRY
056561                                  PERIOD:  1/01/02 - 1/01/02 THRU 11/30/02                   ADMIN. CURR.: USD
```

| MM/DD/YY TRANS NBR LDG DESCRIPTION | | | TRANS. CURRENCY | ADMIN. CURRENCY | ADMIN. CURRENCY BALANCE |
|---|---|---|---|---|---|
| * * * * 099.10 | | DUE FROM SHAREHOLDER OCTOBER | | | |
| 9/30/02 02.004817 GL | SUB PICTET & CIE (REF BP | USD | 40,000.00CR | 40,000.00CR | 43,683,307.70CR |
| | S.A.) | | | | |
| 9/30/02 02.004818 GL | SUB PICTET & CIE (REF BP | USD | 900,000.00CR | 900,000.00CR | 44,583,307.70CR |
| | S.A.) | | | | |
| 9/30/02 02.004819 GL | SUB FIDULEX MANAGEMENT IN USD | | 6,000,000.00CR | 6,000,000.00CR | 50,583,307.70CR |
| 9/30/02 02.004822 GL | SUB CGC NV - CASH (1250-S USD | | 88,000.00CR | 88,000.00CR | 50,671,307.70CR |
| 9/30/02 02.004824 GL | SUB THEODOOR GILISSEN GLO USD | | 887,000.00CR | 887,000.00CR | 51,558,307.70CR |
| | CUSTODY N.V. | | | | |
| 10/01/02 02.004825 GL | SUB WISE GLOBAL FUND LIMI USD | | 2,000,000.00CR | 2,000,000.00CR | 53,558,307.70CR |
| 10/01/02 02.004826 GL | SUB SYBILLA TOMACELLI CLA USD | | 100,000.00CR | 100,000.00CR | 53,658,307.70CR |
| 10/01/02 02.004827 GL | SUB KAMAL & AMRITPAL CHAN USD | | 200,000.00CR | 200,000.00CR | 53,858,307.70CR |
| 10/01/02 02.004828 GL | SUB MERRILL LYNCH BANK [S USD | | 300,000.00CR | 300,000.00CR | 54,158,307.70CR |
| | S.A. | | | | |
| 10/01/02 02.004829 GL | SUB ROYAL BANK OF CANADA  USD | | 1,000,000.00CR | 1,000,000.00CR | 55,158,307.70CR |
| 10/01/02 02.004830 GL | SUB BBVA PRIVANZA - PORTU USD | | 1,700,000.00CR | 1,700,000.00CR | 56,858,307.70CR |
| 10/01/02 02.004831 GL | SUB ROBINSON & CO. A/C 02 USD | | 1,950,000.00CR | 1,950,000.00CR | 58,808,307.70CR |
| 10/01/02 02.004832 GL | SUB FIDULEX MANAGEMENT IN USD | | 10,000,000.00CR | 10,000,000.00CR | 68,808,307.70CR |
| 10/01/02 02.004833 GL | SUB UBS LUXEMBOURG S.A.   USD | | 96,000.00CR | 96,000.00CR | 68,904,307.70CR |
| 10/01/02 02.004834 GL | SUB CGC (NA) NV (1250-S00 USD | | 100,000.00CR | 100,000.00CR | 69,004,307.70CR |
| 10/01/02 02.004835 GL | SUB CGC NV - RE SGAM ADF  USD | | 15,885,000.00CR | 15,885,000.00CR | 84,889,307.70CR |
| | (1250-S001800) | | | | |
| 10/01/02 02.004836 GL | SUB CGC NV - RE SGAM AMMD USD | | 9,115,000.00CR | 9,115,000.00CR | 94,004,307.70CR |
| | (1250-S001801) | | | | |
| 10/01/02 02.004840 GL | REF MASAMICHI OISHI       USD | | 150,000.00 | 150,000.00 | 93,854,307.70CR |
| 10/01/02 02.005496 GL | SUB IN SHS OCTOBER 1      USD | | 146,271,626.18 | 146,271,626.18 | 52,417,318.48 |
| 10/01/02 02.005498 GL | PERFOMANCE FEE IN SHS     USD | | 655,510.34CR | 655,510.34CR | 51,761,808.14 |
| 10/03/02 02.004866 GL | SUB MASAMICHI OISHI       USD | | 150,000.00CR | 150,000.00CR | 51,611,808.14 |
| 10/04/02 02.004867 GL | SUB ABU DHABI INVESTMENT  USD | | 50,000,000.00CR | 50,000,000.00CR | 1,611,808.14 |
| 10/04/02 02.004868 GL | SUB CGC NV - CASH (1250-S USD | | 940,000.00CR | 940,000.00CR | 671,808.14 |
| | FAIRFIELD MASTERS | | | | |
| 10/04/02 02.004869 GL | SUB CREDIT SUISSE FIRST ( USD | | 2,000,000.00CR | 2,000,000.00CR | 1,328,191.86CR |
| | BAHAMAS LIMITED | | | | |
| 10/04/02 02.004870 GL | SUB FAIRFIELD LAMBDA      USD | | 674,763.83CR | 674,763.83CR | 2,002,955.69CR |
| 10/11/02 02.004874 GL | SUB CREDIT SUISSE FIRST ( USD | | 2,000,000.00 | 2,000,000.00 | 2,955.69CR |
| | BAHAMAS LIMITED | | | | |
| 10/16/02 02.005260 GL | SUB VONTOBEL GENEVA       USD | | 271.67CR | 271.67CR | 3,227.36CR |
| 10/16/02 02.005263 GL | SUB EUROCLEAR BANK        USD | | 45.92 | 45.92 | 3,181.44CR |
| 10/16/02 02.005264 GL | RED CGC NV - CASH         USD | | 320.98 | 320.98 | 2,860.46CR |
| 10/16/02 02.005266 GL | SUB BANK JULIUS BAER & CO USD | | 418.50 | 418.50 | 2,441.96CR |
| 10/17/02 02.005269 GL | SUB CGC NV - CASH (1250-S USD | | 641.96 | 641.96 | 1,800.00CR |
| 10/22/02 02.005274 GL | SUB ROBERTO CIOCI         USD | | 1,800.00 | 1,800.00 | .00 |
| | BALANCE AS AT    11/30/02: | | | USD | .00 |