# EXHIBIT 29

## Microsoft Outlook

| | |
|---|---|
| **From:** | Dan Lipton [dan@fggus.com] |
| **Sent:** | Thursday, January 02, 2003 3:42 PM |
| **To:** | Chang, Karen AMS |
| **Cc:** | Patrick Wagner; Bert Lokhorst; Angela, Indra AMS; Nicholls, Peter AMS; Maria-Joao Fernandez; Nancy Ng |

**Subject:** RE: SocGen Sentry transfer 1/1/03

Very good. The transfer is as of the first of the year.

Thanks,
Dan

Daniel E. Lipton
Fairfield Greenwich Group
919 Third Avenue - 11th Floor
New York, NY 10022
212-991-5265 - Direct
212-319-6060 - General
212-319-0450 - Fax

-----Original Message-----
**From:** Chang, Karen AMS [mailto:KChang@Citco.com]
**Sent:** Thursday, January 02, 2003 9:06 AM
**To:** Dan Lipton
**Cc:** Patrick Wagner; Bert Lokhorst; Angela, Indra AMS; Nicholls, Peter AMS; Maria-Joao Fernandez
**Subject:** RE: SocGen Sentry transfer 1/1/03

Dear all,

I have received a phone call from Eduard Robbes and it appears to be the case that the correspondence was between Citco Cork acting as custodian. We received the transfer request and have requested the required documents as the transfer is from CGC NV SGAM re: AMMD to International Fund Services SGAM Alternative Diversified US Fund for 1059 shares.

Rgds,

Karen

-----Original Message-----
**From:** Chang, Karen AMS
**Sent:** Thursday, January 02, 2003 10:58 AM
**To:** 'dan@fggus.com'
**Cc:** Wagner, Patrick AMS; Lokhorst, Bert AMS; Angela, Indra AMS; Nicholls, Peter AMS; Fernandez, Maria João AMS
**Subject:** RE: SocGen Sentry transfer 1/1/03

Hi Dan,

Best wishes for 2003 to you too!

I'm afraid that we have not received any transfer request from SocGen Nominees (UK) Ltd., the shares are still registered in their name. Please forward any information/contacts received on this in order to request the necessary documentation to commence the transfer process. Please do not hesitate to call me on my direct line for any required documents at tel : 3120-57-22128

Thank you,

Regards,

Karen

CONFIDENTIAL                                                    ANWAR-C-ESI-00386093

-----Original Message-----
**From:** Dan Lipton [mailto:dan@fggus.com]
**Sent:** Tuesday, December 31, 2002 4:21 PM
**To:** Bert Lokhorst; Angela, Indra AMS; Nicholls, Peter AMS; Maria-Joao Fernandez
**Cc:** Patrick Wagner
**Subject:** SocGen Sentry transfer 1/1/03

Hi all: gelukkige nieuwe jaren

This guy Eduard Robbes at SocGen keeps calling me about transferring the shareholder of record for a part of their investment in Sentry to an LP.  Transfers are not listed on Citco Web, so I would like to know if this transfer has been accepted so I can confirm with him. He tells me he sent emails and had his middle office fill out the proper documentation.

Thanks,
Dan

Daniel E. Lipton
Fairfield Greenwich Group
919 Third Avenue - 11th Floor
New York, NY 10022
212-991-5265 - Direct
212-319-6060 - General
212-319-0450 - Fax

----------------------------------------------------------------
Change of Address
----------------------------------------------------------------
Please note our new address as of August 5, 2002:
919 Third Avenue
11th Floor
New York, NY 10022
Telephone and Telefax numbers remain the same.

================================================================

DISCLAIMER
This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

CONFIDENTIAL                                                    ANWAR-C-ESI-00386094