# EXHIBIT 30

| | |
|---|---|
| From: | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| Sent: | Monday, April 21, 2003 8:13 PM |
| To: | Dan Lipton [dan@fggus.com]; Rob Blum [rob@fggus.com] |
| Subject: | RE: SGAM |

Thurs. aft. preferred

-----Original Message-----
From: Dan Lipton
Sent: Sunday, April 20, 2003 11:26 AM
To: Jeffrey Tucker; Rob Blum
Subject: FW: SGAM

They want to come in this Thurs or Fri. Rob is out on vacation. I can walk them thru the trades on either Thurs or Fri pm.

Do you care to join?

Dan

Daniel E. Lipton
Fairfield Greenwich Group
919 Third Avenue - 11th Floor
New York, NY 10022
212-991-5265 - Direct
212-319-6060 - General
212-319-0450 - Fax


-----Original Message-----
From: Adam Horne
Sent: Saturday, April 19, 2003 12:41 PM
To: Dan Lipton
Subject:

dan

Edouard robbes of SGAM would like to come over and spend a 1/2 hour with you on Sentry if possible.  they have about 40mm.  this helps them because by meeting with you and reviewing the portfolio this brings down SGAM's cost of internal capital charge from their bank.

They would like to do this every month or 2 months if possible.

What is your availibility on Thurs or Fri.?

thx in advance

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001194429

SECSEV1771952