# EXHIBIT 31

**From:** Dan Lipton [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=DLIPTON@fairdomain01.com]
**Sent:** 4/23/2003 2:54:09 PM
**To:** Adam Horne [adam@caledonpartners.com]; Jeffrey Tucker [jeffrey@fggus.com]
**CC:** Rob Blum [rob@fggus.com]
**Subject:** RE: sentry

Fine with me – Jeffrey?


Daniel E. Lipton

Fairfield Greenwich Group

919 Third Avenue - 11th Floor

New York, NY 10022

212-991-5265 - Direct

212-319-6060 - General

212-319-0450 - Fax


-----Original Message-----
From: Adam Horne
Sent: Wednesday, April 23, 2003 11:01 AM
To: Dan Lipton; Jeffrey Tucker
Subject: sentry


the SGAM guys would like to do 3pm next wednesday 30th instead of this week, at your offices.


attendees:  eric attias, benoit raudel and edouard robbes


does that work?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED         FGGE000089288

SECSEV0666811

thx


Adam Horne

Caledon Capital Partners LLP
8 Grafton Street
London
W1S 4EL
Ph:     +44 (0) 20 7758 2876
Email:  adam@caledonpartners.com
Fx:     +44 (0) 20 7758 2871
Asst.   Ivana Bastiani +44(0) 20 7758 2877ivana@caledonpartners.com

CALEDON CAPITAL PARTNERS LLP IS REGULATED BY THE FSA


The information contained in this e-mail and any file(s) transmitted with it is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information. If you are not an intended recipient you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately and delete the message from your computer.

The information and opinions expressed in this document are those of the author and do not necessarily reflect the opinions of Caledon Capital Partners LLP. They are not necessarily comprehensive and do not purport to give investment advice. If you would like specific advice please call your usual contact at Caledon Capital Partners LLP.

It is the responsibility of the recipient to ensure that this e-mail and any attachment(s) are virus-free. No responsibility is accepted by Caledon Capital Partners LLP for any loss or damage caused by any errors or omissions in the contents of the message which arises as a result of e-mail transmission.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000089289
SECSEV0666812