# EXHIBIT 32

| | |
|---|---|
| **From:** | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| **Sent:** | Monday, June 16, 2003 1:47 AM |
| **To:** | Lauren Ross [lauren@fggus.com]; Rob Blum [rob@fggus.com]; Dan Lipton [dan@fggus.com] |
| **Cc:** | Nancy Ng [Nancy@fggus.com] |
| **Subject:** | RE: Fairfield Sentry - REDEMPTION |

I am aware of this redemption through some emails with Adam.  I will speak with Benoit Ruadel of SocGen on Tuesday.  I am in Washington Monday with Greg.  Thanks for the alert.

-----Original Message-----
From: Lauren Ross
Sent: Friday, June 13, 2003 9:59 AM
To: Jeffrey Tucker; Rob Blum; Dan Lipton
Cc: Nancy Ng
Subject: Fairfield Sentry - REDEMPTION
Importance: High

Dear All,

I had a call from SGAM this morning asking for clarification on redemption deadlines for Fairfield Sentry (15 calendar vs. 15 business days).

I asked for further details on how much they were planning on redeeming from the fund.  I have copied the email below and it looks like SGAM is redeeming their total holdings as of July 1st.

I believe Jeffrey has put himself in charge of this account as the relationship exists primarily with Adam Horne.  I am not sure whether there needs to be any follow up on this redemption or an intervention.

Please let me know about any next steps.

Thank you,
Lauren


-----Original Message-----
From: karelle.enclos@socgen.com [mailto:karelle.enclos@socgen.com]
Sent: Friday, June 13, 2003 9:49 AM
To: Lauren Ross
Cc: jonathan.ahn@us.socgen.com
Subject: RE: FW: Fairfield Sentry - Redemption

Lauren,

Please find hereafter the details :
- For SGAM ADF : 35,113.86 shs
- For SGAM Alternative : 3,883.00 shs
- For SGAM AMMDF : 9,336.87 shs
- For SGAM Audace : 1,331.00 shs

You will receive these trade from Citoc Global Custody in Dublin.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED      FGGE001194624

SECSEV1772147

Best regards,
Karelle


lauren@fggus.com

To:    Karelle ENCLOS/lu/socgen@socgen, Jonathan AHN/us/socgen@socgen
13/06/2003 16:35          cc:

Subject:   RE: FW: Fairfield Sentry - Redemption



Could you just confirm the amount of the redemption for me?

Thank you,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
Investor Relations
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Direct: (212) 991-5231
Fax: (212) 319-0450
www.fggus.com


-----Original Message-----
From: jonathan.ahn@us.socgen.com [mailto:jonathan.ahn@us.socgen.com]
Sent: Friday, June 13, 2003 9:23 AM
To: Lauren Ross; karelle.enclos@socgen.com
Cc: benoit.ruaudel@us.socgen.com; eric.attias@us.socgen.com
Subject: Re: FW: Fairfield Sentry - Redemption



Lauren, to confirm, redemption is for SGAM  total holdings as of July 1st. Please note, the notification has been sent to the fund administrator for execution. If you have any questions please call me.


J. Jonathan Ahn
Vice President
SG Asset Management  Inc.
Alternative Investment
1221 Avenue of the Americas, 12th Fl.
New York, New York  10020
Tel:  212 278-5367

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001194625
SECSEV1772148

```
Fax:  212 278-5470
e-mail:  jonathan.ahn@us.socgen.com
```

```
                        "Lauren Ross"
                        <lauren@fggus.com      To:    Jonathan
AHN/us/socgen@socgen
                        >                      cc:

                                               Subject:  FW: Fairfield Sentry - Redeptions
Deadlines
                        06/13/03 10:10 AM
```

Dear Jonanthan,

I just spoke to Anne Laure Cros in Paris to confirm this information as well.

It would be appreciated if you could provide the amount of the redemption you plan to submit for Soc Gen.

Thank you,
Lauren

Lauren H. Ross
Investor Relations
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Direct: (212) 991-5231
Fax: (212) 319-0450
www.fggus.com

> -----Original Message-----
> From:    Lauren Ross
> Sent:    Friday, June 13, 2003 9:05 AM
> To: 'jonathan.ahn@us.socgen.com'
> Subject:  Fairfield Sentry - Redeptions Deadlines
>
> Dear Jonathan,
>
> Per our conversation earlier today, I am writing to confirm that the
redemption deadline for the Fairfield Sentry Fund is monthly on 15 CALENDAR days' notice.
For a July 1, 2003 redemption, the deadline is June 16th.
>
> Please do not hesitate to contact me if you have any further

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE001194626
                                                                                             SECSEV1772149

```
> questions.
I will forward the supporting documentation shortly.
>
> Best regards,
> Lauren Ross
>
> Lauren H. Ross
> Investor Relations
> FAIRFIELD GREENWICH GROUP
> 919 Third Avenue, 11th Floor
> New York, NY 10022
> Main:   (212) 319-6060
> Direct: (212) 991-5231
> Fax: (212) 319-0450
> www.fggus.com
>
```

===============================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the persons to whom it is addressed,and may contain confidential information. Any use,distribution,modification,copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.


(See attached file: C.htm)



************************************************************************
The information contained herein is confidential and is intended solely for the addresse(s). It shall not be construed as a recommendation to buy or sell any security.  Any unauthorized access, use, reproduction, disclosure or dissemination is prohibited. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall assume any legal liability or responsibility for any incorrect, misleading or altered information contained herein.
************************************************************************




*************************************************************************
*
Ce message et toutes les pieces jointes (ci-apres le "message") sont confidentiels et etablis a l'intention exclusive de ses destinataires.
Toute utilisation ou diffusion non autorisee est interdite.
Tout message electronique est susceptible d'alteration.
La SOCIETE GENERALE et ses filiales declinent toute responsabilite au titre de ce message s'il a ete altere, deforme ou falsifie.
                        *******

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001194627

SECSEV1772150

This message and any attachments (the "message") are confidential and intended solely for the addressees. Any unauthorised use or dissemination is prohibited.
E-mails are susceptible to alteration.
Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.

***********************************************************************
*

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001194628
SECSEV1772151