# EXHIBIT 33

**From:** Dan Lipton [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENT
S_CN=DLIPTON@fairdomain01.com]
**Sent:** 7/7/2003 3:35:53 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Adam Horne [adam@caledonpartners.com]
**CC:** Rob Blum [rob@fggus.com]; Corina Piedrahita [corina.piedrahita@virgin.net]
**Subject:** SGAM Sentry Redemption JUNE 30

I just confirmed with SGAM (associate Jonathan Ahn) and Citco, that the Sentry redemption has
NOT been canceled for June 30th and postponed which is approximately $45mm.


Daniel E. Lipton

Fairfield Greenwich Group

919 Third Avenue - 11th Floor

New York, NY 10022

(212-991-5265 - Direct

(212-319-6060 - General

Ê212-319-0450 - Fax

CONFIDENTIAL TREATMENT REQUESTED