# EXHIBIT 35



**CBG**
COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA

033-979
10-31-01

| | |
|---|---|
| Fax from : | Saporito Francesco |
| Number : | 41 21 320 51 64 |
| | |
| To : | CITCO Fund Services (Europe) B.V., Amsterdam |
| Attn : | Judith Terlien |
| Fax : | 0031 20 5722 476 |
| | |
| CC : | Fairfield Greenwich Group, Miami |
| Attn : | Mr Santiago Reyes |
| Fax : | 001 305 373 81 13 |
| | |
| Date : | 12th October 2001 |
| | |
| Nb pages (including this one) : | -5- |

**SUBSCRIPTION IN FAIRFIELD SENTRY LTD**

We confirm our following **SUBSCRIPTION** for :

Equivalent of **US$ 1'000'000.--** (US dollars one million) in **FAIRFIELD SENTRY LTD (AGREEMENT WITH MR SANTIAGO REYES)**

Value date for payment : **31st OCTOBER 2001**

Trade date for the subscription (net asset value) : **OCTOBER 31, 2001**

The subscriber is CBG Compagnie Bancaire Genève.

The original will follow by registered mail.

Many thanks for confirming good receipt of this fax and kind regards.

CBG COMPAGNIE BANCAIRE GENEVE

T. Mory            P.-A. Pesenti

Our address : Avenue de Rumine 20, CH - 1005 Lausanne - phone Nr 41 21 320 56 21

CONFIDENTIAL                                                                 ANWAR-CFSE-00872912

20/07 '00 DON 12:27 FAX 5722476          FAIRFIELD SENTRY LTD.                    ☒004

**FAIRFIELD SENTRY LIMITED**                                      INFORMATION MEMORANDUM

**A-2 Share Application Form**

To:   Fairfield Sentry Limited    Telephone: (31) 20-572-2114
      c/o Citco Fund Services
      (Europe) B.V.               Fax: (31) 20-572-2476
      Strawinskylaan 1725
      1077 XX Amsterdam
      P.O. Box 7241
      1007 JE Amsterdam
      The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

U.S. $ __1'000'000.--_____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

   Name: __MR SANTIAGO REYES_____

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

   Name of Advisor: _____

   Name of Advisor's firm or organization: _____

   Not Applicable: _____

CONFIDENTIAL                                                              ANWAR-CFSE-00872913

20/07 '00 DON 12:27 FAX 5722476          FAIRFIELD SENTRY LTD.                    ☒005

FAIRFIELD SENTRY LIMITED                                    INFORMATION MEMORANDUM
**A-3** Share Application Form

I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator, Citco Fund Services (Europe) B.V.

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

| X | CBG COMPAGNIE BANCAIRE GENEVE |

Name of nominee to appear on Share Certificate

●

The Subscriber hereby designates and appoints **Interman Services Limited**, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
**Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-675-0881.**

●

CONFIDENTIAL                                                              ANWAR-CFSE-00872914

20/07 '00 DON 12:27 FAX 5722476          FAIRFIELD SENTRY LTD.                    ☑007

**FAIRFIELD SENTRY LIMITED**                              INFORMATION MEMORANDUM

**A-5 Share Application Form**

## Signature Page For Subscription by an: **ENTITY**

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document))

☐ **TRUST** (please include a copy of the trust agreement)

☒ **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

CBG COMPAGNIE BANCAIRE GENEVE
Name of Subscriber

0041 21 320 56 21
Telephone

AV. DE RUMINE 20, 1005 LAUSANNE
Address

Telephone (Evenings)

SWITZERLAND
Country of Formation

0041 21 320 51 64
Fax (transmission number)

Telephone

pa.pesenti(a)cbg.ch
Email

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

*(Please print all information exactly as you wish it to appear on the Company's records.)*

T. MORY, DEPUTY VICE PRESIDENT
Name and Title (Please print name)

P.-A. PESENTI, ASS. VICE PRESIDENT
Name and Title (Please print name)

Signature (Trustee, partner or authorized corporate officer)

Signature (Trustee, partner or authorized corporate officer)

12TH OCTOBER 2001
Dated

12TH OCTOBER 2001
Dated

CONFIDENTIAL                                                                ANWAR-CFSE-00872915

20/07 '00 DON 12:28 FAX 5722476          FAIRFIELD SENTRY LTD.                    ☒008

**FAIRFIELD SENTRY LIMITED**                                  INFORMATION MEMORANDUM
**A-6** Share Application Form

## SUBSCRIPTION INFORMATION

**SHARE REGISTRATION INFORMATION**           **MAILING (POST) INFORMATION** (if other than address of registration)

CBG COMPAGNIE BANCAIRE GENEVE
Name

AV. DE RUMINE 20, 1005 LAUSANNE
Address

SWITZERLAND
Country of Residence

0041 21 320 56 21
Telephone

Telephone (Evenings)

0041 21 320 51 64
Fax

**REMITING BANK**                             **BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank):

CITIBANK NA
Name

NEW YORK
Address

USA
Country of Residence

Telephone

Telephone (Evenings)

Fax

CONFIDENTIAL                                                          ANWAR-CFSE-00872916