# EXHIBIT 36

| | |
|---|---|
| From: | Anabel Rodriguez [anabel.rodriguez@cbg.ch] |
| Sent: | Wednesday, September 03, 2003 4:54 PM |
| To: | Gordon McKenzie |
| Subject: | Re: Fairfield Sentry |

Hi Gord,

Thank you very much for your help.

For the moment, everything is great.

Bests regards,

Anabel

> ----- Original Message -----
> **From:** Gordon McKenzie
> **To:** Anabel Rodriguez CBG
> **Cc:** Amit Vijayvergiya
> **Sent:** Tuesday, September 02, 2003 3:39 PM
> **Subject:** RE: Fairfield Sentry
>
> Anabel,
>
> > Attached is a copy of the latest A-17A-5 for Madoff, let me know if there is anything further I can do for you.
>
> Regards,
> Gord
>
>
>
> -----Original Message-----
> **From:** Anabel Rodriguez CBG [mailto:anabel.rodriguez@cbg.ch]
> **Sent:** Thursday, August 21, 2003 4:07 AM
> **To:** Gordon McKenzie
> **Subject:** Re: Fairfield Sentry
>
>
> Dear Gordon,
>
> Thank you for your help.
>
> Best regards,
>
> Anabel Rodriguez
> Deputy Vice President
> Alternative Investment Risk Analyst
> CBG Compagnie Bancaire (Genève), Genève
> Place de l'Université 7
> Case postale 5022
> CH-1211 Genève 11

1

CONFIDENTIAL

FGANW005700920
FG-05816310

Phone : 41 22 819 03 19
Fax : 41 22 819 04 05
Email : anabel.rodriguez@cbg.ch

-----------------------------------------------------------------------------------------------

Le contenu de ce message et ses éventuelles annexes sont de nature confidentielle. Si vous avez reçu ce message et ses éventuelles annexes par erreur, nous vous saurions gré de bien vouloir les détruire et d'en informer l'expéditeur. Toute publication, utilisation, copie ou distribution tant partielle que totale est strictement interdite.

This message is confidential and may be legally privileged. If you are not the intended recipient please destroy the message and notify the sender immediately. Any disclosure, use, copying or distribution, either whole or partial, is prohibited.

----- Original Message -----
**From:** Gordon McKenzie
**To:** anabel.rodriguez@cbg.ch
**Cc:** Amit Vijayvergiya ; Lauren Ross
**Sent:** Wednesday, August 20, 2003 11:15 PM
**Subject:** RE: Fairfield Sentry

Dear Anabel,

   I have contacted the SEC in order to fill your request for the latest annual audit report, form X-17A-5 for Madoff. There has been a filing covering the period 11/01/01 - 10/31/02, which the SEC has mailed to us and we expect to receive shortly. Once we receive the form we will fax to your attention. If you require any further assistance please let us know.

Best Regards,

Gordon McKenzie

   -----Original Message-----
   **From:** Lauren Ross
   **Sent:** Wednesday, August 13, 2003 11:07 AM
   **To:** Amit Vijayvergiya; Gordon McKenzie
   **Subject:** FW: Fairfield Sentry
   **Importance:** High


   Can you please reply to Santiago's client on his behalf

   Thank you.

   *Lauren H. Ross*
   *FAIRFIELD GREENWICH GROUP*
   *919 Third Avenue, 11th Floor*
   *New York, NY 10022*
   *Main: (212) 319-6060*
   *Fax: (212) 319-0450*
   *www.fggus.com*

   -----Original Message-----
   **From:** Santiago Reyes
   **Sent:** Wednesday, August 13, 2003 4:44 AM

2

CONFIDENTIAL                                                                    FGANW005700921

FG-05816311

**To:** Lauren Ross
**Subject:** FW: Fairfield Sentry
**Importance:** High

lauren, can you please reply to this for me?

Santiago

> -----Original Message-----
> **From:** Anabel Rodriguez CBG [mailto:anabel.rodriguez@cbg.ch]
> **Sent:** Tue 8/12/2003 12:48 PM
> **To:** Santiago Reyes
> **Cc:**
> **Subject:** Fairfield Sentry
>
> Dear Santiago,
>
> I have been trying to leave you a message on your answering machine but it did not work.
>
> I am completing my yearly review on Fairfield Sentry and I need your help.
>
> I saw in my file that in July 2001, you sent to Massimiliano Gnutti a copy of the Annual Audited Report, Form X-17A-5 concerning Madoff as broker-dealer. I have been on the website of the SEC but I did not find where I have to go in order to obtain the same report but opdated. The one you sent was for the period beginning 11/01/99 and ending 10/31/00.
>
> I am looking for the same kind of report but the most recent available.
>
> Perhaps you can help me finding it or if you have it, could you be kind enough to send me a copy by fax ?
>
> I thank you very much in advance for your help.
>
> Best regards,
>
> Anabel Rodriguez
> Deputy Vice President
> Alternative Investment Risk Analyst
> CBG Compagnie Bancaire (Genève), Genève
> Place de l'Université 7
> Case postale 5022
> CH-1211 Genève 11
> Phone :  41 22 819 03 19
> Fax : 41 22 819 04 05
> Email : anabel.rodriguez@cbg.ch
> ----------------------------------------------------------------------------------------------------
> Le contenu de ce message et ses éventuelles annexes sont de nature confidentielle. Si vous avez reçu ce message et ses éventuelles annexes par erreur, nous vous saurions gré de bien vouloir les détruire et d'en informer l'expéditeur. Toute publication, utilisation, copie ou distribution tant partielle que totale est strictement interdite.
>
> This message is confidential and may be legally privileged. If you are not the intended recipient, please destroy the message and notify the sender immediately. Any disclosure, use, copying or

3

CONFIDENTIAL

FGANW005700922
FG-05816312

distribution, either whole or partial, is prohibited.

==============================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the persons to whom it is addressed,and may contain confidential information. Any use,distribution,modification,copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

4

CONFIDENTIAL

FGANW005700923
FG-05816313