# EXHIBIT 37

**From:** Andrew Smith [andrews@fggus.com]
**Sent:** 9/26/2007 12:07:15 AM
**To:** john.dellaquila@sgcib.com [john.dellaquila@sgcib.com]; Mehwish Qureshi [mehwish@fggus.com]
**CC:** bertrand.jost@sgcib.com [bertrand.jost@sgcib.com]; francois.caralp@sgcib.com [francois.caralp@sgcib.com]; Amit Vijayvergiya [amit@fggus.com]
**Subject:** Re:

Mehwish can you please grab us a conf call number for Monday October 1st at 9 am ny time and distribute to this group. Thank you.

----- Original Message -----
From: john.dellaquila@sgcib.com
To: Andrew Smith
Cc: Bertrand JOST ; Francois CARALP
Sent: Tue Sep 25 19:28:45 2007
Subject: Re:

Andrew, that is on on good time for me. Participating in the call with me will be Bertrand Jost (Risk Management) and Francois Caralp (Structured Funds Trading).

Please advise what telephone line we should call.

Thank you

Regards,
John


----- Original Message -----
From: "Andrew Smith" [andrews@fggus.com]
Sent: 09/25/2007 07:02 PM
To: John DELL'AQUILA

Hi John,
How about Monday morning at 9 am for a call with my partner Amit Vijayvergia and me regarding Sentry?
Regards,
Andrew


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000462452
SECSEV1039975

views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000462453
SECSEV1039976