# EXHIBIT 38

**From:** Disha Attavar [dattavar@fggus.com]
**Sent:** 10/3/2007 12:20:33 AM
**To:** john.dellaquila@sgcib.com [john.dellaquila@sgcib.com]
**CC:** Amit Vijayvergiya [amit@fggus.com]
**Subject:** FW: Conference call [NC]

Hello John,

Please find attached the SEC X-17a-5 report as well as the Financial Industry Regulatory Authority "FINRA" (formerly NASD) broker check report for BLM. Below are the links for both the SEC and FINRA website:

www.adviserinfo.sec.gov/IAPD/Content/Search/iapd_OrgSearch.aspx

www.finra.org/brokercheck

Regards,
Disha

_____

From: Amit Vijayvergiya
Sent: Monday, October 01, 2007 1:40 PM
To: 'john.dellaquila@sgcib.com'
Cc: Disha Attavar
Subject: RE: FW: Conference call [NC]

Disha,

Could you please forward John Dell'Aquila at Societe Generale the SEC X-17a-5 report and the broker focus report for BLM?  Please also send him a link to the SEC and NASD websites so that

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000463594

SECSEV1041117

he may query BLM's regulatory record.

Thanks,

Amit


Amit Vijayvergiya

Partner, Chief Risk Officer

Fairfield Greenwich (Bermuda) Ltd.

Suite 606

12 Church Street

Hamilton, Bermuda HM 11

441-292-5362 - Direct

441-292-5401 - General

441-292-5413 - Fax

917-207-9897 - Cell

———

From: john.dellaquila@sgcib.com [mailto:john.dellaquila@sgcib.com]
Sent: Monday, October 01, 2007 12:42 PM
To: Andrew Smith
Cc: Amit Vijayvergiya
Subject: Re: FW: Conference call [NC]


Andrew, Amit:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000463595

SECSEV1041118

thank you very much for the conf call and information today.

Regards,
John

John Dell'Aquila
Managing Director
Global Co-Head of Hedge Fund Risk Management
Societe Generale
tel 212 278 6813
fax 212 278 7583
cell 646 623 6608

"Andrew Smith"

10/01/2007 10:03 AM


To

John DELL'AQUILA/us/socgen@socgen, "Amit Vijayvergiya"

cc



Subject

FW: Conference call







1-866-228-9900 / 1-719-359-4032
Host: 2069847
Participant: 206984

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000463596
SECSEV1041119

From: Mehwish Qureshi
Sent: Monday, October 01, 2007 10:00 AM
To: Reception
Subject: FW: Conference call
Importance: High
Im sorry if you can just let me know as soon as you get a chance or if you can may you please provide us with a number for 10am.

Thanks very much.
MQ


From: Mehwish Qureshi
Sent: Monday, October 01, 2007 9:59 AM
To: Samantha Goldberg
Cc: Reception
Subject: Conference call

Hi Sam,
May we please use the number we had set up for 9am today at 10am for one hour.
The call has been rescheduled for 10-11am.

Thanks,
MQ

---

Mehwish J. Qureshi
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd Floor
New York, NY 10055
Tel:  (212) 319-6060
Fax:  (212) 319-0450
Email: mjqureshi@fggus.com
www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000463597
SECSEV1041120

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments (the "message") are confidential and
intended solely for the addressees.
Any unauthorised use or dissemination is prohibited.
E-mails are susceptible to alteration.
Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates
shall be liable for the message if altered, changed or falsified.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

Attachment: X-17A-5 2006.pdf
Attachment: FINRA Broker Check Report.pdf

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000463598
SECSEV1041121