# EXHIBIT 39

| | |
|---|---|
| **From:** | John DELL'AQUILA [john.dellaquila@sgcib.com] |
| **Sent:** | Friday, October 17, 2008 9:34 PM |
| **To:** | Andrew Smith [andrews@fggus.com] |
| **Subject:** | Re: FW: Asset Breakdown as of October 1 [NC] |

Thank you Andrew.
Have a good weekend

Best regards,
John

John Dell'Aquila
Managing Director
Global Co-Head of Hedge Fund Risk Management
Societe Generale
tel 212 278 6813
fax 212 278 7583
cell 646 623 6608

"Andrew Smith" <andrews@fggus.com>

10/17/2008 05:23 PM

To  John DELL'AQUILA/us/socgen@socgen
cc
Subject  FW: Asset Breakdown as of October 1

This does not include Banque Benedicte Hentsch.

Let me know if you need anything else.

Best regards,
Andrew

-------------------------------------------
Andrew Smith
Partner
Fairfield Greenwich Group
55 East 52nd Street, 33rd Floor
New York, NY 10055
Tel:  +1 212 319 6060
Fax: +1 212 319 0450

---

**From:** Melissa Zaccagnino
**Sent:** Friday, October 17, 2008 4:04 PM
**To:** Andrew Smith; Eric Chin
**Cc:** Lauren Ross
**Subject:** Asset Breakdown as of October 1

Hi Andrew and Eric,

1

Below is the gross asset breakdown as of October 1. Please note FIF is included in the FOF number.

Thanks,
Melissa

| Asset Breakdown as of October 1 (Gross, $mm) | | | | | |
|---|---|---|---|---|---|
| Sentry | FoF | Real Estate | JV Single Managers | Antara | Multi-Manager |
| $7,770 | $5,250 | $922 | $547 | $432 | $204 |
| | | | | Total | $15,125 |

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.


*************************************************************************
This message and any attachments (the "message") are confidential, intended
solely for the addressee(s), and may contain legally privileged information.
Any unauthorised use or dissemination is prohibited.  E-mails are susceptible
to alteration.  Neither SOCIETE GENERALE nor any of its subsidiaries or
affiliates shall be liable for the message if altered, changed or falsified.
*************************************************************************


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

2