**EXHIBIT B – RESUME OF OLIVIER MORICEAU**

7



**Olivier Moriceau**
Partner
UGGC Avocats Paris

E-mail : o.moriceau@uggc.com
Tel : + 33 1 56 69 70 00

**Fields of Expertises**
- Financing law (acquisition financing, structured financing and securitization)
- Financial regulation
- Banking law
- Capital markets

**Career**
- Partner, UGGC Avocats (2021)
- Counsel, August Debouzy (2016)
- Counsel, DLA Piper (2014)
- Senior Associate, Linklaters (2011)
- Lawyer, Gide Loyrette Nouel (2004)

**Education**
- Admitted to the Paris Bar (2003)
- Master of Laws (LLM), University of Pennsylvania - Wharton (2002)
- DEA in business law, University of Paris II Panthéon-Assas (2000)
- DESS in Notary Law, University of Paris II Panthéon-Assas (1999)
- Master's degree in business and tax law, University of Paris II Panthéon-Assas (1998)

**Langues**
- French
- English
- Spanish

**Professional Body**
- Member of the French Association of Corporate Treasurers (AFTE)

**Rankings**
- Best Lawyers 2022 - Olivier Moriceau recognized "Best Lawyer" in Banking and Finance
- IFLR1000 (2021) - Olivier Moriceau is recognized among the best lawyers in Banking and Finance
- Leaders League (2020) - The Banking and Finance department is ranked in the highly recommended category