## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> CREDIT SUISSE AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG; <br><br> Defendant. | Adv. Pro. No. 12-01676 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, the Motion to Dismiss of Defendant Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG ("Defendant"), Exhibit A thereto, and the accompanying Memorandum of Law in Support and Notice of Hearing, were served by filing via ECF. Notice of this filing has been sent through ECF and via electronic transmission to the email addresses designated for delivery.

| | |
|---|---|
| Dated: June 29, 2022<br>New York, New York | **O'MELVENY & MYERS LLP**<br><br>By: */s/ William J. Sushon*<br>William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Defendant Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG* |