

Organograma Itaú Europa Luxembourg S.A.

_Ricardo Baldin_

_Eduardo H. Miyaki_

Data-base: 30.09.2014