**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>INTELIGO BANK LTD., F/K/A BLUBANK LTD,<br><br>        Defendant. | Adv. Pro. No. 11-02763 (CGM) |

**INTELIGO BANK'S MOTION TO DISMISS**

Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)

**PLEASE TAKE NOTICE,** that pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(12), Defendant Inteligo Bank Ltd., moves this Court for an Order to dismiss plaintiff Trustee of Bernard L. Madoff Investment Securities LLC (BLMIS)'s Complaint on grounds including that (1) the Court lacks personal jurisdiction over Inteligo Bank; (2) the Plaintiff has failed to state a claim under the mere conduit defense; and (3) the Plaintiff has failed to state a claim under the 11 U.S.C. § 546(e) safe harbor. In support, Inteligo Bank submits its Memorandum of Law dated June 27, 2022, which is being filed contemporaneously with this motion.

New York, New York
Date:  June 27, 2022

/s/ Heather Lamberg
Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)