**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTELIGO BANK LTD., F/K/A BLUBANK LTD,<br><br>　　　　　　Defendant. | Adv. Pro. No. 11-02763 (CGM) |

**CERTIFICATE OF SERVICE**

I, Heather Lamberg, an attorney admitted pro hac vice in the State of New York, hereby certify that:

1. On the 27th day of June 2022, I have caused service of Inteligo Bank's Motion to Dismiss and Memorandum in Support of Motion to Dismiss to be made by electronic filing with the Clerk of the Court using the CM/ECF System which will send a Notice of

Electronic Filing to all parties with an e-mail address of record, who have appeared and consented to electronic service in this action.

New York, New York
Date: June 27, 2022

/s/ Heather Lamberg
Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)