**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>           Plaintiff,<br><br>v.<br><br>INTELIGO BANK LTD., F/K/A BLUBANK LTD,<br><br>           Defendant. | Adv. Pro. No. 11-02763 (CGM) |

## INTELIGO BANK'S NOTICE OF HEARING ON MOTION TO DISMISS

Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)

**PLEASE TAKE NOTICE,** that Inteligo Bank filed its Motion to Dismiss and a related Memorandum in Support of its Motion to Dismiss on June 27, 2022, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(12).  Copies of the Motion and Memorandum are available on the Court's website at www.nysb.uscourts.gov by registered users of the Public Access to Court Electronic Records (PACER) system.

A hearing to consider the issues necessary to rule on Inteligo Bank's motion to dismiss will be held before the Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge for the Southern District of New York, on November 16, 2022 at 2:30 P.M. Eastern Time, or as soon thereafter as Inteligo Bank may be heard.  Unless otherwise stipulated, the hearing shall be held virtually using a virtual conferencing platform such as "Zoom."

New York, New York
Date:  June 29, 2022

/s/ Heather Lamberg
Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)