Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> MULTI-STRATEGY FUND LIMITED, <br><br> Defendant. | Adv. Pro. No. 12-01205 (CGM) |

**STIPULATION AND ORDER
EXTENDING DEFENDANT'S TIME TO APPEAL**

This Stipulation and Order is entered into by and between Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "**Trustee**"), and Defendant Multi-Strategy Fund Limited ("**Multi-Strategy**"), through their respective undersigned counsel.

## RECITALS

A. On March 4, 2022, Multi-Strategy filed its *Motion to Dismiss the Amended Complaint* in this Adversary Proceeding, No. 12-1205 (CGM) [ECF No. 99].

B. On June 13, 2022, following briefing by the parties and oral argument, this Court issued its *Memorandum Decision Denying Defendant's Motion to Dismiss* [ECF No. 122].

C. On June 27, 2022, based on the Memorandum Decision, this Court entered its *Order Denying Multi-Strategy Fund Limited's Motion to Dismiss the Amended Complaint under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6)* [ECF No. 123] (the "**June 27, 2022 Order**").

D. Under Bankruptcy Rule 8002(a)(1), the last day on which to file a notice of appeal from the June 27, 2022 Order is 14 days after entry of the order, *i.e.*, on July 11, 2022.

E. Multi-Strategy seeks an extension of time to file such notice of appeal in order to consider whether to appeal and on what grounds, and if so, to prepare the required papers for a motion for leave to appeal.

F. Under Bankruptcy Rule 8002(d)(1), the Bankruptcy Court may extend the time to file a notice of appeal upon a party's motion that is filed within the time prescribed by Rule 8002, *i.e.*, by July 11, 2022. Bankruptcy Rule 8002(d)(3) permits such an extension to 21 days after the time prescribed by Bankruptcy Rule 8002(a)(1), *i.e.*, to August 1, 2022.

  G.  No previous motion for an extension of time to file such notice of appeal has been made.

  H.  The Trustee consents to Multi-Strategy's request to extend its time to appeal to August 1, 2022.

## IT IS THEREFORE STIPULATED THAT:

  1.  For purposes of Bankruptcy Rule 8002(d), this Stipulation and Order shall be deemed a motion by Multi-Strategy for extension of time for filing (a) a notice of appeal of the June 27, 2022 Order and (b) a motion for leave to appeal in accordance with Bankruptcy Rules 8002(a)(1) and 8004(a) (collectively, the "**Required Filings**"), through and including August 1, 2022 (the "**Extended Filing Deadline**").

  2.  The Trustee consents to Multi-Strategy's motion, and this Court hereby grants it pursuant to Bankruptcy Rule 8004(d).

  3.  Accordingly, if Multi-Strategy wishes to appeal the June 27, 2022 Order, Multi-Strategy shall make the Required Filings by the Extended Filing Deadline.

Dated: New York, New York
      June 29, 2022

| s/ Matthew D. Feil | s/ Robert J. Lack |
|---|---|
| David J. Sheehan (dsheehan@bakerlaw.com) | Robert J. Lack (rlack@fklaw.com) |
| Matthew D. Feil (mfeil@bakerlaw.com) | Jeffrey C. Fourmaux (jfourmaux@fklaw.com) |
| Matthew B. Friedman (mfriedman@bakerlaw.com) | Dielai Yang (dyang@fklaw.com) |
| BAKER & HOSTETLER LLP | FRIEDMAN KAPLAN SEILER   & ADELMAN LLP |
| 45 Rockefeller Plaza | 7 Times Square |
| New York, NY 10111 | New York, NY 10036-6516 |
| Telephone: (212) 589-4200 | Telephone: (212) 833-1100 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 833-1250 |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Multi-Strategy Fund Limited* |

**IT IS SO ORDERED.**



**Dated: June 30, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**