**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>   Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br><br>   Plaintiff,<br>v.<br><br>ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.,<br><br>   Defendants. | **Adv. Pro. No. 12-01699 (CGM)** |

**STIPULATION AND ORDER TO AMEND**
**BRIEFING SCHEDULE**

**WHEREAS**, on March 24, 2022, the Court entered a stipulation and order that set a briefing schedule for the above-captioned defendants' ("Defendants") motion to dismiss the Trustee's Amended Complaint (the "Motion"), ECF No. 143;

**WHEREAS**, Defendants have requested an extension of the deadline to file the Motion; and

**WHEREAS**, the parties have met and conferred, and consent to the foregoing requests;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and **SO ORDERED** by the Court that:

1. Defendants will submit their Motion on or before July 8, 2022.

2. The Trustee will submit his opposition to the Motion on or before September 9, 2022.

3. Defendants will submit a reply brief in further support of the Motion on or before October 10, 2022.

*[Remainder of page intentionally left blank]*

Dated: June 29, 2022
      New York, NY

| /s/ Howard L. Simon | /s/ Anthony L. Paccione |
|---|---|
| **Windels Marx Lane & Mittendorf, LLP** | **Katten Muchin Rosenman LLP** |

| | |
|---|---|
| Howard L. Simon | Anthony L. Paccione |
| Kim M. Longo | Mark T. Ciani |
| Alan D. Lawn | 50 Rockefeller Plaza |
| 156 West 56th Street | New York, New York 10020 |
| New York, New York 10019 | Telephone: (212) 940-8800 |
| Telephone: (212) 237-1000 | anthony.paccione@katten.com |
| hsimon@windelsmarx.com | mark.ciani@katten.com |
| klongo@windelsmarx.com | |
| alawn@windelsmarx.com | *Attorney for Defendants* |

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: June 30, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

US_153563258v1_310344-00025 6/29/2022 11:37 AM