# EXHIBIT C

EXHIBIT C
FAIRFIELD SENTRY SUBSEQUENT TRANSFERS

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferee** | **Amount** |
| 2/14/2003 | Banque Internationale à Luxembourg S.A. | (1,997,638) |
| 11/16/2004 | Banque Internationale à Luxembourg S.A. | (46,627) |
| 3/15/2005 | Banque Internationale à Luxembourg (Suisse) S.A. | (7,408) |
| 4/14/2005 | Banque Internationale à Luxembourg (Suisse) S.A. | (22,225) |
| 11/17/2005 | Banque Internationale à Luxembourg S.A. | (6,331,569) |
| 12/19/2005 | Banque Internationale à Luxembourg (Suisse) S.A. | (315,311) |
| 12/19/2005 | Banque Internationale à Luxembourg (Suisse) S.A. | (109,419) |
| 1/19/2006 | Banque Internationale à Luxembourg (Suisse) S.A. | (911,138) |
| 3/17/2006 | Banque Internationale à Luxembourg (Suisse) S.A. | (4,440) |
| 5/15/2006 | Banque Internationale à Luxembourg (Suisse) S.A. | (70,169) |
| 2/15/2007 | Banco Inversis, S.A.[1] | (32,000) |
| 4/17/2007 | Banque Internationale à Luxembourg S.A. | (39,846,392) |
| 4/17/2007 | RBC Investor Services Bank S.A. | (5,146,594) |
| 8/17/2007 | Banque Internationale à Luxembourg S.A. | (3,964,353) |
| 11/19/2007 | Banque Internationale à Luxembourg (Suisse) S.A. | (183,656) |
| 12/19/2007 | Banque Internationale à Luxembourg (Suisse) S.A. | (246,003) |
| 4/14/2008 | Banque Internationale à Luxembourg (Suisse) S.A. | (130,298) |
| 8/18/2008 | Banque Internationale à Luxembourg S.A. | (15,532) |
| 11/19/2008 | Banco Inversis, S.A.[1] | (1,160,810) |
| 11/19/2008 | Banco Inversis, S.A.[1] | (247,050) |
| 11/19/2008 | Banco Inversis, S.A.[1] | (226,277) |
| 11/19/2008 | Banco Inversis, S.A.[1] | (223,964) |
| 11/19/2008 | Banco Inversis, S.A.[1] | (147,072) |
| 11/19/2008 | Banque Internationale à Luxembourg S.A. | (129,579) |
| **Total:** | | **$ (61,515,524)** |

[1] These transfers are being sought from Banco Inversis, S.A. as successor in interest to RBC Dexia Investor Services España S.A.