# EXHIBIT D

**EXHIBIT D**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO FAIRFIELD SIGMA**

| Column 1<br>Date | Column 2<br>Transferee | Column 3<br>Amount |
|---|---|---|
| 5/14/2003 | Fairfield Sigma | (1,800,000) |
| 6/16/2003 | Fairfield Sigma | (1,764,311) |
| 7/16/2003 | Fairfield Sigma | (3,000,000) |
| 7/23/2003 | Fairfield Sigma | (1,684,206) |
| 7/23/2003 | Fairfield Sigma | (293,097) |
| 7/28/2003 | Fairfield Sigma | (3,676,121) |
| 8/15/2003 | Fairfield Sigma | (700,000) |
| 8/15/2003 | Fairfield Sigma | (154,873) |
| 9/18/2003 | Fairfield Sigma | (2,600,000) |
| 10/14/2003 | Fairfield Sigma | (600,000) |
| 11/21/2003 | Fairfield Sigma | (2,150,000) |
| 12/18/2003 | Fairfield Sigma | (3,390,000) |
| 1/21/2004 | Fairfield Sigma | (8,650,000) |
| 2/4/2004 | Fairfield Sigma | (253,391) |
| 2/19/2004 | Fairfield Sigma | (2,150,000) |
| 3/24/2004 | Fairfield Sigma | (7,350,000) |
| 4/21/2004 | Fairfield Sigma | (8,400,000) |
| 4/21/2004 | Fairfield Sigma | (4,700,000) |
| 5/17/2004 | Fairfield Sigma | (7,700,000) |
| 6/17/2004 | Fairfield Sigma | (2,500,000) |
| 8/13/2004 | Fairfield Sigma | (3,200,000) |
| 9/15/2004 | Fairfield Sigma | (850,000) |
| 11/22/2004 | Fairfield Sigma | (94,261) |
| 12/13/2004 | Fairfield Sigma | (85,190) |
| 12/13/2004 | Fairfield Sigma | (5,008) |
| 12/31/2004 | Fairfield Sigma | (633,980) |
| 1/14/2005 | Fairfield Sigma | (34,967) |
| 1/18/2005 | Fairfield Sigma | (170,254) |
| 1/18/2005 | Fairfield Sigma | (89,425) |
| 1/20/2005 | Fairfield Sigma | (521,328) |
| 2/25/2005 | Fairfield Sigma | (84,466) |
| 2/25/2005 | Fairfield Sigma | (66,594) |
| 2/25/2005 | Fairfield Sigma | (53,187) |
| 3/15/2005 | Fairfield Sigma | (4,771) |
| 3/15/2005 | Fairfield Sigma | (3,761) |
| 3/15/2005 | Fairfield Sigma | (3,004) |
| 4/27/2005 | Fairfield Sigma | (795,219) |
| 6/15/2005 | Fairfield Sigma | (9,450,000) |
| 7/13/2005 | Fairfield Sigma | (63,382) |
| 7/15/2005 | Fairfield Sigma | (8,300,000) |
| 7/25/2005 | Fairfield Sigma | (752,664) |
| 10/14/2005 | Fairfield Sigma | (16,450,000) |
| 10/24/2005 | Fairfield Sigma | (137,750) |
| 10/26/2005 | Fairfield Sigma | (7,250) |
| 11/17/2005 | Fairfield Sigma | (19,200,000) |
| 12/19/2005 | Fairfield Sigma | (8,250,000) |
| 1/19/2006 | Fairfield Sigma | (1,500,000) |
| 1/27/2006 | Fairfield Sigma | (1,146,308) |
| 1/30/2006 | Fairfield Sigma | (1,294,511) |
| 2/15/2006 | Fairfield Sigma | (68,764) |
| 2/22/2006 | Fairfield Sigma | (274,649) |
| 3/17/2006 | Fairfield Sigma | (24,350,000) |
| 3/17/2006 | Fairfield Sigma | (15,023) |
| 3/24/2006 | Fairfield Sigma | (190,000) |
| 4/20/2006 | Fairfield Sigma | (1,600,000) |
| 4/20/2006 | Fairfield Sigma | (10,000) |

**EXHIBIT D**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO FAIRFIELD SIGMA**

| Column 1 Date | Column 2 Transferee | Column 3 Amount |
|---|---|---|
| 4/21/2006 | Fairfield Sigma | (1,828,554) |
| 4/21/2006 | Fairfield Sigma | (164,239) |
| 4/21/2006 | Fairfield Sigma | (113,520) |
| 5/4/2006 | Fairfield Sigma | (1,053,135) |
| 5/15/2006 | Fairfield Sigma | (114,398) |
| 5/15/2006 | Fairfield Sigma | (10,275) |
| 5/15/2006 | Fairfield Sigma | (7,102) |
| 6/26/2006 | Fairfield Sigma | (11,850,000) |
| 8/10/2006 | Fairfield Sigma | (1,132,566) |
| 9/22/2006 | Fairfield Sigma | (300,805) |
| 10/12/2006 | Fairfield Sigma | (17,982) |
| 10/27/2006 | Fairfield Sigma | (1,378,578) |
| 11/29/2006 | Fairfield Sigma | (168,566) |
| 11/29/2006 | Fairfield Sigma | (66,280) |
| 12/14/2006 | Fairfield Sigma | (650,000) |
| 12/28/2006 | Fairfield Sigma | (8,872) |
| 12/28/2006 | Fairfield Sigma | (4,086) |
| 1/8/2007 | Fairfield Sigma | (1,519) |
| 1/25/2007 | Fairfield Sigma | (9,581,287) |
| 1/31/2007 | Fairfield Sigma | (1,483,987) |
| 2/15/2007 | Fairfield Sigma | (533,239) |
| 5/14/2007 | Fairfield Sigma | (1,652,112) |
| 6/15/2007 | Fairfield Sigma | (3,750,000) |
| 6/29/2007 | Fairfield Sigma | (85,568) |
| 7/19/2007 | Fairfield Sigma | (4,814) |
| 7/26/2007 | Fairfield Sigma | (2,148,937) |
| 9/19/2007 | Fairfield Sigma | (12,500,000) |
| 9/19/2007 | Fairfield Sigma | (15,187) |
| 11/16/2007 | Fairfield Sigma | (2,035,396) |
| 11/26/2007 | Fairfield Sigma | (1,850,000) |
| 1/17/2008 | Fairfield Sigma | (37,600,000) |
| 1/25/2008 | Fairfield Sigma | (2,510,517) |
| 5/15/2008 | Fairfield Sigma | (28,000,000) |
| 5/15/2008 | Fairfield Sigma | (1,813,003) |
| 7/15/2008 | Fairfield Sigma | (44,000,000) |
| 8/6/2008 | Fairfield Sigma | (2,826,137) |
| 9/15/2008 | Fairfield Sigma | (62,100,000) |
| 10/15/2008 | Fairfield Sigma | (41,500,000) |
| 10/24/2008 | Fairfield Sigma | (130,000,000) |
| 10/31/2008 | Fairfield Sigma | (340) |
| 11/3/2008 | Fairfield Sigma | (3,020,150) |
| 11/18/2008 | Fairfield Sigma | (218,000,000) |
| **Total:** | | **$ (789,152,864)** |