# EXHIBIT E

**EXHIBIT E**

**FAIRFIELD SIGMA SUBSEQUENT TRANSFERS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferee** | **Amount** |
| 4/17/2007 | Banque Internationale à Luxembourg S.A. | (47,683) |
| 12/18/2007 | Banque Internationale à Luxembourg S.A. | (43,409) |
| 1/23/2008 | Banque Internationale à Luxembourg (Suisse) S.A. | (5,758) |
| 8/15/2008 | Banque Internationale à Luxembourg S.A. | (446,552) |
| 11/21/2008 | Banco Inversis, S.A.[1] | (1,370,948) |
| 11/21/2008 | Banco Inversis, S.A.[1] | (132,928) |
| **Total:** | | **$ (2,047,280)** |

[1] These transfers are being sought from Banco Inversis, S.A. as successor in interest to RBC Dexia Investor Services España S.A.