# EXHIBIT F

Exhibit F

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MARKET PORTFOLIO LIMITED | 1FR080 |