# EXHIBIT  H

## EXHIBIT H
## RYE PORTFOLIO LIMITED SUBSEQUENT TRANSFERS

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferee** | **Amount** |
| 1/17/2008 | RBC Investor Services Trust | (2,311,394) |
| 4/16/2008 | RBC Investor Services Trust | (121,652) |
| **Total:** | | **$ (2,433,046)** |