EXHIBIT B
SUMMARY OF THIRTY-NINTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2021 THROUGH MARCH 31, 2022

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,074.77 | 213.80 | 229,786.70 |
| | Sheehan, David J. | 1968 | 1,075.28 | 554.30 | 596,025.70 |
| | Matthias, Michael R. | 1973 | 795.90 | 4.20 | 3,342.80 |
| | Bash, Brian A. | 1975 | 866.47 | 10.60 | 9,184.60 |
| | Long, Thomas L. | 1976 | 1,045.00 | 27.70 | 28,946.50 |
| | McDonald, Heather J. | 1986 | 784.00 | 1.10 | 862.40 |
| | Hunt, Dean D. | 1991 | 1,008.52 | 340.30 | 343,200.90 |
| | Goldberg, Steven H. | 1991 | 1,081.00 | 6.90 | 7,458.90 |
| | Douthett, Breaden M. | 1991 | 545.00 | 7.20 | 3,924.00 |
| | Griffin, Regina L. | 1993 | 1,075.91 | 577.10 | 620,907.40 |
| | Cohen, Adam I. | 1994 | 714.38 | 100.70 | 71,938.00 |
| | Thomas, Erika K. | 1994 | 822.61 | 575.20 | 473,165.20 |
| | Cole, Tracy L. | 1996 | 975.72 | 323.50 | 315,644.40 |
| | Murphy, Keith R. | 1997 | 1,074.21 | 377.80 | 405,838.20 |
| | Hoang, Lan | 1997 | 1,055.75 | 721.90 | 762,142.50 |
| | Fish, Eric R. | 1998 | 932.40 | 334.70 | 312,074.00 |
| | Warshavsky, Oren J. | 1998 | 1,074.10 | 617.30 | 663,041.20 |
| | Rollinson, James H. | 1998 | 937.82 | 389.10 | 364,906.30 |
| | Rose, Jorian L. | 1998 | 1,056.18 | 77.20 | 81,536.90 |
| | Pergament, Benjamin D. | 1999 | 919.13 | 596.70 | 548,447.50 |
| | Bohorquez, Fernando A. | 2000 | 995.20 | 194.20 | 193,268.10 |
| | Cremona, Nicholas J. | 2000 | 1,074.43 | 771.60 | 829,033.30 |
| | Beckerlegge, Robertson D. | 2001 | 857.11 | 561.40 | 481,183.60 |
| | Bell, Stacey A. | 2001 | 935.57 | 695.20 | 650,410.60 |
| | Zeballos, Gonzalo S. | 2001 | 972.22 | 146.30 | 142,236.30 |
| | Song, Brian W. | 2002 | 850.08 | 552.70 | 469,838.30 |
| | North, Geoffrey A. | 2002 | 938.58 | 635.60 | 596,560.20 |
| | Oliver, Jason S. | 2003 | 861.70 | 644.00 | 554,937.60 |
| | Shields, Nkosi D. | 2003 | 723.41 | 624.80 | 451,989.20 |
| | Malchow, Jessica P. | 2003 | 488.70 | 8.70 | 4,251.70 |
| | Hochmuth, Farrell A. | 2003 | 691.62 | 232.00 | 160,456.80 |
| | Sherer, James A. | 2003 | 766.44 | 18.30 | 14,025.90 |
| | Allen, Brian F. | 2005 | 767.54 | 336.90 | 258,585.30 |
| | Hartman, Ruth E. | 2005 | 510.00 | 24.20 | 12,342.00 |
| | Kosack, Melissa L. | 2006 | 781.15 | 809.40 | 632,261.40 |
| | Feil, Matthew D. | 2006 | 793.18 | 660.90 | 524,210.40 |
| | Vanderwal, Amy E. | 2006 | 938.65 | 647.80 | 608,054.40 |
| | Longstaff, Carrie | 2006 | 772.15 | 675.60 | 521,665.20 |
| | Carlisle, Marie L. | 2006 | 652.70 | 570.90 | 372,624.00 |
| | Forman, Jonathan A. | 2007 | 740.35 | 120.10 | 88,916.40 |
| | Patel, Tayan B. | 2007 | 639.73 | 8.20 | 5,245.80 |
| | Giuliani, Esterina | 2007 | 937.29 | 679.50 | 636,889.30 |
| | Calvani, Torello H. | 2007 | 851.78 | 677.30 | 576,907.60 |
| | Wasick, Joanna F. | 2007 | 929.78 | 504.70 | 469,258.40 |
| | Ramos-Mrosovsky, Carlos | 2008 | 970.94 | 117.20 | 113,794.30 |
| | Usitalo, Michelle R. | 2008 | 739.84 | 460.90 | 340,994.50 |
| | Attard, Lauren T. | 2008 | 693.78 | 79.30 | 55,017.00 |
| | Choi, David | 2008 | 652.15 | 326.10 | 212,667.00 |
| | Sabella, Michael A. | 2008 | 606.29 | 440.00 | 266,769.40 |
| | McCurrach, Elizabeth G. | 2008 | 792.36 | 635.30 | 503,383.40 |
| | Zunno-Freaney, Kathryn M. | 2008 | 943.00 | 130.60 | 123,155.80 |
| | Markel, Tatiana | 2009 | 781.54 | 673.20 | 526,130.00 |
| | Khan, Ferve E. | 2009 | 767.50 | 643.80 | 494,117.70 |
| | Molina, Marco | 2009 | 777.12 | 106.50 | 82,763.00 |
| | Shapiro, Peter B. | 2009 | 767.23 | 490.30 | 376,174.30 |
| | Campbell, Patrick T. | 2009 | 748.20 | 349.80 | 261,721.50 |
| | Iannuzzi, Michael M. | 2010 | 541.00 | 7.50 | 4,057.50 |
| | Bent, Camille C. | 2010 | 719.35 | 627.50 | 451,394.00 |
| | Wangsgard, Kendall E. | 2011 | 633.00 | 1.00 | 633.00 |
| | Oliva, Frank M. | 2011 | 719.95 | 602.30 | 433,627.20 |
| | Feldstein, Robyn M. | 2011 | 608.89 | 441.50 | 268,824.90 |
| | Slavin, Jeffrey A. | 2011 | 531.00 | 8.50 | 4,513.50 |
| | Shifrin, Maximillian S. | 2011 | 740.41 | 376.20 | 278,543.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Krishna, Ganesh | 2011 | 720.04 | 578.50 | 416,546.00 |
| | Hough, Shawn P. | 2012 | 720.23 | 568.20 | 409,236.80 |
| | Quimby, P. Alex | 2012 | 495.00 | 8.70 | 4,306.50 |
| Partners and of Counsel Total | | | 851.85 | 24,330.50 | 20,725,896.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 616.30 | 566.90 | 349,381.10 |
| | Wlodek, Heather | 2003 | 818.46 | 432.90 | 354,311.20 |
| | Hiatt, Eric B. | 2005 | 649.84 | 236.20 | 153,492.80 |
| | Cowherd, Matthew K. | 2005 | 636.91 | 471.20 | 300,110.00 |
| | Mezibov, Jonathan G. | 2006 | 280.93 | 730.70 | 205,278.50 |
| | Goldmark, Jena B. | 2007 | 588.38 | 677.30 | 398,507.20 |
| | Nickodem, Robert G. | 2009 | 288.28 | 610.80 | 176,079.20 |
| | Mattera, Marshall J. | 2009 | 651.78 | 447.50 | 291,673.60 |
| | McGourty, Cara | 2010 | 629.96 | 529.20 | 333,375.40 |
| | Biondo, Lindsay J. | 2010 | 288.37 | 771.50 | 222,476.60 |
| | Rollins, Jennifer B. | 2010 | 281.50 | 463.10 | 130,364.50 |
| | Ubaid, Maryland H. | 2010 | 288.07 | 621.00 | 178,893.20 |
| | Boga-Lofaro, Csilla | 2010 | 529.05 | 79.30 | 41,953.40 |
| | Maytal, Anat | 2010 | 745.00 | 150.90 | 112,420.50 |
| | Mahida, Michelle Marie Hoff | 2010 | 281.30 | 675.90 | 190,127.70 |
| | Chandler, Tara R. | 2010 | 288.17 | 802.40 | 231,224.00 |
| | Blanchard, Jason I. | 2011 | 762.69 | 348.00 | 265,415.10 |
| | Cardenas, Samantha A. | 2011 | 281.69 | 540.70 | 152,309.30 |
| | White, Jason T. | 2011 | 288.06 | 640.80 | 184,587.20 |
| | Patrick, Stacey M. | 2011 | 287.81 | 533.30 | 153,486.60 |
| | Vonderhaar, Douglas A. | 2011 | 349.57 | 91.30 | 31,915.30 |
| | Rose, Nicholas M. | 2011 | 631.23 | 173.50 | 109,517.80 |
| | Gottesman, Joel D. | 2011 | 288.35 | 429.50 | 123,847.00 |
| | Ackerman, Stephanie | 2012 | 667.90 | 785.90 | 524,899.90 |
| | Gallagher, Christopher B. | 2012 | 719.99 | 591.60 | 425,944.40 |
| | Brumbach, Maxim G. | 2013 | 281.14 | 653.40 | 183,699.40 |
| | Friedman, Matthew B. | 2013 | 579.78 | 664.00 | 384,974.40 |
| | Charlemagne, Chardaie C. | 2013 | 668.50 | 144.80 | 96,799.00 |
| | Tanney, Michelle N. | 2013 | 667.02 | 642.90 | 428,828.10 |
| | Sterling, Nichole L. | 2013 | 516.40 | 2.50 | 1,291.00 |
| | Gillingham, Ross M. | 2013 | 277.40 | 274.90 | 76,256.70 |
| | Mosher, Sarah E. | 2013 | 281.30 | 611.10 | 171,900.50 |
| | Gases, Matthew D. | 2014 | 574.00 | 1.70 | 975.80 |
| | Horning, Nathan T. | 2014 | 288.29 | 589.30 | 169,887.40 |
| | Goertemiller, Noah J. | 2014 | 281.21 | 701.10 | 197,153.70 |
| | Turner, Tara E. | 2015 | 594.28 | 720.40 | 428,117.20 |
| | Weinberg, Lauren R. | 2015 | 538.00 | 79.40 | 42,717.20 |
| | Serrao, Andrew M. | 2015 | 640.00 | 119.90 | 76,736.00 |
| | Shalodi, Amani | 2016 | 288.28 | 690.50 | 199,054.60 |
| | Nadworny, Bari R. | 2016 | 521.01 | 229.40 | 119,520.00 |
| | Berry, Joshua L. | 2016 | 281.19 | 618.60 | 173,946.20 |
| | Molony, Matthew E. | 2016 | 280.95 | 723.50 | 203,266.50 |
| | Cantu, Michael R. | 2016 | 288.32 | 675.40 | 194,729.20 |
| | Martin, Lauren E. | 2016 | 281.30 | 606.10 | 170,498.30 |
| | Stewart, Matthew L. | 2016 | 281.13 | 657.70 | 184,900.30 |
| | Stork, Victoria L. | 2017 | 593.23 | 568.80 | 337,429.60 |
| | Dindiyal, Ariana G. | 2017 | 469.78 | 471.60 | 221,547.40 |
| | Maw, Darley | 2017 | 585.65 | 182.90 | 107,116.10 |
| | Fischetti, Chloe S. | 2018 | 460.43 | 578.50 | 266,359.60 |
| | Cohen, Andrea A. | 2018 | 431.76 | 91.00 | 39,290.60 |
| | Huse, Jessica A. | 2018 | 547.74 | 639.30 | 350,167.50 |
| | Weinstein, Paige E. | 2019 | 286.26 | 609.70 | 174,531.20 |
| | Corrigan, Megan A. | 2019 | 453.25 | 299.80 | 135,883.30 |
| | Farrell, Deirdre J. | 2019 | 540.52 | 521.90 | 282,095.50 |
| | Bordner, Alexa T. | 2019 | 464.41 | 444.70 | 206,524.40 |
| | Williams, Briana D. | 2019 | 412.48 | 198.10 | 81,711.40 |
| | Gotsis, Christina O. | 2019 | 452.98 | 354.60 | 160,626.40 |
| | Silversmith, Jordan R. | 2019 | 443.00 | 25.20 | 11,163.60 |
| | Jeffrey, Kevin J. | 2019 | 286.18 | 708.50 | 202,756.00 |
| | Yantis, Brittany A. | 2019 | 452.55 | 220.20 | 99,652.00 |
| | Hayes, Sarah M. | 2019 | 420.99 | 435.10 | 183,174.20 |
| | Bashford, Gregory A. | 2019 | 295.00 | 1.80 | 531.00 |
| | Hopkins, Haleigh | 2019 | 295.00 | 163.30 | 48,173.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Sternbach, Lauren E. | 2020 | 465.88 | 161.40 | 75,193.10 |
| | Sullivan, Kayley B. | 2020 | 520.84 | 322.70 | 168,073.50 |
| | Quailey, Shade I. | 2020 | 521.20 | 680.10 | 354,469.50 |
| | D'Angelo, Alexa | 2020 | 521.15 | 807.00 | 420,568.50 |
| | Mazoch, Jo Ann M. | 2020 | 394.79 | 313.20 | 123,648.80 |
| | Molano Jessica M. | 2020 | 485.00 | 600.30 | 291,145.50 |
| | Gesiotto, Claudia | 2021 | 335.00 | 18.90 | 6,331.50 |
| | Lorenzo, Sarah-Jane L. | 2021 | 415.00 | 257.00 | 106,655.00 |
| | Gaudreau, Madison J. | 2021 | 497.12 | 180.10 | 89,531.10 |
| | Luevano, Maria S. | 2021 | 385.00 | 147.50 | 56,787.50 |
| | Bridges, Bailey A. | 2021 | 394.03 | 376.90 | 148,509.90 |
| | Cruz, Mardeline | 2021 | 495.37 | 780.50 | 386,637.30 |
| | Gokalan, Daphne | 2021 | 620.00 | 25.40 | 15,748.00 |
| | Lear, Jordyn | 2021 | 295.00 | 195.10 | 57,554.50 |
| | Record, Luke E. | 2021 | 497.01 | 369.40 | 183,594.20 |
| | Hockenbury, Jesse D. | 2021 | 295.00 | 2.60 | 767.00 |
| | Diaz, Yadilsa | 2021 | 494.72 | 471.30 | 233,159.90 |
| | Thompson, Evette N. | 2021 | 295.82 | 681.80 | 201,693.20 |
| | Surapaneni, Priyanka | #N/A | 373.96 | 217.70 | 81,411.90 |
| | Rogo, Francesca A. | #N/A | 372.62 | 367.80 | 137,049.80 |
| | Karambelas, Alexandra J. | #N/A | 373.01 | 465.10 | 173,485.00 |
| | Chichi, Delores V. | #N/A | 373.17 | 440.40 | 164,341.90 |
| Associates Total | | | 429.00 | 36,205.20 | 15,531,932.90 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Gibbons, Michael E. | #N/A | 436.47 | 27.40 | 11,959.40 |
| | Nunes, Silas T. | #N/A | 352.10 | 308.00 | 108,448.00 |
| | Belanger, Christina I. | #N/A | 370.00 | 1.30 | 481.00 |
| | Blaber, Theresa A. | #N/A | 389.00 | 9.40 | 3,656.60 |
| | Szalay, Sarah M. | #N/A | 221.78 | 260.20 | 57,706.60 |
| | Bryan, Katrina E. | #N/A | 377.53 | 752.30 | 284,013.90 |
| | Kinne, Tanya M. | #N/A | 460.94 | 731.60 | 337,222.80 |
| | Monge, Tirsa | #N/A | 395.81 | 383.00 | 151,596.00 |
| | Villamayor, Fidentino L. | #N/A | 415.47 | 278.70 | 115,791.00 |
| | Glanzman, Adam J. | #N/A | 398.29 | 168.60 | 67,151.80 |
| | Cabrera, Ramon C. | #N/A | 310.40 | 181.70 | 56,400.50 |
| | Oliver-Weeks, Marcella J. | #N/A | 490.87 | 629.50 | 309,004.60 |
| | Montani, Christine A. | #N/A | 396.20 | 379.00 | 150,158.40 |
| | Wong, Sun Kei | #N/A | 306.43 | 92.40 | 28,313.70 |
| | Fishelman, Benjamin D. | #N/A | 482.66 | 495.90 | 239,350.60 |
| | Polanco Ortiz, Dorian A. | #N/A | 294.78 | 49.10 | 14,473.60 |
| | von Collande, Constance M. | #N/A | 391.31 | 573.90 | 224,574.40 |
| | Clark, Raymond W. | #N/A | 191.00 | 8.60 | 1,642.60 |
| | McKenna, Patrice M. | #N/A | 315.04 | 523.80 | 165,020.40 |
| | Grissom, Candis L. | #N/A | 243.00 | 1.70 | 413.10 |
| | Iskhakova, Yuliya | #N/A | 460.38 | 750.80 | 345,650.90 |
| | Bekier, James M. | #N/A | 505.77 | 250.10 | 126,493.60 |
| | Stone, Adrian | #N/A | 347.37 | 239.10 | 83,055.00 |
| | Scott, Colin C. | #N/A | 315.00 | 10.20 | 3,213.00 |
| | Chan, Angeline | #N/A | 296.02 | 555.40 | 164,412.20 |
| | Safina, Megan R. | #N/A | 316.75 | 595.20 | 188,528.70 |
| | Graham, Sonya M. | #N/A | 304.82 | 29.10 | 8,870.40 |
| | O'Neil, Alden | #N/A | 392.72 | 360.80 | 141,692.10 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | 391.97 | 8,646.80 | 3,389,294.90 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 851.85 | 24,330.50 | 20,725,896.20 |
| Associates Total | 429.00 | 36,205.20 | 15,531,932.90 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 391.97 | 8,646.80 | 3,389,294.90 |
| Blended Attorney Rate | 598.95 | | |
| Total Fees Incurred | | 69,182.50 | 39,647,124.00 |
| **Less 10% Public Interest Discount** | | | (3,964,712.40) |
| **Grand Total** | | | $ 35,682,411.60 |