EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-NINTH INTERIM PERIOD
OF DECEMBER 1, 2021 THROUGH MARCH 31, 2022

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 6,439.50 | $ 4,327,359.90 |
| 02 | Bankruptcy Court Litigation and Related Matters | 269.70 | 205,462.70 |
| 03 | Feeder Funds | 520.60 | 380,773.90 |
| 04 | Asset Search Recovery and Sale | 20.30 | 15,883.90 |
| 05 | Internal Office Meetings with Staff | 378.70 | 227,023.50 |
| 07 | Billing | 865.30 | 379,473.20 |
| 08 | Case Administration | 1,833.80 | 997,154.00 |
| 11 | Press Inquires and Responses | 102.70 | 89,839.40 |
| 12 | Document Review | 931.20 | 544,118.70 |
| 13 | Discovery - Depositions and Document Productions | 838.80 | 357,149.00 |
| 14 | International | 123.30 | 88,427.40 |
| 21 | Allocation | 30.00 | 26,403.50 |
| 000005 | Customer Claims | 396.20 | 215,037.10 |
| 000007 | Madoff Family | 11.30 | 9,192.90 |
| 000009 | Fairfield Greenwich | 13,631.00 | 5,263,661.70 |
| 000029 | Rye/Tremont | 413.40 | 279,869.80 |
| 000030 | HSBC | 1,599.90 | 1,202,705.10 |
| 000032 | LuxAlpha/UBS | 2,956.80 | 2,308,745.30 |
| 000033 | Nomura Bank International PLC | 580.50 | 388,556.00 |
| 000034 | Citibank | 1,453.70 | 886,723.90 |
| 000035 | Natixis | 1,906.30 | 746,650.20 |
| 000036 | Merrill Lynch | 735.80 | 457,352.20 |
| 000037 | ABN AMRO | 660.60 | 471,010.50 |
| 000039 | Fortis | 829.60 | 648,629.30 |
| 000042 | Equity Trading | 11.20 | 8,920.00 |
| 000053 | Magnify | 2,505.20 | 1,648,286.20 |
| 000060 | Avellino & Bienes | 4,477.10 | 3,534,447.50 |
| 000062 | Subsequent Transfer | 19,043.80 | 10,753,204.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 147.40 | 132,065.90 |
| 000065 | Legacy Capital Ltd | 1,597.90 | 1,199,305.30 |
| 000071 | Square One | 2,137.50 | 1,137,984.80 |
| 000073 | BNP Paribas | 1,733.40 | 715,707.20 |
| | | | |
| Grand Total | | **69,182.50** | **39,647,124.00** |

**Less 10% Public Interest Discount** (3,964,712.40)

**Grand Total** $ 35,682,411.60

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|

**Current Application**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 35,682,411.60 |
| | Interim Compensation Paid | | *(32,114,170.44)* |
| | Interim Compensation Deferred | | $ 3,568,241.16 |

**Prior Applications**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 1,379,341,553.79 |
| | Interim Compensation Paid | | *$ (1,362,279,477.54)* |
| | Interim Compensation Deferred | | $ 17,062,076.25 |