EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-NINTH INTERIM PERIOD OF DECEMBER 1, 2021 THROUGH MARCH 31, 2022

| | | |
|---|---|---:|
| E101 | Copying (E101) | 132.10 |
| E104 | Facsimile (E104) | 1.60 |
| E106 | Online Research (E106) | 135,400.35 |
| E107 | Delivery Services/ Messengers (E107) | 3,838.57 |
| E108 | Postage (E108) | 725.23 |
| E109 | Local Travel (E109) | 99.19 |
| E110 | Out-of-Town Travel (E110) | 151,272.41 |
| E111 | Business Meals, etc. (E111) | 838.31 |
| E112 | Court Fees (E112) | 86,232.54 |
| E115 | Deposition Transcripts (E115) | 17,038.70 |
| E116 | Trial Transcripts (E116) | 16,428.62 |
| E119 | Experts (E119) | 37,637.05 |
| E123 | Other Professionals (E123) | 27,171.92 |
| E124 | Other (E124) | 11,442.78 |
| Grand Total | | **488,259.37** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded    $ 20,424,016.55