EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-NINTH INTERIM
PERIOD OF DECEMBER 1, 2021 THROUGH MARCH 31, 2022

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 1,410,158,578.89 |
| Interim Compensation Deferred | $ 20,143,778.76 |
| Holdback Amount to be Released | 10,071,889.38 |
| Holdback After Release | $ 10,071,889.38 |