**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
Irving H. Picard  
David J. Sheehan  
Seanna R. Brown  
Heather R. Wlodek  

Hearing Date: August 10, 2022  
Hearing Time: 10:00 a.m. (EST)  
Objection Deadline: July 27, 2022  
Time: 4:00 p.m. (EST)  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF HEARING ON APPLICATIONS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS FROM DECEMBER 1, 2021 THROUGH MARCH 31, 2022**

**PLEASE TAKE NOTICE** that on **August 10, 2022 at 10:00 a.m.**, a telephonic hearing (the "Hearing") will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, on the applications for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by

applicants from December 1, 2021 through March 31, 2022 (the "Applications") of the following parties:

**FEES REQUESTED**[1]

| Applicants | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee<br>Baker & Hostetler LLP, Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>90%:<br>Expenses:<br>Holdback Release: | $35,682,411.60<br>$32,114,170.44<br>$488,259.37<br>$10,071,889.38 |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $80,477.40<br>$64,381.92<br>$15,217.29<br>$52,438.56 |
| Soroker Agmon Nordman<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $477,580.31<br>$382,064.25<br>$861.35<br>$461,321.40 |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$48,504.39 |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $2,648,805.00<br>$2,119,044.00<br>$8,255.93<br>$1,177,244.44 |
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $136,679.24<br>$109,343.39<br>$3,302.54<br>$160,558.26 |
| Eugene F. Collins<br>Special Counsel to the Trustee | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$7,774.34 |
| Velitor Law<br>Special Counsel to the Trustee | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$6,660.45 |
| Munari Giudici Maniglio Panfili E Associati | Fees: | $0 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

2

| Firm | Category | Amount |
|---|---|---|
| Special Counsel to the Trustee | 80%: | $0 |
| | Expenses: | $0 |
| | Holdback Release: | $977.64 |
| UGGC & Associes<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $23,338.28<br>$18,670.62<br>$0<br>$34,457.50 |
| Monfrini Bitton Klein<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $16,966.37<br>$13,573.10<br>$0<br>$18,231.02 |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $414,213.57<br>$331,370.86<br>$8,379.84<br>$82,330.59 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $10,673.10<br>$0<br>$114.69<br>$102,123.09 |
| Bowman and Brooke LLP<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $6,398.04<br>$5,118.43<br>$1,366.10<br>$1,566.05 |
| Lukins & Anis P.S.<br>Special Counsel to the Trustee<br>(December 1, 2021 through March 31, 2022) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $9,928.80<br>$7,943.04<br>$1,155.94<br>$1,162.17 |
| The Scaletta Law Firm, PLLC<br>Special Counsel to the Trustee | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$6,760.83 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451−6367. Further instructions regarding remote appearances via ZoomGov can be

3

found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Cecelia G. Morris, Chief Judge for the United States Bankruptcy Court, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on July 27, 2022**.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: July 1, 2022
      New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*