**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (CGM)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor, | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br>v.<br>NATIONAL BANK OF KUWAIT S.A.K.,<br><br>       Defendant. | Adv. Pro. No. 11-02554 (CGM) |

**STIPULATION AND ORDER**

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the Chapter 7 estate of Bernard L. Madoff, and National Bank of Kuwait S.A.K. ("NBKK"), the defendant in this action, and NBK Banque Privée (Suisse) S.A. ("NBKS") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, NBKK consents to the Trustee filing an Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Trustee will file his amended complaint on or before July 11, 2022.

2. Under the Amended Complaint, NBKS shall be added to the case as a defendant. Upon the filing of the Amended Complaint, the Clerk of the Court is hereby directed to amend the case caption as reflected on Exhibit A to this Stipulation and Order.

3. Undersigned counsel for NBKS represents that he has authority to accept service of the Amended Complaint on behalf of NBKS, and will be deemed to have accepted service of the Amended Complaint on behalf of NBKS upon the filing of the Amended Complaint.

4. NBKK and NBKS (collectively, the "Defendants") will answer, move, or otherwise respond to the amended complaint on or before September 14, 2022. The Trustee will file any opposition to the Defendants' motion on or before November 14, 2022. Defendants will file any reply brief in support of its motion on or before December 14, 2022.

5. The Trustee and Defendants will seek oral argument on any motion to dismiss at the earliest date convenient to the Court.

6. Except as expressly set forth herein, the Trustee and Defendants reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

7. The above deadlines granted by this Stipulation and Order are without prejudice to either party seeking future extensions of time.

Dated: July 1, 2022
New York, New York

| | |
|---|---|
| */s/ Matthew D. Feil* | */s/ Richard A. Cirillo* |
| Baker & Hostetler LLP | Cirillo Law Office |
| 45 Rockefeller Plaza | 246 East 33rd Street – 1 FR |
| New York, New York 10111 | New York, NY 10016-4802 |
| Telephone: (212) 589-4200 | Richard A. Cirillo |
| Facsimile: (212) 589-4201 | Telephone: 917-541-6778 |
| David J. Sheehan | Email: rcirillo@cirillo-law.com |
| Email: dsheehan@bakerlaw.com | |
| Matthew Feil | *Attorney for National Bank of Kuwait S.A.K.* |
| mfeil@bakerlaw.com | *and NBK Banque Privée (Suisse) S.A.* |

*Attorneys for Irving H. Picard,
Trustee for the Substantively
Consolidated SIPA Liquidation of
Bernard L. Madoff Investment
Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: July 7, 2022
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**