**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BNP PARIBAS – DUBLIN BRANCH,<br><br>　　　　　Defendant. | Adv. Pro. No. 22-01087 (CGM) |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

　　　　WHEREAS, on April 27, 2022 the plaintiff, Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), substantively consolidated with the chapter 7 estate of Bernard L. Madoff ("Madoff"), filed a complaint (the "Complaint") against BNP Paribas - Dublin Branch (the "Defendant") in this adversary proceeding; and

　　　　WHEREAS, on June 8, 2022, Defendant BNP Paribas - Dublin Branch was served with process of the summons and Complaint in this adversary proceeding prior to entering into this Stipulation and Consent Order; and

WHEREAS, the parties have conferred and agreed upon an extension of time for Defendant to answer, move, or otherwise respond to the Complaint;

THEREFORE, based on the foregoing, the parties, by their undersigned counsel, hereby stipulate and agree as follows:

1. Undersigned counsel for the Defendant represents that service of process of the summons and Complaint on Defendant has been completed, and hereby waives any defenses based on insufficiency of process or insufficiency of service of process on behalf of the Defendant.

2. The time by which Defendant may move, answer, or otherwise respond to the Complaint is extended up to and including October 31, 2022.

3. The Trustee and Defendant reserve all rights and defenses they may have, including but not limited to defenses based on personal jurisdiction, venue and forum non conveniens, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, except for any defenses based upon sufficiency of service of the Complaint.

4. This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 21193) in the above-captioned case (No. 08-01789 (CGM)).

Dated: July 1, 2022
New York, New York

/s/ David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
Carrie A. Longstaff
Email: clongstaff@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff*

/s/ Lisa M. Schweitzer
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Lisa M. Schweitzer
Email: lschweitzer@cgsh.com
Ari D. MacKinnon
Email: amackinnon@cgsh.com
Thomas S. Kessler
Email: tkessler@cgsh.com
Jack Massey
Email: jamassey@cgsh.com

*Attorneys for Defendant BNP Paribas - Dublin Branch*

**SO ORDERED.**

**Dated: July 7, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**