**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>　　　　　　Plaintiff, <br>　　v. <br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>　　　　　　Defendant, | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br>(Substantively Consolidated) |
| In re: <br>BERNARD L. MADOFF, <br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>　　　　　　Plaintiff, <br>　　v. <br>UNION SECURITIES INVESTMENT TRUST CO., LTD., UNION USD GLOBAL ARBITRAGE FUND, UNION USD GLOBAL ARBITRAGE A FUND, and UNION ARBITRAGE STRATEGY FUND, <br><br>　　　　　　Defendants. | Adv. Pro. No. 12-01211 (CGM) |

## CERTIFICATE OF SERVICE

　　I, Blanka K. Wolfe, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused the *Union Securities Defendants' Reply Memorandum of Law In Support of their Motion to Dismiss the Complaint* [Adv. Pro. 08-01789 (CGM) Dk. No. 21870; Adv. Pro. 12-01211 Dk. No. 106], dated July 6, 2022, to be served by CM/ECF on all counsel of record in the above referenced adversary proceeding.

Dated: New York, New York
July 7, 2022

By: */s/ Blanka K. Wolfe*
Blanka K. Wolfe