ROPES & GRAY LLP
Martin J. Crisp
Andrew G. Devore
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9193

*Counsel for Defendant Schroder & Co. Bank AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SCHRODER & CO. BANK AG,<br><br>Defendant. | Adv. Pro. No. 12-01210 (CGM) |

**NOTICE OF HEARING ON SCHRODER & CO. BANK AG'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, on March 11, 2022, Schroder & Co. Bank AG ("Defendant"), filed its Motion to Dismiss the Complaint (the "Motion") [Docket No. 90] pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the Motion will be held on **September 14, 2022 at 10:00 a.m. (prevailing Eastern Time)** in the courtroom of the Honorable Cecelia G. Morris, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on February 22, 2022, oppositions to the Motion, if any, shall be filed by Wednesday, May 11, 2022, and replies in further support of the Motion shall be filed by Monday, June 13, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

| | |
|---|---|
| Dated: March 15, 2022<br>New York, New York | **ROPES & GRAY LLP**<br><br>*/s/ Martin J. Crisp*<br>Martin J. Crisp<br>Andrew G. Devore<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 596-9193<br><br>*Counsel for Defendant Schroder & Co. Bank AG* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, the foregoing *Notice of Hearing on Schroder & Co. Bank AG's Motion to Dismiss* was served by the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

*/s/ Martin J. Crisp*
Martin J. Crisp