**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PARSON FINANCE PANAMA S.A.,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 11-02542 (CGM) |

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on July 7, 2022, a copy of the Notice of Appearance of Matthew D. Feil and Notice of Appearance of Matthew B. Friedman were filed electronically. Notice of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct

copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: July 7, 2022
      New York, New York

                        By: */s/ Matthew D. Feil*
                        BAKER & HOSTETLER LLP
                        45 Rockefeller Plaza
                        New York, New York 10111
                        Telephone: 212.589.4200
                        Facsimile: 212.589.4201
                        Matthew D. Feil
                        Email: mfeil@bakerlaw.com

                        *Attorneys for Irving H. Picard, Trustee*
                        *for the Substantively Consolidated SIPA*
                        *Liquidation of Bernard L. Madoff Investment*
                        *Securities LLC and the Chapter 7 Estate of*
                        *Bernard L. Madoff*

## **SCHEDULE A**

---

**Defendant Counsel**

---

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com
Attorney For: PARSON FINANCE PANAMA