# Exhibit 2



# Commercial register of the Zurich canton

| Identification number | Legal status | Entry | Cancelled | Carried from: CH-020.3.902. 727-1 /c on: | CH-020.3.902.727-1 | 1 |
|---|---|---|---|---|---|---|
| **CHE-105.940.833** | **Limited or Corporation** | 12-/31/1974 | | | | |

[barcode] All entries

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Bank Julius Bär & Co. AG** | 1 | Zurich |
| 1 | | (Banque Julius Baer & Cie SA) (Banca Julius Baer & Co. SA) (Bank Julius Baer & Co. Ltd.) | | |

| In | Ca | Share in capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 575,000,000.00 | 575,000,000.00 | 5,750,000 Registered shares CHF 100.00 | | | Bahnhofstrasse 36 8001 Zurich |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| | | The company conducts banking operations. The Company is entitled to conduct all transactions directly or indirectly related to this purpose and all transactions suitable for pursuing this purpose on its own behalf or on behalf of third parties, including in particular: acceptance of external funding in all standard banking transactions, including savings deposits; granting of covered and uncovered loans of all kinds; purchase and sale of securities, currency exchange, international means of payment and valuable metals for own and third-party settlements; buying and selling goods for third parties; handling payment transactions and letters of credit; collections; issuing checks and letters of credit; issuing sureties and guarantees; acquiring and placement of securities of domestic and foreign issuers; investment consulting; procurement of asset management and liquidation services; safekeeping and management of assets of all kinds, rental of safe-deposit systems; cooperation in the establishment and management of investment funds; participation in the foundation of companies and participation in such companies; execution of fiduciary transactions; representation of foreign collective investment schemes aimed exclusively at qualified investors; and distribution of collective investment schemes. The Company is entitled to acquire, mortgage and dispose of real estate. Its business activities include both domestic and international operations. The Company is entitled to establish branches (branch offices) and agencies domestically and abroad. | | | |

| In | Ca | Remarks | Ref | Date of the facts |
|---|---|---|---|---|
| 1 | | The transferability of the registered shares is limited in accordance with the Articles of Association. | 1 | incorporated on 11/27/1974 |
| | | | 1 | 06/23/2006 |
| 1 | | The Company shall notify the shareholders by mail, provided that the addresses of all shareholders are known and the law does not imperatively stipulate otherwise, in all other cases by a single publication in the SOGC. | 1 | 03/11/2009 |
| | | | 1 | 11/30/2015 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Merger: The company acquires Banque Julius Baer (Geneve) SA, in Geneva, by merger through the capital contribution on 05/11/1998. Assets in the amount of CHF 550,328,000 and liabilities in the amount of CHF 477,553,000 are transferred to the Company through universal succession in accordance with the merger balance sheet as of 12/31/1997; the capital contribution of CHF 20,000,000 was paid in accordance with the merger agreement. In return, the shareholder of the acquired company shall receive 200,000 fully paid registered shares of the acquiring company at a par value of CHF 100.00. | 1 | SHAB |
| 1 | | Merger: the company takes over Bank Falck & Co AG, in Lucerne, by merger through the capital contribution on 05/11/1998. Assets in the amount of CHF 69,548,000 and liabilities in the amount of CHF 58,943,000 are transferred to the company through universal succession in accordance with the merger balance sheet as of 12/31/1997; the contribution of CHF 10,000,000 was paid in accordance with the merger agreement. In return, the shareholder of the acquired company shall receive 100,000 fully paid registered shares of the acquiring company at a par value of CHF 100. | | |
| 1 | | Merger: the company acquires Stellax AG, Zurich, by merger. Assets of CHF 5,452,292.04 and liabilities of CHF 21,175,633.35 are transferred to the company through universal succession in accordance with the merger agreement of 09/26/2001 and the merger balance sheet as of 08/31/2001. Since the shareholders of both companies are identical, the shares of the acquired company shall expire and the share capital of the acquiring company shall remain unchanged. | | |

Zurich, 02/12/2020                                                                                                    Continued on the following page



# Commercial register of the Zurich canton

| CHE-105.940.833 | Bank Julius Bar & Co. AG | Zurich | 2 |
|---|---|---|---|

All entries

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 1 | | Merger: The Company acquires Julius Bar Asset Management AG, Zurich, by merger. Assets in the amount of CHF 66,540,597.02 and liabilities in the amount of CHF 25,646,175.88 shall be transferred to the Company through universal succession in accordance with the merger agreement of 05/25/2004 and the merger balance sheet as of 12/31/2003. Since the shareholders of both companies are identical, the shares of the acquired company shall expire and the share capital of the acquiring company will remain unchanged. | | |
| 1 | | Contribution in kind/takeover: by means of the capital contribution of 12/06/2005, the company takes over 21,000 registered shares of Ehinger & Armand von Ernst AG, Zurich, at a par value of CHF 1,000 each; 300,000 registered shares of Ferrier, Lullin & Cie SA, Geneva, at a par value of CHF 100; and 100,000 bearer shares of BDL Banco di Lugano, Lugano, at a par value of CHF 500, in return for which 4,000,000 registered shares at a par value of CHF 100 are granted and an amount of CHF 628,995,139 is credited as receivable. | | |
| 1 | | Merger: acquisition of the assets and liabilities of Ferrier, Lullin & Cie SA, in Geneva (CH-660-0160975-5), in accordance with the merger agreement of 02/15/2006 and balance sheet as at 12/31/2005, assets of CHF 1,130,756,000 and liabilities (borrowed capital) in the amount of CHF 966,373,000 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, there shall be neither a capital increase nor allocation of shares. | | |
| 1 | | Merger: Acquisition of the assets and liabilities of Ehinger & Armand von Ernst AG, in Zurich (CH-035.3.000.610-6), in accordance with the merger agreement of 02/10 // 02/15/2006 and the balance sheet as of 12/31/2005. Assets in the amount of CHF 2,550,070,000 and liabilities (borrowed capital) in the amount of CHF 2,193,343,000 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, there shall be neither a capital increase nor allocation of shares. | | |
| 1 | | Merger: acquisition of the assets and liabilities of Banca Julius Bär (Lugano) SA, in Lugano (CH-514.3.000.258-3), in accordance with the merger agreement of 11/15/2006 and balance sheet as of 09/30/2006. Assets in the amount of CHF 1,423,060,000 and liabilities (borrowed capital) in the amount of CHF 1,158,968,000 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, there shall be neither a capital increase nor allocation of shares. | | |
| 1 | | Merger: Acquisition of the assets and liabilities of ING Bank (Suisse) SA (CH-660.0.027.992-5), in Geneva, in accordance with the merger agreement of 02/18/2010 and balance sheet as of 12/31/2009. Assets in the amount of CHF 2,583,899,000.00 and liabilities (borrowed capital) in the amount of CHF 2,248,395,000.00 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, there shall be neither a capital increase nor allocation of shares. | | |
| 1 | | Merger: Acquisition of the assets and liabilities of Bank of China (Suisse) SA, in Geneva (CH-660.6.667.008-4), according to the merger agreement of 11/21/2012 and balance sheet as of 09/30/2012. Assets in the amount of CHF 304,603,000.00 and liabilities in the amount of CHF 228,079,000.00 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, there shall be neither a capital increase nor allocation of shares. | | |
| 1 | | Merger: Takeover of the assets and liabilities of Merrill Lynch Bank (Suisse) SA, in Geneva (CH-660.0.093.964-0), in accordance with the merger agreement of 04/30/2013 and balance sheet as of 01/31/2013. Assets in the amount of CHF 1,460,082,843.00 and liabilities in the amount of CHF 1,337,142,033.00 are transferred to the acquiring company. Since the acquiring company holds all the shares of the transferring company, there shall be neither a capital increase nor allocation of shares. | | |
| 1 | | Merger: Acquisition of the assets and liabilities of WMPartners Vermögensverwaltungs AG, in Zurich (CHE-109.907.786), in accordance with the merger agreement of 11/28/2017 and balance sheet as of 06/30/2017. Assets of CHF 5,568,415.00 and liabilities (borrowed capital) of CHF 1,546,272.00 are transferred to the acquiring company. Since the same shareholder holds all the shares of the companies involved in the merger, there shall be neither a capital increase nor an allocation of shares. | | |

Zurich, 02/12/2020                                                                                     Continued on the following page



# Commercial register of Zurich canton

| CHE-105.940.833 | Bank Julius Bar & Co. AG | Zurich | 3 |
|---|---|---|---|
| All entries | | | |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| 4 | | Merger: Acquisition of the assets and liabilities of the public limited company formerly Waser Söhne & Cie, Werdmuhle Altstetten, in Zurich (CHE-100.181.439), in accordance with the merger agreement of 04/11/2019 and balance sheet as of 12/31/2018. Assets in the amount of CHF 39,547,056.00 and liabilities (borrowed capital) in the amount of CHF 24,403,400.00 are transferred to the acquiring company. Since the same shareholder holds all the shares of the companies involved in the merger, there shall be neither a capital increase nor an allocation of shares. | | |

# TRANSLATION CERTIFICATION

Date: February 26, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:
- Commercial Register of Canton Zurich (Extract)

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li