# Exhibit 5



Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

## Authorised banks and securities firms

| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Aargauische Kantonalbank | Aarau 1 | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| ABANCA CORPORACION BANCARIA S.A., Betanzos, succursale de Genève | Genève 1 | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| acrevis Bank AG | St. Gallen | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| AEK BANK 1826 Genossenschaft | Thun | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| AFS Execution Services B.V., Amsterdam, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Allfunds Bank S.A., Madrid, Zurich Branch | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Alpha RHEINTAL Bank AG | Heerbrugg | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Alpian SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Alternative Bank Schweiz AG | Olten 1 Fächer | Bank | Other banks | Swiss securities firm | | | 4 |
| Appenzeller Kantonalbank | Appenzell | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Aquila AG | Zürich | Bank | Other banks | Swiss securities firm | | | 5 |
| Arab Bank (Switzerland) Ltd. | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| AXION SWISS BANK SA | Lugano | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Baader Helvea AG | Zürich | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| Baloise Bank SoBa AG | Solothurn | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Banca Aletti & C. (Suisse) SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANCA CREDINVEST SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| BANCA DEL CERESIO SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANCA DEL SEMPIONE SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banca dello Stato del Cantone Ticino | Bellinzona | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banca Popolare di Sondrio (Suisse) SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| BANCA ZARATTINI & CO. SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banco Itaú (Suisse) SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banco Santander International SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Bank Avera Genossenschaft | Wetzikon ZH | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank BSU Genossenschaft | Uster | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank CIC (Schweiz) AG | Basel | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Bank Cler AG | Basel | Bank | Other banks | Swiss securities firm | | | 3 |
| Bank EEK AG | Bern | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank EKI Genossenschaft | Interlaken | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank für Tirol und Vorarlberg Aktiengesellschaft, Innsbruck, Zweigniederlassung Staad | Staad SG | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Bank Gantrisch Genossenschaft | Schwarzenburg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank in Zuzwil AG | Zuzwil SG | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank J. Safra Sarasin AG | Basel | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Bank Julius Bär & Co. AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Bank Leerau Genossenschaft | Kirchleerau | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank Linth LLB AG | Uznach | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Bank Oberaargau AG | Huttwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank of America Europe Designated Activity Company, Dublin, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Bank of China Limited, succursale de Genève | Genève | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Bank SLM AG | Münsingen | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bank Sparhafen Zürich AG | Zürich | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank Thalwil Genossenschaft | Thalwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Bank von Roll AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Bank Vontobel AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| BANK ZIMMERBERG AG | Horgen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| bank zweiplus ag | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BankMed (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Bank-now AG | Horgen | Bank | Other banks | | X | | 5 |

## Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Banque Algérienne du Commerce Extérieur SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| BANQUE AUDI (SUISSE) SA | Genève 12 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| BANQUE BANORIENT (SUISSE) SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque Bonhôte & Cie SA | Neuchâtel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque Cantonale de Fribourg | Fribourg | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque Cantonale de Genève | Genève 2 | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque Cantonale du Jura SA | Porrentruy 2 | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Banque Cantonale du Valais | Sion | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque cantonale neuchâteloise | Neuchâtel | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Banque Cantonale Vaudoise | Lausanne | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Banque Cramer & Cie SA | Genève 12 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque de Commerce et de Placements SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque du Léman SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Banque Eric Sturdza SA | Genève 3 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Banque Havilland (Suisse) S.A. | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| BANQUE HERITAGE SA | Genève 6 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Banque Internationale à Luxembourg (Suisse) SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Banque Internationale de Commerce - BRED (Suisse) SA | Genève | Bank | Foreign-controlled banks | | X | | 5 |
| Banque Lombard Odier & Cie SA | Genève 2 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Banque Pictet & Cie SA | Genève 73 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Banque Syz SA | Genf | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Banque Thaler SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Barclays Bank (Suisse) SA | Genève 3 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Barclays Capital, Zurich Branch of Barclays Bank PLC, London | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Basellandschaftliche Kantonalbank | Liestal | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Basler Kantonalbank | Basel | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Baumann & Cie KmG | Basel | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 5 |
| BBO Bank Brienz Oberhasli AG | Brienz BE | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| BBVA SA | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|-------------------------------------|----------|
| BERGOS AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Berner Kantonalbank AG | Bern | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Bernerland Bank AG | Sumiswald | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Bezirks-Sparkasse Dielsdorf Genossenschaft | Dielsdorf | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| BGC BROKERS L.P., à Londres (Royaume-Uni), succursale de Nyon | Nyon | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Biene Bank im Rheintal Genossenschaft | Altstätten SG | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| BNP Paribas (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| BNP PARIBAS SECURITIES SERVICES, Paris, succursale de Zurich | Zürich | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| Bondpartners S.A. | Lausanne | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Bordier & Cie SCmA | Genève 11 | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 4 |
| bridport & cie sa | Genève 3 | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| BS Bank Schaffhausen AG | Hallau | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Burgergemeinde Bern, DC Bank Deposito-Cassa der Stadt Bern | Bern | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Burgerliche Ersparniskasse Bern, Genossenschaft | Bern | Bank | Regional banks and savings banks | | X | | 5 |
| BZ Bank Aktiengesellschaft | Wilen b. Wollerau | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| CA Indosuez (Switzerland) SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| CACEIS Bank, Paris, succursale de Nyon / Suisse | Nyon | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Caisse d'Epargne Courtelary SA | Courtelary | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne d'Aubonne société coopérative | Aubonne | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne de Cossonay société coopérative | Cossonay | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne de Nyon société coopérative | Nyon | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Caisse d'Epargne et de Crédit Mutuel de Chermignon société coopérative | Chermignon | Bank | Regional banks and savings banks | | X | | 5 |
| Caisse d'Epargne Riviera, société coopérative | Vevey 1 | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| CBH Compagnie Bancaire Helvétique SA | Genève 3 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Cembra Money Bank AG | Zürich | Bank | Other banks | | X | | 4 |
| China Construction Bank Corporation, Beijing, Swiss Branch Zurich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| CIM BANQUE SA | Genève 6 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Cité Gestion SA | Genève | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Citibank (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Citibank, N.A., Sioux Falls, succursale de Genève | Genève 3 | Foreign bank branch office | Second branch office of a foreign bank | Second branch office of a foreign securities firm | | | 4 |
| Citibank, N.A., Sioux Falls, Zurich Branch | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 4 |
| CITIGROUP GLOBAL MARKETS LIMITED, London, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|--------------------------------------|----------|
| Clientis AG | Bern | Bank | Banks with a special field of business | Swiss securities firm | | | 4 |
| Clientis Bank Aareland AG | Küttigen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank im Thal AG | Balsthal | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank Oberuzwil AG | Oberuzwil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank Thur Genossenschaft | Ebnat-Kappel | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Bank Toggenburg AG | Kirchberg SG | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis EB Entlebucher Bank AG | Schüpfheim | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Clientis Sparkasse Oftringen Genossenschaft | Oftringen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| COMMERZBANK Aktiengesellschaft, Frankfurt am Main, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Compass Asset Management SA | Lugano 2 Paradiso Caselle | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Cornèr Banca SA | Lugano | Bank | Other banks | Swiss securities firm | | | 4 |
| Crédit Agricole next bank (Suisse) SA | Genève 26 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Credit Europe Bank (Suisse) SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| CREDIT MUTUEL DE LA VALLEE SA | Le Sentier | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Credit Suisse (Schweiz) AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| Credit Suisse AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| Crypto Finance (Brokerage) AG | Zürich | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| Daiwa Capital Markets Europe Limited, Londres, succursale de Genève | Genève 3 | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|:-:|:-:|:-:|
| Delen (Suisse) SA | Genève | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| Deutsche Bank (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Deutsche Bank Aktiengesellschaft, Frankfurt a.M., Zweigniederlassung Zürich | Zürich 1 | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Dreyfus Söhne & Cie. Aktiengesellschaft, Banquiers | Basel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Dukascopy Bank SA | Genève 15 Aéroport | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| DZ PRIVATBANK (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| E. Gutzwiller & Cie. Banquiers | Basel | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 5 |
| Edmond de Rothschild (Suisse) S.A. | Genève 11 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| EFG Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| EFG Bank European Financial Group SA | Genève 2 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| Entris Banking AG | Gümligen | Bank | Banks with a special field of business | Swiss securities firm | | | 5 |
| Equatex AG | Zürich | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| Ersparniskasse Affoltern i.E. AG | Weier im Emmental | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Ersparniskasse Rüeggisberg Genossenschaft | Rüeggisberg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|-------------------------------------|----------|
| Ersparniskasse Schaffhausen AG | Schaffhausen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Ersparniskasse Speicher | Speicher | Bank | Regional banks and savings banks | | X | | 5 |
| EXANE DERIVATIVES, Paris, succursale de Genève | Genève | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| EXANE SA, Paris, succursale de Genève | Genève | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| F. van Lanschot Bankiers (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| FAB Private Bank (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Fidurhône SA | Genève 3 | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Fisch Asset Management AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| FlowBank SA | Genève 26 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Frankfurter Bankgesellschaft (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Freie Gemeinschaftsbank Genossenschaft | Basel | Bank | Other banks | | X | | 5 |
| Gazprombank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| GFI Securities Limited, Londres, Succursale de Nyon | Nyon | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Glarner Kantonalbank | Glarus | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Globalance Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Goldman Sachs Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Goldman Sachs International, London, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| Gonet & Cie SA | Genève 11 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Grammont Finance SA | Lutry | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Graubündner Kantonalbank | Chur | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| GRB Glarner Regionalbank Genossenschaft | Schwanden GL | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Habib Bank AG Zürich | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Hardcastle Trading AG | Rapperswil SG | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| HBL BANK UK LIMITED, London, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Helvetische Bank AG | Zürich | Bank | Other banks | Swiss securities firm | | | 5 |
| Hottinger AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| HSBC Bank plc, London, Zweigniederlassung Zürich | Genève 1 | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| HSBC Private Bank (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 3 |
| Hypo Vorarlberg Bank AG, Bregenz, Zweigniederlassung St. Gallen | St. Gallen | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Hyposwiss Private Bank Genève SA | Genève 11 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Hypothekarbank Lenzburg AG | Lenzburg | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| IBKR Financial Services AG | Zug | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| IG Bank S.A. | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| IMAC Bond SA | Zug | Securities firm | | Swiss securities firm | | X | 5 |
| InCore Bank AG | Schlieren | Bank | Other banks | Swiss securities firm | | | 5 |
| Industrial and Commercial Bank of China Limited, Peking, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| ING Bank N.V., Amsterdam, succursale de Lancy/Genève | Petit-Lancy 1 | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| Investec Bank (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| ISP Securities AG | Zürich | Securities firm | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| J.P. Morgan (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| J.P. Morgan Securities plc, London, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Jefferies International Limited, London, Zweigniederlassung Zürich | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| JL Securities SA | Genève | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| JPMorgan Chase Bank, National Association, Columbus, Zurich Branch | Zürich | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| Kaleido Privatbank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Kendra Securities House SA | Genève | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Kepler Cheuvreux (Suisse) SA | Nyon | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |
| Leihkasse Stammheim AG | Oberstammheim | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|----------------------|-------------------------------|--------------------------------------|----------|
| Leonteq Securities AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| LF FINANCE (SUISSE) SA | Genève 3 | Securities firm | Securities firm | Foreign-controlled securities firm | | | 5 |
| LGT Bank (Schweiz) AG | Basel | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Lienhardt & Partner Privatbank Zürich AG | Zürich | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Luzerner Kantonalbank AG | Luzern | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Maerki Baumann & Co. AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| MBaer Merchant Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Mercantil Bank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| MG Finance SA | Pully | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Migros Bank AG | Zürich | Bank | Other banks | Swiss securities firm | | | 3 |
| Mirabaud & Cie SA | Genève | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Morgan Stanley & Co. International plc, London, Zurich Branch | Zürich | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| NBK Private Bank (Switzerland) Ltd | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Nidwaldner Kantonalbank | Stans | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Nomura Bank (Schweiz) AG | Zürich 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

**Authorised banks and securities firms**



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|------|------|-----------|-----------|-----------------------|---------------------------------|--------------------------------------|----------|
| Northern Trust Global Services SE, Leudelange, Luxembourg, Zweigniederlassung Basel | Basel | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| NPB Neue Privat Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Obwaldner Kantonalbank | Sarnen | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| ODDO BHF (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| ONE swiss bank SA | Genève 1 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Piguet Galland & Cie SA | Yverdon-les-Bains | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| PKB PRIVATBANK SA | Lugano | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| PostFinance AG | Bern | Bank | Other banks | Swiss securities firm | | | 2 |
| Privatbank Bellerive AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Privatbank IHAG Zürich AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Privatbank Von Graffenried AG | Bern | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Private Client Bank AG | Zürich | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| QNB (Suisse) SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Quantus AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Quilvest (Switzerland) Ltd. | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| Rahn+Bodmer Co. | Zürich | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 4 |
| Raiffeisen Schweiz Genossenschaft | St. Gallen | Bank | Banks with a special field of business | Swiss securities firm | | | 2 |
| RBC Investor Services Bank S.A., Esch-sur-Alzette, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| Regiobank Männedorf AG | Männedorf | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Regiobank Solothurn AG | Solothurn | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Reichmuth & Co. | Luzern | Bank | Private bankers who do not solicit funds from the public | Swiss securities firm | | | 4 |
| Remaco Asset Management AG | Basel | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Reuss Private AG | Bremgarten AG | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| REYL & Cie SA | Genève | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Rothschild & Co Bank AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| S.P. Hinduja Banque Privée SA | Genève 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| SAXO BANK (SCHWEIZ) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |
| SB Saanen Bank AG | Saanen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Sberbank (Switzerland) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| Schaffhauser Kantonalbank | Schaffhausen | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Schroder & Co Bank AG | Zürich 1 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Schwyzer Kantonalbank | Schwyz | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Scobag Privatbank AG | Basel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| SEBA Bank AG | Zug | Bank | Other banks | Swiss securities firm | | | 5 |
| SELVI & Cie SA | Genève 3 | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Società Bancaria Ticinese SA | Bellinzona | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| SOCIETE GENERALE Private Banking (Suisse) SA | Genève 11 | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| Société Générale, Paris, Zweigniederlassung Zürich | Zürich 1 | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| SPAR + LEIHKASSE GÜRBETAL AG | Mühlethurnen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar- und Leihkasse Bucheggberg AG | Lüterswil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar- und Leihkasse Frutigen AG | Frutigen | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Spar- und Leihkasse Thayngen AG | Thayngen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar- und Leihkasse Wynigen AG | Wynigen | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Spar+Leihkasse Riggisberg AG | Riggisberg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Sparcassa 1816 Genossenschaft | Wädenswil | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |
| Sparkasse Schwyz AG | Schwyz | Bank | Regional banks and savings banks | Swiss securities firm | | | 4 |
| Sparkasse Sense | Tafers | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| St. Galler Kantonalbank AG | St. Gallen | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| State Street Bank International GmbH, München, Zweigniederlassung Zürich | Zürich | Foreign bank branch office | First branch office of a foreign bank | | X | | 5 |
| Swiss Bankers Prepaid Services AG | Grosshöchstetten | Bank | Other banks | | X | | 5 |
| Swiss Finance & Property AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Swissquote Bank SA | Gland | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 4 |
| Sygnum Bank AG | Zürich | Bank | Other banks | Swiss securities firm | | | 5 |
| Taurus SA | Genève | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| Tellco AG | Schwyz | Bank | Other banks | Swiss securities firm | | | 5 |
| Tensor Technologies AG | Zug | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Thurgauer Kantonalbank | Weinfelden | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Trafina Privatbank AG | Basel | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| TULLETT PREBON (SECURITIES) LIMITED, Londres, succursale de Meyrin / Genève | Genève 15 Aéroport | Foreign securities firm branch office | Securities firm | First branch office of a foreign securities firm | | X | 5 |
| UBS AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| UBS Europe SE, Frankfurt am Main, Zweigniederlassung Schweiz, Opfikon | Opfikon | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| UBS Swiss Financial Advisers AG | Zürich | Securities firm | Securities firm | Swiss securities firm | | | 5 |
| UBS Switzerland AG | Zürich | Bank | Large banks | Swiss securities firm | | | 1 |
| UG Europe AG | Baar | Securities firm | Securities firm | Foreign-controlled securities firm | | X | 5 |

# Authorised banks and securities firms



| Name | City | Licensing | Bank type | Securities firms type | no activity as securities firm | non-account-holding securities firms | Category |
|---|---|---|---|---|---|---|---|
| UniCredit Bank AG, München, Succursale de Genève | Genève | Foreign bank branch office | First branch office of a foreign bank | First branch office of a foreign securities firm | | | 5 |
| UNION BANCAIRE PRIVEE, UBP SA | Genève 1 | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 3 |
| Union Securities Switzerland SA | Genève | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Urner Kantonalbank | Altdorf UR | Bank | Cantonal banks | Swiss securities firm | | | 4 |
| Valcourt SA | Genève 11 | Securities firm | Securities firm | Swiss securities firm | | X | 5 |
| Valiant Bank AG | Bern | Bank | Regional banks and savings banks | Swiss securities firm | | | 3 |
| VP Bank (Schweiz) AG | Zürich | Bank | Foreign-controlled banks | Foreign-controlled securities firm | | | 4 |
| VZ Depotbank AG | Zug | Bank | Other banks | Swiss securities firm | | | 4 |
| WIR Bank Genossenschaft | Basel | Bank | Other banks | | X | | 4 |
| Zähringer Privatbank AG | Bern | Bank | Banks specialised in exchange, securities and asset management business | Swiss securities firm | | | 5 |
| Zuger Kantonalbank | Zug | Bank | Cantonal banks | Swiss securities firm | | | 3 |
| Zürcher Kantonalbank | Zürich | Bank | Cantonal banks | Swiss securities firm | | | 2 |
| Zürcher Landbank AG | Elgg | Bank | Regional banks and savings banks | Swiss securities firm | | | 5 |

**Total authorised banks and securities firms: 282**