**Hearing Date: November 16, 2022**
**Opposition Date:  September 12, 2022**
**Reply Date:  October 12, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION                :     Adv. Pro. No. 08-1789 (SMB)
CORPORATION,                                                   :
                                                                          :     SIPA LIQUIDATION
                                    Plaintiff-Applicant,      :
                                                                          :     (Substantively Consolidated)
v.                                                                       :
                                                                          :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC,                                              :
                                                                          :
                                    Defendant.                 :
-------------------------------------------------------------X
In re:                                                                  :
                                                                          :
BERNARD L. MADOFF,                                     :
                                                                          :
                                    Debtor.                        :
-------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation   :     Adv. Pro. No. 11-2922 (SMB)
of Bernard L. Madoff Investment Securities LLC,  :
and Bernard L. Madoff,                                    :     **ORAL ARGUMENT REQUESTED**
                                                                          :
                                    Plaintiff,                     :
                                                                          :
v.                                                                       :
                                                                          :
BANK JULIUS BAER & CO. LTD.,                    :
                                                                          :
                                    Defendant.                 :
-------------------------------------------------------------X

## NOTICE OF HEARING ON
## DEFENDANT BANK JULIUS BAER & CO., LTD.'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, on July 7, 2022, Bank Julius Baer & Co., Ltd. ("BJB" or

"Defendant"), filed its Motion to Dismiss the Amended Complaint (the "Motion") pursuant to

Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the Motion will be held on November 16, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Amended Stipulation and Order entered on June 10, 2022, oppositions to the Motion, if any, shall be filed by Monday, September 12, 2022, and replies in further support of the Motion shall be filed by Wednesday, October 12, 2022.

Dated: July 7, 2022
     New York, NY

          MCKOOL SMITH, P.C.

          By */s/* Eric B. Halper
          Eric B. Halper

          MCKOOL SMITH, P.C.
          One Manhattan West
          395 9th Avenue, 50th Floor
          New York, New York 10001
          T: (212) 402-9400
          F: (212) 402-9444
          ehalper@mckoolsmith.com

          *Attorneys for Defendant*
          *Bank Julius Baer & Co. Ltd.*

4873-0156-6247