**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-1789 (SMB) |
| | : | |
| | : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : | |
| | : | (Substantively Consolidated) |
| v. | : | |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BERNARD L. MADOFF, | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | : | Adv. Pro. No. 11-2922 (SMB) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BANK JULIUS BAER & CO. LTD., | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, the Motion to Dismiss of Defendant Bank Julius Baer & Co., Ltd, the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declaration of Eric B. Halper and exhibits thereto were served by filing them with the Court's electronic-filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

4868-1686-2503

Dated: July 7, 2022
      New York, NY

                           MCKOOL SMITH, P.C.

                           By */s/* Eric B. Halper
                           Eric B. Halper

                           MCKOOL SMITH, P.C.
                           One Manhattan West
                           395 9th Avenue, 50th Floor
                           New York, New York 10001
                           T: (212) 402-9400
                           F: (212) 402-9444
                           ehalper@mckoolsmith.com

                           *Attorneys for Defendant*
                           *Bank Julius Baer & Co. Ltd.*

4868-1686-2503