**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 13, 2022 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **11-02542; Picard v. Parson Finance Panama S.A.**

    A. Memorandum of Law of Parson Finance Panama S.A. in Support of its Motion to Dismiss filed by Douglas A. Kellner on behalf of Parson Finance Panama S.A. (Filed: 2/18/2022) [ECF No. 93]

B.    Declaration of Christian Verling filed by Douglas A. Kellner on behalf of Parson Finance Panama S.A. (Filed: 2/18/2022) [ECF No. 94]

C.    Declaration of Douglas A. Kellner filed by Douglas A. Kellner on behalf of Parson Finance Panama S.A. (Filed: 2/18/2022) [ECF No. 95]

**Opposition Due**:    April 19, 2022

**Opposition Filed**:

D.    Trustee's Memorandum of Law in Opposition to Defendant Parson Finance Panama S.A.'s Motion to Dismiss the Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/19/2022) [ECF No. 96]

E.    Declaration of Matthew D. Feil in Support of the Trustee's Memorandum of Law in Opposition to Defendant Parson Finance S.A.'s Motion to Dismiss (Filed: 4/19/2022) [ECF No. 97]

**Replies Due**:    May 31, 2022

**Replies Filed**:

F.    Reply Memorandum of Parson Finance Panama S.A. in Support of its Motion to Dismiss filed by Douglas A. Kellner on behalf of Parson Finance Panama S.A. (Filed: 5/31/2022) [ECF No. 101]

**Related Documents**:

G.    Stipulation and Order signed on 12/13/2021. (DuBois, Linda) (Entered: 12/13/2021) [ECF No. 90]

H.    Amended Stipulation and Order signed on 1/13/2022 (DuBois, Linda) (Entered: 1/13/2022) [ECF No. 91]

I.    Notice of Motion to Dismiss filed by Douglas A. Kellner on behalf of Parson Finance Panama S.A. (Filed: 2/18/2022) [ECF No. 92]

J.    Stipulation and Order to Amend Briefing Schedule signed on 5/20/2022 (DuBois, Linda) (Entered: 05/20/2022) [ECF No. 100]

**Status**:    This matter is going forward.

2. **12-01002; Picard v. The Public Institution for Social Security**

    A.    Memorandum of Law in Support of The Public Institution for Social Security's Motion to Dismiss filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 2/25/2022) [ECF No. 118]

    B.    Declaration of Leo Muchnik in Support of PIFSS Motion to Dismiss filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 2/25/2022) [ECF No. 117]

**Opposition Due**:    April 26, 2022

**Opposition Filed**:

    C.    Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint filed by Brian Song on behalf of Irving H. Picard (Filed: 4/26/2022) [ECF No. 122]

    D.    Declaration of Brian W. Song in Opposition to Defendant's Motion to Dismiss the Complaint filed by Brian Song on behalf of Irving H. Picard, (Filed: 4/26/2022) [ECF No. 123]

**Replies Due**:    May 26, 2022

**Replies Filed**:

    E.    Reply in Support of The Public Institution for Social Security's Motion to Dismiss filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 5/26/2022) [ECF No. 128]

**Related Documents**:

    F.    Stipulation and Order signed on 12/21/2021. (DuBois, Linda) (Entered: 12/21/2021) [ECF No. 112]

    G.    Amended Stipulation and Order signed on 2/7/2022 (DuBois, Linda) (Entered: 2/7/2022) [ECF No. 113]

    H.    Motion to Dismiss Adversary Proceeding filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 2/25/2022) [ECF No. 116]

    I.    Notice of Hearing on Motion to Dismiss filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 2/25/2022) [ECF No. 119]

**Status**:    This matter is going forward.

3. **12-01002; Picard v. The Public Institution for Social Security**

   A.    Memorandum of Law in Support of The Public Institution for Social Security's Motion to Strike Declaration of Brian W. Song and Song Exhibits 1-13 filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 5/26/2022) [ECF No. 130]

**Opposition Due**:    June 17, 2022

**Opposition Filed**:

   B.    Trustee's Memorandum of Law in Opposition to Public Institution for Social Security's Motion to Strike the Declaration of Brian Song and Song Exhibits 1-13 filed by Brian Song on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 133]

**Replies Due**:    July 1, 2022

**Replies Filed**:

   C.    The Public Institution for Social Security Reply in Support of its Motion to Strike Declaration of Brian W. Song and Song Exhibits 1 to 13 filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 7/1/2022) [ECF No. 135]

**Related Documents**:

   D.    Notice of The Public Institution for Social Security's Motion to Strike Declaration of Brian W. Song and Song Exhibits 1-13 filed by Leo Muchnik on behalf of The Public Institution for Social Security (Filed: 5/26/2022) [ECF No. 129]

   E.    Notice of Hearing on The Public Institution for Social Security's Motion to Strike Declaration of Brian W. Song and Song Exhibits 1-13 filed by Leo Muchnik on behalf of The Public Institution For Social Security (Filed: 5/26/2022) [ECF No. 131]

**Status**:     This matter is going forward.

Dated: July 8, 2022
       New York, New York

Respectfully submitted,

<u>/s/ David J. Sheehan</u>
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*