| | |
|---|---|
| KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, New York 10020<br>(212) 940-8800<br>*Attorneys for Defendants* | Hearing Date: December 14, 2022<br>Opposition Date: September 9, 2022<br>Reply Date: October 10, 2022 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>       Plaintiff-Applicant,<br>       v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>       Defendant. | **Adv. Pro. No. 08-1789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br><br>       Plaintiff,<br>       v.<br><br>ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.,<br>       Defendants. | **Adv. Pro. No. 12-01699 (CGM)**<br><br>**ORAL ARGUMENT REQUESTED** |

# **NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") listed on **Exhibit A** attached hereto will be held on **December 14, 2022 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that oppositions to the Motion must: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) state with particularity the legal and factual basis for such opposition; (iv) be filed with the Bankruptcy Court, with a copy to chambers; and (v) served upon the parties specified in the Motion, so as to be received no later than September 9, 2022. Replies in further support of the Motion shall be filed by October 10, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password, which can be obtained on the PACER website at www.pacer.gov.

[*Remainder of page intentionally left blank.*]

Dated: July 8, 2022
New York, New York

*/s/ Anthony L. Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for Defendants*

# EXHIBIT A

## Motions

1. Notice of Defendants Royal Bank of Canada, individually and as successor in interest to Royal Bank of Canada (Asia) Limited, Guernroy Limited, RBC Trust Company (Jersey) Limited, Banque SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A., RBC Dominion Securities Inc., and RBC Alternative Assets, L.P.'s (collectively, "RBC Defendants") Motion to Dismiss the Trustee's Amended Complaint [Docket. No. 21891]

    i) Related: RBC Defendants' Memorandum of Law in Support of Its Motion to Dismiss the Trustee's Amended Complaint [Docket No. 21894]

    ii) Related: Declaration of Anthony L. Paccione in Support of RBC Defendants' Motion to Dismiss the Trustee's Amended Complaint, and all exhibits thereto [Docket No. 21892]