**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br>      v.<br><br>SIX SIS AG,<br><br>                  Defendant. | Adv. Pro. No. 12-01195 (CGM)<br><br>**Oral Argument Requested** |

**NOTICE OF HEARING ON DEFENDANT SIX SIS AG'S MOTION TO DISMISS**

      **PLEASE TAKE NOTICE** that on July 8, 2022, Six Sis AG ("Six Sis" or "Defendant"), filed its Motion to Dismiss the Amended Complaint (the "Motion") pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.

1

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the Motion will be held on November 16, 2022 at 10:00 a.m. (prevailing Eastern time) in the courtroom of The Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Amended Stipulation and Order entered on June 30, 2022, oppositions to the Motion, if any, shall be filed by September 9, 2022, and replies in further support of the Motion shall be filed by October 10, 2022.

Dated: New York, New York
July 8, 2022

CHAFFETZ LINDSEY LLP

By:   /s/ Andreas Frischknecht
     Andreas Frischknecht
     Erin Valentine

1700 Broadway, 33rd Floor
New York, New York 10019
Tel. (212) 257-6960
Fax (212) 257-6950
Andreas.Frischknecht@chaffetzlindsey.com
Erin.Valentine@chaffetzlindsey.com

Attorneys for SIX SIS AG