**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>SIX SIS AG,<br><br>Defendant. | Adv. Pro. No. 12-01195 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, the Motion to Dismiss of Defendant Six Sis AG, the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declarations of Stephan Hanseler and Erin Valentine and exhibits thereto were served by filing them with the Court's electronic-filing system.

1

      Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
July 8, 2022

                                       CHAFFETZ LINDSEY LLP

                                       By:    /s/ Andreas Frischknecht
                                                 Andreas Frischknecht
                                                 Erin Valentine

                                       1700 Broadway, 33rd Floor
                                       New York, New York 10019
                                       Tel. (212) 257-6960
                                       Fax (212) 257-6950
                                       Andreas.Frischknecht@chaffetzlindsey.com
                                       Erin.Valentine@chaffetzlindsey.com

                                       Attorneys for SIX SIS AG