# EXHIBIT D

# Handelsregisteramt des Kantons Zürich

| Firmennummer | Rechtsnatur | Eintragung | Löschung | Übertrag CH-020.3.902.757-5 von: CH-020.3.902.757-5/b auf: | 1 |
|---|---|---|---|---|---|
| CHE-105.840.858 | Aktiengesellschaft | 03.01.1984 | | | |

Alle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | | **Bank Vontobel AG** | 1 | Zürich |
| 1 | | (Banque Vontobel SA) (Bank Vontobel Ltd) | | |

| Ei | Lö | Aktienkapital (CHF) | Liberierung (CHF) | Aktien-Stückelung | Ei | Lö | Domiziladresse |
|---|---|---|---|---|---|---|---|
| 1 | | 149'000'000.00 | 149'000'000.00 | 149'000 Namenaktien zu CHF 1'000.00 | 1 | | Gotthardstrasse 43 8002 Zürich |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 1 | | Betrieb einer Bank; verfolgt mit ihrer Geschäftspolitik Interessen auf nationaler und internationaler Ebene, vornehmlich im Bereich der Vermögensverwaltung und den damit zusammenhängenden Dienstleistungen, und kann alle mit diesem Zweck direkt oder indirekt im Zusammenhang stehenden Geschäfte sowie alle Geschäfte, die diesen Zweck zu fördern geeignet sind, für eigene und fremde Rechnung tätigen, insbesondere Entgegennahme von Geldern in allen banküblichen Formen, einschliesslich Spargeldern, Gewährung von Krediten aller Art mit und ohne Deckung, Abgabe von Bürgschaften und Garantien, An- und Verkauf von Wertpapieren, Devisen, ausländischen Zahlungsmitteln und Edelmetallen für eigene und fremde Rechnung, Uebernahme und Platzierung von Wertschriften in- und ausländischer Emittenten, Anlageberatung, Besorgung von Vermögensverwaltungen und -liquidationen, Willensvollstreckung und Erbschaftsliquidationen, Verwahrung und Verwaltung von Wertpapieren und Wertgegenständen, Ausstellung von Checks und Kreditbriefen, Mitwirkung bei der Errichtung und Verwaltung von Anlagefonds, Durchführung von Treuhandgeschäften, kommerzielle Geschäfte im Sinne einer Dienstleistung, Beratungstätigkeiten, insbesondere auf den Gebieten des Steuer-, Erb- und Gesellschaftsrechts; kann Grundstücke im In- und Ausland erwerben, überbauen, belasten und veräussern und bei der Gründung von Gesellschaften und Beteiligung an solchen mitwirken; übt ihre Geschäftstätigkeit im In- und Ausland aus. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Die Mitteilungen der Gesellschaft an die Aktionäre erfolgen durch Brief, sofern die Adressen aller Aktionäre bekannt sind und das Gesetz nicht zwingend etwas anderes vorschreibt, sonst durch einmalige Publikation im Schweizerischen Handelsamtsblatt. | 1 | 07.03.1989 |
| | | | 1 | 16.03.1994 |
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 11.04.1997 |
| | | | 1 | 03.12.1999 |
| | | | 1 | 17.04.2000 |
| | | | 1 | 22.04.2008 |
| | | | 1 | 28.04.2009 |
| | | | 1 | 25.11.2009 |
| | | | 1 | 27.04.2010 |
| | | | 35 | 29.04.2015 |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Fusion: Die Gesellschaft übernimmt auf dem Wege der Fusion die Evesto AG, in Zürich. Aktiven von CHF 16'052'898.-- und Passiven von CHF 162'430'752.-- gehen gemäss Fusionsvertrag vom 26.09.2001 und Fusionsbilanz per 01.07.2001 durch Universalsukzession auf die Gesellschaft über. Da die Aktionäre beider Gesellschaften identisch sind, erlöschen die Aktien der übernommenen Gesellschaft, und das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. | 1 | SHAB |
| 1 | | Fusion: Übernahme der Aktiven und Passiven der Vontobel Asset Management AG, in Zürich (CH-020.3.927.982-5), gemäss Fusionsvertrag vom 13.03./22.04.2008 und Bilanz per 31.12.2007. Aktiven von CHF 51'765'728.41 und Passiven (Fremdkapital) von CHF 30'103'189.33 gehen auf die übernehmende Gesellschaft über. Die Alleinaktionärin der übertragenden Gesellschaft erhält 10'000 Aktien zu CHF 1'000.--. Das Aktienkapital wird infolge Fusion um CHF 10'000'000.-- erhöht. | | |

Zürich, 05.12.2019

Fortsetzung auf der folgenden Seite



**ROMTRANSLATION, INC.**

3280 Sunrise Hwy, #52       360 Valverde Lane
Wantagh, NY 11793-4024      St. Augustine, FL 32086
Tel: (516) 799-5176 * Fax: (212) 937-2310
Email: Projects@romtranslation.com
Web Site: www.romtranslation.com

## CERTIFICATE OF ACCURACY

Romtranslation, Inc., an agency specializing in the provision of translation and interpretation services from/to Romance Languages (French, Italian, Spanish, Portuguese, Romanian), DOES HEREBY CERTIFY THAT:

1. We work with translation professionals certified by the American Translators Association [ATA] or expertly qualified and entirely competent to translate from _German_ to _English_.

2. We have translated the annexed document(s):
   - _Business Registration (extracts)_

   From the _German_ into the _English_ language.

3. This is a true and accurate translation of the document(s) presented to us, done to the best of our knowledge, ability, and belief.

_Roxana Dinu_
Roxana Dinu
Linguistic Services Manager
ATA-Certified Translator

State of New York
County of _Suffolk_

Sworn and subscribed before me this
_17th_ day of _March_, 20_20_

_[signature]_
NOTARY PUBLIC

THERESA STILLWELL
Notary Public, State of New York
Qualified in Suffolk County
Registered in NY County
Commission Expire on 06/06/20_20_
No. 01ST6343368

COMMERCIAL REGISTER OF CANTON OF ZURICH

| Register Number | Legal form | | Registration | Deregistration | Transfer CH-020.3.902.757-5 from: CH-020.3.902.757-5/b to: | 1 |
|---|---|---|---|---|---|---|
| CHE-105.840.858 | Corporation | | 01/03/1984 | | | |
| [Barcode] | | All registrations | | | | |

| Reg. | Dereg. | Corporate Name | | | Ref. | Registered Office |
|---|---|---|---|---|---|---|
| 1 | | **Bank Vontobel AG** | | | 1 | Zurich |
| | 1 | (Banque Vontobel SA) (Bank Vontobel Ltd) | | | | |

| Reg. | Dereg. | Share Capital (CHF) | Paid-up Capital (CHF) | Distribution of Shares | Reg. | Dereg. | Address |
|---|---|---|---|---|---|---|---|
| 1 | | 149,000,000.00 | 149,000,000.00 | 149,000 registered shares of CHF 100.00 | 1 | | Gotthardstrasse 43 8002 Zurich |

| Reg. | Dereg. | Purpose | Reg. | Dereg. | Other addresses |
|---|---|---|---|---|---|
| 1 | | Operation of a bank; with its corporate policy, it pursues interests at national and international level, particularly in the area of asset management and related services, and can conduct all transactions directly or indirectly related to this purpose, as well as all transactions, which are suitable for supporting this purpose, for its own account and for the account of a third party, especially the acceptance of assets of all bank-customary types, including savings, granting of secured and unsecured of loans of all types, granting of pledges and guarantees, buying and selling of securities, foreign currencies, foreign payment instruments and precious metals for its own account and for the account of a third party, acceptance and placement of securities of domestic and foreign issuers, investment consulting provision of asset management and liquidation [services], execution of wills and liquidation of inheritances, custody and management of securities and valuables, issue of checks and letters of credit, assistance with the founding and management of investment funds, performing of trust transactions, commercial transactions in the sense of a service provision, consulting activities, especially in the area of tax law, inheritance law, and corporate law; it can acquire, overbuild, encumber and sell domestic and foreign real estate properties and assist with the founding of companies and participation in such companies; performs its business activity at home and abroad. | | | |

| Reg. | Dereg. | Comments | Ref. | Date of Articles of Incorporation |
|---|---|---|---|---|
| 1 | | Notifications of the company to the shareholders shall be by letter, if all shareholders' addresses are known and there are no law provisions to the contrary; otherwise, by one-time publication in the Swiss Official Gazette of Commerce. | 1 | 03/07/1989 |
| | | | 1 | 03/16/1994 |
| | | | 1 | 04/11/1997 |
| 1 | | The transferability of registered shares is restricted according to the limitations in the Articles of Incorporation. | 1 | 12/03/1999 |
| | | | 1 | 04/17/2000 |
| | | | 1 | 04/22/2008 |
| | | | 1 | 04/28/2009 |
| | | | 1 | 11/25/2009 |
| | | | 1 | 04/27/2010 |
| | | | 35 | 04/29/2005 |

| Reg. | Dereg. | Particular Facts | Ref. | Publication Body |
|---|---|---|---|---|
| 1 | | Merger: By means of the merger, the company takes over Evesto AG in Zurich. Based on universal succession, assets of CHF 16,052,898 and liabilities of CHF 162,430,752, according to the merger agreement of 09/26/2001 and the merger balance sheet of 07/01/2001 are transferred to the company. As the shareholders of both companies are identical, the shares of the transferor company are cancelled and the share capital of the transferee company remains unchanged. | 1 | SOGC |
| 1 | | Merger: Take-over of the assets and liabilities of Vontobel Asset Management AG in Zurich (CH-020.3.927.982-5), according to the merger agreement of 03/13 and 04/22/2008 and the balance sheet of 12/31/2007. Assets of CHF 51,765,728,41 and liabilities (borrowed capital) of CHF 30,103,189,33 are transferred to the transferee company. The sole shareholder of the transferor company receives 10,000 shares of CHF 1,000. As a result of the merger, the share capital is increased by CHF 10,000,000. | | |

Zurich, 12/05/2019

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.

Continued on next page

## COMMERCIAL REGISTER OF CANTON OF ZURICH

[see original for table]

Zurich, 12/05/2019

[Seal:]
Canton of Zurich
Trade Register

Certified
extract
Registrar p.p
[signature]

This extract from the canton trade register is not valid without the original certification on the left. It includes all registrations valid for this company, as well as all registrations deleted since 06/09/2010. Upon separate request, we can create an extract including only all currently valid registrations.

CERTIFIED TRANSLATION
ROMTRANSLATION, INC.