**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>*Plaintiff-Applicant*,<br><br>-v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>*Defendant.* | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>*Debtor.* | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>*Plaintiff*,<br><br>-v-<br><br>BANK VONTOBEL AG f/k/a BANK J. VONTOBEL & CO. AG and VONTOBEL ASSET MANAGEMENT, INC.,<br><br>*Defendants*. | **Adv. Pro. No. 12-01202 (CGM)** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2022, the Motion to Dismiss of Defendants Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management, Inc., the accompanying Notice of Motion, Notice of Hearing, Memorandum of Law, and Declaration of Gregory F. Hauser and exhibits attached thereto were served electronically by filing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

[*Signature on the following page*]

**WUERSCH & GERING LLP**

*/s/ Gregory F. Hauser*
Gregory F. Hauser
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Gregory.Hauser@WG-Law.com
*Counsel for Defendants Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management Inc.*