**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> *Defendant*. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> *Plaintiff*, <br><br> v. <br><br> BANK VONTOBEL AG f/k/a BANK J. VONTOBEL & CO. AG and VONTOBEL ASSET MANAGEMENT INC., <br><br> *Defendants*. | Adv. Pro. No. 12-01202 (CGM) |

**NOTICE OF HEARING ON THE VONTOBEL DEFENDANTS'**
**MOTION TO DISMISS THE COMPLAINT**

WHEREAS, on April 25, 2022, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York so-ordered a Stipulation and Order (Dkt. 109) setting forth a briefing schedule for Defendants Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management Inc.'s (collectively, the "Vontobel Defendants") Motion to Dismiss the Complaint of Plaintiff Irving H. Picard, Trustee for the Substantively

Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff ("Plaintiff" or the "Trustee"); and

WHEREAS, on June 10, 2022, Judge Morris so-ordered an Amended Stipulation and Order (Dkt. 110) setting forth a revised briefing schedule (the "Scheduling Order") for the Vontobel Defendants' Motion to Dismiss; and

WHEREAS, on July 8, 2022, as required by the Scheduling Order, the Vontobel Defendants filed a Motion to Dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion"); and

WHEREAS, under the Scheduling Order, the Trustee will file his opposition to the Motion on or before September 8, 2022; and

WHEREAS, under the Scheduling Order, the Vontobel Defendants will file their reply in further support of the Motion on or before October 10, 2022;

NOW, THEREFORE, PLEASE TAKE NOTICE that a hearing will be held on the Motion before the Honorable Cecelia G. Morris, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York on **October 19, 2022 at 10:00 a.m**, or at a date and time to be set by the Court.

Dated:  New York, New York  
        July 8, 2022

WUERSCH & GERING LLP

*/s/ Gregory F. Hauser*  
Gregory F. Hauser  
Joshua A. Dachs  
100 Wall Street, 10th Floor  
New York, New York 10005  
Telephone: (212) 509-5050  
Gregory.Hauser@WG-Law.com  
Joshua.Dachs@WG-Law.com  
***Counsel for Defendants Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management Inc.***

2