**Exhibit D**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NBK SUISSE**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/18/2008 | (1,076,809) |
| 11/18/2008 | (513,204) |
| **Total:** | **$ (1,590,013)** |