**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BANK OF KUWAIT S.A.K. and NBK BANQUE PRIVÉE (SUISSE) S.A.,<br><br>Defendants. | Adv. Pro. No. 11-02554 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, the *Amended Complaint* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and

properly addressed to those parties as set forth on the attached Schedule A.

Dated: July 11, 2022
      New York, New York

                                              By: */s/ David J. Sheehan*
                                          **BAKER & HOSTETLER LLP**
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone: 212.589.4200
                                          Facsimile: 212.589.4201
                                          David J. Sheehan
                                          Email: dsheehan@bakerlaw.com

                                          *Attorneys for Plaintiff Irving H. Picard, Trustee*
                                          *for the Substantively Consolidated SIPA*
                                          *Liquidation of Bernard L. Madoff Investment*
                                          *Securities LLC and the Chapter 7 Estate of*
                                          *Bernard L. Madoff*

## **SCHEDULE A**

**Defendant Counsel**

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney for: National Bank of Kuwait

Richard A. Cirillo
Cirillo Law Office
246 East 33rd Street, 1 FR
New York, NY 10016-4802
Email: richard@Cirillo-Law.com
Attorney For: National Bank of Kuwait, NBK Banque Privée (Suisse) S.A.