**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant, | Adv. Pro. No. 08-01789 (cgm)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br> v.<br><br>MERITZ FIRE & MARINE INSURANCE CO., LTD.,<br><br>    Defendant. | Adv. Pro. No. 11-02539 (CGM) |

**Certificate of Service**

I, Blanka K. Wolfe, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused the *Defendant Meritz Fire & Marine Insurance Co., Ltd.'s Reply Memorandum of Law in Support of its Motion to Dismiss the Complaint* [Adv. Pro. 08-01789 (CGM) Dk. No. 21911; Adv. Pro. 11-02539 Dk. No. 129], dated July 11, 2022, to be served by CM/ECF on all counsel of record in the above referenced adversary proceeding.

Dated: New York, New York
    July 11, 2022

                By: */s/ Blanka K. Wolfe*
                  Blanka K. Wolfe