**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 08-01789 (CGM) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 11-02493 (CGM) |
| Plaintiff, | |
| v. | |
| ABU DHABI INVESTMENT AUTHORITY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, a copy of the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss and the Declaration of Keith R. Murphy in Support of the Trustee's Opposition to Defendant's Motion to Dismiss were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct

1

copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly

addressed to those parties as set forth on the attached Schedule A.


Dated: July 11, 2022
      New York, New York

By: */s/ David J. Sheehan*____
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Eric B. Hiatt
Email: ehiatt@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com
Alexa D'Angelo
Email: adangelo@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Chapter 7 Estate of Bernard L.*
*Madoff*

**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Daniel M. Kelly
Eric M. Kay
Marc L. Greenwald
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielkelly@quinnemanuel.com
Email: erickay@quinnemanuel.com
Email: marcgreenwald@quinnemanuel.com
Attorney For: ABU DHABI INVESTMENT AUTHORITY