**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>LLOYDS TSB BANK PLC,<br>    Defendant. | Adv. Pro. No. 12-01207 (CGM) |

**ORDER DENYING LLOYDS TSB BANK PLC'S**
**<u>MOTION TO DISMISS THE COMPLAINT</u>**

  Defendant Lloyds TSB Bank PLC's ("**Lloyds**") motion to dismiss the Complaint under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "**Motion**") came on for hearing before the Court on June 15, 2022 (the "**Hearing**"). The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, the Complaint, and the

statements of counsel at the Hearing, and the Court has issued a memorandum decision, dated June 30, 2022, regarding the Motion (the "**Decision**").  Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for Lloyds to file an answer to the Complaint is September 9, 2022.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: July 12, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**