**Exhibit C**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DBLA**

| Column 1 Date | Column 2 Amount |
|---|---|
| 5/10/2004 | (869,312) |
| 1/20/2005 | (24,274) |
| 4/27/2005 | (25,677) |
| 6/15/2005 | (31,544) |
| 7/15/2005 | (6,105,509) |
| 7/25/2005 | (29,142) |
| 10/24/2005 | (24,670) |
| 11/17/2005 | (224,146) |
| 1/30/2006 | (23,827) |
| 5/5/2006 | (22,359) |
| 8/10/2006 | (19,878) |
| 10/27/2006 | (18,146) |
| **Total:** | **$ (7,418,486)** |