**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DRESDNER SCHWEIZ**

| Column 1 Date | Column 2 Amount |
|---|---|
| 6/15/2005 | (10,914) |
| 8/15/2005 | (15,866) |
| 9/15/2005 | (26,486) |
| 10/14/2005 | (149,683) |
| 12/19/2005 | (24,455) |
| 3/17/2006 | (155,391) |
| 6/16/2006 | (80,378) |
| 12/15/2006 | (59,652) |
| 6/26/2007 | (41,530) |
| 7/19/2007 | (56,314) |
| 7/30/2007 | (4,513) |
| 11/19/2007 | (31,056) |
| 11/21/2007 | (3,230) |
| 12/19/2007 | (14,407) |
| 1/17/2008 | (30,000) |
| 1/28/2008 | (3,917) |
| 4/14/2008 | (50,000) |
| 4/14/2008 | (43,671) |
| 5/16/2008 | (2,005) |
| 6/17/2008 | (150,000) |
| 8/6/2008 | (3,811) |
| 8/18/2008 | (134,176) |
| 11/7/2008 | (4,526) |
| **Total:** | **$ (1,095,980)** |