**Exhibit F**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO DBLA**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 10/25/2005 | (1,877,930) |
| **Total:** | **$ (1,877,930)** |