**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | <u>Adv. Pro. No. 08-01789 (BRL)</u><br><br><u>SIPA Liquidation</u><br><br><u>(Substantively Consolidated)</u> |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FULLERTON CAPITAL PTE. LTD.,<br><br>Defendant. | <u>Adv. Pro. No.  12-01004 (BRL)</u><br><br><br><u>ORAL ARGUMENT REQUESTED</u> |

**NOTICE OF HEARING ON FULLERTON'S**
**<u>MOTION TO DISMISS THE COMPLAINT</u>**

      **PLEASE TAKE NOTICE** that on March 18, 2022, Fullerton Capital PTE. Ltd.

("Fullerton"), filed its Motion to Dismiss the Complaint in the above-captioned action pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of

the Federal Rules of Bankruptcy Procedure (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on July 13, 2022 at 10:00 a.m. (prevailing Eastern time) before the Honorable Cecelia G. Morris, Chief Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time on the day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on December 13, 2021 (ECF No. 102), all papers responsive to Fullerton's Motion to Dismiss the Complaint shall be served and filed no later than May 18, 2022, and all reply papers in further support of the Barclays Defendants' Motion to Dismiss the Complaint shall be served and filed no later than June 17, 2022.

Dated: New York, New York
 March 18, 2022

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ *Kent A. Yalowitz*
 _____
 Kent A. Yalowitz
 Daniel R. Bernstein
 250 West 55th Street
 New York, New York  10022
 (212) 715-1000

*Counsel for Defendant Fullerton Capital Pte. Ltd.*