**Hearing Date: July 13, 2022**
**Objections Date: May 18, 2022**
**Reply Date: June 17, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FULLERTON CAPITAL PTE. LTD., <br><br> Defendant. | Adv. Pro. No. 12-01004 (BRL) <br><br> ORAL ARGUMENT REQUESTED |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, the Notice of Motion to Dismiss the Complaint of Fullerton Capital PTE. Ltd., ("Fullerton"), the accompanying Memorandum of Law in Support of Fullerton's Motion to Dismiss the Complaint, the accompanying Declaration of Daniel R. Bernstein in Support of Fullerton's Motion to Dismiss the Complaint and all exhibits thereto, and the accompanying Notice of Hearing were served by filing them via the Court's

Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
March 18, 2022

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Kent A. Yalowitz*
Kent A. Yalowitz
Daniel R. Bernstein
250 West 55th Street
New York, New York 10022
(212) 715-1000

*Counsel for Defendant Fullerton Capital Pte. Ltd.*