UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FULLERTON CAPITAL PTE. LTD.,<br><br>Defendant. | Adv. Pro. No. 12-01004 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I served Fullerton Capital Pte, Ltd's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Complaint upon counsel of record for all parties by filing it via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
July 8, 2022

                        ARNOLD & PORTER KAYE SCHOLER LLP

                        By:   */s/ Kent A. Yalowitz*
                              Kent A. Yalowitz
                              Daniel R. Bernstein
                              250 West 55th Street
                              New York, New York 10022
                              (212) 715-1000

                        *Counsel for Defendant Fullerton Capital Pte. Ltd.*